**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 3955 |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Sixth Monthly Application of BDO Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period March 1, 2008 through March 31, 2008 [Docket No. 3955]* (the "Application") filed on May 2, 2008.  The undersigned further certifies that he has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 23, 2008 at 4:00 p.m.

128189.01600/21697260v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay BDO Seidman, LLP $123,398.60, which represents 80% of the fees requested ($154,248.25) and $297.89 which represents 100% of the expenses requested in the Application for the period of March 1, 2008 through March 31, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    June 12, 2008                             **BLANK ROME LLP**

                                                    By:  */s/ David W. Carickhoff*
                                                         Bonnie Glantz Fatell (DE No. 3809)
                                                         David W. Carickhoff (DE No. 3715)
                                                         1201 Market Street, Suite 800
                                                         Wilmington, DE  19801
                                                         Telephone:  (302) 425-6400
                                                         Facsimile:  (302) 425-6464

                                                                and

                                                         Mark S. Indelicato
                                                         Mark T. Power
                                                         Hahn & Hessen LLP
                                                         488 Madison Avenue
                                                         New York, NY  10022
                                                         Telephone:  (212) 478-7200
                                                         Facsimile:  (212) 478-7400

                                                         *Co-Counsel for the Official Committee of Unsecured Creditors*