**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 4085 |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST APPLICATION**
**FOR REIMBURSEMENT OF EXPENSES OF MEMBERS OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *First Application for Reimbursement of Expenses of Members of the Official Committee of Unsecured Creditors [Docket No. 4085]* and (the "Application"). The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 9, 2008 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 28, 2007, the Debtor is authorized to pay certain members of the Committee $808.25, which represents 100% of the expenses requested in the Application, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  June 12, 2008                             **BLANK ROME LLP**

                                                  By:  */s/ David W. Carickhoff*
                                                        Bonnie Glantz Fatell (DE No. 3809)
                                                        David W. Carickhoff (DE No. 3715)
                                                        1201 Market Street, Suite 800
                                                        Wilmington, DE 19801
                                                        Telephone: (302) 425-6400
                                                        Facsimile: (302) 425-6464

                                                                    And

128189.01600/21697297v.1

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Official Committee of Unsecured Creditors*