# SAINT LAWRENCE CATHOLIC CHURCH

6222 Franconia Road
Alexandria, Virginia 22310     Phone 971-4378

*Pokorsky*

June 4, 2008

United States Bankruptcy Court
District Of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

*FILED 2008 JUN 10 AM 8:52 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE*

RE: Claim # 4054
    American Home Mortgage

Please be advised that we are officially notifying the court that we are resisting the omnibus objection that was brought before you by the law firm of Young, Conway, Stargatt and Taylor LLP. I am asking that my interests recognized as allowed equity interests and not as unsecured claims.

Thank you.

Jerry J Pokorsky