June 4, 2008

United States Bankruptcy Court
District Of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:  Claim # 4327
     American Home Mortgage

Please be advised that we are officially notifying the court that we are resisting the omnibus objection that was brought before you by the law firm of Young, Conway, Stargatt and Taylor LLP. I am asking that my interests recognized as allowed equity interests and not as unsecured claims.

Thank you.

Myron A. Owens
Managing Partner