To:
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor, Courtroom No. 6, Wilmington, DE 19801

From:
Dale G. Wolters
1870 Mapleview SE
Kentwood, MI 49508

Regarding: American Home Mortgage Holdings, INC Chapter 11
Case No. 07-11047 (CSS)
Notice of Debtors Ninth Omnibus(Non-Substantive)
Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1

**Subject: Response to Objection – Preferred Stock Claim**

Sirs: This is a response to the objection concerning my claim (No. 6178) (Claim to be Expunged, Claim Amount $6044.00) I respectfully request that my claim be considered since it is a preferred stock with the rights associated with such an investment. I have attached my Proof of Claim as previously received by the court, along with security detail provided by my broker, and a copy of the original Trade Confirmation Dated March 1, 2006.
Please give this response your prompt consideration as a claim that should stand.
As required, I am also providing a copy of this response to the Counsel to the Debtors.

Sincerely,

*Dale G. Wolters*
Dale G. Wolters

Copy: Young, Conaway Stargatt &Taylor, LLP
   The Brandywine Building
   1000 West Street, 17th Floor
   Wilmington, Delaware, 19801

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered<br>Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

DALE G. WOLTERS
1870 MAPLEVIEW SE
KENTWOOD, MI 49508

Telephone number: 616-281-1821
Email Address: WOLTERSDALE@SBCGLOBAL.NET

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  PURCHASED STOCK, STILL HOLDING  (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 2 1 7 6
   Unpaid compensation for services performed
   from _____ to _____

2. Date debt was incurred:  SEE ATT.

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 6044.00 (unsecured nonpriority) + _____ (secured) + _____ (unsecured priority) = 6044.00 (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 6044.00
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: DEC 18, 2007
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Dale G Wolters_  DALE G. WOLTERS

RECEIVED
DEC 24 2007
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PREFERRED STOCK

```
I .                                                                              PW
FUNCTION ___        SELECT 67672670  (MERRILL LYNCH IRA)
                                                         11:47 12/06/07 PG     1
FWR    NPC              FINANCIAL CONSULTANTS                 COB 12/05/07
                          SECURITY DETAIL                     FC: 4760
ACCT: 676-72670 DALE G WOLTERS IRA           (616) 281-1821
DESC: AMER HOME MORTGAGE INVES  SYM: AHMNQ   QRQ:             SEC NO: 03H28
      NEWM SER B                CURR POS:      232  MKT VAL:             11.6
      09.250% PERPETUAL         CURR PX:     .0500  STRATEGY:   TECH:
    DATE    TYPE SOL   QTY     PRICE     NET AMOUNT        COMMENT
 1 03/01/06 BOT        232    25.5700       6,058    STILL HOLDING STOCK
====================================================================================
    TOTAL BUYS         232    TOTAL DEBITS
    TOTAL SELLS                TOTAL CREDITS


FOR INFORMATION PURPOSES ONLY - ACCOUNT STATEMENT IS OFFICIAL RECORD    <END>
                                                               ACTION _____
```

P.O. Box 2044
Lakewood, NJ 08701

Merrill Lynch
Office Serving Your Account
250 MONROE AVE NW SUITE 600
GRAND RAPIDS MI 49503
(616) 774-4200



TOTAL MERRILL

**AUTO** ALL FOR AADC 493
T05817 0016512 T69 P3 .317

MLPF& S CUST FPO
DALE G WOLTERS IRA
FBO DALE G WOLTERS
1870 MAPLEVIEW ST SE
KENTWOOD MI 49508

Account Number:  676-72670



# TRADE CONFIRMATION

Date: March 1, 2006

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**  AMER HOME MORTGAGE INVES NEWM SER B   09.250% PERPETUAL

| | | | | | |
|---|---|---|---|---|---|
| Quantity | 232 | Price | 25.57 | Amount | 5932.24 |
| Processing Fee | | | | | 5.35 |
| Transaction Fee | | | | | |
| Accrued Interest/Dividends | | | | | |
| Charge or Mark Up/Down | | | | | 120.68 |
| NET AMOUNT | | | | | 6058.27 |

Trade Date  03/01/06
Settle Date  03/06/06
ML Symbol  AHMPRB
Security #  03H28
Cusip #  02660R305
FA #  4760

CALLABLE-MAY AFFECT YIELD DETAILS UPON REQUEST

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

**SOLD**  CORPORATE HIGH YIELD FD

| | | | | | |
|---|---|---|---|---|---|
| Quantity | 766 | Price | 8.07 | Amount | 6181.62 |
| Processing Fee | | | | | 5.35 |
| Transaction Fee | | | | | 0.19 |
| Accrued Interest/Dividends | | | | | |
| Charge or Mark Up/Down | | | | | 158.23 |
| NET AMOUNT | | | | | |

Trade Date  03/01/06
Settle Date  03/06/06
ML Symbol  COY
Security #  31BT4
Cusip #  219914108
FA #  4760

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1. If you have moved or plan to move, notify your Financial Advisor of your new address.



※ PREFERRED STOCK

Account Number: 676-72670

Date:  03/01/2006

Page 1 of 2

9615