James W. and Marjoria M. Irwin Trust
8709 Melshire Dr.
Austin TX 78757-6917

June 5, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: Case No. 07-11047 (CSS)

Honorable Judge of the United States Bankruptcy Court,

On May 27, 2008, we received notice that the Debtors of the above action are requesting that you rule to expunge our claim number 7656. As a stockholder in American Home Mortgage Holdings, Inc., we are opposed to your granting this request. While the Debtors may have a claim prior to ours in American Home Mortgage Holdings, Inc. remaining assets, we believe it does not have an exclusive right to those assets. We ask this Court to deny the Debtors request to disregard our rightful claim.

Respectfully submitted,

James W. Irwin

Marjoria M. Irwin