JOHN P. BYRNE III
936-23 ROAD
GRAND JUNCTION, CO 81505
970-245-6148

**UNITED STATES BANKRUPTCY COURT**
**For the District of Delaware**
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
Chapter 11
Case No. 07-11047 (CSS)

To the Honorable Christopher S. Sontchi,

I do not wish to have my claim against American Home Mortgage expunged. The claim number is *9390.*

I put this money into my IRA account with AG Edwards in 2007. After reviewing information and studying reports I felt that this was a good company to put my retirement money into and feel that I should receive the money back so that I can reinvest it into something else for my retirement. I know that $5,057.19 to some people is not a lot of money, but for me it is.

Please consider my claim and I look forward to receiving a check.

Thank You in advance for your consideration.


John P. Byrne III

*[signature]*

**CC: YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Fax # (302) 571-1253