



United States Bankruptcy Court
District Of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

June 4, 2008

RE:  Claim #5641, in the amount of $4,783.15, American Home Mortgage

Please be advised that by this letter I am officially notifying the court that I am resisting the omnibus objection that was brought before you by the law firm of Young, Conway, Stargatt and Taylor LLP.  I am asking that my interests recognized as allowed equity interests and not as unsecured claims.

Sincerely Yours in Christ,

*[signature]*

Fr. Joel S. Panzer
Pastor