United States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

June 3, 2008

To Whom It May Concern:

As requested, I am responding to the attached notice so that my rights will not be altered.
(Case No. 07-11047 (CSS))

I object to disallowing and expunging my claim. I do not want my claim to be listed in
the Claim to be Expunged row.

Thank you,

Jason Johanson
177 Heritage Trail
Hainesville, IL 60030

cc.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                    )
                                                          )
AMERICAN HOME MORTGAGE                                     )   Chapter 11
HOLDINGS, INC., Delaware corporation, et al.,             )
                                                          )   Case No. 07-11047 (CSS)
            Debtors.                                       )
                                                          )   Jointly Administered
                                                          )
                                                          )   **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)**
                                                          )   **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)**
                                                          )

AHM OB9 5/23/2008 (merge2.txnum2) 4000097150

JOHANSON, JASON
177 HERITAGE TRL
HAINESVILLE, IL  60030

# NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
## TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
## BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** JOHANSON, JASON
       177 HERITAGE TRL
       HAINESVILLE, IL  60030

| **Basis For Objection:** | Claim based on Equity Interest | |
|---|---|---|
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 3919 | $1,851.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession