June 4, 2008

Honorable Christopher S. Sontchi
United States Bankruptcy Court For the District of Delaware
824 Market Street
5th Floor
Courtroom No. 6
Wilmington, DE 19801

RE:   American Home Mortgage Holdings, Inc. Chapter 11
      Case No. 07-11047 (CSS)

Dear Judge Sontchi:

I am responding to the filing of the **Debtors' Ninth Omnibus (Non-Substantive Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** by the above mentioned mortgage company.

I understand why they would want to disallow and expunge my claim, but I don't understand why it should be allowed. My understanding is that none of the assets have been sold, so why should my claim be expunged just because I happen to be a stockholder?

What is the difference between equity interest and a claim against the Debtors? If my money is lost and will not be refunded, then I think I have a claim. I understand $2109.99 is not a lot of money, but in the current economic slowdown, it will buy food and pay my house payment.

I know this letter will undoubtedly make no difference in your ruling, but I felt my opinion should count for something.

Thank you for taking the time to read this letter.

Sincerely,

Carla M Margenau

Carla M. Margenau
Trustee of the Kent M. and Carla M. Margenau Living Trust

Enc.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM 0B9 5/23/2008 (merge2.txnum2) 4000099818

MARGENAU, KENT M & CARLA M LIVING
TRUST
3-7-06
106 STEAMBOAT SPRINGS DRIVE
FENTON, MO  63026-5683

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** MARGENAU, KENT M & CARLA M LIVING TRUST
3-7-06
106 STEAMBOAT SPRINGS DRIVE
FENTON, MO  63026-5683

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 7335 | $2,109.99 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 25, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
　　　Wilmington, Delaware

　　　　　　　　　　**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
　　　　　　　　　　James L. Patton, Jr. (No. 2202)
　　　　　　　　　　Pauline K. Morgan (No. 3650)
　　　　　　　　　　Edward J. Kosmowski (No. 3849)
　　　　　　　　　　Kara Hammond Coyle (No. 4410)
　　　　　　　　　　Nathan D. Grow (No. 5014)
　　　　　　　　　　The Brandywine Building
　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　Telephone: (302) 571-6756
　　　　　　　　　　Facsimile: (302) 571-1253

　　　　　　　　　　Counsel to the Debtors and Debtors in Possession