Brad Jewell
49560 Nature trail
St. Clairsville, OH 43950-9298


June 10, 2008

United States Bankruptcy Court for District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801


To whom it may concern,

I desire to file a response to American Home Mortgage Holdings, Inc filing of a Ninth Omnibus (Non-Substantive) Objection to Claims to have Claim Number 9521 expunged.

It is a point of fact that I am not an attorney and on this basis I am ignorant of the proper manner in which to proceed regarding this motion. Do the date of receipt of this document and the manner in which it is presented I believe it is the Debtors' hopes that the individual claimants shall not have the time or inclination to respond.

As a shareholder in American Home Mortgage Inc I purchased preferred stock on 4/1/05 at $27.96 per share. Based on the independent Standard and Poors rating system American Home Mortgage, Inc had a four star rating. I know that as an investor I assume some degree of risk, however if evidence of AHM Inc's exposure in the sub-prime lending existed I now stand to lose this investment due to the mismanagement of American Home Mortgage, Inc. I understand the distinction that is trying to be made between equity and damage, but like most shareholders, I see the two as one and the same. I take umbrage that the shareholders of this company are being done the great disservice of having their equity expunged out of hand. I ask that all claimants be given due consideration and that American Home Mortgage Holdings, Inc be held responsible to their shareholders.

If this is not enough to have the motion disregarded then consider the Local Rules for The United States Bankruptcy Court District of Delaware (Effective 2/1/07) Rule 3007-1, e, iii, a which states that the Reason for Disallowance must be provided. The notification I received did not technically contain this, but a Basis for objection. Since we are dealing in technicalities here it seems that minor difference in wording should be sufficient for the court to deny the relief requested.

It is my humble belief that all claims against American Home Mortgage Holdings, Inc should be paid in full and that any move to expunge this debt is a travesty to the rights of the shareholders and further indictment of the collusion of the Judicial system and the corporations.

Sincerely,

Brad Jewell

Stock Report | June 23, 2007 | NYS Symbol: AHM

# American Home Mortgage Investment Corp

**STANDARD &POOR'S**

| S&P Recommendation | BUY ★★★★ | Price | 12-Mo. Target Price |
|---|---|---|---|
| | | $22.22 (as of Jun 22, 2007) | $22.00 |

**GICS Sector** Financials
**Sub-Industry** Mortgage REITS

**Summary** This mortgage REIT (real estate investment trust) is engaged in the investment, origination, resale and servicing of Alt-A and prime residential mortgages in the U.S.

### Key Stock Statistics (Source S&P Vickers, Company Reports)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52-Wk Range | $36.96–19.51 | S&P Oper. EPS 2007E | 3.00 | P/E on S&P Oper. EPS 2007E | 7.4 | Dividend Rate/Share | $4.15 |
| Trailing 12-Month EPS | $4.48 | S&P Oper. EPS 2008E | 4.09 | Common Shares Outstg. (M) | 54.3 | Yield (%) | 18.68 |
| Trailing 12-Month P/E | 5.0 | S&P Core EPS 2007E | 3.00 | Market Capitalization(B) | $1.206 | Beta | 1.27 |
| $10K Invested 5 Yrs Ago | $26,899 | S&P Core EPS 2008E | 4.09 | Institutional Ownership (%) | 83 | S&P Credit Rating | NA |

## Price Performance



Options: ASE, CBOE, P

Analysis prepared by Jason Willey on May 21, 2007, when the stock traded at $20.69.

### Qualitative Risk Assessment

| LOW | MEDIUM | **HIGH** |
|---|---|---|

Our risk assessment reflects AHM's exposure to mortgage origination demand, interest rates, the mortgage resale market, and credit risk from its retained mortgage portfolio.

### Quantitative Evaluations

**S&P Quality Ranking** NR

| D | C | B- | B | B+ | A- | A | A+ |
|---|---|---|---|---|---|---|---|

**Relative Strength Rank** WEAK
28
LOWEST = 1    HIGHEST = 99

### Revenue/Earnings Data

**Revenue (Million $)**

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2007 | 540.1 | -- | -- | -- | -- |
| 2006 | 488.5 | 560.7 | 554.2 | 586.5 | 2,190 |
| 2005 | 323.4 | 293.7 | 338.0 | 367.7 | 1,323 |
| 2004 | 105.6 | 141.7 | 172.7 | 219.0 | 636.2 |
| 2003 | 94.55 | 129.5 | 121.9 | 86.21 | 495.0 |
| 2002 | 33.94 | 40.47 | 73.71 | 84.70 | 232.8 |

**Earnings Per Share ($)**

| | | | | | |
|---|---|---|---|---|---|
| 2007 | 0.54 | E0.66 | E0.85 | E0.92 | E3.00 |
| 2006 | 1.02 | 1.37 | 1.36 | 1.21 | 4.96 |
| 2005 | 2.99 | 1.52 | 1.09 | 0.27 | 5.58 |
| 2004 | 0.70 | 0.83 | 1.02 | 1.14 | 3.74 |
| 2003 | 0.96 | 1.55 | 1.06 | 0.59 | 4.07 |
| 2002 | 0.54 | 0.49 | 0.76 | 0.80 | 2.65 |

Fiscal year ended Dec. 31. Next earnings report expected: Late July. EPS Estimates based on S&P Operating Earnings; historical GAAP earnings are as reported.

### Dividend Data (Dividend Reinvestment Plan Available mm/dd/yy)

| Amount ($) | Date Decl. | Ex-Div. Date | Stk. of Record | Payment Date |
|---|---|---|---|---|
| 1.010 | 08/10 | 10/05 | 10/10 | 10/30/06 |
| 1.060 | 11/13 | 01/05 | 01/09 | 01/30/07 |
| 1.120 | 03/05 | 04/04 | 04/09 | 04/27/07 |
| 0.700 | 06/15 | 07/05 | 07/09 | 07/27/07 |

Dividends have been paid since 2004. Source: Company reports.

### Highlights

- As one of the largest residential mortgage REITs, we believe the scale of AHM's origination platform and the size of its balance sheet have enabled it to deliver profitability during a period when smaller competitors have struggled. With almost 80% of its revenue coming from gain-on-sale income in 2006, AHM has significant exposure to shifts in demand and spreads in the secondary mortgage resale market.

- First quarter earnings were hurt by reduced liquidity in the secondary market and increased repurchase requests from early payment defaults, which led to lower gain-on-sale margins. While liquidity has returned to the secondary market, spreads remain wider than 2006 levels, and further credit provisions are likely to weigh on margins in the second quarter. Despite the challenging environment, AHM's origination volumes have remained strong, and we are forecasting 17% growth in 2007, well above industry growth expectations.

