May 29, 2008

U.S. Bankruptcy Court for District of Delaware:

The undersigned protests the Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1.

Sincerely,
Shirley S. Borolé
Claim # 2734

CASE NAME
American Home Mortage Holdings, Inc. Delaware Corporation, et al.

CASE NUMBER
07-11047 (CSS)