# Change of Address

Re: Case No.  07-11050 – 07-11047

Name: American Home Mortgage Servicing, Inc

FILED 2008 JUN 10 AM 10:24 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

☐ Debtor(s)
☐ Husband Only
☐ Wife Only

☐ Attorney

☑ Creditor

NEW ADDRESS: Nevada County Office of the Treasurer-Tax Collector
950 Maidu Avenue
PO Box 128
Nevada City, CA  95959

PHONE NUMBER: _____

OLD ADDRESS: PO Box 908
Nevada City, CA  95959

SIGNATURE: _____

Kim Nuner

EDC 2-085 (Rev. 3/29/99)

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | IN RE: AMERICAN HOME MORTGAGE SERVICING |
| 3 | CASE NO. 07-11050 |
| 4 | |
| 5 | UNITED STATES BANKRUPTCY COURT |
| 6 | DISTRICT OF DELAWARE |
| 7 | 824 MARKET ST., THIRD FLOOR |
| 8 | WILMINGTON, DE 19801 |
| 9 | |
| 10 | AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 11 | C/O YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 12 | THE BRANDYWINE BUILDING |
| 13 | 1000 WEST ST., 17TH FLOOR |
| 14 | PO BOX 391 |
| 15 | WILMINGTON, DE 19899-0391 |
| 16 | |
| 17 | |
| 18 | UNITED STATES TRUSTEE |
| 19 | 844 KING ST., ROOM 2207 |
| 20 | LOCKBOX #35 |
| 21 | WILMINGTON, DE 19899-0035 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |