# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.

**Case No.:** 07–11047–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that American Home Motgage Holdings, Inc., debtors filed a Notice of Appeal on 6/9/2008 regarding the Order Granting Motion of McLain Patners, II, LLC, for Payment of Administrative Expense Claim. The Notice of Appeal may be viewed at docket number 4476. The order on appeal may be viewed at docket number 4293.

David D. Bird
CLERK OF COURT

Date: 6/13/08
(VAN–440)