# EXHIBIT A

## Exhibit A
## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| DEKALB COUNTY TAX COMMISSIONER<br>ATTN DARRYL J ELEM<br>4380 MEMORIAL DR STE 100<br>DECATUR, GA 30032 | 1095 | 9/14/07 | 07-11047 | $126,947.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$126,947.36 (T) | Claim is against a non-AHM related company. |
| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | 8688 | 1/11/08 | 07-11047 | Unspecified* | Claim alleges failure to pay wages to loan officers.  This entity did not employ loan officers.  Similar claims filed by same parties remain against appropriate entities. |
| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | 8933 | 1/11/08 | 07-11054 | Unspecified* | Claim alleges failure to pay wages to loan officers.  This entity did not employ loan officers.  Similar claims filed by same parties remain against appropriate entities. |
| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | 8934 | 1/11/08 | 07-11050 | Unspecified* | Claim alleges failure to pay wages to loan officers.  This entity did not employ loan officers.  Similar claims filed by same parties remain against appropriate entities. |
| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | 8935 | 1/11/08 | 07-11047 | Unspecified* | Claim alleges failure to pay wages to loan officers.  This entity did not employ loan officers.  Similar claims filed by same parties remain against appropriate entities. |
| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | 8937 | 1/11/08 | 07-11048 | Unspecified* | Claim alleges failure to pay wages to loan officers.  This entity did not employ loan officers.  Similar claims filed by same parties remain against appropriate entities. |
| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | 8938 | 1/11/08 | 07-11047 | Unspecified* | Claim alleges failure to pay wages to loan officers.  This entity did not employ loan officers.  Similar claims filed by same parties remain against appropriate entities. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FORMER EMPLOYEES<br>JAMES E. HUGGETT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | 8939 | 1/11/08 | 07-11049 | Unspecified* | Claim alleges failure to pay wages to loan officers. This entity did not employ loan officers. Similar claims filed by same parties remain against appropriate entities. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5901 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5902 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5903 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5904 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5905 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5906 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5907 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5908 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5909 | 12/19/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5910 | 12/19/07 | 07-11051 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5913 | 12/19/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5914 | 12/19/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5915 | 12/19/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5916 | 12/19/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1665 | 10/22/07 | 07-11047 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1668 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1669 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1670 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1671 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1672 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1673 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1674 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1675 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1676 | 10/22/07 | 07-11050 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1677 | 10/22/07 | 07-11051 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1678 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1679 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1680 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1681 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1682 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1683 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1684 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1685 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1686 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1687 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1688 | 10/22/07 | 07-11052 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1689 | 10/22/07 | 07-11053 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1690 | 10/22/07 | 07-11054 | Unspecified* | Claim seeks tax payments. All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| THOMPSON, CHERYL 1265 11TH STREET #215 WEST DES MOINES, IA 50265 | 2529 | 11/19/07 | 07-11051 | - (S) - (A) $1,923.08 (P) $50.72 (U) $1,973.80 (T) | Employee does not have unused vacation or Sick/Personal time available |
| TRAMIL, BILL ****NO ADDRESS PROVIDED**** | 253 | 9/4/07 | Unspecified | - (S) - (A) - (P) $709.95 (U) $709.95 (T) | No records of amounts due to claimant per AHM's books and records |

—— · —— Objectionable Claims —— · ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 48 Claims | | $126,947.36 (S) | |
| | | | | - (A) | |
| | | | | $1,923.08 (P) | |
| | | | | $760.67 (U) | |
| | | | | $129,631.11 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B

