IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    : Jointly Administered
    Debtors.                                        :
                                                    : Ref. Docket No. 4498
                                                    :
------------------------------------------------------------------------- x

### ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER MOTION FOR AN ORDER FURTHER MODIFYING THE ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE APPROVING THE AGREEMENT WITH KROLL ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order providing that the applicable notice period for the Motion for an Order Further Modifying the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom (the "Motion") be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested in the Motion to Shorten is in the best

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

DB02:6885493.1                                                              066585.1001

interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on June 25, 2008 at 10:00 a.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served upon counsel to the Debtors no later than June 20, 2008 at 12:00 p.m. (ET); and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
June /_, 2008

Christopher S. Sontchi
United States Bankruptcy Judge