## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, J. Cory Falgowski, Esquire, do hereby certify that, on June 13, 2008, I caused a true and correct copy of the **OBJECTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DESTRUCTION OF NON-REQUESTED LOAN FILES** to be served upon the following party in the manner indicated:

**VIA HAND DELIVERY**
Robert Brady, Esquire
Edward Kosmowski, Esquire
Sean M. Beach, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

By: /s/ J. Cory Falgowski
J. Cory Falgowski (No. 4546)