IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                          :    Chapter 11

                                                                :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)

a Delaware corporation, et al., [1]                         :

                                                                :    Jointly Administered

        Debtors.                                             :

------------------------------------------------------------------------ x

Objection Deadline:  July 3, 2008 at 4:00
p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
       Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
       Milestone Advisors, LLC.

        The **Third Monthly Application of Cadwalader, Wickersham & Taft LLP as
Special Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation
and Reimbursement of Expenses Incurred for the Interim Period February 1, 2008
through April 30, 2008** (the "Application") has been filed with the Bankruptcy Court.  The
Application seeks allowance of interim fees in the amount of $124,007.00 and interim expenses
in the amount of $48,359.21.

        Objections to the Application, if any, are required to be filed on or before **July 3,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.:  Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon) and, Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Attn: Gregory Petrick)

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      June 13, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s / Matthew B. Lunn
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kara Hammond Coyle (No. 4410)
                Kenneth J. Enos (No. 4544)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :   Jointly Administered
        Debtors.                                             :
------------------------------------------------------------ x
```

## THIRD APPLICATION OF CADWALADER, WICKERSHAM & TAFT LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH APRIL 30, 2008

| | |
|---|---|
| Name of Applicant: | Cadwalader, Wickersham & Taft LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through April 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $124,007.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $48,359.21 |

This is an: __ X __ interim ____ final application

This application includes no hours incurred in connection with the preparation of fee applications.

Prior fee applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11-19-2007/ 2084 | August 6, 2007 through October 31, 2007 | $807,207.50 | $37,279.54 | $807,207.50 | $37,279.54 |
| 3-13-2008/3269 | November 1, 2007 through January 31, 2008 | $290,952.00 | $16,093.60 | $286,002.00 | $15,194.20 |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Title/Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Louis Bevilacqua | Partner/Corporate | 1978 | 925.00 | 6.40 | 5,920.00 |
| Douglas Koff | Partner/Litigation | 1995 | 735.00 | 5.00 | 3,675.00 |
| Nathan Haynes | Counsel/Financial Restructuring | 1999 | 555.00 | 0.40 | 258.00 |
| Gregory Zimmer | Associate/Litigation | 2000 | 575.00 | 100.60 | 57,845.00 |
| Jeffrey Weissmann | Associate/Corporate | 2004 | 535.00 | 1.50 | 802.50 |
| Jared Perez | Associate/Litigation | 2006 | 450.00 | 93.10 | 41,895.00 |
| Penny Williams | Associate/Corporate | 2007 | 375.00 | 8.00 | 3,000.00 |
| Chris Updike | Associate/ Financial Restructuring | 2007 | 375.00 | 11.40 | 4,275.00 |
| Jeremy Jones | Associate/Corporate | 2008 | 310.00 | 1.10 | 341.00 |
| Doreen Cusumano | Paralegal/Financial Restructuring | N/A | 250.00 | 8.70 | 2,175.00 |
| Lori Dillon | Paralegal/Litigation | N/A | 250.00 | 0.80 | 200.00 |
| Cynthia Ballard | Paralegal/Litigation | N/A | 235.00 | 15.10 | 3,548.50 |
| Katie Seno | Paralegal/ Corporate | N/A | 180.00 | 0.40 | 72.00 |
| **GRAND TOTAL:** | | | | 252.50 | $124,007.00 |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Project Code | Total Hours | Total Fees ($) |
|---|---|---|---|
| Administrative | AHM-A | 23.80 | 7,887.00 |
| Waterfield Investigation | AHM-W | 215.70 | 109,216.00 |
| Sale of Non-Debtor Bank Entity | AHM-X | 13.00 | 6,904.00 |
| **TOTALS** | | **252.50** | **$124,007.00** |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---|
| Copying | 1,312.20 |
| Outside Printing | 38,433.93 |
| Telephone | 32.13 |
| Online Research | 8,076.10 |
| Delivery Services/Messengers | 34.67 |
| Local Travel | 421.77 |
| Meals | 13.77 |
| Litigation Support Vendors | 34.64 |
| **TOTAL** | **$48,359.21** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :   Jointly Administered
                                                    :
        Debtors.                                    :
------------------------------------------------------------------ x

**THIRD APPLICATION OF CADWALADER, WICKERSHAM & TAFT LLP
AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE INTERIM PERIOD
FEBRUARY 1, 2008 THROUGH APRIL 30, 2008**

Pursuant to sections 330 and 331 of title 11, United States Code, 11 U.S.C. §§

101, et seq. (the "Bankruptcy Code") and rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Cadwalader, Wickersham & Taft LLP ("CWT") hereby

moves this Court for reasonable compensation for professional legal services rendered as special

counsel to American Home Mortgage Holdings, Inc., et al., the debtors and debtors in possession

in the above-captioned cases (the "Debtors"),[1] in the amount of $124,007.00 together with

reimbursement for actual and necessary expenses incurred in the amount of $48,359.21, for the

interim period February 1, 2008 through April 30, 2008  (the "Interim Fee Period").  In support

of its application (the "Third Application"), CWT respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1.      CWT was employed under a general retainer to represent the Debtors as special counsel in connection with certain matters, effective as of August 6, 2007 (the "Petition Date"), pursuant to an order entered by this Court on November 14, 2007 (the "Retention Order," see Docket No. 2000). The Retention Order authorized CWT to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses related to the following matters:

(i)     from the Petition Date through September 26, 2007, non-bankruptcy transactional work with respect to the sale of the Debtors' servicing business;

(ii)    non-bankruptcy transactional work with respect to the sale of a non-debtor bank entity;

(iii)   from the Petition Date through September 3, 2007, representation of the Debtors in connection with the inquiry of the Securities and Exchange Commission; and

(iv)    representation of the Debtors in a prepetition litigation entitled American Home Mortgage Corp. v. Union Federal Bank of Indianapolis, Case No. 06-CV-7864 (JGK) (RLE) (S.D.N.Y. filed Sept. 29, 2006).[2]

