IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :      Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :      Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                             :
                                                                :      Jointly Administered
        Debtors.                                                :
                                                                :      Objection Deadline: July 3, 2008 at 4:00
---------------------------------------------------------------- x      p.m.
                                                                       Hearing Date: N/A

## NOTICE OF APPLICATION

TO:     The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
        Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
        Milestone Advisors, LLC.

        The **Seventh Monthly Application of Milestone Advisors LLC as Financial
Advisor and Investment Banker for the Debtors, for Allowance of Compensation for
Services Rendered and for Reimbursement of Expenses During the Period From March 1,
2008 through March 31, 2008** (the "Application") has been filed with the Bankruptcy Court.
The Application seeks allowance of interim fees in the amount of $200,000.00 and interim
expenses in the amount of $1,397.45.

        Objections to the Application, if any, are required to be filed on or before **July 3,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,
Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

      PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      June 13, 2008

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

              /s/ Matthew B. Lunn
              James L. Patton, Jr. (No. 2202)
              Pauline K. Morgan (No. 3650)
              Sean M. Beach (No. 4070)
              Matthew B. Lunn (No. 4119)
              Margaret B. Whiteman (No. 4652)
              The Brandywine Building
              1000 West Street, 17th Floor
              Wilmington, Delaware 19801
              Telephone: (302) 571-6600
              Facsimile: (302) 571-1253

              Counsel for Debtors and
              Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
          Debtors.                                              :
---------------------------------------------------------------- x

**EIGHTH MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | March 1, 2008 through March 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $1,397.45 |

This is an:   X   interim   ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $160,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $160,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | | |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

| <u>PROFESSIONAL</u> | <u>POSITION</u> | <u>HOURS</u> |
|---|---|---|
| John Nelligan | Managing Director | 29.0 |
| Gene Weil | Managing Director | 11.5 |
| Jeffrey Levine | Managing Director | 21.0 |
| Richard Young | Associate | 38.0 |
| Andrew Bernstein | Analyst | 24.0 |
| Darryl Conway | Analyst | 61.0 |
| Saad Irfani | Analyst | <u>10.5</u> |
| **Total** | | <u>**195.0**</u> |

# AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
## SUMMARY OF HOURS WORKED BY PROJECY CODE
## FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

| Project Code | Description of Activity | Hours |
|---|---|---|
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 24.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 94.5 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 76.5 |
| | | **195.0** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**INTERIM EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

| Expense Category | Amount |
|---|---|
| Postage – Express Courier | $67.86 |
| Teleconference | 43.22 |
| Lodging | 478.32 |
| Car Rental / Taxis | 109.00 |
| Trainfare | 420.00 |
| Meals | 135.05 |
| Travel Agency Fees | 144.00 |
| Total | $1,397.45 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------ x | | |

### SEVENTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors

LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for

professional services rendered as financial advisor and investment banker to American Home

Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases

(the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $1,397.45 for the interim period March 1, 2008

through March 31, 2008 (the "Interim Fee Period"). In support of its Application, Milestone

respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as

financial advisor and investment banker in connection with this chapter 11 case effective as of

August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to

Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order,

Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for March 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $1,397.45. The total compensation and expense reimbursement sought in this fee application is $201,397.45.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

5. During this Interim Fee Period, on behalf of the Debtors, Milestone continued to provide financial advisory and investment banking services to the Debtor and handled follow on

matters related to the sale of the Mortgage Servicing Rights ("MSR") and Servicing Platform. Additionally, Milestone professionals continued to work on the sale of American Home Bank ("AHM Bank") and the sale of the certain non performing loan pools. A detailed description of services rendered by Milestone by professional during the Interim Fee Period, summarized by Project code, and the number of hours expended in performing such services are set forth in Exhibit A.

6. Milestone professionals were working on the sale of the Debtors non-performing loan pools and attending the loan sale hearings held in Delaware. Requests for additional data were responded to and information was distributed to requesting parties.

7. Meetings and conference calls were held with various parties in relation to the sale of AHM Bank. These efforts included discussions with potential purchasers; negotiation of confidentiality and non disclosure agreements, maintenance of the online data rooms and on site due diligence session with prospective purchasers.

8. Milestone professionals worked on clean-up matters related to the Asset Purchase Agreement ("APA"), performing reconciliations and identifying discrepancies. Once identified, each item was handled with the appropriate parties. Calculations of any funding due to the Purchaser from the Debtor were performed.

