# Exhibit C

**David A. Sawits**
Associate Counsel
Phone: (631) 622-6477
Fax: (516) 495-5576
E-mail: dsawits@americanhm.com



AMERICAN HOME
MORTGAGE CORP.
538 Broadhollow Road
Melville, NY 11747



# Fax

| To: | Mr. Martin Cohn | From: | David A. Sawits |
|---|---|---|---|
| Fax: | 312-372-8681 | Pages: | 23 Including cover |
| Phone: | | Date: | September 19, 2006 |
| Re: | Sam Hage | CC: | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

Mr. Cohn:

As discussed, attached please find copies of the Employment Agreements for Sam Hage, which had been forwarded onto your clients by managers of American Home Mortgage.

Please feel free to contact me should you have any questions.

Sincerely,

David Sawits

This message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and destroy this message.