# Exhibit D

LAW OFFICES
## MARTIN COHN & ASSOCIATES
116 SOUTH MICHIGAN AVENUE • 14TH FLOOR • CHICAGO, ILLINOIS 60603 • TELEPHONE 312/372-3458 • FAX 312/372-8681 • cohnassociates@aol.com

MARTIN COHN
ALAN G. PALMER

September 19, 2006

VIA FAX (800) 209-7276

Mr. Alan Horn
American Home Mortgage

Dear Alan:

On the 15th I FAXed over a note regarding the last item in the contract with Hage

I haven't heard back and I just want to be sure that you got my note and hopefully are considering it.

Very truly yours,

Martin Cohn

MC:ad