IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                             :
                                                                :    Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------- x

Objection Deadline: July 3, 2008 at 4:00
p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
       Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
       Milestone Advisors, LLC.

        The **First Monthly Application of PricewaterhouseCoopers LLP as Tax
Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and
Reimbursement of Expenses Incurred for the Interim Period February 12, 2007 through
March 31, 2008** (the "Application") has been filed with the Bankruptcy Court.  The Application
seeks allowance of interim fees in the amount of $66,589.50 and interim expenses in the amount
of $0.00.

        Objections to the Application, if any, are required to be filed on or before **July 3,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.:  Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone
Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M.
Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank
Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee;
(v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B.
Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th
Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber
Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New
York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP,
1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan),
counsel to the DIP Agent; (vii) the Office of the United States Trustee, 844 King Street, Room
2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon) and, PricewaterhouseCoopers
LLP, 300 Madison Avenue, New York, NY 10017 (Attn: Thomas Geppel)

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of
the Application will be held at a date and time to be determined before the United States
Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware
19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE
ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS
[DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN
ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE
AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF
REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
June 13, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s / Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Objection Deadline: June 30, 2008**<br>**Hearing Date:  TBD** |

**FIRST MONTHLY APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD FEBRUARY 12, 2008 THROUGH MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | February 12, 2008 through March 31, 2008[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $66,589.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:      X  monthly    __ interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

The total time expended for fee application preparation is approximately 0.0 hours and

the corresponding compensation requested is approximately $0.00.[3]

## SUMMARY OF FEE APPLICATIONS

| App. No. | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| **Total** | | | | | | | | |

This is the first fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services - Employment Tax | 125.90 | $56,639.00 |
| Non-Working Travel Time (reduced by 50%) | 1.60 | $456.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *127.50* | *$57,095.00* |
| *Bankruptcy Requirements and Obligations* | | |
| Employment Applications and Other Court Filings | 16.50 | $7,402.50 |
| Relationship Check and Disinterestedness | 9.70 | $2,092.00 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *26.20* | *$9,494.50* |
| **Grand Total Hours for March 2008** | **153.70** | **$66,589.50** |

---

[3] This fee application was completed in April and May 2008 and the corresponding hours and fees will be billed to the Debtors within those monthly fee invoices.

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Jointly Administered |
| Debtors. | Objection Deadline: June 30, 2008<br>Hearing Date: TBD |

### SUPPLEMENT TO THE FIRST MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 12, 2008 THROUGH MARCH 31, 2008

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this First Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in Possession for the period February 12, 2008 through March 31, 2008 (the "Application"), pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), the Administrative Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the

Bankruptcy Code (the "Administrative Order"), and the Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the

United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim

allowance and payment of compensation for tax advising services performed and expenses incurred

during the period commencing February 12, 2008 through March 31, 2008 (the "Compensation

Period"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1.      On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court

a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate

its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.      The Debtors' cases have been consolidated for procedural purposes only and are

being jointly administered pursuant to an order of this Court.

3.      On August 14, 2007, the United States Trustee for the District of Delaware

appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or

examiner has been appointed.

4.      On March 31, 2008, the Debtors filed the *Application of the Debtors for an Order*

*Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment*

*and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc*

2

*to February 12, 2008* (the "<u>Employment Application</u>").  PricewaterhouseCoopers was requested by the Debtors based upon the wealth of experience in providing accounting, tax and advisory services in various restructurings and reorganizations and historically provided tax advisory services to the Debtors.

5.    On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of the Bankruptcy Code Authorizing Debtors' Employment and Retention of PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to February 12, 2008* (the "<u>Retention Order</u>")

## **RELIEF REQUESTED**

6.    On September 3, 2007, this Court entered the Administrative Order.  Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests.  If an objection to a professional's request is not filed and served within twenty (20) days, the professional may file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay such professional an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

7.    Furthermore, the Administrative Order provides that professionals are to file and service upon notice parties an interim request (an "<u>Interim Fee Application</u>") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Interim Fee Application.

