IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., et al., | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | Ref. No. 4367 |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

STATE OF ILLINOIS        )
                         :
COUNTY OF LAKE           )

## AFFIDAVIT

BEFORE ME, a Notary Public for the State and County aforesaid came James T. Magee, counsel for the Movant, Jo Ann Jackson, am familiar with the above captioned matter and facts set forth herein, and am authorized to make this Affidavit, being duly sworn deposes and says:

The undersigned, being first duly sworn on oath, certifies that he is the attorney for the Movant in connection with her Chapter 7 bankruptcy case pending in the Northern District of Illinois as Case No. 07-15115, that he has reviewed the foregoing Motion for Relief from Stay, and that the statements set forth in the same are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Attached collectively as Exhibit "A" are recent mortgage statements showing the balances due with respect to the outstanding first and second mortgages.

_____
James T. Magee

Subscribed and sworn to before me this __9__ day of June, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MICHELLE A. MAGEE
Notary Public, State of Illinois
My Commission Expires May 23, 2009