**EXHIBIT "A"**

# MortgageQuestions.com

**Your Accounts** | Statement | **Payments** | Resource Center | Message/Document Center

Overview | Activity | Escrow Information | Year End Information | PMI Information

Still have questions? Call 800-449-8767

Welcome, JOANN JACKSON
- Update my Profile
- Add a new loan
- Choose another loan
- View Messages
- Manage Alerts
- Online Automatic Payment Setup

Thinking of Refinancing? Call 800-449-8767 today to discuss your options!

See your credit report in seconds
Quick & secure
CLICK HERE >>
TrueCredit

## Overview

🖨 Print this page

### Customer Information

| | |
|---|---|
| Loan Number: | 0025581 92 |
| Borrower: | JOANN JACKSON |
| Co-Borrower: | |
| Home Phone: | 847-263-9469 |
| Other Phone: | 847-334-9469 |

### Loan Information

| | |
|---|---|
| Mailing Address: | 3170 WEST MONROE #217 WAUKEGAN, IL 60085 |
| Loan Type: | Conventional without PMI |
| Original Loan Amount: | $52,000.00 |
| Principal Balance: | $39,460.17 |
| Interest Rate: | 6.185% |
| Loan Mature Date: | 09/01/2018 |

### Payment Information

Having trouble making mortgage payments? Click here for help!

| | |
|---|---|
| Billing Mode: | 9 - Bill and Receipt |
| First Payment Date: | 10/01/2003 |
| Last Payment Date: | 05/08/2008 |
| Next Payment Due: | 07/01/2008 |
| Payment Due: | $574.17 |

Your payment is comprised of the following amounts:

| | |
|---|---|
| Principal and Interest | $444.02 |
| County Tax: | $121.61 |
| Overage/Shortage: | $8.54 |
| Miscellaneous : | |

### Year to Date Totals

| | |
|---|---|
| Principal: | $1,460.72 |
| Interest: | $1,247.32 |
| Insurance: | $0.00 |
| Taxes: | $748.48 |
| Miscellaneous: | $0.00 |

| | | |
|---|---|---|
| **My Account** | | **Customer Service** |
| 3170 WEST MONROE STREET 217 | | Mortgage Accounts: |
| • Transaction History | | **1.800.206.2901** \| email |
| • Request Payoff | | Customer Resources |
| • View Statement | | |
| • 1098 Statement | | |
| • Mailing Address Change | | |
| Pay My Bill | | |
| My Profile | | |
| Customer Resources | | |

Home | Purchase | Refinance | Home Equity | Calculators | Resource Center | My Account

View Account: 7302419957

**Account Details for 3170 WEST MONROE STREET 217**

View Online Payment Demo     **Make Payment Online**

**Manage My Account**  Log Off

Date: Wednesday June 04, 2008 - 05:30 PM CDT

### Payments

| Type | Due Date | Amount |
|---|---|---|
| Next Scheduled Payment | Aug 1, 2008 | $355.13 |
| Principal & Interest | | $355.13 |
| Escrow Amount | | $0.00 |
| Last Payment | Jun 2, 2008 | View Transaction History |

*Last amount may not represent amount applied.

### Current Balances

| Type | | Amount |
|---|---|---|
| Principal Balance | | $25,035.45 * |
| Late Charge Assessed | | $0.00 |
| Escrow Balance | | $0.00 |
| Interest Paid Year to Date | | $1,723.08 |
| Taxes Paid Year to Date | | $0.00 |

*Net Payoff Amount

### General Information

| | |
|---|---|
| Original Loan Amount | $30,400.00 |
| Original Date | Dec 31, 2003 |
| Original Maturity Date | Feb 1, 2019 |
| Interest Rate | 11.500% |
| Loan Number | 7302419957 |
| Type | 15 year FIXED |

JOANN JACKSON        Home Phone: (847)263-9469
**Property Address:**   3170 WEST MONROE STREET 217
                        WAUKEGAN, IL  60085

**Mailing:**            3170 WEST MONROE STREET 217
(Edit)                  WAUKEGAN, IL  60085

### Tools & Calculators

Rent vs. Buy Calculator
Monthly Payment Calculator
Mortgage Qualifying Calculator
Amortization Calculator