## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]         :
                                                           : Jointly Administered
Debtors.                                                   :
                                                           : Ref. Docket No. 4581
---------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 363, APPROVING (I) THE DEBTORS' TERMINATION OF THEIR 401(k) PLAN AND (II) THE IMPLEMENTATION OF CERTAIN PROCEDURES IN CONNECTION THEREWITH**

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C.§ 105, shortening the applicable notice of the Debtors' Motion for an Order, Pursuant to 11 U.S.C. §§ 105(a) and 363, Approving (i) the Debtors' Termination of their 401(k) Plan and (ii) the Implementation of Certain Procedures in Connection Therewith (the "Motion"); and it appearing that under the circumstances due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Motion will be held on June 25, 2008 at 10:00 a.m. (ET) and objections, if any, to the relief requested therein shall be filed with the Court and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

served upon so as to be received by counsel for the Debtors before 11:00 a.m. (ET) on June 23, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
    June 13, 2008

                Christopher S. Sontchi
                United States Bankruptcy Judge