# JAY D. MILLER

June 8, 2008

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

FILED
2008 JUN 13 AM 10: 30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Christopher S. Sontchi,

I disagree with the objection to claims pursuant to section 502(b) of the bankruptcy code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 by American Home Mortgage Holdings, Inc., Delaware Corporation, et al., Debtors.

I do not believe my claim on the debtors, Claim Number 4167, in the amount of $3448.90 should be expunged.

Thank you for your consideration.

Sincerely,

*[signature: Jay D. Miller]*

1431 Fir Court • Rifle, Colorado 81650 • (970) 625-8382