IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
  a Delaware corporation, et al.,                   :
                                                    : Jointly Administered
                                                    : Hearing Date: June 25, 2008 at 10:00 (ET)
---------------------------------------------------------x

CLAIMANT:
CHRISTMAN, JOANN – TRUSTEE
IRA E*TRADE CUSTODIAN, ROTH ACCOUNT
34146 BLUE LANTERN ST. DANA POINT, CA 91629-2503

**RESPONSE /OBJECTION TO DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1.**

The above-captioned claimant hereby responds to the Debtors' Objection as follows:

### OMISSION

Exhibit A (the claims and interests were not listed on the Debtors' Objection.) Exhibit A was mentioned but not included.

### REASONABLE REASON

No reasonable reason was given for the debtors' request to the court to disallow and expunge each claim. Mismanagement, making questionable loans, and using funds to pay themselves damaged the company and the Stockholders' interests. Possible fraud on the debtors' part is involved. I bought my interest with my teachers' retirement funds, honest earned money.

### RELIEF REQUESTED

By this Response the Claimant seeks allowance in full of all claims, Equity Interest and otherwise, with no altering of rights. The claimant also seeks any damages which may be awarded.

## RESERVATION OF RIGHTS

The Claimant reserves the right to amend, modify or supplement this Response and to file additional objections.

## NOTICE

The Claimant has provided notice of this Response to the Debtors Counsel:
Young Conaway Stargatt & Taylor.

WHEREFORE, the Claimant respectfully requests denial of the Debtor's Objection and Request for disallowing and expunging my Equity Interest Claim.

Dated: June 6, 2008 Dana Point, CA

Jo Ann Christman, Claimant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
 a Delaware corporation, et al.,                    :
                                                    : Jointly Administered
                                                    :   Hearing Date: June 25, 2008 at 10:00.(ET)
----------------------------------------------------------------x

CHRISTMAN, JOANN – TRUSTEE
IRA E*TRADE CUSTODIAN, ROTH ACCOUNT
34146 BLUE LANTERN ST.         DANA POINT, CA 91629-2503

**NOTICE OF RESPONSE /OBJECTION TO DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1.**

To:  (I.) The United States Bankruptcy Court for the District of Delaware, 824 Market St, 3rd floor
     Wilmington Delaware 19801

                          Claim not to be Expunged    #5369    Amount $2,793.49

     (II)   Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors an Debtors in
            Possession.

The above mentioned claimant has filed a Response/Objection to the Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to section 502(b) of the Bankruptcy Code, a copy of which is attached hereto.

Dated June 6, 2008
     Dana Point, CA 92629

                                                   *Jo Ann Christman*
                                                   Jo Ann Christman, Claimant