IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------  -------------x
In re:                                             :  Chapter 11
                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :  Case No. 07-11047 (CSS)
  a Delaware corporation, et al.,                  :
                                                   :  Jointly Administered
                                                   :  Objection Deadline: June 18, 2008
                                                   :  Hearing Date:June 25,2008 at 10:00.(ET)
-----------------------------------------------------------------x
```

CLAIMANT:
CHRISTMAN, JOANN – TRUSTEE
34146 BLUE LANTERN ST.DANA POINT, CA 91629-2503

**RESPONSE /OBJECTION TO DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1.**

The above-captioned claimant hereby responds to the Debtors' Objection as follows:

OMISSION

Exhibit A (the claims and interests were not listed on the Debtors' Objection.) Exhibit A

was mentioned but not included.

REASONABLE REASON

No reasonable reason was given for the debtors' request to the court to disallow and

expunge each claim.Mismanagement , making questionable loans, and using funds to pay

themselves damaged the company and the Stockholders' interests.  Possible fraud on the

debtors' part is involved. I bought my interest with my teachers'retirement funds, honest

earned money.

RELIEF REQUESTED

By this Response the Claimant seeks allowance in full of all claims,  Equity Interest and

otherwise ,with no altering of rights of claim number 5370 in the amount of $5,906.98.

The claimant also seeks any damages which may be awarded.

## RESERVATION OF RIGHTS

The Claimant reserves the right to amend, modify or supplement this Response and to file

additional objections.

## NOTICE

The Claimant has provided notice of this Response to the Debtors Counsel:
 Young Conaway Stargatt & Taylor.

WHEREFORE, the Claimant respectfully requests denial of the Debtor's Objection

and Request for disallowing and expunging my Equity Interest Claim.


Dated:  June 6, 2008 Dana Point, CA

Jo Ann Christman, Claimant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2008 JUN 13 AM 10: 22

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------------x

In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                          :
                                                                :   Jointly Administered
                                                                    Hearing Date:June 25,2008 at 10:00.(ET)
-------------------------------------------------------------------x   Objection Deadline:June18, 2008

CHRISTMAN, JOANN – TRUSTEE
34146 BLUE LANTERN ST.
DANA POINT, CA 91629-2503


**NOTICE OF RESPONSE /OBJECTION TO DEBTORS' NINTH  OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1.**


To:  (I.) The United States Bankruptcy Court for the District of Delaware, 824 Market St,3rd floor
        Wilmington Delaware 19801

                              Claim not to be Expunged    #5370      Amount $5906.98


     (II)     Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors an Debtors in
               Possession.


     The above mentioned claimant has filed a Response/Objection to the Debtors' Ninth Omnibus
(Non-Substantive) Objection to Claims Pursuant to section 502(b) of the Bankruptcy Code, a
copy of which is attached hereto.


Dated June 6, 2008
        Dana Point, CA 92629


                                                        Jo Ann Christman
                                                        Jo Ann Christman, Claimant