# LYLE E. MORSE
2108 – 74th Street
Des Moines, Iowa 50322-5706



June 9, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

REF:  AMERICAN HOME MORTGAGE HOLDINGS, INC.
      Chapter 11 Case No.07-11047 (CSS)

Claim No. 7211

In response to the "Notice of Debtors Ninth Omnibus Objection to Claims" dated May 23, 2008, I wish to state my objection to the Debtors Objection. They wish to deny this claim since it was filed on account of an equity interest and not on account of damages. It is my view that this and all other claims of equity interest are due to damages by the Debtors, caused by their lack of prudent judgment and incompetent management.

I request that their objection be denied.

Yours very truly,

Lyle E. Morse

CC:  Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington, Delaware 19801