United States Bankruptcy Court
District of Delaware
Honorable Christopher S. Sontchi
824 Market Street
3rd Floor
Wilmington, Delaware 19801

c.c. American Home Mortgage Holdings Inc.
538 Broadhollow Road
Melville N.Y. 11747

c.c. AHM Servicing
4600 Regent Boulevard
Suite 200
Irving, Texas 75063

Claimant:
Jane E. Morin
9049 Kestral Circle
Englewood, Florida 34224

Summer address: May to October 31st
P.O. Box 1233
Claremont, N.H. 03743

c.c. Young Conaway Stargett + Taylor LLP
The Brandywine Building
1000 West Street 17th floor
Attn: Marissa Morelle
Wilmington, Delaware 19801

Claim Number: 6200
Claim Amount: $2,282.77

Case number: 07-11047 (CSS)
Objection deadline: June 18 2008

I am writing in response to a letter from the debtor mentioned above asking relief from the claim numbered 6200 for $2,282.77 that I submitted.

My investment was made in good faith that the American Home Mortgage would do business utilizing prudent methods.

I ask that the court honor my claim.

Respectfully,

Jane E. Morin

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM OB9 5/23/2008 (merge2.txnum2) 4000098830

MORIN, JANE E.
9049 KESTRAL CIR
ENGLEWOOD, FL 34224

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** MORIN, JANE E.
9049 KESTRAL CIR
ENGLEWOOD, FL 34224

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 6200 | $2,282.77 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession