June 9, 2008

To: Honorable Christopher S. Sontchi
US Bankruptcy Ct. for Dist. Of Delaware

Your Honor,

I would respectfully request that I receive my money back, Claim No. 8319-Claim Account $5,405.$^{00}$, In Re: American Home. Mortgage Holdings, Inc. I really need this money for my two daughters' private education. I thought that this was a secure investment, and now I know otherwise.

Thank you,

*Terrence Waldron*

Terrence Waldron