# SCHWARTZ LAW OFFICE
189 MAIN STREET - SUITE 301, ONEONTA, NEW YORK 13820
TELEPHONE: (607) 432-0911 - FACSIMILE: (607) 431-9201

DONALD J. SCHWARTZ

MICHAEL P. KENDALL

PARALEGAL STAFF:
BARRY A. HOLDEN
AMY E. HUTZEL
JACKELYN M. FLEURY

*2008 JUN 13 AM 10: 17*
*CLERK*
*US BANKRUPTCY COURT*
*DISTRICT OF DELAWARE*

June 10, 2008

American Home Mortgage Claim Processing
PO Box 5076
FDR Station
New York, NY 10150-5076

Re:    Brian A. Elmore
       AHM Account #1446140
       Ch. 11 Case No.: 07-11047

To Whom it May Concern:

Creditor, Brian A. Elmore, hereby withdraws his proof of claim on April 30, 2008 in the sum of $172,000.00. Thank you.

Very truly yours,

Donald J. Schwartz

Donald J. Schwartz

DJS/ah
Copy: United States Bankruptcy Court
      For the District of Delaware