## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et. al.,<br><br>            Debtors,<br><br>PAULA RUSH,<br>            Movant,<br><br>AMERICAN HOME MORTGAGE CORP.,<br>et., al.,<br><br>            Respondent. | ) Chapter 11<br>)<br>)<br>) Case No. 07-11047 (CSS)<br>) Jointly Administered<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING EMERGENCY MOTION FOR

## <u>RELIEF FROM AUTOMATIC STAY</u>

Upon the emergency motion (the "Motion") of Paula Rush ("Movant"), for relief from the automatic stay; and adequate notice was sufficient and proper; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay imposed by Section 362 of Bankruptcy Code is lifted in order to permit Movant to continue her lawsuit pending in the United States District Court for The District of Maryland, Southern Division, Case No. 07-854 (WMN).

Dated;_____

                                                                The Honorable Christopher S. Sontchi<br>                                                               United States Bankruptcy Judge