**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2008, a copy of the foregoing Motion was mailed first class postage paid to:

| | |
|---|---|
| Counsel for Debtors: | Official Committee of Unsecured Creditors |
| Pauline K. Morgan, Esquire | Mark Indelicato, Esq. |
| Young, Conaway, Stargatt & Taylor, LLP | Hahn & Hessen LLP |
| 1000 West Street, 17th Floor | 488 Madison Ave. 14th & 15th Floor |
| P.O. Box 391 | New York, NY 10022 |
| Wilmington DE 19899-0391 | |
| Phone: 302-571-6600 | |
| Fax: 302-571-0453 | |

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

Date: 6/11/08    Movant: _____

Paula Rush pro se
2651 Peery Drive
Churchville MD 21028
443-676-3509
410-914-5315

40