2500 Pinto Trail
McFarland WI 53558-9036
June 12, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: Case No. 07-11047 (CSS), Claim Number 3575 for $243.75
    Claimants: Robert E. & Elaine A. Gundlach, JTWROS

Dear Sirs:

This is to notify you of our intent to continue the claim on this account, and not to have it expunged. We do not wish to have American Home Mortgage Holdings granted relief on this claim.

In Wisconsin, Chapter 11 bankruptcy cases are reorganizations; the debtor has an opportunity to settle debts rather than have the persons to whom the debtor owes money left out in the cold. It doesn't make sense to us to have American Home Mortgage relieved of the debts it owes.

Even though the amount is much less than we invested, we believe this small amount is due us.

If additional information is needed to continue this claim, please advise us by mail at the above address or by e-mail at .

Sincerely,

Robert E. Gundlach

Elaine A. Gundlach

cc: Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801