

June 4, 2008

**United States Bankruptcy Court**
**District Of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, Delaware 19801**

**RE: Claim**
   **American Home Mortgage Claim #5640**

**Please be advised that we are officially notifying the court that we are resisting the omnibus objection that was brought before you by the law firm of Young, Conway, Stargatt and Taylor LLP.  I am asking that my interests recognized as allowed equity interests and not as unsecured claims.**

**Thank you.**

Fr. Richard Gyhra