

Juan Shi
2803 Nighthawk Circle
Audubon, PA 19403
June 12, 2008

To whom may concerns:

I wish to challenge the expunging of Claim 8196 at the amount of $2,479.99, Case No. 07-11047 (CSS) in regards to AMERICAN HOME MORTGAGE HOLDINGS, INC.

Dated: June 12, 2008


Sincerely

Juan Shi