FILED
2008 JUN 16 PM 12: 13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 11-2008

Temp: P.O. Box 1
Add Montezuma NC 28653

Perm: 177 Woodland Dr
Melbourne Fl 32904

Memorandum

To: Whom It may Concern of Delaware 19801
or U.S. Bankruptcy Court for Dist. of Delaware

Re: American Home Mtg. Holding's
Chapter 11

Please be informed that as a stockholder in Am. Home Mtg. that I object to this court that they may grant relief requested by of this case by Young Conoway Stargatt & Taylor, LLP to expunge this case.

Thank you for your consideration in this matter.

Sincerely,
Edna Ann Foster
177 Woodland Dr
Melb. Fl 32901
Tel. 828 733 2490

Edna Ann Foster