United States Bankruptcy Court
For The District of Delaware
824 Market St., 5th floor
Courtroom #6
Wilmington, DE 19801

RE: American Home Mortgage
Holdings Inc., DE. Corp.
CASE NO. 07-11047 (CSS)


Dear Sir or Madam:

    In my response to the Notice of Bankruptcy that I received recently I am opposed to the "Objection" filed by the Counsel for the Debtor. The claims should be "allowed" and not be "expunged". This is my position as claimant.

The hearing on the objection will be June 25, 2008 @ 10am.

Thank you.

                Sincerely,


                David J. Carlson
                94 Comanche Circle
                Millsboro, DE  19966

Cc: Counsel to Debtors