**Susan & Jerry Likes**
1770 County Road M
Wahoo, NE 68066
Home Phone 402-443-4909 or 443-6184

FILED
2008 JUN 16 PM 12: 19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 10, 2008

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: Claim # 4329
*American Home Mortgage*

Please be advised that we are officially notifying the court that we are resisting the omnibus objection that was brought before you by the law firm of Young, Conway, Stargatt and Taylor LLP.

I am asking that my interests be recognized as allowed equity interests and not as unsecured claims.

Thank You,

*Susan Likes*
Susan Likes