# EXHIBIT "A"

# OWNERSHIP AND ENCUMBRANCES REPORT

Legal Description:

Lot 1, Block 2, The Sanctuary Seventh Addition.

Quality Abstract, Inc. does hereby certify that as of the 2nd day of March, 2008, at 8:00 A.M., the records in the office of the County Recorder in and for Anoka County, Minnesota, disclose the following:

I. The grantee in the last recorded conveyance to the above captioned property by Warranty Deed recorded on April 9, 2007, as Document No. 1992218.026 is the following:

Neng Vue.

II. The above captioned property is subject to the following conveyances and encumbrances:

| | |
|---|---|
| Neng Vue, an unmarried man<br>to<br>Mortgage Electronic Registration Systems, Inc., a Delaware corporation as nominee for American Brokers Conduit, a New York corporation | **Mortgage**<br>Dated: March 6, 2007<br>Filed: April 9, 2007<br>Document No. 1992218.027<br>Amount: $880,000.00<br>Due: March 1, 2037<br>Contains Power of Sale |
| Neng Vue, an unmarried man<br>to<br>Mortgage Electronic Registration Systems, Inc., a Delaware corporation as nominee for American Brokers Conduit, a New York corporation | **Mortgage**<br>Dated: March 6, 2007<br>Filed: April 9, 2007<br>Document No. 1992218.028<br>Amount: $220,000.00<br>Due: March 1, 2022<br>Contains Power of Sale |

Quality Abstract, Inc. further certifies that according to the general tax records of Anoka County, there are no unpaid real estate taxes and no tax sales which appear unredeemed, unmerged or uncancelled against the above captioned property except as follows:

Taxes for 2007 and prior years are paid.
Taxes for 2008 in the amount of $10,023.88 are unpaid.
Base Tax Amount: $9,701.75
Estimated Market Value: $849,600.00
Taxpayer: Neng Vue as Homestead.
PIN: 21-31-23-14-0009

NOTE: No certificate is made as to any taxes or assessments deferred under Minnesota Statutes, Section 273.111 (commonly known as Green Acres).

QUALITY ABSTRACT, INC.

By: *[signature]*
Licensed Abstracter

This report is an Ownership and Encumbrance Report which only cites matters appearing in the public records of Anoka County, Minnesota and is not to be construed as an Opinion of Title.

00805945

# CERTIFICATE

**QUALITY ABSTRACT, INC.** does hereby certify that there are no unreleased Federal Tax Liens, State Tax Liens, Abstract of Judgments and no Bankruptcy proceedings on file in the office of the County Recorder, Anoka County, Minnesota and there are no unsatisfied Judgments docketed in District Court, Tenth Judicial District, Anoka County, Minnesota against any of the following between the dates shown below, to wit:

| NAME | FROM | TO |
|---|---|---|
| Neng Vue | February 1, 1998 | March 2, 2008 |

Note: No search has been made as to persons whose middle initial is other than as stated above.

Dated this 2nd day of March, 2008 at 8:00 A.M.

QUALITY ABSTRACT, INC.

BY: *[signature]*
Licensed Abstracter

Q0805945

# CERTIFICATE

**QUALITY ABSTRACT, INC.** does hereby certify that there are no Bankruptcy proceedings docketed in United States District Court, District of Minnesota, Fourth Division against any of the following between the dates shown, to wit:

| NAME | FROM | TO |
|---|---|---|
| Neng Vue | February 18, 1998 | March 19, 2008 |

Note: No search has been made as to persons whose middle initial is other than as stated above.

Dated this 19th day of March, 2008 at 8:00 A. M.

QUALITY ABSTRACT, INC.

BY: *Sandra L. Ahles*
Licensed Abstracter

Q0805945

Record ID 1806366

# 1992218.026

| WARRANTY DEED | Form No. 1-M | Minnesota Uniform |
|---|---|---|
| Individual(s) to Individual(s) | (Top 3 inches Reserved for Recording Data) | Conveyancing Blanks (6/17/97) |

DEED TAX DUE: $ _____ ☐ Total consideration is less than $500.00
Date: **03/06/07**
FOR VALUABLE CONSIDERATION, **Pao Vue, a single person** _____, Grantor,

hereby conveys and warrants to **Neng Vue** _____, Grantee,

real property in **Anoka** County, Minnesota, described as follows:

SEE ATTACHED EXHIBIT A

together with all hereditaments and appurtenances belonging thereto, subject to the following exceptions:
**Restrictions, declarations, covenants, reservations, and easements of record, if any**

Check box if applicable:
☒ The Seller certifies that the Seller does not know of any wells on the described real property.
☐ A well disclosure certificate accompanies this document.
☐ I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

_____
Pao Vue

Affix Deed Tax Stamp Here

STATE OF MINNESOTA } ss
COUNTY OF **RAMSEY**

This instrument was acknowledged before me on **March 6, 2007**
(Date)
by **Pao Vue, a single person**

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)
NANCY MacLEOD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

SIGNATURE OF NOTARY PUBLIC OR OTHER OFFICIAL

Check here if all or part of the land is Registered (Torrens) ☐

THIS INSTRUMENT WAS DRAFTED BY (NAME & ADDRESS):

Old Masters Title
312 East County Road D
St. Paul, MN 55117
(651)288-2111

File No: 06186OM

Tax statements for the real property described in this instrument should be sent to (include name and address of Grantee).

Neng Vue
NENG VUE
10452 VERMILLION CR NE
BLAINE, MN
55449

Lot 1, Block 2, The Sanctuary Seventh Addition, Anoka County, Minnesota.

(06186DM.PFD/06186DM/46)

ANOKA COUNTY MINNESOTA
Document No.: 1992218.026 ABSTRACT
I hereby certify that the within instrument was filed in this office for record on: 04/09/2007 9:02:00 AM
Fees/Taxes In the Amount of: $3,710.70
MAUREEN J. DEVINE
Anoka County Property Tax
Administrator/Recorder/Registrar of Titles
KHJ, Deputy

Delinquent Taxes Certified    Certificate of Real Estate Value Filed
Transfer Entered

Record ID: 1806366

Title Recording Services, Inc.
79 Western Ave N
St. Paul, MN 55102            520691
ANOKA A                       0818BOM
                              OLD MAST BASIC
                              WD