# EXHIBIT "B"

Case # - 2470054
Case Type - Motion For Relief (Chapter 11)
Loan # - 1896018180
Reference # -
Borrower - NENG VUE
Property State - MINNESOTA

## Debt Information — June 12, 2008

### Totals

| Totals | |
|---|---|
| Principal Balance | $880,000.00 |
| Accrued Interest | $73,458.87 |
| Deferred Interest | $0.00 |
| Accrued Late Charge | $3,872.96 |
| NSF Fees | $0.00 |
| Corporate Advances | $100.00 |
| Escrow Advance | $13,324.15 |
| Pro Rata MIP/PMI | $0.00 |
| (Escrow Balance) | $0.00 |
| (Restricted Escrow) | $0.00 |
| (Suspense) | $3,094.64 |
| Pending Expenses/Fees | $0.00 |
| Other | $41.50 |
| Total | $967,702.84 |

### 6 Records

### Details

| Detail Name | Date | Type | No. | Amount | Total |
|---|---|---|---|---|---|
| Accrued Interest | | Accrued Interest | 1 | $73,458.87 | $73,458.87 |
| Accrued Late Charges | | Additional Late Charges | 1 | $3,872.96 | $3,872.96 |
| Corporate Advances | | Corporate Advances | 1 | $100.00 | $100.00 |
| Escrow Advance | | Escrow Advance | 1 | $13,324.15 | $13,324.15 |
| (Suspense) | | Suspense Balance | 1 | $3,094.64 | $3,094.64 |
| Other | | Other Fees | 1 | $41.50 | $41.50 |