# EXHIBIT "C"

**ClearCapital**

Drive-by BPO Form
10452 VERMILLION CL N, MINNEAPOLIS, MN 55449

| | |
|---|---|
| Address: | 10452 VERMILLION CL N MINNEAPOLIS MN 55449 |
| Borrower Name: | NENG VUE |
| Loan Number: | 1896018180 |
| APN: | unknown |
| Inspection Date: | 3/17/2008 |
| Delivery Date: | 3/19/2008 |
| Property ID: | 2032870 |
| Order ID: | 412073 |

| Order Tracking ID: | Tracking ID 1: | Tracking ID 2: | Tracking ID 3: |
|---|---|---|---|
| 1896018180 | 1896018180 | n/a | n/a |

### I. General Conditions

| | |
|---|---|
| Property Type: | SFR |
| Occupancy: | Vacant  (Secure? Yes)  The doors are locked |
| Property Condition: | Excellent |
| Estimated Exterior Repair Cost: | $0 |
| Estimated Interior Repair Cost: | $0 |
| Total Estimated Repairs: | $0 |
| Condition Comments: | The subject appears to be in excellent condition based on exterior observation only, interior assumed to be in similar condition. |
| HOA? | No |

### II. Subject Sales & Listing History

Current Listing Status: Subject is not currently listed.

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| 10/05/2007 | | $ 1,199,000 | $ 0 | Original list price $1250000 |
| 09/11/2007 | | $ 1,250,000 | $ 0 | Expired 10/04/2007 |
| 12/17/2006 | 03/08/2007 | $ 110,900 | $ 1,082,377 | |

### III. Neighborhood & Market Data

| | |
|---|---|
| Location Type: | Suburban           Local Economy Is: Slow |
| Sales Price in this Neighborhood: | Low: $129,900    High: $1,368,700 |
| Market for this type of property has: | Decreased 26 % in the past 6 months. |
| Normal Marketing Days: | <180 |
| Neighborhood Comments: | The subject is located in a newer neighborhood of maintained homes. It is located in close proximity to schools, shops, parks, and freeways. |

### IV. Current Listings

| | Subject | Listing #1 | Listing #2 * | Listing #3 |
|---|---|---|---|---|
| Street Address | 10452 VERMILLION CL N MINNEAPOLIS, MN | 2642 104th Court NE MINNEAPOLIS, MN | 2864 Aspen Lake Dr NE MINNEAPOLIS, MN | 10463 Xylite St NE MINNEAPOLIS, MN |
| Zip Code | 55449 | 55449 | 55449 | 55449 |
| Datasource | MLS | MLS | MLS | MLS |
| Miles to Subj. [2] | | 0.10 [2] | 2.50 [2] | 0.10 [2] |
| List Price $ | $ 1,199,000 | $853,900 | $829,000 | $769,900 |
| Days on Mkt. | | 53 | 138 | 69 |
| Age | 3 | 2 | 4 | 3 |
| Condition | Excellent | Excellent | Excellent | Excellent |
| Style/Design | 2 Stories 2 Story | 2 Stories 2 Story | 2 Stories 2 Story | 2 Stories 2 Story |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 3750 | 3219 | 4300 | 3355 |
| Bdrm/F Bths/½ Bths | 4/3/1 | 5/3 | 4/2/1 | 4/2/1 |
| Total Room # | 8 | 10 | 9 | 9 |
| Garage Style/Stalls | Attached 4 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 50% | 83% | 0% | 88% |
| Pool/Spa | | | | |
| Lot Size | 4.53 Ac. | 0.33 Ac. | 0.35 Ac. | 0.34 Ac. |
| Other | Patio | None | None | None |

* Listing #2 is the most comparable listing to the subject.

Comments (why the comparable listing is superior or inferior to the subject).

