IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC. *et al.*,<br>    Debtor. | Chapter 11<br>Case No. 07-11047-CS<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission pro hac vice of **Erin K. Olson** to represent **Zel M. Ramsey** in this action.

Dated:   June 17, 2008            /s/ Amy D. Brown
                                  Amy D Brown (#4077)
                                  Werb & Sullivan
                                  300 Delaware Avenue
                                  P.O. Box 25046
                                  Wilmington, DE  19899
                                  (302) 652-1100
                                  abrown@werbsullivan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Oregon and Washington and of the Commonwealth of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                  /s/ Erin K. Olson
                                  Erin K. Olson
                                  Law Office of Erin Olson, P.C.
                                  2905 N.E. Broadway Street
                                  Portland, OR  97232
                                  (503) 546-3150
                                  eolson@erinolsonlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

                                                              _____
                                                              United States Bankruptcy Judge