# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY:**

James L. Patton Jr., Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
Margaret B. Whiteman, Esq.
YOUNG CONWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

/s/ Amy D. Brown
Amy D Brown (#4077)