IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :    Jointly Administered
        Debtors.                                    :
                                                    :    Ref. Docket No. 4367
                                                    :
-------------------------------------------------------------------- x
```

## DEBTORS' LIMITED RESPONSE TO MOTIONS FOR RELIEF FROM AUTOMATIC STAY FILED BY JO ANN JACKSON [DOCKET NO. 4367]

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this limited response (the "Response") with respect to the *Motion for Relief from Stay* [D.I. 4367] (the "Motion") filed by Jo Ann Jackson (the "Movant").

Pursuant to the Motion, the Movant seeks relief from the automatic stay for the purpose of seeking avoidance, through the Movant's individual bankruptcy, of a judicial lien (the "Judicial Lien") on the Movant's current personal residence. The Lien is the result of a deficiency judgment obtained in connection with a mortgage (the "Mortgage") for the Movant's previous residence.

According to the Debtors' books and records, the Mortgage was included in the American Home Mortgage Investment Trust 2004-2 and, therefore, the Mortgage (and subsequent Judicial Lien) do not constitute property of the estate. Moreover, responses or other

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors").

actions in the individual bankruptcy action will be handled by the servicer of the Mortgage,

which, as of the closing of the Debtors' servicing business, is a non-debtor entity. The Debtors

do not believe that the automatic stay is implicated, but to the extent one (or more) of the

Debtors is required to be named or included as a nominal party in the proceeding, solely for the

purpose of naming all predecessors in interest in the chain of title relating to the property, the

Debtors do not oppose the Motion.

      The Debtors take no position regarding the relief requested in the Motion for the

reasons stated above. This Response, however, is without prejudice to the Debtors' rights with

respect to the factual allegations in the Motion or to the Debtors' rights with respect to any

interest in the Lien, Mortgage, or underlying bankruptcy action, including the Debtors' rights to

contest the Motion to Avoid the Judicial Lien. Nothing herein shall be construed to waive any or

all claims the Debtors may have against the Movant or to affect any other interests that the

Debtors may have against the Movant's property.

Dated: Wilmington, Delaware  
      June 17, 2008

YOUNG CONAWAY STARGATT &  
TAYLOR, LLP

/s/ Margaret B. Whiteman  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Matthew B. Lunn (No. 4119)  
Margaret B. Whiteman (No. 4652)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in  
Possession

---

The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.