# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:      APRIL    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
05/30/2008
Account No:       98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-046 SEC v. NJ Affordable Homes | 382.50 | 0.00 | $382.50 |
| 98077-061 Arkansas Condos | 383.50 | 21.83 | $405.33 |
| 98077-066 Johnson v. Wheeler | 492.50 | 0.00 | $492.50 |
| 98077-068 First American Title Insurance Co. | 34,654.00 | 2,711.21 | $37,365.21 |
| 98077-072 Velazquez & Associates | 3,150.00 | 80.13 | $3,230.13 |
| 98077-073 Sohmer | 1,365.00 | 32.22 | $1,397.22 |
| 98077-089 Post Petition Representation | 15,427.50 | 74.68 | $15,502.18 |
| | 55,855.00 | 2,920.07 | $58,775.07 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
05/30/2008
Account No:      98077M

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    APRIL    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
05/30/2008
Account No:    98077-046M
Statement No:            30

SEC v. NJ Affordable Homes

| | | Rate | Hours | |
|---|---|---|---|---|
| 04/21/2008 | | | | |
| NWH | review/revise response brief to opposition of certain homeowners in objection to the proposed First Amended Settlement Agreement; | 255.00 | 1.50 | 382.50 |
| | For Current Services Rendered | | 1.50 | 382.50 |
| | Total Current Work | | | 382.50 |
| | Balance Due | | | $382.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    APRIL    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
05/30/2008
Account No:    98077-061M
Statement No:    24

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 04/07/2008 SBV | prepare motion for entry of default judgment against BHS Enterprises and C. Thompson; | 295.00 | 1.30 | 383.50 |
|  | For Current Services Rendered |  | 1.30 | 383.50 |
|  | Express Mail/Federal Express Charges |  |  | 21.66 |
|  | Long Distance Telephone Calls |  |  | 0.17 |
|  | Total Expenses Posted Through 04/30/2008 |  |  | 21.83 |
|  | Total Current Work |  |  | 405.33 |
|  | Balance Due |  |  | $405.33 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:     APRIL     2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
05/30/2008
Account No:   98077-066M
Statement No:        23

Johnson v. Wheeler

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 04/07/2008 | KDT | email from and to Jacksons' counsel re: postponement of acceleration of loan (.1); evaluate requirements for postponing acceleration(.1); email to Jacksons' counsel re: same (.1); emails to client and opposing counsel re: same (.1); | 295.00 | 0.40 | 118.00 |
| 04/08/2008 | KDT | email from Jacksons' attorney regarding no funds for payment of mortgage (.1); email to Jacksons' counsel regarding same  (.1); | 295.00 | 0.20 | 59.00 |
| 04/09/2008 | KDT | telephone call from Jacksons' counsel proposing rental of property (.1) evaluate rental proposal (.1); | 295.00 | 0.20 | 59.00 |
| 04/17/2008 | DMS | telephone conference R. Hardman (.2); review correspondence from plaintiff's counsel (.2); | 420.00 | 0.40 | 168.00 |
| | KDT | follow-up regarding American Home | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Johnson v. Wheeler

Page: 2
05/30/2008
Account No:   98077-066M
Statement No:            23

| | Rate | Hours | |
|---|---|---|---|
| Mortgage approval of extension of foreclosure of loan (.1); email from Client regarding extension granted (.1); email from/to Opposing Counsel regarding same (.1); | 295.00 | 0.30 | 88.50 |
| For Current Services Rendered | | 1.50 | 492.50 |
| Total Current Work | | | 492.50 |
| Balance Due | | | $492.50 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
Tel 202 628 2000
Fax 202 628 2011
Federal Tax ID: 52-1779483

INVOICE PERIOD:    APRIL    2008

Page: 1
05/30/2008

American Home Mortgage
538 Broadhollow Road    Account No:    98077-068M
Melville  NY  11747    Statement No:    18

