# EXHIBIT B

Remit Payment to:
**Compex Litigation Support, LLC**
P.O. Box 2738
Torrance, CA 90509-2738

Federal Tax I.D. #: 20-2878700



**COMPEX**
Litigation Support, LLC

Invoice #: WA04080014
Invoice Date: 4/4/2008

| Bill to: ACCOUNTS PAYABLE | Washington DC | Ordered by: HAZEL BERKOH |
|---|---|---|
| WEINER BRODSKY SIDMAN & KIDER | Phone No: 202-822-9355 | WEINER BRODSKY SIDMAN & KIDER |
| 1300-19TH STREET, N. W. | Fax No: 202-822-9420 | 1300-19TH STREET, N. W. |
| FIFTH FLOOR | 1099 14th Street N.W. Suite 700-C | FIFTH FLOOR |
| WASHINGTON, DC 20036 | Washington, DC 20005 | WASHINGTON, DC 20036 |
| | www.compexlit.com | |

| Account # | Account Manager | Job # | Payment Terms | |
|---|---|---|---|---|
| WAWE1298 | HOWARD DABNEY | DCA_04080005 | Net Thirty | |
| Client Matter | | Plaintiff | | Date of Loss |
| 98077.068 | | | | |

| Qty | Item Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 7,055 | Photocopies - Heavy Litigation | | 0.1500 | 1,058.2500 |
| 26 | Folders - Manilla - Legal Sized - Blank Tabs | | 1.5000 | 39.0000 |

| | | |
|---|---|---|
| | Subtotal | 1,097.25 |
| **Please Pay From This Invoice** | Shipping | 0.00 |
| This is the only invoice you will receive. It should be routed to accounting department for payment. Remember to list invoice numbers on all checks. | Sales Tax | 63.10 |
| **No Third Party Billing:** | Total | 1,160.35 |

Signature: _____    Date: _____

Print Name: _____

Remit Payment to:
**Compex Litigation Support, LLC**
P.O. Box 2738
Torrance, CA 90509-2738

Federal Tax I.D. #: 20-2878700

# COMPEX
## Litigation Support, LLC

Washington DC
Phone No: 202-822-9355
Fax No: 202-822-9420
1099 14th Street N.W. Suite 700-C
Washington, DC 20005
www.compexlit.com

Invoice #: WA04080017
Invoice Date: 4/4/2008

| Bill to: ACCOUNTS PAYABLE |
|---|
| WEINER BRODSKY SIDMAN & KIDER |
| 1300-19TH STREET, N. W. |
| FIFTH FLOOR |
| WASHINGTON, DC 20036 |

| Ordered by: HAZEL BERKOH |
|---|
| WEINER BRODSKY SIDMAN & KIDER |
| 1300-19TH STREET, N. W. |
| FIFTH FLOOR |
| WASHINGTON, DC 20036 |

| Account # | Account Manager | Job # | Payment Terms | |
|---|---|---|---|---|
| WAWE1298 | HOWARD DABNEY | DCA_04080012 | Net Thirty | |
| Client Matter | | Plaintiff | | Date of Loss |
| 98077.068 | | | | |

| Qty | Item Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1,798 | Photocopies - Heavy Litigation | | 0.1500 | 269.7000 |
| 4 | Folders - Manilla - Legal Sized - Blank Tabs | | 1.5000 | 6.0000 |

| | |
|---|---|
| Subtotal | 275.70 |
| Shipping | 0.00 |
| Sales Tax | 15.86 |
| Total | 291.56 |

**Please Pay From This Invoice**
This is the only invoice you will receive. It should be routed to your accounting department for payment. Remember to list invoice numbers on all checks.

**No Third Party Billing:**

Signature: _____    Date: _____

Print Name: _____