# EXHIBIT A

**Exhibit A**

**Duplicate Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| SOVEREIGN BANK FSB<br>ATTN STEPHEN E BURSE, VICE PRESIDENT<br>75 STATE STREET<br>MA1-SST-0413<br>BOSTON, MA 02109 | 8456 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$13,837,333.58 (U)<br>$13,837,333.58 (T) | 8530 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$13,837,333.58 (U)<br>$13,837,333.58 (T) |
| SOVEREIGN BANK FSB<br>ATTN STEPHEN E BURSE, VICE PRESIDENT<br>75 STATE STREET<br>MA1-SST-0413<br>BOSTON, MA 02109 | 8457 | 1/10/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$13,558,882.64 (U)<br>$13,558,882.64 (T) | 8529 | 1/10/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$13,558,882.64 (U)<br>$13,558,882.64 (T) |
| **Totals:** | **2 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$27,396,216.22 (U)<br>$27,396,216.22 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$27,396,216.22 (U)<br>$27,396,216.22 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

Exhibit B

Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CITIGROUP GLOBAL MARKETS REALTY CORP. ATTN SUSAN MILLS, MANAGING DIRECTOR 390 GREENWICH ST NEW YORK, NY 10013 | 9207 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68,813,688.40 (U)<br>$68,813,688.40 (T) | 10377 | 5/1/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68,828,757.78 (U)<br>$68,828,757.78 (T) |
| JGL, LLC CECILIA L. ROSENAUER, ESQ. CECILIA L. ROSENAUER, LTD. 510 W PLUMB LN., STE. A RENO, NV 89509 | 1950 | 11/6/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,305.00 (U)<br>$2,305.00 (T) | 9259 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,305.00 (U)<br>$2,305.00 (T) |
| MUSUMECI 15 WOODHULL ROAD ATTN WILLIAM J RANIOLO EAST SETAUKET, NY 11733 | 7383 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$54,350.00 (U)<br>$54,350.00 (T) | 10399 | 5/14/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$36,000.00 (U)<br>$36,000.00 (T) |
| W2007 SEATTLE OFFICE BELLEFIED OFFICE PARK REALTY, LLC - C/O SHAWN B. REDIGER WILLIAMS, KASTNER & GIBBS PLLC 601 UNION STREET, SUITE 4100 SEATTLE, WA 98101 | 8265 | 1/10/08 | 07-11051 | $9,983.49 (S)<br>- (A)<br>$7,755.80 (P)<br>$106,889.40 (U)<br>$124,628.69 (T) | 10158 | 3/31/08 | 07-11047 | $9,983.49 (S)<br>- (A)<br>$7,755.80 (P)<br>$109,920.56 (U)<br>$127,659.85 (T) |
| Totals: | 4 Claims | | | $9,983.49 (S)<br>- (A)<br>$7,755.80 (P)<br>$68,977,232.80 (U)<br>$68,994,972.09 (T) | | | | $9,983.49 (S)<br>- (A)<br>$7,755.80 (P)<br>$68,976,983.34 (U)<br>$68,994,722.63 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.