# EXHIBIT D

**Exhibit D**

**Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| ALEGIANCE REALTY CORPORATION<br>C/O KIAH T. FORD IV<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 S TRYON ST., SUITE 3000<br>CHARLOTTE, NC 28202 | 1496 | 10/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$178,933.57 (U)<br>$178,933.57 (T) | 07-11051 |
| BROWN'S REAL ESTATE SERVICES, INC.<br>20044 COOL SPRING RD<br>MILTON, DE 19968 | 15 | 8/21/07 | Unspecified | - (S)<br>- (A)<br>$10.00 (P)<br>$350.00 (U)<br>$360.00 (T) | 07-11053 |
| CASTILLO, ENNNY<br>5505 N SHANNON RD 169<br>TUCSON, AZ 85704 | 275 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | 07-11051 |
| DOWNING, JEROME E.<br>14446 OAK RD<br>GREENWOOD, DE 19950 | 2585 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | 07-11051 |
| GLADES-PIKES INVESTORS, LTD.<br>7777 GLADES ROAD<br>SUITE 310<br>BOCA RATON, FL 33434 | 6694 | 12/31/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$4,695.16 (U)<br>$4,695.16 (T) | 07-11051 |
| GREER, SHERRY A.<br>3975 OLD COLUMBUS RD<br>LONDON, OH 43140 | 425 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$640.00 (U)<br>$640.00 (T) | 07-11051 |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASST. GEN. COUNSEL<br>DEVELOPERS DIVERSIFIED CORP.<br>3300 ENTERPRISE PARKWAY - PO BOX 228042<br>BEACHWOOD, OH 44122 | 8735 | 1/11/08 | 07-11047 | - (S)<br>$38.41 (A)<br>- (P)<br>- (U)<br>$38.41 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| IMPRESSIONS ON HOLD<br>ATTN GRACE CALABRO, COMPTROLLER<br>200 WEST 57TH STREET - SUITE 1408<br>NEW YORK, NY 10019 | 2149 | 11/14/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$895.00 (U)<br>$895.00 (T) | 07-11051 |
| JOHANIDES, JOHN<br>199 GARRETSON AV<br>STATEN ISLAND, NY 10305 | 2398 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>$250.00 (P)<br>$250.00 (U)<br>$250.00 (T) | 07-11053 |
| KOSS, MARILYN J<br>150 SMETHWICK LANE<br>ELK GROVE VILLAGE, IL 60007 | 7718 | 1/8/08 | 07-11053 | - (S)<br>- (A)<br>$4,159.62 (P)<br>- (U)<br>$4,159.62 (T) | 07-11051 |
| LELIN, DORIS<br>347 PENNSYLVANIA AVE<br>NORTH BAY SHORE, NY 11706 | 6246 | 12/24/07 | 07-11053 | - (S)<br>- (A)<br>$648.18 (P)<br>- (U)<br>$648.18 (T) | 07-11051 |
| PLAINIUM, LLC<br>C/O REMAX ADVANTAGE<br>ATTN: JEROME K, MEMBER<br>4787 STADIUM DR.<br>KALAMAZOO, MI 49009 | 4897 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$3,303.00 (U)<br>$3,303.00 (T) | 07-11051 |
| VILLAMANA, RICHARD E.<br>4970 E WATER ST<br>TUCSON, AZ 85712-5742 | 339 | 9/5/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$120.00 (U)<br>$120.00 (T) | 07-11051 |
| Totals: | 13 Claims | | | - (S)<br>$38.41 (A)<br>$4,817.80 (P)<br>$190,061.73 (U)<br>$194,917.94 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Satisfied Claims

### Objectionable Claims — Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| JGL, LLC<br>CECILIA L. ROSENAUER, ESQ.<br>CECILIA L. ROSENAUER, LTD.<br>510 W PLUMB LN., STE. A<br>RENO, NV 89509 | 9259 | 1/11/08 | 07-11051 | - <br>- <br>- <br>$2,305.00<br>$2,305.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied with security deposit in claimant's possession |
| SNOW, ANGELIA M<br>12133 LANDING<br>GREEN DR<br>CHARLOTTE, NC 28277 | 3978 | 11/30/07 | 07-11051 | -<br>-<br>$2,557.69<br>-<br>$2,557.69 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Paid Sept 10, 2007 |
| **Totals:** 2 Claims | | | | -<br>-<br>$2,557.69<br>$2,305.00<br>$4,862.69 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

