# EXHIBIT I

**Declaration of Marissa Morelle**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                             :
                                                             :    Jointly Administered
        Debtors.                                             :
------------------------------------------------------------ x
```

## DECLARATION OF MARISSA MORELLE IN SUPPORT OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Marissa Morelle, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the Vice President and Senior Counsel of the above-captioned debtors and debtors in possession (the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.      Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases. The claims

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate

personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq").  These

efforts resulted in the identification of the "No Liability Claims," "Multiple Debtor Claims,"

"Reduced Claims," "Reclassified Claims," and "Reduced Wrong Debtor Claims" as defined in

the Objection and identified respectively in Exhibits A, B, C, D, and E to the Proposed Order.

3.     The information contained in Exhibits A, B, C, D, and E to the Proposed Order is

true and correct to the best of my knowledge.

4.     The Debtors have reviewed their books and records and determined that they have

no record of any liability on account of the claims identified in Exhibit A to the Proposed Order.

Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek

to expunge and disallow in full the No Liability Claims.

5.     The Debtors have reviewed their books and records and determined that the

claimants asserting the claims identified in Exhibit B to the Proposed Order filed identical claims

against multiple Debtors.  The Debtors have determined that these claims are duplicative of other

claims that were filed against the correct Debtor.  Therefore, the Debtors seek to expunge and

disallow in full the Multiple Debtor Claims.

6.     The Debtors have reviewed their books and records and determined that the

claims identified in Exhibit C to the Proposed Order should be reduced to the amounts listed in

Exhibit C.  Accordingly, to prevent the claimants from receiving an unwarranted recovery, the

Debtors seek to expunge and disallow in part the Reduced Claims.

7.     The Debtors have reviewed their books and records and determined that the

claims identified in Exhibit D to the Proposed Order should be reclassified as general unsecured

claims.  Accordingly, to prevent these claims from receiving undue priority, the Debtors seek to

reclassify the Reclassified Claims.

8.    The Debtors have reviewed their books and records and determined that the claims identified in <u>Exhibit E</u> to the Proposed Order should be reduced to the amounts listed in <u>Exhibit E</u> and reassigned to the new case numbers listed in <u>Exhibit E</u>.  Accordingly, to prevent the claimants from receiving an unwarranted recovery against the wrong Debtors, the Debtors seek to expunge and disallow in part and reassign the Reduced Wrong Debtor Claims.

9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2008

_____
Marissa Morelle
Vice President and Senior Counsel

DB02:6899146.1

066585.1001

# EXHIBIT II

**Notice for Claimants Listed in <u>Exhibit A</u> to the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                    :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]

                           :    Jointly Administered

      Debtors.                :    **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)**
                                **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)**

------------------------------------------------------------- x

## NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** [Claimant's Name            **Basis for Objection:** No Liability
      and Address]

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Expunged Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT III

**Notice for Claimants Listed in <u>Exhibit B</u> to the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                  : Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        : Jointly Administered
      Debtors.                                          :
                                                        : **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)**
                                                        : **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)**

---------------------------------------------------------------- x

## NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** [Claimant's Name          **Basis for Objection:** Identical claims against multiple Debtors
         and Address]

|                      | Claim Number   | Claim Amount   |
|----------------------|----------------|----------------|
| **Expunged Claim:**  | [Claim Number] | [Claim Amount] |
| **Surviving Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because you have filed identical claims against multiple Debtors. The Debtors have determined, after review of their books and records, that the claim listed in the "Expunged Claim" row was filed against the wrong Debtor, and the claim listed in the "Surviving Claim" row above was filed against the correct Debtor. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT IV

**Notice for Claimants Listed in <u>Exhibit C</u> to the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                        :   Chapter 11
                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,:        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹              :
                                              :   Jointly Administered
          Debtors.                            :
                                              :   Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)
                                              :   Hearing Date: July 17, 2008 at 2:00 p.m. (ET)
------------------------------------------------------------ x
```

## NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** [Claimant's Name and Address]

**Basis for Objection:** Debtors' books and records show reduced liability

**Claim to be Reduced:**

| Claim Number | Claim Amount | Reduced Amount |
|---|---|---|
| [Claim Number] | [Claim Amount] | [Reduced Amount] |

     The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are not liable for the whole amount asserted. The Objection seeks to alter your rights by decreasing your claim to the amount listed above in the "Reduced Amount" column.

     Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

     At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
      Wilmington, Delaware

                   **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                   James L. Patton, Jr. (No. 2202)
                   Pauline K. Morgan (No. 3650)
                   Edward J. Kosmowski (No. 3849)
                   Kara Hammond Coyle (No. 4410)
                   Nathan D. Grow (No. 5014)
                   The Brandywine Building
                   1000 West Street, 17th Floor
                   Wilmington, Delaware  19801
                   Telephone: (302) 571-6756
                   Facsimile: (302) 571-1253

                   Counsel to the Debtors and Debtors in Possession

# EXHIBIT V

**Notice for Claimants Listed in <u>Exhibit D</u> to the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                      :   Chapter 11

                                : 

AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]             :

                                :   Jointly Administered

        Debtors.                     : 

                                :   **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)**
                                  **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)**

---------------------------------------------------------------- x

## NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| | | | |
|---|---|---|---|
| TO: [Claimant's Name and Address] | **Basis for Objection:** | Debtors' books and records show claim should be reclassified | |
| | **Claim Number** | **Claim Amount** | **New Priority Level** |
| **Claim to be Reclassified** | [Claim Number] | [Claim Amount] | [Priority level] |

        The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have determined, after review of their books and records, that your claim should be reclassified to the priority level listed above in the column titled "New Priority Level." The Objection seeks to alter your rights by reclassifying your claim to the priority level listed above.

        Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

        At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
      Wilmington, Delaware

                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                  James L. Patton, Jr. (No. 2202)
                  Pauline K. Morgan (No. 3650)
                  Edward J. Kosmowski (No. 3849)
                  Kara Hammond Coyle (No. 4410)
                  Nathan D. Grow (No. 5014)
                  The Brandywine Building
                  1000 West Street, 17th Floor
                  Wilmington, Delaware  19801
                  Telephone: (302) 571-6756
                  Facsimile: (302) 571-1253

                  Counsel to the Debtors and Debtors in Possession

# EXHIBIT VI

**Notice for Claimants Listed in <u>Exhibit E</u> to the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
In re:                                         :   Chapter 11
                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,:        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹               :
                                               :   Jointly Administered
                                               :
        Debtors.                               :
                                               :   Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)
                                               :   Hearing Date: July 17, 2008 at 2:00 p.m. (ET)
--------------------------------------------------------------- x
```

### NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: [Claimant's Name and Address] | **Basis for Objection:** | Debtors' books and records show claim should be reduced and reassigned to another case number |
|---|---|---|

|  |  | **Claim Number** | **Claim Amount** |
|---|---|---|---|
|  |  | [Claim Number] | [Claim Amount] |
| **Claim to be Reduced and Reassigned:** |  |  |  |
|  |  | **New Case Number** | **Reduced Amount** |
|  |  | [New Case Number] | [Reduced Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that such claim should be reduced and reassigned to the "New Case Number" listed above. The Objection seeks to alter your rights by decreasing your claim to the reduced amount listed above and by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
      Wilmington, Delaware

                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                    James L. Patton, Jr. (No. 2202)
                    Pauline K. Morgan (No. 3650)
                    Edward J. Kosmowski (No. 3849)
                    Kara Hammond Coyle (No. 4410)
                    Nathan D. Grow (No. 5014)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware  19801
                    Telephone: (302) 571-6756
                    Facsimile: (302) 571-1253

                    Counsel to the Debtors and Debtors in Possession

                    066585.1001

# EXHIBIT VII

**Proposed Order**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :    Jointly Administered
      Debtors.                                                      :
                                                                    :    **Ref. Docket No. _____**
------------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eleventh omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying and/or reassigning the Disputed Claims[2] identified in Exhibits A, B, C, D, and E hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibits A</u> and <u>B</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit C</u> are hereby disallowed and expunged in part and reduced to the amounts listed in <u>Exhibit C</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit D</u> are hereby reclassified as general unsecured claims; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claim identified on the attached <u>Exhibit E</u> is hereby disallowed and expunged in part and reduced to the amount listed in <u>Exhibit E</u>, and is furthermore reassigned to the new case number listed in <u>Exhibit E</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

2

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

                                        _____
                                         CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE

2