# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BERTI, CHRISTINE<br>124 CORNWELL AVE<br>WILLISTON PARK, NY 11596 | 44 | 8/22/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$458.85 (U)<br>$458.85 (T) | Claimant employee asserted claim for vacation time, however, Debtors' books and records indicate that no outstanding vacation time remains. |
| FREEDMAN, MARK S<br>17 CORNELIA ST NUMBER 2 C<br>NEW YORK, NY 10014 | 2854 | 11/20/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$139,050.00 (U)<br>$150,000.00 (T) | Claimant employee asserted claim for bonus, however, Debtors' books and records indicate that claimant was not entitled to bonus. |
| FUREY, THOMAS<br>6 MARVIN PLACE<br>BETHEL, CT 06801 | 7105 | 1/4/08 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | Claimant employee asserted claim for bonus, however, Debtors' books and records indicate that claimant was not entitled to bonus. |
| HECK, KATHLEEN R<br>30 HIDEAWAY LN<br>SPARTA, NJ 07871 | 7449 | 1/7/08 | 07-11051 | Unspecified* | Claimant employee asserted claim for retroactive pay raise, however, Debtors' books and records indicate that claimant was not entitled to retroactive pay raise. |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>$21,900.00 (P)<br>$139,508.85 (U)<br>$161,408.85 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Multiple Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ELITE FIRE PROTECTION, INC.<br>252 EASTERN PARKWAY<br>FARMINGDALE, NY 11735 | 1969 | 11/9/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,241.16 (U)<br>$5,241.16 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2923) was asserted against the correct Debtor. |
| FILIBERTO, STEPHEN<br>37 FROST VALLEY DR<br>EAST PATCHOGUE, NY 11772 | 324 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$2,523.00 (P)<br>- (U)<br>$2,523.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3988) was asserted against the correct Debtor. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$2,523.00 (P)<br>$5,241.16 (U)<br>$7,764.16 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C
## Reduced Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| AAG PROPERTIES LLC<br>ATTN ANDREW MONSOUR<br>2762 ELECTRIC RD STE B<br>ROANOKE, VA 24018 | 31 | 8/21/07 | 07-11051 | $22,151.00 (S)<br>- (A)<br>- (P)<br>$41,286.79 (U)<br>$63,437.79 (T) | - (S)<br>- (A)<br>- (P)<br>$13,930.59 (U)<br>$13,930.59 (T) | Claimant and the Debtors have agreed that Objectionable Claim should be decreased to the Reduced Amount. |
| CAPAX INSURANCE<br>1150 NINTH ST.<br>SUITE 1400<br>MODESTO, CA 95354 | 7311 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.88 (U)<br>$300.88 (T) | - (S)<br>- (A)<br>- (P)<br>$242.86 (U)<br>$242.86 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| **Totals:** | **2 Claims** | | | $22,151.00 (S)<br>- (A)<br>- (P)<br>$41,587.67 (U)<br>$63,738.67 (T) | - (S)<br>- (A)<br>- (P)<br>$14,173.45 (U)<br>$14,173.45 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D

### Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| KEYSTONE BUSINESS PRODUCTS<br>ATTN TAMMY DOUGHERTY, ACCTG SUPERVISOR<br>2298 BRODHEAD ROAD<br>BETHLEHEM, PA 18020 | 2220 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$444.90 (P)<br>- (U)<br>$444.90 (T) | - (S)<br>- (A)<br>- (P)<br>$444.90 (U)<br>$444.90 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| ST ANDREWS PLACE LLC<br>C/O JDH DEVELOPMENT<br>PO BOX 35193<br>CHARLOTTE, NC 28235 | 2013 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$825.00 (P)<br>$5,250.00 (U)<br>$6,075.00 (T) | - (S)<br>- (A)<br>- (P)<br>$6,075.00 (U)<br>$6,075.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$1,269.90 (P)<br>$5,250.00 (U)<br>$6,519.90 (T) | - (S)<br>- (A)<br>- (P)<br>$6,519.90 (U)<br>$6,519.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

2

# EXHIBIT E

DB02:6899146.1                                                                 066585.1001

# Exhibit E

## Reduced Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim ||||| Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| NEWMAN, JOHN<br>312 BAY AVE<br>HUNTINGTON BAY, NY 11743 | 2934 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,330.00 (P)<br>$1,330.00 (U)<br>$1,330.00 (T) | 07-11053 | - (S)<br>- (A)<br>$1,330.00 (P)<br>- (U)<br>$1,330.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount and reassigned to the New Case Number. |
| Totals: 1 Claim | | | | - (S)<br>- (A)<br>$1,330.00 (P)<br>$1,330.00 (U)<br>$1,330.00 (T) | | - (S)<br>- (A)<br>$1,330.00 (P)<br>- (U)<br>$1,330.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.