IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., <u>et al.</u>,<br><br>            Debtors. | Chapter 11<br>Case No. 07-11047-CSS, <u>et</u> <u>seq.</u> |

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on June 17, 2008, copies of the foregoing Motion for Relief

from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were

served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: June 17, 2008                 **/s/ Adam Hiller**
       Wilmington, Delaware        Adam Hiller (DE No. 4105)
                               Draper & Goldberg, PLLC
                               1500 North French Street, 2nd Floor
                               Wilmington, Delaware 19801
                               (302) 339-8776 telephone
                               (302) 213-0043 facsimile

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899

Rebecca L. Booth
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921