John Nyktas
8 Ronit Drive
Ewing, New Jersey 08628
June 10, 2008

The Honorable Christopher S. Sontchi
The United States Bankruptcy Court
for the District of Delaware
824 Market Street
5th Floor, Courtroom No. 6
Wilmington, Delaware 19801

To the Honorable Christopher S. Sontchi:

I, John Nyktas, strongly disagree to have my claims expunged. I worked hard to earn my money and it represents a retirement fund for me and my wife and an educational fund for my grandchildren. I wish to continue to be part of this action.

Attached are my supporting documents for the following claim numbers:
6698, 6699, 6701, 6702, 6704.

Sincerely,

John Nyktas

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| | ) | |

AHM OB9 5/23/2008 (merge2.txnum2) 4000099151

NYKTAS, JOHN S.
IRA ETRADE CUSTODIAN
8 RONIT. DRIVE
W. TRENTON, NJ 08628

**NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** NYKTAS, JOHN S.
IRA ETRADE CUSTODIAN
8 RONIT. DRIVE
W. TRENTON, NJ 08628

| | | |
|---|---|---|
| **Basis For Objection:** | Claim based on Equity Interest | |
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 6698 | $2,256.50 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| AHM OB9 5/23/2008 (merge2.txnum2) 4000099160 | ) | |

NYKTAS, JOHN
8 RONIT DRIVE
W. TRENTON, NJ 08628

**NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** NYKTAS, JOHN
8 RONIT DRIVE
W. TRENTON, NJ 08628

| | | |
|---|---|---|
| **Basis For Objection:** | Claim based on Equity Interest | |
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 6704 | $3,307.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| AHM OB9 5/23/2008 (merge2.txnum2) 4000099157 | ) | |

NYKTAS, JOHN C/F
YANNISEMICHAILIDES
UTMA/NJ
8 RONIT DR
W. TRENTON, NJ 08628

**NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** NYKTAS, JOHN C/F
YANNISEMICHAILIDES
UTMA/NJ
8 RONIT DR
W. TRENTON, NJ 08628

| **Basis For Objection:** | Claim based on Equity Interest | |
|---|---|---|
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 6702 | $2,129.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| | ) | |

AHM OB9 5 23 2008 (merge2.txnum2) 4000099155

NYKTAS, JOHN C/F
DEMETRIA, CHRISTINA MICHAILIDES
UTMA/NJ
8 ROMITI DRIVE
W. TRENTON, NJ 08628

**NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** NYKTAS, JOHN C/F
DEMETRIA, CHRISTINA MICHAILIDES
UTMA/NJ
8 ROMITI DRIVE
W. TRENTON, NJ 08628

| | | |
|---|---|---|
| **Basis For Objection:** | Claim based on Equity Interest | |
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 6701 | $5,131.60 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |

AHM OB9 5/23/2008 (merge2.txnum2) 4000099153

NYKTAS, JOHN AND IRENE
JT WROS
8 RONIT. DRIVE
W. TRENTON, NJ 08628

**NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** NYKTAS, JOHN AND IRENE
JT WROS
8 RONIT. DRIVE
W. TRENTON, NJ 08628

| | | |
|---|---|---|
| **Basis For Objection:** | Claim based on Equity Interest | |
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 6699 | $2,699.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**E*TRADE FINANCIAL**

Trading • Investing • Banking • Lending

**E*TRADE** Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** 6462-3518

**Account Type:**

**Account Name:**
JOHN NYKTAS C/F
YANNIS E MICHAILIDES UTMA/NJ

**E*TRADE Securities LLC**
P.O. Box 1542
Merrifield, VA 22116-1542
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**

Make sure your account information is up to date. Review/edit personal info at www.etrade.com (under the Accounts tab, click My Info) or by calling 1-800-ETRADE-1.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/07 | 03/16/07 | 6 1 | AHM | BUY | 100 | $21.24 | Cash | PRINCIPAL | $2,124.00 |
| **AMERICAN HOME MORTGAGE INVESTMENT CORP** | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$2,129.00** |
| 03/13/07 | 03/16/07 | 6 1 | EMC | BUY | 100 | $13.0575 | Cash | PRINCIPAL | $1,305.75 |
| **EMC CORP-MASS** | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$1,310.75** |
| 03/13/07 | 03/16/07 | 6 1 | INTC | BUY | 100 | $19.26 | Cash | PRINCIPAL | $1,926.00 |
| **INTEL CORP** | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$1,931.00** |

