United States Bankruptcy Court
District of Delaware
8224 Market Street 3rd Floor
Wilmington, Delaware 19801

Re: Case No. 07-11047 (CSS)
Claim Number 8070
Claim Amount $4296.00

To Whom It May Concern:

I do not want my claim to be expunged. I want my entire claim amount to be paid to me.

Sincerely,

Gale E. Bozek
657 Opel Road
Glen Burnie, MD 21060


CC: Young Conaway Stargatt & Taylor, LLP
    For James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Edward J. Kosmowski (No. 3849)
        Kara Hammond Coyle (No. 4410)
        Nathan D. Grow (No. 5014)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801