**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| | ) | |

AHM OB9 5/23/2008 (merge2.txnum2) 4000096986

FIUMARA, GIUSEPPE
18419 OLDE FARM RD
LANSING, IL  60438-2557

**NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO:  FIUMARA, GIUSEPPE
18419 OLDE FARM RD
LANSING, IL  60438-2557

| **Basis For Objection:** | Claim based on Equity Interest | |
|---|---|---|
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 3730 | $5,542.81 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors.  The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**Transaction Confirmation**
**Confirm Date: August 2, 2007**

Brokerage Account Number
**103-583588 IRA - ROLLOVER**

10006745

FMT CO CUST IRA ROLLOVER
FBO GIUSEPPE FIUMARA
18419 OLDE FARM RD
LANSING IL 60438-2557

**GIUSEPPE FIUMARA**

Online                                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services Team 32            800-544-4442
8am - 8pm ET, Mon - Fri

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | EXCH. | ORIG. |
|---|---|---|---|---|---|---|---|---|
| 07214-640828 | 1 | W## | 08-02-07 | 08-07-07 | 02660R107 | 07214-CTQJB | NASDAQ | |

| | | |
|---|---|---|
| You Bought | 450 | SECURITY DESCRIPTION and DISCLOSURES |
| at | 2.28 | AMERICAN HOME MTG INVESTMENTS REIT |
| Symbol: AHM | | WE HAVE ACTED AS AGENT. |
| | | GOLD ONLINE COMMISSION APPLIED |

| | |
|---|---|
| Principal Amount | 1,026.00 |
| Commission | 8.00 |
| Settlement Amount | 1,034.00 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | EXCH. | ORIG. |
|---|---|---|---|---|---|---|---|---|
| 07214-638946 | 1 | W## | 08-02-07 | 08-07-07 | 55267Q104 | 07214-CTLZC | AmEx | |

| | | |
|---|---|---|
| You Sold | 69 | SECURITY DESCRIPTION and DISCLOSURES |
| at | 13.95 | MC SHIPPING INC ISIN #LR0008777801 |
| Symbol: MCX | | WE HAVE ACTED AS AGENT. |
| | | GOLD ONLINE COMMISSION APPLIED |
| | | ODD LOT DIFF CHARGED AVAILABLE ON |
| | | REQUEST |

| | |
|---|---|
| Principal Amount | 962.55 |
| Commission | 8.00 |
| Activity Assessment Fee | 0.02 |
| Settlement Amount | 954.53 |

10006745          ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

FMT CO CUST IRA ROLLOVER
FBO GIUSEPPE FIUMARA
18419 OLDE FARM RD
LANSING IL 60438-2557

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

Please use this form to make additional investments in your
brokerage account **103-583588** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
use the enclosed envelope or mail checks to the Fidelity
address on this form.

099 0103583588   00   000



**Transaction Confirmation**
**Confirm Date: July 16, 2007**

Brokerage Account Number
**103-583588 IRA - ROLLOVER**

FMT CO CUST IRA ROLLOVER
FBO GIUSEPPE FIUMARA          10013107
18419 OLDE FARM RD
LANSING IL 60438-2557

**GIUSEPPE FIUMARA**

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Premium Services Team 32        800-544-4442
8am - 8pm ET, Mon - Fri

|l.ll,.ll....l..l.l..l.l.l.l..l.l.l.l.l.l.l.l.l..l.l...ll.lll.l.l.l..l.l.l.l|

| REFERENCE NO. 07197-383646 | TYPE 1 | REG.REP. W## | TRADE DATE 07-16-07 | SETTLEMENT DATE 07-19-07 | CUSIP NO. 02660R107 | ORDER NO. 07197-CJDMR | EXCH. NASDAQ | ORIG. |
|---|---|---|---|---|---|---|---|---|
| | | | SECURITY DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | 316 | | AMERICAN HOME MTG INVESTMENTS REIT | | Principal Amount | | | 4,515.48 |
| at | 14.2895 | | WE HAVE ACTED AS AGENT. | | Commission | | | 8.00 |
| Symbol: AHM | | | GOLD ONLINE COMMISSION APPLIED | | Settlement Amount | | | 4,523.48 |

*766*

| REFERENCE NO. 07197-380716 | TYPE 1 | REG.REP. W## | TRADE DATE 07-16-07 | SETTLEMENT DATE 07-19-07 | CUSIP NO. 294703103 | ORDER NO. 07197-CHVZF | EXCH. NASDAQ | ORIG. |
|---|---|---|---|---|---|---|---|---|
| | | | SECURITY DESCRIPTION and DISCLOSURES | | | | | |
| You Sold | 200 | | EQUITY INNS INC | | Principal Amount | | | 4,526.88 |
| at | 22.6344 | | WE HAVE ACTED AS AGENT. | | Commission | | | 8.00 |
| Symbol: ENN | | | GOLD ONLINE COMMISSION APPLIED | | Activity Assessment Fee | | | 0.07 |
| | | | | | Settlement Amount | | | 4,518.81 |

10013107          ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO GIUSEPPE FIUMARA
18419 OLDE FARM RD
LANSING IL 60438-2557

Please use this form to make additional investments in you
brokerage account **103-583588** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
use the enclosed envelope or mail checks to the Fidelity
address on this form.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

|l.l.l.l.ll...ll.l..ll..ll...lll..ll...ll....l.l.ll....lll.ll|