**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| American Home Mortgage | : | Jointly Administered |
| Holdings, Inc. et al., | : | Under Case No. 07-11047 (CSS) |
| | : | |
| | : | |
| Debtors | : | |

**RESPONSE TO DEBTORS' MOTION TO AUTHORIZE
DESTRUCTION OF NON-REQUESTED LOAN FILES**

Edmund L. Andrews, pro se, submits the following affidavit and request that the debtors, American Home Mortgage Holdings Inc. et al., provide me a copy of my own mortgage loan file before it receives permission to destroy its unrequested records.

I cannot file this response electronically, because I am not an attorney.

I am responding to the motion by American Home Mortgage on June 5, 2008, docket # 4387, seeking permission to destroy all non-requested loan files.

I am requesting all information for my loan, as that information is itemized on Exhibit A. I obtained a mortgage with American Home Mortgage Acceptance Inc., a subsidiary of American Home Mortgage Holdings, Inc. on August 20, 2004, for the purchase of my primary residence.

The mortgage number was 0000565795. My primary residence was, and still is: 323 St. Lawrence Drive, Silver Spring, MD. 20901.

The loan was paid off in full in June or July 2006.

I request that the information be sent to my home address at 323 St. Lawrence Drive, Silver Spring, MD. If the information is in electronic form, I request that it be emailed to me at eandrews@nytimes.com and that I receive notice by regular mail at my home address that the documents are being sent to that address.

Signed:

_[signature]_  6/16/2008

Edmund L. Andrews    Date

Notarized: _[signature]_ Anuja Anderson

(Commission) September 8, 2011

## Exhibit A

## Contents of a Mortgage File

With respect to the Mortgage File, it should include each of the following items, which should be part of the servicing file, lender's file, or files held by the document Custodian. I demand a complete copy of my hard copy file, including each of the following items.

Please provide information for any first mortgage, second mortgage and/or home equity line of credit. In the event any of the items is not available, I request an explanation of why such item is not available. In the event my documents are scheduled to be electronically imaged for storage and hard copy originals destroyed, I hereby demand the complete hard copy original file. Please provide the following in original form or certified copy:

1. If loan is securitized in a trust, please provide; the Trust name and SEC tracking information (CIK #), master servicer, indenture trustee, and securities administrator.

2. As required under TILA 1641 (f) (2) please provide the master servicer or the true owner of the note.

3. A copy of the original Mortgage Note endorsed "Pay to the order of_____, without recourse" and signed in the name of the Company by an authorized officer (provided that, in the event that the Mortgage Loan was acquired by the Company in a merger, the signature must be substantially in the following form: "(Company), successor by merger to (name of predecessor)," and in the event that the Mortgage Loan was acquired or originated by the Company while doing business under another name. The signature must be substantially in the following form: "(Company). Formerly known as (previous Name"). The Mortgage Note must contain all necessary intervening endorsements showing a complete chain of endorsement from the Originator ( each such endorsement being sufficient to transfer all right, title and interest of the party so endorsing, as noteholder or assignee thereof, in and to that Mortgage Note).

4. A copy of the original of any guarantee executed in connection with the Mortgage Note.

5. Copy of any Assignment of Mortgage to MERS for each Mortgage Loan (other than MOM Mortgage Loans), true copies thereof sent for recordation with evidence of recording thereon, or if any such Assignment of Mortgage has not been returned from the applicable recording office or has been lost or if such public recording office retains the original recorded assignments of mortgage, the Company shall deliver a photocopy of such Assignment of Mortgage.

6. Fully executed residential loan application.

7. Fully executed Mortgage Loan closing statement ( Form HUD-1) and any other truth-in-lending or real estate settlement procedure forms as required by law.

8. Credit report at origination on the Mortgagor.

9. Residential appraisal report.

10. Sales Contract.

11. Full Amortization schedules required at closing.

12. Complete Payment history.

13. Mortgage interest rate as of the date of origination

14. Interest Rate used for APR calculation

15. All items used in Amount financed calculation

16. Underwriting review sheet showing Max qualifying rate used and all other underwriting criteria.

17. The Loan to value ratio at origination.

18. A copy of the original credit report and credit scores of the Mortgagor at the time of origination and the source of such Credit scores.

19. Specific loan/underwriting program and associated documents of mortgage loan.

20. Any PMI Policy or MI certificate of insurance. Name and certificate of any Mortgage insurance policy including policies which cover entire securitized loan pools.

21. Credit default swap partners or other credit derivatives which may pay out upon foreclosure of mortgage.
22. Explanation of borrower's settlement costs.