# Memo

**To:** United States Bankruptcy Court for the District of Delaware

824 Market Street, 3rd Floor, Wilmington, Delaware 19801

**From:** James L. Sweatt

7402 Stonehaven Drive, Waxhaw, NC 28173

**CC:** Young Conway Stargatt & Taylor, LLP (James L. Patton, No.2202; Pauline K. Morgan, No.3650; Edward J. Kosmowski, No.3849; Kara Hammond Coyle, No.4410; Nathan D. Grow, No.5014)

1000 West Street, 17th Floor

Wilmington, Delaware 19801

**Date:** June 10, 2008

**Re:** American Home Mortgage Holdings, INC. Chapter 11 Case No. 07-11047 (CSS)

---

I, James L. Sweatt, do formally submit my Claim Number 7756 and Claim Amount of $4,462.98 to be valid claim of damages against the Debtors based on the fact that this was the full investment value of 200 shares in American Home Mortgage was lost due to poor business practices. This claim was originally submitted as a claim for damages and based on the equity interest of 200 shares.

I am seeking to recover my fair share in US Bankruptcy Court based on a valid claim for damages per my 200 share investment of $4,462.98.

Sincerely,

*[signature: James L. Sweatt]*

James L. Sweatt

1