ROBERT J. STEPHENS
2376 N. Campus Avenue
Upland, CA 91784
(909) 920-5560

June 11, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Re:   Case No. 07-11047 (CSS)
      Claim No. **6838** in the amount of $16,396.80

Honorable Judge Sontchi:

I, Robert J. Stephens, a senior citizen and a retired person, object to disallowing and expunging my above-listed claim. It is my belief that the defendant in this case acted irresponsibly and has an obligation to satisfaction of my claim.

Therefore, I wish to remain a claimant for my investment made in American Home Mortgage.

I declare that on June 11, 2008, I mailed a copy of this letter to Counsel to the Debtors - Young, Conaway, Stargatt & Taylor, LLP.

Sincerely,

Robert J. Stephens

cc:   Young Conaway Stargatt & Taylor
      James L. Patton, Jr.
      Pauline K. Morgan
      Edward J. Kosmowski
      Kara Hammong Coyle
      Nathan D. Grow
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, DE 19801