LOUIS F. & JANET R. VINCENTIE
8001 CAVEWOOD CT.
LOUISVILLE, KY. 40291-2413

June 12, 2008

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 MARKET ST  3RD FLOOR
WILMINGTON DE  19801

Dear sir or madam:
We wish to object to American Home Mortgage attorneys' objection of our claims.

We purchased American Home Mortgage stock in good faith. However, we were unaware of the terrible shape lenders put homeowners in with unsecured loans.

Please accept this letter as an official objection for Louis F. and Janet R. Vincentie. The case #6066 in the amount of $5,100.95 and case #6065 in the amount of $2,043.90 respectively.

Also, please note that our last name is not spelt right. It should have been spelt Vincentie.

Sincerely,

*[signatures]*

Louis F. and Janet R. Vincentie

Cc:
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street  17th Floor
Wilmington Delaware 19801