## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on this 18th day of June, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals set forth below in the manner indicated.

*[signature]*

Karen C. Bifferato (#3279)

**VIA HAND DELIVERY**
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

#617899

522189