**CERTIFICATE OF SERVICE**

I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 18th day of June, 2008, I caused a true and correct copy of the within **Limited Objection Of Bank Of America, N.A., As Administrative Agent, To The Debtors' Motion For An Order Further Extending Their Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereto Pursuant To Section 1121(d) Of The Bankruptcy Code** to be served on the following parties by manner indicated:

**Via Hand Delivery**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Sean Beach, Esq.
Matthew B. Lunn, Esq.
Margaret B. Whiteman, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare that the forgoing is true and correct.

Gabriel R. MacConaill

Pac#870152