June 13, 2008

United States Bankruptcy Court for the District
   Of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: American Home Mortgage Holdings, Inc.
   Case No. 07-11047 (CSS)

Gentlemen:

We were stockholders of American Home Mortgage Holdings, Inc.  Our claim number is
3012 and our claim amount is $5,205.25.

We object to the objection to claims raised by American Home Mortgage Holdings, Inc.

Very truly yours,

Elaine and Albert L. Bernstein, JTWROS

cc: Young Conaway Stargatt & Taylor, LLP