United States Bankruptcy Court
District of Delaware
Wilmington, Delaware 19801

Ref. American Home Mortgage

FILED
2008 JUN 17 AM 9:09
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

This is in fact a Bankruptcy generally resulting from lack of business or failure to meet Corporate expenses, or from unlawful handling of Corporate finances. What value remains belongs to the owners of the Company, who are the holders of Corporate stock. Whatever remains is divided by the owners based on shares of stock.

It appears that this claim of expungement of any holder of Corporate stock simply represents a piggish attempt to cheat small owners of the Corporation.

The United States seems to have pigs as an element in all Corporate situations whether they involve CEOs', Financial managers, or Realtors, and now perhaps groups from our own Courts and the U.S. of America in general.

cc. Young Conway, Stargello, & Taylor LLP

Sincerely
Charles Halveka