PO Box 3165  
Topsail Beach, NC 28445  
June 10, 2008

US Bankruptcy Court  
District of Delaware  
824 Market Street, 3rd Floor  
Wilmington Delaware, 19801

Dear Court:

On July 24, 2007, I purchased 400 shares of AHM at $11.4175 per share for a total of $4,567.00.

On July 31, 2007 it was worth $1.04 per share.

On August 4, 2007, it was worth 15 cents a share.

Today it is worth a nickle a share. I still have it. Why not?

Something is seriously amiss here, and I am convinced the Court will see justice done.

Thank you for your consideration.

Sincerely,

Frank H. Meece, Jr.

Facsimile: Young Conaway Stargatt & Taylor, LLP  
6-13-08