06/10/2008

FILED

2008 JUN 18 AM 11: 45

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: The Honorable **Christopher S. Sontchi**
  United States Bankruptcy Court – District of Delaware
  824 Market Street, 3rd Floor
  Wilmington, Delaware 19801

Cc: Young Conaway Stargatt & Taylor, LLP
  Atten: **Nathan D. Grow** (5014)
  The Brandywine Building
  1000 West Street, - 17th Floor
  Wilmington, Delaware 19801

Reference: Case No. 07-11047 (CSS) – Ref: Docket Number 3677
  AMERICAN HOME MORTGAGE HOLDINGS, INC

**Objection to Ruling Made at Hearing 12 May 2008 at 10AM (ET)**

I, Suzan K. Fritz (Claim #5236) **object to the ruling expunging my claim** pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 in the above referenced case and want the claim refilled.

**This claim is based on ownership of 1,664 <u>Preferred</u> Trust Units, at investment cost of $43,969.36.** The purchase of these Trust Units was based on their advertised value, quality of the product offered (value rating) and American Home's promise to pay 9.25% earnings on the Trust Units. Simply put, they borrowed money from me and in exchange for the use of my money they promised to pay it back and pay 9.25 % interest for the period of its use. Now they are trying to renege on their part of the agreement.

**This objection to the ruling is based on** the fact that American Home <u>misrepresented</u> the value and content of their Trust product offering, and they must be held accountable for their illegal business practice.

**This request seeks** reversal of the previous ruling expunging this claim, and immediate refund of the full value of the original investment in addition to the promised 9.25% interest for the period of the investment. The payment should be sent to the address below.

Suzan Fritz
13925 Farmington Way
Apple Valley, MN 55124 – 3313

Suzan K Fritz