## CERTIFICATE OF SERVICE

I, Margaret F. England, Esquire, hereby certify that on June 18, 2008, a copy of the attached Limited Objection of Calyon New York Branch to Debtors' Motion for an Order Authorizing the Destruction of Non-Requested Loan Files was served via hand delivery upon the following:

Margaret B. Whiteman, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

/s/ Margaret F. England
Margaret F. England, Esquire (No. 4248)