## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

American Home Mortgage Holdings, Inc., *et al.*[1]

Debtors.

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: July 8, 2008**
: **Hearing Date: August 18, 2008 10:00 AM**

## THIRD INTERIM APPLICATION OF BDO SEIDMAN, LLP, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH APRIL 30, 2008

| | |
|---|---|
| *Name of Applicant:* | BDO Seidman, LLP |
| *Authorized to Provide Services to:* | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention:* | November 28, 2007, *nunc pro tunc*, to August 14, 2007 |
| *Period For Which Compensation And Reimbursement Are Sought:* | February 1, 2008 through April 30, 2008 |
| *Amount of Compensation Requested:* | $442,207.25 |
| *Amount of Expense Reimbursement Requested:* | $761.71 |

This is an interim application.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

| Monthly Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid (80%) | Expenses Authorized to be paid (100%) | Holdback Amount |
|---|---|---|---|---|---|
| Fifth Monthly 4/4/08 [Dkt. No. 3530], 2/1/08 through 2/29/08 | $121,759.00 /$77.00 | 5/2/08; [3956] | $97,407.20 | $77.00 | $24,351.80 |
| Sixth Monthly 5/2/08 [Dkt. No. 3955] 3/1/08 through 3/31/08 | 154,248.25 /297.89 | 06/12/08; [4582] | 123,398.60 | 297.89 | 30,849.65 |
| Seventh Monthly 5/28/08 [Dkt. No. 4285] 4/1/08 through 4/30/08 | 166,200.00/386.82 | Objection deadline: 06/17/08; CNO [Dkt. TBD] | 132,960.00 *Pending* | 386.82 *Pending* | 33,240.00 *Pending* |
| **Totals** | $442,207.25/ $761.71 | | $353,765.80 | $761.71 | $88,441.45 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*[2] | : | Case No. 07-11047 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | Objections Due By: July 7, 2008 |
| | : | Hearing Date: August 18, 2008 10:00 AM |

### THIRD INTERIM APPLICATION OF BDO SEIDMAN, LLP, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH APRIL 30, 2008

This Third Interim Application for Compensation and Reimbursement of Expenses ("*Interim Application*") is filed by BDO Seidman, LLP ("*BDO*"), Financial Advisors for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "*Committee*"), requesting compensation and reimbursement of expenses for services provided and expenses incurred by BDO as financial advisors for the Committee for the period from February 1, 2008 through and including April 30, 2008 ("*Third Interim Period*").

### Background

1. On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York

---

[2] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

3

Trust Company[3], N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners[4] Business Environments, Inc., and United Parcel Service (Docket No. 156).

2. Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome LLP ("*Blank Rome*") were selected by the Committee to serve as co-counsel to the Committee, and BDO was selected by the Committee to serve as financial advisor to the Committee.

3. On September 27, 2007, the Committee filed the Application to Employ BDO Seidman, LLP as Financial Advisor to the Committee *Nunc Pro Tunc* to August 14, 2007 (Docket No. 966, the "*Retention Application*"). On November 28, 2007, an order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of BDO (Docket No. 2201, the "*Retention Order*").

4. BDO submits this Interim Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of expenses for professionals and committee members dated September 4, 2007 (the "*Administrative Order*") (Docket No. 547).

### Relief Requested

5. Pursuant to this Interim Application, BDO requests approval of allowance of compensation for actual and necessary professional services rendered in the amount of $442,207.25 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $761.71 for the Third Interim Period.

---

[3] The Bank of New York Trust Company, N.A resigned from the Committee effective 11/13/07. The U.S. Trustee has appointed Law Debenture Trust Company of New York as a replacement member effective immediately.

[4] Waldners Business Environments, Inc. resigned from the Committee in the first quarter of 2008. The U.S. Trustee has not yet appointed a replacement.

6. A summary schedule of the time expended by all professionals and paraprofessionals engaged as financial advisors to the Committee is attached hereto and marked **Exhibit A**.

