EXHIBIT A

# AMERICAN HOME MORTGAGE
## Time Summary
### February 1, 2008 to April 30, 2008

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 287.6 | 575.00 | $165,370.00 |
| MARK GOODENOW | DIRECTOR | 14.1 | 350.00 | 4,935.00 |
| MICHELE MICHAELIS | DIRECTOR | 413.3 | 350.00 | 144,655.00 |
| ANTHONY LA MALFA | SENIOR MANAGER | 2.1 | 400.00 | 840.00 |
| KATE MATSON | SENIOR | 6.0 | 235.00 | 1,410.00 |
| SHANTE WILLIAMS | SENIOR | 2.9 | 235.00 | 681.50 |
| NAUSHON E VANDERHOOP | SENIOR | 21.0 | 185.00 | 3,885.00 |
| MATTHEW J STEWART | STAFF | 309.2 | 185.00 | 57,202.00 |
| KEVIN REINLE | STAFF | 337.1 | 175.00 | 58,992.50 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 11.5 | 150.00 | 1,725.00 |
| | **SUBTOTAL:** | **1,404.8** | | **439,696.00** |
| DAVID E BERLINER | PARTNER | 6.0 | 287.50 | 1,725.00 |
| MICHELE MICHAELIS | DIRECTOR | 3.7 | 175.00 | 647.50 |
| MATTHEW J STEWART | STAFF | 1.5 | 92.50 | 138.75 |
| | **SUBTOTAL:** | **11.2** | | **2,511.25** |
| | **TOTAL:** | **1,416.0** | | **$442,207.25** |

**EXHIBIT B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| A. | **ACCOUNTS PAYABLE** | 24.2 | $6,479.00 |
| | Reviewed and analyzed claims and created summary schedules. Reviewed claims register reports for major creditors for each Debtor. Prepared schedule of claims over $1 million by Debtors entity and reviewed each claim for duplicates. Compared schedule prepared to information received from EPIQ. | | |
| B. | **PREFERENCES ANALYSIS** | 2.4 | 420.00 |
| | Reviewed and compared schedule of wire payments 90 days prior to the Filing to the previous version received. | | |
| C. | **INSIDER PREFERENCES** | 0.4 | 152.00 |
| | Reviewed analysis from Kroll of dividends paid to current and former insiders in 12 months preceding bankruptcy filing. | | |
| D. | **LITIGATION CONSULTING** | 200.8 | 69,755.50 |
| | Special investigative work related to potential litigation issues regarding UCC settlement with BofA. Reviewed BofA's Expert Report, various exhibits and other analyses. Prepared for testimony at BofA settlement motion hearing. | | |
| E. | **ASSET SALE/AUCTION** | 97.9 | 30,476.50 |
| | Reviewed sales process and relevant documents including, but not limited to, various documents related to sale, construction loan information, BofA loan collateral information, data on delinquent loan pools to be sold, and summary of various loans. Prepared and reviewed construction loan summary and analyses. Reviewed and/or prepared summary of bid qualifications and bids received for delinquent loan pools. Reviewed and/or analyzed delinquent loan pool recoveries expected. Reviewed and analyzed Dovebid auction schedules and information. Reviewed and analyzed construction loan information and 2nd Dovebid auction results. Analyzed outstanding warehouse UPB amounts. | | |
| F. | **MEETINGS - DEBTOR** | 153.4 | 53,286.00 |
| | Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information; case issues; new bonus plan; plan of liquidation; BofA loan collateral information, estimated asset recoveries, proposal and settlement negotiations with BofA; WLR closing issues; Dovebid auctions; strategy and sale of loans; construction loan information; substantive consolidation; asset recovery; IndyMac leases; delinquent loans and other open issues. | | |

|     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | HOURS | AMOUNT     |
|-----|---|---|---|
| G.  | **REPORT PREPARATION**<br>Preparation and review of various reports to the Creditors' Committee regarding construction loan and other asset sales status, BofA settlement scenarios, monthly operating reports, actual versus budgeted cash flow results, employee head count analysis, employee bonus proposals, substantive consolidation issues, intercompany accounts, delinquent loan pool information and other open issues. | 246.9 | 77,144.00  |
| H.  | **MEETINGS OF CREDITORS**<br>Preparation for and attendance at Creditors' Committee meetings and/or conference calls where the financial condition of the Debtors, various reports to the Committee, asset sales and other open case issues were reviewed and discussed. | 34.1  | 12,366.50  |
| I.  | **BUSINESS ANALYSIS**<br>Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports and other financial results. Reviewed information related to Schedule G reconciliation with WL Ross. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Reviewed and/or analyzed intercompany transactions, substantive consolidation issues, asset recovery and proposed employee incentive plans. Reviewed and/or analyzed employee headcount updates, bonus proposals, payroll projections, draft plan of liquidation, intercompany transactions, substantive consolidation issues, asset recovery and IndyMac leases. Prepared for and visited Debtors' facility regarding various issues. Researched and/or reviewed mortgage loan statistics. Reviewed and analyzed Transition Services Agreement regarding sale of Servicing business. Analyzed Kroll's revised BofA recovery model. Reviewed, analyzed and updated BofA warehouse collateral recovery analysis and probability analysis for recoveries. Reviewed professional fee summary information and analysis from Kroll. Findings were conveyed to Counsel and the Committee. | 525.1 | 140,973.00 |
| J.  | **COUNSEL DISCUSSIONS & COURT HEARINGS**<br>Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans; accounts payable, asset sales/auctions; Committee report preparation and meetings; business analyses; information requests and various other open case issues. | 79.7  | 39,080.00  |

**EXHIBIT B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| K. | FEE APPLICATIONS / MONTHLY STATEMENTS | 38.4 | 9,002.50 |

Preparation and review of monthly data for submission to the Debtor. Preparation and review of BDO's Fourth Monthly Application for the period January 1, 2008 through January 31, 2008; Trenwith's First Application for the period August 14, 2007 through January 31, 2008; BDO's Fifth Monthly Application for the period February 1, 2008 through February 29, 2008; BDO's Second Interim Application; and BDO's Sixth Monthly Application for the period March 1, 2008 through March 31, 2008.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| L. | CASE ADMINISTRATION | 1.5 | 561.00 |

Reviewed status of engagement with staff and planned areas of work to be performed.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| | **SUBTOTAL:** | **1,404.8** | **439,696.00** |
| M. | TRAVEL TIME | 11.2 | 2,511.25 |

Professional time expended on travel, billed at one half the hourly rate of each professional.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| | **SUBTOTAL:** | **11.2** | **2,511.25** |
| | **TOTAL:** | **1,416.0** | **$442,207.25** |

**EXHIBIT C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
February 1, 2008 through April 30, 2008

| | | |
|---|---|---|
| 1. | PHOTOCOPYING | |
| | a. Internal | |
| | b. External | |
| 2. | TELECOMMUNICATIONS | |
| | a. Toll Charges | $25.00 |
| | b. Facsimile | |
| | c. Out-of-State toll charges | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel and Committee members* | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| 5. | TECHNOLOGY SERVICES | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a. Transportation | 317.94 |
| | b. Lodging | |
| | c. Meals | 5.25 |
| 7. | OUTSIDE SERVICES | |
| 8. | LOCAL MEALS | 180.04 |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | 233.48 |
| 10. | MISCELLANEOUS | |
| | **TOTAL** | **$761.71** |