06/10/2008

To: The Honorable Christopher S. Sontchi
   United States Bankruptcy Court – District of Delaware
   824 Market Street, 3rd Floor
   Wilmington, Delaware  19801

FILED

2008 JUN 18 AM 11: 45

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Cc: Young Conaway Stargatt & Taylor, LLP
   Atten: Nathan D. Grow (5014)
   The Brandywine Building
   1000 West Street, - 17th Floor
   Wilmington, Delaware  19801

In reference to: Case No. 07-11047 (CSS) – Ref: Docket Number 3677
   AMERICAN HOME MORTGAGE HOLDINGS, INC

**Objection to Ruling Made at Hearing** 12 May 2008 at 10AM (ET)

I Cary C. Huber (Claim #5243) **object to the ruling expunging my claim** pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 in the above referenced case and want the claim refiled.

**This claim is based on ownership of 1,595 <u>Preferred</u> Trust Units, at investment cost of $41,242.75.** The purchase of these Trust Units was based on their advertised value, quality of the product offered (value rating), and American Home's promise to pay 9.25% earnings on the Trust Units.  Simply put, they borrowed money from me and in exchange for the use of my money they promised to pay it back and pay 9.25 % interest for the period of its use. Now they are trying to renege on their part of the agreement.

**This objection to the ruling is based on** the fact that American Home <u>misrepresented</u> the value and content of their Trust product offering, and they must be held accountable for their illegal business practice.

**This request seeks** reversal of the previous ruling expunging this claim, and immediate refund of the full value of the original investment in addition to the promised 9.25% interest for the period of the investment. The payment should be sent to the address below.

Cary Huber
c/o Suzan Fritz
13925 Farmington Way
Apple Valley, MN 55124 – 3313

_Cary C Huber_
Cary C Huber