**EXHIBIT B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
002       CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/08 | Examining docket and updating calendars (2.3); working on Fidelity motion (1.1); disclosure statement memo (.9). | EK | 4.30 | 1,204.00 |
| 02/01/08 | Emails with MSI and JXZ re: Natixis settlement and Fidelity motion for relief. | ELS | 0.50 | 232.50 |
| 02/01/08 | Organize and distribute AHM Insurance Documents per ELS (.40) Review Docket and Pleadings (2848-2862) (.80). | JS | 1.20 | 276.00 |
| 02/01/08 | E-mail and calls with ELS and EK regarding open issues (.30); review docket and recent motions (.20). | JXZ | 0.50 | 162.50 |
| 02/01/08 | Review pleadings in preparation for hearing including objections (1.70); attend omnibus hearings (4.10); transportation back to NY (2.20 @ 50%) (1.10). | MSI | 6.90 | 4,795.50 |
| 02/01/08 | Prepare for, travel to and from (@50%) and attend omnibus hearing before Judge Sontchi | MTP | 4.20 | 2,919.00 |
| 02/04/08 | Examining docket and updating calendars [1.9]; meeting with ELS and JS plus preparation [.2]; examining Dobber Joinder, motion to approve compromise under R. 9019 [.7]; working on Fidelity motion and summary [.4]. | EK | 3.50 | 980.00 |
| 02/04/08 | Weekly meeting with EK and JS re: matters on for this week (.20); review draft order re: Fidelity motion (.20). FNC - review debtors' draft order and email initial comments (.30). | ELS | 0.70 | 325.50 |
| 02/04/08 | Docket Review (.10) Review Pleadings filed and Distribute (1.2). | JS | 1.30 | 299.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/04/08 | Review docket and recent motions (.40). | JXZ | 0.40 | 130.00 |
| 02/04/08 | Review various e-mails and motions filed (.40); review changes to Netisis motion (.30). | MSI | 0.70 | 486.50 |
| 02/05/08 | Examining docket and updating calendar [1.9]; examining German and Gloria Pena motion for MSI [1.1]; examining filings of ordinary course professionals (1.4). | EK | 4.40 | 1,232.00 |
| 02/05/08 | Meeting with MSI re: modified foreclosure professional fee procedures and phone call with debtors' attorney re: same (.40); email and phone call with debtors' attorney re: National City motion for administration expenses (.30). | ELS | 0.70 | 325.50 |
| 02/05/08 | Docket and Pleading Review Docket No. 2885-2888 (.30). | JS | 0.30 | 69.00 |
| 02/05/08 | Review AP dockets and amended Caylon complaint; e-mails and calls with ELS and S. Zieg regarding same (.50); review Natisis 9019 motion and calls with ELS and MSI regarding same (.70); draft motion summaries and e-mails with EK regarding same (1.40). | JXZ | 2.60 | 845.00 |
| 02/05/08 | Review motions filed and summaries to the committee (.60); meeting with JXZ regarding same (.10). | MSI | 0.70 | 486.50 |
| 02/06/08 | Examined docket and updated calendars [1.2]; spoke with Young Conaway & Quinn Emanuel re: adversary proceedings generally and examined all adversary proceeding generally [1.8]. | EK | 3.00 | 840.00 |
| 02/06/08 | Review redline of FNC order; phone call with Whiteman re: same and review further redline. | ELS | 0.60 | 279.00 |
| 02/06/08 | Docket Review and Pleading Review DI 2885-2888 (.30). | JS | 0.30 | 69.00 |
| 02/06/08 | Calendar maintenance (.10); review docket and draft fee report (.80). | JXZ | 0.90 | 292.50 |
| 02/06/08 | Review and respond to e-mails regarding ABN - AMRO stipulation (.20); telephone conversation with M. Lunn regarding same (.20); numerous e-mails with ELS regarding proposed drafts of motions and orders (.30). | MSI | 0.70 | 486.50 |
| 02/07/08 | Examining docket and updating calendars (2.2). | EK | 2.20 | 616.00 |
| 02/07/08 | FNC - emails and phone calls with Whitemam and FNC attorney re: consensual order. | ELS | 0.80 | 372.00 |
| 02/07/08 | Reviewing Docket (.20) Review pleadings 2896-2900 including Certification of Counsel, Application for Compensation of QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP (.40) Motion Modifying Existing Procedures for the Compensation of Certain Foreclosure Professionals and Real Estate Brokers in the Ordinary Course (.10) 2900 Motion to Shorten time for Notice of Hearing (.10) | JS | 0.80 | 184.00 |
| 02/07/08 | Review CTP/HELOC motion (.30); calendar maintenance (.10). | JXZ | 0.40 | 130.00 |
| 02/08/08 | Examining docket and updating calendar [1.4]; reading and examining stipulation between AHM and AHM SPV II, [1.7]. | EK | 3.10 | 868.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/08/08 | Meeting with debtors' counsel, MSI and Berliner re: case status, litigations, claims, plan, Bank of America, legal fees, sale of thrift and other matters. | ELS | 3.80 | 1,767.00 |
| 02/08/08 | Review and Distribute Debtors' Monthly Operating Reports (.80) Review Docket and Pleadings, DI 2901 Order, 2903 Order Shortening time for Notice of Hearnig, 2904-2911 DIP Monthly Operating Reports, 2912 Motion to Assume Lease, 2913 Motion to Approve Stipulation, 2914,2915 Motion for Relief. (.50). | JS | 1.30 | 299.00 |
| 02/08/08 | Review docket and Calyon opposition papers (.50); e-mail MSI regarding open issues (.10); review docket and recent motions (.30). | JXZ | 0.90 | 292.50 |
| 02/08/08 | Meeting with B. Brady, MTP, ELS and J. Patton regarding status and strategy (3.60); prepare for meeting with debtor (.70). | MSI | 4.30 | 2,988.50 |
| 02/08/08 | Review report to the Committee. | MTP | 1.10 | 764.50 |
| 02/08/08 | Prepare for (.5) and attend meeting with Brady, Patton, ELS re: case status and strategy (3.6). | MTP | 4.10 | 2,849.50 |
