**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/1/2008 | Power, Mark | CAR | $112.20 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 93992; DATE: 2/5/2008 |
| 2/1/2008 | Indelicato, Mark S | CAR | $173.91 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 538575; DATE: 2/15/2008 |
| 2/27/2008 | Schnitzer, Edward L. | CAR | $15.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 5; DATE: 2/27/2008 |
| 2/27/2008 | Schnitzer, Edward L. | CAR | $18.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 5; DATE: 2/27/2008 |
| 2/29/2008 | Schnitzer, Edward L. | CAR | $12.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 5; DATE: 2/27/2008 |
| 2/29/2008 | Power, Mark | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 95263; DATE: 3/4/2008 |
| 2/27/2008 | Power, Mark | CAR | $50.89 | VENDOR: POWER, MARK T.; INVOICE#: 3; DATE: 4/10/2008 |
| | | | $481.96 | |
| 2/21/2008 | Smith, Jason | COUR | $6.89 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 056552; DATE: 2/29/2008 |
| | | | $6.89 | |
| 2/5/2008 | | DUPL | $1.20 | |
| 2/5/2008 | | DUPL | $1.30 | |
| 2/5/2008 | | DUPL | $1.90 | |
| 2/5/2008 | | DUPL | $0.60 | |
| 2/5/2008 | | DUPL | $1.40 | |
| 2/5/2008 | | DUPL | $3.40 | |
| 2/5/2008 | | DUPL | $2.20 | |
| 2/5/2008 | | DUPL | $1.10 | |
| 2/5/2008 | | DUPL | $1.30 | |
| 2/5/2008 | | DUPL | $2.20 | |
| 2/5/2008 | | DUPL | $1.80 | |
| 2/5/2008 | | DUPL | $0.80 | |
| 2/5/2008 | | DUPL | $0.10 | |
| 2/5/2008 | | DUPL | $0.20 | |
| 2/5/2008 | | DUPL | $0.20 | |
| 2/5/2008 | | DUPL | $0.50 | |
| 2/5/2008 | | DUPL | $0.50 | |
| 2/5/2008 | | DUPL | $0.30 | |
| 2/5/2008 | | DUPL | $0.50 | |
| 2/5/2008 | | DUPL | $0.10 | |
| 2/5/2008 | | DUPL | $0.20 | |
| 2/5/2008 | | DUPL | $0.70 | |
| 2/5/2008 | | DUPL | $0.60 | |
| 2/5/2008 | | DUPL | $0.10 | |
| 2/5/2008 | | DUPL | $0.10 | |
| 2/5/2008 | | DUPL | $0.10 | |
| 2/5/2008 | | DUPL | $0.10 | |
| 2/5/2008 | | DUPL | $0.60 | |
| 2/5/2008 | | DUPL | $0.80 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/5/2008 | | DUPL | $0.80 | |
| 2/5/2008 | | DUPL | $0.20 | |
| 2/5/2008 | | DUPL | $0.20 | |
| 2/6/2008 | | DUPL | $2.40 | |
| 2/6/2008 | | DUPL | $3.10 | |
| 2/6/2008 | | DUPL | $26.90 | |
| 2/6/2008 | | DUPL | $0.60 | |
| 2/6/2008 | | DUPL | $0.80 | |
| 2/6/2008 | | DUPL | $1.30 | |
| 2/6/2008 | | DUPL | $2.10 | |
| 2/6/2008 | | DUPL | $0.90 | |
| 2/6/2008 | | DUPL | $1.00 | |
| 2/6/2008 | | DUPL | $3.10 | |
| 2/6/2008 | | DUPL | $0.80 | |
| 2/7/2008 | | DUPL | $0.10 | |
| 2/7/2008 | | DUPL | $0.10 | |
| 2/7/2008 | | DUPL | $0.60 | |
| 2/7/2008 | | DUPL | $1.50 | |
| 2/7/2008 | | DUPL | $1.60 | |
| 2/7/2008 | | DUPL | $2.60 | |
| 2/7/2008 | | DUPL | $0.60 | |
| 2/7/2008 | | DUPL | $0.40 | |
| 2/7/2008 | | DUPL | $1.20 | |
| 2/7/2008 | | DUPL | $0.50 | |
| 2/7/2008 | | DUPL | $1.30 | |
