**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., _et al._.[1] | : | (Jointly Administered) |
|  | : |  |
| Debtors | : | **Objections Due By**: **July 8, 2008 at 4:00 p.m.** |
|  | : |  |

---------------------------------------------------------------

**EIGHTH MONTHLY APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | **HAHN & HESSEN LLP** |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | November 28, 2007 (effective August 14, 2007) |
| Period for which Compensation and Reimbursement of Expenses is Sought: | March 1, 2008 through March 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $208,726.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,406.70 |

This is a ☒ monthly ☐ interim ☐ final application.

| | | |
|---|---|---|
| 80% OF FEES FOR PERIOD 3/1/08-3/31/08: | $166,980.80 | (Holdback: $41,745.20) |
| 100% OF DISBURSEMENTS: | $6,406.70 | |
| TOTAL DUE: | $173,387.50 | |

---

[1]     The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 11/30/2007 | 8/14/2007-8/31/2007 | $213,416.00 | $3,416.60 | Approved | Approved |
| 12/5/2007 | 9/1/2007-9/30/2007 | $347,084.50 | $10,120.65 | Approved | Approved |
| 12/12/2007 | 10/1/2007-10/31/2007 | $510,177.00 | $16,821.21 | Approved | Approved |
| 3/20/2008 | 11/1/2007-11/30/2007 | $234,223.00 | $9,396.14 | Approved | Approved |
| 3/20/2008 | 12/1/2007-12/31/2007 | $160,662.50 | $4,795.49 | Approved | Approved |
| 3/20/2008 | 1/1/2008-1/31/2008 | $226,308.50 | $5,000.27 | Approved | Approved |
| 6/13/2008 | 2/1/2008-2/29/2008 | $186,108.50 | $5,693.64 | Pending | Pending |

**ATTORNEY/PARAPROFESSIONAL SUMMARY**

| Name of Professional Person | Position of the Applicant (Year Licensed to Practice) | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mark S. Indelicato | Partner (1986) | $695.00 | 60.50 | $42,047.50 |
| Mark T. Power | Partner (1989) | $695.00 | 63.30 | $43,993.50 |
| Don D. Grubman | Partner (1979) | $625.00 | 40.30 | $25,187.50 |
| John P. McCahey | Partner (1986) | $695.00 | 7.50 | $5,212.50 |
| John A. Amato | Partner (1986) | $695.00 | 5.80 | $4,031.00 |
| Howard Ruda | Of Counsel (1959) | $475.00 | 3.00 | $1,425.00 |
| Edward L. Schnitzer | Associate (1998) | $465.00 | 41.40 | $19,251.00 |
| Jeffrey Zawadzki | Associate (2004) | $325.00 | 41.20 | $13,390.00 |
| Emmet Keary | Associate (2006) | $280.00 | 133.40 | $37,352.00 |
| Jason W. Smith | Paralegal (N/A) | $230.00 | 73.20 | $16,836.00 |
| **Grand Totals:** | | | **469.60** | **$208,726.00** |
| **Blended Rate:** | **$ 444.48** | | | |
| **Blended Rate excluding Paraprofessionals:** | **$ 484.08** | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General | 2.10 | $680.50 |
| Creditors' Committee | 143.00 | $46,847.50 |
| Retentions | 3.50 | $1,191.00 |
| DIP/Investigation of Lien | 136.50 | $78,563.00 |
| Sale of Assets | 98.80 | $51,815.50 |
| Professional Fees | 42.40 | $11,066.50 |
| Avoidance Actions | 1.30 | $742.50 |
| Litigation | 21.10 | $8,157.00 |
| Plan and Disclosure Statement | 10.80 | $3,605.00 |
| Employee Issues | 3.50 | $1,618.50 |
| Investigation of Company | 6.60 | $4,439.00 |
| **Total:** | **469.60** | **$208,726.00** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare <br> *[re: Attorney/Staff working after hours or traveling]* | Skyline Credit Ride Inc. | $1,566.81 |
| Courier Service | Deluxe Delivery Systems, Inc. | $6.89 |
| Duplicating [at 10¢ per page] | | $617.80 |
| Lexis | Lexis-Nexis | $1,196.71 |
| Meals <br> *[re: Attorney/Staff working after hours or traveling]* | Seamless Web Professional Solutions, Inc. | $653.62 |
| Search | Pacer Service Center | $1,380.22 |
| Long Distance Telephone | | $29.75 |
| Court Call Conference | | $339.85 |
| Travel | | $402.50 |
| Word Processing | | $212.55 |
| Total: | | **$6,406.70** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., _et al._.[2] | : | (Jointly Administered) |
| | : | |
| Debtors | : | |
| | : | |

