# EXHIBIT B

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 001 | GENERAL |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/06/08 | Examining docket and updating calendars (1.6). | EK | 1.60 | 448.00 |
| 03/06/08 | Review debtors' objection to Kirk motion for relief and draft joinder. | ELS | 0.50 | 232.50 |

|  | TOTAL HOURS | 2.10 | |
|--|-------------|------|--|

TOTAL SERVICES ....................................................................... $    680.50

DISBURSEMENT SUMMARY

| | |
|--|--|
| LONG DISTANCE TELEPHONE CHARGES | $30.23 |
| CARFARE | $910.86 |
| DUPLICATING | $47.80 |
| LEXIS | $175.07 |
| MEALS | $119.58 |
| SEARCH FEES | $28.16 |
| WORD PROCESSING OVERTIME | $212.55 |

TOTAL DISBURSEMENTS ........................................................... $    1,524.25

TOTAL FEES & DISBURSEMENTS ............................................ $    2,204.75

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 550 | Keary | 1.60 | 280.00 | 448.00 |
| 486 | Schnitzer | 0.50 | 465.00 | 232.50 |
| ATTY TOTAL | | 2.10 | | 680.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
002    CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/03/08 | Examining docket and updating calendars (1.9); meeting with ELS and JS and preparations [.3]; confer with Suze Boyle, AHM employee, re administration claim [.4]. | EK | 2.60 | 728.00 |
| 03/03/08 | Meeting with EK and JS re: this week's objection deadlines and draft email to debtors re: same. | ELS | 0.30 | 139.50 |
| 03/03/08 | Review and distribute docket pleadings 3137-3148. | JS | 0.50 | 115.00 |
| 03/03/08 | Review e-mails and motions filed by various parties. | MSI | 0.30 | 208.50 |
| 03/04/08 | Updating calendars and examination of docket entries (1.1); working on minutes of committee meetings (2.1); summary of BoA motion and CB Richard Ellis motion to be distributed to the committee [1.3]. | EK | 4.50 | 1,260.00 |
| 03/04/08 | Emails to the committee regarding agenda and schedule of committee call. | ELS | 0.60 | 279.00 |
| 03/04/08 | Docket and pleadings review and distribution of DI 3149 - 3152 (.80). | JS | 0.80 | 184.00 |
| 03/04/08 | Review docket and recent motions (.70); revise contact list (.10). | JXZ | 0.80 | 260.00 |
| 03/04/08 | Revise and edit summaries to the Committee (.40); meeting with EK regarding same (.20); review revisions to the minutes (.40); meeting with ELS regarding various motions and settlements (.40). | MSI | 1.40 | 973.00 |
| 03/04/08 | Review EK e-mail to committee with revised agenda | MTP | 0.20 | 139.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/08 | Examining docket and updating calendars [1.7]; attending and preparing for committee call [2.1]. | EK | 3.80 | 1,064.00 |
| 03/05/08 | Prepare for committee call and attend committee call re: sale of Thrift and settlement discussions with Bank of America (1.90); E-mails re: foreclosure procedure motion and draft email to debtors' counsel re: same (.60). | ELS | 2.50 | 1,162.50 |
| 03/05/08 | Review and distribute docket and pleadings 31-53-3170 (.60); review, distribute and analysis of North West Trustee's Sixth and Seventh Fee Applications (1.80) research and distribute final cash collateral order for ELS (.30). | JS | 2.70 | 621.00 |
| 03/05/08 | Review summaries (.30); review agenda (.10); review BDO financial update (.40); prepare for and attend committee/debtor conference call (1.50). | JXZ | 2.30 | 747.50 |
| 03/05/08 | Review and respond to e-mails on the latest BoA issues (.40); review material in preparation for committee meeting (.40); attend conference call meeting of the committee to address Thrift issues and BoA proposal (1.30). | MSI | 2.10 | 1,459.50 |
| 03/05/08 | Prepare for (.4) and attend conference call with committee on various matters including BoA settlement and Thrift sale (1.3) | MTP | 1.70 | 1,181.50 |
| 03/06/08 | Drafting minutes of committee call [2.4]. | EK | 2.40 | 672.00 |
| 03/06/08 | Meeting with MSI re: foreclosure procedures and phone call with AHM's attorney re: same (.70); | ELS | 0.70 | 325.50 |
| 03/06/08 | Review docket and pleadings filed (.40); update calendar events (.40). | JS | 0.80 | 184.00 |
| 03/06/08 | Review and respond to e-mails with ELS regarding motion on foreclosures, settlements and adversaries (.40); review documents regarding same (.80). | MSI | 1.20 | 834.00 |
| 03/07/08 | Phone call and emails re: Wells Fargo adversary protective order issue. | ELS | 0.30 | 139.50 |
| 03/07/08 | Review docket 3180 notice of hearing and calendar events (.30); review and distribute docket and pleadings entered DI 3179-3198 (1.70). | JS | 2.00 | 460.00 |
| 03/07/08 | Review docket and recent motions and responses (1.20). | JXZ | 1.20 | 390.00 |
| 03/10/08 | Review docket and pleadings DI 3199-3212 (.70); update calendar to reflect Omnibus Dates Order (.70) | JS | 1.40 | 322.00 |
| 03/10/08 | Review docket and recent motions (.90); calendar maintenance (.10); review and revise minutes (.50). | JXZ | 1.50 | 487.50 |
| 03/11/08 | Examining docket and updating calendars [1.9]; sending correspondence to Josh Moese [.4]; legal research regarding antecedent debt issue [5.1]; working on Hennigan Bennett retention [.7] | EK | 8.10 | 2,268.00 |
| 03/11/08 | Review agenda and prepare for 3/13/2008 hearing (2.70); review and distribution of docket and pleadings 3213-3234 including DI 3227 declaration in support of Katherine Windler (1.80). | JS | 4.50 | 1,035.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/11/08 | Review hearing agenda (.10); review docket and recent motions (.40). | JXZ | 0.50 | 162.50 |
| 03/12/08 | Examining docket and updating calendar [1.8]; reviewing and summarizing Price Waterhouse Coopers retention [.8] | EK | 2.60 | 728.00 |
| 03/12/08 | Review Bank of America claims (2.0); review and distribute docket DIs 3235-3261 including review of Alan Weinreb February fee app and amended agenda for hearing. (1.80). | JS | 3.80 | 874.00 |
| 03/12/08 | Attention to creditor inquiries (.20); review docket, orders and recent motions (.50). | JXZ | 0.70 | 227.50 |
| 03/12/08 | Review issues for committee call and pending motions. | MSI | 0.40 | 278.00 |
| 03/13/08 | Examining docket and updating calendars [1.7]; drafting notices re committee call and preparing for conference call - review BDO report [.8]; attending conference call and discussing call afterwards; drafting minutes of the conference call for Committee [2.4] | EK | 4.90 | 1,372.00 |
| 03/13/08 | Review revised foreclosure procedures with MTP and MSI re: same; revise same and phone call with debtors' attorney re: same. | ELS | 0.50 | 232.50 |
