**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| | : |
| Debtors. | : **Objections Due By: July 8, 2008 @ 4 p.m.** |
| | : **Hearing Date: Only in the Event of an Objection** |

---

**NOTICE OF EIGHTH MONTHLY FEE APPLICATION OF
HAHN & HESSEN LLP, FOR ALLOWANCE OF FEES AND EXPENSES AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 18, 2008, the Eighth Monthly Fee Application of Hahn & Hessen LLP, Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al*. (the "*Committee*"), for Compensation and Reimbursement of Expenses for the Period of March 1, 2008 through March 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "*Bankruptcy Court*"). By the Fee Application, Hahn & Hessen LLP (*"Hahn & Hessen"*) seeks interim allowance of compensation in the amount of $208,726.00, payment of interim compensation in the amount of $166,980.80 (80% of $), and reimbursement of expenses in the amount of $6,406.70 incurred in representation of the Committee during the period of March 1, 2008 through March 31, 2008.

Any responses or objections to the Fee Application must be filed with the Bankruptcy

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21698864v.1

Court in accordance with the local rules and served upon the undersigned counsel on or before **July 8, 2008 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Expense Reimbursement of Professionals and Committee Members, in the absence of any objection or responsive pleading to the Fee Application, Hahn & Hessen is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtor is authorized to pay Hahn & Hessen an amount equal to $166,980.80 (80% of $208,726.00) and 100% of the expenses ($6,406.70) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtor shall be authorized to pay Hahn & Hessen 80% of the fees and 100% of the expenses not subject to the objection.

Dated:    June 18, 2008                    BLANK ROME LLP

                                           By:  */s/ Bonnie Glantz Fatell*
                                                Bonnie Glantz Fatell (DE No. 3809)
                                                1201 Market Street, Suite 800
                                                Wilmington, DE  19801
                                                Telephone:  (302) 425-6400
                                                Facsimile:  (302) 425-6464

                                                       And

                                                Mark S. Indelicato
                                                Hahn & Hessen LLP
                                                488 Madison Avenue
                                                New York, NY 10022
                                                Telephone:  (212) 478-7200
                                                Facsimile:  (212) 478-7400

                                                *Counsel for the Official Committee of Unsecured Creditors*