## EXHIBIT B

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002         CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/08 | Examining docket and updating calendars for creditors committee (1.3); following up on employee claim issues for debtors' former employee Suge Boyle (.9). | EK | 2.20 | 616.00 |
| 04/01/08 | Review docket and recent pleadings 3505-3510 (.70). Review and distribute AHM monthly operating report for January (.70) | JS | 1.40 | 322.00 |
| 04/01/08 | Review docket and recent motions (.70); review hearing notices (.10). | JXZ | 0.80 | 260.00 |
| 04/01/08 | Revise and edit changes to Countrywide stipulation (.30); review motions filed (.30); telephone conversation with D. Mills regarding issues on foreclosure (.20); telephone conversation with Berliner regarding same (.10); telephone conversation with M. Michaelis regarding outstanding issues (.20). | MSI | 1.10 | 764.50 |
| 04/02/08 | Examining docket and updating calendar [1.8] | EK | 1.80 | 504.00 |
| 04/02/08 | Prepare and update Bank of America Export report binders (1.0) discussions with ELS per same. (.20) Review docket and recent pleadings 3511 3516 (.40) | JS | 1.60 | 368.00 |
| 04/02/08 | Review BDO report (.30); review agenda for meeting of committee (.10); review motions filed (.30). | MSI | 0.70 | 486.50 |
| 04/03/08 | Examining docket and updating calendars [1.2]; discussing strategy with JXZ, ELS and MSI [.4]; preparing for committee meeting [.8]; attending committee meeting [.9]; drafting minutes [1.2] | EK | 4.50 | 1,260.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/03/08 | Organize telephonic appearance for JXZ with courtcall (.20) Review Docket and recent pleadings DI 3517-3518 (.20) update calendar (.30) | JS | 0.70 | 161.00 |
| 04/03/08 | Attend hearing and e-mails with JS and MTP regarding same (.50); calendar maintenance (.10); review financial analysis (.40); e-mail R. Brady regarding Caylon settlement (.10); committee call (.90). | JXZ | 2.00 | 650.00 |
| 04/03/08 | Review BDO report (.40); telephone conversation with Berliner regarding same and Strauss issues (.20); prepare for and attend committee meeting (1.10); meeting with EK regarding issues for meeting (.20). | MSI | 1.90 | 1,320.50 |
| 04/03/08 | Participate in part of Committee call | MTP | 0.70 | 486.50 |
| 04/04/08 | Examination of docket and updating calendar [1.3] | EK | 1.30 | 364.00 |
| 04/04/08 | Review McClain administration claim and emails to debtors re: same (.60). | ELS | 0.60 | 279.00 |
| 04/04/08 | Review docket and recently filed pleadings (DI 3520-3535) (.60) update calendar (.20). | JS | 0.80 | 184.00 |
| 04/04/08 | Review recent orders (.20); court call hearing (.30). | JXZ | 0.50 | 162.50 |
| 04/04/08 | Review motions filed (.20); review BDO e-mails regarding bank issues (.30). | MSI | 0.50 | 347.50 |
| 04/07/08 | Examined docket and updating calendar [1.3]; discussing upcoming motions with MTP and ELS [.5]. | EK | 1.80 | 504.00 |
| 04/07/08 | Update Adm Agent's Expert Binder (1.20) communication with Courtcall for JXZ appearance (.20) Review and distribute Docket and recently filed pleadings (.70) Review and distribute Relief from stay 3387 for ELS (.20) | JS | 2.30 | 529.00 |
| 04/07/08 | Review docket/motions (.20). | JXZ | 0.20 | 65.00 |
| 04/07/08 | Telephone conversation (3x) with Debra Mills regarding property foreclosure (.30); review calendar and outstanding motions (.20); meeting with ELS regarding same (.10). | MSI | 0.60 | 417.00 |
| 04/08/08 | Examining docket and updating the committee's calendars [1.3] | EK | 1.30 | 364.00 |
| 04/08/08 | Review of debtors' objection to Wells Fargo relief stay motion and draft joinder to debtors' objection (.80). | ELS | 0.80 | 372.00 |
| 04/08/08 | Review and distribute docket and recently filed pleadings DI 3547-3623 (.70) update service list (.20) calendar events (.30) | JS | 1.20 | 276.00 |
| 04/08/08 | Review docket, recent motions and responses (.40). | JXZ | 0.40 | 130.00 |
| 04/09/08 | Examining docket and updating committee calendars [1.9] | EK | 1.90 | 532.00 |
| 04/09/08 | Review Docket and recent pleadings; Review and distribution of Objection to Joiner of OCUC DI 3581 (.30) Review order shortening notice DI 3582 (.30) Review Notice of Hearing on Emergency Motion to Compel 3596 (.20) Calendar events (.50) Review and distribute various Motions for relief from stay DI 3588-3600 (1.0) | JS | 2.30 | 529.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/09/08 | Review docket, recent motions, responses (.80); e-mails with ELS regarding committee update (.10); calendar maintenance (.10); various calls and e-mails with JS, MTP and ELS regarding Calyon (.20); attention to Caylon telephonic hearing (.30). | JXZ | 1.50 | 487.50 |
| 04/09/08 | Calls with YCST and JXZ re Calyon adversary proceeding and draft stipulation | MTP | 0.50 | 347.50 |
| 04/10/08 | Examination and analysis of docket and updating committee calendars [1.6]; preparing for committee conference call [.4]; attending committee call [1.1] | EK | 3.10 | 868.00 |
| 04/10/08 | Review Aurora settlement documents and email to Bowman re: questions on specific loans (.40). | ELS | 0.40 | 186.00 |
| 04/10/08 | Review Agenda (.40) Prepare for hearing and interim fee hearing (1.80) Review docket, review and distribute recently filed pleadings (DI 3625-3659) (1.20) | JS | 3.40 | 782.00 |
| 04/10/08 | Review financial report (.30); calendar maintenance (.10). | JXZ | 0.40 | 130.00 |
| 04/10/08 | Review BDO report in preparation for meeting with committee (.40); review motions filed by the Debtor (.20); attend telephonic meeting of the committee to address outstanding issues (1.10). | MSI | 1.70 | 1,181.50 |
| 04/10/08 | Participate in Committee call to review open issues including BofA settlement, BofA lift stay motion and WLR sale issues | MTP | 1.00 | 695.00 |
| 04/11/08 | Examining docket entries and updating calendars [2.1] | EK | 2.10 | 588.00 |
| 04/11/08 | Emails and meetings re: 4/14 settlement hearing and preparation for same. | ELS | 0.90 | 418.50 |
| 04/11/08 | Further preparation on Fee Hearing on 5/12/2007 (1.20) Review of Phoenix Capital fee app (.60) update internal fee examiners chart (.30) Review docket (.20) | JS | 2.30 | 529.00 |
| 04/11/08 | Prepare updates e-mail to Committee (.6); review and comment on BDO's demonstrative exhibit re: settlement with BoA (.8). | MTP | 1.40 | 973.00 |
| 04/14/08 | Examining docket entries and updating calendars [2.2] | EK | 2.20 | 616.00 |
| 04/14/08 | Travel to and from (at 1/2 time), prepare for, and appear at 4/14 hearing re: BofA settlement, Kirk relief stay motion and Wells Fargo relief stay motion. | ELS | 9.30 | 4,324.50 |
| 04/14/08 | Travel to and from (@50%) (1.9) prepare for and attend omnibus hearing before Bankruptcy Judge Sontchi re various motion including Committee's motion to approve settlement with BofA (9.2) | MTP | 11.10 | 7,714.50 |
| 04/15/08 | Examination of docket entries and updating calendars (1.8). | EK | 1.60 | 448.00 |
| 04/15/08 | Review main docket/recent motions (1.70). | JXZ | 1.70 | 552.50 |
| 04/15/08 | Draft e-mail to the committee regarding outcome of settlement hearing (.20); review motions filed (.40); revise and edit summaries to the committee (.20). | MSI | 0.80 | 556.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/16/08 | Examination of docket entries and updating creditors committees' calendars [3.1]; examination of Manly et al.'s motion to lift the stay [1.1]; working on AHM's adversary proceedings; docket entries [5.2] | EK | 9.40 | 2,632.00 |
