**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/1/2008 | Indelicato, Mark S | CAR | $202.22 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 96835; DATE: 4/8/2008 |
| 4/2/2008 | Indelicato, Mark S | CAR | $178.50 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 96835; DATE: 4/8/2008 |
| 4/2/2008 | Power, Mark | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 96835; DATE: 4/8/2008 |
| 4/3/2008 | Robinson, Pamela L. | CAR | $170.34 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 96835; DATE: 4/8/2008 |
| 4/3/2008 | Zawadzki, Jeffrey | CAR | $52.02 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 545246; DATE: 4/15/2008 |
| 4/4/2008 | Schnitzer, Edward L. | CAR | $10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 9; DATE: 4/18/2008 |
| 4/7/2008 | Indelicato, Mark S | CAR | $178.19 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/7/2008 | Indelicato, Mark S | CAR | $194.82 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/7/2008 | Zawadzki, Jeffrey | CAR | $52.02 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 545246; DATE: 4/15/2008 |
| 4/7/2008 | Amato, John P | CAR | $43.00 | VENDOR: AMATO, JOHN P.; INVOICE#: 4; DATE: 5/13/2008 |
| 4/8/2008 | Schnitzer, Edward L. | CAR | $11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 9; DATE: 4/18/2008 |
| 4/8/2008 | Indelicato, Mark S | CAR | $177.28 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/8/2008 | Power, Mark | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/8/2008 | Zawadzki, Jeffrey | CAR | $56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 545246; DATE: 4/15/2008 |
| 4/9/2008 | Schnitzer, Edward L. | CAR | $10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 9; DATE: 4/18/2008 |
| 4/9/2008 | Zawadzki, Jeffrey | CAR | $56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 545246; DATE: 4/15/2008 |
| 4/10/2008 | Schnitzer, Edward L. | CAR | $10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 9; DATE: 4/18/2008 |
| 4/10/2008 | Keary, Emmet | CAR | $13.60 | VENDOR: EMMET KEARY; INVOICE#: 04212008; DATE: 4/21/2008 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/10/2008 | Indelicato, Mark S | CAR | $177.23 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/10/2008 | Power, Mark | CAR | $105.06 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/10/2008 | Zawadzki, Jeffrey | CAR | $56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 545246; DATE: 4/15/2008 |
| 4/11/2008 | Hsia, David W. | CAR | $5.00 | VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/11/2008 | Schnitzer, Edward L. | CAR | $10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 9; DATE: 4/18/2008 |
| 4/11/2008 | Indelicato, Mark S | CAR | $193.80 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/11/2008 | Power, Mark | CAR | $120.36 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/11/2008 | Schnitzer, Edward L. | CAR | $11.80 | VENDOR: PETTY CASH; INVOICE#: 0509; DATE: 5/9/2008 |
| 4/14/2008 | Schnitzer, Edward L. | CAR | $117.39 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 10; DATE: 4/29/2008 |
| 4/14/2008 | Indelicato, Mark S | CAR | $178.40 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 97166; DATE: 4/15/2008 |
| 4/14/2008 | Schnitzer, Edward L. | CAR | $34.68 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 546970; DATE: 4/30/2008 |
| 4/16/2008 | Schnitzer, Edward L. | CAR | $12.00 | VENDOR: PETTY CASH; INVOICE#: 0509; DATE: 5/9/2008 |
| 4/19/2008 | Schnitzer, Edward L. | CAR | $27.54 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 546970; DATE: 4/30/2008 |
| 4/30/2008 | Power, Mark | CAR | $52.07 | VENDOR: POWER, MARK T.; INVOICE#: 7; DATE: 4/30/2008 |
| | | | $2,716.54 | |
| 4/3/2008 | Power, Mark | COMP | $3.00 | VENDOR: POWER, MARK T.; INVOICE#: 7; DATE: 4/30/2008 |
| 4/4/2008 | Power, Mark | COMP | $4.03 | VENDOR: POWER, MARK T.; INVOICE#: 7; DATE: 4/30/2008 |
| | | | $7.03 | |
