# **CERTIFICATE OF SERVICE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on June 18, 2008 upon:**

**James Patton, Esq.**
**Joel Waite, Esq.**
**Pauline Morgan, Esq.**
**Young Conaway Stargatt & Taylor**
**The Brandywine Building**
**1000 West Street, 17th Floor**
**Wilmington, DE 19801**

Under penalty of perjury, I declare that the foregoing is true and correct.

__6/18/2008_____          _____/s/ Heidi E. Sasso_____
Date                                              Heidi E. Sasso

Document #: 41517
WCSR  3721831v1