**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., _et al._.[1] | : | (Jointly Administered) |
|  | : |  |
| Debtors | : | **Objections Due By: July 8, 2008** |
|  | : | **at 4:00 p.m.** |
|  | : | **Hearing Date: August 18, 2008** |
|  | : | **at 10:00 a.m.** |

------------------------------------------------------------

**THIRD INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM**
**FEBRUARY 1, 2008 THROUGH APRIL 30, 2008**

**SUMMARY COVER SHEET**

| | |
|---|---|
| Name of Applicant: | **HAHN & HESSEN LLP** |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | November 28, 2007 (effective August 14, 2007) |
| Period for which Compensation and Reimbursement of Expenses is Sought: | February 1, 2008 through April 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $710,575.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $27,670.99 |

This is a ☐ monthly ☒ **interim** ☐ final application.

The total time expended for preparation of this Application is approximately 6.0 hours, and the corresponding compensation is not included herein, but will be requested in a subsequent monthly application of Hahn & Hessen, LLP for compensation and reimbursement of expenses.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

| SECTION 1:  FEE SUMMARY | | | | | |
|---|---|---|---|---|---|
| **Prior Applications** | | **Requested** | | **Approved/Status** | |
| No./Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| First - 11/30/2007 | 8/14/2007-8/31/2007 | $213,416.00 | $3,416.60 | Approved | Approved |
| Second - 12/5/2007 | 9/1/2007-9/30/2007 | $347,084.50 | $10,120.65 | Approved | Approved |
| Third - 12/11/2007 | 10/1/2007-10/31/2007 | $510,177.00 | $18,483.01 | Approved | Approved |
| Fourth - 3/20/2008 | 11/1/2007-11/30/2007 | $234,223.00 | $9,396.14 | Approved | Approved |
| Fifth - 3/20/2008 | 12/1/2007-12/31/2007 | $160,662.50 | $4,795.49 | Approved | Approved |
| Sixth - 3/20/2008 | 1/1/2008-1/31/2008 | $226,308.50 | $5,000.27 | Approved | Approved |
| Seventh - 6/17/2008 | 2/1/2008-2/29/2008 | $186,108.50 | $5,693.64 | Pending | Pending |
| Eighth - 6/17/2008 | 3/1/2008-3/31/2008 | $208,726.00 | $6,406.70 | Pending | Pending |
| Ninth - 6/17/2008 | 4/1/2008-4/30/2008 | $315,741.00 | $15,570.65 | Pending | Pending |

**INTERIM APPLICATIONS FILED FOR HOLDBACKS**

| No./Date Filed | Period Covered | Fees Awarded | Disbursement Awarded | Status |
|---|---|---|---|---|
| First - 12/17/07 | 8/14/07-10/31/07 | $1,070,677.50 | $32,020.26 | Approved |
| Second - 3/20/2008 | 11/1/07-1/31/08 | $621,194.00 | $19,191.90 | Approved |
| Third – 6/17/2008 | 2/1/08-4/30/08 **(20% holdback)** | $0.00 | $0.00 | Pending |

| Fee (100%) and Disbursement Requested for the Current Period | |
|---|---|
| **Fees** | **Disbursements** |
| $ 710,575.50 | $ 27,670.99 |

## ATTORNEY/PARAPROFESSIONAL SUMMARY

| Name of Professional | Position and (Year Licensed to Practice) | Hourly Billing Rate | Total Billed Hours | Total Fees/ Compensation |
|---|---|---|---|---|
| Mark S. Indelicato | Partner (1986) | $695.00 | 219.20 | $152,344.00 |
| Mark T. Power | Partner (1989) | $695.00 | 211.90 | $147,270.50 |
| Don D. Grubman | Partner (1979) | $625.00 | 72.00 | $45,000.00 |
| John P. McCahey | Partner (1986) | $695.00 | 29.90 | $20,780.50 |
| John A. Amato | Partner (1986) | $695.00 | 17.50 | $12,162.50 |
| Joshua I. Divack | Partner (1988) | $625.00 | 24.40 | $15,250.00 |
| Rhona J. Kisch | Partner (1998) | $600.00 | 4.00 | $2,400.00 |
| Edward L. Schnitzer | Associate (1998) | $465.00 | 170.60 | $79,329.00 |
| Charles Loesner | Associate (1997) | $465.00 | 9.00 | $4,185.00 |
| Christina J. Kang | Associate (2002) | $425.00 | 5.20 | $2,210.00 |
| Jeffrey Zawadzki | Associate (2004) | $325.00 | 195.10 | $63,407.50 |
| Julie M. Lazarus | Associate (2004) | $325.00 | 1.50 | $487.50 |
| Marzenna Walden | Associate (2005) | $465.00 | 16.50 | $7,672.50 |

