**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: July 8, 2008 @ 4 p.m.**
: **Hearing Date: Only in the Event of an Objection**


**EIGHTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008</u>**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | March 1, 2008 through March 31, 2008 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $30,754.40  (80% of $38,443.00) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $948.85 |

This is a:    ✓ Monthly    _____ Quarterly    _____ Final Application

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Prior fee applications.

|  |  | **Requested** | | **Approved** | |  |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed [Dkt. No.] | Period Covered | Fees | Expenses | Fees | Expenses | Amount of Holdback |
| 12/03/07 Combined First and Second Monthly [Dkt. 2254] | 08/14/07 – 09/30/07 | $194,724.50 | $10,296.24 | $194,724.50[1] | $10296.24 | $38,944.90 |
| 12/05/07 Third Monthly [Dkt. 2304] | 10/01/07 – 10/31/07 | $137,968.00 | $9,712.25 | $137,968.00[1] | $6,065.94 | $53,547.30 |
| 02/15/08 Combined Fourth and Fifth Monthly [Dkt. 2983] | 11/01/07 – 12/31/07 | $109,524.00 | $5,079.82 | $109,524.00[2] | $5,079.82 | $21,904.80 |
| 03/20/08 Sixth Monthly [Dkt. 3372] | 01/01/08 – 01/31/08 | $43,313.00 | $584.53 | $43,313.00[2] | $584.53 | $8,662.60 |
| 04/25/08 Seventh Monthly [Dkt. 3866] | 02/01/08 – 02/29/08 | $19,331.50 | $2,840.04 | $15,465.20 | $2,840.04 | $3,866.30 |

---

[1] On January 15, 2008, the Court entered an Omnibus Order Approving First Interim Fee Applications of Professionals (the "First Interim Fee Order"). The First Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of August 14, 2007 through October 31, 2007 on an interim basis.

[2] On April 14, 2008, the Court entered an Omnibus Order Approving Second Interim Fee Applications of Professionals (the "Second Interim Fee Order"). The Second Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of November 1, 2007 through January 31, 2008 on an interim basis.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.* [3] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Objections Due By:** July 8, 2008 @ 4 p.m. |
| | : **Hearing Date:** Only in the Event of an Objection |

---

**EIGHTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN
HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
<u>MARCH 1, 2008 THROUGH MARCH 31, 2008</u>**

This eighth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) for the period of March 1, 2008 through March 31, 2008 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

**<u>Jurisdiction</u>**

1.     The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[3]     The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

2

128189.01600/21695038v.1

**Background**

2.      On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.      On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc.[4], and United Parcel Service (Docket No. 156).

4.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was selected by the Committee to serve as financial advisor to the Committee.

5.      On September 4, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 547).

6.      On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-

7.      Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014

---

[4] Waldner Business Environments, Inc. has since resigned.

*Nunc Pro Tunc* as of August 14, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 759). On November 28, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 2202).

8. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

9. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

## Relief Requested

10. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks (i) interim allowance of compensation for actual and necessary professional services rendered in the amount of $38,443.00 for the Application Period, (ii) payment of 80% of this amount ($30,754.40), and (iii) allowance and payment of 100% of its actual and necessary expenses in the amount of $948.85, in accordance with the terms of the Administrative Order.

11. Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen.

## Summary of Fees

12. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application

4

Period was 97.1 hours at a blended billing rate of $395.91 per hour.  The value of these services has been computed at the rates that Blank Rome customarily charges for similar services provided other clients.

      13.     A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**.  Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

      14.     Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

      (Project Code 1)     <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome prepared, filed and served its sixth and seventh monthly fee application for the periods of November 2007 and December 2007, respectively.  Blank Rome also prepared and filed its second interim fee application.  Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications.

      **Total Hours: 10.0     Total Fees: $2,574.00**

      (Project Code 2)     <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome reviewed and analyzed fee applications filed by Debtors' counsel and by numerous of Debtors' professionals.  Blank Rome also reviewed various requests for payment of ordinary course professional fees.

5

In addition, Blank Rome, as co-counsel, reviewed, revised, filed and oversaw service of (i) Hahn & Hessens' fourth, fifth and sixth monthly fee applications, (ii) Hahn & Hessens' interim fee application, (iii) BDO's interim fee application and (iv) Trenwith's interim fee application.

**Total Hours: 17.9     Total Fees: $6,265.50**

(Project Code 3)     <u>Executory Contracts and Unexpired Leases</u>:

Blank Rome reviewed Debtors' notice of assumption and assignment of certain real property leases to Indymac Bank. Blank Rome also studied Debtors' eighth motion to reject.

**Total Hours: 0.3     Total Fees: $67.50**

(Project Code 4)     <u>Claims Analysis and Objections</u>:

Blank Rome reviewed Countrywide's motion to file late claim, with its extensive exhibit documentation. Blank Rome also reviewed and analyzed Debtors' second and third omnibus objection to claims.

