### AMERICAN HOME MORTGAGE COMPANY
### PROFESSIONAL BACKGROUND
### MARCH 1 - 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 0.60 | $369.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 16.00 | $9,600.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 12.60 | $7,308.00 |
| Baumgarten, I. | Associate Since 2006, Member of NJ Bar Since 2003, Member of NY Bar Since 2002, Area of Expertise - Financial Services/Real Estate | $450.00 | 9.20 | $4,140.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1996, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 18.20 | $7,644.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 1.60 | $552.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $275.00 | 1.80 | $495.00 |
| Senese, K. | Paralegal | $225.00 | 36.60 | $8,235.00 |
| Moody, T. | Paralegal | $200.00 | 0.50 | $100.00 |
| Grand Total: | | | **97.10** | **$38,443.00** |
| Blended Rate: | | | | 395.91 |

# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### MARCH 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 10.00 | $2,574.00 |
| 2 | Other Professionals' Fee/Employment Issues | 17.90 | $6,265.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.30 | $67.50 |
| 4 | Claims Analysis and Objections | 0.70 | $157.50 |
| 5 | Committee Business and Meetings | 4.90 | $2,280.00 |
| 6 | Case Administration | 10.80 | $3,480.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | | |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.20 | $45.00 |
| 10 | Financing Issues | 17.00 | $6,191.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 18.50 | $9,865.50 |
| 13 | Stay Relief Issues | 5.50 | $2,355.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 9.60 | $4,603.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 1.70 | $558.00 |
| | **TOTALS** | **97.10** | **$38,443.00** |

### AMERICAN HOME MORTGAGE COMPANY
### EXPENSE SUMMARY
### MARCH 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House | $0.67 |
| Reproduction of Documents | In-House @ $.10/copy | $492.40 |
| Courier and Express Services | Federal Express | $79.11 |
| Hand Delivery Service | Parcels | $30.00 |
| Westlaw | | $9.39 |
| Record/Docket Searches | | $337.28 |
| **TOTAL** | | **$948.85** |