# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### MARCH 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 10.00 | $2,574.00 |
| 2 | Other Professionals' Fee/Employment Issues | 17.90 | $6,265.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.30 | $67.50 |
| 4 | Claims Analysis and Objections | 0.70 | $157.50 |
| 5 | Committee Business and Meetings | 4.90 | $2,280.00 |
| 6 | Case Administration | 10.80 | $3,480.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | | |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.20 | $45.00 |
| 10 | Financing Issues | 17.00 | $6,191.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 18.50 | $9,865.50 |
| 13 | Stay Relief Issues | 5.50 | $2,355.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 9.60 | $4,603.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 1.70 | $558.00 |
| | **TOTALS** | 97.10 | $38,443.00 |

**Project Code 1**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 01 | | | | |
| Mar 11 08 | PREPARE INITIAL DRAFT OF SIXTH MONTHLY (JAN 08) FEE APPLICATION; SCAN JANUARY AND FEBRUARY PROFORMAS | SENESE | 0.40 | $90.00 |
| Mar 16 08 | REVIEW/EDIT AND CODE BLANK ROME'S JANUARY 2008 PROFORMA IN PREPARATION FOR DRAFTING BLANK ROME'S MONTHLY AND FINALIZING ITS INTERIM FEE APPLICATION | SENESE | 0.60 | $135.00 |
| Mar 16 08 | PREPARATION OF BLANK ROME'S JANUARY 08 MONTHLY FEE APPLICATION | SENESE | 1.80 | $405.00 |
| Mar 17 08 | REVIEW DRAFT FEE APPLICATION | FATELL | 0.30 | $180.00 |
| Mar 19 08 | REVISE/UPDATE AND FINALIZE BLANK ROME'S JANUARY MONTHLY FEE APPLICATION (.9); REVIEW, ORGANIZE AND FORMAT EXHIBIT DOCUMENTATION (.2); REVIEW WITH B. FATELL (.1) | SENESE | 1.20 | $270.00 |
| Mar 19 08 | REVIEW AND FINALIZE SECOND INTERIM FEE APPLICATION; REVIEW WITH B. FATELL | SENESE | 0.70 | $157.50 |
| Mar 19 08 | REVIEW CURRENT DOCKET AND VERIFY NO OBJECTIONS TO BLANK ROME'S COMBINED FOURTH AND FIFTH MONTHLY FEE APPLICATION; DRAFT AND E-FILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME | SENESE | 0.30 | $67.50 |
| Mar 19 08 | ADDRESS SERVICE OF NOTICE (264 PARTIES) OF BLANK ROME'S SIXTH MONTHLY AND SECOND INTERIM FEE APPLICATION TO BE SERVED UPON THE PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL AND SERVICE OF APPLICATION PACKAGES UPON NOTICE PARTIES VIA OVERNIGHT MAIL | SENESE | 0.70 | $157.50 |
| Mar 19 08 | REVIEW AND REVISE CNO FOR BLANK ROME'S FOURTH AND FIFTH MONTHLY FEE APPLICATIONS | CARICKHOFF | 0.10 | $42.00 |
| Mar 19 08 | PREPARE SIXTH MONTHLY FEE APPLICATION | VONGTAMA | 1.60 | $552.00 |
| Mar 20 08 | REVISE BLANK ROME'S JANUARY MONTHLY AND ITS SECOND INTERIM FEE APPLICATION TO REFLECT WALDNER'S RESIGNATION FROM THE COMMITTEE; E-MAIL EXCHANGES WITH B. FATELL, J. SMITH AND E. SCHNITZER REGARDING SPECIFIC DETAILS WITH RESPECT TO RESIGNATION | SENESE | 0.20 | $45.00 |
| Mar 20 08 | FORMAT, FINALIZE AND E-FILE BLANK ROME'S SIXTH MONTHLY FEE APPLICATION; ADDRESS SERVICE OF APPLICATION PACKAGE UPON NOTICE PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.90 | $202.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Mar 20 08 | FORMAT, FINALIZE AND E-FILE BLANK ROME'S SECOND INTERIM FEE APPLICATION; ADDRESS SERVICE OF APPLICATION PACKAGE UPON NOTICE PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Mar 20 08 | DRAFT NOTICE OF BLANK ROME'S SECOND INTERIM FEE APPLICATION AND CERTIFICATE OF SERVICE/SERVICE LIST WITH REGARD TO SAME; CONTINUE PREPARATION FOR SERVICE OF SAME | SENESE | 0.40 | $90.00 |

