

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| American Home Mortgage | : | Jointly Administered |
| Holdings, Inc. et al., | : | Under Case No. 07-11047 (CSS) |
| | : | |
| | : | |
| Debtors | : | |

### OBJECTION TO MOTION FOR DESTRUCTION OF DOCUMENTS PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554, AND COMPLAINT FOR PROTECTION OF ORIGINAL DOCUMENTS

(1) Dr. David E. Jackson, and Elisabeth Judith Jackson, respectfully file this motion in objection to docket # 2395, and #4387 and hereby request a complete copy of our loan file for loan #0001215616, property address 12787 Lavender Keep Circle, Fairfax, VA 22033. We declare we are the rightful owners and we agree to pay the cost published of $6.25 to retrieve the hard copy or a photocopy of our loan file. We hereby respectfully request that our original file not be imaged or destroyed until such time as we can ascertain if we have all the documents.

(2) On December 14, 2007, the Debtors filed the first petition #2395 requesting an order authorizing the destruction of original loan files and documents or to return them to the owners of such loans upon payment of reasonable costs and expenses.

(3) Subsequently in docket #2539 and #2927, the US Trustee raised the important issue that homeowner's did not receive any notice of such document destruction. We are one of those

---

1. The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc.("AHM Holdings") (6303); American Home Mortgage Investment Corp. ( "AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Investment"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc.( "AHM Servicing"), a Maryland corporation(7257); American Home Mortgage Corp. ("AHM Corp"), a New York corporation (1558); American Home Mortgage Ventures LLC ( "AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ( "Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ( "Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1

homeowners who did not receive any notification but would like a complete copy of our loan file before any destruction of documents takes place. Considering that our loan is held in one of the American Home Mortgage LLC's it is possible that our loan file will not be retrieved by a third party.

(4) It is clear that numerous parties of interest, have requested but have had problems in getting loan files from American Home even after going through the stipulated process to retrieve them, including parties associated with our loan trust, Wells Fargo, and Deutsche Bank.

(5) Insurers have also expressed problems with destruction of files and the need to preserve them to protect the interest. Our loan, according to the SEC filing, (1215617 Full / Alternate Century-National Insurance) may be insured by CIFG Assurance North America and/or CDC IXIS Financial Guaranty North America Inc.

(6) Upon information and belief, our loan #1215617 is located in American Home Mortgage Securities LLC in AHMIT 2006-2 Trust. Wells Fargo is the master servicer, and Deutsche Bank is the Indenture Trustee.

(7) American Home Mortgage, through American Home Mortgage Securities LLC, has control of our loan and the executives of American Home are the managers of this entity and the Trust which controls our loan. Our original documents are in their possession and that control may affect our legal rights.

(8) On June 11, 2008 we sent a RESPA Qualified Written Request, but considering the rapid timeframe American Home is attempting to conduct the destruction of documents, we have no guarantee that the original documents will not be destroyed before we even have a chance to obtain them.

(9) At this time we have not had the opportunity for a response from American Home

2

Mortgage Under our RESPA request and in that document we are asking for, among other things, our loan file, servicing records, and the name of the true owner of the note or master servicer under TILA 1641(f)(2).

(10) Upon information and belief our loan is in AHMIT 2006-2, a Statutory Trust, which is a bankruptcy remote entity, created through a non debtor affiliated entity, American Home Mortgage Securities LLC, and managed by executives of American Home Mortgage. It is believed the Trust was created under the Delaware Statutory Trust Act, 12 Del. C. 3801 et. seq. (the "Act") and the Act specifically provides that a **Delaware statutory trust is a separate legal entity** and may carry on any **lawful business or activity**, whether or not conducted for profit, **including holding or otherwise taking title to property.**

### (11) TRUST INFORMATION

| | |
|---|---|
| Issuing Entity or Trust | American Home Mortgage Investment Trust 2006-2. |
| Title of Series | Mortgage-Backed Notes, Series 2006-2. |
| Cut-off Date | With respect to the mortgage loans June 1, 2006 |
| Closing Date | On or about June 30, 2006. |
| Depositor | American Home Mortgage Securities LLC. |
| Sponsor | American Home Mortgage Acceptance, Inc., an affiliate of the depositor and the RMBS Servicer, and one or more special purpose entities established by American Home Mortgage Acceptance, Inc. or one of its subsidiaries. |
| RMBS Master Servicer | Wells Fargo Bank, N.A. |
| RMBS Servicer | American Home Mortgage Servicing, Inc. |
| Indenture Trustee | Deutsche Bank Trust Company Americas. |

3

| Owner Trustee | Wilmington Trust Company. |
| --- | --- |
| Credit Enhancer | For the benefit of the Class V-A Notes only, CIFG Assurance North America, Inc. |
| Securities Administrator | Wells Fargo Bank, N.A. |

