## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By: July 8, 2008 @ 4 p.m.** |
|  | : | **Hearing Date:  Only in the Event of an Objection** |

-------------------------------------------------------------

### NINTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2008 THROUGH APRIL 30, 2008

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | April 1, 2008 through April 30, 2008 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $30,793.20  (80% of $38,491.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $1,102.57 |

This is a:  ✓ Monthly  _____ Quarterly  _____ Final Application

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Prior fee applications.

| Date Filed [Dkt. No.] | Period Covered | Requested | | Approved | | Amount of Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/03/07 Combined First and Second Monthly [Dkt. 2254] | 08/14/07 – 09/30/07 | $194,724.50 | $10,296.24 | $194,724.50[1] | $10296.24 | $38,944.90 |
| 12/05/07 Third Monthly [Dkt. 2304] | 10/01/07 – 10/31/07 | $137,968.00 | $9,712.25 | $137,968.00[1] | $6,065.94 | $53,547.30 |
| 02/15/08 Combined Fourth and Fifth Monthly [Dkt. 2983] | 11/01/07 – 12/31/07 | $109,524.00 | $5,079.82 | $109,524.00[2] | $5,079.82 | $21,904.80 |
| 03/20/08 Sixth Monthly [Dkt. 3372] | 01/01/08 – 01/31/08 | $43,313.00 | $584.53 | $43,313.00[2] | $584.53 | $8,662.60 |
| 04/25/08 Seventh Monthly [Dkt. 3866] | 02/01/08 – 02/29/08 | $19,331.50 | $2,840.04 | $15,465.20 | $2,840.04 | $3,866.30 |
| 06/18/08 Eighth Monthly [Dkt. 4719] | 03/01/08 – 03/31/08 | $38,443.00 | $948.85 | $30,754.40 | $948.85 | $7,688.60 |

---

[1]     On January 15, 2008, the Court entered an Omnibus Order Approving First Interim Fee Applications of Professionals (the "First Interim Fee Order"). The First Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of August 14, 2007 through October 31, 2007 on an interim basis.

[2]     On April 14, 2008, the Court entered an Omnibus Order Approving Second Interim Fee Applications of Professionals (the "Second Interim Fee Order"). The Second Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of November 1, 2007 through January 31, 2008 on an interim basis.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

In re:

American Home Mortgage Holdings, Inc., *et al.*[3]

Debtors.

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By:  July 8, 2008 @ 4 p.m.**
: **Hearing Date:  Only in the Event of an Objection**

---------------------------------------------------------------

### NINTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF <u>APRIL 1, 2008 THROUGH APRIL 30, 2008</u>

This ninth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) for the period of April 1, 2008 through April 30, 2008 (the *"Application Period"*).  In support of this Fee Application, Blank Rome respectfully states as follows:

### <u>Jurisdiction</u>

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[3]      The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21695042v.1

**Background**

2.      On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court

voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code

(the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an

order of this Court.  The Debtors are continuing their businesses and managing their affairs as

debtors and debtors in possession.

3.      On August 14, 2007, the Office of the United States Trustee for the District of

Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the

Official Committee of Unsecured Creditors (the *"Committee"*): Wilmington Trust Company,

Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit &

Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc.[4], and United

Parcel Service (Docket No. 156).

4.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the

Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was

selected by the Committee to serve as financial advisor to the Committee.

5.      On September 4, 2007, the Court entered the Administrative Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the

*"Administrative Order"*) (Docket No. 547).

6.      On September 14, 2007, the Committee filed with the Court the Application of

the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et

al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-

7.      Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014

---

[4] Waldner Business Environments, Inc. has since resigned.

128189.01600/21695042v.1

*Nunc Pro Tunc* as of August 14, 2007 (the *"Blank Rome Retention Application"*) (Docket No.

759).  On November 28, 2007, the Court entered an order approving the Blank Rome Retention

Application (Docket No. 2202).

8.      Blank Rome is a nationally recognized law firm with extensive experience and

expertise in bankruptcy and reorganization proceedings, particularly with respect to the

representation of debtors and creditors' committees.

