AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
APRIL 1 - 30, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 9.10 | $5,460.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 3.70 | $2,146.00 |
| Baumgarten, I. | Associate Since 2006, Member of NJ Bar Since 2003, Member of NY Bar Since 2002, Area of Expertise - Financial Services/Real Estate | $450.00 | 2.20 | $990.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $425.00 | 5.00 | $2,125.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 49.50 | $20,790.00 |
| Mayk, J. | Of Counsel Since 2006, Member of NJ Bar Since 1993, Member of PA Bar Since 1993, Area of Expertise - Financial Services/Real Estate | $380.00 | 1.30 | $494.00 |
| McMullin, A. | Associate Since 2005, Member of PA Bar Since 2006, Area of Expertise - Financial Services/Real Estate | $290.00 | 0.60 | $174.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $275.00 | 0.80 | $220.00 |
| Senese, K. | Paralegal | $225.00 | 26.10 | $5,872.50 |
| Kowalczyk, M. | Paralegal | $220.00 | 1.00 | $220.00 |
| Moody, T. | Paralegal | $200.00 | | $0.00 |
| Grand Total: | | | 99.30 | $38,491.50 |
| Blended Rate: | | | | 387.63 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
APRIL 1 - 30, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 4.20 | $1,095.00 |
| 2 | Other Professionals' Fee/Employment Issues | 7.80 | $2,539.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.40 | $168.00 |
| 4 | Claims Analysis and Objections | 5.10 | $1,849.50 |
| 5 | Committee Business and Meetings | 8.50 | $4,064.00 |
| 6 | Case Administration | 8.40 | $2,490.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.50 | $112.50 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 10.10 | $3,871.50 |
| 11 | Regulatory Matters | 3.40 | $1,568.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.20 | $501.00 |
| 13 | Stay Relief Issues | 24.90 | $9,874.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 23.20 | $9,656.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 1.60 | $702.00 |
| | **TOTALS** | **99.30** | **$38,491.50** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
APRIL 1 - 30, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House | $0.14 |
| Telephone Conference Calls | | $7.65 |
| Facsimile | In-House @ $.35/page | $49.20 |
| Reproduction of Documents | In-House @ $.10/copy | $84.80 |
| Courier and Express Services | Federal Express | $531.67 |
| Hand Delivery Service | Parcels | $35.00 |
| Westlaw | | $64.27 |
| Record/Docket Searches | | $329.84 |
| **TOTAL** | | **$1,102.57** |