## AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### APRIL 1 - 30, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 4.20 | $1,095.00 |
| 2 | Other Professionals' Fee/Employment Issues | 7.80 | $2,539.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.40 | $168.00 |
| 4 | Claims Analysis and Objections | 5.10 | $1,849.50 |
| 5 | Committee Business and Meetings | 8.50 | $4,064.00 |
| 6 | Case Administration | 8.40 | $2,490.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.50 | $112.50 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 10.10 | $3,871.50 |
| 11 | Regulatory Matters | 3.40 | $1,568.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.20 | $501.00 |
| 13 | Stay Relief Issues | 24.90 | $9,874.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 23.20 | $9,656.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 1.60 | $702.00 |
| | **TOTALS** | **99.30** | **$38,491.50** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 01 | | | | |
| Apr 01 08 | E-MAIL TO H. ROSCOE AND SUBSEQUENT E-MAIL TO J. BOWERS REGARDING BLANK ROME'S FEBRUARY 08 PROFORMA | SENESE | 0.10 | $22.50 |
| Apr 02 08 | REVIEW, EDIT AND CODE BLANK ROME'S FEBRUARY MONTHLY PROFORMA | SENESE | 0.50 | $112.50 |
| Apr 02 08 | DRAFT BLANK ROME'S FEBRUARY MONTHLY FEE APPLICATION; DISTRIBUTE TO B. FATELL FOR FURTHER REVIEW AND COMMENT | SENESE | 0.40 | $90.00 |
| Apr 11 08 | PREPARE CERTIFICATE OF NO OBJECTION TO BLANK ROME'S SIXTH MONTHLY FEE APPLICATION | KOWALCZYK | 0.30 | $66.00 |
| Apr 11 08 | REVIEW AND FINALIZE INITIAL DRAFT OF CNO REGARDING BLANK ROME'S SIXTH MONTHLY FEE APPLICATION; FORWARD TO D. CARICKHOFF FOR E-FLING APPROVAL | SENESE | 0.10 | $22.50 |
| Apr 11 08 | REVISE PER COMMENTS BY D. CARICKHOFF; FINALIZE, FORMAT AND E-FILE CNO REGARDING BLANK ROME'S SIXTH MONTHLY FEE APPLICATION | SENESE | 0.20 | $45.00 |
| Apr 14 08 | REVIEW AND DISTRIBUTE ORDER APPROVING BLANK ROME AND OTHER PROFESSIONALS' INTERIM FEE APPLICATIONS | SENESE | 0.10 | $22.50 |
| Apr 14 08 | E-MAIL EXCHANGE WITH B. FATELL AND OTHER FOLLOW-UP WITH REGARD TO BALANCE CURRENTLY OWED TO BLANK ROME | SENESE | 0.10 | $22.50 |
| Apr 15 08 | REVIEW AND VERIFY STATUS OF BLANK ROME RECEIVABLES | SENESE | 0.10 | $22.50 |
| Apr 25 08 | CONTINUE PREPARATION OF BLANK ROME'S FEBRUARY (SEVENTH) MONTHLY FEE APPLICATION | SENESE | 0.30 | $67.50 |
| Apr 25 08 | FINALIZE, FORMAT AND E-FILE BLANK ROME'S SEVENTH MONTHLY (MARCH 2008) FEE APPLICATION AND ALL RELATED DOCUMENTATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE OF APPLICATION, ONLY, UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 1.30 | $292.50 |
| Apr 30 08 | REVIEW UST COMMENTS TO FEE APPLICATION AND DISCUSS WITH K. SENESE AND D. CARICKHOFF | FATELL | 0.30 | $180.00 |
| Apr 30 08 | REVIEW E-MAIL FROM UST REQUESTING BACKUP DETAIL WITH RESPECT TO CERTAIN WORD PROCESSING CHARGES; REQUEST SAME FROM BILLING COORDINATOR AND REVIEW | SENESE | 0.20 | $45.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Apr 30 08 | REVIEW AND RESPOND TO UST E-MAIL REGARDING BLANK ROME'S FEES | CARICKHOFF | 0.20 | $84.00 |

