**Lynn Kazimir**

**140-35 Beech Avenue #4R**
**Flushing, New York 11355**
**917-696-2459**

June 17, 2008

District Court of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

**RE:  Claim 7038 – American Home Mortgage**

To Whom It May Concern:

This correspondence is to provide notification that I do not agree with the action taken by the Debtor, American Home Mortgage, to expunge the above referenced claim.

I understand that I still own the shares that were held at the time of the bankruptcy filing and will continue to own them.

Very truly yours,

Lynn Kazimir

*[handwritten top right: American Htm. com / Shareholders wiped — Do not receive distributions]*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM OB9 5/23/2008 (merge2.txnum2) 4000099466

KAZIMIR, LYNN
140-35 BEECH AVENUE #4R
FLUSHING, NY 11355

*[handwritten right: Own 100 Shares — But not claim in Bankruptcy.]*

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: KAZIMIR, LYNN | Basis For Objection: | Claim based on Equity Interest | |
|---|---|---|---|
| 140-35 BEECH AVENUE #4R | | **Claim Number** | **Claim Amount** |
| FLUSHING, NY 11355 | **Claim to be Expunged** | 7038 | $942.90 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
      Wilmington, Delaware

                        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                        James L. Patton, Jr. (No. 2202)
                        Pauline K. Morgan (No. 3650)
                        Edward J. Kosmowski (No. 3849)
                        Kara Hammond Coyle (No. 4410)
                        Nathan D. Grow (No. 5014)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6756
                        Facsimile: (302) 571-1253

                        Counsel to the Debtors and Debtors in Possession