# **EXHIBIT H**

| | | |
|---|---|---|
| CHRISTOPHER C. PRUSSAK<br>RANCE D. WELCH<br>SARA I. WELCH<br>GUSTAVO S. AVILA | **PRUSSAK, WELCH, & AVILA**<br>A PROFESSIONAL LAW CORPORATION<br>175 S. C Street, 2nd Floor • Tustin, California 92780<br>Tel: (714) 665-0799 • Fax: (714) 665-0797<br>pru_law@hotmail.com | JESSE A. LEMUS<br>Hearing Representative<br><br>SHILA SOLEIMANPOUR<br>Hearing Representative |

October 15, 2007

      RE:    Chavez, Thomas & Sara

To Whom It May Concern:

Please be advised that my clients, Thomas and Sara Chavez, have retained attorney Charles Richmond to pursue legal recourse in the matter of the loan against their property located at 35012 Camino Capistrano, Capistrano Beach, California, 92624.

These clients previously retained our office for legal representation on this matter. When their mortgage was sold to a different servicing company, serious errors were made. In the course of attempting to correct this, we spoke to numerous people at the various companies, including, but not limited to, Gary Hoyer, Jerry McGarvey, Mark Arnold, and Tammy Dawson.

In speaking on several occasions with American Home Loans employee Tammy Dawson, we entered into a verbal agreement to have the original terms of the loan revert to the original terms of the loan reinstated. To this end, over the last 4 months, American Home Mortgage has cashed our clients' checks in the amount of the original loan agreement payment. We were simply waiting for the written agreement to be forwarded to us by Ms. Dawson.

However, now we have been informed that this company is currently in bankruptcy, although we have been sent no written notice of Petition being filed, and will not, or can not, authorize the written agreement to reinstate the original terms of this loan. Therefore, Mr. Richmond has been retained to stop any foreclosure proceedings and bring any necessary legal action to have the original terms reinstated.

Please do not hesitate to contact me if you have any additional questions or concerns.

Very truly yours,
PRUSSAK, WELCH & AVILA

CHRIS C. PRUSSK
CCP/dt

## PROOF OF SERVICE

I, Daune Prussak, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 175 SOUTH C STREET, 2ND FLOOR, TUSTIN, CALIFORNIA 92780. I am "readily familiar" with the practices of Welch and Welch, APC, for collection and processing correspondence for mailing with the U.S. postal service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On October 15, 2007, I served the following described document in this action as follows: LETTER REGARDING NEW ATTORNEY CHARLES RICHMOND AND VERBAL AGREEMENT WITH AMERICAN HOME MORTGAGE on all interested parties in this action as follows:

(X)   by placing ( ) the original (X) a true copy thereof enclosed in sealed envelope(s) addressed as follows:

(X)   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

( )   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the office of the addressee.

( )   (BY FACSIMILE) The facsimile machine I used, with telephone number (714) 665-0797, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

( )   (BY FEDERAL EXPRESS – NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the correct delivery fees provided for.

( )   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

(X)   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10/15/07, at Tustin, California.

_____
Signature

Daune Prussak
Printed Name

COPY

## SERVICE LIST

## CHAVEZ, THOMAS & SARA V. AMERICAN HOME MORTGAGE SERVICING INC

Tammy Dawson
American Home Mortgage Servicing Inc
4600 Regent Blvd., Suite 200
Irving, TX 75063


Gary Hoyer
Sterling Eagle Mortgage Investment Company
340 Scotch Road
West Trenton, NJ 08628


Charles D. Richmond, Esq.
2537 Via Pisa
Del Mar, CA 92014