# **EXHIBIT J**

# TRUSTEE SALE NOTICE
### REGARDING YOUR OBLIGATION WITH
## AMERICAN HOME MTG
Trustee Sale – Instrument #: 583618

THOMAS J CHAVEZ
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

**FORECLOSURE TERMS AND CONDITIONS:** (See Notice of Default Information Attached)

| | | | |
|---|---|---|---|
| Past Due Amount: | $50,667.00 | Trustee Sale Number: | 583618 |
| Date Notice Recorded: | 9/26/2007 | Loan Default Date: | 5/1/2007 |
| Trustee Sale Date: | "PENDING" | Assessor Parcel Number: | 123-362-19 |

THOMAS J CHAVEZ,

We understand things can happen beyond your control that may cause you to get behind in payments. You can now take advantage of a special program specifically designed to assist you during these times.

The "*Fresh Start Program*" should allow us to help you stop your current foreclosure by rewriting your existing loan. This program is for borrowers who are in foreclosure and not able to bring their loan current. Using the "Fresh Start Program", you will be able to resume your mortgage payment, plus a small "catch-up" payment. A filing fee is charged by Homeowner's Assistance Services to package your paper work and submit it for the Fresh Start Program. You are running out of valuable time and your home is subject to be sold at an auction for you do not act soon.

As of today, our records indicate the amount required to bring your loan current is $1,235,000.00. To stop your foreclosure using the "*Fresh Start Program*", please call us immediately at **1-888-335-1001**.

If your foreclosure continues a "**Notice of Trustee Sale**" will be posted on your door. Once you receive a "*Trustee Sale Notice*" your home will be scheduled for public auction and SOLD WITHOUT FURTHER NOTICE.

You can take advantage of the "*Fresh Start Program*" right now and prevent this from happening by calling us immediately. **There is not much time remaining so you must take action now to save your home.** We are not your lender or your lender's agent. We work on your behalf with your lender.

As your Homeowner's Assistance Services foreclosure counseling coordinator, I look forward to assisting you with the "*Fresh Start Program*." Please call **1-888-335-1001** 24 hours a day, 7 days a week.

Sincerely,

*Richard D. Anderson*

Richard D. Anderson
Foreclosure Department
Homeowner's Assistance Services
**1-888-335-1001**

Re: Loan # 801592
Recording requested by:
    NORTHWEST TRUSTEE SERVS INC

When recorded mail to

NORTHWEST TRUSTEE SERVS INC
505 N TUSTIN AV STE 243
SANTA ANA CA, 92705

---

TS No.: 583618              Loan No.: 801592

# IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION.** You may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account (normally five business days prior to the date set for the sale of your property). No sale may be set until three months from the date this notice of default is recorded (which date of recordation appears on this notice). This amount is **$50,667.00 as of 9/26/2007** and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have the pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, <u>you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor</u>.

To find out the amount you must pay, or arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

AMERICAN HOME MTG
c/o NORTHWEST TRUSTEE SERVS INC
505 N TUSTIN AV STE 243
SANTA ANA CA, 92705

---

\* This notice is provided for information purposes only and does not constitute any legal action. An official Notice of Default will be provided to you by your lender.

TS No.: 583618
Loan No.: 801592

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That the undersigned is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 3/25/2005, executed by THOMAS J CHAVEZ, TENANTS, as Trustor, to secure certain obligations in favor of AMERICAN HOME MTG NORTHWEST TRUSTEE SERVS INC, as beneficiary, recorded 4/1/2005, as Instrument No. 583618, in book xxx, Page xxx of the Official Records in the Office of the Recorder of California describing land therein: as more fully described in said Deed of Trust.

Said obligations including 1 NOTE(S) FOR THE ORIGINAL sum of $1,235,000.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Installment of principal and interest plus impounds and/or advances which became due on 9/26/2007 plus amounts that are due or may become due for the following: late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustees fees, and any attorney fees and court costs arising from or associated with beneficiaries effort to protect and preserve its security must be cured as a condition of reinstatement.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said dully appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 9/26/2007        NORTHWEST TRUSTEE SERVS INC, AS AGENT FOR BENEFICIARY

/s/
Rebecca Ortega

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

* This notice is provided for information purposes only and does not constitute any legal action. An official Notice of Default will be provided to you by your lender.