# **EXHIBIT L**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
bankruptcy@ycst.com

SUPERIOR COURT OF CALIFORNIA
IN AND FOR THE COUNTY OF ORANGE, CENTRAL DIVISION

| | |
|---|---|
| THOMAS CHAVEZ and SARA CHAVEZ, ) | 30-2007 |
| ) | 00100010 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN HOME LOANS, AMERICAN ) | |
| HOME MORTGAGE SERVICES, INC. and ) | |
| AMERICAN HOME MORTGAGE, et al. ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLEASE TAKE NOTICE** that on August 6, 2007, voluntary petitions were filed in the United States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court") by American Home Mortgage Holdings (Case No. 07-11047), American Home Mortgage Investment Corp (Case No. 07-11048), American Home Mortgage Acceptance (Case No. 07-11049), American Home Mortgage Servicing Inc. (Case No. 07-11050), American Home Mortgage Corp (Case No. 07-11051), American Home Mortgage Ventures LLC (Case No. 07-11052), Homegate Settlement Services (Case No. 07-11053), and Great Oak Abstract Corp

(Case No. 07-11053) (the "Debtors"). All cases are jointly administered under Case No. 07-11047 (CSS).

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of a chapter 11 petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors or any of their Debtor related entities that was or could have been commenced before the filing of the petition or any act to obtain possession of or exercise control over property of the estate.

Dated: Wilmington, Delaware
January 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

Recording requested by:

When recorded mail to:
**Northwest Trustee Services, Inc.**
**605 N. Tustin Ave., Suite 243**
**Santa Ana, CA 92705**

_Space above this line for recorder's use only_

TS No. 7983.21518    Title No.3467371    MIN No.1003260000010957079
Loan No. 1001527887

## Rescission of Notice of Default and Election To Sell Under Deed of Trust

**NOTICE IS HEREBY GIVEN:** That Northwest Trustee Services, Inc. is duly appointed Trustee under the Deed of Trust executed by CHAVEZ, THOMAS J. and SARA A. as Trustor, in which Mortgage Electronic Registration Systems, Inc. is named as Beneficiary and THE ESCROW FORUM as Trustee and recorded 11/30/06 as Instrument No.2006000801592, of Official Records of Orange County, California; describing land therein as: As more fully described in the above referenced deed of trust.

Said obligations including one note for the sum of $1,235,000.00

Whereas, the present Beneficiary under that certain Deed of Trust hereinabove described, hereto delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, a Notice of Default was recorded on the day in the book and page set forth below:

Notice was recorded on 9/26/2007 in the office of the Recorder of Orange, California, as Instrument No.2007000583618, of Official Records.

**NOW, THEREFORE, NOTICE IS HEREBY GIVEN** that the present Beneficiary, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default-past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall no way jeopardize or impair any right. Remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made and given.

Dated: ___1/7/2008___        Northwest Trustee Services, Inc., as Trustee

_Linda Mayes_
Linda Mayes, Foreclosure Officer