# Exhibit N

JUN 1 2 2008

1  Allan B. Cooper (SBN 60862)
      acooper@ecjlaw.com
2  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
3  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
4  Facsimile  (310) 859-2325

5  Attorneys for Sterling Eagle Mortgage Investment Company, LLC

6

7

8            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **FOR THE COUNTY OF ORANGE**

10

11 THOMAS CHAVEZ and SARA CHAVEZ,         ) CASE NO. 30-2007-001000010
   husband and wife as joint tenants,      )
12                                          ) **ANSWER OF STERLING EAGLE**
                Plaintiffs,                 ) **MORTGAGE INVESTMENT COMPANY,**
13                                          ) **LLC, TO FIRST AMENDED COMPLAINT**
        v.                                  )
14                                          )
   AMERICAN HOME LOANS, a California        ) Judge Franz Miller, Dept. C-62
15 corporation; STERLING EAGLE             )
   INVESTMENT COMPANY, LLC, an             )
16 unknown entity; SURESTEP                )
   FULFILLMENT SERVICES, a New Jersey      )
17 limited liability company and wholly owned )
   subsidiary of Sterling Eagle Mortgage    )
18 Investment Company, LLC; AMERICAN       )
   HOME MORTGAGE SERVICES, INC., an        )
19 unknown entity; AMERICAN HOME           )
   MORTGAGE, an unknown entity; THE        )
20 ESCROW FORUM, a California              )
   corporation, and DOES 1-20, inclusive,   )
21                                          )
                Defendants.                 )
22 ─────────────────────────────────────────)

23

24

25

26

27

28

IDOCS:12943.1:680508.1
───────────────────────────────────────────────────────────
ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC, TO FIRST AMENDED
COMPLAINT

ERVIN COHEN & JESSUP LLP

1    Defendant Sterling Eagle Mortgage Investment Company, LLC ("Eagle"),

2  erroneously sued herein as Sterling Eagle Investment Company, LLC, for itself and for no

3  other defendants, answers Plaintiffs' First Amended Complaint as follows (alleging also

4  that as to each allegation hereinafter denied for lack of information or belief, Eagle does

5  not have sufficient information or belief to enable it to admit or deny such allegation;

6  wherefore, it denies each such allegation and places it denial thereof on that ground):

7                              **GENERAL DENIAL**

8    1.    Eagle generally denies each allegation of Plaintiffs' First Amended

9  Complaint under and pursuant to California Code of Civil Procedure, §431.30(d).

10                            **AFFIRMATIVE DEFENSES**

11  **FIRST**

12    2.    The First Amended Complaint, and each cause of action thereof, fails to

13  state facts sufficient to constitute a cause of action against Eagle.

14  **SECOND**

15    3.    Assuming *arguendo* that Plaintiffs suffered any harm by virtue of the facts

16  alleged in the FAC, such harm was brought about by the actions or inactions of others.

17  **THIRD**

18    4.    Assuming *arguendo* that Plaintiffs are entitled to any relief whatsoever,

19  such relief must be apportioned among the Defendants herein in respect to their

20  comparative fault regarding the transaction at issue herein.

21    WHEREFORE, Eagle prays for judgment as follows:

22    1.    That Plaintiffs take nothing by way of their First Amended Complaint against

23  this defendant;

24    2.    For costs of suit incurred herein; and

25  ///

26  ///

27  ///

28  ///

ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC, TO FIRST AMENDED
COMPLAINT

ERVIN COHEN & JESSUP LLP

3.    For such other and further relief as the Court deems just and proper.

DATED: June 9, 2008                      ERVIN COHEN & JESSUP LLP
                                          Allan B. Cooper

                                    By:  _____
                                          Allan B. Cooper
                                          Attorneys for Sterling Eagle Mortgage
                                          Investment Company, LLC

IDOCS:12943.1:680508.1                                    2
ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC, TO FIRST AMENDED
COMPLAINT

**ERVIN COHEN & JESSUP** LLP

1    **PROOF OF SERVICE**

2 | STATE OF CALIFORNIA          )
                                  )    ss:
3 | COUNTY OF LOS ANGELES    )

4        I am employed in the County of Los Angeles, State of California. I am over the
   age of eighteen (18) years and not a party to the within action. My business address is
5 | 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

6        On June 9, 2008, I served the document described as

7    **ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC,
   TO FIRST AMENDED COMPLAINT**
8
   on counsel for the parties in this action, or on the parties in propria persona, addressed
9 | as stated on the attached service list:

10 | [X]    BY MAIL: By placing true and correct copies thereof in individual sealed
   envelopes, with postage thereon fully prepaid, which I deposited with my employer for
11 | collection and mailing by the United States Postal Service. I am readily familiar with my
   employer's practice for the collection and processing of correspondence for mailing with
12 | the United States Postal Service. In the ordinary course of business, this
   correspondence would be deposited by my employer with the United States Postal
13 | Service on that same day. I am aware that on motion of the party served, service is
   presumed invalid if postal cancellation date or postage meter date is more than one day
14 | after the date of deposit for mailing in affidavit.

15 | [ ]    BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my
   employer's practice for the collection and processing of correspondence via Federal
16 | Express. In the ordinary course of business, this correspondence would be picked up by
   Federal Express on that same day.
17
   [ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names
18 | and facsimile numbers listed above and received confirmed transmission reports
   indicating that this document was successfully transmitted to the parties named above.
19
   [X]    (STATE) I declare under penalty of perjury under the laws of the State of California
20 |        and the United States of America that the foregoing is true and correct.

21 | [ ]    (FEDERAL) I declare that I am employed in the office of a member of the bar of
           this Court at whose direction the service was made.
22
   EXECUTED on June 9, 2008 at Beverly Hills, California.
23

24

25
                                      _____
26                                    Lisa Duvall

27

28

**ERVIN COHEN & JESSUP** LLP

1

## SERVICE LIST

2    Scott Karlin, Esq.                                    Zeke Allison, Esq.
     Law Office of Scott Karlin                            Sullivan Hazeltine Allison LLC
3    13522 Newport Ave., Suite 201                         4 East 8th Street, Suite 400
     Tustin, CA  92780                                     Wilmington, DE  19801
4
     Tel:  714-731-3283                                    Tel:
5    Fax:  714-731-5741                                    Fax:
     Email: lskarlin@karlinlaw.com                         Email:
6
     *Attorneys for The Escrow Forum*                      *Attorneys for*
7
     Lawyers Incorporating Service                         Northwest Trustee Services, Inc.
8    2730 Gateway Oaks Dr., Suite 100                      505 N. Tustin Avenue, Suite 243
     Sacramento, CA  92780                                 Santa Ana, CA  92705
9
     Tel:                                                  Tel:
10   Fax:                                                  Fax:
     Email:                                                Email:
11
     *Attorneys for American Home Mortgage*                *Attorneys for*
12
     Litigation Counsel                                    Surestep Fulfillment Services
13   American Home Mortgage Servicing, Inc.                340 Scotch Road
     4600 Regents Blvd., Suite 200                         West Trenton, NJ  08628
14   Irvine, TX  75063
                                                           Tel:
15   Tel:                                                  Fax:
     Fax:                                                  Email:
16   Email:

17   *Attorneys for American Home Mortgage*
     *Servicing, Inc.*
18

19

20

21

22

23

24

25

26

27

28

IDOCS:12943.1:680516.1                                    -2-