# EXHIBIT B

**Sterling Eagle Mortgage Investment Company, LLC**
340 Scotch Road
West Trenton, NJ 08628

1/10/2007

Thomas and Sara Chavez
35012 Camino Capistrano
Dana Point.          CA          92624

#1

Dear Applicant:

Please be advised that the servicing of your mortgage loan is being transferred from Sterling Eagle Mortgage Investment Co, LLC          to          American Home Mortgage Servicing, Inc. effective          2/1/2007   Please be assured that this transfer of servicing in no way changes the original terms and conditions of your mortgage contract or security instrument, other than servicing provisions.

The monthly payments to the new servicer are due beginning          2/1/2007 Please do not send payments to          Sterling Eagle Mortgage Investment Company, LLC since we are not able to process them.  All payments should be directed to:

American Home Mortgage Servicing, Inc.
PO Box 631730
Irving, TX 75063-1730
877-304-3100
7:00 a.m. - 9:00 p.m. CST; Monday - Thursday (7:00 pm - Friday)

Monthly payments consist of the following

| | |
|---|---|
| Principal and Interest Payment | $3,972.25 |
| Monthly Hazard Reserves | $0.00 |
| Monthly Tax Reserves | $0.00 |
| Monthly Tax Reserves | $0.00 |
| Monthly Tax Reserves | $0.00 |
| Monthly Mortgage Insurance Reserves | $0.00 |
| **Total Monthly Payment** | **$3,972.25** |

Please be sure to place your Loan Number on the check          1527887