# **EXHIBIT C**



**American Home Mortgage Servicing**
4600 Regent Blvd., Suite 200
P.O. Box 65
Irving, Texas 75063-1730

April 24, 2007

007299
THOMAS J. CHAVEZ
SARA A. CHAVEZ
35012 CAMINO CAPISTRANO
DANA POINT CA  92624-1726

RE:   ACCOUNT NO.  1001527887

Dear Mortgagor:

Our records indicate that we have not received your mortgage payment as required by your mortgage loan documents.

Your mortgage documents stipulate that all payments are to be made on or before the first of each month. Any payment not received in our office by the first is considered late even though the late charge is not assessed until fifteen days after the due date, or as stipulated in your mortgage contract. There is no grace period on your mortgage account.

If you have overlooked this month's payment, please remit the payment immediately along with the late charge. If you are experiencing financial difficulty based on the loss of employment or income, illness, or any other situation that is beyond your control, please contact us so that we can help, or if necessary, recommend a local approved non-profit counseling agency.

If your installment remains unpaid and there is no contact with your Collection Administrator, we are obligated to conduct an inspection of your property for which you will be charged a fee. A personal interview will also be attempted during that visit to discuss your mortgage account. Please note that if this delinquency extends into the following month both payments must be remitted to cure the "default".

Each month our investors require us to report the status of every mortgage loan we service to the various nationwide credit bureaus. Since your credit rating is based on the promptness of your payments we are required by law to inform you that we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report; so it is very important that your payments are received on or before the first of each month as required by your mortgage loan documents.

Sincerely,

MORTGAGE LOAN COUNSELOR

custserv@americanhm.com                                4600 Regent Blvd., # 200

Toll Free (Out of Area)  (877)304-3100                 Irving, Texas  75063