# **<u>EXHIBIT G</u>**



## American Home Mortgage Servicing

**4600 Regent Blvd., Suite 200**
**Irving, Texas  75063**

July 25, 2007

Thomas Chavez
35012 Camino Capistrano
Dana Point, CA 92624

AHM Loan Number: 1001527887

Thank you for your recent inquiry regarding a credit correction for the above referenced account. American Home Mortgage understands the importance of maintaining accurate credit reporting for all of our customers.  After reviewing all pertinent information American Home Mortgage Servicing, Inc. has sent notice to the credit bureaus confirming the following information:

> Notice transmitted:    April 2007 paid as agreed
>
> May 2007 paid as agreed
>
> June 2007 paid as agreed

Please accept our sincere apology for the inconvenience this reporting may have caused.  Should you have any further questions in regards to this matter, please contact our Customer Care department at 1-877-304-3100.  Our office hours are Monday to Friday from 7:00 am to 7:00 pm CST.

Sincerely,

Customer Care Specialist