

June 17, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware  19801


ATTN:  Honorable Christopher S. Sontchi

Re: Objection to Claims Pursuant to Section 502 (B) of the Bankruptcy Code
    Case # 07-11047 (CSS)

I am responding to the notice I received regarding my claim against American Home Mortgage. My claim number is 7177 for $5,000.00. I originally owned a preferred stock for $10,000.

This is to notify United States Bankruptcy Court that I OBJECT to the objection of disallowing and expunging my claim # 7177 for $5,000.00

I hope I have expressed my desires properly, I feel that my claim should be awarded to me.

Sincerely,

*Marilyn Appelhans*
Marilyn Appelhans
540 Ballwood Dr.
Ballwin, MO 63021
636-391-6268 (H)]
314-725-7990 (W)