To: Honorable Christopher S. Sontchi
    United States Bankruptcy Court
      824 Market Street
      5th floor courtroom #6
      Wilmington, De 19801

Cc. American Home Mortgage Holdings, Inc
      Attn. Marissa Morelle, Senior Counsel

FILED
2008 JUN 18 PM 3:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

As I share holder of AMH, I object to the request of AHM for an entry of an order disallowing and expunging the disputed claims in their entirety.

Carol J. Boland
816 4th Street
Ocean City, NJ 08226

*[signature: Carol J. Boland]*