June 17, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

RE:  Response to Objection to Claims
       American Home Mortgage Case No. 07-11047
       Claim No. 7879, Ramo

Please be advised that the above referenced claim should be found to be valid and not expunged due to the Debtor's fraudulent activity and misrepresentations that resulted in claimant's damages.

Yours truly,

_____, Advisor for Claimants

cc:  Debtors' Counsel via telefax
     (302) 571-6756