June 10, 2008



Honorable Christopher S. Sontchi
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:  Object expungment. CLAIM #6087.  Irene Kellert.  Amount $4,502.00.
      American Home Mortgage.

Honorable Christopher S. Sontchi Sir:

I did nothing wrong for my claim to be expunged.  The people or companies
who created  the problem should be held accountable and responsible for their
neglect in handling investment for other people.

I purchased American Home Mortgage on June 21, 2007.  Information
regarding company problems were not published in the different web sites.
On July 27, 2007 my stock broker received for my account $140.00 in dividends.
On July 30, 2007 American Home Mortgage took back the $140.00 and
immediately they filed for bankruptcy. Bank of America is taking over
Countrywide, Bear Stearns found J.P. Morgan for help.  Goldman Sachs, the
biggest stock holder of American Home Mortgage did nothing I'm sure they will
be a winner with this bankruptcy.  Will American Home Mortgage retain their
business after the Bankruptcy?  Other companies have  revived making the stock
holders the loosers.

How did American Home Mortgage ever quality to become listed on the NYSE is
my question.  I should not be held responsible for this companies neglect and
irresponsibility.

PLEASE DO NOT EXPUNGE ME FROM THIS BANKRUPTCY.  THANK YOU.

Sincerely,        Irene Kellert
                  7520 SW Scholls Fry  #B-2
                  Beaverton, OR 97008

COPY TO:  YOUNG CONAWAY STARGATT & TAYLOR, LLP

MAILED:   FEDEX STANDARD OVERNIGHT