**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

American Home Mortgage Holdings,     ) Case No. 07-11047 BLS
    et al.,                                     ) Chapter 11
                                        ) Jointly Administered
                                        ) Ref. Nos. 4235, 4243, 4280 & 4331
                       Debtors,        )

## CERTIFICATION OF COUNSEL

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about May 27, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed two Motions for Relief from the Automatic Stay ("Motions") due to defaults in the mortgage payments by the Borrowers, Chris and Laura Kather, Ref. No. 4235 and Ricardo S. Farfan, Ref. No. 4243.

2. On or about May 28, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed a Motion for Relief from the Automatic Stay ("Motions") due to defaults in the mortgage payments by the Borrower, Jose M. Gonzalez, Ref. No. 4280.

3. On or about June 2, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed a Motion for Relief from the Automatic Stay ("Motions") due to defaults in the mortgage payments by the Borrower, Michael Klim, Ref. No. 4331.

4. On June 16, 2008 American Homes Mortgage Holdings, Inc. and its affiliated Debtors filed a timely protective response to the Motions Ref. No. 4649 (the "Reservation of Rights"), reserving the Debtors' rights but not objecting to the relief requested in the Motions .

5. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to either of the Motions. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to either of the Motions appears thereon. Pursuant to the notice filed in connection with the two motions, objection to the Motions were to be filed and served no later than June 18, 2008.

The undersigned respectfully requests that the orders for both motions attached hereto collectively as Exhibit "A" be entered at the convenience of the Court.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street., Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661

Dated: 6/19/08                    Attorneys for Citimortgage, Inc.

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

American Home Mortgage Holdings,　　　) Case No. 07-11047 CSS
　　Inc., et al.,　　　　　　　　　　　　) Chapter 11
　　　　　　　　　　Debtors,　　　　　) Jointly Administered
　　　　　　　　　　　　　　　　　　) Ref. No.

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
### AS 124 CHANTILLY, IRVINE, CA

AND CONSIDERATION of the Motion for Relief from the Automatic Stay Under

Section 362 of the Bankruptcy Code with respect to Real Property Located at 124 Chantilly,

Irvine, CA (the "Motion") filed by CitiMortgage, Inc. ("Movant"); the Court having

determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157

and 1334; (B) this is a core proceeding pursuant to 28 U.S. C. §157(b)(2); (C) venue is

proper pursuant to 28 U.S.C. §1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further

determined that cause exists to grant Movant relief from the automatic stay with respect to

Movant's exercise of any rights and remedies against the real property located at 124

Chantilly, Irvine, CA (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED.** All

capitalized terms not otherwise defined herein shall have the respective meanings set forth

in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §362(d), to the extent the automatic stay is

otherwise applicable, Movant is hereby granted relief from the automatic stay, and the

automatic stay is modified solely with respect to Movant's interest in the Property.  Movant

is hereby permitted to exercise its rights under applicable non-bankruptcy law against the

Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or

Trustee's sale of the Property and all other legal remedies against the Property which may

be available to CitiMortgage, Inc., under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the

Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that

they hold any interest in the Property; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation

of law, notwithstanding the stay provisions of Fed. R. Bank. P. 4001(a)(3).

_____

J.

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

American Home Mortgage Holdings,  ) Case No. 07-11047 CSS
Inc., et al.,  ) Chapter 11
                     Debtors,  ) Jointly Administered
                               ) Ref. No.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO AS 1207 MEWS LANE, LAS VEGAS

AND CONSIDERATION of the Motion for Relief from the Automatic Stay Under

Section 362 of the Bankruptcy Code with respect to Real Property Located at 1207 Mews

Lane, Las Vegas (the "Motion") filed by CitiMortgage, Inc. ("Movant"); the Court having

determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157

and 1334; (B) this is a core proceeding pursuant to 28 U.S. C. §157(b)(2); (C) venue is

proper pursuant to 28 U.S.C. §1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further

determined that cause exists to grant Movant relief from the automatic stay with respect to

Movant's exercise of any rights and remedies against the real property located at 1207

Mews Lane, Las Vegas (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED.** All

capitalized terms not otherwise defined herein shall have the respective meanings set forth

in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §362(d), to the extent the automatic stay is

otherwise applicable, Movant is hereby granted relief from the automatic stay, and the

automatic stay is modified solely with respect to Movant's interest in the Property.  Movant

is hereby permitted to exercise its rights under applicable non-bankruptcy law against the

Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or

Trustee's sale of the Property and all other legal remedies against the Property which may

be available to CitiMortgage, Inc., under State law; and it is further

    **ORDERED** that nothing in this order (i) shall constitute a determination that the

Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that

they hold any interest in the Property; and it is further

    **ORDERED** that this Order is immediately effective and is not stayed by operation

of law, notwithstanding the stay provisions of Fed. R. Bank. P. 4001(a)(3).

_____

J.

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

American Home Mortgage Holdings,
Inc., et al.,

　　　　　　　　Debtors,

) Case No. 07-11047 CSS
) Chapter 11
) Jointly Administered
) Ref. No.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
## AS 5027 HAYSTACK DRIVE, LAS VEGAS

AND CONSIDERATION of the Motion for Relief from the Automatic Stay Under

Section 362 of the Bankruptcy Code with respect to Real Property Located at 5027

Haystack Drive, Las Vegas (the "Motion") filed by CitiMortgage, Inc. ("Movant"); the

Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28

U.S.C. §§157 and 1334; (B) this is a core proceeding pursuant to 28 U.S. C. §157(b)(2); (C)

venue is proper pursuant to 28 U.S.C. §1409(a); and (D) service to the limited parties stated

on the Certificate of Service is adequate under the circumstances; and the Court having

further determined that cause exists to grant Movant relief from the automatic stay with

respect to Movant's exercise of any rights and remedies against the real property located at

5027 Haystack Drive, Las Vegas (the "Property") under applicable non-bankruptcy law; it is

hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED.** All

capitalized terms not otherwise defined herein shall have the respective meanings set forth

in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §362(d), to the extent the automatic stay is

otherwise applicable, Movant is hereby granted relief from the automatic stay, and the

automatic stay is modified solely with respect to Movant's interest in the Property. Movant
is hereby permitted to exercise its rights under applicable non-bankruptcy law against the
Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or
Trustee's sale of the Property and all other legal remedies against the Property which may
be available to CitiMortgage, Inc., under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the
Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that
they hold any interest in the Property; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation
of law, notwithstanding the stay provisions of Fed. R. Bank. P. 4001(a)(3).

_____

J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11

In re:                                                                              :
                                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                    :
HOLDINGS, INC., a Delaware corporation, et al.,[1]        :   Jointly Administered
                                                                                       :
                              Debtors.                                       :   **Ref. Docket No.**
---------------------------------------------------------------------- x

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 1340 Tanook Court, Annapolis, MD 21409

UPON CONSIDERATION of the Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1340 Tanook Court, Annapolis, MD 21409 (the "Motion") filed by CITIMORTGAGE, INC.., ("Movant"); the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Movant's exercise of any rights and remedies against the real property located at 1340 Tanook Court, Annapolis, MD 21409  (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is modified solely with respect to Movant's interest in the Property.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the property and all other legal remedies against the property which may be available to CitiMortgage, Inc. under State law; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____
     Wilmington, Delaware          UNITED STATES BANKRUPTCY JUDGE