# EXHIBIT 1



**Legal Department – MS 140**
1000 Technology Drive
O'Fallon, MO 63368-2240

# facsimile

| | | | |
|---|---|---|---|
| To: | Drew Petrie | From: | Larry Kettenbach |
| Fax: | 303-626-7101 | Fax: | 636-261-6519 |
| Date: | October 17, 2007 | Phone: | 636-261-6543 |
| Re: | Participant Agreement | | |

No. of Pages (including cover):   7

Message:

**EXHIBIT 1**

This transmission is intended only for the use of the person or entity listed on this transmission cover sheet and may contain privileged or confidential information. If you are not the intended recipient of this transmission, the dissemination, distribution, copying or use of the information it contains is prohibited. If this transmission has been sent or directed to you in error, please call sender at (636) 261-6501 or (636) 261-6486 to arrange for its return.

CitiMortgage, Inc does business as Citicorp Mortgage in AZ, LA, MT, NM, PA and WV.

A member of citigroup

RECEIVED TIME   OCT. 17.  11:09AM

APPLICATION TO PARTICIPATE
IN THE
VETERANS LAND BOARD
VETERANS HOUSING ASSISTANCE PROGRAM

Veterans Land Board
c/o Lomas Mortgage USA, Inc.
Master Servicing Division
P. O. Box 226587
Department 6120
Dallas, TX 75222-6587
Attn: Veterans' Housing Assistance Program

Dear Sirs:

We acknowledge receipt of your Invitation to Participate (the "Invitation") and the Program Guidelines which pertain to the Veterans Housing Assistance Program.

We have reviewed the Invitation and understand that it is incorporated by reference herein as if fully set forth. We have also reviewed the Mortgage Origination, Sale and Servicing Guide (the "Guide"), and we understand its terms. Unless otherwise defined herein, all capitalized terms used herein shall have the meanings set forth in the Invitation and the Guide.

APPLICATION

We hereby apply to originate, sell, and service Program Loans in accordance with the Guide and the Invitation.

We customarily service or otherwise aid in the financing of single-family residential housing within the Eligible Loan Area.

In accordance with the conditions precedent to participation in the Program outlined in the Invitation, we hereby enclose:

(1) a corporate check payable to the order of the "Veterans Land Board" in the amount of $1,000.00; if applying to participate in the Veterans Housing Assistance Program. Application fee is non-refundable, unless said Application is declined by the Board;

(2) two (2) copies of our audited financial statements for our most recent fiscal year;

(3) the completed Lender Questionnaire in the form furnished to us with the Invitation;

(4) an Opinion of Counsel substantially in the form furnished to us with the Invitation; and

(5) a Corporate Resolution substantially in the form furnished to us with the Invitation.

Page 2 of 4

## AGREEMENT

The undersigned agrees that upon approval hereof by the Board, the undersigned will, in accordance with the Guide, originate Program Loans and submit such Program Loans to the Administrator for review. Upon approval by the Administrator and determination that such Program Loans satisfy the Program Guidelines and were originated in accordance with the Guide, the Board will purchase such Program Loans subject to the conditions and terms of the Guide. After sale of each Program Loan to the Board, the undersigned shall service each such Program Loan in accordance with the provisions of the Guide. Upon approval hereof by the Board, the undersigned agrees to be bound by the provisions of the Guide and Program Guidelines in connection with the origination and servicing of Program Loans, as such Guide and Program Guidelines may be amended and revised, respectively, from time to time by the Board.

## SERVICING

We are a fully qualified FNMA or FHLMC mortgage servicer, or an institution, the deposits of which are insured by FDIC, as applicable for the type(s) of Program Loans we intend to originate, and we intend to service all Mortgage Loans that we originate in connection with the Program.

## REPRESENTATIONS AND WARRANTIES

In consideration of the extension by the Board of the Invitation and the Board's sale of the bonds, we represent and warrant to, and covenant with, the Board as follows:

(a) The undersigned institution meets each of the criteria set forth under the caption "Eligible Participants" in the Program Guidelines as of the date hereof.

(b) There have been no material adverse changes in our financial position, business, properties, results of operation or mortgage loan origination and servicing experience since ___12-31-93___ (the end of our last fiscal year with respect to which audited financial statements are available), and the audited financial statements delivered to the Board in accordance with the requirements of the Invitation are, to the best of our knowledge true and correct, and are complete in all material respects.

Page 3 of 4

    (c) The description and information, if any, contained in the Lender Questionnaire which relate to us and to our loan origination, servicing, delinquency, default and foreclosure experience are true and do not contain any untrue statement of a material fact or omit to state any material fact which should be included therein for the purposes for which the Lender Questionnaire is to be used or which is necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading.

