# EXHIBIT 2

# FEATHERSTONE PETRIE DESISTO LLP
## Attorneys

Facsimile
303 626-7101

E-mail:
apetrie@featherstonelaw.com

600 17th Street, Suite 2400S
Denver, Colorado 80202-5424

Andrew J. Petrie
Direct Line
303 626-7139

June 10, 2008

**VIA FACSIMILE**

Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

      Re:    *In re American Home Mortgage Holdings, Inc., et al., Case No. 07-11047 (CSS)*

Dear Bob:

      I write to clarify the identity of a CitiMortgage, Inc. ("CMI") agreement that the Debtors have listed in the Sale Order (which the court, in turn, adopted and signed), and to which the Debtors have referred in numerous filings (and continue to refer in their pleading concerning cure amounts for the period between the initial and final closings) as the "Loan Sale and Servicing Agreement with CitiMortgage Inc."

      This agreement to which the Debtors refer is the Application to Participate in the Veterans Land Board Veterans Housing Assistance Program (the "VLB Agreement"). There, the Debtors agreed, among other things, to service certain mortgage loans and to be bound by the Veterans Land Board's Guide (the "VLB Guide") and its Program Guidelines (the "VLB Guidelines").

      As part of its efforts to clarify, CMI has identified the VLB Agreement in numerous filings it has made with the Court (copies of which I attach for your ease of reference). For example, CMI identified the VLB Agreement at paragraph 8 of its Limited Objection to the Debtors' Motion for An Order Approving Procedures for Debtors' Servicing Entry Into Subservicing Agreements (and cross-referenced it as the "servicing agreement to which the debtors refer at pages 1 and 21 of Schedule I at Docket No. 1703").[1]

---

[1]    At Docket No. 1703, the Debtors made two references to this agreement, which agreement the Debtors described (as discussed above) as the "Loan Sale and Servicing Agreement with CitiMortgage Inc." The Court identifies the agreement in similar fashion in its Sale Order.

**EXHIBIT 2**

Robert S. Brady
June 10, 2008
Page 2

Based on the fact that they continue to use the generic and wholly uninformative reference, it appears, however, that the Debtors may still be unable to identify or locate this agreement in their records. I therefore attach a copy of the VLB Agreement. Although CMI does not attach the VLB Guide and VLB Guidelines because they are voluminous, CMI has copies and can provide them on reasonable request.

I hope this clarifies the issue and provides the Debtors with the information they need to properly identify and characterize this agreement. Please feel free to contact me if you should you have questions or need any additional information.

Thank you.

Very truly yours,

Andrew J. Petrie

AJP/rea
Enclosures
cc:   Brett D. Fallon (via email)