# EXHIBIT 3

# FEATHERSTONE PETRIE DESISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 3568

CitiMortgage, Inc.  
Citigroup Global Legal Administration  
Attention: Legal Billing Compliance  
3800 Citigroup Center, A3 – 24  
Tampa, Florida 33610

December 19, 2007

Re: *American Home Mortgage v. CitiMortgage, Inc.*
Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
FPD #144-0023

| | |
|---|---:|
| Fees for legal services for the month ending November 30, 2007 (summarized below) | $ 13,353.00 |
| Disbursements for the month ending November 30, 2007 (detail attached) | $ 234.24 |
| **PLEASE PAY THIS AMOUNT** | $ 13,587.24 |

*Please make your check payable to:*
**FEATHERSTONE PETRIE DESISTO LLP**

*Thank you.*

**EXHIBIT 3**

# FEATHERSTONE PETRIE DeSISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 3658

CitiMortgage, Inc.  
Citigroup Global Legal Administration  
Attention: Legal Billing Compliance  
3800 Citigroup Center, A3 – 24  
Tampa, Florida 33610

January 28, 2008

Re: *American Home Mortgage v. CitiMortgage, Inc.*
Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
FPD #144-0023

| | |
|---|---|
| Fees for legal services for the month ending December 31, 2007 (summarized below).............................................................................. | $ 17,266.50 |
| Disbursements for the month ending December 31, 2007 (detail attached) ........................................................................................... | $    997.25 |
| **PLEASE PAY THIS AMOUNT** ................................................................ | $ 18,263.75 |

*Please make your check payable to:*
**FEATHERSTONE PETRIE DeSISTO LLP**

*Thank you.*

# FEATHERSTONE PETRIE DeSISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 4088

CitiMortgage, Inc.  
Citigroup Global Legal Administration  
Attention: Legal Billing Compliance  
3800 Citigroup Center, A3 – 24  
Tampa, Florida 33610

February 25, 2008

Re: *American Home Mortgage v. CitiMortgage, Inc.*  
Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)  
FPD #144-0023

| | |
|---|---:|
| Gross fees for legal services for the month ending January 31, 2008 (detail attached) | $ 18,130.00 |
| Discount | (1,235.50) |
| Disbursements for the month ending January 31, 2008 (detail attached) | $ 1,406.10 |
| TOTAL | $ 18,300.60 |
| Previous Balance | 18,263.75 |
| **PLEASE PAY THIS AMOUNT** | $ 36,564.35 |

*Please make your check payable to:*  
**FEATHERSTONE PETRIE DeSISTO LLP**

*Thank you.*

# FEATHERSTONE PETRIE DESISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 4088

CitiMortgage, Inc.  March 26, 2008
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 – 24
Tampa, Florida 33610

Re: *American Home Mortgage v. CitiMortgage, Inc.*
Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
FPD #144-0023

| | |
|---|---|
| Gross fees for legal services for the month ending February 29, 2008 (detail attached) | $ 17,962.00 |
| Discount | (1,466.50) |
| Disbursements for the month ending February 29, 2008 (detail attached) | $  1,997.88 |
| TOTAL | $ 18,493.38 |

*Please make your check payable to:*
**FEATHERSTONE PETRIE DESISTO LLP**

*Thank you.*

# FEATHERSTONE PETRIE DESISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 4088

CitiMortgage, Inc.  May 12, 2008
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 – 24
Tampa, Florida 33610

Re: *American Home Mortgage v. CitiMortgage, Inc.*
Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
FPD #144-0023

| | |
|---|---|
| Gross fees for legal services for the month ending March 31, 2008 (detail attached) .................................................................................................. | $ 1,360.00 |
| Discount ................................................................................................................... | ( 119.00) |
| Disbursements for the month ending March 31, 2008 (detail attached) .................................................................................................. | $   47.62 |
| TOTAL ..................................................................................................................... | $ 1,288.62 |

*Please make your check payable to:*
**FEATHERSTONE PETRIE DESISTO LLP**

*Thank you.*

# FEATHERSTONE PETRIE DeSISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 4088

CitiMortgage, Inc.                                                          June 5, 2008
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 – 24
Tampa, Florida 33610

