IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              )   Chapter 11
                                                    )
AMERICAN HOME MORTGAGE                              )
HOLDINGS, INC., a Delaware corporation,             )   Case No. 07-11047 (CSS)
et al.,                                             )
                    Debtors.                        )   Jointly Administered
                                                    )

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE          :
                           : SS:
NEW CASTLE COUNTY          :

    I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 19, 2008, I caused to be served:

### CITIMORTGAGE, INC.'S COMBINED: (1) STATEMENT OF CURE AMOUNT FOR PERIOD BETWEEN INITIAL CLOSING AND FINAL CLOSING; AND (2) OBJECTION TO DEBTORS' PROPOSED PURCHASER'S CURE AMOUNTS
(Docket Nos. 11, 1703, 1711, 2166, 2226, 2236, 2466, 3847, 4021 and 4084)

    Service was completed upon parties on the attached list in the manner indicated thereon.

Date: June 19, 2008

                                                              _/s/ William Weller_
                                                               William Weller

SWORN AND SUBSCRIBED before me this 19th day of June, 2008

                                                               _/s/ S. Staci Hudson_
                                                               NOTARY
                                                               My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

**VIA HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Facsimile: (302) 661-7360
[Counsel to the Purchaser]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Official Committee of Unsecured Creditors]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

**VIA FACSIMILE**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]

Erica M. Ryland, Esq.
Scott J. Friedman, Esq.
Jones Day LLP
222 East 41st Street
New York, NY 10017
Facsimile: (212) 755-7306
[Counsel to the Purchaser]