# **EXHIBIT D**

Subj: **Fwd: RE: Chavez**
Date: 6/5/2007 1:40:23 P.M. Pacific Daylight Time
From: johnbarry83@yahoo.com
To: dprussak@aol.com, saraplusfour@cox.net

Note: forwarded message attached.

X-Apparently-To: johnbarry83@yahoo.com via 206.190.38.234; Thu, 10 May 2007 14:32:06 -0700
X-Originating-IP: [66.80.60.32]
Authentication-Results: mta494.mail.mud.yahoo.com from=sterlingeagle.com; domainkeys=neutral (no sig)
Received: from 66.80.60.32 (EHLO mail.megapathdsl.net) (66.80.60.32)
  by mta494.mail.mud.yahoo.com with SMTP; Thu, 10 May 2007 14:32:06 -0700
Received: from [207.145.201.91] (HELO XP14)
  by fe.mail.megapathdsl.net (CommuniGate Pro SMTP 5.1.8)
  with ESMTP id 212732260; Thu, 10 May 2007 14:32:05 -0700
From: "Mark N. Arnold" <marnold@sterlingeagle.com>
To: "'Jerry McGarvey'" <JMcGarvey@AHL.ORG>,
   "Scott B. Woll" <swoll@sterlingeagle.com>
Cc: "Gary V. Hoyer" <ghoyer@sterlingeagle.com>,
   "G. Mark Loreto" <mloreto@warehouse1.com>,
   "Cecelia A. Crosara" <ccrosara@sterlingeagle.com>,
   "'John Barry \(E-mail\)'" <johnbarry83@yahoo.com>,
   "Steven Diliberto" <sdiliberto@sterlingeagle.com>
References: <18CF566677058441ABC57952A4947B4D04FCB858@corpexsrv5501.ahl.org>
Subject: RE: Chavez
Date: Thu, 10 May 2007 17:32:05 -0400
Organization: Sterling Eagle Mortgage Investment Company, LLC
MIME-Version: 1.0
Content-Type: multipart/alternative;
   boundary="----=_NextPart_000_0004_01C79329.21212130"
X-Mailer: Microsoft Office Outlook 11
Thread-Index: AceTSB+SPhRmDIIySdOCEgPA460TmQAAkNAg
In-Reply-To: <18CF566677058441ABC57952A4947B4D04FCB858@corpexsrv5501.ahl.org>
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3028
Content-Length: 5296


No problem, I can understand the customer being upset. We will see what we can do to get this resolved ASAP.

Thanks,

Mark

---

**From:** Jerry McGarvey [mailto:JMcGarvey@AHL.ORG]
**Sent:** Thursday, May 10, 2007 5:17 PM
**To:** 'Mark N. Arnold'; Jerry McGarvey; Scott B. Woll
**Cc:** Gary V. Hoyer; G. Mark Loreto; Cecelia A. Crosara; 'John Barry (E-mail)'; Steven Diliberto
**Subject:** RE: Chavez

Thanks Mark, hate to throw you into the fire just coming into the new position but felt you needed to be included. I appreciate the response and help as we have one really upset customer....Thanks Jerry

-----Original Message-----
**From:** Mark N. Arnold [mailto:marnold@sterlingeagle.com]
**Sent:** Thursday, May 10, 2007 2:05 PM

**To:** 'Jerry McGarvey'; Scott B. Woll
**Cc:** Gary V. Hoyer; G. Mark Loreto; Cecelia A. Crosara; 'John Barry (E-mail)'; Steven Diliberto
**Subject:** RE: Chavez

Good Afternoon Jerry,

I was just brought into the loop on this deal and will work with everyone here to get up to speed and define what options we have for a solution. I will follow up on this with you by the end of the day tomorrow.

Thanks,

Mark

Mark N. Arnold

Senior VP/ Operations Manager

SureStep Fulfillment Services, LLC

340 Scotch Road

West Trenton, NJ 08628

phone: 609-671-0500 x261

fax: 609-671-0661

email: marnold@sterlingeagle.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

---

**From:** Jerry McGarvey [mailto:JMcGarvey@AHL.ORG]
**Sent:** Thursday, May 10, 2007 4:59 PM
**To:** Scott B. Woll (E-mail)
**Cc:** 'Ghoyer (E-mail); G. Mark Loreto (E-mail); Cecelia A. Crosara (E-mail); John Barry (E-mail); 'marnold@sterlingeagle.com'; 'Sdiliberto (E-mail)
**Subject:** FW: Chavez

Hello All,
     We are now almost 3 months into this situation and we have not heard back from John who as of today is no longer with you. Mt Chavez is very very upset. When he signed the corrected note he was told it was only a margin change as we were told as well. It ended up being a completly different loan program. His payments are 4 times higher then the loan he initially signed for and we have constantly been told we are just waiting for AHM to get back to us. Mr Chavez also did not sign a new recission or was not given new disclosures. We did not handle the loan docs from here and surestep sent the second note for the borrower to sign. We are looking at a potential law suit. We need to get this resolved as to what direction this needs to go. Please discuss it between yourselves and lets get a solution right away.....Thanks Jerry McGarvey

-----Original Message-----
**From:** J B [mailto:johnbarry83@yahoo.com]
**Sent:** Thursday, May 10, 2007 1:41 PM

**To:** John Harrigan; tom chavez; jerry mcgarvey
**Subject:** RE: Chavez

John can you **PLEASE** let us know whats going on

*John Harrigan <jharrigan@sterlingeagle.com> wrote:*

> I spoke with AHM yesterday and we in the process of comparing documents. Please bear with us. I will let you know asap. Thanks
>
> John Harrigan
>
> ---
>
> **From:** J B [mailto:johnbarry83@yahoo.com]
> **Sent:** Thursday, March 29, 2007 12:39 PM
> **To:** J B; Jerry McGarvey; John Harrigan
> **Cc:** Scott B. Woll; LaConya Osborne; John Barry (E-mail); saraplusfour@cox.net
> **Subject:** RE: Chavez
>
> Jerry,
>
> Can you please let me know if American Home Mortgage has corrected the problem with the Chavez mortgage statement.
>
> Thanks
>
> John Barry
>
> *J B <johnbarry83@yahoo.com> wrote:*
>
>> Sara Chavez just called American Home Mortgage and confirmed to me that John Harrigan has th go ahead to discuss there loan.
>>
>> John
>>
>> *Jerry McGarvey <JMcGarvey@AHL.ORG> wrote:*
>>
>>> Thanks John
>>>
>>> To: John Barry,
>>>      John, can we get a authorization signed by the customer so that John Harrigan can speak to AHM. Jerry
>>>
>>>> -----Original Message-----
>>>> **From:** John Harrigan [mailto:jharrigan@sterlingeagle.com]
>>>> **Sent:** Tuesday, March 27, 2007 6:44 AM
>>>> **To:** 'Jerry McGarvey'
>>>> **Cc:** Scott B. Woll; LaConya Osborne
>>>> **Subject:** Chavez
>>>>
>>>> Hi Jerry, I contacted American Home Mortgage this morning. Unfortunately they will not discuss his loan without specific