# **EXHIBIT E**

877-304-3100
214-260-7000



**American Home Mortgage Servicing**

SENT VIA CERTIFIED MAIL
05/17/07

Thomas Chavez
Sara Chavez
35012 Camino Capistrano

Dana Point, CA 92624

RE:   ACCOUNT NUMBER   1001527887          COPIES BY FIRST CLASS MAIL

DEAR MORTGAGOR:

THIS LETTER IS WRITTEN TO YOU TO ADVISE YOU THAT YOU ARE CURRENTLY IN DEFAULT UNDER THE ABOVE REFERENCED LOAN FOR NON-PAYMENT OF THE MONTHLY MORTGAGE PAYMENTS FOR THE MONTHS OF 04/07 AND 05/07.

IN ORDER TO CURE THIS DEFAULT, PLEASE FORWARD TO US THE SUM OF $18,393.76, WHICH INCLUDES UNPAID MORTGAGE PAYMENTS, LATE CHARGES AND FEES NOW DUE BY CERTIFIED CHECK, CASHIER'S CHECK OR MONEY ORDER.  ANY FURTHER DELAY IN REINSTATING YOUR MORTGAGE ACCOUNT WILL RESULT IN APPROXIMATELY $1600.00 IN ATTORNEY AND FORECLOSURE FEES TO YOU.

** NOTE **

AS PAYMENTS ARE DUE ON THE FIRST DAY OF EACH MONTH AND LATE CHARGES ARE DUE AFTER THE 15TH DAY OF DELINQUENCY, THE ABOVE TOTAL DELINQUENCY AMOUNT MUST BE INCREASED TO INCLUDE YOUR 06/07 PAYMENT, IF NOT RECEIVED PRIOR TO 06/01/07 FOR A TOTAL OF $27,574.76.

THE TOTAL AMOUNT DUE INDICATED ABOVE SHOULD BE MAILED TO AMERICAN HOME MTG SERVICING, AT 4600 REGENT BLVD, SUITE 200 IRVING, TX 75063-2443.  FOR YOUR CONVENIENCE, A SELF-ADDRESSED ENVELOPE IS ENCLOSED.  PLEASE ENCLOSE THE APPROPRIATE COUPONS WITH THESE FUNDS.

THE TOTAL AMOUNT DUE TO BRING YOUR MORTGAGE CURRENT, THROUGH AND INCLUDING THE MONTH OF RECEIPT, MUST BE RECEIVED BY 06/16/07. FAILURE TO CURE THIS DEFAULT ON OR BEFORE THE DATE SPECIFIED HEREIN MAY RESULT IN ACCELERATION OF THE TOTAL AMOUNT SECURED BY YOUR DEED OF TRUST AND SALE OF YOUR PROPERTY.
UNDER PARAGRAPH 19 OF YOUR DEED OF TRUST, YOU HAVE THE RIGHT TO REINSTATE YOUR LOAN AFTER ACCELERATION AND, IN THE EVENT OF FORECLOSURE PROCEEDINGS, THE RIGHT TO ASSERT THE NON-EXISTENCE OF A DEFAULT OR ANY OTHER DEFENSE THAT YOU HAVE TO ACCELERATION AND SALE.

IN THE EVENT THIS DEFAULT IS NOT CURED AS HEREIN STATED, WE MAY, AT OUR OPTION, ACCELERATE THE LOAN, THAT IS TO SAY, DECLARE THAT ALL OF THE SUMS SECURED BY YOUR DEED OF TRUST SHALL BE IMMEDIATELY DUE AND PAYABLE WITHOUT FURTHER DEMAND AND INVOKE THE POWER OF SALE AND ANY OTHER REMEDIES PERMITTED BY APPLICABLE LAW.  IN THE EVENT WE DO ACCELERATE, THEN WE SHALL BE ENTITLED TO COLLECT ALL REASONABLE COSTS AND EXPENSES INCURRED IN PURSUING THE REMEDIES AVAILABLE TO US INCLUDING, BUT NOT LIMITED TO, REASONABLE ATTORNEY FEES.

A COPY OF THIS LETTER IS BEING SENT TO YOU BY REGULAR FIRST-CLASS MAIL.  WE AWAIT THE COURTESY OF YOUR REPLY.

SINCERELY,


COLLECTIONS DEPT

4600 REGENT BLVD., SUITE 200
IRVING, TEXAS 75063
*Licensed Mortgage Banker or Authorized Lender in the Fifty States and The District of Columbia*
* NYSE Listing Symbol - AHM



American Home Mortgage Servicing
P.O. Box 631730
Irving, TX 75063-1730
www.americanhm.com

05/23/07



**American Home Mortgage Servicing**

048233

THOMAS CHAVEZ
SARA CHAVEZ
35012 CAMINO CAPISTRANO
DANA POINT CA 92624-1726

Account Number: 1001527887
ARM Plan Number: 402
Property Address:
35012 Camino Capistrano
Dana Point, CA 92624

## ARM ADJUSTMENT NOTIFICATION

Dear Customer:

In accordance with the terms of your Adjustable Rate Mortgage, on 07/01/07 the interest payment on your loan will change based on the interest rate change one month prior to the payment effective date. Your new interest payment is $8790.94. The change will be effective from 07/01/07 through the end of the month. This interest rate change was based on the following information:

| Description | Current | New |
|---|---|---|
| Current Index Date: 05/17/07 | | |
| Index Value: | 5.027 | 5.029 |
| Interest Rate: | 8.533 | 8.579 |
| Interest Payment | 8743.81 | 8790.94 |
| Loan Balance as of 07/01/07: $1,229,645.98 | | |

Per your loan documents, the margin used to calculate this adjustment is 3.550%. For an explanation of the method used to calculate this adjustment, please see the box at the bottom of this page.

You will receive a new payment statement prior to the effective payment date.

Should you have any questions regarding this notice please contact our Customer Care Department at 1-877-304-3100.

Sincerely,

Raul De La Cruz
Adjustable Rate Mortgage Supervisor

**METHOD FOR CALCULATING YOUR ADJUSTABLE RATE MORTGAGE**

