# **EXHIBIT I**

## NORTHWEST TRUSTEE SERVICES, INC.
505 N. Tustin Ave, Suite 243 • Santa Ana, CA 92705 • (714) 277-4888 • Fax: (714) 277-4899

Providing services in states of AK, CA, ID, MT, NV, OR, WA

9/25/2007

Re: **NOTICE UNDER FAIR DEBT COLLECTION PRACTICES ACT**

| | |
|---|---|
| T.S. Number | 7983.21518 |
| Loan Number | 1001527887 |
| Amount of Debt: | $1,229,645.98, plus current monthly interest due from 04/01/07, plus Late Char Escrow Shortages, and Collection Costs pursuant to the Note. |
| Name of Creditor: | American Home Mortgage Servicing |
| Serviced by: | American Home Mortgage Servicing |
| Property Address: | 35012 CAMINO CAPISTRANO, DANA POINT, CA 92624 |

Dear Mortgagor(s):

As of 9/25/2007, you owe $50,667.66. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.

Your Mortgage Loan with the above-referenced Creditor has been referred to our office for foreclosure based upon a default under the terms of the subject Note and Deed of trust. Pursuant to and in compliance with the Fair Debt Collection Practices Act [Federal (15 USC 1601, as amended) and California (Civil Code Section 1788, et seq)], our firm, acting on behalf of the above-named Creditor, hereby provides the following notifications:

1. We are attempting to collect a debt and any information we obtain will be used for that purpose.
1. The debt described in the foregoing Notice of Default will be assumed to be valid unless the Debtors (Property Owners) dispute the same within THIRTY (30) DAYS from the date hereof. If the debt is disputed, written verification of the debt will be obtained by our firm and mailed to the Debtor.
2. The amount required to reinstate or pay off the Debtor's account will be provided to the Debtor upon request. The Debtor should telephone our firm at the telephone number set forth above for a quotation of such amount.
3. Written requests or claims of dispute may be sent to the Creditor or to our firm at the address set forth above.

Sincerely,

Lupe Tabita

