# **EXHIBIT K**

```
 1 | CHARLES D. RICHMOND, ESQ., SBN 95915
   | 2357 Via Pisa
 2 | Del Mar, California 92014
   | Tel. (858) 558-4600
 3 | Fax (858) 755-0965
 4 |
   | Attorneys for Plaintiffs,
 5 | THOMAS and SARA CHAVEZ
```

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 21 2007

ALAN SLATER, Clerk of the Court
S. TURNER

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF ORANGE, CENTRAL DIVISION

| | |
|---|---|
| THOMAS CHAVEZ and SARA CHAVEZ, husband and wife as joint tenants<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME LOANS, a California corporation, Sterling Eagle Investment Company, LLC, an unknown entity; Surestep Fulfillment Services, a New Jersey Limited Liability Company and wholly owned subsidiary of Sterling Eagle Mortgage Investment Company, LLC; AMERICAN HOME MORTGAGE SERVICES, INC., an unknown entity; AMERICAN HOME MORTGAGE, an unknown entity; THE ESCROW FORUM, a California corporation; DOES 1-20 | Case Number: 30-2007-00100010<br><br>ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER<br><br><br>Action filed: December 10, 2007<br><br>Date: December 21, 2007<br>Time: 8:30 a.m.<br>Dept: C-4<br><br>IC JUDGE: Hon. Franz E. Miller |

Good cause appearing in the complaint, supporting declarations, and memorandum of points and authorities; and it appearing that this is a proper case for issuance of an order to show cause and a temporary restraining order; and that, unless a temporary restraining order issues, plaintiff will suffer irreparable injury before the matter can be heard on notice:

IT IS HEREBY ORDERED that defendant American Home Mortgage appear on, 1/24/08 2008, at 1:30 a.m./p.m. in Department C-4 of the above-titled Court, located at to show cause why a preliminary injunction should not be issued enjoining defendant from selling or attempting to sell, or causing to be sold, the trust property described in the complaint on file in this action either under the power of sale in the deed of trust or by foreclosure action.

Temporary Restraining Order and Order to Show Cause

1

1   IT IS FURTHER ORDERED that, pending the hearing on the order to show cause, defendant
2   AMERICAN HOME MORTGAGE; defendant's agents, officers, employees, partners, successors,
3   and representatives; all persons acting in concert or participating with them; and each of them are
4   hereby restrained and enjoined from selling, attempting to sell, or causing to be sold the property
5   described in the complaint on file in this action either under the power of sale in the deed of trust or
6   by foreclosure action.
7   IT IS FURTHER ORDERED that a copy of the complaint, supporting declarations, and
8   memorandum of points and authorities, together with a copy of this order to show cause and
9   temporary restraining order, be served on defendant no later than 1|11 , 2008.
10  IT IS FURTHER ORDERED that a bond or undertaking on this temporary restraining order is
11  hereby fixed at $ ∅ .

12  Dated: December 21, 2007    By:    Judge Franz E. Miller
13                                     _____
                                       Hon. Franz. E. Miller
14                                     Judge of the Superior Court

28  Temporary Restraining Order and Order to Show Cause

2