# **EXHIBIT M**

RECEIVED
SUPERIOR COURT OF CALIFORNIA
CENTRAL JUSTICE CENTER
FEB 0 1 2008
BY: S. TURNER

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
FEB 0 4 2008
ALAN SLATER, Clerk of the Court
BY: S. TURNER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE, CENTRAL DIVISION

| | |
|---|---|
| THOMAS CHAVEZ and SARA CHAVEZ, husband and wife as joint tenants,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME LOANS, a California corporation, Sterling Eagle Investment Company, LLC, an unknown entity; Surestep Fulfillment Services, a New Jersey Limited Liability Company and wholly owned subsidiary of Sterling Eagle Mortgage Investment Company, LLC; AMERICAN HOME MORTGAGE SERVICES, INC., an unknown entity; AMERICAN HOME MORTGAGE, an unknown entity; THE ESCROW FORUM, a California corporation; DOES 1-20<br><br>Defendants. | Case Number: 30-2007-00100010<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 24, 2008<br>Time: 1:30 p.m.<br>Dept: C-4<br><br>IC JUDGE: Hon. Franz E. Miller |

On January 24, 2008 Plaintiffs THOMAS and SARA CHAVEZ, by and through their counsel Charles D. Richmond, Esq., appeared before the Honorable Franz E. Miller for an Order to Show Cause directed to defendant American Home Mortgage Inc. and its agent Northwest Trustee Services, Inc., as to why a preliminary injunction should not enter during the pendency of this action, enjoining them from proceeding with any and all foreclosure actions and/or proceedings regarding American Home Mortgage loan No. 1001527887 and or the property located at 35012 Camino Capistrano, Dana Point California more particularly described as "Lot 19 in Block 2 of Tract No. 883, in the city of Dana Point, in the County of Orange, State of California, as shown by map on file in book 27, pages 1 to 10 inclusive of maps, records of Orange County, California."

American Home Mortgage Inc., duly noticed, did not appear.

1  After hearing evidence and argument and good cause appearing, it is hereby ordered:

2

3  1)  A preliminary injunction is granted enjoining American Home Mortgage and its agents,

4  including Northwest Trustee Services, Inc., from proceeding with any and all foreclosure

5  actions and/or proceedings regarding American Home Mortgage loan No. 1001527887 and or

6  the property located at 35012 Camino Capistrano, Dana Point, California;

7  Further;

8  2)  The preliminary injunction is conditioned on plaintiffs THOMAS and SARA CHAVEZ

9  continued monthly mortgage payments in the following amounts:

10  12 payments of $4,270.17 commencing 01/01/08

11  12 payments of $4,590.43 commencing 01/01/09

12  12 payments of $4,934.71 commencing 01/01/10

13  12 payments of $5,304.81 commencing 01/01/11

14  299 payments of $9,120.40 commencing 01/01/12

15  1 payment of $9,124.09 on 12/01/36.

16

17

18  IT IS SO ORDERED.

19

20

21

22

23  DATED: FEBRUARY 4, 2008       By: _____

24                                    Hon. Franz E. Miller
                                      Judge of the above-entitled court

25

26

27

28
_____
Order Granting Preliminary Injunction

2

# PROOF OF SERVICE

I, the undersigned, declare:

My business address is, and at all times mentioned herein was, located in San Diego County at 2537 Via Pisa, Del Mar, CA 92014. I am over the age of 18 and not a party to this action.

On February 08, 2008, I served true and correct copies of Order Granting Preliminary Injunction in the matter entitled Thomas and Sara Chavez v. American Home Loans, et. al., OCSC Case No. 30-2007-00100010, by depositing the same for collection and mailing in a sealed envelope, with postage thereon fully prepaid, U.S. Mail, First class, to the last know addressed of the Defendants, to the as indicated below, following ordinary business practices. I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day, in the ordinary course of business.

> Lawyers Incorporating Service
> 2730 Gateway Oaks Dr., Suite 100
> Sacramento CA 95833
>
> Northwest Trustee Services, Inc.
> 505 North, Tustin Avenue Ste. 243
> Santa Ana, CA 92705
>
> Attn: Litigation Counsel
> American Home Mortgage, Servicing Inc.
> 4600 Regents Blvd., Ste. 200
> Irvine, TX 75063

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 08, 2008, at Del Mar, CA.

_____
Nathan R. Brenner