# Exhibit N

JUN 1 2 2008

1  Allan B. Cooper (SBN 60862)
     acooper@ecjlaw.com
2  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
3  Beverly Hills, California 90212-2974
   Telephone (310) 273-6333
4  Facsimile (310) 859-2325

5  Attorneys for Sterling Eagle Mortgage Investment Company, LLC

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ORANGE**

| | |
|---|---|
| THOMAS CHAVEZ and SARA CHAVEZ, husband and wife as joint tenants,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME LOANS, a California corporation; STERLING EAGLE INVESTMENT COMPANY, LLC, an unknown entity; SURESTEP FULFILLMENT SERVICES, a New Jersey limited liability company and wholly owned subsidiary of Sterling Eagle Mortgage Investment Company, LLC; AMERICAN HOME MORTGAGE SERVICES, INC., an unknown entity; AMERICAN HOME MORTGAGE, an unknown entity; THE ESCROW FORUM, a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 30-2007-001000010<br><br>**ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC, TO FIRST AMENDED COMPLAINT**<br><br>Judge Franz Miller, Dept. C-62 |

IDOCS:12943.1:680508.1
ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC, TO FIRST AMENDED COMPLAINT

1  Defendant Sterling Eagle Mortgage Investment Company, LLC ("Eagle"),
2  erroneously sued herein as Sterling Eagle Investment Company, LLC, for itself and for no
3  other defendants, answers Plaintiffs' First Amended Complaint as follows (alleging also
4  that as to each allegation hereinafter denied for lack of information or belief, Eagle does
5  not have sufficient information or belief to enable it to admit or deny such allegation;
6  wherefore, it denies each such allegation and places it denial thereof on that ground):

## GENERAL DENIAL

1. Eagle generally denies each allegation of Plaintiffs' First Amended Complaint under and pursuant to California Code of Civil Procedure, §431.30(d).

## AFFIRMATIVE DEFENSES

### FIRST

2. The First Amended Complaint, and each cause of action thereof, fails to state facts sufficient to constitute a cause of action against Eagle.

### SECOND

3. Assuming *arguendo* that Plaintiffs suffered any harm by virtue of the facts alleged in the FAC, such harm was brought about by the actions or inactions of others.

### THIRD

4. Assuming *arguendo* that Plaintiffs are entitled to any relief whatsoever, such relief must be apportioned among the Defendants herein in respect to their comparative fault regarding the transaction at issue herein.

WHEREFORE, Eagle prays for judgment as follows:

1. That Plaintiffs take nothing by way of their First Amended Complaint against this defendant;

2. For costs of suit incurred herein; and

/ / /
/ / /
/ / /
/ / /

ERVIN COHEN & JESSUP LLP

3.  For such other and further relief as the Court deems just and proper.

DATED: June 9, 2008

ERVIN COHEN & JESSUP LLP
Allan B. Cooper

By: _____
Allan B. Cooper
Attorneys for Sterling Eagle Mortgage
Investment Company, LLC

IDOCS:12943.1:680508.1

2

ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC, TO FIRST AMENDED COMPLAINT

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On June 9, 2008, I served the document described as

**ANSWER OF STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC, TO FIRST AMENDED COMPLAINT**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be picked up by Federal Express on that same day.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on June 9, 2008 at Beverly Hills, California.

_____
Lisa Duvall

IDOCS:12943.1:680516.1

## SERVICE LIST

| | |
|---|---|
| Scott Karlin, Esq.<br>Law Office of Scott Karlin<br>13522 Newport Ave., Suite 201<br>Tustin, CA 92780<br><br>Tel: 714-731-3283<br>Fax: 714-731-5741<br>Email: lskarlin@karlinlaw.com<br><br>*Attorneys for The Escrow Forum* | Zeke Allison, Esq.<br>Sullivan Hazeltine Allison LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br><br>Tel:<br>Fax:<br>Email:<br><br>*Attorneys for* |
| Lawyers Incorporating Service<br>2730 Gateway Oaks Dr., Suite 100<br>Sacramento, CA 92780<br><br>Tel:<br>Fax:<br>Email:<br><br>*Attorneys for American Home Mortgage* | Northwest Trustee Services, Inc.<br>505 N. Tustin Avenue, Suite 243<br>Santa Ana, CA 92705<br><br>Tel:<br>Fax:<br>Email:<br><br>*Attorneys for* |
| Litigation Counsel<br>American Home Mortgage Servicing, Inc.<br>4600 Regents Blvd., Suite 200<br>Irvine, TX 75063<br><br>Tel:<br>Fax:<br>Email:<br><br>*Attorneys for American Home Mortgage Servicing, Inc.* | Surestep Fulfillment Services<br>340 Scotch Road<br>West Trenton, NJ 08628<br><br>Tel:<br>Fax:<br>Email: |

ERVIN COHEN & JESSUP LLP

IDOCS:12943.1:680516.1

-2-