## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE, ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., ) | |
| a Delaware corporation, et al.,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

| | | |
|---|---|---|
| COUNTY OF ORANGE | : | |
| | : | SS. |
| STATE OF CALIFORNIA | : | |

### AFFIDAVIT OF CHRISTOPHER C. PRUSSAK, ESQUIRE

Christopher C. Prussak, Esquire, having been duly sworn, does depose and say as follows:

1.  Unless otherwise noted I have personal knowledge of the matters set forth in this affidavit. I am making this affidavit in connection with the *Motion of Thomas J. and Sara A. Chavez for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims* (the "Late Claim Motion") in the above-captioned bankruptcy case.

2.  I am a partner in Prussak, Welch, & Avila; a professional corporation, located at 175 S. C Street, 2nd Floor, Tustin, California 92780 (the "Firm"). I am a member in good standing of the California Bar.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

3. The Firm was retained to represent Thomas J. and Sara A. Chavez in connection with a dispute arising out of the refinancing dated November 22, 2006 relating to their primary residence located at 35012 Camino Capistrano, Dana Point, California 92624 (the "Re-Financing Dispute"). I was the attorney at the Firm who was principally responsible for the Chavez's representation in connection with the Re-Financing Dispute.

4. I have read and am generally familiar with the Late Claim Motion.

5. Attached hereto as Exhibit A is a true and correct copy of a letter dated June 1, 2007 (*sans* enclosures) that I sent to American Home Mortgage Servicing, Inc. ("AHMS") (attention: Tammy Dawson) relating to the Re-Financing Dispute.

6. Attached hereto as Exhibit B is a true and correct copy of a second letter dated June 7, 2007 (*sans* enclosures) that I sent to AHMS (attention: Tammy Dawson) relating to the Re-Financing Dispute.

7. Attached hereto as Exhibit C is a true and correct copy of an unsigned letter dated July 25, 2007 sent from American Home Mortgage Servicing to Mr. Thomas Chavez relating to the Re-Financing Dispute.

8. Attached hereto as Exhibit D is a true and correct copy of a letter dated October 15, 2007 that I sent to various parties, including AHMS, recounting the verbal agreement reached between the Chavez's and AHMS to have the original terms of the loan reinstated in exchange for the payment of three monthly checks totaling $11,191.75 that otherwise would have been held in escrow.

9. Neither I nor, to the best of my knowledge, information, and belief, anyone else at the Firm ever received notice of the First Bar Date Order, as that term is defined in the Late Claim Motion.

10. Neither I nor, to the best of my knowledge, information, and belief, anyone else at the Firm every received notice of the Second Bar Date Order as that term is defined in the Late Claim Motion.

*[Remainder of Page Left Blank Intentionally]*

FURTHER, AFFIANT SAYETH NAUGHT:

_____
Christopher C. Prussak, Esquire

SWORN AND SUBSCRIBED before me this __17__ day of June 2008.

_____
Notary Public

My commission expires __10/22/2009__.

JOSEPHINE MORALES DE ABREU
Commission # 1615412
Notary Public - California
Orange County
My Comm. Expires Oct 22, 2009

4

# Exhibit A

LAW OFFICES OF
# PRUSSAK, WELCH AND AVILA

CHRIS C. PRUSSAK, ESQ.
RANCE D. WELCH, ESQ.
GUSTAVO AVILA, ESQ.

402 EAST AVENIDA SAN JUAN
SAN CLEMENTE, CALIFORNIA 92672
(949) 369-1122 FAX (949) 369-5591

June 1, 2007

American Home Mortgage Servicing, Inc.
4600 Regent Blvd., Suite 200
Irving, TX 75063

COPY

Attn: Tammy Dawson

    Our Client    :    **CHAVEZ, TOM & SARA**
    Policy Number    :    **1001527887**

Dear Ms. Dawson

Please be advised that this firm has been retained to represent the above-named clients for all damages arising as a result of the above-captioned incident. As you can see from the original Federal Truth-In-Lending Disclosure Statement, issued to our clients on November 22, 2006, 12 payments in the amount of $3,972.25 were due, beginning January 1, 2007; see Federal Truth-In-Lending Disclosure Statement, a true and correct copy attached hereto as Exhibit 1. At no time did they ever agree to larger payments than the amount they had signed contracts for.

