## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | Related Docket Item No. _____ |

### ORDER

Upon consideration of the *Motion of Thomas J. and Sara A. Chavez for order Deeming*

*Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims* (the

"Motion"); and it appearing that the Court has jurisdiction in this matter; and it appearing that

notice of the Motion as set forth therein is sufficient, and that no other or further notice need be

provided; and it appearing based on the evidence presented at the hearing on the Motion that the

relief is warranted; and after consideration of any responses, objections, answers, and replies to

the Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is Granted in all respects; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation
(6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage
Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage
Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware
limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation
(7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of
the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing,
whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

ORDERED that Mr. and Mrs. Chavez's Proofs of Claim[2] shall be, and hereby are,

deemed timely filed.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from

or in relation to the implementation of this Order.

Dated: _____          _____

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized
terms not otherwise defined shall have the meanings ascribed to them in the Motion.

-2-