## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 19th day of June 2008, I caused copies of the within *Motion for Order Deeming Proofs of Claim Timely Filed, or in the Alternative, Allowing the Filing of Late-Filed Claims* to be served upon the interested parties on the attached service list in the manner indicated thereon.

Under penalty of perjury, I declare that the foregoing is true and correct.

June 19, 2008
Date

*E.E. Allinson III*
Elihu E. Allinson, III

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosnowski, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
Lock Box 35
Wilmington, DE 19801

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 1980

**HAND DELIVERY**
Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**HAND DELIVERY**
Laurie Selber Silverstein, Esq.
Potter Anderson & Coorroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**FEDERAL EXPRESS**
Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kay Scholer LLP
425 Park Avenue
New York, NY 10022

**FEDERAL EXPRESS**
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**FEDERAL EXPRESS**
Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY. 10022

**FEDERAL EXPRESS**
Nathan Haynes, Esq.
Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747