**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] ) | **Related Docket Item** _____ |
| ) | Obj. Deadline: July 10, 2008 @ 4:00 p.m. |
| Debtors. ) | Hr'g Date: July 17, 2008 @ 2:00 p.m. |

**MOTION OF THOMAS J. AND SARA A. CHAVEZ TO LIMIT SCOPE OF NOTICE ON MOTION FOR ORDER DEEMING PROOFS OF CLAIM TIMELY FILED OR, IN THE ALTERNATIVE, ALLOWING THE FILING OF LATE-FILED CLAIMS**

COMES NOW Thomas J. and Sara A. Chavez ("Mr. and Mrs. Chavez"), by and through their undersigned counsel, having filed their *Motion for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims* (the "Late Claims Motion"), and respectfully submits this motion (the "Motion to Limit Notice"), pursuant to 11 U.S.C. § 105, for the entry of an order limiting the scope of notice of the Late Claims Motion.

In support of this Motion to Limit Notice, Mr. and Mrs. Chavez respectfully set forth and represent as follows:

1. On August 6, 2007 (the "Petition Date"), American Home Mortgage Corp. (the "Debtor") commenced its bankruptcy case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

2.	Given the size of the master service list in this case, Mr. and Mrs. Chavez respectfully submit that notice by mail of the Late Claims Motion on all parties-in-interest would be prohibitively expensive. Accordingly, Mr. and Mrs. Chavez request that the Court approve the limited scope of notice upon counsel for (i) the Debtors, (ii) the United States Trustee, (iii) all official committees, and (iv) the DIP Lenders (collectively, the "Notice Parties"), in the manner indicated on the attached service list, and upon all others who have agreed to accept electronic service in this case in accordance with the requirements of participating in the CM/ECF electronic filing system.

3.	The Notice Parties constitute essentially the same parties upon whom the Chavez's have served their *Motion for Relief from the Automatic Stay* (D.I. 4725), which is scheduled for preliminary hearing at the same date and time as the Late Claim Motion, to which this Motion to Limit Notice relates.

4.	Mr. and Mrs. Chavez respectfully submit that this notice procedure is good and sufficient under the circumstances and should be approved.

**WHEREFORE**, Mr. and Mrs. Chavez respectfully request the entry of an Order, substantially in the form annexed hereto as Exhibit "A" (i) limiting the scope of notice with respect to the Late Claims Motion to the Notice Parties as set forth herein, and (ii) granting such other relief as is just.

Date: June 19, 2008
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ E.E. Allinson III*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191

-- and --

Charles D. Richmond, Esq.
2537 Via Pisa
Del Mar, CA 92014

*Attorneys for Thomas J. and Sara A. Chavez*

3