## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
) Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE, ) (Jointly Administered)
HOLDINGS, INC., a Delaware corporation, et al.,[1] )
)
Debtors. ) Obj. Deadline: July 10, 2008 @ 4:00 p.m.
) Hr'g Date: July 17, 2008 @ 2:00 p.m.

### NOTICE OF MOTION

TO:  All parties on attached service list.

PLEASE TAKE NOTICE that on June 19, 2008, Thomas J. and Sara A. Chavez (the

"Claimants") filed their *Motion to Limit Scope of Notice on Motion for Order Deeming Proofs of*

*Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims* (the

"Motion").

PLEASE TAKE FURTHER NOTICE that you are required to file a response (the

"Response") to the Motion on or before July 10, 2008 at 4:00 p.m. prevailing Eastern Time (the

"Objection Deadline").  You must also serve upon Claimants' attorneys a copy of the Response

so that it is actually received by them by the Objection Deadline:

Elihu E. Allinson, III (No. 3476)          Charles D. Richmond, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC          2537 Via Pisa
4 East 8th Street, Suite 400          Del Mar, CA 92014
Wilmington, Delaware  19801
(302) 428-8191

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation
(6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage
Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage
Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware
limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation
(7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of
the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing,
whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

(302) 428-8195 (*fax*)

**PLEASE TAKE FURTHER NOTICE** that hearing on the Motion will be held on July 17, 2008 at 2:00 p.m. prevailing Eastern Time.  The hearing will take place at the U.S. Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 19, 2008
Wilmington, Delaware                **SULLIVAN · HAZELTINE · ALLINSON LLC**


_____
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
(302) 428-8191

-- and --

Charles D. Richmond, Esq.
2537 Via Pisa
Del Mar, CA 92014

*Attorneys for Thomas J. and Sara A. Chavez*