# **<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] ) | |
| ) | |
| Debtors. ) | Related to Docket No. ___ |

**ORDER GRANTING MOTION TO LIMIT SCOPE OF NOTICE
ON MOTION OF THOMAS J. AND SARA A. CHAVEZ FOR ORDER
DEEMING PROOFS OF CLAIM TIMELY FILED OR, IN THE
ALTERNATIVE, ALLOWING THE FILING OF LATE-FILED CLAIMS**

Upon the Motion of Thomas J. and Sara A. Chavez to Limit Scope of Notice on Motion for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims (the "Motion to Limit Notice"); and no previous motion for such relief having been made; and upon consideration of the Motion to Limit Notice; it is hereby

ORDERED that the Motion to Limit Notice is granted; and it is further

ORDERED that Thomas J. and Sara A. Chavez shall serve the Late Claim Motion on counsel to: (i) the Debtor, (ii) the United States Trustee, (iii) the Official Committee of Unsecured Creditors, and (iv) the DIP Lenders; which shall constitute good and sufficient notice of the Late Claim Motion under the circumstances presented; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: June _____, 2008
       Wilmington, Delaware

                                            THE HONORABLE CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE