## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 19th day of June 2008, I caused copies of the within *Motion of Thomas J. and Sara A. Chavez to Limit Scope of Notice on Motion for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claims* to be served upon the interested parties listed below in the manner indicated thereon.

Under penalty of perjury, I declare that the foregoing is true and correct.

June 19, 2008
Date

_E.E. Allinson III_
Elihu E. Allinson, III

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosnowski, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
Lock Box 35
Wilmington, DE 19801

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 1980

**HAND DELIVERY**
Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**HAND DELIVERY**
Laurie Selber Silverstein, Esq.
Potter Anderson & Coorroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**FEDERAL EXPRESS**
Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kay Scholer LLP
425 Park Avenue
New York, NY 10022

**FEDERAL EXPRESS**
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**FEDERAL EXPRESS**
Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY. 10022

**FEDERAL EXPRESS**
Nathan Haynes, Esq.
Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747