IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
         Debtors.                                                            :
---------------------------------------------------------------------------- x   **Ref. Docket No. 4662**

## AFFIDAVIT OF MAILING

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

   HERB BAER, being duly sworn, deposes and says:

   1.  I am employed by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2.  On June 18, 2008, I caused to be served the following:

   a)  A creditor-specific, customized "Notice of Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1", a sample of which is attached hereto as Exhibit "A", and

   b)  "Notice of Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1", dated June 17, 2008, to which was attached the "Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1" [Docket No. 4662], dated June 17, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

    3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Herb Baer*
Herb Baer

Sworn to before me this

18th day of June, 2008

*/s/ Ross Matray*
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | **Case No. 07-11047 (CSS)** |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |
| ) | **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)** |
| ) | **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)** |
| ) | |

AHM OB11 6/17/2008 (merge2.txnum2) 4000000030 BSI Use - 1

AAG PROPERTIES LLC
ATTN ANDREW MONSOUR
2762 ELECTRIC RD STE B
ROANOKE, VA  24018

### NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** AAG PROPERTIES LLC
ATTN ANDREW MONSOUR
2762 ELECTRIC RD STE B
ROANOKE, VA  24018

**Basis For Objection:** Debtors' books and records show reduced liability

| | Claim Number | Claim Amount | Reduced Amount |
|---|---|---|---|
| **Claim to be Reduced** | 31 | Secured - $22,151.00 | Unsecured - $13,930.59 |
| | | Unsecured - $41,286.79 | |

Claimant and the Debtors have agreed that Objectionable Claim should be decreased to the Reduced Amount.

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are not liable for the whole amount asserted.  The Objection seeks to alter your rights by decreasing your claim to the amount listed above in the "Reduced Amount" column.

      Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

      A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT "B"**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

**NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Page 1 of 1

Notices mailed by June 17, 2008 and sent to the following:

| | | |
|---|---|---|
| AAG PROPERTIES LLC<br>ATTN ANDREW MONSOUR<br>2762 ELECTRIC RD STE B<br>ROANOKE, VA 24018 | BERTI, CHRISTINE<br>124 CORNWELL AVE<br>WILLISTON PARK, NY 11596 | CAPAX INSURANCE<br>1150 NINTH ST.<br>SUITE 1400<br>MODESTO, CA 95354 |
| ELITE FIRE PROTECTION, INC.<br>252 EASTERN PARKWAY<br>FARMINGDALE, NY 11735 | FILIBERTO, STEPHEN<br>37 FROST VALLEY DR<br>EAST PATCHOGUE, NY 11772 | FREEDMAN, MARK S<br>17 CORNELIA ST NUMBER 2 C<br>NEW YORK, NY 10014 |
| FUREY, THOMAS<br>6 MARVIN PLACE<br>BETHEL, CT 06801 | HECK, KATHLEEN R<br>30 HIDEAWAY LN<br>SPARTA, NJ 07871 | KEYSTONE BUSINESS PRODUCTS<br>ATTN TAMMY DOUGHERTY, ACCTG SUPERVISOR<br>2298 BRODHEAD ROAD<br>BETHLEHEM, PA 18020 |
| NEWMAN, JOHN<br>312 BAY AVE<br>HUNTINGTON BAY, NY 11743 | ST ANDREWS PLACE LLC<br>C/O JDH DEVELOPMENT<br>PO BOX 35193<br>CHARLOTTE, NC 28235 | |

Total Parties: 11