IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                    :   Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :   Jointly Administered
     Debtors.                                             :
---------------------------------------------------------------------------- x   **Ref. Docket No. 4526**

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

HERB BAER, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 16, 2008, I caused to be served the "Order Granting Debtors' Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1" dated June 11, 2008, [Docket No. 4526], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
_____
Herb Baer

Sworn to before me this
17th day of June, 2008

/s/ Ross Matray
_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**EXHIBIT "A"**

| Claim Name | Address Information |
|---|---|
| ALABAMA POWER | PO BOX 242,BIRMINGHAM, AL 35292 |
| ALLIANCE DATA | PO BOIX 628329,ORLANDO, FL 32862-8329 |
| ALLIANCE DATA | PO BOX 628329,ORLANDO, FL 32862-8329 |
| AMEREN CIPS | PO BOX 66878,SAINT LOUIS, MO 63166-6875 |
| AMERENCIPS | PO BOX 66875,ST LOUIS, MO 63166-6875 |
| AMERENIP | PO BOX 2522,DECATUR, IL 62525 |
| AMERENIP | PO BOX 2522,DECATUR, IL 62525-2522 |
| AMERENUE | PO BOX 66529,ST LOUIS, MO 63166 |
| AMERENUE | PO BOX 66301,ST LOUIS, MO 63166-6301 |
| AMERENUE | PO BOX 66529,ST LOUIS, MO 63166-6529 |
| AMERENUE | PO BOX 66700,ST LOUIS, MO 63166-6700 |
| AMERENUE | PO BOX 66700,SAINT LOUIS, MO 63166-6700 |
| AMERICAN ELECTRIC POWER | PO BOX 24002,CANTON, OH 44701 |
| AMERICAN ELECTRIC POWER | PO BOX 24418,CANTON, OH 44701 |
| AMERICAN ELECTRIC POWER | PO BOX 24002,CANTON, OH 44701-4002 |
| AMERICAN ELECTRIC POWER | PO BOX 24407,CANTON, OH 44701-4407 |
| AMERICAN ELECTRIC POWER | PO BOX 24418,CANTON, OH 44701-4418 |
| APPALACHIAN POWER | PO BOX 24413,CANTON, OH 44701 |
| AQUA OHIO INC | PO BOX 238,STRUTHERS, OH 44471 |
| AQUA OHIO INC | PO BOX 269,STRUTHERS, OH 44471 |
| AQUA OHIO INC | PO BOX 269,STRUTHERS, OH 44471-0269 |
| AQUAPRIX, INC | 2026 W. WINTON AVE,HAYWARD, CA 94545 |
| AQUARIAN WATER COMPANY OF CT | PO BOX 10010,LEWISTON, ME 04243-9427 |
| AQUARION WATER COMPANY OF CT | PO BOX 10010,LEWISTON, ME 04243-9427 |
| AQUILA | PO BOX 4649,CAROL STREAM, IL 60197 |
| ARIZONA PUBLIC SERVICE COMPANY | PO BOX 2906,PHOENIX, AZ 85062 |
| ARKANSAS WESTERN GAS COMPANY | PO BOX 22152,TULSA, OK 74121 |
| ATMOS ENERGY | PO BOX 9001949,LOUISVILLE, KY 40213 |
| ATMOS ENERGY | PO BOX 9001949,LOUISVILLE, KY 40290 |
| ATMOS ENERGY | PO BOX 90001949,LOUISVILLE, KY 40290-1949 |
