IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re: : Chapter 11
 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
 : Jointly Administered
 Debtors. :
---------------------------------------------------------------------------- x   **Ref. Docket No. 4615**

## AFFIDAVIT OF MAILING

STATE OF NEW YORK )
 ) ss.:
COUNTY OF NEW YORK )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 16, 2008, I caused to be served the "Order Granting Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1" dated June 12, 2008, [Docket No. 4615], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Herb Baer*
Herb Baer

Sworn to before me this
17th day of June, 2008

*/s/ Ross Matray*
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\8th Omnibus Objection Order_aff 6-16-08.doc

**EXHIBIT "A"**

| Claim Name | Address Information |
|---|---|
| ARJONA KENNEDY, MIRAM | 3772 W. BEECHWOOD,FRESNO, CA 93711 |
| BAKER, LAYCE PATRICIA | 7519 CEDAR DRIVE,CITRUS HEIGHTS, CA 95610 |
| BARKLEY, SHANNON L. | 22780 LAUREL GLEN RD # 111,CALIFORNIA, MD 20619 |
| BOAND, SANDY | 3408 GREENLEAF AVE,ISLAND LAKE, IL 60042 |
| CANALES, SHANNON D | 3570 ARGYLE AVE.,CLOVIS, CA 93612 |
| CLARK, JULIE L | 14781 DONCASTER RD,IRVINE, CA 92604 |
| CSHV SOUTHPARK, LLC. | ENID M. COLSON, ESQ.,LINER YANKELEVITZ SUNSHINE & REGENSTREIF,1100 GLENDON AVENUE, 14TH FLOOR,LOS ANGELES, CA 90024 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE,C/O PLATZER SWERGOLD KARLIN LEVINE ET AL,1065 AVENUE OF THE AMERICAS, 18TH FLOOR,NEW YORK, NY 10018 |
| DEKALB COUNTY TAX COMISSIONER | ATTN DARRYL J ELEM,4380 MEMORIAL DR STE 100,DECATUR, GA 30032 |
| DOYLE, DENNIS JR. | 7807 BAYMEADOWS RD, E,JACKSONVILLE, FL 32256 |
| DOYLE, DENNIS M. JR. | 7807 BAYMEADOWS ROAD EAST,SUITE 1 & 2,JACKSONVILLE, FL 32256 |
| DOYLE, DENNIS M. JR. | 7807 BAYMEADOWS RD. E.,JACKSONVILLE, FL 32256 |
| ENGLAND, MEGHAN M. | 1240 NORTH PLACENTIA AVE,FULLERTON, CA 92831 |
| FORMER EMPLOYEES | JAMES E. HUGGETTT / MARGOLIS EDELSTEIN,750 SOUTH MADISON STREET,SUITE 102,WILMINGTON, DE 19801 |
| FRESE, SUSAN AND MCCARTHY | 751 GRESHAM PLACE, NW,WASHINGTON, DC 20001 |
