## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on this 20th day of June, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals set forth below in the manner indicated.

*[signature]*
Karen C. Bifferato (#3279)

**VIA HAND DELIVERY**
Matthew B. Lunn, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street
Wilmington, DE 19801

**VIA FACSIMILE AND FIRST CLASS MAIL**
Erica M. Ryland, Esquire
Scott J. Friedman, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Mark S. Indelicato, Esquire
Hahn & Hessen
488 Madison Avenue
New York, NY. 10022

#618097