# EXHIBIT A

In re American Home Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4369 | Wells Fargo Bank, N.A. | Multiple properties (See Exhibit A of Motion) |
| 4370 | Citigroup Global Markets Realty Corp. | Multiple properties (See Exhibit A of Motion) |
| 4371 | Deutsche Bank National Trust Company, as Trustee for HALO 2007-AR2 | Multiple properties (See Exhibit A of Motion) |
| 4372 | Deutsche Bank National Trust Company, as Trustee for Mortgage Pass-Through Certificates Series 2006-2 | Multiple properties (See Exhibit A of Motion) |
| 4373 | HSBC Bank USA, Inc. | Multiple properties (See Exhibit A of Motion) |
| 4374 | HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2 | Multiple properties (See Exhibit A of Motion) |
| 4375 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4 | Multiple properties (See Exhibit A of Motion) |
| 4376 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5 | Multiple properties (See Exhibit A of Motion) |
| 4406 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4 | Multiple properties (See Exhibit A of Motion) |
| 4407 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5 | Multiple properties (See Exhibit A of Motion) |
| 4408 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB4 | Multiple properties (See Exhibit A of Motion) |
| 4409 | HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-AF1 | Multiple properties (See Exhibit A of Motion) |
| 4410 | HSBC Bank USA, National Association, as Trustee for NAAC 2007-3 | Multiple properties (See Exhibit A of Motion) |
| 4411 | HSBC Bank USA, National Association, as Trustee for the Holder of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-BAR1 | Multiple properties (See Exhibit A of Motion) |
| 4412 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-6 | Multiple properties (See Exhibit A of Motion) |
| 4413 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB1 | Multiple properties (See Exhibit A of Motion) |
| 4414 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 | Multiple properties (See Exhibit A of Motion) |
| 4415 | U.S. Bank National Association, as Trustee for Banc of America Funding Trust 2007-3 | Multiple properties (See Exhibit A of Motion) |
| 4429 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities 2006-AC2 | Multiple properties (See Exhibit A of Motion) |
| 4430 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Pass-Through Certificates Series 2007-6 | Multiple properties (See Exhibit A of Motion) |
| 4431 | U.S. Bank National Association, as Trustee for CMLTI 2007-AR7 | Multiple properties (See Exhibit A of Motion) |
| 4432 | U.S. Bank National Association, as Trustee for CSAB 2006-4 | Multiple properties (See Exhibit A of Motion) |
| 4433 | U.S. Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3 | Multiple properties (See Exhibit A of Motion) |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4434 | U.S. Bank National Association, as trustee of the Banc of America Funding Trust 2007-1 | Multiple properties (See Exhibit A of Motion) |
| 4435 | U.S. Bank National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-12 | Multiple properties (See Exhibit A of Motion) |
| 4436 | U.S. Bank National Association, as trustee of the Banc of America Funding Corporation Trust 2007-3 | Multiple properties (See Exhibit A of Motion) |
| 4437 | U.S. Bank National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2006-3 | Multiple properties (See Exhibit A of Motion) |
| 4438 | U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3 | Multiple properties (See Exhibit A of Motion) |
| 4439 | U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 | Multiple properties (See Exhibit A of Motion) |
| 4440 | U.S. Bank, N.A. | Multiple properties (See Exhibit A of Motion) |
| 4441 | U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6 | Multiple properties (See Exhibit A of Motion) |
| 4442 | U.S. Bank, National Association, as Trustee for CMLTI 2007-AR1 | Multiple properties (See Exhibit A of Motion) |