IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4369 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by Wells Fargo Bank, N.A. ("Movant"), and

any response thereto; the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the

limited parties stated on the Certificate of Service is adequate under the circumstances; and the

Court having further determined that cause exists to grant Movant relief from the automatic stay

with respect to Movant's exercise of any rights and remedies against each parcel of real property

listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under

applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.     The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.     To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its

rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____          _____
        Wilmington, Delaware             HONORABLE CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant: Wells Fargo Bank, N.A.*
*D&G Reference: 216376*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0159270958 | Naeema Latifa | 02/20/07 | $ 360,500.00 | $ 389,493.76 | $ 422,000.00 | 7719 Hardwood Place Springfield, VA 22152 |
| 0159286764 | Hyacinth Melville | 02/26/07 | $ 945,000.00 | $ 1,002,463.60 | $ 1,395,000.00 | 10526 Bignon Court Wellington, FL 33467 |
| 0159293554 | Walter Markowski | 02/12/07 | $ 441,000.00 | $ 468,551.82 | $ 529,900.00 | 6909 West Mazatzal Drive Peoria, AZ 85383 |
| 0159293653 | Syed Mehdi | 02/23/07 | $945,000.00 | $ 997,531.72 | $ 1,025,000.00 | 3112 Stiles Way West Friendship, MD 21794 |
| 0159294354 | Elvis Sevilla | 02/15/07 | $ 207,900.00 | $ 214,379.81 | $ 297,000.00 | 121 Southwest Palm Drive Port Saing Lucie, FL 34986 |
| 0192213726 | Joseph Samuel Parker | 01/28/04 | $ 208,158.00 | $ 222,862.80 | $ 200,000.00 | 9392 Ayscough Road Summerville, SC 29485 |
| 0198887571 | Dallas R and Glenda J Carter | 11/01/05 | $ 210,000.00 | $ 201,301.48 | $ 252,000.00 | 6973 Ivanpah Avenue Twentynine Palms, CA 92277 |
| 0199920448 | Rebecca Ford | 11/16/05 | $ 131,920.00 | $ 132,023.98 | $ 167,900.00 | 7164 West Parapet Street Boise, ID 83714 |
| 0200253466 | Estate of Rodney M Lindsey | 12/28/05 | $332,000.00 | $ 346,286.65 | $ 415,000.00 | 12308 Ronald Beall Road Upper Marlboro, MD 20774 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0613797125 | Maday R Cuenca | 08/26/06 | $ 90,233.00 | $ 89,496.39 | $ 200,000.00 | 10351 Southwes201 Terrace Miami, FL 33189 |
| 1351001558 | Richard Monroe | 10/03/06 | $ 375,900.00 | $ 412,763.18 | $ 275,500.00 | 145 South Sawyer Avenue La Grange, IL 60525 |
| 1351003779 | Amelia Mayorga | 2/27/08 | $ 311,000.00 | $ 334,907.88 | $ 250,000.00 | 1834 Springtree Drive Perris CA 92571 |
| 1351003873 | Komlan Logossou | 2/20/2007 | $272,800.00 | $ 302,728.25 | $ 307,000.00 | 8221 Londonderry Court Laurel, MD 20707 |
| 1351004006 | Xin Sun | 02/02/07 | $ 359,925.00 | $ 372,028.61 | $ 475,000.00 | 5342 South Parklane Avenue Springfield, MO 65810 |
| 1351004057 | Hugo N Reyes | 02/21/07 | $ 252,000.00 | $ 260,258.24 | $ 288,999.00 | 131 Shenandoah Lane Stafford, VA 22554 |
| 1351004211 | Richard and Robert C Knight | 02/16/07 | $ 160,000.00 | $ 172,931.05 | $ 135,000.00 | 12165 Wellington Avenue Port Charlotte, FL 33981 |
| 1351004235 | Ana Ugarte | 02/23/07 | $ 301,096.00 | $ 312,441.79 | $ 324,000.00 | 6212 Stonepath Circle Centreville, VA 20120 |
| 1351004283 | Alicia Powell | 2/12/2007 | $ 543,200.00 | $ 598,578.20 | $ 470,000.00 | 7 Stonecreek Drive American Canyon, CA 94503 |
| 1351004395 | Henrrich Alvarez | 02/23/07 | $ 175,920.00 | $ 180,520.18 | $ 220,000.00 | 453 Wilcox Avenue Elgin, IL 60123 |
| 1351004624 | Jose A Perez | 02/21/07 | $ 960,000.00 | $ 1,067,019.90 | $ 735,000.00 | 288 Sunburst Lane Corona, CA 92879 |
| 1351004730 | Matthew J Stewart | 02/21/07 | $ 204,129.00 | $ 218,152.59 | $ 190,000.00 | 4721 East Laurel Avenue Higley, AZ 85236 |

