IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |
| AMERICAN HOME MORTGAGE CORP. d/b/a<br>AMERICAN BROKERS CONDUIT,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEYS' TITLE INSURANCE FUND, INC.,<br><br>Defendant. | Adv. Proc. No. |

### COMPLAINT

Plaintiff, American Home Mortgage Corp. d/b/a American Brokers Conduit ("ABC"), by and through its undersigned counsel, Young Conaway Stargatt & Taylor, LLP, hereby brings this action against defendant, Attorneys' Title Insurance Fund, Inc. ("ATIFI"), and in support thereof respectfully avers as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

3. The causes of action alleged in all counts of this Complaint are non-core proceedings under 28 U.S.C. § 157(b).

4. This proceeding relates to the jointly administered cases styled <u>In re: American Home Mortgage Investment Corp., et al.</u>, Case No. 07-11047 (CSS) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") before the Honorable Christopher S. Sontchi.

5. The voluntary petitions commencing these chapter 11 proceedings were filed on August 6, 2007 (the "Petition Date").

## PARTIES

6. ABC, prior to the Petition Date, was in the business of originating mortgage loans for the wholesale mortgage market.

7. ATIFI is a Florida corporation with its principal office in Orlando, Florida.

8. ATIFI, at all times relevant hereto, was in the business of providing title insurance and related services in connection with real estate closings. Such title insurance and related services included the issuance of "Closing Protection Letters" incident to real estate closings for the benefit of proposed secured lenders in connection with real estate transactions.

### Facts

9. Emmanuel Antoine ("Mr. Antoine") applied for a mortgage for the acquisition of real property known as 1200 Brickell Bay Drive, # 1920, Miami, Florida 33130 at a sale price of $630,000.00 (the "Transaction").

10. Mr. Antoine was ultimately approved to receive mortgage funding through ABC in connection with the Transaction as follows:

    First Mortgage:    Principal Amount of $504,000.00

    Second Mortgage:    Principal Amount of $120,055.37

(collectively, the "Mortgages").

11. The settlement agent engaged to conduct the closing on the Transaction was Velazquez & Associates, P.A. ("Velazquez").

12. Velazquez issued Commitments to insure title through ATIFI prior to December 18, 2006.

13. In connection with the Transaction and the Mortgages, ATIFI issued a Closing Protection Letter to and for the benefit of ABC dated December 11, 2006 to ABC ("First CPL"). A true and correct copy of the First CPL is attached hereto and made a part hereof Exhibit "A."

14. In connection with the Transaction and the Mortgages, ATIFI issued a Closing Protection Letter to and for the benefit of ABC dated December 14, 2006 to ABC ("Second CPL"). A true and correct copy of the Second CPL is attached hereto and made a part hereof Exhibit "B."

15. On December 18, 2006, ABC caused wire transfers to be made to Velazquez' settlement agent/escrow account in the total amount of $636,281.81 in connection with the Transaction (the "Wire Transfers").

16. The Wire Transfers were received into the Velazquez settlement agent/escrow account.

17. Velazquez failed to conduct the Transaction and other close the Transaction in accordance with the instructions and directions of ABC.

18. Upon information and belief, Velazquez used the Wire Transfers for purposes unrelated to the Transaction and otherwise converted the Wire Transfers for its own use and/or benefit and/or the benefit of third parties unrelated to ABC and/or the Transaction.

19. ABC has been damaged in the amount of $636,281.81 due to the failure of Velazquez to comply with ABC's written instructions as those instructions relate to the use or disbursement of the Wire Transfers, failure to protect the status, validity, priority or enforceability of ABC's mortgage liens as well as the fraud and/or dishonesty of Velazquez in the handling of the Wire Transfers and the closing documents.

20. ABC gave timely and adequate notice to ATIFI of the actions, failures and/or defalcations of Velazquez.

### Claim

21. ABC incorporates Paragraphs 1-20 as though fully set forth herein.

22. Under the terms and provisions of the First CPL and Second CPL, ATIFI owes ABC the sum of $636,281.81 as the actual loss incurred and suffered by ABC as a result of the failures and defalcations of Velazquez described herein.

WHEREFORE, Plaintiff demands judgment in its favor and against Defendant for the sum of $636,281.81 together with costs, pre and post judgment interest from December 19, 2006 and reasonable attorney's fees.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Pauline K. Morgan (No. 3650)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
(302) 571-1253
pmorgan@ycst.com / ccrowther@ycst.com

Counsel for the Plaintiff

Dated: June 20, 2008