AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
FEBRUARY 1 - APRIL 30, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 3.70 | $2,275.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 32.60 | $19,560.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 19.30 | $11,194.00 |
| Baumgarten, I. | Associate Since 2006, Member of NJ Bar Since 2003, Member of NY Bar Since 2002, Area of Expertise - Financial Services/Real Estate | $450.00 | 11.40 | $5,130.00 |
| Staib, J. | Partner Since 2007, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $425.00 | 5.00 | $2,125.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 81.50 | $34,230.00 |
| Mayk, J. | Of Counsel Since 2006, Member of NJ Bar Since 1993, Member of PA Bar Since 1993, Area of Expertise - Financial Services/Real Estate | $380.00 | 1.30 | $494.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 3.80 | $1,311.00 |
| McMullin, A. | Associate Since 2005, Member of PA Bar Since 2006, Area of Expertise - Financial Services/Real Estate | $290.00 | 0.60 | $174.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $275.00 | 2.60 | $715.00 |
| Senese, K. | Paralegal | $225.00 | 78.30 | $17,617.50 |
| Kowalczyk, M. | Paralegal | $220.00 | 1.00 | $220.00 |
| Moody, T. | Paralegal | $200.00 | 6.10 | $1,220.00 |
| Grand Total: | | | **247.20** | **$96,266.00** |
| Blended Rate: | | | | 389.43 |