AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
FEBRUARY 1 - APRIL 30, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 19.80 | $5,640.50 |
| 2 | Other Professionals' Fee/Employment Issues | 37.50 | $13,055.00 |
| 3 | Executory Contracts and Unexpired Leases | 1.20 | $465.00 |
| 4 | Claims Analysis and Objections | 6.20 | $2,155.50 |
| 5 | Committee Business and Meetings | 17.30 | $8,368.50 |
| 6 | Case Administration | 30.30 | $9,369.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.90 | $694.50 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.20 | $45.00 |
| 10 | Financing Issues | 27.20 | $10,085.50 |
| 11 | Regulatory Matters | 3.40 | $1,568.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 23.10 | $12,018.00 |
| 13 | Stay Relief Issues | 30.80 | $12,394.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.20 | $45.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 42.10 | $17,932.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 6.00 | $2,430.00 |
| | TOTALS | 247.20 | $96,266.00 |