AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
FEBRUARY 1 - APRIL 30, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House | $0.81 |
| Facsimile | In-House @ $.35/page | $52.31 |
| Telephone Conference Calls | | $7.65 |
| Reproduction of Documents | In-House @ $.10/copy | $642.40 |
| | Contracted Photocopying - Parcels | $1,617.90 |
| Courier and Express Services | Federal Express | $948.88 |
| Hand Delivery Service | Parcels | $497.00 |
| Special Mailing Charges | | $99.63 |
| Westlaw | | $73.66 |
| Record/Docket Searches | | $898.72 |
| **TOTAL** | | **$4,838.96** |