# CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on June 20, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed below.

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF SAM HAGE, II FOR ORDER DEEMING PROOF OF CLAIM TIMELY FILED OR, IN THE ALTERNATIVE, ALLOWING THE FILING OF A LATE-FILED CLAIM**

*/s/David W. Carickhoff*
David W. Carickhoff (No. 3715)

Service made upon:

VIA FACSIMILE
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
*Facsimile:  302-571-1253*
*Counsel for the Debtors*

VIA FACSIMILE
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile:  (302) 573-6497*

VIA FACSIMILE
William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
Sullivan – Hazeltine – Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
*Counsel to Sam Hage, II*
*Facsimile:  (302) 428-8195*

VIA FACSIMILE
Martin Cohn, Esquire
Law Offices of Martin Cohn & Associates
116 South Michigan Avenue
14th Floor
Chicago, IL 60603
*Counsel to Sam Hage, II*
*Facsimile:  (312) 372-8681*

128189/01600/21700044v1