IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
           Debtors.                                              :
                                                                 :   Ref. Docket Nos. 3879, 4101 and 4759
---------------------------------------------------------------- x

### JOINDER OF THE DEBTORS TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF SAM HAGE FOR ORDER DEEMING PROOF OF CLAIM TIMELY FILED OR, IN THE ALTERNATIVE, ALLOWING THE FILING OF A LATE-FILED CLAIM

The above captioned debtors and debtors in possession (collectively, the "Debtors"), by their undersigned counsel, hereby join the Official Committee of Unsecured Creditors (the "Committee") in their objection (the "Objection") [Docket No. 4759] to the motion (the "Motion") of Sam Hage, II ("Hage") for leave to file a late claim by reason of excusable neglect [Docket No. 4101]. The Debtors' objected to Hage's late-filed claim (Proof of Claim No. 9641) in the Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 3879] (the "Fifth Omnibus Objection"). In support of the Objection, the Debtors represent as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

## JOINDER

1. The Debtors hereby adopt and incorporate the arguments and assertions set forth in the Objection and reserve all rights to be heard before this Court with regard to the Objection, the Motion and the Fifth Omnibus Objection.

2. For these reasons and for the reasons set forth in the Fifth Omnibus Objection, the Debtors request that Hage's claim be disallowed and expunged in its entirety.

WHEREFORE, the Debtors respectfully request that the Court sustain the Objection and grant such other and further relief as the Court may deem just and proper.

Dated: June 20, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

DB02:6909881.1

066585.1001