IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
  Debtors.                                                             :
                                                                       : Ref. No. 4333
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 4333

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Settlement Agreements Between Certain Debtors and the Commissioner of the State of Connecticut Department of Banking Regarding Payment of Certain Mortgagors' Taxes and Closing of Certain Mortgage Loans (the "Motion") has been received. The Court's docket which was last updated June 23, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than June 18, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       June 23, 2008

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Matthew B. Lunn
                        James L. Patton, Jr. (No. 2202)
                        Joel A. Waite (No. 2925)
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Matthew B. Lunn (No. 4119)
                        Sharon M. Zieg (No. 4196)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession