IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
    Debtors.                                                        :
                                                                    :   Objection Deadline: July 14, 2008 at 4:00
------------------------------------------------------------------- x   p.m.
                                                                        Hearing Date: N/A

## NOTICE OF APPLICATION

TO:  The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone Advisors, LLC.

The **Ninth Monthly Application of Milestone Advisors LLC as Financial Advisor and Investment Banker for the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During the Period From April 1, 2008 through April 30, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $200,000.00 and interim expenses in the amount of $4,424.39.

Objections to the Application, if any, are required to be filed on or before **July 14, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

   PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

   PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
   June 23, 2008

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Matthew B. Lunn
          James L. Patton, Jr. (No. 2202)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Margaret B. Whiteman (No. 4652)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
---------------------------------------------------------------- x

## NINTH MONTHLY APPLICATION OF
## MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
## FOR THE
## DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE INTERIM PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | April 1, 2008 through April 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $4,424.39 |

This is an:  __X__ interim  ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $160,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $160,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | | |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | | |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 57.6 |
| Gene Weil | Managing Director | 22.5 |
| Andrew Bernstein | Analyst and Associate | 20.0 |
| Thomas Humes | Analyst and Associate | 11.5 |
| Richard Young | Associate | 35.5 |
| **Total** | | **147.1** |

## AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROJECY CODE
### FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

| Project Code | Description of Activity | Hours |
|---|---|---|
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 20.0 |
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 16.1 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 96.5 |
| 105 | Negotiation, documentation, court approval process and closing of sale of bank | 2.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 2.5 |
| 110 | Non-working travel time | 10.0 |
|  |  | **147.1** |

# AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
## INTERIM EXPENSE SUMMARY
## FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

| Expense Category | Amount |
|---|---|
| Airfare | $3,404.59 |
| Postage – Express Courier | 136.40 |
| Teleconference / Long Distance | 205.78 |
| Lodging | 333.51 |
| Car Rental / Taxis | 264.00 |
| Meals | 50.00 |
| Parking | 50.00 |
| Travel Agency Fees | 70.50 |
| Total | $4,514.78 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
---------------------------------------------------------------- x

### NINTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $4,514.78 for the interim period April 1, 2008 through April 30, 2008 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for March 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $4,514.78. The total compensation and expense reimbursement sought in this fee application is $204,514.78.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

### TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

### SUMMARY OF SERVICES RENDERED

5. During this Interim Fee Period, on behalf of the Debtors, Milestone continued to provide financial advisory and investment banking services to the Debtor and handled follow on

matters related to the sale of the Mortgage Servicing Rights ("MSR") and Servicing Platform. Additionally, Milestone professionals continued to work on the sale of American Home Bank ("AHM Bank"). A detailed description of services rendered by Milestone by professional during the Interim Fee Period, summarized by Project code, and the number of hours expended in performing such services are set forth in Exhibit A.

6. Meetings and conference calls were held with various parties in relation to the sale of AHM Bank. These efforts included discussions with potential purchasers; numerous conference calls with the lawyers and Unsecured Creditors Committee on the status of the sale of the bank, conference calls with the management team, work on the presentation for the Unsecured Creditors Committee; distribution of confidentiality and non disclosure agreements, participation in on site due diligence meetings with potential acquirers, fulfillment of additional data request and maintenance of the online data room.

7. Milestone professionals worked on other clean-up matters related to the Asset Purchase Agreement ("APA"), performing reconciliations and identifying discrepancies. Once identified, each item was handled with the appropriate parties. Calculations of any funding due to the Purchaser from the Debtor were performed.

## DISBURSEMENTS

Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $4,514.78. This disbursement sum is broken down into categories of charges, including, among other things, travel related items such as airfare, train fare, lodging, "working" meals, and requisite local transportation. Other administrative expenses incurred were for telephone and teleconference, mail and express couriers. A complete review of expenses incurred by category for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

8. Investment bankers and analysts of Milestone have expended a total of 147.1 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

9. Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the Interim Fee Period April 1, 2008 through April 30, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $4,514.78 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
       June 20, 2008

                              MILESTONE ADVISORS LLC

                              _____

                              Eugene S. Weil
                              1775 Eye Street NW, Suite 800
                              Washington, DC 20006
                              Telephone: (202) 367-3000
                              Facsimile: (202) 367-3001

                              Financial Advisor and Investment Banker for Debtors and
                              Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    )
                    )  SS:
NEW CASTLE COUNTY    )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1. I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2. I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 20 day of June 2008.

