FILED

2008 JUN 20  AM 10: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 4, 2008

**United States Bankruptcy Court**
**District Of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, Delaware 19801**

RE:  Claim #4531
       American Home Mortgage

Please be advised that we are officially notifying the court that we are resisting the omnibus objection that was brought before you by the law firm of Young, Conway, Stargatt and Taylor LLP.  I am asking that my interests recognized as allowed equity interests and not as unsecured claims.

Thank you.

*Marilyn K. Nichols, Ttee*

**Marilyn Nichols, Trustee**