6/17/08

Dear U.S. Bankruptcy Court of Delaware,

We object to being excluded from the proceeding against American Home Mortgage Holdings Inc. (see first page of notice of proceeding).

Yours Truly,
Jane Goldberg
Joyce Stern

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM OB9 5/23/2008 (merge2.txnum2) 4000100018

STERN, JOYCE & GOLDBERG, JANE
515 E 79TH ST APT 18F
NEW YORK, NY 10075-0784

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** STERN, JOYCE & GOLDBERG, JANE
515 E 79TH ST APT 18F
NEW YORK, NY 10075-0784

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 7894 | $17,430.50 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 25, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession