# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: June 18, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: June 25, 2008 at 10:00 a.m. (ET) |

AHM OB9 5/23/2008 (merge2.txnum2) 4000096800

PAUL M WINSLOW TR
UA PAUL M WINSLOW
SEPERATE PROP TRUST
7521 DINSDALE
DOWNEY, CA  90240

FILED 2008 JUN 23 AM 10:23 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** PAUL M WINSLOW TR
UA PAUL M WINSLOW
SEPERATE PROP TRUST
7521 DINSDALE
DOWNEY, CA  90240

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 3435 | $3,356.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

*[Handwritten note:]* Attached are copies of: Purchase for $3300 Sale for $2999 Loss

*[Signature:]* Paul M Winslow

2

DUPLICATE REQUEST

November 26, 2007



**THE Vanguard GROUP**

# Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

## Confirmation

PAUL M WINSLOW TR
UA 07-25-86 PAUL M WINSLOW
SEPARATE PROPERTY TRUST
7521 DINSDALE ST
DOWNEY CA 90240-3701

| | |
|---|---|
| (800) 339-4515 | VBS Institutional |
| www.vanguard.com | |
| Account number: | 49V-486764 |
| Trade date | 11/26/2007 |
| Process date | 11/26/2007 |
| Settlement date | 11/29/2007 |
| Market/Capacity | 8 / 8 |

**YOU SOLD:**
AMERICAN HOME MTG
INVT CORP COM

| | |
|---|---|
| Account type: | Cash |
| CUSIP number: | 02660R-10-7 |
| Symbol: | AHMIQ |

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT.** This trade was unsolicited.

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| J155J2 | 100.00000 | $ 0.05500000 | $ 5.50 | $ 4.49 | $ 0.00 | $ 0.01 | $ 1.00 |

UNSOLICITED ORDER   PERSHING LLC MAKES   A MKT IN THIS SEC &
ACTED AS PRINCIPAL

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company, Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.




| Date ▼ | Type | Symbol | Shares | Price | Comm | Amount | Notes | Modify |
|---|---|---|---|---|---|---|---|---|
| Jul 8, 2006 | Shares In | ZMH | 100 | 30.3099 | 0.00 | 3,030.99 | - | Edit - Delete |
| Jul 8, 2006 | Shares In | WM | 100 | 38.95 | 0.00 | 3,895.00 | - | Edit - Delete |
| Jul 8, 2006 | Shares In | SPI | 447 | 15.67 | 0.00 | 7,004.49 | - | Edit - Delete |
| Jul 8, 2006 | Shares In | PFE | 300 | 35.00 | 0.00 | 10,500.00 | - | Edit - Delete |
| Jul 8, 2006 | Shares In | JNJ | 100 | 54.93 | 0.00 | 5,493.00 | - | Edit - Delete |
| Jul 8, 2006 | Shares In | HPQ | 400 | 19.535 | 0.00 | 7,814.00 | - | Edit - Delete |
| Jul 8, 2006 | Shares In | HBC | 187 | 43.40 | 0.00 | 8,115.80 | - | Edit - Delete |
| Jul 8, 2006 | Shares In | GE | 200 | 31.34 | 0.00 | 6,268.00 | - | Edit - Delete |
| ~~F~~ | ~~Shares~~ | ~~M~~ | | ~~00.00~~ | 0.00 | ~~.00~~ | - | Edit - Delete |
| Nov 15, 2005 | Shares In | CX | 100 | 60.00 | 0.00 | 6,000.00 | - | Edit - Delete |
| May 15, 2005 | Shares In | SJT | 200 | 41.20 | 0.00 | 8,240.00 | - | Edit - Delete |
| May 15, 2005 | Shares In | RIO | 400 | 14.50 | 0.00 | 5,800.00 | - | Edit - Delete |
| Feb 2, 2005 | Shares In | A | 100 | 33.3499 | 0.00 | 3,334.99 | - | Edit - Delete |
| Aug 15, 2004 | Shares In | FSL-B | 33 | 18.09 | 0.00 | 596.97 | - | Edit - Delete |
| Apr 15, 1999 | Shares In | BMY | 400 | 15.49 | 0.00 | 6,196.00 | - | Edit - Delete |
| Jan 15, 1995 | Shares In | EIX | 1,170 | 29.00 | 0.00 | 33,930.00 | - | Edit - Delete |
| Mar 22, 1990 | Shares In | INTC | 765 | 6.575 | 0.00 | 5,029.88 | - | Edit - Delete |

Previous 20 - Next 20

Questions or Comments?

Copyright © 2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Send Feedback
To learn more about Yahoo!'s use of personal information, please read the Privacy Policy.

Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Prior to execution of any security trade, you are advised to consult your authorized financial advisor to verify the accuracy of all information. Neither Yahoo! nor any independent provider is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found herein.

Any problems or suggestions? Send us feedback