IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>**Objection Deadline: July 10, 2008 at 4:00 p.m.**<br>**Hearing Date: July 17, 2008 at 2:00 p.m.** |

## NOTICE OF GMAC MORTGAGE LLC'S MOTION PURSUANT TO 11 U.S.C. § 105(a) AND FED.R.BANKR.P. 9014 AND 9020 FOR AN ORDER OF CIVIL CONTEMPT AND COMPELLING THE DEBTORS TO COMPLY WITH PRIOR COURT ORDERS

PLEASE TAKE NOTICE that on June 23, 2008, GMAC Mortgage LLC ("GMACM"), filed with the United States Bankruptcy Court for the District of Delaware GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed.R.Bankr.P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders (the "Motion").

You are required to file a response to the Motion on or before **July 10, 2008 at 4:00 p.m. (Eastern Prevailing Time)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by counsel for GMACM, Kimberly E. C. Lawson, Esquire, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (fax number 302-778-7575) and Claudia Z. Springer, Esquire, Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103 (fax number (215) 851-1420).

**A HEARING ON THE MOTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (EASTERN PREVAILING TIME)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 5th floor, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 23, 2008
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  /s/ Kimberly E. C. Lawson
Kimberly E. C. Lawson (No. 3966)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: klawson@reedsmith.com

and

Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: cspringer@reedsmith.com

Attorneys for GMAC Mortgage LLC