# EXHIBIT B

## Lawson, Kimberly E.

| | |
|---|---|
| **From:** | Lawson, Kimberly E. |
| **Sent:** | Thursday, April 10, 2008 4:01 PM |
| **To:** | Cleary, M. Blake; Lunn, Matthew |
| **Cc:** | Springer, Claudia Z. |
| **Subject:** | GMAC/American Home |

GMAC has been trying to resolve the below issues related to the transfer of servicing of the HELOCs to no avail. In addition to attempting to resolve these issues at the business level, we attempted to resolve some of the issues through communications directly with your office. To date, none of the below issues have been addressed by American Home. Accordingly, we have been instructed by GMAC to seek relief through the Bankruptcy Court. GMAC would prefer to resolve these matters outside of court. Therefore, this e-mail is one last attempt to amicably resolve the issues indicated below. If a satisfactory response is not received by 4:00 p.m. on Monday, April 14, 2008, GMAC will seek relief through the Bankruptcy Court.

Should you have any questions or comments, please feel free to contact me. Thank you.

**Kimberly E. C. Lawson, Esquire**
302.778.7597
klawson@reedsmith.com

**Reed Smith** LLP

1201 Market Street, Suite 1500
Wilmington, DE 19801
302.778.7500
Fax 302.778.7575

---

**From:** Robert Love [mailto:Robert.Love@ahmsi3.com]
**Sent:** Tuesday, March 04, 2008 6:16 PM
**To:** Schares, Curtis - IA
**Subject:** RE: Outstanding Transfer Items

Curtis,
 I forwarded this to management at AHM Corp and to Kroll (restructuring advisors) for their response. Thanks for detailing out these issues.

Bobby

---

**From:** Schares, Curtis - IA [mailto:Curtis.Schares@gmacm.com]
**Sent:** Tuesday, March 04, 2008 2:39 PM
**To:** Robert Love; Robert Love
**Subject:** Outstanding Transfer Items

Bobby,

As a follow-up to our conversation last week, three items remain to be resolved related to the transfer of the HELOCs to GMACM. A recap of the issues is included below with an attachment providing a loan-level inventory. We seek resolution of these issues promptly and would be happy to discuss options and alternatives to close out these items.

06/23/2008

Please provide a response as to AHM's recommended resolution of these items by 3/11/08. I would hope we can resolve these matters without involving additional expense of working through the courts.

Issue Recap:

1) Servicing Files - We received a CD of images; however, the provided images are not the key documents we need to service the lines. At this point, we do not have any of the servicing files that we need for any of the HELOCs. The key documents needed are listed in the attached Word document.

---> We are requesting AHM send the paper servicing files containing the key documents listed above on all the lines that have transferred and are still active. The attached Excel document provides an inventory of lines still active.

2) Assignments - For those lines not assigned to MERS, an assignment needs to be recorded with the counties to assign GMACM as the servicer or to assign the lines to MERS. We would prefer an assignment to MERS. The custodial files should contain assignments in blank. Assuming the assignments are completed properly, these need to be recorded and then a new blank assignment should be placed in the custodial file.

--->We are requesting AHM complete the assignments to MERS with a MIN number provided by GMACM. The attached excel document provides an inventory of those loans not assigned to MERS.

3) POA/Corporate Resolution - For the lines not on MERS, GMACM is unable to perform certain functions because we are not the recorded servicer and cannot sign as GMACM. For example, we are unable to record lien releases. This inability to record information poses GMACM to risk of penalties and fines, especially in the case of the timely release of liens. These expenses incurred not as a result of GMACM's servicing errors will be claimed against the party in error.

---> In order to more effectively facilitate these servicing functions prior to the recording of assignments reflecting GMACM as servicer, GMACM requests limited Power of Attorney or a corporate resolution to allow GMACM to sign on AHM's behalf.

I look forward to your response on these three items.

<<AHM HELOC Inventory.xls>> <<013008 Key Doc Listing.doc>>
**Curtis Schares**
Director, Client Integration and Reporting
Subservicing
GMAC Mortgage, LLC

Work: 319-236-5327
Cell: 319-610-5808
Fax: 866-340-6129
Email: Curtis.Schares@GMACM.com
www.gmacsolutions.com

Internet E-mail Confidentiality...
The information contained in this communication is the property of GMAC Residential Holding Company, LLC and/or its subsidiaries and contains confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

06/23/2008