# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No.: __ |

## ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED.R.BANKR.P. 9014 AND 9020 FINDING DEBTORS IN CIVIL CONTEMPT OF AND COMPELLING THE DEBTORS TO COMPLY WITH PRIOR COURT ORDERS

Upon consideration of GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed.R.Bankr.P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders (the "Motion")[1], and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1); and it appearing that no other notice need be given; and after consideration of objections to the Motion, if any; and upon the record and after due deliberation thereon; and the Court concluding that the Debtors are in contempt of the Orders for the reasons set forth in the Motion, it is hereby ORDERED that:

1. The Motion is granted.

2. The Debtors shall, within fifteen (15) days of the entry of this Order, comply with the Orders by (a) turning over the remaining 5,194 mortgage servicing files to GMACM;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

- 2 -

(b) executing and recording assignments of non-MERS registered mortgages in GMACM's name or executing and recording assignments of the non-MERS registered mortgages in MERS' name and indicating GMACM as servicer in MERS; and (c) for the period prior to the recording of the assignments, executing either powers of attorney for each mortgage to be recorded in the applicable recording office or a corporate resolution authorizing GMACM to execute and record the documentation necessary to publicly evidence the transfer of the HELOCs to GMACM for servicing purposes.

3. Pursuant to this Court's inherent power and 11 U.S.C. § 105, and as compensatory damages, the Debtors shall remit payment to GMACM for its attorneys' fees and costs in connection with the preparation, filing and prosecution of the Motion within five (5) business days of the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and implementation of this Order.

Date: _____, 2008        _____
      Wilmington, Delaware        Christopher S. Sontchi
                                          U. S. Bankruptcy Judge