IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
    Debtors.                                                       :
                                                                   :   Ref. Docket Nos. 3474, 3677, 3879,
------------------------------------------------------------------ x   4028, and 4223

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' SECOND, FOURTH, FIFTH, SEVENTH, AND NINTH OMNIBUS OBJECTIONS TO CLAIMS

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 3474] solely with respect to the proofs of claim filed by Lillian Frieder [POC No. 3805] and Nathan Frieder [POC No. 3806], without prejudice to the Debtors' right to object to these proofs of claim on any and all grounds.

PLEASE FURTHER TAKE NOTICE that the Debtors hereby partially withdraw the *Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 4028] solely with respect to the proofs of claim filed by Harshad Shah [POC No. 3876], Russell Wilhite [POC No. 9801], Phillips Brothers Limited Partnership-College [POC No. 9803], and Donald G. Rankin [POC No. 9723], without prejudice to the Debtors' right to object to these proofs of claim on any and all grounds.

PLEASE FURTHER TAKE NOTICE that the Debtors hereby partially withdraw the *Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 4223] solely with respect to the proofs of claim filed by Jeffrey Guss [POC No. 5191], Eleanor Sheridan [POC No. 3457], Walter Sheridan [POC No. 3458], Joann Christman [POC Nos. 5639 and 5370], Charles Galusha [POC No. 5355], Marilyn Ramo [POC No. 7876], and Kevin Koro [POC No. 7879], without prejudice to the Debtors' right to object to these proofs of claim on any and all grounds.

Dated: June 23, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP