IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x    Chapter 11

In re:                                                    :

                                                          :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :

a Delaware corporation, et al., [1]                       :    Jointly Administered

                                                          :

    Debtors.                                              :

------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 25, 2008 AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.    Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

     Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

     Related Document:

          a)    Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

     Objections Filed:    None

     Status: This matter has been resolved in part. The remainder of this matter will be adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

2.  Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Related Documents:

    a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

    b)    Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

    c)    Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

    d)    Order (Second) Authorizing The (I)Abandonment And Destruction of Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan Files To The Owner of Such Loans Upon Payment of Reasonable Costs And Expenses [D.I. 3010, 2/19/08]

    e)    Loan File Return Declaration of the Creditor Community Development Administration, a Division of the Maryland Department of Housing and Community Development [D.I. 3271, 3/13/08]

    f)    Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275, 3/13/08]

    g)    Declaration of Colorado Housing and Finance Authority [D.I. 3289, 3/13/08]

    h)    Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290, 3/14/08]

    i)    Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I. 3291, 3/14/08]

    j)    Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

k)  Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3297, 3/14/08]

l)  Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3300, 3/14/08]

m)  Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3302, 3/14/08]

n)  Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)  Loan File Return Declaration of Deutsche Bank National Trust Company, Solely in its Capacity as Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3305, 3/14/08]

p)  Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317, 3/14/08]

q)  Loan File Declaration of LaSalle Bank National Association, Solely in its Capacity as a Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3347, 3/19/08]

Objections Filed:

r)  Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3307, 3/14/08]

Status: This matter will be adjourned by agreement to July 17, 2008 at 2:00 p.m.

3.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

Related Document:

a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

Objections Filed:

b)    Informal Response of the Debtors

Status: This matter will be adjourned by agreement to July 17, 2008 at 2:00 p.m.

4.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

Objections Filed:

a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

Status: This matter will be adjourned by agreement to July 17, 2008 at 2:00 p.m.

5.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to June 10, 2008 for the Debtors and Committee

Objections Filed:    None to date

Status: This matter will be adjourned by agreement of the parties to July 17, 2008 at 2:00 p.m.

4

6.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

Response Deadline:    April 24, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit A, attached

Related Document:

d)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to July 17, 2008 at 2:00 p.m.

7.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to June 10, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned by agreement to July 17, 2008 at 2:00 p.m.

8.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Copies of Proofs of Claim [D.I. 4041, 5/14/08]

b)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:  See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to July 17, 2008 at 2:00 p.m.

9.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

   a)    Notice of Submission of Claim [D.I. 4300, 5/29/08]

   b)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:  See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to July 17, 2008 at 2:00 p.m.

10.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

   a)    Notice of Submission of Claim [D.I. 4301, 5/29/08]

   b)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:  See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to July 17, 2008 at 2:00 p.m.

DB02:6894165.2                                                                                                    066585.1001

11.    AH Mortgage Acquisition Co., Inc.'s Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4233, 5/23/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m., extended for the Debtors to a date to be determined

Related Documents:

   a)    Supplement to Motion of American Home Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4338, 6/2/08]

   b)    Notice of Withdrawal of Supplement to Motion of American Home Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4359, 6/4/08]

Objections Filed:    None

Status: This matter will be adjourned by agreement to July 17, 2008 at 2:00 p.m.

12.    Debtors' Motion for an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 4329, 5/30/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

   a)    Limited Objection of Bank of America, N.A. as Administrative Agent, to the Debtors' Motion for an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code

   b)    Informal Response of the Official Committee of Unsecured Creditors

Status: By agreement, this matter will be adjourned to July 17, 2008 at 2:00 p.m.

13. Pre-Trial Conference:  Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al., Adv. No. 08-50634

Status: This matter will be adjourned by agreement to July 17, 2008 at 2:00 p.m.

