IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 4285 |

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2008 THROUGH APRIL 30, 2008  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Seventh Monthly Application of BDO Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period April 1, 2008 through April 30, 2008 [Docket No. 4285]* (the "Application") filed on May 28, 2008.  The undersigned further certifies that he has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 20, 2008 at 4:00 p.m.

127107.01600/21700181v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay BDO Seidman, LLP $132,960.00, which represents 80% of the fees requested ($166,200.00) and $386.82 which represents 100% of the expenses requested in the Application for the period of April 1, 2008 through April 30, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:   June 24, 2008                                      **BLANK ROME LLP**

                                                            By:  */s/ David W. Carickhoff*
                                                                 Bonnie Glantz Fatell (DE No. 3809)
                                                                 David W. Carickhoff (DE No. 3715)
                                                                 1201 Market Street, Suite 800
                                                                 Wilmington, DE  19801
                                                                 Telephone:  (302) 425-6400
                                                                 Facsimile:  (302) 425-6464

                                                                          and

                                                                 Mark S. Indelicato
                                                                 Mark T. Power
                                                                 Hahn & Hessen LLP
                                                                 488 Madison Avenue
                                                                 New York, NY  10022
                                                                 Telephone:  (212) 478-7200
                                                                 Facsimile:  (212) 478-7400

                                                                 *Co-Counsel for the Official Committee of Unsecured Creditors*