# EXHIBIT A

**STATE OF WASHINGTON
DEPARTMENT OF FINANCIAL INSTITUTIONS
CONSUMER SERVICES DIVISION**

| | |
|---|---|
| IN THE MATTER OF DETERMINING Whether there has been a violation of the Consumer Loan Act of Washington by: | C-07-134-07-TD02 |
| American Home Mortgage Acceptance, Inc., American Home Mortgage Ventures, LLC, and American Home Mortgage Corp., | TEMPORARY ORDER TO CEASE AND DESIST |
| Respondent. | |

THE STATE OF WASHINGTON TO:  American Home Mortgage Acceptance, Inc.,
American Home Mortgage Ventures, LLC, and
American Home Mortgage Corp.

COMES NOW the Director of the Washington State Department of Financial Institutions (Director), by and through his designee Deborah Bortner, Division Director, Division of Consumer Services (designee), and finding that the public is likely to be substantially injured by delay in issuing a cease and desist order, enters this temporary order to cease and desist pursuant to chapter 31.04 RCW, the Consumer Loan Act (Act), based on the following findings:

## I. FACTUAL FINDINGS

**1.1  American Home Mortgage Acceptance, Inc.,** is a subsidiary of American Home Mortgage Investment Corp., and is located at 538 Broadhollow Rd., Melville, New York 11747. It is licensed in Washington as a consumer loan company under license no. 28495.

**1.2  American Home Mortgage Ventures, LLC,** is a subsidiary of American Home Mortgage Investment Corp., and is located at 538 Broadhollow Rd., Melville, New York 11747. It is licensed in Washington as a consumer loan company under license no. 41430.

**1.3  American Home Mortgage Corp.,** is a subsidiary of American Home Mortgage Investment Corp., and is located at 538 Broadhollow Rd., Melville, New York 11747. It is licensed in Washington as a consumer loan company under license no. 28496.

1.4     American Home Mortgage Investment Corp. does not have sufficient warehouse lines of credit to fund loans that Respondents closed or intended to close with Washington Consumers.

1.5     The stock of American Home Mortgage Investment Corp. has dropped considerably.

1.6     Respondents presently have closed and unfunded loans outstanding for Washington Consumers.

1.7     Respondents have filed for Chapter 11 Bankruptcy protection.

1.8     Respondents are in such financial condition that they cannot continue in business in Washington without there being a substantial likelihood that Washington Consumers will be injured.

## II. GROUNDS FOR ENTRY OF ORDER

**2.1     Conducting Business in an Injurious Manner.** Based on the Factual Allegations set forth in Section I above, Respondents are in apparent violation of RCW 31.04.165 by conducting business in an injurious manner that creates a reasonable likelihood of a violation of any provision of the Act.

## III. AUTHORITY TO ISSUE TEMPORARY ORDER TO CEASE AND DESIST

**3.1     Authority to Issue Temporary Order to Cease and Desist.** Pursuant to RCW 31.04.093(5) and (7)and RCW 31.04.165, whenever the Director determines that the public is likely to be substantially injured by delay in issuing a cease and desist order, the director may immediately issue a temporary cease and desist order. The order may direct the licensee to discontinue any violation of the Act, to take such affirmative action as is necessary to comply with the Act, and may include a summary suspension of the licensee's license and may order the licensee to immediately cease the conduct of business under the Act..

## IV. ORDER

Based on the above Factual Findings, Grounds for Entry of Order, and Authority to Issue Temporary Order to Cease and Desist, and pursuant to RCW 31.04..093 and RCW 31.04.165, the Director determines that the public is likely to be substantially harmed by a delay in entering a cease and desist order. Therefore, the Director ORDERS that:

4.1     Respondents shall immediately cease and desist accepting, from either consumers, mortgage brokers, or other consumer lenders, any applications for residential first or secondary mortgage loans or home equity lines of credit secured by Washington real property or from Washington consumers. For the purposes of this Order, "Washington Consumers" shall include Washington residents and persons that have submitted applications for loans which are, or are intended to be, secured by Washington real property.

