## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case Number  07-11047 (CSS) |
| *et. al.*, | ) | |
| | ) | |
| Debtors. | ) | **Objections Due: July 10, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: July 17, 2008 @ 2:00 p.m.** |

---

### NOTICE OF MOTION

TO:   Parties Listed on the Certificate of Service.

Mark Watson and Kelly Watson have filed a Motion for Relief from Automatic Stay which seeks the following relief:

To permit Mark and Kelly Watson to initiate a lawsuit against Debtor American Home Mortgage Corp., et. al., in Washington State Superior Court.

**HEARING ON THE MOTION WILL BE HELD ON JULY 17, 2008, AT 2:00 P.M.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Daniel K. Hogan, Esquire
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By:     /s/Daniel K. Hogan
Daniel K. Hogan

Date: June 24, 2008

**Local Form 106A**