# **EXHIBIT B**



# American Home Mortgage Servicing
D.I.P.

January 7, 2008

Mark R. Watson
Kelly H. Watson
3804 Olson Drive Northwest
Gig Harbor, WA  98335

RE: American Home Mortgage Loan Number 1001291848

Dear Mark Watson and Kelly Watson:

This letter is in reference to the correspondence received and forwarded to my attention for research and resolution. I would like to thank you for giving me the opportunity to address your concerns.

Per the executed Adjustable Rate Note, your interest will be charged at 2.400% until June 30, 2006, and your initial monthly payment amount will be based on the initial rate. Commencing July 1, 2006, the interest rate will be increased to 7.282%. Thereafter, the interest rate will change in accordance with Section 4 of the Note. Per Section 4, the interest rate will further change on August 1, 2006 and on that day every month thereafter. Each of the minimum monthly payments due until the first payment change date will be in the amount of $4,134.64.

Your loan is an Adjustable Rate Mortgage with payment options. The Option 1 minimum payment is the least amount you must pay each month in order to satisfy your minimum payment obligation. The amount may not be sufficient to pay all of the accrued interest for the previous month. Negative amortization may result, which means any unpaid interest will be added to the principal loan balance. In order to avoid negative amortization the Option 2 interest only payment must be received each month, however, it may not be sufficient to satisfy all of the accrued interest from the previous month and reduce your principal balance. To reduce your principal balance, Option 3 or Option 4 principal and interest payments must be received each month. Enclosed please find a copy of the Adjustable Rate Note for your review.

As reflected on the Truth-In-Lending Disclosure Statement, this document is neither a contract nor a commitment to lend. It is an estimation of the loan payments based off of a projected amount. Per the payment schedule on the account, the first twelve months reflect an estimated minimum monthly payment in the amount of $4,134.64. I have verified the minimum payment amount due on the account is as reflected on the Truth-In-Lending Disclosure Statement. Upon review of the Truth-In-Lending Disclosure Statement and Notice of Right to Rescind, both documents were signed and dated June 5, 2006, which copies were provided at the time of closing. Enclosed please find a copy of the Truth-In-Lending Disclosure Statement for your review.

Unfortunately, due to the recent filing of Chapter 11 Bankruptcy, American Home Mortgage is unable to refinance any existing loans or fund any new loans. Based on this information, you are

 **American Home Mortgage Servicing**

considered the sole obligor for this loan and we are unable to honor your request to recast your loan.

Should you have any further questions or concerns, please do not hesitate to contact our Customer Care Department at 1-877-304-3100 (M-F 7:00am- 7:00pm CST).

Respectfully,

*Carol White*

Carol White
Loan Administration Research
American Home Mortgage Servicing, Inc.

Enclosures: Adjustable Rate Note, Truth-In-Lending Disclosure Statement, and Notice of Right to Rescind

4600 Regent Blvd., Suite 200, Irving, Texas 75063