# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| **AMERICAN HOME MORTGAGE** | )    **Case No. 07-11047 (CSS)** |
| **HOLDING, INC.,** *et. al.,* | )    **(Jointly Administered)** |
| | ) |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF MARK AND KELLY WATSON

STATE OF WASHINGTON :

                 : ss.

*Pierce*      COUNTY :

We, Mark Watson and Kelly Watson, declare as follows:

1. We are residents in Pierce County, Washington.

2. On October 26, 2007, Mark Watson, my husband, appointed me as his true and lawful attorney, granting full power and authority to do and perform all and every act and thing whatsoever requisite and necessary as fully to all intents and purposes as he might or could do if personally present. A true and correct copy of the General Power of Attorney (with Durable Provisions) is attached hereto as **Exhibit 1**.

3. Upon information and belief, in August 2007, American Home Mortgage Corporation commenced its bankruptcy case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

4. In August 2007, American Home Mortgage Corporation was the mortgage holder for our property located in Gig Harbor, Washington.

5. In a correspondence from Carol White at American Home Mortgage Servicing, dated January 7, 2008, we were informed of the Chapter 11 Bankruptcy filing, however, we were never aware of the proof of claim bar date of January 11, 2008, until well after the bar date had passed.

A true and correct copy of the correspondence, dated January 7, 2008, is attached hereto as

**Exhibit 2**.

6. American Home Mortgage Corporation did not schedule our claims nor provide us notice of the proof of claim bar date.

7. American Home Mortgage Corporation's failure to schedule our claim and inform us of the proof of claim bar date lead to our failure to file a timely proof of claim.

8. We seek to assert claims against American Home Mortgage for their participation in the violation of our rights under (1) the Consumer Protection Act (Revised Code of Washington ("RCW")); (2) the Truth in Lending Act - Regulation Z of the Federal Reserve Board, 12 C.F.R. Part 226; (3) the Real Estate Settlement Procedures Act, 12 U.S.C. 2601 et seq..; (4) the Consumer Loan Act (RCW 31.04); and (4) the Mortgage Broker Practices Act (RCW 19.146).

We declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and if called upon we could competently testify thereto of our own personal knowledge.

Mark R. Watson, by Kelly H. Watson, POA

Kelly H. Watson

**SWORN TO AND SUBSCRIBED** before me this 16 day of June, 2008, as witnessed my Hand and Seal of Office.

Notary Public

# EXHIBIT 1



Return Address:

_____

_____

_____

# GENERAL POWER OF ATTORNEY (With Durable Provisions)

Indexing information required by the Washington State Auditor's/Recorder's Office, (RCW 36.18 and RCW 65.04) 1/97:    (please print last name first)

Reference # (If applicable): _____

Grantor(s) (Principal): (1) MARK R WATSON (2) _____ Addl'. on pg ___

Grantee(s) (Attorney in Fact): (1) KELLY H WATSON (2) _____ Addl'. on pg ___

Legal Description (abbreviated): _____ Add.legal is on page ___

Assessor's Property Tax Parcel /Account # _____

KNOW ALL PERSONS BY THESE PRESENTS: That _MARK R WATSON_

residing at _3804 OLSON DR NW_ , City of _GIG HARBOR_

County of _PIERCE_ , State of _WASHINGTON_ , HAS made, constituted and

appointed, and by these presents DOES make, constitute and appoint _KELLY H WATSON_

of the City of _GIG HARBOR_ , County of _PIERCE_ , State of _WASHINGTON_

_HIS_ true and lawful attorney for _HIM_ , and in _HIS_ name___, place and stead and for _HIS_

use and benefit

to ask, demand, sue for, recover, collect and receive all such sums of money, debts, dues, accounts, legacies, bequests, interests, dividends, annuities and demands whatsoever, as are now or shall hereafter become due, owing, payable or belonging to _HIM_ and have, use and take all lawful ways and means in _HIS_ name___, or otherwise for the recovery thereof, by attachments, arrests, distress or otherwise, and to compromise and agree for the same, and acquittances or other sufficient discharges for the same for _HIM_ and in _HIS_ name___, to make, seal and deliver, to bargain, contract, agree for, purchase, receive and take lands, tenements, hereditaments, and accept the seizin and possession of all lands, and all deeds and other assurances in the law therefor, and to lease, let, demise, bargain, sell, remise, release, convey, mortgage and hypothecate

**General Power of Attorney-(With Durable Provisions)**
©Washington Legal Blank, Inc., Issaquah, WA  Form No. 58  10/96
MATERIAL MAY NOT BE REPRODUCED IN WHOLE OR IN PART IN ANY FORM WHATSOEVER.

lands, tenements, and hereditaments, upon such terms and conditions, and under such covenants as _KELLY_ shall think fit. Also, to bargain and agree for, buy, sell, mortgage, hypothecate, and in any and every way and manner deal in and with goods, wares and merchandise, choses in action, and other property in possession or in action, and to make, do and transact all and every kind of business, of what nature and kind soever, and also for _HIM_ and in _HIS_ name___, and as _HIS_ act and deed, to sign, seal, execute, deliver and acknowledge such deeds, leases and assignments of leases, covenants, indentures, agreements, mortgages, hypothecations, bottomries, charter parties, bills of lading, bills, bonds, notes, receipts, evidences of debt, releases and satisfaction of mortgage, judgments and other debts, and such other instruments in writing of whatever kind or nature, as may be necessary or proper in the premises.

