# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | **Case No. 07-11047 (CSS)** |
| **HOLDING, INC.,** *et. al.,* | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objections Due: July 10, 2008 @ 4:00 p.m. |
| | ) | Hearing Date: July 17, 2008 @ 2:00 p.m. |
| | ) | |

## NOTICE OF MOTION

TO: Parties Listed on Certificate of Service

**PLEASE TAKE NOTICE** that on June 24, 2008, Mark Watson and Kelly Watson (the "Watsons"), by their undersigned counsel, filed the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim By Reason of Excusable Neglect (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Watsons, so as to be actually received by or before **July 10, 2008, at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if any objections or responses are received in accordance with the procedures set forth herein, a hearing with respect to the Motion will be held on **July 17, 2008, at 2:00 p.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United State Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

**IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 24, 2008          */s/Daniel K. Hogan*
                              Daniel K. Hogan (DE Bar No. 2814)
                              **THE HOGAN FIRM**
                              1311 Delaware Avenue
                              Wilmington, Delaware 19806
                              Telephone: (302) 656.7540
                              Facsimile: (302) 656.7599
                              E-Mail: dkhogan@dkhogan.com
                              Attorney for Mark and Kelly Watson