**CERTIFICATE OF SERVICE**

      I, <u>Daniel K Hogan</u>, certify that I am not less than 18 years of age; and that service of the Notice of Motion and a copy of the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim by Reason of Excusable Neglect was made on June 24, 2008, upon the interested parties listed below in the manner indicated and all others via CM/ECF.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 24, 2008                              */s/Daniel K. Hogan*
                                                                      Daniel K. Hogan (DE #2814)
                                                                      THE HOGAN FIRM
                                                                      1311 Delaware Avenue
                                                                      Wilmington, Delaware 19806
                                                                      Telephone: (302) 656-7540
                                                                      Facsimile: (302) 656-7599

---

| **HAND DELIVERY** | **FEDERAL EXPRESS** |
|---|---|
| James L. Patton, Jr., Esq.<br>Pauline K. Morgan, Esq.<br>Edward J. Kosnowski, Esq.<br>Nathan D. Grow, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kay Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Joseph M. McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Bldg., Suite 2207<br>LockBox 35<br>Wilmington, DE 19801 | Erica M Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Mark Indelicato, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 | Nathan Haynes, Esq.<br>Gregory M. Petrick, Esq.<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market St.<br>Wilmington, DE 19801 | **FIRST CLASS MAIL**<br><br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |