IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et. al.,*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 10, 2008 @ 4:00 p.m. |
| | ) | Hearing Date: July 17, 2008 @ 2:00 p.m. |
| | ) | |

**MOTION OF MARK WATSON AND KELLY WATSON
TO LIMIT SCOPE OF NOTICE ON
MOTION FOR LEAVE TO FILE LATE CLAIM
BY REASON OF EXCUSABLE NEGLECT**

COME NOW Mark Watson and Kelly Watson (the "Watsons"), by and through their undersigned counsel, having filed their Motion for Leave to File Late Claim By Reason of Excusable Neglect (the "Late Claim Motion"), and respectfully submits this motion (the "Motion to Limit Notice"), pursuant to 11 U.S.C., § 105, for the entry of an order limiting the scope of notice of the Late Claim Motion.

In support of this Motion to Limit Notice, the Watsons respectfully set-forth and state as follows:

1. On August 6, 2007 (the "Petition Date ), American Home Mortgage Corp. (the "Debtor") commenced its bankruptcy case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, NY 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, TX 75036.

2. Given the size of the master service list in this case, the Watsons respectfully submit that notice by mail of the Late Claim Motion on all parties-in-interest would be prohibitively expensive. Accordingly, the Watsons request that the Court approve the limited scope of notice upon counsel for (i) the Debtors, (ii) the United States Trustee, (iii) all official committees, and (iv) the DIP Lenders (collectively, the "Notice Parties"), in the manner indicated on the attached service list, and upon all others who have agreed to accept electronic service in this case in accordance with the requirements of participating in the CM/ECF electronic filing system.

3. The Watsons respectfully submit that service upon the Notice Parties is good and sufficient under the circumstances and should be approved.

**WHEREFORE,** Mark Watson and Kelly Watson respectfully request that the Bankruptcy Court enter an order limiting the scope of notice with respect to the Late Claim Motion to the Notice Parties as set forth herein.

Dated: June 24, 2008

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com