**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) Jointly Administered |
| *et. al.*, | ) |
| | ) |
| Debtors. | ) |
| | ) |
| MARK WATSON and KELLY WATSON, | ) |
| | ) |
| Movants, | ) |
| | ) |
| AMERICAN HOME MORTGAGE CORP., | ) |
| *et. al.*, | ) **Objection Deadline: July 10, 2008 @ 4:00 p.m.** |
| | ) **Hearing Date: July 17, 2008 @ 2:00 p.m.** |
| Respondents. | ) |

## NOTICE OF MOTION

TO: Parties Listed on the Certificate of Service.

Mark and Kelly Watson, interested parties of American Home Mortgage Corp., *et. al.*, ("Debtors") have filed a Motion to Limit Scope of Notice (the "Motion to Limit Scope") limiting the scope of notice of their Motion for Leave to File Late Claim By Reason of Excusable Neglect.

You are required to file a response to the Motion to Limit Scope on or before July 10, 2008, @ 4:00 p.m.

At the same time, you must also serve a copy of the response upon movants' attorney:

> Daniel K. Hogan, Esquire
> The Hogan Firm
> 1311 Delaware Avenue
> Wilmington, DE 19806

**HEARING ON THE MOTION WILL BE HELD ON <u>JULY 17, 2008, @ 2:00 P.M.</u>**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| <u>June 24, 2008</u> | By:   /s/Daniel K. Hogan |
| Date | Daniel K. Hogan, Esquire |