# CERTIFICATE OF SERVICE

I, Daniel K Hogan, certify that I am not less than 18 years of age and that service of the Notice of Motion and a copy of the Motion of Mark Watson and Kelly Watson to Limit Scope of Notice was made June 24, 2008, upon the interested parties listed below in the manner indicated and all others via CM/ECF.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 24, 2008

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

---

**HAND DELIVERY**

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosnowski, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg., Suite 2207
LockBox 35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market St.
Wilmington, DE 19801

**FEDERAL EXPRESS**

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kay Scholer LLP
425 Park Avenue
New York, NY 10022

Erica M Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Nathan Haynes, Esq.
Gregory M. Petrick, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**FIRST CLASS MAIL**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747