# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)
Movant: Wells Fargo Bank, N.A.
D&G Reference: 216376

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0159270958 | Naeema Latifa | 02/20/07 | $ 360,500.00 | $ 389,493.76 | $ 422,000.00 | 7719 Hardwood Place Springfield, VA 22152 |
| 0159286764 | Hyacinth Melville | 02/26/07 | $ 945,000.00 | $ 1,002,463.60 | $ 1,395,000.00 | 10526 Bignon Court Wellington, FL 33467 |
| 0159293554 | Walter Markowski | 02/12/07 | $ 441,000.00 | $ 468,551.82 | $ 529,900.00 | 6909 West Mazatzal Drive Peoria, AZ 85383 |
| 0159293653 | Syed Mehdi | 02/23/07 | $945,000.00 | $ 997,531.72 | $ 1,025,000.00 | 3112 Stiles Way West Friendship, MD 21794 |
| 0159294354 | Elvis Sevilla | 02/15/07 | $ 207,900.00 | $ 214,379.81 | $ 297,000.00 | 121 Southwest Palm Drive Port Saing Lucie, FL 34986 |
| 0192213726 | Joseph Samuel Parker | 01/28/04 | $ 208,158.00 | $ 222,862.80 | $ 200,000.00 | 9392 Ayscough Road Summerville, SC 29485 |
| 0199887571 | Dallas R and Glenda J Carter | 11/01/05 | $ 210,000.00 | $ 201,301.48 | $ 252,000.00 | 6973 Ivanpah Avenue Twentynine Palms, CA 92277 |
| 0199920448 | Rebecca Ford | 11/16/05 | $ 131,920.00 | $ 132,023.98 | $ 167,900.00 | 7164 West Parapet Street Boise, ID 83714 |
| 0200253466 | Estate of Rodney M Lindsey | 12/28/05 | $332,000.00 | $ 346,286.65 | $ 415,000.00 | 12308 Ronald Beall Road Upper Marlboro, MD 20774 |

| | | | | | |
|---|---|---|---|---|---|
| 0613797125 | Maday R Cuenca | 08/26/06 | $ 90,233.00 | $ 89,496.39 | $ 200,000.00 | 10351 Southwes201 Terrace Miami, FL 33189 |
| 1351001558 | Richard Monroe | 10/03/06 | $ 375,900.00 | $ 412,763.18 | $ 275,500.00 | 145 South Sawyer Avenue La Grange, IL 60525 |
| 1351003779 | Amelia Mayorga | 2/27/08 | $ 311,000.00 | $ 334,907.88 | $ 250,000.00 | 1834 Springtree Drive Perris CA 92571 |
| 1351003873 | Komlan Logossou | 2/20/2007 | $272,800.00 | $ 302,728.25 | $ 307,000.00 | 8221 Londonderry Court Laurel, MD 20707 |
| 1351004006 | Xin Sun | 02/02/07 | $ 359,925.00 | $ 372,028.61 | $ 475,000.00 | 5342 South Parklane Avenue Springfield, MO 65810 |
| 1351004057 | Hugo N Reyes | 02/21/07 | $ 252,000.00 | $ 260,258.24 | $ 288,999.00 | 131 Shenandoah Lane Stafford, VA 22554 |
| 1351004211 | Richard and Robert C Knight | 02/16/07 | $ 160,000.00 | $ 172,931.05 | $ 135,000.00 | 12165 Wellington Avenue Port Charlotte, FL 33981 |
| 1351004235 | Ana Ugarte | 02/23/07 | $ 301,096.00 | $ 312,441.79 | $ 324,000.00 | 6212 Stonepath Circle Centreville, VA 20120 |
| 1351004283 | Alicia Powell | 2/12/2007 | $ 543,200.00 | $ 598,578.20 | $ 470,000.00 | 7 Stonecreek Drive American Canyon, CA 94503 |
| 1351004395 | Henrich Alvarez | 02/23/07 | $ 175,920.00 | $ 180,520.18 | $ 220,000.00 | 453 Wilcox Avenue Elgin, IL 60123 |
| 1351004624 | Jose A Perez | 02/21/07 | $ 960,000.00 | $ 1,067,019.90 | $ 735,000.00 | 288 Sunburst Lane Corona, CA 92879 |
| 1351004730 | Matthew J Stewart | 02/21/07 | $ 204,129.00 | $ 218,152.59 | $ 190,000.00 | 4721 East Laurel Avenue Higley, AZ 85236 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1351004816 | Kyron Harvell | 02/27/07 | $ | 76,800.00 | $ | 83,741.77 | $ | 74,500.00 | 112 Union Street<br>Bronson, MI 49028 |
| 1351001582 | Yvonne Shaw | 10/02/06 | $ | 344,000.00 | $ | 360,633.28 | $ | 315,000.00 | 231 W 233 235 W 14th<br>San Bernardino, CA 92405 |
| 1158076532 | Francisco Deaguero | 11/28/06 | $ | 148,000.00 | $ | 156,334.89 | $ | 185,000.00 | 9633 Juniper Avenue<br>Fontana, CA 92335 |
| 1158076483 | Christopher R Georgeso | 11/21/06 | $ | 260,640.00 | $ | 272,111.90 | $ | 325,800.00 | 2661 South Skyview Drive<br>Nampa, ID 83686 |
| 1218040538 | Alem Alfred | 12/12/2005 | $ | 377,989.00 | $ | 395,020.41 | $ | 499,900.00 | 8441 Hallie Rose Court<br>Alexandria VA 22309 |
| 1218041552 | Rita C Grillo | 12/12/05 | $ | 212,915.00 | $ | 222,722.71 | $ | 305,000.00 | 2579 San Telca Street<br>Orlando Fl 32835 |

-3-