# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant: Citigroup Global Markets Realty Corp.*

*D&G Reference: 216377*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134038640 | Luis A Rodriguez | 10/25/06 | $ 293,600.00 | $ 313,961.44 | $ 380,000.00 | 2800 Hillside Avenue, Cheverly, MD 20785 |
| 1134040335 | David K Kovarik | 12/18/06 | $ 235,500.00 | $ 268,335.02 | $ 210,000.00 | 340 South 5th Place, Show Low, AZ 85901 |
| 1134040648 | Jay Dunlap | 01/24/07 | $ 966,000.00 | $ 1,054,630.49 | $ 1,275,000.00 | 7851 East Sweetwater Avenue, Scottsdale, AZ 85260 |
| 1134043793 | Latrice Minor | 04/24/07 | $ 572,000.00 | $ 610,017.29 | $ 639,000.00 | 7 Renwood Place, American Canyon, CA 94503 |
| 1134044201 | Evelina M Karatchorbad | 05/16/07 | $ 286,400.00 | $ 304,982.60 | $ 275,000.00 | 3121 Manti Peak Avenue, North Las Vegas, NV 89081 |
| 1134017713 | Estate of Dickinson | 02/16/06 | $ 107,718.00 | $ 112,964.24 | $ 157,900.00 | 3417 Central Park Street, Caldwell, ID 83605 |
| 1134017922 | Mario A Ruiz | 02/13/06 | $ 70,000.00 | $ 75,556.85 | $ 85,990.00 | 26218 Southwest 141st Place Homestead, FL 33032 |
| 1134018036 | Ana R Lopez Flores | 02/17/06 | $247,200.00 | $ 268,927.24 | $ 239,000.00 | 3514 Beale Court Woodbridge, VA 22193 |
| 1134018045 | Amparo Garcia | 2/27/2006 | $298,200.00 | $ 348,730.62 | $ 470,000.00 | 162-164 Standish Street Elizabeth, NJ 07202 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1134018440 | Reginald B Mays | 02/07/06 | $ 84,500.00 | $ 100,088.73 | $ 120,000.00 | 4497 Rhine Drive<br>Florissant, MO 63033 |
| 1134018480 | Scott C Reid | 02/21/06 | $ 104,000.00 | $ 109,427.89 | $ 54,000.00 | 18715 Gaylord<br>Redford, MI 48240 |
| 1134038615 | Victor A Garcia | 10/18/06 | $ 592,000.00 | $ 642,383.83 | $ 610,000.00 | 6319 Crystal Springs<br>Discovery Bay, CA 94514 |
| 1134043762 | Jorge Luis<br>Rodriguez | 04/13/07 | $ 993,750.00 | $ 1,031,387.73 | $ 769,000.00 | 1521 East Gulf Beach Drive<br>Saint George Island, FL 32328 |