# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant: Deutsche Bank National Trust Company, as Trustee for HALO 2007-AR2*
*D&G Reference: 216379*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300030285 | Cheri C Gray | 02/15/07 | $ 125,200.00 | $ 129,456.42 | $ 75,000.00 | 6225 Carlow Drive, Citrus Heights, CA 95621 |
| 1300030291 | Benito and Joana Caratiquit | 02/23/07 | $ 381,755.00 | $ 392,268.13 | $ 351,900.00 | 4225 Thalia Way, Rancho Cordova, CA 95742 |
| 1300030335 | Karl W Odoms | 02/27/07 | $ 108,500.00 | $ 112,516.02 | $ 158,000.00 | 217 221 Southeast 9th Street, Madras, OR 97741 |
| 1300030351 | Nino Issac | 03/05/07 | $ 303,750.00 | $ 315,942.49 | $ 289,900.00 | 25231 Balmoral Drive, Joliet, IL 60431 |
| 1300030375 | Dhil Johnson | 03/01/07 | $ 694,669.00 | $ 736,476.67 | $ 450,000.00 | 1521 West Capistrano Avenue, Phoenix, AZ 85041 |