# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

Movant: HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2

D&G Reference: 216385

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1256030334 | Cam-Tu Thuy Tran | 02/02/06 | $194,392.00 | $ 202,012.63 | $ 215,000.00 | 12180 Cardamom Drive Woodbridge, VA 22192 |
| 1256030419 | Diann L Cotton | 01/31/06 | $ 50,001.00 | $ 53,899.52 | $ 25,000.00 | 8942 Saint Marys Detroit, MI 48228 |
| 1256030481 | Cerrel L Harris | 2/10/2006 | $140,800.00 | $ 155,259.28 | $ 164,900.00 | 33 Amberly Drive Saint Peters, MO 63376 |
| 1256030631 | Ruta Qanah | 02/01/06 | $152,000.00 | $ 162,098.19 | $ 165,000.00 | 6770 West 180th Street Tinley Park, IL 60477 |
| 1256030685 | Ingrid Q Calero | 02/02/06 | $ 459,734.00 | $ 529,821.36 | $ 389,900.00 | 37283 High Vista Drive Murrieta, CA 92563 |
| 1256030720 | Jonathan E Padilla | 01/18/06 | $ 752,000.00 | $ 806,300.83 | $ 525,000.00 | 3730 Southwest 195th Avenue Miramar, FL 33029 |
| 1256030583 | Intisar Hasan | 02/09/06 | $ 96,080.00 | $ 103,769.70 | $ 109,000.00 | 22959 Pleasant Street Saint Clair Shores MI 48080 |