IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

            Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket Nos. 4415 & 4649)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section

362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee

for Banc of America Funding Trust 2007-3 ("Movant"), and any response thereto; the Court

having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§

157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is

proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further

determined that cause exists to grant Movant relief from the automatic stay with respect to

Movant's exercise of any rights and remedies against each parcel of real property listed on

**Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-

bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined

herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

*Movant: U.S. Bank National Association, as Trustee for Banc of America Funding Trust 2007-3*
*D&G Reference: 216444*

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its

rights under applicable non-bankruptcy law against each of the Properties, including but not

limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that American Home

Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in any of the

Properties or (ii) shall estop the Debtors from denying that they hold any interest in any of the

Properties.

4.      This Order is immediately effective and is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:___6/24/08_____                    _____
         Wilmington, Delaware               HONORABLE CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE

-2-