# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Banc of American Funding Trust 2007-3

*D&G Reference: 216444*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1317007237 | Jena L Haase | 02/06/07 | $ 164,800.00 | $ 178,324.38 | $ 145,000.00 | 6812 Accent Court<br>Las Vegas, NV 89108 |
| 1317007391 | Jennifer Taylor | 02/05/07 | $ 348,000.00 | $ 367,240.17 | $ 365,000.00 | 613 Harvard<br>Oak Park, IL 60304 |
| 1317007802 | Robert H Saenz | 1/31/2007 | $280,000.00 | $ 299,427.89 | $ 299,000.00 | 6933 Southwest Old Clifton Road<br>Port Orchard, WA 98367 |
| 1317007971 | Jennifer Halligan | 1/29/2007 | $151,920.00 | $ 157,869.22 | $ 155,000.00 | 36292 Farmbrook Drive<br>Clinton Township, MI 48035 |
| 1317008581 | German Alvarez | 01/31/07 | $ 296,000.00 | $ 319,715.27 | $ 325,000.00 | 2945 Bridgeport Avenue<br>Miami, FL 33133 |
| 1317006358 | Jeffrey A Line | 1/12/2007 | $295,200.00 | $ 311,075.97 | $ 369,900.00 | 9660 Reed Road<br>Denton, MD 21629 |
| 1317006461 | Michael S Bathla | 1/19/2007 | $299,619.00 | $ 320,906.51 | $ 300,000.00 | 1305 Grand Summit Drive<br>Reno, NV |
| 1317006785 | Flor Barrios | 01/19/07 | $ 212,000.00 | $ 226,362.36 | $ 187,000.00 | 1906 Double Delight<br>North Las Vegas, NV 89032 |
| 1317007530 | Michael J Keir | 2/2/2007 | $388,000.00 | $ 410,901.22 | $ 395,000.00 | 8445 Spring Road<br>Pasadena, MD 21122 |

| 1317008120 | Matthew S Bachman | 02/14/07 | $ 151,200.00 | $ 157,833.22 | $ 154,900.00 | 1712 Southeast Embassy Drive Lees Summit, MO 64081 |

-2-