# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6

*DOCG Reference: 216473*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt. | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 12052220510 | Sydney Moore / Solange Nana | 01/31/06 | $ 322,648.00 | $ 336,996.59 | $ 295,000.00 | 15947 Canada Goose Ln Woodbridge, VA 22191 |
| 12052220861 | Mercedes Gutierrez | 01/31/06 | $ 259,000.00 | $ 282,917.53 | $ 319,990.00 | 196 Grand Boulevard Brentwood, NY 11717 |