# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

Movant: US Bank, National Association, as Trustee for CMLTI 2007-AR1
D&G Reference: 216480

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134030707 | Michael A Perry | 9/7/06 | $ 632,000.00 | $ 669,794.36 | $ 575,000.00 | 6111 Trevino Avenue Las Vegas, NV 89131 |
| 1134031138 | Merina and Arifur Rahman | 10/03/06 | $ 962,500.00 | $ 1,088,661.77 | $ 1,200,000.00 | 1840 Ware Road Falls Church, VA 22043 |
| 1134031220 | Tiffany K Hymas | 09/25/06 | $ 320,000.00 | $ 331,085.67 | $ 305,900.00 | 6097 Moose Creek Meridian, ID 83642 |
| 1134031393 | Miguel A Valenzuela | 09/18/06 | $ 133,000.00 | $ 139,136.98 | $ 165,000.00 | 58 East 10th Street Heber, CA 92249 |