**Gregory J. Sheffield & Nancy O. Sheffield**
138 Hollenbeck Road
Lockwood, New York 14859-9708
Home Phone 607 598 2586
Email gjsheffield@frontiernet.net



June 20, 2008
Honorable Christopher S. Sontchi
The United States Bankruptcy Court
For District of Delaware
824 Market Street, 5thFloor
Wilmington DE 19801

Honorable Judge Christopher S. Sontchi:

Case No. 07-11047 (CSS)  Deadline July 10, 2008. American Home Mortgage
Holdings, Inc. (AHM). Delaware corporation, et al. Solicitation herewith following
Judge C.S. Sontchi's Order of Jurisdiction on All Other Matters.

<u>**We Object to losing our Claims through Expunging. Gregory and Nancy Sheffield.**</u>
Our claims Numbers #3032 for equity purchases in America Home Mortgage of
$994.16 and #3031 $181.76 should be reconsidered, preserved and protected by the
Court. Searching correspondence and probable co-conspirators involved will likely
produce more assets of the billions in "lost"asset discrepancy to cover us and others
as Equity Holders, too.

<u>**We suggest to the Court that the Case Remain Open Even After First Payments and
Priorities Are Paid out. Untold Millions of Dollars May Still Be Available Through
Due Diligence Accounting Detecting Recoverable Assets. Assets have changed hands
but paper trails and recordings are not entirely lost and undetectable.**</u>
The legality of how much and where AHM assets went is unclear. No clear record
of questioning the legality of Asset dispersal, trades and agreements has been
detailed with results revealed to stockholders. Impossibility of Recoverability from
probable conspirators is assumed but not proved. Such recovery attempt is still a
likely project for the Bankrupt surviving entity or of your Court. Conservation
efforts nor legal pre-bankruptcy recovery and reconstruction efforts if any, also, are
not reported to stockholders. Due Diligence of Criminal investigations and
disclosures have not been reported and perhaps not even vigorously pursued.

This case has enough smoke to require far more investigation. With investigative
reports not apparent, the policing of suspected criminal leads does not appear
completed. It is rational to order a *post mortem* here. Restitution to Stock Holders
should not be abandoned as a long-term goal. Unnamed entities have very possibly
got money illegally and the assets are not "lost", merely having changed hands.
Suspected trickery and deception has not been detailed nor evaluated . This still
needs to be done. No come-clean results of investigations if done, even as white
papers, have been publicized nor received by stockholders. Cogent Assets-available
information has apparently not really been done well enough for publication, but if
done well and "voluminous" nothing useful has been abstracted for stockholders.

**Gregory J. Sheffield & Nancy O. Sheffield**
138 Hollenbeck Road
Lockwood, New York 14859-9708
Home Phone 607 598 2586
Email gjsheffield@frontiernet.net

We have nothing descriptive sent to stockholders; not even notice of the present
state and duties of the AHM surviving corporation.

Hurried legal Court deadlines may presently be suspected as in a state of
manipulation as obfuscation by anxious attorneys, bent on representing only the
first rung on the ladder of those hurt by the debacle. With more time and legitimate
paper trail investigations then hurt stockholders, too, could gain by the discovery
and perhaps get some return of their assets illegally conned away.

The AMH case seems not ripe enough in disclosure to be properly and fully
litigated. Information missing on the amounts and probable nefarious destinations
of Accountable Assets is suspect.  If such information is really already available, it
seems to be withheld from the Public and the Court. I think a Court Order for
Police Investigation if made ( even if again) would bring more fruit for
disgorgement. (Investigation for Neglect and then specific Criminal Charges may be
in order as in the Enron case, Bear debacle, *et al*.)

I also believe not involving thoroughly Federal, State and local policing encourages
such public servants to be unconcerned.

Questions for your Honor: Are not Equity holders entitled to compensation when
money is available in the legal ladder of order when defrauded ?  If so, then what
are attorney and police duties toward  finding  misappropriated  funds and
restoring them? Can discovery be properly neglected by involved lawyers and the
police ?

It  does not seem to me to be enough that attorneys be merely anxious to settle
quickly and proscribe; and then  rest on a narrow class of entitlement when other
information may drastically broaden and change this Case if professionally
researched.  I feel this Case should be active and remain open in your Court and
placed under Government auspices and Departments available for such
investigation purpose.  With still uninformed stockholders the preparatory  work
has not really been completed. In my opinion the attorneys legal forms filled out as
boiler plate assume powerful legal declarations, but are spoiled for your Honor's
purposes of suitable publicized informed Court justice.

We send this letter As per your Order that   "...Court shall retain jurisdiction over
all affected parties in any other matters" ; and, we Thank you in advance for your
consideration.

Cordially yours,
Gregory J. Sheffield,
Private Investor, Retired