IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x  Chapter 11
In re:                                                        :
                                                              :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :  Jointly Administered
                                                              :
                   Debtors.                                   :  Ref. Docket No. 4333
                                                              :
------------------------------------------------------------- x

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING SETTLEMENT AGREEMENTS BETWEEN CERTAIN DEBTORS AND THE COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF BANKING REGARDING PAYMENT OF CERTAIN MORTGAGORS' TAXES AND CLOSING OF CERTAIN MORTAGE LOANS**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), approving (i) a Settlement Agreement (the "Servicing Settlement Agreement"), a copy of which is attached hereto as Exhibit A, by and among AHM Servicing and the Commissioner of the State of Connecticut Department of Banking (the "Commissioner"), and (ii) a Settlement Agreement (the "Origination Settlement Agreement," and together with the Servicing Settlement

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

DB02:6624057.2                                                                                            066585.1001

Agreement, the "Settlement Agreements"), a copy of which is attached hereto as <u>Exhibit B</u>, by and among AHM Corp., AHM Acceptance and AHM Ventures and the Commissioner; and it appearing that the Settlement Agreements and the relief requested in the Motion are in the best interests of the Debtors, their creditors and estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby GRANTED; and it is further

ORDERED, that the Settlement Agreements, attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, are approved pursuant to Bankruptcy Rule 9019 and section 105(a) of the Bankruptcy Code; and it is further

ORDERED, that the Debtors are authorized and empowered to take all necessary steps to carry out and otherwise effectuate the terms, conditions and provisions of the Settlement Agreements; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date: Wilmington, Delaware
      June 24, 2008

                                               /s/ CSS
                                               _____
                                               Christopher S. Sontchi
                                               United States Bankruptcy Judge