IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>*et al.*,[1]<br><br>Debtors. | Case No. 07-11047 (CSS)<br><br>Chapter 11<br>(Jointly Administered)<br><br>Hearing Date: July 17, 2008 @ 2:00 p.m.<br>Obj. Deadline: July 10, 2008 @ 4:00 p.m. |

### NOTICE OF MOTION FOR ORDER REQUIRING APPEARANCE OF DEBTOR FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL RULE 2004-1(a)

TO:  ALL PERSONS ON THE ATTACHED SERVICE LIST

Elvin and Phyllis Valenzuela (the "Valenzuelas" or "Creditors") have filed a **Motion for Order Requiring Appearance of Debtor for Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1(a)** (the "Rule 2004 Motion"), which seeks to compel Debtor American Home Mortgage Acceptance, Inc. to produce certain requested documents and appear for an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1(a).

You are required to file a response to the Rule 2004 Motion on or before **Thursday, July 10, 2008 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon the Valenzuelas' attorneys:

---

[1] This Case is related to and jointly administered with the following: American Home Mortgage Investment Corp. (07-11048); American Home Mortgage Acceptance, Inc. (07-11049); American Home Mortgage Servicing, Inc. (07-11050); American Home Mortgage Corp. (07-11051); American Home Mortgage Ventures LLC (07-11052); Homegate Settlement Services, Inc. (07-11053); and Great Oak Abstract Corp. (07-11054).

Case 07-11047-CSS    Doc 4826-2    Filed 06/25/08    Page 2 of 2

| Lee A. Weiss, Esquire | Regina A. Iorii, Esquire |
| Dreier LLP | Werb & Sullivan |
| 499 Park Avenue | 300 Delaware Avenue, Suite 1300 |
| New York, NY 10022 | P.O. Box 25046 |
| Telephone: (212) 328-6100 | Wilmington, DE 19899 (courier 19801) |
| Facsimile: (212) 328-6101 | Telephone: (302) 652-1100 |
| lweiss@dreierllp.com | Facsimile: (302) 652-1111 |
| | riorii@werbsullivan.com |

A HEARING ON THE MOTION WILL BE HELD ON **THURSDAY, JULY 17, 2008 AT 2:00 P.M.** IN COURTROOM 5, 824 N. MARKET STREET, 5TH FLOOR.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

WERB & SULLIVAN

/s/ Regina A. Iorii
Regina A. Iorii (#2600)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899 (courier 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
riorii@werbsullivan.com

and

Lee A. Weiss
DREIER LLP
499 Park Avenue
New York, NY 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101
lweiss@dreierllp.com

Dated: June 25, 2008