# PROPOSED FORM OF ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,[1]<br><br>Debtors. | Case No. 07-11047 (CSS)<br><br>Chapter 11<br>(Jointly Administered)<br><br>Related Docket No. _____. |

### ORDER GRANTING MOTION FOR ORDER REQUIRING APPEARANCE OF DEBTOR FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL RULE 2004-1(a)

AND NOW, this ___ day of _____, 2008, the Court having considered the Motion of Elvin and Phyllis Valenzuela (the "Valenzuelas" or "Creditors") for an order requiring Debtor American Home Mortgage Acceptance, Inc. ("Debtor") to appear for an examination and to produce documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1(a) (the "Rule 2004 Motion"); and the Court having considered the objections, if any, to the Rule 2004 Motion; and the Court having heard argument on the Rule 2004 Motion;

AND the Court having concluded that good cause exists to grant the Rule 2004 Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Rule 2004 Motion is GRANTED.

2. Debtor is ordered to produce the documents set forth in Exhibit A to the Rule 2004 Motion pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1(a) on or before August 15, 2008 at the law offices of Werb & Sullivan, 300

---

[1] This Case is related to and jointly administered with the following: American Home Mortgage Investment Corp. (07-11048); American Home Mortgage Acceptance, Inc. (07-11049); American Home Mortgage Servicing, Inc. (07-11050); American Home Mortgage Corp. (07-11051); American Home Mortgage Ventures LLC (07-11052); Homegate Settlement Services, Inc. (07-11053); and Great Oak Abstract Corp. (07-11054).

Delaware Avenue, 13th Floor, P.O. Box 25046, Wilmington, DE 19899.

3. Debtor is ordered to appear for examination by Creditors pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1(a) before a Certified Court Reporter on September 4, 2008 at the law offices of Werb & Sullivan, 300 Delaware Avenue, 13th Floor, P.O. Box 25046, Wilmington, DE 19899, with such examination to continue day to day until completed, Saturdays, Sundays and holidays excluded.

The Honorable Christopher S. Sontchi<br>
United States Bankruptcy Judge