## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2004-1(b)

Pursuant to Local Rule 2004-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, I, Regina A. Iorii, hereby certify that:

1. On Friday, May 30, 2008, my co-counsel, Lee A. Weiss of the law firm of Dreier LLP, and I telephoned Pauline K. Morgan, a counsel of record for Debtor American Home Mortgage Acceptance, Inc. ("Debtor"), to discuss with her the proposed request of creditors Elvin and Phyllis Valenzuela for an examination of Debtor and for Debtor's production of documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004"). We were unable to reach her and I left a message asking that she return our call.

2. On Monday, June 2, 2008, Ms. Morgan called Mr. Weiss. Mr. Weiss advised me that Ms. Morgan told him that she would have one of the firm's litigators call him to discuss the matter.

3. On June 2, 2008, John T. Dorsey of the Debtor's law firm called Mr. Weiss but he was unable to reach him.

4. On June 3, 2008, Mr. Weiss and I called Mr. Dorsey but we were unable to reach him.

5. On June 4, 2008, Mr. Weiss and I spoke to Mr. Dorsey. Mr. Weiss read Mr. Dorsey the list of documents that the Valenzuelas would be requesting and asked whether Debtor would agree voluntarily to produce the requested documents and produce a witness for examination. Mr. Dorsey advised that he would speak to his client about the request.

6. On June 10, 2008, Mr. Weiss and I met and conferred with Mr. Dorsey and Erin Edwards, also of the Debtor's law firm, by telephone, during which conversation we discussed several categories of information that the Valenzuelas were requesting. Specifically, we

informed Debtor's counsel that the Valenzuelas were seeking: (i) any and all information relating to their Option Adjustable Rate Mortgage ("Option ARM") loan; (ii) all iterations of the Option ARM loan documents used by Debtor since January 21, 2004; and (iii) and all closing file and related documents concerning the securitization of Option ARM loans issued since January 21, 2004.

7.     On June 12, 2008, Mr. Weiss advised me that Ms. Edwards had contacted him and advised him that Debtor was not able to consent to the relief sought by the Valenzuelas and that the Valenzuelas should make their motion for a Rule 2004 examination and the production of documents.

/s/ Regina A. Iorii
Regina A. Iorii (#2600)