IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al.,<br>　　　　　　　　　　Debtors, | ) Case No. 07-11047 CSS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 4367 |

## ORDER GRANTING JO ANN JACKSON'S MOTION FOR RELIEF FROM AUTOMATIC STAY IN ORDER TO AVOID JUDICIAL LIEN

AND CONSIDERATION of the Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code filed by Jo Ann Jackson ("Movant") in order to avoid judicial lien (the "Motion") ; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334; (B) this is a core proceeding pursuant to 28 U.S. C. §157(b)(2); (C) venue is proper pursuant to 28 U.S.C. §1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay in order to avoid judicial lien; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED.** All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is modified solely so that Movant may proceed with a Motion to Avoid the Debtor's judicial lien against the Debtor's personal residence commonly known as 3170 West Monroe, Unit 217, Waukegan, Illinois 60085 (hereinafter "Bankruptcy

Proceeding") which may impair her personal exemption in the Movant's Bankruptcy proceeding, Case No. 07-15115 in the Northern District of Illinois. Movant is hereby permitted to exercise her rights under applicable bankruptcy law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the Debtor lien impairs the Movant's personal exemption or (ii) shall estop the Debtors from denying that their lien impairs the Movant's personal exemption in the Movant's Bankruptcy Proceeding; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bank. P. 4001(a)(3).

_____
J.