# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** June 25, 2008 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marissa Morelle (telephonic) | AHM | AHM |
| ~~Margot Schonholtz (telephonic)~~ ~~Scott Talmadge (telephonic)~~ ~~Ana M. Alfonso (telephonic)~~ | Kaye Scholer | Bank of America |
| D'Lisia Gergeron (telephonic) | Sidley Austin | |
| ~~Fred Neufeld (telephonic)~~ ~~Robert J. Moore (telephonic)~~ | Milbank, Tweed, Hadley & McCloy | ABN AMRO |
| Marc Phillips | Connolly Bove Lodge & Hutz | Wells Fargo Funding |
| Paul Caruso | Sidley Austin | Wells Fargo Funding |
| Cory Falgowski | Reed Smith | Freddie Mac |
| Nathan Grow | Young Conaway | Debtors |
| Victoria Counihan | Greenberg Traurig LLP | WLRoss/AH Mortgage Acquisition |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Sean Beach | YCST | Debtors |
| Matt Lunn | YCST | " |
| Laurie Silver Silverstein | Potter Anderson & Corroon | Bank of America |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Elizabeth Judith Jackson (telephonic) Margaret England | Echert Seamans | Elizabeth Judith Jackson Calyon |