IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                              :     Chapter: 11

    AMERICAN HOME
    MORTGAGE CORPORATION,
    et al.,                                         :     BANKRUPTCY NO: 07-11047
        Debtors.:
               :

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Kindly enter the appearance of Jon Krigsman on behalf of First American Capital V LLC. I hereby demand service of all documents and notice be made to:

        Jon Krigsman
        Managing Member
        First American Capital V LLC.
        7286 Siena Way
        Boulder, CO 80301

Dated: June 3, 2008

        First American Capital V LLC.

By: _____
        Jon Krigsman
        Managing Member
        First American Capital V LLC.
        7286 Siena Way
        Boulder, CO 80301
        914 631 7191 Tel.