IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                       :    Chapter: 11

    AMERICAN HOME
    MORTGAGE CORPORATION,
    et al.,                                  :    BANKRUPTCY NO: 07-11047
                Debtors.:
                       :

## AFFIDAVIT

First American Capital V LLC. filed a Notice of Appearance and Request for Notice by mail in the above captioned case. We do not have the ability to file said document electronically. We are not represented by counsel in this matter. Please accept our filing by mail.

Signed:

_____
Jon Krigsman
Managing Member
First American Capital V LLC.


State of Colorado )
County of Boulder) ss.

On the 3 day of June, 2008 before me, the undersigned, a Notary Public in and for said State, personally appeared Jon Krigsman personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribe to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

My Commission Expires: 09/11/2011