IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             : Jointly Administered
   Debtors.                                                  :
                                                             : Ref. Docket No. 4387
------------------------------------------------------------ x

### ORDER AUTHORIZING THE DEBTORS
### TO DESTROY NON-REQUESTED LOAN FILES

Upon consideration of the Motion for an Order Authorizing the Debtors to Destroy Non-Requested Loan Files (the "Motion")[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding good and sufficient cause to grant the Motion to the extent set forth herein, and good and adequate notice of the Motion having been given, *and any objections to the Motion have either been resolved, withdrawn or overruled;* it is hereby

ORDERED that the Motion is granted; and it is further

*based upon the evidence at the hearing*

ORDERED that the Debtors are authorized to immediately abandon and destroy the Non-Requested Loan Files in a manner consistent with the standard set forth in 16 C.F.R. § 682.3(a) and shall be exempt from any other inconsistent federal or state laws or regulations,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

15

DB02:6850607.2                                                                            066585.1001

including with respect to the disposal or retention of non-public consumer information; and it is further

ORDERED that collateral documents (i.e., original note, mortgage copy (recorded mortgage if received from the applicable recording agency), title insurance (binder or commitment); related addenda to mortgage or note; and paper assignments) (the "Collateral Documents") shall continue to be maintained by the respective custodian; and it is further

ORDERED that, in the event that the Debtors discover any original Collateral Documents in the Hard Copy Loan Files during their review of such files pursuant to this Order or other order of the Court, the Debtors shall forward such Collateral Documents to the respective custodian at the Debtors' cost; and it is further

ORDERED that nothing herein shall be deemed a modification of the Debtors' obligation to forward to the custodian or Owner, as applicable under the relevant agreements, any recorded documents received from recording agencies (i.e., "trailing documents") without further cost to the Owner; and it is further

ORDERED that nothing herein shall be deemed to be a modification or interpretation of the Debtors' obligations under any other order of this Court, including (i) approving agreements or stipulations entered into by the Debtors post-petition, and/or (ii) approving sale procedures, sales, or asset purchase agreements relating to loans or servicing rights of such loans; and it is further

ORDERED that this Order shall not be applicable to Hard Copy Loan Files relating to loans owned by the Debtors; and it is further

ORDERED that nothing herein shall be deemed to be an authorization to destroy or otherwise dispose of documents relating to pending or threatened litigation against the Debtors or claims filed against the Debtors' estates; and it is further

ORDERED that nothing herein shall impair or otherwise affect the rights of mortgagors under applicable law (if any) to obtain copies of their respective Hard Copy Loan Files from the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this order.

Dated: June 25, 2008
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge