IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x   Chapter 11
In re:                                                      :
                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                      :
HOLDINGS, INC., a Delaware corporation, et al.,             :   Jointly Administered
                                                            :
                           Debtors.                         :   REF DOCKET NO. 4497
------------------------------------------------------------x

### ORDER FURTHER MODIFYING ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE APPROVING THE AGREEMENT WITH KROLL ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM

Upon consideration of the Motion for an Order Further Modifying the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom (the "Motion"); this matter having been previously heard upon application [Docket No. 163] (the "Application") of the Debtors for approval of an order approving the Agreement (the "Agreement"), a copy of which is annexed to the Application as Exhibit A, between the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and Kroll Zolfo Cooper LLC ("KZC"), Stephen F. Cooper ("Cooper"), and Kevin Nystrom ("Nystrom") wherein the Debtors sought to engage KZC, Cooper, and Nystrom to provide to the Debtors the services of Cooper as Chief Restructuring Officer, of Nystrom as Director of Restructuring and the services of other professional staff to serve as Associate Directors of Restructuring (as defined in the Agreement); and the Court having entered that certain Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom on September 4, 2007 [Docket No. 606] (the "KZC Order"), as later modified by further order of this Court [Docket No. 3521] (the "KZC Modified Order"); and this Court having determined

that the requested modification is in the best interest of the Debtors, their respective estates, their creditors and other parties in interest herein;

    IT IS HEREBY ORDERED that,

1.     The engagement of KZC, as approved through the KZC Order and Modified KZC Order, is MODIFIED, effective as of June 30, 2008, solely to the extent set forth herein.

2.     The Debtors are authorized to appoint Nystrom as Chief Restructuring Officer and Fernandes as Director of Restructuring, as those positions are set forth in the Agreement.

3.     The KZC Order and Modified KZC Order shall remain in full force and effect, except to the extent set forth herein.

4.     The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation and/or enforcement of this order.

Dated: Wilmington, Delaware
       June 25, 2008

                                                  */s/ Christopher S. Sontchi*
                                                  Christopher S. Sontchi
                                                  United States Bankruptcy Judge