# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :  Jointly Administered
         Debtors.                                             :
                                                              :  Ref. Docket No. 4029, 4615
------------------------------------------------------------- x

## ORDER (SECOND) SUSTAINING DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Upon consideration of the eighth omnibus (substantive) objection [Docket No. 4029] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having already entered an order sustaining the Objection [Docket No. 4615] (the "First Order") whereby the Court, *inter alia*, sustained the Debtors' objection to a proof of claim submitted by G. Melo, LLC [POC No. 7974] ("Claim 7974"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that notwithstanding the First Order, Claim 7974 is not expunged or disallowed; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that the Debtors have withdrawn the Objection with respect to Claim 7974 and reserve the right to object to Claim 7974 on any grounds other than the grounds asserted in the Objection; and it is further

ORDERED, that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      June 25, 2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE