IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x  Chapter 11

In re:                                                            :

                                                                  :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :

a Delaware corporation, et al., [1]                               :  Jointly Administered

                                                                  :

    Debtors.                                                     :  Objection Deadline: July 15, 2008 at 4:00 p.m.

------------------------------------------------------------------ x  Hearing Date:  N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

     The **Ninth Monthly Application of Weltman, Weinberg & Reis Co. LPA as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2008 through April 30, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $20,929.00 and interim expenses in the amount of $21,694.50.

     Objections to the Application, if any, are required to be filed on or before **July 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

     At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated:  Wilmington, Delaware
      June 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------- x | Chapter 11 |
| In re: | : |
|  | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : |
| a Delaware corporation, et al., | : | Jointly Administered |
|  | : |
| Debtors. | : | Objection Deadline: |
|  | : | Hearing Date: N/A |
| ------------------------------------------------------------- x |  |

### NINTH MONTHLY APPLICATION OF
### WELTMAN, WEINBERG & REIS CO. LPA AS FORECLOSURE SERVICE
### PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
### ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD APRIL 1, 2008 THROUGH APRIL 11, 2008 AND
### SUPPLEMENTAL COMPENSATION AND REIMBURSEMENT OF EXPENSES
### INCURRED IN PREVIOUS MONTHS

Name of Applicant: **Weltman, Weinberg & Reis Co. LPA**

Authorized to Provide Professional Services to: **Debtors and Debtors-in-Possession**

Date of Retention: **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought: **April 1, 2008 through April 11, 2008 and
fees and costs inadvertently omitted from
previous applications ("Dropped
Invoices")**

Amount of Interim Compensation sought as
actual, reasonable and necessary: **$20,929.00 (April 1- April 11 2008)
765.50 (Dropped Invoices)**

**$21,694.50 (Total)**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary:

**$21,956.46  (March 2008)**

**804.00 (Dropped Invoices)**

**$22,760.46 (Total)**

This is an:   __X__  interim   ____  final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $ 19,725.00 |
| Foreclosure- related work | 7.2 (April 1 –11: $1404.00)<br>2.9 (Dropped $565.50)<br>(Total) | $   1,969.50 |
| Totals | | $ 21,694.50 |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure related costs. (i.e. Title Searches, Service of Process, Filing Fees, Clerk Fees and Sale Fees) | N/A | $22,760.46 |

Attached to this application are Exhibits A, B, C.  Exhibits A and C is a spreadsheet containing an itemization of all fees and costs advanced from April 1 - 11 2008 and the Dropped Invoices. Exhibits B and D is a copy of invoices that provide an itemization of all work performed on an hourly basis in from April 1 – 11, 2008 and the Dropped Invoices.

## VERIFICATION OF FEE APPLICATION

STATE OF OHIO                                }

COUNTY OF FRANKLIN          }          ss.

Geoffrey J. Peters, after being duly sworn according to law, deposes and says:

1. I am Shareholder of the applicant firm (the "Firm") and have been admitted to the bar of the State of Ohio. I am a member in good standing.

2. The Firm performed legal services as foreclosure professionals for the Debtors in the ordinary course of their business. I am familiar with the work performed on behalf of the Debtors by the lawyers and legal assistants in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Geoffrey J. Peters_

SWORN TO AND SUBSCRIBED
Before me this 23rd day of June, 2008.

_Annette Rains_

ANNETTE RAINS
Notary Public, State of Ohio
My Commission Expires 05-27-2012

EXHIBIT A

## American Home Mortgage Servicing, Inc.
### ** SUMMARY STATEMENT **
### Billing Period: 04/01/08 thru 04/11/08

| Dated | Loan# | Debtor Name | Description | Invoice# | WWR# | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 04/02/08 | 1001455610 | Giovinazzi, Michael | Partial Attorney Fee - Foreclosure | 18543 | 10011541 | 550.00 | |
| 04/03/08 | 1001455610 | Giovinazzi, Michael | FORECLOSURE COMPLAINT DEPOSIT | 18543 | 10011541 | | 475.00 |
| 04/02/08 | 1001221036 | O'Brien, Timothy | Partial Attorney Fee - Foreclosure | 18557 | 10011529 | 550.00 | |
| 04/03/08 | 1001221036 | O'Brien, Timothy | FORECLOSURE COMPLAINT DEPOSIT | 18557 | 10011529 | | 550.00 |
| 04/02/08 | 1001664109 | Pivincka, Sebastian | Remaining Attorney Fee - Foreclosure | 18558 | 10011534 | 550.00 | |
| 04/03/08 | 1001664109 | Pivincka, Sebastian | FORECLOSURE COMPLAINT DEPOSIT | 18558 | 10011534 | | 475.00 |
| 04/03/08 | 1000736659 | Henry, James L. & Christina M. | Check # 2107386  COURT COST BALANCE DUE. | 18583 | 10001263 | | 32.88 |
| 04/03/08 | 1000720290 | Sindelar, Lisa M. | Check # 2107405  Additional Court Costs - reinstate case | 18585 | 10001530 | | 75.00 |
| 04/02/08 | 1000718115 | Auman, Clinton T. | SPECIAL PROCESS SERVER | 18587 | 10004693 | | 200.00 |
| 04/01/08 | 1000739270 | Parries, Gar | SERVICE BY PUBLICATION | 18588 | 10007157 | | 233.20 |
| 04/04/08 | 1000555724 | Rader, Jeremy D. | Partial Attorney Fee - Foreclosure | 18590 | 10009508 | 550.00 | |
| 04/01/08 | 1001286581 | Dixon, Arlena | RECORDING FEE | 18599 | 10011502 | | 32.00 |
| 04/02/08 | 1001286581 | Dixon, Arlena | Attorney Fee - Foreclosure | 18599 | 10011502 | 550.00 | |
| 04/02/08 | 1001286581 | Dixon, Arlena | FORECLOSURE COMPLAINT DEPOSIT | 18599 | 10011502 | | 500.00 |
| 04/02/08 | 1001229139 | Pivincka, Sebastian | Partial Attorney Fee - Foreclosure | 18600 | 10011530 | 550.00 | |
| 04/03/08 | 1001229139 | Pivincka, Sebastian | FORECLOSURE COMPLAINT DEPOSIT | 18600 | 10011530 | | 475.00 |
| 04/08/08 | 1000567368 | Torres, Dana R | Remaining Attorney Fee - Foreclosure | 18643 | 10000444 | 550.00 | |
| 04/08/08 | 1000567368 | Torres, Dana R | MOTION FOR SUMMARY JUDGMENT | 18643 | 10000444 | 600.00 | |
| 04/03/08 | 1000676524 | Westfere, John E. & Eleanor V. | ATTORNEY FEES | 18674 | 10011463 | 550.00 | |
| 04/03/08 | 1000676524 | Westfere, John E. & Eleanor V. | FORECLOSURE COMPLAINT DEPOSIT | 18674 | 10011463 | | 300.00 |
| 04/07/08 | 1000676524 | Westfere, John E. & Eleanor V. | RECORDING FEE | 18674 | 10011463 | | 32.00 |
| 04/03/08 | 1000947176 | Riffe, Daniel | Partial Attorney Fee - Foreclosure | 18675 | 10011526 | 550.00 | |
| 04/03/08 | 1000947176 | Riffe, Daniel | FORECLOSURE COMPLAINT DEPOSIT | 18675 | 10011526 | | 375.00 |
| 04/04/08 | 1000947176 | Riffe, Daniel | PREP OF DOCUMENTS - Lost Note Affidavit | 18675 | 10011526 | 75.00 | |
| 04/04/08 | 1000947176 | Riffe, Daniel | Reformation of mtg. fees - Attorney Fees | 18675 | 10011526 | 390.00 | |
| 04/08/08 | 1000947176 | Riffe, Daniel | FORECLOSURE COMPLAINT DEPOSIT | 18675 | 10011526 | | 50.00 |
| 04/10/08 | 1000841093 | Burdine, Floyd C. | Remaining Attorney Fee - Foreclosure | 18703 | 10007261 | 550.00 | |
| 04/05/08 | 1000892511 | Tran, Hoang | Partial Attorney Fee - Foreclosure | 18707 | 10010757 | 550.00 | |
| 04/07/08 | 1000892511 | Tran, Hoang | FORECLOSURE COMPLAINT DEPOSIT | 18707 | 10010757 | | 550.00 |
| 04/01/08 | 1000788545 | Brady, Larry | RECORDING FEE | 18710 | 10011504 | | 32.00 |
| 04/03/08 | 1000788545 | Brady, Larry | Partial Attorney Fee - Foreclosure | 18710 | 10011504 | 550.00 | |
| 04/03/08 | 1000788545 | Brady, Larry | FORECLOSURE COMPLAINT DEPOSIT | 18710 | 10011504 | | 550.00 |
| 04/01/08 | 1001676860 | Evans, Cherie | RECORDING FEE | 18711 | 10011505 | | 64.00 |
| 04/07/08 | 1001676860 | Evans, Cherie | PREP OF DOCUMENTS - Lost Note Affidavit | 18711 | 10011505 | 75.00 | |

