IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                                                : Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,     : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                                      : Jointly Administered
           Debtors.                                                :

---

## CERTIFICATE OF NO OBJECTION TO STATEMENT RE: DOCKET NO. 4328

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Ninth Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2008 through April 30, 2008 (the "Statement"). The Court's docket which was last updated June 26, 2008, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than June 19, 2008 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($691,692.50) and 100% of requested interim expenses ($40,932.23) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       June 26, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Matthew B. Lunn
    James L. Patton, Jr. (No. 2202)
    Joel A. Waite (No. 2925)
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Matthew B. Lunn (No. 4119)
    Kenneth Enos (No. 4544)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Debtors and
    Debtors in Possession