IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. No. 4304
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 4304

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifth Monthly Application of the Law Offices of Cohn, Goldberg & Deutsch, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1, 2008 through March 31, 2008 (the "Application"). The Court's docket, which was last updated June 26, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than June 18, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($37,650.00) of requested fees and 100% of requested expenses ($67,147.43) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      June 25, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Ryan M. Bartley
    James L. Patton, Jr. (No. 2202)
    Joel A. Waite (No. 2925)
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Kenneth Enos (No. 4544)
    Margaret B. Whiteman (No. 4652)
    Ryan M. Bartley (No. 4985)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Debtors and
    Debtors in Possession