# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) Jointly Administered |
| et. al., | ) |
| Debtors. | ) |
| | ) |
| MARK WATSON and KELLY WATSON, | ) |
| Movants, | ) |
| AMERICAN HOME MORTGAGE CORP., | ) Re: Docket No. 4784 |
| et. al., | ) |
| Respondents. | ) |

## ORDER LIMITING SCOPE OF NOTICE

Upon the motion filed by Mark Watson and Kelly Watson to limit scope of notice on the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim by Reason of Excusable Neglect; and cause appearing therefore; it is hereby

**ORDERED** that the Motion to Limit Scope is granted; and

**IT IS FURTHER ORDERED** that a hearing on the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim by Reason of Excusable Neglect shall be held on July 17, 2008 at 2:00 p.m.; and

**IT IS FURTHER ORDERED** that responses to the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim by Reason of Excusable Neglect shall be filed and served by no later than July 10, 2008, at 4:00 p.m.

Dated: June 26, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge