IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
         Debtors.                                              :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 5, 2008, I caused to be served true and correct copies of the "Notice of Motion" dated June 5, 2008, to which was attached the "Debtors' Motion for an Order Authorizing the Destruction of Non-Requested Loan Files" dated June 5, 2008 [Docket No. 4387], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties on the annexed Exhibit A hereto.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
12th day of June, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20_10

# EXHIBIT A

# SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACCREDITED HOME LEND | 16550 WEST BERNARDO DRIVE, BUILDING 1,SAN DIEGO, CA 92127 |
| AHM SECURITIZATION | GM03320,1761 EASY ST ANDREWS PLACE,SANTA ANA, CA 92705 |
| AHMAT | 433 PLAZA REAL, SUITE 275,BOCA RATON, FL 33432 |
| ALABAMA HFA | 2000 INTERSTATE PARK DR, SUITE 408,MONTGOMERY, AL 36109 |
| ALASKA HOUSING | 4300 BONIFACE PKWY 99504,ANCHHORAGE, AK 99510-1020 |
| AMERICAN HOME ACCEPT | 520 BROADHOLLOW ROAD,MELVILLE, NY 11747 |
| AMERICAN HOME BANK | 805 ESTELLE DR,SUITE 101,LANCASTER, PA 17601 |
| ARGENT MORTGAGE | GM075640,1701 WEST GOLF ROAD,ROLLING MEADOWS, IL 60008 |
| ARKANSAS DEVELOP FIN | 423 MAIN STREET, SUITE 500,LITTLE ROCK, AR 72201 |
| ASTORIA | GM068770,2000 MARCUS AVE,LAKE SUCCESS, NY 11042 |
| AURORA LOAN SERVICES | GM068470,2530 S. PARKER ROAD STE 601,AURORA, CO 80014 |
| BANK OF AMERICA | 4527 METROPOLITAN CT STE C,FREDERICK, MD 21704 |
| BANK OF AMERICA 2NDS | GM063900,324 W. EVANS ST,FLORENCE, SC 29501 |
| BANK OF AMERICA O P | GM063900,324 W. EVANS ST,FLORENCE, SC 29501 |
| BARCLAYS/AHM | GM002940,24 EXECUTIVE PARK, SUITE 100,IRVINE, CA 92614 |
| BEAR STERNS/GMAC | GM600520,235 FISHER DRIVE,WATERLOO, IA 50701 |
| BEAR STERNS/WELLS FA | GM600520,751 KASOTA AVE SUITE MDC,MINNEAPOLIS, MN 55414 |
| BELCO COMMUNITY CU | P.O. BOX 82,HARRISBURG, PA 17108-0082 |
| BNC MORTGAGE | GM068540,1901 MAIN STREET,IRVINE, CA 92614 |
| BOA 2NDS/WELLS | GM063900,324 W. EVANS ST,FLORENCE, SC 29501 |
| BOA BULK/AHM | 324 W. EVANS STREET,FLORENCE, SC 29501 |
| BOA BULK/WELLS | GM063900,324 W. EVANS ST,FLORENCE, SC 29501 |
| BOFA/WELLS FARGO | GM063900,4527 METROPOLITAN COURT, SUITE C,FREDERICK, MD 21704 |
| BOGMAN, INC | 12301 OLD COLUMBIA PIKE STE 200,SILVER SPRING, MD 20904-1656 |
| CENTRAL FL HEALTHCAR | 5545 S. ORANGE AVE,ORLANDO, FL 32809 |
| CHAFA (CA) | 1211 "L" STREET, 7TH FLOOR,SACRAMENTO, CA 95814 |
| CHAFA (CT) CONV BOND | 999 WEST STREET,ROCKY HILL, CT 06067 |
| CHAFA (CT) DPA BOND | 999 WEST STREET,ROCKY HILL, CT 06067 |
| CHAFA (CT) GOVT BOND | 999 WEST STREET,ROCKY HILL, CT 06067 |
| CHAPEL FUNDING CORP | 26521 RANCHO PARKWAY S, SUITE 200,LAKE FOREST, CA 92630 |
| CHARLOTTE FIRE DEPAR | 2100 COMMONWEALTH AVE,CHARLOTTE, NC 28205 |
| CHASE 2ND | GM31960,201 E. MAIN ST KY2-1612,LEXINGTON, KY 40507 |
