IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
|    et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | Hearing: March 20, 2008 @ 11:00 a.m. |
|    Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 1st day of July, 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Heather Grimes  
Thomas B. Roisum  
3505 Ellery Circle  
Falls Church, VA 22041  
*Borrower*

                      WHITTINGTON & AULGUR

                      <u>/s/ Kristi J. Doughty</u>  
                      Robert T. Aulgur, Jr.(No.165)  
                      Kristi J. Doughty (No. 3826)  
                      651 N. Broad Street, Suite 206  
                      P.O. Box 1040  
                      Middletown, DE 19709-1040  
                      (302) 378-1661  
                      Attorney for Movant