**EXHIBIT "C"**

ASSIGNMENT OF MORTGAGE WITHOUT COVENANTS IND. OR CORP.
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

KNOW THAT

    American Home Mortgage
    538 Broadhollow Rd
    Melville, NY 11747

assignor,

in consideration of    TEN                     dollars,

paid by

    CitiMortgage, Inc.

assignee,

hereby assigns unto the assignee,
    Mortgage dated     December 23, 2005

made by   Heather Grime & Thomas B. Roisum

to   American Home Mortgage

in the principal sum of $559,100.00    intended to be recorded nearly simultaneously herewith in the Office of the   County Clerk   of the County of   Fairfax  , covering premises commonly known as 3505 Ellery Circle, Falls Church, VA 22041
, which premises are more particularly described in the aforesaid mortgage being assigned herewith.

THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE REAL PROPERTY LAW BECAUSE IT IS AN ASSIGNMENT IN THE SECONDARY MORTGAGE MARKET.

Together with the bond or note or obligation described in said mortgage, and the monies due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the 23rd day of   December 2005

                              BY: American Home Mortgage
                              Ryan Mc Gr____
                              Asst. Secretary

Document No. 961902/Form Name ah100501/(10/97)

| | |
|---|---|
| STATE OF<br>COUNTY OF                                   ss.: | STATE OF   VA<br>COUNTY OF                                   ss.: |
| On the          of              , before me<br>personally came            , to me known to be<br>the individual(s) described in and who executed the foregoing<br>instrument, and acknowledged that          executed the same.<br><br><br>Notary Public | On this  23rd  day of FEBRUARY           , before me<br>personally came              , to me known,<br>who, being duly sworn, did depose and say that (s)he conducts<br>business at  538 Broadhollow Rd<br>          Melville NY 11747<br>that(s)he is the Asst. Secretary of  American Home Mortgage<br>the corporation described in and which executed the foregoing<br>instrument; that (s)he knows the seal of said corporation; that<br>the seal affixed to said instrument is such corporate seal; that it<br>was so affixed by order of the board of directors of said<br>corporation, and that (s)he signed his/her name thereto by like order.<br><br>Notary Public<br><br>Danielle Sterling<br>Notary Public, State of New York<br>No. 01ST6117549<br>Qualified in Kings County<br>Commission Expires November 1, 2009 |
| Assignment of Mortgage<br>WITH COVENANT<br><br>American Home Mortgage<br>AHM Mortgage<br><br>TO | Section:<br>Block:<br>Lot:      33<br>County:  Fairfax |

Document No. 962002/ 962002.prn/ rev. 03/05