**EXHIBIT "D"**

Tax ID No.: 0614-45-0033
Storm water fees: Please verify
Affordable Dwelling Unit: Please verify
(Loudoun & Fairfax only)

### B. Deed(s) of Trust:

Deed of Trust from Heather Grime and Thomas B Roisum to Barbara C Lawrence Trustee(s), dated December 23, 2005 and recorded December 27, 2005 in Deed Book 18078, page 0161, securing American Home Mortgage in the amount of $559,100.00.

Deed of Trust from Heather Grime and Thomas B Roisum to Barbara C Lawrence Trustee(s), dated December 23, 2005 and recorded December 27, 2005 in Deed Book 18078, page 0185, securing American Home Mortgage in the amount of $139,750.00.

### C. Financing Statement(s)/Chancery:

{**}NONE DURING TIME OF SEARCH.

### D. Misc. Liens/Judgments:

{**}NONE DURING TIME OF SEARCH.

### E. Covenants, Conditions and Restrictions:

{**}NONE DURING TIME OF SEARCH.

Omitting any covenant or restriction based on race, color, religion, sex, handicap, familial status or national origin unless and only to the extent that said covenant (a) is exempt under Chapter 42, Section 3607 of the United States Code or (b) relates to handicap but does not discriminate against handicapped persons.

### F. Rights of way/Easements and Reservations:

{**}NONE DURING TIME OF SEARCH.

### G. Easements Per Plat of Subdivision:

{**}NONE DURING TIME OF SEARCH.

### H. Objections:

Rights or claims of parties in possession not shown by the public records.