**EXHIBIT "E"**

ORDERED FOR: Bulk Bulk  
Case 07-11047-CSS   Doc 4938-8   Filed 07/01/08   Page 2 of 7  
DEPT: CL-CUSTOM  
INDEX: 3/9/2008  
FARVV REF #: 2967506  
SERVICE PERFORMED: Exterior

## CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | | DIST FROM SUBJECT |
|---|---|---|---|---|
| HEATHER | 0012281956 | | | 10.6 Miles |
| ADDRESS | | CITY | STATE | ZIP |
| 3505 ELLERY CIRCLE | | FALLS CHURCH | VA | 22041 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS**

### VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 439,000 | $ 439,000 | 90-120 Days |
| AS-REPAIRED | $ 439,000 | $ 439,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

### LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|---|
| | | MISSY HILLENBRAND | 703 674 1210 |
| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM   TO | LISTING FINANCE TERMS |
| $ | $ 449,900 | 12/7/2007   unk | |

LISTING COMMENTS

### SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| Townhouse | Colonial | 3 | Excellent | FLOOD PLAIN? | No |
| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | | EARTHQUAKE ZONE? | No |
| MAIN 540  UP 1080 | 7   3   3.5 | SQ FT   % FINISHED | | OBSERVED ENVIRONMENTAL ISSUES? | No |
| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | | | |
| 0.05 | 1 CAR Gar Att | Good | | | |
| POOL   FIREPLACE | WATER   SEWER/SEPTIC | TYPE HEAT | | OBSERVED CASUALTY LOSS (FIRE)? | No |
| None | Public   Sewer | | | | |

EXTERIOR IMPROVEMENTS  MOBILE HOME MAKE/MODEL/VIN (If Applicable)

EXTERIOR COMMENTS  
NEWER CONSTRUCTION 1ST LEVEL BRICK FRONT WD FRAME SIDING ABOVE

INTERIOR COMMENTS (Interior Orders)

### COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

**EXTERIOR**

| DEBRIS REMOVAL | $ | SIDING/PAINT | $ |
|---|---|---|---|
| STRUCTURAL | $ | ROOF | $ |
| WINDOWS | $ | LANDSCAPING UNK | $ |
| OUTBUILDINGS | $ | OTHER | $ |

EXTERIOR REPAIR COMMENTS

**INTERIOR**

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $   0**

### EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |
| MOLD/MILDEW | | MOLD/MILDEW COMMENTS | | | | | |

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments)  
No

EASEMENTS (If Yes, See Subject Description and Condition Comments)  
No

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| No | No | No |
| ENGINEER | STRUCTURAL | ROOF |
| No | No | No |
| OTHER | | |

### ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|

MONTHLY ESTIMATE OF UTILITY COST $   OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC)

**HOA INFO (If applicable)**

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 60 | | | SNOW REMOVAL PLAY |
| CONTACT | | | PHONE |
| ADDRESS | | | |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
THE NEIGHBORHOOD CONSIST OF TOWN HOMES. INFRASTRUCTURE IS CONGESTED

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | WHY? |
|---|---|
| No | |

| FINANCING REQUIRED TO SELL SUBJECT | SPECIAL FINANCING PROGRAMS AVAILABLE |
|---|---|
| Yes | |

| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA | CONV |
|---|---|---|
| | Yes | Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN |
|---|---|---|
| Declining | Yes | |

| PRESENT NUMBER OF MARKET AREA LISTINGS | PRICE RANGE |
|---|---|
| 3 | FROM $ 386,000   TO $ |

| PRESENT NUMBER OF COMPARABLE LISTINGS | PRICE RANGE |
|---|---|
| 3 | FROM $ 386,000   TO $ 430,000 |

| AVG MKT TIME UNSOLD LISTINGS | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) |
|---|---|
| 204 | |

| AVG MKT TIME SOLD LISTINGS |
|---|
| 98 |

| IS THERE NEW HOME CONSTRUCTION? | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS |
|---|---|
| Yes | SAME AS SUBJECT |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6080 MADISON POINTE CT | 0.36 | $ 395,900 | 39 | UP 759 MAIN 759 BSMT 720 GLA 1,518 | TOT RMS 6 BDRMS 3 BATHS 3 | Good | 9 | 0.02 |

