**EXHIBIT "C"**

Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV

When Recorded Mail To:
Five Star Service Corporation
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240

139-03-412-192

Loan No.: 0012312372  Investor No.
TS No: 08-74699-N / 3672394

**Receipt/Conformed Copy**
Requestor:
TITLE COURT SERVICE INC
04/02/2008 14:06:58  T20080055501
Book/Instr: 20080402-0002251
Assignment    Page Count: 2
Fees: $15.00   N/C Fee: $25.00

Debbie Conway
Clark County Recorder

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:
**CITIMORTGAGE, INC.**
all beneficial interest under that certain Deed of Trust dated: **05/24/2006** executed by **ELOY BELTRAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor(s), to **CHICAGO TITLE**, as Trustee, and recorded as Instrument No. **0000859**, on 05/30/2006, in Book **20060530**, Page    of Official Records, in the office of the County Recorder of **Clark** County, **Nevada**, describing land therein as: More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Loan No.:  
TS No: 08-74699-N

Investor No.

Date: 4-1-08

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
AARON MENNE, ASSISTANT VICE PRESIDENT

STATE OF MISSOURI  
COUNTY OF ST CHARLES

On 4-1-08 before me, JAMES D. AGEE, JR. Personally appeared, AARON MENNE, ASSISTANT VICE PRESIDENT who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Missouri that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Officer                                             (Seal)

NOTARY PUBLIC  
JAMES D. AGEE, JR.  
STATE OF MISSOURI  
SEAL

JAMES D. AGEE, JR.  
Notary Public - State of Missouri  
St. Charles County  
My Commission Expires July 18, 2008