**EXHIBIT "D"**

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

4. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $14,495.00, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED MAY 30, 2006 IN BOOK 20060530 AS INSTRUMENT NO. 0000860 OF OFFICIAL RECORDS.

DATED: MAY 24, 2006.
TRUSTOR: **ELOY BELTRAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY.**
TRUSTEE: **CHICAGO TITLE.**
BENEFICIARY: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR**
LENDER: **AMERICAN HOME MORTGAGE.**

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST **AMERICAN HOME MORTGAGE** AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER **07-11047.**

**NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.**