**EXHIBIT "E"**

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 3/27/2008 | 3025890 |
| | | | SERVICE PERFORMED |
| | | | Exterior |

## CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| ELOY BELTRAN | 0012312372 | | 3 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 4023 HOLLIS ST | NORTH LAS VEGAS | NV | 89032 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS**: QC: Subject information matches with the RealQuest. Photos completed.

### VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 228,000 | $ 228,000 | 90-120 Days |
| AS-REPAIRED | $ 228,000 | $ 228,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

### LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | | |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ 289,900 | $ | | unk | |

LISTING COMMENTS

### SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Ranch | 6 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|
| MAIN 1719  UP 0 | 6  3  2 | 0 SQ FT    0% FINISHED | OBSERVED ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | | |
|---|---|---|---|---|
| 0.150 | 2 CAR Gar Att | Good | | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| None | | Public | Sewer | | | |

| EXTERIOR IMPROVEMENTS | MOBILE HOME MAKE/MODEL/VIN (If Applicable) |
|---|---|
| PORCH | |

EXTERIOR COMMENTS: maintained home, close to shopping and exspressway

INTERIOR COMMENTS (Interior Orders)

### COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

**EXTERIOR**

| DEBRIS REMOVAL | | | SIDING/PAINT | | |
|---|---|---|---|---|---|
| | None | $ 0 | | None | $ 0 |
| STRUCTURAL | None | $ 0 | ROOF | | $ |
| WINDOWS | None | $ 0 | LANDSCAPING | None | $ 0 |
| OUTBUILDINGS | None | $ 0 | OTHER | | $ |

EXTERIOR REPAIR COMMENTS

**INTERIOR**

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $ 0**

### EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

| MOLD/MILDEW | MOLD/MILDEW COMMENTS |
|---|---|
| | |

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | No | Yes |
| ENGINEER | STRUCTURAL | ROOF |
| Yes | Yes | Yes |
| OTHER | | |

### ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| | | |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|

**HOA INFO (If applicable)**

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| CONTACT | | | PHONE |
| ADDRESS | | | |

| PAGE 1 OF 2  FARVV, 2003 | REP NAME/FIRM/PHONE | | DATE |
|---|---|---|---|
| 3025890 | SHERRIN TYLER | (702)808-7859 | 3/27/2008 |

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 3/27/2008 | 3025890 |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
maintained, close to shopping and exspressway

**WILL THE PROPERTY BECOME A PROBLEM FOR RESALE?** No
**WHY?**

**FINANCING REQUIRED TO SELL SUBJECT** Yes
**SPECIAL FINANCING PROGRAMS AVAILABLE** fha, va conventional

**INDICATE FINANCING SUBJECT WILL QUALIFY FOR** — FHA/VA Yes   CONV Yes

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required -- use most comparable available)

**NEIGHBORHOOD TREND IS:** Declining
**IS THERE A SEASONAL MARKET?** Yes
**EXPLAIN:** summer is a busier time

**PRESENT NUMBER OF MARKET AREA LISTINGS:** 8   **PRICE RANGE FROM** $100,000 **TO** $
**PRESENT NUMBER OF COMPARABLE LISTINGS:** 6   **PRICE RANGE FROM** $100,000 **TO** $200,000

**AVG MKT TIME UNSOLD LISTINGS:** 120
**TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC):** seller to pay a portion of the buyers costs
**AVG MKT TIME SOLD LISTINGS:** 120

**IS THERE NEW HOME CONSTRUCTION?** No
**PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS:**

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 333 COPELAND CT | 0.14 | $176,000 | 48 | UP 0 / MAIN 1719 / BSMT 0 / GLA 1,719 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Good | 7 | 0.150 |
| | CARPET, DESERT, DRYWALL | | | | | | | | |
| 2 | 426 HOPEDALE AVE | 0.24 | $179,900 | 63 | UP 0 / MAIN 1719 / BSMT 0 / GLA 1,719 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Good | 6 | 0.140 |
| | VINYL, DESERT, BLINDS | | | | | | | | |
| 3 | 325 FOXVALE AVE | 0.05 | $184,900 | 19 | UP 0 / MAIN 1818 / BSMT 0 / GLA 1,818 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Good | 6 | 0.140 |
| | VINYL, LAWNFR, DRYWALL | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required -- use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE / SALE PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 317 FOXVALE AVE / SALE DATE 03/21/2008 | 0.04 | LIST $199,900 / SALE $200,000 | 47 | UP 0 / MAIN 1485 / BSMT 0 / GLA 1,485 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Good | 6 | 0.140 / DATA SOURCE MLS |
| | MMW, DESERT, SHUTTRS | | | | | | | | |
| 2 | 330 FOXVALE AVE / SALE DATE 07/24/2007 | 0.06 | LIST $246,900 / SALE $240,000 | 102 | UP 0 / MAIN 1719 / BSMT 0 / GLA 1,719 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Good | 7 | 0.140 / DATA SOURCE MLS |
| | CERAMIC, DESERT, BLINDS | | | | | | | | |
| 3 | 4106 HOLLIS ST / SALE DATE 09/25/2007 | 0.08 | LIST $259,000 / SALE $244,000 | 137 | UP 0 / MAIN 1848 / BSMT 0 / GLA 1,848 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Excellent | 6 | 0.140 / DATA SOURCE MLS |
| | MMW, BUBDRIP, BLINDS | | | | | | | | |

## BPO ADDENDUM

**PROPERTY TYPE:** SFD   **STYLE:** Ranch   **OCCUPANT'S NAME (IF KNOWN):**   **OCCUPANCY STATUS:** Occupied By Unknown

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Slow | Stable | Declining | Owner | 5 to 10% | 5 to 10% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

**AS-IS:** PRICE AND NET TO SELLER
**AS-REPAIRED:** PRICE AND NET TO SELLER

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6% | $13,680 | $1,000 | $300 | $200 | $2,100 | $200 |



**First American Residential Value View**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312372 | 032513JB | 3025890 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| ELOY BELTRAN | 4023 HOLLIS ST | NORTH LAS VEGAS, NV  89032 |
| PHOTOS COMMENT | | |

Subject Front



Subject Front



Subject House Number



Account #: 0012312372    Tracking #: 032513JB



**First American Residential Value View**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312372 | 032513JB | 3025890 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| ELOY BELTRAN | 4023 HOLLIS ST | NORTH LAS VEGAS, NV  89032 |

PHOTOS COMMENT

Sold 1 (317 FOXVALE AVE)



Sold 2 (330 FOXVALE AVE)



Sold 3 (4106 HOLLIS ST)





First American Residential Value View

# SourceNet™                                                                   Map

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312372 | 032513JB | 3025890 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| ELOY BELTRAN | 4023 HOLLIS ST | NORTH LAS VEGAS, NV 89032 |



Map Scale: 1 Inch = 0.06 Miles

**⚑ Subject Property**
4023 HOLLIS ST
NORTH LAS VEGAS, NV 89032

**❶ Comp. Listing 1**
333 COPELAND CT
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.14 Miles

**❷ Comp. Listing 2**
426 HOPEDALE AVE
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.24 Miles

**❸ Comp. Listing 3**
325 FOXVALE AVE
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.05 Miles

**❶ Closed Sale 1**
317 FOXVALE AVE
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.04 Miles

**❷ Closed Sale 2**
330 FOXVALE AVE
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.06 Miles

**❸ Closed Sale 3**
4106 HOLLIS ST
NV 89032
Dist From Subject: 0.08 Miles