

DEPARTMENT OF THE ARMY
VICENZA DENTAL COMMAND
VICENZA, ITALY 09630

REPLY TO
ATTENTION OF

FILED
2008 JUN 26 AM 9: 11
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

MCDC-ELU-VZ                                              10 JUN 2008

MEMO FOR: REORGANIZATION DEPARTMENT — AMERIPRISE

SUBJECT: RESPONSE TO AHM LOSS

1. I HAVE RETURNED FROM A DEPLOYMENT TO IRAQ AND AM TARDY IN SENDING IN MY PAPERWORK. I JUST OPENED THE LETTER UP 4 JUNE '08.

2. PLEASE FORGIVE MY TARDINESS. NO, I DO NOT WANT TO DISQUALIFY FOR LOSS OF $4,230. I AM FIGHTING FOR A COUNTRY THAT HOLDS PEOPLE ACCOUNTABLE FOR THEIR ACTIONS. I DO NOT EXPECT THE ENTIRE AMOUNT BACK, BUT SOMETHING TO GIVE ME FAITH IN THE INVESTMENT WORLD AND KNOW THAT WHAT I AM FIGHTING FOR COUNTS.

3. THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER. SOMETIMES VOLUNTEERING FOR YOUR COUNTRY PUTS YOU @ A DISADVANTAGE, BUT THE TRADE-OFF IS WELL WORTH IT.

3. POC IS THE UNDERSIGNED @ JAMES.HOUSTON2@AMEDD.ARMY.MIL

JAMES P HOUSTON
COL, DC
DEPUTY COPMMANDER

Account: History

Page 1 of 2

**Ameriprise Financial**

View another site: Select Site

### Ameriprise Brokerage

**Main Menu** | **Your Account** | **Trading** | **Transfer Money** | **Tools & Research**

Symbol Lookup and Multiple Quotes

Get Quote — Enter Symbol

Jun 17 2008 17:01:14 ET    Help

### Account History

Select a View: History

Select an Account:
HOUSTON JA (14882336)

transaction type
All

| start date | end date | symbol |
|---|---|---|
| 01/01/99 | 12/31/07 | AHM |

Dates From (MM/DD/YY)

Note: Leave dates blank to view last 30 days of history. Transactions over 30 days will require extra processing time.

| Date | Trade Date | Settle Date | Acct. Type | Trans | Qty. | Description | Symbol/ CUSIP | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/07 | 07/31/07 | Cash | ORD DIV | | | CXL ENTRY | AHM | | -70.00 |
| 07/27/07 | 07/27/07 | Cash | ORD DIV | 100 | | AMRN HOME MTG 100 | AHM | | 70.00 |
| 04/27/07 | 04/27/07 | Cash | ORD DIV | 100 | | AMRN HOME MTG 100 | AHM | | 112.00 |
| 03/14/07 | 03/19/07 | Cash | SELL | -100 | | AMERICAN HOME MORTGAGE INVT | AHM | 22.2000 | 2,215.93 |
| 02/15/07 | 02/21/07 | Cash | BUY | 200 | | AMERICAN HOME MORTGAGE INVT | AHM | 32.2100 | -6,446.00 |

hoss
# 4230.00