UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          ) Chapter 11
                                                ) Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          ) (Jointly administered)
A Delaware corporation, et al.                  )
                                                )
                                                ) Obj. Deadline: July 10, 2008 at 4:00 p.m.
            Debtors.                            ) Hearing Date: July 17, 2008 at 2:00 p.m.
                                                )

## NOTICE OF MOTION OF INDIVIDUAL BRUD ROSSMANN FOR RELIEF FROM STAY UNDER LOCAL RULE 4001-1(a)

**TO:** Parties listed on the Certificate of Service

Brud Rossmann, as individual, and pro se plaintiff in the pending Federal court litigation, Rossmann v. Lazarus et al, 1:08cv316, Eastern District of Virginia (filed April 1, 2008), has filed a "Motion of Brud Rossmann for Relief from Stay and Supporting Memorandum of Law" which seeks the following relief: Relief from the automatic stay to pursue his pending Eastern District of Virginia litigation against American Home Mortgage (AHM)[1], outside the Bankruptcy Court's jurisdiction, and without the filing of a proof of claim in the instant proceeding.

**HEARING ON THE MOTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five (5) business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant, appearing pro se:
Brud Rossmann
Attorney at Law
114 Jefferson Heights
Number 4
Catskill, NY 12414
(518) 719-1742

---

[1] American Home Mortgage (AHM) is defined to include both the named defendant "American Home Mortgage Corp" (named defendant in the Eastern District of Virginia) and all other Debtors part of the jointly administered proceeding No. 07-11047, as potential future, additional defendants in the EDVA litigation.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as the value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 26, 2008
Catskill, New York

Respectfully submitted,

*/s/ Brud Rossmann, 6/26/08*

Brud Rossmann,
**Appearing Pro Se**
*Attorney at Law*
114 Jefferson Heights
Number 4
Catskill, NY 12414
(518) 719-1742