**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT A1

Subj: **RE: Financing of Courtland Homes house**
Date: 3/9/00 3:58:13 PM Eastern Standard Time
From: kclarke@roslynnational.com (Clarke, Kelvin)
To: BRRossmann@aol.com ('BRRossmann@aol.com')

The second can be locked only within 60 days of closing. Currently rates are running between 10.25 to 11% depending on credit score.You can choose 15yr fixed or 30 yr amortization with a 15 yr call. Rates may go up soon . You may want to lock

-----Original Message-----
From: BRRossmann@aol.com [mailto:BRRossmann@aol.com]
Sent: Thursday, March 09, 2000 1:10 PM
To: kclarke@roslynnational.com
Subject: Re: Financing of Courtland Homes house

In a message dated 3/9/00 12:18:11 PM Eastern Standard Time, kclarke@roslynnational.com writes:

<< I just faxed over the closing estimate. Call me to lock in,rates change daily.You can lockl over the phone.(705-6281 voice pager) >>
What's the rate on the second trust? Length?

Also, if you could fax something indicating that there's no prepayment penalty on both trusts, that would be great. Thx.

J Rossmann
L Investments
22000 AOL Way, HQ308
Dulles, VA 20166-9323
Tel: 703-265-3842
Fax: 703-265-3925

BRR 2/20/06

----------------------- Headers -----------------------
Return-Path: <kclarke@roslynnational.com>
Received: from rly-zd03.mx.aol.com (rly-zd03.mail.aol.com [172.31.33.227]) by air-zd01.mail.aol.com (v69.17) with ESMTP; Thu, 09 Mar 2000 15:58:13 -0500
Received: from smtp.roslynnational.com (163.160.42.211.208.in-addr.arpa [208.211.42.163]) by rly-zd03.mx.aol.com (v69.17) with ESMTP; Thu, 09 Mar 2000 15:57:54 -0500
Received: by smtp.roslynnational.com with Internet Mail Service (5.5.2650.21)
id <GM39GCMY>; Thu, 9 Mar 2000 15:57:18 -0500
Message-ID: <CCA64E79155ED2118A6100A0C9D8024CAE87EE@smtp.roslynnational.com>
From: "Clarke, Kelvin" <kclarke@roslynnational.com>
To: "'BRRossmann@aol.com'" <BRRossmann@aol.com>
Subject: RE: Financing of Courtland Homes house
Date: Thu, 9 Mar 2000 15:57:09 -0500
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2650.21)
Content-Type: text/plain;
charset="iso-8859-1"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT A2

From: KClarke@americanhm.com (Kelvin Clarke)
To: BRRossmann@aol.com ('BRRossmann@aol.com')

Mtg rates have gone up the last 3 cuts. I wouldn't count on much.

-----Original Message-----
**From:** BRRossmann@aol.com [mailto:BRRossmann@aol.com]
**Sent:** Wednesday, May 09, 2001 2:30 PM
**To:** Kelvin Clarke
**Cc:** brossmann@erols.com
**Subject:** Re: FW: Rossman loan -- sold to Alliance

Exhibit 7 of 38
Rossmann - [illegible]
Date: 5 / 8 / 08

In a message dated 5/9/2001 11:04:12 AM Eastern Daylight Time, KClarke@americanhm.com writes:

Jeanine,
This loan was sold to Alliance. We previously had a problem regarding taxes (that was a previous e-mail and I believe it is now resolved). Apparently, now the payments the borrower made were not forwarded to Alliance and it has impacted the borrowers credit. Enough that it may negatively effect his ability to refinance with us. We are actively working with the borrower to refinance. We pulled his credit.

Please check into this and see if his payments as noted at the end of this e-mail have been forwarded to Alliance, and if we have contacted the credit bureaus to correct his ratings. In Virginia after 2 months of non payment Alliance could foreclose and this would be costly to AHM to pay for fees as well as to make right.

Obviously, the borrower is concerned about dealing with us at this point which is justafiable.

