**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) |

## MOTION TO LIMIT SCOPE OF NOTICE FOR "MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW"

COME NOW Brud Rossmann, appearing pro se, having filed his Motion of Brud Rossmann for Relief from Stay and Supporting Memorandum of Law, (the "Stay Relief Motion"), and submits this motion (the "Motion to Limit Notice"), pursuant to 11 U.S.C. 105, for the entry of an order limiting the scope of the notice of the Stay Relief Motion.

In support of the Motion to Limit Notice, Rossmann states as follows:

1. The factual background of the Stay Relief Motion is incorporated by reference.

2. Given the size of the master service list in this case, and considering that Rossmann is an individual, pro se litigant, Rossmann respectfully submits that notice by first-class mail on all creditors, other parties-in-interest would be prohibitively expensive.

3. Rossmann specifically notes from the factual background of the Stay Relief Motion that the Internal Revenue Service (IRS) has officially found that as a direct result of predatory lending, and other "unlawful activity" by the group of mortgage lenders at issue in the Stay

Relief Motion, including American Home Mortgage Corp (AHM) or its affiliates, Rossmann has suffered significant financial injury dating to no later than 2003.

4. To require the outlay of additional monies to cover presumptively AHM-created costs in this voluntarily-filed, AHM-petition, bankruptcy case would further violate basic notions of equity – at least vis-à-vis AHM-funded vehicles for additional notice. This constitutes another, independent basis to limit scope of notice.

WHEREFORE, Rossmann respectfully requests the entry of an Order substantially in the form of the proposed Order annexed hereto as "Exhibit A."

Respectfully submitted,

*Brud Rossmann, 6/26/08*
Brud Rossmann,
    Appearing Pro Se
*Attorney at Law*
114 Jefferson Heights
Number 4
Catskill, NY 12414
(518) 719-1742

Date Federal Expressed for filing: June 26, 2008

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) |

## MOTION TO LIMIT SCOPE OF NOTICE

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | (Jointly administered) |
| A Delaware corporation, et al. | ) | |
| | ) | Docket No. _____ |
| Debtors. | ) | |
| | ) | _____ |

## ORDER LIMITING SCOPE OF NOTICE FOR MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

UPON CONSIDERATION of the "Motion to Limit Notice" of Brud Rossmann, as filed by Brud Rossmann, an individual appearing pro se; and,

THE COURT having determined that: (a) the Court has jurisdiction over the Motion under 28 U.S.C. 157 and 28 U.S.C. 105; (b) the Motion determination relates to a core proceeding under 28 U.S.C. 157(b)(2); (c) venue is proper under 28 U.S.C. 1409(a); and, (d) notice by service to the limited parties scheduled in the Motion's Certificate of Service is sufficient under the circumstances;

IT IS HEREBY ORDERED AS FOLLOWS:

1. ORDERED, that the Motion is hereby granted; and it is further

2. ORDERED, pursuant to 11 U.S.C. 105, that the service mailings to the parties scheduled in the Certificate of Service to the "Stay Relief Motion" provide sufficient notice under the circumstances.

Date: _____    _____
      Wilmington, Delaware        Honorable Christopher S. Sontchi
                                                            United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., ) | (Jointly administered) |
| A Delaware corporation, et al. ) | |
| ) | Docket No. _____ |
| Debtors. ) | |
| ) | _____ |

### ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO PENDING LITIGATION IN THE EASTERN DISTRICT OF VIRGINIA, ROSSMANN V. LAZARUS ET AL., CIVIL MATTER 1:08CV316

UPON CONSIDERATION of the "Motion of Brud Rossmann for Relief from Stay and Supporting Memorandum of Law" (the "Motion") filed by Brud Rossmann, an individual appearing pro se; and,

THE COURT having determined that: (a) the Court has jurisdiction over the Motion under 28 U.S.C. 157; (b) the Motion determination is a core proceeding under 28 U.S.C. 157(b)(2); (c) venue is proper under 28 U.S.C. 1409(a); and, (d) notice by service to the limited parties scheduled in the Motion's Certificate of Service is sufficient under the circumstances; and,

THE COURT having further determined that good "cause" exists to grant Movant Rossmann's requested relief from the automatic stay under the Section 362(d)(1) "for cause" legal standard.

IT IS HEREBY ORDERED AS FOLLOWS:

1. ORDERED, that the Motion is hereby granted; and it is further

2. ORDERED, pursuant to 11 U.S.C. 362(d)(1), to the extent that the automatic stay is otherwise applicable, the stay is terminated for purposes of allowing the pending litigation, Rossmann v. Lazarus, 1:08cv316 (Eastern District of Virginia, 2008), to proceed with American Home Mortgage Corp. (Case No. 07-11051) as named defendant; and it is further

3. ORDERED, pursuant to 11 U.S.C. 362(d)(1), to the extent that the automatic stay is otherwise applicable, the stay is terminated for purposes of allowing the pending litigation, Rossmann v. Lazarus, 1:08cv316 (Eastern District of Virginia, 2008), to proceed with American Home Mortgage Corp. (Case No. 07-11051) as named defendant, along with its affiliated entities, part of this jointly administered proceeding, should the named defendants in Rossmann v. Lazarus be supplemented to include any of the following: (i) American Home Mortgage Holdings (Case No. 07-11047); (ii) American Home Mortgage Investment Corp (Case No. 07-11048); (iii) American Home Mortgage Acceptance (Case No. 07-11049); (iv) American Home Mortgage Servicing Inc. (Case No. 07-11050); (v) American Home Mortgage Ventures LLC (Case NO. 07-11052); (vi) Homegate Settlement Services (Case No. 07-11053); or (vii) Great Oak Abstract Corp (Case No. 07-11053) – together with American Home Mortgage Corp (the "Debtors"), as jointly administered under Case No. 07-11047 (CSS) ; and it is further

4. ORDERED, Movant is hereby permitted to exercise his full rights under applicable non-bankruptcy law against the Debtors, including, without limitation, exercise of all remedies and requested relief granted in the Rossmann v. Lazarus litigation; and it is further

5. ORDERED, that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of 11 U.S.C. 362, or Fed. R. Bankr. P. 4001.

Date: _____    _____
Wilmington, Delaware              Honorable Christopher S. Sontchi
                                  United States Bankruptcy Judge