**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2008, copies of the foregoing Motion of Brud Rossmann for Relief from Stay and Supporting Memorandum of Law, Notice of Motion, proposed Order on stay-relief, and Motion to Limit Notice and proposed Order, were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: June 26, 2008
Catskill, New York

Respectfully submitted,

/s/ Brud Rossmann, 6/26/08
Brud Rossmann,
**Appearing Pro Se**
Attorney at Law
114 Jefferson Heights
Number 4
Catskill, NY 12414
(518) 719-1742

**Service Matrix:**

1. American Home Mortgage Holdings, Inc.
   538 Broadhollow Road
   Melville, NY 11747

2. United States Trustee
   844 King Street, Room 2207
   Lockbox #35
   Wilmington, DE 19899

3. Bonnie Glantz Fatell
   Blank Rome LLP
   1201 Market Street, Suite 800
   Wilmington, DE 19801

4. Donald J. Bowman
   Pauline K. Morgan
   Young, Conway, Stargatt & Taylor
   The Brandywine Building
   1000 West Street, 17th Floor
   Wilmington, Delaware 19801

5. Rebecca L. Booth
   Morgan, Lewis & Bockius LLP
   1701 Market Street
   Philadelphia, PA 19103-2921

6. American Home Mortgage Corporation
   c/o Corporation Service Company
   80 State Street
   Albany, NY 12207-2543