UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., ) | (Jointly administered) |
| A Delaware corporation, et al. ) | |
| ) | Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. ) | Hearing Date: July 17, 2008 at 2:00 p.m. |
| ) | |

## DECLARATION OF BRUD ROSSMANN IN SUPPORT OF MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY AND SUPPORTING MEMORANDUM OF LAW

BRUD ROSSMANN, appearing in the instant action pro se, states the following under penalty of perjury, and as "true and correct to the best of his knowledge":

1. Rossmann has not electronically filed because he was previously informed by a court clerk that the e-filing system was unavailable to pro se litigants. A sworn statement to this effect is included as required by instruction of a court clerk given on June 24th.

2. Movant Rossmann further states that Rossmann filed a complaint against various named defendants, including American Home Mortgage (AHM) entities, in the Eastern District of Virginia, in 2008. "Rossmann v. Lazarus et al." was first filed April 1, 2008, and a First Amended Complaint naming AHM as defendant was filed May 9, 2008. (The "Lazarus litigation"). The case number is 1:08cv316.

3. Various records related to that Lazarus litigation are included as supporting Exhibits or Appendices for the instant Motion.

4. Local Rule 4001-1 requires a supporting declaration or affidavit only for stay-relief movants seeking to foreclose, but Rossmann has nonetheless included this Declaration as a statement as to the veracity of all supporting Exhibits offered in support of his motion for relief from stay. Specifically, Rossmann avers that the information contained in the Exhibits are "true and correct to the best of Rossmann's knowledge." (See also Local Rule 7007-1(a) (i) (anticipating an "accompanying affidavit."))

5. Likewise, all statements contained in the pro se filed Motion are "true and correct to the best of Rossmann's knowledge."

_____, 6/26/08
Brud R. Rossmann
Appearing Pro Se

Dated: June 26, 2008