June 23, 2008

United States Bankruptcy Court for
The District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801



Re: American Home Mortgage Holdings Inc.
Notice of Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 (b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1

Case No. 07-11047 (CSS)

Please use this letter and enclosed paperwork as my response to the above objection of **Claim Number 7382** and **Claim Amount $7,951.90.**

The Proof of Claim (received and filed on 1/7/08 by EPIQ Bankruptcy Solutions, LLC) for these stock purchases is for $7,951.90. The amount claimed represents the cost of the stock purchases less commissions and the value of the stock at the time the Proof of Claim was filed.

I am not clear as to why the debtors want to expunge my claim, but the cost and losses are very real.

If the Honorable Christopher S. Sontchi, who I understand is hearing the objection, would like additional information regarding the above claim number and claim amount, please have him or someone associated with him contact me, Roger Quinn, at: 812-376-0703 ext. 323 or email: roger.quinn@permawick.com.

Thank you,

*Roger Quinn*
Roger Quinn


Cc: Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE American Home Mortgage Claims Processing Center FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re: American Home Mortgage Holdings, Inc., et al. Debtors. Name of Debtor Against Which Claim is Held | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered Case No. of Debtor: | Filed: USBC - District of Delaware American Home Mortgage Holdings, Inc., Et Al. 07-11047 (CSS)    0000007382 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor :** (and name and address where notices should be sent if different from Creditor)

ROGER QUINN
4740 WOODCREST DR.
COLUMBUS, IN 47203

Telephone number: 812-378-9620
Email Address: ROGER.QUINN@PERMAWICK.COM

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**
CUSIP # 02660R206

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other PREFERRED STOCK "A" (explain)
      300 SHARES

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ____
   Unpaid compensation for services performed
   from _____ to _____
         (date)       (date)

2. **Date debt was incurred:** 9/2004 & 10/2004

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 7951.90 + _____ + _____ = 7951.90
   (unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 7951.90
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

**JAN - 7 2008**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date 1-2-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Roger Quinn*  ROGER QUINN |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.