Walter R. Thomas
4306 Elton Place
Valrico FL 33596



June 23, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
Third Floor
Wilmington DE 19801

Dear Sir or Madam:

In reference to Case No. 07-11047 (CSS) American Home Mortgage Holdings, Inc., Delaware Corporation, et al., Debtors.

I hereby file my objection to the motion to expunge Claim Number 3468 in the Amount of $9,520.00 on the basis of Equity Interest only.

I submit that the Debtors failed to exercise due diligence and engaged in a pattern of deceptive and fraudulent business practices prior to filing for filing for bankruptcy protection and that my interest as a shareholder was damaged as a direct result of said actions.

I therefore request my claim be amended and continued in an effort to obtain compensation from the Debtors.

I shall appreciate your kind attention to this request.

Yours truly,

Walter R. Thomas

Cc: Young Conaway Stargatt & Taylor, LLP