Reuben Gregg Brewer
304 Fenimore Rd. #5B
Mamaroneck, NY 10543

United States Bankruptcy Court for the District of Columbia
824 Market Street
Third Floor
Wilmington, Delaware 19801

Case No. 07-11047 (CSS)

To Whom It May Concern:

I recently received a notice seeking to expunge my claim against American Home Mortgage because it represents an "equity interest in the Debtors and not on account of damages or a claim against the Debtors." I disagree. This is a claim for damages inflicted on me by the management of American Home Mortgage as a result of continued misstatement of the facts in press releases and other company reports and meetings.

I purchased shares in American Home Mortgage based on the belief that their portfolio of mortgages was of higher quality than the subprime loans that were experiencing increasing default rates and that the company was amply funded. Management's positive statements and a review of company literature fostered this belief. With no other information available to me, I relied on management to be truthful in its presentation of the facts. Since American Home Mortgage is now in bankruptcy court, I think it is obvious that its positive statements were, at best, misrepresentative of the actual situation the company faced.

Moreover, I believe it is important to note that the company didn't glide into bankruptcy; it plunged in. The speed was almost breathtaking. By the time the truth was actually available, management's misstatements had caused irreparable damage. I believe the company should be held accountable.

I respectfully assert that the Debtors' request to expunge my claim should be denied.

Thank you

*[signature]*

Reuben Gregg Brewer

Cc: Young Conaway Stargatt & Taylor, LLP