IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED 2008 JUN 27 AM 10: 58
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

In re:
AMERICAN HOME MORTAGE HOLDINGS
INC. Delaware corporation, et al.

    Debtors

Chapter 11

**Case No. 07-11047 (CSS)**

        Objection Deadline: 7/10/08 @ 4pm (ET)
        Hearing Deadline: 7/17/08 @ 2pm (ET)

Megeff, Natalie J.
1415 E. Windsor Dr.
Denton, TX 76209        Basis for Objection: Claim based on Equity Interest

I am objecting to the debtors, AMERICAN HOME MORTAGE, INC. **attempting to**

Expunge <u>**CLAIM NUMBER 4714 , CLAIM AMOUNT $6,539.98.**</u>

My claim is based on the equity interest as a stock holder in the above named company.

My claim consists of 256 shares of stock purchased at $24.50 per share. This can be

Shown by stock certificates held by E-Trade Financial.

I am requesting repayment of the entire claim amount of $6,539.98 and object to the

Debtors seeking to alter my rights by disallowing the above claim.

A copy of this objection is being forwarded to debtors counsel: Young Conaway Stargatt

& Taylor, LLP; The Brandywine Bldg., 1000 West Street, 17th fl., Wilmington,

Delaware, 19801 on this date: June 21, 2008.

*Natalie J. Megeff*