June 23, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: American Home Mortgage etal
    Expunging Claim #6104   Claim amount $8485.00

ATTN: Honorable Christopher S. Sontchi

Dear Honorable Sontchi,

We respectfully ask that you allow our claim mentioned above to be part of any disbursements under this bankruptcy procedure

The debtors, who operated as a REIT, were greedy like their cousins, the large commercial banks and security houses that used the sub prime mortgage monies to fund their operation which led to their collapse.

We have other REITS in our portfolio who didn't use sub prime mortgage money and they are still in business today.

Our holdings with them was preferred stock which allowed no voting rights or other rights that go along with common stock.

We have no other course of action against the debtor than being part of this action to recover some of monies they so poorly handled.

Thank you.

Cordially,

Elizabeth and Robert Ledbetter

CC: Young, Conaway, Stargatt, & Taylor, LLP