## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |

FILED 2008 JUN 30 AM 11:09 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

AHM OB10 6/17/2008 (merge2.txnum2) 4000101425 BSI Use - 30

ACQUISTO, PAUL A. IRA
SCOTTRADE IN TR PRO
2455 ALDRIDGE AVE
FORT MYERS, FL 33907-4327

## MOTION TO DENY EXPUNGED CLAIM NUMBER 9526.

The claim stated above is valid and has merit to be considered by this Court.

Wherefore, this Motion to deny the expunging of this claim should be granted since substantial evidence has been previously presented.

Respectfully submitted this __23__ day of June 2008.

_[signature]_
Paul A. Acquisto

A copy of this Motion has been sent to Legal Department of Epiq Bankruptcy Solutions LLC, 757 Third Avenue, 3rd Floor, New York, N.Y. 10017, this __23__ day of June 2008 by first class mail.

_[signature]_
Paul A. Acquisto