IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                     :
                                                                    :   Jointly Administered
                       Debtors.                                     :
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors, and that on June 16, 2008, she caused a copy of the following documents to be served as indicated upon the parties identified on the attached service list:

Order (TENTH) Authorizing the Debtors to Reject a Certain Unexpired Lease [Docket No. 4485]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 30 day of June, 2008.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

## SERVICE LIST

Avalon Bay Communities, Inc.
Attn: Customer Care Center
3901 Sabre Street, Suite 100
Virginia Beach, VA 23452
(10th Rejection Motion)
*First Class Mail*

Avalon Bay Community Properties
Attn: Property Owner
2900 Eisenhower Avenue, Suite 300
Alexandria, VA 22314
(10th Rejection Motion)
*First Class Mail*

Avalon Bay Community Properties
Attn: Manager
100 Court North Drive
Melville, NY 11747
10th Rejection Motion
*First Class Mail*