6/25/08

U.S. Bankruptcy Court for the District
of Delaware
824 Market Street 3rd floor
Wilmington, DE 19801

Re: American Home Mortgage Holdings Inc. Chapter 11 Case # 07-11047 (CSS) Richard T. Tyner IRA FBO Claim # 3551

To whom it may concern;

Under the Debtors' Omnibus (Non-Substantive) Objection to Claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, I object to each of the claims and interests listed on Exhibits A,B,C,D,E,F and G to the proposed form of order.

Sincerely,

*Richard T. Tyner*
Richard T. Tyner

Cc: Young Conway & Taylor LLP
   The Brandywine Building, 1000 West St. 17th floor
   Wilmington, DE 19801