# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | **Case No. 07-11047 (CSS)** |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |
| ) | **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)** |
| ) | **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)** |
| ) | |

AHM OB10 6/17/2008 (merge2.txnum2) 4000097582 BSI Use - 1,410

WERT, J. & V F. (CO - TTEE)
1745 MASTERS DRIVE
BANNING, CA 92220-6670

**FILED 2008 JUL -1 AM 10: 07**
**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: WERT, J. & V F. (CO - TTEE)  
1745 MASTERS DRIVE  
BANNING, CA 92220-6670

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 4540 | Unspecified |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

      Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

      A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008  
      Wilmington, Delaware

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP  
                                                James L. Patton, Jr. (No. 2202)  
                                                Pauline K. Morgan (No. 3650)  
                                                Edward J. Kosmowski (No. 3849)  
                                                Kara Hammond Coyle (No. 4410)  
                                                Nathan D. Grow (No. 5014)  
                                                The Brandywine Building  
                                                1000 West Street, 17th Floor  
                                                Wilmington, Delaware 19801  
                                                Telephone: (302) 571-6756  
                                                Facsimile: (302) 571-1253

                                                Counsel to the Debtors and Debtors in Possession

Morgan Stanley

*This transaction is confirmed in accordance with the explanations and conditions stated on the reverse side.*

Exchange Code: 1
Execution Code: 1
Your Account Number: 276-014947-0-011
Cash Account - Active Assets

#BWNJGXK
S0000004890 09 C276 000000021 **
J WERT & V WERT CO-TTEE
WERT FAM 1992 LVG TR U/A
DTD 05/26/1992
1745 MASTERS DRIVE
BANNING, CA 92220-6670

Your Financial Advisor:
BRAD PARTON
8001 IRVINE CENTER DR 8TH FLOOR
IRVINE, CA 92618
(949) 341-7800

### Correction and/or Delayed Confirmation of Your Purchase
Trade Date 11/01/06 As of 10/25/06 for Settlement on 10/30/06

| Quantity | Price | Settlement Amount |
|---|---|---|
| 50 | 33.52 | |

*Description:*
AMERICAN HOME MORTG INVT CORP

UNSOLICITED TRADE

| | |
|---|---|
| Principal | $1,676.00 |
| Commission | 55.04 |
| Processing Fee | 5.25 |
| Net Amount | $1,736.29 |

Investments and services are offered through Morgan Stanley DW Inc., member SIPC.

Security No. 02660R107
Symbol AHM

# Morgan Stanley

*This transaction is confirmed in accordance with the explanations and conditions stated on the reverse side.*

Your Account Number: 276-014947-0-011
Cash Account - Active Assets

Your Financial Advisor
BRAD PARTON
8001 IRVINE CENTER DR  8TH FLOOR
IRVINE, CA        92618
(949) 341-7800

J WERT & V WERT CO-TTEE
WERT FAM 1992 LVG TR U/A
DTD 05/26/1992
1745 MASTERS DRIVE
BANNING, CA  92220-6670

## You Bought
### Trade Date 08/01/07 for Settlement on 08/06/07

| Quantity | Price | Settlement Amount |
|---|---|---|
| 200 | 1.4099 | |

**Description:**
AMERICAN HOME MORTG INVT CORP

ORD 08/01/07 11:49:00 00
UNSOLICITED TRADE
MORGAN STANLEY ACTED AS AGENT.
EXECUTED OVER THE COUNTER.
LOW PRICED SECURITY

| | |
|---|---|
| Principal | $281.98 |
| Commission | 28.20 |
| Processing Fee | 5.25 |
| Net Amount | $315.43 |

Security No. 02660R107
Symbol AHM

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.