TO: US BANKRUPTCY COURT

June 23, 2008

I am in receipt of the enclosed Notice of Debtors Tenth Omnibus objection to claims pursuant to section 502(b) of the bankruptcy code, bankruptcy rules 3003 an3007 and local rule 3007-1. Please accept this letter as written notice of my objection to expunge claim number 3613. The business practices of American Home Mortgage were unscrupulous. All of course USING the name of America. We must all pretend that somehow they did not know the condition of their company just a few short months prior to the bankruptcy attracting money as they were offering shareholders a 12% dividend. I only held the stock a short time and received one quarterly dividend. The next one was reversed and then I lost all of my money.

What a SCAM! This and other such practices is helping to bring about the downfall of our great nation. It is deplorable to say the least, and now they can just file to have my claim expunged. I have a RIGHT to object! Wow, I am thrilled to death! That is a nice procedure you have to follow before you do whatever you wish. I deal with insurance companies all the time and am well versed in my "right to object" which I have experienced first hand does not usually mean JACK.

Why bother wasting my time filing a claim in the first place if the law says my claim can be expunged? Yes, I took the time, after losing nearly $7,000.00 in just a few short months, to send it in. While I sit here in my total loss, the company goes on, and people continue to get paid, as well as the attorney's will who fight to expunge my claim. It seems this is pretty much out of my control..

Please simply know that all of this is not without my objection, and the price paid in the future will be far greater for the deceptiveness that has been USED to solicit money from the unknowing public. The shame is on you forever while the loss is on me, in the now. All of us in the future will pay. Simply sign me off or write me off as one of the "little fall guys" for your scheming and plundering crap. I'm paying for the misdeeds of others. I have done a lot of it in my life, starting with my family of origin. I can attest to the fact that pirates are in-deed still alive and well. They are wearing nice new clothes, driving nice new cars and living in nice big houses.

I live in a small rental home and run a small business out of that home. I provide a service to others who suffer in pain they have most often experienced from the inappropriate actions of others. $7,000.00 is a large loss for me to incur. Perhaps only a months mortgage payment for some of the owners of American Home Mortgage and the attorneys who put this "OMNIBUS" together.

Humanity is ALL ONE BUS, the Karma created here, becomes ours collectively. I don't know how much longer America will go on, if we continue to tolerate and accept this type of behavior from top corporations and government. There are RULES, beyond those of man, in case you have forgotten the principals this nation was founded upon. Violation of those rules violates humanity. Pure and simple.

Expunging my debt does not mean that it does not exist. If we allow this, what are we saying at the highest levels? Lying and deception are OK? Do it again. It is fine. No big deal. Is it OK for me to lie on my mortgage application? NO, punishable by law. Is it OK for me to lie in court? NO, punishable by law. Unless you have the proper credentials, money or a legal entity to hide behind.

I have experienced first hand that entities are not the best energies to support or to hide behind. Legal or otherwise. American Home Mortgage wants to expunge my debt and I have not even received so much as an apology for how this whole thing came down. No accounting ability equals no accountability. Entities revel and thrive on this type of behavior.

Now, what to do with this letter? That is if you even read this far. Throw it in a pile, delegate some message to your secretary and hurry up, your cell phone is ringing. It is your buddy! You don't want to miss lunch or be late for golf. COCKTAILS are at 5:00.

*[signature]* 6/24/08

C.C. YOUNG CONAWAY STARGATT + TAYLOR, LLP

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |
| AHM OB10 6/17/2008 (merge2.txmm2) 4000096967 BSI Use - 1,422 | ) |

WILLIAMS, CHERYL
9518 130TH AVE NE
KIRKLAND, WA 98033

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: WILLIAMS, CHERYL
9518 130TH AVE NE
KIRKLAND, WA 98033

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 3613 | $6,914.80 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession