TO:   THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

FROM:   E. M. HENDERSON, AS TRUSTEE OF E. M. HENDERSON LIVING TRUST

SUBJECT:   Chapter 11 Case No. 07-11047 (CSS) in which American Home Mortgage Holdings, Inc. is Debtor. THIS BEING A RESPONSE TO OBJECTION FILED BY DEBTORS, COPY OF WHICH IS ENCLOSED herewith.

### RESPONSE

1. Debtors have filed an objection as per the enclosure and have sought to have my Claim No. 7123 in amount of $7,916. expunged. My plea is that the Court not grant grant their request to expunge, and that the Court might consider the following reasons in Paragraphs 2 and 3.

2. In the first Paragraph of the enclosure, the Debtors make the statement, to quote,"The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged row'". This appears to be the exact opposite of the purpose of the Objection, and at the very least might cloud the objection.

3. The enclosure points out the difference in category of an equity claim as against a claim based on goods and services delivered to the Debtor. Be that as it may, the loss of my claim would be a cause of a major and serious damage in my case.

Respectfully submitted.

*E M Henderson*

E. M. Henderson, as Trustee
of E. M. Henderson Living Trust

Dated June 25, 2008

Copy to Counsel to Debtors
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 1000 West Street, 17th Floor
Wilmington, Delaware 19801

Received
6-21-08
E.M. Henderson

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |
| | ) | |

AHM OB10 6/17/2008 (merge2.txnum2) 4000099533 BSI Use - 369

E M HENDERSON LIVING TRUST
E M HENDERSON, TRUSTEE
UAD 3/13/07
P O BOX 770344
WINTER GARDEN, FL 34777-0344

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: E M HENDERSON LIVING TRUST
E M HENDERSON, TRUSTEE
UAD 3/13/07
P O BOX 770344
WINTER GARDEN, FL 34777-0344

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 7123 | $7,916.84 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before July 10, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession