

Geoffrey Briggs
3006 Spanish Trail
Delray Beach, FL 33483
(561) 276-2982
(561) 251-0496 cellular
Email: gasbdelray@hotmail.com

June 26, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

To Whomever:

This letter is in reference to the Chapter 11 bankruptcy filing (Case No. 07-11047; CSS) regarding American Home Mortgage Holdings, Inc., Delaware corporation, et al (Debtors), and the NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1, received by me on June 25, 2008 (copy attached).

My claim number to the above bankruptcy filing is #3656, and lists an unspecified amount. I am hereby filing my response to the above-mentioned Objection, and am doing so legally and properly before the stated deadline date of July 10, 2008. I am continuing to state my claim as an equity interest holder in American Home Mortgage Holdings, Inc. bankruptcy filing, and I believe it to be legal and prudent for the court to NOT disallow and expunge my above-listed claim #3656 at any and all judicial hearings.

Sincerely,

*Geoffrey Briggs*
Geoffrey Briggs

Cc: YOUNG CONAWAY STARGATT & TAYLOR, LLP
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    PHONE: 302-571-6756
    FAX: 302-571-1253

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |
| | ) |

AHM OB10 6/17/2008 (merge2.txmm2) 4000096909 BSI Use - 156

BRIGGS, GEOFFREY
3006 SPANISH TRL
DELRAY BEACH, FL 33483

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: BRIGGS, GEOFFREY  
3006 SPANISH TRL  
DELRAY BEACH, FL 33483

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 3656 | Unspecified |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Edward J. Kosmowski (No. 3849)  
Kara Hammond Coyle (No. 4410)  
Nathan D. Grow (No. 5014)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6756  
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession