June 25, 2008



TO:  United State Bankruptcy Court for the District of Delaware

From:  Frederick A. Zydeck, Claimant

RE: Case No. 07-11047

Dear Court:

I wish to object to the relief requested by the debtors American Home Mortgage Holdings, Inc.

Please find supporting documents for the amount of the claim filed on my behalf.

Thank you.

Frederick A. Zydeck
3833 Indian Trail
Orchard Lake, MI 48324

248-891-3934


Cc: Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., Delaware corporation, et al., ) Case No. 07-11047 (CSS)
)
Debtors. ) Jointly Administered
)
) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)
) Hearing Date: July 17, 2008 at 2:00 p.m. (ET)
)

AHM OB10 6/17/2008 (merge2.txnum2) 4000096814  BSI Use - 1,469

ZYDECK, FREDERICK A
3833 INDIAN TRAIL
ORCHARD LAKE, MI  48324

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: ZYDECK, FREDERICK A
3833 INDIAN TRAIL
ORCHARD LAKE, MI  48324

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 3528 | $11,083.51 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**AccT. # X 13112445**

| | | | |
|---|---|---|---|
| | | Settlement Date: 05/18/2007 | |
| 05/08/2007 | YOU BOUGHT | | |
| | 137513107 | CANETIC RES TR COM ISIN #CA1375131077 S | |
| Margin | Shares: +3,600.000 | Price: $13.95 | Amount: -$50,228.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 05/11/2007 | | |
| 05/08/2007 | YOU BOUGHT | | |
| | PGH | PENGROWTH ENERGY TR UNIT NEW ISIN #CA70 | |
| Margin | Shares: +3,000.000 | Price: $17.45 | Amount: -$52,358.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 05/11/2007 | | |
| 05/07/2007 | YOU BOUGHT | | |
| | AAV | ADVANTAGE ENERGY INCOME FD TR UNIT ISIN | |
| Margin | Shares: +900.000 | Price: $11.65 | Amount: -$10,493.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 05/10/2007 | | |
| 05/04/2007 | YOU BOUGHT | | |
| | ENT | ENTERRA ENERGY TR TR UNITS ISIN #CA2938 | |
| Margin | Shares: +2,000.000 | Price: $5.20 | Amount: -$10,408.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 05/09/2007 | | |
| 05/04/2007 | YOU BOUGHT | | |
| | PGH | PENGROWTH ENERGY TR UNIT NEW ISIN #CA70 | |
| Margin | Shares: +600.000 | Price: $17.45 | Amount: -$10,478.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 05/09/2007 | | |
| 04/19/2007 | YOU BOUGHT | | |
| | | NOVASTAR FINANCIAL INC 1 FOR 4 REVERSE | |
| Margin | Shares: +2,000.000 | Price: $5.64 | Amount: -$11,288.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 04/24/2007 | | |
| 04/19/2007 | YOU BOUGHT | | |
| | AHMIQ | AMERICAN HOME MTG INVESTMENTS REIT | |
| Margin | Shares: +500.000 | Price: $22.20 | Amount: -$11,108.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 04/24/2007 | | |
| 04/19/2007 | YOU BOUGHT | | |
| | ASG | LIBERTY ALL-STAR GROWTH FUND | |
| Margin | Shares: +2,000.000 | Price: $5.62 | Amount: -$11,248.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 04/24/2007 | | |
| 04/19/2007 | YOU BOUGHT | | |
| | CLM | CORNERSTONE STRATEGIC VALUE FD INC | |
| Margin | Shares: +1,000.000 | Price: $8.90 | Amount: -$8,908.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 04/24/2007 | | |
| 04/19/2007 | YOU BOUGHT | | |

Accounts & Trade > Portfolio >

## History

Help/Glossary | Download | Print

Account [JOINT WROS - TOD (X13112445)] Name This Account

| History | Pending Transfers |

Time Period: 10 Day   From: ___   To: ___
Sort by: Transaction Description   ○ Ascending  ● Descending

[Display]  ☑ Display settlements in core account

**Oct - Dec 2007 Transaction History**                                   As of 06/25/2008, 3:30 AM

| 11/21/2007 | YOU SOLD | | |
| | AHMIQ | AMERICAN HOME MTG INVESTMENTS REIT | |
| Margin | Shares: -500.000 | Price: $0.065 | Amount: $24.49 |
| | | Comm: $8.00 | |
| | Settlement Date: 11/27/2007 | | |

| 12/20/2007 | YOU BOUGHT | | |
| | RHY | RMK MULTI SECTOR HIGH INCOME FD INC | |
| Margin | Shares: +1,000.000 | Price: $4.82 | Amount: -$4,828.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 12/26/2007 | | |

| 12/18/2007 | YOU BOUGHT | | |
| | BFZ | BLACKROCK CALIF MUN INCOME TR SH BEN INT | |
| Margin | Shares: +1,750.000 | Price: $14.56 | Amount: -$25,488.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 12/21/2007 | | |

| 10/25/2007 | YOU BOUGHT | | |
| | RHY | RMK MULTI SECTOR HIGH INCOME FD INC | |
| Margin | Shares: +100.000 | Price: $6.23 | Amount: -$631.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 10/30/2007 | | |

| 10/25/2007 | YOU BOUGHT | | |
| | RHY | RMK MULTI SECTOR HIGH INCOME FD INC | |
| Margin | Shares: +700.000 | Price: $6.25 | Amount: -$4,375.00 |
| | Settlement Date: 10/30/2007 | | |

| 10/25/2007 | YOU BOUGHT | | |
| | RHY | RMK MULTI SECTOR HIGH INCOME FD INC | |
| Margin | Shares: +800.000 | Price: $6.15 | Amount: -$4,928.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 10/30/2007 | | |

| 10/23/2007 | YOU BOUGHT | | |
| | RHY | RMK MULTI SECTOR HIGH INCOME FD INC | |
| Margin | Shares: +1,500.000 | Price: $6.45 | Amount: -$9,683.00 |
| | | Comm: $8.00 | |
| | Settlement Date: 10/26/2007 | | |