LOUIS F. & JANET R. VINCENTIE
8001 CAVEWOOD CT.
LOUISVILLE, KY. 40291-2413



June 27, 2008

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 MARKET ST 3rd FLOOR
WILMINGTON DE 19801

Dear sir or madam:

We wish to object to American Home Mortgage attorneys' objection of our claims.

We purchased American Home Mortgage stock in good faith. However, we were unaware of the terrible shape lenders put homeowners in with unsecured loans.

Please accept this letter as an official objection for Louis F. and Janet R. Vincentie. The claim number is #6064 in the amount of $10,478.05. This letter is in addition to the other two claims under the same case number of 07-11046 (CSS) and names  We had just received the paperwork on this last claim.

Sincerely,

Cc:

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street  17th Floor
Wilmington DE  19801

Louis F. and Janet R. Vincentie

*Louis F Vincentie*
*Janet R. Vincentie*