From the desk of

## BILL WYLIE:

To The US Bankruptcy Court
For The District Of Delaware
824 Market 3rd Floor
Wilmington Delaware 19801

To Whom it May Concern

Please consider this correspondence an objection to Expunge Claim #5034 For 8,000 Against American Home Mortgage.

This is AN EQUITY claim The objection says it Does Not Seek To Expunge Any Equity Rights.

But Seeks to Alter My Rights. My Investment Was An Equity Interest

(1)

From the desk of

# BILL WYLIE:

Purchased to enhance an operating Company and be rewarded for my investment.

They continue to operate after using my money to what they thought was beneficial to the Company and Stockholders.

They should not have had benefit of my investment but want to deprive me not only of an investment return but my original capital as well.

Please do not allow them to alter my rights



②

From the desk of
# BILL WYLIE:

Sincerely
Bill Wylie
103 Turner Forest Lane
Simpsonville S.C. 29681

C.C.

Young Conaway Stargatt +
Taylor LLP
538 BroadHollow Road
Melville New York 11747





# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                         )
                                               ) Chapter 11
AMERICAN HOME MORTGAGE                         )
HOLDINGS, INC., Delaware corporation, et al.,  ) Case No. 07-11047 (CSS)
                                               )
    Debtors.                                   ) Jointly Administered
                                               )
                                               ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)
                                               ) Hearing Date: July 17, 2008 at 2:00 p.m. (ET)
AHM OB10 6/17/2008 (merge2.txnum2) 4000097916 BSI Use - 1,442  )
WYLIE, WILLIAM T. & JANE L.
103 TURNER FOREST LANE
SIMPSONVILLE, SC  29681

# NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: WYLIE, WILLIAM T. & JANE L.         **Basis For Objection:**   Claim based on Equity Interest
    103 TURNER FOREST LANE                                          **Claim Number**    **Claim Amount**
    SIMPSONVILLE, SC  29681              **Claim to be Expunged**   5034                $8,000.00

    The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

    Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
       Wilmington, Delaware

                                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                                James L. Patton, Jr. (No. 2202)
                                                                Pauline K. Morgan (No. 3650)
                                                                Edward J. Kosmowski (No. 3849)
                                                                Kara Hammond Coyle (No. 4410)
                                                                Nathan D. Grow (No. 5014)
                                                                The Brandywine Building
                                                               1000 West Street, 17th Floor
                                                                Wilmington, Delaware  19801
                                                                Telephone: (302) 571-6756
                                                                Facsimile: (302) 571-1253

                                                                Counsel to the Debtors and Debtors in Possession