To Who May Concern,

00-3837

FILED
2008 JUL -1 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I'D LIKE TO KNOW WHAT THIS BANKRUPTY COURT IS ALL ABOUT. IVE BEEN FIGHTEN THIS SINCE 1982. ALL I GET IS LETTERS WHANTING MORE INFORMATION. IVE GAVE THEM EVERYTHING THERE IS TO KNOW. I LOST MY WIFE MAY 8-2008 OF D.O.P.D ASBETOS! IT WAS MY FAULT SHE HAD IT IN HER LUNGS. I GOT SPOTS IN MY LUNGS TO SINCE 1969 AND SHE KNEW IT IN 1972

is? What more can say Ive gave them everything they asked for. I'd just like to know what can be done about it. I'm tired of getting these letters and nothing being done about it.

FILED 2008 JUL -1 AM 9:21 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

*[signature: Jyf Johnso]*

## List of Deficiencies for

Firm: GLORIA JOHNSTON

~~Attorney: GLORIA JOHNSTON~~

As of: 1/1/0001

June 13, 2008

| Claim # | Name | SSN |
|---|---|---|
| 11216802 | JOHNSTON, GLORIA J | 485347440 |

    007 - Date of Alleged Diagnosis and/or Alleged Injury not Provided

    009 - First and Last Dates of Exposure Not Provided

    010 - Industry and Occupation not Provided

Total: 1 Claim(s)

FILED 2008 JUL -1 AM 9:21 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

owens corning/fireboard

to who it concerns

in 1972 Gloria had a exrays done on her chest at broadlawns in des moines iowa
she was exposes to the fibereboard manufactured products when i was working for
van dyke and clark peterson iowa sheatmetal she would shake my clothes out when
i came home to wash them. when i tore out boilers and furnance we had to remove the
asbestos from them. she's had problem every sence then with her breathing she had
exrays done in 2008 at luthern hospital and still had spots on her lungs she died in 2008

from LYLE JOHNSTON

how much more you want I lose my wife over this asbestos. but see that your don't care about ding thing. 51 year with her and I though I would go befor she did. but it don't come that way. it my fault that this cane about. but it was the asbeston kill her. not one said that it wood be no good in 50 60 70 over