## Gregory J. Sheffield & Nancy O. Sheffield

138 Hollenbeck Road
Lockwood, New York  14859-9708
Home Phone 607 598 2586
Email gjsheffield@frontiernet.net

June 20, 2008                                                          **Addendum**

Honorable Christopher S. Sontchi
The United States Bankruptcy Court
For District of Delaware
824 Market Street, 5thFloor
Wilmington DE 19801

Honorable Judge Christopher S. Sontchi:

Case No. 07-11047 (CSS)  Deadline July 10, 2008. American Home Mortgage
Holdings, Inc. (AHM). Delaware corporation, et al. Solicitation herewith following
Judge C.S. Sontchi's Order of Jurisdiction on All Other Matters.

**We Object to losing our Claims through Expunging.  Gregory and Nancy Sheffield.**
Our claims Numbers #3032  for equity purchases in America Home Mortgage of
$994.16 and #3031 $181.76 should be reconsidered, preserved and protected by the
Court. Searching correspondence and probable co-conspirators involved will likely
produce more assets of the billions in "lost" asset discrepancy to cover us and others
as Equity Holders, too.

## THIS IS  AN ADDENDUM TO OUR LETTER TO YOU
## THAT WAS  SENT JUST THIS MORNING

**From Wall Street Journal, Friday, June 20, 2008, Sec. C,  Page C3,  Column 1,**

"Eastern District takes on Wall Street's Top Criminal Cop":

Federal Prosecutor Benton Campbell , Justice Department, is apparently a contact
helping on the Eastern District AHM case.
**Article Excerpt Shows Federal Prosecutors of Eastern District,**
**Brooklyn, New York City, are indeed  :**
" ...investigating whether there was accounting fraud at American
Home Mortgage Corp, a mortgage lender."

This is in line with our contention that other money may be found, accomplices
apprehended, and be subject to disgorgement of ill gotten gains; and, our belief the
AHM legal action now commenced should be kept on tap in your Court for
adjudication of all applicable facts when finally available.  This for fairness to
equity holders, too.

Cordially,  Gregory J. Sheffield, Investor

*Gregory J. Sheffield*