JUNE 23, 2008

Honorable Christopher S. Sontchi
U.S. Bankruptcy Court for Dist. of Del.
824 Market St 5th Fl
Courtroom No. 6
Wilmington, DE 19801

Ref. Chapter 11 Case #07-11047 (CSS)
Claim #4819 Amt. $7500

Your Honor:

Regarding the American Home Mortgage Holdings Inc. et. al. objection to various claims, I want to reiterate my claim no. 4819 is legitimate and implore the court for a judgement honoring all or part of my claim for $7500 which is based on the loss of value of 464 common shares of AHM well in excess of $7500.

Respectfully submitted,
Thaddeus T. Stempien
158 Serpentine Dr
Venice FL 34285

*[signature]*

CC: Young Conoway Stargatt & Taylor, LLP