- We estimate 2007 EPS of $3.00, below AHM's recently revised guidance of $3.25-$3.75. While we view AHM's 2007 outlook as aggressive, we see our earnings forecast supporting the proposed second quarter dividend of $0.70.

### Investment Rationale/Risk

- While we think the market environment remains challenging, we believe AHM's strong origination network and balance sheet will enable it to benefit as weaker competitors exit the market. We see results gradually improving throughout 2007 as the company takes fewer credit write-downs and the secondary market likely stabilizes. By retaining more of its originations, we believe AHM is taking steps to diversify its dependence on gain-on-sale income, but it is becoming more directly exposed to credit risk. While we expect some volatility in near-term results, we believe AHM remains well capitalized and positioned for long-term growth. Our buy recommendation is based on total return potential.

- Risks to our recommendation and target price include faster prepayments, a widening of credit spreads, slowing demand for residential mortgages, and higher default rates.

- Our 12-month target price of $22 is based on a multiple of 1.0X AHM's current book value. While AHM has historically traded at a premium to its book value, we believe current market uncertainty justifies a more cautious valuation approach.

Please read the Required Disclosures and Analyst Certification on the last page of this report.
Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies, Inc.

The McGraw-Hill Companies

Stock Report | June 23, 2007 | NYS Symbol: AHM

# American Home Mortgage Investment Corp

**STANDARD & POOR'S**

### Business Summary May 21, 2007

CORPORATE OVERVIEW. American Home Mortgage is a real estate investment trust engaged in the investment and origination of residential mortgages in the U.S. AHM's main revenue source has been the origination and resale of securitized loans (79% of net revenue in 2006), primarily residential mortgages. The majority of the remainder of AHM's revenue (16%) is derived from net interest income from investments in high credit quality mortgage-backed securities and mortgage loans. AHM also operates a loan servicing business (5%) for its internal investment portfolio and for third parties such as Fannie Mae and Ginnie Mae. At the end of the first quarter of 2007, the principal amount of AHM's servicing portfolio was almost $40 billion.

AHM originated about $59 billion in the principal amount of loans in 2006, and for the fourth quarter of 2006 was ranked as the nation's 10th largest residential mortgage lender, according to National Mortgage News. At the end of 2006, the company operated more than 550 loan production offices located in 47 states and Washington DC, and made loans throughout all 50 states and Washington, DC. Over the past several years, we believe that AHM has seen strong growth in its mortgage origination volumes and market share due to overall market growth and the acquisition of a number of smaller mortgage originators.

In order to better diversify AHM's revenue base, the company has focused on retaining more of its loan originations and building the assets in its mortgage holding segment. On the investment side of the business, as of December 31, 2006, AHM held a leveraged portfolio of mortgage loans and mortgage-backed securities of $15.6 billion. During 2006, AHM added over $1.5 billion in mortgages to its portfolio, and we expect the company to continue growing its loans held for investment in 2007.

MARKET PROFILE. The residential mortgage market has seen significant growth since 2000, with residential origination volumes rising from $1.1 trillion in 2000 to $2.8 trillion in 2006, according to the Mortgage Bankers Association. We believe that a prior environment of low interest rates, strong demand for housing, and a growing popularity of adjustable rate non-standard mortgage products drove this growth. However, with interest rates now well above their mid-2003 lows, origination volumes have begun to slow, and it is our belief that weak housing demand and tightening credit standards will lead to a further contraction in market origination volumes in 2007.

COMPETITIVE LANDSCAPE. We view the mortgage origination business as highly competitive with relatively low barriers to entry, and with competition primarily involving the relative cost of the mortgage offered to each customer. We see scale being a key competitive advantage in this market as fixed costs and credit risk can be spread over a larger base of originations. Due to its growing origination business, and because AHM derives around 80% of its net revenue from the sale of self originated mortgages and securities, we believe AHM competes with both the mortgage REITs and traditional mortgage finance companies such as Countrywide Financial and IndyMac.

IMPACT OF MAJOR DEVELOPMENTS. In mid-October 2006, AHM acquired Flower Bank, which operates a single banking office and as of March 31, 2007, had $291 million of total assets. AHM has indicated that it purchased Flower to gain a franchise through which banking products can be offered to AHM's customers as well as to the general public. In conjunction with the closing of the acquisition, AHM recapitalized Flower through a cash investment of $50 million and renamed it American Home Bank.

FINANCIAL TRENDS. We believe that AHM has experienced significant growth in terms of revenue, earnings and assets since coming public in 1999. We think the primary driver behind this expansion has been the growth in its loan origination business. The aggregate principal amount of AHM's originations was approximately $59 billion in 2006, compared to $45 billion in 2005, $23 billion in 2004, $22 billion in 2003, $12 billion in 2002, and $7.8 billion in 2001. We believe that AHM's national market share has grown from approximately 0.56% in 2003 to 2.48% in the fourth quarter of 2006.

We see several factors behind AHM's origination volume growth over the past several years, including overall mortgage origination market growth, market share gains versus traditional mortgage bankers, and numerous acquisitions of smaller originators. We expect AHM will continue to gain mortgage origination market share in 2007 as it remains acquisitive and leverages the scale of its origination platform to capitalize on the struggles of many smaller competitors. Despite what we see as an increasingly difficult demand environment, AHM has guided toward $68 billion to $74 billion in new originations in 2007. Our current estimate of $89 billion is at the lower end of this guidance.

AHM paid a $1.12 dividend for the first quarter of 2007, which was a 5.7% increase from the previous quarter's $1.06 payout. In early April, the company announced that it was lowering its second quarter dividend to $0.70 per share, reflecting its lower than expected first quarter results and reduced 2007 outlook.

### Corporate Information

**Investor Contact**
M. Feder (631-622-6469)

**Office**
538 Broadhollow Rd Ste, Melville, NY 11747-3630.

**Telephone**
516-949-3900.

**Website**
http://www.americanhm.com

**Officers**

Chrmn, Pres & CEO
M. Strauss

EVP & Treas
C. Pino

EVP & CFO
S.A. Hozie

EVP, Secy & General Counsel
A.B. Horn

EVP & Chief Admin Officer
R.S. Loeffler

**Board of Directors**
J. C. Johnston
N. R. Marfino
M. A. McManus, Jr.
C. C. Raffaeli
K. Salovaara
M. Strauss
I. J. Thau

**Domicile**
Maryland

**Founded**
1999

**Employees**
7,409

**Stockholders**
537

Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies, Inc.

The McGraw Hill Companies

Stock Report | June 23, 2007 | NYS Symbol: AHM

# American Home Mortgage Investment Corp

STANDARD &POOR'S

## Quantitative Evaluations

**S&P Fair Value Rank** 5- | 1 | 2 | 3 | 4 | **5** |
LOWEST — HIGHEST
Based on S&P's proprietary quantitative model, stocks are ranked from most overvalued (1) to most undervalued (5).