### Multiple Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CSHV SOUTHPARK, LLC.<br>ENID M. COLSON, ESQ.<br>LINER YANKELEVITZ SUNSHINE & REGENSTREIF<br>1100 GLENDON AVENUE, 14TH FLOOR<br>LOS ANGELES, CA 90024 | 1500 | 10/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$96,704.91 (U)<br>$96,704.91 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1501) was asserted against the correct Debtor. |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | 8055 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$134,518.94 (U)<br>$134,518.94 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8056) was asserted against the correct Debtor. |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | 8057 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$134,518.94 (U)<br>$134,518.94 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8056) was asserted against the correct Debtor. |
| DOYLE, DENNIS JR.<br>7807 BAYMEADOWS RD, E<br>JACKSONVILLE, FL 32256 | 2140 | 11/14/07 | Unspecified | $107,033.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,033.60 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#650) was asserted against the correct Debtor. |
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS RD. E.<br>JACKSONVILLE, FL 32256 | 2138 | 11/14/07 | Unspecified | $107,033.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,033.60 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#650) was asserted against the correct Debtor. |
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS RD. E.<br>JACKSONVILLE, FL 32256 | 2139 | 11/14/07 | Unspecified | $107,033.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,033.60 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#650) was asserted against the correct Debtor. |
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS ROAD EAST<br>SUITE 1 & 2<br>JACKSONVILLE, FL 32256 | 2141 | 11/14/07 | Unspecified | $107,033.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,033.60 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#650) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ENGLAND, MEGHAN M.<br>1240 NORTH PLACENTIA AVE<br>FULLERTON, CA 92831 | 1172 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>$934.56 (P)<br>- (U)<br>$934.56 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6277) was asserted against the correct Debtor. |
| FRESE, SUSAN AND MCCARTHY<br>751 GRESHAM PLACE, NW<br>WASHINGTON, DC 20001 | 9226 | 1/11/08 | 07-11050 | Unspecified* | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9220) was asserted against the correct Debtor. |
| FRESE, SUSAN AND MCCARTHY<br>751 GRESHAM PLACE, NW<br>WASHINGTON, DC 20001 | 9227 | 1/11/08 | 07-11049 | Unspecified* | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9220) was asserted against the correct Debtor. |
| G. MELO, LLC<br>C/O MAGRUDER & ASSOCIATES<br>PHIL W. HATHCOCK, PROPERTY MANAGER<br>1889 PRESTON WHITE DR., STE 200<br>RESTON, VA 20191 | 7974 | 1/9/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$52,636.39 (U)<br>$52,636.39 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7978) was asserted against the correct Debtor. |
| GALLEGOS, JODY L.<br>430 JEFFREY AVENUE<br>EAST MEADOW, NY 11554 | 7532 | 1/7/08 | 07-11053 | - (S)<br>- (A)<br>$4,269.23 (P)<br>- (U)<br>$4,269.23 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7531) was asserted against the correct Debtor. |
| GERRITY, SEAN<br>2631 HEATHERSTONE DR<br>SAN RAFAEL, CA 94903 | 6977 | 1/3/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$985,560.13 (U)<br>$996,510.13 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6978) was asserted against the correct Debtor. |
| GOMEZ, ROLAND<br>12422 S HAROLD<br>PALOS HEIGHTS, IL 60463 | 5252 | 12/11/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$47,921.00 (U)<br>$58,871.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5332) was asserted against the correct Debtor. |
| HEATH, ANDREW P<br>10658 SE JASON LANE<br>PORTLAND, OR 97086 | 8565 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$112,407.60 (U)<br>$123,357.60 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8577) was asserted against the correct Debtor. |
| HICKS JR, ROBERT E.<br>1418 E 103RD ST 1ST FL<br>BROOKLYN, NY 11236 | 2021 | 11/13/07 | Unspecified | - (S)<br>- (A)<br>$1,184.00 (P)<br>- (U)<br>$1,184.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1132) was asserted against the correct Debtor. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HORROCKS, STEPHEN<br>21862 HARBORBREEZE LN<br>HUNTINGTON BEACH, CA 92646 | 8441 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$65,000.00 (U)<br>$75,950.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8121) was asserted against the correct Debtor. |
| HUGHES, SHARAINE<br>C/O MARY CATHERINE SHERIDAN ESQ<br>HALL SICKELS FREI KATTENBURG & MIMS PC<br>12120 SUNSET HILLS RD STE 150<br>RESTON, VA. 20190 | 6545 | 12/31/07 | 07-11047 | - (S)<br>$1,450,000.00 (A)<br>- (P)<br>- (U)<br>$1,450,000.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8786) was asserted against the correct Debtor. |
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | 2736 | 11/19/07 | 07-11048 | Unspecified* | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3383) was asserted against the correct Debtor. |