2.      All services for which compensation is requested by CWT were performed for or on behalf of the Debtors.

---

[2] On August 10, 2007, the Debtors filed an application with the Court (the "Employment Application") seeking entry of an order authorizing and approving the employment and retention of CWT as Special Counsel to the Debtors. See Docket No. 133. On November 14, 2007, the Court entered the Order, which granted the Employment Application in part; the Debtors' application to employ CWT in connection with the securities class action litigation matters referenced in paragraph 20(f) of the Employment Application is adjourned by the Order to a date to be determined by the Debtors, in consultation with the U.S. Trustee and the Official Committee of Unsecured Creditors, to coincide with the hearing on the Debtors' application to employ Allen & Overy LLP as special counsel with respect to the securities class action litigation.

## COMPENSATION PREVIOUSLY PAID

3.      CWT was employed by the Debtors in the prepetition period in connection with various matters. On July 31, 2007, CWT received a retainer for its services in the amount of $2,000,000.00 (the "Retainer"). After applying the Retainer to CWT's prepetition fees and expenses, the balance of the Retainer totaling $1,080,899.46 was then applied to the fees and expenses sought in CWT's subsequent fee applications.

4.      On November 19, 2007, CWT filed its "First Application of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 6, 2007 through October 31, 2007" (the "First Application", see Docket No. 2084), which sought allowance of interim fees in the amount of $807,207.50 and interim expenses in the amount of $37,279.54. On December 12, 2007, this Court granted the First Application (see Docket No. 2371).

5.      On March 13, 2008, CWT filed its "Second Application of Cadwalader, Wickersham & Taft LLP As Special Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for reimbursement of Expenses for the Interim Period November 1, 2007 through January 31, 2008" (the "Second Application", see Docket No. 3269), which sought allowance of interim fees in the amount of $290,952.00 and interim expenses in the amount of $15,194.20. On May 2, 2008, this Court granted the Second Application (see Docket No. 3948) and approved fees in the amount of $286,002.00 and expenses in the amount of $15,194.20.

## SUMMARY OF SERVICES RENDERED

6.       Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred during the Interim Fee Period, which shows total fees due in the amount of $124,007.00. Attached hereto as <u>Exhibit B</u> is a detailed statement of expenses paid during the Interim Fee Period, which shows total actual and necessary expenses in the amount of $48,359.21.

7.       The services rendered by CWT during the Interim Fee Period are grouped into categories as set forth in Exhibit A.  Specifically, the professional services rendered by CWT include:

(i)      Conducting non-bankruptcy transactional work with respect to the sale of a non-debtor bank entity, including:

- Drafting and revising a stock purchase agreement and other documentation related to the sale;

- Researching and analyzing various issues related to the bank sale; and

- Corresponding and consulting with regulatory and banking counsel as well as other advisors to the Debtors with respect to the non-debtor bank sale;

(ii)     Representing the Debtors in a prepetition litigation entitled <u>American Home Mortgage Corp. v. Union Federal Bank of Indianapolis</u>, Case No. 06-CV-7864 (JGK) (RLE) (S.D.N.Y. filed Sept. 29, 2006), which involved:

- Reviewing and analyzing all motions, memoranda, exhibits, pleadings, correspondence, transcripts and other documents filed or received relating to the litigation;

- Preparing, filing and prosecuting various motions, applications and other responsive pleadings in the litigation, including opposition to Union Federal's motion to dismiss AHM's complaint, a motion to strike certain affirmative defenses alleged by Union Federal, an objection to Waterfield Shareholder LLC's motion to intervene, and an answer and motion to dismiss various counterclaims filed by Union Federal;

- Researching, analyzing and preparing memoranda with respect to issues related to the various filings, including subject matter jurisdiction, ripeness, unjust enrichment and best efforts under

applicable state law;

- Numerous conferences with the Debtors' management as well as internal team conferences in order to discuss strategy for prosecuting the litigation;

- Conferring with counsel for Union Federal regarding scheduling and procedural matters and submitting correspondence to the District Court related thereto;

- Drafting document requests and interrogatories and complying with other discovery requests.

8.      The exhibits attached hereto identify the attorneys and paralegals who rendered services relating to each category, the number of hours expended by each individual and the total compensation sought for each category.

## COSTS AND EXPENSES

9.      CWT has incurred out-of-pocket costs and expenses during the Interim Fee Period in the amount of $48,359.21. The expenses are broken down into categories of charges, including, among other things, managing attorney's charges, process service charges, photocopying charges, outside printing charges, telephone and telecopier charges, online research costs, delivery charges, postage charges, travel expenses, expenses for working meals and costs for litigation support vendors. A complete review by category of the expenses incurred for the Interim Fee Period may be found in Exhibit B.

10.      Costs incurred for overtime and computer assisted research are not included in CWT's normal hourly billing rates and, therefore, are itemized and included in CWT's expenses. Pursuant to rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), CWT's rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and

there is no surcharge for computerized research.