## DISBURSEMENTS

Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $1,397.45. This disbursement sum is broken down into categories of charges, including, among other things, travel related items such as airfare, train fare, lodging, "working" meals, and requisite local transportation. Other administrative expenses incurred were for telephone and teleconference, mail and express couriers. A complete review of expenses incurred by category for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

9. Investment bankers and analysts of Milestone have expended a total of 195.0 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

10. Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. This Application covers the Interim Fee Period March 1, 2008 through March 31, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $1,397.45 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
June 13, 2008

MILESTONE ADVISORS LLC

Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and
Debtors in Possession

## VERIFICATION

STATE OF DELAWARE     )
                          )    SS:

NEW CASTLE COUNTY    )

       Eugene S. Weil, after being duly sworn according to law, deposes and says:

       1.      I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

       2.      I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

       3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                           _____
                           EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this _13_ day of June 2008.

                           _____
                           Notary Public
                           My Commission Expires: _5/14/12_

                                PERI S. DONNER
                       NOTARY PUBLIC DISTRICT OF COLUMBIA
                         My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 3/1/2008 | 104 | 6.0 | Manage Sales Process |
| Humes, TJ | 3/1/2008 | 104 | 1.0 | Diligence distribution |
| Young, Richard | 3/2/2008 | 104 | 6.0 | Manage Sales Process |
| Humes, TJ | 3/3/2008 | 104 | 1.5 | UCC presentation, NDA distribution |
| Levine, Jeff | 3/3/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 3/3/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Young, Richard | 3/3/2008 | 104 | 2.0 | Manage Sales Process |
| Conway, Darryl | 3/3/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Bernstein, Andrew | 3/3/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 3/4/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Bernstein, Andrew | 3/4/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 3/4/2008 | 106 | 1.5 | Non-performing loan sale-Assisting buyer diligence |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 3/4/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 3/4/2008 | 106 | 1.5 | Non performing loan sale; update data room |
| Young, Richard | 3/4/2008 | 104 | 5.0 | Manage Sales Process |
| Weil, Gene | 3/4/2008 | 106 | 1.0 | Review UCC presentation regarding AHM Bank; discussions with Kroll regarding the same |
| Humes, TJ | 3/4/2008 | 104 | 1.5 | UCC presentation, CIM distribution |
| Conway, Darryl | 3/4/2008 | 106 | 1.5 | Non performing loan sale; post documents to the data room |
| Bernstein, Andrew | 3/5/2008 | 102 | 3.0 | Calculation of Advance Payments for Deboarding of Credit Suisse (Investor Code 6) |
| Conway, Darryl | 3/5/2008 | 106 | 2.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Humes, TJ | 3/5/2008 | 104 | 2.5 | Preparation of key terms list |
| Levine, Jeff | 3/5/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 3/5/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 3/5/2008 | 104 | 2.0 | Manage Sales Process |
| Weil, Gene | 3/5/2008 | 104 | 2.5 | Conference call with UCC advisors regarding bank sale and process; preparation for the same |
| Humes, TJ | 3/6/2008 | 104 | 1.5 | Preparation of key terms list |
| Conway, Darryl | 3/6/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 3/6/2008 | 106 | 3.5 | Non performing loan sale; post documents (updated tapes/ collateral docs) to the data room |
| Conway, Darryl | 3/6/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Irfani, Saad | 3/6/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Levine, Jeff | 3/6/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 3/6/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 3/7/2008 | 106 | 0.5 | Non performing loan sale; post docs to data site |
| Levine, Jeff | 3/7/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 3/7/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Bernstein, Andrew | 3/7/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 3/9/2008 | 106 | 1.5 | Non performing loan sale; post APA to data site and additional docs |
| Bernstein, Andrew | 3/10/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/10/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 3/10/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Conway, Darryl | 3/10/2008 | 106 | 2.5 | Non performing loan sale; attempt to track down requests concerning the pools |
| Irfani, Saad | 3/10/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 3/11/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/11/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 3/11/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Conway, Darryl | 3/11/2008 | 106 | 2.0 | Non performing loan sale; post new docs to data site |
| Conway, Darryl | 3/11/2008 | 106 | 1.5 | Non performing loan sale; post documents (updated tapes/ collateral docs) to the data room |
| Conway, Darryl | 3/11/2008 | 106 | 2.5 | Non performing loan sale; discuss final bid process with potential bidders |