3

8.    PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PricewaterhouseCoopers during the covered period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- **Exhibit A-1**, provides a summary of the fees and expenses by project category;
- **Exhibit A-2**, provides the name and position of each professional, cumulative hours worked during the Compensation Period, hourly billing rates for the hourly compensation, and the corresponding fees requested; and
- **Exhibit A-3**, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

9.    This Statement contains the hours and corresponding fees for the partial month of February 2008, as well as March 2008, since the Retention Order was not approved until March 27, 2008.

10.    Pursuant to the terms of the Administrative Order, if no objection is filed to a Monthly Application within twenty (20) days of the date of the filing of that application, then the Debtors may pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses set forth in the applicable Monthly Application.

## DESCRIPTION OF SERVICES RENDERED

11.    PricewaterhouseCoopers professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories.  These professional services are described below:

4

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services - Employment Tax | 125.90 | $56,639.00 |
| Non-Working Travel Time (reduced by 50%) | 1.60 | $456.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *127.50* | *$57,095.00* |
| *Bankruptcy Requirements and Obligations* | | |
| Employment Applications and Other Court Filings | 16.50 | $7,402.50 |
| Relationship Check and Disinterestedness | 9.70 | $2,092.00 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *26.20* | *$9,494.50* |
| **Grand Total Hours for March 2008** | **153.70** | **$66,589.50** |

## Tax Advisory Services

### Tax Consulting Services - Employment Tax - 125.90 hours - $56,639.00

12.    During the Compensation Period, PwC professionals performed the following:

- Reviewed the mortgage recording tax credit claims prepared by AHM;

- Finalized letter to auditor on the Broker/Dealer activities and Great Oak;

- Submitted Forms CT-8 and CT-43;

- Finalized Conciliation request; and

- Began preparing employment tax refund claims.

### Non-Working Travel Time (reduced by 50%) - 1.6 hours - $456.00

13.    During the Compensation Period, PricewaterhouseCoopers professionals incurred travel time to the client site. PricewaterhouseCoopers has already reduced the total travel time by 50%.

## Bankruptcy Requirements and Obligations

### Employment Application and Other Court Filings - 16.50 hours - $7,402.50

14.    PwC bankruptcy professionals undertook the tasks and analysis of reviewing the employment application and associated court filings submitted to the Court to employ PwC as

independent accountant and tax advisor consultants, as well as prepared an Affidavit to support the employment application. These services were performed so PwC could continue to provide services to the Debtors during the bankruptcy proceedings. PwC will not incur additional hours/fees associated with this project category, unless the Debtors request additional services and PwC needs to expand our employment application.

**Relationship Check and Disinterestedness - 9.70 hours - $2,092.00**

15.    PwC bankruptcy professionals performed various required tasks to provide the necessary and required disclosure of PwC's relationships with parties-in-interest to the Debtors' case, as attached to the Affidavit in Schedule 2. The tasks included submitting queries to an internal database containing names of individuals and entities that are present or recent former clients of PwC to identify potential relationships, and determine the nature and type of relationship for disclosure to the Court. These relationship checks and disclosure activities are in excess of the normal requirements associated with PwC's normal retention and required to provide services to a client within the Bankruptcy Court proceedings. PwC does not anticipate any additional hours/fees associated with this project category, unless the Debtors provide PwC with additional parties-in-interest.

### ALLOWANCE FOR COMPENSATION

16.    At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $66,589.50 in fees for professional services rendered by PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, for a total of $53,271.60.

17.    PricewaterhouseCoopers charged and now requests those fees that are reasonable and customary and charged by most tax advisors in this marketplace for similar Chapter 11

cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

18.     This Application covers the period from February 12, 2008 through and including March 31, 2008. Although every effort was made to include all fees and expenses form the covered period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PricewaterhouseCoopers reserves the right to make further applications for allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

19.     No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

20.     To The best of their knowledge, PricewaterhouseCoopers believes that the instant

application and the description of services set forth herein of work performed are in compliance

with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the

applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy

Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of

(a) interim compensation for professional services rendered as tax advisors for the Debtors in the

sum of $66,589.50 incurred during the Compensation Period, less a twenty percent (20%)

holdback in the amount of $13,317.90, total fee award in the amount of $53,271.60; (b)

reimbursement of actual and necessary expenses incurred in the sum of $0.00; and (c) such other

and further relief as is just and proper.