Listing #1: Comparable #1 is superior to the subject due to superior bedroom count and basement fsf.
Listing #2: Comparable #2 is equal to the subject due to equal bedroom count, age, condition, and fireplaces.
Listing #3: Comparable #3 is inferior to the subject due to inferior GLA, garage stalls, and lot size.

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon as-is sale price.

1

### V. Recent Sales

| | Subject | Sold #1 | Sold #2 * | Sold #3 |
|---|---|---|---|---|
| Street Address | 10452 VERMILLION CL N<br>MINNEAPOLIS, MN | 3243 134th Ave NE<br>ANDOVER, MN | 10436 Vermillion Circle NE<br>MINNEAPOLIS, MN | 3184 117th Lane NE<br>MINNEAPOLIS, MN |
| Zip Code | 55449 | 55304 | 55449 | 55449 |
| Datasource | MLS | MLS | MLS | MLS |
| Miles to Subj. [?] | | 3.00 [2] | 0.05 [2] | 2.00 [2] |
| List Price $ | $ 1,199,000 | $822,483 | $940,000 | $682,428 |
| Sale Price $ | $ | $850,000 | $861,000 | $620,000 |
| Type of Financing | | Conventional | Cash | Conventional |
| Date of Sale | | 3/21/2007 | 5/24/2007 | 12/7/2007 |
| Days on Mkt. | | 9 | 22 | 56 |
| Age (# of Years) | 3 | 1 | 2 | 1 |
| Condition | Excellent | Excellent | Excellent | Excellent |
| Style/Design | 2 Stories 2 Story | 2 Stories 2 Story | 1 Story Rambler | 2 Stories 2 Story |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 3750 | 3477 | 2675 | 4250 |
| Bdrm/F Bths/½ Bths | 4/3/1 | 4/3/1 | 1/1/1 | 4/3/1 |
| Total Room # | 8 | 9 | 7 | 12 |
| Garage Style/Stalls | Attached 4 Car(s) | Attached 4 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 50% | 26% | 75% | 0% |
| Pool/Spa | | | | |
| Lot Size | 4.53 Ac. | 3.11 Ac. | 1.25 Ac. | 0.35 Ac. |
| Other | Patio | Deck, Patio | Deck, Patio | Deck, Patio |
| Adjustment $+/−<br>(See notes below) | | −$10,000 | −$20,000 | +$220,000 |
| Adjusted Value | | $840,000 | $841,000 | $840,000 |

* recent sale #2 is the most comparable Sale to the subject.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject.)
Sold #1: Adjustment taken for depreciation, inferior lot size, GLA, basement fsf, superior age and deck.
Sold #2: Adjustment taken for depreciation, superior deck, inferior lot size, garage stall, fireplace, equal location and total bedroom count.
Sold #3: Adjustment taken for inferior lot size, garage stall, and basement fsf.

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon As-Is Value.

### VI. Marketing Strategy

| | "As-is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| Suggested List Price: | $850,000 | $850,000 | Extended mileage and date of sale due to the lack of comparables with similar lot size in the immediate area, best available comparables utilized. Comparable sale #1 photo unavailable on MLS. |
| Sale Price: | $840,000 | $840,000 | |
| * Clear Capital Reviewer's Value Opinion: | $840,000 | $840,000 | |

*Please see Clear Capital Quality Assurance Comments Addendum

### VII. Clear Capital Quality Assurance Comments Addendum

| | "As-is" Value | "Repaired" Value | Reviewer Notes: |
|---|---|---|---|
| Reviewer's Value Opinion: | $840,000 | $840,000 | Broker's conclusion reflects a distressed value for the subject. Comps are within a reasonable distance, relatively current, and either indicate a distressed sale or value conclusion reflects appropriate adjustment. Thus, value conclusion appears to be adequately supported and the reviewer concurs with the broker. The subject is in a very rural area with limited comps. For this reason the broker had to expand their search radius and date of sale to find appropriate comparables. However, they were able to find some comps in the same town as the subject. |

2