Attn: Alan Horn

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| **04/01/2008** | | | | |
| HOB | conference with K. Thompson re: documents to be produced (.1); telephone call to vendor re: same (.1); organize documents to be picked up by vendor (.1); | 150.00 | 0.30 | 45.00 |
| KDT | compile loan files for anticipated production to defendant (.6); attention to reproduction (0.1); review First American discovery requests (0.2); calendar deadlines (0.1); | 295.00 | 1.00 | 295.00 |
| **04/02/2008** | | | | |
| KDT | planning for deposition of Neuman and Edelman (.3); telephone conference with counsel for First American re: plans for deposition to go forward (.1); telephone call to/from counsel for Neuman re: same (.1); letter from Neuman's counsel re: deposition not going forward (.1); | 295.00 | 0.60 | 177.00 |
| **04/03/2008** | | | | |
| KDT | review docket and current pleadings (.6); review scheduling order as to discovery deadlines (.2); receipt and review of answers to various complaints, cross claims and | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
American Home Mortgage 05/30/2008
Account No: 98077-068M
Statement No: 18

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| | counterclaims of Edelman (.3); receipt and review of answers to various complaints, cross claims and counterclaim of Neuman (.3); emails with counsel for Neuman/Edelman re: deposition planning (.2);  research waiver of objections to discovery if not timely made (1.7); develop arguments re: same (.6); draft letter to opposing counsel regarding discovery overdue (.3); draft objections and responses to First American's request for production of documents (3.1); develop objections to First American's interrogatories (1.0); draft same (.3); | 295.00 | 8.60 | 2,537.00 |
| **04/04/2008** | | | | |
| HOB | prepare and organize documents to be picked up by vendor for production (.3); | 150.00 | 0.30 | 45.00 |
| KDT | continued drafting of responses to document requests (.7); review correspondence with client regarding additional documents required (.1); draft responses to First American's interrogatories (2.2); | 295.00 | 3.00 | 885.00 |
| SBV | revise interrogatory objections and responses (.6); revise document request objections and responses (.4); | 295.00 | 1.00 | 295.00 |
| **04/06/2008** | | | | |
| HOB | prepare, review and organize documents for production (3.0); | 150.00 | 3.00 | 450.00 |
| DMS | review documents for production in response to discovery requests from First American and other defendants (4.8); | 420.00 | 4.80 | 2,016.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 3
05/30/2008
Account No:    98077-068M
Statement No:    18

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **04/07/2008** | | | | | |
| | HOB | multiple telephone calls to and emails to/from vendor re: documents to be produced (.3); conference call with vendor and K. Thompson re: same (.1); review of pacer documents (.5); telephone call to Court re: same (.2); | 150.00 | 1.10 | 165.00 |
| | KDT | attention to production of documents (.4); planning for depositions and other discovery (.4) assess status of discovery (.1); confirm service discovery requests (.1); review and revise letter to R. Grundlock regarding 30(b)(6) deposition (.2); review documents to be produced (1.5); emails with local counsel re: service of discovery on Fishman and Otlowski (.1); telephone call to Fishman's counsel re: no receipt of discovery (.1); telephone call to Otlowski's counsel re: no receipt of discovery (.1); | 295.00 | 3.00 | 885.00 |
| | DMS | review documents for production in response to discovery requests from First American (2.1); telephone conference with R. Hardman regarding REO files (.4); draft and send letter to R. Grundlock regarding depositions and discovery issues (.9); | 420.00 | 3.40 | 1,428.00 |
| **04/08/2008** | | | | | |
| | HOB | review of documents for production (.3); prepare and organize documents to opposing counsel (.3); | 150.00 | 0.60 | 90.00 |
| | KDT | telephone call from Fishman's counsel regarding discovery (.1); evaluate 5th Amendment issues regarding Fishman and Otlowski (.1); telephone conference with Otlowski's counsel re: same (.3); | 295.00 | 0.50 | 147.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 4
05/30/2008
Account No:    98077-068M
Statement No:         18