DB02:6899163.1

066585.1001

# Exhibit F

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANDREWS, AUDREY M.<br>2829 OAKLAND DR<br>KALAMAZOO, MI 49008 | 291 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| CARTWRIGHT, ALTON (AL)<br>466 WOLDUNN CIRCLE<br>LAKE MARY, FL 32746 | 5359 | 12/13/07 | Unspecified | - (S)<br>- (A)<br>$25,000.00 (P)<br>- (U)<br>$25,000.00 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | 4789 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>$11,150.00 (P)<br>- (U)<br>$11,150.00 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| GOLDSTEIN, MICHAEL A<br>1964 BEVERLY PLACE<br>HIGHLAND PARK, IL 60035 | 3095 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>$6,500.00 (P)<br>- (U)<br>$6,500.00 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| HART, CAROLYN<br>4541 PATRICK DR<br>KENNESAW, GA 30144 | 4203 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$439.10 (P)<br>- (U)<br>$439.10 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| KACZMAR, HELEN<br>1401 WOODLAND AVE<br>MODESTO, CA 953511133 | 4455 | 12/4/07 | 07-11047 | - (S)<br>- (A)<br>$2,600.60 (P)<br>- (U)<br>$2,600.60 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| KIPNIS, ROBIE<br>3 YORKE LN<br>OCEAN, NJ 07712 | 1022 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$897.26 (P)<br>- (U)<br>$897.26 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KNUDSON, BRAD<br>363 ANJOU DRIVE<br>NORTHBROOK, IL 60062 | 5506 | 12/14/07 | Unspecified | - (S)<br>- (A)<br>$5,226.00 (P)<br>- (U)<br>$5,226.00 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| NICOSON, BETH M<br>5702 LARCHMONT DR<br>ERIE, PA 16509 | 2122 | 11/13/07 | Unspecified | - (S)<br>- (A)<br>$8,500.00 (P)<br>- (U)<br>$8,500.00 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| YEKEL, ANITA<br>3839 W ELGIN WAY<br>BOISE, ID 83713 | 887 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$892.50 (P)<br>- (U)<br>$892.50 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| ZARI, TIFFANY J<br>5014 OSGOOD WAY<br>FAIR OAKS, CA 95628 | 2655 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors. |
| Totals: | 11 Claims | | | - (S)<br>- (A)<br>$77,155.46 (P)<br>- (U)<br>$77,155.46 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

## Exhibit G
## Late Filed Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| BASHA, JASMINE<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021 | 10394 | 5/12/08 | Unspecified | $26,618.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$26,618.00 (T) | January 11, 2008 |
| FABIANICH, ANDREA<br>10305 SEDGE GRASS WAY<br>HIGHLANDS RANCH, CO 80129 | 10246 | 4/21/08 | Unspecified | - (S)<br>- (A)<br>$48,000.00 (P)<br>- (U)<br>$48,000.00 (T) | January 11, 2008 |
| HIRTE, DAWN E<br>11399 TWIN LAKES LN<br>BOSTON, VA 22713 | 10395 | 5/12/08 | 07-11051 | - (S)<br>- (A)<br>$1,769.23 (P)<br>- (U)<br>$1,769.23 (T) | January 11, 2008 |
| HIRTE, DAWN E<br>11399 TWIN LAKES LN<br>BOSTON, VA 22713 | 10396 | 5/12/08 | 07-11051 | - (S)<br>- (A)<br>$629.31 (P)<br>- (U)<br>$629.31 (T) | January 11, 2008 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 10261 | 4/21/08 | 07-11047 | - (S)<br>$968.48 (A)<br>- (P)<br>- (U)<br>$968.48 (T) | January 11, 2008 |
| MUNDY APPRAISALS<br>ATTN DELBERT WILLIAM MUNDY<br>11427 N 12TH WAY<br>PHOENIX, AZ 85023 | 10335 | 4/30/08 | 07-11047 | - (S)<br>- (A)<br>$2,475.00 (P)<br>- (U)<br>$2,475.00 (T) | January 11, 2008 |
| SHOWACRE APPRAISAL, INC.<br>SYLVIA SHOWACRE<br>PO BOX 23506<br>SANTA FE, NM 87502 | 10323 | 4/29/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SUNSHINE CUSTOM CLEANING SERVICE<br>6005 IRENE DR<br>HOFFMAN ESTATES, IL 60192 | 10256 | 4/22/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,210.13 (U)<br>$2,210.13 (T) | January 11, 2008 |
| Totals: | 8 Claims | | | $26,618.00 (S)<br>$968.48 (A)<br>$52,873.54 (P)<br>$2,610.13 (U)<br>$83,070.15 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.