E*TRADE FINANCIAL®
Trading • Investing • Banking • Lending

E*TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** 5566-3522
**Account Type:**

**Account Name:**
JOHN S NYKTAS

**E*TRADE Securities LLC**
P.O. Box 1542
Merrifield, VA 22116-1542
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
You help us save a tree. We'll help plant one. Sign up for electronic documents at etrade.com/saveatree and the National Arbor Day Foundation will plant a tree for you.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/06 | 10/25/06 | 3 1 | AHM | BUY | 100 | $33.02 | Margin | PRINCIPAL | $3,302.00 |
| | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | NET AMOUNT | $3,307.00 |

AMERICAN HOME MORTGAGE INVESTMENT CORP

BROWN

BROKERAGE SERVICE OF J.P. MORGAN INVEST LLC



## Confirmation Notice

**October 13, 2005**

Account Number: **83009598**

JOHN NYKTAS
IRENE NYKTAS JTWROS
8 RONIT DRIVE
WEST TRENTON NJ 08628-2224

**CUSIP:** 02660R107 **Trade Date:** 10/13/05 **Settlement Date:** 10/18/05 **Transaction Number:** 000838424 **Market:** Chicago Stock Exchange

| Activity | Quantity | Security Description | Price | Principal |
|---|---|---|---|---|
| You Bought | 100.000 | AMERICAN HOME MORTGAGE INVESTMENT CORP **AHM** | 26.94000 | $2,694.00 |
| | | | Commission | 5.00 |
| | | | **NET AMOUNT** | **$2,699.00** |

**Account Type:** Margin

**ADDITIONAL INFORMATION** As Agent for you we have sold or bought this security.

E*TRADE FINANCIAL

Trading • Investing • Banking • Lending

E*TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** 6589-8244

**Account Type:**

**Account Name:**
JOHN S NYKTAS
IRA ETRADE CUSTODIAN

**E*TRADE Securities LLC**
P.O. Box 1542
Merrifield, VA 22116-1542
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**

Make sure your account information is up to date. Review/edit personal info at www.etrade.com (under the Accounts tab, click My Info) or by calling 1-800-ETRADE-1.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/16/07 | 04/19/07 | 6 1 | AHM | BUY | 100 | $22.515 | Cash | PRINCIPAL | $2,251.50 |
| AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$2,256.50** |
| 04/16/07 | 04/19/07 | 6 1 | PFE | BUY | 120 | $26.779 | Cash | PRINCIPAL | $3,213.48 |
| PFIZER INC | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$3,218.48** |

John IRA

E*TRADE FINANCIAL

Trading • Investing • Banking • Lending

E*TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** 6461-6747

**Account Type:**

**Account Name:**
JOHN NYKTAS C/F
DEMETRIA CHRISTINA MICHAILIDES
UTMA/NJ

**E*TRADE Securities LLC**
P.O. Box 1542
Merrifield, VA 22116-1542
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**

Make sure your account information is up to date. Review/edit personal info at www.etrade.com (under the Accounts tab, click My Info) or by calling 1-800-ETRADE-1.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/07 | 03/16/07 | 6 1 | AHM | BUY | 100 | $21.255 | Cash | PRINCIPAL | $2,125.50 |
| | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$2,130.50** |

**AMERICAN HOME MORTGAGE INVESTMENT CORP**

▲ DETACH HERE

DETACH HERE ▲



FINANCIAL

Trading • Investing • Banking • Lending

**E*TRADE Securities**

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** 6461-6747

**Account Type:**

**E*TRADE Securities LLC**
P.O. Box 1542
Merrifield, VA 22116-1542
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JOHN NYKTAS C/F
DEMETRIA CHRISTINA MICHAILIDES
UTMA/NJ

**Customer Update**

Make sure your account information is up to date. Review/edit personal info at www.etrade.com (under the Accounts tab, click My Info) or by calling 1-800-ETRADE-1.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/25/06 | 10/30/06 | 6 1 | AHM | BUY | 90 | $33.29 | Cash | PRINCIPAL | $2,996.10 |
| AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$3,001.10** |
| 10/25/06 | 10/30/06 | 6 1 | BMY | BUY | 100 | $24.8273 | Cash | PRINCIPAL | $2,482.73 |
| BRISTOL MYERS SQUIBB CO | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$2,487.73** |