7. Pursuant to the terms of the Administrative Order, BDO filed and properly served three (3) monthly fee applications during the Third Interim Period. In accordance with the Administrative Order, and as set forth in Local Rule 2016-2, each monthly fee application included (i) a detailed itemization of the service hours expended by matter and professional and (ii) a summary schedule of hours and fees categorized by project code. Each monthly fee application also included a detailed chronological itemization of the services rendered by each professional and paraprofessional, calculated by tenths of an hour and categorized in accordance with the appropriate project code. Every effort was made by BDO to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once. Time entries are edited for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and for clarity.

8. A summary of the services covered by the within Interim Application, together with a summary of hours and fees categorized by project code, are attached hereto as **Exhibit B**.

9. A summary schedule of the out-of-pocket expenses incurred by BDO is attached hereto and marked **Exhibit C**.

## Status Of Prior Monthly Fee Applications

10.     Pursuant to the Administrative Order, BDO filed its fifth monthly fee application (Dkt. #3530) on April 4, 2008, pursuant to which BDO sought approval of 80% of the total compensation, $121,759.00 and 100% reimbursement of expenses expended by BDO, $ 77.00, for the period of February 1, 2008 through February 29, 2008. A copy of the fifth monthly fee application is available by on the docket or by written request to BDO. Upon receiving no timely objections, on May 2, 2008, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO [Dkt. No. 3956]. BDO has been paid 80% of requested fees ($97,407.20), and 100% of requested expenses ($77.00).

11.     BDO filed its sixth monthly fee application (Dkt. #3955) on May 2, 2008, pursuant to which BDO sought approval of 80% of the total compensation, $154,248.25 and 100% reimbursement of expenses expended by BDO, $297.89, for the period of March 1, 2008 through March 31, 2008. A copy of the sixth monthly fee application is available by on the docket or by written request to BDO. Upon receiving no timely objections, on June 12, 2008, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO [Dkt. No. 4582]. BDO has not yet been paid for services rendered to the Committee with respect to its sixth monthly fee application.

12.     BDO filed its seventh monthly fee application (Dkt. #4285) on May 28, 2008, pursuant to which BDO sought approval of 80% of the total compensation, $166,200.00 and 100% reimbursement of expenses expended by BDO, $386.82, for the period of April 1, 2008 through April 30, 2008. A copy of the seventh monthly fee application is available by on the docket or by written request to BDO. Objections to the seventh monthly application must be filed by June 17, 2008. BDO has not yet been paid for services rendered to the Committee with respect to its seventh monthly fee application.

13. The total number of hours expended by BDO professionals and paraprofessionals in performing professional services for the Committee during the Third Interim Period was 1,416.0 hours at an average billing rate of approximately $312.29 per hour. The value of these services has been computed at the rates BDO customarily charges for similar services provided to other clients.

14. BDO submits that the services rendered were actual and necessary, that the compensation sought herein is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code and the expenses for which reimbursement is sought were actual and necessary. Moreover, BDO has reviewed the requirements of Del. Bankr. LR 2016-2, and the Administrative Order, and believes that this Interim Application complies with that rule and that order.

15. BDO seeks this Court's approval for the total fees for services rendered and disbursements in the amounts set forth above and an order requesting the Debtor to pay any outstanding unpaid fees and expenses for such period.

16. A copy of this Interim Application has been served upon the Debtor and the Notice Parties as defined in the Administrative Order. A copy of the Notice (only) of this Interim Application was served upon those parties listed on the 2002 Service List.

WHEREFORE, BDO respectfully requests that this Court enter an Order (i) approving this Interim Application, (ii) providing that an allowance be made to BDO in the sum of $442,207.25 as compensation for reasonable and necessary professional services rendered to the Committee and in the sum of $761.71 for reimbursement of actual and necessary costs and expenses incurred, for a total of $442,968.96, (iii) authorizing and directing the Debtor to pay

BDO the outstanding amount of such sums, and (iv) for such other relief as the Court deems proper and just.