| 02/11/08 | Review Docket (.20) Review and distribute Pleadings Filed DI 2924-2947 (.80). | JS | 1.00 | 230.00 |
| 02/11/08 | Review docket and recent motions (.80). | JXZ | 0.80 | 260.00 |
| 02/11/08 | Review pleadings filed and settlement with Waldner. | MSI | 0.40 | 278.00 |
| 02/12/08 | Examining docket and updating calendars [1.8]. | EK | 1.80 | 504.00 |
| 02/12/08 | Update and revise Cure Claim Chart (1.30) Review Docket and Pleadings Filed (2948-2960) (.60) Update Critical Dates. (.20). | JS | 2.10 | 483.00 |
| 02/12/08 | Review hearing agenda and call JS regarding same (.20); calendar maintenance (.10); review docket and recent motions (.20). | JXZ | 0.50 | 162.50 |
| 02/12/08 | Telephone conference with S. Beach re: resolution of issues on foreclosure professionals (.30); review same (.20); review motions filed and summaries to the committee (.40); meeting with MTP re: same (.20). | MSI | 1.10 | 764.50 |
| 02/12/08 | Discussion with MSI re: issue with WLR on foreclosure professionals. | MTP | 0.20 | 139.00 |
| 02/13/08 | Examining docket and updating calendars [1.5]; examining of Dove bid motion [1.4]; examined Gloria Kirk litigation and motion to lift stay & spoke to James Bailey on the issue [1.7]; examining ABN Amro 3rd stipulation [1.3]. | EK | 5.90 | 1,652.00 |
| 02/13/08 | FNC - review revised order and draft email re: same. | ELS | 0.30 | 139.50 |
| 02/13/08 | Review and distribution of Docket and Pleadings Filed 2961-2973 (.60). | JS | 0.60 | 138.00 |
| 02/13/08 | Review ABN 9019 motion. | JXZ | 0.50 | 162.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/13/08 | Review objections to motion to abandon records (.80); telephone conference with Brady re: issues and strategy (.60); meeting with MTP re: same and hearings (.20); telephone conference with BDO re: update and strategy (.50). | MSI | 2.10 | 1,459.50 |
| 02/13/08 | Discussion with MSI re: his discussion with Debtor on strategy to abandon records. | MTP | 0.20 | 139.00 |
| 02/14/08 | Examining docket and updating calendars [1.7]; arranging conference call [.4]; attending conference call [1.1]; drafting minutes [1.4] | EK | 4.60 | 1,288.00 |
| 02/14/08 | Review draft FNC orders (.30); committee call re: status of case (1.00). | ELS | 1.50 | 697.50 |
| 02/14/08 | Prepare for Omnibus Hearing (.60) Review Docket (.20) Review and distribute Pleadings Filed DI2974-2984 (.30) | JS | 1.10 | 253.00 |
| 02/14/08 | Review Calyon docket (.10); review financial analysis (.50); committee conference call (1.10) | JXZ | 1.70 | 552.50 |
| 02/14/08 | Telephone conference with S. Beach re: hearings and disputes (.20); telephone conference with P. Morgan re: Bank of America issues (.20); review materials in preparation for committee meeting (.40); review and edit BDO report to the committee (.80); attend telephonic meeting of the Committee (1.10). | MSI | 2.70 | 1,876.50 |
| 02/14/08 | Prepare for, travel to and from (@ 50%) and attend omnibus hearing before BJ Sontchi. | MTP | 7.20 | 5,004.00 |
| 02/14/08 | Participate in part of Committee conference call. | MTP | 1.00 | 695.00 |
| 02/15/08 | Examining ABN Amros stipulation for J. Zawadzki [1.9] examined docket entries and updated calendars [1.7]; spoke to Erin Edwards re adversaries, Broadhollow,Triad and FGIC [.3]; spoke w/Harrison Denman and worked on FGIC and Broadhollow litigation [.3] | EK | 4.20 | 1,176.00 |
| 02/15/08 | Review, Organize and distribute Debtors' Monthly Operation Reports; correspondence with BDO re same; (2.30) Docket and Pleading Review (.30) | JS | 2.60 | 598.00 |
| 02/15/08 | Draft meeting minutes and calls with EK and MSI regarding same (2.40); review docket and recent motions (.60). | JXZ | 3.00 | 975.00 |
| 02/19/08 | Meeting with JS and EK re: open matters (.30); Review 4th notice of settlements and related emails and phone call with debtors' counsel re: same and meeting with MSI re: same (1.20). | ELS | 1.50 | 697.50 |
| 02/19/08 | Weekly Meeting with ELS and EK (.30) Docket/pleading review and distribution DI 3008-3019 (.60) | JS | 0.90 | 207.00 |
| 02/19/08 | Telephone conversation with K. Nystrom regarding concerns about management (.30); telephone conversation with Berliner regarding same and outstanding issues (.40); meeting with ELS regarding settlements and issues (.40). | MSI | 1.10 | 764.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/20/08 | Examining docket and updating calendars [2.1]; examining adversary proceedings and docket entries [2.8]; examining notes of Committee meetings and drafting minutes [2.3] | EK | 7.20 | 2,016.00 |
| 02/20/08 | Review emails and conference call with debtors' attorneys re: Indymac proposed resolution (.40); conference call with debtors' attorneys re: Altec settlement (.50). | ELS | 0.90 | 418.50 |
| 02/20/08 | Update Critical Dates (.30), review docket (.10) Review and distribute pleadings 3020-3105 (1.40) | JS | 1.80 | 414.00 |
| 02/20/08 | Revise and edit numerous sets of minutes to the committee (1.30); meeting with EK regarding same (.20); review e-mail from Beach regarding Indymac sale (.20); telephone conversation with Beach regarding same (.30); review motions filed (.70); meeting with ELS regarding same and settlements (.30); telephone conversation with BDO regarding meeting with the debtor and outstanding issues (.30); review issues raised by BDO (.40). | MSI | 3.70 | 2,571.50 |
| 02/21/08 | Preparing conference call [.5]; conference call [.9]; drafting minutes [1.3]; examining docket entries and updating calendars [2.2] | EK | 4.90 | 1,372.00 |