| 2/7/2008 | | DUPL | $1.20 | |
| 2/7/2008 | | DUPL | $0.80 | |
| 2/7/2008 | | DUPL | $0.50 | |
| 2/7/2008 | | DUPL | $1.80 | |
| 2/7/2008 | | DUPL | $1.10 | |
| 2/7/2008 | | DUPL | $1.70 | |
| 2/7/2008 | | DUPL | $2.10 | |
| 2/8/2008 | | DUPL | $0.80 | |
| 2/8/2008 | | DUPL | $0.80 | |
| 2/8/2008 | | DUPL | $1.70 | |
| 2/8/2008 | | DUPL | $2.60 | |
| 2/8/2008 | | DUPL | $0.20 | |
| 2/8/2008 | | DUPL | $1.90 | |
| 2/8/2008 | | DUPL | $0.80 | |
| 2/8/2008 | | DUPL | $1.80 | |
| 2/11/2008 | | DUPL | $7.00 | |
| 2/11/2008 | | DUPL | $1.40 | |
| 2/11/2008 | | DUPL | $8.40 | |
| 2/11/2008 | | DUPL | $0.10 | |
| 2/11/2008 | | DUPL | $1.10 | |
| 2/11/2008 | | DUPL | $1.40 | |
| 2/11/2008 | | DUPL | $0.10 | |
| 2/11/2008 | | DUPL | $7.00 | |
| 2/11/2008 | | DUPL | $2.20 | |
| 2/11/2008 | | DUPL | $1.20 | |
| 2/11/2008 | | DUPL | $1.40 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/11/2008 | | DUPL | $1.30 | |
| 2/11/2008 | | DUPL | $1.10 | |
| 2/11/2008 | | DUPL | $1.40 | |
| 2/11/2008 | | DUPL | $1.30 | |
| 2/11/2008 | | DUPL | $1.30 | |
| 2/11/2008 | | DUPL | $1.50 | |
| 2/12/2008 | | DUPL | $1.50 | |
| 2/12/2008 | | DUPL | $3.00 | |
| 2/12/2008 | | DUPL | $0.20 | |
| 2/12/2008 | | DUPL | $0.60 | |
| 2/13/2008 | | DUPL | $2.10 | |
| 2/13/2008 | | DUPL | $2.10 | |
| 2/13/2008 | | DUPL | $1.20 | |
| 2/13/2008 | | DUPL | $1.20 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.40 | |
| 2/13/2008 | | DUPL | $0.20 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $2.20 | |
| 2/13/2008 | | DUPL | $0.60 | |
| 2/13/2008 | | DUPL | $0.50 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.70 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $1.10 | |
| 2/13/2008 | | DUPL | $0.40 | |
| 2/13/2008 | | DUPL | $1.00 | |
| 2/13/2008 | | DUPL | $0.60 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.20 | |
| 2/13/2008 | | DUPL | $1.10 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.20 | |
| 2/13/2008 | | DUPL | $1.10 | |
| 2/13/2008 | | DUPL | $0.60 | |
| 2/13/2008 | | DUPL | $0.40 | |
| 2/13/2008 | | DUPL | $0.60 | |
| 2/13/2008 | | DUPL | $0.50 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.40 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.40 | |
| 2/13/2008 | | DUPL | $0.70 | |
| 2/13/2008 | | DUPL | $1.10 | |
| 2/13/2008 | | DUPL | $0.60 | |
| 2/13/2008 | | DUPL | $0.90 | |
| 2/13/2008 | | DUPL | $0.90 | |
| 2/13/2008 | | DUPL | $0.60 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.50 | |
| 2/13/2008 | | DUPL | $0.60 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/13/2008 | | DUPL | $0.50 | |
| 2/13/2008 | | DUPL | $1.00 | |
| 2/13/2008 | | DUPL | $0.50 | |
| 2/13/2008 | | DUPL | $0.20 | |
| 2/13/2008 | | DUPL | $2.40 | |
| 2/13/2008 | | DUPL | $5.10 | |
| 2/13/2008 | | DUPL | $1.50 | |