---------------------------------------------------------------

**EIGHTH MONTHLY APPLICATION OF HAHN & HESSEN LLP,
FOR ALLOWANCE OF FEES AND EXPENSES AS CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
          UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the provisions of sections 330 and 331 of Title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, HAHN & HESSEN LLP ("H&H") or (the "Applicant") submits this application seeking the Court's approval of its Eighth monthly request for compensation and reimbursement of expenses as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") during the period of March 1, 2008 through March 31, 2008 (the "Compensation Period"), and in support thereof respectfully represents:

---

[2]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1.      H&H submits this Eighth monthly application for allowance of $215,132.70 for services provided to the Committee during the Compensation Period consisting of (i) fees in the amount of $208,726.00, and (ii) out-of-pocket expenses in the amount of $6,406.70.

## Background

2.      On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc., et al. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management and operation of their businesses as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' cases.

3.      On August 14, 2007, the United States Trustee for the District of Delaware appointed the Committee, which is comprised of the following seven (7) members:  Wilmington Trust Company; United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent; The Bank of New York Trust Company, N.A.[3]; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit & Capital, Inc.; Impac Funding Corporation; and Waldners Business Environments, Inc[4].

4.      The Committee elected Wilmington Trust Company, as Trustee, and The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee.  The Committee then selected H&H as its counsel, Blank Rome LLP as co-counsel, and BDO Seidman as financial advisors.

---

[3] The Bank of New York Trust Company resigned from the Committee and was replaced with Law Debenture Trust Company of New York pursuant to notice of the Office of the United States Trustee dated December 7, 2007.

[4] Waldner Business Environments, Inc. subsequently resigned from the Committee and has not yet been replaced.

5.      Pursuant to an order of this Court dated November 28, 2007, a copy of which is annexed hereto as Exhibit "A", H&H was authorized to represent the interests of the Committee under a general retainer, effective as of August 14, 2007.

6.      The attorneys at H&H with primary responsibility for the representation of the Committee in this case are Jeffrey L. Schwartz, Mark S. Indelicato and Mark T. Power, each of whom is a partner at H&H.  Mr. Schwartz is a 1973 graduate of Cornell University and a 1976 graduate of New York University School of Law.  Mr. Indelicato is a 1982 graduate of New York University, Stern School of Business and a 1985 graduate of Fordham University School of Law.  Mr. Power graduated in 1985 from George Washington University and earned his Juris Doctor in 1988 from Boston College Law School.  In an effort to keep duplication of efforts down to a minimum, Applicant has allocated, where appropriate, the tasks performed by Messrs. Schwartz, Indelicato and Power to separate and discrete tasks.  Mr. Schwartz has particular expertise regarding issues involving counter-parties to financial contracts in subprime lending, and has been particularly involved in these cases in that area.  Mr. Indelicato's and Mr. Power's legal careers have both been in the area of bankruptcy and creditors' rights, with a substantial focus on representing creditors committees in Chapter 11 cases.  As such, they are responsible for the day-to-day oversight of the case.

7.      This Monthly Fee Application is submitted in accordance with the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 4, 2007 [Docket No. 547] (the "Administrative Fee Order").