| 03/13/08 | Review docket and recent pleadings, including 3279 Motion to shorten time; Cadwalader Wickersham Fee App; DI 3273 YCSTs January Fee App; and DI 3262-3279 (2.20) Update committee's fee examiners chart (.40) | JS | 2.60 | 598.00 |
| 03/13/08 | Review hearing agenda (.10); review docket and recent motions (.30); committee conference call (.60); review financial analysis (.30); review Calyon scheduling order (.20). | JXZ | 1.50 | 487.50 |
| 03/13/08 | Review material in preparation for committee meeting including BDO report (.70); telephone conversation with Berliner regarding same (.20); attend committee meeting (.80). | MSI | 1.70 | 1,181.50 |
| 03/13/08 | Attention to Debtors motion to revise procedures for foreclosures and discuss with EK (.4); review BDO report to Committee (.5); participate in Committee meeting (partial (.5) | MTP | 1.40 | 973.00 |
| 03/14/08 | Examining docket and updating calendars [1.8] | EK | 1.80 | 504.00 |
| 03/14/08 | Review docket and recent motions (1.00). | JXZ | 1.00 | 325.00 |
| 03/17/08 | Examining docket and updating calendar [1.9]; meeting with ELS and JS re strategy [.3]; examining Sandra Kraege Higby to compel [.9]. | EK | 3.10 | 868.00 |
| 03/17/08 | E-mails to debtors' counsel regarding Viacom (.20). | ELS | 0.20 | 93.00 |
| 03/17/08 | Email to debtors' counsel re: Vicom (.20). | ELS | 0.20 | 93.00 |
| 03/17/08 | Prepare for meeting with ELS & EK on upcoming events (.70); weekly meeting with ELS & EK (.40); review docket and pleadings filed DI 3319-3328 (.50). | JS | 1.60 | 368.00 |
| 03/17/08 | Review docket and recent motions and objections (.40). | JXZ | 0.40 | 130.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/18/08 | Examining docket and updating calendars [1.7]; adversary proceeding docket examination and summarizing [2.4] | EK | 4.10 | 1,148.00 |
| 03/18/08 | Phone call with Bear Stearns' attorney re: confidential documents. | ELS | 0.40 | 186.00 |
| 03/18/08 | Review docket and recent motions (1.00). | JXZ | 1.00 | 325.00 |
| 03/18/08 | Review various motions filed (.70); meeting with ELS regarding same (.20). | MSI | 0.90 | 625.50 |
| 03/19/08 | Examining docket and updating calendar; examining fifth and collateral stipulation [1.8] | EK | 1.80 | 504.00 |
| 03/19/08 | Review docket and recent pleadings (.30); review and distribute various affidavit ordinary course professional, fee app of Kroll Zolfo for Dec and Jan, calendar events (.70); distribution of pleadings requested by JXZ (.40). | JS | 1.40 | 322.00 |
| 03/19/08 | Review docket and recent motions (.50). | JXZ | 0.50 | 162.50 |
| 03/19/08 | Revise and edit motion summaries to be sent to the committee (.40); meeting with EK regarding agenda and meeting of committee (.10); review calendar (.20); review motions filed (.40). | MSI | 1.10 | 764.50 |
| 03/20/08 | Examining docket and updating calendars [1.9]; working on BoA stipulation for MSI for the Committee [1.3]; attending committee call and organizing and preparing for call [1.6]; drafting minutes after call [1.7]. | EK | 6.50 | 1,820.00 |
| 03/20/08 | Review financial analysis (.40); calendar maintenance (.10); review AP docket and recent motions in Caylon; draft summaries; e-mails with JWS and ELS regarding same (.60); committee conference call (.80). | JXZ | 1.90 | 617.50 |
| 03/20/08 | Review motions and summaries in preparation for committee meeting (.40); review BDO report (.50); attend committee meeting (.80); telephone conversation with MTP regarding same (.20). | MSI | 1.90 | 1,320.50 |
| 03/20/08 | Discussion with MSI re issues raised in Committee call | MTP | 0.30 | 208.50 |
| 03/21/08 | Docket review, examination and calendar updating (2.3). | EK | 2.30 | 644.00 |
| 03/21/08 | Review notice of hearing and calendar events (.60) Review and distribute docket and recently filed pleadings (.80) | JS | 1.40 | 322.00 |
| 03/24/08 | Docket review and examination and calendar updating [2.2] | EK | 2.20 | 616.00 |
| 03/24/08 | Review emails re: D&O insurance stipulation (and phone call with debtors' attorney re: same) and emails re: JP Morgan documents. | ELS | 0.70 | 325.50 |
| 03/24/08 | Review and distribute docket and recently filed pleadings (.50) | JS | 0.50 | 115.00 |
| 03/24/08 | Review docket and recent motions (.50); e-mail with ELS regarding recent order (.10). | JXZ | 0.60 | 195.00 |
| 03/24/08 | Review motions filed (.50); telephone conversation with Debra Mills regarding loan (.10). | MSI | 0.60 | 417.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/25/08 | Examining docket and updating calendars [1.9]; examining and drafting summary of Wells Fargo stay relief motion [1.3] | EK | 3.20 | 896.00 |
| 03/25/08 | Review Agenda for 3/27 hearing (.20) Prepare for hearing (.80) review docket and recently filed pleadings DI 3400-3413 (.60) . | JS | 1.60 | 368.00 |
| 03/26/08 | Examining docket and updating calendars (1.9); reviewing AHM correspondence (2.4); working on AHM minutes (1.7). | EK | 6.00 | 1,680.00 |
| 03/26/08 | Review amended agenda (.20) further preparation for hearing (.50) Review docket and recently filed pleadings (1.0) calendar events (.20) | JS | 1.90 | 437.00 |
| 03/26/08 | Review docket and recent motions (.30). | JXZ | 0.30 | 97.50 |
| 03/27/08 | Examination of docket and updating calendars [1.8]; examining and drafting summary of Dove bid motion [1.7] | EK | 3.50 | 980.00 |
| 03/27/08 | Review and distribute docket and recently filed pleadings, various relief from stays (1.90) update calendar events (.40). | JS | 2.30 | 529.00 |
| 03/27/08 | Attend hearing (.80); review docket, recent motions and orders (1.00). | JXZ | 1.80 | 585.00 |
| 03/28/08 | Examining docket and updating calendars for Committee [2.2] | EK | 2.20 | 616.00 |
| 03/28/08 | Review Notice of withdrawal DI 3464, update contact list (.20) Review and distribute DI 3465-3471 & 3476-3477 (.80) Review, distribute and analysis of Samuel I. White's January fee app (.40) update internal fee examiners chart (.20) Review and distribute Second Omnibus Objection to claims DI 3474 (.30) same for Third Omnibus 3475 (.30) | JS | 2.20 | 506.00 |
| 03/31/08 | Examining docket entries and updating calendars [2.2] | EK | 2.20 | 616.00 |
| 03/31/08 | Review docket (.20) Review and distribute DI 3478-3485 Motions for relief from stay (.70) review distribute DIP Monthly operating reports for December and January (3.20) | JS | 4.10 | 943.00 |
| 03/31/08 | Review docket and recent motions (.60). | JXZ | 0.60 | 195.00 |
| 03/31/08 | Review and edit Countywide stipulation (.40); telephone conversation with M. Lunn regarding same (.20); telephone conversation with J. Patton regarding M. Strauss and other issues (.30). | MSI | 0.90 | 625.50 |