| 04/16/08 | E-mails with ELS regarding Calyon (.10); review docket and recent motions (.60); revise committee summary and circulate same (.50). | JXZ | 1.20 | 390.00 |
| 04/16/08 | Review motion by Debtor regarding compromise loans (.60); review motions and summaries to the committee (.50). | MSI | 1.10 | 764.50 |
| 04/17/08 | Examining docket and updating committee calendars [1.7]; working on creditors committee call minutes [4.1]; drafting summaries of various motions for the creditors committee [2.5]; examination of motion to allow claims filed by AT&T and drafting summary for the creditors committee [1.1]; examination of the veracity of the class actions proof of claim (.90). | EK | 10.30 | 2,884.00 |
| 04/17/08 | Emails with EK re: AT&T administration motion. | ELS | 0.40 | 186.00 |
| 04/17/08 | E-mails and calls with MSI and EK regarding committee meeting (.10). | JXZ | 0.10 | 32.50 |
| 04/18/08 | Examining docket entries and updating calendars [2.1]; examination of adversary proceedings [3.4]; working on creditors' committees minutes [2.9] | EK | 8.40 | 2,352.00 |
| 04/18/08 | Review ACE settlement and email to Bowman re: same. | ELS | 0.30 | 139.50 |
| 04/18/08 | Review e-mail and draft motions submitted by M. Lunn (.40); review e-mails from ELS regarding comments to motion (.20). | MSI | 0.60 | 417.00 |
| 04/19/08 | Review and edit motion establishing procedures for compromising mortgage loans with prepayment issues. | MSI | 0.70 | 486.50 |
| 04/19/08 | Draft e-mail summary to Committee re results of BofA lift stay motion | MTP | 0.60 | 417.00 |
| 04/21/08 | Examination of docket and updating calendars [2.2] | EK | 2.20 | 616.00 |
| 04/21/08 | Review and distribute Debtors monthly operation reports (1.30) Review docket and recently filed pleadings (.70) | JS | 2.00 | 460.00 |
| 04/21/08 | Review docket/recent motions, responses, transcripts. | JXZ | 1.50 | 487.50 |
| 04/22/08 | Examining docket and updating calendars [1.8]; working on all adversary proceedings summary for accuracy, dates etc. [2.4]; talking with Harrison Denman re adversary proceedings [.2]; worked on McClain motion legal research [1.9]; AT&T's admin claim legal research [2.2]; drafting objection to the Laura Beall lift/stay motion [1.1]. | EK | 9.60 | 2,688.00 |
| 04/22/08 | Meeting with EK re: joinder to debtor's objection to Beall relief stay and review of same (.30); emails with debtors' attorneys re: objection deadline for various settlements (.20). | ELS | 0.50 | 232.50 |
| 04/22/08 | Review docket and recently filed pleadings various responses (.80); Review Agenda and amended agenda (.30). | JS | 1.10 | 253.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/22/08 | Review hearing agenda (.10); review docket and recent motions, objections (.40). | JXZ | 0.50 | 162.50 |
| 04/22/08 | Telephone conversation with ELS regarding outstanding motions and meeting (.20); review agenda (.10); meeting with MTP regarding discussion with Kroll (.20); review motion from debtor (.30). | MSI | 0.80 | 556.00 |
| 04/23/08 | Examining docket and updating calendars [1.9]; preparing for AHM/Kroll meeting [.6]; attending AHM/Kroll conference call [1.6]; drafting Committee minutes [2.1]; examining objections to expunged claims [2.8] | EK | 9.00 | 2,520.00 |
| 04/23/08 | Review and distribute various motions for relief from stay (.80) review docket (.20) review recently filed pleadings (.50) calendar events (.40) | JS | 1.90 | 437.00 |
| 04/23/08 | Review material including BDO report and report on thrift in preparation for meeting (.80); attend telephonic meeting of the committee to deal with thrift issues and BofA hearings (1.40). | MSI | 2.20 | 1,529.00 |
| 04/23/08 | Prepare for and participation in committee call to review Thrift standalone plan and open items | MTP | 1.50 | 1,042.50 |
| 04/24/08 | Examination of docket entries and updating calendars [2.8] | EK | 2.80 | 784.00 |
| 04/24/08 | Review title policy and Ace settlement and draft email re: same. | ELS | 0.30 | 139.50 |
| 04/24/08 | Calendar events (.30) review docket and recently filed pleadings and orders (.70) | JS | 1.00 | 230.00 |
| 04/24/08 | E-mails with BDO re debtors DIP draw | MTP | 0.10 | 69.50 |
| 04/25/08 | Examining docket entries and updating calendars [3.2]; examining paper documents concerning various motions and orders and draft summaries to the committee [4.8]. | EK | 8.00 | 2,240.00 |
| 04/25/08 | Phone calls with debtors' counsel re: Ace settlement and phone call with MSI re: same and email to debtors' counsel re: Aurora settlement. | ELS | 0.80 | 372.00 |
| 04/25/08 | Review docket (.30) review and distribute order denying Motion of BofA (.20) attention to debtor's omnibus objection to claims (.50) review notice of appeal of Wells Fargo Bank (.30) calendar events (.20) | JS | 1.50 | 345.00 |
| 04/27/08 | Review docket and recent motions and orders (1.10); review financial report (.40). | JXZ | 1.50 | 487.50 |
| 04/28/08 | Emails re: ACE and Aurora settlements. | ELS | 0.40 | 186.00 |
| 04/28/08 | Review motion to extent time (.40) review Cert. of Counsel of Allen Overy (.20) docket review (.40) review and distribute omnibus objection to claims 5th and 6th (.50) review recently filed pleadings (.20) | JS | 1.70 | 391.00 |
| 04/28/08 | Review docket and recent motions (.40). | JXZ | 0.40 | 130.00 |
| 04/28/08 | Attention to BDO's e-mails re Kroll's update on DIP funding (.2) | MTP | 0.20 | 139.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/29/08 | Examination of docket entries and updating calendars [1.8]; working on objections to various claims made by the debtor [4.1] | EK | 5.90 | 1,652.00 |
| 04/29/08 | Conference call with debtors re: Ace settlement and meeting with MSI re: same. | ELS | 0.60 | 279.00 |
| 04/29/08 | Attention to Agenda filed for Hearing on 5/1, prepare for hearing (1.5) Review and distribute various Orders terminating automatic stay (.80) update calendar events (.30) review docket and recently filed pleadings (.30) draft committee member expense reimbursement application (1.0) | JS | 3.90 | 897.00 |
| 04/29/08 | Review docket and recent orders and motions (.90); meeting with EK regarding pending motions (.10). | JXZ | 1.00 | 325.00 |
| 04/29/08 | Discussion with J. McGinley re Thrift's business plan (.2); e-mails with BDO re estate funding issues (.3) | MTP | 0.50 | 347.50 |
| 04/30/08 | Updating calendars and examination of docket [2.3]; examination of objected claims and legal research [7.1] | EK | 9.40 | 2,632.00 |
| 04/30/08 | Review amended agenda and further preparation for hearing (.60) review docket and recently filed pleadings (.30) update calendar (.20) | JS | 1.10 | 253.00 |
| 04/30/08 | Review docket and recent motions (.20); meeting with EK regarding open issues (.10). | JXZ | 0.30 | 97.50 |
| 04/30/08 | Telephone conversation with Berliner regarding borrowing under DIP projected budget going forward and cash burn (.40); telephone conversation with Patton regarding same and need for meeting (.20); review motion and calendar regarding hearing (.40); e-mails regarding same (.10). | MSI | 1.10 | 764.50 |
| 04/30/08 | Call with BDO and MSI re projected cash usage in estate. | MTP | 0.40 | 278.00 |