| 4/4/2008 | Schnitzer, Edward L. | COUR | $21.20 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 058796; DATE: 4/13/2008 |
| 4/15/2008 | Schnitzer, Edward L. | COUR | $22.26 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 059198; DATE: 4/30/2008 |
| | | | $43.46 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/1/2008 | | DUPL | $0.10 | |
| 4/1/2008 | | DUPL | $0.90 | |
| 4/1/2008 | | DUPL | $0.10 | |
| 4/1/2008 | | DUPL | $0.10 | |
| 4/1/2008 | | DUPL | $1.10 | |
| 4/1/2008 | | DUPL | $0.20 | |
| 4/1/2008 | | DUPL | $0.90 | |
| 4/1/2008 | | DUPL | $1.10 | |
| 4/1/2008 | | DUPL | $1.10 | |
| 4/1/2008 | | DUPL | $1.10 | |
| 4/1/2008 | | DUPL | $0.10 | |
| 4/1/2008 | | DUPL | $2.60 | |
| 4/1/2008 | | DUPL | $1.00 | |
| 4/1/2008 | | DUPL | $1.40 | |
| 4/1/2008 | | DUPL | $0.20 | |
| 4/1/2008 | | DUPL | $0.40 | |
| 4/1/2008 | | DUPL | $1.10 | |
| 4/1/2008 | | DUPL | $1.10 | |
| 4/1/2008 | | DUPL | $0.10 | |
| 4/1/2008 | | DUPL | $0.10 | |
| 4/2/2008 | | DUPL | $0.10 | |
| 4/2/2008 | | DUPL | $0.10 | |
| 4/2/2008 | | DUPL | $1.10 | |
| 4/2/2008 | | DUPL | $1.10 | |
| 4/2/2008 | | DUPL | $0.10 | |
| 4/2/2008 | | DUPL | $0.30 | |
| 4/2/2008 | | DUPL | $3.00 | |
| 4/2/2008 | | DUPL | $0.40 | |
| 4/2/2008 | | DUPL | $1.10 | |
| 4/3/2008 | | DUPL | $34.40 | |
| 4/3/2008 | | DUPL | $2.00 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $1.60 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.70 | |
| 4/3/2008 | | DUPL | $0.70 | |
| 4/3/2008 | | DUPL | $1.00 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.80 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.40 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $3.00 | |
| 4/3/2008 | | DUPL | $2.90 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/3/2008 | | DUPL | $1.80 | |
| 4/3/2008 | | DUPL | $0.40 | |
| 4/3/2008 | | DUPL | $0.40 | |
| 4/3/2008 | | DUPL | $2.80 | |
| 4/3/2008 | | DUPL | $2.00 | |
| 4/3/2008 | | DUPL | $1.50 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $3.20 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $1.30 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $1.00 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.90 | |
| 4/3/2008 | | DUPL | $0.60 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.40 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $2.10 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $1.60 | |
| 4/3/2008 | | DUPL | $1.60 | |
| 4/3/2008 | | DUPL | $1.40 | |
| 4/3/2008 | | DUPL | $0.40 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $2.40 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $0.90 | |
| 4/3/2008 | | DUPL | $0.40 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $1.80 | |
| 4/3/2008 | | DUPL | $0.70 | |
| 4/3/2008 | | DUPL | $0.60 | |
| 4/3/2008 | | DUPL | $0.40 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $0.30 | |
| 4/3/2008 | | DUPL | $0.60 | |
| 4/3/2008 | | DUPL | $1.10 | |
| 4/3/2008 | | DUPL | $0.10 | |
| 4/3/2008 | | DUPL | $2.00 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/3/2008 | | DUPL | $1.50 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $1.20 | |
| 4/3/2008 | | DUPL | $0.20 | |
| 4/3/2008 | | DUPL | $1.10 | |
| 4/3/2008 | | DUPL | $0.50 | |
| 4/3/2008 | | DUPL | $1.00 | |
| 4/4/2008 | | DUPL | $41.50 | |
| 4/4/2008 | | DUPL | $76.80 | |
| 4/4/2008 | | DUPL | $11.90 | |
| 4/4/2008 | | DUPL | $0.20 | |
| 4/4/2008 | | DUPL | $18.50 | |
| 4/4/2008 | | DUPL | $0.20 | |
| 4/4/2008 | | DUPL | $33.50 | |
| 4/4/2008 | | DUPL | $0.90 | |
| 4/4/2008 | | DUPL | $4.20 | |
| 4/4/2008 | | DUPL | $8.90 | |
| 4/4/2008 | | DUPL | $1.50 | |
| 4/4/2008 | | DUPL | $0.30 | |
| 4/4/2008 | | DUPL | $26.70 | |
| 4/4/2008 | | DUPL | $3.30 | |
| 4/4/2008 | | DUPL | $22.50 | |
| 4/4/2008 | | DUPL | $0.10 | |
| 4/4/2008 | | DUPL | $0.90 | |
| 4/4/2008 | | DUPL | $0.40 | |
| 4/4/2008 | | DUPL | $0.30 | |
| 4/7/2008 | | DUPL | $1.60 | |
| 4/7/2008 | | DUPL | $27.00 | |