| | | | | |
|---|---|---|---|---|
| Emmet Keary | Associate (2006) | $280.00 | 414.50 | $116,060.00 |
| Maria A. Arnott | Special Counsel (1989) | $550.00 | 0.10 | $55.00 |
| Robert J. Malatak | Special Counsel (1994) | $525.00 | 9.70 | $5,092.50 |
| Howard Ruda | Of Counsel (1959) | $475.00 | 3.00 | $1,425.00 |
| Jason W. Smith | Paralegal (N/A) | $230.00 | 152.80 | $35,144.00 |
| Dustin Millman | Paralegal (N/A) | $200.00 | 1.50 | $300.00 |
| **Grand Totals:** | | | **1558.40** | **$710,575.50** |

| | |
|---|---|
| **Blended Rate:** | **$455.96** |
| **Blended Rate excluding Paralegals and Summer Associates:** | **$480.83** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|:---:|---:|
| General | 2.10 | $680.50 |
| Creditors' Committee | 531.20 | $199,599.00 |
| Retentions | 10.00 | $2,982.50 |
| Executory Contracts/Leases | 1.20 | $558.00 |
| DIP/Investigation of Lien | 584.10 | $300,590.50 |
| Sale of Assets | 194.20 | $107,628.00 |
| Professional Fees | 81.50 | $22,720.50 |
| Avoidance Actions | 2.20 | $1,161.00 |
| Litigation | 94.00 | $46,485.50 |
| Plan and Disclosure Statement | 11.30 | $3,917.50 |
| Employee Issues | 16.80 | $6,729.50 |
| Claims Administration | 3.00 | $1,115.00 |
| Investigation of Company | 26.80 | $16,408.00 |
| **Total:** | **1,558.40** | **$710,575.50** |

### EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare[re: Attorney/Staff working after hours or traveling] | Skyline Credit Ride Inc. | $4,765.31 |
| Computer/Hard Drive/Supplies | | $7.03 |
| Courier Service | Deluxe Delivery Systems, Inc. | $57.24 |
| Duplicating [at 10¢ per page] | | $2,394.70 |
| Lexis | Lexis-Nexis | $4,021.12 |
| *Meals [re: Attorney/Staff working after hours or traveling]* | Seamless Web Professional Solutions, Inc. | $2,362.75 |
| Overnight Delivery | United Parcel Service | $7.89 |
| Report Fee | TSG Reporting, Inc. | $8,320.70 |
| Search | Pacer Service Center | $1,439.74 |
| Long Distance Telephone | | $77.20 |
| Court Call Conference | | $968.76 |
| Word Processing | | $212.55 |
| Telecopy Pages | | $3.00 |
| Travel | | $3,033.00 |
| **Total:** | | **$27,670.99** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [2] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due By: July 8, 2008** |
| | : | **at 4:00 p.m.** |
| | : | **Hearing Date: August 18, 2008** |
| | : | **at 10:00 a.m.** |

----------------------------------------------------------------

**THIRD INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM**
**FEBRUARY 1, 2008 THROUGH APRIL 30, 2008**

TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
        UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the provisions of sections 330 and 331 of Title 11, United States Code

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware

(the "Local Rules"), HAHN & HESSEN LLP ("H&H" or the "Applicant") makes this Third

Interim Application (the "Third Interim Fee Request") for allowance of compensation in the

amount of $710,575.50 and reimbursement of expenses in the sum of $27,670.99 incurred as co-

counsel to the Official Committee of Unsecured Creditors (the "Committee") during the period

of February 1, 2008 through April 30, 2008 (the "Third Interim Fee Period"), and in support

thereof respectfully represents:

---

[2]        The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage
        Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;
        American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement
        Services, Inc; and Great Oak Abstract Corp.

## Background

1.      On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc., et al. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management and operation of their businesses as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' cases.

2.      On August 14, 2007, the United States Trustee for the District of Delaware appointed the Committee, which is comprised of the following seven (7) members:  Wilmington Trust Company; United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent; The Bank of New York Trust Company, N.A.[3]; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit & Capital, Inc.; Impac Funding Corporation; and Waldners Business Environments, Inc[4].

4.      The Committee elected Wilmington Trust Company, as Trustee, and The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee.  The Committee then selected H&H as its counsel, Blank Rome LLP as co-counsel, and BDO Seidman as financial advisors.

5.      Pursuant to an order of this Court dated November 28, 2007, H&H was authorized to represent the interests of the Committee under a general retainer, effective as of August 14, 2007.

---

[3] The Bank of New York Trust Company resigned from the Committee and was replaced with Law Debenture Trust Company of New York pursuant to notice of the Office of the United States Trustee dated December 7, 2007.

[4] Waldner Business Environments, Inc. subsequently resigned from the Committee and has not yet been replaced.

703159-007 - 1471564

Hahn & Hessen submits this Third Interim Application pursuant to §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States District Court for the District of Delaware and the Administrative Order, pursuant to 11 U.S.C. §§ 105(a) and 331of the Bankruptcy Code, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated September 3, 2007 (collectively, the "Administrative Fee Order"). By this application, Hahn & Hessen requests allowance of compensation for actual and necessary professional services during our Third Interim Fee Period rendered in the amount of $710,575.50, reimbursement of reasonable and necessary expenses in the amount of $27,670.99, payment of the 20% holdback on the monthly fee applications which are covered by this Third Interim Application, and any other unpaid fees. The total holdback amount for this quarter is $142,115.10[5].