**Total Hours: 0.7     Total Fees: $157.50**

(Project Code 5)     <u>Committee Business and Meetings</u>:

As co-counsel to the Committee, Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings via teleconference, procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome also participated in meetings and teleconferences with Hahn & Hessen and BDO on a host of issues, in order to coordinate and share analyses on matters affecting the estate. In preparation for such meetings, Blank Rome reviewed meeting

agendas, reports prepared by BDO, and pertinent pleadings.

**Total Hours: 4.9    Total Fees: $2,280.00**

(Project Code 6)    <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, reviewing and filing pleadings, monitoring the docket, and reviewing pertinent pleadings and transcripts of court hearings, and reviewing motions, objections, responses and orders. This category also includes time that otherwise would not comport with an identified project code. Blank Rome also maintained and updated a case calendar of critical events which highlighted the deadlines and hearing dates of pertinent matters for all Committee professionals. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and reviewing and e-filing pleadings on behalf of the Committee and its professionals. Further, Blank Rome monitored various pleadings and notices, and communicated with Hahn & Hessen to discuss pertinent issues.

**Total Hours: 10.8    Total Fees: $3,480.00**

(Project Code 9)    Evaluation and Negotiations of the Debtor's Plan and
                    <u>Disclosure Statement and Exclusivity Requests</u>:

Blank Rome reviewed and analyzed Debtors' motion to further extend exclusivity and related issues.

**Total Hours: 0.2    Total Fees: $45.00**

(Project Code 10)    <u>Financing Issues</u>:

Blank Rome reviewed and executed the fifth stipulation and order with Bank of America in connection with extending the Committee's challenge deadline. Further, Blank Rome participated in the preparation and filing of the joint motion under Rule 9019 to approve the final

7

stipulation entered into by the Committee and Bank of America and related joint motion for expedited hearing with respect to same. The services under this category also included numerous email and telephone communications related to the settlement with Bank of America.

**Total Hours: 17.00     Total Fees: $6,191.50**

(Project Code 12)     <u>Sale of Assets/Asset Purchase Agreement</u>:

The time billed to this matter primarily relates to the possible sale of the Thrift and included review and comments on sale term sheet and sale agreement, teleconferences, review materials related to historical performance and projections for the Thrift. Blank Rome also reviewed various documents relating to the sale of certain non-performing loans (Bank of America and JP Morgan loans).

**Total Hours: 3.9     Total Fees: $1,657.50**

(Project Code 13)     <u>Stay Relief Issues</u>:

The time billed to this matter relates to stay relief issues. Blank Rome (i) reviewed and analyzed several motions for relief and related documentation and (ii) oversaw various aspects of discovery connected to Bank of America's motion for relief and participated in related settlement negotiations, including multiple telephonic and email communications.

**Total Hours: 5.5     Total Fees: $2,355.00**

(Project Code 17)     <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same. Typically, time billed to this matter involves hearings on multiple matters that cannot be segregated efficiently. Blank Rome spent a considerable amount of time preparing for and attending omnibus hearings, including reviewing the agenda and related pleadings, discussions with co-counsel and e-mail communications.

8

Specifically, Blank Rome prepared for and attended the hearings that took place on March 13, 2008 and March 27, 2008, by reviewing the agenda, amended agendas, and the pleadings related to the various matters going forward.  Blank Rome also participated in a teleconference with Judge Sontchi, Debtors, co-counsel and Bank of America on March 24, 2008, regarding service of the joint motion of the Committee and Bank of America.

**Total Hours: 9.6          Total Fees: $4,603.50**

(Project Code 21)     <u>Adversary Litigation</u>

The time billed to this matter relates to adversary litigation filed against and by the Debtors, and Blank Rome's review and monitoring of such proceedings, pleadings, settlement stipulations, and other issues pertinent to the Committees' interests.

**Total Hours: 1.7          Total Fees: $558.00**

**<u>Actual and Necessary Costs and Expenses Incurred</u>**

15.     Reimbursement of expenses in the amount of $948.85 is sought herein.  A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**.  Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**<u>Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules</u>**

16.     In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application.  The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

17. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

18. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

19. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender.  Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $30,754.40 (80% of $38,443.00), together with the reimbursement of disbursements in the amount of $948.85; and such other and further relief that the Court deems just and proper.

Dated:  June 18, 2008

              BLANK ROME LLP

              */s/ Bonnie Glantz Fatell*
              Bonnie Glantz Fatell (No. 3809)
              David W. Carickhoff (No. 3715)
              1201 Market Street, Suite 800
              Wilmington, Delaware 19801
              Telephone: (302) 425-6400
              Facsimile: (302) 425-6464

              *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*