PROJECT CODE TOTALS  01                          TOTAL VALUE:    $2,574.00      10.00

**Project Code 2**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 02 | | | | |
| Mar 05 08 | REVIEW AND DISTRIBUTE CERTAIN PROFESSIONAL FEE APPLICATIONS (DEBTORS' COUNSEL, DEBTORS' PROFESSIONALS); UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES | SENESE | 0.20 | $45.00 |
| Mar 05 08 | REVIEW OF E-MAILS REGARDING CONTINGENCY FEE APPROVALS; E-MAIL EXCHANGE WITH R. BARTLEY; TELECONFERENCE WITH E. SCHNITZER REGARDING APPROVALS OF SETTLEMENT; REVIEW AND APPROVAL OF CONTINGENCY FEE REQUESTS | BAUMGARTEN | 1.00 | $450.00 |
| Mar 06 08 | REVIEW OF PROPOSED BROKERAGE PAYMENTS; E-MAIL TO M. WHITEMAN REGARDING SAME | ECKSTEIN | 0.30 | $184.50 |
| Mar 07 08 | SCAN/REVIEW FEE APPLICATIONS | FATELL | 0.30 | $180.00 |
| Mar 07 08 | REVIEW AND DISTRIBUTE CERTAIN OF DEBTORS' PROFESSIONAL'S MONTHLY FEE APPLICATION, WITH FAIRLY EXTENSIVE DOCUMENTATION | SENESE | 0.20 | $45.00 |
| Mar 07 08 | REVIEW OF REQUESTS FOR APPROVAL OF SEVERAL ORDINARY COURSE PROFESSIONALS; E-MAIL EXCHANGE WITH R. BARTLEY REGARDING REQUESTS AND APPROVALS | BAUMGARTEN | 2.00 | $900.00 |
| Mar 10 08 | REVIEW OF REQUESTS FOR APPROVAL OF ORDINARY COURSE PROFESSIONAL FEES; E-MAIL EXCHANGE WITH R. BARTLEY | BAUMGARTEN | 1.20 | $540.00 |
| Mar 11 08 | E-MAIL EXCHANGES WITH B. FATELL AND D. CARICKHOFF REGARDING TIMELINE/DEADLINE TO FILE MONTHLIES FOR INCLUSION IN PERIOD COVERED BY NEXT INTERIMS SCHEDULED FOR HEARING ON APRIL 14, 2008 (IN LIGHT OF EASTER HOLIDAY); E-MAIL TO CO-COUNSEL AND FINANCIAL ADVISOR ADVISING OF MODIFIED DEADLINE TO ACCOMMODATE HOLIDAY SCHEDULE | SENESE | 0.30 | $67.50 |
| Mar 11 08 | REVIEW CURRENT DOCKET AND VERIFY NO OBJECTIONS FILED IN CONNECTION WITH TRENWITH'S FIRST MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME; DISTRIBUTE FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.30 | $67.50 |
| Mar 12 08 | E-MAIL EXCHANGE WITH N. VANDERHOOP CONFIRMING PERIOD COVERED BY NEXT INTERIM FEE APPLICATIONS AND TIME FRAME FOR FILING SAME | SENESE | 0.10 | $22.50 |
| Mar 12 08 | FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION REGARDING TRENWITH SECURITIES' FIRST MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Mar 12 08 | REVIEW AND REVISE CNO REGARDING TRENWITH'S | CARICKHOFF | 0.10 | $42.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|
| | FIRST MONTHLY FEE APPLICATION | | | |
| Mar 14 08 | REVIEW AND DISTRIBUTE YOUNG CONAWAY'S JANUARY MONTHLY FEE APPLICATION (WITH EXTENSIVE EXHIBIT DOCUMENTATION) | SENESE | 0.10 | $22.50 |
| Mar 14 08 | REVIEW AND DISTRIBUTE CERTAIN MONTHLY FEE APPLICATIONS FILED ON BEHALF OF VARIOUS DEBTORS' PROFESSIONALS | SENESE | 0.10 | $22.50 |
| Mar 17 08 | REVIEW OF REQUESTED PAYMENTS TO OCP BROKERS; E-MAIL TO M. WHITEMAN REGARDING SAME | ECKSTEIN | 0.30 | $184.50 |
| Mar 17 08 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO BDO'S FOURTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME; DISTRIBUTE FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Mar 18 08 | FURTHER REVIEW DRAFT FEE APPLICATION | FATELL | 0.30 | $180.00 |
| Mar 18 08 | REVIEW AND DISTRIBUTE SECOND QUARTERLY FEE REQUESTS OF DEBTORS PROFESSIONALS | SENESE | 0.10 | $22.50 |
| Mar 19 08 | REVIEW MONTHLY FEE APPLICATION | FATELL | 0.30 | $180.00 |
| Mar 19 08 | E-MAIL FROM D. CARICKHOFF; E-FILE CERTIFICATE OF NO OBJECTION TO BDO'S FOURTH MONTHLY FEE APPLICATION; E-MAIL TO N. VANDERHOOP ADVISING OF SAME | SENESE | 0.10 | $22.50 |
| Mar 19 08 | REVIEW AND DISTRIBUTE A LARGE NUMBER OF AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS; UPDATE CASE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.40 | $90.00 |
| Mar 19 08 | REVIEW AND DISTRIBUTE RE-NOTICE OF NORTHWEST TRUSTEE SERVICES' MOTION TO COMPEL | SENESE | 0.10 | $22.50 |
| Mar 19 08 | REVIEW AND REVISE CNO FOR BDO'S FOURTH MONTHLY FEE APPLICATION | CARICKHOFF | 0.10 | $42.00 |
| Mar 20 08 | REVIEW AND APPROVE FOR FILING MULTIPLE FEE APPLICATIONS | FATELL | 0.40 | $240.00 |
| Mar 20 08 | FIELD MULTIPLE E-MAIL INQUIRIES FROM/EXCHANGES WITH N. VANDERHOOP (BDO) REGARDING SPECIFIC INFORMATION NEEDED TO FINALIZE DRAFT OF BDO'S AND TRENWITH'S FEE APPLICATIONS | SENESE | 0.30 | $67.50 |
| Mar 20 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX (MONTHLY AND INTERIM FEE APPLICATIONS) | SENESE | 0.20 | $45.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
| --- | --- | --- | --- | --- |
| Mar 20 08 | REVIEW DRAFT OF HAHN'S FOURTH MONTHLY FEE APPLICATION TO VERIFY CALCULATIONS; E-MAIL EXCHANGES WITH J. SMITH ADVISING OF DISCREPANCIES IN FIGURES | SENESE | 0.60 | $135.00 |
| Mar 20 08 | TELEPHONE FROM J. SMITH (HAHN) ADVISING CORRECTIONS NEEDED TO ATTACHMENT B (ATTY SUMMARY SHEET) FILED AS PART OF HAHN'S FOURTH MONTHLY FEE APPLICATION; REVIEW REVISED ATTORNEY SUMMARY SHEET AND E-MAIL TO B. FATELL AND D. CARICKHOFF INQUIRING AS TO HOW BEST TO PROCEED | SENESE | 0.20 | $45.00 |
| Mar 20 08 | REVIEW REVISED VERSION OF HAHN'S FOURTH MONTHLY FEE APPLICATION REFLECTING REVISED FIGURES; PREPARE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORMAT FOR E-FILING PURPOSES; E-FILE; ADDRESS SERVICE OF THE MONTHLY PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.90 | $202.50 |
| Mar 20 08 | REVIEW HAHN'S FIFTH MONTHLY FEE APPLICATION WITH RESPECT TO FORMAT AND TO VERIFY FIGURES; PREPARE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORMAT FOR E-FILING PURPOSES; E-FILE; ADDRESS SERVICE OF THE MONTHLY PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.90 | $202.50 |
| Mar 20 08 | REVIEW HAHN'S SIXTH MONTHLY FEE APPLICATION WITH RESPECT TO FORMAT AND TO VERIFY FIGURES; PREPARE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORMAT FOR E-FILING PURPOSES; E-FILE; ADDRESS SERVICE OF THE MONTHLY PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.90 | $202.50 |
| Mar 20 08 | REVIEW HAHN'S INTERIM FEE APPLICATION WITH RESPECT TO FORMAT AND TO VERIFY FIGURES; PREPARE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORMAT FOR E-FILING PURPOSES; E-FILE; ADDRESS SERVICE OF THE MONTHLY PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Mar 20 08 | REVIEW BDO'S INTERIM FEE APPLICATION WITH | SENESE | 0.80 | $180.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | RESPECT TO FORMAT AND TO VERIFY FIGURES; PREPARE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORMAT FOR E-FILING PURPOSES; E-FILE; ADDRESS SERVICE OF THE MONTHLY PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | | | |
| Mar 20 08 | REVIEW TRENWITH'S INTERIM FEE APPLICATION WITH RESPECT TO FORMAT AND TO VERIFY FIGURES; PREPARE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORMAT FOR E-FILING PURPOSES; E-FILE; ADDRESS SERVICE OF THE MONTHLY PACKAGE UPON REVIEWING PARTIES VIA OVER NIGHT MAIL AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Mar 25 08 | REVIEW AND DISTRIBUTE CERTAIN MONTHLY FEE APPLICATIONS; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES | SENESE | 0.20 | $45.00 |
| Mar 26 08 | TELEPHONE FROM J. SMITH (HAHN & HESSEN) REGARDING REVISED EXHIBIT SHEET FOR HAHN'S FOURTH MONTHLY FEE APPLICATION; E-MAIL EXCHANGES WITH D. CARICKHOFF; E-FILE AMENDED ATTY SUMMARY SHEET | SENESE | 0.20 | $45.00 |
| Mar 27 08 | E-MAIL WITH J. MCMAHON REGARDING KROLL RETENTION ORDER | FATELL | 0.10 | $60.00 |
| Mar 29 08 | REVIEW OF ORDINARY COURSE PROFESSIONAL FEE REQUESTS; RESPONSE TO R. BARTLEY WITH APPROVALS AND FOLLOW UP, AS APPLICABLE | BAUMGARTEN | 2.20 | $990.00 |
| Mar 31 08 | REVIEW AND DISTRIBUTE NEWLY FILED MONTHLY FEE APPLICATIONS OF CERTAIN OF DEBTORS' PROFESSIONALS; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES | SENESE | 0.20 | $45.00 |