CIFG Assurance North America

CDC IXIS financial guaranty North America Inc

### (12) Our Loan Information taken directly from this TRUST - AHMIT 2006-2

Static Pool INFO AMERICAN HOME

1215617 1 A Fairfax VA 22033 724,000.00

1215617 729,404.77 729,404.77 6/1/2006 6/1/2006 1

1215617 1 A Fairfax VA 22033 724,000.00

| EX-4.1 - 1st Page of 525± | | No Page-Breaks |
| --- | --- | --- |
| Line 13,697: 1215544 1 A Quincy MA 2169 237,600.00 **1215617 1 A Fairfax VA 22033 724,000.00** 1215776 1 A Warwick RI 2889 285,475.00 ... |||
| Line 20,289: 1215544 238,882.04 238,882.04 6/1/2006 6/1/2006 1.9 **1215617 729,404.77 729,404.77 6/1/2006 6/1/2006 1** 1215776 286,809.74 286,809.74 6/1/2006 6/1/2006 1 ... |||
| Line 26,882: 1215544 6.993 6.158 707.07 707.07 N Owner Occupied **1215617 7.693 6.983 1,830.68 1,830.68 N Owner Occupied** 1215776 6.893 6.518 918.2 918.2 N Owner Occupied ... |||
| Line 33,475: 1215544 Condomimium Purchase 4/1/2046 480 478 **1215617 Pud Cash Out Refi 4/1/2046 480 478** 1215776 Single Family Purchase 4/1/2036 360 358 ... |||
| Line 40,068: 1215544 478 3/28/2006 297,000.00 297,000.00 80 **1215617 478 3/29/2006 905,000.00 0 80** 1215776 358 3/31/2006 310,000.00 300,500.00 95 ... |||
| Line 46,661: 1215544 5/1/2006 12 Month MTA TM 2.85 C **1215617 5/1/2006 12 Month MTA TM 3.55 0** 1215776 5/1/2006 12 Month MTA TM 2.75 0 ... |||
| Line 53,254: 1215544 0 9.95 2.85 5/1/2006 **1215617 0 9.95 3.55 5/1/2**006 1215776 0 9.95 2.75 5/1/2006 ... |||
| 9,846: 1215544 Full / Alternate Century-National Insurance Y **1215617 Full / Alternate Century-National Insurance Y** 1215776 Full / Alternate Century-National Insurance Y ... |||
| Line 66,439: 1215544 0.375 Y 12 **1215617 0.25 Y 36** 1215776 0.375 Y 12 ... |||
| Line 73,032: 1215544 2% 787 25.04 **1215617 2% 731 35.17** 1215776 2% 681 43.72 ... |||

4

This Note is one of a duly authorized issue of the Issuing Entity's Mortgage-Backed Notes, Series 2006-2 (the *"Notes"*), issued under an Indenture dated as of June 30, 2006 (the *"Indenture"*), between the Issuing Entity, Deutsche Bank Trust Company Americas, as indenture trustee (the *"Indenture Trustee"*) Wells Fargo Bank, N.A., as securities administrator (the *"Securities Administrator"*)

[CIFG Assurance North America, Inc. (the *"Credit Enhancer"*), in consideration of the payment of the premium and subject to the terms of the note guaranty insurance policy (the *"Insurance Policy"*) issued thereby, has unconditionally and irrevocably guaranteed the payment of an amount equal to the Insured Payment with respect to the Class V-A Notes with respect to each Payment Date.]

(13) We have obtained a loan file from the settlement agent, and have our loan files and have already found some discrepancies. The loan file from American Home is crucial to preserving our rights.

### RELIEF REQUESTED

(14) Dr. David E. and Elisabeth Judith Jackson respectfully request that the court order we can obtain a complete copy of our loan file and further order that until we have the chance to review it and ensure it is complete, that our files not be destroyed.

(15) We declare, under penalty of perjury, that we have a legal right to receive this loan file and we request the hard copy of our file to be mailed to us at this address: 12787 Lavender Keep Circle, Fairfax, VA 22033 and we agree to pay the published shipping cost of $6.25 to retrieve our loan file as stated in the second order Docket #3010, page 3.

Respectfully submitted,

_____ Date: 6/17/08
Dr. David E. Jackson

_____ Date: 6/17/08
Elisabeth Judith Jackson

5



# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2008, this motion was mailed first class postage paid

to:

Young, Conaway, Stargatt & Taylor
Attn: Margaret Whiteman, Esq.
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington DE 19801

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

United States Bankruptcy Court
824 North Market Street 3rd Floor
Wilmington DE. 19801

American Home Mortgage
Attn: Chris Cavaco
538 Broadhollow Rd.
Melville NY 11747

_____ Date: 6/17/08
Dr. David E. Jackson

_____ Date: 6/17/08
Elisabeth Judith Jackson

12787 Lavender Keep Circle
Fairfax, VA 22033

703-378-6750

6