9.      Presently, the attorneys at Blank Rome having the day-to-day responsibility for

representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and David

Carickhoff.  Blank Rome has drawn and will draw upon the knowledge and skills of other firm

attorneys to provide services as the need arises.

## Relief Requested

10.      Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the

Administrative Order, and Del. Bankr. LR 2016-2.  By this Fee Application, Blank Rome seeks

(i) interim allowance of compensation for actual and necessary professional services rendered in

the amount of $38,491.50 for the Application Period, (ii) payment of 80% of this amount

($30,793.20), and (iii) allowance and payment of 100% of its actual and necessary expenses in

the amount of $1,102.57, in accordance with the terms of the Administrative Order.

11.      Blank Rome has made all reasonable efforts to avoid duplication of work with its

co-counsel, Hahn & Hessen.

## Summary of Fees

12.      The total number of hours expended by Blank Rome professionals and

paraprofessionals in performing professional services for the Committee during the Application

4

Period was 99.3 hours at a blended billing rate of $387.63 per hour.  The value of these services

has been computed at the rates that Blank Rome customarily charges for similar services

provided other clients.

13.    A detailed chronological itemization of the services rendered by each attorney and

paraprofessional during the Application Period, calculated by tenths of an hour and categorized

in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**.  Every effort

has been made by Blank Rome to categorize daily time entries in accordance with the correct

project code.  However, in some instances, services overlap between project codes.  Thus, some

services may appear under more than one code, although in no instance is a specific time entry

recorded more than once.

14.    Specifically, the services rendered by Blank Rome to the Committee during the

Application Period included the following:


(Project Code 1)        <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome finalized, filed and served its sixth and seventh monthly fee applications for

the periods of February 2008 and March 2008, respectively.  Such work required coordination

between and among the Accounting Department, paralegals, and attorneys, for retrieval and

review of billing statements, and drafting and revising the fee applications.

**Total Hours: 4.2        Total Fees: $1,095.00**

(Project Code 2)        <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome reviewed and analyzed fee applications filed by Debtors' counsel and by

numerous of Debtors' professionals.  Blank Rome also reviewed and evaluated (i) numerous

ordinary course professional fee requests and (ii) Debtors' objection to Northwest Trustee

Services' quarterly application.

5

In addition, Blank Rome, as co-counsel, (i) reviewed, revised, filed and oversaw service of BDO's fifth monthly fee applications, (ii) reviewed correspondence between Debtors and Bingham McCutchen regarding dispute concerning surety counsel's fees, and (iii) followed-up with respect to monitoring the status of Hahn & Hessen's fourth, fifth, sixth and seventh monthly fee applications and preparing and efiling the related certificates of no objection.

Further, Blank Rome, in coordination with Hahn & Hessen, reviewed retention papers of Hennigan Bennett as proposed committee conflicts counsel.

**Total Hours: 7.8        Total Fees: $2,539.00**

(Project Code 3)        <u>Executory Contracts and Unexpired Leases</u>:

Blank Rome studied Debtors' motion to establish procedure to determine purchaser's cure costs in connection with assume contracts.

**Total Hours: 0.4        Total Fees: $168.00**

(Project Code 4)        <u>Claims Analysis and Objections</u>:

Blank Rome reviewed Debtors' second, third, fourth, fifth and sixth omnibus objections to claims and various responses thereto.  Blank Rome also reviewed Bank of New York's claim as indenture trustee in connection with transfer costs associated with assumption and assignment of contract to purchaser.

**Total Hours: 5.1        Total Fees: $1,849.50**

(Project Code 5)        <u>Committee Business and Meetings</u>:

As co-counsel to the Committee, Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings via teleconference, procedural matters of import to the case, and in the general provision of information regarding case status.  Blank Rome also participated in meetings and teleconferences

6

with Hahn & Hessen and BDO on a host of issues, in order to coordinate and share analyses on matters affecting the estate.  In preparation for such meetings, Blank Rome reviewed meeting agendas, reports prepared by BDO, and pertinent pleadings.