| | | | | |
|------|-----------|------------|-------|----------------|
| PROJECT CODE TOTALS  01 | | TOTAL VALUE:  $1,095.00 | 4.20 | |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 02 | | | | |
| Apr 04 08 | REVIEW BDO'S DRAFT FIFTH MONTHLY FEE APPLICATION; E-MAIL EXCHANGES WITH N. VANDERHOOP ADVISING OF DISCREPANCY IN FEE CALCULATIONS; REVIEW REVISED/CORRECTED MONTHLY APPLICATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH REGARD TO SAME; DISTRIBUTE FOR REVIEW AND E-FILING APPROVAL BY D. CARICKHOFF; PREPARE FOR SERVICE | SENESE | 1.00 | $225.00 |
| Apr 04 08 | REVIEW BDO'S FEBRUARY FEE APPLICATION | CARICKHOFF | 0.40 | $168.00 |
| Apr 07 08 | REVIEW AND DISTRIBUTE YOUNG CONAWAY'S FEBRUARY MONTHLY FEE APPLICATION; UPDATE CALENDAR TO REFLECT DEADLINE FOR RESPONDING/OBJECTING TO SAME | SENESE | 0.10 | $22.50 |
| Apr 07 08 | REVIEW OF ORDINARY COURSE PROFESSIONAL FEE REQUESTS; RESPOND TO R. BARTLEY WITH APPROVALS AND FOLLOW UP, AS APPLICABLE | BAUMGARTEN | 1.20 | $540.00 |
| Apr 08 08 | REVIEW APPLICATION OF COMMITTEE TO EMPLOY HENNIGAN BENNETT AS COMMITTEE CONFLICTS COUNSEL | CARICKHOFF | 0.40 | $168.00 |
| Apr 08 08 | REVIEW DEBTORS' OBJECTION TO NORTHWEST TRUSTEE SERVICES, INC. QUARTERLY FEE APPLICATION | CARICKHOFF | 0.20 | $84.00 |
| Apr 10 08 | ADDITIONAL PREPARATION FOR INTERIM FEE APPLICATION HEARING ON APRIL 14, 2008 WITH RESPECT TO HAHN'S AND BDO'S FEE APPLICATIONS | SENESE | 0.20 | $45.00 |
| Apr 11 08 | REVIEW DOCKETS AND FEE APPLICATIONS; PREPARE CERTIFICATE OF NO OBJECTION TO HAHN & HESSEN FOURTH, FIFTH AND SIXTH FEE APPLICATION | KOWALCZYK | 0.70 | $154.00 |
| Apr 11 08 | REVIEW AND FINALIZE DRAFT CNOS (3) REGARDING HAHN'S FOURTH, FIFTH AND SIXTH MONTHLY FEE APPLICATIONS; FORWARD TO D. CARICKHOFF FOR E-FILING APPROVAL | SENESE | 0.40 | $90.00 |
| Apr 11 08 | REVISE EACH CNO PER COMMENTS BY D. CARICKHOFF; FINALIZE, FORMAT AND E-FILE CNOS REGARDING HAHN'S FOURTH, FIFTH, SIXTH AND SEVENTH MONTHLY FEE APPLICATION | SENESE | 0.30 | $67.50 |
| Apr 21 08 | REVIEW AND DISTRIBUTE MONTHLY FEE APPLICATIONS OF CERTAIN OF DEBTORS' PROFESSIONALS; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES | SENESE | 0.30 | $67.50 |
| Apr 24 08 | REVIEW AND DISTRIBUTE FEE APPLICATION AND RELATED DOCUMENTATION OF CERTAIN OF DEBTORS' PROFESSIONALS; REVISE CALENDAR TO REFLECT OBJECTION DEADLINES | SENESE | 0.40 | $90.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Apr 24 08 | REVIEW CORRESPONDENCE WITH DEBTORS AND BINGHAM MCCUTHEN REGARDING DISPUTE CONCERNING SURETY COUNSEL'S FEES | CARICKHOFF | 0.50 | $210.00 |
| Apr 25 08 | REVIEW AND DISTRIBUTE YOUNG CONAWAY'S MARCH 2008 FEE APPLICATION (WITH EXTENSIVE EXHIBIT DOCUMENTATION) AND MONTHLY FEE APPLICATION OF CERTAIN OF DEBTORS' OTHER PROFESSIONALS; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATES/TIMES | SENESE | 0.50 | $112.50 |
| Apr 28 08 | REVIEW AND DISTRIBUTE MONTHLY FEE APPLICATION OF CERTAIN OF DEBTORS' PROFESSIONALS (EXTENSIVE EXHIBIT DOCUMENTATION); REVISE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES | SENESE | 0.20 | $45.00 |
| Apr 28 08 | REVIEW OF ORDINARY COURSE PROFESSIONAL FEES FOR APPROVAL | BAUMGARTEN | 1.00 | $450.00 |