    (d) There is no action, suit, proceeding, inquiry, or investigation at law or in equity, or before or by any public board or body, pending or to the best of our knowledge threatened against or affecting us or, to the best of our knowledge, any basis therefor, wherein an unfavorable decision, ruling or finding would adversely affect the transactions contemplated by this Application or the Guide, or our ability to perform our duties and obligations under the Guide.

    (e) We have carefully reviewed the Invitation, the Application, and the Guide and we agree with the terms and requirements set forth therein, and this Application, incorporating the terms of the Program Guidelines and the Guide, upon approval of this Application by the Board, will be legal, valid and binding upon our institution enforceable in accordance with its terms, except to the extent enforcement thereof may be limited by bankruptcy, insolvency or other similar laws affecting creditors' rights generally.

    (f) The execution and delivery of this Application and the performance by us of our obligations under the aforementioned do not and will not violate our Charter or Bylaws or any court order by which we are bond, and such actions do not and will not constitute a default under any agreement, indenture, mortgage, lease, note, or other obligation or instrument to which we are subject and no approval or other action by any governmental authority or agency is required in connection therewith.

    (g) We have delivered or will deliver or cause to be delivered all opinions, letters and other documents as required of us in the Application and the Guide, including, but not limited to, an opinion of our counsel in substantially the form as required by the Invitation.

    (h) We agree to pay our own expenses, including the fees and expenses of our counsel, in connection with all transactions relating to the Program.

10/17/2007  12:07   636-261-6519              CITIMORTGAGE LEGAL                    PAGE 05/07
10/17/2007 09:47 FAX  4892201572        CITIMORTGAGE                                 ☒005/007

Page 4 of 4

(i) We agree to inform you immediately of any development or prospective development which would cause any of the statements in this Application to be untrue as of such date.

All notices may be given to us at the address listed below. The effective date of this Application to Participate is: August 11, 1994_____, 19 94 .

                            Very truly yours,

COLUMBIA NATIONAL, INC.
Lending Institution

By: _____
Signor  Steven A. Marshall

Title  Vice President

Address:
7142 Columbia Gateway Drive
Columbia, MD 21046

RECEIVED TIME   OCT. 17.  11:09AM

10/17/2007  12:07   636-261-6519         CITIMORTGAGE LEGAL              PAGE 06/07
10/17/2007  09:47 FAX  4692201572        CITIMORTGAGE                    ☒006/007

# COLUMBIA NATIONAL
Incorporated℠

JUL 3 0 2004

First Nationwide Mortgage Corporation
Mail Code 0222
14581 Dallas Parkway Suite 210
Dallas, Texas 75240

#1 /202—



July 22, 2004

RE:   Notification of Corporate Name Change from
      Columbia National, Incorporated to
      American Home Mortgage Servicing, Inc.
      Federal ID number: 52-0957267

Please allow this to serve as written notification that Columbia National, Incorporated will be changing its corporate name effective August 1, 2004.

Former Name:     Columbia National, Incorporated

New Name:        American Home Mortgage Servicing, Inc.

Please note that our Federal Identification number will remain the same. Kindly update your records to reflect the above changes. Should any additional procedures be necessary to effectuate these changes, please contact me at 410 872-2242 or via facsimile at 410-872-3679.

Sincerely,

Barbara Williams-Whitehead
Supervisor, Investor Accounting

7142 Columbia Gateway Drive
Columbia, MD 21046-2132
410/872-2000 Office
410/872-2598 Fax
www.columbianational.com



RECEIVED TIME  OCT. 17.  11:09AM

10/17/2007 12:07  636-261-6519           CITIMORTGAGE LEGAL                    PAGE 07/07
10/17/2007 09:47 FAX 4892201572          CITIMORTGAGE                          ☒007/007
OCT 25 2004 15:25 FR AMERICAN HOME MORT   410 872 2652 TO 919727744940         P.02/06
                                  CORPORATION
JUL-06-2004  11:51

# COLUMBIA NATIONAL, INCORPORATED

## ARTICLES OF AMENDMENT

COLUMBIA NATIONAL, INCORPORATED, a Maryland corporation, (the "Corporation") hereby certifies to the State Department of Assessments and Taxation of Maryland that:

The Charter of the Corporation hereby is amended by striking out in its entirety Article 2 of the Articles of Incorporation, and in lieu thereof inserting new Article 2, as follows:

"2. NAME. The name of the corporation (which is hereinafter called the "Corporation") is:

American Home Mortgage Servicing, Inc."

This amendment of the charter of the corporation has been approved by the sole director and sole shareholder of the Corporation.

IN WITNESS WHEREOF, Columbia National, Incorporated has caused these Articles to be signed in its name and on its behalf by its President and Secretary, both of whom swear under penalties of perjury that the foregoing is a corporate act.

_____                    _____
Alan Horn                                    Michael Strauss
Secretary                                    President

Return address of filing party:

520 Broadhollow Road
Melville, NY 11747

TOTAL P.02

RECEIVED TIME  OCT. 17.  11:09AM