---

Re:   *American Home Mortgage v. CitiMortgage, Inc.*
      Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
      FPD #144-0023

Gross fees for legal services for the month ending April 30, 2008
    (detail attached) .................................................................................... $ 2,760.00

Discount ................................................................................................................. ( 241.50)

Disbursements for the month ending April 30, 2008
    (detail attached) .................................................................................... $ 0.00

TOTAL .................................................................................................... $ 2,518.50

---

*Please make your check payable to:*
**FEATHERSTONE PETRIE DeSISTO LLP**

*Thank you.*

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

| | |
|---|---|
| CitiMortgage, Inc. | December 20, 2007 |
| Citigroup Global Legal Administration | Invoice No. 310458 |
| Attention: Legal Billing Compliance | |
| 3800 Citigroup Center, A3 - 24 | |
| Tampa, FL 33610 | |

Matter Name:     American Home Mortgage Investment Corp.
                 Citi Matter #2007-CON-CLG-003471
                 (Lawrence J. Kettenbach, Jr.)
Matter Number:   112908-0002
Attorney:        Brett D. Fallon
Case Number:

| | |
|---|---|
| For Professional Services through November 30, 2007 (details attached) | $5,318.50 |
| For Disbursements through November 30, 2007 (details attached) | $82.90 |
| Total Services and Disbursements this period | $5,401.40 |
| Previous Balance | $89,003.46 |
| Payments and Other Credits through | |
| Less Payments Received | $.00 |
| Less Adjustments | ($9,500.00) |
| Balance Due | $84,904.86 |

# MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

CitiMortgage, Inc.
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 - 24
Tampa, FL  33610

March 17, 2008
Invoice No. 312875

| | |
|---|---|
| Matter Name: | American Home Mortgage Investment Corp. Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.) |
| Matter Number: | 112908-0002 |
| Attorney: | Brett D. Fallon |
| Case Number: | |

| | |
|---|---:|
| For Professional Services through January 31, 2008 (details attached) | $22,436.00 |
| For Disbursements through January 31, 2008 (details attached) | $4,586.53 |
| Total Services and Disbursements this period | $27,022.53 |
| Previous Balance | $84,904.86 |
| Payments and Other Credits through 02/25/2008 | |
| Less Payments Received | ($84,824.15) |
| Less Adjustments | ($76.08) |
| **Balance Due** | **$27,027.16** |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

CitiMortgage, Inc.
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 - 24
Tampa, FL 33610

April 29, 2008
Invoice No. 314022

Matter Name: American Home Mortgage Investment Corp.
Citi Matter #2007-CON-CLG-003471
(Lawrence J. Kettenbach, Jr.)
Matter Number: 112908-0002
Attorney: Brett D. Fallon
Case Number:

| | |
|---|---|
| **For Professional Services through March 31, 2008 (details attached)** | $9,079.00 |
| **For Disbursements through March 31, 2008 (details attached)** | $317.96 |
| **Total Services and Disbursements this period** | $9,396.96 |
| Previous Balance | $27,027.16 |
| **Balance Due** | **$36,424.12** |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

CitiMortgage, Inc.
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 - 24
Tampa, FL 33610

June 10, 2008
Invoice No. 315294

| | |
|---|---|
| Matter Name: | American Home Mortgage Investment Corp.<br>Citi Matter #2007-CON-CLG-003471<br>(Lawrence J. Kettenbach, Jr.) |
| Matter Number: | 112908-0002 |
| Attorney: | Brett D. Fallon |
| Case Number: | |

| | |
|---|---:|
| For Professional Services through May 31, 2008 (details attached) | $2,825.50 |
| For Disbursements through May 31, 2008 (details attached) | $.00 |
| Total Services and Disbursements this period | $2,825.50 |
| Previous Balance | $36,424.12 |
| Payments and Other Credits through 05/20/2008 | |
| Less Payments Received | ($26,970.03) |
| Less Adjustments | $.00 |
| Balance Due | $12,279.59 |