In the numerous times that our client's loan was sold to different loan servicers, mistakes most obviously were made. Due to these mistakes, our clients were advised not to make further payments until these errors were corrected. For instance, any papers signed by Mr. Chavez at a later time were merely introduced as a correction to previous documents. No reference was ever made to my client that this one paper would be changing the essence of their loan; no further disclosure statements were ever issued to Mr. Chavez.

Additionally, Mrs. Sara Chavez would need to sign any and all paperwork involving the loan on their property. She is a Signer on the loan; she is referred to as Borrower; she is listed on the Deed of Trust as Joint Tenant; and she is listed on the Title as Joint Tenant. At no time did Sara Chavez ever sign any additional paperwork, contracts, addendums, or any other papers which would alter their original Purchase Contract, nor did she ever sign a Quit-Claim document or Rescission for this property. Sara Chavez obviously has a vested interest in this property and would have to sign any and all documents to make any changes to the original contract. There seems to be a fraudulent loan sale from one company to another without my client's knowledge or consent, which issue will be investigated and prosecuted to the fullest extent of the law.

This matter can be easily cleared up, merely by revising the loan documents to reflect the agreed-on payments of $3,972.25. To date, our clients should have sent 6 payments, for a total payment of $23,833.50. They have sent several payments, in the total amount of $16,104.93; see checks #1052, #1069, and #1013, true and correct copies attached hereto as Exhibit 2. They are willing to put this matter to rest under the following circumstances: 1) on their part, upon payment of $7,728.57, to bring them up-to-date and current on this loan; 2) on your part,

LAW OFFICES OF
# PRUSSAK, WELCH AND AVILA

CHRIS C. PRUSSAK, ESQ.
RANCE D. WELCH, ESQ.
GUSTAVO AVILA, ESQ.

402 EAST AVENIDA SAN JUAN
SAN CLEMENTE, CALIFORNIA 92672
(949) 369-1122 FAX (949) 369-5591

upon receipt from your company that their contract has been revised to reflect the original loan agreement and monthly payments of $3,972.25; and 3) a letter confirming this agreement and resolving my clients to the extent that they can repair their credit rating. Mr. and Mrs. Chavez will agree to these conditions, agreement null and void after 12:01 am on June 22, 2007.

Alternately, if these conditions cannot be met by 12:01 am by June 22, 2007, our office will have no choice but to file legal action contending Fraud and Willful Misrepresentation under the Truth In Lending Act. Additionally, we will seek additional damages for Emotional Distress and Defamation of our clients, as well as the Damage to their credit rating. I am also requesting a copy of your file on this matter.

Please contact me as soon as possible to discuss settlement in this matter.

Very truly yours,
PRUSSAK, WELCH AND AVILA

CHRIS C. PRUSSAK
CCP/dt

Enclosures

cc:  Jerry McGarvey, American Home Loans
     Mark Arnold, SureStep Fulfillment Services
     Sterling Eagle Mortgage Investment Company

# **Exhibit B**

LAW OFFICES OF
# PRUSSAK, WELCH AND AVILA

CHRIS C. PRUSSAK, ESQ.
RANCE D. WELCH, ESQ.
GUSTAVO AVILA, ESQ.