| ATMOS ENERGY | PO BOX 9001949,LOUISVILLE, KY 40290-1949 |
| ATMOS ENERGY | PO BOX 78108,PHOENIX, AZ 85062 |
| ATMOS ENERGY | PO BOX 78108,PHOENIX, AZ 85062-8108 |
| AVALON TITLE | 621 CAPE CORAL PARKWEST EAST,CAPE CORAL, FL 33904 |
| BAY CITY TREASURER | 301 WASHINGTON AVE,BAY CITY, MI 48708-5866 |
| BRAINTREE ELECTRIC LIGHT DEPT | 150 POTTER ROAD,BRAINTREE, ME 02184 |
| BROOKINGS MUNICIPAL UTILITIES | PO BOX 588,BROOKINGS, SD 57006 |
| BROWNSVILLE PUB | PO BOX 660566,DALLAS, TX 75266-0566 |
| CASEYVILLE TOWNSHIP SEWER | SYSTEM,FAIRVIEW HEIGHTS, IL 62208 |
| CENTERPOINT ENERGY | PO BOX 4671,HOUSTON, TX 77210 |
| CENTRAL HUDSON GAS & ELECTRIC | CORP,POUGHKEEPSIE, NY 12601 |
| CENTRAL MAINE POWER CO | PO BOX 1084,AUGUSTA, ME 04332-1084 |
| CHARLESTON WATER SYSTEM | PO BOX 568,CHARLESTON, SC 29402-0568 |
| CHARLOTTE COUNTY UTILITIES | PO BOX 516000,PUNTA GORDA, FL 33951-6000 |
| CHARTER TOWNSHIP OF FT GRATIOT | 3720 KEEWAHDIN RD.,FORT GRATIOT, MI 48059-3309 |
| CITIZEN GAS | PO BIX 7056,INDIANAPOLIS, IN 46207-7056 |
| CITIZENS GAS | PO BOX 7056,INDIANAPOLIS, IN 46207-7056 |
| CITY OF BARSTOW | 220 E MT VIEW,BARSTOW, CA 92311 |
| CITY OF BENTONVILLE | 117 WEST CENTRAL,BENTONVILLE, AR 72712-5256 |

| Claim Name | Address Information |
|---|---|
| CITY OF BOWLING GREEN | 304 N CHURCH ST,BOWLING GREEN, OH 43402 |
| CITY OF CLARE | 202 WEST FIFTH STREET,CLARE, MI 48617-1490 |
| CITY OF DEKALB | 200 SOUTH FOURTH ST,DEKALB, IL 60115 |
| CITY OF DEKALB | 200 SOUTH FOURTH STREET,DEKALB, IL 60115 |
| CITY OF DOVER | PO BOX 7100,DOVER, DE 19903-7100 |
| CITY OF EL CENTRO | PO BOX 2328,EL CENTRO, CA 92244 |
| CITY OF JOLIET | 150 WEST JEFFERSON STREET,JOLIET, IL 60432 |
| CITY OF KALAMAZOO TREASURER | DEPARTMENT OF PUBLIC UTILITIES,KALAMAZOO, MI 49001-2898 |
| CITY OF MITCHELL | 612 N MAIN ST,MITCHELL, SD 57301 |
| CITY OF NAPERVILLE | PO BOX 4231,CAROL STREAM, IL 60197 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600427,NORTH MIAMI BEACH, FL 33160 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600472,NORTH MIAMI BEACH, FL 33160-0427 |
| CITY OF ODESSA | PO BOX 128,ODESSA, MO 64076 |
| CITY OF REDLANDS | MUNICIPAL UTILITY DEPT,REDLANDS, CA 92373 |
| CITY OF ST CHARLES | 2 E. MAIN ST,ST CHARLES, IL 60174 |
| CITY OF ST CHARLES | 2 EAST MAIN STREET,ST CHARLES, IL 60174 |
| CITY OF ST CHARLES, MISSOURI | 200 NORTH 2ND ST,ST CHARLES, MO 63301 |
| CITY OF ST PETERS | PO BOX 9,SAINT PETERS, MO 63376-0090 |
| CITY OF TALLAHASSE | 600 N. MONROE ST,TALLAHASSEE, FL 32301 |
| CITY OF TALLAHASSEE | 600 N. MONROE ST.,TALLAHASSEE, FL 32301 |