| FRESE, SUSAN AND MCCARTHY | THOMAS C. WILLCOX,1020 19TH STREET, N.W., SUITE 400,WASHINGTON, DC 20036 |
| G. MELO, LLC | C/O MAGRUDER & ASSOCIATES,PHIL W. HATHCOCK, PROPERTY MANAGER,1889 PRESTON WHITE DR., STE 200,RESTON, VA 20191 |
| GALLEGOS, JODY L. | 430 JEFFREY AVENUE,EAST MEADOW, NY 11554 |
| GERRITY, SEAN | 2631 HEATHERSTONE DR,SAN RAFAEL, CA 94903 |
| GOMEZ, ROLAND | 12422 S HAROLD,PALOS HEIGHTS, IL 60463 |
| HEATH, ANDREW P | 10658 SE JASON LANE,PORTLAND, OR 97086 |
| HICKS JR., ROBERT E. | 1418 E 103RD ST 1ST FL,BROOKLYN, NY 11236 |
| HORROCKS, STEPHEN | 21862 HARBORBREEZE LN,HUNTINGTON BEACH, CA 92646 |
| HUGHES, SHARAINE | C/O MARY CATHERINE SHERIDAN ESQ,HALL SICKELS FREI KATTENBURG & MIMS PC,12120 SUNSET HILLS RD STE 150,RESTON, VA 20190 |
| HUNTER GROUP INTERNATIONAL, INC., THE | 16405 NORTHCROSS DRIVE G-2,HUNTERSVILLE, NC 28078 |
| IDAHO STATE TAX COMMISSION | ATTN: RONALD V CROUCH, ADMINISTRATOR,P.O. BOX 56,BOISE, ID 83756-0056 |
| JAMES, MARK R. | 2911 PACIFIC HTS RD,HONOLULU, HI 96813 |
| JETT, H.L. | 1808 W. GRACE AVE,SPOKANE, WA 99205 |
| JOHNSTON, JOHN A. | 23 CHAMPNEY PL.,LAGUNA NIGUEL, CA 92677 |
| KERR, KEVIN | 1614 MYRTLEWOOD ST.,COSTA MESA, CA 92626 |
| LARSEN, LESLIE J | 0N611 SUZANNE DR,WINFIELD, IL 60190 |
| LARSEN, LINDA | 16252 TREASURE COVE,BULLARD, TX 75757 |
| LAWRENCE, JOY | 165 COMMACK RD,DEER PARK, NY 11729 |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN,LAW OFFICES OF ROBERT E. LUNA, P.C.,4411 NORTH CENTRAL EXPRESSWAY,DALLAS, TX 75205 |
| LOFTIS, NORMAN | 3 DEERFIELD AVENUE,SAG HARBOR, NY 11963 |
| LOFTIS, NORMAN | ELIHU E. ALLINSON, III,SULLIVAN HAZELTINE ALLINSON LLC,4 EAST 8TH STREET, SUITE 400,WILMINGTON, DE 19801 |
| MACKO, KIMBERLY | 536 S. WALNUT AVE,BREA, CA 92821 |
| MACLIN, JILLIAN S | 1111 JOSELSON AVE,BAY SHORE, NY 11706 |
| MARCANO, ANGELICA | 11 SPRING MEADOW DRIVE,KINGS PARK, NY 11754 |
| MARICOPA COUNTY TREASURER | MADELEINE C WANSLEE,201 E WASHINGTON, STE 800,PHOENIX, AZ 85004 |
| MASCOLO, JACQUELINE M. | 31 S COLUMBIA ST,PORT JEFFERSON STATION, NY 11776 |
| MCLOUGHLIN, MARGARET | 43 AVENUE I,FARMINGDALE, NY 11735 |
| MEDINA, FREEDA | 352 STONEGATE RD,BOLINGBROOK, IL 60440 |