| 1351004816 | Kyron Harvell | 02/27/07 | $ 76,800.00 | $ 83,741.77 | $ 74,500.00 | 112 Union Street<br>Bronson, MI 49028 |
|---|---|---|---|---|---|---|
| 1351001582 | Yvonne Shaw | 10/02/06 | $ 344,000.00 | $ 360,633.28 | $ 315,000.00 | 231 W 233 235 W 14th<br>San Bernardino, CA 92405 |
| 1158076532 | Francisco Deaguero | 11/28/06 | $ 148,000.00 | $ 156,334.89 | $ 185,000.00 | 9633 Juniper Avenue<br>Fontana, CA 92335 |
| 1158076483 | Christopher R Georgeso | 11/21/06 | $ 260,640.00 | $ 272,111.90 | $ 325,800.00 | 2661 South Skyview Drive<br>Nampa, ID 83686 |
| 1218040538 | Alem Alfred | 12/12/2005 | $ 377,989.00 | $ 395,020.41 | $ 499,900.00 | 8441 Hallie Rose Court<br>Alexandria VA 22309 |
| 1218041552 | Rita C Grillo | 12/12/05 | $ 212,915.00 | $ 222,722.71 | $ 305,000.00 | 2579 San Telca Street<br>Orlando Fl 32835 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Chapter 11 Case No. 07-11047-CSS, et seq. |
| Debtors. | |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4370 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by Citigroup Global Markets Realty Corp.

("Movant"), and any response thereto; the Court having determined that (A) the Court has

jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D)

service to the limited parties stated on the Certificate of Service is adequate under the

circumstances; and the Court having further determined that cause exists to grant Movant relief

from the automatic stay with respect to Movant's exercise of any rights and remedies against

each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the

"Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its

rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____        _____
       Wilmington, Delaware        HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* Citigroup Global Markets Realty Corp.

*D&G Reference: 216377*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134038640 | Luis A Rodriguez | 10/25/06 | $ 293,600.00 | $ 313,961.44 | $ 380,000.00 | 2800 Hillside Avenue, Cheverly, MD 20785 |
| 1134040335 | David K Kovarik | 12/18/06 | $ 235,500.00 | $ 268,335.02 | $ 210,000.00 | 340 South 5th Place, Show Low, AZ 85901 |
| 1134040648 | Jay Dunlap | 01/24/07 | $ 966,000.00 | $ 1,054,630.49 | $ 1,275,000.00 | 7851 East Sweetwater Avenue, Scottsdale, AZ 85260 |
| 1134043793 | Latrice Minor | 04/24/07 | $ 572,000.00 | $ 610,017.29 | $ 639,000.00 | 7 Renwood Place, American Canyon, CA 94503 |
| 1134044201 | Evelina M Karatchorbad | 05/16/07 | $ 286,400.00 | $ 304,982.60 | $ 275,000.00 | 3121 Manti Peak Avenue, North Las Vegas, NV 89081 |
| 1134017713 | Estate of Dickinson | 02/16/06 | $ 107,718.00 | $ 112,964.24 | $ 157,900.00 | 3417 Central Park Street, Caldwell, ID 83605 |
| 1134017922 | Mario A Ruiz | 02/13/06 | $ 70,000.00 | $ 75,556.85 | $ 85,990.00 | 26218 Southwest 141st Place Homestead, FL 33032 |
| 1134018036 | Ana R Lopez Flores | 02/17/06 | $247,200.00 | $ 268,927.24 | $ 239,000.00 | 3514 Beale Court Woodbridge, VA 22193 |
| 1134018045 | Amparo Garcia | 2/27/2006 | $298,200.00 | $ 348,730.62 | $ 470,000.00 | 162-164 Standish Street Elizabeth, NJ 07202 |