_____
Notary Public
My Commission Expires:_____

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 4/1/2008 | 104 | 2.0 | Various calls with potential acquirors of AH Bank |
| Young, Richard | 4/1/2008 | 104 | 1.0 | Manage Sales Process |
| Nelligan, John | 4/1/2008 | 103 | 2.0 | Preparing and reviewing UCC presentation re: AH Bank |
| Humes, TJ | 4/1/2008 | 104 | 1.0 | Call with potential buyer |
| Weil, Gene | 4/1/2008 | 104 | 2.0 | Calls with potential acquirors of AHM Bank; prepare and review UCC presentation regarding bank and sale process |
| Humes, TJ | 4/2/2008 | 104 | 3.5 | Business plan presentation |
| Young, Richard | 4/2/2008 | 104 | 2.0 | Manage Sales Process |
| Weil, Gene | 4/2/2008 | 104 | 1.5 | Call with UCC and advisors regarding AHM Bank |
| Bernstein, Andrew | 4/2/2008 | 102 | 4.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Nelligan, John | 4/2/2008 | 103 | 2.0 | Preparing and reviewing UCC presentation re: AH Bank |
| Nelligan, John | 4/2/2008 | 104 | 1.5 | Various calls with potential acquirors of AH Bank |
| Nelligan, John | 4/3/2008 | 104 | 1.0 | Various calls with potential acquirors of AH Bank |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Humes, TJ | 4/3/2008 | 104 | 4.0 | Business plan presentaiton |
| Weil, Gene | 4/3/2008 | 104 | 2.5 | Calls and meetings with prospective AHM Bank acquirors |
| Nelligan, John | 4/3/2008 | 103 | 2.0 | Preparing and reviewing UCC presentation re: AH Bank |
| Nelligan, John | 4/4/2008 | 104 | 1.5 | Met potential acquirors of AH Bank |
| Weil, Gene | 4/4/2008 | 104 | 2.0 | Calls with prospective acquirors, meeting with Kroll regarding AHM Bank sale process |
| Young, Richard | 4/4/2008 | 104 | 2.0 | Manage Sales Process |
| Humes, TJ | 4/4/2008 | 104 | 3.0 | Business plan presentation and liquidation analysis |
| Nelligan, John | 4/4/2008 | 103 | 10.1 | Conference call preparing and reviewing UCC presentation of AH Bank |
| Young, Richard | 4/5/2008 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 4/6/2008 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 4/7/2008 | 104 | 2.0 | Manage Sales Process |
| Weil, Gene | 4/7/2008 | 106 | 1.0 | Call with bank management team, Kroll and other advisors |
| Nelligan, John | 4/8/2008 | 106 | 0.5 | Call with AH Bank management team |
| Nelligan, John | 4/8/2008 | 104 | 2.0 | Various calls with potential acquirors of AH Bank |
| Nelligan, John | 4/9/2008 | 106 | 0.5 | Call with AH Bank management team |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 4/9/2008 | 104 | 1.0 | Manage Sales Process |
| Nelligan, John | 4/10/2008 | 104 | 2.0 | Various calls with potential acquirors of AH Bank |
| Bernstein, Andrew | 4/10/2008 | 102 | 4.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 4/10/2008 | 104 | 1.0 | Manage Sales Process |
| Young, Richard | 4/11/2008 | 104 | 2.0 | Manage Sales Process |
| Nelligan, John | 4/11/2008 | 106 | 0.5 | Call with AH Bank management team |
| Young, Richard | 4/14/2008 | 104 | 1.0 | Manage Sales Process |
| Nelligan, John | 4/14/2008 | 104 | 4.0 | Various calls with potential acquirors of AH Bank |
| Weil, Gene | 4/14/2008 | 104 | 1.5 | Call with Credit One and David Langer regarding AHM Bank |
| Weil, Gene | 4/14/2008 | 104 | 1.5 | Calls with various prospective acquirors of AHM Bank |
| Young, Richard | 4/15/2008 | 104 | 0.5 | Sent NDA to prospective buyer; provided materials to prospective buyer |
| Bernstein, Andrew | 4/15/2008 | 102 | 4.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Weil, Gene | 4/15/2008 | 104 | 2.0 | Call with David Langer, Redwood trust, Credit one regarding AHM Bank |