14. Pre-Trial Conference: Community Development Administration and M&T Bank v. American Home Mortgage Corp., et al., Adv. No. 08-50633

Status: This matter will be adjourned by agreement to July 17, 2008 at 2:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

15. Debtors' Motion to Further Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 4318, 5/30/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:     None

Related Document:

  a)     Certificate of No Objection [D.I. 4761, 6/23/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

16. Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Settlement Agreements Between Certain Debtors and the Commissioner of the State of Connecticut Department of Banking Regarding Payment of Certain Mortgagors' Taxes and Closing of Certain Mortgage Loans [D.I. 4333, 6/2/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:     None

Related Document:

  a)     Certificate of No Objection [D.I. 4762, 6/23/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

DB02:6894165.2                                                                                                      066585.1001

17.    Debtors' Motion for an Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006, Authorizing the Debtors to Reject Certain Employment Contracts [D.I. 4428, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 4763, 6/23/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

## CONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL

18.    Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) as to 124 Chantilly, Irvine, CA [D.I. 4235, 5/27/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

b)    Certification of Counsel [D.I. 4736, 6/19/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

19.    Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) as to 1207 Mews Lane, Las Vegas [D.I. 4243, 5/27/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

b)    Certification of Counsel [D.I. 4736, 6/19/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

9

20.     Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. §
        362(d)(1) as to 5027 Haystack Drive, Las Vegas [D.I. 4280, 5/28/08]

        Objection Deadline:    June 18, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

        Related Document:

                b)      Certification of Counsel [D.I. 4736, 6/19/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

21.     Motion of Comerica Bank for Relief from the Automatic Stay Under 11 U.S.C. §
        362(d)(1) as to 6611 N. Beech Daly Road, Dearborn Heights, MI [D.I. 4298, 5/29/08]

        Objection Deadline:    June 18, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

        Related Document:

                b)      Certification of Counsel [D.I. 4693, 6/18/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

22.     Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. §
        362(d)(1) as to 1340 Tanook Ct., Annapolis, MD [D.I. 4331, 6/1/08]

        Objection Deadline:    June 18, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

        Related Document:

                b)      Certification of Counsel [D.I. 4736, 6/19/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6894165.2                                                                    066585.1001

23.     Motion of Wells Fargo Bank, N.A. for Relief from the Automatic Stay Under Section 362 [D.I. 4369, 6/4/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)     Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)     Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

24.     Motion of Citigroup Global Markets Realty Corp for Relief from the Automatic Stay Under Section 362 [D.I. 4370, 6/4/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)     Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)     Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

25.     Motion of Deutsche Bank National Trust Company, as Trustee for HALO 2007-AR2 for Relief from the Automatic Stay Under Section 362 [D.I. 4371, 6/4/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)     Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)     Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6894165.2                                                                          066585.1001

26.    Motion of Deutsche Bank National Trust Company, as Trustee for Mortgage Pass-Trhough Certificates Series 2006-2 for Relief from the Automatic Stay Under Section 362 [D.I. 4372, 6/4/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

    b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

27.    Motion of HSBC Bank USA, Inc. for Relief from the Automatic Stay Under Section 362 [D.I. 4373, 6/3/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

    b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

28.    Motion of HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2 for Relief from the Automatic Stay Under Section 362 [D.I. 4374, 6/4/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

    b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6894165.2                                                                                    066585.1001

29.    Motion of HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A
       Securities Mortgage Loan Trust, Series 2006-AR4 for Relief from the Automatic Stay
       Under Section 362 [D.I. 4375, 6/4/08]

       Objection Deadline:    June 18, 2008 at 4:00 p.m.

       Objections Filed:

           a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

       Related Document:

           b)    Certification of Counsel [D.I. 4756, 6/20/08]

       Status: A Certification of Counsel has been filed.  No hearing is required.

30.    Motion of HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A
       Securities Mortgage Loan Trust, Series 2006-AR5 for Relief from the Automatic Stay
       Under Section 362 [D.I. 4376, 6/4/08]

       Objection Deadline:    June 18, 2008 at 4:00 p.m.

       Objections Filed:

           a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

       Related Document:

           b)    Certification of Counsel [D.I. 4756, 6/20/08]

       Status: A Certification of Counsel has been filed.  No hearing is required.

31.    Motion of HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A
       Securities Mortgage Loan Trust, Series 2006-AR4 for Relief from the Automatic Stay
       Under Section 362 [D.I. 4406, 6/6/08]

       Objection Deadline:    June 18, 2008 at 4:00 p.m.

       Objections Filed:

           a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

       Related Document:

           b)    Certification of Counsel [D.I. 4756, 6/20/08]

       Status: A Certification of Counsel has been filed.  No hearing is required.