4.2     Respondents shall immediately cease and desist from advertising its wholesale and retail businesses in Washington or to Washington Consumers.

4.3     Respondents shall immediately notify all Washington mortgage applicants or the mortgage applicant's broker, in writing, of the status of any pending applications or loans with Respondents, and shall make all reasonable efforts to place all pending loans with another lender.

4.4     Respondents shall immediately notify the Department in writing of the status and/or resolution of all Washington loans that appeared in Respondents' "pipeline" report of August 2, 2007, a copy of which is attached as Exhibit 1.

4.5     Respondents will provide a weekly update of the status of all Washington loans remaining in the "pipeline." Additionally, Respondents shall provide contact information, including the names, addresses, and telephone numbers (if available), of all Washington Consumers with purchase loans in Respondent's "pipeline." The "pipeline" report and contact information shall be sent to James R. Brusselback, Program Manager and Enforcement Chief, Consumer Services Division, at jbrusselback@dfi.wa.gov.

4.6     Respondents shall release any liens filed on any Washington real property or filed on property owned by any Washington Consumer as a result of a residential mortgage loan that Respondent originated but did not fund.

//

//

//

**NOTICE**

PURSUANT TO CHAPTER 31.04 RCW, YOU ARE ENTITLED TO A HEARING WITHIN 14 DAYS OF REQUEST TO DETERMINE WHETHER THIS ORDER SHALL BECOME PERMANENT. IF YOU DESIRE A HEARING, THEN YOU MUST RETURN THE ATTACHED APPLICATION FOR ADJUDICATIVE HEARING INCORPORATED HEREIN BY THIS REFERENCE. <u>FAILURE TO COMPLETE AND RETURN THE APPLICATION FOR ADJUDICATIVE HEARING FORM SO THAT IT IS RECEIVED BY THE DEPARTMENT OF FINANCIAL INSTITUTIONS WITHIN TWENTY (20) DAYS OF THE DATE THAT THIS ORDER WAS SERVED ON YOU WILL CONSTITUTE A DEFAULT AND WILL RESULT IN THE LOSS OF YOUR RIGHT TO A HEARING. SERVICE ON YOU IS DEFINED AS POSTING IN THE U.S. MAIL, POSTAGE PREPAID, TO YOUR LAST KNOWN ADDRESS. BE ADVISED THAT DEFAULT WILL RESULT IN THIS ORDER TO CEASE AND DESIST BECOMING PERMANENT ON THE TWENTY-FIRST (21ST) DAY FOLLOWING SERVICE OF THIS ORDER UPON YOU.</u>

WITHIN TEN DAYS AFTER YOU HAVE BEEN SERVED WITH THIS TEMPORARY ORDER TO CEASE AND DESIST, YOU MAY APPLY TO THE SUPERIOR COURT OF WASHINGTON IN THE COUNTY OF YOUR PRINCIPAL PLACE OF BUSINESS FOR AN INJUNCTION SETTING ASIDE, LIMITING, OR SUSPENDING THIS ORDER PENDING THE COMPLETION OF THE ADMINISTRATIVE PROCEEDINGS PURSUANT TO THIS NOTICE.

DATED this 27th day of August, 2007.

DEBORAH BORTNER
Director
Division of Consumer Services
Department of Financial Institutions

TEMPORARY ORDER TO CEASE AND DESIST
C-07-134-07-TD02
American Home Mortgage Acceptance, Inc.,
American Home Mortgage Ventures, LLC, and
American Home Mortgage Corp.