GIVING AND GRANTING unto _KELLY_ said attorney___ full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to the execution of the powers herein granted, as fully to all intents and purposes as _HE_ might or could do if personally present, _MARK R. WATSON_ hereby ratifying and confirming all that _HIS_ said attorney _KELLY H. WATSON_ shall lawfully do or cause to be done by virtue of these presents. /

This power of attorney ☐ shall be revoked upon ☑ shall become effective upon ☑ shall not be affected by disability of the principal, and shall otherwise ☑ continue in full force and effect until revoked by subsequent writing ☐ become null and void after the _____ day of _____

(Optional) The said _~MARK~_ further nominates _____ as guardian of _____ estate and person for consideration by the court if protective proceedings for _____ estate or person are hereafter commenced.

In Witness Whereof, _I_ have hereunto set _My_ hand on the _26th_ day of _October, 2007_

Signed and Delivered in the Presence of :

STATE OF WASHINGTON,
County of _Pierce_ } ss.    **(INDIVIDUAL ACKNOWLEDGEMENT)**

I certify that I know or have satisfactory evidence that _Mark R. Watson_ is the person who appeared before me, and said person acknowledged that ___ signed this instrument and acknowledged it to be _his_ free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this _26_ day of _Oct_ _2007_

Print Name _Alison M. Jeromchek_

Notary Public in and for the State of _Wash_

My appointment expires: _11-30-2010_

ALISON M. JEROMCHEK
COMMISSION EXPIRES
NOTARY PUBLIC
11-30-10
STATE OF WASHINGTON

# EXHIBIT 2

 **American Home Mortgage Servicing**

D.I.P.

January 7, 2008

Mark R. Watson
Kelly H. Watson
3804 Olson Drive Northwest
Gig Harbor, WA  98335

RE: American Home Mortgage Loan Number 1001291848

Dear Mark Watson and Kelly Watson:

This letter is in reference to the correspondence received and forwarded to my attention for research and resolution.  I would like to thank you for giving me the opportunity to address your concerns.

Per the executed Adjustable Rate Note, your interest will be charged at 2.400% until June 30, 2006, and your initial monthly payment amount will be based on the initial rate.  Commencing July 1, 2006, the interest rate will be increased to 7.282%.  Thereafter, the interest rate will change in accordance with Section 4 of the Note.  Per Section 4, the interest rate will further change on August 1, 2006 and on that day every month thereafter.  Each of the minimum monthly payments due until the first payment change date will be in the amount of $4,134.64.

Your loan is an Adjustable Rate Mortgage with payment options.  The Option 1 minimum payment is the least amount you must pay each month in order to satisfy your minimum payment obligation.  The amount may not be sufficient to pay all of the accrued interest for the previous month.  Negative amortization may result, which means any unpaid interest will be added to the principal loan balance.  In order to avoid negative amortization the Option 2 interest only payment must be received each month, however, it may not be sufficient to satisfy all of the accrued interest from the previous month and reduce your principal balance.  To reduce your principal balance, Option 3 or Option 4 principal and interest payments must be received each month.  Enclosed please find a copy of the Adjustable Rate Note for your review.

As reflected on the Truth-In-Lending Disclosure Statement, this document is neither a contract nor a commitment to lend.  It is an estimation of the loan payments based off of a projected amount.  Per the payment schedule on the account, the first twelve months reflect an estimated minimum monthly payment in the amount of $4,134.64.  I have verified the minimum payment amount due on the account is as reflected on the Truth-In-Lending Disclosure Statement.  Upon review of the Truth-In-Lending Disclosure Statement and Notice of Right to Rescind, both documents were signed and dated June 5, 2006, which copies were provided at the time of closing.  Enclosed please find a copy of the Truth-In-Lending Disclosure Statement for your review.

Unfortunately, due to the recent filing of Chapter 11 Bankruptcy, American Home Mortgage is unable to refinance any existing loans or fund any new loans.  Based on this information, you are

 **American Home Mortgage Servicing**

considered the sole obligor for this loan and we are unable to honor your request to recast your loan.

Should you have any further questions or concerns, please do not hesitate to contact our Customer Care Department at 1-877-304-3100 (M-F 7:00am- 7:00pm CST).

Respectfully,

*Carol White*

Carol White
Loan Administration Research
American Home Mortgage Servicing, Inc.

Enclosures: Adjustable Rate Note, Truth-In-Lending Disclosure Statement, and Notice of Right to Rescind

4600 Regent Blvd., Suite 200, Irving, Texas 75063