| Dated | Loan# | Debtor Name | WWR# | Invoice# | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 04/07/08 | 1001678860 | Evans, Cherie | 10011505 | 18711 | ATTORNEY FEES | 550.00 | |
| 04/07/08 | 1001678860 | Evans, Cherie | 10011505 | 18711 | FORECLOSURE COMPLAINT DEPOSIT | | 550.00 |
| 04/07/08 | 1001466276 | Ashley, Sheldon | 10011527 | 18712 | RECORDING FEE | | 32.00 |
| 04/07/08 | 1001466276 | Ashley, Sheldon | 10011527 | 18712 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/08/08 | 1001466276 | Ashley, Sheldon | 10011527 | 18712 | Reformation of Mortgage - Attorney Fees | 390.00 | |
| 04/08/08 | 1001466276 | Ashley, Sheldon | 10011527 | 18712 | FORECLOSURE COMPLAINT DEPOSIT | | 130.00 |
| 04/04/08 | 1001672368 | Lance, Randall | 10011536 | 18713 | FORECLOSURE COMPLAINT DEPOSIT | 475.00 | |
| 04/08/08 | 1001672368 | Lance, Randall | 10011536 | 18713 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 04/09/08 | 1000867242 | Castillo, Miriam | 10011539 | 18714 | FORECLOSURE COMPLAINT DEPOSIT | | 400.00 |
| 04/09/08 | 1000867242 | Castillo, Miriam | 10011539 | 18714 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/01/08 | 1001276036 | Westbrooks, Jerry L. | 10005640 | 18753 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/09/08 | 1001276036 | Westbrooks, Jerry L. | 10005640 | 18753 | Partial Attorney Fee - Foreclosure | 250.00 | |
| 04/09/08 | 1001276036 | Westbrooks, Jerry L. | 10005640 | 18753 | FORECLOSURE COMPLAINT DEPOSIT | | 1,038.00 |
| 04/10/08 | 1001230943 | Lee, Johnny | 10007156 | 18754 | Fee for Reformation of Deeds & Mortgage | 390.00 | |
| 04/10/08 | 1001230943 | Lee, Johnny | 10007156 | 18754 | Partial Attorney Fee - Foreclosure | 250.00 | |
| 04/11/08 | 1001230943 | Lee, Johnny | 10007156 | 18754 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 04/03/08 | 1001237137 | Geniec, Christopher | 10008043 | 18755 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/02/08 | 1001112651 | Geniec, Christopher D. | 10008044 | 18756 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/10/08 | 1001302966 | Brownfield, Dale R. & Geraldine | 10008182 | 18757 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/08/08 | 1001198527 | Ward, Nancy | 10008591 | 18758 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/02/08 | 1001131127 | Miracola, Tina | 10009074 | 18761 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/11/08 | 1001635933 | Spivey, John and Arlene | 10009504 | 18762 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 04/09/08 | 1001085941 | Sandifer, Angelique | 10002279 | 18812 | RECORDING FEE | | 210.50 |
| 04/07/08 | 1001271065 | Hutchins, Mary | 10004092 | 18816 | PRECIPE - FORECLOSURE | | 750.00 |
| 04/10/08 | 1000660613 | Westfere, John E. & Eleanor V. | 10010353 | 18820 | SPECIAL PROCESS SERVER | | 650.00 |
| 04/11/08 | 1001661621 | Gainer, Kevin | 10010805 | 18822 | FINAL JUDICIAL REPORT | | 155.00 |
| 04/10/08 | 1001370879 | Moneil, Ezra | 10007982 | 18901 | RECORDING FEE | | 32.00 |
| 04/07/08 | 1001096995 | Grueser, Jeremy | 10009580 | 18904 | RECORDING FEE | | 13.00 |
| 04/09/08 | 1001091058 | Larsen, Christine | 10004376 | 18956 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/09/08 | 1000974298 | Nault, Robert L. | 10004445 | 18957 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/08/08 | 1000718115 | Auman, Clinton T. | 10004693 | 18958 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 04/10/08 | 1000700377 | Auman, Clinton | 10004979 | 18960 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/05/08 | 1000726049 | Bosco, John W. | 10005818 | 18961 | FINAL JUDICIAL REPORT | | 155.00 |
| 04/09/08 | 1001062390 | May, Danny | 10010834 | 18974 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/03/08 | 1000795978 | Locke, Michael | 10010850 | 18976 | SPECIAL PROCESS SERVER | | 350.00 |
| 04/11/08 | 1000821147 | Baker, Timothy C. | 10007276 | 19086 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 04/01/08 | 1000840571 | Larsen, Renee A. | 10007389 | 19097 | RECORDING FEE | | 32.00 |
| 04/04/08 | 1000850784 | Zollner, Christopher | 10010843 | 19274 | SECRETARY OF STATE SERVICE | | 5.00 |
| 04/08/08 | 1001664109 | Pivinca, Sebastian | 10011534 | 19284 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 04/08/08 | 1001455610 | Giovinazzi, Michael | 10011541 | 19285 | RECORDING FEE - ASSIGNMENT | | 28.00 |