| CHASE 2ND | GM031960,8934 BRECKSVILLE ROAD,BRECKSVILLE, OH 44141 |
| CHASE DEERFIELD | GM031960,1400 E. NEWPORT CTR.,DEERFIELD BEACH, FL 33442 |
| CHASE MANHATTAN MTGE | GM031960,10151 DEERWOOD PARK BLVD.,BLDG 300, 4TH FL,JACKSONVILLE, FL 32256 |
| CHASE RURAL HOUSING | 1400 EAST NEWPORT CENTER DRIVE,DEERFIELD BEACH, FL 33442 |
| CHFA COLORADO | 1981 BLAKE STREET,DENVER, CO 80202 |
| CHFA TEACHERS | 1121 "L" STREET, 7TH FLOOR,SACRAMENTO, CA 95814 |
| CHFA-GUILD | 1121 "L" STREET, 7TH,SACRAMENTO, CA 95814 |
| CITICORP | NEH06430,13736 RIVERPORT DRIVE STE 800,MARYLAND HEIGHTS, MO 63043 |
| CITIMORTGAGE (BULK) | NEH06430,1000 TECHNOLOGY DRIVE, MS 488,O'FALLON, MO 63304 |
| CITIMORTGAGE COMUNTY | 27555 FARMINGTON ROAD,FARMINGTON HILLS, MI 48334 |
| CITIMORTGAGE IN BOND | 14651 DALLAS PARKWAY, SUITE #230,DALLAS, TX 75254 |
| CITIMORTGAGE IN BOND | (BOND PROGRAM),14651 DALLAS PKWAY,SUITE230,DALLAS, TX 75254 |
| CITIMORTGAGE, INC | NEH06430,13736 RIVERPORT DRIVE FL 8, R,MARYLAND HEIGHTS, MO 63043-4820 |
| CITIMORTGAGE, INC | NEH06430,14651 DALLAS PARKWAY SRE 230,DALLAS, TX 75254 |
| CITIMORTGAGE, INC. | NEH06430,13736 RIVERPORT DRIVE  FL8,RM800,MARYLAND HEIGHTS, MO 63043-4820 |
| CITIMORTGAGE, INC. | NEH06430,1000 TECHNOLOGY DRIVE, MS 904,O'FALLON, MO 63304 |
| CITY/KANSAS CITY MO | 414 E. 12TH STREET, 14TH FLOOR,KANSAS CITY, MO 64106-2705 |

| Claim Name | Address Information |
|---|---|
| CNTRYWIDE ESHIP/BULK | 8501 FALLBROOK AVE,WEST HILLS, CA 91304 |
| COMMERCIAL FEDERAL | GM062040,450 REGENCY PKWY, 2ND FL,OMAHA, NE 68114 |
| COUNTRYWIDE | G2J00870,8501 FALLBROOK AVE,WEST HILLS, CA 91304 |
| COUNTRYWIDE (FAST/EA | G2J00870,8501 FALLBROOK AVE,WEST HILLS, CA 91304 |
| COUNTRYWIDE 2ND | G2J00870,8501 FALLBROOK AVE,WEST HILLS, CA 91304 |
| COUNTRYWIDE BANK/AHM | G2J00870,4100 LOS ANGELES AVE, SUITE,SIMI VALLEY, CA 93062 |
| COUNTRYWIDE CAPITAL | G2J00870,4100 LOS ANGELES AVE, SUITE 4625,SIMI VALLEY, CA 93062 |
| COUNTRYWIDE ESHIP | G2J00870,8501 FALLBROOK AVE,WEST HILLS, CA 91304 |
| COUNTRYWIDE HOME | G2J00870,8501 FALLBROOK AVENUE,WEST HILLS, CA 91304 |
| COUNTRYWIDE/BULK | 8501 FALLBROOK AVE,WEST HILLS, CA 91304 |
| CREDIT SUISSE | GM016570,3050 HIGHLAND PARKWAY,DOWNERS GROVE, IL 60515 |
| CREDIT SUISSE -ALTA | GM016570,LASALLE BANK, 2571 BUSSE ROAD, SUITE 700,ELK GROVE VILLAGE, IL 60007 |
| CREDIT SUISSE 2NDS | GM016570,LASALLE BANK, 2571 BUSSE ROAD, SUITE 700,ELK GROVE VILLAGE, IL 60007 |
| CREDIT SUISSE BULK2N | GM016570,11 MADISON AVENUE, 4 FLOOR,NEW YORK, NY 10010 |
| CREDIT SUISSE-SELECT | GM016570,11 MADISON AVE.  4TH FLOOR,NEW YORK, NY 10010 |
| CREDIT SUISSE-WELLS | GM016570,2980 COMMERS DRIVE #600,EAGAN, MN 55121 |
| CREDIT SUISSE/FIRST | GM016570,DLJ MTG CAP, INC.,4850 T-REX AVE, SUITE 100,BOCA RATON, FL 33431 |
| CU FUNDING | 2300 CLAYON ROAD, SUITE 41295,CONCORD, CA 94520 |
| DELAWARE ST HUS/AUTH | 820 N. FRENCH STREET, 10TH FLOOR,WILMINGTON, DE 19801 |
| DEUTCHE BK/OCWEN | 950 W. 13TH ST. BAY 3,RIVIERA, FL 33404 |