UNDER CONTRACT END UNIT TOWN HOUSE HRD WD FLRS SHOWS WELL BANK OWNED

| 2 | 3515 ELLERY CIRCLE | 0.1 | $ 419,000 | 77 | UP 1080 MAIN 540 BSMT GLA 1,620 | TOT RMS 7 BDRMS 4 BATHS 3.5 | Excellent | 3 | 0.05 |

BANK OWNED UNER CONTRACT SHOWS WELL

| 3 | 3576 ELLERY CIRCLE | 0.25 | $ 430,000 | 201 | UP 1080 MAIN 540 BSMT GLA 1,620 | TOT RMS 7 BDRMS 3 BATHS 3.5 | Excellent | 3 | 0.03 |

BANK OWNED UNDER CONTRACT SHOWS WELL HRD WD FLRS GOURMET KIT GRAITE CENTER ISLAND UPGRADED APPLIANCES

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3678 MADISON WATCH WAY  SALE DATE 03/07/2008 | .05 | LIST $ 448,888  SALE $ 420,000 | 280 | UP 1208 MAIN 604 BSMT 700 GLA 1,812 | TOT RMS 7 BDRMS 4 BATHS 3.5 | Good | 6 | 0.02  DATA SOURCE MLS |

CHERRY CAB CORIAN CENTER ISLAND HRD WD FLRS MAIN GAS FP SHOWS WELL

| 2 | 3553 ELLERY CIRCLE  SALE DATE 02/15/2008 | .01 | LIST $ 459,900  SALE $ 420000 | 225 | UP 1080 MAIN 540 BSMT GLA 1,620 | TOT RMS 7 BDRMS 4 BATHS 3.5 | Good | 3 | 0.05  DATA SOURCE MLS |

BANK OWNED END UNIT GAS FP HRD WD FLR SS APPLIANCES GRANITE

| 3 | 6100 MADISON POINTE CT  SALE DATE 02/25/2008 | 0.37 | LIST $ 455,900  SALE $ 444,900 | 109 | UP 506 MAIN 506 BSMT 506 GLA 1,012 | TOT RMS 7 BDRMS 3 BATHS 3 | Good | 8 | 0.02  DATA SOURCE MLS |

BANK OWNED MANY UPGRADES HRD WD FLR THROUGHOUT GOURMET KIT BRICK PATIO FP

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| Townhouse | Colonial | | Vacant |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Depressed | Declining | Declining | Owner | 0 to 5% | none | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL. SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| SUBJECT IS NEWER CONSTRUCTION AND IN CONVINIENT AREA | None |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6 % | $ 27,540 | $ 6,000 | $ 450 | $ 12,000 | $ 5,598 | $ 0 |

*First American*
*Residential Value View*

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012281956 | 030714JB | 2967506 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| HEATHER | 3505 ELLERY CIRCLE | FALLS CHURCH, VA  22041 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject - Other
side view



**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012281956 | 030714JB | | 2967506 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| HEATHER | 3505 ELLERY CIRCLE | FALLS CHURCH, VA  22041 | |
| PHOTOS COMMENT | | | |

Street View



Sold 1 (3678 MADISON WATCH WAY)



Sold 2 (3553 ELLERY CIRCLE)





*First American*
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012281956 | 030714JB | 2967506 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| HEATHER | 3505 ELLERY CIRCLE | FALLS CHURCH, VA 22041 |
| PHOTOS COMMENT | | |

Sold 3 (6100 MADISON POINTE CT)



## Source One Services Corporation
NATIONWIDE PROPERTY VALUATION SERVICES

Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012281956 | 030714JB | | 2967506 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| HEATHER | 3505 ELLERY CIRCLE | FALLS CHURCH, VA 22041 | |



Map Scale: 1 Inch = 0.06 Miles

**Subject Property**
3505 ELLERY CIRCLE
FALLS CHURCH, VA 22041

**❶ Comp. Listing 1**
6080 MADISON POINTE CT
FALLS CHURCH, VA 22041

**❷ Comp. Listing 2** (Unable To Map)
3515 ELLERY CIRCLE
FALLS CHURCH, VA 22041

**❸ Comp. Listing 3** (Unable To Map)
3576 ELLERY CIRCLE
FALLS CHURCH, VA 22041

**❶ Closed Sale 1** (Unable To Map)
3678 MADISON WATCH WAY
FALLS CHURCH, VA 22041

**❷ Closed Sale 2** (Unable To Map)
3553 ELLERY CIRCLE
FALLS CHURCH, VA 22041

**❸ Closed Sale 3**
6100 MADISON POINTE CT
VA 22041