Please let Kelvin and I know asap.
Thanks.
Nancy Fortune
Vienna Operations Manager

Thx for the heads up. I AM anxious to get this resolved and refinance. The Fed will likely cut rates 50 basis points on 5/14, another 25 points over following weeks. What do you see in store for mortgage rates?

[illegible]d Rossmann
[illegible]L Time Warner Ventures

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | (Jointly administered) |
| A Delaware corporation, et al. | ) | |
| | ) | Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) | |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT A3



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Rec'd 3/23/06
3/23/06
1) Rec'd today

MAR 2 2 2006

Brud Rossman
3636 16th Street, NW Apt. A583
Washington, DC 20012

Re: Case Control # 03-2006-00319
Tax Year 2001

Dear Mr. Rossman:

This is in further response to your Freedom of Information Act (FOIA) request dated November 18, 2005.

We wrote to you on February 17, 2006 asking for more time to process your request for Internal Revenue Service records. We are continuing to process your request. If we are unable to respond by April 27, 2006 we will contact you and inform you of the status of your case.

We are sorry for any inconvenience the delay may cause. The additional time is needed for the retrieval of the 2001 administrative file. We have input a second request for the 2001 administrative file. Upon receipt of this file we will review the documents and provide releasable copies to you.

Notice 393, enclosed, explains your appeal rights.

If you have any questions, please refer to case number 03-2006-00319 and contact Mrs. Brewer, ID# 52-00586, of my staff, at (410) 962-9200.

Sincerely,

Joan D. McClean

Joan D. McClean
Disclosure Manager, Baltimore

Enclosure

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT B

REDACTED REDACTED REDACTED

APRIL 9, 2006

(ROSSMAN

(3636 16TH

(APT. A-563)

/386-8223

ADDRESSEE:

ATTN: KEVIN CLARKE, SENIOR LOAN OFFICER
ROSLYN NATIONAL MORTGAGE / AMERICAN HOME MORTGAGE CORP.
1604 SPRING HILL ROAD, SUITE 110
VIENNA, VA 22182

703-917-0575, EXT. 111 (TELEPHONE)

MR CLARKE:

AS FOLLOW-ON TO MY VERY RECENT INQUIRY FOR LOAN HISTORY, ACCOUNT STMT., RELATED RECORDS FOR Y2000 ORIGINAL HOME-PURCHASE MORTGAGE-FINANCING, I WRITE NOW FOR SIMILAR RECORDS FOR THE Y2001 PERIOD COVERING THE RE-FINANCING CLOSING WITH AHM ON 7/23/01 (LOAN/ACCT/OTHER REF. NOs. APPEAR IN HEADER ABOVE). AT YOUR EARLIEST CONVENIENCE, PLEASE FORWARD THE FOLLOWING DOCUMENTATION (DOCS) CRITICAL FOR IRS/OTHER TAX-RETURN FILINGS, ETC.:

(1)- IRS INFO-RETURNS, FORMS 1098, 1099-S, ETC. FOR YEARS 2000-2005

(2)- RESPA-REQUIRED ANNUAL ESCROW ACCOUNT STATEMENTS, YEARS 2000-2005

(3)- LOAN HISTORIES, YEARS 2000-2005, FOR (A) TWO (2) ROSLYN NAT'L MORT. LOAN ACCOUNTS: (i) "313422" (ii) "314058", AND (B) THREE (3) AMERICAN HOME MORT. LOAN ACCOUNTS: (i) "78335" (ii) "78338" (iii) "112404"

(4)- RE-FINANCING LOAN APPLICATION DOCS: (i) INITIAL/REVISED GOOD-FAITH ESTIMATE (GFE), HUD-1-FORM-BASED, BESIDES THE ATTACHED 3/9/01 (ATT- 1B-7B)

REDACTED

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | (Jointly administered) |
| A Delaware corporation, et al. | ) | |
| | ) | **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) | |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT C

(AHM) AHM RNM / AHM

9:15 A.M.