**Fair Value Calculation** $26.50
Analysis of the stock's current worth, based on S&P's proprietary quantitative model suggests that AHM is Undervalued by $4.28 or 19.3%.

**Investability Quotient Percentile** 97
LOWEST = 1 — HIGHEST = 100
AHM scored higher than 87% of all companies for which an S&P Report is available.

**Volatility** | LOW | AVERAGE | **HIGH** |
AHM has had High price volatility over the past year.

**Technical Evaluation** BEARISH
Since May, 2007, the technical indicators for AHM have been BEARISH.

**Insider Activity** NA | UNFAVORABLE | NEUTRAL | FAVORABLE |

## Expanded Ratio Analysis

|  | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|
| LTD/Total Cap. | 0.93 | 0.94 | 0.90 | 1.98 |
| Avg. Diluted Shares Outstg (M) | 50.4 | 44.4 | 38.1 | 18.1 |

Figures based on calendar year-end price

## Key Growth Rates and Averages

| Past Growth Rate (%) | 1 Year | 3 Years | 5 Years | 9 Years |
|---|---|---|---|---|
| Revenue | 65.55 | 74.25 | 75.98 | NA |
| Net Income | 1.05 | 55.12 | 69.69 | NA |

| Ratio Analysis (Annual Avg.) | | | | |
|---|---|---|---|---|
| LTD of Capitalization (%) | 92.96 | 92.40 | 111.58 | 98.20 |

## Company Financials

| Per Share Data ($) Year Ended Dec. 31 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tangible Book Value | 9.78 | 19.61 | 16.70 | 12.45 | 6.77 | 5.15 | 1.30 | 1.63 | 1.18 | NA |
| Cash Flow | 5.60 | 6.14 | 4.04 | 4.41 | 2.82 | 2.38 | 0.82 | 0.76 | 1.03 | NA |
| Earnings | 4.96 | 5.58 | 3.74 | 4.07 | 2.65 | 2.14 | 0.63 | 0.69 | 0.39 | NA |
| S&P Core Earnings | 4.96 | 5.55 | 1.79 | 4.03 | 2.53 | 1.75 | NA | NA | NA | NA |
| Dividends | 3.79 | 2.99 | 1.22 | 0.55 | Nil | Nil | Nil | Nil | Nil | NA |
| Payout Ratio | 76% | 54% | 33% | 14% | Nil | Nil | Nil | Nil | Nil | NA |
| Prices:High | 36.96 | 40.75 | 34.50 | 25.27 | 17.94 | 22.20 | 9.38 | 7.38 | NA | NA |
| Prices:Low | 27.40 | 25.45 | 21.10 | 9.56 | 8.39 | 4.50 | 3.75 | 5.38 | NA | NA |
| P/E Ratio:High | 7 | 7 | 9 | 6 | 7 | 10 | 15 | 19 | NA | NA |
| P/E Ratio:Low | 6 | 5 | 6 | 2 | 3 | 2 | 6 | 14 | NA | NA |
| **Income Statement Analysis (Million $)** | | | | | | | | | | |
| Loan Fees | 145 | 76.1 | 40.6 | 39.1 | 25.1 | Nil | Nil | Nil | Nil | NA |
| Interest Income | 1,328 | 728 | 312 | 106 | 23.7 | 9.10 | 3.30 | 1.70 | 0.70 | NA |
| Total Revenue | 2,190 | 1,323 | 638 | 495 | 233 | 128 | 58.3 | 24.9 | 20.2 | NA |
| Interest Expense | 1,146 | 527 | 200 | 61.0 | Nil | Nil | Nil | Nil | Nil | NA |
| % Expense/Operating Revenue | 51.8% | 51.6% | 49.6% | 62.4% | 70.3% | 68.3% | 82.5% | 78.5% | 74.0% | NA |
| Pretax Income | 348 | 243 | 121 | 123 | 68.0 | 40.6 | 10.2 | 5.34 | 5.25 | NA |
| Effective Tax Rate | 24.3% | 7.20% | 21.1% | 39.2% | 41.0% | 40.0% | 41.8% | 27.0% | 6.25% | NA |
| Net Income | 264 | 261 | 146 | 74.0 | 39.0 | 23.3 | 5.40 | 3.86 | 4.87 | NA |
| S&P Core Earnings | 250 | 246 | 68.8 | 73.1 | 37.7 | 19.1 | NA | NA | NA | NA |
| **Balance Sheet & Other Financial Data (Million $)** | | | | | | | | | | |
| Net Property | 86.0 | 69.0 | 52.0 | 42.0 | 13.0 | 0.44 | 7.20 | 3.50 | 1.60 | NA |
| Cash & Securities | 398 | 576 | 193 | 53.0 | 27.0 | 26.4 | 6.00 | 3.40 | 2.90 | NA |
| Loans | 7,854 | 5,688 | 1,316 | 1,224 | 811 | 420 | 144 | 65.3 | 34.8 | NA |
| Total Assets | 18,829 | 17,755 | 9,618 | 3,402 | 1,121 | 501 | 184 | 85.9 | 42.4 | NA |
| Capitalization:Debt | 16,757 | 18,760 | 8,338 | 2,566 | 799 | 354 | 135 | 58.8 | 34.1 | NA |
| Capitalization:Equity | 1,270 | 1,207 | 898 | 398 | 164 | 79.0 | 26.6 | 18.0 | 5.90 | NA |
| Capitalization:Total | 18,027 | 19,967 | 9,236 | 1,297 | 964 | 434 | 162 | 77.3 | 40.1 | NA |
| Price Times Book Value:High | 1.8 | 2.1 | 2.1 | 2.0 | 2.6 | 4.3 | 7.2 | 4.5 | NA | NA |
| Price Times Book Value:Low | 1.4 | 1.3 | 1.3 | 0.8 | 1.2 | 0.9 | 2.9 | 3.3 | NA | NA |
| Cash Flow | 269 | 273 | 154 | 80.0 | 42.0 | 25.4 | 7.00 | 4.20 | 5.20 | NA |
| % Return on Revenue | 12.0 | 19.7 | 22.9 | 14.9 | 16.7 | 18.2 | 9.2 | 15.5 | 24.1 | NA |
| % Return on Assets | 1.8 | 1.9 | 2.2 | 3.3 | 4.8 | 6.8 | 4.0 | 6.0 | NA | NA |
| % Return on Equity | 1.4 | 24.7 | 22.5 | 60.6 | 31.9 | 43.9 | 24.2 | NA | NA | NA |

Data as orig reptd.; bef. results of disc opers/spec. items. Per share data adj. for stk. divs.; EPS diluted. E-Estimated. NA-Not Available. NM-Not Meaningful. NR-Not Ranked. UR-Under Review.

Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies, Inc.

The McGraw-Hill Companies

Stock Report | Jun 23, 2007 | NYS Symbol: AHM

# American Home Mortgage Investment Corp

**STANDARD &POOR'S**

## Sub-Industry Outlook

We have a neutral fundamental outlook on the mortgage REITs sub-industry. Our cautious view on the group, which is made up of commercial and residential mortgage providers, is based on concerns surrounding the impact of a relatively flat yield curve, deteriorating credit metrics, and strong competition for new commercial originations. We believe each of these factors is putting downward pressure on net interest margins and creating a challenging earnings environment. We believe intense competition has forced lenders to accept more risk for increasingly lower returns, the impact of which is now being seen through rising defaults in the residential market. Currently, we see residential mortgage providers being more impacted by the challenging conditions, as the demand for commercial real estate remains strong and is supporting healthier earnings growth for non-residential lenders.

We believe there is large amount of capital chasing new opportunities in both the residential and commercial mortgage origination markets. In our view, this type of environment favors companies with their own origination capabilities, and more specifically, favors commercial lenders that avoid standardized parts of the market. While default levels across both the commercial and residential markets were at historically low levels in 2005 and much of 2006, we believe the softening housing demand and a large amount of exotic and low documentation mortgages have begun to expose residential and multi-family commercial lenders to growing credit issues. We believe fourth-quarter earnings reports from residential mortgage REITs provided evidence supporting these concerns. Longer term, we think the performance of the mortgage REITs sub-industry will be driven by trends in interest rates and the demand for residential and commercial real estate mortgages,

which we see closely related to the health of the macro economy and employment growth. Historically, mortgage REITs have performed best in periods of stable to decreasing interest rates, while rising rates have often been negative for the group.

In evaluating the mortgage REITs sub-industry, we consider a number of factors including the macro economic and employment environments; the current interest rate environment and shape of the yield curve; credit quality ratios; and the amount of leverage being utilized. For the three-month period ended February 28, 2007, the Mortgage REITs sub-industry was down 57.6%, versus a gain of 0.7% for the S&P 1500. As of February 28, 2007, we calculate the average yield of this sub-industry at approximately 10.5%, while the average REIT yielded 3.6%.

--Jason Willey

### Stock Performance

**GICS Sector: Financials**
**Sub-Industry: Mortgage REITS**

Based on S&P 1500 Indexes
Month-end Price Performance as of 05/31/07

| Sub-Industry | Sector | S&P 1500 |
|---|---|---|

**NOTE:** All Sector & Sub-Industry information is based on the Global Industry Classification Standard (GICS)

The Sub-Industry was created recently; therefore no historical index data exists yet to display a performance line.

## Sub-Industry : Mortgage REITS Peer Group*: Based on market capitalizations within GICS Sub-Industry

| Peer Group | Stock Symbol | Stk.Mkt. Cap. (Mil. $) | Recent Stock Price | P/E Ratio | 12-Mo. Trailing EPS | 30-Day Price Chg(%) | 1 Year Price Chg(%) | Beta | Yield (%) | Quality Ranking | Ret. on Equity (%) | Pretax Margin (%) | LTD to Cap (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage | AHM | 1,206 | 22.22 | 5 | 4.48 | 0% | -36% | 1.27 | 18.7 | NR | 44.2 | 15.9 | 80.7 |
| Alesco Financial | AFN | 489 | 8.82 | NM | NA | -8% | NA | NA | 13.6 | NR | NM | 13.6 | NA |
| America First Mortgage Invest. Inc. | MFA | 588 | 7.25 | NM | -0.05 | -3% | 12% | 0.74 | 4.4 | B | NM | 2.4 | 72.8 |
| Anthracita Capital | AHR | 737 | 12.63 | 9 | 1.39 | 3% | 6% | 0.61 | 9.5 | NR | 12.9 | NM | 83.5 |
| Arbor Realty Trust | ABR | 454 | 26.14 | 9 | 3.00 | -8% | 9% | 1.51 | 9.4 | NR | NM | NM | 79.2 |
| Capital Trust 'A' | CT | 674 | 38.59 | 11 | 3.53 | -10% | 17% | 0.16 | 8.3 | NR | 14.1 | 14.5 | 83.6 |
| Crystal River Capital | CRZ | 662 | 26.47 | 16 | 1.69 | -4% | NA | NA | 10.3 | NR | 10.0 | 23.3 | 25.9 |
| Deerfield Triarc Capital | DFR | 774 | 14.97 | 10 | 1.48 | -6% | 16% | NA | 10.0 | NR | NM | NM | NA |
| Friedman, Billings, Ramsey Group | FBR | 932 | 5.78 | NM | -1.63 | -8% | -42% | 1.03 | 6.1 | B- | NM | NM | 78.6 |
| Gramercy Capital | GKK | 773 | 29.69 | 13 | 2.33 | -4% | 13% | 1.66 | 8.5 | NR | 13.4 | 29.1 | 83.0 |
| IMPAC Mtge Hldgs | IMH | 466 | 6.13 | NM | -3.90 | -5% | -42% | 0.33 | 8.5 | B | NM | NM | 92.5 |
| Newcastle Investment | NCT | 1,258 | 27.51 | 10 | 2.72 | -6% | 12% | 0.52 | 10.5 | NR | 13.8 | 23.1 | 84.8 |
| NorthStar Realty Finance | NRF | 781 | 12.73 | 16 | 0.78 | -10% | 16% | 1.85 | 11.3 | NR | 8.5 | 20.9 | 77.2 |
| RAIT Investment Trust | RAS | 1,826 | 28.88 | 14 | 2.00 | 0% | 5% | 0.53 | 11.7 | NR | 6.9 | 71.9 | 86.8 |
| Redwood Trust | RWT | 1,371 | 50.10 | 11 | 4.42 | -4% | 8% | 0.66 | 6.0 | B | NM | NM | NA |

NA-Not Available NM-Not Meaningful NR-Not Rated. *For Peer Groups with more than 15 companies or stocks, selection of issues is based on market capitalization.

Source: S&P.
Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies,Inc.