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | 3087 | 11/19/07 | 07-11047 | Unspecified* | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3383) was asserted against the correct Debtor. |
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | 7980 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$59,116.00 (U)<br>$70,066.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4456) was asserted against the correct Debtor. |
| JETT, H.L.<br>1808 W. GRACE AVE<br>SPOKANE, WA 99205 | 3828 | 11/29/07 | Unspecified | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1473) was asserted against the correct Debtor. |
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | 7851 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$757,598.63 (U)<br>$757,598.63 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7852) was asserted against the correct Debtor. |
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | 7855 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$258,180.97 (U)<br>$258,180.97 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7854) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | 7957 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$386,339.12 (U)<br>$397,289.12 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7961) was asserted against the correct Debtor. |
| KERR, KEVIN<br>1614 MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | 8192 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$133,650.93 (U)<br>$144,600.93 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8355) was asserted against the correct Debtor. |
| LARSEN, LINDA<br>16252 TREASURE COVE<br>BULLARD, TX 75757 | 7334 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,767.51 (U)<br>$18,717.51 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7333) was asserted against the correct Debtor. |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 5402 | 12/13/07 | 07-11047 | $4,420.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,420.58 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5396) was asserted against the correct Debtor. |
| MARCANO, ANGELICA<br>11 SPRING MEADOW DRIVE<br>KINGS PARK, NY 11754 | 7799 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7800) was asserted against the correct Debtor. |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 E WASHINGTON, STE 800<br>PHOENIX, AZ 85004 | 1055 | 9/20/07 | 07-11050 | $85,823.79 (S)<br>- (A)<br>- (P)<br>- (U)<br>$85,823.79 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4209) was asserted against the correct Debtor. |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 E WASHINGTON, STE 800<br>PHOENIX, AZ 85004 | 1058 | 9/20/07 | 07-11051 | $6,012.30 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,012.30 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1006 and 2211) was asserted against the correct Debtor. |
| MASCOLO, JACQUELINE M.<br>31 S COLUMBIA ST<br>PORT JEFFERSON STATION, NY 11776 | 432 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$2,692.30 (P)<br>- (U)<br>$2,692.30 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7993) was asserted against the correct Debtor. |
| MCLOUGHLIN, MARGARET<br>43 AVENUE I<br>FARMINGDALE, NY 11735 | 42 | 8/22/07 | Unspecified | Unspecified* | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2223) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MERRY LYNNE SCREEN PRINTING<br>ATTN JAMES M LYND<br>293 COMO AVE<br>SAINT PAUL, MN 55103 | 1137 | 9/21/07 | Unspecified | - (S)<br>- (A)<br>$548.25 (P)<br>$548.25 (U)<br>$548.25 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5649) was asserted against the correct Debtor. |
| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | 7873 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$117,230.00 (U)<br>$128,180.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7872) was asserted against the correct Debtor. |
| MOORE, MICHAEL R.<br>13930 RANCHO SOLANA TRAIL<br>SAN DIEGO, CA 92130 | 9446 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$188,013.62 (U)<br>$198,963.62 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9447) was asserted against the correct Debtor. |
| NUCKOLS, KATHRYN<br>295 COTTONWOOD LANE<br>STAUNTON, VA 24401 | 9213 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>$7,104.58 (P)<br>$44,348.53 (U)<br>$51,453.11 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9212) was asserted against the correct Debtor. |
| OBRIEN, BARON N<br>2550 FIFTH AVE #167<br>SAN DIEGO, CA 92103 | 6649 | 12/31/07 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>$243,316.15 (U)<br>$254,266.15 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6650) was asserted against the correct Debtor. |
| OSTERHOUT, CERA<br>226 WOODBINE DR<br>MILFORD, MI 48380 | 222 | 8/31/07 | Unspecified | - (S)<br>- (A)<br>$8,074.07 (P)<br>- (U)<br>$8,074.07 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8937) was asserted against the correct Debtor. |
| PASSANIESE, MICHAEL<br>1518 S ADAMS ST<br>SPOKANE, WA 99203 | 609 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1191) was asserted against the correct Debtor. |
| PERRY, JOSEPH<br>6719 E. LISERON<br>BOYNTON BEACH, FL 33437 | 8489 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>$10,439.74 (P)<br>$245,066.55 (U)<br>$255,506.29 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8488) was asserted against the correct Debtor. |