## VALUATION OF SERVICES

11.     Attorneys, paralegals and other professionals of CWT have expended a total of 252.50 hours in connection with this matter during the Interim Fee Period. The amount of time spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in Exhibit A. These are CWT's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by CWT for the Interim Fee Period as special counsel for the Debtors and Debtors in Possession in these cases is $124,007.00.

12.     CWT believes that this Third Application, the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested in this Third Application are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     This Third Application covers the Interim Fee Period February 1, 2008 through April 30, 2008.

WHEREFORE, CWT respectfully requests that the Court enter an order allowing (i) compensation in the amount of $124,007.00 for necessary professional services rendered to the Debtors during Interim Fee Period, and (ii) reimbursement of actual necessary costs and expenses incurred during the Interim Fee Period in the amount of $48,359.21, and (iii) such other and further relief as this Court may deem just and proper.

Dated: June 13, 2008
      Wilmington, Delaware

                    CADWALADER, WICKERSHAM & TAFT LLP

                    */s/ Gregory M. Petrick*
                    Gregory M. Petrick (GP 2175)
                    One World Financial Center
                    New York, New York  10281
                    Telephone:  (212) 504-6000
                    Facsimile:  (212) 504-6666

                    Special Counsel to the Debtors
                    and Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE )
                          )    SS:
NEW CASTLE COUNTY )

         Gregory M. Petrick, Esquire, after being duly sworn according to law, deposes

and says:

           1.      I am a Partner at the applicant firm, Cadwalader, Wickersham & Taft LLP.

           2.      I am admitted and in good standing as a member of the Bar of New York

and the United States District Court for the Southern District of New York and I have been

admitted <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned bankruptcy case of the Debtors pending in the

United States Bankruptcy Court for the District of Delaware.

           2.      I have personally performed some of the legal services rendered by

Cadwalader, Wickersham & Taft LLP, as special counsel to the Debtors, and I am generally

familiar with the other work performed on behalf of the lawyers and paraprofessionals in the

firm.

           3.      The facts set forth in the foregoing Application are true and correct to the

best of my knowledge, information and belief.

                                    Respectfully Submitted,

                                      <u>*/s/ Gregory M. Petrick*</u>
                                      GREGORY M. PETRICK

SWORN TO AND SUBSCRIBED before me this 13th day of June 2008.

                                      <u>*/s/ Doreen Cusumano*</u>
                                      Doreen Cusumano
                                      Notary Public, State of New York
                                      No. 01CU6065126
                                      Qualified in Richmond County
                                      My Commission Expires October 9, 2009

# EXHIBIT A

<u>Code American Home – Administrative Matters</u>

| 02/01/08 | DOREEN CUSUMANO | 2.00 | 500.00 |
| | Revise Fee Application. | | |
| 02/05/08 | CHRISTOPHER UPDIKE | 1.60 | 600.00 |
| | Revise CWT Second Interim Fee Application. | | |
| 02/06/08 | DOREEN CUSUMANO | 1.00 | 250.00 |
| | Revise Fee Application. | | |
| 02/06/08 | CHRISTOPHER UPDIKE | 0.20 | 75.00 |
| | Meet with G. Petrick re: fee application; follow-up meeting with D. Cusumano re: same. | | |
| 02/06/08 | PENNY WILLIAMS | 3.00 | 1,125.00 |
| | Review of Disclosure Schedule (2.0); correspondence with J. Nelligan (1.0). | | |
| 02/06/08 | KATIE SENO | 0.30 | 54.00 |
| | Distribute closing binders; send CD to records. | | |
| 03/04/08 | DOREEN CUSUMANO | 2.00 | 500.00 |
| | Review Proforma. | | |
| 03/05/08 | DOREEN CUSUMANO | 1.00 | 250.00 |
| | Revise Fee Application. | | |
| 03/09/08 | CHRISTOPHER UPDIKE | 0.50 | 187.50 |
| | Review and revise Second Interim Fee Application. | | |
| 03/11/08 | DOREEN CUSUMANO | 1.20 | 300.00 |
| | Revise Fee Application (1.0); coordinate with accounting and C. Updike re: same (.2). | | |
| 03/11/08 | CHRISTOPHER UPDIKE | 1.70 | 637.50 |
| | Review and revise Second Interim Fee Application. | | |
| 03/12/08 | CHRISTOPHER UPDIKE | 1.80 | 675.00 |
| | Review and revise Second Interim Fee Application. | | |

**Please Wire Remittance To:**

JPMorgan Chase Private Bank
ABA# 021000021
For The Account Of Cadwalader, Wickersham & Taft LLP
#967707218

**Or Mail Checks To :**

Cadwalader, Wickersham & Taft LLP
General Post Office
P.O. BOX 5929
New York, NY 10087-5929

| Date | Name | Hours | Amount |
|---|---|---|---|
| 03/13/08 | DOREEN CUSUMANO | 1.50 | 375.00 |
| | Finalize and send Fee application to local counsel for filing/service and coordinate with Debbie Laskin re: same. | | |
| 03/13/08 | CHRISTOPHER UPDIKE | 0.10 | 37.50 |
| | Revise Second Interim Fee Application. | | |
| 03/14/08 | CHRISTOPHER UPDIKE | 0.10 | 37.50 |
| | Revise Second Interim Fee Application. | | |
| 04/01/08 | CHRISTOPHER UPDIKE | 0.20 | 75.00 |
| | Review UST email objecting to Second Interim Fee Application (0.1); call UST re: objection (0.1). | | |
| 04/04/08 | CHRISTOPHER UPDIKE | 0.10 | 37.50 |
| | Call UST to discuss Second Interim Fee Application. | | |
| 04/08/08 | CHRISTOPHER UPDIKE | 0.90 | 337.50 |
| | Revise Certification of Counsel with respect to CWT's Second Interim Fee Application and send to D. Laskin for filing. | | |
| 04/14/08 | CHRISTOPHER UPDIKE | 0.40 | 150.00 |
| | Review CWT Fee Statement. | | |
| 04/15/08 | NATHAN HAYNES | 0.40 | 258.00 |
| | Conference call with local counsel re: fee app issues; conferred with C. Updike re: supplemental declaration. | | |
| 04/16/08 | CHRISTOPHER UPDIKE | 0.90 | 337.50 |
| | Review CWT Second Interim Fee Application; email P. Williams, L. Bevilaqua, J. Perez and G. Zimmer re: revisions to time entries. | | |
| 04/18/08 | CHRISTOPHER UPDIKE | 0.40 | 150.00 |
| | Revise time entries pursuant to judge's comments. | | |
| 04/21/08 | CHRISTOPHER UPDIKE | 0.10 | 37.50 |
| | Email D. Laskin re: supplemental declaration for CWT Second Interim Fee Application. | | |
| 04/28/08 | CHRISTOPHER UPDIKE | 0.70 | 262.50 |
| | Draft Supplemental Certification of Counsel re: CWT's Second Interim Fee Application. | | |

| 04/30/08 | CHRISTOPHER UPDIKE | 1.70 | 637.50 |
|---|---|---|---|

Revise Supplemental Certification of Counsel re: CWT fee application and draft order granting fee application.