| Conway, Darryl | 3/11/2008 | 106 | 2.5 | Non performing loan sale; internal calls |
| Bernstein, Andrew | 3/12/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/12/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 3/12/2008 | 106 | 2.5 | Non performing loan sale; travel time to Wilmington, DE |
| Conway, Darryl | 3/12/2008 | 106 | 4.5 | Non performing loan sale: help prepare court docs, verify process, number of NDAs,etc, |
| Weil, Gene | 3/12/2008 | 106 | 2.0 | Calls regarding AHM Bank sale |
| Conway, Darryl | 3/12/2008 | 106 | 1.5 | Non performing loan sale; post new docs to data site |
| Bernstein, Andrew | 3/13/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 3/13/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 3/13/2008 | 106 | 4.0 | Non performing loan sale: Sales Hearing |
| Levine, Jeff | 3/13/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 3/13/2008 | 106 | 3.0 | Non performing loan sale; Travel time from DE to DC |
| Young, Richard | 3/13/2008 | 104 | 0.5 | Manage Sales Process |
| Bernstein, Andrew | 3/14/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/14/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Weil, Gene | 3/17/2008 | 104 | 2.0 | Meeting with Allied Capital regardin AHM Bank sale |
| Irfani, Saad | 3/17/2008 | 106 | 1.5 | Non-performing loan sale-Assisting buyer diligence |
| Bernstein, Andrew | 3/17/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 3/17/2008 | 106 | 2.5 | Non performing loan sale; field Lehman's additional requests |
| Humes, TJ | 3/17/2008 | 104 | 1.0 | Sale process management |
| Levine, Jeff | 3/17/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 3/18/2008 | 106 | 1.5 | Non performing loan sale; field Lehman's additional requests |
| Levine, Jeff | 3/18/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 3/18/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 3/18/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/19/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 3/19/2008 | 106 | 1.5 | Non performing loan sale; post new docs to data site |
| Young, Richard | 3/19/2008 | 104 | 2.0 | Manage Sales Process |
| Bernstein, Andrew | 3/19/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Humes, TJ | 3/20/2008 | 104 | 1.0 | NDA and OM distribution |
| Irfani, Saad | 3/20/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Young, Richard | 3/20/2008 | 104 | 2.0 | Manage Sales Process |
| Levine, Jeff | 3/20/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 3/20/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 3/21/2008 | 104 | 2.0 | Manage Sales Process |
| Levine, Jeff | 3/21/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Humes, TJ | 3/21/2008 | 104 | 2.5 | Business plan presentation |
| Bernstein, Andrew | 3/21/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 3/23/2008 | 104 | 1.0 | Manage Sales Process |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 3/24/2008 | 104 | 2.0 | Manage Sales Process |
| Humes, TJ | 3/24/2008 | 104 | 3.5 | Business plan presentation, NDA and OM distribution |
| Irfani, Saad | 3/24/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Bernstein, Andrew | 3/24/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/24/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 3/25/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Conway, Darryl | 3/25/2008 | 106 | 1.5 | Non performing loan sale; field Lehman's additional requests |
| Young, Richard | 3/25/2008 | 104 | 2.5 | Manage Sales Process |
| Conway, Darryl | 3/25/2008 | 106 | 1.5 | Non performing loan sale; talk with bidders concerning deadlines, extensions |
| Conway, Darryl | 3/25/2008 | 106 | 2.0 | Non performing loan sale; internal call |
| Humes, TJ | 3/25/2008 | 104 | 3.5 | Business plan presentation |
| Levine, Jeff | 3/25/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 3/25/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 3/25/2008 | 106 | 1.0 | Non performing loan sale; compile final bid matrix |
| Humes, TJ | 3/26/2008 | 104 | 2.0 | Business plan presentation |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 3/26/2008 | 104 | 3.0 | Manage Sales Process |
| Conway, Darryl | 3/26/2008 | 106 | 1.5 | Non performing loan sale; update data room |
| Bernstein, Andrew | 3/26/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 3/26/2008 | 106 | 1.5 | Non performing loan sale; internal call |
| Levine, Jeff | 3/26/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Humes, TJ | 3/27/2008 | 104 | 1.5 | Pending thrift application research, NDA distribution |
| Young, Richard | 3/27/2008 | 104 | 0.5 | Manage Sales Process |
| Weil, Gene | 3/27/2008 | 106 | 2.0 | Internal calls regarding AHM Bank finances, sale process and prospective application |
| Humes, TJ | 3/27/2008 | 104 | 4.0 | Financial update package |
| Levine, Jeff | 3/27/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 3/27/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/28/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 3/28/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 3/28/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Humes, TJ | 3/28/2008 | 104 | 1.0 | NDA and OM distribution |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 3/28/2008 | 104 | 1.0 | Manage Sales Process |
| Bernstein, Andrew | 3/31/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 3/31/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Humes, TJ | 3/31/2008 | 104 | 1.0 | Potential buyer research |
| Young, Richard | 3/31/2008 | 104 | 0.5 | Manage Sales Process |
| Weil, Gene | 3/31/2008 | 104 | 2.0 | Calls with prospective buyers regarding AHM Bank and with Kroll regarding the same |
| Total Hours: | | | 195.0 | |