Dated: June 10, 2008

New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

8

## VERIFICATION OF FEE APPLICATION

STATE OF ___New York___ )
                                              ) ss:
COUNTY OF ___New York___ )

Thomas Geppel hereby respectfully certifies and verifies as follows:

1.     I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2.     I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3.     Subject to the explanation offered in paragraph 9 of the Supplement to the First Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Advisors for the Debtors and Debtors in Possession for the Period February 12, 2008 through March 31, 2008, the fees requested herein were earned within the month subject to the foregoing Application.

4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 10ᵗʰ day of June 2008.

Notary Public
My Commission Expires: ___June 23, 2011___

JUANA CRUZ
Notary Public, State of New York
No. 01CR5080926
Qualified in Nassau County
Commission Expires June 23, 20__11__

**American Home Mortgage Holdings, et al (Case 07-11047)**  **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period February 12, 2008 through March 31, 2008**

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services - Employment Tax | 125.90 | $56,639.00 |
| Non-Working Travel Time (reduced by 50%) | 1.60 | $456.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *127.50* | *$57,095.00* |
| *Fee/Employment Applications* | | |
| Employment Applications and Other Court Filings | 16.50 | $7,402.50 |
| Relationship Check and Disinterestedness | 9.70 | $2,092.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *26.20* | *$9,494.50* |
| **Grand Total Hours for March 2008** | **153.70** | **$66,589.50** |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**     **Exhibit A-2**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Summary of Professionals**
**For the Period February 12, 2008 through March 31, 2008**