| | | Rate | Hours | |
|---|---|---|---|---|
| DMS | telephone conference with R. Hardman (.3); draft and send letter to R. Grundlock (.5); | 420.00 | 0.80 | 336.00 |
| **04/09/2008** | | | | |
| KDT | evaluate options for depositions of Fishman, Otlowski and County Line (.1); attention to scheduling issues regarding discovery responses from same (.1); review correspondence with opposing counsel regarding Hardman deposition (.1); planning regarding deposition of Fishman, Otlowski and County Line (.1); | 295.00 | 0.40 | 118.00 |
| DMS | telephone conference with R. Hardman regarding depositions (.2); telephone conference with counsel for defendant Fishman (.3); | 420.00 | 0.50 | 210.00 |
| **04/10/2008** | | | | |
| DMS | drafting of supplemental interrogatory responses (1.1); | 420.00 | 1.10 | 462.00 |
| **04/11/2008** | | | | |
| NWH | review files, emails, dockets for relevant documents to produce (1.5); | 255.00 | 1.50 | 382.50 |
| KDT | email from First American's counsel regarding deposition of Neuman and Edelman to proceed; | 295.00 | 0.10 | 29.50 |
| DMS | review documents for production in response to discovery requests from defendants (2.1); | 420.00 | 2.10 | 882.00 |
| **04/13/2008** | | | | |
| DMS | review documents for production (1.3); drafting of supplemental responses to interrogatories (.5); | 420.00 | 1.80 | 756.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1900 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 5
05/30/2008
Account No:     98077-068M
Statement No:            18

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| **04/15/2008** | | | | |
| KDT | draft discovery responses to discovery request from Fishman and Otlowski (4.3); telephone conference with Fishman's counsel regarding timing for responses (.1); review supplemental responses to defendant's interrogatories (.1); email from client regarding same (.1); | 295.00 | 4.60 | 1,357.00 |
| DMS | draft and revise discovery responses (1.4); send to J. Kalas and R. Hardman (.2); | 420.00 | 1.60 | 672.00 |
| **04/16/2008** | | | | |
| DMS | revise draft responses to interrogatories from First American (1.3); send interrogatories to J. Kalas and R. Hardman for review and signature (.3); | 420.00 | 1.60 | 672.00 |
| KDT | develop/draft responses to Fishman's and Otlowski's discovery requests (2.0); revisions to supplemental answers to First American's interrogatories (.8); | 295.00 | 2.80 | 826.00 |
| **04/17/2008** | | | | |
| DMS | draft and send letter to W. Cambria (1.1); revise and finalize supplemental discovery responses (.8); telephone conference with J. Kalas (.2); telephone conference with R. Hardman (.5); prepare deposition materials for R. Hardman (1.7); | 420.00 | 4.30 | 1,806.00 |
| KDT | receipt/review of Otlowski's responses to document requests (.2); telephone calls from Otlowski's counsel regarding American Home Mortgage's production (.1); correspondence with opposing counsel regarding American | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 6
05/30/2008
Account No:    98077-068M
Statement No:    18

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| | Home Mortgage's production to First American (.1); email from Fishman's counsel regarding same (.1); | 295.00 | 0.50 | 147.50 |
| **04/18/2008** | | | | |
| HOB | prepare and organize documents to be served; | 150.00 | 0.80 | 120.00 |
| KDT | draft responses to Fishman's and Otlowski's request for production of documents and interrogatories (2.1); email from Neuman's counsel regarding American Home Mortgage's production of documents (.1) | 295.00 | 2.20 | 649.00 |
| **04/21/2008** | | | | |
| KDT | continued drafting of response to Fishman's request for documents and interrogatories and Otlowski's request for production of documents and interrogatories (2.9); finalize request for production of documents and serve on opposing counsel (1.0); email to opposing counsel regarding scheduling depositions of Fishman, Otlowski, and County Line (.1); planning for same (.3); | 295.00 | 4.30 | 1,268.50 |
| **04/22/2008** | | | | |
| DMS | travel to Philadelphia and prepare for deposition of R. Hardman (2.0); meet with R. Hardman to prepare for deposition (6.0); | 420.00 | 8.00 | 3,360.00 |
| KDT | planning regarding depositions of Fishman, Otlowski, County Line, Neuman. Edelman; (.2); message from and telephone conference with Fishman's counsel regarding deposition, agreement with US Attorney, requirement to plead fifth amendment (.4); memo to file | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 7
05/30/2008
Account No:    98077-068M
Statement No:    18