Dated: June 16, 2008

**BDO SEIDMAN, LLP**

_____
David E. Berliner
Partner
BDO Seidman, LLP
135 West 50th Street, 20th Floor
New York, N.Y. 10020
Telephone Number: (212) 885-8001
Facsimile Number: (212) 515-2599

Financial Advisors for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*

EXHIBIT A

# AMERICAN HOME MORTGAGE
## Time Summary
### February 1, 2008 to April 30, 2008

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 287.6 | 575.00 | $165,370.00 |
| MARK GOODENOW | DIRECTOR | 14.1 | 350.00 | 4,935.00 |
| MICHELE MICHAELIS | DIRECTOR | 413.3 | 350.00 | 144,655.00 |
| ANTHONY LA MALFA | SENIOR MANAGER | 2.1 | 400.00 | 840.00 |
| KATE MATSON | SENIOR | 6.0 | 235.00 | 1,410.00 |
| SHANTE WILLIAMS | SENIOR | 2.9 | 235.00 | 681.50 |
| NAUSHON E VANDERHOOP | SENIOR | 21.0 | 185.00 | 3,885.00 |
| MATTHEW J STEWART | STAFF | 309.2 | 185.00 | 57,202.00 |
| KEVIN REINLE | STAFF | 337.1 | 175.00 | 58,992.50 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 11.5 | 150.00 | 1,725.00 |
| | **SUBTOTAL:** | **1,404.8** | | **439,696.00** |
| DAVID E BERLINER | PARTNER | 6.0 | 287.50 | 1,725.00 |
| MICHELE MICHAELIS | DIRECTOR | 3.7 | 175.00 | 647.50 |
| MATTHEW J STEWART | STAFF | 1.5 | 92.50 | 138.75 |
| | **SUBTOTAL:** | **11.2** | | **2,511.25** |
| | **TOTAL:** | **1,416.0** | | **$442,207.25** |

**EXHIBIT B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| A. | **ACCOUNTS PAYABLE**<br>Reviewed and analyzed claims and created summary schedules. Reviewed claims register reports for major creditors for each Debtor. Prepared schedule of claims over $1 million by Debtors entity and reviewed each claim for duplicates. Compared schedule prepared to information received from EPIQ. | 24.2 | $6,479.00 |
| B. | **PREFERENCES ANALYSIS**<br>Reviewed and compared schedule of wire payments 90 days prior to the Filing to the previous version received. | 2.4 | 420.00 |
| C. | **INSIDER PREFERENCES**<br>Reviewed analysis from Kroll of dividends paid to current and former insiders in 12 months preceding bankruptcy filing. | 0.4 | 152.00 |
| D. | **LITIGATION CONSULTING**<br>Special investigative work related to potential litigation issues regarding UCC settlement with BofA. Reviewed BofA's Expert Report, various exhibits and other analyses. Prepared for testimony at BofA settlement motion hearing. | 200.8 | 69,755.50 |
| E. | **ASSET SALE/AUCTION**<br>Reviewed sales process and relevant documents including, but not limited to, various documents related to sale, construction loan information, BofA loan collateral information, data on delinquent loan pools to be sold, and summary of various loans. Prepared and reviewed construction loan summary and analyses. Reviewed and/or prepared summary of bid qualifications and bids received for delinquent loan pools. Reviewed and/or analyzed delinquent loan pool recoveries expected. Reviewed and analyzed Dovebid auction schedules and information. Reviewed and analyzed construction loan information and 2nd Dovebid auction results. Analyzed outstanding warehouse UPB amounts. | 97.9 | 30,476.50 |
| F. | **MEETINGS - DEBTOR**<br>Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information; case issues; new bonus plan; plan of liquidation; BofA loan collateral information, estimated asset recoveries, proposal and settlement negotiations with BofA; WLR closing issues; Dovebid auctions; strategy and sale of loans; construction loan information; substantive consolidation; asset recovery; IndyMac leases; delinquent loans and other open issues. | 153.4 | 53,286.00 |