| 02/21/08 | E-mails regarding agenda for committee call and e-mails regarding proposed Indymac settlement (.40); participate on committee call (1.00); review draft Indymac documents (.30). | ELS | 1.70 | 790.50 |
| 02/21/08 | Update Critical dates (.30) Review Docket and pleadings DI 3023-3045 (1.20) | JS | 1.50 | 345.00 |
| 02/21/08 | Revise and edit additional minutes (.60); review material and agenda in preparation for meeting (.20); attend telephonic meeting of the committee (.80); telephone conference with Berliner re: 9/22 meeting (20); review various emails re: issues to be addressed (.40). | MSI | 2.20 | 1,529.00 |
| 02/22/08 | Examining docket and updating calendars [2.1]; working on Committee minutes [3.1]; reading Broadhollow v. Bank of America litigation documents [1.9] | EK | 7.10 | 1,988.00 |
| 02/22/08 | Meeting with Cooper, debtor's counsel and BDO re: Bank of America, plan and Countrywide. | ELS | 4.50 | 2,092.50 |
| 02/22/08 | Review and distribute docket and pleadings Docket No. 3049-3060 (.50). | JS | 0.50 | 115.00 |
| 02/22/08 | Meeting with BDO, Kroll and Young Conaway to discuss Bank of America, thrift, plan issues and potential litigation. | MSI | 3.80 | 2,641.00 |
| 02/22/08 | Attend meeting at Kroll's offices with BDO, YCST, MSI and ELS to review all open items in case and discuss issues with BoA | MTP | 4.00 | 2,780.00 |
| 02/23/08 | Initial review of Bank of America's motion for relief from stay. | ELS | 0.30 | 139.50 |
| 02/23/08 | Review docket and recent motions (1.30); review hearing transcript (.10). | JXZ | 1.40 | 455.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/25/08 | Examining docket and updating calendar (1.9); examination and summary drafting of Indy Mac Agreement; examination and summary drafting of Bank of Americas Relief from the Stay (1.8); examination of Bank of America's Reply Brief and caselaw examination (2.6); debtors application to hire CB Richard Ellis examination and summary (1.1). | EK | 7.40 | 2,072.00 |
| 02/25/08 | Emails/phone calls with debtors' attorney re: D&O insurance stipulation and review of same (.50): emails with debtors' counsel re: DB mediation (.20). | ELS | 0.70 | 325.50 |
| 02/25/08 | Research and report status of DB appeal of the Servicing sale, per ELS (.40) Docket and Pleading review DI 3061-3072 (.70) | JS | 1.10 | 253.00 |
| 02/26/08 | Examining docket and updating calendar. | EK | 2.40 | 672.00 |
| 02/26/08 | Prepare for DB mediation (.50); review debtor's 5th and 6th notice of settlements and related documents and draft emails to debtors' counsel re: same (1.60); review of debtors' 9019 motion re: settlement with Carla Martin and draft email to debtors' counsel re: same (.90). | ELS | 3.00 | 1,395.00 |
| 02/26/08 | Review docket (.20) Review and Distribute Pleadings DI 3073-3104 (1.20) Update Calendar events (.20) | JS | 1.60 | 368.00 |
| 02/26/08 | Review hearing agenda (.10); review Calyon docket and notice (.10); attention to creditor inquiries (.20). | JXZ | 0.40 | 130.00 |
| 02/27/08 | Examining docket and updating calendar. | EK | 1.50 | 420.00 |
| 02/27/08 | Prepare for, travel to and from, and participate at mediation re: DB appeal of the servicing sale order (7.40); review Lehman motion to dismiss adversary (.60); review debtors' proposed motion re: foreclosures (.20); Indymac - review of emails re: Indymac deal, phone call with debtors' counsel re: same; meeting with MTP re: same and draft emails re: same (.80); Review revised ABN stipulation and draft email re: same (.20); draft emails re: employee and Martin settlement (.30). | ELS | 9.50 | 4,417.50 |
| 02/27/08 | Docket and pleading review and distribution (.70) Review Agenda and Prepare for Omnibus Hearing Date on Feb. 28th 2008 (1.20) | JS | 1.90 | 437.00 |
| 02/27/08 | Discussion with ELS re Indymac settlement | MTP | 0.30 | 208.50 |
| 02/28/08 | Examining docket and updating calendars. | EK | 1.70 | 476.00 |
| 02/28/08 | Conference call with debtors' attorneys and emails re: 5th settlement and meeting with MSI re: 5th settlement, McCoy settlement and Martin settlement (.80); review and revise EK draft minutes for committee meetings from November to February (.80); conference call with Bank of America attorneys and MSI re: claims against Bank of America and claims by Bank of America and meeting with MSI and MTP re: same (1.40). | ELS | 3.00 | 1,395.00 |
| 02/28/08 | Review Docket and Pleadings DI 3112-3123 (1.30) | JS | 1.30 | 299.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/28/08 | Review BDO draft report to the committee (.30); telephone conversation with Berliner regarding same (.10); draft update to the committee (.20); meeting with ELS regarding minutes, settlements and motions (.30); review same (.40). | MSI | 1.30 | 903.50 |
| 02/28/08 | Strategy meeting with MSI & ELS on BoA's lift stay motion and claims | MTP | 0.50 | 347.50 |
| 02/28/08 | Attention to emails re covering this morning's hearing on Committee's position of ABN order and debtor's motion | MTP | 0.50 | 347.50 |
| 02/29/08 | Examining docket and updating calendars. | EK | 1.70 | 476.00 |
| 02/29/08 | Emails and phone calls re: extension of exclusivity motion. | ELS | 0.40 | 186.00 |
| 02/29/08 | Review and edit motions including motion to extend exclusivity (.30); meeting with ELS regarding same and various settlements (.10); telephone conversation with S. Cooper regarding position with Strauss (.20). | MSI | 0.60 | 417.00 |