| 2/13/2008 | | DUPL | $7.20 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $1.40 | |
| 2/13/2008 | | DUPL | $2.70 | |
| 2/13/2008 | | DUPL | $0.20 | |
| 2/13/2008 | | DUPL | $0.20 | |
| 2/13/2008 | | DUPL | $7.60 | |
| 2/13/2008 | | DUPL | $1.90 | |
| 2/13/2008 | | DUPL | $0.80 | |
| 2/13/2008 | | DUPL | $0.20 | |
| 2/13/2008 | | DUPL | $1.20 | |
| 2/13/2008 | | DUPL | $0.30 | |
| 2/13/2008 | | DUPL | $0.90 | |
| 2/13/2008 | | DUPL | $0.10 | |
| 2/14/2008 | | DUPL | $0.30 | |
| 2/14/2008 | | DUPL | $0.70 | |
| 2/14/2008 | | DUPL | $1.10 | |
| 2/14/2008 | | DUPL | $0.20 | |
| 2/14/2008 | | DUPL | $0.30 | |
| 2/14/2008 | | DUPL | $0.10 | |
| 2/14/2008 | | DUPL | $0.10 | |
| 2/14/2008 | | DUPL | $0.50 | |
| 2/15/2008 | | DUPL | $4.50 | |
| 2/15/2008 | | DUPL | $1.20 | |
| 2/15/2008 | | DUPL | $0.50 | |
| 2/15/2008 | | DUPL | $0.10 | |
| 2/15/2008 | | DUPL | $0.50 | |
| 2/15/2008 | | DUPL | $1.50 | |
| 2/15/2008 | | DUPL | $0.20 | |
| 2/15/2008 | | DUPL | $0.50 | |
| 2/15/2008 | | DUPL | $6.70 | |
| 2/15/2008 | | DUPL | $0.40 | |
| 2/15/2008 | | DUPL | $0.40 | |
| 2/19/2008 | | DUPL | $8.40 | |
| 2/19/2008 | | DUPL | $0.40 | |
| 2/19/2008 | | DUPL | $0.50 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.60 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.50 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.10 | |
| 2/19/2008 | | DUPL | $0.20 | |
| 2/19/2008 | | DUPL | $1.30 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/19/2008 | | DUPL | $0.20 | |
| 2/19/2008 | | DUPL | $0.20 | |
| 2/19/2008 | | DUPL | $0.10 | |
| 2/19/2008 | | DUPL | $0.20 | |
| 2/19/2008 | | DUPL | $1.20 | |
| 2/19/2008 | | DUPL | $1.80 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.40 | |
| 2/19/2008 | | DUPL | $0.40 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.40 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.20 | |
| 2/19/2008 | | DUPL | $0.20 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.30 | |
| 2/19/2008 | | DUPL | $0.40 | |
| 2/20/2008 | | DUPL | $0.40 | |
| 2/21/2008 | | DUPL | $21.50 | |
| 2/21/2008 | | DUPL | $0.60 | |
| 2/21/2008 | | DUPL | $1.80 | |
| 2/21/2008 | | DUPL | $0.20 | |
| 2/21/2008 | | DUPL | $0.10 | |
| 2/21/2008 | | DUPL | $0.10 | |
| 2/21/2008 | | DUPL | $0.20 | |
| 2/21/2008 | | DUPL | $1.80 | |
| 2/21/2008 | | DUPL | $0.60 | |
| 2/21/2008 | | DUPL | $0.20 | |
| 2/21/2008 | | DUPL | $1.80 | |
| 2/21/2008 | | DUPL | $0.20 | |
| 2/21/2008 | | DUPL | $1.80 | |
| 2/21/2008 | | DUPL | $0.60 | |
| 2/21/2008 | | DUPL | $5.20 | |
| 2/21/2008 | | DUPL | $97.50 | |
| 2/21/2008 | | DUPL | $0.40 | |
| 2/21/2008 | | DUPL | $0.40 | |
| 2/25/2008 | | DUPL | $63.80 | |
| 2/25/2008 | | DUPL | $63.80 | |
| 2/26/2008 | | DUPL | $9.40 | |
| 2/25/2008 | | DUPL | $0.20 | |
| 2/25/2008 | | DUPL | $1.50 | |