<u>**Summary of H&H Services During the Compensation Period**</u>

8.      From the outset, these cases have been extremely active and challenging, with a multitude of substantial motions and adversary proceedings commenced during the first few weeks of the case.  Applicant devoted considerable time and attention at the inception of its retention getting up to speed quickly on the underlying facts and be able to respond appropriately to the myriad of expedited matters filed in the case.  During the month of March 2008, H&H expended 469.60 hours in connection with its services on behalf of the Committee.  H&H submits that the services it has rendered to the Committee have been necessary and in the best interests of creditors and the Debtors' estates and have furthered the goals of all parties in interest.  H&H's services concentrated in, but were not limited to, the following areas:

**(a)**      <u>**General**</u>

9.      H&H expended 0.50 hours with respect to services under this category, for which total compensation amounts to $232.50.  Applicant's services included examining recently filed pleadings and regularly updating calendar events.

**(b)**      <u>**Creditors' Committee**</u>

10.      H&H expended 143.00 hours with respect to services under this category, for which total compensation amounts to $46,847.50.  Applicant's services included reviewing the numerous motions filed by the Debtors and responses and/or objections filed to these motions.  Pleadings were summarized for consideration by the Committee during our meetings.  Applicant prepared for and participated in several meetings with the Committee, local counsel and BDO, to discuss the sale of the thrift, settlement discussions with Bank of America and BDO's reports to the committee.  Applicant also had numerous conference calls with Debtors'

counsel to discuss the many outstanding issues in the case.  Applicant also spent time preparing

for and attending omnibus hearing dates before the Honorable Christopher S. Sontchi.

**(c)**     **Retentions**

11.     H&H expended 3.50 hours with respect to services under this category, for

which total compensation amounts to $1,191.00.  Applicant spent time reviewing various

motions, orders and applications regarding retention issues.  Applicant's services also included

review of supplemental ordinary course professionals list.

 **(d)**     **DIP and Cash Collateral/Investigation of Lien**

12.     H&H expended 136.50 hours with respect to services under this category,

for which total compensation amounts to $78,563.00.  Applicant's services include document

review and extensive analysis of Bank of America secured position against the Debtors' estate.

Applicant also participated in extensive negotiations to develop a settlement of certain

outstanding issues with Bank of America.  Applicant worked closely with BDO as financial

advisors to the Committee to review and negotiate a settlement with Bank of America.

Applicant prepared for and participated in numerous teleconference calls and emails with

Committee professionals, Debtors' professionals, BDO and Kroll Zolfo concerning the Bank of

America proposal, counter offers and proposed settlement.

**(e)**     **Sale of Assets**

13.     H&H expended 98.80 hours with respect to services under this category,

for which total compensation amounts to $51,815.50.  Applicant prepared and participated in

multiple conference calls and e-mails with Debtors and Debtors' counsel and Committee

professionals to address custodial issues affecting certain loan sales, the proposed sale of the

Thrift, revised purchase agreement and bids for various loans, and finally issues related to the

final closing of the sale of the servicing business.  Applicant services also included a review of proposed license with WLR, various bids for the unencumbered loan pool, revised TSA and APA related thereto as well as revised servicing agreement and closing documents for the final closing on the sale of the servicing business.

**(f)**    **Profession Fees**

14.    H&H expended 42.40 hours with respect to services under this category, for which total compensation amounts to $11,066.50.  Applicant's services included extensive attention to and review of certain professionals' fee applications; and continually updating a spreadsheet detailing the fees and expenses of professionals and drafted summaries to submit to committee members.  Applicant also spent time drafting, reviewing and revising Committee's fourth, fifth, sixth and interim fee applications.  Applicant's attorneys also frequently participated in conferences, e-mails, and telephone conferences with Committee members regarding the forgoing.

**(g)**    **Avoidance Actions**

15.    H&H expended 0.70 hours with respect to services under this category, for which total compensation amounts to $325.50.  Applicant's services included review and analysis of Debtors' preference analysis for Vicom.

**(h)**    **Litigation**

16.    H&H expended 21.10 hours with respect to services under this category, for which total compensation amounts to $8,157.00.  Applicant reviewed all pleadings and related issues regarding various adversary proceeding including but not limited to, the Broadhollow, Lehman, Wells Fargo, Bank of America and Bear Sterns' adversary proceedings.  Applicant was also involved in various discovery issues related to the Bank of America motion

for relief from the stay.  Applicant participated in discussion with counsel for all parties

regarding the status of these various litigations and the issues central to each case.