TOTAL HOURS                                    143.00

TOTAL SERVICES .........................................................$   46,847.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                  $272.13

CARFARE                                                          $123.31

COURIER SERVICE                                                    $6.89

DUPLICATING                                                      $543.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LEXIS | $1,021.64 |
| MEALS | $461.14 |
| SEARCH FEES | $1,264.40 |
| TRAVEL | $402.50 |

TOTAL DISBURSEMENTS ............................................................$    4,095.51

TOTAL FEES & DISBURSEMENTS............................................$    50,943.01

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 36.10 | 230.00 | 8,303.00 |
| 550 | Keary | 67.80 | 280.00 | 18,984.00 |
| 493 | Zawadzki | 16.60 | 325.00 | 5,395.00 |
| 486 | Schnitzer | 6.40 | 465.00 | 2,976.00 |
| 260 | Indelicato | 12.50 | 695.00 | 8,687.50 |
| 364 | Power | 3.60 | 695.00 | 2,502.00 |
| ATTY TOTAL | | 143.00 | | 46,847.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
003        RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/04/08 | Review supplemental OCP list (.10). | JXZ | 0.10 | 32.50 |
| 03/04/08 | E-mail exchange with JXZ re OCP retention | MTP | 0.30 | 208.50 |
| 03/12/08 | Review OCP affidavits (.20). | JXZ | 0.20 | 65.00 |
| 03/19/08 | Review numerous OCP affidvits (.50). | JXZ | 0.50 | 162.50 |
| 03/25/08 | Emails re: Price Waterhouse retention. | ELS | 0.20 | 93.00 |
| 03/26/08 | Working on Hennigan Bennet retention application [1.3]. | EK | 1.30 | 364.00 |
| 03/26/08 | Working on J. Bochnar retention application (.6). | EK | 0.60 | 168.00 |
| 03/27/08 | Review retention affidavits (.30). | JXZ | 0.30 | 97.50 |