TOTAL HOURS                                    190.10

TOTAL SERVICES ........................................................ $    68,375.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $314.81 |
| CARFARE | $1,231.10 |
| COMPUTER/HARD DRIVE/SUPPLIES | $7.03 |
| COURIER SERVICE | $43.46 |
| DUPLICATING | $870.50 |
| LEXIS | $257.16 |
| MEALS | $871.43 |
| REPORTS FEE | $2,101.70 |
| TELECOPY PAGES | $3.00 |

DISBURSEMENT SUMMARY

TRAVEL                                                                          $855.00

TOTAL DISBURSEMENTS ............................................................ $      6,555.19

TOTAL FEES & DISBURSEMENTS ............................................. $      74,930.69

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 30.20 | 230.00 | 6,946.00 |
| 550 | Keary | 98.80 | 280.00 | 27,664.00 |
| 493 | Zawadzki | 14.00 | 325.00 | 4,550.00 |
| 486 | Schnitzer | 15.30 | 465.00 | 7,114.50 |
| 260 | Indelicato | 13.80 | 695.00 | 9,591.00 |
| 364 | Power | 18.00 | 695.00 | 12,510.00 |
| ATTY TOTAL | | 190.10 | | 68,375.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
003        RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/02/08 | Review OCP affidavits (.20). | JXZ | 0.20 | 65.00 |
| 04/07/08 | Drafting Fred Madonna retention application notice and order [3.1] | EK | 3.10 | 868.00 |
| 04/15/08 | Review supplemental OCP list (.10); review OCP retention affidavits (.10). | JXZ | 0.20 | 65.00 |
| 04/16/08 | Review OCP retention affidavit (.20). | JXZ | 0.20 | 65.00 |
| 04/17/08 | Review supplement OCP list (.10). | JXZ | 0.10 | 32.50 |
| 04/24/08 | E-mail with YCST re Milestone's continued retention | MTP | 0.10 | 69.50 |

TOTAL HOURS                    3.90

TOTAL SERVICES ........................................................ $     1,165.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 3.10 | 280.00 | 868.00 |
| 493 | Zawadzki | 0.70 | 325.00 | 227.50 |