| 4/7/2008 | | DUPL | $20.10 | |
| 4/7/2008 | | DUPL | $0.40 | |
| 4/7/2008 | | DUPL | $0.40 | |
| 4/7/2008 | | DUPL | $0.20 | |
| 4/7/2008 | | DUPL | $1.00 | |
| 4/7/2008 | | DUPL | $2.00 | |
| 4/7/2008 | | DUPL | $3.00 | |
| 4/7/2008 | | DUPL | $9.50 | |
| 4/7/2008 | | DUPL | $29.00 | |
| 4/7/2008 | | DUPL | $0.40 | |
| 4/7/2008 | | DUPL | $14.00 | |
| 4/7/2008 | | DUPL | $0.30 | |
| 4/7/2008 | | DUPL | $0.60 | |
| 4/7/2008 | | DUPL | $1.00 | |
| 4/7/2008 | | DUPL | $0.10 | |
| 4/7/2008 | | DUPL | $1.60 | |
| 4/7/2008 | | DUPL | $0.70 | |
| 4/7/2008 | | DUPL | $0.40 | |
| 4/7/2008 | | DUPL | $2.00 | |
| 4/7/2008 | | DUPL | $0.30 | |
| 4/7/2008 | | DUPL | $0.80 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/7/2008 | | DUPL | $1.00 | |
| 4/7/2008 | | DUPL | $0.40 | |
| 4/7/2008 | | DUPL | $0.70 | |
| 4/7/2008 | | DUPL | $1.00 | |
| 4/7/2008 | | DUPL | $2.90 | |
| 4/7/2008 | | DUPL | $1.50 | |
| 4/7/2008 | | DUPL | $0.30 | |
| 4/7/2008 | | DUPL | $1.60 | |
| 4/7/2008 | | DUPL | $0.30 | |
| 4/7/2008 | | DUPL | $0.30 | |
| 4/7/2008 | | DUPL | $1.40 | |
| 4/7/2008 | | DUPL | $0.30 | |
| 4/7/2008 | | DUPL | $1.40 | |
| 4/7/2008 | | DUPL | $1.40 | |
| 4/7/2008 | | DUPL | $3.70 | |
| 4/7/2008 | | DUPL | $1.00 | |
| 4/7/2008 | | DUPL | $0.90 | |
| 4/7/2008 | | DUPL | $0.20 | |
| 4/7/2008 | | DUPL | $0.60 | |
| 4/7/2008 | | DUPL | $0.20 | |
| 4/7/2008 | | DUPL | $0.10 | |
| 4/7/2008 | | DUPL | $0.90 | |
| 4/7/2008 | | DUPL | $3.10 | |
| 4/7/2008 | | DUPL | $1.20 | |
| 4/7/2008 | | DUPL | $0.60 | |
| 4/7/2008 | | DUPL | $1.20 | |
| 4/8/2008 | | DUPL | $28.80 | |
| 4/8/2008 | | DUPL | $21.00 | |
| 4/8/2008 | | DUPL | $0.60 | |
| 4/8/2008 | | DUPL | $0.30 | |
| 4/8/2008 | | DUPL | $0.20 | |
| 4/8/2008 | | DUPL | $0.60 | |
| 4/8/2008 | | DUPL | $0.30 | |
| 4/8/2008 | | DUPL | $3.60 | |
| 4/8/2008 | | DUPL | $2.40 | |
| 4/8/2008 | | DUPL | $1.30 | |
| 4/8/2008 | | DUPL | $4.00 | |
| 4/8/2008 | | DUPL | $2.40 | |
| 4/8/2008 | | DUPL | $10.40 | |
| 4/8/2008 | | DUPL | $1.60 | |
| 4/8/2008 | | DUPL | $5.60 | |
| 4/8/2008 | | DUPL | $0.60 | |
| 4/8/2008 | | DUPL | $2.80 | |
| 4/8/2008 | | DUPL | $8.40 | |
| 4/8/2008 | | DUPL | $3.90 | |
| 4/8/2008 | | DUPL | $1.60 | |
| 4/8/2008 | | DUPL | $4.00 | |
| 4/8/2008 | | DUPL | $4.00 | |
| 4/8/2008 | | DUPL | $0.90 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/8/2008 | | DUPL | $1.40 | |
| 4/8/2008 | | DUPL | $0.60 | |
| 4/8/2008 | | DUPL | $1.40 | |
| 4/8/2008 | | DUPL | $0.90 | |
| 4/8/2008 | | DUPL | $5.60 | |
| 4/8/2008 | | DUPL | $1.40 | |
| 4/8/2008 | | DUPL | $0.20 | |
| 4/8/2008 | | DUPL | $0.30 | |
| 4/8/2008 | | DUPL | $1.50 | |
| 4/8/2008 | | DUPL | $0.70 | |
| 4/8/2008 | | DUPL | $0.80 | |
| 4/8/2008 | | DUPL | $0.10 | |
| 4/8/2008 | | DUPL | $1.70 | |
| 4/8/2008 | | DUPL | $0.70 | |
| 4/8/2008 | | DUPL | $1.20 | |
| 4/8/2008 | | DUPL | $2.00 | |
| 4/8/2008 | | DUPL | $0.20 | |
| 4/8/2008 | | DUPL | $1.80 | |
| 4/8/2008 | | DUPL | $8.90 | |
| 4/8/2008 | | DUPL | $3.10 | |
| 4/8/2008 | | DUPL | $0.60 | |
| 4/8/2008 | | DUPL | $1.10 | |
| 4/8/2008 | | DUPL | $0.10 | |
| 4/8/2008 | | DUPL | $0.40 | |
| 4/8/2008 | | DUPL | $0.50 | |
| 4/8/2008 | | DUPL | $7.50 | |
| 4/8/2008 | | DUPL | $0.60 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $0.40 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $1.20 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $1.80 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $9.40 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $10.00 | |
| 4/9/2008 | | DUPL | $0.40 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $1.80 | |
| 4/9/2008 | | DUPL | $4.80 | |
| 4/9/2008 | | DUPL | $1.90 | |
| 4/9/2008 | | DUPL | $0.30 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $8.90 | |
| 4/9/2008 | | DUPL | $2.10 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $1.90 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $1.80 | |
| 4/9/2008 | | DUPL | $1.80 | |