## MONTHLY REQUESTS FOR COMPENSATION

5.      In accordance with the Administrative Fee Order, Applicant filed requests for allowance of monthly interim compensation and reimbursement of related out-of-pocket expenses as follows:

(a) on June 17, 2008, Applicant filed its Seventh Monthly Fee Application ("Seventh Application") for the period February 1, 2008 through February 29, 2008 requesting compensation in the sum of $186,108.50 and reimbursement of expenses in the amounts of $5,693.64 respectively. Copies of the Seventh Fee Application have previously been filed with this Court. A Certificate of No Objection has not as yet been filed as the last day to raise an

---

[5] Applicant has just recently filed its fee applications for the periods February 1, 2008 through February 29, 2008, March 1, 2008 through March 31, 2008 and April 1, 2008 through April 30, 2008 and expect to be paid 80% of the fee requested and 100% of disbursements upon approval of this Court if no objections are raised.

objection as not as yet passed.  As of the filing of this Third Interim Fee Request, H&H has not

as yet been paid any of the fees and/or expenses requested in its Seventh Application.


(b) on June 17, 2008, Applicant filed its Eighth Monthly Fee Application ("Eighth

Application") for the period March 1, 2008 through March 31, 2008  requesting compensation in

the sum of $208,726.00 and reimbursement of expenses in the amount of $6,406.70 respectively.

Copies of the Eighth Fee Application have previously been filed with this Court.  A Certificate

of No Objection has not as yet been filed as the last day to raise an objection has not yet passed.

As of the filing of this Third Interim Fee Request, H&H has not as yet been paid any of the fees

and/or expenses requested in its Eighth Application.

(c) on June 17, 2008, Applicant filed a Ninth Monthly Fee Application ("Ninth

Application") for the period April 1, 2008 through April 30, 2008 seeking compensation in the

sum of $315,741.00 and expenses in the amount of $15,570.65 respectively.  Copies of the Ninth

Fee Application have previously been filed with this Court.  A Certificate of No Objection has

not as yet been filed as the last day to raise an objection as not as yet passed.  As of the filing of

this Third Interim Fee Request, H&H has not as yet been paid any of the fees and/or expenses

requested in its Ninth Application.

### SUMMARY OF H&H SERVICES
### DURING THE THIRD INTERIM FEE PERIOD

6.    H&H expended a total of 1,558.40 hours during the Third Interim Fee

Period at an average hourly rate of $455.96.  The value of these services is $710,575.50.  The

hourly rates for each attorney and other professionals who performed services on behalf of the

Committee are set forth in detail in the chart annexed to this Application and in each of the three

(3) Monthly Fee Applications previously filed for this interim period.  Pursuant to Local Rule

2016-2(d), H&H's detailed contemporaneous time records attached to each monthly

compensation request provide narrative descriptions of all services rendered to the Committee by

H&H during the Application Period, itemized by project code category as reflected in prior

Monthly Fee Applications.

9.      Pursuant to the standards set forth in § 330 of the Bankruptcy Code, H&H

submits that the compensation requested for its actual and necessary services and expenses is

reasonable, based upon the nature, extent and value of such services, the time spent thereon, and

the costs of comparable services other than in a case under the Bankruptcy Code.

**H&H'S OUT OF POCKET EXPENSES
FOR THE THIRD INTERIM FEE PERIOD**

10.      Pursuant to Local Rule 2016-2(e), Section IV of the Cover Sheet to each

of H&H's Monthly Fee Applications sets forth in detail the actual and necessary out-of-pocket

expenses incurred in connection with the services rendered by H&H on behalf of the Committee.

Such costs include copying, long distance telephone charges, carfare, train, off site transcribing

and hotel charges in connection with appearances before this Court and attendance at depositions

and mediations.  H&H's costs for in-house copying charges are $0.10 per page.  H&H charges

$1.00 per page for transmitting facsimiles/telecopies, but does not charge for the receipt of

facsimile/telecopies.  H&H believes its out-of-pocket expenses are reasonable and were

necessarily incurred.  H&H respectfully requests reimbursement thereof, to the extent not

previously reimbursed.

703159-007 - 1471564

WHEREFORE, H&H respectfully requests that the Court: (i) approve this Third Interim Fee Application in the amount of $710,575.50 and reimbursement of expenses in the total amount of $27,670.99; and (ii) enter any other and further relief as the Court deems to be just and proper.

Dated: New York, New York
       June 17, 2008

HAHN & HESSEN LLP
Co-Counsel to The Official Committee of
Unsecured Creditors of American Home Mortgage
Holdings, Inc., *et al.*

By: _____
       Mark S. Indelicato
       A Member of the Firm
       488 Madison Avenue
       New York, NY  10022