PROJECT CODE TOTALS  02                    TOTAL VALUE:   $6,265.50      17.90

# Project Code 3

.

.

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 03 | | | | |
| Mar 05 08 | REVIEW AND DISTRIBUTE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES TO INDYMAC BANK; REVIEW AND DISTRIBUTE DEBTORS' NOTICE OF REJECTION OF NON-RESIDENTIAL LEASES, REJECTION BAR DATE AND ADMINISTRATIVE EXPENSE CLAIM BAR D ATE; UPDATE CALENDAR TO REFLECT RESPECTIVE BAR DATES | SENESE | 0.10 | $22.50 |
| Mar 19 08 | REVIEW AND DISTRIBUTE DEBTORS' NINTH MOTION TO REJECT; UPDATE CASE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Mar 26 08 | REVIEW AND DISTRIBUTE ORDER APPROVING EIGHTH MOTION TO REJECT; REVIEW AND DISTRIBUTE DEBTORS' NINTH MOTION TO REJECT; UPDATE CALENDAR TO REFLECT DEADLINE TO OBJECTION AND HEARING DATE/TIME WITH RESPECT TO NINTH MOTION TO REJECT | SENESE | 0.10 | $22.50 |

| PROJECT CODE TOTALS  03 | | TOTAL VALUE: | $67.50 | 0.30 |

# Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 04 | | | | |
| Mar 11 08 | TELEPHONE CALL TO CREDITOR INQUIRING AS TO WHETHER BAR DATE HAD BEEN EXTENDED | SENESE | 0.10 | $22.50 |
| Mar 11 08 | REVIEW AND DISTRIBUTE COUNTRYWIDE'S MOTION FOR AUTHORITY TO FILE LATE PROOFS OF CLAIM, WITH EXTENSIVE EXHIBIT DOCUMENTATION | SENESE | 0.20 | $45.00 |
| Mar 14 08 | REVIEW AND DISTRIBUTE THREE DECLARATIONS (WITH EXHIBIT DOCUMENTATION) IN SUPPORT OF COUNTRYWIDE'S MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM | SENESE | 0.10 | $22.50 |
| Mar 17 08 | REVIEW AND DISTRIBUTE AFFIDAVITS OF PUBLICATION OF BAR DATE NOTICE | SENESE | 0.10 | $22.50 |
| Mar 31 08 | REVIEW AND DISTRIBUTION OF DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Mar 31 08 | REVIEW AND DISTRIBUTE DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| PROJECT CODE TOTALS   04 | TOTAL VALUE: | $157.50 | 0.70 | |

# Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 05 | | | | |
| Mar 05 08 | COMMITTEE WEEKLY TELEPHONIC MEETING | FATELL | 0.80 | $480.00 |
| Mar 13 08 | CREDITORS' COMMITTEE CONFERENCE CALL | STEWART | 0.60 | $165.00 |
| Mar 13 08 | CONFERENCE WITH I. BAUMGARTEN | STEWART | 0.20 | $55.00 |
| Mar 13 08 | DRAFT E-MAIL TO I. BAUMGARTEN SUMMARIZING CREDITORS' COMMITTEE CONFERENCE CALL | STEWART | 0.40 | $110.00 |
| Mar 20 08 | REVIEW REPORT TO COMMITTEE FROM BDO AGENDA (.3); ATTEND COMMITTEE TELEPHONIC MEETING (.8) | FATELL | 1.10 | $660.00 |
| Mar 20 08 | REVIEW AGENDA AND E-MAILS REGARDING COMMITTEE MEETING | FATELL | 0.20 | $120.00 |
| Mar 20 08 | PARTICIPATE IN WEEKLY COMMITTEE CONFERENCE CALL | FATELL | 0.80 | $480.00 |
| Mar 20 08 | INQUIRY TO DETERMINE THE DATE OF WALDNER'S BUSINESS RESIGNATION FROM THE COMMITTEE | SENESE | 0.20 | $45.00 |
| Mar 20 08 | PREPARE FOR COMMITTEE CONFERENCE CALL; PARTICIPATE IN COMMITTEE CONFERENCE CALL (PARTIAL) | STEWART | 0.60 | $165.00 |
| PROJECT CODE TOTALS   05 | TOTAL VALUE: | $2,280.00 | 4.90 | |

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| Mar 05 08 | MODIFY 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF WITHDRAWAL OF NOTICE OF APPEARANCE FILED BY COUNSEL FOR GARLAND INDEPENDENT SCHOOL DISTRICT | SENESE | 0.10 | $22.50 |
| Mar 05 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Mar 05 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS, DISTRIBUTE | SENESE | 0.60 | $135.00 |
| Mar 07 08 | REVIEW CALENDAR | FATELL | 0.10 | $60.00 |
| Mar 07 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |
| Mar 07 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Mar 10 08 | REVIEW AND DISTRIBUTE ORDER SETTING OMNIBUS HEARING DATES/TIMES; MODIFY CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT APPROVED DATES | SENESE | 0.10 | $22.50 |
| Mar 10 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Mar 10 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Mar 11 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Mar 11 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS IN LIGHT OF CONTINUED ITEMS LISTED ON AGENDA FOR MARCH 13, 2008 HEARING | SENESE | 0.30 | $67.50 |
| Mar 12 08 | REVIEW DOCKET, CALENDAR, HEARING AGENDA TO MONITOR CASE | FATELL | 0.20 | $120.00 |
| Mar 12 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.20 | $45.00 |
| Mar 13 08 | REVIEW MULTIPLE PLEADINGS TO MONITOR CASE | FATELL | 0.40 | $240.00 |
| Mar 14 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Mar 14 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Mar 17 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Mar 17 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.50 | $112.50 |
| Mar 18 08 | REVIEW DOCKET AND PLEADINGS INCLUDING PLEADINGS REGARDING SETTLEMENT WITH BANK OF AMERICA | FATELL | 1.20 | $720.00 |
| Mar 18 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Mar 18 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF MARCH 13, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Mar 19 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Mar 19 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF FEBRUARY 28, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Mar 19 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.80 | $180.00 |
| Mar 24 08 | REVIEW DOCKET AND SELECTED PLEADINGS TO MONITOR CASE | FATELL | 0.40 | $240.00 |
| Mar 25 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Mar 26 08 | REVIEW AMENDED AGENDA AND DISCUSS WITH D. CARICKHOFF | FATELL | 0.20 | $120.00 |
| Mar 26 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.80 | $180.00 |
| Mar 26 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Mar 27 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Mar 31 08 | TELECONFERENCE WITH CREDITOR REGARDING FORECLOSURE | FATELL | 0.30 | $180.00 |
| Mar 31 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.20 | $45.00 |
| Mar 31 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Mar 31 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.80 | $180.00 |