**Total Hours: 8.5        Total Fees: $4,064.00**

(Project Code 6)        <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, reviewing and filing pleadings, monitoring the docket, and reviewing  pertinent pleadings and transcripts of court hearings, and reviewing motions, objections, responses and orders.   This category also includes time that otherwise would not comport with an identified project code.   Blank Rome also maintained and updated a case calendar of critical events which highlighted the deadlines and hearing dates of pertinent matters for all Committee professionals.  Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and reviewing and e-filing pleadings on behalf of the Committee and its professionals.  Further, Blank Rome monitored various pleadings and notices, and communicated with Hahn & Hessen to discuss pertinent issues.

**Total Hours: 8.4        Total Fees: $2,490.00**

(Project Code 7)        <u>Debtor's Business Operations</u>:

Blank Rome reviewed each of the Debtors' December, January and February monthly operating reports.

**Total Hours: 0.5        Total Fees: $112.50**

(Project Code 10)        <u>Financing Issues</u>:

Blank Rome reviewed and executed the sixth stipulation regarding final cash collateral order.  Blank Rome also reviewed and revised the joint motion and proposed order for leave to

file reply in support of approval motion after deadline.  Further, Blank Rome reviewed and

analyzed (i) objections filed with respect to the joint motion of the Committee and Bank of

America to approve settlement stipulation and (ii) Bank of America's reply in support of the

joint motion and revised and provided comments on joint certification of counsel and proposed

order with respect to the notice of approval motion and participated in email and telephonic

communications related to the matter.

**Total Hours: 10.1        Total Fees: $3,871.50**

(Project Code 11)      <u>Regulatory Issues</u>:

Blank Rome provided regulatory advice to the committee and the debtor and participated

in teleconferences with co-counsel and other third parties with respect to servicer licensing.

Blank Rome also conducted research with regard to penalties in Michigan and Illinois for

operating without a mortgage servicer license.

**Total Hours: 3.4        Total Fees: $1,568.00**

(Project Code 12)      <u>Sale of Assets/Asset Purchase Agreement</u>:

The time billed to this matter relates partially to the possible sale of the Thrift.  The time

billed to this matter also relates to Blank Rome's review of (i) the motion to compel Debtor to

effectuate the final closing under the asset purchase agreement for the sale of the Debtors'

mortgage servicing business on shortened notice and (ii) the motion to establish a bar date with

respect to proposed purchasers' cure amounts.

**Total Hours: 1.2        Total Fees: $501.00**

(Project Code 13)      <u>Stay Relief Issues</u>:

The time billed to this matter relates to contested stay relief issues, specifically in

connection with Bank of America, Citimortgage, Wells Fargo and Beall motions, including

8

drafting documents, reviewing pleadings, strategy discussions with co-counsel, attendance at hearings and multiple communications.

**Total Hours: 24.9        Total Fees: $9,874.50**

(Project Code 17)      Hearings - Attendance / Preparation:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same.  Typically, time billed to this matter involves hearings on multiple matters that cannot be segregated efficiently.  Blank Rome spent a considerable amount of time preparing for and attending omnibus hearings, including reviewing the agenda and related pleadings, discussions with co-counsel and e-mail communications. Specifically, Blank Rome prepared for and attended the hearings that took place on April 14, 2008 and April 16, 2008 and prepare for May 1, 2008, by reviewing the agenda, amended agendas, and the pleadings related to the various matters going forward.

**Total Hours: 23.2        Total Fees: $9,656.50**

(Project Code 21)      Adversary Litigation

The time billed to this matter relates to adversary litigation filed against and by the Debtors, and Blank Rome's review and monitoring of such proceedings, pleadings, settlement stipulations, and other issues pertinent to the Committees' interests.

**Total Hours: 1.6        Total Fees: $702.00**

**Actual and Necessary Costs and Expenses Incurred**

15.      Reimbursement of expenses in the amount of $1,102.57 is sought herein.  A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is

9

attached as **Exhibit "B"**.   Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

### Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

16.      In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application.   The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

17.      Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

18.      No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

### Notice

19.      As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender.   Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

128189.01600/21695042v.1

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $30,793.20 (80% of $38,491.50), together with the reimbursement of disbursements in the amount of $1,102.57; and such other and further relief that the Court deems just and proper.

Dated:  June 18, 2008

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

11