PROJECT CODE TOTALS   02                    TOTAL VALUE:    $2,539.00    7.80

# Project Code 3

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 03 | | | | |
| Apr 28 08 | REVIEW DEBTORS' MOTION TO ESTABLISH PROCEDURE TO DETERMINE PURCHASER'S CURE COSTS IN CONNECTION WITH ASSUMED CONTRACTS | CARICKHOFF | 0.40 | $168.00 |

| | | | | | |
|---|---|---|---|---|---|
| PROJECT CODE TOTALS | 03 | TOTAL VALUE: | $168.00 | 0.40 | |

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 04 | | | | |
| Apr 11 08 | REVIEW AND DISTRIBUTE DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS, TOGETHER WITH EXTENSIVE EXHIBIT DOCUMENTATION; UPDATE CALENDAR TO REFLECT THE OBJECTION DEADLINE AND HEARING DATE WITH REGARD TO SAME | SENESE | 0.10 | $22.50 |
| Apr 14 08 | TELEPHONE CALL FROM J. THOMAS (CREDITOR) IN RESPONSE TO HIS RECEIPT OF DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS; REVIEW DEBTORS' OMNIBUS OBJECTIONS FILED TO DATE; E-MAIL TO B. FATELL AND D. CARICKHOFF REGARDING RESPONSE TO SAME | SENESE | 0.50 | $112.50 |
| Apr 15 08 | FOLLOW-UP WITH REGARD TO RESPONSE TO J. THOMAS' CALL (CREDITOR); E-MAIL TO B. FATELL AND D. CARICKHOFF | SENESE | 0.10 | $22.50 |
| Apr 15 08 | TELEPHONE CALL FROM J. THOMAS; ONLINE REVIEW OF CLAIMS 6889 AND 6890 (AMY B. FRASHER THOMAS) | SENESE | 0.40 | $90.00 |
| Apr 15 08 | TELECONFERENCE WITH CLAIMANT J. DODD REGARDING DEBTORS' 4TH OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.20 | $84.00 |
| Apr 15 08 | REVIEW DEBTORS' SECOND, THIRD AND FOURTH OMNIBUS OBJECTIONS TO CLAIMS | CARICKHOFF | 1.20 | $504.00 |
| Apr 15 08 | REVIEW 9019 MOTION TO APPROVE SETTLEMENT WITH ACE | CARICKHOFF | 0.40 | $168.00 |
| Apr 15 08 | REVIEW 9019 MOTION TO APPROVE STIPULATION BETWEEN DEBTORS AND CALYON | CARICKHOFF | 0.50 | $210.00 |
| Apr 21 08 | TELECONFERENCE WITH CLAIMANTS REGARDING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.40 | $168.00 |
| Apr 25 08 | REVIEW AND DISTRIBUTE NUMEROUS RESPONSES/OBJECTIONS TO DEBTORS' OMNIBUS OBJECTION(S) TO CLAIMS | SENESE | 0.30 | $67.50 |
| Apr 28 08 | REVIEW AND DISTRIBUTE DEBTORS' FIFTH AND SIXTH OMNIBUS OBJECTIONS TO CLAIMS; REVISE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Apr 28 08 | REVIEW RESPONSES TO CLAIM OBJECTIONS | CARICKHOFF | 0.60 | $252.00 |
| Apr 28 08 | REVIEW BANK OF NEW YORK CLAIM AS INDENTURE TRUSTEE IN CONNECTION WITH TRANSFER COSTS ASSOCIATED WITH ASSUMPTION AND ASSIGNMENT OF CONTRACT TO PURCHASER | CARICKHOFF | 0.30 | $126.00 |
| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $1,849.50 | 5.10 | |