402 EAST AVENIDA SAN JUAN
SAN CLEMENTE, CALIFORNIA 92672
(949) 369-1122 FAX (949) 369-5591

June 7, 2007

American Home Mortgage Servicing, Inc.
4600 Regent Blvd, Suite 200
Irving, TX 75063

Attn: Tammy Dawson

| | | |
|---|---|---|
| Our Client | : | **CHAVEZ, TOM & SARA** |
| Policy Number | : | **1001527887** |

**SECOND NOTICE**

Dear Ms. Dawson:

Please be advised that this firm has been retained to represent the above-named clients for all damages arising as a result of the above-captioned incident. As you can see from the original Federal Truth-In-Lending Disclosure Statement, issued to our clients on November 22, 2006, 12 payments in the amount of $3,972.25 were due, beginning January 1, 2007; see Federal Truth-In-Lending Disclosure Statement, a true and correct copy attached hereto as Exhibit 1. At no time did they ever agree to larger payments than the amount they had signed contracts for.

In the numerous times that our client's loan was sold to different loan servicers, mistakes most obviously were made. Due to these mistakes, our clients were advised not to make further payments until these errors were corrected. For instance, any papers signed by Mr. Chavez at a later time were merely introduced as a correction to previous documents. No reference was ever made to my client that this one paper would be changing the essence of their loan; no further disclosure statements were ever issued to Mr. Chavez.

Additionally, Mrs. Sara Chavez would need to sign any and all paperwork involving the loan on their property. She is a Signer on the loan; she is referred to as Borrower; she is listed on the Deed of Trust as Joint Tenant; and she is listed on the Title as Joint Tenant. At no time did Sara Chavez ever sign any additional paperwork, contracts, addendums, or any other papers which would alter their original Purchase Contract, nor did she ever sign a Quit-Claim document or Rescission for this property. Sara Chavez obviously has a vested interest in this property and would have to sign any and all documents to make any changes to the original contract. There seems to be a fraudulent loan sale from one company to another without my client's knowledge or consent, which issue will be investigated and prosecuted to the fullest extent of the law.

This matter can be easily cleared up, merely by revising the loan documents to reflect the agreed-on payments of $3,972.25. To date, our clients should have sent 6 payments, for a total payment of $23,833.50. They have sent several payments, in the total amount of $16,104.93; see checks #1052, #1069, and #1013, true and correct copies attached hereto as Exhibit 2. They are willing to put this matter to rest under the following circumstances: 1) on their part,

upon payment of $7,728.57, to bring them up-to-date and current on this loan; 2) on your part, upon receipt from your company that their contract has been revised to reflect the original loan agreement and monthly payments of $3,972.25; and 3) a letter confirming this agreement and resolving my clients to the extent that they can repair their credit rating. Mr. and Mrs. Chavez will agree to these conditions within the next 10 business days, agreement null and void after 12:01 am on June 22, 2007.

Alternately, if these conditions cannot be met by 12:01 am by June 22, 2007, our office will have no choice but to file legal action contending Fraud and Willful Misrepresentation under the Truth In Lending Act. Additionally, we will seek additional damages for Emotional Distress and Defamation of our clients, as well as the Damage to their credit rating. I am also requesting a copy of your file on this matter.

Please contact me as soon as possible to discuss settlement in this matter.

Very truly yours,
PRUSSAK, WELCH AND AVILA


CHRIS C. PRUSSAK
CCP/dt

Enclosures

cc:   Jerry McGarvey, American Home Loans
      Mark Arnold, SureStep Fulfillment Services
      Sterling Eagle Mortgage Investment Company

# Exhibit C

 **American Home Mortgage Servicing**

4600 Regent Blvd., Suite 200
Irving, Texas 75063

July 25, 2007

Thomas Chavez
35012 Camino Capistrano
Dana Point, CA 92624

AHM Loan Number: 1001527887

Thank you for your recent inquiry regarding a credit correction for the above referenced account. American Home Mortgage understands the importance of maintaining accurate credit reporting for all of our customers. After reviewing all pertinent information American Home Mortgage Servicing, Inc. has sent notice to the credit bureaus confirming the following information:

                Notice transmitted:   April 2007 paid as agreed
                                     May 2007 paid as agreed
                                     June 2007 paid as agreed

Please accept our sincere apology for the inconvenience this reporting may have caused. Should you have any further questions in regards to this matter, please contact our Customer Care department at 1-877-304-3100. Our office hours are Monday to Friday from 7:00 am to 7:00 pm CST.