| CITY OF TUCSON | PO BOX 28811,TUCSON, AZ 85726-8811 |
| CITY OF YUBA CITY | 1201 CIVIC CENTER BLVD,YUBA CITY, CA 95993 |
| CITY UTILITIES | 301 E CENTRAL,SPRINGFIELD, MO 65801 |
| CITY UTILITIES | PO BOX 551,SPRINGFIELD, MO 65801 |
| CITY WATER LIGHT & POWER | MUNICIPAL CENTER WEST,SPRINGFIELD, IL 62757-0001 |
| CLARK PUBLIC UTILITIES | PO BOX 8989,VANCOUVER, WA 98668 |
| CLECO POWER LLC | PO BOX 69000,ALEXANDRIA, LA 71306 |
| COBB EMC | PO BOX 369,MARIETTA, GA 30061 |
| COBB EMC | PO BOX 369,MARIETTA, GA 30189 |
| COLUMBIA GAS | PO BOX 830012,BALTIMORE, MD 21283 |
| COLUMBIA GAS | PO BOX 830005,BALTIMORE, MD 21283 |
| COLUMBIA GAS | PO BOX 830005,BALTIMORE, MD 21283-0005 |
| COLUMBIA GAS | PO BOX 2200,LEXINGTON, KY 40588 |
| COLUMBIA GAS | PO BOX 2200,LEXINGTON, KY 40588-2200 |
| COLUMBIA GAS | PO BOX 9001847,LOUISVILLE, KY 40290 |
| COLUMBIA GAS | PO BOX 9001847,LOUISVILLE, KY 40290-1847 |
| COMED | BILL PAYMENT CENTER,CHICAGO, IL 60668 |
| COMED | BILL PAYMENT CENTER,CHICAGO, IL 60668-0001 |
| COMED | BILL PAYMENT CENTER,CHICAGO, IL 60668-0002 |
| COMMONWEALTH EDISON | BILL PAYMENT CENTER,CHICAGO, IL 60668-0002 |
| CON EDISON | JAF STATION,NEW YORK, NY 10116 |
| CON EDISON | PO BOX 1702,NEW YORK, NY 10116 |
| CONSUMER ENERGY | ,LANDING, MI 48937-0001 |
| CONSUMERS ENERGY | ,LANSING, MI 48937 |
| CONSUMERS ENERGY | ,LANSING, MI 48937-0001 |
| COSERV | PO BOX 650785,DALLAS, TX 75265-0785 |
| COWETTA-FAYETTE EMC | PO BOX 530812,ATLANTA, GA 30353-0812 |
| CPL RETAIL ENERGY | PO BOX 22136,TULSA, OK 74121 |
| DALE SERVICE CORP | 5609 MAPLEDALE PLAZA,DALE CITY, VA 22193 |

| Claim Name | Address Information |
|---|---|
| DAYTON POWER & LIGHT COMPANY | PO BOX 740598,CINCINNATI, OH 45274-0598 |
| DEAD RIVER COMPANY | PO BOX 6100,LEWISTON, ME 04243 |
| DELMARVA POWER | PO BOX 17000,WILMINGTON, DE 19886 |
| DOMINION EAST OHIO | PO BOX 26785,RICHMOND, VA 23261 |
| DOMINION EAST OHIO | PO BOX 26785,RICHMOND, VA 23261-6785 |
| DOMINION EAST OHIO | PO BIX 26785,RICHMOND, VA 23261-6785 |
| DOMINION PEOPLES | PO BOX 26784,RICHMOND, VA 23261 |
| DOMINION VIRGINA POWER | PO BOX 26543,RICHMOND, VA 23290-0001 |
| DOMINION VIRGINIA POWER | PO BOX 26543,RICHMOND, VA 23290 |
| DOMINION VIRGINIA POWER | PO BOX 26543,RICHMOND, VA 23290-0001 |
| DTE ENERGY | PO BOX 2859,DETROIT, MI 48260 |
| DTE ENERGY | PO BOX 2859,DETROIT, MI 48260-0001 |
| DUKE ENERGY | PO BOX 1090,CHARLOTTE, NC 28201-1090 |
| DUKE ENERGY | PO BOX 9001076,LOUISVILLE, KY 40290 |
| DUQUENSE LIGHT COMPANY | PO BOX 10,PITTSBURGH, PA 15230 |