| Claim Name | Address Information |
|---|---|
| MERRY LYNNE SCREEN PRINTING | ATTN JAMES M LYND,293 COMO AVE,SAINT PAUL, MN 55103 |
| MEYER, DAVID C. | 1933 NW 95TH,SEATTLE, WA 98117 |
| MILLER, KRYSTAL | PO BOX 7133,HICKSVILLE, NY 11802 |
| MINUTILLO, MARIE | 12204 SUMMERWOOD,LN,ALPHARETTA, GA 30005 |
| MOFFETT, JOAN T | 402 CRESSWELL RD,BROOKLYN, MD 212253914 |
| MOORE, MICHAEL R. | 13930 RANCHO SOLANA TRAIL,SAN DIEGO, CA 92130 |
| MORA, ROSA | 731 VISTA ISLES,DR APT 1528,SUNRISE, FL 33325 |
| NELSON, TRACY | P.O. BOX 51417,SARASOTA, FL 34232 |
| NISCHO, JAMES | 904 CONNECTQUOT AVE,ISLIP TERRACE, NY 11752 |
| NUCKOLS, KATHRYN | 295 COTTONWOOD LANE,STAUNTON, VA 24401 |
| O'BRIEN, BARON N | 2550 FIFTH AVE #167,SAN DIEGO, CA 92103 |
| OSTERHOUT, CERA | 226 WOODBINE DR,MILFORD, MI 48380 |
| PASSANIESE,  MICHAEL | 1518 S ADAMS ST,SPOKANE, WA 99203 |
| PATTON, MICHELE | 7300 KEY DEER CIRCLE,MIDLOTHIAN, VA 23112 |
| PEACOCK BAKER, DEBORAH A | 101 LANTERN LANE,MOUNT LAUREL, NJ 08054 |
| PERRY, JOSEPH | 6719 E. LISERON,BOYNTON BEACH, FL 33437 |
| PLUGUES, MICHAEL | 19 YOSEMITE LANE,CORAM, NY 11727 |
| POWELL, VICKY | 13513 NORTHWEST CT.,HASLET, TX 76052 |
| POWERS, KENNETH C | 109 SHIPPEN ST APT 2,WEEHAWKEN, NJ 07086 |
| PUNDT, LISA KNEIP | 8616 LONG MEADOW DR,JOHNSTON, IA 50131 |
| RAMER, JAN | 1562 YARROW CIRCLE,BELLPORT, NY 11713 |
| REUILLE, LORI | 7724 EDISTO DR,NEW HAVEN, IN 46774 |
| RUBIN, SVETLANA | 2681 WEST 2ND ST,APT 2F,BROOKLYN, NY 11223 |
| SCHELL, BRIAN R. | 25 HOPE ST,WEST BABYLON, NY 11704 |
| SCHWARTZKOPF, DARRELL | 11634 E EVANS AVE,AURORA, CO 80014 |
| SIMON, CANDY L | ,37620 GLENN AVE,CATHEDRAL CITY, CA 92234-1963 |
| SKYVIEW MARKETING, LLC | WOLFF & SAMSON PC,THE OFFICES AT CYSTAL LAKE,ONE BOLAND DRIVE,WEST ORANGE, NJ 07052 |
| SKYVIEW MARKETING, LLC | C/O SILCON GROUP,ATTN RICHARD BELLO,142 BOND STREET,ELIZABETH, NJ 07201 |
| SMITHKLINE BEECHAM, PLC | C/O JONES LANG LASALLE AMERICAS, INC,NANCY A CONNERY, ESQ. SHOEMAN UPDIKE,60 EAST 42ND STREET,NEW YORK, NY 10065-0006 |
| SMITHKLINE BEECHAM, PLC | FREDERICK B. ROSNER, ESQ.,DUANE MORRIS LLP,1100 N. MARKET ST., SUITE 1200,WILMINGTON, DE 19801 |
| SOMERMAN, STEVEN | 17 TORTOISE SHELL,COTO DE CAZA, CA 92679 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR,PRINCE ALTEE THOMAS, ESQUIRE,2000 MARKET ST., 10TH FL -ROTHSCHILD LLP,PHILADELPHIA, PA 19103-3291 |
| SPRING-FORD AREA SCHOOL DISTRICT | LIMERICK TOWNSHIP TAX COLLECTOR,PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD,2000 MARKET STREET, 10TH FLOOR,PHILADELPHIA, PA 19103-3291 |
| STAFFORD, PAMELA J | 10320 BLUFF VALLEY,CT,LAS VEGAS, NV 89178 |
| THAKARAR, GOOL | 2 FENBROOK DR,LARCHMONT, NY 10538 |
| THOMPSON, CHERYL | 1265 11TH STREET,#215,WEST DES MOINES, IA 50265 |
| TOBIN, JENNIFER | 10836 MOUNTSHIRE CIRCLE,HIGHLANDS RANCH, CO 80126 |
| TRAMIL, BILL | ****NO ADDRESS PROVIDED**** |
| TSESMETZIS, STEFANOS | 112 WINTER LANE,HICKSVILLE, NY 11801 |
| WALKER, BRIAN & JEANNE | 3703 E. MENAN-LORENZO HWY,MENAN, ID 83434 |
| WATSON, MARINA | 9511 BEACH MILL RD,GREAT FALLS, VA 22066 |
| WEINHEIMER, TRACEY K | 2291 AIRPORT ROAD,GREENFIELD, IA 50849 |
| WELLNESS AT WORK | ATTN MARILYN KIER,540 FRONTAGE RD,NORTHFIELD, IL 60093 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 86**