| 1134018440 | Reginald B Mays | 02/07/06 | $ | 84,500.00 | $ | 100,088.73 | $ | 120,000.00 | 4497 Rhine Drive Florissant, MO 63033 |
|---|---|---|---|---|---|---|---|---|---|
| 1134018480 | Scott C Reid | 02/21/06 | $ | 104,000.00 | $ | 109,427.89 | $ | 54,000.00 | 18715 Gaylord Redford, MI 48240 |
| 1134038615 | Victor A Garcia | 10/18/06 | $ | 592,000.00 | $ | 642,383.83 | $ | 610,000.00 | 6319 Crystal Springs Discovery Bay, CA 94514 |
| 1134043762 | Jorge Luis Rodriguez | 04/13/07 | $ | 993,750.00 | $ | 1,031,387.73 | $ | 769,000.00 | 1521 East Gulf Beach Drive Saint George Island, FL 32328 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4371 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by Deutsche Bank National Trust Company, as

Trustee for HALO 2007-AR2 ("Movant"), and any response thereto; the Court having

determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and

1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of

Service is adequate under the circumstances; and the Court having further determined that cause

exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any

rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a

"Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is

HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____            _____
        Wilmington, Delaware            HONORABLE CHRISTOPHER S. SONTCHI
                                 UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for HALO 2007-AR2

*D&G Reference: 216379*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300030285 | Cheri C Gray | 02/15/07 | $ 125,200.00 | $ 129,456.42 | $ 75,000.00 | 6225 Carlow Drive Citrus Heights, CA 95621 |
| 1300030291 | Benito and Joana Caratiquit | 02/23/07 | $ 381,755.00 | $ 392,268.13 | $ 351,900.00 | 4225 Thalia Way Rancho Cordova, CA 95742 |
| 1300030335 | Karl W Odoms | 02/27/07 | $ 108,500.00 | $ 112,516.02 | $ 158,000.00 | 217 221 Southeast 9th Street Madras, OR 97741 |
| 1300030351 | Nino Issac | 03/05/07 | $ 303,750.00 | $ 315,942.49 | $ 289,900.00 | 25231 Balmoral Drive Joliet, IL 60431 |
| 1300030375 | Dhil Johnson | 03/01/07 | $ 694,669.00 | $ 736,476.67 | $ 450,000.00 | 1521 West Capistrano Avenue Phoenix, AZ 85041 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Chapter 11<br>Case No. 07-11047-CSS, et seq. |
| Debtors. | |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4372 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by Deutsche Bank National Trust Company, as

Trustee for Mortgage Pass-Through Certificates Series 2006-2 ("Movant"), and any response

thereto; the Court having determined that (A) the Court has jurisdiction over the Motion

pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. §

157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited

parties stated on the Certificate of Service is adequate under the circumstances; and the Court

having further determined that cause exists to grant Movant relief from the automatic stay with

respect to Movant's exercise of any rights and remedies against each parcel of real property

listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under

applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

      3.     Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

      4.     This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
         Wilmington, Delaware        HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for Mortgage Pass-Through Certificates Series 2006-2

*D&G Reference: 216381*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300023756 | Jose Juan Velasco | 09/19/06 | $ 329,348.00 | $ 343,425.61 | $ 325,000.00 | 1913 Orchard Park Court San Jacinto, CA 92583 |
| 1300023819 | Rafael D Villa | 10/06/06 | $ 260,000.00 | $ 229,359.20 | $ 220,000.00 | 1930 Summertree Drive Perris, CA 92571 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket Nos. 4373 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, Inc. ("Movant"), and any

response thereto; the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the

limited parties stated on the Certificate of Service is adequate under the circumstances; and the