| Young, Richard | 4/16/2008 | 104 | 0.5 | Executed NDA with prospective buyer |
| Nelligan, John | 4/16/2008 | 105 | 1.0 | Conference call with AH Bank management team to prepare for on-site visit from a prospective acquiror |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 4/16/2008 | 104 | 1.0 | Call with Fivemile Capital, David Langer regarding AHM Bank |
| Nelligan, John | 4/16/2008 | 104 | 1.0 | Conference call with prospective acquiror |
| Nelligan, John | 4/17/2008 | 104 | 1.0 | Conference call with prospective acquiror |
| Nelligan, John | 4/17/2008 | 104 | 0.5 | Review NDA from prospective acquiror |
| Young, Richard | 4/17/2008 | 104 | 5.5 | Followed up on NDAs sent out on 4/9; M2 management onsite |
| Nelligan, John | 4/18/2008 | 105 | 0.5 | Conference call with AH Bank management team to prepare for on-site visit from a prospective acquiror |
| Weil, Gene | 4/19/2008 | 104 | 1.5 | Call with Fivemile Capital and Blackstone regarding AHM Bank and Goldman regarding residuals |
| Young, Richard | 4/19/2008 | 104 | 0.5 | Revised and emailed agenda in advance of the management meeting on 4/21 |
| Nelligan, John | 4/20/2008 | 110 | 5.0 | Travel to Chicago |
| Nelligan, John | 4/21/2008 | 110 | 5.0 | Return travel from Chicago |
| Young, Richard | 4/21/2008 | 104 | 1.0 | Send CIM and updated financial package to a prospective buyer; conference call with M2 |
| Nelligan, John | 4/21/2008 | 104 | 1.5 | Meeting with prospective acquiror |
| Nelligan, John | 4/21/2008 | 104 | 4.5 | Meeting with AH Bank and prospective acquiror |
| Weil, Gene | 4/21/2008 | 104 | 1.0 | Call with Redwood Trust & Fivemile Capital, regarding AHM Bank |
| Young, Richard | 4/22/2008 | 104 | 1.0 | Sent bid instructions to prospective bidder; walked bidder through bid layout. |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 4/22/2008 | 104 | 2.0 | Meeting with David Langer regarding AHM Bank |
| Bernstein, Andrew | 4/22/2008 | 102 | 4.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Nelligan, John | 4/22/2008 | 104 | 1.0 | Meeting with prospective acquiror |
| Young, Richard | 4/23/2008 | 104 | 3.0 | Worked with management to fulfill data requests for a prospective buyer; conference call with the UCC |
| Weil, Gene | 4/23/2008 | 104 | 1.5 | UCC conference call regarding AHM Bank |
| Nelligan, John | 4/23/2008 | 104 | 2.0 | Conference call with UCC |
| Nelligan, John | 4/23/2008 | 104 | 1.0 | Preparation for a call with UCC |
| Young, Richard | 4/24/2008 | 104 | 1.0 | Updated contact log; sent materials to prospective buyer |
| Nelligan, John | 4/25/2008 | 105 | 0.5 | Call with AH Bank management |
| Nelligan, John | 4/25/2008 | 104 | 1.5 | Several calls with prospective acquirors |
| Young, Richard | 4/25/2008 | 104 | 3.0 | Spoke to prospective buyer, sent out NDA, updated contact log, and prepared material for upcoming management meeting. |
| Young, Richard | 4/26/2008 | 104 | 0.5 | Work w/ Management on 6 month projections |
| Young, Richard | 4/28/2008 | 104 | 5.0 | Management meeting with New World Bancorp in Chicago |
| Young, Richard | 4/29/2008 | 104 | 0.5 | Followed up with prospective buyer |
| Bernstein, Andrew | 4/30/2008 | 102 | 4.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 4/30/2008 | 104 | 0.5 | Executed NDA with buyer |
| Weil, Gene | 4/30/2008 | 104 | 1.5 | Calls with prospective acquirors of AHM bank and Kroll |
| **Total Hours:** | | | 147.1 | |