13

32.    Motion of HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR5 for Relief from the Automatic Stay Under Section 362 [D.I. 4407, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

     b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

33.    Motion of HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AB4 for Relief from the Automatic Stay Under Section 362 [D.I. 4408, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

     b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

34.    Motion of HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trustee Series ACE 2006-AF1 for Relief from the Automatic Stay Under Section 362 [D.I. 4409, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

DB02:6894165.2                                              066585.1001

Related Document:

      b)     Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

35.    Motion of HSBC Bank USA, National Association, as Trustee for NAAC 2007-3 for Relief from the Automatic Stay Under Section 362 [D.I. 4410, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)     Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)     Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

36.    Motion of HSBC Bank USA, National Association, as Trustee for the Holder of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-BAR1 for Relief from the Automatic Stay Under Section 362 [D.I. 4411, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)     Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)     Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

37.    Motion of HSBC Bank USA, National Association, as Trustee for the Holder of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2005-6 for Relief from the Automatic Stay Under Section 362 [D.I. 4412, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)     Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

    b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

38.    Motion of HSBC Bank USA, National Association, as Trustee for the Holder of Deutsche ALT-B Securities Mortgage Loan Trust, Series 2006-AB1 for Relief from the Automatic Stay Under Section 362 [D.I. 4413, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

    b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

39.    Motion of LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 for Relief from the Automatic Stay Under Section 362 [D.I. 4414, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

    b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

40.    Motion of U.S. Bank National Association, as Trustee for Banc of America Funding Trust 2007-3 for Relief from the Automatic Stay Under Section 362 [D.I. 4415, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

41.    Motion of U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities 2006-AC2 for Relief from the Automatic Stay Under Section 362 [D.I. 4429, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

42.    Motion of U.S. Bank National Association, as Trustee for Citigroup Mortgage Pass-Through Certificates Series 2007-6 for Relief from the Automatic Stay Under Section 362 [D.I. 4430, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

43.    Motion of U.S. Bank National Association, as Trustee for CMLTI 2007-AR7 for Relief from the Automatic Stay Under Section 362 [D.I. 4431, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

DB02:6894165.2                      066585.1001

Related Document:

  b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

44.  Motion of U.S. Bank National Association, as Trustee for CSAB 2006-4 for Relief from the Automatic Stay Under Section 362 [D.I. 4432, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

  a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

  b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

45.  Motion of U.S. National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3 for Relief from the Automatic Stay Under Section 362 [D.I. 4433, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

  a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

  b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed. No hearing is required.

46.  Motion of U.S. Bank National Association, of the Banc of America Funding Trust 2007-1 for Relief from the Automatic Stay Under Section 362 [D.I. 4434, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

  a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

DB02:6894165.2                                                                          066585.1001

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

47.     Motion of U.S. Bank National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-12 for Relief from the Automatic Stay Under Section 362 [D.I. 4435, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

48.     Motion of U.S. Bank, N.A. for Relief from the Automatic Stay Under Section 362 [D.I. 4436, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

49.     Motion of U.S. Bank National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2006-3 for Relief from the Automatic Stay Under Section 362 [D.I. 4437, 6/6/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

                             

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

50.    Motion of U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3 for Relief from the Automatic Stay Under Section 362 [D.I. 4438, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

51.    Motion of U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 for Relief from the Automatic Stay Under Section 362 [D.I. 4439, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

      b)      Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

52.    Motion of U.S. Bank, N.A. for Relief from the Automatic Stay Under Section 362 [D.I. 4440, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

      

Related Document:

> b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

53.    Motion of U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6 Relief from the Automatic Stay Under Section 362 [D.I. 4441, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

> a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

> b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

54.    Motion of U.S. Bank, National Association, as Trustee for CMLTI 2007-AR1 for Relief from the Automatic Stay Under Section 362 [D.I. 4442, 6/6/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

> a)    Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

Related Document:

> b)    Certification of Counsel [D.I. 4756, 6/20/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6894165.2                                                    066585.1001

## CONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL

55.   Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) as to 1516 S. Komensky Ave., Chicago, IL [D.I. 4283, 5/28/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)   Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

**Related Document:**

    **b)   Certification of Counsel [D.I. 4735, 6/19/08]**

Status: **A Certification of Counsel has been filed.  No hearing is required.**

56.   Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) as to 357 Northern Blvd., St. James, NY [D.I. 4287, 5/29/08]

Objection Deadline:   June 18, 2008 at 4:00 p.m.