4

DEPARTMENT OF FINANCIAL INSTITUTIONS
150 Israel Rd SW
PO Box 41200
Olympia, WA 98504-1200

# Exhibit 1

| Loan # | Amount | Occupancy | State | Zip | Term Days | Term | Purpose | Date | Channel |
|---|---|---|---|---|---|---|---|---|---|
| 1600477 | 96,000.00 | Primary | WA | 98604 | 2016 | 30 | Cash Out Refi | 1/17/2007 | Retail |
| 1596839 | 230,000.00 | Primary | WA | 98661 | 2391 | 30 | Rate & Term | 1/18/2007 | Retail |
| 1607137 | 273,000.00 | Primary | WA | 98270 | 2008 | 30 | Purchase | 1/22/2007 | Retail |
| 1666967 | 236,385.00 | Primary | WA | 98332 | 2478 | 30 | Purchase | 2/28/2007 | Retail |
| 1670819 | 79,110.00 | Investment | WA | 98550 | 2135 | 30 | Purchase | 3/1/2007 | Retail |
| 1685944 | 121,290.00 | Primary | WA | 99301 | 2715 | 30 | Purchase | 3/10/2007 | Retail |
| 1695299 | 223,000.00 | Primary | WA | 98335 | 2460 | 30 | Rate & Term | 3/15/2007 | Retail |
| 1702348 | 900,000.00 | Primary | WA | 98631 | 1374 | 30 | Rate & Term | 3/20/2007 | Retail |
| 1690179 | 500,000.00 | Secondary | WA | 98312 | 2225 | 30 | Rate & Term | 3/22/2007 | Retail |
| 1710326 | 150,000.00 | Primary | WA | 98014 | 2101 | 30 | Cash Out Refi | 3/23/2007 | Retail |
| 1733648 | 220,000.00 | Primary | WA | 98272 | 940 | 30 | Cash Out Refi | 4/11/2007 | Retail |
| 1740845 | 323,000.00 | Primary | WA | 98043 | 1330 | 30 | Cash Out Refi | 4/17/2007 | Retail |
| 1751213 | 120,113.00 | Primary | WA | 98937 | 80 | 30 | Rate & Term | 4/24/2007 | Retail |
| 1753270 | 114,300.00 | Investment | WA | 98520 | 2447 | 30 | Purchase | 4/25/2007 | Retail |
| 1754406 | 704,000.00 | Primary | WA | 98008 | 2461 | 30 | Cash Out Refi | 4/26/2007 | Retail |
| 1756961 | 490,000.00 | Primary | WA | 98001 | 2678 | 30 | Purchase | 4/28/2007 | Retail |
| 1758556 | 125,000.00 | Primary | WA | 99206 | 2293 | 30 | Purchase | 4/30/2007 | Retail |
| 1764884 | 417,000.00 | Primary | WA | 98012 | 1235 | 30 | Purchase | 5/3/2007 | Retail |
| 1763956 | 52,500.00 | Investment | WA | 99224 | 2003 | 30 | Cash Out Refi | 5/3/2007 | Retail |
| 1767433 | 268,000.00 | Investment | WA | 98422 | 2489 | 30 | Purchase | 5/7/2007 | Retail |
| 1769960 | 303,000.00 | Primary | WA | 98204 | 3595 | 30 | Rate & Term | 5/8/2007 | Retail |