5/16/2008, 1:51 PM

AHM Apr 08 corrected

| Dated | Loan# | Debtor Name | WWR# | Invoice# | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 04/07/08 | 1001221036 | O'Brien, Timothy | 10011529 | 19510 | RECORDING FEE | | 28.00 |
| 04/08/08 | 1001229139 | Pivnicka, Sebastian | 10011530 | 19511 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 04/07/08 | 1001043958 | Fulton, Karlos | 05568601 | 19929 | ATTORNEY FEES TO W/DRAW SALE | 355.00 | |
| 04/07/08 | 1001023307 | Combs, Calloway B. | 10001657 | 19940 | RECORDING FEE | | 20.00 |
| 04/07/08 | 4795653 | Self, Jeanette G. | 10002310 | 19947 | TITLE POLICY | | 713.00 |
| 04/11/08 | 1000818919 | Scragg, Kenneth C. | 10002680 | 19952 | PRECIPE - FORECLOSURE | | 650.00 |
| 04/02/08 | 1001282226 | Huston, Charles J. | 10003519 | 19956 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 04/02/08 | 1000764690 | Fink, Paul D. | 10003989 | 19963 | BOND | | 4.00 |
| 04/08/08 | 1001232385 | Thomas, Ava  A. | 10004097 | 19985 | ADDITIONAL FORECLOSURE EXPENSE | | 150.00 |
| 04/07/08 | 1001223545 | Crandall, D. K. | 10004538 | 19973 | MASTER COMMISSIONER COST | | 50.50 |
| 04/01/08 | 1000869034 | Earl, Judith A. | 10005120 | 19978 | PRECIPE - FORECLOSURE | | 300.00 |
| 04/07/08 | 1000651446 | Resatka, Richard R. Trustee | 10005511 | 19981 | RECORDING FEE | | 40.00 |
| 04/09/08 | 1000651446 | Resatka, Richard R. Trustee | 10005552 | 19985 | Remaining Attorney Fee - Foreclosure | 550.00 | 799.50 |
| 04/07/08 | 1000654926 | Resatka, Richard R. Trustee | 10005632 | 19987 | Remaining Attorney Fee - Foreclosure | 550.00 | 600.00 |
| 04/02/08 | 1000854231 | Ballou, Aaron & Ashley | 10005665 | 19988 | Remaining Attorney Fee - Foreclosure | 550.00 | 50.75 |
| 04/07/08 | 1000694752 | Bennett, Cindy J. | 10005777 | 19991 | Partial Attorney Fee - Foreclosure | 250.00 | 50.75 |
| 04/07/08 | 1000735519 | Cottingham, Lawrence L. | 10006208 | 19994 | SALES PUBLICATION | | 799.50 |
| 04/02/08 | 1000920565 | Henderson, Johnny L. & Karen P. | 10006235 | 19995 | PRECIPE - FORECLOSURE | | 600.00 |
| 04/10/08 | 1000749035 | Kalnins, Edward C. & Theresa M. | 10006307 | 19999 | MASTER COMMISSIONER COST | | 50.75 |
| 04/07/08 | 1001154007 | Alexander, Kevin J. | 10006623 | 20002 | MASTER COMMISSIONER COST | | 50.75 |
| 04/07/08 | 1001248087 | Stone, David E. | 10006651 | 20003 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 04/07/08 | 1000743397 | Kalnins, Edward C. | 10006659 | 20004 | ADDITIONAL FORECLOSURE EXPENSE | | 2.00 |
| 04/04/08 | 1000743444 | Kalnins, Edward C. | 10007034 | 20011 | MASTER COMMISSIONER COST | | 50.75 |
| 04/07/08 | 1001147643 | Alexander, Kevin J. | 10007037 | 20013 | MASTER COMMISSIONER COST | | 50.75 |
| 04/07/08 | 1001155322 | Alexander, Kevin J. | 10007050 | 20015 | MASTER COMMISSIONER COST | | 50.75 |
| 04/07/08 | 1001154081 | Alexander, Kevin J. | 10007258 | 20018 | FINAL JUDICIAL REPORT | | 125.00 |
| 04/01/08 | 1000756901 | Moss, Paul G. | 10007393 | 20021 | MASTER COMMISSIONER COST | | 50.75 |
| 04/07/08 | 1001155627 | Alexander, Kevin J. | 10007855 | 20031 | FINAL JUDICIAL REPORT | | 125.00 |
| 04/03/08 | 1000918532 | Resatka, Doris J. | 10008017 | 20037 | PRECIPE - FORECLOSURE | | 600.00 |
| 04/01/08 | 1001176330 | Herring, Archie | 10008017 | 20037 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 04/02/08 | 1001176330 | Herring, Archie | 10008025 | 20038 | FINAL JUDICIAL REPORT | | 125.00 |
| 04/01/08 | 1001167446 | Herring, Archie | 10008089 | 20040 | MASTER COMMISSIONER COST | | 50.75 |
| 04/07/08 | 1000951731 | Wimsatt, Bryan K. | 10008122 | 20043 | PRECIPE - FORECLOSURE | | 600.00 |
| 04/01/08 | 1000674513 | Herring, Archie | 10008122 | 20043 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 04/02/08 | 1000674513 | Herring, Archie | 10008817 | 20056 | PRECIPE - FORECLOSURE | | 150.00 |
| 04/10/08 | 1001512476 | Montgomery, Robert & Tina | 10009040 | 20056 | ADDITIONAL FORECLOSURE EXPENSE | | 2.00 |
| 04/04/08 | 1001347336 | Malka, James | 10009050 | 20059 | Check # 2103568  AOC FEE | | 100.00 |
| 04/11/08 | 1000782854 | Coghill, Bobby & Amy L. | 10009176 | 20061 | FINAL JUDICIAL REPORT | | 125.00 |
| 04/08/08 | 1001565995 | Comer, Patrick | 10009184 | 20062 | Endorsement - I | | 175.00 |
| 04/10/08 | 1000720079 | Yow, Eugene E. | 10009184 | 20062 | Check # 2103558  AOC FEE | | 100.00 |
| 04/11/08 | 1000720079 | Yow, Eugene E. | | | | | |