| DEUTSCHE BANK | GM003320,433 PLAZA REAL, SUITE 275,BOCA RATON, FL 33432 |
| DEUTSCHE BANK/GMAC | GM003320,100 WITMAR ROAD SUITE 91,HOSHAM, PA 19044 |
| DEUTSCHE BANK/WELLS | GM003320,24 EXECUTIVE PARK, SUITE 100,IRVINE, CA 92614 |
| DEUTSCHE BK/AHM | GM003320,24 EXECUTIVE PARK, SUITE 100,IRVINE, CA 92614 |
| DOVENMUEHLE MORTGAGE | 1501 WOODFIELD RD, SUITE 400E,SCHAUMBURG, IL 60173 |
| DUKE FEDERAL  C U | 1400 MOREENE ROAD,DURHAM, NC 27705 |
| EMC MORTAGAG CORPORA | 2780 LAKE VISTA DRIVE,LEWISVILLE, TX 75067-3884 |
| EQUIFIRST CORP | 500 FOREST POINT CIRCLE,CHARLOTTE, NC 28273 |
| EQUITY ONE, INC. | GM600870,400 LIPPINCOTT DRIVE,MARLTON, NJ 08053 |
| FAIRLESS CREDIT UNIO | 1900 S. PENNSYLVANIA,MORRISVILLE, PA 19067 |
| FARM CREDIT SERVICES | 716 CALLAHAN DR,KNOXVILLE, TN 37912-0460 |
| FIFTH THIRD BANK | 13350 METRO PKWY,FORT MYERS, FL 33912 |
| FINANCE AMERICA | GM600580,2655 WARRENVILLE RD, 5TH FLOOR,DOWNERSGROVE, IL 60515 |
| FINANCIAL FREEDOM SR | 7595 IRVINE CENTER DRIVE,IRVINE, CA 92618 |
| FIRST NAT DALLAS | GM028930,CORR LENDING DIVISION, 14651 DALLAS PKWY,DALLAS, TX 75240 |
| FNMA SECURITY | GM018740,13150 WORLDGATE DRIVE,HERNDON, VA 20170 |
| FORT BRAGG FCU | 1638 SKIBO ROAD,FAYETTEVILLE, NC 28303 |
| FRANKENMUTH CREDIT U | 580 NORTH MAIN STREET,FRANKENMUTH, MI 48734 |
| FRANKLIN CREDIT | GM600570,6 HARRISON ST 6TH FL,NEW YORK, NY 10013 |
| FREDDIE GOLD SECURIT | 21550 BEAUMEADE CIRCLE,ASHBURN, VA 22011 |
| GE MI CORP | 6601 SIX FORKS ROAD,RALEIGH, NC 27615 |
| GMAC | GM037570,100 WITMAR ROAD, SUITE 91,HOSHAM, PA 19044 |
| GMAC/GMAC MTG | GM037570,100 WITMER ROAD SUITE 400,HORSHAM, PA 19044 |
| GOLDMAN SACH/AHM | GM600730,1761 E. ST. ANDREW PLACE,SANTA ANA, CA 92705 |
| GOLDMAN SACHS-CW | GM600730,85 BROAD STREET,NEW YORK, NY 10004 |
| GOLDMAN/OCWEN | 1761 EAST ST. ANDREW PLACE,SANTA ANA, CA 92705-4934 |
| GREENPOINT (BC) | GM064840,5032 PARKWAY PLAZA,CHARLOTTE, NC 28217 |
| GREENPOINT MORTGAGE | GM064840,BLVD,CHARLOTTE, NC 28217 |
| GREENPOINT MORTGAGE | GM064840,NOVATO, CA 94945 |

| Claim Name | Address Information |
|---|---|
| GREENWICH/AHM | GM066350,1761 E. ST. ANDREWS PLACE,SANTA ANA, CA 92705-4934 |
| GREENWICH/GMAC | GM066350,1761 EAST ST. ANDREWS PLACE,SANTA ANA, CA 92705 |
| GRN CAP MKT/DEUTCHE | GM066350,1761 EAST ANDREWS PLACE,SANTA ANA, CA 92705 |
| GUARANTE RESIDENTIAL | GM064760,1300 SOUTH MOPAC EXPRESSWAY,AUSTIN, TX 78746 |
| HARRIS BANK | 333 N. NORTHWEST HIGHWAY,BARRINGTON, IL 60010 |
| HARRY MORTGAGE CO | 3048 GRAND AVENUE,OKLAHOMA CITY, OK 73107 |
| HERITAGE PLAZA MTG | 5405 PERSHING AVENUE,STOCKTON, CA 95207 |
| HFA OF PINELLAS CNTY | 600 CLEVELAND STREET, SUITE 800,CLEARWATER, FL 33755 |
| HOPEWELL CREDIT UNIO | 501 HOPEWELL DRIVE,HEATH, OH 43056 |
| HOUSEHOLDFINANCECORP | GM062080,636 GRAND REGENCY BLVD,BRANDON, FL 33510 |
| HSBC | GM600090,2929 WALDEN AVENUE,DEPEW, NY 14043 |
| HSBC/AHM | 2030 MAIN STREET, SUITE100,IRVINE, CA 92614 |
| HSBC/WELLS | GM600090,24 EXECUTIVE PARK, SUITE 100,IRVINE, CA 92614 |