K. CLARKE - 5/9/06 - HAS NO RECORDS

- ROSLYN NAT'L BANK - IN MELVILLE, NY
- ~~NOT RNM SINCE 2000~~
- AMER. HOME MORT - HIS OPERATION ACQ'D BY AHM 2000

~~700~~

→ 877-304-3100, TELL THEM WANT RECORDS - "MIGHT GIVE SSN"

ADDR - 520 BROADHOLLOW ROAD

ATTN: CREDIT FILES

MELVILLE, NY 11747

- "I LEFT YOU A MSG; (DID YOU GET IT?) (I DIDN'T GET IT YET)"
- NOTHING IN [THEIR] FILE - ONCE LOANS CLOSED, SHIPPED THE NEXT DAY TO NEW YORK"

JULIE MARCO(?) MARK TELLE NO LONGER AT RNM/AHM

- ONCE ACQUIRED BY AHM "HAS HAD NO DEALINGS WITH ROSLYN FOR LAST SIX YEARS"

STRONGLY IMPLIED/STATED RNM OPS SEPARATE FROM AHM OPS, ~~AND THAT~~ RNM RECORDS NOT OBTAINABLE FROM AHM " - BUT ONLY POSSIBLY FROM ROSLYN NAT'L BANK - HAD NO ADDRESS/PHONE FOR RNB - "CALL INFO IN MELVILLE, NY"/SIMILAR.

5/4/06 TICRM - CHECKED V/M ALSO AS K.C. SAID "LEFT ME A MSG" - (1) K CLARKE - HAS CONT'D RECORDS TO CORRESP. FROM ME, NO LONGER ROSLYN MORTGAGE - "CAN CALL THEM IN NY" - "JUST AMERICAN HOME MORTGAGE"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | (Jointly administered) |
| A Delaware corporation, et al. | ) | |
| | ) | **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) | |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT D



1218
TIME: 1210 P.M.
5/9/06, 10 AM CALL TO AHM RE
1 - RECORDS 2000 →
2 - TAX FORMS - 1098s, ETC.
3 - RE-FI (2001) DOCS
PER K. CLARKE: 877-304-3100
→ 1f LOAN LOAN INFO + EXTN MUST HAVE SSN + LOAN # AVAIL.
5, 7 ⇒ PRESSED "7" FOR A "TAX" SPECIALIST" -
ON HOLD 1218 PM - PM
SPOKE
"LACHAUN" - NO EID.
877-304-3100 - CUST. SVC
"HIT "0" TWICE" TO GET CUST. SVC.
IN CUST SVC
THEN XFORMED
PUT ON HOLD "NAVA" - EXT. 7248
"SERGIO" - EID #: - NONE
TO CUST. SVC.
PER LACHAUN
→ TOLD HIM LOOKING FOR 1098s + ESCROW STMTS + ___. FOR - GAVE HIM:
"78335" (2006) + "127470885 + NAME,
78338 (2000)
112464 (2001)
"SSN PULLED UP NOTHING"
78335 BY NAME,
END (2:54 PM)

P. 2 OF 2, AHM CALL
5/9/06, 1216 PM

→ "BY NAME - PULLING UP NOTHING" (BOTH SPELLINGS LAST NAME)

→ RESEARCH DEPT.: "YOU CANNOT TALK TO RESEARCH DEPT. IF WE HAVE SUCH A DEPT." -- I ASKED 3 TIMES FOR THIS DEPT'S ADDRESS/CONTACT INFO; NOTING OLDER LOANS, ETC.

→ PUT ON HOLD AGAIN 1231 — ( ___ MIN.) AFTER HE TRIED MY SSN A 2ND TIME — APPAR. NOTHING PULLED UP AGAIN - FOUND 3 LOAN #S IN OUR SYSTEM!!

1) "712404"
2) "72338"
3) "78335"

→ "ALL HAD 4 ZEROS IN FRONT" (CONF'D TWICE)

0000

ALSO CAN'T GET INTO SYSTEM BY LOAN #S AS SSN #S / MY NAME / WHAT ABOUT PROP. ADDR.?