The McGraw-Hill Companies

Stock Report | Jun 22, 2007 | NYS Symbol: AHM

# American Home Mortgage Investment Corp

STANDARD &POOR'S

## S&P Analyst Research Notes and other Company News

**May 18, 2007**
12:08 pm EDT... S&P REITERATES BUY RECOMMENDATION ON SHARES OF AMERICAN HOME MORTGAGE (AHM 20.03****): Following AHM's comments at two investor conferences, and our review of Q1 results, we are reducing our '07 EPS estimate to $3.00 from $3.20 and '08's to $4.09 from $4.25. This is to reflect our lower Q2 gain-on-sale margin assumptions, since we believe AHM continues to be hit by repurchase requests and early payment defaults on problem loans originated in late '06 and early '07. We are reducing our 12-month target price by $3 to $22, in line with AHM's book value. Despite our lowered outlook, we see a potential catalyst from gradual improvement in results as '07 progresses. /J.Willey

**May 1, 2007**
DOWN 1.30 to 23.48... A.G. Edwards downgrades to hold from buy... Co. to offer 4M shares... Yesterday co. posted $0.54 vs. $1.02 Q1 EPS.

**May 1, 2007**
11:31 am EDT... AMER HOME MTGE INVESTMENT (AHM 22.86) DOWN 1.92, A.G. EDWARDS DOWNGRADES TO HOLD FROM BUY... Co. to offer 4M shares... Yesterday co. posted $0.54 vs. $1.02 Q1 EPS... Analyst Greg Mason tells salesforce believes shares now reflect reasonable risk/reward profile... Still believes long-term prospects remain attractive given gain on sale (GOS) margin normalization over time, however, thinks shares will likely move sideways over next 6-12 months as AHM continues to work though difficult credit environment... Cuts $3.80 '07 EPS estimate to $3.50, $4.85 '08 to $4.50 to account for lower-than-expected GOS margins, offset by higher net interest margins, loan servicing. /BBrodie

**April 30, 2007**
Posts $0.54 vs. $1.02 Q1 EPS on 15% lower revenue... Lowers '07 EPS guidance to $3.25-$3.75 range, assumes cont. weakness in secondary mtge markets, gradual reduction in delinquency related charges.

**April 30, 2007**
11:19 am EDT... S&P REITERATES BUY RECOMMENDATION ON SHARES OF AMERICAN HOME MORTGAGE (AHM 24.5****): Q1 EPS of $0.54 trails year-ago $1.02 but edges out our $0.52 estimate. As expected, delinquency related charges reduced gain-on-sale margins. However, loan originations rose 26.5% and appear on target to meet AHM's full-year production volume target of $68-$74 billion. Also, we think the secondary mortgage market is stabilizing and expect delinquency charges to diminish as '07 progresses. We maintain our '07 EPS estimate of $3.28, at the low end of AHM's current guidance of $3.25-$3.75. Based on the Q1 payout of $1.12, AHM shares yield 18.3%. /R.Shepard

**April 30, 2007**
NEW YORK (Standard & Poor's)--Apr 30, 2007, American Home Mortgage Investment Corp, announced 1Q EPS $0.54 vs. $1.02.

**April 27, 2007**
11:50 am EDT... S&P UPGRADES SHARES OF AMERICAN HOME MORTGAGE TO BUY FROM HOLD (AHM 23.66****): The upgrade reflects our improved outlook for the health of the secondary mortgage market, particularly for Alt-A products. We think spreads have narrowed and liquidity has returned to the market, which we view as key for AHM's gain-on-sale income and earnings. Following significant negative sentiment in Q1, we believe market fundamentals have improved considerably in April. Driven by a better margin outlook, we are increasing our '07 EPS estimate to $3.28 from $2.89. We are raising our target price by $3 to $25, 7.5X our '07 estimate. AHM shares currently yield 11.8%. /J.Willey

**April 11, 2007**
UP 1.34 to 20.89... AG Edwards upgrades to buy from hold... Co. unavailable...

**April 11, 2007**
03:13 pm EDT... AMER HOME MTGE INVESTMENT (AHM 20.76) UP 1.21, AG EDWARDS UPGRADES TO BUY FROM HOLD... Analyst Greg Mason tells salesforce expects early payment defaults to decline as AHM ceasing sales of its more risky products... Believes that co. could see earnings deteriorate by roughly $1.00, still maintain its $2.80 dividend without depleting book value... Thinks price normalization should occur at some point, likely '08... Believes AHM has purposefully lowered its dividend to long-term sustainable level with conservative assumptions... Sees $3.80 '07 EPS, $4.85 '08... Has $23.50 price objective. /MMorrow

**April 10, 2007**
DOWN 1.79 to 20.13... Citigroup downgrades to sell from hold... Yesterday co. guided lower for Q1, '07 EPS, cut its quarterly dividend.

**April 10, 2007**
01:40 pm EDT... AMER HOME MTGE INVESTMENT (AHM 19.88) DOWN 2.04, CITIGROUP DOWNGRADES TO SELL FROM HOLD. YESTERDAY CO. GUIDED LOWER FOR Q1, '07... Analyst Donald Fandetti tells salesforce downgrades following sharp cut in quarterly dividend, lower earnings guidance, on backdrop of deteriorating residential mortgage market... Notes key drivers of reduction include: weaker gain-on-sale margins (particularly in Mar. '07); write-downs of residuals; continued credit deterioration (especially Alt-A)... Cuts '07 EPS est. to $3.70 (below mgmt guidance), '08 to $3.75, '09 to $3.85; $26 target to $19... Can't rule out further pressure on dividend if market conditions continue to worsen. /MMorrow

**April 9, 2007**
DOWN 4.59 to 21.25... Sees lower-than-expected Q1 EPS of $0.40-$0.60, '07 of $3.75-$4.25... Notes reduced gain on sale revenues, write-downs of low investment grade, residual securities... Cuts quarterly dividend to $0.70 per share.

Source: S&P.
Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies,Inc.

the McGraw-Hill Companies

Stock Report | Jun 22, 2007 | NYS Symbol: AHM

# American Home Mortgage Investment Corp

**STANDARD &POOR'S**

### Analysts' Recommendations



Of the total 11 companies following AHM, 10 analysts currently publish recommendations.

|  | No. of Ratings | % of Total | 1 Mo. Prior | 3 Mos. Prior |
|---|---|---|---|---|
| Buy | 0 | 0 | 0 | 1 |
| Buy/Hold | 1 | 10 | 1 | 3 |
| Hold | 6 | 60 | 6 | 5 |
| Weak Hold | 2 | 20 | 2 | 0 |
| Sell | 1 | 10 | 1 | 0 |
| No Opinion | 0 | 0 | 0 | 0 |
| Total | 10 | 100 | 10 | 9 |

### Wall Street Consensus Opinion

**HOLD**

### Companies Offering Coverage

AG Edwards & Sons
Bear Stearns & Co.
Deutsche Bank
Flagstone Securities
Fox-Pitt Kelton, Inc.
Friedman, Billings, Ramsey & Co.
JMP Securities
Keefe Bruyette & Woods, Inc.
Lehman Brothers, Inc.
RBC Capital Markets (US)
Smith Barney