## ——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PLUGUES, MICHAEL<br>19 YOSEMITE LANE<br>CORAM, NY 11727 | 1371 | 10/2/07 | Unspecified | - (S)<br>- (A)<br>$1,500.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2076) was asserted against the correct Debtor. |
| SCHWARTZKOPF, DARRELL<br>11634 E EVANS AVE<br>AURORA, CO 80014 | 546 | 9/11/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,288.00 (U)<br>$1,288.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3027) was asserted against the correct Debtor. |
| SCHWARTZKOPF, DARRELL<br>11634 E EVANS AVE<br>AURORA, CO 80014 | 3101 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>$1,107.84 (P)<br>- (U)<br>$1,107.84 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3027) was asserted against the correct Debtor. |
| SIMON, CANDY L<br>37620 GLENN AVE<br>CATHEDRAL CITY, CA 92234-1963 | 313 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$4,736.63 (P)<br>- (U)<br>$4,736.63 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5528) was asserted against the correct Debtor. |
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | 1786 | 10/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1787) was asserted against the correct Debtor. |
| SMITHKLINE BEECHAM, PLC<br>C/O JONES LANG LASALLE AMERICAS, INC<br>NANCY A CONNERY, ESQ. SHOEMAN UPDIKE<br>60 EAST 42ND STREET<br>NEW YORK, NY 10065-0006 | 8967 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$867,020.37 (U)<br>$867,020.37 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8853) was asserted against the correct Debtor. |
| SOMERMAN, STEVEN<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 6417 | 12/26/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$749,136.68 (U)<br>$760,086.68 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6437) was asserted against the correct Debtor. |
| THAKARAR, GOOL<br>2 FENBROOK DR<br>LARCHMONT, NY 10538 | 8180 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$58,489.40 (U)<br>$58,489.40 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8179) was asserted against the correct Debtor. |
| TSESMETZIS, STEFANOS<br>112 WINTER LANE<br>HICKSVILLE, NY 11801 | 1459 | 10/9/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,250.00 (U)<br>$2,250.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2633) was asserted against the correct Debtor. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WATSON, MARINA<br>9511 BEACH MILL RD<br>GREAT FALLS, VA 22066 | 6441 | 12/26/07 | Unspecified | - (S)<br>- (A)<br>$992.79 (P)<br>$992.79 (U)<br>$992.79 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1634) was asserted against the correct Debtor. |
| WELLNESS AT WORK<br>ATTN MARILYN KIER<br>540 FRONTAGE RD<br>NORTHFIELD, IL 60093 | 4334 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$110.00 (U)<br>$110.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3755) was asserted against the correct Debtor. |