| | TOTAL HOURS | 23.8 | |
|---|---|---|---|

Subtotal For Code American Home – Administrative Matters............7,887.00

## Code American Home Waterfield Litigation

| 01/01/08 | LOUIS BEVILACQUA | 0.80 | 740.00 |
|---|---|---|---|

Review Waterfield filing; call to G. Zimmer.

| 01/04/08 | LOUIS BEVILACQUA | 1.80 | 1,665.00 |
|---|---|---|---|

Waterfield case – review Judge Koeltl's letter; call to G. Zimmer; call with Marc Prosser.

| 02/01/08 | JARED PEREZ | 7.80 | 3,510.00 |
|---|---|---|---|

Review and revise reply motion and motion to dismiss (5.8); due diligence documents from client (.2).

| 02/01/08 | GREGORY ZIMMER | 6.50 | 3,737.50 |
|---|---|---|---|

Draft, revise and edit reply memorandum of law in further support of motion to dismiss Fifth Counterclaim (4.0); research in connection with same (1.5); telephone conferences with counsel for Union Federal and Waterfield regarding scheduling issues (.3); draft stipulation and proposed order regarding same (.7).

| 02/04/08 | JARED PEREZ | 8.50 | 3,825.00 |
|---|---|---|---|

Review and revise reply to motion to dismiss.

| 02/04/08 | GREGORY ZIMMER | 10.50 | 6,037.50 |
|---|---|---|---|

Draft, revise and edit reply memorandum of law in further support of motion to dismiss (8.0); research in connection with same (2.0); conferences with Jared Perez in connection with same (.5).

| 02/05/08 | JARED PEREZ | 6.70 | 3,015.00 |
|---|---|---|---|

Review and revise reply motion and motion to dismiss (4.7); review due diligence documents from client (2.0).

| 02/05/08 | GREGORY ZIMMER | 0.80 | 460.00 |
|---|---|---|---|

Draft, revise and edit reply memorandum in further support of motion to dismiss Fifth Counterclaim.

| 02/06/08 | CYNTHIA BALLARD | 2.00 | 470.00 |
|---|---|---|---|

Blue booked briefs; AHM's Memo to Dismiss the 5th Counterclaim and Memo to Dismiss the 6th Counterclaim.

| 02/06/08 | JARED PEREZ | 8.00 | 3,600.00 |
|---|---|---|---|

Review and revise reply motion and motion to dismiss (5.0); review due diligence documents from client (3.0).

| 02/06/08 | GREGORY ZIMMER | 2.80 | 1,610.00 |
|---|---|---|---|

Draft, revise and edit reply memorandum in further support of Motion to Dismiss Fifth Counterclaim; telephone conferences with Alan Horn regarding discovery issues.

| 02/07/08 | DOUGLAS KOFF | 0.60 | 441.00 |
|---|---|---|---|

Call with GZ re discovery status and motion (.2), review motion papers (.4).

| 02/07/08 | CYNTHIA BALLARD | 6.00 | 1,410.00 |
|---|---|---|---|

Edit AHM's Briefs to Dismiss the 5th and 6th counter claims.

| 02/07/08 | JARED PEREZ | 7.20 | 3,240.00 |
|---|---|---|---|

Review and revise reply motion and motion to dismiss (2.0); review due diligence documents from client (5.2).

| 02/07/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |
|---|---|---|---|

Draft, revise and edit memorandum of law in support of motion to dismiss Sixth Counterclaim asserted by Waterfield; draft, revise and edit reply memorandum of law in further support of motion to dismiss Fifth Counterclaim.

| 02/08/08 | JARED PEREZ | 2.50 | 1,125.00 |
|---|---|---|---|

Review and revise reply motion and motion to dismiss (1.0); review due diligence documents from client (1.5).

| 02/09/08 | DOUGLAS KOFF | 0.10 | 73.50 |
|---|---|---|---|

Review and sign off on brief.