**Exhibit B**
**Milestone Advisors LLC**
**Detail Expenses by Professional**
**March 1, 2008 - March 31, 2008**

| Category | Employee | Date | Description | Amount |
|---|---|---|---|---|
| Travel - Travel Agency Fees | Irfani | 03/03/08 | Travel Agency fees | 48.00 |
| Postage - Express | | 03/04/08 | FedEx 3/4/08 | 17.29 |
| Travel - Travel Agency Fees | Irfani | 03/07/08 | Travel Agency fees | 48.00 |
| Travel - Auto Rental/Limo/Cabs | Conway | 03/08/08 | Taxi (Office-Home) | 15.00 |
| Travel - Auto Rental/Limo/Cabs | Conway | 03/10/08 | Taxi (Office-Home) Post final notice | 15.00 |
| Travel - Meals & Entertainment | Conway | 03/10/08 | Dinner | 26.50 |
| Travel - Auto Rental/Limo/Cabs | Conway | 03/11/08 | Taxi (Office-Home) AHM Final Bidder | 15.00 |
| Travel - Meals & Entertainment | Conway | 03/11/08 | Dinner, Cafe Asia | 23.70 |
| Travel - Lodging | Conway | 03/12/08 | Hotel, Wilmington, DE | 231.98 |
| Travel - Auto Rental/Limo/Cabs | Conway | 03/12/08 | Taxi Wilmington train station-YCST | 10.00 |
| Travel - Auto Rental/Limo/Cabs | Conway | 03/12/08 | Taxi Home -Union Station | 17.00 |
| Travel - Meals & Entertainment | Conway | 03/12/08 | Lunch- Amtrak | 8.00 |
| Travel - Trainfare | Conway | 03/12/08 | Amtrak Union Station DC-Wilmington | 95.00 |
| Travel - Travel Agency Fees | Conway | 03/13/08 | Travel agency Fee | 48.00 |
| Travel - Lodging | Irfani | 03/13/08 | Hotel Wilmington, DE | 219.99 |
| Travel - Auto Rental/Limo/Cabs | Conway | 03/13/08 | Taxi, Train Station - Office | 8.00 |
| Travel - Trainfare | Conway | 03/13/08 | Amtrak Wilmington, DE-Washington | 122.00 |
| Travel - Trainfare | Irfani | 03/14/08 | Train from Union Station to Wilmington | 81.00 |
| Travel - Trainfare | Irfani | 03/17/08 | Train to Delaware | 122.00 |
| Travel - Auto Rental/Limo/Cabs | Humes | 03/21/08 | Taxi - Office to Home; working late | 14.00 |
| Travel - Meals & Entertainment | Humes | 03/21/08 | Dinner - working on bank presentation | 26.85 |
| Travel - Lodging | Conway | 03/25/08 | Dinner | 26.35 |
| Travel - Auto Rental/Limo/Cabs | Conway | 03/25/08 | Taxi | 15.00 |
| Postage - Express | | 03/19/08 | Fedex 3/19 - Beltway Capital - Ferrell | 16.40 |
| Postage - Express | | 03/19/08 | Fedex 3/19 - Beltway Capital - Kiger | 21.85 |
| Postage - Express | | 03/14/08 | Fedex 3/14 - YCS&T | 12.32 |
| Telephone - Conference | | 03/26/08 | Premier Global Services 3/26/08 | 43.22 |
| Travel - Meals & Entertainment | Humes | 03/27/08 | Dinner - working late on bank presentation | 25.00 |
| Travel - Meals & Entertainment | Humes | 03/28/08 | Dinner - working on bank presentation | 25.00 |
| | | | | $1,397.45 |