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| *Partner* | | | |
| Thomas Geppel | $700 | 18.00 | $12,600.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 8.00 | $4,680.00 |
| *Director* | | | |
| Gregory Fetter | $485 | 52.60 | $25,511.00 |
| *Manager* | | | |
| Andre Ferguson | $380 | 28.50 | $10,830.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $360 | 9.50 | $3,420.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 32.10 | $9,148.50 |
| *Executive Assistant* | | | |
| Erika S Rivers | $80 | 5.00 | $400.00 |
| **Grand Total Hours and Fees for March 2008** | | **153.70** | **$66,589.50** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period February 12, 2008 through March 31, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 2/13/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Initiate relationship check for employment in the bankruptcy. | $360.00 | 0.80 | $288.00 |
| 2/13/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Telephone consultation re: American Home regarding retention in the bankruptcy proceeding. | $360.00 | 0.40 | $144.00 |
| 2/13/2008 | Erika S Rivers | Executive Assistant | Review the interested parties-in-interest listing from Debtors' Counsel and input into PwC relationship databases. | $80.00 | 3.40 | $272.00 |
| 2/14/2008 | Erika S Rivers | Executive Assistant | Continue - Review the interested parties-in-interest listing from Debtors' Counsel and input into PwC relationship databases. | $80.00 | 1.60 | $128.00 |
| 2/18/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review relationship check results. Discussion with Greg Fetter (PwC) regarding waiving of liability and status of Court filing. | $360.00 | 0.40 | $144.00 |
| 2/19/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the relationship check results and prepare disclosures for affidavit. | $360.00 | 2.30 | $828.00 |
| 2/19/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review affidavit draft and incorporate relationship check exhibit. | $360.00 | 0.70 | $252.00 |
| 2/19/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the relationship check results and prepare disclosures for affidavit. | $360.00 | 0.50 | $180.00 |
| 2/20/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Greg Fetter (PwC) regarding employment application OCP v 327(a) and processes. | $360.00 | 0.20 | $72.00 |
| 2/21/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Draft and distribute 327(a) affidavit to Greg Fetter (PwC) regarding employment retention. | $360.00 | 1.20 | $432.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period February 12, 2008 through March 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|-----------|
| 2/22/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Greg Fetter (PwC) regarding employment application 327(a). Forward draft affidavit to YCST attorneys for review/comments. | $360.00 | 0.30 | $108.00 |
| 2/22/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review revised engagement letter and affidavit for American Home. | $360.00 | 0.20 | $72.00 |
| 2/25/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the revised engagement letter and affidavit. | $360.00 | 0.60 | $216.00 |
| 2/25/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the draft application and provide comments/feedback to Debtors Counsel. | $360.00 | 0.50 | $180.00 |
| 2/27/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Email communications regarding status of the employment application. | $360.00 | 0.30 | $108.00 |
| 2/27/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Conference call with Debtors' Counsel regarding employment application. | $360.00 | 0.20 | $72.00 |
| 3/3/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review revised application and associated court documents. | $360.00 | 0.40 | $144.00 |
| 3/3/2008 | Christos Vorillas | Senior Associate | Research & Drafting Letter to Auditor. | $285.00 | 2.00 | $570.00 |
| 3/5/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Michael Dansky and Greg Fetter (PwC) regarding AHM retention and engagement letter. | $360.00 | 0.30 | $108.00 |
| 3/5/2008 | Gregory Fetter | Director | Review the retention documents and associated filings/exhibits. | $485.00 | 2.20 | $1,067.00 |
| 3/5/2008 | Gregory Fetter | Director | Call with Dansky on approval of engagement. | $485.00 | 0.30 | $145.50 |
| 3/6/2008 | Christos Vorillas | Senior Associate | Research & Drafting Letter to Auditor. | $285.00 | 2.50 | $712.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
**For the Period February 12, 2008 through March 31, 2008**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 3/7/2008 | Thomas Geppel | Partner | Discussions with AHM legal group regarding project status. | $700.00 | 3.80 | $2,660.00 |
| 3/7/2008 | Thomas Geppel | Partner | Internal discussion with QRM & revisions to engagement letter. | $700.00 | 3.70 | $2,590.00 |