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| | regarding same (.1); emails with Neuman's counsel regarding depositions (.1); telephone conference with Neuman's/Edelman's counsel regarding outstanding discovery and depositions (.2); | 295.00 | 1.00 | 295.00 |
| 04/23/2008 DMS | meet with R. Hardman (.9); defend deposition of R. Hardman (4.9); meet with defendant's counsel (.3); return travel from Philadelphia (2.0); | 420.00 | 8.10 | 3,402.00 |
| 04/24/2008 KDT | prepare for depositions of Neuman and Edelman (.8); | 295.00 | 0.80 | 236.00 |
| 04/25/2008 KDT | review loan files and documents produced to defendants (1.3); | 295.00 | 1.30 | 383.50 |
| 04/28/2008 KDT | review documents produced to defendants, including all loan files and correspondence in bankruptcy case and with title company (3.1); | 295.00 | 3.10 | 914.50 |
| 04/29/2008 KDT | review interrogatories propounded to Neuman in preparation for deposition (.4); review interrogatories propounded to Edelman in preparation for deposition (.4); continued review of loan files (2.1); email to opposing counsel regarding availability for depositions of Fishman, Otlowski, County Line (.1); email from Fishman's counsel regarding same (.1); | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 8

American Home Mortgage                                    05/30/2008

Account No:     98077-068M

Statement No:          18

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| | planning regarding depositions of Fishman, Otlowski and County Line (.4); evaluation of importance of having closing attorneys' assertion of fifth amendment right on the record before settlement conference (.2); strategy regarding depositions of Neuman and Edelman (.3); preparation of outlines and questions for both deponents (1.7); initial identification of documents to be used in depositions (.4); research historical and open case against Neuman (.4); review complaints and pleadings against Edelman (.4); research corporate records as to United Funding Capital (.4); | 295.00 | 7.30 | 2,153.50 |
| 04/30/2008 KDT | review discovery propounded by Fishman (.7); review discovery propounded by First American (.9); continued review of discovery propounded by American Home Mortgage (1.4); develop deposition plans and outline with D. Souders and identify exhibits (2.1); multiple emails with opposing counsel regarding deposition logistics (.4); compile all exhibits (.8); review all advisory actions involving Neuman (0.7); review SEC pleadings involving Neuman (.6); research statements made by Neuman (.8); | 295.00 | 8.60 | 2,537.00 |
| DMS | review documents produced by First American and Fishman (2.1); discussions with K. Thompson regarding Neuman deposition preparation (.8); | 420.00 | 2.90 | 1,218.00 |
| | For Current Services Rendered | | 103.30 | 34,654.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 9
American Home Mortgage                                05/30/2008
Account No:    98077-068M
Statement No:          18

First American Title Insurance Co.

| | |
|---|---:|
| Photocopy Expenses | 361.00 |
| Copy Expenses | 1,451.91 |
| Express Mail/Federal Express Charges | 72.60 |
| Postage Expenses | 15.95 |
| Court Reporter/Transcript Fees | 809.75 |
| Total Expenses Posted Through 04/30/2008 | 2,711.21 |
| Total Current Work | 37,365.21 |
| Balance Due | $37,365.21 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    APRIL    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
05/30/2008
Account No:    98077-072M
Statement No:    18

Velazquez & Associates

| Date / Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| **04/08/2008** DMS | send correspondence to R. Cohen regarding outstanding claim with Lawyers Title (.5); | 420.00 | 0.50 | 210.00 |
| **04/09/2008** DMS | review correspondence to send to J. Kalas regarding claim against Lawyers Title and it's settlement agreement (1.3); | 420.00 | 1.30 | 546.00 |
| **04/10/2008** DMS | telephone conference with J. Kalas (.1); review past correspondence with attorneys for Lawyers Title (1.8); draft letter to R. Cohen re: settlement (.9); | 420.00 | 2.80 | 1,176.00 |
| **04/11/2008** DMS | telephone conference with J. Kalas (.5); review loan files from Velazquez settlements (.9); | 420.00 | 1.40 | 588.00 |
| **04/14/2008** DMS | draft letter to R. Cohen at Cohen Fox regarding Antoine loan (1.3); telephone conference with J. Kalas (.2) | 420.00 | 1.50 | 630.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