**EXHIBIT B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| G. | **REPORT PREPARATION** | 246.9 | 77,144.00 |
| | Preparation and review of various reports to the Creditors' Committee regarding construction loan and other asset sales status, BofA settlement scenarios, monthly operating reports, actual versus budgeted cash flow results, employee head count analysis, employee bonus proposals, substantive consolidation issues, intercompany accounts, delinquent loan pool information and other open issues. | | |
| H. | **MEETINGS OF CREDITORS** | 34.1 | 12,366.50 |
| | Preparation for and attendance at Creditors' Committee meetings and/or conference calls where the financial condition of the Debtors, various reports to the Committee, asset sales and other open case issues were reviewed and discussed. | | |
| I. | **BUSINESS ANALYSIS** | 525.1 | 140,973.00 |
| | Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports and other financial results. Reviewed information related to Schedule G reconciliation with WL Ross. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Reviewed and/or analyzed intercompany transactions, substantive consolidation issues, asset recovery and proposed employee incentive plans. Reviewed and/or analyzed employee headcount updates, bonus proposals, payroll projections, draft plan of liquidation, intercompany transactions, substantive consolidation issues, asset recovery and IndyMac leases. Prepared for and visited Debtors' facility regarding various issues. Researched and/or reviewed mortgage loan statistics. Reviewed and analyzed Transition Services Agreement regarding sale of Servicing business. Analyzed Kroll's revised BofA recovery model. Reviewed, analyzed and updated BofA warehouse collateral recovery analysis and probability analysis for recoveries. Reviewed professional fee summary information and analysis from Kroll. Findings were conveyed to Counsel and the Committee. | | |
| J. | **COUNSEL DISCUSSIONS & COURT HEARINGS** | 79.7 | 39,080.00 |
| | Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans; accounts payable, asset sales/auctions; Committee report preparation and meetings; business analyses; information requests and various other open case issues. | | |

**EXHIBIT B**

3

|     |     | HOURS | AMOUNT |
|-----|-----|-------|--------|
| K.  | FEE APPLICATIONS / MONTHLY STATEMENTS | 38.4 | 9,002.50 |

Preparation and review of monthly data for submission to the Debtor. Preparation and review of BDO's Fourth Monthly Application for the period January 1, 2008 through January 31, 2008; Trenwith's First Application for the period August 14, 2007 through January 31, 2008; BDO's Fifth Monthly Application for the period February 1, 2008 through February 29, 2008; BDO's Second Interim Application; and BDO's Sixth Monthly Application for the period March 1, 2008 through March 31, 2008.

|     |     | HOURS | AMOUNT |
|-----|-----|-------|--------|
| L.  | CASE ADMINISTRATION | 1.5 | 561.00 |

Reviewed status of engagement with staff and planned areas of work to be performed.

|     |     | HOURS | AMOUNT |
|-----|-----|-------|--------|
|     | **SUBTOTAL:** | 1,404.8 | 439,696.00 |
| M.  | TRAVEL TIME | 11.2 | 2,511.25 |

Professional time expended on travel, billed at one half the hourly rate of each professional.

|     |     | HOURS | AMOUNT |
|-----|-----|-------|--------|
|     | **SUBTOTAL:** | 11.2 | 2,511.25 |
|     | **TOTAL:** | 1,416.0 | $442,207.25 |

**EXHIBIT C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
February 1, 2008 through April 30, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges — $25.00
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation — 317.94
   b. Lodging
   c. Meals — 5.25

7. OUTSIDE SERVICES

8. LOCAL MEALS — 180.04

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING — for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* — 233.48

10. MISCELLANEOUS

**TOTAL** — $761.71

1