TOTAL HOURS          198.10

TOTAL SERVICES ........................................................ $    84,376.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $272.80 |
| CARFARE | $481.96 |
| COURIER SERVICE | $6.89 |
| DUPLICATING | $589.50 |
| LEXIS | $2,367.73 |
| MEALS | $472.01 |
| SEARCH FEES | $6.56 |
| TRAVEL | $1,189.50 |

TOTAL DISBURSEMENTS ............................................ $    5,386.95

TOTAL FEES & DISBURSEMENTS ............................. $    89,762.95

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 23.20 | 230.00 | 5,336.00 |
| 550 | Keary | 70.90 | 280.00 | 19,852.00 |

| 493 | Zawadzki | 14.00 | 325.00 | 4,550.00 |
| 486 | Schnitzer | 34.40 | 465.00 | 15,996.00 |
| 260 | Indelicato | 32.30 | 695.00 | 22,448.50 |
| 364 | Power | 23.30 | 695.00 | 16,193.50 |
| ATTY TOTAL | | 198.10 | | 84,376.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
003        RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/07/08 | Review supplemental OCP list (.10). | JXZ | 0.10 | 32.50 |
| 02/13/08 | Emails and Phone Calls with Jeff Manning and Court call to assist in appearance before USBC for hearing on Trenwith Retention (.40) Review Docket (.20) Review and distribute Pleadings Filed (DI 1221-1273) (1.70). | JS | 2.30 | 529.00 |
| 02/13/08 | Emails with J. Manning re: retention hearing. | JXZ | 0.10 | 32.50 |
| 02/28/08 | Review supplemental OCP list (.10). | JXZ | 0.10 | 32.50 |

|  |  |  |  |  |
|--|--|--|--|--|
| | TOTAL HOURS | | 2.60 | |
| | TOTAL SERVICES ........................................................ $ | | | 626.50 |

DISBURSEMENT SUMMARY

| LONG DISTANCE TELEPHONE CHARGES | $0.50 |
|---|---|
| DUPLICATING | $0.40 |

| TOTAL DISBURSEMENTS ........................................... $ | 0.90 |
|---|---|
| TOTAL FEES & DISBURSEMENTS ............................. $ | 627.40 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 2.30 | 230.00 | 529.00 |
| 493 | Zawadzki | 0.30 | 325.00 | 97.50 |
| ATTY TOTAL | | 2.60 | | 626.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159　　AMERICAN HOME MORTGAGE HOLDINGS, INC.
004　　　EXECUTORY CONTRACTS/LEASES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/06/08 | Review debtors' proposed motion re: Texas and NY lease and phone call with Lunn re: same. | ELS | 0.40 | 186.00 |
| 02/07/08 | Meeting with MSI re: lease motions and Galaxy (.20); phone call with Lunn re: lease motions and research re: same (.60). | ELS | 0.80 | 372.00 |

TOTAL HOURS　　　　　　　　1.20

TOTAL SERVICES ....................................................... $　　558.00

DISBURSEMENT SUMMARY

LEXIS　　　　　　　　　　　　　　　　　　　　　$136.35
MEALS　　　　　　　　　　　　　　　　　　　　　$14.16

TOTAL DISBURSEMENTS ........................................... $　　150.51

TOTAL FEES & DISBURSEMENTS ............................. $　　708.51

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 486 | Schnitzer | 1.20 | 465.00 | 558.00 |
| ATTY TOTAL | | 1.20 | | 558.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
005          DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/08 | Meeting with JID regarding lien issues (1.50); e-mails regarding stipulation (.20). | JXZ | 1.70 | 552.50 |
| 02/01/08 | Reviewed and analyzed additional cases and materials re: Bank of America interest in real properties after American's bankruptcy. (3.5)  Drafted the memo re: same (2.0). | MWW | 5.50 | 2,557.50 |
| 02/01/08 | Review and revise memo. | RJK | 1.40 | 840.00 |
| 02/02/08 | Review MWW memo re: perfection issues in REO. | MTP | 1.00 | 695.00 |
| 02/04/08 | Drafted memo re: lender's interest in ROE Properties under the UCC and other theories after American's bankruptcy. | MWW | 7.00 | 3,255.00 |
| 02/04/08 | Prepare and revise memo. | RJK | 1.50 | 900.00 |
| 02/05/08 | Made additional research and reviewed the cases re: constructive trust in the bankruptcy (3.0) and made additional revisions to the memo re: same and RJK's comments (1.0). | MWW | 4.00 | 1,860.00 |
| 02/05/08 | Further review and revisions to memo; meeting re: same. | RJK | 1.10 | 660.00 |
| 02/06/08 | Review order extending time (.10); review docket (.20). | JXZ | 0.30 | 97.50 |
| 02/11/08 | Review material in preparation for discussion with Kaye Scholer (.30); discussion with Kaye Scholer regarding structure of proposed settlement (.40); meeting with MTP regarding same (.20). | MSI | 0.90 | 625.50 |
| 02/11/08 | Strategy meeting with MSI re: BoA. | MTP | 0.20 | 139.00 |
| 02/12/08 | Review draft complaint and settlement term sheet (1.10). | JXZ | 1.10 | 357.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/13/08 | Review term sheet (1.10); review various perfection issues (3.30). | JXZ | 4.40 | 1,430.00 |
| 02/15/08 | Review MLN re: perfection issue on foreclosure properties. | MSI | 0.80 | 556.00 |
| 02/21/08 | Review memo and analyze underlying documents for BoA's warehouse facility | MTP | 3.60 | 2,502.00 |
| 02/26/08 | Call with MTP regarding secured lender issues (.10). | JXZ | 0.10 | 32.50 |
| 02/26/08 | Call with JXZ re extra research on BoA | MTP | 0.10 | 69.50 |
| 02/27/08 | Research analysis as per MTP re UCC 9-315 and proceeds issues re foreclosed REO properties. | JID | 8.40 | 5,250.00 |
| 02/27/08 | Research perfection issues (1.20); e-mail with MTP regarding REO issues (.10). | JXZ | 1.30 | 422.50 |
| 02/27/08 | E-mail exchange with JID re REO issue | MTP | 0.20 | 139.00 |
| 02/28/08 | Review and research re merits of claim re REO lien avoidance. | JID | 7.50 | 4,687.50 |
| 02/28/08 | E-mails and meetings with JID, MTP and MSI regarding REO perfection issues (.70). | JXZ | 0.70 | 227.50 |
| 02/28/08 | Review e-mails from JID on REO issues (.30); meeting with JXZ, JID and MTP regarding (.80); review Bank of America motion for relief from stay (1.40); telephone conversation (3x) with M. Shonholtz and M. Liscio regarding motion for relief, potential causes of action and settlement potential (1.20); meeting with ELS and MTP regarding strategy (.60). | MSI | 4.30 | 2,988.50 |
| 02/28/08 | E-mail exchange with JID, JXZ, MSI re REO issue | MTP | 0.50 | 347.50 |
| 02/29/08 | Meetings with MTP and MSI re: Bank of America matter and settlement offer and investigation of same. | ELS | 5.90 | 2,743.50 |
| 02/29/08 | Continued research of UCC issues re merits of case to avoid liens on REO properties. | JID | 5.50 | 3,437.50 |
| 02/29/08 | Calls and meetings with ELS and JID regarding secured lender issues (.20). | JXZ | 0.20 | 65.00 |
| 02/29/08 | Telephone conversation (3x) with M. Schonholtz and M. Liscio regarding extension of time to file lawsuits and potential settlement (1.20); meeting with MTP and ELS regarding same and chart (.80); telephone conversation with Berliner regarding same (.40). | MSI | 2.40 | 1,668.00 |
| 02/29/08 | Numerous conference calls and e-mails with Kaye Sholer, BDO, YCST, Kroll, ELS and MSI to formulate and strategize about terms of a potential settlement with BoA over Committee avoidance claims and BoA's relief from stay motion | MTP | 6.60 | 4,587.00 |