| 2/25/2008 | | DUPL | $2.40 | |
| 2/25/2008 | | DUPL | $0.30 | |
| 2/25/2008 | | DUPL | $1.10 | |
| 2/25/2008 | | DUPL | $0.40 | |
| 2/26/2008 | | DUPL | $0.10 | |
| 2/26/2008 | | DUPL | $13.20 | |
| 2/26/2008 | | DUPL | $0.10 | |
| 2/26/2008 | | DUPL | $0.10 | |
| 2/26/2008 | | DUPL | $0.20 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/26/2008 | | DUPL | $2.50 | |
| 2/26/2008 | | DUPL | $1.60 | |
| 2/27/2008 | | DUPL | $0.20 | |
| 2/27/2008 | | DUPL | $0.30 | |
| 2/27/2008 | | DUPL | $0.40 | |
| 2/27/2008 | | DUPL | $5.40 | |
| 2/27/2008 | | DUPL | $3.00 | |
| 2/27/2008 | | DUPL | $0.40 | |
| 2/27/2008 | | DUPL | $0.50 | |
| 2/27/2008 | | DUPL | $0.60 | |
| 2/27/2008 | | DUPL | $0.40 | |
| 2/28/2008 | | DUPL | $0.30 | |
| 2/28/2008 | | DUPL | $0.30 | |
| 2/28/2008 | | DUPL | $0.20 | |
| 2/28/2008 | | DUPL | $0.20 | |
| 2/28/2008 | | DUPL | $0.20 | |
| 2/28/2008 | | DUPL | $0.30 | |
| 2/28/2008 | | DUPL | $0.30 | |
| 2/28/2008 | | DUPL | $2.40 | |
| 2/28/2008 | | DUPL | $2.50 | |
| 2/28/2008 | | DUPL | $3.40 | |
| 2/28/2008 | | DUPL | $0.70 | |
| 2/28/2008 | | DUPL | $0.20 | |
| 2/28/2008 | | DUPL | $0.30 | |
| 2/28/2008 | | DUPL | $0.30 | |
| 2/28/2008 | | DUPL | $0.30 | |
| 2/28/2008 | | DUPL | $7.40 | |
| 2/28/2008 | | DUPL | $0.70 | |
| 2/28/2008 | | DUPL | $0.40 | |
| 2/28/2008 | | DUPL | $0.20 | |
| 2/28/2008 | | DUPL | $0.10 | |
| 2/28/2008 | | DUPL | $2.10 | |
| 2/28/2008 | | DUPL | $0.20 | |
| 2/28/2008 | | DUPL | $5.40 | |
| 2/28/2008 | | DUPL | $2.10 | |
| 2/28/2008 | | DUPL | $0.10 | |
| 2/28/2008 | | DUPL | $1.30 | |
| 2/28/2008 | | DUPL | $0.10 | |
| 2/28/2008 | | DUPL | $0.50 | |
| 2/28/2008 | | DUPL | $0.40 | |
| 2/28/2008 | | DUPL | $0.20 | |
| 2/28/2008 | | DUPL | $0.10 | |
| 2/28/2008 | | DUPL | $0.50 | |
| 2/29/2008 | | DUPL | $0.20 | |
| 2/29/2008 | | DUPL | $0.60 | |
| 2/29/2008 | | DUPL | $0.20 | |
| 2/29/2008 | | DUPL | $0.20 | |
| 2/29/2008 | | DUPL | $0.10 | |
| 2/29/2008 | | DUPL | $6.40 | |
| 2/29/2008 | | DUPL | $2.80 | |
| 2/29/2008 | | DUPL | $2.60 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|------|-----------|-----------|-----------:|----------|
| 2/29/2008 | | DUPL | $0.10 | |
| 2/29/2008 | | DUPL | $0.10 | |
| 2/29/2008 | | DUPL | $2.10 | |
| 2/29/2008 | | DUPL | $2.10 | |
| 2/29/2008 | | DUPL | $0.30 | |
| 2/29/2008 | | DUPL | $0.30 | |
| | | | $607.80 | |
| 2/29/2008 | Divack, Joshua I | LEXI | $136.35 | VENDOR: LEXIS - NEXIS; INVOICE#: 2292008; DATE: 2/29/2008 - RESEARCH DONE DURING THE MONTH OF FEBRUARY 2008 |
| 2/4/2008 | Grewal, Preetpal | LEXI | $8.60 | VENDOR: LEXIS - NEXIS; INVOICE#: 0802049536; DATE: 2/29/2008 - RESEARCH DONE DURING THE MONTH OF FEBRUARY 2008 |
| 2/11/2008 | Keary, Emmet | LEXI | $1,234.54 | VENDOR: LEXIS - NEXIS; INVOICE#: 0802049536; DATE: 2/29/2008 - RESEARCH DONE DURING THE MONTH OF FEBRUARY 2008 |