**(i)      Plan and Disclosure Statement**

17.     H&H expended 10.80 hours with respect to services under this category,

for which total compensation amounts to $3,605.00.  Applicant's services included a review of

and analysis of plan term sheet and issues related to substantive consolidation.

**(j)      Employee Issues**

18.     H&H expended 3.50 hours with respect to services under this category, for

which total compensation amounts to $1,618.50.  Applicant's services included review of

pleadings and related issues regarding the WARN Act Litigation which includes but not limited

to, review of plaintiffs' motion to file amended complaint, Debtors' response to plaintiffs'

motion and exert report.

**(k)      Investigation of Company**

19.     H&H expended 6.60 hours with respect to services under this category, for

which total compensation amounts to $4,439.00.  Applicant's services included negotiations and

participating in conferences and telephone conversations with Debtors' counsel and Committee

professionals regarding Committee's document request.  Applicant also spent time reviewing

request and debtors' public filings in 2006.

**H&H Fees for the Compensation Period**

20.     Under all of the criteria normally examined in Chapter 11 reorganization

cases, H&H's total requested compensation of $208,726.00 is reasonable in light of the

significant work performed by H&H to date.  The hourly rate for each attorney and

paraprofessional who performed the foregoing services on behalf of the Committee is set forth in detail in the prefixed Summary Cover Sheet.

21.     Annexed hereto and made a part hereof as Exhibit "B" are computer-generated invoices taken from the timesheets maintained by the individuals who performed services during the Compensation Period.  The invoices indicate the dates of and description of the services for which H&H seeks compensation, and the hours spent in performance of such services.

22.     In certain instances, H&H's time records may indicate that two or more attorneys attended the same meeting or hearing.  Where more than one attorney attended a meeting or hearing, it was due in part to the expertise related to a specific issue that one particular attorney was handling and/or because one attorney was more familiar with specific topics to be discussed or presented at the meeting or hearing.  Applicant made every effort to minimize such dual attendance while at the same time assuring that the interests of the Committee and the creditor body was adequately represented.  Applicant, therefore, believes that the time for both attorneys at such meetings and/or hearings are properly compensable.

23.     Based on the above and in accordance with the Administrative Fee Order, H&H requests allowance of monthly compensation for March 2008 in the amount of $208,726.00, and payment of $166,980.80 representing eighty percent (80%) of such compensation.

### Disbursements Incurred During the Compensation Period

24.     The annexed Exhibit "C" itemizes H&H's out-of-pocket expenses incurred in connection with its services during the Compensation Period.  Pursuant to Local Rule 2016-2(e), H&H's expenses are summarized in the prefixed Cover Sheet.  H&H charges its

clients $0.10 per page photocopying expense. Applicant charges its clients $1.25 per page for

outgoing facsimile transmission but in accordance with the Local Rules of this court, seeks

reimbursement of only $1.00 per page. Actual long-distance carrier charges for outgoing

facsimile transmission are reflected in the long-distance telephone charges. H&H believes these

expenses are reasonable and were necessarily made. H&H respectfully requests reimbursement

thereof in the sum of $6,406.70.

25.    In providing a reimbursable service, H&H does not make a profit on that

service and does not include in the amount for which reimbursement is sought the amortization

of the cost of any investment, equipment or capital outlay.

26.    H&H reserves the right to request in subsequent monthly applications

reimbursement for expenses actually incurred during the Compensation Period but which do not

appear on the annexed Exhibits "B" and "C" because either charges have not yet been posted in

H&H's billing system, or have not yet been billed by a third party vendor.

**WHEREFORE**, H&H respectfully requests that the Court enter an order

allowing compensation in the amounts set forth herein and provide such other and further relief

as may be just and equitable.

Dated:    New York, New York
       June 17, 2008

                             **HAHN & HESSEN LLP**
                             Co-Counsel to The Official Committee of
                             Unsecured Creditors of American Home Mortgage
                             Holdings, Inc., et al. Debtors

By:  Mark S. Indelicato (A Member of the Firm)
                             488 Madison Avenue
                             New York, NY  10022
                             (212) 478-7200
                             (212) 478-7400 facsimile

1470156