TOTAL HOURS                3.50

TOTAL SERVICES ........................................................ $     1,191.00

DISBURSEMENT SUMMARY
SEARCH FEES                                                        $31.44

TOTAL DISBURSEMENTS ............................................ $       31.44

TOTAL FEES & DISBURSEMENTS ............................. $     1,222.44

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|-----------|-------|-----------------|-------------|
| 550 | Keary | 1.90 | 280.00 | 532.00 |
| 493 | Zawadzki | 1.10 | 325.00 | 357.50 |
| 486 | Schnitzer | 0.20 | 465.00 | 93.00 |
| 364 | Power | 0.30 | 695.00 | 208.50 |
| ATTY TOTAL | | 3.50 | | 1,191.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
005        DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/01/08 | Emails and analysis re: Bank of America settlement offer. | ELS | 0.90 | 418.50 |
| 03/01/08 | Research issues related to perfection (.50). | JXZ | 0.50 | 162.50 |
| 03/01/08 | Multiple e-mails with Berliner, Michaels, MSI and ELS re various scenarios for proposed settlement with BoA of the Committee's claims and due diligence certain issues; review BDO's analysis | MTP | 1.20 | 834.00 |
| 03/02/08 | Conference call with BDO, MSI and MTP re: settlement (.80); conference with MSI and Bank of America's attorneys re; settlement (.40). | ELS | 1.20 | 558.00 |
| 03/02/08 | Research perfection issues (.40). | JXZ | 0.40 | 130.00 |
| 03/02/08 | Review analysis prepared by BDO on proposed settlement (.70); telephone conversation with BDO regarding same and strategy (.80); telephone conversation with M. Schonholtz and M. Liscio regarding same (.60); review and respond to numerous e-mails regarding same (.30); telephone conversation with MTP regarding same (.20). | MSI | 2.60 | 1,807.00 |
| 03/02/08 | Review BDO's analysis and participate in conference call with Berliner, MSI, Michaels, ELS to discuss strategy and proposed counteroffer with BofA; follow-up e-mails with MSI thereafter; e-mails with Margot and Liscio | MTP | 1.30 | 903.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/03/08 | Conference call with Kroll, debtor's counsel, BDO and MTP re: Bank of America; discussions and meetings with MTP re: same (2.50); draft extension stipulation re: time to sue, further investigation into matter and review emails re: settlement offers and related analysis (2.80). | ELS | 5.30 | 2,464.50 |
| 03/03/08 | Research re realty proceeds issue; conferences with JID and MTP re same. | HR | 3.00 | 1,425.00 |
| 03/03/08 | Research regarding REO issues (1.20). | JXZ | 1.20 | 390.00 |
| 03/03/08 | Review material from BDO regarding BoA proposal (.30); telephone conversation and e-mails with Margo Schonholtz regarding proposal and alternatives (.40). | MSI | 0.70 | 486.50 |
| 03/03/08 | Review and respond to MSI e-mail summarizing counter offers from Kaye Scholer (.2); review and sign off on Kaye Scholer's draft stipulation extending Committee's deadline and forward to Blank Rome for execution (.4); multiple conference calls with Kaye Scholer and BDO to discuss potential settlement of the Committee's claims (.5); conference call with Kroll, BDO, YCST to review status of negotiations between the Committee and BoA (1.0) | MTP | 3.10 | 2,154.50 |
| 03/04/08 | Conference calls with Bank of America attorneys, MTP and MSI; meetings with MTP and MSI; revise settlement analysis; conference call with debtors and their attorneys, MTP and MSI re: same. | ELS | 4.80 | 2,232.00 |
| 03/04/08 | E-mails and meetings with ELS and MTP regarding perfection issues (.20); calendar maintenance (.10); review SEC filings (.60). | JXZ | 0.90 | 292.50 |
| 03/04/08 | Review analysis prepared by BDO of BoA settlements (.30); meeting with ELS and MTP regarding alternatives (.40); telephone conversation with M. Schonholtz and M. Liscio regarding negotiating settlement (.70); telephone conversation with Debtor and Young Conaway regarding alternatives (.80); review proposed extension stipulation (.10); telephone conversation with BDO regarding analysis (.50). | MSI | 2.80 | 1,946.00 |
| 03/04/08 | Attention to intense settlement negotiations with Kaye Scholer and settlement analysis with BoA; worked on revisions to term sheet (2.4); calls with YCST re alternatives (.8) call with BDO to discuss terms (.6) | MTP | 3.80 | 2,641.00 |
| 03/05/08 | Phone calls and emails re: settlement and extension. | ELS | 0.70 | 325.50 |
| 03/05/08 | Calls and meetings with ELS, JID and MTP regarding perfection issues (.40); review SEC filings and loan agreements (1.40). | JXZ | 1.80 | 585.00 |
| 03/05/08 | Attention to multiple issues with Boa re settlement of Committee issues and claim points | MTP | 1.70 | 1,181.50 |
| 03/06/08 | Review various e-mails regarding BoA issues, proposals and settlements (.80). | MSI | 0.80 | 556.00 |
| 03/06/08 | Call with Kaye Scholer re settlement issues | MTP | 1.00 | 695.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/08/08 | Review SEC filings (.40). | JXZ | 0.40 | 130.00 |
| 03/09/08 | Review SEC filings (.50). | JXZ | 0.50 | 162.50 |
| 03/10/08 | Review cash collateral stipulation and order and e-mails with MSI and M. Michaelis regarding same (.50). | JXZ | 0.50 | 162.50 |
| 03/10/08 | Revise and edit proposed settlement with BoA (.80); meeting with MTP regarding same (.20); numerous conversations with M. Schonholtz regarding same (.70); review e-mails regarding same (.40); telephone conversation with D. Berliner regarding same (.20). | MSI | 2.30 | 1,598.50 |
| 03/10/08 | Work on BoA settlement stipulation (3.6); discuss with MSI (.3); calls with Schonholtz and Berliner re same (1.0) | MTP | 4.90 | 3,405.50 |
| 03/11/08 | Emails, meetings and phone calls with MTP, MSI, conflict counsel and debtors' counsel re: pre-petition secured party issues. | ELS | 3.10 | 1,441.50 |
| 03/11/08 | Review and edit proposed settlement (.70); meeting with MTP regarding same (.70); numerous conversations with Kaye Scholer regarding comments to the stipulation and changed deal terms (.80); telephone conversation with D. Berliner (3x) regarding same (.40); review revisions to economic analysis prepared by BDO (.40); review issues on claims (.30). | MSI | 3.30 | 2,293.50 |
| 03/11/08 | Attention to BoA and JMC issues with Bennett and Missol; strategize with ELS and MSI review BDO settlement analysis; calls on same | MTP | 3.70 | 2,571.50 |
| 03/12/08 | Emails with conflicts counsel re: filing of complaint (1.20); review lenders' proof of claim, cash collateral extension stipulation and revised settlement stipulation (1.80). | ELS | 3.00 | 1,395.00 |
| 03/12/08 | Attention to perfection issues (.10). | JXZ | 0.10 | 32.50 |
| 03/12/08 | Telephone conversation with M. Schonholtz regarding outstanding issues on settlement (.20); review and edit changes to stipulation (.60); meeting with MTP regarding comments (.80); telephone conversation with M. Schonholtz and A. Alfonso regarding same and timing (.60); review and draft numerous e-mails regarding same (.40); review final draft (.30); telephone conversation with Brady regarding same (.20). | MSI | 3.10 | 2,154.50 |