| 364 | Power | 0.10 | 695.00 | 69.50 |
|-----|-------|------|--------|-------|

| ATTY TOTAL | | 3.90 | | 1,165.00 |
|------------|--|------|--|----------|

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

>  703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
>  005           DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/08 | Calendar maintenance (.10); review stipulation (.10). | JXZ | 0.20 | 65.00 |
| 04/01/08 | Telephone conversation with M. Schonholtz and A. Alfonso (2x) regarding strategy and outstanding issues (.20); review case law to see approval of settlement (.80); telephone conversation with F. Madonna regarding testimony (.20). | MSI | 1.20 | 834.00 |
| 04/01/08 | Work on outlining arguments and testimony for approval of Committee's settlement with BofA (1.8); discuss same with MSI (.4). | MTP | 2.20 | 1,529.00 |
| 04/02/08 | Conference call with MTP, MSI and BofA counsel re: stay relief and settlement (1.00); begin review of their documents and discovery responses; meeting with EK re: same and IT staff re: same (2.10); phone call and email re: stipulated protective order (.60). | ELS | 3.70 | 1,720.50 |
| 04/02/08 | Meeting with F. Madonna to discuss issues on relief stay and settlement (1.20); telephone conversation with M. Schonholtz and A. Alfonso regarding strategy on settlement (.80); review debtors expert report (.60); review documents produced (.80); review research regarding settlement issues (.70). | MSI | 4.10 | 2,849.50 |
| 04/02/08 | Meeting with Madonna and MSI re issues with respect to settlement with BofA and lift stay motion (1.2); call with Kaye Scholer re strategy for upcoming hearings (.7); review debtor's expert report (1.1); review of documents produced in lift stay motion (6.) | MTP | 9.00 | 6,255.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/03/08 | Committee call re: case status (.90); meeting with MSI, JXZ and EK re: BofA stay relief motion and our settlement with BofA (.50); review AHM expert reports (.80); meeting with JXZ re: drafting 9019 reply and emails re: legal research on same (.90); draft support for lift stay motion (1.90). | ELS | 5.00 | 2,325.00 |
| 04/03/08 | Review draft of Stipulation Protective Order and e-mails re: same | JPA | 0.50 | 347.50 |
| 04/03/08 | Document review (2.50); meetings with EK, MSI and ELS regarding BofA 9019 and relief from stay motion (.90); preliminary draft of reply papers (2.00). | JXZ | 5.40 | 1,755.00 |
| 04/03/08 | Review and edit settlement in support (.30); meeting with ELS regarding same (.10); review expert reports and exhibits filed by debtor and BofA (1.70); telephone conversation with A. Alfonso regarding same (.20); meeting with ELS and JXZ regarding objection and research (.30); review documents (.80). | MSI | 3.40 | 2,363.00 |
| 04/03/08 | Review BofA's expert report and exhibits submitted in support of its lift stay motion (2.); attention to BDO analysis on BofA settlement and conference call on same (1.1) | MTP | 3.10 | 2,154.50 |
| 04/04/08 | Conference with JPA regarding assignment of case; review of documents to get up to speed on case. | CJK | 0.20 | 85.00 |
| 04/04/08 | Assistance with documents relating to expert reports | DM | 1.50 | 300.00 |
| 04/04/08 | Examination and analysis of BofA & AHM documents re discovery [8.4] | EK | 8.40 | 2,352.00 |
| 04/04/08 | Review reports and related documents, emails with Fred Madonna and BDO re: same; emails and phone calls with BofA re: discovery; revisions to statement in support of BofA stay relief motion; review BofA responses to interrogatories (5.80). | ELS | 5.80 | 2,697.00 |
| 04/04/08 | Review BOA objections and responses to Debtor's First Set of Interrogatories | JPA | 0.50 | 347.50 |
| 04/04/08 | Meeting with ELS regarding 9019/stay relief motion (.20); review notice to extend (.10); document review (5.30). | JXZ | 5.60 | 1,820.00 |
| 04/04/08 | Review documents and material in preparation for 4/14 and 4/16 hearings (1.70); numerous e-mails with F. Madonna regarding issues (.30); revise and edit statement in support (.60); meeting with ELS regarding same (.10); telephone conversation with A. Alfonso regarding same (.20). | MSI | 2.90 | 2,015.50 |
| 04/05/08 | Review Debtors' objection to motion to shorten (.50); document review (.30). | JXZ | 0.80 | 260.00 |
| 04/06/08 | Research 9019 issues (.60); document review (.50). | JXZ | 1.10 | 357.50 |
| 04/06/08 | Review expert report of debtor. | MSI | 1.50 | 1,042.50 |
| 04/06/08 | Attention to BDO's analysis on potential benefits of BofA settlement and conference call with BDO and MSI to discuss same (1.4); call with Liscio and Schonholtz re settlement discussions (.5); follow up call with MSI (.2) | MTP | 2.10 | 1,459.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/07/08 | Researching caselaw re: stipulation hearing with BofA [1.8]; analyzing the discovered BofA v. debtors documents [6.9] | EK | 8.70 | 2,436.00 |
| 04/07/08 | Meeting with Fred Madonna, Berliner, MTP, MSI and JPA re: BofA relief from stay and committee settlement with BofA (2.80); meeting with JPA re: prepping Berliner for hearing on settlement (.40); review debtors' and purchaser's objections to our settlement with BofA, meetings with JXZ re: same and draft email to JXZ re: responses (3.80); edits to support for BofA stay relief motion (.50). | ELS | 7.50 | 3,487.50 |
| 04/07/08 | Prepare for meeting with MTP, MSI, ELS, D. Berliner, M. Michaelis and Fred Madonna by reviewing motions to liftstay and settle BOA issues (1.5); attend meeting with stated persons to discuss issues and hearing preparation (2.2); review expert reports filed by Debtor and BOA (2.4) | JPA | 6.10 | 4,239.50 |
| 04/07/08 | Review deposition notices and schedules (.20); calls with ELS regarding 9019 (.20); review various objections and documents regarding preliminary draft of reply papers (9.10). | JXZ | 9.50 | 3,087.50 |
| 04/07/08 | Review additional documents forwarded by BofA (1.90); review material in preparation for meeting with Madonna (.60); telephone conversation with S. Johnston regarding questions on terms of BofA settlement (.60); meeting with BDO and F. Madonna regarding preparation for hearing on settlement (2.30); telephone conversation with S. Talmadge regarding same (.30); review issues raised in objection (.40). | MSI | 6.10 | 4,239.50 |
| 04/07/08 | Review documents produced by BofA and debtors in connection with lift stay motion (4.4); attend strategy meeting with Berliner, Rabinowitz, JPA, MSI, ELS, Fred Madonna to prepare for hearing on settlement and discuss alternative for loan disposition (2.5) | MTP | 6.90 | 4,795.50 |
| 04/08/08 | Reviewed motion of BofA to lift stay, objections thereto, motion to shorten time for discovery responses and objection thereto, Rule 9019 motion, and other documents to get up to speed on case. | CJK | 2.50 | 1,062.50 |
| 04/08/08 | Examination and analysis of discovered documents in the BofA v. debtors lift/stay litigation [5.7]; examination of the caselaw ranged by the debtors in BofA v. debtors re: sub rosa plan [4.2]; examination of the trustee's objection and the caselaw cited [.8] | EK | 10.70 | 2,996.00 |
| 04/08/08 | Meeting with MTP, MSI and JXZ re: reply to objections to BofA settlement and coverage of depositions on relief stay motion (1.10); conference call with BofA attorneys, MTP, MSI and JXZ re: settlement and relief stay motion (1.60); review and edit JXZ draft reply in support of settlement and meetings with JXZ re: same (5.90). | ELS | 8.60 | 3,999.00 |
| 04/08/08 | Outline expert testimony in support of motion to approve settlement (2.0) | JPA | 2.00 | 1,390.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/08/08 | Calls, e-mails and meetings with B. Fatell, MSI, ELS, EK and MTP regarding 9019 motion and reply papers (1.70); review documents and conference call with BofA regarding same (1.50); document review and draft reply papers (9.60). | JXZ | 12.80 | 4,160.00 |