| 4/9/2008 | | DUPL | $1.80 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $1.90 | |
| 4/9/2008 | | DUPL | $5.70 | |
| 4/9/2008 | | DUPL | $1.80 | |
| 4/9/2008 | | DUPL | $1.90 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.20 | |
| 4/9/2008 | | DUPL | $0.50 | |
| 4/9/2008 | | DUPL | $0.60 | |
| 4/9/2008 | | DUPL | $2.00 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $0.10 | |
| 4/9/2008 | | DUPL | $3.60 | |
| 4/9/2008 | | DUPL | $0.70 | |
| 4/9/2008 | | DUPL | $0.80 | |
| 4/10/2008 | | DUPL | $0.20 | |
| 4/10/2008 | | DUPL | $1.80 | |
| 4/10/2008 | | DUPL | $0.10 | |
| 4/10/2008 | | DUPL | $0.30 | |
| 4/10/2008 | | DUPL | $0.10 | |
| 4/10/2008 | | DUPL | $2.60 | |
| 4/10/2008 | | DUPL | $2.00 | |
| 4/10/2008 | | DUPL | $2.40 | |
| 4/10/2008 | | DUPL | $0.20 | |
| 4/10/2008 | | DUPL | $0.20 | |
| 4/10/2008 | | DUPL | $0.30 | |
| 4/10/2008 | | DUPL | $0.20 | |
| 4/10/2008 | | DUPL | $0.40 | |
| 4/10/2008 | | DUPL | $0.10 | |
| 4/10/2008 | | DUPL | $0.40 | |
| 4/10/2008 | | DUPL | $0.10 | |
| 4/10/2008 | | DUPL | $0.10 | |
| 4/10/2008 | | DUPL | $0.60 | |
| 4/10/2008 | | DUPL | $1.80 | |
| 4/10/2008 | | DUPL | $6.00 | |
| 4/10/2008 | | DUPL | $4.00 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/10/2008 | | DUPL | $0.80 | |
| 4/10/2008 | | DUPL | $0.20 | |
| 4/10/2008 | | DUPL | $8.80 | |
| 4/10/2008 | | DUPL | $1.70 | |
| 4/10/2008 | | DUPL | $0.30 | |
| 4/10/2008 | | DUPL | $6.30 | |
| 4/10/2008 | | DUPL | $0.20 | |
| 4/10/2008 | | DUPL | $0.40 | |
| 4/11/2008 | | DUPL | $5.60 | |
| 4/11/2008 | | DUPL | $5.60 | |
| 4/11/2008 | | DUPL | $2.70 | |
| 4/11/2008 | | DUPL | $4.40 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $3.30 | |
| 4/11/2008 | | DUPL | $0.80 | |
| 4/11/2008 | | DUPL | $1.90 | |
| 4/11/2008 | | DUPL | $0.60 | |
| 4/11/2008 | | DUPL | $0.50 | |
| 4/11/2008 | | DUPL | $3.10 | |
| 4/11/2008 | | DUPL | $2.20 | |
| 4/11/2008 | | DUPL | $2.20 | |
| 4/11/2008 | | DUPL | $1.70 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $2.00 | |
| 4/11/2008 | | DUPL | $1.80 | |
| 4/11/2008 | | DUPL | $0.50 | |
| 4/11/2008 | | DUPL | $8.90 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.60 | |
| 4/11/2008 | | DUPL | $7.50 | |
| 4/11/2008 | | DUPL | $7.50 | |
| 4/11/2008 | | DUPL | $5.00 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.50 | |
| 4/11/2008 | | DUPL | $1.30 | |
| 4/11/2008 | | DUPL | $7.40 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $1.00 | |
| 4/11/2008 | | DUPL | $2.40 | |
| 4/11/2008 | | DUPL | $0.60 | |
| 4/11/2008 | | DUPL | $0.60 | |
| 4/11/2008 | | DUPL | $0.30 | |
| 4/11/2008 | | DUPL | $2.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $2.40 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/11/2008 | | DUPL | $8.90 | |
| 4/11/2008 | | DUPL | $7.50 | |
| 4/11/2008 | | DUPL | $1.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.50 | |
| 4/11/2008 | | DUPL | $3.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $0.60 | |
| 4/11/2008 | | DUPL | $1.90 | |
| 4/11/2008 | | DUPL | $2.40 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $2.00 | |
| 4/11/2008 | | DUPL | $22.10 | |
| 4/11/2008 | | DUPL | $5.60 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $1.50 | |
| 4/11/2008 | | DUPL | $0.20 | |
| 4/11/2008 | | DUPL | $3.80 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $1.80 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $0.60 | |
| 4/11/2008 | | DUPL | $0.10 | |
| 4/11/2008 | | DUPL | $3.00 | |
| 4/14/2008 | | DUPL | $0.10 | |
| 4/14/2008 | | DUPL | $0.10 | |
| 4/14/2008 | | DUPL | $0.10 | |
| 4/14/2008 | | DUPL | $1.70 | |
| 4/14/2008 | | DUPL | $1.70 | |
| 4/14/2008 | | DUPL | $2.00 | |
| 4/14/2008 | | DUPL | $1.70 | |
| 4/14/2008 | | DUPL | $0.10 | |
| 4/14/2008 | | DUPL | $2.20 | |
| 4/14/2008 | | DUPL | $1.90 | |
| 4/14/2008 | | DUPL | $1.90 | |
| 4/14/2008 | | DUPL | $2.20 | |