PROJECT CODE TOTALS  06                    TOTAL VALUE:    $3,480.00      10.80

# Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 09 | | | | |
| Mar 05 08 | REVIEW AND DISTRIBUTE DEBTORS' MOTION TO FURTHER EXTEND EXCLUSIVITY; MODIFY CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE | SENESE | 0.10 | $22.50 |
| Mar 26 08 | REVIEW AND DISTRIBUTE ORDER FURTHER EXTENDING EXCLUSIVITY; REVISE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT EXTENDED DEADLINES | SENESE | 0.10 | $22.50 |

| PROJECT CODE TOTALS 09 | TOTAL VALUE: | $45.00 | 0.20 |
|------------------------|--------------|--------|------|

# Project Code 10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 10 | | | | |
| Mar 03 08 | REVIEW STIPULATION AND ORDER WITH BANK OF AMERICA IN CONNECTION WITH EXTENDING COMMITTEE'S CHALLENGE DEADLINE (.3); DRAFT CERTIFICATION OF COUNSEL REGARDING SAME (.6); E-MAILS REGARDING SAME (.2) | CARICKHOFF | 1.10 | $462.00 |
| Mar 05 08 | REVIEW STIPULATION AND ORDER WITH BANK OF AMERICA IN CONNECTION WITH EXTENDING COMMITTEE'S CHALLENGE DEADLINE; DRAFT CERTIFICATION OF COUNSEL REGARDING SAME; E-MAILS REGARDING SAME | CARICKHOFF | 0.60 | $252.00 |
| Mar 12 08 | TELEPHONE CALLS FROM B. FATELL; REVIEW AND REVISE EXECUTED FIFTH STIPULATION EXTENDING CHALLENGE DEADLINE TO 5 P.M.; TELEPHONE CALL AND E-MAIL EXCHANGES WITH D. CARICKHOFF; DRAFT CERTIFICATION OF COUNSEL SUBMITTING FIFTH STIPULATION FOR COURT APPROVAL; REVIEW CHANGES TO CERTIFICATION MADE BY D. CARICKHOFF; FORMAT AND E-FILE COC WITH STIPULATION ATTACHED; OVERSEE DELIVERY OF SAME TO CHAMBERS FOR CONSIDERATION | SENESE | 0.80 | $180.00 |
| Mar 12 08 | COORDINATE HAND DELIVERY TO CHAMBERS OF CERTIFICATION OF COUNSEL REGARDING THE FIFTH STIPULATION AND ORDER FOR DEBTORS LIMITED CASH COLLATERAL | MOODY | 0.20 | $40.00 |
| Mar 12 08 | REVIEW STIPULATION AND ORDER WITH BANK OF AMERICA IN CONNECTION WITH EXTENDING COMMITTEE'S CHALLENGE DEADLINE; DRAFT CERTIFICATION OF COUNSEL REGARDING SAME; E-MAILS REGARDING SAME | CARICKHOFF | 0.50 | $210.00 |
| Mar 13 08 | TELEPHONE CALL FROM D. CARICKHOFF (.1); REVIEW DRAFT JOINT MOTION FOR EXPEDITED HEARING ON THE MOTION TO APPROVE THE FINAL STIPULATION ENTERED INTO BY THE COMMITTEE AND BANK OF AMERICA (.1); PREPARE CERTIFICATE OF SERVICE AND SERVICES LISTS WITH RESPECT TO SAME (.3); PREPARE FOR SERVICE OF MOTION PACKAGE UPON CERTAIN INTERESTED PARTIES VIA FACSIMILE AND OVERNIGHT MAIL (.3); PREPARE FOR SERVICE OF THE MOTION PACKAGE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (.4); E-FILE AND SERVE (2.0) | SENESE | 3.20 | $720.00 |
| Mar 13 08 | REVIEW AND DISTRIBUTE ORDER SIGNED APPROVING THE FIFTH STIPULATION WITH REGARD TO DEBTORS' USE OF CASH COLLATERAL | SENESE | 0.10 | $22.50 |
| Mar 13 08 | REVIEW AND ANALYZE FINAL STIPULATION WITH BANK OF AMERICA REGARDING SETTLEMENT OF REMAINING | CARICKHOFF | 4.50 | $1,890.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | ISSUES AND STAY RELIEF MOTION (1.2); REVIEW STAY RELIEF MOTION (.5); DRAFT MOTION FOR EXPEDITED HEARING ON APPROVAL OF FINAL STIPULATION AND PROPOSED FORM OF ORDER (1.5); TELECONFERENCES AND E-MAILS WITH CO-COUNSEL AND BANK OF AMERICA COUNSEL REGARDING SAME (.5); RESEARCH ISSUES IN CONNECTION WITH APPROVAL MOTION AND RULE 9019 (.8) | | | |
| Mar 14 08 | REVIEW DRAFT OF 9019 MOTION TO APPROVE FINAL STIPULATION AND PROVIDE COMMENTS TO SAME (.3); E-MAILS WITH CO-COUNSEL AND BANK OF AMERICA COUNSEL REGARDING SAME (.2); TELECONFERENCE WITH BANK OF AMERICA COUNSEL REGARDING SAME (.5); REVIEW AND EXECUTE REVISED FINAL STIPULATION (.5) | CARICKHOFF | 1.50 | $630.00 |
| Mar 17 08 | REVIEW AND DISTRIBUTE DEBTORS' OBJECTION TO THE JOINT MOTION OF BANK OF AMERICA AND THE COMMITTEE FOR APPROVAL OF FINAL CASH COLLATERAL STIPULATION | SENESE | 0.10 | $22.50 |
| Mar 17 08 | REVIEW AND DISTRIBUTE ORDER DENYING THE EXPEDITED HEARING ON THE JOINT MOTION OF BANK OF AMERICA AND THE COMMITTEE SEEKING APPROVAL OF FINAL STIPULATION | SENESE | 0.10 | $22.50 |
| Mar 17 08 | REVIEW DEBTORS' OBJECTION TO MOTION TO SHORTEN NOTICE OF MOTION TO APPROVE FINAL STIPULATION WITH BANK OF AMERICA (.8); E-MAIL CO-COUNSEL REGARDING SAME (.5) | CARICKHOFF | 1.30 | $546.00 |
| Mar 25 08 | REVIEW AND REVISE PROPOSED ORDER REGARDING SUFFICIENCY OF NOTICE ON APPROVAL MOTION | CARICKHOFF | 0.40 | $168.00 |
| Mar 27 08 | REVIEW AND REVISE PROPOSED ORDER REGARDING NOTICE OF APPROVAL MOTION IN LIGHT OF DEBTORS' COUNSEL COMMENTS (INCLUDES MEETING AFTER COURT WITH BANK OF AMERICA COUNSEL AND DEBTORS' COUNSEL) | CARICKHOFF | 1.40 | $588.00 |
| Mar 31 08 | ADDRESS FILING AND SERVICE OF CERTIFICATION OF COUNSEL REGARDING SIXTH STIPULATION AND ORDER OF THE FINAL ORDER AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL AND GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION | MOODY | 0.30 | $60.00 |
| Mar 31 08 | REVIEW AND REVISE SIXTH STIPULATION EXTENDING COMMITTEE'S CHALLENGE DEADLINE REGARDING BANK OF AMERICA; DRAFT CERTIFICATION OF COUNSEL REGARDING SAME; E-MAILS REGARDING SAME | CARICKHOFF | 0.90 | $378.00 |