Project Code 5

`

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 05 | | | | |
| Apr 03 08 | COMMITTEE MEETING; REVIEW BDO REPORT IN PREPARATION FOR SAME | CARICKHOFF | 1.30 | $546.00 |
| Apr 08 08 | REVIEW E-MAIL AND ATTACHMENT; E-MAIL B. FATELL REGARDING SAME | STORERO | 0.60 | $348.00 |
| Apr 10 08 | COMMITTEE CONFERENCE CALL | STEWART | 0.80 | $220.00 |
| Apr 17 08 | E-MAILS WITH CO-COUNSEL REGARDING MEETING WITH COMMITTEE | FATELL | 0.10 | $60.00 |
| Apr 23 08 | REVIEW MATERIALS; PARTICIPATE ON CONFERENCE CALL WITH CREDITORS COMMITTEE, ETC. | STORERO | 2.70 | $1,566.00 |
| Apr 23 08 | REVIEW BDO REPORT AND BUSINESS PLAN FOR AHM THRIFT (1.0); COMMITTEE MEETING INCLUDING A PRESENTATION FROM DEBTORS REGARDING THRIFT (1.6) | CARICKHOFF | 2.60 | $1,092.00 |
| Apr 24 08 | REVIEW E-MAIL; E-MAIL TO B. FATELL | STORERO | 0.40 | $232.00 |
| PROJECT CODE TOTALS 05 | TOTAL VALUE: | $4,064.00 | 8.50 | |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| Apr 01 08 | REVIEW CALENDAR, DOCKET AND RECENT PLEADINGS TO MONITOR CASE | FATELL | 0.60 | $360.00 |
| Apr 04 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Apr 04 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Apr 07 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Apr 07 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Apr 07 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE | SENESE | 0.10 | $22.50 |
| Apr 08 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Apr 08 08 | FURTHER UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Apr 10 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Apr 10 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.60 | $135.00 |
| Apr 10 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF WITHDRAWAL OF NOTICE OF APPEARANCE FILED BY ATTORNEYS FOR TEXAS COMPTROLLER | SENESE | 0.10 | $22.50 |
| Apr 11 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD ON OCTOBER 17, 2007 | SENESE | 0.10 | $22.50 |
| Apr 11 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Apr 11 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Apr 14 08 | REVIEW NUMEROUS PLEADINGS TO MONITOR CASE | FATELL | 0.30 | $180.00 |
| Apr 15 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Apr 15 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Apr 16 08 | REVIEW PLEADINGS AND DOCKET TO MONITOR CASE | FATELL | 0.30 | $180.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Apr 21 08 | REVIEW CALENDAR AND RECENT PLEADINGS | FATELL | 0.40 | $240.00 |
| Apr 21 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Apr 21 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Apr 21 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF APRIL 14, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Apr 21 08 | REVIEW AND DISTRIBUTE TRANSCRIPTS FOR HEARINGS HELD ON APRIL 16 AND 17, 2008 | SENESE | 0.10 | $22.50 |
| Apr 24 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Apr 24 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| Apr 25 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON (FAIRLY EXTENSIVE) | SENESE | 0.40 | $90.00 |
| Apr 25 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Apr 26 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.80 | $180.00 |
| Apr 28 08 | RESPOND TO E-MAIL FROM E. SCHNITZER REGARDING NEXT OMNIBUS HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Apr 28 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.10 | $22.50 |
| Apr 28 08 | UPDATE CALENDAR, DISTRIBUTE | SENESE | 0.10 | $22.50 |

PROJECT CODE TOTALS  06                TOTAL VALUE:    $2,490.00    8.40

Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 07 | | | | |
| Apr 01 08 | REVIEW AND DISTRIBUTE DEBTORS' DECEMBER MONTHLY OPERATING REPORTS; REVIEW AND DISTRIBUTE DEBTORS' JANUARY MONTHLY OPERATING REPORTS | SENESE | 0.30 | $67.50 |
| Apr 21 08 | REVIEW AND DISTRIBUTE FEBRUARY 2008 MONTHLY OPERATING REPORT FOR EACH DEBTOR | SENESE | 0.20 | $45.00 |
| PROJECT CODE TOTALS  07 | TOTAL VALUE: | $112.50 | 0.50 | |