Sincerely,

Customer Care Specialist

# Exhibit D



CHRISTOPHER C. PRUSSAK  
RANCE D. WELCH  
SARA I. WELCH  
GUSTAVO S. AVILA  

**PRUSSAK, WELCH, & AVILA**  
A PROFESSIONAL LAW CORPORATION  
175 S. C Street, 2nd Floor • Tustin, California 92780  
Tel: (714) 665-0799 • Fax: (714) 665-0797  
pru_law@hotmail.com  

JESSE A. LEMUS  
Hearing Representative  

SHILA SOLEIMANPOUR  
Hearing Representative  

October 15, 2007

    RE:   Chavez, Thomas & Sara

To Whom It May Concern:

Please be advised that my clients, Thomas and Sara Chavez, have retained attorney Charles Richmond to pursue legal recourse in the matter of the loan against their property located at 35012 Camino Capistrano, Capistrano Beach, California, 92624.

These clients previously retained our office for legal representation on this matter. When their mortgage was sold to a different servicing company, serious errors were made. In the course of attempting to correct this, we spoke to numerous people at the various companies, including, but not limited to, Gary Hoyer, Jerry McGarvey, Mark Arnold, and Tammy Dawson.

In speaking on several occasions with American Home Loans employee Tammy Dawson, we entered into a verbal agreement to have the original terms of the loan revert to the original terms of the loan reinstated. To this end, over the last 4 months, American Home Mortgage has cashed our clients' checks in the amount of the original loan agreement payment. We were simply waiting for the written agreement to be forwarded to us by Ms. Dawson.

However, now we have been informed that this company is currently in bankruptcy, although we have been sent no written notice of Petition being filed, and will not, or can not, authorize the written agreement to reinstate the original terms of this loan. Therefore, Mr. Richmond has been retained to stop any foreclosure proceedings and bring any necessary legal action to have the original terms reinstated.

Please do not hesitate to contact me if you have any additional questions or concerns.

Very truly yours,  
PRUSSAK, WELCH & AVILA  

CHRIS C. PRUSSK  
CCP/dt

## PROOF OF SERVICE

I, Dawne Prussak, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 175 SOUTH C STREET, 2ND FLOOR, TUSTIN, CALIFORNIA 92780. I am "readily familiar" with the practices of Welch and Welch, APC, for collection and processing correspondence for mailing with the U.S. postal service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On October 15, 2007, I served the following described document in this action as follows: LETTER REGARDING NEW ATTORNEY CHARLES RICHMOND AND VERBAL AGREEMENT WITH AMERICAN HOME MORTGAGE on all interested parties in this action as follows:

(X) by placing ( ) the original (X) a true copy thereof enclosed in sealed envelope(s) addressed as follows:

(X) (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

( ) (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the office of the addressee.

( ) (BY FACSIMILE) The facsimile machine I used, with telephone number (714) 665-0797, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

( ) (BY FEDERAL EXPRESS – NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the correct delivery fees provided for.

( ) (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10/15/07, at Tustin, California.

_____
Signature

Dawne Prussak
Printed Name

## SERVICE LIST

## CHAVEZ, THOMAS & SARA V. AMERICAN HOME MORTGAGE SERVICING INC

Tammy Dawson
American Home Mortgage Servicing Inc
4600 Regent Blvd., Suite 200
Irving, TX 75063

Gary Hoyer
Sterling Eagle Mortgage Investment Company
340 Scotch Road
West Trenton, NJ 08628

Charles D. Richmond, Esq.
2537 Via Pisa
Del Mar, CA 92014