| DUQUESNE LIGHT COMPANY | PAYMENT PROCESSING CENTER,PITTSBURGH, PA 15230-0010 |
| E OSTERMAN GAS SERVICE | PO BOX 847451,BOSTON, MA 02284-7451 |
| EASTON UTILITIES | 201 NORTH WASHINGTON ST,EASTON, MD 21601 |
| ECOWATER SYSTEMS | 877 PEACE RD,DEKLAB, IL 60115 |
| EMPIRE DISTRICT ELECTRIC | PO BOX 219239,KANSAS CITY, MO 64121 |
| EMPIRE DISTRICT ELECTRIC CO. | PO BOX 219239,KANSAS CITY, MO 64121-9239 |
| ENERGY UNITED | PO BOX 1831,STATESVILLE, NC 28687-1831 |
| ENTERGY | PO BOX 8104,NEW ORLEANS, LA 70161-1009 |
| ENTERGY | PO BOX 8108,BATON ROUGE, LA 70891 |
| ENTERGY | PO BOX 8101,BATON ROUGE, LA 70891-8101 |
| ENTERGY | PO BOX 8104,BATON ROUGE, LA 70891-8104 |
| EQUITABLE GAS | PO BOX 371820,PITTSBURGH, PA 15250-7820 |
| FPL | PO BOX 025576,MIAMI, FL 025576 |
| FPL | PO BOX 025576,MIAMI, FL 33102 |
| FPL | GENERAL MAIL FACILITY,MIAMI, FL 33188 |
| FPL | GENERAL MAIL FACILITY,MIAMI, FL 33188-0001 |
| GAINESVILLE REGIONAL UTILITIES | 301 S.E. 4 AVE,GAINESVILLE, FL 32601 |
| GEORGIA NATURAL GAS | PO BOX 659411,SAN ANTONIO, TX 78265-9411 |
| GEORGIA POWER | 96 ANNEX,ATLANTA, GA 30117 |
| GEORGIA POWER | 96 ANNEX,ATLANTA, GA 30310 |
| GEORGIA POWER | 96 ANNEX,ATLANTA, GA 30396 |
| GEORGIA POWER | 96 ANNEX,ATLANTA, GA 30396-0001 |
| GEORGIA POWER COMPANY | PO BOX 105457,ATLANTA, GA 30348 |
| GEORGIA POWER COMPANY | 96 ANNEX,ATLANTA, GA 30396 |
| GEORGIA POWER COMPANY | 96 ANNEX,ATLANTA, GA 30396-0001 |
| GEORGIA POWER COMPANY | 96 ANNEX,ATLANTA, GA 30396-001 |
| GREATER PEORIA SANITARY | DISTRICT,PEORIA, IL 61607-2093 |
| GREENVILLE WATER SYSTEM | PO BOX 687,GREENVILLE, SC 29602-0687 |
| GULF POWER | PO BOX 830660,BIRMINGHAM, AL 35283-0660 |
| HAMPDEN TOWNSHIP | 230 S SPORTING HILL RD,MECHANICSBURG, PA 17050-3097 |
| HECO | PO BOX 3978,HONOLULU, HI 96812 |
| HERNANDO COUNTY UTILITIES | PO BOX 30384,TAMPA, FL 33630-3384 |
| IDAHO POWER | PO BOX 34966,SEATTLE, WA 98124 |
| IDAHO POWER | PROCESSING CENTER,SEATTLE, WA 98124-1966 |

| Claim Name | Address Information |
|---|---|
| ILLINOIS AMERICAN WATER | PO BOX 5127,CAROL STREAM, IL 60197-5127 |
| IMPERIAL IRRIGATION DISCTRICT | PO BOX 937,IMPERIAL, CA 92251 |
| IMPERIAL IRRIGATION DISTRICT | PO BOX 937,IMPERIAL, CA 92251 |
| INDIANA MICHIGAN POWER | PO BOX 24407,CANTON, OH 44701-4407 |
| INDIANAPOLIS POWER & LIGHT | PO BOX 110,INDIANAPOLIS, IN 46206 |
| INTERMOUNTAIN GAS COMAPNY | PO BOX 64,BOISE, ID 83732 |
| INTERMOUNTAIN GAS COMPANY | PO BOX 64,BOISE, ID 83732 |
| ISTA, NORTH AMERICA | PO BOX 30122,TAMPA, FL 33630-3122 |
| JACKSON ENERGY AUTHORITY | PO BOX 2288,JACKSON, TN 38302 |