Court having further determined that cause exists to grant Movant relief from the automatic stay

with respect to Movant's exercise of any rights and remedies against each parcel of real property

listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under

applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its

rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____        _____
          Wilmington, Delaware             HONORABLE CHRISTOPHER S. SONTCHI
                                           UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, Inc

*D&G Reference: 216383*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300030332 | Jeff Skarda | 2/16/2007 | $195,750.00 | $ 207,373.70 | $ 205,000.00 | 210 Chambers Street El Cajon, CA 92020 |
| 1300030406 | Fredric Whisenant | 2/28/2007 | $168,000.00 | $198,897.79 | $ 235,000.00 | 9846 High Meadow Drive Ypsilanti, MI 48198 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Chapter 11 Case No. 07-11047-CSS, et seq. |
| Debtors. | |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4374 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association as

Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series

2006-AF2 ("Movant"), and any response thereto; the Court having determined that (A) the Court

has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. §

1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate

under the circumstances; and the Court having further determined that cause exists to grant

Movant relief from the automatic stay with respect to Movant's exercise of any rights and

remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and

collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED

as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.       To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.       Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.       This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____
          Wilmington, Delaware                   HONORABLE CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2

*D&G Reference: 216385*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1256030334 | Cam-Tu Thuy Tran | 02/02/06 | $194,392.00 | $ 202,012.63 | $ 215,000.00 | 12180 Cardamom Drive Woodbridge, VA 22192 |
| 1256030419 | Diann L Cotton | 01/31/06 | $ 50,001.00 | $ 53,899.52 | $ 25,000.00 | 8942 Saint Marys Detroit, MI 48228 |
| 1256030481 | Cerrel L Harris | 2/10/2006 | $140,800.00 | $ 155,259.28 | $ 164,900.00 | 33 Amberly Drive Saint Peters, MO 63376 |
| 1256030631 | Rula Qanah | 02/01/06 | $152,000.00 | $ 162,098.19 | $ 165,000.00 | 6770 West 180th Street Tinley Park, IL  60477 |
| 1256030685 | Ingrid Q Calero | 02/02/06 | $ 459,734.00 | $ 529,821.36 | $ 389,900.00 | 37283 High Vista Drive Murrieta, CA 92563 |
| 1256030720 | Jonathan E Padilla | 01/18/06 | $ 752,000.00 | $ 806,300.83 | $ 525,000.00 | 3730 Southwest 195th Avenue Miramar, FL 33029 |
| 1256030583 | Intisar Hasan | 02/09/06 | $ 96,080.00 | $ 103,769.70 | $ 109,000.00 | 22959 Pleasant Street Saint Clair Shores MI 48080 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4375 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as

Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4 ("Movant"), and

any response thereto; the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the

limited parties stated on the Certificate of Service is adequate under the circumstances; and the

Court having further determined that cause exists to grant Movant relief from the automatic stay

with respect to Movant's exercise of any rights and remedies against each parcel of real property

listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under

applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

      3.      Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

      4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____

      Wilmington, Delaware

    HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4

*D&G Reference: 216386*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158050604 | Sean Thomas | 04/12/06 | $ 248,715.00 | $ 277,712.87 | $ 204,900.00 | 9642 Cannon Avenue Live Oak, CA 95953 |
| 1158050659 | Norman G Robinson Jr. and Rachel B Stern | 04/27/06 | $ 245,000.00 | $ 256,974.16 | $ 319,900.00 | 7553 Pit Road Redding, CA 96001 |
| 1158050766 | Ian Smith | 4/17/2006 | $ 153,661.00 | $ 166,673.70 | $ 123,900.00 | 46011 West Windmill Drive Maricopa, AZ 85239 |
| 1158050772 | Ryan J Tomberlin | 04/28/06 | $ 268,021.00 | $ 283,074.04 | $ 272,500.00 | 3925 Deertree Hills Orange Park, FL 32065 |
| 1158050784 | Jorge Delgado | 4/19/2006 | $ 388,500.00 | $ 423,008.55 | $ 510,000.00 | 21230 Fountain Spring Diamond Bar, CA 91765 |
| 1158050813 | Thomas M Sanders | 4/20/2006 | $ 495,000.00 | $ 540,925.68 | $ 950,000.00 | 704 Rana Road Seeley Lake, MT 59868 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