## Exhibit B

## Milestone Advisors LLC
## Detail Expenses by Professional
## April 1, 2008 - April 30, 2008

| Expense | Name | Date | Description | Amount |
|---|---|---|---|---|
| Telephone - Conference | Premier Global Services | 04/01/08 | Premier Global Services - 4/1 | 15.18 |
| Telephone - Conference | Premier Global Services | 04/01/08 | Premier Global Services - 4/1 | 22.66 |
| Telephone - Conference | Premier Global Services | 04/02/08 | Premier Global Services - 4/2 | 7.91 |
| Telephone - Conference | Premier Global Services | 04/04/08 | Premier Global Services - 4/4 | 11.41 |
| Telephone - Conference | Premier Global Services | 04/05/08 | Premier Global Services - 4/5 | 8.83 |
| Travel - Meals & Entertainment | Humes, TJ | 04/07/08 | Bank diligence | 25.00 |
| Postage - Express | Fedex | 04/11/08 | Fedex - American Bank of Florida - 4/11 | 15.71 |
| Postage - Express | Fedex | 04/11/08 | Fedex - YCS&T - 4/11 | 12.48 |
| Postage - Express | Fedex | 04/11/08 | Fedex - One South Bank - 4/11 | 11.10 |
| Postage - Express | Fedex | 04/11/08 | Fedex - WPS Community Bank - 4/11 | 15.71 |
| Postage - Express | Fedex | 04/14/08 | Fedex - New World - 4/14 | 15.71 |
| Postage - Express | Fedex | 04/14/08 | Fedex - Capitol Bank of Columbus - 4/14 | 14.98 |
| Postage - Express | Fedex | 04/14/08 | Fedex - Banco Buena Ventura - 4/14 | 17.34 |
| Postage - Express | Fedex | 04/15/08 | Fedex - Banco de Brasil - 4/15 | 22.56 |
| Travel - Meals & Entertainment | Young, Richard | 04/16/08 | Dinner, M2 Capital on-site | 25.00 |
| Travel - Auto Rental/Limo/Cabs | Young, Richard | 04/16/08 | Taxi - to Dinner | 12.00 |
| Travel - Auto Rental/Limo/Cabs | Young, Richard | 04/16/08 | Taxi - from Dinner | 12.00 |
| Travel - Airfare | Young, Richard | 04/16/08 | United Airlines - M2 Capital on-site | 910.00 |
| Travel - Lodging | Young, Richard | 04/16/08 | Westin Hotel 4/16/08 | 333.51 |
| Postage - Express | Fedex | 04/16/08 | Fedex - YCS&T - 4/16 | 10.81 |
| Travel - Auto Rental/Limo/Cabs | Young, Richard | 04/16/08 | Taxi - Airport to hotel | 40.00 |
| Travel - Auto Rental/Limo/Cabs | Young, Richard | 04/17/08 | Taxi - Hotel to airport | 40.00 |
| Travel - Parking & Tolls | Young, Richard | 04/17/08 | Airport parking | 24.00 |
| Travel - Airfare | Nelligan, John | 04/18/08 | United LAX-ORD | 1,688.00 |
| Travel - Travel Agency Fees | Nelligan, John | 04/18/08 | Travel Agency fee | 48.00 |
| Telephone - Conference | Premier Global Services | 04/18/08 | Premier Global Services - 4/18 | 4.23 |
| Telephone - Conference | Premier Global Services | 04/20/08 | Premier Global Services - 4/20 | 18.77 |
| Telephone - Conference | Premier Global Services | 04/21/08 | Premier Global Services - 4/21 | 1.40 |
| Telephone - Long Distance | | 04/22/08 | Court Call | 25.00 |
| Travel - Airfare | Young, Richard | 04/26/08 | US Air/United | 689.00 |
| Telephone - Conference | Premier Global Services | 04/26/08 | Premier Global Services 4/26/08 | 90.39 |
| Travel - Auto Rental/Limo/Cabs | Young, Richard | 04/28/08 | Airport to Hotel | 45.00 |
| Travel - Auto Rental/Limo/Cabs | Young, Richard | 04/28/08 | Hotel to Airport | 43.00 |
| Travel - Parking & Tolls | Young, Richard | 04/28/08 | Parking expense | 26.00 |
| Travel - Auto Rental/Limo/Cabs | Weil, Eugene | 04/28/08 | Arthur Feit - LGA to NYC | 72.00 |
| Travel - Travel Agency Fees | Weil, Eugene | 04/29/08 | Travel Agency Fee | 22.50 |
| Travel - Airfare | Weil, Eugene | 04/30/08 | US Airways LGA-DCA | 117.59 |
| | | | | 4,514.78 |