Objections Filed:

    a)   Debtors' Reservation of Rights [D.I. 4649, 6/16/08]

**Related Document:**

    **b)   Certification of Counsel [D.I. 4735, 6/19/08]**

Status: **A Certification of Counsel has been filed.  No hearing is required.**

## UNCONTESTED MATTERS GOING FORWARD

57.   Debtors Motion for an Order, Pursuant to 11 U.S.C. §§ 105(a) and 363, Approving (i) the Debtors' Termination of their 401(k) Plan and (ii) the Implementation of Certain Procedures  in Connection Therewith [D.I. 4580, 6/12/08]

Objection Deadline:   June 23, 2008 at 11:00 a.m.

Objections Filed:   None as of the filing of this Agenda

Status: This matter will be going forward.

DB02:6894165.2   066585.1001

**CONTESTED MATTERS GOING FORWARD**

58.     Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Documents:

        a)      Notice of Submission of Copies of Proofs of Claims [D.I. 4040, 5/14/08]

        b)      Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed: See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be going forward with respect to the Response by Sam Hage.

59.     Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4101, 5/20/08]

Objection Deadline:    June 20, 2008 at 4:00 p.m.

Related Document:

        a)      Re-Notice of Motion [D.I. 4488, 6/10/08]

        b)      Supplemental Affidavit of Martin Cohn, Esquire [D.I. 4623, 6/13/08]

Objections Filed:

        c)      Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4759, 6/20/08]

        d)      Joinder of the Debtors to the Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4760, 6/20/08]

Status: This matter will be going forward.

DB02:6894165.2                                                    066585.1001

60. Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4223, 5/23/08]

Response Deadline: June 18, 2008 at 4:00 p.m.

Responses Filed: See Exhibit F, attached

Status: This matter will be going forward.

61. Motion of Jo Ann Jackson's for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) in Order to Avoid Lien [D.I. 4367, 6/4/08]

Objection Deadline: June 18, 2008 at 4:00 p.m.

Related Documents::

   a)   Affidavit in Support of Motion for Relief from Stay [D.I. 4627, 6/13/08]

   **c)   Certification of Counsel [D.I. 4771, 6/23/08]**

Objections Filed:

   b)   Debtors' Limited Response to Motion for Relief from Automatic Stay Filed by Jo Ann Jackson [D.I. 4654, 6/17/08]

Status: **A Certification of Counsel has been filed.  No hearing is required.**

62. Debtors' Motion for an Order Authorizing Destruction of Non-Requested Loan Files [D.I. 4387, 6/5/08]

Objection Deadline: June 18, 2008 at 4:00 p.m.

Objections Filed:

   a)   Objection of Federal Home Loan Mortgage Corporation to Debtors' Motion for an Order Authorizing the Destruction of Non-Requested Loan Filed [D.I. 4620, 6/13/08]

   b)   Edmund Andrews' Response to Debtors' Motion to Authorize Destruction of Non-Requested Loan Files [D.I. 4694, 6/18/08]

   c)   Limited Objection of Wells Fargo Funding, Inc. to Debtors' Motion to Authorize Destruction of Non-Requested Loan Files [D.I. 4702, 6/18/08]

   d)   Objection of Triad Guaranty Insurance Corp. to Debtors' Motion to Authorize Destruction of Non-Requested Loan Files [D.I. 4716, 6/18/08]

e)    Objection of David E. Jackson and Elisabeth Judith Jackson to Debtors'
Motion to Authorize Destruction of Non-Requested Loan Files [D.I. 4720,
6/18/08]

**f)    Limited Objection of Calyon New York Branch to Debtors' Motion to
Authorize Destruction of Non-Requested Loan Files [D.I. 4709,
6/18/08]**

Status: This matter will be going forward.

63.    Debtors' Motion for an Order Further Modifying the Order Pursuant to Sections 105 and
363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC,
Stephen F. Cooper and Kevin Nystrom [D.I. 4497, 6/10/08]

Objection Deadline:    June 20, 2008 at 12:00 p.m.

Objections Filed:

a)    Informal Response of the United States Trustee

Status: The parties are working with the United States Trustee to resolve the informal
response.  This matter will be going forward.