| Loan # | Amount | Type | State | Zip | Code | Term | Purpose | Date | Channel |
|---|---|---|---|---|---|---|---|---|---|
| 1771300 | 365,603.00 | Primary | WA | 98038 | 86 | 30 | Rate & Term | 5/9/2007 | Retail |
| 1780636 | 500,000.00 | Secondary | WA | 98281 | 1395 | 30 | Rate & Term | 5/16/2007 | Retail |
| 1779667 | 158,414.00 | Primary | WA | 98684 | 80 | 30 | Purchase | 5/16/2007 | Retail |
| 1786111 | 79,900.00 | Primary | WA | 98902 | 2715 | 30 | Purchase | 5/21/2007 | Retail |
| 1790401 | 272,000.00 | Primary | WA | 98270 | 930 | 30 | Purchase | 5/23/2007 | Retail |
| 1789556 | 200,000.00 | Secondary | WA | 98632 | 2229 | 30 | Rate & Term | 5/23/2007 | Retail |
| 1790295 | 190,000.00 | Primary | WA | 99223 | 930 | 30 | Purchase | 5/23/2007 | Retail |
| 1793183 | 145,500.00 | Primary | WA | 98230 | 2646 | 30 | Cash Out Refi | 5/25/2007 | Retail |
| 1779278 | 193,000.00 | Primary | WA | 98671 | 2094 | 30 | Purchase | 5/29/2007 | Retail |
| 1469804 | 372,000.00 | Primary | WA | 98133 | 3048 | 30 | Purchase | 5/30/2007 | Retail |
| 1807764 | 182,400.00 | Primary | WA | 99185 | 930 | 30 | Rate & Term | 6/7/2007 | Retail |
| 1809283 | 184,500.00 | Primary | WA | 99185 | 80 | 30 | Rate & Term | 6/8/2007 | Retail |
| 1810098 | 253,000.00 | Primary | WA | 98823 | 1335 | 30 | Purchase | 6/11/2007 | Retail |
| 1811015 | 417,000.00 | Primary | WA | 98052 | 933 | 30 | Purchase | 6/11/2007 | Wholesale |
| 1812912 | 180,000.00 | Secondary | WA | 98281 | 2198 | 30 | Cash Out Refi | 6/12/2007 | Retail |
| 1814606 | 400,000.00 | Secondary | WA | 98281 | 1600 | 30 | Cash Out Refi | 6/13/2007 | Retail |
| 1815647 | 100,000.00 | Primary | WA | 98007 | 920 | 30 | Cash Out Refi | 6/14/2007 | Retail |
| 1815578 | 274,400.00 | Primary | WA | 98148 | 2050 | 30 | Cash Out Refi | 6/14/2007 | Retail |
| 1816408 | 177,493.00 | Primary | WA | 98902 | 80 | 30 | Purchase | 6/14/2007 | Retail |
| 1820701 | 540,000.00 | Investment | WA | 98418 | 2560 | 30 | Purchase | 6/19/2007 | Retail |
| 1820679 | 426,541.00 | Primary | WA | 98226 | 2357 | 30 | Purchase | 6/19/2007 | Retail |
| 1820712 | 780,000.00 | Primary | WA | 98109 | 1200 | 30 | Cash Out Refi | 6/20/2007 | Retail |
| 1822239 | 172,500.00 | Primary | WA | 99006 | 2079 | 30 | Cash Out Refi | 6/20/2007 | Retail |
| 1823864 | 50,000.00 | Primary | WA | 98335 | 1600 | 30 | Cash Out Refi | 6/21/2007 | Retail |
| 1824166 | 481,500.00 | Primary | WA | 98015 | 1200 | 30 | Rate & Term | 6/22/2007 | Retail |
| 1825330 | 243,920.00 | Primary | WA | 98107 | 1543 | 30 | Purchase | 6/23/2007 | Retail |
| 1826405 | 245,000.00 | Primary | WA | 98466 | 2102 | 30 | Cash Out Refi | 6/25/2007 | Retail |
| 1826507 | 312,000.00 | Primary | WA | 98349 | 2646 | 30 | Purchase | 6/25/2007 | Retail |
| 1825993 | 236,300.00 | Primary | WA | 98682 | 1330 | 30 | Cash Out Refi | 6/25/2007 | Retail |
| 1829594 | 378,000.00 | Primary | WA | 98682 | 3581 | 30 | Cash Out Refi | 6/27/2007 | Retail |
| 1832418 | 236,698.00 | Primary | WA | 98103 | 80 | 30 | Purchase | 6/29/2007 | Retail |
| 1832827 | 114,000.00 | Primary | WA | 99336 | 2715 | 30 | Purchase | 7/2/2007 | Retail |
| 1833252 | 89,100.00 | Secondary | WA | 98671 | 1330 | 30 | Purchase | 7/3/2007 | Retail |
| 1834369 | 115,000.00 | Primary | WA | 98901 | 2715 | 30 | Purchase | 7/3/2007 | Retail |
| 1835429 | 142,759.00 | Primary | WA | 98851 | 80 | 30 | Purchase | 7/5/2007 | Retail |
| 1834649 | 248,000.00 | Primary | WA | 98370 | 2221 | 30 | Cash Out Refi | 7/5/2007 | Retail |
| 1837891 | 187,353.00 | Primary | WA | 98802 | 80 | 30 | Purchase | 7/6/2007 | Retail |