AHM Apr 08 corrected

| Dated | Loan# | Debtor Name | WWR# | Invoice# | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 04/07/08 | 1000832934 | Kalnins, Edward C. | 10009332 | 20066 | SECRETARY OF STATE SERVICE | | 5.00 |
| 04/07/08 | 1000868880 | Truitt, Tracy | 10009335 | 20067 | WARNING ORDER ATTORNEY | | 278.42 |
| 04/08/08 | 1000868880 | Truitt, Tracy | 10009335 | 20067 | Endorsement - K | | 175.00 |
| 04/03/08 | 1001212299 | Hartgrove, Raleigh | 10009441 | 20071 | FINAL JUDICIAL REPORT | | 125.00 |
| 04/08/08 | 1001153994 | Gaeth, Carl E. and Sally L. | 10009513 | 20072 | SHERIFF SERVICE | | 40.00 |
| 04/08/08 | 1001153994 | Gaeth, Carl E. and Sally L. | 10009513 | 20072 | SHERIFF SERVICE | | 40.00 |
| 04/04/08 | 1001147162 | Matthews, Robert | 10009517 | 20073 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/02/08 | 1001707910 | Kirchner, Michael | 10009593 | 20075 | RECORDING FEE | | 13.00 |
| 04/07/08 | 1001707910 | Kirchner, Michael | 10009593 | 20075 | WARNING ORDER ATTORNEY | | 200.00 |
| 04/02/08 | 1001106771 | VanDurmen, Alice | 10009594 | 20076 | RECORDING FEE | | 13.00 |
| 04/02/08 | 1001663862 | Prince, Adrienne & Boylan, Reed | 10009603 | 20078 | RECORDING FEE | | 13.00 |
| 04/15/08 | 1001148070 | Jordan, Stephanie | 10009804 | 20087 | PRECIPE - FORECLOSURE | 550.00 | |
| 04/03/08 | 1001104254 | Lavoy, David | 10009805 | 20088 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/01/08 | 1001259962 | Clarke, Jerome | 10009806 | 20089 | SECRETARY OF STATE SERVICE | | 5.00 |
| 04/03/08 | 1000578862 | Boyd, Gail | 10009807 | 20090 | FINAL JUDICIAL REPORT | | 125.00 |
| 04/10/08 | 1001095365 | Kalnins, Edward | 10010184 | 20098 | RECORDING FEE | | 32.00 |
| 04/10/08 | 1001237588 | Evans, Michelle L. | 10010760 | 20113 | FINAL JUDICIAL REPORT | | 135.00 |
| 04/10/08 | 1001187531 | Schaefer, John | 10011462 | 20139 | RECORDING FEE | | 28.00 |
| 04/07/08 | 1001359610 | Robare, Curtis | 10011503 | 20141 | RECORDING FEE | | 28.00 |
| 04/07/08 | 1001204892 | Galetto, Cheryl | 10011528 | 20142 | RECORDING FEE | | 32.00 |
| 04/29/08 | 3099315 | NIXON, IVEY | 4844421 | DWC01259348 | PRECIPE-FORECLOSURE | - | 550.00 |
| 04/29/08 | 1000904558 | RASTIKIS, JULKIUS | 6683070 | DWC01259655 | PREMLIM JUDICAIL REPORT | | 555.00 |
| 04/29/08 | 1205324947 | ALONSO, ROGELIO | 6683661 | GCH01259116 | PRELIM. JUDICIAL REPORT | - | 522.00 |
| 04/28/08 | 1000845803 | PRODONOVICH, DANIEL | 5564213 | UNM01258217 | INVOICED SERVICES | 643.50 | - |
| 04/28/08 | 1000861706 | SZABO, DENNIS | 5370308 | UNM01258266 | INVOICED SERVICES | 78.00 | - |
| 04/30/08 | 332 W Oakland | EATON, JACQUELINE | 6587370 | URB01260882 | INVOICED SERVICES | 136.50 | - |
| 04/30/08 | 1000651368 | WALTER, LEANNE | 6268914 | URB01261108 | INVOICED SERVICES | 195.00 | - |
| 04/30/08 | 100112881 | ALEXANDER, JAMES | 5987992 | URB01261161 | INVOICED SERVICES | 195.00 | - |
| 04/30/08 | 423 Elm Ct Nile | MIRANDA, CLYDE | 6587379 | URB01261181 | INVOICED SERVICES | 97.50 | - |
| 04/18/08 | 1000683373 | PARKER, DENNIS | 5370325 | IKBO01265452 | ADVD FUNDS FOR SHERIFF'S DEED | | 515.21 |
| 04/30/08 | 1001203240 | CANNON, JAMIN | 6431155 | IMGB01260967 | INVOICED SERVICES | 58.50 | - |
| 04/30/08 | 155627964 | WOHNHAS, GAYANNA | 6683034 | IPHR01260729 | REVIEW TITLE/REPORT TO CLIENT | - | 505.00 |
| 04/30/08 | 1317003315 | HUGHES, GARY | 6683332 | IPHR01260733 | REVIEW TITLE/REPORT TO CLIENT | - | 544.00 |
| | | | | | | $   20,929.00 | $   21,956.46 |
| | | | | | Grand Total | $ | 42,885.46 |

AHM Apr 08 corrected

5/16/2008, 1:51 PM

4of4

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

*celebrating over* 75 *years* OF INNOVATION, GROWTH • RESULTS

**JENNIFER M. MONTY**
Attorney at Law
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 25, 2008

Robert Hardman
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re:   American Home Mortgage Servicing, Inc., etc. vs. Bernard J. Gardier, II
       Cuyahoga County Common Pleas Court, Case No. CV 07 627254
       Account No. 1000910037
       Our File No. 06309766

Dear Mr. Hardman:

   Enclosed please find an itemized invoice for services rendered to date with regard to the above-captioned case.