| HUNTINGTON NATIONAL | PO BOX 1558 (EA4W50),COLUMBUS, OH 43216-1558 |
| ICI | GM048610,1401 DOVE STREET,NEWPORT BEACH, CA 92660 |
| IDAHO HOUSING | 565  W. MYRTLE,BOISE, ID 83702 |
| ILLINIOS HOUSING FIN | 401 B MICHIGAN AVE STE 900,CHICAGO, IL 60611 |
| IMPAC BULK | GM048610,1401 DOVE STREET,NEWPORT BEACH, CA 92660 |
| INDUSTRIAL CENTRE FC | 4600 REGENT BLVD STE200,IRVING, TX 75063 |
| INDY ALT-A | GMGM051360,190 TECHNOLOGY PKWY, STE 100,NORCROSS, GA 30092 |
| INDYMAC-BULK | 190 TECHNOLOGY PARKWAY STE 100,NORCROSS, GA 30092 |
| INMC | GM051360,303 LIPPINCOTT DRIVE,MARLTON, NJ 08053 |
| INTERFIRST CORR. | GM065950,840 AIRPORT BLVD,ANN ARBOR, MI 48108 |
| JP MORGAN CHASE CUST | GM031960,1040 OLIVER ROAD,MONROE, LA 71201 |
| JP MORGAN CHASE/AHM | 2220 CHEMSEARCH BLVD, SUITE 150,IRVING, TX 75062 |
| KENTUCKY HOUSING COR | 1231 LOUISVILLE ROAD,LOUISVILLE, KY 40601 |
| LAMPCO FCU | 5411 DR. MLK,ANDERSON, IN 46013 |
| LEADER FINANCIAL SER | 5610 RIDGE ROAD,PARMA, OH 44129 |
| LEADER MORTGAGE | 1015 EUCLID AVE,CLEVELAND, OH 44115 |
| LEHMAN (MDMC) | 180 EAST 5TH STREET, MEZZAININE LEVEL,ST PAUL, MN 55101 |
| LEHMAN BROTHER/AHM | GM009190,745 SEVENTH AVE, 8TH FL,NEW YORK, NY 10019-6801 |
| LEHMAN BROTHERS BANK | GM009190,745 SEVENTH AVENUE, 8TH FL,NEW YORK, NY 10019-6801 |
| LONG BEACH MORTGAGE | GM066240,183 PLAZA, WEST TOWER, 12TH FL,UNIONDALE, NY 11556 |
| MADISON COUNTY FCU | 621 E. 8TH AVENUE,ANDERSON, IN 46012 |
| MAINE STATE HOUSING | 353 WATER STREET,AUGUSTA, ME 04330-4633 |
| MARYLAND CDA #503 | 100 COMMUNITY PLACE,CROWNSVILLE, MD 21032 |
| MASS HOUSING | ONE BEACON STREET,BOSTON, MA 02108 |
| MATRIX FINANCIAL SVS | GM068820,2133 W. PEORIA AVE,PHOENIX, AZ 85029 |
| MELVILLE REINSURANCE | 520 BROADHOLLOW ROAD,MELVILLE, NY 11747 |
| MEMBERS FIRST CU | 1445 W GOODALE BLVD,COLUMBUS, OH 43212 |
| MERRILL LYNCH | GM068810,4001 LEADENHALL ROAD,MOUNT LAUREL, NJ 80504 |
| MERRILL LYNCH BULK | GM068810,4 WORLD FINANCIAL CENTER, 9TH FLOOR,NEW YORK, NY 10080 |
| MERRILL LYNCH/AHMC | GM068810,4 WORLD FINANCIAL CENTER, 9TH FLOOR,NEW YORK, NY 10080 |
| MERRILL LYNCH/PHH | 751 KASOTA AVE, SUITE MDC,MINNEAPOLIS, MN 55414 |
| MERRILL LYNCH/WILSHI | GM068810,4 WORLD FINANCIAL CENTER, 9TH FLOOR,NEW YORK, NY 10080 |
| MICHIGAN FED CR UN | 1314 E COLDWATER RD,FLINT, MI 48505 |
| MICHIGAN STATE HOUSI | 735 E. MICHIGAN AVE,LANSING, MI 48909 |
| MINNESOTA HOUSING | 400 SIBLEY STREET STE 300,ST. PAUL, MN 55101-1998 |
| MONTANA BOARD HOUSIN | 301 SOUTH PARK AVE,HELENA, MT 59601 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY/AHMC | 1585 BROADWAY,NEW YORK, NY 10036 |
| MORGAN STANLEY/GMAC | GM014790,1585 BROADWAY,NEW YORK, NY 10036 |
| MORGAN STANLEY/SAXON | GM014790,1585 BROADWAY,NEW YORK, NY 10036 |
| MORTGAGE CLEARING | GM600050,5612 SOUTH LEWIS,TULSA, OK 74105 |
| NATCO CREDIT UNION | 582 S ROUND BARN ROAD,RICHMOND, IN 47375 |
| NATIONAL CITY / BOND | GM600230,3232 NEWMARK DR. BLDG #4,MIAMISBURG, OH 45342 |