→ CONF'D PROPERTY ADDRESS AS "2321 SAWTOOTH OAK CT"

→ GAVE MY PHONE # TO CALL BACK W/ LOAN #, 1098, ESCROW STMT, WILL TRY TO PROVIDE
- 1098
- ESCROW STMT
- PAYOFF DOCUMENTATION -
- RELEASE OF LIEN

(202-386-9223)

(CONF'D 3 TIMES) MY CALLBACK #

[ WILL CALL ME BACK TODAY RE STATUS - I'D PROBABLY BE CHECKING IF NEEDED

1241 END CALL

1241 END (25 MIN)

BMK - 5/9/06

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | (Jointly administered) |
| A Delaware corporation, et al. | ) | |
| | ) | **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) | |

## MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT E

**Internal Revenue Service**

**Department of The Treasury**

**Date:** June 7, 2006

**Address and reply to:**
Appeals Office, Fresno Campus
5045 E. Butler Ave. M/S 55201
Fresno, CA 93888-0700

**Person to Contact:**
Stephen Armi #78-00023
**Contact Telephone Number:**
(559) 452-3122 (Office)
(559) 452-3266 (Fax)

**In Re:**
Freedom of Information Appeal
**Case Number:**
03-2006-00319

Brud Rossmann
3636 16th Street NW
Washington, DC 20010

Dear Mr. Rossmann:

This letter is our acknowledgement that on May 24, 2006 we received your Freedom of Information Act (FOIA) administrative appeal, dated May 13, 2006. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

Due to our current inventory of cases, it may be several weeks before we will have an opportunity to review the pertinent search efforts of the Baltimore Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your case and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

Marge Field

Marge Field
Appeals Team Manager

Encl: Publication 4227

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) |

## MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT F

BRR – 6/17/06
OS Rec'd 7/01/4

**Internal Revenue Service**

**Date:** JUN 1 4 2006

Brud R. Rossmann
3636 16th Street, NW, Apt. A-563
Washington, DC 20010

**Department of the Treasury**

**Address and reply to:**
Appeals Office, Fresno Campus
5045 E. Butler Ave. M/S 55201
Fresno, CA 93888-0700

**Person to Contact:**
Stephen Armi #78-00023
**Contact Telephone Number:**
(559) 452-3122 (Office)
(559) 452-3266 (Fax)
**In Re:**
FOIA Appeal
**Case Number:**
03-2006-00319

Dear Mr. Rossmann:

This letter is in response to your May 13, 2006 Freedom of Information Act (FOIA) appeal of the April 11, 2006 response of the Baltimore Disclosure Office to your November 18, 2005 request for copies of returns, [redacted] and reporting documents relating to your 2001 return.

[redacted]

The Disclosure Office responded on March 22, 2006 that they were unable to secure your administrative file for the 2001 tax year and were in the process of making a 2nd attempt to secure it. [redacted]

[redacted] In their final April 11, 2006 letter, the Disclosure Office stated that they were not successful in retrieving your 2001 administrative file and had no additional documents to provide.

At the same time that the Disclosure Office was searching for your administrative file, your file was [redacted]

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) |

## MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT G1



## Casualty Loss - Real Estate Property

BRR-3/5/07 (1) REC'D TODAY (2) FROM 12/06 CL-2 AMT. (3) ALLIANCE UNRL. LIEN CL-2 / CL-21 PART B

| Per Return | Per Exam | Adjustment |
|---|---|---|
| 0 | 15,222 | 15,222 |

Taxpayer sold real estate property in 2003. Due to a delay in *the closing and unreleased liens on the property, the taxpayer* sustained expenses and loss of saleability of the property. Taxpayer documented loss as follows:

| Loss | Amount |
|---|---|
| Delay: | |
| Astoria - int exp | 3,284.00 |
| Chase Mtg. - int exp | 903.00 |
| MBCC penalties | 410.00 |
| MBCC - HE line int | 388.00 |
| Asoria - late charges | 131.00 |
| hae Mtg.-late charges | 106.00 |
| *Cloudy Title: | |
| Unreleased liens | 10,000.00 |
| Total | 15,222.00 |

Exhibit 19 of 38
Rossmann - [illegible]
Date: 5 / 6 / 08

* Cloudy title calculation is subjective. There was an unreleased lien on the property for approximately $420,000 which the taxpayer documents. This lien would have definitely caused some prospective buyers to question the value of the property and adversely effect its marketability.