### Wall Street Consensus Estimates

Estimates  2006 ——  2007 ········  2008 ----  • 2006 Actual $4.96

| Fiscal Years | Avg Est. | High Est. | Low Est. | # of Est. | Est. P/E |
|---|---|---|---|---|---|
| 2008 | 4.10 | 5.25 | 2.36 | 11 | 5.4 |
| 2007 | 3.14 | 3.55 | 2.32 | 10 | 7.1 |
| 2008 vs. 2007 | ▲31% | ▲48% | ▲2% | ▲10% | ▼-24% |
| Q2'08 | 1.12 | 1.28 | 0.87 | 10 | 19.8 |
| Q2'07 | 0.75 | 0.90 | 0.64 | 10 | 29.6 |
| Q2'08 vs. Q2'07 | ▲49% | ▲42% | ▲36% | 0% | ▼-33% |

A company's earnings outlook plays a major part in any investment decision. Standard & Poor's organizes the earnings estimates of over 2,300 Wall Street analysts, and provides their consensus of earnings over the next two years. This graph shows the trend in analyst estimates over the past 15 months.

### Wall Street Consensus vs. Performance

For fiscal year 2007, analysts estimate that AHM will earn $3.14. For the 1st quarter of fiscal year 2007, AHM announced earnings per share of $0.54, representing 17% of the total annual estimate. For fiscal year 2008, analysts estimate that AHM's earnings per share will grow by 31% to $4.10.

Source: S&P,I/B/E/S International, Inc.
Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies,Inc.

The McGraw-Hill Companies

Stock Report | June 23, 2007 | NYS Symbol: **AHM**

# American Home Mortgage Investment Corp

**STANDARD &POOR'S**

### Glossary

**S&P STARS**
Since January 1, 1987, Standard and Poor's Equity Research Services has ranked a universe of common stocks based on a given stock's potential for future performance. Under proprietary STARS (STock Appreciation Ranking System), S&P equity analysts rank stocks according to their individual forecast of a stock's future total return potential versus the expected total return of a relevant benchmark (e.g., a regional index (S&P Asia 50 Index, S&P Europe 350 Index or S&P 500 Index)), based on a 12-month time horizon. STARS was designed to meet the needs of investors looking to put their investment decisions in perspective.

### STARS Average Annual Performance



### S&P 12-Month Target Price
The S&P equity analyst's projection of the market price a given security will command 12 months hence, based on a combination of intrinsic, relative, and private market valuation metrics.

### Investment Style Classification
Characterizes the stock as Growth or Value, and indicates its capitalization level. Growth is evaluated along three dimensions (earnings, sales and internal growth), while Value is evaluated along four dimensions (book-to-price, cash flow-to-price, dividend yield and sale-to-price). Growth stocks score higher than the market average on growth dimensions and lower on value dimensions. The reverse is true for Value stocks. Certain stocks are classified as Blend, indicating a mixture of growth and value characteristics and cannot be classified as purely growth or value.

### Qualitative Risk Assessment
The S&P equity analyst's view of a given company's operational risk, or the risk of a firm's ability to continue as an ongoing concern. The Qualitative Risk Assessment is a relative ranking to the S&P U.S. STARS universe, and should be reflective of risk factors related to a company's operations, as opposed to risk and volatility measures associated with share prices.

### Quantitative Evaluations
In contrast to our qualitative STARS recommendations, which are assigned by S&P analysts, the quantitative evaluations described below are derived from proprietary arithmetic models. These computer-driven evaluations may at times contradict an analyst's qualitative assessment of a stock. One primary reason for this is that different measures are used to determine each. For instance, when designating STARS, S&P analysts assess many factors that cannot be reflected in a model, such as risks and opportunities, management changes, recent competitive shifts, patent expiration, litigation risk, etc.

### S&P Quality Ranking
Growth and stability of earnings and dividends are deemed key elements in establishing S&P's Quality Rankings for common stocks, which are designed to capsulize the nature of this record in a single symbol. It should be noted, however, that the process also takes into consideration certain adjustments and modifications deemed desirable in establishing such rankings. The final score for each stock is measured against a scoring matrix determined by analysis of the scores of a large and representative sample of stocks. The range of scores in the array of this sample has been aligned with the following ladder of rankings:

| | | | |
|---|---|---|---|
| A+ | Highest | B | Below Average |
| A | High | B- | Lower |
| A- | Above Average | C | Lowest |
| B+ | Average | D | In Reorganization |
| NR | Not Ranked | | |

### S&P Fair Value Rank
Using S&P's exclusive proprietary quantitative model, stocks are ranked in one of five groups, ranging from Group 5, listing the most undervalued stocks, to Group 1, the most overvalued issues. Group 5 stocks are expected to generally outperform all others. A positive (+) or negative (-) Timing Index is placed next to the Fair Value ranking to further aid the selection process. A stock with a (+) added to the Fair Value Rank simply means that this stock has a somewhat better chance to outperform other stocks with the same Fair Value Rank. A stock with a (-) has a somewhat lesser chance to outperform other stocks with the same Fair Value Rank. The Fair Value rankings imply the following: 5-Stock is significantly undervalued; 4-Stock is moderately undervalued; 3-Stock is fairly valued; 2-Stock is modestly overvalued; 1-Stock is significantly overvalued.

### S&P Fair Value Calculation
The price at which a stock should trade at, according to S&P's proprietary quantitative model that incorporates both actual and estimated variables (as opposed to only actual variables in the case of S&P Quality Ranking). Relying heavily on a company's actual return on equity, the S&P Fair Value model places a value on a security based on placing a formula-derived price-to-book multiple on a company's consensus earnings per share estimate.

### Insider Activity
Gives an insight as to insider sentiment by showing whether directors, officers and key employees who have proprietary information not available to the general public, are buying or selling the company's stock during the most recent six months.

### Investability Quotient (IQ)
The IQ is a measure of investment desirability. It serves as an indicator of potential medium-to-long term return and as a caution against downside risk. The measure takes into account variables such as technical indicators, earnings estimates, liquidity, financial ratios and selected S&P proprietary measures.

### S&P's IQ Rationale:
**Amer Home Mtge Investment**

| | Raw Score | Max Value |
|---|---|---|
| Proprietary S&P Measures | 31 | 115 |
| Technical Indicators | 18 | 40 |
| Liquidity/Volatility Measures | 18 | 20 |
| Quantitative Measures | 58 | 75 |
| IQ Total | 125 | 250 |

### Volatility
Rates the volatility of the stock's price over the past year.

### Technical Evaluation
In researching the past market history of prices and trading volume for each company, S&P's computer models apply special technical methods and formulas to identify and project price trends for the stock.