Totals:                52 Claims

$524,391.87 (S)
$1,450,000.00 (A)
$176,883.99 (P)
$5,766,731.41 (U)
$7,914,966.23 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C

### Reduced Claims

| | | | | Objectionable Claims | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
| BAKER, LAYCE PATRICIA<br>7519 CEDAR DRIVE<br>CITRUS HEIGHTS, CA 95610 | 9264 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$2,678.00 (U)<br>$2,678.00 (T) | - (S)<br>- (A)<br>$2,678.00 (P)<br>- (U)<br>$2,678.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| BARKLEY, SHANNON L<br>22780 LAUREL GLEN RD #111<br>CALIFORNIA, MD 20619 | 1709 | 10/2/07 | Unspecified | - (S)<br>- (A)<br>$1,292.31 (P)<br>$1,292.31 (U)<br>$1,292.31 (T) | - (S)<br>- (A)<br>$1,292.00 (P)<br>- (U)<br>$1,292.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| BOAND, SANDY<br>3408 GREENLEAF AVE<br>ISLAND LAKE, IL 60042 | 2348 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$1,238.53 (P)<br>$1,238.53 (U)<br>$1,238.53 (T) | - (S)<br>- (A)<br>$1,238.00 (P)<br>- (U)<br>$1,238.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CLARK, JULIE L<br>14781 DONCASTER RD<br>IRVINE, CA 92604 | 3086 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$4,523.08 (P)<br>$4,523.08 (U)<br>$4,523.08 (T) | - (S)<br>- (A)<br>$4,523.00 (P)<br>- (U)<br>$4,523.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| LARSEN, LESLIE J<br>0N811 SUZANNE DR<br>WINFIELD, IL 60190 | 2461 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,925.44 (P)<br>- (U)<br>$2,925.44 (T) | - (S)<br>- (A)<br>$2,507.75 (P)<br>- (U)<br>$2,507.75 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| LAWRENCE, JOY<br>165 COMMACK RD<br>DEER PARK, NY 11729 | 6998 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$3,906.85 (P)<br>- (U)<br>$3,906.85 (T) | - (S)<br>- (A)<br>$2,136.54 (P)<br>- (U)<br>$2,136.54 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| MACKO, KIMBERLY<br>536 S. WALNUT AVE<br>BREA, CA 92821 | 8777 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,545.92 (P)<br>- (U)<br>$2,545.92 (T) | - (S)<br>- (A)<br>$2,121.69 (P)<br>- (U)<br>$2,121.69 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| MACLIN, JILLIAN S<br>1111 JOSELSON AVE<br>BAY SHORE, NY 11706 | 5682 | 12/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,225.00 (P)<br>- (U)<br>$2,225.00 (T) | - (S)<br>- (A)<br>$1,307.69 (P)<br>- (U)<br>$1,307.69 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| MEDINA, FREEDA<br>352 STONEGATE RD<br>BOLINGBROOK, IL 60440 | 5925 | 12/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,114.43 (P)<br>- (U)<br>$2,114.43 (T) | - (S)<br>- (A)<br>$1,764.00 (P)<br>- (U)<br>$1,764.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| MILLER, KRYSTAL<br>PO BOX 7133<br>HICKSVILLE, NY 11802 | 3037 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$1,473.46 (P)<br>- (U)<br>$1,473.46 (T) | - (S)<br>- (A)<br>$888.46 (P)<br>- (U)<br>$888.46 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| MINUTILLO, MARIE<br>12204 SUMMERWOOD<br>LN<br>ALPHARETTA, GA 30005 | 3042 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$2,980.77 (P)<br>- (U)<br>$2,980.77 (T) | - (S)<br>- (A)<br>$2,981.00 (P)<br>- (U)<br>$2,981.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| MOFFETT, JOAN T<br>402 CRESSWELL RD<br>BROOKLYN, MD 21225-3914 | 6190 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,074.84 (P)<br>- (U)<br>$1,074.84 (T) | - (S)<br>- (A)<br>$968.23 (P)<br>- (U)<br>$968.23 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| NELSON, TRACY<br>2646 MARLEIGH FARM ROAD<br>KENNESAW, GA 30152 | 2530 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$808.48 (P)<br>- (U)<br>$808.40 (T) | - (S)<br>- (A)<br>$808.48 (P)<br>- (U)<br>$808.48 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| NISCHO, JAMES<br>904 CONNECTQUOT AVE<br>ISLIP TERRACE, NY 11752 | 1048 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$2,615.00 (P)<br>- (U)<br>$2,615.00 (T) | - (S)<br>- (A)<br>$2,353.85 (P)<br>- (U)<br>$2,353.85 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| PATTON, MICHELE<br>7900 KEY DEER CIRCLE<br>MIDLOTHIAN, VA 23112 | 1408 | 10/3/07 | 07-11051 | - (S)<br>- (A)<br>$923.04 (P)<br>- (U)<br>$923.04 (T) | - (S)<br>- (A)<br>$615.36 (P)<br>- (U)<br>$615.36 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| PEACOCK BAKER, DEBORAH A<br>101 LANTERN LANE<br>MOUNT LAUREL, NJ 08054 | 5198 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,343.46 (P)<br>- (U)<br>$1,343.46 (T) | - (S)<br>- (A)<br>$959.61 (P)<br>- (U)<br>$959.61 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| POWELL, VICKY<br>13513 NORTH-WEST CT.<br>HASLET, TX 76052 | 8864 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$4,822.31 (P)<br>- (U)<br>$4,822.31 (T) | - (S)<br>- (A)<br>$4,582.31 (P)<br>- (U)<br>$4,582.31 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |
| POWERS, KENNETH C<br>109 SHIPPEN ST APT 2<br>WEEHAWKEN, NJ 07086 | 5092 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$4,038.46 (P)<br>- (U)<br>$4,038.46 (T) | - (S)<br>- (A)<br>$2,991.02 (P)<br>- (U)<br>$2,991.02 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |
| PUNDT, LISA KNEIP<br>8616 LONG MEADOW DR<br>JOHNSTON, IA 50131 | 1460 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$4,881.62 (P)<br>- (U)<br>$4,881.62 (T) | - (S)<br>- (A)<br>$4,325.86 (P)<br>- (U)<br>$4,325.86 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |
| RAMER, JAN<br>1562 YARROW CIRCLE<br>BELLPORT, NY 11713 | 814 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,230.50 (P)<br>- (U)<br>$2,230.50 (T) | - (S)<br>- (A)<br>$1,115.26 (P)<br>- (U)<br>$1,115.26 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |
| REUILLE, LORI<br>7724 EDISTO DR<br>NEW HAVEN, IN 46774 | 3297 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$936.00 (P)<br>- (U)<br>$936.00 (T) | - (S)<br>- (A)<br>$720.00 (P)<br>- (U)<br>$720.00 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |
| RUBIN, SVETLANA<br>2881 WEST 2ND ST<br>APT 2F<br>BROOKLYN, NY 11223 | 3723 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$2,853.33 (P)<br>- (U)<br>$2,853.33 (T) | - (S)<br>- (A)<br>$2,596.15 (P)<br>- (U)<br>$2,596.15 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |
| SCHELL, BRIAN R.<br>25 HOPE ST<br>WEST BABYLON, NY 11704 | 988 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$3,870.00 (P)<br>- (U)<br>$3,870.00 (T) | - (S)<br>- (A)<br>$3,713.75 (P)<br>- (U)<br>$3,713.75 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |
| STAFFORD, PAMELA J<br>10320 BLUFF VALLEY<br>CT<br>LAS VEGAS, NV 89178 | 1956 | 11/9/07 | 07-11051 | - (S)<br>- (A)<br>$5,937.45 (P)<br>- (U)<br>$5,937.45 (T) | - (S)<br>- (A)<br>$5,591.30 (P)<br>- (U)<br>$5,591.30 (T) | - (S) Pursuant to the Debtors' books and<br>- (A) records, the Objectionable Claim<br>(P) should be decreased to the Reduced<br>- (U) Amount.<br>- (T) |