| 02/10/08 | DOUGLAS KOFF | 0.10 | 73.50 |

Review changes to motion to dismiss.

| 02/11/08 | GREGORY ZIMMER | 2.50 | 1,437.50 |

Review, edit and finalize memorandum of law in support of motion to dismiss Waterfield's Unjust Enrichment claim; conference with Louis Bevilacqua regarding same.

| 02/12/08 | GREGORY ZIMMER | 1.80 | 1,035.00 |

Revise and edit reply memorandum of law in further support of motion to dismiss Fifth Counterclaim; review client documents.

| 02/13/08 | GREGORY ZIMMER | 2.00 | 1,150.00 |

Review, revise and edit reply memorandum in further support of motion to dismiss fifth counterclaim; research in connection with same; review documents.

| 02/15/08 | DOUGLAS KOFF | 0.70 | 514.50 |

Call with GZ (.1) re brief; calls with GM (.2) re brief; review and revise brief (.4).

| 02/15/08 | GREGORY ZIMMER | 8.00 | 4,600.00 |

Review, revise and edit reply memorandum of law in support of motion to dismiss fifth counterclaim (7.5); conferences with Greg Markel and Douglas Koff regarding same (.5).

| 02/19/08 | GREGORY ZIMMER | 2.80 | 1,610.00 |

Review client documents in preparation for document production.

| 02/20/08 | GREGORY ZIMMER | 4.20 | 2,415.00 |

Review documents in preparation for discovery.

| 02/21/08 | GREGORY ZIMMER | 4.80 | 2,760.00 |

Review client documents in connection with upcoming discovery.

| 02/25/08 | GREGORY ZIMMER | 0.50 | 287.50 |

Review client documents in preparation for discovery.

| 02/26/08 | GREGORY ZIMMER | 1.80 | 1,035.00 |

Review client documents in preparation for discovery.

| | | | |
|---|---|---|---|
| 02/27/08 | GREGORY ZIMMER | 1.00 | 575.00 |
| | Review client documents in connection with upcoming discovery. | | |
| 02/28/08 | GREGORY ZIMMER | 1.00 | 575.00 |
| | Review documents in connection with upcoming discovery. | | |
| 03/10/08 | JARED PEREZ | 8.00 | 3,600.00 |
| | Review and revise reply brief. | | |
| 03/10/08 | GREGORY ZIMMER | 4.80 | 2,760.00 |
| | Review Waterfield's opposition to motion to dismiss unjust enrichment claim; research in connection with same. | | |
| 03/11/08 | JARED PEREZ | 7.50 | 3,375.00 |
| | Review and revise reply brief. | | |
| 03/11/08 | GREGORY ZIMMER | 5.80 | 3,335.00 |
| | Review Waterfield's opposition to motion to dismiss unjust enrichment claim (2.0); begin drafting reply memorandum in further support of motion (3.0); research in connection with same; conferences with Jared Perez regarding same (.8). | | |
| 03/12/08 | JARED PEREZ | 8.20 | 3,690.00 |
| | Review and revise reply brief. | | |
| 03/12/08 | GREGORY ZIMMER | 7.50 | 4,312.50 |
| | Review Waterfield's opposition to motion to dismiss unjust enrichment claim (.5); draft reply memorandum in further support of motion (5.3); research in connection with same (1.0); conferences with Jared Perez regarding same (.7). | | |
| 03/13/08 | JARED PEREZ | 7.80 | 3,510.00 |
| | Review and revise reply brief. | | |
| 03/13/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |
| | Review Waterfield's opposition to motion to dismiss unjust enrichment claim; draft reply memorandum in further support of motion; research in connection with same; conferences with Jared Perez regarding same. | | |
| 03/14/08 | JARED PEREZ | 6.20 | 2,790.00 |
| | Review and revise reply brief. | | |

| 03/14/08 | GREGORY ZIMMER | 4.50 | 2,587.50 |
|---|---|---|---|

Draft, revise and edit reply memorandum in further support of motion to dismiss unjust enrichment claim.

| 03/16/08 | DOUGLAS KOFF | 0.60 | 441.00 |
|---|---|---|---|

Review and revise reply papers.

| 03/17/08 | DOUGLAS KOFF | 0.70 | 514.50 |
|---|---|---|---|

Call with LB and AH (.2); revise reply to motion to dismiss and conference with GZ re same (.5).

| 03/17/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
|---|---|---|---|

Organize documents for Oral arguments.

| 03/17/08 | GREGORY ZIMMER | 6.80 | 3,910.00 |
|---|---|---|---|

Draft, revise and edit reply memorandum in further support of motion to dismiss Waterfild's Sixth Counterclaim (4.3); research in connection with same (2.5).

| 03/17/08 | LORI DILLON | 0.80 | 200.00 |
|---|---|---|---|

Format brief and cites per court guidelines.

| 03/18/08 | DOUGLAS KOFF | 0.20 | 147.00 |
|---|---|---|---|

Review and revise reply to motion to dismiss.

| 03/18/08 | GREGORY ZIMMER | 1.20 | 690.00 |
|---|---|---|---|

Draft, revise and edit reply memorandum in further support of motion to dismiss Waterfield's Sixth Counterclaim; research in connection with same.

| 03/19/08 | DOUGLAS KOFF | 0.10 | 73.50 |
|---|---|---|---|

Review and revise reply brief.