| 3/10/2008 | Andre Ferguson | Manager | Review of the Refund calculation. | $380.00 | 3.00 | $1,140.00 |
| 3/10/2008 | Christos Vorillas | Senior Associate | Research & Drafting Letter to Auditor, sent e-mail to Client Requesting Outstanding Documentation Requested by the Auditor at the Phone Conference. | $285.00 | 1.00 | $285.00 |
| 3/10/2008 | Thomas Geppel | Partner | Review of the Refund calculation and supporting documentation. | $700.00 | 3.50 | $2,450.00 |
| 3/11/2008 | Christos Vorillas | Senior Associate | Research & Drafting Letter to Auditor. | $285.00 | 0.70 | $199.50 |
| 3/11/2008 | Gregory Fetter | Director | Refund claim state analysis of opportunity. | $485.00 | 4.50 | $2,182.50 |
| 3/12/2008 | Andre Ferguson | Manager | Review of the Federal and State Refund calculation. | $380.00 | 1.80 | $684.00 |
| 3/12/2008 | Christos Vorillas | Senior Associate | Created Allocation Schedule to Attach to the Letter to the Auditor. | $285.00 | 3.00 | $855.00 |
| 3/12/2008 | Gregory Fetter | Director | Engagement letter preparation. | $485.00 | 2.90 | $1,406.50 |
| 3/12/2008 | Gregory Fetter | Director | Continue - modifications to the engagement letter for Court. | $485.00 | 2.60 | $1,261.00 |
| 3/12/2008 | Gregory Fetter | Director | Review the affidavit and associated disclosures. | $485.00 | 1.50 | $727.50 |
| 3/12/2008 | Gregory Fetter | Director | Review of AHM legal comments. | $485.00 | 0.60 | $291.00 |
| 3/12/2008 | Gregory Fetter | Director | Review of contract for engagement of work. | $485.00 | 0.50 | $242.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period February 12, 2008 through March 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 3/12/2008 | Gregory Fetter | Director | Modifications to the Engagement Letter based upon direction from Debtors' Counsel. | $485.00 | 0.40 | $194.00 |
| 3/12/2008 | John A Verde | Senior Managing Director | Preparation of response to audit findings. | $585.00 | 0.90 | $526.50 |
| 3/12/2008 | John A Verde | Senior Managing Director | Research of issues raised in audit. | $585.00 | 0.80 | $468.00 |
| 3/12/2008 | John A Verde | Senior Managing Director | Review of NYS audit findings. | $585.00 | 0.60 | $351.00 |
| 3/12/2008 | John A Verde | Senior Managing Director | Meeting with client to discuss NYS audit issues. | $585.00 | 0.50 | $292.50 |
| 3/12/2008 | John A Verde | Senior Managing Director | Meeting with client to discuss business operations. | $585.00 | 0.50 | $292.50 |
| 3/12/2008 | John A Verde | Senior Managing Director | Call with auditor. | $585.00 | 0.50 | $292.50 |
| 3/12/2008 | John A Verde | Senior Managing Director | Further research into sourcing of receipts. | $585.00 | 0.30 | $175.50 |
| 3/13/2008 | Andre Ferguson | Manager | Review of the Federal and State Refund calculation. | $380.00 | 2.80 | $1,064.00 |
| 3/13/2008 | Andre Ferguson | Manager | Continued with review of the Federal and State Refund calculation. | $380.00 | 2.20 | $836.00 |
| 3/13/2008 | Christos Vorillas | Senior Associate | Creating Apportionment Schedule to Accompany Letter to Auditor. | $285.00 | 2.10 | $598.50 |
| 3/13/2008 | Christos Vorillas | Senior Associate | Analyzing the State Apportionment.. | $285.00 | 2.00 | $570.00 |
| 3/13/2008 | Christos Vorillas | Senior Associate | Phone Conference with Susan and Renea. | $285.00 | 1.00 | $285.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period February 12, 2008 through March 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 3/13/2008 | Christos Vorillas | Senior Associate | Meeting with AHM Team. | $285.00 | 0.30 | $85.50 |
| 3/13/2008 | Gregory Fetter | Director | Reviewed federal and state support to pursue refund claims. | $485.00 | 4.30 | $2,085.50 |
| 3/13/2008 | Gregory Fetter | Director | Continue - Review federal and state support to pursue refund claims. | $485.00 | 3.20 | $1,552.00 |
| 3/13/2008 | Thomas Geppel | Partner | Review federal and state support to pursue refund claims. | $700.00 | 2.80 | $1,960.00 |
| 3/14/2008 | Andre Ferguson | Manager | Preparation and review of refund claims. | $380.00 | 4.50 | $1,710.00 |
| 3/14/2008 | Christos Vorillas | Senior Associate | Drafting POA and Reviewed the Auditor s Schedules.. | $285.00 | 2.80 | $798.00 |
| 3/14/2008 | Christos Vorillas | Senior Associate | Drafting Letter to NYS Auditor. | $285.00 | 2.00 | $570.00 |
| 3/14/2008 | Christos Vorillas | Senior Associate | Discussing the case with the NYS Auditor and John Verde on a phone conference.. | $285.00 | 0.50 | $142.50 |
| 3/14/2008 | Christos Vorillas | Senior Associate | Spoke with Auditor-Lambert Achi.. | $285.00 | 0.20 | $57.00 |
| 3/14/2008 | Gregory Fetter | Director | Review of Federal refund claims. | $485.00 | 4.50 | $2,182.50 |