05/30/2008

Account No:    98077-072M

Statement No:    18

Velazquez & Associates

| | Rate | Hours | |
|---|---|---|---|
| For Current Services Rendered | | 7.50 | 3,150.00 |
| | | | |
| Photocopy Expenses | | | 50.90 |
| Express Mail/Federal Express Charges | | | 26.32 |
| Postage Expenses | | | 2.91 |
| Total Expenses Posted Through 04/30/2008 | | | 80.13 |
| Total Current Work | | | 3,230.13 |
| Balance Due | | | $3,230.13 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    APRIL    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
05/30/2008
Account No: 98077-073M
Statement No: 17

Sohmer

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 04/03/2008 | DMS | review appraisal report sent by R. Hardman for Butterfield property (.5); send memorandum to L. Xerras regarding settlement (.2); | 420.00 | 0.70 | 294.00 |
| 04/08/2008 | NWH | review appraisal on Butterfield property (.3); compare value with lien amount; review/revise letter to Chicago Title seeking decision on title claim (1.1); review file for additional facts regarding claim, closing protection letter, Chicago Title's obligations under same (.6); | 255.00 | 2.00 | 510.00 |
| 04/09/2008 | NWH | revise/finalize letter to Chicago Title re: status of title claim (.7); response to their inquiry re: basis for same (.8); | 255.00 | 1.50 | 382.50 |
| 04/18/2008 | NWH | review emails from title company appointed counsel re: response to objections to proposed settlement agreement (.2); review objections for affected ABC properties (.1); | 255.00 | 0.30 | 76.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Sohmer

| | | Page: 2 |
|---|---|---|
| | | 05/30/2008 |
| Account No: | | 98077-073M |
| Statement No: | | 17 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/20/2008 | NWH | review objection filed by homeowner (.2); | 255.00 | 0.20 | 51.00 |
| 04/28/2008 | NWH | email from title company appointed counsel re: last week's hearing, projected outcome of same (.2); | 255.00 | 0.20 | 51.00 |
| | | For Current Services Rendered | | 4.90 | 1,365.00 |

| | |
|---|---|
| Photocopy Expenses | 4.10 |
| Express Mail/Federal Express Charges | 26.47 |
| Postage Expenses | 1.65 |
| Total Expenses Posted Through 04/30/2008 | 32.22 |
| Total Current Work | 1,397.22 |
| Balance Due | $1,397.22 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    APRIL    2008

Page: 1
05/30/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-089M
Statement No:    13

Attn: Alan Horn

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **04/01/2008** |  |  |  |  |
| MMJ | telephone call to J. Kalas re: MD pin number and upcoming annual reports (.1); | 145.00 | 0.10 | 14.50 |
| HJR | draft memo to J. Kalas re: mortgage licensing for master servicer (4.0); | 245.00 | 4.00 | 980.00 |
| HJR | review memo to J. Kalas re: mortgage licensing for master servicer (1.0); | 245.00 | 1.00 | 245.00 |
| HJR | research IL and MI law re: mortgage licensing for master servicer (2.4); | 245.00 | 2.40 | 588.00 |
| **04/02/2008** |  |  |  |  |
| MMJ | draft e-mail to J. Kalas re: MD pin number (.3); | 145.00 | 0.30 | 43.50 |
| JDS | telephone call from counsel for acquirer re: license surrender issues (0.3); telephone conference with J. Kalas and bankruptcy counsel re: same (0.3); telephone conference with J. Kalas, counsel for acquirer and IL regulator re: license surrender issue (0.3); legal research re: licenses required to own servicing rights (0.9); review and revise letter to IL regulator re: office relocation (0.2); telephone call to counsel for Creditor's Committee re: license surrender issues (0.3); | 395.00 | 2.30 | 908.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
05/30/2008
Account No:     98077-089M
Statement No:          13