TOTAL HOURS                    78.20

TOTAL SERVICES .........................................................................$    43,693.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 9.80 | 325.00 | 3,185.00 |
| 486 | Schnitzer | 5.90 | 465.00 | 2,743.50 |
| 976 | Walden | 16.50 | 465.00 | 7,672.50 |
| 497 | Kisch | 4.00 | 600.00 | 2,400.00 |
| 285 | Divack | 21.40 | 625.00 | 13,375.00 |
| 260 | Indelicato | 8.40 | 695.00 | 5,838.00 |
| 364 | Power | 12.20 | 695.00 | 8,479.00 |
| ATTY TOTAL | | 78.20 | | 43,693.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
006        SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/08 | Conferences with JXZ regarding return wire account and REO issues regarding BoA security interests re: search regarding same. | JID | 3.00 | 1,875.00 |
| 02/05/08 | Review cure procedures motion; conferences with MSI regarding same. | DDG | 0.50 | 312.50 |
| 02/07/08 | Miscellaneous emails and conferences with MTP, Grear, Beach regarding miscellaneous loan sale issues, purchase agreement, advances. | DDG | 1.10 | 687.50 |
| 02/07/08 | E-mails/calls with YCST and DDG re: loan sale issues and questions (.5). | MTP | 0.80 | 556.00 |
| 02/08/08 | Review preliminary bids for loans; emails to MTP regarding same. | DDG | 0.40 | 250.00 |
| 02/08/08 | Review preliminary bids received and discuss same with DDG. | MTP | 1.10 | 764.50 |
| 02/09/08 | Review bid matrix, summary of bid qualifications; emails with MTP regarding same. | DDG | 0.50 | 312.50 |
| 02/10/08 | Review bid matrix prepared by Johnson and e-mail from DDG. | MTP | 0.80 | 556.00 |
| 02/11/08 | Conference call regarding bids for non-performing loans with Young Conaway, MTP (1.0); review Countrywide adjustment materials, email regarding same (0.5). | DDG | 1.50 | 937.50 |
| 02/11/08 | Review spreadsheet of bids (.20); telephone conversation with S. Beach regarding same (.20). | MSI | 0.40 | 278.00 |
| 02/11/08 | Participate in conference call with YCST and DDG re: review of bids for non-performing loans. | MTP | 1.00 | 695.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/12/08 | Review notice of plan of sale and e-mails with D. Berliner regarding same (.40). | JXZ | 0.40 | 130.00 |
| 02/12/08 | Telephone conference with Beach re: issues regarding sale of portfolios (.20); meeting with MTP re: same (.30). | MSI | 0.50 | 347.50 |
| 02/12/08 | Conference call with Debtors re: sales process for nonperforming loans. | MTP | 1.10 | 764.50 |
| 02/13/08 | Follow up with Breach and Greecher regarding Countrywide payment. | DDG | 0.10 | 62.50 |
| 02/13/08 | Review emails and change in sale terms (.10); telephone conference with debtor and S. Beach re: same (.30); meeting with MTP re: same (.20). | MSI | 0.60 | 417.00 |
| 02/13/08 | Discussion with MSI re: issues with scratch & dent sale process. | MTP | 0.20 | 139.00 |
| 02/14/08 | Review numerous emails re: sale issues (.30); revise and edit proposed orders (.10). | MSI | 0.40 | 278.00 |
| 02/21/08 | Review various emails re: Indymac transaction (.20); telephone conference with S. Beach re: same (.20); review modified documents (.40). | MSI | 0.80 | 556.00 |
| 02/22/08 | Conference call with Alan Martin and bidder for non-performing loans to review generally auction (.6); email summary of call to Johnson and YCST procedure and issues (.6) | MTP | 1.20 | 834.00 |
| 02/27/08 | Telephone conference with Berliner re: issues on thrift (.10); telephone conference with Milestone, BDO and Kroll re: WLR proposal on thrift (.80.). | MSI | 0.90 | 625.50 |
| 02/27/08 | Prepare for, Travel to and from (@50%) and attend mediation session with the Debtors and DBSP re appeal of sale order | MTP | 7.20 | 5,004.00 |
| 02/28/08 | Review SPA for American Home Bank; give comments to MTP, MSI regarding same. | DDG | 1.00 | 625.00 |
| 02/28/08 | Attention to DDG's comments to draft APA on bank sale | MTP | 0.80 | 556.00 |