| 2/11/2008 | Smith, Jason | LEXI | $1,133.19 | VENDOR: LEXIS - NEXIS; INVOICE#: 0802049536; DATE: 2/29/2008 - RESEARCH DONE DURING THE MONTH OF FEBRUARY 2008 |
| | | | $2,512.68 | |
| 2/1/2008 | Keary, Emmet | MEAL | $20.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 300795; DATE: 2/3/2008 |
| 2/1/2008 | Keary, Emmet | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 6; DATE: 2/11/2008 |
| 2/4/2008 | Keary, Emmet | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 6; DATE: 2/11/2008 |
| 2/7/2008 | Keary, Emmet | MEAL | $14.30 | VENDOR: EMMET KEARY; INVOICE#: 6; DATE: 2/11/2008 |
| 2/8/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 30490; DATE: 2/10/2008 |
| 2/7/2008 | Keary, Emmet | MEAL | $20.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 30490; DATE: 2/10/2008 |
| 2/7/2008 | Zawadzki, Jeffrey | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 30490; DATE: 2/10/2008 |
| 2/6/2008 | Smith, Jason | MEAL | $26.67 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 30490; DATE: 2/10/2008 |
| 2/6/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 30490; DATE: 2/10/2008 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/11/2008 | Keary, Emmet | MEAL | $9.67 | VENDOR: EMMET KEARY; INVOICE#: 7; DATE: 2/20/2008 |
| 2/15/2008 | Zawadzki, Jeffrey | MEAL | $12.59 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 304984; DATE: 2/17/2008 |
| 2/13/2008 | Zawadzki, Jeffrey | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 304984; DATE: 2/17/2008 |
| 2/11/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 304984; DATE: 2/17/2008 |
| 2/1/2008 | Divack, Joshua I | MEAL | $42.93 | VENDOR: DIVACK, JOSHUA I.; INVOICE#: 2; DATE: 2/25/2008 |
| 2/20/2008 | Keary, Emmet | MEAL | $14.71 | VENDOR: EMMET KEARY; INVOICE#: 8; DATE: 2/25/2008 |
| 2/21/2008 | Schnitzer, Edward L. | MEAL | $32.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 308553; DATE: 2/24/2008 |
| 2/21/2008 | Keary, Emmet | MEAL | $33.35 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 308553; DATE: 2/24/2008 |
| 2/29/2008 | Keary, Emmet | MEAL | ($6.07) | Cancellation of: 8/7/07 VENDOR: EMMET KEARY; INVOICE#: 3; DATE: 1/21/2008 |
| 2/29/2008 | Keary, Emmet | MEAL | ($10.51) | Cancellation of: VENDOR: EMMET KEARY; INVOICE#: 3; DATE: 1/21/2008 |
| 2/29/2008 | Keary, Emmet | MEAL | ($4.00) | Cancellation of: VENDOR: EMMET KEARY; INVOICE#: 4; DATE: 1/28/2008 |
| 2/29/2008 | Keary, Emmet | MEAL | ($12.55) | Cancellation of: VENDOR: EMMET KEARY; INVOICE#: 4; DATE: 1/28/2008 |
| 2/29/2008 | Divack, Joshua I | MEAL | $14.16 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 310312; DATE: 3/2/2008 |
| 2/28/2008 | Keary, Emmet | MEAL | $15.53 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 310312; DATE: 3/2/2008 |