| 03/12/08 | Calls (3x) with Kaye Scholer re settlement issues (.9); work on stipulation and discuss my comments with MSI (.8); call with YCST re settlement stipulation (.2); sign off on stipulation (.5) | MTP | 2.40 | 1,668.00 |
| 03/13/08 | Review stipulation and calendar maintenance (.10). | JXZ | 0.10 | 32.50 |
| 03/13/08 | Telephone conversation with J. Patton regarding concerns of the Debtor (.30); review analysis and stipulation regarding comments (.20). | MSI | 0.50 | 347.50 |
| 03/13/08 | Discuss with MSI issues raised by Patton on BoA settlement (.3); review and revise language (.4) | MTP | 0.70 | 486.50 |
| 03/14/08 | Review and revise settlement stipulation with Bank of America and related 9019 motion. | ELS | 1.70 | 790.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/14/08 | Review and edit stipulation language (.60); motion (.60) and discussions and e-mails with MTP regarding same (.30); telephone conversation with M. Schonholtz and A. Alfonso regarding same (.30). | MSI | 1.80 | 1,251.00 |
| 03/14/08 | Attention to revision to BoA stipulation changes to address issues raised by Brady & Patton (1.6); multiple calls with Kaye Scholer (.4) | MTP | 2.00 | 1,390.00 |
| 03/17/08 | Review debtors' opposition to shortened notice on Bank of America settlement (.40). | ELS | 0.40 | 186.00 |
| 03/17/08 | Review objection from debtor to motion for expedited hearing (.60); telephone conversation with Brady regarding same (.20); meeting with MTP regarding strategy (.30). | MSI | 1.10 | 764.50 |
| 03/17/08 | Call with BDO re financial analysis on BoA's line (.2); discuss strategy with MSI (.3); call from Ann Alfonso re Debtors' objection to motion to expedite hearing on settlement with BoA (.1); review Debtors' objection (.8) | MTP | 1.40 | 973.00 |
| 03/18/08 | Meeting with MTP, MSI and BDO re: Bank of America (2.50); draft stipulation re: REO proceeds and extension of time (.70); draft committee email with summary of likely debtor objection to our Bank of America settlement (.70). | ELS | 3.90 | 1,813.50 |
| 03/18/08 | Review material from BDO analyzing BoA transaction (1.20); telephone conversation with Berliner regarding same (.20); attend meeting with BDO to discuss strategy (2.50). | MSI | 3.90 | 2,710.50 |
| 03/18/08 | Review BDO draft summary to Committee on settlement meeting with MSI, ELS and BDO re BoA settlement (2.5) | MTP | 3.60 | 2,502.00 |
| 03/19/08 | Emails with MTP re: Bank of America and phone call and email with EK re: conflicts counsel. | ELS | 0.40 | 186.00 |
| 03/19/08 | Review several e-mails re: discovery in BoA settlement/lift stay motions (.2); review previously filed documents relating to lift stay/proposed settlement (2.0); confer with MTP re: litigation strategy (.2) | JPA | 2.40 | 1,668.00 |
| 03/19/08 | Review final cash collateral order and calls with ELS regarding same (.20). | JXZ | 0.20 | 65.00 |
| 03/19/08 | E-mails with Brady regarding objection (.20); telephone conversation with Patton, Brady and Morgan regarding disputes over settlement and relief stay (1.10); meeting with MTP regarding strategy (.50). | MSI | 1.80 | 1,251.00 |
| 03/19/08 | Discuss litigation strategy with JPA (.2); call with Brady re Debtor's objection (.2); calls with YCST re same (1.0); strategize with MSI (.5) | MTP | 1.90 | 1,320.50 |
| 03/20/08 | Meeting with MSI regarding perfection issues (.10). | JXZ | 0.10 | 32.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/20/08 | Telephone conversation (3x) with A. Alfonso and S. Talmadge regarding motion, notice and costs (.60); telephone conversation and e-mails with Morgan and Brady (.20); review BDO schedules (.60); telephone conversation and e-mails with F. Madonna regarding potential assistance (.20); review materials (1.30). | MSI | 2.90 | 2,015.50 |
| 03/20/08 | Attention to e-mails re litigation strategy | MTP | 0.60 | 417.00 |
| 03/21/08 | Telephone conversation and e-mails with A. Alfonso regarding notice (.40); e-mails with the Debtor regarding same (.30). | MSI | 0.70 | 486.50 |
| 03/24/08 | Conference call with MSI, JPA, BDO and potential expert re: Bank of America settlement and Bank of America motion to stay relief. | ELS | 1.40 | 651.00 |
| 03/24/08 | Prepare for conference call with proposed expert by reviewing previously filed paper (1.2); conference call with Fred Madonna, David Berliner and MSI (1.5). | JPA | 2.90 | 2,015.50 |
| 03/24/08 | Review e-mails regarding hearing and issues (.30); telephone conversation with M. Schonholtz regarding objection by the debtor (.30); telephone conversation with Morgan regarding same (.20); review pleadings in preparation for telephonic hearing (.60); attend telephonic hearing on notice issues (.60); review BDO analysis (.30); extensive telephone conversation with F. Madonna, Berliner and JPA regarding analysis of settlement issues (1.40). | MSI | 3.70 | 2,571.50 |
| 03/25/08 | Emails and conference call with debtors re: bids on loan sales (.60); emails and phone call re: Chase letter re: REOs (.50); Review settlement with DC commissioner (.20). | ELS | 1.30 | 604.50 |
| 03/25/08 | Telephone conversation with A. Alfonso regarding proposed order (.20); telephone conversation with D. Carickoff regarding same (.20); telephone conversation with F. Madonna regarding expert and issues (.60); review legal issues on potential objection (1.80); review relief stay issues (.80). | MSI | 3.10 | 2,154.50 |
| 03/26/08 | Emails re: letter to Lender re: R90. | ELS | 0.80 | 372.00 |
| 03/26/08 | Attention to draft letter re REO properties; call re same | MTP | 0.80 | 556.00 |
| 03/26/08 | Work on outline of Berliner testimony for Rule 9019 hearing on BoA settlement | MTP | 2.50 | 1,737.50 |
| 03/27/08 | Examination of Bo A loan agreement and analyzing potential claims against the estate [6.2] | EK | 6.20 | 1,736.00 |
| 03/27/08 | Conference call with BDO, MTP and MSI re: Bank of America settlement and review confidentiality protection order for stay relief contested matter. | ELS | 1.10 | 511.50 |
| 03/27/08 | Numerous conversations with A. Alfonso, S. Talmadge and D. Carickoff regarding order (.80); review same (.30). | MSI | 1.10 | 764.50 |
| 03/27/08 | Attention to various issues concerning BoA settlement and confidentiality stipulation | MTP | 1.00 | 695.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/28/08 | Examination of BoA loans agreements for the purpose of determining potential claims against the estate [7.9] | EK | 7.90 | 2,212.00 |
| 03/31/08 | Meetings and emails re: 6th cash collateral stipulation re: extension of time to file suit against Bank of America (.90); phone call with Bank of America attorney re: protective order; revise same and meeting with MTP re: revisions and email same to Bank of America attorneys (.90). | ELS | 1.80 | 837.00 |
| 03/31/08 | Telephone conversation and e-mails with Fatell regarding hearing and order (.30); telephone conversation with F. Madonna regarding same (.20); telephone conversation with A. Alfonso regarding same (.20). | MSI | 0.70 | 486.50 |
| 03/31/08 | E-mail exchange and telephone calls with Kaye Scholer re extension of March 31 deadline to file complaint and calls with ELS and MSI (.4); review ELS draft stipulation and revise same (.7) | MTP | 1.10 | 764.50 |