| 04/08/08 | Continue review of objections to settlement (.70); meeting with JXZ regarding same (.60); meeting with MTP, ELS and JXZ regarding objection and testimony for hearing (.60); telephone conversation with Kaye Scholer to discuss objection and strategy (1.20); review case law cited in objection (1.60). | MSI | 4.70 | 3,266.50 |
| 04/08/08 | Call with Kaye Scholer re issues with respect to Committee settlement and BofA lift stay motion (1.2); review Debtors' objection to settlement (1.0); review Debtors' expert report (.8); review other objections to settlement (1.2); work on direct examination questions for Berliner (2.2). | MTP | 6.40 | 4,448.00 |
| 04/09/08 | Conference with JPA regarding preparation for 4/14 hearing on Rule 9019 motion and background of case (.70); reviewed Bank of America's expert report by Robert Branthover (1.80). | CJK | 2.50 | 1,062.50 |
| 04/09/08 | Examination and analysis of the debtors' BofA discovered documents [9.8] | EK | 9.80 | 2,744.00 |
| 04/09/08 | Attend deposition of BofA expert (6.70); meetings with MTP, MSI and JXZ re: reply in support of motion; conference calls with BofA's attorneys, MTP, MSI and JXZ re: settlement and review and revise draft reply in support of settlement (5.50); review and revise support for BofA stay relief motion and meetings with MTP and MSI re: same (.80). | ELS | 13.00 | 6,045.00 |
| 04/09/08 | Outline direct testimony (.4); meeting with CJK to outline hearings and prepare for evidentiary issues (.7); meeting with MSI to discuss hearing strategy (.5); meeting with D. Berliner and MTP to discuss hearing and strategy (1.0) | JPA | 2.60 | 1,807.00 |
| 04/09/08 | Meetings and calls with ELS, MTP, MSI and A. Alfonso regarding Reply (1.70); document review and draft reply papers (7.90). | JXZ | 9.60 | 3,120.00 |
| 04/09/08 | Review and edit reply (.70); meeting with JXZ regarding comments to reply (.60); review BDO analysis and economic issues on settlement (1.10); telephone conversation with Berliner regarding same (.20); meeting with JPA regarding Direct (.60); telephone conversation with numerous time with A. Alfonso and M. Schonholtz regarding comments on settlement issues and strategy (2.40); meeting with ELS, JXZ and MTP regarding settlement, relief stay and reply (2.50). | MSI | 8.10 | 5,629.50 |
| 04/09/08 | Attention to Committee's draft Reply Brief in support of BofA settlement (2.5); review BofA's draft supporting brief (1.2); calls with Kaye Scholer to discuss open item and strategy (2.1); calls with YCST to discuss open issues (.6); meeting with ELS, MSI, JXZ to discuss upcoming matters including settlement, stay relief and reply brief and assignments (2.5) | MTP | 8.90 | 6,185.50 |
| 04/10/08 | Examination and analysis of the debtors' documents discovered by BofA (8.7). | EK | 8.70 | 2,436.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/10/08 | Meetings with MTP and MSI and revisions to reply in support of 9019 and revisions to exhibit for reply (9.90). | ELS | 9.90 | 4,603.50 |
| 04/10/08 | Attend Wampler deposition (6.80); calls, e-mails and meetings with ELS, MSI and MTP regarding reply (.50); review documents; research 9019 issues and revise reply papers (4.10). | JXZ | 11.40 | 3,705.00 |
| 04/10/08 | Revise and edit numerous drafts of the reply brief (4.30); review case law related thereto (.80); meeting with MTP and ELS regarding same (.70); review final draft of BofA reply (.40); numerous conversations with A. Alfonso regarding same (.80); review expert reports and documents in preparation for the deposition (.80). | MSI | 7.80 | 5,421.00 |
| 04/10/08 | Work on drafting and finalizing Committee's Reply Brief in support of approval of settlement with BofA (7.6); multiple discussions, e-mails and conference calls with MSI, ELS, Anna Alfonso, Margot Schonholtz, Scott Talmadge, Robert Brady re same (3.3) | MTP | 10.90 | 7,575.50 |
| 04/11/08 | Examination and analysis of the debtors' documents discovered by BofA [8.4] | EK | 8.40 | 2,352.00 |
| 04/11/08 | Attend Bolton deposition (7.00); document review in preparation for same (2.40). | JXZ | 9.40 | 3,055.00 |
| 04/11/08 | Review BDO analysis in preparation for hearing (.40); telephone conversation with A. Alfonso regarding strategy and order (.30); review numerous provisions and e-mails regarding provision in order to eliminate objection of Ross, US Trustee and Taxing Authorities (.40); telephone conversation with Taxing Authorities regarding concerns/objections to order (.30); review materials in preparation for hearing (1.80). | MSI | 3.20 | 2,224.00 |
| 04/11/08 | Review e-mails re update on deposition for BofA lift stay motion (.4) | MTP | 0.40 | 278.00 |
| 04/13/08 | Draft order for BofA settlement and conference call with MSI, MTP and BDO re: 4/14 hearing. | ELS | 1.50 | 697.50 |
| 04/13/08 | Attention to stay matters (.40). | JXZ | 0.40 | 130.00 |
| 04/13/08 | Review case law in support of settlement (1.80); review documents, motions and prepare agreement for hearing (2.80); telephone conversation with A. Alfonso regarding hearing (.30); telephone conversation with MTP, ELS, Berliner and Michaelis regarding hearing testimony (.40); revise and edit order and numerous e-mails regarding same (.40). | MSI | 5.70 | 3,961.50 |
| 04/14/08 | Examination and analysis of the Debtors' documents produced in BofA's lift stay motion [9.8]. | EK | 9.80 | 2,744.00 |
| 04/14/08 | E-mails and calls with RJM and M. Minella regarding protective order (.20). | JXZ | 0.20 | 65.00 |
| 04/14/08 | Review documents and attend Bolton trial deposition (7.10); e-mails with ELS regarding 9019 motion (.10); e-mails regarding deposition transcript (.10). | JXZ | 7.30 | 2,372.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/14/08 | Review pleadings and testimony in preparation for hearing (1.60); attend hearing and meeting with parties regarding strategy (4.80). | MSI | 6.40 | 4,448.00 |
| 04/15/08 | Examination and analysis of documents relating to BofA's debtors discovered documents [10.1] | EK | 10.10 | 2,828.00 |
| 04/15/08 | Review of deposition transcripts and pretrial briefs re: BofA relief from stay motion and debtors' objection. | ELS | 2.50 | 1,162.50 |
| 04/15/08 | Draft 7th extension stipulation re: deadline to file suit against BofA and emails re: same. | ELS | 0.40 | 186.00 |
| 04/15/08 | Document review (.80); review hearing agenda (.10); meeting with MSI regarding stay relief (.20); review peretrial briefs/MOLS (1.60); review 9019 order (.10); review deposition transcripts (1.70); e-mails with ELS regarding expert testimony (.10). | JXZ | 4.60 | 1,495.00 |
| 04/15/08 | Review proposed order entered approving settlement. | MSI | 0.10 | 69.50 |
| 04/15/08 | Review deposition transcripts for Wampler two experts and Bob Johnson and supporting memorandum filed by BofA and Debtors (6.7) | MTP | 6.70 | 4,656.50 |
| 04/16/08 | Preparing for BofA stay relief hearing; meetings with MTP re: same; attending same and travel to and from hearing (at 1/2 time). | ELS | 12.10 | 5,626.50 |
| 04/16/08 | Travel to and from (@50%) (1.8); attend hearing on BofA's motion for a relief from the automatic stay (8.40). | MTP | 10.20 | 7,089.00 |
| 04/17/08 | E-mails with ELS regarding extension of filing deadline (.10). | JXZ | 0.10 | 32.50 |
| 04/17/08 | Travel to and from (@50%) (1.8) and attend continued hearing before Bankruptcy Judge Sontchi re BofA relief from stay motion (2.); e-mails with Anna Alfonso re extension stipulation (.5) | MTP | 4.30 | 2,988.50 |
| 04/19/08 | Review transcript of 4/14 hearing. | MSI | 0.80 | 556.00 |
| 04/21/08 | Emails/meeting with JLS re: BofA motion and review docket re: same. | JXZ | 0.20 | 65.00 |
| 04/28/08 | Attention to deposition transcripts (.10); review motion to extend (.10); meeting with MTP regarding settlement issues (.10). | JXZ | 0.30 | 97.50 |
| 04/30/08 | Telephone conversation with Lunn regarding issues on proposed motion and reviewed same. | MSI | 0.40 | 278.00 |