| 4/15/2008 | | DUPL | $2.20 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/15/2008 | | DUPL | $0.20 | |
| 4/15/2008 | | DUPL | $2.20 | |
| 4/15/2008 | | DUPL | $1.90 | |
| 4/15/2008 | | DUPL | $0.10 | |
| 4/15/2008 | | DUPL | $0.10 | |
| 4/15/2008 | | DUPL | $3.90 | |
| 4/15/2008 | | DUPL | $0.10 | |
| 4/15/2008 | | DUPL | $0.10 | |
| 4/15/2008 | | DUPL | $0.10 | |
| 4/15/2008 | | DUPL | $0.60 | |
| 4/15/2008 | | DUPL | $0.60 | |
| 4/15/2008 | | DUPL | $0.40 | |
| 4/15/2008 | | DUPL | $0.10 | |
| 4/15/2008 | | DUPL | $0.50 | |
| 4/15/2008 | | DUPL | $1.30 | |
| 4/15/2008 | | DUPL | $1.70 | |
| 4/15/2008 | | DUPL | $0.20 | |
| 4/15/2008 | | DUPL | $2.40 | |
| 4/15/2008 | | DUPL | $0.70 | |
| 4/15/2008 | | DUPL | $1.50 | |
| 4/15/2008 | | DUPL | $1.10 | |
| 4/15/2008 | | DUPL | $0.60 | |
| 4/15/2008 | | DUPL | $0.40 | |
| 4/15/2008 | | DUPL | $1.90 | |
| 4/15/2008 | | DUPL | $1.40 | |
| 4/15/2008 | | DUPL | $8.10 | |
| 4/15/2008 | | DUPL | $0.70 | |
| 4/15/2008 | | DUPL | $0.40 | |
| 4/15/2008 | | DUPL | $0.40 | |
| 4/15/2008 | | DUPL | $0.20 | |
| 4/15/2008 | | DUPL | $10.30 | |
| 4/15/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $1.60 | |
| 4/16/2008 | | DUPL | $1.20 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $3.80 | |
| 4/16/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $2.00 | |
| 4/16/2008 | | DUPL | $2.80 | |
| 4/16/2008 | | DUPL | $2.20 | |
| 4/16/2008 | | DUPL | $1.60 | |
| 4/16/2008 | | DUPL | $2.30 | |
| 4/16/2008 | | DUPL | $2.60 | |
| 4/16/2008 | | DUPL | $1.00 | |
| 4/16/2008 | | DUPL | $0.60 | |
| 4/16/2008 | | DUPL | $0.40 | |
| 4/16/2008 | | DUPL | $9.00 | |
| 4/16/2008 | | DUPL | $1.10 | |
| 4/16/2008 | | DUPL | $1.50 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/16/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $2.10 | |
| 4/16/2008 | | DUPL | $0.40 | |
| 4/16/2008 | | DUPL | $0.40 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.20 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.30 | |
| 4/16/2008 | | DUPL | $0.20 | |
| 4/16/2008 | | DUPL | $4.00 | |
| 4/16/2008 | | DUPL | $6.00 | |
| 4/16/2008 | | DUPL | $5.10 | |
| 4/16/2008 | | DUPL | $5.20 | |
| 4/16/2008 | | DUPL | $4.40 | |
| 4/16/2008 | | DUPL | $4.90 | |
| 4/16/2008 | | DUPL | $1.70 | |
| 4/16/2008 | | DUPL | $0.40 | |
| 4/16/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $1.00 | |
| 4/16/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $2.90 | |
| 4/16/2008 | | DUPL | $2.90 | |
| 4/16/2008 | | DUPL | $2.90 | |
| 4/16/2008 | | DUPL | $2.00 | |
| 4/16/2008 | | DUPL | $2.50 | |
| 4/16/2008 | | DUPL | $0.10 | |
| 4/16/2008 | | DUPL | $0.20 | |
| 4/16/2008 | | DUPL | $0.20 | |
| 4/16/2008 | | DUPL | $0.20 | |
| 4/16/2008 | | DUPL | $0.60 | |
| 4/16/2008 | | DUPL | $0.70 | |
| 4/16/2008 | | DUPL | $0.70 | |
| 4/17/2008 | | DUPL | $0.20 | |
| 4/17/2008 | | DUPL | $0.90 | |
| 4/17/2008 | | DUPL | $1.10 | |
| 4/18/2008 | | DUPL | $0.20 | |
| 4/18/2008 | | DUPL | $1.90 | |
| 4/21/2008 | | DUPL | $1.30 | |
| 4/21/2008 | | DUPL | $0.90 | |
| 4/21/2008 | | DUPL | $1.60 | |
| 4/21/2008 | | DUPL | $1.70 | |
| 4/21/2008 | | DUPL | $0.10 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.90 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.20 | |
| 4/21/2008 | | DUPL | $0.20 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.10 | |
| 4/21/2008 | | DUPL | $0.80 | |
| 4/22/2008 | | DUPL | $3.80 | |
| 4/22/2008 | | DUPL | $0.40 | |
| 4/23/2008 | | DUPL | $1.80 | |
| 4/23/2008 | | DUPL | $1.90 | |
| 4/23/2008 | | DUPL | $1.80 | |
| 4/23/2008 | | DUPL | $8.10 | |
| 4/23/2008 | | DUPL | $1.80 | |
| 4/23/2008 | | DUPL | $2.10 | |
| 4/23/2008 | | DUPL | $1.80 | |
| 4/23/2008 | | DUPL | $0.50 | |
| 4/24/2008 | | DUPL | $0.20 | |
| 4/24/2008 | | DUPL | $2.70 | |
| 4/24/2008 | | DUPL | $0.60 | |
| 4/24/2008 | | DUPL | $0.10 | |
| 4/24/2008 | | DUPL | $1.00 | |
| 4/24/2008 | | DUPL | $0.20 | |
| 4/24/2008 | | DUPL | $1.90 | |
| 4/29/2008 | | DUPL | $0.80 | |