| PROJECT CODE TOTALS 10 | TOTAL VALUE: | $6,191.50 | 17.00 |
|------------------------|--------------|-----------|-------|

# Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 12 | | | | |
| Mar 05 08 | REVIEW SUMMARY OF THRIFT TRANSACTION (.2); DISCUSS WITH J. STORERO (.2) | FATELL | 0.40 | $240.00 |
| Mar 05 08 | CONFERENCE CALL WITH M. INDELICATO, M. POWER AND J. STORERO REGARDING SALE OF THRIFT | FATELL | 0.40 | $240.00 |
| Mar 05 08 | CONFERENCE WITH B. FATELL REGARDING SALE OF THRIFT (.3); CONFERENCE WITH I. BAUMGARTEN (.4); ATTEND CONFERENCE CALL WITH CREDITORS' COUNSEL (1.2); ATTEND KROLL CONFERENCE CALL (1.3); REVIEW AGREEMENT (.6) | STORERO | 3.80 | $2,204.00 |
| Mar 05 08 | TELECONFERENCE WITH J. STORERO REGARDING THRIFT SALE (.4); PARTICIPATE IN CONFERENCE CALL REGARDING UPDATE ON WILBUR ROSS' OFFER ON THRIFT AND OTHER OUTSTANDING ISSUES (1.2); REVIEW OF MATERIALS FROM DEBTOR AND BDO REGARDING SALE OF THRIFT (.6) | BAUMGARTEN | 2.00 | $900.00 |
| Mar 06 08 | TELECONFERENCE WITH J. STORERO REGARDING SALE OF THRIFT | FATELL | 0.40 | $240.00 |
| Mar 06 08 | CONFERENCE WITH B. FATELL REGARDING THRIFT SALE (.4); REVIEW AGREEMENT (2.4) | STORERO | 2.80 | $1,624.00 |
| Mar 07 08 | REVIEW TERM SHEET AND PREPARE COMMENTS ON AGREEMENT FOR SALE OF THRIFT | STORERO | 1.40 | $812.00 |
| Mar 07 08 | REVIEW AND DISTRIBUTE NOTICE OF MODIFIED BID DEADLINES AND OTHER SALE-RELATED DATES SOLEY WITH RESPECT TO THE UNENCUMBERED NON-PERFORMING LOANS; REVISE CALENDAR TO REFLECT MODIFIED DATES, ETC; DISTRIBUTE | SENESE | 0.10 | $22.50 |
| Mar 10 08 | REVIEW COMMITTEE OBJECTION TO SALE OF REO PROPERTY | FATELL | 0.20 | $120.00 |
| Mar 10 08 | REVISE AGREEMENT FOR SALE OF THRIFT | STORERO | 1.20 | $696.00 |
| Mar 10 08 | REVIEW AND DISTRIBUTE LIMITED OBJECTION TO SALE PROCEDURES FILED BY PROPOSED SPECIAL CONFLICTS COUNSEL TO THE COMMITTEE | SENESE | 0.10 | $22.50 |
| Mar 11 08 | REVISE AGREEMENT FOR THRIFT SALE (2.0); PREPARE E-MAIL TO B. FATELL (.8) | STORERO | 2.80 | $1,624.00 |
| Mar 11 08 | REVIEW AND DISTRIBUTE REVISED PROPOSED FORMS OF ORDER REGARDING SALE OF CERTAIN (BOFA AND JPM) NON-PERFORMING LOANS | SENESE | 0.10 | $22.50 |
| Mar 12 08 | REVIEW THRIFT SALE AGREEMENT AND REVISE; E-MAIL B. FATELL REGARDING SAME | STORERO | 0.60 | $348.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Mar 12 08 | REVIEW AND DISTRIBUTE COMMITTEE'S PARTIAL WITHDRAWAL OF LIMITED OBJECTION TO SALE OF CERTAIN NON-PERFORMING LOANS (FILED BY CONFLICTS COUNSEL TO COMMITTEE) | SENESE | 0.10 | $22.50 |
| Mar 12 08 | REVIEW AND DISTRIBUTE NOTICE OF SUCCESSFUL BIDDERS REGARDING THE SALE OF CERTAIN NON-PERFORMING (BOFA AND JPM) LOANS | SENESE | 0.10 | $22.50 |
| Mar 13 08 | REVIEW AND DISTRIBUTE DEBTORS' MOTION TO FILE PURCHASE PRICES (RE SUCCESSFUL BIDDERS) UNDER SEAL | SENESE | 0.10 | $22.50 |
| Mar 14 08 | REVIEW AND DISTRIBUTE ORDER APPROVING SALE OF BANK OF AMERICA NON-PERFORMING LOANS | SENESE | 0.10 | $22.50 |
| Mar 14 08 | REVIEW AND DISTRIBUTE ORDER APPROVING SALE OF JPM NON-PERFORMING LOANS | SENESE | 0.10 | $22.50 |
| Mar 14 08 | REVIEW AND DISTRIBUTE CERTAIN LOAN FILE RETURN DECLARATION AND RELATED NOTICE OF SERVICE OF SAME | SENESE | 0.20 | $45.00 |
| Mar 14 08 | REVIEW OF NOTES FROM COMMITTEE; CONFERENCE CALL AND BDO REPORT REGARDING SALE OF THRIFT AND STATUS | BAUMGARTEN | 0.80 | $360.00 |
| Mar 17 08 | REVIEW AND DISTRIBUTE NUMEROUS CERTIFICATIONS IN SUPPORT OF LOAN FILE RETURN (BY VARIOUS PARTIES) | SENESE | 0.20 | $45.00 |
| Mar 19 08 | E-MAILS REGARDING SALE OF THRIFT | FATELL | 0.20 | $120.00 |
| Mar 31 08 | REVIEW AND DISTRIBUTE NOTICE OF PLAN OF SALE (RELATED TO DOVEBID SALE/AUCTION); UPDATE CALENDAR TO REFLECT DEADLINE TO RESPOND TO SAME | SENESE | 0.10 | $22.50 |
| Mar 31 08 | REVIEW AND DISTRIBUTE NOTICE OF SUCCESSFUL BIDDERS REGARDING BOFA AND JPM NON-PERFORMING LOANS | SENESE | 0.10 | $22.50 |
| Mar 31 08 | REVIEW NOTICE OF PROPOSED SALE OF MISCELLANEOUS ASSETS; MODIFY CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT OBJECTION DEADLINE/HEARING DATE AND TIME | SENESE | 0.10 | $22.50 |