Project Code 10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 10 | | | | |
| Apr 01 08 | REVIEW AND DISTRIBUTE ORDER APPROVING SIXTH STIPULATION REGARDING FINAL CASH COLLATERAL ORDER | SENESE | 0.10 | $22.50 |
| Apr 01 08 | E-MAIL CO-COUNSEL REGARDING EXTENSION OF COMMITTEE CHALLENGE DEADLINE | CARICKHOFF | 0.10 | $42.00 |
| Apr 02 08 | REVIEW AND PROVIDE COMMENTS ON JOINT CERTIFICATION OF COUNSEL REGARDING NOTICE OF APPROVAL MOTION; REVIEW MOTION FOR LEAVE TO FILE REPLY BEYOND TIME PERMITTED UNDER LOCAL RULES; E-MAILS REGARDING SAME | CARICKHOFF | 0.80 | $336.00 |
| Apr 04 08 | REVIEW AND DISTRIBUTE JOINT MOTION FOR LEAVE TO FILE REPLY BEYOND DEADLINE IN SUPPORT OF THE JOINT MOTION SEEKING ENTRY OF FINAL STIPULATION RESOLVING REMAINING ISSUES | SENESE | 0.10 | $22.50 |
| Apr 04 08 | REVIEW AND REVISE JOINT MOTION AND PROPOSED ORDER FOR LEAVE TO FILE REPLY IN SUPPORT OF APPROVAL MOTION AFTER DEADLINE UNDER LOCAL RULES (.9); REVIEW AND RESPOND TO E-MAILS REGARDING SAME (.2); TELECONFERENCES WITH G. MACCONNAIL REGARDING SAME (.2) | CARICKHOFF | 1.30 | $546.00 |
| Apr 07 08 | ATTEMPT TO DOWNLOAD OBJECTION OF AHM MORTGAGE ACQUISITION AND WLR RECOVERY TO JOINT MOTION OF BOFA AND THE COMMITTEE SEEKING FINAL STIPULATION; E-MAIL TO HAHN AND BLANK ROME ATTORNEYS ADVISING OF CORRUPT IMAGE; REVIEW AND DISTRIBUTE NEW IMAGE OF OBJECTION, TOG ETHER WITH ANOTHER OBJECTION FILED BY DEBTORS | SENESE | 0.20 | $45.00 |
| Apr 07 08 | REVIEW AND ANALYZE OBJECTIONS TO JOINT MOTION OF BANK OF AMERICA AND COMMITTEE TO APPROVE SETTLEMENT STIPULATION (WILBUR ROSS OBJECTION) (.3); DEBTORS' OBJECTION (1.6) | CARICKHOFF | 1.90 | $798.00 |
| Apr 09 08 | REVIEW AND FINALIZE STATEMENT IN SUPPORT OF BANK OF AMERICA STAY RELIEF MOTION AND E-MAILS WITH CO-COUNSEL REGARDING SAME | CARICKHOFF | 0.50 | $210.00 |
| Apr 10 08 | REVIEW AND DISTRIBUTE BANK OF AMERICA'S REPLY IN FURTHER SUPPORT OF THE JOINT MOTION OF BANK OF AMERICA AND THE COMMITTEE | SENESE | 0.10 | $22.50 |
| Apr 10 08 | REVIEW AND ANALYZE BANK OF AMERICA REPLY IN SUPPORT OF JOINT MOTION TO APPROVE SETTLEMENT WITH COMMITTEE | CARICKHOFF | 1.20 | $504.00 |
| Apr 10 08 | REVIEW AND ANALYZE COMMITTEE REPLY IN SUPPORT OF JOINT MOTION TO APPROVE SETTLEMENT WITH BANK OF AMERICA; E-MAILS WITH CO-COUNSEL REGARDING | CARICKHOFF | 1.50 | $630.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | SAME | | | |
| Apr 11 08 | SERVICE OF COMMITTEE REPLY IN SUPPORT OF JOINT MOTION; REVIEW EACH OBJECTION TO MOTION TO DETERMINE COMPLETE LIST OF OBJECTING PARTIES; SERVE VIA FAX; FOLLOW UP WITH D. CARICKHOFF REGARDING DELIVERY OF COPY TO CHAMBERS | SENESE | 0.90 | $202.50 |
| Apr 11 08 | CONFIRM SUCCESSFUL SERVICE VIA FACSIMILE; DRAFT AFFIDAVIT OF SERVICE WITH RESPECT TO SERVICE OF COMMITTEE'S REPLY IN SUPPORT OF JOINT MOTION WITH BANK OF AMERICA; EXECUTE AND FORMAT FOR E-FILING PURPOSES; E-FILE SAME | SENESE | 0.40 | $90.00 |
| Apr 12 08 | DRAFT PROPOSED FORM OF ORDER APPROVING JOINT MOTION TO APPROVE SETTLEMENT WITH BANK OF AMERICA; E-MAILS WITH CO-COUNSEL REGARDING SAME | CARICKHOFF | 0.90 | $378.00 |
| Apr 15 08 | REVIEW AND DISTRIBUTE ORDER GRANTING JOINT MOTION OF BOFA AND COMMITTEE WITH REGARD TO FINAL CC STIPULATION | SENESE | 0.10 | $22.50 . |