| JEA | PO BOX 44297,JACKSONVILLE, FL 32231 |
| KANSAS CITY POWER & LIGHT | PO BOX 219330,KANSAS CITY, MO 64121-9330 |
| KANSAS GAS SERVICE | PO BOX 22158,TULSA, OK 74121 |
| KAUA'I ISLAND UTLITY | COOPERATIVE,HONOLULU, HI 96820-1960 |
| KAUAI ISLAND UTILITY | COOPERATIVE,LIHUE, HI 96766-2032 |
| KENTUCKY AMERICAN WATER | PO BOX  70824,CHARLOTTE, NC 28272 |
| KEYSPAN ENERGY DELIVERY | PO BOX 020690,BROOKLYN, NY 11201 |
| KEYSPAN ENERGY DELIVERY | PO BOX 9083,MELVILLE, NY 11747-9083 |
| KEYSPAN ENERGY DELIVERY | PO BOX 9040,HICKSVILLE, NY 11802 |
| KEYSPAN ENERGY DELIVERY | PO BOX 9037,HICKSVILLE, NY 11802-9037 |
| KEYSPAN ENERGY DELIVERY | PO BOX 4300,WOBURN, MA 01888-4300 |
| KU | PO BOX 14242,LEXINGTON, KY 40512 |
| KUB | PO BOX 59017,KNOXVILLE, TN 37950-9017 |
| LAKELAND ELECTRIC | PO BOX 32006,LAKELAND, FL 33802 |
| LAKELAND ELECTRIC | PO BOX 32006,LAKELAND, FL 33802-2006 |
| LAKEVIEW LIGHT & POWER | PO BOX 98979,LAKEWOOD, WA 98496-0979 |
| LASSEN MUNICIPAL UTILITY | 65 S ROOP ST,SUSANVILLE, CA 96130 |
| LAWRENCEBURG MUNICIPAL UTIL. | PO BOX 4198,LAWRENCEBURG, IN 47025-4198 |
| LENOIR CITY UTILITIES BOARD | PO BOX 449,LENIOR CITY, TN 37771-0449 |
| LG&E | PO BOX 35590,LOUISVILLE, KY 40232-5590 |
| LIPA | PO BOX 9083,MELVILLE, NY 11747 |
| LIPA | PO BOX 9083,MELVILLE, NY 11747-9083 |
| LIPA | PO BOX 9039,HICKSVILLE, NY 11802 |
| LIPA | PO BOX 888,HICKSVILLE, NY 11802 |
| LIPA | PO BOX 9050,HICKSVILLE, NY 11802-9687 |
| LOUISIANA PURCHASE,INC. | 517 LAUREL RIDGE ROAD,BANNER ELK, NC 28604 |
| MARION WATER DEPTARTMENT | 1102 TOWER SQ. PLAZA,MARION, IL 62959 |
| MATR | PO BOX 15539,PITTSBURGH, PA 15244 |
| MCUCS | PO BOX 25350,BRADENTON, FL 34206 |
| METRO TECHNOLOGY INC | PO BOX 43088,BIRMINGHAM, AL 35243 |
| MICHAEL MCLEOD | 13 A HAMPSTEAD VILLAGE,HAMPSTEAD, NC 28443 |
| MID AMERICAN ENERGY | COMPANY,DAVENPORT, IA 52808-8020 |
| MIDDLE TENNESSEE ELECTRIC | PO BOX 681709,FRANKLIN, TN 37068-1709 |
| MIDDLE TENNESSEE ELECTRIC | PO BOX 608,MURFREESBORO, TN 37133-0608 |
| MINNESOTA ENERGY RESOURCES | CORPORATION,SAN ANTONIO, TX 78265-9795 |
| MISSION VALLEY POWER | P.O.BOX 97,PABLO, MO 59855-0097 |
| MISSION VALLEY POWER | PO BOX 97,PABLO, MT 59855-0097 |
| MISSISSIPPI POWER COMPANY | P O BOX 245,BIRMINGHAM, AL 35201-0245 |
| MISSISSIPPI POWER COMPANY | 195 REYNOIR ST,BILOXI, MS 39530 |
| MISSOURI AMERICAN WATER | PO BOX 5127,CAROL STREAM, IL 60197-5127 |

| Claim Name | Address Information |
|---|---|
| MISSOURI GAS ENERGY | PO BOX 219255,KANSAS CITY, MO 64121 |
| MISSOURI NATURAL GAS COMPANY | DRAWER 2,ST.LOUIS, MO 63171 |