### ORDER TERMINATING AUTOMATIC STAY
### UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket Nos. 4376 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as

Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5 ("Movant"), and

any response thereto; the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the

limited parties stated on the Certificate of Service is adequate under the circumstances; and the

Court having further determined that cause exists to grant Movant relief from the automatic stay

with respect to Movant's exercise of any rights and remedies against each parcel of real property

listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under

applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.     The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.     To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

       3.      Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

       4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____      _____
      Wilmington, Delaware          HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5

*D&G Reference: 216405*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158052162 | Davor Kantolic | 06/09/06 | $ 217,425.00 | $ 235,093.65 | $ 134,000.00 | 6159 Metrowest Orlando, FL 32835 |
| 1158052444 | Jovita Pena | 5/26/2006 | $196,000.00 | $ 219,511.38 | $ 215,000.00 | 2828 D Street Selma, CA 93662 |
| 1158053220 | Miranda Reed | 7/20/2006 | $197,850.00 | $227,303.26 | $ 279,900.00 | 12490 San Jose Lane Lusby, MD 20657 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4406 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as

Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4 ("Movant"), and

any response thereto; the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the

limited parties stated on the Certificate of Service is adequate under the circumstances; and the

Court having further determined that cause exists to grant Movant relief from the automatic stay

with respect to Movant's exercise of any rights and remedies against each parcel of real property

listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under

applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____    _____
        Wilmington, Delaware            HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4

*D&G Reference: 216408*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158050589 | Barb J Buczek | 04/28/06 | $ 208,400.00 | $ 216,971.80 | $ 302,900.00 | 1258 Knollwood Circle Crystal Lake, IL 60014 |
| 1158050651 | Constantin and Doinita Pahomi | 04/18/06 | $ 304,500.00 | $ 314,696.21 | $ 340,000.00 | 1685 South Heritage Circle Anaheim, CA 92804 |
| 1158050785 | Norma and Angel Prado | 04/17/06 | $ 308,000.00 | $ 327,355.08 | $ 294,000.00 | 3284 McLarens Lane San Diego, CA 92102 |
| 1158050890 | Claudio Pacho | 04/28/06 | $ 395,500.00 | $ 421,030.28 | $ 549,000.00 | 2808 Yeonas Drive Vienna, VA 22180 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>            Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket Nos. 4407 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.     The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.     To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.     Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.     This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
          Wilmington, Delaware          HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5

*D&G Reference: 216409*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158052289 | Maria G Corona | 05/25/06 | $ 156,000.00 | $ 169,663.38 | $ 130,000.00 | 1042 La Guardia Avenue Salton City, CA 92275 |
| 1158052666 | Kevin O Lloyd | 6/5/2006 | $92,400.00 | $ 99,411.94 | $ 126,000.00 | 5412 Trestlewood Lane Raleigh, NC 27610 |
| 1158052675 | Kelvin O Lloyd | 6/5/2006 | $88,200.00 | $ 95,492.05 | $ 123,900.00 | 1220 Curtiss Drive Garner, NC  27529 |
| 1158052909 | Michael Vujevic | 06/23/06 | $ 154,000.00 | $ 165,991.01 | $ 189,000.00 | 2628 Indiana Avenue St Louis, MO 63118 |
| 1158053093 | Philip A Palmer | 06/29/06 | $ 114,100.00 | $ 119,240.81 | $ 149,900.00 | 23 Depot Road Groton, CT 06340 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

### ORDER TERMINATING AUTOMATIC STAY
### UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket Nos. 4408 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as

Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB4 ("Movant"), and

any response thereto; the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the

limited parties stated on the Certificate of Service is adequate under the circumstances; and the

Court having further determined that cause exists to grant Movant relief from the automatic stay

with respect to Movant's exercise of any rights and remedies against each parcel of real property

listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under

applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its

rights under applicable non-bankruptcy law against each of the Properties, including but not

limited to foreclosure of any Mortgage relating to such Properties.