Dated: Wilmington, Delaware
June 24, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

066585.1001

**Exhibit A, Second Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned |
|  | Marsha Albrecht | 3757, 4/21/08 | Adjourned |
|  | Lillian Frieder | 3805, 4/23/08 | The Objection is withdrawn |
|  | Nathan Frieder | 3806, 4/23/08 | The Objection is withdrawn |

**Exhibit B, Fifth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Hopkins & Company | 4089, 5/20/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Brian Fiore | 4093, 5/20/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
| 1 | Sam Hage, II | 4106, 5/20/08 | This matter will be going forward |
|  | Philip Braun | 4126, 5/22/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Bob Coston | 4127, 5/22/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Indira Misir | Informal Response | Adjourned to July 17, 2008 at 2:00 p.m. |

DB02:6894165.2

066585.1001

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Karen Gravely-Robinson |  | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Hardin County |  | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Deborah Mills |  | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to July 17, 2008 at 2:00 p.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to July 17, 2008 at 2:00 p.m. |

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Souderton Area School District |  | Adjourned to July 17, 2008 at 2:00 p.m. |
|  | Spring-Ford Area School District |  | Adjourned to July 17, 2008 at 2:00 p.m. |

DB02:6894165.2

066585.1001

**Exhibit F, Ninth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Carol Sabin | 4343, 6/2/08 | Going forward |
| 2 | Jeffrey Guss | 4349, 6/2/08 | This Objection is withdrawn |
| 3 | Eleanor Sheridan | 4350, 6/4/08 | This Objection is withdrawn |
| 4 | Walter Sheridan | 4351, 6/4/08 | This Objection is withdrawn |
| 5 | Lyle Benson | 4352, 6/3/08 | Going forward |
| 6 | Michaelangelo Salcedo | 4353, 6/3/08 | Going forward |
| 7 | Gary and Karen Grundy | 4354, 6/4/08 | Going forward |
| 8 | Richard Gilham, Gilham Family Trust | 4356, 6/4/08 | Going forward |
| 9 | Robert Herz | 4358, 6/4/08 | Going forward |
| 10 | John & Lois Battistini | 4463, 6/9/08 | Going forward |
| 11 | Francesco Brattoli | 4466, 6/9/08 | Going forward |
| 12 | Jagat Samanta | 4465, 6/9/08 | Going forward |
| 13 | Denny Patel | 4467, 6/9/08 | Going forward |
| 14 | Lawrence Derx | 4468, 6/9/08 | Going forward |
| 15 | Irene Stapleford | 4469, 6/9/08 | Going forward |
| 16 | Shiang-Chou Liu | 4472, 6/9/08 | Going forward |
| 17 | Bill Hole | 4473, 6/9/08 | Going forward |
| 18 | Angela Roman | 4474, 6/9/08 | Going forward |
| 19 | Garland Johnson | 4478, 6/9/08 | Going forward |
| 20 | Jerry Pokorsky | 4584, 6/13/08 | Going forward |
| 21 | Norman Jewell | 4585, 6/13/08 | Going forward |
| 22 | Myron Owens | 4586, 6/13/08 | Going forward |
| 23 | Don Norskov | 4587, 6/13/08 | Going forward |
| 24 | Andre Dugre | 4588, 6/13/08 | Going forward |
| 25 | Janet Miller | 4589, 6/13/08 | Going forward |
| 26 | Thomas & Dore Barrett | 4590, 6/13/08 | Going forward |
| 27 | Dale Wolters | 4591, 6/13/08 | Going forward |
| 28 | Lorraine Beaman | 4592, 6/13/08 | Going forward |
| 29 | Sandi Massie | 4593, 6/13/08 | Going forward |
| 30 | Marjoria Irwin | 4594, 6/13/08 | Going forward |
| 31 | John Byrne, III | 4595, 6/13/08 | Going forward |
| 32 | Fr. Joel Panzer | 4596, 6/13/08 | Going forward |
| 33 | Jason Johanson | 4597, 6/13/08 | Going forward |
| 34 | Jinbo Yang | 4598, 6/13/08 | Going forward |
| 35 | Carla Margenau | 4599, 6/13/08 | Going forward |
| 36 | Brad Jewell | 4600, 6/13/08 | Going forward |
| 37 | Shirle Borde | 4601, 6/13/08 | Going forward |
| 38 | Susan Likes | 4629, 6/16/08 | Going forward |