| Loan ID | Amount | Occupancy | State | ZIP | Code | Term | Purpose | Date | Channel |
|---|---|---|---|---|---|---|---|---|---|
| 1838266 | 79,900.00 | Primary | WA | 98902 | 2715 | 30 | Purchase | 7/6/2007 | Retail |
| 1839522 | 283,185.00 | Primary | WA | 98664 | 80 | 30 | Cash Out Refi | 7/9/2007 | Retail |
| 1839801 | 45,001.00 | Primary | WA | 98903 | 930 | 30 | Cash Out Refi | 7/9/2007 | Retail |
| 1836453 | 151,200.00 | Primary | WA | 99205 | 1206 | 30 | Purchase | 7/9/2007 | Retail |
| 1841547 | 120,500.00 | Primary | WA | 98604 | 1394 | 30 | Purchase | 7/10/2007 | Retail |
| 1844609 | 184,300.00 | Primary | WA | 98595 | 1235 | 30 | Purchase | 7/12/2007 | Retail |
| 1814389 | 322,400.00 | Primary | WA | 98245 | 1541 | 30 | Purchase | 7/13/2007 | Retail |
| 1844247 | 212,400.00 | Investment | WA | 98055 | 3557 | 30 | Purchase | 7/16/2007 | Wholesale |
| 1846811 | 66,550.00 | Primary | WA | 98335 | 2208 | 30 | Purchase | 7/16/2007 | Retail |
| 1848482 | 314,990.00 | Primary | WA | 98004 | 3759 | 30 | Purchase | 7/17/2007 | Retail |
| 1848261 | 392,000.00 | Primary | WA | 98229 | 1629 | 30 | Rate & Term | 7/17/2007 | Retail |
| 1850854 | 75,000.00 | Primary | WA | 98116 | 2646 | 30 | Cash Out Refi | 7/18/2007 | Retail |
| 1849264 | 218,316.00 | Primary | WA | 98513 | 80 | 30 | Purchase | 7/18/2007 | Retail |
| 1850367 | 245,600.00 | Primary | WA | 99362 | 2568 | 30 | Cash Out Refi | 7/18/2007 | Retail |
| 1852005 | 315,000.00 | Primary | WA | 98335 | 2697 | 30 | Rate & Term | 7/19/2007 | Retail |
| 1851906 | 60,000.00 | Primary | WA | 98020 | 2646 | 30 | Cash Out Refi | 7/19/2007 | Retail |
| 1851820 | 740,000.00 | Primary | WA | 98102 | 2478 | 30 | Purchase | 7/19/2007 | Retail |
| 1852430 | 138,750.00 | Primary | WA | 98122 | 1394 | 30 | Purchase | 7/19/2007 | Retail |
| 1851652 | 340,000.00 | Primary | WA | 98037 | 930 | 30 | Cash Out Refi | 7/19/2007 | Retail |
| 1851099 | 626,000.00 | Primary | WA | 98607 | 2214 | 30 | Purchase | 7/19/2007 | Retail |
| 1852355 | 178,150.00 | Investment | WA | 98837 | 3048 | 30 | Purchase | 7/19/2007 | Retail |
| 1853622 | 351,960.00 | Primary | WA | 98037 | 3013 | 30 | Purchase | 7/20/2007 | Retail |
| 1853730 | 50,000.00 | Primary | WA | 98230 | 1933 | 30 | Cash Out Refi | 7/20/2007 | Retail |
| 1848786 | 205,000.00 | Primary | WA | 98102 | 930 | 30 | Cash Out Refi | 7/20/2007 | Retail |
| 1853833 | 117,946.00 | Primary | WA | 98951 | 80 | 30 | Purchase | 7/21/2007 | Retail |
| 1855273 | 239,000.00 | Primary | WA | 98564 | 2844 | 30 | Cash Out Refi | 7/23/2007 | Retail |
| 1854574 | 25,000.00 | Primary | WA | 98032 | 2646 | 30 | Cash Out Refi | 7/23/2007 | Retail |
| 1855199 | 235,000.00 | Primary | WA | 98033 | 794 | 30 | Cash Out Refi | 7/23/2007 | Retail |
| 1855238 | 100,000.00 | Primary | WA | 98292 | 2646 | 30 | Cash Out Refi | 7/23/2007 | Retail |
| 1855308 | 270,000.00 | Primary | WA | 98282 | 2294 | 30 | Purchase | 7/23/2007 | Retail |
| 1854663 | 165,500.00 | Primary | WA | 99003 | 1394 | 30 | Purchase | 7/23/2007 | Retail |
| 1852975 | 127,000.00 | Primary | WA | 99362 | 2715 | 30 | Purchase | 7/23/2007 | Retail |
| 1858699 | 55,800.00 | Secondary | WA | 98813 | 1330 | 30 | Purchase | 7/25/2007 | Retail |
| 1858166 | 159,900.00 | Investment | WA | 99204 | 930 | 30 | Purchase | 7/25/2007 | Retail |
| 1857921 | 190,120.00 | Primary | WA | 99206 | 3763 | 30 | Purchase | 7/25/2007 | Retail |
| 1858161 | 143,115.00 | Primary | WA | 98901 | 80 | 30 | Cash Out Refi | 7/25/2007 | Retail |
| 1857611 | 349,500.00 | Investment | WA | 98056 | 2451 | 30 | Rate & Term | 7/26/2007 | Wholesale |