   As always, it is a pleasure working with you.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jennifer M. Monty

JNM:san
Enclosure



Re:   *American Home Servicing Inc. Assignee of MERS, Inc. vs. Bernard J. Gardier, II*
Cuyahoga County Common Pleas Court
Case No. CV 07 627254
WWR No. 06309766

| DATE | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|
| 3/24/08 | Draft email update to Robin Griffith. | 0.40 |
| 3/27/08 | Draft fax/email to Robert Hardman regarding deed in lieu. | 0.40 |
| 4/10/08 | Review notice from court regarding filings needed. | 0.40 |
| 4/10/08 | Order Final Judicial Report. | 0.20 |
| 4/10/08 | Telephone call with Robert Hardman regarding Final Judicial Report. | 0.40 |
| 4/11/08 | Telephone call to Robert Hardman regarding TILA and RESPA disclosures. | 0.20 |
| 4/11/08 | Draft Motion for Summary Judgment. | 3.00 |
| 4/11/08 | Draft Affidavit in support of Motion for Summary Judgment. | 1.00 |
| 4/11/08 | Draft letter to Gardier regarding inspection and filing of Motion for Summary Judgment. | 0.50 |
| 4/14/08 | Telephone call with Robert Hardman regarding disclosures. | 0.40 |
| 4/14/08 | Draft Non-Military Affidavits for both defendants. | 0.50 |
| 4/15/08 | Draft email to Robert Hardman regarding inspection information from Gardier. | 0.40 |

7.80

7.80 Hours at $195.00 Per Hour                                    $1,521.00

PAGE:    1

# WELTMAN, WEINBERG & REIS
Co., L.P.A.

(216) 739-5140 • FAX (216) 739-5127

**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-JNM01258217

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

CLIENT NO:  4873-001
DANIEL   PRODONOVICH
SOCIAL SEC NO:   XXX-XX-5557
OUR FILE NO.:      05564213
YOUR ACCT. NO.
1000845803

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JNM01258217 | 04/28/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 03/28/08 | TELEPHONE CALL WITH MARK SHEARER REGARDING SETTLEMENT | .50 | $97.50 |
| 03/28/08 | DRAFT LETTER TO CLIENT REGARDING DEED IN LIEU | .50 | $97.50 |
| 04/11/08 | DRAFT RENEWED MOTION FOR SUMMARY JUDGMENT | 2.80 | $546.00 |
| 04/11/08 | DRAFT LETTER TO ATTORNEY SHEARER REGARDING INSPECTION AND DEED IN LIEU | .50 | $97.50 |
| 04/14/08 | DRAFT RESPONSES TO DISCOVERY | 2.00 | $390.00 |

* TOTAL HOURS BILLED:                                                          6.30

INVOICE AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,228.50

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**BURLINGTON, NJ**
609.914.0437

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

*celebrating over* 75 *years*
OF INNOVATION
GROWTH • RESULTS

**JENNIFER M. MONTY**
**Attorney at Law**
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**COLUMBUS, OH**
614.228.7272

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 25, 2008

Robert Hardman
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

*Re:*   *American Home Mortgage Servicing, Inc. vs. Daniel Prodonovich, et al.*
*Cuyahoga County Common Pleas Court, Case No. CV 06-607171*
*Account No. 1000845803*
*Our File No. 05564213*

Dear Mr. Hardman:

Enclosed please find an itemized invoice for services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jennifer M. Monty

JNM:san
Enclosure

PAGE:      1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**

**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-JNM01258266

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
DENNIS M SZABO
SOCIAL SEC NO:      XXX-XX-7370
OUR FILE NO.:       05370308
YOUR ACCT. NO.
1000861706

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JNM01258266 | 04/28/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 04/10/08 | TELEPHONE CALL WITH ROBERT HARDMAN REGARDING PROPERTIES | .40 | $78.00 |
| 04/24/08 | SEVERAL PHONE CALLS WITH DONALD THEIS REGARDING CASE AND SETTLEMENT | .60 | $117.00 |
| 04/24/08 | PHONE CALL FROM DONALD THEIS THAT COURT WILL SET STATUS CONFERENCE SOON | .40 | $78.00 |

\* TOTAL HOURS BILLED:                                                    1.40

INVOICE AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      $273.00

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE
CLIENT COPY

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**BURLINGTON, NJ**
609.914.0437

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

*celebrating over 75 years OF INNOVATION GROWTH • RESULTS*

**JENNIFER M. MONTY**
**Attorney at Law**
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**COLUMBUS, OH**
614.228.7272

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 28, 2008

Robert Hardman
American Home Mortgage Servicing
P.O. Box 631730
Irving, TX 75063-1730

Re:   <u>American Home Mortgage Servicing vs. Dennis Szabo, et al.</u>
      Lucas County Common Pleas Court, Case No. CI-200604801, et seq.
      Account No. 1000861706
      Our File No. 05370308 (Lead)

Dear Mr. Hardman:

Enclosed please find an itemized invoice for services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

*J. Monty*

Jennifer M. Monty

JNM:san
Enclosure

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.
(216) 739-5140 • FAX (216) 739-5127
CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT

INVOICE NO: I-JRB01260882
REMIT TO: P.O. BOX 73245
CLEVELAND, OHIO 44192
TAX I.D.NO: 34 1095923

AMERICAN HOME MORTGAGE
CONTACT: ASHLEY BRIDGES
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 98873-00
JACQUELINE    EATON
SOCIAL SEC NO:    XXX-XX-8714
OUR FILE NO.:      06587370
YOUR ACCT. NO.
332 W. OAKLAND

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01260882 | 04/30/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES |
|---|---|

INVOICE AMOUNT DUE ........................................    $136.50

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

*celebrating over* **75** *years*
*OF INNOVATION*
*GROWTH + RESULTS*

**J. CHARLES RUIZ-BUENO**
**Attorney at Law**
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

May 1, 2008

Michael Pucciarello
Asset Manager
American Home Mortgage, D.I.P.
4600 Regent Blvd., Suite 200
Irving, TX 75063

Re:  *Mortgage Electronic Registration Systems, Inc. vs. Jacqueline Eaton*
Our File No. 06587370