| NATIONAL CITY MORTG | GM600230,116 ALLEGHENY CENTER,PITTSBURGH, PA 15121 |
| NATIONWIDE ADVANTAGE | 4546 CORPORATE DRIVE,WEST DESMOINES, IA 50266 |
| NEW CENTURY | GM068560,200 COMMERCE, SUITE 100,IRVINE, CA 92602 |
| NEW HAMPSHIRE HOUSIN | 32 CONSTITUTION DRIVE,BEDFORD, NH 03110 |
| NJ HOUSING | 637 SOUTH CLINTON AVE,TRENTON, NJ 08650 |
| NOMURA /GMAC | GM600740,2 WORLD FINANCIAL CENTER BLDG B FL 21,NEW YORK, NY 10281 |
| NOMURA SEC/OCWEN | GM600740,2 WORLD FINANCIAL CENTER, BLDG B,NEW YORK, NY 10281 |
| NOMURA SECURITIES | GM600740,2 WORLD FINANCIAL CENTER, BLDG B,NEW YORK, NY 10281 |
| NORTH CAROLINA HOUSI | 3508 BUSH STREET,RALEIGH, NC 27609 |
| OHIO SAVINGS | GM062800,1111 CHESTER AVE. TEAM 1, SUITE 200,CLEVELAND, OH 44114 |
| OPTEUM FINANCIAL 1ST | 27422 PORTOLA PARKWAY, SUITE200,FOOTHILL RANCH, CA 92610 |
| OPTION ONE | GM068120,580 WHITE PLAINS ROAD, SUITE 300,TARRYTOWN, NY 10591 |
| OREGON HOUSING | 725 SUMMER STREET NORTH EAST, SUITE B,SALEM, OR 97301-1271 |
| OREGON HOUSING -BOND | 725 SUMMER STREET NE STE B,SALEM, OR 97301 |
| PENNSYLVANIA HOUSING | 2101 NORTH FRONT ST,HARRISBURG, PA 17105 |
| PEOPLES | 850 MAIN STREET,BRIDGEPORT, CT 06604 |
| POPULAR FINANCIAL SE | 301 LIPPINCOTT DRIVE, SUITE100,MARLTON, NJ 08053 |
| PREMIER FED CR UN | 1400 YANCEYVILLE ST,GREENSBORO, NC 27405 |
| PRINCIPAL BANK | 711 HIGH STREET,DES MOINES, IA 50392 |
| PRINCIPAL BANK | 711 HIGH STREET,DES MOINES, IA 50392-5410 |
| PRINCIPALRESIDENTIAL | GM063180,5457 TWIN KNOLLS ROAD, SUITE 400,COLUMBIA, MD 21045 |
| RBC CENTURA BANK | P.O BOX 700,ROCKY MOUNTAIN, NC 27802 |
| REGIONS MORTGAGE | GM068360,605 SOUTH PERRY STREET,MONTGOMERY, AL 36104 |
| RFC | GM037440,ONE MERIDAN CROSSINGSUITE 100,MINNEAPOLIS, MN 55423 |
| RFC | GM037440,ONE MERIDIAN CROSSING, SUITE 100,MINNEAPOLIS, MN 55423 |
| RFC 2ND | GM037440,ONE MERIDAN CROSSING SUITE 100,MINNEAPOLIS, MN 55423 |
| RTP CREDIT UNION | 1005 SLATER RD.,DURHAM RESEARCH PARK, NC 27709 |
| RURAL ALLIANCE, INC. | 801 12TH STREET,SACRAMENTO, CA 95814 |
| S C STATE HOUSING AU | ATTN: POST PURCHASE,711 BLUFF ROAD,COLUMBIA, SC 29201 |
| SECURITY MORTGAGE | CORPORATION,100 NORTH PHILLIPS AVENUE,SIOUX FALLS, SD 57101 |
| SEVERN SAVINGS BANK | 1919 A WEST ST,ANNAPOLIS, MD 21401 |
| SIGNATURE BANK | 70 WEST 36TH STREET, 15TH FLOOR,NEW YORK, NY 10018 |
| SIUSLAW BANK | 707 MAIN STREET,SPRINGFIELD, OR 97477 |
| SOLOMON SMITH /WELLS | NEH06430,5280 CORPORATE DRIVE, MSM 0030,FREDERICK, MD 21703 |
| SOLOMON SMITH/CITIGR | NEH06430,1000 TECHNOLGY DR, MS 488,O' FALLON, MO 63368-2240 |
| SONYMA | GM069860,641LEXINGTON AVE, 2ND FL,NEW YORK, NY 10022 |
| SOUTH DAKOTA HOUSING | 221 SOUTH CENTRAL AVE,PIERRE, SD 57501-1237 |
| STANDARD MTG CORP IN | 701 POYDRAS ST, #300 PLAZA,NEW ORLEANS, LA 70139 |
| STANDARD REGISTER FC | 15 CAMPBELL STREET,DAYTON, OH 45401 |
| STATE HOME MORTGAGE | 60 EXECUTIVE PARK SOUTH NE,ATLANTA, GA 30347 |
| STATE HWY PATROL FCU | 6161 BUSCH BLVD, STE 215,COLUMBUS, OH 43229-2568 |