402-2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) |

## MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT G2

BRR 5/7/08 BRR ADDITION – Not IRS ATT.

Form 4549 (Rev. March 2005) | Department of the Treasury-Internal Revenue Service | Page 1 of 2

# Income Tax Examination Changes

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Brad R. Rossmann<br>[redacted]<br>[redacted]<br>Catskill NY 12414 | [redacted]-8885 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: Brad R. Rossmann |

| | Period End 12/31/2006 | Period End | Period End |
|---|---|---|---|
| 1. Adjustments to Income | | | |
| a. Claim #2 amount | (24,563.00) | | |
| b. Claim #1 amount | (14,852.00) | | |
| c. Other Income | (38,327.00) | | |
| d. Itemized Deductions | (1,150.00) | | |
| e. Exemptions | (896.00) | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | (79,798.00) | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 155,916.00 | | |
| 4. Corrected Taxable Income | 115,543.00 | | |
| Tax Method | SCHEDULE D | | |
| Filing Status | Single | | |
| 5. Tax | 28,663.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 28,663.00 | | |
| 8. Less Credits a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less Lines 8a through 8d) | 28,663.00 | | |
| 10. Plus Other Taxes a. Tax on Qualified Plans | 2,279.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 30,942.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 43,795.00 | | |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a plus 13b) | (12,853.00) | | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | (12,853.00) | | |

Exhibit 20 of 38
Rossmann - Lazarus et al.
Date: 5/8/08

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | (Jointly administered) |
| A Delaware corporation, et al. | ) | |
| | ) | Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) | |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

EXHIBIT H

FILE COPY

Brud R. Rossmann-IRS (FOIA Disclosure Office-2)
5/13/2007
FOIA & Privacy Act Request: (1) New (2) Follow-up
SSN: [redacted]0885; EIN: [redacted]561 Phone: 202-386-8223 (cell)

21 PAGES TOTAL + 55 PAGES OF ATTACHMENT

May 14, 2007 (MAILING DATE)

Brud Rossmann
[redacted]
11 Pruyn Place
Catskill, NY 12414
(202) 386-8223 (cell)
Brossmann1@yahoo.com (email)

Internal Revenue Service
FOIA Disclosure Office 2
Room 3214
600 Arch Street
Philadelphia, PA 19106
(215) 861-1991 (Phone)

**FOIA AND PRIVACY ACT RECORDS REQUEST BY TAXPAYER BRUD ROSSMANN**

**VIA U.S. MAIL**

Dear Sirs:

1. FOIA/Privacy Act Request: This is a request for records and other data ( my "2007 FOIA Request") under (a) the Freedom of Information Act, 5 USC 552, and (b) the Privacy Act of 1974, 5 USC 552a.
2. Records Request Overview: As defined more fully below, I request copies of the documents described in two or more sections of this 2007 FOIA Request: (a) First, in Section 3,"background", I describe the essential transactions and IRS regulatory posture regarding the specific records sought – the IRS has recently found in my favor for significant refunds based on Real Estate Fraud, Identity Theft, and Predatory Mortgage Lending; (b) Second, further below, I list the key record identifiers for very specific record types. The supporting documents are attached primarily to clarify EXACTLY what I'm seeking, minimize confusion.
3. Background: Definition for All of the Specific Record Requests Below: I submit this FOIA and Privacy Act request as a follow-up to my initial FOIA request of November 18, 2005 ("2005 FOIA Request") only for one main reason, as follows:
   1. The factual record developed since June, 2006 (the last IRS FOIA reply) strongly establishes that I was the victim of a series of fraud, malpractice, and identity theft actions over several years dating from at least 2000 to likely 2005, perhaps even 2006;
   2. Such unlawful actions have demonstrably caused me serious financial harm, as the IRS itself has recently formally concluded; since July, 2006, and after in-person