### Relative Strength Rank
Shows, on a scale of 1 to 99, how the stock has performed versus all other companies in S&P's universe on a rolling 13-week basis.

### Global Industry Classification Standard (GICS)
An industry classification standard, developed by Standard & Poor's in collaboration with Morgan Stanley Capital International (MSCI). GICS is currently comprised of 10 Sectors, 24 Industry Groups, 67 Industries, and 147 Sub-Industries.

### S&P Core Earnings
Standard & Poor's Core Earnings is a uniform methodology for adjusting operating earnings by focusing on a company's after-tax earnings generated from its principal businesses. Included in the Standard & Poor's definition are employee stock option grant expenses, pension costs, restructuring charges from ongoing operations, write-downs of depreciable or amortizable operating assets, purchased research and development, M&A related expenses and unrealized gains/losses from hedging activities. Excluded from the definition are pension gains, impairment of goodwill charges, gains or losses from asset sales, reversal of prior-year charges and provision from litigation or insurance settlements.

### S&P Issuer Credit Rating
A Standard & Poor's Issuer Credit Rating is a current opinion of an obligor's overall financial capacity (its creditworthiness) to pay its financial obligations. This opinion focuses on the obligor's capacity and willingness to meet its financial commitments as they come due. It does not apply to any specific financial obligation, as it does not take into account the nature of and provisions of the obligation, its standing in bankruptcy or liquidation, statutory preferences, or the legality and enforceability of the obligation. In addition, it does not take into account the creditworthiness of the guarantors, insurers, or other forms of credit enhancement on the obligation. The Issuer Credit Rating is not a recommendation to purchase, sell, or hold a financial obligation issued by an obligor, as it does not comment on market price or suitability for a particular investor. Issuer Credit Ratings are based on current information furnished by obligors or obtained by Standard & Poor's from other sources it considers reliable. Standard & Poor's does not perform an audit in connection with any Issuer Credit Rating and may, on occasion, rely on unaudited financial information. Issuer Credit Ratings may be changed, suspended, or withdrawn as a result of changes in, or unavailability of, such information, or based on other circumstances.

### Exchange Type
ASE - American Stock Exchange; NNM - Nasdaq National Market; NSC - Nasdaq SmallCap; NYSE - New York Stock Exchange; BB - OTC Bulletin Board; OT - Over-the-Counter; TO - Toronto Stock Exchange.

### S&P Equity Research Services
Standard & Poor's Equity Research Services U.S. includes Standard & Poor's Investment Advisory Services LLC; Standard & Poor's Equity Research Services Europe includes Standard & Poor's LLC-London and Standard & Poor's AB (Sweden); Standard & Poor's Equity Research Services Asia includes Standard & Poor's LLC's offices in Hong Kong, Singapore and Tokyo, Standard & Poor's Malaysia Sdn Bhd, and Standard & Poor's Information Services (Australia) Pty Ltd.

Source: S&P.
Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies, Inc.

*The McGraw·Hill Companies*

Stock Report | June 23, 2007 | NYS Symbol: AHM 

# American Home Mortgage Investment Corp

**STANDARD & POOR'S**

## Required Disclosures

### S&P Global STARS Distribution

**In the U.S.:** As of March 31, 2007, research analysts at Standard & Poor's Equity Research Services U.S. have recommended 32.5% of issuers with buy recommendations, 55.6% with hold recommendations and 11.9% with sell recommendations.

**In Europe:** As of March 31, 2007, research analysts at Standard & Poor's Equity Research Services Europe have recommended 38.3% of issuers with buy recommendations, 37.9% with hold recommendations and 23.9% with sell recommendations.

**In Asia:** As of March 31, 2007, research analysts at Standard & Poor's Equity Research Services Asia have recommended 39.8% of issuers with buy recommendations, 46.9% with hold recommendations and 13.3% with sell recommendations.

**Globally:** As of March 31, 2007, research analysts at Standard & Poor's Equity Research Services globally have recommended 33.7% of issuers with buy recommendations, 52.8% with hold recommendations and 13.5% with sell recommendations.

★★★★★ **5-STARS (Strong Buy):** Total return is expected to outperform the total return of a relevant benchmark, by a wide margin over the coming 12 months, with shares rising in price on an absolute basis.

★★★★ **4-STARS (Buy):** Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months, with shares rising in price on an absolute basis.

★★★ **3-STARS (Hold):** Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months, with shares generally rising in price on an absolute basis.

★★ **2-STARS (Sell):** Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months, and the share price not anticipated to show a gain.

★ **1-STARS (Strong Sell):** Total return is expected to underperform the total return of a relevant benchmark by a wide margin over the coming 12 months, with shares falling in price on an absolute basis.

**Relevant benchmarks:** In the U.S. the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.

**For All Regions:** All of the views expressed in this research report accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers. No part of analyst compensation was, is, or will be directly or indirectly, related to the specific recommendations or views expressed in this research report.

Additional information is available upon request.

## Other Disclosures

This report has been prepared and issued by Standard & Poor's and/or one of its affiliates. In the United States, research reports are prepared by Standard & Poor's Investment Advisory Services LLC ("SPIAS"). In the United States, research reports are issued by Standard & Poor's ("S&P"), in the United Kingdom by Standard & Poor's LLC ("S&P LLC"), which is authorized and regulated by the Financial Services Authority; in Hong Kong by Standard & Poor's LLC which is regulated by the Hong Kong Securities Futures Commission, in Singapore by Standard & Poor's LLC, which is regulated by the Monetary Authority of Singapore; in Japan by Standard & Poor's LLC, which is regulated by the Kanto Financial Bureau; in Sweden by Standard & Poor's AB ("S&P AB"), in Malaysia by Standard & Poor's Malaysia Sdn Bhd ("S&PM") which is regulated by the Securities Commission and in Australia by Standard & Poor's Information Services (Australia) Pty Ltd ("SPIS") which is regulated by the Australian Securities & Investments Commission; and in Korea by SPIAS, which is also registered in Korea as a cross-border investment advisory company.

The research and analytical services performed by SPIAS, S&P LLC, S&P AB, S&PM, and SPIS are each conducted separately from any other analytical activity of Standard & Poor's.

Standard & Poor's or an affiliate may license certain intellectual property or provide pricing or other services to, or otherwise have a financial interest in, certain issuers of securities, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary Standard & Poor's index, such as the S&P 500. In cases where Standard & Poor's or an affiliate is paid fees that are tied to the amount of assets that are invested in the fund or the volume of trading activity in the fund, investment in the fund will generally result in Standard & Poor's or an affiliate earning compensation in addition to the subscription fees or other compensation for services rendered by Standard & Poor's. A reference to a particular investment or security by Standard & Poor's and one of its affiliates is not a recommendation to buy, sell, or hold such investment or security, nor is it considered to be investemnt advice.

S&P and/or one of its affiliates has performed services for and received compensation from this company during the past twelve months.

## Disclaimers

This material is based upon information that we consider to be reliable, but neither S&P nor its affiliates warrant its completeness, accuracy or adequacy and it should not be relied upon as such. With respect to reports issued by S&P LLC-Japan and in the case of inconsistencies between the English and Japanese version of a report, the English version prevails. Neither S&P LLC nor S&P guarantees the accuracy of the translation. Assumptions, opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Neither S&P nor its affiliates are responsible for any errors or omissions or for results obtained from the use of this information. Past performance is not necessarily indicative of future results.

This material is not intended as an offer or solicitation for the purchase or sale of any security or other financial instrument. Securities, financial instruments or strategies mentioned herein may not be suitable for all investors. Any opinions expressed herein are given in good faith, are subject to change without notice, and are only correct as of the stated date of their issue. Prices, values, or income from any securities or investments mentioned in this report may fall against the interests of the investor and the investor may get back less than the amount invested. Where an investment is described as being likely to yield income, please note that the amount of income that the investor will receive from such an investment may fluctuate. Where an investment or security is denominated in a different currency to the investor's currency of reference, changes in rates of exchange may have an adverse effect on the value, price or income of or from that investment to the investor. The information contained in this report does not constitute advice on the tax consequences of making any particular investment decision. This material does not take into account your particular investment objectives, financial situations or needs and is not intended as a recommendation of particular securities, financial instruments or strategies to you. Before acting on any recommendation in this material, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice.

For residents of the U.K. - this report is only directed at and should only be relied on by persons outside of the United Kingdom or persons who are inside the United Kingdom and who have professional experience in matters relating to investments or who are high net worth persons, as defined in Article 19(5) or Article 49(2)(a) to (d) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, respectively.

For residents of Malaysia, all queries in relation to this report should be referred to Alexander Chia, Desmond Ch'ng, or Ching Wah Tam.

This investment analysis was prepared from the following sources: S&P MarketScope, S&P Compustat, S&P Industry Reports, I/B/E/S International, Inc.; Standard & Poor's, 55 Water St., New York, NY 10041.

Source: S&P.
Redistribution or reproduction is prohibited without written permission. Copyright ©2007 The McGraw-Hill Companies, Inc.

*the McGraw-Hill Companies*

The following story was published on Thomson ONE: *CALL ASAP*



Enter Symbol(s) or Keyword(s) [GO]    Advanced Se

Learn more about the next step beyond mutual funds

FRONT PAGE ▾    TOOLS & RESEARCH ▾    QUOTES    AHM

Profile    News    Chart    Analyst Info. ▾    Insiders ▾    Financials ▾    Historical Quotes    SE

## American Home Mtg Invt Corp AHM (NYSE)    10.47    Change: UNCH UNCH    Volume:

Overview    Profile    **News**    Chart    Analyst Info.    Insider Actions    Financials    Historical Quotes    Message Board

### MarketWatch News Headlines for American Home Mtg Invt Corp (AHM)

| Time | Headline |
|---|---|
| 1:17pm 07/31/07 | American Home Mortgage: Unable to fund lending of $300M Mon. - *MarketWatch* |
| 1:16pm 07/31/07 | American Home Mortgage:Unable to borrow on credit facilities - *MarketWatch* |
| 1:14pm 07/31/07 | American Home Mortgage working to resolve liquidity issues - *MarketWatch* |
| 5:44pm 07/30/07 | Marathon plans new fund to buy distressed mortgage assets - *Alistair Barr* |
| 4:40pm 07/30/07 | U.S. stocks close with strong gains on profit hopes - *Kate Gibson* |
| 3:56pm 07/30/07 | Rout continues in high-yield corporate market - *Leslie Wines* |
| 3:35pm 07/30/07 | Treasurys decline as stocks pull off a rise - *Leslie Wines* |
| 3:19pm 07/30/07 | American Home Mortgage tumbles on dividend delay - *Greg Morcroft* |
| 2:28pm 07/30/07 | ◀)) Laz & Noble go Off the News, a MarketWatch audio roundup |
| 1:06pm 07/30/07 | Simon Property raises outlook for funds from operations - *John Spence* |

More...

### More News Headlines for American Home Mtg Invt Corp (AHM)

| Time | Headline |
|---|---|
| 1:21pm 07/31/07 | $ Take Countrywide Over IndyMac - *[at RealMoney by TheStreet.com]* |
| 1:10pm 07/31/07 | Cramer's Subprime Dirty Dozen - *[at TheStreet.com]* |
| 10:46am 07/31/07 | IndyMac Profit Plunges - *[at TheStreet.com]* |
| 10:40am 07/31/07 | Stockpickr Lists: Rural Cellular Hits Big Time - *[at TheStreet.com]* |
| 9:51am 07/31/07 | Stocks Find Their Footing - *[at BusinessWeek Online]* |
| 9:51am 07/31/07 | American Home's Credit Crisis - *[at BusinessWeek Online]* |
| 9:51am 07/31/07 | S&P Picks and Pans: Bear Stearns, AHM, ValueClick, Ingersoll-Rand - *[at BusinessWeek Online]* |
| 9:51am 07/31/07 | Movers: Verizon, ValueClick, Archer-Daniels-Midland - *[at BusinessWeek Online]* |
| 9:46am 07/31/07 | $ Reposition Stocks Into Market Strength - *[at RealMoney by TheStreet.com]* |
| 8:57am 07/31/07 | $ Sell Subprime's Dirty Dozen While You Can - *[at RealMoney by TheStreet.com]* |

More...

### Press Releases about American Home Mtg Invt Corp (AHM)

| Time | Headline |
|---|---|
| 1:13pm 07/31/07 | American Home Mortgage Investment Corp. Provides Update on Liquidity - *BusinessWire* |
| 10:19pm 07/27/07 | American Home Mortgage Investment Corp. Delays Payment of Quarterly Common Stock and Series A and Series B Preferred Stock Dividends - *BusinessWire* |
| 4:40pm 06/28/07 | American Home Mortgage Provides Mid-Quarter Update - *BusinessWire* |
| 7:16am 06/15/07 | American Home Mortgage Investment Corp. Board Declares Quarterly Common Stock and Series A and Series B Preferred Stock Dividends - *BusinessWire* |
| 4:15pm 06/11/07 | American Home Mortgage Investment Corp. to Participate in the Keefe, Bruyette & Woods |