————— Objectionable Claims —————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| WATSON, MARINA<br>9511 BEACH MILL RD<br>GREAT FALLS, VA 22066 | 1834 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$992.79 (P)<br>$992.79 (U)<br>$992.79 (T) | | - (S)<br>- (A)<br>$993.00 (P)<br>- (U)<br>$993.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| WEINHEIMER, TRACEY K<br>2291 AIRPORT ROAD<br>GREENFIELD, IA 50849 | 2777 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$3,476.92 (P)<br>- (U)<br>$3,476.92 (T) | | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| **Totals:** | 26 Claims | | | - (S)<br>- (A)<br>$68,740.29 (P)<br>$13,705.78 (U)<br>$68,740.21 (T) | | - (S)<br>- (A)<br>$67,841.22 (P)<br>- (U)<br>$67,841.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

Exhibit D

Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| ARJONA KENNEDY, MIRAM 3772 W. BEECHWOOD FRESNO, CA 93711 | 3942 | 11/30/07 | 07-11051 | $524.16 (S) <br> - (A) <br> - (P) <br> - (U) <br> $524.16 (T) | - (S) <br> - (A) <br> $524.16 (P) <br> - (U) <br> $524.16 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| CANALES, SHANNON D 3570 ARGYLE AVE. CLOVIS, CA 93612 | 3977 | 11/30/07 | 07-11051 | $907.31 (S) <br> - (A) <br> - (P) <br> - (U) <br> $907.31 (T) | - (S) <br> - (A) <br> $907.31 (P) <br> - (U) <br> $907.31 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| MORA, ROSA 731 VISTA ISLES DR APT 1528 SUNRISE, FL 33325 | 4163 | 12/3/07 | 07-11051 | $1,169.23 (S) <br> - (A) <br> - (P) <br> - (U) <br> $1,169.23 (T) | - (S) <br> - (A) <br> $1,169.23 (P) <br> - (U) <br> $1,169.23 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| TOBIN, JENNIFER 10836 MOUNTSHIRE CIRCLE HIGHLANDS RANCH, CO 80126 | 8667 | 1/11/08 | 07-11051 | - (S) <br> - (A) <br> $2,831.95 (P) <br> - (U) <br> $2,831.95 (T) | - (S) <br> - (A) <br> - (P) <br> $2,831.95 (U) <br> $2,831.95 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| WALKER, BRIAN & JEANNE 3703 E. MENAN-LORENZO HWY MENAN, ID 83434 | 1804 | 10/30/07 | 07-11047 | $10.00 (S) <br> - (A) <br> - (P) <br> - (U) <br> $10.00 (T) | - (S) <br> - (A) <br> (P) <br> $10.00 (U) <br> $10.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| Totals: | 5 Claims | | | $2,610.70 (S) <br> - (A) <br> $2,831.95 (P) <br> - (U) <br> $5,442.65 (T) | - (S) <br> - (A) <br> $2,600.70 (P) <br> $2,841.95 (U) <br> $5,442.65 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.