| 03/19/08 | CYNTHIA BALLARD | 3.00 | 705.00 |
|---|---|---|---|

Cite check and blue book brief.

| 03/19/08 | GREGORY ZIMMER | 3.20 | 1,840.00 |
|---|---|---|---|

Draft, revise and edit reply memorandum in further support of motion to dismiss Waterfield's Sixth Counterclaim; research in connection with same.

| 03/20/08 | CYNTHIA BALLARD | 0.30 | 70.50 |
|---|---|---|---|

Proofread brief.

| | | | |
|---|---|---|---|
| 03/21/08 | DOUGLAS KOFF | 0.40 | 294.00 |
| | Review and revise reply brief (.2); discovery conference with GZ (.2). | | |
| 03/21/08 | CYNTHIA BALLARD | 0.30 | 70.50 |
| | Prepare brief for filing. | | |
| 03/21/08 | GREGORY ZIMMER | 4.00 | 2,300.00 |
| | Draft, revise and edit reply memorandum in further support of motion to dismiss Waterfield's Sixth Counterclaim; filing of same. | | |
| 03/24/08 | JARED PEREZ | 8.20 | 3,690.00 |
| | Conduct electronic due diligence. | | |
| 03/25/08 | GREGORY ZIMMER | 1.00 | 575.00 |
| | Review documents in connection with upcoming discovery. | | |
| 03/26/08 | JARED PEREZ | 6.50 | 2,925.00 |
| | Conduct electronic due diligence. | | |
| 03/26/08 | GREGORY ZIMMER | 0.50 | 287.50 |
| | Review documents in preparation for discovery. | | |
| 03/27/08 | DOUGLAS KOFF | 0.60 | 441.00 |
| | Call with GZ and MM re discovery (.3); meeting with GZ and analyze discovery issues (.3). | | |
| 03/27/08 | GREGORY ZIMMER | 1.80 | 1,035.00 |
| | Research regarding damages issues; telephone conference with Marissa Morelle regarding discovery issues. | | |
| 03/31/08 | GREGORY ZIMMER | 0.80 | 460.00 |
| | Review client documents in preparation for discovery; telephone conference. | | |
| 04/02/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
| | Organize documents. | | |
| 04/03/08 | DOUGLAS KOFF | 0.40 | 294.00 |
| | Discovery conference call with GZ, MM, BB and AH (.2). Pre call meeting with GZ, including review of issues (.2). | | |

| | | | |
|---|---|---|---|
| 04/03/08 | GREGORY ZIMMER | 2.00 | 1,150.00 |

Review document categories relating to discovery; telephone conference with Alan Horn, Robert Johnson, Marissa Morelle and Douglas Koff regarding same; prepare list of potential custodians of documents.

| | | | |
|---|---|---|---|
| 04/14/08 | DOUGLAS KOFF | 0.10 | 73.50 |

Conference with G Zimmer re discovery.

| | | | |
|---|---|---|---|
| 04/14/08 | GREGORY ZIMMER | 0.80 | 460.00 |

Telephone calls to Mark Filer, Robert Johnson, John Kalas, Dena Kwaschyn and Richard Loeffler regarding document retention and production.

| | | | |
|---|---|---|---|
| 04/15/08 | DOUGLAS KOFF | 0.20 | 147.00 |

Meet with G Zimmer re discover (.1) and call with G Zimmer and C Cavcto re same.

| | | | |
|---|---|---|---|
| 04/17/08 | GREGORY ZIMMER | 0.50 | 287.50 |

Telephone calls regarding document collection and production.

| | | | |
|---|---|---|---|
| 04/22/08 | DOUGLAS KOFF | 0.10 | 73.50 |

Call with BK re status.

| | | | |
|---|---|---|---|
| 04/24/08 | DOUGLAS KOFF | 0.10 | 73.50 |

Draft memo on discovery.

TOTAL HOURS    215.7

Subtotal For Code American Home Waterfield Litigation........ 109,216.00

Code American Home Sale of Non-Debtor Bank Entity

| | | | |
|---|---|---|---|
| 02/01/08 | PENNY WILLIAMS | 1.50 | 562.50 |

Review of best efforts memo (.5); meeting with J. Jones (.5); correspondence with J. Weissmann (.5).

| | | | |
|---|---|---|---|
| 02/01/08 | KATIE SENO | 0.10 | 18.00 |

Deliver closing binders from Young Conaway CD. (J. Weissman).

| 02/01/08 | JEREMY JONES | 1.10 | 341.00 |

Research the difference between "best efforts," "reasonable best efforts" and "commercially reasonable efforts" under New York law in order to prepare for negotiation of the stock purchase agreement for the purchase of American Home Bank.

| 02/05/08 | LOUIS BEVILACQUA | 3.80 | 3,515.00 |

Review Bank SPA re: proposal by W. Ross (3.0); comments to Penny Williams (.8).

| 02/05/08 | PENNY WILLIAMS | 1.50 | 562.50 |

Call with Milestone (.5); e-mail correspondence with Milestone (.5); meeting with L. Bevilacqua (.5).

| 02/08/08 | PENNY WILLIAMS | 0.50 | 187.50 |

Meet with J. Weissmann.

| 02/11/08 | JEFFREY WEISSMANN | 1.50 | 802.50 |

Review and comment on Bank disclosure schedules.

| 02/11/08 | PENNY WILLIAMS | 1.00 | 375.00 |

Review of Disclosure Schedule (.5); meet with J. Weissmann (.5).

| 02/20/08 | CYNTHIA BALLARD | 1.00 | 235.00 |

Organize SPA documents.

| 02/20/08 | CYNTHIA BALLARD | 0.50 | 117.50 |

Organize SPA documents.

| 03/03/08 | PENNY WILLIAMS | 0.50 | 187.50 |

Research on the sale of restricted securities under section 144.

TOTAL HOURS    13.0

Subtotal For Code American Home Sale Of Non-Debtor Bank Entity............6,904.00

Total Fees......$124,007.00

# **EXHIBIT B**

## DISBURSEMENTS AND CHARGES

| 01/04/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA      / | 221.85 |
| 01/07/08 | EXPRESS DELIVERY EXPRESS DELIVERY Alan B. Horn, Esq.-American Home Mortgage[197] | 12.98 |
| 02/03/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW ZIMMER,GREGORY      / | 211.57 |
| 02/04/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 4.76 |
| 02/06/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA      / | 884.28 |
| 02/06/08 | DUPLICATING DUPLICATING 6 VELOBIND(S)      Ballard, Cynthia | 24.00 |
| 02/06/08 | DUPLICATING DUPLICATING 4 VELOBIND(S)      Ballard, Cynthia | 16.00 |
| 02/06/08 | DUPLICATING DUPLICATING 186 COPY(S)      Ballard, Cynthia | 18.60 |
| 02/06/08 | DUPLICATING DUPLICATING 106 COPY(S)      Ballard, Cynthia | 10.60 |
| 02/06/08 | OVERTIME MEALS MEALS -Ballard Cynthia      -75728517-Gatehouse | 13.77 |
| 02/07/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA      / | 100.34 |
| 02/07/08 | XYZ TWO WAY RADIO SERVICE INC. -J. Weissmann 1/7/2008 1 WFC., NYC. to Passaic, N.J. Inv. No.# 1298633-E Dated 1/16/2008 | 75.48 |
| 02/12/08 | DUPLICATING DUPLICATING 66 COPY(S)      Ballard, Cynthia | 6.60 |
| 02/12/08 | DUPLICATING DUPLICATING 2 COPY(S)      Ballard, Cynthia | 0.20 |
| 02/12/08 | EXPRESS DELIVERY EXPRESS DELIVERY Alan B. Horn, Esq.-American Home Mortgage[165] | 9.46 |
| 02/19/08 | EXPRESS DELIVERY EXPRESS DELIVERY Alan B. Horn, Esq.-American Home Mortgage[210] | 12.23 |
| 02/19/08 | DUPLICATING DUPLICATING 8 VELOBIND(S)      Ballard, Cynthia | 32.00 |
| 02/19/08 | DUPLICATING DUPLICATING 6 VELOBIND(S)      Ballard, Cynthia | 24.00 |

| | | |
|---|---|---|
| 02/19/08 | DUPLICATING DUPLICATING 24 VELOBIND(S)    Ballard, Cynthia | 96.00 |
| 02/19/08 | DUPLICATING DUPLICATING 5 VELOBIND(S)    Ballard, Cynthia | 20.00 |
| 02/19/08 | DUPLICATING DUPLICATING 328 COPY(S)    Ballard, Cynthia | 32.80 |
| 02/19/08 | DUPLICATING DUPLICATING 146 COPY(S)    Ballard, Cynthia | 14.60 |
| 02/19/08 | DUPLICATING DUPLICATING 3 COPY(S)    Ballard, Cynthia | 0.30 |
| 02/19/08 | DUPLICATING DUPLICATING 177 COPY(S)    Ballard, Cynthia | 17.70 |
| 02/20/08 | DUPLICATING DUPLICATING 8 COPY(S)    Ballard, Cynthia | 0.80 |
| 02/20/08 | DUPLICATING DUPLICATING 218 COPY(S)    Ballard, Cynthia | 21.80 |
| 02/20/08 | DUPLICATING DUPLICATING 102 COPY(S)    Ballard, Cynthia | 10.20 |
| 02/20/08 | DUPLICATING DUPLICATING 387 COPY(S)    Ballard, Cynthia | 38.70 |
| 02/20/08 | DUPLICATING DUPLICATING 3034 COPY(S)    Ballard, Cynthia | 303.40 |
| 02/20/08 | DUPLICATING DUPLICATING 250 COPY(S)    Ballard, Cynthia | 25.00 |
| 02/20/08 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 1/24/08-C.BALLARD | 2.35 |
| 02/20/08 | DUPLICATING DUPLICATING 4 VELOBIND(S)    Ballard, Cynthia | 16.00 |
| 02/20/08 | DUPLICATING DUPLICATING 10 VELOBIND(S)    Ballard, Cynthia | 40.00 |
| 02/20/08 | DUPLICATING DUPLICATING 2 VELOBIND(S)    Ballard, Cynthia | 8.00 |
| 02/27/08 | DUPLICATING DUPLICATING 6 VELOBIND(S)    Ballard, Cynthia | 24.00 |
| 02/27/08 | DUPLICATING DUPLICATING 8 VELOBIND(S)    Ballard, Cynthia | 32.00 |
| 02/27/08 | DUPLICATING DUPLICATING 318 COPY(S)    Ballard, Cynthia | 31.80 |

| | | |
|---|---|---:|
| 02/27/08 | DUPLICATING DUPLICATING 80 COPY(S)    Ballard, Cynthia | 8.00 |
| 02/27/08 | DUPLICATING DUPLICATING 219 COPY(S)    Ballard, Cynthia | 21.90 |
| 02/28/08 | DUPLICATING DUPLICATING 2 COPY(S)    Ballard, Cynthia | 0.20 |
| 02/29/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 2/06/08    1WFC - BKLYN 11225    CYNTHIA BALLARD    (INV 1303320-B, 2/13/08) | 47.43 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1172770  ISAJIW | 4,784.15 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1172970  ISAJIW | 3,324.13 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1173150  ISAJIW | 4,195.16 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1173962  ISAJIW | 142.03 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1173150  ISAJIW | 3,814.15 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1173863  ISAJIW | 4,817.66 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER# 002-1174343  ISAJIW | 621.04 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1173863  ISAJIW | 4,730.09 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1175888  ISAJIW | 4,622.50 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1176351  ISAJIW | 3,770.03 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1176351  ISAJIW | 2,740.88 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1176794  ISAJIW | 470.02 |
| 02/29/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-117781  ISAJIW | 399.74 |
| 03/04/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA    / | 933.26 |

| 03/04/08 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE BALLARD C    COURTLINK SERVICE DOCKET SEARCH | 71.04 |
|---|---|---|
| 03/11/08 | DUPLICATING DUPLICATING 1066 COPY(S)    Ballard, Cynthia | 106.60 |
| 03/11/08 | DUPLICATING DUPLICATING 7 VELOBIND(S)    Ballard, Cynthia | 28.00 |
| 03/12/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 2/04/08 1WFC - CORTLANDT NY    GREGORY ZIMMER (INV 1303319-H, 2/13/08) | 149.43 |
| 03/13/08 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE BALLARD C    FINANCIAL INFORMATION SERVICE SEA | 75.00 |
| 03/13/08 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE BALLARD C    NEXIS SERVICE DOCUMENT PRINTING | 59.27 |
| 03/13/08 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE BALLARD C    NEXIS SERVICE SEARCHES | 1,015.84 |
| 03/13/08 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE BALLARD C    PREMIUM NEWS SERVICE SEARCHES | 881.14 |
| 03/17/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW ZIMMER,GREGORY    / | 90.68 |
| 03/19/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA    / | 40.19 |
| 03/19/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA    / | 657.75 |
| 03/19/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW DILLON,LORI    / | 790.48 |
| 03/24/08 | DUPLICATING DUPLICATING 1278 COPY(S)    Ballard, Cynthia | 127.80 |
| 03/25/08 | DUPLICATING DUPLICATING 373 COPY(S)    Ballard, Cynthia | 37.30 |
| 03/25/08 | DUPLICATING DUPLICATING 4 COPY(S)    Ballard, Cynthia | 0.40 |
| 03/25/08 | DUPLICATING DUPLICATING 2 COPY(S)    Ballard, Cynthia | 0.20 |
| 03/25/08 | DUPLICATING DUPLICATING 6 VELOBIND(S)    Ballard, Cynthia | 24.00 |
| 03/25/08 | DUPLICATING DUPLICATING 8 VELOBIND(S)    Ballard, Cynthia | 32.00 |

| 03/26/08 | DUPLICATING DUPLICATING 5 VELOBIND(S)    Ballard, Cynthia | 20.00 |
|---|---|---|
| 03/26/08 | DUPLICATING DUPLICATING 4 COPY(S)    Ballard, Cynthia | 0.40 |
| 03/26/08 | DUPLICATING DUPLICATING 245 COPY(S)    Ballard, Cynthia | 24.50 |
| 03/26/08 | DUPLICATING DUPLICATING 6 COPY(S)    Ballard, Cynthia | 0.60 |
| 04/01/08 | LD TELEPHONE LD TELEPHONE 13025736491 ,6402 | 9.52 |
| 04/02/08 | DUPLICATING DUPLICATING 152 COPY(S)    Ballard, Cynthia | 15.20 |
| 04/03/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA      / | 1,753.55 |
| 04/03/08 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE BALLARD C    LEXIS LEGAL SERVICES SEARCHES | 289.86 |
| 04/04/08 | LD TELEPHONE LD TELEPHONE 13025736491 ,6402 | 2.38 |
| 04/07/08 | LD TELEPHONE LD TELEPHONE 13025716710 ,6402 | 2.38 |
| 04/10/08 | LD TELEPHONE LD TELEPHONE 18475676600 ,5737 | 2.38 |
| 04/10/08 | LD TELEPHONE LD TELEPHONE 12152088018 ,5737 | 2.38 |
| 04/14/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 2/15/08, 1 WFC TO CORRALES, ZIMMER | 149.43 |
| 04/30/08 | SEARCH FEES: 3/13  C. Updike : PACER SERVICE CENTER | 2.64 |
| 04/30/08 | LD TELEPHONE LD TELEPHONE 13022522888 ,6402 | 2.38 |
| 04/30/08 | LD TELEPHONE LD TELEPHONE 13022522888 ,6402 | 5.95 |
| 04/30/08 | SEARCH FEES : 1/30  D. Cusumano : PACER SERVICE CENTER | 32.00 |

DISBURSEMENTS & CHARGES SUMMARY

| | |
|---|---|
| COPYING | 1,312.20 |
| OUTSIDE PRINTING | 38,433.93 |
| TELEPHONE | 32.13 |
| ONLINE RESEARCH | 8,076.10 |
| DELIVERY SERVICES/MESSENGERS | 34.67 |
| LOCAL TRAVEL | 421.77 |
| MEALS | 13.77 |

DISBURSEMENTS & CHARGES SUMMARY
LITIGATION SUPPORT VENDORS                    34.64

Disbursements and Charges........$48,359.21

Total Fees and Disbursements......$172,366.21