| 3/14/2008 | John A Verde | Senior Managing Director | Review of NYS audit findings. | $585.00 | 1.20 | $702.00 |
| 3/14/2008 | John A Verde | Senior Managing Director | Further research into sourcing of receipts and MRT. | $585.00 | 0.80 | $468.00 |
| 3/14/2008 | John A Verde | Senior Managing Director | Continued to research of issues raised on audit. | $585.00 | 0.60 | $351.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period February 12, 2008 through March 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 3/14/2008 | John A Verde | Senior Managing Director | Meeting with client to discuss business operations. | $585.00 | 0.50 | $292.50 |
| 3/14/2008 | John A Verde | Senior Managing Director | Call with auditor. | $585.00 | 0.40 | $234.00 |
| 3/14/2008 | John A Verde | Senior Managing Director | Preparation of response to audit findings. | $585.00 | 0.20 | $117.00 |
| 3/14/2008 | John A Verde | Senior Managing Director | Research of issues raised in audit. | $585.00 | 0.20 | $117.00 |
| 3/17/2008 | Christos Vorillas | Senior Associate | Continued research on Title Companies.. | $285.00 | 2.00 | $570.00 |
| 3/17/2008 | Christos Vorillas | Senior Associate | Researching Dealer in Securities.. | $285.00 | 1.20 | $342.00 |
| 3/17/2008 | Christos Vorillas | Senior Associate | Spoke with Susan on Documentation and if Great Oak is a Title Company. | $285.00 | 0.30 | $85.50 |
| 3/17/2008 | Thomas Geppel | Partner | Federal & state refund review. | $700.00 | 4.20 | $2,940.00 |
| 3/18/2008 | Andre Ferguson | Manager | Preparation of refund request calculation. | $380.00 | 4.30 | $1,634.00 |
| 3/18/2008 | Andre Ferguson | Manager | Continue - Preparation of refund request calculation. | $380.00 | 1.70 | $646.00 |
| 3/18/2008 | Christos Vorillas | Senior Associate | Reviewing the AHM NYS Audit Folder. | $285.00 | 0.70 | $199.50 |
| 3/18/2008 | Gregory Fetter | Director | Wrap up of State refund claim review. | $485.00 | 4.50 | $2,182.50 |
| 3/19/2008 | Christos Vorillas | Senior Associate | Reviewing Documents and Discussions with AHMH - Susan and Renee.. | $285.00 | 2.70 | $769.50 |
| 3/19/2008 | Christos Vorillas | Senior Associate | Travel time to Melville from NY (1.6X50%=.75). | $285.00 | 0.80 | $228.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period February 12, 2008 through March 31, 2008**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 3/19/2008 | Gregory Fetter | Director | Call with Susan, Renee, Jill and Mike on REIT issues. | $485.00 | 0.50 | $242.50 |
| 3/20/2008 | Andre Ferguson | Manager | Preparation of refund request calculation. | $380.00 | 2.00 | $760.00 |
| 3/20/2008 | Christos Vorillas | Senior Associate | Continuing to Review Documents and have Discussions with AHMH - Susan and Renee. | $285.00 | 2.50 | $712.50 |
| 3/20/2008 | Christos Vorillas | Senior Associate | Travel time to Melville from NY (1.6X50%=.75). | $285.00 | 0.80 | $228.00 |
| 3/20/2008 | Gregory Fetter | Director | Perform Federal refund review. | $485.00 | 3.40 | $1,649.00 |
| 3/20/2008 | Gregory Fetter | Director | Continue review of the federal forms and research on claims. | $485.00 | 3.10 | $1,503.50 |
| 3/21/2008 | Andre Ferguson | Manager | Wrapped up the preparation of refund request calculation. | $380.00 | 2.30 | $874.00 |
| 3/21/2008 | Gregory Fetter | Director | Review of State refund claims. | $485.00 | 3.80 | $1,843.00 |
| 3/21/2008 | Gregory Fetter | Director | Continue - Review of State refund claims. | $485.00 | 2.60 | $1,261.00 |
| 3/24/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Respond to US Trustee's concerns regarding employment application. | $360.00 | 0.20 | $72.00 |
| 3/24/2008 | Gregory Fetter | Director | Drafted revisions to the original affidavit. | $485.00 | 0.70 | $339.50 |
| 3/25/2008 | Gregory Fetter | Director | Continuation of review of Federal refund claims. | $485.00 | 2.00 | $970.00 |
| 3/26/2008 | Andre Ferguson | Manager | Continued with the preparation of refund request calculation. | $380.00 | 2.20 | $836.00 |
| 3/26/2008 | Christos Vorillas | Senior Associate | Susan sent e-mail and Spoke with Auditor about Notice of Deficiency. | $285.00 | 0.50 | $142.50 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period February 12, 2008 through March 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 3/27/2008 | Gregory Fetter | Director | Continuation of review of State refund claims. | $485.00 | 4.50 | $2,182.50 |
| 3/28/2008 | Andre Ferguson | Manager | Preparation of refund request calculation. | $380.00 | 1.70 | $646.00 |
| 3/28/2008 | Christos Vorillas | Senior Associate | Spoke with Lambert, NYS Auditor. | $285.00 | 0.50 | $142.50 |
| Grand Total Hours and Compensation for March 2008 | | | | | 153.70 | $66,589.50 |