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| HJR | confer with M. Jewett re: MD mortgage servicing filing (0.1); | 245.00 | 0.10 | 24.50 |
| HJR | review email to J. Kalas re: MD mortgage servicing filing (0.1); | 245.00 | 0.10 | 24.50 |
| HJR | telephone conference with M. Jewett, MD regulator re: MD mortgage servicing filing (.2); | 245.00 | 0.20 | 49.00 |
| BEA | receipt of settlement demand from Barbosa (.2); | 405.00 | 0.20 | 81.00 |
| **04/03/2008** | | | | |
| HJR | telephone call from/telephone call to MD regulator re: MD mortgage servicing report (.3); telephone call to KS regulator re: licensing inquiry (.2); | 245.00 | 0.50 | 122.50 |
| JDS | telephone conference with MI regulator re: status of AHM servicing license (.4); | 395.00 | 0.40 | 158.00 |
| BEA | analysis of settlement demand by attorney for Barbosa (.3); investigation for information about loan (.3); telephone call to attorney for Barbosa (.2); | 405.00 | 0.80 | 324.00 |
| **04/04/2008** | | | | |
| HJR | draft email to J. Kalas re: MD servicing report (0.1);  draft email to MD regulator re: MD servicing report (0.1); | 245.00 | 0.20 | 49.00 |
| DMS | review documents sent by J. Kalas relating to Oregon case (.5); telephone conference with J. Kalas and D. Bowman (.5); | 420.00 | 1.00 | 420.00 |
| **04/07/2008** | | | | |
| HJR | review email to J. Kalas re: periodic annual report filings (0.1); telephone call from/telephone call to KS regulator re: compliance issue (0.2); | 245.00 | 0.30 | 73.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
05/30/2008
Account No:      98077-089M
Statement No:            13

| | | Rate | Hours | |
|---|---|---|---|---|
| MMJ | telephone call from J. Kalas re: OH Annual Report (.3); prepare DC 2 year Corporation Report and MD Personal Property Tax Return (2.0); draft e-mail to J. Kalas re: DC 2 Year Corporation Report, KS Annual Report and MD Personal Property Tax Return (.4); | 145.00 | 2.70 | 391.50 |
| DMS | review complaint and documents related to Z. Ramsey case (.5); telephone conference with J. Kalas and D. Bowman; | 420.00 | 0.80 | 336.00 |
| **04/08/2008** | | | | |
| MMJ | draft e-mail to J. Kalas re: April 15th filings (.3); | 145.00 | 0.30 | 43.50 |
| HJR | review letter to KS regulator re: license surrender (.3); draft email to J. Kalas re: same (.1); review/draft email to MD annual report (.1); research MD requirements re: same (.3); | 245.00 | 0.80 | 196.00 |
| BEA | status report to D. Souders by email (.3); telephone message to attorney for Keblin (.2); verify status of Bostic (.1); | 405.00 | 0.60 | 243.00 |
| **04/09/2008** | | | | |
| HJR | telephone call to J. Kalas re: KS license surrender issue (0.2); | 245.00 | 0.20 | 49.00 |
| BEA | telephone conference with attorney for Keblin re: settlement (.2); | 405.00 | 0.20 | 81.00 |
| **04/10/2008** | | | | |
| HJR | telephone conference with J. Socknat, J. Kalas re: KS license surrender issue (0.2); research CA law re: consumer loan licensing requirements (0.2); confer with J. Socknat re: same (short sale issue) (0.2); | 245.00 | 0.60 | 147.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 4
05/30/2008
Account No:     98077-089M
Statement No:          13

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| JDS | legal research re: regulatory issues associated with deficiency notes for short sales (0.7); correspond via email with J. Kalas re: same; (0.3); | 395.00 | 1.00 | 395.00 |
| **04/13/2008** | | | | |
| DMS | review requirements of DC Order (.2); review documents sent by J. Kalas (.6); | 420.00 | 0.80 | 336.00 |
| **04/15/2008** | | | | |
| DMS | review documents sent by J. Kalas for filing with DC Department of Banking and Insurance (.4); review reporting requirements (.2); | 420.00 | 0.60 | 252.00 |
| NWH | review letter from P. Rush on behalf of M. Dobson re: threatened adversary action against American Home (.3); | 255.00 | 0.30 | 76.50 |
| HCH | legal research re: servicing licenses required if retaining servicing rights (3.4); | 230.00 | 3.40 | 782.00 |
| **04/16/2008** | | | | |
| MMJ | prepare AR license renewal (.3) OH annual report; (.2) LA annual report (.2); draft e-mail to J. Kalas re: AR license renewal, AR, FL, PA, TX, LA, and OH annual reports (.2); | 145.00 | 0.90 | 130.50 |
| HJR | confer with H. Hutchings re: mortgage servicing rights project (0.5); telephone conference with J. Kalas, D Mason re: name change project (0.2); draft email to J. Kalas re: same (0.2); | 245.00 | 0.90 | 220.50 |
| DEM | collect required name change forms for various states (2.1); research state regulatory name change requirements (1.5); draft memo to J. Kalas re: same (1.2); | 135.00 | 4.80 | 648.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5
05/30/2008

American Home Mortgage

Account No:    98077-089M
Statement No:    13

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| NWH | review memo from P. Rush on behalf of M. Dobson (.7); | 255.00 | 0.70 | 178.50 |
| BEA | email from J. Kalas re: Beard (.2); telephone conference with J. Kalas re: Beard and other possible settlements (.4); notes to file re: another suggestion of bankruptcy (.1); | 405.00 | 0.70 | 283.50 |
| HCH | legal research re: licenses required to hold servicing rights (2.5); | 230.00 | 2.50 | 575.00 |
| **04/17/2008** |  |  |  |  |
| HCH | legal research re: servicing rights retention licensing (.4); | 230.00 | 0.40 | 92.00 |
| HJR | telephone conference with D. Souders, M. Jewett, J. Kalas re: licensing and name change update (0.5); | 245.00 | 0.50 | 122.50 |
| HJR | review email to J. Kalas re: annual report filings (0.3); | 245.00 | 0.30 | 73.50 |
| MMJ | telephone conference with J. Kalas, D. Souders, H. Richards re: license renewals, name change, license surrenders (.5); revise e-mail to J. Kalas re: AR license renewal, AR, FL, PA, TX, LA, and OH annual reports (1.5); submit letter to WI regulator re: audited financial statement (.5); telephone call from J. Kalas re: OH annual report (.3); | 145.00 | 2.80 | 406.00 |
| DEM | draft memo to J. Kalas re: state regulatory name change requirements (.9); telephone calls to ME and OR regulators re: same (.4); prepare various name change forms (2.0); | 135.00 | 3.30 | 445.50 |
| **04/18/2008** |  |  |  |  |
| HJR | telephone call to KS regulator re: license surrender issue (0.1); | 245.00 | 0.10 | 24.50 |
| HCH | legal research re: servicing and collection |  |  |  |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 6
05/30/2008
Account No:    98077-089M
Statement No:    13

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | agency licenses needed to retain servicing rights (3.3); | 230.00 | 3.30 | 759.00 |
| **04/21/2008** | | | | |
| HCH | legal research re: requirement for collection agency license in NJ, OR & ND for retaining servicing rights (.2); | 230.00 | 0.20 | 46.00 |
| MMJ | prepare TX annual report (.6); draft e-mail to J. Kalas re: same (.1); draft e-mail to J. Kalas re: OH annual report (.1); | 145.00 | 0.80 | 116.00 |
| **04/22/2008** | | | | |
| HJR | draft email to J. Kalas re: OH annual report filing (0.4); | 245.00 | 0.40 | 98.00 |
| HJR | review name change license apps (0.6); | 245.00 | 0.60 | 147.00 |
| DEM | revise name change forms for various states (.5); telephone call to ME regulator re: name change requirements (.2); | 135.00 | 0.70 | 94.50 |
| **04/23/2008** | | | | |
| HJR | review memo to J. Kalas re: name change (0.8); | 245.00 | 0.80 | 196.00 |
| HCH | correspondence to J. Kalas re: collection agency licenses needed to hold servicing rights (.4); | 230.00 | 0.40 | 92.00 |
| **04/24/2008** | | | | |
| DMS | draft letter to C. Parker at D.C. Department of Insurance and Banking (1.4); review materials to send to C. Parker (.4); | 420.00 | 0.80 | 336.00 |
| HJR | review/draft email to J. Socknat re: Fannie Mae approval, licensing ramifications (.5); | 245.00 | 0.50 | 122.50 |
| DEM | revise memo to J. Kalas re: name change(.7); | 135.00 | 0.70 | 94.50 |
| JDS | legal research re: fidelity and e&o | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 7
05/30/2008
Account No:    98077-089M
Statement No:    13

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | requirements imposed by states and Fannie Mae (.7); draft email to J. Kalas re: same (.3); | 395.00 | 1.00 | 395.00 |
| **04/25/2008** |  |  |  |  |
| HJR | review memo to J. Kalas re: name change information requests (.6); | 245.00 | 0.60 | 147.00 |
| DEM | revise memo to J. Kalas re: name change (1.3); | 135.00 | 1.30 | 175.50 |
| HCH | research re: license surrender status in IL, NJ, MI & RI (.2); | 230.00 | 0.20 | 46.00 |
| **04/28/2008** |  |  |  |  |
| MMJ | update NMLS re: NE renewal (1.4); draft e-mails to J. Kalas re: same (.2); | 145.00 | 1.60 | 232.00 |
| HJR | telephone call to/telephone call from J. Kalas re: NE license renewal/NMLS filing (0.2); | 245.00 | 0.20 | 49.00 |
| HJR | confer with M. Jewett re: NE license renewal/NMLS filing (0.4); | 245.00 | 0.40 | 98.00 |
| HJR | draft email to M. Strauss re: NY license app (1.4); | 245.00 | 1.40 | 343.00 |
| **04/29/2008** |  |  |  |  |
| HJR | review/revise NE NMLS filing (.0.3); | 245.00 | 0.30 | 73.50 |
| HJR | confer with M. Jewett re: NE NMLS filing (0.2); | 245.00 | 0.20 | 49.00 |
| HJR | draft email to J. Kalas re: NE NMLS filing (0.2) | 245.00 | 0.20 | 49.00 |
| HJR | telephone call to NE regulator re: NE NMLS filing (0.1); | 245.00 | 0.10 | 24.50 |
| DEM | telephone call to Maine regulator re: name change requirements (.4); draft e-mail to Haydn Richards re: same (.2); | 135.00 | 0.60 | 81.00 |
| MMJ | update NMLS re: NE renewal (.2); prepare MS Mortgage Company License Application |  |  |  |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 8
05/30/2008
Account No:    98077-089M
Statement No:              13

| | | Rate | Hours | |
|---|---|---|---|---|
| | (.4); | 145.00 | 0.60 | 87.00 |
| **04/30/2008** | | | | |
| HJR | draft letters to NJ regulator re: license surrender (1.5); | 245.00 | 1.50 | 367.50 |
| HJR | draft email to J. Kalas re: NJ regulator re: license surrender (0.2); | 245.00 | 0.20 | 49.00 |
| HJR | telephone call to J. Kalas re: name change forms (0.2); | 245.00 | 0.20 | 49.00 |
| MMJ | prepare MS Mortgage Company License Application (1.3); prepare ND and TX Secretary of State filings (1.3); | 145.00 | 2.60 | 377.00 |
| | For Current Services Rendered | | 66.50 | 15,427.50 |

| | |
|---|---|
| Photocopy Expenses | 26.70 |
| Express Mail/Federal Express Charges | 47.98 |
| Total Expenses Posted Through 04/30/2008 | 74.68 |
| Total Current Work | 15,502.18 |
| Balance Due | $15,502.18 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.