TOTAL HOURS                                    26.30

TOTAL SERVICES ........................................................ $    17,563.50

DISBURSEMENT SUMMARY

DUPLICATING                                                             $4.20

MEALS                                                                   $42.93

TOTAL DISBURSEMENTS ............................................ $       47.13

TOTAL FEES & DISBURSEMENTS ............................. $    17,610.63

<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | BILLED<br><u>PER HOUR</u> | BILL<br><u>AMOUNT</u> |
|---|---|---|---|---|
| 493 | Zawadzki | 0.40 | 325.00 | 130.00 |
| 285 | Divack | 3.00 | 625.00 | 1,875.00 |
| 426 | Grubman | 5.10 | 625.00 | 3,187.50 |
| 260 | Indelicato | 3.60 | 695.00 | 2,502.00 |
| 364 | Power | 14.20 | 695.00 | 9,869.00 |
| ATTY TOTAL | | 26.30 | | 17,563.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
007          PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/06/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (1.60); call with ELS regarding foreclosure professionals (.10); review NWT fee order (.10). | JXZ | 1.80 | 585.00 |
| 02/08/08 | Review OCP motion and modified OCP procedures (.60); review fee apps, draft summaries and e-mails MTP regarding same (.70). | JXZ | 1.30 | 422.50 |
| 02/08/08 | E-mail exchange with JXZ re OCP order and issues. | MTP | 0.20 | 139.00 |
| 02/12/08 | Review numerous fee applications, draft summaries and e-mails with MTP regarding same (.90); review letter from R. Shells and Higby affidavit regarding foreclosure professionals (.40); call J. Manning regarding Trenwith (.10). | JXZ | 1.40 | 455.00 |
| 02/12/08 | Review JXZ summary of professional fees & respond with questions. | MTP | 0.30 | 208.50 |
| 02/14/08 | Review fee application; draft summary and email MTP re: same. | JXZ | 0.50 | 162.50 |
| 02/15/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (.70); review professional fee summary (.20). | JXZ | 0.90 | 292.50 |
| 02/15/08 | Review JXZ fee application responses | MTP | 0.20 | 139.00 |
| 02/22/08 | Review and distribute Pendergast and Jones First Fee App (.40) Review and distribute T.D. Servies Co.'s Third Fee app DI 3052 (.20) Review and distribute Application of CB Richard Ellis (.20) update calendar events and critical dates (1.30). | JS | 2.10 | 483.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/25/08 | Review numerous fee applications, draft summaries and e-mails with MTP regarding same (2.40). | JXZ | 2.40 | 780.00 |
| 02/25/08 | Review JXZ fee application summary. | MTP | 0.20 | 139.00 |
| 02/26/08 | Draft committee fee report and circulate same (1.10); e-mails with S. Johnson regarding professional/servicing fees (.30). | JXZ | 1.40 | 455.00 |
| 02/29/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (1.00). | JXZ | 1.00 | 325.00 |

TOTAL HOURS      13.70

TOTAL SERVICES ........................................................................ $    4,586.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 2.10 | 230.00 | 483.00 |
| 493 | Zawadzki | 10.70 | 325.00 | 3,477.50 |
| 364 | Power | 0.90 | 695.00 | 625.50 |
| ATTY TOTAL | | 13.70 | | 4,586.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
009          LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/08 | Review of court decision in Calyon lit. (.3) | JPM | 0.30 | 208.50 |
| 02/01/08 | Review Broadhollow Docket, review and distribute Order DI 13, (.30). | JS | 0.30 | 69.00 |
| 02/04/08 | Review Adv. Pro. Triad Docket (.10) Review Status Report DI 29 (.20) Review Adv. Pro. Calyon Docket (.10) Review and distribute Amended Complaint (.80). | JS | 1.20 | 276.00 |
| 02/05/08 | Meeting with CXL regarding insurance issues (.20); review same (.40). | MSI | 0.60 | 417.00 |
| 02/07/08 | Meeting with ELS regarding disputes on payments to foreclosure professionals (.30); telephone conversation with S. Beach regarding same and review pleadings (.70); review proposed order (.20); review and edit motion to approve ABN stipulation and proposed stipulation (1.30); e-mails to Lunn regarding same (.20). | MSI | 2.70 | 1,876.50 |
| 02/08/08 | Review Docket of Adv. Pro. Calyon - DI 89 Objection to Motion. (.30), also of Adv. Pro. Waldner's of Notice to Withdraw DI 13 (.10), Review Docket Adv. Pro. 07-51688 Docket 35 Cert. of C (.20). | JS | 0.60 | 138.00 |
| 02/08/08 | Review issues regarding various litigations. | MSI | 0.80 | 556.00 |
| 02/11/08 | Review draft complaint against Calyon, Bank of America, Bank of New York, Deutsche Bank. | DDG | 0.50 | 312.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/11/08 | Review insurance memo (.80); meeting with CXL regarding same and issues on stipulation (.30); review same (.30); review changes to ABN stipulation (.30); telephone conversation with M. Lunn regarding same (.10). | MSI | 1.80 | 1,251.00 |
| 02/12/08 | Revise and edit stipulation with ABN regarding construction loans (.80); emails and telephone conference with Brady re: same (.20); emails with ABN counsel re: same (.10); telephone conference and emails with Brady and Stempel re: same (.30); review complaint regarding bank accounts (1.70). | MSI | 3.10 | 2,154.50 |
| 02/13/08 | Examining adversary proceedings litigation [1.8]. | EK | 1.80 | 504.00 |
| 02/13/08 | Review Docket of Adv. Pro. 07-51688 review Order and Distribute DI36 (.30). | JS | 0.30 | 69.00 |
| 02/13/08 | JPM email and attachment re: request for production for Debtors. | MA | 0.10 | 55.00 |
| 02/14/08 | Examining Broadhollow litigation docket entries [2.1]. | EK | 2.10 | 588.00 |
| 02/14/08 | Review materials and complaint regarding third party lawsuits. | MSI | 0.80 | 556.00 |
| 02/15/08 | Review of Lehman/debtor lit. pleadings (1.) | JPM | 1.00 | 695.00 |
| 02/15/08 | Review of Calyon Docket (.10) Review of Declaration in Support DI 90 (.30) | JS | 0.40 | 92.00 |
| 02/15/08 | Review complaint (.30); extensive discussion with R. Brady re: issues on the complaint (1.10); telephone conference with MTP re: same (.10). | MSI | 1.50 | 1,042.50 |
| 02/15/08 | Discuss complaint with MSI re YCST discussion | MTP | 0.20 | 139.00 |
| 02/18/08 | Review numerous memos from Young Conaway re: issues regarding misdirected funds and sweeps. | MSI | 2.10 | 1,459.50 |
| 02/19/08 | Calyon Adv Pro. Review and distribution of DI 41 Motion to allow (.20) Broadhollow Adv. Pro. review and distribution DI 17 Order (.30) | JS | 0.50 | 115.00 |
| 02/19/08 | Review issues on complaint and memos (.70); extensive telephone conversation with R. Brady regarding same (.90). | MSI | 1.60 | 1,112.00 |
| 02/20/08 | Review Adv Pro Calyon Docket (.10) review DI 92 Tran of Hearing on 1/25/08 (.40) Review of Adv. Pro 07-51688 review and distribute DI 40 2nd Amended Complaint (.60) | JS | 1.10 | 253.00 |
| 02/20/08 | Continue review of backup information regarding various causes of action. | MSI | 1.60 | 1,112.00 |
| 02/21/08 | Review and distribute docket for Broadhollow and review reply brief DI 19 (.50) | JS | 0.50 | 115.00 |
| 02/21/08 | Continue review of items related to lawsuit for funds due from various banks. | MSI | 0.70 | 486.50 |
| 02/25/08 | Review and distribute - Caylon Adv. Docket DI 93 Notice of Completion of briefing (.20) | JS | 0.20 | 46.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/26/08 | Review of proposed second amended complaint; notice to class and proposed amended class certification (.7); review of JZ email/conf w/him re same re AHM WARN Act Lit. (.3); review of issues on litigation (1.) | JPM | 2.00 | 1,390.00 |
| 02/27/08 | Review of various docs/materials re WARN Act Lit./proposed second amendment of complaint (1.5) | JPM | 1.50 | 1,042.50 |
| 02/28/08 | Prep for conf call with debtors attorneys re plaintiffs request to file second amended complaint in WARN Act lit. (.4); confer with RTM/JXZ re same (.2); conference call w/debtors attorney re: same and issues raised by WARN Act Lit. (.6) | JPM | 1.20 | 834.00 |
| 02/28/08 | Review proposed amended complaint and related papers (.50); strategy conference with JPM and JXZ re: WARN litigation (.30); telephone conference with debtors' counsel re plaintiffs' request to amend complaint (.60). | RJM | 1.40 | 735.00 |
| 02/29/08 | Conference with MSI re: committee position on amendment of complaint by WARN Act plaintiffs. | JPM | 0.20 | 139.00 |
| 02/29/08 | Review and distribute Notice of Completion of Briefing on Defendant Bank of America, N.A.'s Motion to Dismiss Amended Complaint on Grounds of Lack of Jurisdiction or, in the Alternative, Abstention in Broadhollow Adv. 07-51738-CSS (.50) | JS | 0.50 | 115.00 |

TOTAL HOURS                           35.20

TOTAL SERVICES ........................................................................$    19,954.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                      $0.60

OVERNIGHT DELIVERY                                                               $7.89

SEARCH FEES                                                                     $44.08

TOTAL DISBURSEMENTS ............................................................$      52.57

TOTAL FEES & DISBURSEMENTS ...........................................$   20,006.57

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 5.60 | 230.00 | 1,288.00 |
| 550 | Keary | 3.90 | 280.00 | 1,092.00 |

| | | | | |
|---|---|---|---|---|
| 952 | Malatak | 1.40 | 525.00 | 735.00 |
| 334 | Arnott | 0.10 | 550.00 | 55.00 |
| 426 | Grubman | 0.50 | 625.00 | 312.50 |
| 226 | McCahey | 6.20 | 695.00 | 4,309.00 |
| 260 | Indelicato | 17.30 | 695.00 | 12,023.50 |
| 364 | Power | 0.20 | 695.00 | 139.00 |
| | ATTY TOTAL | 35.20 | | 19,954.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
010        PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/11/08 | Preliminary review of AHM Plan. | DDG | 0.50 | 312.50 |

| | | HOURS | |
|---|---|---|---|
| | TOTAL HOURS | 0.50 | |
| | TOTAL SERVICES ........................................................ $ | | 312.50 |

DISBURSEMENT SUMMARY
SEARCH FEES                                                           $4.80

TOTAL DISBURSEMENTS ........................................... $        4.80

TOTAL FEES & DISBURSEMENTS ............................. $      317.30

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 426 | Grubman | 0.50 | 625.00 | 312.50 |
| ATTY TOTAL | | 0.50 | | 312.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

      703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
      011        EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/02/08 | Warn Act research re: commission (1.5). | EK | 1.50 | 420.00 |
| 02/06/08 | Review docket, class certification and employee schedules (.50); conference call with S. Holt and M. Olson (.20). | JXZ | 0.70 | 227.50 |
| 02/07/08 | Review T&E order (.10); review class order (.10); e-mail MSI on case issues (.20). | JXZ | 0.40 | 130.00 |
| 02/08/08 | Meeting with JXZ re: WARN Act memo and review of same. | ELS | 0.50 | 232.50 |
| 02/08/08 | Review WARN research (.40); review docket and scheduling order (.20); calendar maintenance (.10). | JXZ | 0.70 | 227.50 |
| 02/12/08 | Review affected employ/facility lists and e-mails with S. Holdt, M. Olsen and R. Roupinian regarding same (.40). | JXZ | 0.40 | 130.00 |
| 02/13/08 | Email R. Roupinian re: amended complaint (.10); review revised class order/notice (.10). | JXZ | 0.20 | 65.00 |
| 02/19/08 | E-mails with ELS regarding amended complaint (.10); e-mails with R. Roupinian regarding class member schedule (.10). | JXZ | 0.20 | 65.00 |
| 02/26/08 | Meetings with JPM; calls and e-mails with S. Holt, RJM and V. McCrary regarding amended complaint and other WARN issues (.40). | JXZ | 0.40 | 130.00 |
| 02/28/08 | Meetings with RJM and JPM and conference call with debtors regarding WARN issues (1.00); meeting with MSI regarding WARN issues (.20); e-mails regarding amended complaint (.10). | JXZ | 1.30 | 422.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/29/08 | Calls and e-mails with MSI, JPM, RJM, S. Holt regarding WARN issues (.30). | JXZ | 0.30 | 97.50 |

|  | TOTAL HOURS |  | 6.60 |  |

TOTAL SERVICES ........................................................................ $    2,147.50

DISBURSEMENT SUMMARY

  LONG DISTANCE TELEPHONE CHARGES                                   $25.00

  DUPLICATING                                                                                   $3.10

TOTAL DISBURSEMENTS ........................................................... $         28.10

TOTAL FEES & DISBURSEMENTS ............................................. $    2,175.60

## SUMMARY OF ATTORNEY TIME

| ATTORNEY |  | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 550 | Keary | 1.50 | 280.00 | 420.00 |
| 493 | Zawadzki | 4.60 | 325.00 | 1,495.00 |
| 486 | Schnitzer | 0.50 | 465.00 | 232.50 |
| ATTY TOTAL |  | 6.60 |  | 2,147.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
012           CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/08 | Review Natisi's settlement and numerous calls and e-mails with MSI, ELS and S. Zeig regarding same (1.60). | JXZ | 1.60 | 520.00 |
| 02/04/08 | E-mails and calls with ELS regarding Natixis (.10). | JXZ | 0.10 | 32.50 |
| 02/19/08 | Emails and phone calls with debtors' attorneys re: National City motion. | ELS | 0.80 | 372.00 |
| 02/22/08 | Review and provide comments to proposed stipulation re: Maricopa. | ELS | 0.20 | 93.00 |

TOTAL HOURS                    2.70

TOTAL SERVICES ........................................................ $    1,017.50

DISBURSEMENT SUMMARY

SEARCH FEES                                                          $4.08

TOTAL DISBURSEMENTS .......................................... $        4.08

TOTAL FEES & DISBURSEMENTS ............................ $    1,021.58

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.70 | 325.00 | 552.50 |
| 486 | Schnitzer | 1.00 | 465.00 | 465.00 |
| ATTY TOTAL | | 2.70 | | 1,017.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 11, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133990

For professional services rendered from February 1, through February 29, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
013        INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/04/08 | Review D&O Liability Policy. | CXL | 3.50 | 1,627.50 |
| 02/05/08 | Review D&O Liability Policy; prepare memo to file summarizing same. | CXL | 4.50 | 2,092.50 |
| 02/05/08 | Emails with CXL re: debtors' D&O policies (.2). | JPM | 0.20 | 139.00 |
| 02/06/08 | Review of CXL memo re D&O policies (.5). | JPM | 0.50 | 347.50 |
| 02/08/08 | Conference with MSI re: request of documents from Debtors. | JPM | 0.20 | 139.00 |
| 02/11/08 | Meeting with MSI re: D&O insurance policy (.4); review proposed stipulation re: same (.6) | CXL | 1.00 | 465.00 |
| 02/13/08 | Email to BDO re: status of document request to debtors (.2). | JPM | 0.20 | 139.00 |
| 02/19/08 | Review of CXL memo re D&O policies (.5) | JPM | 0.50 | 347.50 |
| 02/19/08 | Review of docs re: corporate structure of debtors provided by ELS (.4); review of doc request/chronology/corp chart listing (1.6) | JPM | 2.00 | 1,390.00 |
| 02/21/08 | Review of materials re AHM financing (1.) | JPM | 1.00 | 695.00 |
| 02/27/08 | Review of materials from BDO re dividends paid to insider (.3); email to BDO (D.Berliner) re same (.1); review of REIT issues/dividends of AHM (1.5) | JPM | 1.90 | 1,320.50 |
| 02/28/08 | Telephone call with David Berliner of BDO re dividends paid to insiders (.3); review of dividends paid by debtors in '05-'07 (.8); revise notes on debtors' business (.6) | JPM | 1.70 | 1,181.50 |
| 02/29/08 | Review of REIT issues (1.00); reviewing debtors' officers and directors (1.00). | JPM | 2.00 | 1,390.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

| | TOTAL HOURS | | 19.20 | |
| | TOTAL SERVICES ........................................................ $ | | | 11,274.00 |

DISBURSEMENT SUMMARY

| | | |
|--|--|--|
| DUPLICATING | | $10.00 |
| LEXIS | | $8.60 |

| | | |
|--|--|--|
| TOTAL DISBURSEMENTS ........................................... $ | | 18.60 |
| TOTAL FEES & DISBURSEMENTS ............................ $ | | 11,292.60 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 922 | Loesner | 9.00 | 465.00 | 4,185.00 |
| 226 | McCahey | 10.20 | 695.00 | 7,089.00 |
| ATTY TOTAL | | 19.20 | | 11,274.00 |