| 2/27/2008 | Keary, Emmet | MEAL | $33.35 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 310312; DATE: 3/2/2008 |
| 2/26/2008 | Zawadzki, Jeffrey | MEAL | $26.95 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 310312; DATE: 3/2/2008 |
| 2/25/2008 | Keary, Emmet | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 9; DATE: 3/11/2008 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/27/2008 | Keary, Emmet | MEAL | $14.58 | VENDOR: EMMET KEARY; INVOICE#: 9; DATE: 3/11/2008 |
| 2/29/2008 | Keary, Emmet | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 9; DATE: 3/11/2008 |
| 1/8/2008 | Keary, Emmet | MEAL | $8.64 | VENDOR: EMMET KEARY; INVOICE#: 13; DATE: 4/9/2008 |
| 2/29/2008 | Power, Mark | MEAL | $27.47 | VENDOR: POWER, MARK T.; INVOICE#: 3; DATE: 4/10/2008 |
| | | | $529.10 | |
| 2/29/2008 | Craner, Katherine G. | ODEL | $7.89 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E058; DATE: 2/2/2008 |
| | | | $7.89 | |
| 2/26/2008 | Power, Mark | SEAR | $6.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04042008; DATE: 4/4/2008 - LEGAL RESEARCH DURING THE MONTHS OF JANUARY THROUGH MARCH 2008 |
| 2/27/2008 | Power, Mark | SEAR | $44.08 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04042008; DATE: 4/4/2008 - LEGAL RESEARCH DURING THE MONTHS OF JANUARY THROUGH MARCH 2008 |
| 1/8/2008 | Power, Mark | SEAR | $4.80 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04042008; DATE: 4/4/2008 - LEGAL RESEARCH DURING THE MONTHS OF JANUARY THROUGH MARCH 2008 |
| 2/13/2008 | Power, Mark | SEAR | $4.08 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04042008; DATE: 4/4/2008 - LEGAL RESEARCH DURING THE MONTHS OF JANUARY THROUGH MARCH 2008 |
| | | | $59.52 | |
| 2/1/2008 | Schnitzer, Edward L. | TELE | $0.75 | 13025716552; 3 Mins. |
| 2/1/2008 | Keary, Emmet | TELE | $0.25 | 12028987349; 1 Mins. |
| 2/1/2008 | Keary, Emmet | TELE | $0.25 | 12028988839; 1 Mins. |
| 2/4/2008 | Schnitzer, Edward L. | TELE | $1.00 | 13025715033; 4 Mins. |
| 2/5/2008 | Schnitzer, Edward L. | TELE | $2.00 | 13025763591; 8 Mins. |
| 2/1/2008 | Zawadzki, Jeffrey | TELE | $3.25 | 13025716655; 13 MINS. |
| 2/1/2008 | Zawadzki, Jeffrey | TELE | $1.00 | 13025716655; 4 MINS. |
| 2/5/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 13025716655; 1 Mins. |
| 2/6/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025716753; 1 Mins. |
| 2/6/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025716646; 1 Mins. |
| 2/6/2008 | Schnitzer, Edward L. | TELE | $3.50 | 13025716646; 14 Mins. |
| 2/6/2008 | Keary, Emmet | TELE | $0.75 | 13025716552; 3 Mins. |
| 2/7/2008 | Schnitzer, Edward L. | TELE | $1.25 | 13025763591; 5 Mins. |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 2/7/2008 | Schnitzer, Edward L. | TELE | $1.00 | 13025716753; 4 Mins. |
| 2/7/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13302571664; 1 Mins. |
| 2/7/2008 | Schnitzer, Edward L. | TELE | $0.50 | 13025716646; 2 Mins. |
| 2/8/2008 | Schnitzer, Edward L. | TELE | $3.00 | 13025716621; 12 Mins. |
| 2/12/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 14105282303; 1 Mins. |
| 2/12/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 13016340233; 1 Mins. |
| 2/13/2008 | Keary, Emmet | TELE | $1.25 | 13026585686; 5 Mins. |
| 2/15/2008 | Keary, Emmet | TELE | $1.00 | 13025716600; 4 Mins. |
| 2/15/2008 | Keary, Emmet | TELE | $2.00 | 13025716600; 8 Mins. |
| 2/19/2008 | Schnitzer, Edward L. | TELE | $1.50 | 13025763591; 6 Mins. |
| 2/19/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13023519167; 1 Mins. |
| 2/19/2008 | Schnitzer, Edward L. | TELE | $1.25 | 13025715033; 5 Mins. |
| 2/25/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025716646; 1 Mins. |
| 2/26/2008 | Schnitzer, Edward L. | TELE | $0.50 | 13025716646; 2 Mins. |
| 2/27/2008 | Schnitzer, Edward L. | TELE | $2.00 | 13023837657; 8 Mins. |
| 2/29/2008 | Schnitzer, Edward L. | TELE | $0.50 | 13025716753; 2 Mins. |
| | | | $30.50 | |
| 2/1/2008 | Indelicato, Mark S | TELE | $25.00 | VENDOR: INDELICATO; INVOICE#: 7; DATE: 3/3/2008 |
| 2/11/2008 | Indelicato, Mark S | TELE | $0.10 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0401; DATE: 4/1/2008 |
| 1/31/2008 | Keary, Emmet | TELE | $50.34 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0401; DATE: 4/1/2008 |
| 2/21/2008 | Keary, Emmet | TELE | $0.10 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0401; DATE: 4/1/2008 |
| 2/14/2008 | Power, Mark | TELE | $0.75 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0401; DATE: 4/1/2008 |
| 2/4/2008 | Power, Mark | TELE | $21.85 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0401; DATE: 4/1/2008 |
| 2/25/2008 | Keary, Emmet | TELE | $99.92 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0401; DATE: 4/1/2008 |
| 2/11/2008 | Indelicato, Mark S | TELE | $69.74 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0401; DATE: 4/1/2008 |
| | | | $267.80 | |
| 2/27/2008 | Schnitzer, Edward L. | TRAV | $300.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 5; DATE: 2/27/2008 |
| 2/1/2008 | Indelicato, Mark S | TRAV | $332.00 | VENDOR: INDELICATO; INVOICE#: 7; DATE: 3/3/2008 |
| 2/1/2008 | Power, Mark | TRAV | $332.00 | VENDOR: POWER, MARK T.; INVOICE#: 6; DATE: 3/31/2008 |
| 2/2/2008 | Power, Mark | TRAV | $282.00 | VENDOR: POWER, MARK T.; INVOICE#: 6; DATE: 3/31/2008 |
| 2/15/2008 | Power, Mark | TRAV | $14.00 | VENDOR: POWER, MARK T.; INVOICE#: 6; DATE: 3/31/2008 |
| 2/14/2008 | Power, Mark | TRAV | ($70.50) | VENDOR: POWER, MARK T.; INVOICE#: 6; DATE: 3/31/2008 |
| | | | $1,189.50 | |
| Total: | | | $5,693.64 | |