TOTAL HOURS  136.50

TOTAL SERVICES ........................................................................ $  78,563.00

DISBURSEMENT SUMMARY

CARFARE  $176.87

DUPLICATING  $9.60

MEALS  $14.16

TOTAL DISBURSEMENTS ............................................................ $  200.63

TOTAL FEES & DISBURSEMENTS ............................................. $  78,763.63

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 14.10 | 280.00 | 3,948.00 |
| 493 | Zawadzki | 6.70 | 325.00 | 2,177.50 |
| 486 | Schnitzer | 31.80 | 465.00 | 14,787.00 |
| 294 | Ruda | 3.00 | 475.00 | 1,425.00 |
| 260 | Indelicato | 36.90 | 695.00 | 25,645.50 |
| 339 | Amato | 5.30 | 695.00 | 3,683.50 |
| 364 | Power | 38.70 | 695.00 | 26,896.50 |

ATTY TOTAL                136.50                    78,563.00

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
006     SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/04/08 | Miscellaneous emails and conferences with Beach, Bailey, Talmadge and MTP regarding custodial issues affecting loan sales. | DDG | 0.90 | 562.50 |
| 03/05/08 | Review Milestone, BDO analysis of American Home Bank Sale. | DDG | 0.30 | 187.50 |
| 03/05/08 | Review Thrift sale proposal (.20). | JXZ | 0.20 | 65.00 |
| 03/06/08 | Miscellaneous emails and conferences with MTP, Beach and Berliner regarding issues in connection with sale of loans, REO. | DDG | 1.30 | 812.50 |
| 03/06/08 | Review Milestone analysis on Thrift sale (.6); call with YCST and Beach and Berliner re defaulted loans & R90 (.5) | MTP | 1.10 | 764.50 |
| 03/07/08 | Miscellaneous emails and conferences with MTP, Beach, Johnson, Grear and Berliner regarding unencumbered loan sale issues (1.2); miscellaneous conferences with MTP and emails with ArchBay counsel regarding bids (0.2); review revisions to sale agreement prepared by ArchBay, prepare comments regarding same (1.1). | DDG | 2.50 | 1,562.50 |
| 03/07/08 | Call with Arch Bay and counsel re sale process (.2) | MTP | 0.20 | 139.00 |
| 03/09/08 | Conference with Grear and Beach regarding ArchBay (0.3); review new changes to forms of purchase agreement (0.4). | DDG | 0.70 | 437.50 |
| 03/10/08 | Miscellaneous emails regarding loan sale issues. | DDG | 0.10 | 62.50 |
| 03/10/08 | Review and distribute objection on behalf of committee in connection with loan sale (.40); e-mails with DDG re same (.10). | JS | 0.50 | 115.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/10/08 | Review objection to sale of loans (.10). | JXZ | 0.10 | 32.50 |
| 03/11/08 | Review bids for JPMorgan and Bank of America loan pools (2.1); conference call with Debtors, Young, Conaway, BDO, MTP regarding bids (1.3); miscellaneous conferences and emails regarding bids (0.5). | DDG | 3.90 | 2,437.50 |
| 03/11/08 | Calls with YCST, BDO, DDG reviewing bids (1.3); multiple e-mails re same (.5); review various bids received for BoA & JPMC pools (1.8) | MTP | 3.60 | 2,502.00 |
| 03/12/08 | Miscellaneous conferences and emails with Beach, Berliner, MTP regarding loan sale issues for JPMorgan and Bank of America pools (1.1); review Lehman proposed contract changes for JPMorgan pool; miscellaneous emails and conferences regarding same (0.8); review Young Conaway revised purchase agreement and sale order for JPM pool, miscellaneous emails with Grear, Beach and MTP regarding same (1.4); miscellaneous conferences and emails regarding Bailee agreement for loan sales (0.2). | DDG | 3.50 | 2,187.50 |
| 03/13/08 | Miscellaneous emails regarding JPM pool sale order issues. | DDG | 0.40 | 250.00 |
| 03/14/08 | Miscellaneous emails regarding sale order for JPM loans. | DDG | 0.20 | 125.00 |
| 03/18/08 | Prepare comparative prices analysis of all bids received for the various mortgage loan sales [3.6] | EK | 3.60 | 1,008.00 |
| 03/19/08 | Conference with MSI regarding sale of American Home Bank | DDG | 0.10 | 62.50 |
| 03/19/08 | Continue preparation of competitive mortgage price analysis and examination of various bids [6.2]. | EK | 6.20 | 1,736.00 |
| 03/20/08 | Research issues related to sales of the various mortgage portfolios and analysis of bids received [4.2]. | EK | 4.20 | 1,176.00 |
| 03/21/08 | Comparative review of bids received and analysis in each category (5.40). | EK | 5.40 | 1,512.00 |
| 03/24/08 | Review proposed license with WLR, provide comments regarding same (0.3); miscellaneous conferences with Grear and Weissman regarding agreement for sale of bank, conference with Grear regarding  WLR closing (0.3) | DDG | 0.60 | 375.00 |
| 03/24/08 | Continue review of the various bids, proposed asset purchase agreements and various legal issues associated with these sales [8.1]. | EK | 8.10 | 2,268.00 |
| 03/25/08 | Review bids for unencumbered loan pool (0.6); miscellaneous e-mails and conferences with Beach, MSI, Berliner, MTP, Michaelis regarding bid issues (1.6); conference call with MSI, ELS, Michaelis, Beach, Grear, Fernandez regarding bid issues (0.4) | DDG | 2.60 | 1,625.00 |
| 03/25/08 | Comparative chapter 11 mortgage sale research and analysis [3.1] | EK | 3.10 | 868.00 |
| 03/25/08 | Review e-mails regarding potential final closing of WLR sale; discuss same with DDG. | MSI | 0.40 | 278.00 |
| 03/25/08 | E-mails with YCST, Berliner, DDG re issues with LNFA sale | MTP | 0.50 | 347.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/26/08 | Miscellaneous e-mails and conferences with Grear, MSI, MTP regarding WLR final closing (0.9); miscellaneous e-mails with Grear, MTP, MSI regarding purchaser cure costs and reconciliation issues, review order and APA regarding same (0.8); review closing documents, servicing agreement, checklist, APA and amendments regarding WLR closing (3.6); miscellaneous conferences and e-mails with Berliner, Michaelis, MTP, Beach, Debtors regarding non-performing loan sale issues (1.1); review spread sheets regarding delinquent loans, web posting regarding new bid deadline, e-mails and comments regarding same (0.3) | DDG | 6.70 | 4,187.50 |
| 03/26/08 | Review modifications to various sales and potential objections [2.2]. | EK | 2.20 | 616.00 |
| 03/26/08 | E-mails with MSI regarding auction (.10). | JXZ | 0.10 | 32.50 |
| 03/26/08 | Discussion with EK re analysis of various bids for scratch & dent loans | MTP | 0.50 | 347.50 |
| 03/26/08 | Conference calls (3x) with Berliner, Michaelis, DDG re debtor's judgment on pulling non-performing loan sales (.5); conference call with BDO and YCST, Kroll, Johnson re same (1.0); e-mail to YLS re same (.6) | MTP | 2.10 | 1,459.50 |
| 03/26/08 | Multiple calls/e-mails and problems with closing sale of WL Ross transaction, review revised docs; call with Jones Day | MTP | 4.10 | 2,849.50 |
| 03/27/08 | Review revised TSA and APA, miscellaneous e-mails regarding same (0.4); miscellaneous e-mails regarding shipment of files, servicing agreement and other closing issues (0.9) | DDG | 1.30 | 812.50 |
| 03/27/08 | Multiple e-mails and review revised closing docs re WL Ross second closing | MTP | 1.20 | 834.00 |
| 03/28/08 | Miscellaneous conferences and e-mails with Grear, BDO, MSI regarding WLR closing issues (1.2); review revised servicing agreement, open issues list (0.3) | DDG | 1.50 | 937.50 |
| 03/29/08 | Miscellaneous e-mails and conferences with Grear, MSI, BDO regarding WLR closing issues | DDG | 0.30 | 187.50 |
| 03/30/08 | Miscellaneous e-mails with Grear, MSI,  BDO regarding WLR closing (0.2); prepare for and participate on conference call with MSI, Berliner, Michaelis regarding closing issues (1.0) | DDG | 1.20 | 750.00 |
| 03/30/08 | Review proposed closing documents for servicing final close (2.20); review numerous e-mails from DDG regarding same (.70); telephone conversation with DDG and BDO regarding open monetary issues (.90). | MSI | 3.80 | 2,641.00 |
| 03/31/08 | Attend WLR meeting regarding closing with Grear, Jones Day; miscellaneous conference calls with Kroll, Debtors, Grear, Brady, Michaelis, Berliner, MSI | DDG | 12.20 | 7,625.00 |
| 03/31/08 | E-mails with D. Berliner regarding Dovebid auction (.10). | JXZ | 0.10 | 32.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/31/08 | Review closing documents (1.10); telephone conversation with DDG regarding open issues (.20); telephone conversation with counsel to debtors and purchaser regarding closing issues (1.10); extensive telephonic meeting with Debtors' counsel and BoA counsel to go over outstanding issues (3.30); numerous e-mails regarding same with DDG and Greer (.40). | MSI | 6.10 | 4,239.50 |
| 03/31/08 | Calls with DDG & MSI re WLR closing issues; e-mails on same | MTP | 1.10 | 764.50 |

|  |  |
|---|---|
| TOTAL HOURS | 98.80 |
| TOTAL SERVICES ........................................................... $ | 51,815.50 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $10.74 |
| CARFARE | $355.77 |
| MEALS | $58.74 |
| SEARCH FEES | $1.60 |

| | |
|---|---|
| TOTAL DISBURSEMENTS ............................................................ $ | 426.85 |
| TOTAL FEES & DISBURSEMENTS ............................................. $ | 52,242.35 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 556 | Smith | 0.50 | 230.00 | 115.00 |
| 550 | Keary | 32.80 | 280.00 | 9,184.00 |
| 493 | Zawadzki | 0.50 | 325.00 | 162.50 |
| 426 | Grubman | 40.30 | 625.00 | 25,187.50 |
| 260 | Indelicato | 10.30 | 695.00 | 7,158.50 |
| 364 | Power | 14.40 | 695.00 | 10,008.00 |
| ATTY TOTAL | | 98.80 | | 51,815.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
007        PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/04/08 | Review and analysis on YCST's December Fee Application (1.70). | JS | 1.70 | 391.00 |
| 03/04/08 | Draft committee fee report (1.20); review fee applications, draft summaries and e-mails with MTP regarding same (1.10). | JXZ | 2.30 | 747.50 |
| 03/09/08 | Review various fee applications to prepare report to committee (.50). | JXZ | 0.50 | 162.50 |
| 03/10/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (.30); review OCP motion to compel payment (.30); meeting with ELS regarding NWT claim (.10). | JXZ | 0.70 | 227.50 |
| 03/10/08 | Review JXZ summary re fee apps | MTP | 0.20 | 139.00 |
| 03/11/08 | E-mails with ELS regarding NWT motion to compel (.10); review FNC stipulation (.20); attention to fee applications (.20). | JXZ | 0.50 | 162.50 |
| 03/13/08 | Review services descriptions for December Fee application (2.40) | JS | 2.40 | 552.00 |
| 03/13/08 | Review objection to NWT motion to compel (.20). | JXZ | 0.20 | 65.00 |
| 03/14/08 | Review and revise fee services descriptions for January Fee Application (2.40) | JS | 2.40 | 552.00 |
| 03/14/08 | Review fee applications and draft summaries to the committee (1.30). | JXZ | 1.30 | 422.50 |
| 03/16/08 | Review fee applications and e-mails with MSI and M. Whitman regarding same (.50). | JXZ | 0.50 | 162.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/17/08 | Examination of Northwest Trustee Services 2nd quarterly fee application [.4]. | EK | 0.40 | 112.00 |
| 03/17/08 | Review distribution of DI 3328 debtors interim fee app (.40); DI3324 North West Trustee's interim fee app (.20); DI3324, 3326, Quinn Emanuel's December and January fee app (.30). | JS | 0.90 | 207.00 |
| 03/18/08 | Review of preliminary bill statements in preparation for drafting monthly fee application for the months of November December and January. | JS | 4.20 | 966.00 |
| 03/18/08 | E-mail M. Whitman regarding fee application (.10); attention to fee applications (.70); draft committee fee update and circulate same (.90). | JXZ | 1.70 | 552.50 |
| 03/19/08 | Draft and revise H&H's Fourth and Fifth Fee applications (6.0) correspondence with MTP regarding same (.50) | JS | 6.50 | 1,495.00 |
| 03/20/08 | Drafting, calculating, and finalizing H&H's sixth (2.10) and quarterly (3.40) fee applications; prepare H&H's exhibits for fourth, fifth, sixth and quarterly fee applications for filing. (2.30) | JS | 7.80 | 1,794.00 |
| 03/25/08 | Review and Distribute Orlans Associates November and December fee apps (.90) Review Weltman, Weinberg January fee app (.30) Review T.D. Service Co. February Fee app (.30) Update internal fee examiners chart (1.20) Calendar events (.40). | JS | 3.10 | 713.00 |
| 03/25/08 | Review fee applications and draft summaries for the committee (1.00). | JXZ | 1.00 | 325.00 |
| 03/26/08 | Review fee applications; draft summaries and e-mails with MTP regarding same (.90). | JXZ | 0.90 | 292.50 |
| 03/27/08 | Review Zeichner Ellman Fee app (.30) Review Samuel. White's November and December fee app (.40) Review Daniel Consuegra February fee app (.40) update internal fee examiners chart (1.00). | JS | 2.10 | 483.00 |
| 03/27/08 | Review fee applications; draft summaries and e-mails with MTP regarding same (.60). | JXZ | 0.60 | 195.00 |
| 03/27/08 | Review JXZ fee application summary | MTP | 0.50 | 347.50 |

TOTAL HOURS  42.40

TOTAL SERVICES ........................................................ $  11,066.50

DISBURSEMENT SUMMARY

DUPLICATING  $3.50

SEARCH FEES  $8.88

TOTAL DISBURSEMENTS ........................................... $  12.38

DISBURSEMENT SUMMARY

TOTAL FEES & DISBURSEMENTS ............................................. $     11,078.88

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 31.10 | 230.00 | 7,153.00 |
| 550 | Keary | 0.40 | 280.00 | 112.00 |
| 493 | Zawadzki | 10.20 | 325.00 | 3,315.00 |
| 364 | Power | 0.70 | 695.00 | 486.50 |
| ATTY TOTAL | | 42.40 | | 11,066.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
008       AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/19/08 | Work on Fourth and Fifth fee apps | MTP | 0.60 | 417.00 |
| 03/31/08 | Review and analyze debtors' preference analysis for Vicom. | ELS | 0.70 | 325.50 |

TOTAL HOURS                                                        1.30

TOTAL SERVICES ........................................................ $     742.50

DISBURSEMENT SUMMARY
SEARCH FEES                                                              $34.54

TOTAL DISBURSEMENTS ........................................... $      34.54

TOTAL FEES & DISBURSEMENTS ............................. $     777.04

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 486 | Schnitzer | 0.70 | 465.00 | 325.50 |

| 364 | Power | 0.60 | 695.00 | 417.00 |
|-----|-------|------|--------|--------|
| ATTY TOTAL | | 1.30 | | 742.50 |

| 364 | Power | 0.60 | 695.00 | 417.00 |
|-----|-------|------|--------|--------|

| ATTY TOTAL | | 1.30 | | 742.50 |
|------------|--|------|--|--------|

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/03/08 | Examining Kaye Scholer's brief in re: Broadhollow (1.70). | EK | 1.70 | 476.00 |
| 03/03/08 | Review and distribution of docket and pleadings DI94 answer to amended complaint in Calyon action (.80); adv. proceeding 07-51688 - review and distribution of docket and pleadings DI46 answer to amended complaint (.70). | JS | 1.50 | 345.00 |
| 03/03/08 | Pre-call with Bob Brady to review dispute with Calyon re escrowed funds (.5); call with Calyon's counsel (Hunton & Williams) and YCST to review parties' various positions (.8) | MTP | 1.30 | 903.50 |
| 03/04/08 | Review and distribution of Wells Fargo Adv. Pro. 07-5141 DI 27-28. | JS | 0.60 | 138.00 |
| 03/04/08 | Review Calyon pleadings (.80). | JXZ | 0.80 | 260.00 |
| 03/05/08 | Examination of Debtors objection to BoA motion (1.80). | EK | 1.80 | 504.00 |
| 03/05/08 | Review and distribution of Wells Fargo adv. pro. DI 29 stipulation of protective order (.40) | JS | 0.40 | 92.00 |
| 03/07/08 | Review adv. proc. Calyon 07-51704; review and distribute pleading 95 motion to compel and 96 motion to set hearing (.90) | JS | 0.90 | 207.00 |
| 03/10/08 | Review Calyon docket, recent motions and orders (1.60). | JXZ | 1.60 | 520.00 |
| 03/11/08 | Review Lehman adversary pleadings. | ELS | 0.30 | 139.50 |
| 03/11/08 | Review Debtor's response to BoA motion | MTP | 1.50 | 1,042.50 |
| 03/12/08 | Meeting with MTP re: Lehman action. | ELS | 0.30 | 139.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/12/08 | Review Lehman Bros pleadings (1.2); discussion with ELS re same (.4) | MTP | 1.60 | 1,112.00 |
| 03/20/08 | Phone call with Bank of America attorney re: discovery sharing and emails with debtors' attorneys re: same. | ELS | 0.40 | 186.00 |
| 03/21/08 | Adversary proceedings docket entries review and examination (1.9). | EK | 1.90 | 532.00 |
| 03/24/08 | Review, distribute and calendar Adv. proceeding 07-51688 DI 48-50 Response to Plaintiffs Motion (1.30) Review, distribute and calendar Calyon DI 109 Limited Objection and 112 Limited Objection (.80) | JS | 2.10 | 483.00 |
| 03/26/08 | Review Calyon docket and pleadings and calls and e-mails with ELS and S. Beach regarding same (.90). | JXZ | 0.90 | 292.50 |
| 03/27/08 | Review Bear Stearns' requested letter agreements for access to documents in Wells Fargo interpleader action. | ELS | 0.30 | 139.50 |
| 03/27/08 | E-mails and calls with ELS and MSI regarding Calyon (.20). | JXZ | 0.20 | 65.00 |
| 03/28/08 | Meeting with JPA and email to debtors and Bank of America re: stipulated protective order. | ELS | 0.50 | 232.50 |
| 03/28/08 | Review and edit confidentiality agreement in BoA lift stay dispute | JPA | 0.50 | 347.50 |

TOTAL HOURS                 21.10

TOTAL SERVICES ......................................................... $     8,157.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                          $56.50

DUPLICATING                                                             $5.60

TOTAL DISBURSEMENTS ........................................... $     62.10

TOTAL FEES & DISBURSEMENTS ............................ $     8,219.10

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|-----------|-------|-----------------|-------------|
| 556 | Smith | 5.50 | 230.00 | 1,265.00 |
| 550 | Keary | 5.40 | 280.00 | 1,512.00 |
| 493 | Zawadzki | 3.50 | 325.00 | 1,137.50 |
| 486 | Schnitzer | 1.80 | 465.00 | 837.00 |

| 339 | Amato | 0.50 | 695.00 | 347.50 |
| 364 | Power | 4.40 | 695.00 | 3,058.00 |
| ATTY TOTAL | | 21.10 | | 8,157.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
010          PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/10/08 | Examining docket and updating calendar (2.2); legal research regarding substantive consolidation of the case (2.8). | EK | 5.00 | 1,400.00 |
| 03/11/08 | Review and analyze plan term sheet. | MSI | 0.80 | 556.00 |
| 03/11/08 | Attention to Plan term sheet | MTP | 0.60 | 417.00 |
| 03/17/08 | Examining substantial consolidation vs. prejudice to creditors caselaw [4.4]. | EK | 4.40 | 1,232.00 |

TOTAL HOURS                    10.80

TOTAL SERVICES ........................................................................ $      3,605.00


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 9.40 | 280.00 | 2,632.00 |
| 260 | Indelicato | 0.80 | 695.00 | 556.00 |
| 364 | Power | 0.60 | 695.00 | 417.00 |

ATTY TOTAL                    10.80                    3,605.00

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159   AMERICAN HOME MORTGAGE HOLDINGS, INC.
011   EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/04/08 | Call M. Olsen regarding amended complaint (.10); review docket and answer (.20). | JXZ | 0.30 | 97.50 |
| 03/10/08 | Review of MSI's email and attachment re amended class certification order in WARN Act litigation (.20); review of plaintiffs' motion to file second amended complaint (.40). | JPM | 0.60 | 417.00 |
| 03/10/08 | Review amended notice, class certification and e-mails with MSI regarding same (.20); review motion to amend complaint and e-mails with MSI regarding same (.30). | JXZ | 0.50 | 162.50 |
| 03/12/08 | Meeting with JPM regarding amended complaint (.10). | JXZ | 0.10 | 32.50 |
| 03/13/08 | Review AP docket and recent motions and order (.20). | JXZ | 0.20 | 65.00 |
| 03/24/08 | Review of debtors' response to plaintiffs' motion on the WARN Act litigation to amend complaint and review of motion (.7). | JPM | 0.70 | 486.50 |
| 03/24/08 | Review AP docket, recent responses and e-mails with MSI regarding same (.40) | JXZ | 0.40 | 130.00 |
| 03/25/08 | Meeting with MSI regarding discovery (.10). | JXZ | 0.10 | 32.50 |
| 03/31/08 | Review expert report (.60). | JXZ | 0.60 | 195.00 |

TOTAL HOURS                3.50

TOTAL SERVICES ........................................................................ $   1,618.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| DUPLICATING | $7.80 |
| SEARCH FEES | $8.16 |

TOTAL DISBURSEMENTS ............................................................$     15.96

TOTAL FEES & DISBURSEMENTS.............................................$   1,634.46

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 2.20 | 325.00 | 715.00 |
| 226 | McCahey | 1.30 | 695.00 | 903.50 |
| ATTY TOTAL | | 3.50 | | 1,618.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 13, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134025

For professional services rendered from March 1, through March 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/11/08 | Review Countrywide motion (.40). | JXZ | 0.40 | 130.00 |
| 03/20/08 | Conference with MSI re discussions with debtor re Committee's document request (.20); conference with RJM re document request of debtors (.30); review of request (.40). | JPM | 0.90 | 625.50 |
| 03/24/08 | Review of notes re AHM and document request re narrowing the request on first instance (2.0); telephone conference with D. Berliner (BDO) re document request (.2); emails with RJM re document request (.1). | JPM | 2.30 | 1,598.50 |
| 03/25/08 | Review of notes re issues (1.0) | JPM | 1.00 | 695.00 |
| 03/28/08 | Review debtors' public filings in 2006 (1.2); review of materials from BDO re debtors (.8). | JPM | 2.00 | 1,390.00 |

|  |  |  |
|---|---|---|
| TOTAL HOURS | 6.60 | |
| TOTAL SERVICES .......................................................... $ | | 4,439.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| SEARCH FEES | $3.04 |
| TOTAL DISBURSEMENTS .......................................... $ | 3.04 |
| TOTAL FEES & DISBURSEMENTS............................ $ | 4,442.04 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.40 | 325.00 | 130.00 |
| 226 | McCahey | 6.20 | 695.00 | 4,309.00 |
| ATTY TOTAL | | 6.60 | | 4,439.00 |