TOTAL HOURS                369.40

TOTAL SERVICES .................................................................... $    178,334.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                              $0.25

DISBURSEMENT SUMMARY

| | |
|---|---:|
| CARFARE | $1,099.72 |
| DUPLICATING | $150.90 |
| MEALS | $115.24 |
| REPORTS FEE | $6,219.00 |
| TRAVEL | $700.00 |

TOTAL DISBURSEMENTS ............................................................$     8,285.11

TOTAL FEES & DISBURSEMENTS............................................$    186,619.61

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 558 | Millman | 1.50 | 200.00 | 300.00 |
| 550 | Keary | 74.60 | 280.00 | 20,888.00 |
| 493 | Zawadzki | 78.90 | 325.00 | 25,642.50 |
| 931 | Kang | 5.20 | 425.00 | 2,210.00 |
| 486 | Schnitzer | 70.00 | 465.00 | 32,550.00 |
| 260 | Indelicato | 56.40 | 695.00 | 39,198.00 |
| 339 | Amato | 11.70 | 695.00 | 8,131.50 |
| 364 | Power | 71.10 | 695.00 | 49,414.50 |
| ATTY TOTAL | | 369.40 | | 178,334.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
006         SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/08 | Miscellaneous conferences and e-mails with Grear, MSI, MTP, Berliner, Michaelis regarding WLR closing issues (1.4); miscellaneous e-mails and conferences with Mayk, Fatell, MSI regarding licensing issues related to closing (1.0); conference call with Grear, Kroll, regulatory counsel regarding licensing issues (0.6); review DB Structured and Calyon agreement regarding license related issues (0.4); conference call with Kroll, BDO, Kaye Scholler, MSI regarding strategy (0.9) | DDG | 4.30 | 2,687.50 |
| 04/01/08 | Conference call with DXG and MSI regarding loan sales (.20). | JXZ | 0.20 | 65.00 |
| 04/01/08 | Review e-mails and documents regarding closing (.70); telephone conversation (2x) with DDG regarding outstanding issues (.30); telephone conversation with B. Fatell (.30) regarding regulatory issues (.30); telephone conversation with debtors' counsel regarding same (.40); review closing issues including rights under asset purchase agreement (1.10). | MSI | 2.80 | 1,946.00 |
| 04/02/08 | Miscellaneous conferences and e-mails with Mayk, Grear, MSI, Fattell regarding license issues (0.3); miscellaneous conference calls with Debtors, Kroll, Young Conway, Kaye Scholler, BDO, MSI and Jones Day (2.4); miscellaneous e-mails and conferences with MSI, MTP regarding Calyon and DB Structured issues (0.3) | DDG | 3.00 | 1,875.00 |
| 04/02/08 | Examination and analysis of AHM v. BofA documents regarding possible sale related issues [8.1] | EK | 8.10 | 2,268.00 |
| 04/02/08 | E-mails regarding Dovebid auction (.10). | JXZ | 0.10 | 32.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/02/08 | Telephone conversation with debtor regarding strategy on closing (.70); telephone conversation with debtor and BofA regarding same (.90); review various e-mails regarding status of discussions (.30); update call with purchaser, debtor and BofA (.60). | MSI | 2.50 | 1,737.50 |
| 04/02/08 | Call with YCST, MSI, DDG re strategy issues with respect to closing with WL Ross (.7); joint call with debtor and BofA, Kaye Scholer, MSI re same (1.); participate in call with Jones Day, YCST, Kaye Scholer re issues with closing (1.); work on draft stipulation with Calyon and debtors (.8); discuss same with Sean Beach (.3) | MTP | 3.80 | 2,641.00 |
| 04/03/08 | Miscellaneous e-mails with Grear, BDO, Jones Day, MSI regarding closing issues (0.5); conference call with Debtors, Kroll, Jones Day, Kaye Scholler, MSI regarding closing issues (0.6) | DDG | 1.10 | 687.50 |
| 04/03/08 | Examinations and analysis of AHM vs. BofA documents regarding possible sale related issues [8.2] | EK | 8.20 | 2,296.00 |
| 04/03/08 | Review numerous issues raised on final close including servicing agreements (.30); telephone conference with S. Talmadge and A. Alfonso regarding proceeds issues (.30); telephone conversation with DXG regarding same (.10); telephone conversation with the debtor and YCST regarding same (.20); telephone conversation with the debtor, YCST, BofA and purchaser regarding outstanding closing issues (.60). | MSI | 1.50 | 1,042.50 |
| 04/04/08 | Review servicing agreement draft, conference with Grear regarding same | DDG | 1.00 | 625.00 |
| 04/04/08 | Telephone conversation with A. Alfonso and S. Talmadge regarding servicing agreement issues (.30); review same (1.60); numerous e-mails with all parties regarding outstanding issues (.40). | MSI | 2.30 | 1,598.50 |
| 04/06/08 | Review drafts of various servicing and sub-servicing agreements, exchange comments regarding same (3.2); e-mails and conference with Grear MSI, MTP regarding miscellaneous closing issues (0.8); review amendment 6 to APA, comments regarding same (0.2) | DDG | 4.20 | 2,625.00 |
| 04/06/08 | Review various materials and e-mail regarding outstanding issues and agreements. | MSI | 1.30 | 903.50 |
| 04/07/08 | Review revised drafts of TSA, side letter, miscellaneous sub-servicing and servicing agreements (1.2); miscellaneous e-mails and conferences with Grear, Berliner, MSI, MTP regarding closing issues (1.1) | DDG | 2.30 | 1,437.50 |
| 04/08/08 | Review miscellaneous drafts of sub-servicing agreements (0.9); miscellaneous e-mails regarding servicing and closing issues with MTP, MSI, BDO (0.7); miscellaneous conferences with Grear, Liscio, MTP, MSI regarding sub-servicing issues (1.5) | DDG | 3.10 | 1,937.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/08/08 | Review numerous e-mails regarding outstanding issues on servicing and closing including attachment (.80); meeting with MTP regarding Calyon issues (.20); telephone conversation with Brady and Beach regarding same (.20); meeting with MTP regarding dispute on payment of fees (.40). | MSI | 1.60 | 1,112.00 |
| 04/08/08 | Attention to multiple e-mails re issues with closing WLR sale (.7); review revisions to draft agreements (.9); review revision to proposed stipulation on Calyon settlement and multiple e-mails with S. Beach and Hunton Williams re same (1.6); discuss same with MSI (.2) | MTP | 3.40 | 2,363.00 |
| 04/09/08 | Miscellaneous conferences and e-mails with Grear, Liscio, MTP, MSI regarding WLR closing issues (1.5); review revisions to WLR sub-servicing agreements (0.4); conferences with MSI, MTP, ELS regarding stipulation with BNY (0.5); conferences with MTP, MSI regarding WLR motion to compel closing (0.2); review order and WLR motion to compel (0.4) | DDG | 3.00 | 1,875.00 |
| 04/09/08 | Review emergency motion filed by Ross (.30); meeting with DDG regarding response and outstanding issues (.30). | MSI | 0.60 | 417.00 |
| 04/09/08 | Review WLR's emergency motion to compel closing; discuss our position with DDG; discuss preparing a response | MTP | 1.10 | 764.50 |
| 04/10/08 | Review revisions to various drafts of sub-servicing agreement (0.6); miscellaneous conferences and e-mails with Grear, Liscio, MTP regarding revisions to agreements and remaining issues (0.7); prepare draft joinder in response to WLR motion to compel closing (2.1) | DDG | 3.40 | 2,125.00 |
| 04/10/08 | Review WLR motion to compel (.20). | JXZ | 0.20 | 65.00 |
| 04/10/08 | Review numerous e-mails regarding servicing agreements and changes thereto (.40); review documents (.40). | MSI | 0.80 | 556.00 |
| 04/17/08 | Commence research re "mootness" of an appeal. | RJM | 2.50 | 1,312.50 |
| 04/21/08 | Call EK re: reset sales. | JXZ | 0.10 | 32.50 |
| 04/23/08 | Review materials regarding plan for sale of American Home Bank | DDG | 0.20 | 125.00 |
| 04/24/08 | Research re Judge Santchi's decision concerning DBSP, servicing rights and whether appeal of decision can be dismissed or declared moot because DBSP did not challenge alternative rationale of Santchi. | JL | 1.50 | 487.50 |
| 04/24/08 | Conference with JZL re mootness research issue. | RJM | 0.10 | 52.50 |
| 04/30/08 | Telephone conversation with M. Lunn regarding motion to establish cure bar date and related items (.30); review same (.10); review issues on schedule G reconciliation (.40). | MSI | 0.80 | 556.00 |

TOTAL HOURS                    69.10

TOTAL SERVICES ........................................................................ $    38,249.00

DISBURSEMENT SUMMARY

| | |
|---|---:|
| CARFARE | $385.72 |
| DUPLICATING | $4.50 |
| LEXIS | $54.57 |
| MEALS | $193.36 |

TOTAL DISBURSEMENTS ............................................................$      638.15

TOTAL FEES & DISBURSEMENTS.............................................$    38,887.15

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 550 | Keary | 16.30 | 280.00 | 4,564.00 |
| 493 | Zawadzki | 0.60 | 325.00 | 195.00 |
| 925 | Lazarus | 1.50 | 325.00 | 487.50 |
| 952 | Malatak | 2.60 | 525.00 | 1,365.00 |
| 426 | Grubman | 25.60 | 625.00 | 16,000.00 |
| 260 | Indelicato | 14.20 | 695.00 | 9,869.00 |
| 364 | Power | 8.30 | 695.00 | 5,768.50 |
| ATTY TOTAL | | 69.10 | | 38,249.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/08 | Review and update internal fee examiner chart, applications filed by Allen Overy, Weiner Brodsky and Adorno & Yoss (3.10). | JS | 3.10 | 713.00 |
| 04/01/08 | Review numerous fee applications, draft summaries and e-mails with MTP regarding same (2.20); review documents; draft committee update and circulate same (1.20). | JXZ | 3.40 | 1,105.00 |
| 04/04/08 | Review and analysis on YCST's December fee application (1.70). | JS | 1.70 | 391.00 |
| 04/04/08 | Review and distribute YCST Feb. fee application (1.0) update internal fee examiners chart (.40). | JS | 1.40 | 322.00 |
| 04/07/08 | Review fee applications (.90); review NWT notice of withdrawal (.10). | JXZ | 1.00 | 325.00 |
| 04/15/08 | Reviewing Northwest Trustee Services Fee Apps for MTP (1.4). | EK | 1.40 | 392.00 |
| 04/15/08 | Attention to fee applications (.20). | JXZ | 0.20 | 65.00 |
| 04/16/08 | Review fee applications, draft summaries and e-mails with MSI regarding same (.90); draft committee fee report and circulate same (.80). | JXZ | 1.70 | 552.50 |
| 04/17/08 | Review fee applications, draft summary and e-mail MSI regarding same (.50). | JXZ | 0.50 | 162.50 |
| 04/22/08 | Review fee apps for Alan Weinreb's March (.40) Milestone's Dec and Jan (.70) Weltman's 8th (.40) Update internal fee examiners chart (.80). | JS | 2.30 | 529.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/23/08 | Review and distribute Northwest trustee's March fee app and update internal fee examiners chart (.80) Review and distribute Kroll Zolfo's February Fee app and update internal fee examiners chart (.70) | JS | 1.50 | 345.00 |
| 04/24/08 | Review and distribute Allen Overy March fee app and update internal fee examiners chart (.60) | JS | 0.60 | 138.00 |
| 04/25/08 | Review and distribute YCST's eight fee app and update internal fee examiners chart (1.20) update fee chart with CNO's filed (.30) | JS | 1.50 | 345.00 |
| 04/28/08 | Review and distribute Cohn, Goldberg's January fee app and update internal fee examiners chart (.50) Review and distribute Consuegra's March fee app and update internal fee examiners chart (.40) | JS | 0.90 | 207.00 |
| 04/29/08 | Review fee applications; draft summaries and e-mails with MTP and ELS regarding same (2.70). | JXZ | 2.70 | 877.50 |
| 04/29/08 | Review JXZ e-mails summarizing various fee apps | MTP | 0.30 | 208.50 |
| 04/30/08 | Review fee applications and e-mails with ELS regarding same (1.20). | JXZ | 1.20 | 390.00 |

TOTAL HOURS      25.40

TOTAL SERVICES ........................................................................ $    7,068.00

DISBURSEMENT SUMMARY

DUPLICATING       $2.20

TOTAL DISBURSEMENTS ............................................................ $      2.20

TOTAL FEES & DISBURSEMENTS ............................................. $    7,070.20

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 13.00 | 230.00 | 2,990.00 |
| 550 | Keary | 1.40 | 280.00 | 392.00 |
| 493 | Zawadzki | 10.70 | 325.00 | 3,477.50 |
| 364 | Power | 0.30 | 695.00 | 208.50 |
| ATTY TOTAL | | 25.40 | | 7,068.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
008         AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/08 | Vicom - revise preference analysis and meeting with MSI re: same. | ELS | 0.50 | 232.50 |
| 04/02/08 | Emails re: Vicom preference. | ELS | 0.40 | 186.00 |

|  | TOTAL HOURS | 0.90 | |
|--|-------------|------|--|

TOTAL SERVICES ......................................................... $     418.50

DISBURSEMENT SUMMARY

DUPLICATING                                                              $0.20

TOTAL DISBURSEMENTS ........................................... $       0.20

TOTAL FEES & DISBURSEMENTS ............................. $     418.70

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 486 | Schnitzer | 0.90 | 465.00 | 418.50 |

ATTY TOTAL                       0.90                              418.50

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
009        LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/08 | Examining AHM adversary proceedings of Broadhollow. FGK and triad guaranty [2.6] | EK | 2.60 | 728.00 |
| 04/01/08 | Review docket and recent pleadings in adv. 07-51741 Notice of Service of Discovery Materials (.40) | JS | 0.40 | 92.00 |
| 04/03/08 | Review and distribute Rasheed v AHM (Class Action) - Plaintiff's Reply to Defendant's Opp to Motion to Amend Complaint (.50) Set up JXZ with Court call for appearance on Calyon. (.30) | JS | 0.80 | 184.00 |
| 04/03/08 | Review defendants' written objections and responses to discovery demands. | RJM | 0.60 | 315.00 |
| 04/04/08 | Review Adv Docket 07-51747, Review and distribute amended scheduling order (.30) update calendar (.10) | JS | 0.40 | 92.00 |
| 04/04/08 | Review Calyon pleadings (.80). | JXZ | 0.80 | 260.00 |
| 04/09/08 | Review of debtors' motion for court approval of confidentiality agreement (.30); emails with JXZ re same (.20) | JPM | 0.50 | 347.50 |
| 04/09/08 | Review and edit draft motion for protective order. | RJM | 0.90 | 472.50 |
| 04/10/08 | Prepare JXZ for telephonic appearance before CSS on Calyon Adversary. | JS | 0.40 | 92.00 |
| 04/11/08 | Review documents and motion in preparation for Bob Johnson deposition related to relief stay motion (2.30); attend Bob Johnson deposition (4.00). | MSI | 6.30 | 4,378.50 |
| 04/13/08 | Continue review of Johnson and expert deposition transcripts. | MSI | 1.40 | 973.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/14/08 | Review of confidentiality agreement and RJM comments thereto and confer with RJM re same (.70); review of file (.50). | JPM | 1.20 | 834.00 |
| 04/14/08 | Conference with JPM re draft protective order. | RJM | 0.10 | 52.50 |
| 04/15/08 | E-mails with MTP regarding Calyon (.10); review Calyon docket/pleadings and draft summary (2.00). | JXZ | 2.10 | 682.50 |
| 04/15/08 | Review Wampler and expert testimony (1.80); meeting with MTP regarding strategy and issues to be addressed (.60). | MSI | 2.40 | 1,668.00 |
| 04/16/08 | Review Wampler deposition; telephone conversation with MTP regarding issues at trial. | MSI | 1.60 | 1,112.00 |
| 04/17/08 | Telephone conference with M. Minella re protective order. | RJM | 0.30 | 157.50 |
| 04/18/08 | Continue editing proposed scheduling order based on conversations with Debtors' counsel. | RJM | 0.30 | 157.50 |
| 04/21/08 | Examination, analyzing and drafting summary of U.S. Bank National v. AHM [1.8] | EK | 1.80 | 504.00 |
| 04/21/08 | Working on AHM v. DBSP litigation [6.2] | EK | 6.20 | 1,736.00 |
| 04/21/08 | Review of confidentiality stipulation as revised by RJM incorporating my earlier comments and further revised stipulation (.80); confer with RJM re same (.20); review of email by RJM to Debtor's counsel re revised stipulation (.10) all re WARN Act litigation. | JPM | 1.10 | 764.50 |
| 04/21/08 | Continue review of relevant case law re mootness of appeal and commence review of pleadings re assignment of servicing platform. | RJM | 2.90 | 1,522.50 |
| 04/22/08 | Open new Adv. file and chart US Bank v AHM 08-50598 (.20) review complaint (.30) Check Adv 07-51741 docket (.20) review order and change deadlines on calendar (.50) | JS | 1.20 | 276.00 |
| 04/23/08 | Review of revised confidentiality and protective order with comments from debtors and confer with RJM re same (.40). | JPM | 0.40 | 278.00 |
| 04/23/08 | Telephone conference with Patton and Brady to discuss various issues on litigations. | MSI | 0.40 | 278.00 |
| 04/30/08 | Review e-mails and pleadings regarding status of various litigations. | MSI | 0.60 | 417.00 |

TOTAL HOURS       37.70

TOTAL SERVICES ........................................................................ $   18,374.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES      $63.00

DUPLICATING      $133.10

TRAVEL      $-114.00

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................ $        82.10

TOTAL FEES & DISBURSEMENTS ............................................. $      18,456.60


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 3.20 | 230.00 | 736.00 |
| 550 | Keary | 10.60 | 280.00 | 2,968.00 |
| 493 | Zawadzki | 2.90 | 325.00 | 942.50 |
| 952 | Malatak | 5.10 | 525.00 | 2,677.50 |
| 226 | McCahey | 3.20 | 695.00 | 2,224.00 |
| 260 | Indelicato | 12.70 | 695.00 | 8,826.50 |
| ATTY TOTAL | | 37.70 | | 18,374.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
011     EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/02/08 | Review WARN docket (.10). | JXZ | 0.10 | 32.50 |
| 04/03/08 | Review of discovery responses by debtor in WARN Act litigation (.8); review of plaintiff's reply in support of motion to amend complaint in WARN Act litigation (.3); updated notes (.7). | JPM | 1.80 | 1,251.00 |
| 04/03/08 | Review plaintiffs objection and response to discovery requests (.80); e-mails and meeting with JPM and RJM regarding discovery (.20); review WARN docket and recent pleadings and e-mails regarding same (.50). | JXZ | 1.50 | 487.50 |
| 04/09/08 | Meetings, e-mails and calls with D. Carickhoff, MSI, RJM and M. Minella regarding protective order (.30). | JXZ | 0.30 | 97.50 |
| 04/17/08 | Review documents regarding WARN (.50). | JXZ | 0.50 | 162.50 |
| 04/21/08 | Meeting with MSI re: WARN issues (.10); review protective order and emails to RJM, D. Carickhoff re: same (.50): review docket, discovery materials and email M. Minella re: same (.50). | JXZ | 1.10 | 357.50 |
| 04/21/08 | Finalize edits to protective order and forward same to debtors' counsel. | RJM | 0.60 | 315.00 |
| 04/22/08 | Review docket (.10). | JXZ | 0.10 | 32.50 |
| 04/27/08 | E-mails with M. Minella and M. Olsen regarding protective order (.10); e-mails with RJM regarding amended complaint (.10). | JXZ | 0.20 | 65.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/29/08 | E-mails with RJM regarding protective order (.10); meeting with ELS regarding WARN AP (.10). | JXZ | 0.20 | 65.00 |
| 04/30/08 | E-mails with D. Carickhoff, M. Minella and RJM regarding protective order (.10); review documents and meeting with MSI regarding WARN issues (.20). | JXZ | 0.30 | 97.50 |

|  | TOTAL HOURS |  | 6.70 |  |
|--|-------------|--|------|--|

TOTAL SERVICES ......................................................... $    2,963.50

DISBURSEMENT SUMMARY

DUPLICATING                                                         $7.10

TOTAL DISBURSEMENTS ........................................... $         7.10

TOTAL FEES & DISBURSEMENTS ............................. $    2,970.60

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 4.30 | 325.00 | 1,397.50 |
| 952 | Malatak | 0.60 | 525.00 | 315.00 |
| 226 | McCahey | 1.80 | 695.00 | 1,251.00 |
| ATTY TOTAL | | 6.70 | | 2,963.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue  (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
012         CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/15/08 | Review claims objections (.30). | JXZ | 0.30 | 97.50 |
| | TOTAL HOURS | | 0.30 | |
| | TOTAL SERVICES ........................................................ $ | | | 97.50 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.30 | 325.00 | 97.50 |
| ATTY TOTAL | | 0.30 | | 97.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 16, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 134105

For professional services rendered from April 1, through April 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/08 | Review of documents re debtors' borrower restructure (1.0). | JPM | 1.00 | 695.00 |

|  |  | TOTAL HOURS | 1.00 |  |
|--|--|--|--|--|
|  |  | TOTAL SERVICES ..................................................................... $ |  | 695.00 |

DISBURSEMENT SUMMARY
DUPLICATING                                                           $0.60

TOTAL DISBURSEMENTS ........................................................... $      0.60

TOTAL FEES & DISBURSEMENTS ............................................. $    695.60

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 226 | McCahey | 1.00 | 695.00 | 695.00 |
| ATTY TOTAL | | 1.00 | | 695.00 |