| 4/29/2008 | | DUPL | $1.20 | |
| 4/29/2008 | | DUPL | $1.80 | |
| 4/29/2008 | | DUPL | $0.30 | |
| 4/29/2008 | | DUPL | $0.30 | |
| 4/29/2008 | | DUPL | $0.20 | |
| 4/30/2008 | | DUPL | $0.90 | |
| 4/30/2008 | | DUPL | $0.70 | |
| 4/30/2008 | | DUPL | $0.30 | |
| 4/30/2008 | | DUPL | $1.40 | |
| 4/30/2008 | | DUPL | $4.30 | |
| 4/30/2008 | | DUPL | $0.40 | |
| 4/30/2008 | | DUPL | $0.90 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/30/2008 | | DUPL | $2.30 | |
| 4/30/2008 | | DUPL | $6.00 | |
| 4/30/2008 | | DUPL | $1.30 | |
| 4/30/2008 | | DUPL | $0.30 | |
| 4/30/2008 | | DUPL | $0.70 | |
| 4/30/2008 | | DUPL | $0.80 | |
| 4/30/2008 | | DUPL | $0.50 | |
| 4/30/2008 | | DUPL | $0.40 | |
| 4/30/2008 | | DUPL | $0.30 | |
| 4/30/2008 | | DUPL | $6.50 | |
| 4/30/2008 | | DUPL | $0.20 | |
| | | | $1,169.10 | |
| 4/21/2008 | Keary, Emmet | FAX | $3.00 | |
| | | | $3.00 | |
| 4/8/2008 | Keary, Emmet | LEXI | $226.06 | VENDOR: LEXIS - NEXIS; INVOICE#: 0804051657; DATE: 4/30/2008 |
| 4/8/2008 | Smith, Jason | LEXI | $28.29 | VENDOR: LEXIS - NEXIS; INVOICE#: 0804051657; DATE: 4/30/2008 |
| 4/11/2008 | Schnitzer, Edward L. | LEXI | $2.81 | VENDOR: LEXIS - NEXIS; INVOICE#: 0804051657; DATE: 4/30/2008 |
| 4/24/2008 | Lazarus, Julie M. | LEXI | $54.57 | VENDOR: LEXIS - NEXIS; INVOICE#: 0804051657; DATE: 4/30/2008 |
| | | | $311.73 | |
| 4/1/2008 | Keary, Emmet | MEAL | $9.84 | VENDOR: EMMET KEARY; INVOICE#: 12; DATE: 4/9/2008 |
| 4/1/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 327136; DATE: 4/6/2008 |
| 4/2/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 327136; DATE: 4/6/2008 |
| 4/3/2008 | Keary, Emmet | MEAL | $6.14 | VENDOR: EMMET KEARY; INVOICE#: 12; DATE: 4/9/2008 |
| 4/3/2008 | Schnitzer, Edward L. | MEAL | $21.06 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 327136; DATE: 4/6/2008 |
| 4/3/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 327136; DATE: 4/6/2008 |
| 4/3/2008 | Zawadzki, Jeffrey | MEAL | $28.00 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 327136; DATE: 4/6/2008 |
| 4/4/2008 | Keary, Emmet | MEAL | $15.26 | VENDOR: EMMET KEARY; INVOICE#: 13; DATE: 4/9/2008 |
| 4/4/2008 | Indelicato, Mark S | MEAL | $12.88 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/7/2008 | Keary, Emmet | MEAL | $14.58 | VENDOR: EMMET KEARY; INVOICE#: 13; DATE: 4/9/2008 |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| 4/7/2008 | Schnitzer, Edward L. | MEAL | $21.99 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/7/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/7/2008 | Zawadzki, Jeffrey | MEAL | $22.32 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/8/2008 | Keary, Emmet | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 13; DATE: 4/9/2008 |
| 4/8/2008 | Hsia, David W. | MEAL | $7.59 | VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/8/2008 | Power, Mark | MEAL | $33.49 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/8/2008 | Indelicato, Mark S | MEAL | $33.49 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/8/2008 | Indelicato, Mark S | MEAL | $33.48 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/8/2008 | Smith, Jason | MEAL | $21.43 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/8/2008 | Keary, Emmet | MEAL | $20.67 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/8/2008 | Zawadzki, Jeffrey | MEAL | $26.95 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/8/2008 | Indelicato, Mark S | MEAL | $11.20 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/9/2008 | Hsia, David W. | MEAL | $14.30 | VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/9/2008 | Indelicato, Mark S | MEAL | $31.16 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/9/2008 | Schnitzer, Edward L. | MEAL | $31.16 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/9/2008 | Power, Mark | MEAL | $31.19 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/9/2008 | Zawadzki, Jeffrey | MEAL | $31.16 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/9/2008 | Keary, Emmet | MEAL | $33.30 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/9/2008 | Janice O'Kane | MEAL | $25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/9/2008 | Indelicato, Mark S | MEAL | $24.11 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/10/2008 | Hsia, David W. | MEAL | $11.60 | VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/10/2008 | Keary, Emmet | MEAL | $33.07 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/10/2008 | Schnitzer, Edward L. | MEAL | $22.54 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/10/2008 | Zawadzki, Jeffrey | MEAL | $22.55 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/10/2008 | Janice O'Kane | MEAL | $17.54 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/10/2008 | Indelicato, Mark S | MEAL | $14.68 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/11/2008 | Keary, Emmet | MEAL | $33.07 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 328121; DATE: 4/13/2008 |
| 4/14/2008 | Keary, Emmet | MEAL | $14.30 | VENDOR: EMMET KEARY; INVOICE#: 04212008; DATE: 4/21/2008 |
| 4/14/2008 | Indelicato, Mark S | MEAL | $65.25 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/14/2008 | Keary, Emmet | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 332031; DATE: 4/20/2008 |
| 4/15/2008 | Keary, Emmet | MEAL | $3.74 | VENDOR: EMMET KEARY; INVOICE#: 04212008; DATE: 4/21/2008 |
| 4/15/2008 | Janice O'Kane | MEAL | $25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 332031; DATE: 4/20/2008 |
| 4/16/2008 | Keary, Emmet | MEAL | $3.74 | VENDOR: EMMET KEARY; INVOICE#: 04212008; DATE: 4/21/2008 |
| 4/16/2008 | Keary, Emmet | MEAL | $22.76 | VENDOR: EMMET KEARY; INVOICE#: 04212008; DATE: 4/21/2008 |
| 4/16/2008 | Power, Mark | MEAL | $25.25 | VENDOR: POWER, MARK T.; INVOICE#: 7; DATE: 4/30/2008 |
| 4/17/2008 | Keary, Emmet | MEAL | $14.95 | VENDOR: EMMET KEARY; INVOICE#: 04212008; DATE: 4/21/2008 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/18/2008 | Keary, Emmet | MEAL | $14.49 | VENDOR: EMMET KEARY; INVOICE#: 04212008; DATE: 4/21/2008 |
| 4/22/2008 | Keary, Emmet | MEAL | $18.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 332943; DATE: 4/27/2008 |
| 4/24/2008 | Keary, Emmet | MEAL | $27.00 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 332943; DATE: 4/27/2008 |
| 4/25/2008 | Keary, Emmet | MEAL | $18.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 332943; DATE: 4/27/2008 |
| 4/29/2008 | Keary, Emmet | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 15; DATE: 5/5/2008 |
| 4/30/2008 | Keary, Emmet | MEAL | $11.47 | VENDOR: EMMET KEARY; INVOICE#: 15; DATE: 5/5/2008 |
| | | | $1,180.03 | |
| 4/9/2008 | Schnitzer, Edward L. | REP | $2,101.70 | VENDOR: TSG REPORTING, INC.; INVOICE#: 040908-46464; DATE: 4/18/2008 |
| 4/10/2008 | Zawadzki, Jeffrey | REP | $1,998.50 | VENDOR: TSG REPORTING, INC.; INVOICE#: 041008-46503; DATE: 4/18/2008 |
| 4/11/2008 | Zawadzki, Jeffrey | REP | $2,518.80 | VENDOR: TSG REPORTING, INC.; INVOICE#: 041108-46558; DATE: 4/18/2008 |
| 4/14/2008 | Zawadzki, Jeffrey | REP | $1,701.70 | VENDOR: TSG REPORTING, INC.; INVOICE#: 041408-46561; DATE: 4/18/2008 |
| | | | $8,320.70 | |
| 4/1/2008 | Keary, Emmet | TELE | $0.25 | 12089389239; 1 Mins. |
| 4/1/2008 | Keary, Emmet | TELE | $0.50 | 13025716552; 2 Mins. |
| 4/1/2008 | Keary, Emmet | TELE | $0.25 | 12034623939; 1 Mins. |
| 4/1/2008 | Keary, Emmet | TELE | $0.25 | 12089389236; 1 Mins. |
| 4/1/2008 | Keary, Emmet | TELE | $0.25 | 12039943440; 1 Mins. |
| 4/2/2008 | Keary, Emmet | TELE | $0.25 | 12089389239; 1 Mins. |
| 4/2/2008 | Schnitzer, Edward L. | TELE | $0.50 | 13025716621; 2 Mins. |
| 4/2/2008 | Keary, Emmet | TELE | $0.25 | 12088593303; 1 Mins. |
| 4/3/2008 | Keary, Emmet | TELE | $0.25 | 13025636835; 1 Mins. |
| 4/3/2008 | Keary, Emmet | TELE | $0.25 | 13026525506; 1 Mins. |
| 4/4/2008 | Keary, Emmet | TELE | $0.10 | 17189231987; 1 Mins. |
| 4/4/2008 | Keary, Emmet | TELE | $0.50 | 13026525506; 2 Mins. |
| 4/7/2008 | Schnitzer, Edward L. | TELE | $0.50 | 13128453824; 2 Mins. |
| 4/7/2008 | Schnitzer, Edward L. | TELE | $1.00 | 13025716753; 4 Mins. |
| 4/7/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025716621; 1 Mins. |
| 4/9/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 13025716708; 1 Mins. |
| 4/9/2008 | Zawadzki, Jeffrey | TELE | $0.00 | 18004473470; 20 Mins. |
| 4/11/2008 | Keary, Emmet | TELE | $0.10 | 15168528180; 1 Mins. |
| 4/11/2008 | Smith, Jason | TELE | $0.50 | 12155695415; 2 Mins. |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/21/2008 | Keary, Emmet | TELE | $0.25 | 13025716550; 1 Mins. |
| 4/21/2008 | Keary, Emmet | TELE | $1.75 | 13236509090; 7 Mins. |
| 4/21/2008 | Keary, Emmet | TELE | $1.25 | 13236509090; 5 Mins. |
| 4/21/2008 | Keary, Emmet | TELE | $0.50 | 13236509090; 2 Mins. |
| 4/21/2008 | Keary, Emmet | TELE | $0.25 | 18316256226; 1 Mins. |
| 4/21/2008 | Keary, Emmet | TELE | $0.75 | 13236508999; 3 Mins. |
| 4/21/2008 | Keary, Emmet | TELE | $0.50 | 13025716552; 2 Mins. |
| 4/21/2008 | Keary, Emmet | TELE | $0.25 | 13236509090; 1 Mins. |
| 4/22/2008 | Keary, Emmet | TELE | $0.25 | 13025716550; 1 Mins. |
| 4/22/2008 | Keary, Emmet | TELE | $0.25 | 19734226436; 1 Mins. |
| 4/23/2008 | Keary, Emmet | TELE | $0.50 | 13025716552; 2 Mins. |
| 4/23/2008 | Keary, Emmet | TELE | $0.25 | 13025716550; 1 Mins. |
| 4/23/2008 | Keary, Emmet | TELE | $0.50 | 13025716650; 2 Mins. |
| 4/23/2008 | Keary, Emmet | TELE | $0.75 | 19734226436; 3 Mins. |
| 4/24/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025715033; 1 Mins. |
| 4/25/2008 | Schnitzer, Edward L. | TELE | $1.00 | 13025715033; 4 Mins. |
| 4/29/2008 | Keary, Emmet | TELE | $0.75 | 13108609436; 3 Mins. |
| 4/29/2008 | Keary, Emmet | TELE | $0.50 | 13108609436; 2 Mins. |
| 4/30/2008 | Keary, Emmet | TELE | $0.25 | 19734226436; 1 Mins. |
| | | | $16.95 | |
| 4/1/2008 | Indelicato, Mark S | TELE | $38.00 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/3/2008 | Keary, Emmet | TELE | $70.20 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060108; DATE: 6/9/2008 |
| 4/7/2008 | Power, Mark | TELE | $0.10 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060108; DATE: 6/9/2008 |
| 4/9/2008 | Indelicato, Mark S | TELE | $25.00 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/10/2008 | Keary, Emmet | TELE | $54.96 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060108; DATE: 6/9/2008 |
| 4/17/2008 | Keary, Emmet | TELE | $0.10 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060108; DATE: 6/9/2008 |
| 4/23/2008 | Keary, Emmet | TELE | $172.75 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060108; DATE: 6/9/2008 |
| | | | $361.11 | |
| 4/5/2008 | Zawadzki, Jeffrey | TRAV | $254.00 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/9/2008 | Indelicato, Mark S | TRAV | $382.00 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/9/2008 | Zawadzki, Jeffrey | TRAV | ($254.00) | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/10/2008 | Indelicato, Mark S | TRAV | $304.00 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/11/2008 | Indelicato, Mark S | TRAV | $268.00 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/11/2008 | Power, Mark | TRAV | $636.00 | VENDOR: POWER, MARK T.; INVOICE#: 7; DATE: 4/30/2008 |
| 4/14/2008 | Indelicato, Mark S | TRAV | $14.00 | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|
| 4/15/2008 | Indelicato, Mark S | TRAV | ($382.00) | VENDOR: INDELICATO; INVOICE#: 9; DATE: 4/30/2008 |
| 4/17/2008 | Power, Mark | TRAV | $92.00 | VENDOR: POWER, MARK T.; INVOICE#: 9; DATE: 6/11/2008 |
| 4/18/2008 | Power, Mark | TRAV | $127.00 | VENDOR: POWER, MARK T.; INVOICE#: 9; DATE: 6/11/2008 |
|  |  |  | $1,441.00 |  |
| Total: |  |  | $15,570.65 |  |