PROJECT CODE TOTALS  12                    TOTAL VALUE:    $9,865.50    18.50

# Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 13 | | | | |
| Mar 05 08 | REVIEW AND DISTRIBUTE BANK OF AMERICA'S MOTION TO SHORTEN TIME FOR DEBTORS' TO RESPOND TO DISCOVERY IN CONNECTION WITH BANK OF AMERICA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY; NOTE ON CALENDAR OBJECTION DEADLINE/HEARING DATE WITH RESPECT TO MOT ION TO SHORTEN ARE TO BE DETERMINED | SENESE | 0.10 | $22.50 |
| Mar 05 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF (WITH EXHIBIT DOCUMENTATION) FILED BY CITIMORTGAGE; UPDATE CASE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATES/TIMES | SENESE | 0.30 | $67.50 |
| Mar 06 08 | E-MAIL EXCHANGE WITH E. SCHNITZER REGARDING E-FILING OF COMMITTEE'S JOINDER TO DEBTORS' OPPOSITION TO KIRK MOTION FOR RELIEF | SENESE | 0.10 | $22.50 |
| Mar 06 08 | E-MAIL FROM D. CARICKHOFF; FORMAT AND E-FILE MOST CURRENT VERSION OF COMMITTEE JOINDER TO DEBTORS' OBJECTION TO KIRK MOTION FOR RELIEF; SERVICE OF SAME UPON INTERESTED PARTIES VIA FACSIMILE | SENESE | 0.20 | $45.00 |
| Mar 06 08 | REVIEW AND REVISE OBJECTION TO KIRK STAY RELIEF MOTION AND E-MAILS REGARDING SAME | CARICKHOFF | 0.40 | $168.00 |
| Mar 07 08 | REVIEW DEBTOR'S OBJECTION TO BANK OF AMERICA DISCOVERY REQUESTS | FATELL | 0.20 | $120.00 |
| Mar 07 08 | REVIEW AND DISTRIBUTE ADDITIONAL MOTION FOR RELIEF FILED BY CITIMORTGAGE; REVIEW AND DISTRIBUTE ORDER DENYING BANK OF AMERICA'S MOTION TO SHORTEN WITH RESPECT TO ITS MOTION FOR RELIEF FROM STAY TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR, UPDATE CALENDAR TO REFLECT THE HEARING DATE AND TIME SET WITH REGARD TO THE BANK OF AMERICA MOTION | SENESE | 0.20 | $45.00 |
| Mar 12 08 | TELECONFERENCE WITH CO-COUNSEL REGARDING BANK OF AMERICA SETTLEMENT | FATELL | 0.20 | $120.00 |
| Mar 12 08 | REVIEW BANK OF AMERICA SETTLEMENT; TELECONFERENCE WITH L. SILVERSTEIN | FATELL | 0.30 | $180.00 |
| Mar 12 08 | REVIEW FINAL STIPULATION RESOLVING ISSUES WITH BANK OF AMERICA | CARICKHOFF | 0.60 | $252.00 |
| Mar 20 08 | TELECONFERENCE WITH L. SILVERSTEIN REGARDING NOTICE OF MOTION TO APPROVE SETTLEMENT; TELECONFERENCE WITH E. DAVIS REGARDING HEARING DATES | FATELL | 0.20 | $120.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| Mar 21 08 | E-MAILS AND TELEPHONE CALLS REGARDING NOTICE OF SETTLEMENT WITH BANK OF AMERICA | FATELL | 0.30 | $180.00 |
| Mar 24 08 | SET UP CONFERENCE CALL WITH JUDGE REGARDING NOTICE OF SETTLEMENT; TELECONFERENCE WITH L. SILVERSTEIN | FATELL | 0.40 | $240.00 |
| Mar 24 08 | REVIEW AND EXECUTE STIPULATION REGARDING STAY RELIEF TO ALLOW CERTAIN CURRENT AND FORMER D&OS TO ENFORCE INSURANCE POLICY REGARDING PAYMENT OF DEFENSE COSTS; E-MAILS WITH CO-COUNSEL AND DEBTORS' COUNSEL REGARDING SAME | CARICKHOFF | 0.50 | $210.00 |
| Mar 25 08 | REVIEW BORROWER'S STAY RELIEF MOTION | FATELL | 0.10 | $60.00 |
| Mar 25 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Mar 26 08 | REVIEW MULTIPLE E-MAILS REGARDING NOTICE OF SETTLEMENT WITH BANK OF AMERICA AND DISCUSS WITH CO-COUNSEL | FATELL | 0.30 | $180.00 |
| Mar 28 08 | TELECONFERENCE WITH M. INDELICATO REGARDING NOTICE OF BANK OF AMERICA SETTLEMENT | FATELL | 0.20 | $120.00 |
| Mar 31 08 | REVIEW AND DISTRIBUTE NEWLY FILED MOTIONS FOR RELIEF FROM STAY, WITH EXHIBIT DOCUMENTATION; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT RESPECTIVE OBJECTION DEADLINES, HEARING DATE AND TIME | SENESE | 0.80 | $180.00 |

PROJECT CODE TOTALS  13                TOTAL VALUE:    $2,355.00      5.50

# Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  17 | | | | |
| Mar 11 08 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON MARCH 13, 2008; E-MAIL EXCHANGE WITH B. FATELL AND D. CARICKHOFF; INITIAL PREPARATION FOR SAME | SENESE | 0.20 | $45.00 |
| Mar 12 08 | REVIEW LEHMAN PLEADINGS FOR HEARING | FATELL | 0.40 | $240.00 |
| Mar 12 08 | ADDITIONAL PREPARATION FOR MARCH 13, 2008 HEARING | SENESE | 0.20 | $45.00 |
| Mar 13 08 | PREPARE FOR HEARING INCLUDING REVIEWING LEHMAN AND DEBTOR BRIEFS ON MOTION TO DISMISS | FATELL | 1.50 | $900.00 |
| Mar 13 08 | ATTEND OMNIBUS HEARING AND ORAL ARGUMENT ON LEHMAN MOTION TO DISMISS | FATELL | 2.80 | $1,680.00 |
| Mar 13 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR TODAY'S HEARING | SENESE | 0.10 | $22.50 |
| Mar 13 08 | REVIEW MINUTE SHEET FROM TODAY'S HEARING | SENESE | 0.10 | $22.50 |
| Mar 19 08 | INITIAL PREPARATION FOR INTERIM FEE APPLICATION HEARING ON APRIL 14, 2008 | SENESE | 0.20 | $45.00 |
| Mar 21 08 | REVIEW NOTICE OF HEARING ON JOINT MOTION (BOFA AND COMMITTEE); E-MAIL TO B. FATELL ADVISING NOTICE HAS BEEN FILED | SENESE | 0.10 | $22.50 |
| Mar 24 08 | PREPARE FOR AND ATTEND TELECONFERENCE WITH JUDGE SONTCHI, DEBTORS, CO-COUNSEL AND BANK OF AMERICA COUNSEL REGARDING SERVICE OF JOINT MOTION OF COMMITTEE AND BANK OF AMERICA | CARICKHOFF | 0.90 | $378.00 |
| Mar 25 08 | REVIEW AGENDA FOR MARCH 27, 2008 HEARING | FATELL | 0.10 | $60.00 |
| Mar 25 08 | REVIEW AGENDA FOR MARCH 27, 2008 HEARING; E-MAIL EXCHANGES WITH B. FATELL AND D. CARICKHOFF NECESSARY TO PREPARE FOR HEARING | SENESE | 0.20 | $45.00 |
| Mar 26 08 | E-MAIL FROM D. CARICKHOFF REGARDING COVERAGE OF MARCH 27, 2008 HEARING; FINAL PREPARATION FOR SAME | SENESE | 0.40 | $90.00 |
| Mar 26 08 | REVIEW AGENDA FOR MARCH 27, 2008 HEARING | CARICKHOFF | 0.20 | $84.00 |
| Mar 27 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 2.20 | $924.00 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $4,603.50 | 9.60 | |

# Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 21 | | | | |
| Mar 03 08 | REVIEW AND DISTRIBUTE AHM'S ANSWER TO THE SECOND AMENDED COMPLAINT | SENESE | 0.10 | $22.50 |
| Mar 10 08 | REVIEW AND DISTRIBUTE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (RASHEED ET AL V AHM CLASS ACTION ADV. PROCEEDING) | SENESE | 0.10 | $22.50 |
| Mar 26 08 | REVIEW CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING; DISTRIBUTE RECENTLY FILED PLEADINGS IN CERTAIN OF THE ACTIONS; UPDATE THE STATUS CHART FOR EACH AND DISTRIBUTE | SENESE | 0.60 | $135.00 |
| Mar 28 08 | REVIEW AND EXECUTE PROTECTIVE ORDER REGARDING DISCOVERY | CARICKHOFF | 0.90 | $378.00 |
| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $558.00 | 1.70 | |