PROJECT CODE TOTALS  10                    TOTAL VALUE:   $3,871.50        10.10

Project Code 11

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 11 | | | | |
| Apr 01 08 | TELECONFERENCE WITH M. INDELICATO REGARDING LICENSING | FATELL | 0.20 | $120.00 |
| Apr 01 08 | TELECONFERENCE WITH J. MAYK REGARDING LICENSING ISSUES | FATELL | 0.20 | $120.00 |
| Apr 01 08 | CONFERENCE WITH J. MAYK, D. GRUBMAN AND M. INDELICATO REGARDING LICENSING ISSUES | FATELL | 0.90 | $540.00 |
| Apr 01 08 | E-MAIL CORRESPONDENCE WITH D. GRUBMAN REGARDING LICENSING | FATELL | 0.20 | $120.00 |
| Apr 01 08 | TELEPHONE CONFERENCES WITH B. FATELL AND CREDITOR COMMITTEE CO-COUNSEL REGARDING SERVICER LICENSING ISSUE | MAYK | 0.90 | $342.00 |
| Apr 01 08 | RESEARCH MICHIGAN AND ILLINOIS PENALTIES FOR OPERATING WITHOUT A MORTGAGE SERVICER LICENSE | MCMULLIN | 0.60 | $174.00 |
| Apr 02 08 | TELEPHONE CONFERENCES WITH D. GRUBMAN AND J. SOCKNAT REGARDING SERVICER LICENSING CHANGE OF ADDRESS ISSUE FOR AMERICAN HOME | MAYK | 0.40 | $152.00 |

PROJECT CODE TOTALS   11                          TOTAL VALUE:    $1,568.00       3.40

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 12 | | | | |
| Apr 02 08 | REVIEW E-MAIL REGARDING SALE OF THRIFT | FATELL | 0.20 | $120.00 |
| Apr 08 08 | REVIEW AND DISTRIBUTE MOTION TO COMPEL DEBTORS TO EFFECTUATE THE FINAL CLOSING UNDER THE ASSET PURCHASE AGREEMENT FOR THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS AND MOTION TO SHORTEN NOTICE THEREOF; MODIFY CALENDAR TO REFLECT REQUESTED OBJECTION DEADLINE (ON SHORTENED NOTICE) AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Apr 09 08 | REVIEW AND ANALYZE MOTION TO COMPEL DEBTORS TO CLOSE ON SALE OF LOAN SERVICING BUSINESS | CARICKHOFF | 0.60 | $252.00 |
| Apr 25 08 | REVIEW AND DISTRIBUTE MOTION TO ESTABLISH BAR DATE WITH RESPECT TO PROPOSED PURCHASERS' CURE AMOUNTS; REVISE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Apr 25 08 | REVIEW NOTICE OF FINAL CLOSING OF SERVICING SALE AND NOTICE OF TRANSFER COST CLAIM BAR DATE | CARICKHOFF | 0.20 | $84.00 |
| PROJECT CODE TOTALS  12 | TOTAL VALUE: | $501.00 | 1.20 | |

Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 13 | | | | |
| Apr 02 08 | TELECONFERENCE WITH P. MORGAN; DISCUSSION WITH L. SILVERSTEIN, E-MAILS AND REVIEW DOCUMENTS REGARDING NOTICE OF SETTLEMENT WITH BANK OF AMERICA AND RESPONSE TO DEBTORS OBJECTION | FATELL | 0.60 | $360.00 |
| Apr 03 08 | E-MAIL CORRESPONDENCE AND DISCUSSIONS REGARDING NOTICE OF SETTLEMENT WITH BANK OF AMERICA | FATELL | 0.60 | $360.00 |
| Apr 03 08 | REVIEW EXPERT REPORT REGARDING BANK OF AMERICA STAY RELIEF AND NOTES TO FILE | FATELL | 0.60 | $360.00 |
| Apr 07 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.20 | $45.00 |
| Apr 08 08 | REVIEW EACH OF THE DOCKETED NOTICES OF DEPOSITION REGARDING THE BANK OF AMERICA'S MOTION FOR RELIEF; CHART SAME WITH RESPECT TO DEPOSITION DATE, TIME AND LOCATION; E-MAIL EXCHANGE WITH D. CARICKHOFF | SENESE | 0.80 | $180.00 |
| Apr 08 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF AND RELATED DOCUMENTATION; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATES/TIMES | SENESE | 0.60 | $135.00 |
| Apr 08 08 | REVIEW VARIOUS DISCOVERY IN CONNECTION WITH BANK OF AMERICA'S STAY RELIEF MOTION AND E-MAILS WITH CO-COUNSEL REGARDING SAME | CARICKHOFF | 0.80 | $336.00 |
| Apr 08 08 | REVIEW AND ANALYZE WELLS FARGO'S STAY RELIEF MOTION AND DEBTORS' OBJECTION TO SAME; FINALIZE COMMITTEE JOINDER TO DEBTORS' OBJECTION | CARICKHOFF | 1.50 | $630.00 |
| Apr 10 08 | SERVICE OF COMMITTEE STATEMENT SUPPORTING BOFA'S MOTION FOR RELIEF; DRAFT AND EXECUTE AFFIDAVIT OF SERVICE/SERVICE LIST | SENESE | 0.60 | $135.00 |
| Apr 10 08 | REVIEW AND DISTRIBUTE SEVERAL MOTIONS FOR RELIEF WITH ACCOMPANYING DOCUMENTATION; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.60 | $135.00 |
| Apr 11 08 | REVIEW DRAFT REPLY ON BANK OF AMERICA SETTLEMENT | FATELL | 0.40 | $240.00 |
| Apr 11 08 | REVIEW AND DISTRIBUTE (I) BANK OF AMERICA'S MEMORANDUM OF LAW/PRETRIAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR RELIEF AND (II) DEBTORS' PRETRIAL BRIEF IN OPPOSITION THERETO; REVIEW AND DISTRIBUTE DEBTORS' CORRECTED PRETRIAL BRIEF IN OPPOSITION | SENESE | 0.20 | $45.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| Apr 11 08 | E-FILE AFFIDAVIT OF SERVICE WITH RESPECT TO SERVICE OF COMMITTEE'S STATEMENT IN SUPPORT OF BANK OF AMERICA'S MOTION FOR RELIEF AND COMMITTEE'S JOINDER WITH RESPECT TO DEBTORS' OBJECTION TO WELLS FARGO'S MOTION FOR RELIEF | SENESE | 0.10 | $22.50 |
| Apr 11 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF, INCLUDING EXHIBIT DOCUMENTATION; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.30 | $67.50 |
| Apr 11 08 | ATTEND R. JOHNSON DEPOSITION IN CONNECTION WITH BANK OF AMERICA STAY RELIEF MOTION | CARICKHOFF | 8.00 | $3,360.00 |
| Apr 15 08 | REVIEW MOTION OF EMPLOYEE WAGE CLAIMANTS CLASS TO LIFT STAY TO ENABLE TRIAL COURT TO APPROVE FAIRNESS OF PROPOSED CLASS ACTION SETTLEMENT | CARICKHOFF | 0.40 | $168.00 |
| Apr 16 08 | REPORT ON BANK OF AMERICA HEARING | FATELL | 0.30 | $180.00 |
| Apr 16 08 | ATTEND HEARING REGARDING BANK OF AMERICA'S MOTION FOR STAY RELIEF; E-MAIL B. FATELL REGARDING RESULTS OF SAME | CARICKHOFF | 2.10 | $882.00 |
| Apr 21 08 | REVIEW AND DISTRIBUTE NUMEROUS MOTIONS FOR RELIEF; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATES/TIMES | SENESE | 0.60 | $135.00 |
| Apr 22 08 | REVIEW BEALL MOTION FOR STAY RELIEF; REVIEW DEBTORS' OBJECTION TO SAME; FINALIZE JOINDER TO SAME | CARICKHOFF | 2.20 | $924.00 |
| Apr 23 08 | REVISE CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF THE COMMITTEE'S JOINDER TO DEBTORS OBJECTION TO BEALL MOTION FOR RELIEF; SERVICE OF SAME VIA FAX OR OVERNIGHT MAIL; E-FILE CERTIFICATE OF SERVICE | SENESE | 0.20 | $45.00 |
| Apr 24 08 | REVIEW AND DISTRIBUTE NUMEROUS MOTIONS FOR RELIEF; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATES/TIMES | SENESE | 0.80 | $180.00 |
| Apr 24 08 | PREPARE FOR AND ATTEND HEARING ON BEALL STAY RELIEF MOTION; E-MAIL CO-COUNSEL REGARDING RESULTS OF SAME | CARICKHOFF | 1.80 | $756.00 |
| Apr 25 08 | REVIEW AND DISTRIBUTE WELLS FARGO'S NOTICE OF APPEAL | SENESE | 0.10 | $22.50 |
| Apr 25 08 | REVIEW AND DISTRIBUTE SEVERAL MOTIONS FOR RELIEF; UPDATE CALENDAR TO REFLECT OBJECTION | SENESE | 0.20 | $45.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | DEADLINE AND HEARING DATE/TIME | | | |
| Apr 29 08 | REVIEW CITIMORTGAGE'S REQUEST FOR RETROACTIVE STAY RELIEF | CARICKHOFF | 0.30 | $126.00 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS 13 | TOTAL VALUE: | $9,874.50 | 24.90 | |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 17 | | | | |
| Apr 10 08 | REVIEW AND DISTRIBUTE AGENDA FOR APRIL 14, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.20 | $45.00 |
| Apr 11 08 | PREPARE FOR APRIL 14, 2008 HEARING; E-MAIL EXCHANGES WITH D. CARICKHOFF | SENESE | 1.40 | $315.00 |
| Apr 11 08 | TELEPHONE FROM J. SMITH (HAHN & HESSEN); PREPARE FOR INTERIM FEE APPLICATION HEARING/HEARING BINDER ON BEHALF OF HAHN & HESSEN | SENESE | 0.50 | $112.50 |
| Apr 13 08 | PREPARE FOR APRIL 14, 2008 HEARING (INCLUDES REVISIONS TO PROPOSED ORDER APPROVING SETTLEMENT WITH BANK OF AMERICA AND E-MAILS REGARDING SAME) | CARICKHOFF | 1.80 | $756.00 |
| Apr 14 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 11.00 | $4,620.00 |
| Apr 16 08 | ATTEND HEARING ON BOA LIFT STAY MOTION | STAIB | 5.00 | $2,125.00 |
| Apr 17 08 | ATTEND HEARING AND FOLLOW UP DISCUSSIONS REGARDING BANK OF AMERICA STAY RELIEF MOTION | FATELL | 2.30 | $1,380.00 |
| Apr 22 08 | REVIEW AND DISTRIBUTE AGENDA FOR APRIL 24, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.20 | $45.00 |
| Apr 29 08 | REVIEW AND DISTRIBUTE AGENDA FOR MAY 1, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.10 | $22.50 |
| Apr 29 08 | FINAL PREPARATION FOR MAY 1, 2008 HEARING | SENESE | 0.20 | $45.00 |
| Apr 29 08 | REVIEW AGENDA FOR MAY 1, 2008 HEARING | CARICKHOFF | 0.40 | $168.00 |
| Apr 30 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR MAY 1, 2008 HEARING | SENESE | 0.10 | $22.50 |

PROJECT CODE TOTALS  17                    TOTAL VALUE:     $9,656.50          23.20

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 21 | | | | |
| Apr 03 08 | REVIEW AND DISTRIBUTE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO AMEND CLASS ACTION COMPLAINT (RASHEED V. AHM ADVERSARY PROCEEDING) | SENESE | 0.10 | $22.50 |
| Apr 03 08 | REVIEW AND EXECUTE REVISED PROTECTIVE ORDER | CARICKHOFF | 0.40 | $168.00 |
| Apr 05 08 | REVIEW DRAFT PROTECTIVE ORDER REGARDING WARN | FATELL | 0.30 | $180.00 |
| Apr 08 08 | RESPOND TO TELEPHONE INQUIRY BY T. WIDDOW INQUIRING AS TO LEAD COUNSEL FOR THE RASHEED V. AHM (CLASS ACTION) LITIGATION | SENESE | 0.10 | $22.50 |
| Apr 21 08 | REVIEW AND DISTRIBUTE US BANK NA ADVERSARY COMPLAINT V AHM, TOGETHER WITH EXTENSIVE EXHIBIT DOCUMENTATION | SENESE | 0.20 | $45.00 |
| Apr 28 08 | REVIEW AND RESPOND TO D. LENNEY CALL (COUNSEL TO CREDITOR IN STATE CT. LITIGATION AGST AHM) | CARICKHOFF | 0.20 | $84.00 |
| Apr 30 08 | REVIEW STIPULATION REGARDING CONFIDENTIALITY AND DOCUMENT PRODUCTION | FATELL | 0.30 | $180.00 |
| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $702.00 | 1.60 | |