| MONROEVILLE MUNICIPAL | 4185 OLD WILLIAM PENN HIGHWAY,MONROEVILLE, PA 15146 |
| MONTGOMERY WATER DEPARTMENT | PO BOX 739,MONTGOMERY, IL 60538 |
| MOUNTAIN VALLEY WATER CO | OF  ST LOUIS,ST LOUIS, MO 63116 |
| MUNICIPAL UTILITIES DEPARTMENT | 901 FOURTH  AVE SW,WATERTOWN, SD 57201 |
| NASHVILLE ELECTRIC SERVICE | 1214 CHURCH STREET,NASHVILLE, TN 37246-0003 |
| NASHVILLE GAS | PO BOX 1258,CHARLOTTE, NC 28201-1258 |
| NATIONAL GRID | POCESSING CENTER,WOBURN, MA 01807-0005 |
| NATIONAL GRID | PROCESSING CENTER,WOBURN, MA 01807-0005 |
| NATIONAL GRID | PROCESSING CENTER,WOBURN, MA 01807-0049 |
| NEVADA POWER COMPANY | PO BOX 30086,RENO, NV 89520 |
| NEVADA POWER COMPANY | PO BOX 30086,RENO, NV 89520-3086 |
| NEW HAMPSHIRE ELECTRIC | PO BOX 9612,MANCHESTER, NH 03108 |
| NEW HAMPSHIRE ELECTRIC | COOPERATIVE,MANCHESTER, NH 03108-9612 |
| NEW HANOVER COUNTY | PO BOX 580325,CHARLOTTE, NC 28258-0325 |
| NICOR GAS | PO BOX 310,AURORA, IL 60507 |
| NICOR GAS | PO BOX 310,AURORA, IL 60507-0310 |
| NICOR GAS | PO BOX 416,AURORA, IL 60568 |
| NICOR GAS | PO BOX 416,AURORA, IL 60568-0001 |
| NOLIN RURAL ELECTRIC | COOPERATIVE,ELIZABETHTOWN, KY 42701-6767 |
| NOLIN RURAL ELECTRIC | COOPERATIVE,LIZABETHTOWN, KY 42701-6767 |
| NORTHEAST UTILITIES | PO BOX 2960,HARTFORD, CT 06104 |
| NORTHEAST UTILITIES | PO BOX 2960,HARTFORD, CT 06104-2960 |
| NORTHEAST UTILITIES | OPO BOX 2960,HARTFORD, CT 06104-2960 |
| NORTHERN UTILITIES | PO BOX 830015,BALTIMORE, MD 21283-0015 |
| NORTHWESTERN ENERGY | PO BOX 1338,BUTTE, MT 59702 |
| NORTHWESTERN ENERGY | ,BUTTE, MT 59707 |
| NSTAR | PO BOX 4508,WOBURN, MA 01888-4508 |
| NSTAR ELECTRIC | PO BOX 4508,WOBURN, MA 01888 |
| NW NATURAL | PO BOX 8905,PORTLAND, OR 97255 |
| NYC WATER BOARD | PO BOX 410,NEW YORK, NY 10008 |
| OG&E | PO BOX 24990,OKLAHOMA CITY, OK 73124-0990 |
| OKLAHOMA NATURAL GAS | PO BOX 268826,OKLAHOMA CITY, OK 73126-8826 |
| OKLAHOMA NATURAL GAS | DEPT 1234,TULSA, OK 74186-0002 |
| PADUCAH POWER SYSTEM | PO BOX 180,PADUCAH, KY 42002-0180 |
| PALMETTO ELECTRIC COOPERATIVE | PO BOX 548,HAMPTON, SC 29924 |
| PARKVIEW LTD PART/J CARNEY | 2001 CROCKER RD,CLEVELAND, OH 44145 |
| PECO ENERGY | PO BOX  13437,PHILADELPHIA, PA 19101 |
| PECO ENERGY | 2301 MARKET ST N3-1,PHILADELPHIA, PA 19101-8699 |
| PENN POWER | PO BOX 3687,AKRON, OH 44309-3687 |
| PENNSYLVANIA AMERICAN WATER | PO BOX 371412,PITTSBURGH, PA 15250 |
| PEOPLES ENERGY | ,CHICAGO, IL 60687 |
| PEOPLES ENERGY | PO BOX 0,CHICAGO, IL 60690 |
| PEOPLES ENERGY | PO BOX 0,CHICAGO, IL 60690-3991 |
| PEPCO | PO BOX 97275,WASHINGTON, DC 20090 |
| PEPCO | PO BOX 97275,WASHINGTON, DC 20090-7275 |
| PG&E | PO BOX 997300,SACRAMENTO, CA 95899 |
| PG&E | BOX 997300,SACRAMENTO, CA 95899-7300 |

| Claim Name | Address Information |
|---|---|
| PG&E | BOX 997300,SACREMENTO, CA 95899-7300 |
| PG&E | PO BOX 997300,SACRAMENTO, CA 95899-7300 |
| PIEDMONT NATURAL GAS | PO BOX 70904,CHARLOTTE, NC 28272 |
| PIEDMONT NATURAL GAS | PO BOX 70904,CHARLOTTE, NC 28272-0904 |
| PLAINFIELD MUA | 127 ROOSEVELT AVE,PLAINFIELD |
| PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENNI,ALLENTOWN, PA 18101 |
| PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENNI,ALLENTOWN, PA 18101-1175 |
| PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENN1,ALLENTOWN, PA 18101-1175 |
| PROGRESS ENERGY CAROLINAS INC | PO BOX 2041,RALEIGH, NC 27602 |
| PROGRESS ENERGY FLORIDA INC | PO BOX 33199,ST PETERSBURG, FL 33733 |
| PROGRESS ENERGY FLORIDA INC | PO BOX 33199,ST PETERSBURG, FL 33733-8199 |
| PSE&G CO | PO BOX 14105,NEW BRUNSWICK, NJ 08906-4104 |
| PSE&G CO | PO BOX 14106,NEW BRUNSWICK, NJ 08906-4105 |
| PSE&GE CO | PO BOX 14106,NEW BRUNSWICK, NJ 08906 |
| PSNH | PO BOX 360,MANCHESTER, NH 03105-0360 |
| PUBLIC WORKS COMMISSION | PO BOX 7000,FAYETTEVILLE, NC 28302 |
| PUGET SOUND ENERGY | BOT-01H,BELLEVUE, WA 98009-9269 |
| RELIANT ENERGY | PO BOX 650475,DALLAS, TX 75265-0475 |
| ROCHESTER PUBLIC UTILITIES | 4000 EAST RIVER RD NE,ROCHESTER, MN 55906-2813 |
| ROCHESTER PUBLIC UTLITIES | 4000 EAST RIVER RD NE,ROCHESTER, MN 55906-2813 |
| SAN DIEGO GAS & ELECTRIC | PO BOX 25111,SANTA ANA, CA 92799 |
| SAWNEE ELECTRIC MEMBERSHIP | CORPORATION,BIRMINGHAM, AL 35287-2530 |
| SAWNEE EMC | PO BOX 100002,CUMMING, GA 30028 |
| SCSD | PO BOX 152,SUSANVILLE, CA 96130 |
| SEMCO ENERGY GAS COMPANY | PO BOX 79001,DETROIT, MI 48279 |
| SEMCO ENERGY GAS COMPANY | P O BOX 79001,DETROIT, MI 48279-1722 |
| SMECO | PO BOX 2000,HUGHESVILLE, MD 20601-3694 |
| SMECO | PO BOX 2000,HUGHESVILLE, MD 20637 |
| SMECO | PO BOX 2000,HUGHESVILLE, MD 20637-2000 |
| SMYRNA UTILITIES | 315 SOUTH LOWRY STREET,SMYRNA, TN 37167-3416 |
| SNOHOMISH COUNTY PUD | PO BOX 1100,EVERETT, WA 98206-1100 |
| SOUTH HUNTINGTON W D | PO BOX 370,HUNTINGTON STATION, NY 11746 |
| SOUTH HUNTINGTON WD | 75 5TH AVE, SOUTH,HUNTINGTON STATION, NY 11746 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 600,ROSEMEAD, CA 91771 |
| SOUTHERN CALIFORNIA EDISON | PO BOX  600,ROSEMAD, CA 91771-0001 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 600,ROSEMEAD, CA 91771-0001 |
| SOUTHERN CONNECTICUT GAS CO | PO BOX 1999,AUGUSTA, ME 04332 |
| SOUTHWEST GAS CORPORATION | PO BOX 98890,LAS VEGAS, NV 89150-0101 |
| SOUTHWESTERN ELECTRIC POWER | PO BOX 24422,CANTON, OH 44701-4422 |
| SUBURBAN PROPANE | 212 STATE STREET,YREKA, CA 96097 |
| SWANEE EMC | PO BOX 100002,CUMMING, GA 30028-8302 |
| TAMPA ELECTRIC | PO BOX 31318,TAMPA, FL 33631-3318 |
| TATE MONROE WATER ASSN., INC. | PO BOX 90,BETHE;, OH 45106-0090 |
| THE CITY OF SALISBURY | 125 N DIVISION STREET,SALISBURY, MD 21801-4940 |
| THE DAYTON POWER & LIGHT | PO BOX 740598,CINCINNATI, OH 45274 |
| THE GAS COMPANY | PO BOX C,MONT PK, CA 91756 |
| THE ILLUMINATING COMPANY | PO BOX 3638,AKRON, OH 44309 |
| THE ILLUMINATING COMPANY | PO BOX 3638,AKRON, OH 44309-3638 |
| THE WALL STREET JOURNAL | 200 BURNETT RD,CHICOPEE, MA 01020 |

| Claim Name | Address Information |
|---|---|
| TOLEDO EDISON | PO BOX 3638,AKRON, OH 44309 |
| TRI-STATE EMC | PO BOX 530812,ATLANTA, GA 30353-0812 |
| TUCSON ELECTRIC POWER | PO  BOX 27327,TUCSON, AZ 85726-7327 |
| TUCSON ELECTRIC POWER COMPANY | PO BOX 80077,PRESCOTT, AZ 86304 |
| TXU ENERGY | PO BOX 100001,DALLAS, TX 75310-0001 |
| UGI UTILITIES INC | PO BOX 13009,READING, PA 19612 |
| UGI UTILITIES, INC | PO BOX 13009,READING, PA 19612-3009 |
| UPS | PO BOX 7247-0244,PHILADELPHIA, PA 19170-0001 |
| UPS | LOCKBOX 577,CAROL STREAM, IL 60132 |
| VECTREN  ENERGY DELIVERY | PO BOX 6262,INDIANAPOLIS, IN 46206-6263 |
| VECTREN ENERGY DELIVERY | PO BOX 6250,INDIANAPOLIS, IN 46206 |
| VECTREN ENERGY DELIVERY | PO BOX 6262,INDIANAPOLIS, IN 46206 |
| VECTREN ENERGY DELIVERY | PO BOX 6248,INDIANAPOLIS, IN 46206 |
| VECTREN ENERGY DELIVERY | PO BOX 6250,INDIANAPOLIS, IN 46206-6250 |
| VERIFICATION BUREAU | 247 S.W. 8TH STREET,MIAMI, FL 33130 |
| VILLAGE OF PLAINFIELD | 24401 W. LOCKPORT ST,PLAINFIELD, IL 60544 |
| VIRGINIA NATURAL GAS INC | PO BOX 70881,CHARLOTTE, NC 28272 |
| WASHINGTON GAS | PO BOX 830036,BALTIMORE, MD 21283 |
| WATERTOWN MUNICIPAL UTILITIES | 901 4TH AVE SW,WATERTOWN, SD 57201-4107 |
| WE ENERGIES | PO BOX 2089,MILWAUKEE, WI 53201 |
| WE ENERGIES | PO BOX 2089,MILWAUKEE, WI 53201-2089 |
| WE ENERGIES | 333 W EVERETT ST,MILWAUKEE, WI 53290-1000 |
| WILLIAMSON COUNTY TRUSTEE | 1320 W. MAIN STREET, STE 203,FRANKLIN, TN 37065 |
| WITHLACOOCHEE RIVER ELECTRIC | COOPERATIVE INC,DADE CITY, FL 33526-0100 |
| XCEL ENERGY | PO BOX 9477,MPLS, MN 55484 |
| XCEL ENERGY | PO BOX 9477,MPLS, MN 55484-9477 |
| YANKEE GAS SERVICES CO | PO BOX 2919,HARTFORD, CT 06104 |
| YORK ELECTRIC COOPERATIVE,INC | P O BOX 150,YORK, SC 29745-0150 |

**Total Creditor Count 322**