   3.  Nothing in this order (i) shall constitute a determination that American Home

Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the

Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the

Properties.

   4.  This Order is immediately effective and is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____   _____

    Wilmington, Delaware    HONORABLE CHRISTOPHER S. SONTCHI
                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:: HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB4*

*D&G Reference: 216424*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt. | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158057425 | Claudia Arevalo | 07/10/06 | $ 200,000.00 | $ 221,269.83 | $ 219,000.00 | 206 Voight Avenue Bridgeport, CT 06606 |
| 1158057666 | Ayesha E Sims | 7/12/2006 | $148,400.00 | $ 158,545.02 | $ 200,000.00 | 8691 Greenbelt Road Greenbelt, MD 20770 |
| 1158057800 | Alysia N Doyle | 7/14/2006 | $404,017.00 | $ 430,176.43 | $ 429,000.00 | 8812 Buckingham Court North Beach, MD 20714 |
| 1158057300 | Rogelio Portillo | 07/11/06 | $ 95,120.00 | $ 99,716.96 | $ 132,900.00 | 1032 Ardmore Drive Lynchburg, VA 24501 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Chapter 11 Case No. 07-11047-CSS, et seq. |
| Debtors. | |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4409 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-AF1 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____      _____
         Wilmington, Delaware              HONORABLE CHRISTOPHER S. SONTCHI
                                                   UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-AF1

*D&G Reference: 216428*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158027929 | Jeremy W Robinson | 10/31/05 | $ 246,000.00 | $ 267,348.41 | $ 258,000.00 | 2207 East Taro Lane Phoenix, AZ 85024 |
| 1158028016 | Guy Demars | 11/04/05 | $ 92,800.00 | $ 101,213.77 | $ 67,000.00 | 2401 Boldt Dearborn, MI 48124 |
| 1158038963 | Odilia S Wilkins | 09/08/05 | $ 138,400.00 | $ 153,098.44 | $ 184,000.00 | 4224 North 82nd Drive Phoenix, AZ 85033 |
| 1158038965 | Amrit Lal | 09/28/05 | $359,000.00 | $ 378,632.95 | $ 425,000.00 | 17522 Victoria Falls Drive Dumfries, VA 22026 |
| 1158039091 | Saikrishna Vallaturu | 10/13/05 | $ 320,000.00 | $ 350,392.01 | $ 285,000.00 | 4691 West Maple Bloomfield Hills, MI 48301 |
| 1158038920 | Shani Jamila Coleman | 09/13/05 | $ 57,400.00 | $ 61,338.75 | $ 96,500.00 | 1830 North Pecos Road 159 Las Vegas, NV 89115 |
| 1158039101 | William A Jaber | 10/24/05 | $ 128,000.00 | $ 137,727.66 | $ 105,900.00 | 24101 Oneida Oak Park, MI 48237 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4410 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as

Trustee for NAAC 2007-3 ("Movant"), and any response thereto; the Court having determined

that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B)

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28

U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is

adequate under the circumstances; and the Court having further determined that cause exists to

grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and

remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and

collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED

as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its

rights under applicable non-bankruptcy law against each of the Properties, including but not

limited to foreclosure of any Mortgage relating to such Properties.

      3.      Nothing in this order (i) shall constitute a determination that American Home

Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the

Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the

Properties.

      4.      This Order is immediately effective and is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____      _____
          Wilmington, Delaware        HONORABLE CHRISTOPHER S. SONTCHI
                           UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for NAAC 2007-3

*D&G Reference: 216429*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1256046010 | Karl Colimon | 02/21/07 | $ 562,500.00 | $ 582,753.43 | $ 549,900.00 | 7955 Southwest 155th Street Palmetto Bay, FL 33157 |
| 1256046012 | Anthony J Amodeo | 02/16/07 | $ 576,000.00 | $ 593,963.50 | $ 309,000.00 | 6969 Fairway Street Dearborn Heights, MI 48127 |
| 1256046020 | Tina L Yeager-Dargavag | 02/15/07 | $ 992,000.00 | $ 1,099,763.95 | $ 950,000.00 | 1108 Southeast 12 Terrace Deerfield Beach FL 33441 |
| 1256047741 | Roberto Fonte | 02/27/07 | $ 520,000.00 | $ 541,972.85 | $ 470,000.00 | 16574 Southwest 61 Way Miami, FL 33193 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4411 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section
362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as
Trustee for the Holder of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-BAR1
("Movant"), and any response thereto; the Court having determined that (A) the Court has
jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding
pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D)
service to the limited parties stated on the Certificate of Service is adequate under the
circumstances; and the Court having further determined that cause exists to grant Movant relief
from the automatic stay with respect to Movant's exercise of any rights and remedies against
each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the
"Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined
herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief
from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____     _____
        Wilmington, Delaware        HONORABLE CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant*:: HSBC Bank USA, National Association, as Trustee for the holder of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-BAR1

*D&G Reference: 216431*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158065610 | Carrol R Shaw | 11/03/06 | $ 259,700.00 | $ 280,178.36 | $ 295,000.00 | 1287 North Canvas Pass Prescott Valley, AZ 86314 |
| 1158065986 | Deanna T Davis | 11/02/06 | $ 864,360.00 | $ 923,814.14 | $ 850,000.00 | 8351 Butterfly Bush Corona, CA 92883 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Chapter 11 Case No. 07-11047-CSS, et seq. |
| Debtors. | |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4412 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as

Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-6

("Movant"), and any response thereto; the Court having determined that (A) the Court has

jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D)

service to the limited parties stated on the Certificate of Service is adequate under the

circumstances; and the Court having further determined that cause exists to grant Movant relief

from the automatic stay with respect to Movant's exercise of any rights and remedies against

each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the

"Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

    1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

    2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____
       Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-6

*D&G Reference: 216433*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158044999 | Sabino Padilla | 9/15/2005 | $312,000.00 | $ 328,828.66 | $ 325,000.00 | 9007 volta Street Lanham MD 20706 |
| 1158045455 | Anton Jackson | 09/29/05 | $ 108,000.00 | $ 141,306.12 | $ 125,000.00 | 11343 South Edbrooke Avenue Chicago, IL 60628 |
| 1158045706 | Michael J Coppola | 09/27/05 | $ 147,780.00 | $ 158,017.26 | $ 155,000.00 | 33462 North Windmill Run Queen Creek, AZ 85242 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | |
| AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al., | Chapter 11<br>Case No. 07-11047-CSS, et seq. |
| Debtors. | |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4413 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, National Association, as

Trustee for the Holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB1

("Movant"), and any response thereto; the Court having determined that (A) the Court has

jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D)

service to the limited parties stated on the Certificate of Service is adequate under the

circumstances; and the Court having further determined that cause exists to grant Movant relief

from the automatic stay with respect to Movant's exercise of any rights and remedies against

each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the

"Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

       3.      Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

       4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____      _____
          Wilmington, Delaware         HONORABLE CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant::* HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB1

*D&G Reference: 216436*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158044575 | Veronica Irizarry | 12/02/05 | $ 156,000.00 | $ 166,219.52 | $ 134,900.00 | 7934 South Kilbourn Avenue Chicago, IL 60652 |
| 1158043153 | Allyson G Ward | 11/18/2005 | $184,000.00 | $ 196,317.23 | $ 232,000.00 | 17004 Cambridge Grove Huntersville, NC 28078 |
| 1158043420 | Deana C Miles | 11/28/05 | $426,752.00 | $ 448,779.45 | $ 385,000.00 | 2004 Idlewild Boulevard Fredericksburg, VA 22401 |
| 1158043522 | Erica M Williams | 11/18/05 | $ 54,375.00 | $ 58,080.14 | $ 16,000.00 | 19414 Eureka Street Detroit, MI 48234 |
| 1158043635 | Horacio Reyes | 11/30/05 | $137,900.00 | $ 160,634.51 | $ 185,000.00 | 2706 Brnot Avenue Waukega, Il 60087 |
| 1158044450 | Seherzad and Elvisa Zilkic | 11/30/2005 | $161,500.00 | $ 174,511.30 | $ 205,000.00 | 1812 Briarcommon Drive Ofallon, MO 63366 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4414 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section
362 of the Bankruptcy Code (the "Motion") filed by LaSalle Bank National Association, as
Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 ("Movant"), and any response
thereto; the Court having determined that (A) the Court has jurisdiction over the Motion
pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. §
157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited
parties stated on the Certificate of Service is adequate under the circumstances; and the Court
having further determined that cause exists to grant Movant relief from the automatic stay with
respect to Movant's exercise of any rights and remedies against each parcel of real property
listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under
applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined
herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief
from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

      3.      Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

      4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____      _____
        Wilmington, Delaware      HONORABLE CHRISTOPHER S. SONTCHI
                                 UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Chapter 11 Case No. 07-11047-CSS, et seq. |
| Debtors. | |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4415 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee

for Banc of America Funding Trust 2007-3 ("Movant"), and any response thereto; the Court

having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§

157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is

proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further

determined that cause exists to grant Movant relief from the automatic stay with respect to

Movant's exercise of any rights and remedies against each parcel of real property listed on

**Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-

bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

      3.      Nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the Properties.

      4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____

            Wilmington, Delaware

                                      _____
                                        HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Banc of American Funding Trust 2007-3

*D&G Reference: 216444*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1317007237 | Jena L Haase | 02/06/07 | $ 164,800.00 | $ 178,324.38 | $ 145,000.00 | 6812 Accent Court Las Vegas, NV 89108 |
| 1317007391 | Jennifer Taylor | 02/05/07 | $ 348,000.00 | $ 367,240.17 | $ 365,000.00 | 613 Harvard Oak Park, IL 60304 |
| 1317007802 | Robert H Saenz | 1/31/2007 | $280,000.00 | $ 299,427.89 | $ 299,000.00 | 6933 Southwest Old Clifton Road Port Orchard, WA 98367 |
| 1317007971 | Jennifer Halligan | 1/29/2007 | $151,920.00 | $ 157,869.22 | $ 155,000.00 | 36292 Farmbrook Drive Clinton Township, MI 48035 |
| 1317008581 | German Alvarez | 01/31/07 | $ 296,000.00 | $ 319,715.27 | $ 325,000.00 | 2945 Bridgeport Avenue Miami, FL 33133 |
| 1317006358 | Jeffrey A Line | 1/12/2007 | $295,200.00 | $ 311,075.97 | $ 369,900.00 | 9660 Reed Road Denton, MD 21629 |
| 1317006461 | Michael S Bathla | 1/19/2007 | $299,619.00 | $ 320,906.51 | $ 300,000.00 | 1305 Grand Summit Drive Reno, NV |
| 1317006785 | Flor Barrios | 01/19/07 | $ 212,000.00 | $ 226,362.36 | $ 187,000.00 | 1906 Double Delight North Las Vegas, NV 89032 |
| 1317007530 | Michael J Keir | 2/2/2007 | $388,000.00 | $ 410,901.22 | $ 395,000.00 | 8445 Spring Road Pasadena, MD 21122 |

| 1317008120 | Matthew S Bachman | 02/14/07 | $ | 151,200.00 | $ | 157,833.22 | $ | 154,900.00 | 1712 Southeast Embassy Drive Lees Summit, MO 64081 |
|---|---|---|---|---|---|---|---|---|---|

-2-