DB02:6894165.2

066585.1001

| 39 | Jay Miller | 4630, 6/16/08 | Going forward |
| 40 | Joann Christman | 4631, 6/16/08 | This Objection is withdrawn |
| 41 | Joann Christman | 4632, 6/16/08 | This Objection is withdrawn |
| 42 | Lyle Morse | 4633, 6/16/08 | Going forward |
| 43 | Jane Morin | 4634, 6/16/08 | Going forward |
| 44 | Terrance Waldron | 4635, 6/16/08 | Going forward |
| 45 | Robert and Elaine Gundlach | 4638, 6/16/08 | Going forward |
| 46 | Robert and Elaine Gundlach | 4639, 6/16/08 | Going forward |
| 47 | James Scullin | 4640, 6/16/08 | Going forward |
| 48 | Stephen Frazer | 4641, 6/16/08 | Going forward |
| 49 | Myron Owens | 4642, 6/16/08 | Going forward |
| 50 | Fr. Richard Gyhra | 4643, 6/16/08 | Going forward |
| 51 | Juan Shi | 4644, 6/16/08 | Going forward |
| 52 | Edna Ann Foster | 4645, 6/16/08 | Going forward |
| 53 | David Carlson | 4647, 6/16/08 | Going forward |
| 54 | Susan Likes | 4648, 6/16/08 | Going forward |
| 55 | James Sweatt | 4695, 6/18/08 | Going forward |
| 56 | John Nyktas | 4689, 6/17/08 | Going forward |
| 57 | Birgit Hamilton | 4690, 6/18/08 | Going forward |
| 58 | Gale Bozek | 4691, 6/18/08 | Going forward |
| 59 | Giuseppe Fiumara | 4692, 6/18/08 | Going forward |
| 60 | Robert Stephens | 4696, 6/18/08 | Going forward |
| 61 | Louis and Janet Vincentie | 4697, 6/18/08 | Going forward |
| 62 | Fr. Nicholas Kipper | 4698, 6/18/08 | Going forward |
| 63 | Charles Divis | 4699, 6/18/08 | Going forward |
| 64 | Suhua Gao | 4700, 6/18/08 | Going forward |
| 65 | Steve Hurley Hudson | 4701, 6/18/08 | Going forward |
| 66 | Charles Galusha | 4706, 6/18/08 | This Objection is withdrawn |
| 67 | Frank Meece, Jr. | 4707, 6/18/08 | Going forward |
| 68 | John Eastman | 4721, 6/18/08 | Going forward |
| 69 | Wilbert Wuertz | 4723, 6/18/08 | Going forward |
| 70 | Lynn Kazimir | 4724, 6/18/08 | Going forward |
| 71 | Marilyn Appelhans | 4726, 6/18/08 | Going forward |
| 72 | Carol Boland | 4728, 6/18/08 | Going forward |
| 73 | Morty and Shoshana Aroll | 4730, 6/18/08 | Going forward |
| 74 | Marilyn Ramo | 4731, 6/18/08 | This Objection is withdrawan |
| 75 | Kevin Koro | 4732, 6/18/08 | This Objection is withdrawn |
| 76 | Irene Kellert | 4733, 6/18/08 | Going forward |
| 77 | Joyce Romero | To be docketed | Going forward |
| 78 | Don Severy | **4464, 6/6/08** | Going forward |

| 79 | John Macaluso | To be docketed | Going forward |
|----|---------------|----------------|---------------|
| 80 | Richard Robinson | To be docketed | Going forward |
| 81 | M. Guillaume Dugre | To be docketed | Going forward |
| 82 | Norman Dufresne | To be docketed | Going forward |
| 83 | Lois McMillan | To be docketed | Going forward |
| 84 | Donald Norskov (different than 4587) | To be docketed | Going forward |
| 85 | Elaine and Albert Bernstein | To be docketed | Going forward |
| 86 | Jane Goldberg and Joyce Stern | **4769, 6/23/08** | Going forward |
| 87 | **George Biller** | **4767, 6/23/08** | **Going forward** |
| 88 | **Paul Winslow** | **4770, 6/23/08** | **Going forward** |

DB02:6894165.2

066585.1001