| Loan # | Amount | Type | State | Zip | Term | Purpose | Date | Channel |
|---|---|---|---|---|---|---|---|---|
| 1858956 | 81,750.00 | Primary | WA | 98101 | 794 | 30 Purchase | 7/26/2007 | Retail |
| 1844794 | 129,600.00 | Primary | WA | 99217 | 930 | 30 Cash Out Refi | 7/26/2007 | Wholesale |
| 1859677 | 169,000.00 | Primary | WA | 98660 | 940 | 30 Purchase | 7/26/2007 | Retail |
| 1859887 | 120,000.00 | Investment | WA | 99207 | 1184 | 30 Purchase | 7/26/2007 | Retail |
| 1859747 | 185,000.00 | Primary | WA | 99204 | 1694 | 30 Purchase | 7/26/2007 | Retail |
| 1859416 | 82,400.00 | Primary | WA | 99348 | 2715 | 30 Purchase | 7/26/2007 | Retail |
| 1860808 | 236,720.00 | Primary | WA | 98012 | 1133 | 30 Purchase | 7/27/2007 | Retail |
| 1861412 | 59,180.00 | Primary | WA | 98012 | 2945 | 30 Purchase | 7/27/2007 | Retail |
| 1861703 | 247,254.00 | Primary | WA | 98010 | 80 | 30 Cash Out Refi | 7/27/2007 | Wholesale |
| 1861210 | 356,400.00 | Investment | WA | 98052 | 2447 | 30 Purchase | 7/27/2007 | Retail |
| 1860501 | 780,000.00 | Primary | WA | 98053 | 2225 | 30 Purchase | 7/27/2007 | Retail |
| 1860330 | 185,000.00 | Primary | WA | 98409 | 2667 | 30 Purchase | 7/27/2007 | Retail |
| 1861181 | 228,000.00 | Primary | WA | 99205 | 930 | 30 Cash Out Refi | 7/27/2007 | Retail |
| 1861638 | 270,697.00 | Primary | WA | 99201 | 90 | 30 Purchase | 7/29/2007 | Retail |