Dear Mr. Pucciarello:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: *Jacqueline Eaton*
File No. 06587370

## DESCRIPTION OF SERVICES

| DATE | | TOTAL |
|------|---|-------|
| 04/08/08 | Email to client with form attached. | 0.50 |
| 04/08/08 | Review email from client. | 0.20 |

| | Total | 0.70 |
|---|-------|------|

0.70  hours at $195.00 per hour =                     $136.50

PAGE:    1

# WELTMAN, WEINBERG & REIS
Co., L.P.A.

**(216) 739-5140** • **FAX (216) 739-5127**

**CLEVELAND** • **COLUMBUS** • **CINCINNATI** • **PITTSBURGH** • **DETROIT**

INVOICE NO: I-JRB01261108

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO. 34-1095923

```
AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730
```

CLIENT NO: 4873-001
LEANNE WALTER
SOCIAL SEC NO:    XXX-XX-0396
OUR FILE NO.:     06268914
YOUR ACCT. NO.
1000651368

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01261108 | 04/30/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | |
|---|---|---|
| | INVOICE AMOUNT DUE ........................................ | $994.50 |

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE
**CLIENT COPY**

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

BROOKLYN HTS., OH
216.739.5100

CHICAGO, IL
312.782.9676

CINCINNATI, OH
513.723.2200

CLEVELAND, OH
216.685.1000

COLUMBUS, OH
614.228.7272

*celebrating over 75 years*
OF INNOVATION
GROWTH · RESULTS

J. CHARLES RUIZ-BUENO
**Attorney at Law**
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

DETROIT, MI
248.362.6100

GROVE CITY, OH
614.801.2600

PHILADELPHIA, PA
215.599.1500

PITTSBURGH, PA
412.434.7955

April 1, 2008

Mr. Robert Hardman
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re:   *American Home Mortgage Servicing, Inc. vs. Leanne Walter, et al.*
Cuyahoga County Court of Common Pleas Case No. CV 07 628536
Our File No. 6268914

Dear Mr. Hardman:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: _American Home Mortgage Servicing, Inc. vs. Leanne Walter, et al._
Cuyahoga County Common Pleas Court Case No. CV 07 628536
Our File No. 06268914

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| 03/31/08 | Review court notice. | 0.30 |
| 04/09/08 | Review electronic court docket, draft Notice of Appearance. | 1.00 |
| 04/29/08 | Review court notice. | 0.30 |
| 04/30/08 | Review journal entry, court docket. | 0.50 |
| 04/30/08 | Review file, reformulate discovery to issue upon appearance. | 3.00 |
| | **TOTAL** | 5.10 |

$195.00

$994.50

5.10 Hours at $195.00 Per Hour  =

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**

**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-JRB01261161

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O. BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
JAMES   ALEXANDER

OUR FILE NO.:    05987992
YOUR ACCT. NO.
100112881

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01261161 | 04/30/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES |
|---|---|

INVOICE AMOUNT DUE ....................................    $1,033.50

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE
CLIENT COPY

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

*celebrating over 75 years OF INNOVATION GROWTH + RESULTS*

**J. CHARLES RUIZ-BUENO**
Attorney at Law
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

May 1, 2008

Deborah Cutchshaw
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re: *American Home Mortgage v. James Alexander*
Cuyahoga County Common Pleas Court, Case No. CV 07 614183
Account No. 100112881
Our File No. 05987992

Dear Ms. Cutchshaw:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: *American Home Mortgage v. James Alexander*
Cuyahoga County Common Pleas Court, Case No. CV 07 614183
Our File No. 05987992

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| 03/20/08 | Meeting with Danielle Cullen regarding case. | 0.50 |
| 04/09/08 | Review electronic court docket and draft Notice of Appearance. | 1.00 *$195.00* |
| 04/14/08 | Further review of file. | 1.00 |
| 04/14/08 | Commence draft of Motion to Lift Stay and Reinstate Case. | 1.50 |
| 04/16/08 | Review bankruptcy court docket. | 0.30 |
| 04/16/08 | Continue draft of Motion to Lift Stay and Reinstate Case. | 1.00 |

|  | **TOTAL** | **5.30** |

5.30 Hours at $195.00 Per Hour  =                    $1,033.50

PAGE:     1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**

**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-JRB01261181

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
CONTACT: ASHLEY BRIDGES
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
CLYDE W MIRANDA

OUR FILE NO.:    06587379
YOUR ACCT. NO.
423 ELM CT., NILES, OH

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01261181 | 04/30/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | |
|---|---|---|
| | INVOICE AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $97.50 |

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE

# WELTMAN, WEINBERG & REIS CO., L.P.A.
### ATTORNEYS AT LAW



**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

**J. CHARLES RUIZ-BUENO**
Attorney at Law
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

May 1, 2008

Michael Pucciarello
Asset Manager
American Home Mortgage, D.I.P.
4600 Regent Blvd., Suite 200
Irving, TX 75063

Re:   *Mortgage Electronic Registration Systems, Inc. vs. Clyde Miranda, et al.*
Trumbull County Common Pleas Court, Case No. 2005 CV 00593
Our File No. 06587379

Dear Mr. Pucciarello:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: _Clyde W. Miranda_
File No. 06587379

## DESCRIPTION OF SERVICES

| DATE | | TOTAL |
|------|--|-------|
| 04/01/08 | Review email from Michael Pucciarello. | 0.20 |
| 04/08/08 | Update to title company. | 0.30 |

| | Total | 0.50 |
|--|-------|------|
| 0.50 hours at $195.00 per hour = | | $97.50 |

PAGE:    1

# WELTMAN, WEINBERG & REIS
#### Co., L.P.A.
### (216) 739-5140 • FAX (216) 739-5127
### CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT

INVOICE NO: I-KBO01255452
REMIT TO: P.O. BOX 72245
CLEVELAND, OHIO 44192
TAX ID NO: 34-1095923

CLIENT NO: 14870

AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

DENNIS   PARKER
SOCIAL SEC NO:   XXX-XX-6111
OUR FILE NO.:    05370325
YOUR ACCT. NO.
1000683373

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-KBO01255452 | 04/18/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | |
|---|---|---|
| EXPENSES | | |
| 04/01/08 | ADV FUNDS FOR SHERIFF'S DEED | $515.21 |
| | TOTAL LEGAL FEES THIS INVOICE | $.00 |
| | TOTAL EXPENSES THIS INVOICE  + | $515.21 |
| | TOTAL FEES AND EXPENSES THIS INVOICE | $515.21 |
| | TOTAL NOW DUE | $515.21 |

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE

PAGE:        1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

(216) 739-5140 • FAX (216) 739-5127

CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT

INVOICE NO: MGB01260667
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

CLIENT NO: 4873-001
JAMIN P CANNON

OUR FILE NO.:     06431155
YOUR ACCT. NO.
1001203240

AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-MGB01260667 | 04/30/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | |
|---|---|---|
| | INVOICE AMOUNT DUE ............................................. | $370.50 |

# WELTMAN, WEINBERG & REIS CO., L.P.A.
### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

*celebrating over 75 years*
OF INNOVATION
GROWTH + RESULTS

**MATTHEW G. BURG**
Attorney at Law
216.685.1111
Fax 216.685.4345
mburg@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

May 5, 2008

Deborah Cutchshaw
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re: *American Home Mortgage v. Jamin P. Cannon*
Lucas County Common Pleas Court, Case No. CI 2007 06 079
Account No. 1001203240
Our File No. 06431155

Dear Ms. Cutchshaw:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Matthew G. Burg

MGB:jup
Enclosure

Re:     *American Home Mortgage v. Jamin P. Cannon*
        Lucas County Court of Common Pleas, Case No. CI-02007-06079
        WWR No. 06431155

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| 04/01/08 | Review file; email client. | 0.30 |
| 04/22/08 | Prepare email to client. | 0.30 |
| 04/28/08 | Read and respond to client's emails. | 0.40 |
| 04/28/08 | Email from and to client regarding discovery. | 0.30 |
| 04/29/08 | Email to and from client regarding discovery and settlement. | 0.30 |
| 04/30/08 | Review emails from client regarding settlement position and discovery. | 0.30 |

*$58.50*

1.90

1.90 Hours at $125.00 Per Hour     *$195.00*     $370.50



EXHIBIT C

## American Home Mortgage Servicing, Inc.
## ** SUMMARY STATEMENT **
### Billing Period: 04/01/2008 thru 04/11/2008 Dropped Invoices

| Dated | Loan# | Debtor Name | WWR# | Invoice# | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 1000511398 | Henderson, Roy and Tina | 10011543 | 18982 | PRELIMINARY JUDICIAL REPORT | | 726.00 |
| 03/31/08 | 1000511398 | Henderson, Roy and Tina | 10011543 | 18982 | ASSIGNMENT | 100.00 | |
| 03/07/08 | 1001282226 | Huston, Charles J. | 10003519 | 19956 | RECORDING FEE | | 28.00 |
| 01/29/08 | 1001278724 | Graham, Vevie | 10009809 | 20091 | PREPARATION OF ASSIGNMENT OF MORTGAGE | 100.00 | |
| 04/30/08 | 1001114608 | Sparks, David | 5399059 | IJDJ01261375 | INVOICED SERVICES | 58.50 | - |
| 03/24/08 | 1000910037 | Gardier, Bernard | 6309766 | IJNM01258211 | INVOICED SERVICES | 156.00 | |
| 03/28/08 | 1000845803 | Prodonovich, Daniel | 5564213 | IJNM01258217 | INVOICED SERVICES | 195.00 | |
| 03/31/08 | 1000651368 | Walter, Leanne | 6268914 | IJRB01261108 | INVOICED SERVICES | 58.50 | |
| 03/20/08 | 100112881 | Alexander, James | 5987992 | IJRB01261161 | INVOICED SERVICES | 97.50 | |
| 03/13/08 | 1001464238 | Netherton, Bonny | 6476446 | IPHR01257700 | SHERIFF SERVICES | | 50.00 |
| | | | | | Grand Total | $ 765.50 | $ 804.00 |
| | | | | | | | $ 1,569.50 |

AHM Apr 08 dropped inv

PAGE:      1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.
(216) 739-5140 • FAX (216) 739-5127
**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO:
REMIT TO: 

CLIENT NO:

```
AMERICAN HOME MORTGAGE
CONTACT: DIAMOND RAMOS  214-260-6847
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730
```

DAVID E SPARKS
SOCIAL SEC NO:    XXX-XX-3922
OUR FILE NO.:     05399059
YOUR ACCT. NO.
1001114608

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JDJ01261375 | 04/30/08 | DUE UPON RECEIPT | Cincinnati |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 02/06/08 | EMAIL FROM AND TO CLIENT WITH UPDATE | .30 | $58.50 ✓ |
| 04/26/08 | MONITORED ADVERSARY | .20 | $39.00 |
| 04/30/08 | EMAILED UPDATE TO CLIENT | .30 | $58.50 |
| * TOTAL HOURS BILLED: | | .80 | |

INVOICE AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $156.00

**EXHIBIT**
D

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REM

PAGE:      1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.
**(216) 739-5140** ● **FAX (216) 739-5127**
**CLEVELAND ● COLUMBUS ● CINCINNATI ● PITTSBURGH ● DETROIT**

INVOICE NO: I-JNM01258211
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O. BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
BERNARD J GARDIER
SOCIAL SEC NO:   XXX-XX-0912
OUR FILE NO.:    06309766
YOUR ACCT. NO.
1000910037

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JNM01258211 | 04/28/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES |
|---|---|

INVOICE AMOUNT DUE ...................................      $1,521.00

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

*celebrating over 75 years*
OF INNOVATION
GROWTH • RESULTS

**JENNIFER M. MONTY**
**Attorney at Law**
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 25, 2008

Robert Hardman
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re:   American Home Mortgage Servicing, Inc., etc. vs. Bernard J. Gardier, II
      Cuyahoga County Common Pleas Court, Case No. CV 07 627254
      Account No. 1000910037
      Our File No. 06309766

Dear Mr. Hardman:

Enclosed please find an itemized invoice for services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jennifer M. Monty

JNM:san
Enclosure

Re: ***American Home Servicing Inc. Assignee of MERS, Inc. vs. Bernard J. Gardier, II***
Cuyahoga County Common Pleas Court
Case No. CV 07 627254
WWR No. 06309766

| DATE | DESCRIPTION OF SERVICES | HOURS | |
|------|------------------------|-------|---|
| 3/24/08 | Draft email update to Robin Griffith. | 0.40 | 78.00 |
| 3/27/08 | Draft fax/email to Robert Hardman regarding deed in lieu. | 0.40 | 78.00 |
| 4/10/08 | Review notice from court regarding filings needed. | 0.40 | 78.00 |
| 4/10/08 | Order Final Judicial Report. | 0.20 | 39.00 |
| 4/10/08 | Telephone call with Robert Hardman regarding Final Judicial Report. | 0.40 | 78.00 |
| 4/11/08 | Telephone call to Robert Hardman regarding TILA and RESPA disclosures. | 0.20 | 39.00 |
| 4/11/08 | Draft Motion for Summary Judgment. | 3.00 | 585.00 |
| 4/11/08 | Draft Affidavit in support of Motion for Summary Judgment. | 1.00 | 195.00 |
| 4/11/08 | Draft letter to Gardier regarding inspection and filing of Motion for Summary Judgment. | 0.50 | 97.50 |
| 4/14/08 | Telephone call with Robert Hardman regarding disclosures. | 0.40 | 78.00 |
| 4/14/08 | Draft Non-Military Affidavits for both defendants. | 0.50 | 97.50 |
| 4/15/08 | Draft email to Robert Hardman regarding inspection information from Gardier. | 0.40 | 78.00 |

156.00

111.50

253.50

7.80

**7.80 Hours at $195.00 Per Hour**                                    $1,521.00

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

(216) 739-5140 • FAX (216) 739-5127

CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT

INVOICE NO: I-JNM01258217
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O. BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
DANIEL PRODONOVICH
SOCIAL SEC NO: XXX-XX-5557
OUR FILE NO.:    05564213
YOUR ACCT. NO.
1000845803

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JNM01258217 | 04/28/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 03/28/08 | TELEPHONE CALL WITH MARK SHEARER REGARDING SETTLEMENT | .50 | $97.50 |
| 03/28/08 | DRAFT LETTER TO CLIENT REGARDING DEED IN LIEU | .50 | $97.50 |
| 04/11/08 | DRAFT RENEWED MOTION FOR SUMMARY JUDGMENT | 2.80 | $546.00 |
| 04/11/08 | DRAFT LETTER TO ATTORNEY SHEARER REGARDING INSPECTION AND DEED IN LIEU | .50 | $97.50 |
| 04/14/08 | DRAFT RESPONSES TO DISCOVERY | 2.00 | $390.00 |

* TOTAL HOURS BILLED:    6.30

INVOICE AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,228.50

# WELTMAN, WEINBERG & REIS CO., L.P.A.
### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**BURLINGTON, NJ**
609.914.0437

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

*celebrating over* **75** *years*
OF INNOVATION
GROWTH • RESULTS

**JENNIFER M. MONTY**
Attorney at Law
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**COLUMBUS, OH**
614.228.7272

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 25, 2008

Robert Hardman
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

*Re:*   *American Home Mortgage Servicing, Inc. vs. Daniel Prodonovich, et al.*
*Cuyahoga County Common Pleas Court, Case No. CV 06-607171*
*Account No. 1000845803*
*Our File No. 05564213*

Dear Mr. Hardman:

Enclosed please find an itemized invoice for services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

*J. Monty* (san)

Jennifer M. Monty

JNM:san
Enclosure

PAGE: 1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140** • **FAX (216) 739-5127**

CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT

INVOICE NO: I-JRB01261108

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
LEANNE WALTER
SOCIAL SEC NO: XXX-XX-0396
OUR FILE NO.: 06268914
YOUR ACCT. NO.
1000651368

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01261108 | 04/30/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | |
|---|---|---|
| | INVOICE AMOUNT DUE ....................................... | $994.50 |

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE
**CLIENT COPY**

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

*celebrating over 75 years* OF INNOVATION GROWTH + RESULTS

**J. CHARLES RUIZ-BUENO**
**Attorney at Law**
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

April 1, 2008

Mr. Robert Hardman
American Home Mortgage
P.O. Box 631730
Irving, TX  75063-1730

   Re: *American Home Mortgage Servicing, Inc. vs. Leanne Walter, et al.*
     Cuyahoga County Court of Common Pleas Case No. CV 07 628536
     Our File No. 6268914

Dear Mr. Hardman:

   Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

   As always, it is a pleasure working with you.  If you have any questions, please do not hesitate to contact me.

        Very truly yours,

        J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: _American Home Mortgage Servicing, Inc. vs. Leanne Walter, et al._
Cuyahoga County Common Pleas Court Case No. CV 07 628536
Our File No. 06268914

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| 03/31/08 | Review court notice. | 0.30 ✓ 58.50 |
| 04/09/08 | Review electronic court docket, draft Notice of Appearance. | 1.00 |
| 04/29/08 | Review court notice. | 0.30 |
| 04/30/08 | Review journal entry, court docket. | 0.50 |
| 04/30/08 | Review file, reformulate discovery to issue upon appearance. | 3.00 |
|  | TOTAL | 5.10 |

5.10 Hours at $195.00 Per Hour  =                                    $994.50

# WELTMAN, WEINBERG & REIS
## Co., L.P.A.
(216) 739-5140 • FAX (216) 739-5127
CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT

INVOICE NO: I-JRB01261161

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
JAMES   ALEXANDER

OUR FILE NO.:    05987992
YOUR ACCT. NO.
100112881

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01261161 | 04/30/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES |
|---|---|

INVOICE AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,033.50

# WELTMAN, WEINBERG & REIS CO., L.P.A.
## ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

*celebrating over 75 years OF INNOVATION GROWTH + RESULTS*

**J. CHARLES RUIZ-BUENO**
Attorney at Law
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

May 1, 2008

Deborah Cutchshaw
American Home Mortgage
P.O. Box 631730
Irving, TX  75063-1730

Re: *American Home Mortgage v. James Alexander*
Cuyahoga County Common Pleas Court, Case No. CV 07 614183
Account No. 100112881
Our File No. 05987992

Dear Ms. Cutchshaw:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: *American Home Mortgage v. James Alexander*
Cuyahoga County Common Pleas Court, Case No.CV 07 614183
Our File No. 05987992

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|-------------------------|-------|
| 03/20/08 | Meeting with Danielle Cullen regarding case. | 0.50 |
| 04/09/08 | Review electronic court docket and draft Notice of Appearance. | 1.00 |
| 04/14/08 | Further review of file. | 1.00 |
| 04/14/08 | Commence draft of Motion to Lift Stay and Reinstate Case. | 1.50 |
| 04/16/08 | Review bankruptcy court docket. | 0.30 |
| 04/16/08 | Continue draft of Motion to Lift Stay and Reinstate Case. | 1.00 |

TOTAL    5.30

5.30 Hours at $195.00 Per Hour   =                     $1,033.50