| SUNTRUST | GM052920,1761 EAST ST ANDREWS PLACE,SANTA ANA, CA 92704 |
| TENNESSEE HOUSING | 404 JAMES ROBERTSON PARKWAY STE 1114,NASHVILLE, TN 37243-0900 |

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| THE STREETER BROTHER | 2823 6TH AVE. NORTH,BILLINGS, MT 59101 |
| THORNBURG | GM600400,1761 EAST ST. ANDREWS PLACE,SANTA ANA, CA 92705 |
| TRI POINTE COMMUNITY | 2343 E. HILL ROAD,GRAND BLANC, MI 48439 |
| U.S. BANK N.A. | P.O. BOX 790415,ST. LOUIS, MO 63179-0415 |
| UBS-ALLIANCE | GM600700,8100 NATIONS WAY,JACKSONVILLE, FL 32256 |
| UBS-CENLAR | GM600700,P.O. BOX 986,NEWARK, NJ 07184-0597 |
| UBS-WELLS | GM600700,1031 10TH AVE SOUTH EAST,MINNEAPOLIS, MN 55414 |
| UBS/ AHM | GM600700,751 KASOTA AVE, SUITE MDC,MINNEAPOLIS, MN 55414 |
| UNITED SERVICES C U | 391 S. FRENCH BROAD AVE.,ASHEVILLE, NC 28801 |
| US BANK HOME MORTGAG | GM072750,4801 FREDERICA STREET,OWENSBORO, KY 42301 |
| US BANK HOME MORTGAG | GM072750,1817 PLYMOUTH RD SOUTH, 2ND FLOOR,MINNETONKA, MN 55305 |
| US BANK HOME MTG | GM072750,17500 ROCKSIDE ROAD,BEDFORD, OH 44146 |
| UTAH HOUSING CORP | 2479 S. LAKE BLVD,WEST VALLEY CITY, UT 84120 |
| VALLEY NATIONAL BANK | GM069100,1460 VALLEY ROAD,WAYNE, NJ 07470 |
| WAMU | GM068880,1981 MARCUS AVENUE,LAKE SUCCESS, NY 11042 |
| WASHINGTON MUT CORR | GM068880,2210 ENTERPRISE DRIVE,FLORENCE, SC 29501 |
| WELLS FARGO EQUITY | GM002940,4800 W WABASH AVENUE/MAC X2803-02E,SPRINGFIELD, IL 62711 |
| WELLS PUR CLEAR/BULK | 4800 W. WABASH AVENUE,SPRINGFIELD, IL 62711 |
| WELLS PURCH CLEARING | GM002940,4800 W. WABASH AVENUE,SPRINGFIELD, IL 62711 |
| WELLS RECEIVING | GM002940,4800 W. WABASH AVENUE,SPRINGFIELD, IL 62711 |
| WELLS RECEIVING/BULK | 4800 W. WABASH AVENUE,SPRINGFIELD, IL 62711 |
| WISCONSIN HOUSIN EDA | 201 WEST WASHINGTON AVE, SUITE 700,MADISON, WI 53703 |
| WMC MORTGAGE | GM069990,6320 CANOGA AVNUE,WOODLAND HILLS, CA 91367 |
| WYOMING COM DEV AUTH | 155 N. BEACH STREET,CASPER, WY 82602 |

**Total Creditor Count 220**

# SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANNE MILGRAM,PO BOX 080,TRENTON, NJ 08625-0080 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: RICHARD BLUMENTHAL ( D ),55 ELM STREET,HARTFORD, CT 06106 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANDREW M. CUOMO,DEPT. OF LAW,THE CAPITOL, 2ND FL,ALBANY, NY 12224-0341 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM CORBETT,16TH FLOOR, STRAWBERRY SQUARE,HARRISBURG, PA 17120 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOSEPH R. "BEAU" BIDEN III,CARVEL STATE OFFICE BLDG,820 N. FRENCH ST,WILMINGTON, DE 19801 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DOUGLAS F. GANSLER,200 ST PAUL PLACE,BALTIMORE, MD 21202 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARTHA COAKLEY,MCCORMACK BUILDING,1 ASHBURTON PLACE,BOSTON, MA 02108-1698 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK C. LYNCH,150 S. MAIN ST,PROVIDENCE, RI 02903 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: KELLY AYOTTE ( R ),CIVIL BUREAU,33 CAPITOL ST,CONCORD, NH 03301-6397 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: G STEVE ROWE ( D ),6 STATE HOUSE STATION,AUGUSTA, ME 04333 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WILLAIM H SORRELL ( D ),109 STATE ST,MONTPELIER, VT 05609-1001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LINDA SINGER,ONE JUDICIARY SQUARE,441 4TH STREET NW, SUITE 1060N,WASHINGTON, DC 20001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BOB MCDONNELL,900 E. MAIN ST,RICHMOND, VA 23219 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DARRELL V  MCGRAW JR ( D ),STATE CAPITOL COMPLEX,BLDG. 1, ROOM E-26,CHARLESTON, WV 25305-9924 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROY COOPER ( D ),9001 MAIL SERVICE CENTER,RALEIGH, NC 27699-9001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HENRY MCMASTER ( R ),PO BOX 11549,COLUMBIA, SC 29211-1549 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREGORY D STUMBO ( D ),STATE CAPITOL, SUITE 118,700 CAPITOL AVE,FRANKFORT, KY 40601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARC DANN,STATE OFFICE TOWER,30 E. BROAD STREET, 17TH FLOOR,COLUMBUS, OH 43215-3428 |
| STATE ATTORNEYS GENERAL OFFICE | C/O MIKE COX,G. MENNEN WILLIAMS BUILDING, 7TH FLOOR,525 W. OTTAWA ST, PO BOX 30212,LANSING, MI 48909-0212 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: THURBERT E BAKER ( D ),40 CAPITOL SQUARE, SW,ATLANTA, GA 30334-1300 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BILL MCCOLLUM,THE CAPITOL, PL-01,TALLAHASSEE, FL 32399-1050 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TROY KING ( R ),ALABAMA STATE HOUSE, 11 S. UNION ST,3RD FLOOR,MONTGOMERY, AL 36130 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERT E. COOPER, JR.,PO BOX 20207,NASHVILLE, TN 37202-0207 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: STEVE CARTER ( R ),INDIANA GOVT. CTR SOUTH - 5TH FL,302 W WASHINGTON ST,INDIANAPOLIS, IN 46204 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM MILLER ( D ),HOOVER STATE OFFICE BLDG,1305 E. WALNUT STREET ,DES MOINES, IA 50319 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: J.B. VAN HOLLEN,PO BOX 7857,MADISON, WI 53707-7857 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LORI SWANSON,1400 BREMER TOWER,445 MINNESOTA ST,ST. PAUL, MN 55101 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LISA MADIGAN ( D ),JAMES R. THOMPSON CTR,100 W. RANDOLPH ST,CHICAGO, IL 60601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JAY NIXON,SUPREME CT. BLDG,207 W. HIGH ST  P.O. BOX 899,JEFFERSON CITY, MO 65102 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JIM HOOD ( D ),PO BOX 220,JACKSON, MS 39205-0220 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LARRY LONG ( R ),1302 E HWY 14,SUITE 1,PIERRE, SD 57501-8501 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WAYNE STENEHJEM ( R ),STATE CAPITOL,600 E. BOULEVARD AVE, DEPT 125,BISMARCK, ND 58505 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAUL J. MORRISON,MEMORIAL HALL, 2ND FLOOR,120 SW 10TH STREET,TOPEKA, KS 66612-1597 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JON BRUNING ( R ),2115 STATE CAPITOL,LINCOLN, NE 68509 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CHARLES C FOTI, JR ( D ),1885 NORTH 3RD ST,BATON ROUGE, LA 70802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DUSTIN MCDANIEL,323 CENTER ST,SUITE 200,LITTLE ROCK, AR 72201 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WA DREW EDMONDSON ( D ),313 NE 21ST STREET,OKLAHOMA CITY, OK 73105 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JULIO A. BRADY,DEPARTMENT OF JUSTICE,GERS COMPLEX 48B-50C KRONPRINDSENS |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | GADE,ST THOMAS, VI 00802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERTO J SANCHEZ RAMOS,POST OFFICE BOX 192,SAN JUAN, PR 00902-0192 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREG ABBOTT ( R ),PO BOX 12548,AUSTIN, TX 78711-2548 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOHN W SUTHERS,1525 SHERMAN ST,7TH FLOOR,DENVER, CO 80203 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK J CRANK ( D ),123 CAPITOL,200 W. 24TH STREET,CHEYENNE, WY 82002 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GARY KING,P.O. DRAWER 1508,SANTE FE, NM 87504-1508 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MIKE MCGRATH ( D ),DEPT OF JUSTICE,PO BOX 201401,HELENA, MT 59620-1401 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LAWRENCE WASDEN ( R ),700 W. STATE STREET,PO BOX 83720,BOISE, ID 83720-0010 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK SHURTLEFF ( R ),UTAH STATE CAPITOL COMPLEX,EAST OFFICE BLDG, SUITE 320,SALT LAKE CITY, UT 84114-2320 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TERRY GODDARD ( D ),1275 W. WASHINGTON ST,PHOENIX, AZ 85007 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CATHERINE CORTEZ MASTO,CARSON CITY OFFICE,100 N CARSON ST,CARSON CITY, NV 89701-4717 |
| STATE ATTORNEYS GENERAL OFFICE | C/O EDMUND BROWN JR.,CA DEPT OF JUSTICE,ATT:PUB INQUIRY UNIT,PO BOX 944255,SACRAMENTO, CA 94244-2550 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MALAETASI M. TOGAFAU,POST OFFICE BOX 7,PAGO PAGO, AS 96799 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK J BENNETT ( R ),425 QUEEN ST,HONOLULU, HI 96813 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ALICIA G. LIMTIACO,287 W. O'BRIEN DR,HAGATNA, GU 96910 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAMELA BROWN,OFFICE OF THE ATTORNEY GENERAL,ADMINISTRATION BUILDING,SAIPAN, MP 96950 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HARDY MYERS ( D ),JUSTICE BLDG,1162 COURT ST, NE,SALEM, OR 97301-4096 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROB MCKENNA,1125 WASHINGTON ST SE,PO BOX 40100,OLYMPIA, WA 98504-0100 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TALIS J. COLBERG,DIAMOND COURTHOUSE,PO BOX 110300,JUNEAU, AK 99811-0300 |

**Total Creditor Count 56**