(+ 65 ATTS) BKK 5/13/07

Brud R. Rossmann-IRS (FOIA Disclosure Office-2)
5/13/2007
FOIA & Privacy Act Request: (1) New (2) Follow-up
SSN:[redacted]0885; EIN:[redacted]9561 Phone: 202-386-8223 (cell)

List of Entities — **Additional Record-Identifiers:**

1. Originating mortgage lenders:
    a. **Roslyn National Mortgage Corporation (RNMC-- TY2000 and TY2003, min.);**
    b. **American Home Mortgage (AHM)**
2. Servicing mortgage banks – 1st Lenders:
    a. Alliance Mortgage Company (Alliance);
    b. Astoria Federal Savings (Astoria);
    c. (Possibly) Chase Manhattan Bank USA. N.A.
3. Second mortgage lenders – purchase money, home equity, even builder loans
    a. Chase Manhattan Mortgage Corporation
    b. Chase Home Finance, LLC
    c. Chase Financial (LLC?)
    d. Other smaller affiliates, or small independents with undisclosed conflicts of interest
4. Home Equity Financing Providers
    a. Mercedes-Benz Credit Corporation (MBCC) -- auto loan converted to Home Equity
5. Broker-Realtors
    a. Dorothy D. Kee (Dorry Kee) – Re/Max Elite, Re/Max Allegiance Associate Broker and Agent (and Investor)
    b. Henry Osborne ("Chris" Osborne) – Jobin Realty Real Estate Agent (and Investor)
6. Title agents./Attorneys
    a. Ronald H. Lazarus – Key Title, Old Dominion Settlements, Cregger & Lazarus (a law firm) -- also a Real Estate Investor
    b. **David E Jones** -- Purchaser property, 9/2003, reportedly bankruptcy attorney (TBC)
7. Builder/developers
    a. Courtland Homes, JCE, Inc., Cedar Lane Associates LC (same/similar)

19 06 21
5/13/07

9. Mortgage Lender Loan and/or Account Numbers associated with the unlawful Real property transactions in 2003 (related automobile conveyance): (Numbers dating to 2000, 2001, possibly earlier)
   a. Chase Manhattan Mortgage[15] Corp-1: 0916281700
   b. Chase Manhattan Mortgage[16] Corp-2: 020000916281700
   c. Chase Manhattan Mortgage[17] Corp-3: #09162817002#048#
   d. American Home Mortgage - 1: 0000078335
   e. American Home Mortgage - 2: 0000078338
   f. American Home Mortgage – 3: 0000112404
   g. Alliance Mortgage Company-1: 0000219241
   h. Mercedes Benz Credit Corporation -1: 5002184307727
   i. Mercedes Benz Credit Corporation -2: 3003190660
   j. Mercedes Benz Credit Corporation -3: 0872519114
   k. Astoria Federal Savings-1: 0009741995
   l. Astoria Federal Savings-2: 9999 0000071239

[15] Alternatively reported as "Chase Financial", Chase Manhattan Bank, Chase Home Finance, among several reporting inconsistencies.

[16] Alternatively reported as "Chase Financial", Chase Manhattan Bank, Chase Home Finance, among several reporting inconsistencies.

[17] Alternatively reported as "Chase Financial", Chase Manhattan Bank, Chase Home Finance, among several reporting inconsistencies.

(+55 ATTS) 21 of 21 (LAST)
(+55 ATTS) BRR 5/13/07

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) |

**MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW**

# EXHIBIT I

**Internal Revenue Service**
Appeals Office M/S 55203
Fresno, CA 93888-0700

**Department of the Treasury**

**Person to Contact:**
Terri Carrillo
Employee ID Number: 78-00022
Tel: 559-253-4803
Fax: 559-253-4890
**Refer Reply to:**
AP:CO:FRC:TC
**In Re:**
Freedom of Information Act
**Disclosure Case Number:**
02-2008-00851

Date: March 17, 2008

13RR -
3/28/08
1 - Rec'd today

BRUD ROSSMANN
114 JEFFERSON HEIGHTS NUMBER 4
CATSKILL NY 12414

Dear Mr. Brud Rossmann:

This letter is our acknowledgement that on February 25, 2008 we received your Freedom of Information Act (FOIA) administrative appeal, dated February 19, 2008. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

It may take several weeks to retrieve the pertinent documents from the Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your FOIA appeal and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

Donna DeWeese

TC for Donna DeWeese
Appeals Team Manager

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | (Jointly administered) |
| A Delaware corporation, et al. | ) | |
| | ) | Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) | |

## MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT J

**Brud R. Rossmann-IRS Appeals (FOIA denial appeal)**
**SSN: [redacted]-0885**
**Re: Appeal from denial of *FOIA Request central to now-pending litigation under 26 U.S.C. 7434 – expedited processing requested on bases of: (a) loss of due process grounds (b) loss of public-interest litigation serving IRS policy goals under 26 USC 7434, more generally (FOIA Appeal #2)***
**May 5, 2008**
Page | **1 of 3**

SIRS – PLEASE ADVISE AS TO STATUS OF THIS APPEAL AND 1ST APPEAL ACKNOWLEDGED BY YOUR OFFICE IN ITS 3/17/08 LETTER REPLY (ATTACHED HERE).

Brud Rossmann, 5/31/08
BRUD ROSSMANN
(TOTAL PAGES: 4)
(MAILED TO IRS APPEALS 6/1/08)

**May 5, 2008**
**Brud Rossmann, Esquire**
**114 Jefferson Heights**
**Number 4**
**Catskill, NY 12414**
**(518) 719-1742**
**(202) 386-8223 (cell)**
**Brossmann1@yahoo.com**

**IRS Appeals**
**Attention: FOIA Appeals**
**5045 E. Butler Avenue**
**M/Stop 55201**
**Fresno, California 93727-5136**

**VIA U.S. MAIL - MAILED TWICE THIS DATE**

**Re: Administrative appeal of denied FOIA and Privacy Act request for "return information" records, as defined under 26 U.S.C. Sec. 6103, to include both "any tax or information return", and now *central to pending Federal Court litigation filed on April 1, 2008* in the Eastern District of Virginia ("Rossmann-IRS FOIA Appeal #2").**

**Sirs:**

**This appeal is made pursuant to the Freedom of Information Act, Title 5 U.S.C. Sec. 552, the Privacy Act, and Treasury Regulation Sec. 601.702©.**

**This is the second now-pending FOIA/Privacy-Act appeal of mine before the IRS Appeals-FOIA Appeals department within the IRS. Exhibit 12.**

**The records request on appeal is dated March 19, 2008, and is further, fully described in the attached Exhibits 4-11.**

**The request was denied by letter dated April 1, 2008. Exh. 3. I have timely filed this Appeal #2 under the 35-day rule.**

**The grounds for denial are demonstrably mistaken.** [redacted]

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) **Obj. Deadline: July 10, 2008 at 4:00 p.m.** |
| Debtors. | ) **Hearing Date: July 17, 2008 at 2:00 p.m.** |
| | ) |

# MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| RUD ROSSMANN, Plaintiff, v. AMERICAN HOME MORTGAGE, CORP., ET AL., Defendants. | ) | CIVIL ACTION NO. 1:08cv316 |

**SUGGESTION OF BANKRUPTCY**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLEASE TAKE NOTICE** that on August 6, 2007, voluntary petitions were filed in the United States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court") by American Home Mortgage Holdings (Case No. 07-11047), American Home Mortgage Investment Corp (Case No. 07-11048), American Home Mortgage Acceptance (Case No. 07-11049), American Home Mortgage Servicing Inc. (Case No. 07-11050), American Home Mortgage Corp (Case No. 07-11051), American Home Mortgage Ventures LLC (Case No. 07-11052), Homegate Settlement Services (Case No. 07-11053), and Great Oak Abstract Corp (Case No. 07-11053) (the "Debtors"). All cases are jointly administered under Case No. 07-11047 (CSS).

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of a chapter 11 petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors or any of their Debtor related entities that was or could have been commenced before the filing of the petition or any act to obtain possession of or exercise control over property of the estate.

Dated: Wilmington, Delaware
     May 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession