'/IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., <br> a Delaware corporation, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> Jointly Administered <br><br> Objection Deadline: July 22, 2008 at 4:00 p.m. <br> Hearing Date: N/A |

## NOTICE OF APPLICATION

TO: The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **Eighth Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1, 2008 through March 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $42,975.00 and interim expenses in the amount of $84,665.64.

Objections to the Application, if any, are required to be filed on or before **July 22, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.


counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       July 2, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Ryan M. Bartley
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Margaret B. Whiteman (No. 4652)
                Ryan M. Bartley (No. 4985)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11
In re:                                                              :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al.,                                     :   Jointly Administered
                                                                    :
                                                                    :   Objection Deadline:
     Debtors.                                                       :   Hearing Date: N/A
------------------------------------------------------------------- x

### EIGHTH MONTHLY APPLICATION OF SAMUEL I. WHITE, P.C. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | **Samuel I. White, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **March 1, 2008 through March 31, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $42,975.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $84,665.64 |

This is an: __X__ interim   ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

PRIOR APPLICATIONS:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | 8/6/07-8/31/07 | $27,290.00 | $21,596.79 | | |
| | 9/1/07-9/30/07 | $3,385.00 | $6,742.72 | | |
| | 10/1/07-10/31/07 | $2,350.00 | $2,225.84 | | |
| | 11/1/07-11/30/07 | $9,650.00 | $12,893.63 | | |
| | 12/1/07-12/31/07 | $33,420.00 | $76,974.79 | | |
| | 01/1/08-01/31/08 | $50,310.00 | $152,313.08 | | |
| | 02/01/08-02/29/08 | $49,155.00 | $193,689.78 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $42,975.00 |
| TOTALS | N/A | $42,975.00 |

*INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $84,665.64 |

## VERIFICATION OF FEE APPLICATION

STATE OF **Virginia** )
                  )     Tax ID # 54-1096577
City OF **Virginia Beach**)

      **D. Carol Sasser, Esquire**, after being duly sworn according to law, deposes and says:

1. I am a Vice President of Samuel I. White, P.C., the applicant firm (the "Firm") and have been admitted to the bar of the state of **Virginia** since **1988.**

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
[Name]

SWORN TO AND SUBSCRIBED
before me this 1st day of July, 2008.

_____
Notary Public

> SYLVIA C. MILLER
> NOTARY ID # 180820
> NOTARY PUBLIC
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES DECEMBER 31, 2008

March 2008 fees

| Invoice Number | Loan Number | Description of Services | Date | Amount | |
|---|---|---|---|---|---|
| 059519 | 1001339304 | FEE - FC - NO SALE | 3/3/2008 | $ 400.00 | Tellez, Armando |
| 059646 | 1006605840 | FEE - Title Claim | 3/5/2008 | $ 350.00 | Park, John |
| 059676 | 1001570555 | FEE - Title Claim | 3/3/2008 | $ 350.00 | Baez, Marcelo |
| 059677 | 1001607958 | FEE - Title Claim | 3/3/2008 | $ 350.00 | Ahmed, Rasel |
| 059683 | 1001028969 | FEE - Title Claim | 3/3/2008 | $ 350.00 | Mendez, Jose |
| 059685 | 1001348327 | FEE - Title Claim | 3/3/2008 | $ 350.00 | Bryant, Christopher |
| 059250 | 1001577137 | Fee - Lien Monitor | 3/3/2008 | $ 175.00 | Franklin, Robbie A. |
| 063244 | 0008729428 | FEE - FC - NO SALE | 3/31/2008 | $ 350.00 | Ludwig, Glenn |
| 063577 | 1001252677 | FEE - FC - NO SALE | 3/17/2008 | $ 400.00 | Tellez, Armando |
| 063578 | 1001667989 | FEE - FC - NO SALE | 3/29/2008 | $ 400.00 | Campos, Rene |
| 063579 | 100893668 | FEE - FC - NO SALE | 3/12/2008 | $ 400.00 | Chen, Jiange |
| 063580 | 1001123615 | FEE - FC - NO SALE | 3/26/2008 | $ 400.00 | Delcid, Dionicio |
| 063581 | 1001348272 | FEE - FC - NO SALE | 3/12/2008 | $ 500.00 | Rongione, Anthony/Jimarzena |
| 063582 | 1001344955 | FEE - FC - NO SALE | 3/20/2008 | $ 500.00 | Hess, Stephanie |
| 063573 | 1000872398 | FEE - FC - NO SALE | 3/31/2008 | $ 500.00 | Severich, Julio |
| 064715 | 1001133996 | FEE - FC - NO SALE | 3/14/2008 | $ 500.00 | Canales, Oscar |
| 060052 | 1001362085 | FEE - FC - SALE | 3/3/2008 | $ 600.00 | Khan, Usman |
| 060408 | 1001330488 | FEE - FC - SALE | 3/3/2008 | $ 600.00 | Mejia, Reyes |
| 060410 | 1000969771 | FEE - FC - SALE | 3/3/2008 | $ 600.00 | Freesen, Susan |
| 060412 | 1001151084 | FEE - FC - SALE | 3/3/2008 | $ 600.00 | Mickle, Anthony |
| 060414 | 1001524866 | FEE - FC - SALE | 3/3/2008 | $ 600.00 | Cooper, Ronald |
| 060415 | 1001037457 | FEE - FC - SALE | 3/3/2008 | $ 600.00 | Smith, Jerry |
| 060427 | 1001176388 | FEE - FC - SALE | 3/3/2008 | $ 600.00 | Seeley, Robert |
| 061076 | 1001128228 | FEE - FC - NO SALE | 3/4/2008 | $ 400.00 | Schearer, Dinora |
| 061290 | 1001665809 | FEE - Title Claim | 3/17/2008 | $ 350.00 | Vanegas, Cintia Jurado |
| 061291 | 10009888807 | FEE - Title Claim | 3/17/2008 | $ 350.00 | Guiterrez, Cayetano |
| 061398 | 1001191566 | BK - FEE - NOA | 3/11/2008 | $ 100.00 | Reid, Maurice A. |
| 061428 | 1001051811 | FEE - FC - SALE | 3/7/2008 | $ 600.00 | Loper, Bradley D. |
| 061437 | 1000711429 | FEE - FC - SALE | 3/7/2008 | $ 600.00 | Smith, Barbar |
| 061072 | 1001261066 | FEE - FC - NO SALE | 3/3/2008 | $ 500.00 | Tran, Alan |
| 065981 | 1001362085 | EV - FEE | 3/28/2008 | $ 200.00 | Khan, Usman |
| 061073 | 1001643677 | FEE - FC - NO SALE | 3/11/2008 | $ 500.00 | Rakes, Karen |
| 061074 | 1000792455 | FEE - FC - NO SALE | 3/11/2008 | $ 500.00 | Hudgins, Benjamin |
| 061081 | 1001231318 | FEE - FC - NO SALE | 3/13/2008 | $ 500.00 | Hiett, Beverly |
| 061155 | 1001169277 | FEE - FC - NO SALE | 3/12/2008 | $ 400.00 | Flores, Juan |

| | | | | | |
|---|---|---|---|---|---|
| 061296 | 1000667800 | FEE - FC - NO SALE | 3/13/2008 | $ | 400.00 | Griffin, Daryll R. |
| 061327 | 1000767324 | FEE - FC - SALE | 3/6/2008 | $ | 600.00 | Maldonado, Jorge |
| 061370 | 1001323827 | FEE - FC - SALE | 3/5/2008 | $ | 600.00 | Aguilera, Elsa |
| 061335 | 1000852860 | FEE - FC - SALE | 3/6/2008 | $ | 600.00 | Guzman-Posada, Juan |
| 061338 | 1000586649 | FEE - FC - SALE | 3/6/2008 | $ | 600.00 | Hughes, Esther |
| 068483 | 1001456868 | FEE - FC - SALE | 3/17/2008 | $ | 600.00 | Medrano, Billy |
| 068481 | 1000867188 | FEE - FC - SALE | 3/17/2008 | $ | 600.00 | Galo, Erika |
| 066080 | 1000708096 | FEE - FC - NO SALE | 3/20/2008 | $ | 200.00 | Shams, Feraidoon |
| 068188 | 1001491077 | FEE - FC - SALE | 3/12/2008 | $ | 600.00 | Arjantesva, Natalya |
| 068192 | 1001005332 | FEE - FC - SALE | 3/12/2008 | $ | 600.00 | Adu-Twum, Michael |
| 068196 | 100882047 | FEE - FC - SALE | 3/12/2008 | $ | 600.00 | Garcia-Reed, Carmen |
| 068199 | 1000582708 | FEE - FC - SALE | 3/12/2008 | $ | 600.00 | Diez, Mario |
| 068204 | 1001054466 | FEE - FC - SALE | 3/20/2008 | $ | 600.00 | Murry, Mantai |
| 068208 | 1001036550 | FEE - FC - SALE | 3/12/2008 | $ | 600.00 | Wheaton, Gregory |
| 068212 | 1001291092 | FEE - FC - SALE | 3/3/2008 | $ | 600.00 | Sorto, Fredy |
| 068215 | 1001146241 | FEE - FC - SALE | 3/17/2008 | $ | 600.00 | Jovel, Luis |
| 068220 | 1001589080 | FEE - FC - SALE | 3/18/2008 | $ | 600.00 | Sweeney, Charles |
| 068225 | 1001265425 | FEE - FC - SALE | 3/17/2008 | $ | 600.00 | Law, Dennis |
| 068703 | 1001024406 | FEE - FC - SALE | 3/5/2008 | $ | 550.00 | Mahmood, Safira |
| 069020 | 1001653188 | FEE - FC - NO SALE | 3/18/2008 | $ | 400.00 | Byrd, Nicholas |
| 060924 | 1001673051 | FEE - FC - NO SALE | 3/28/2008 | $ | 400.00 | Flores, Jose |
| 069038 | 1000906387 | FEE - FC - NO SALE | 3/20/2008 | $ | 400.00 | Shams, Feraidoon |
| 069039 | 1000892763 | FEE - FC - NO SALE | 3/12/2008 | $ | 400.00 | Chen, Jiange |
| 069042 | 1001529885 | FEE - FC - NO SALE | 3/27/2008 | $ | 400.00 | Garcia, Gaspar |
| 069045 | 1001329967 | FEE - FC - SALE | 2/21/2008 | $ | 500.00 | Bustillos, Brenda |
| 069048 | 1001119407 | FEE - FC - NO SALE | 3/24/2008 | $ | 400.00 | Khorjekar, Rahul |
| 068898 | 100111226 | FEE - FC - NO SALE | 3/24/2008 | $ | 400.00 | Romero, Mirela |
| 068384 | 1001365067 | FEE - FC - SALE | 3/31/2008 | $ | 600.00 | Syed, Amjad |
| 068427 | 1001328229 | FEE - FC - SALE | 3/14/2008 | $ | 600.00 | Castillo, Sergio |
| 068429 | 1001027687 | FEE - FC - SALE | 3/17/2008 | $ | 600.00 | Carbajal, Juana |
| 068431 | 1000880269 | FEE - FC - SALE | 3/17/2008 | $ | 600.00 | Andrade, Henry |
| 068435 | 1000938161 | FEE - FC - SALE | 3/26/2008 | $ | 600.00 | Garcia-Maldonaldo, Evodio |
| 068437 | 1001123369 | FEE - FC - SALE | 3/26/2008 | $ | 600.00 | Spanta, Maliaha |
| 068445 | 1001336297 | FEE - FC - SALE | 3/28/2008 | $ | 600.00 | Miguel, Lilian |
| 068448 | 1001164658 | FEE - FC - SALE | 3/17/2008 | $ | 600.00 | Batool, Najma |
| 068449 | 1001312036 | FEE - FC - NO SALE | 3/18/2008 | $ | 400.00 | Escobar, Carlos |
| 068451 | 1000898536 | FEE - FC - SALE | 3/12/2008 | $ | 600.00 | Querbes, Miriam |

| Invoice Number | Loan Number | Description | Date | Amount | Name |
|---|---|---|---|---|---|
| 068456 | 1000795425 | FEE - FC - SALE | 3/10/2008 | $ 600.00 | Cox, Mary/Jeffrey |
| 068458 | 1001199062 | FEE - FC - SALE | 3/10/2008 | $ 600.00 | Orellano, Tito |
| 068459 | 1001383476 | FEE - Title Claim | 3/19/2008 | $ 350.00 | Delgado, Miguel |
| 068460 | 1001357997 | FEE - FC - NO SALE | 3/17/2008 | $ 400.00 | Ramirez, Lea |
| 068461 | 1001154144 | FEE - FC - NO SALE | 3/18/2008 | $ 400.00 | Hernandez, Felix |
| 068462 | 1001348779 | FEE - FC - NO SALE | 3/27/2008 | $ 400.00 | Samuel, Lincoln |
| 068463 | 1001455237 | FEE - FC - NO SALE | 3/28/2008 | $ 400.00 | Rocha, Juan C. |
| 068464 | 1001020510 | FEE - FC - NO SALE | 3/24/2008 | $ 400.00 | Estate of Mullins, Randall |
| 068472 | 1001199009 | FEE - FC - SALE | 3/25/2008 | $ 600.00 | Barklow, Tommie |
| 068477 | 1001495928 | FEE - FC - SALE | 3/24/2008 | $ 600.00 | Mcguire, Patrick |
| 068479 | 1001013589 | FEE - FC - SALE | 3/28/2008 | $ 600.00 | Stubbs, Marlene |
| 069778 | 1001312036 | FEE - Title Claim | 3/18/2008 | $ 350.00 | Escobar, Carlos |
| 075245 | 1001171155 | EV - FEE | 3/28/2008 | $ 350.00 | Amarillo, Janeth |
| 075346 | 1001559386 | EV - FEE | 3/3/2008 | $ 200.00 | Quinteroz, Francisco |
| 075349 | 1000892676 | EV - FEE | 3/11/2008 | $ 200.00 | Boaman, Peter |
| 075350 | 1001325995 | EV - FEE | 3/13/2008 | $ 300.00 | Ramirez, Erika |
| 075351 | 1001229231 | EV - FEE | 3/13/2008 | $ 300.00 | Brent, Rodney |
| 076048 | 1001726737 | FEE - FC - SALE | 3/10/2008 | $ 600.00 | Goad, Terrena |

$ 42,975.00

**March 2008 Expenses**

| Invoice Number | Loan Number | Description of Services | Date | Amount | Name |
|---|---|---|---|---|---|
| 059419 | 1001432721 | tax | 3/5/2008 | $ 559.70 | Reyes, Sonia |
| 059420 | 1001218264 | tax | 3/6/2008 | $ 502.86 | Rosales, Pedro |
| 059421 | 10014321113 | tax | 3/5/2008 | $ 625.82 | Jimenez, Walter and Ximena |
| 059426 | 100893711 | tax | 3/5/2008 | $ 816.06 | Andrade, Henry |
| 059427 | 1001526468 | tax | 3/5/2008 | $ 731.38 | Jaffiri, Syed |
| 059490 | 1001353994 | tax | 3/4/2008 | $ 1,027.20 | Santos, Oscar |
| 059516 | 1001435123 | title | 3/3/2008 | $ 235.00 | Dolak, Elizabeth |
| 024753 | 1001232091 | advertising | 3/19/2008 | $ 225.50 | Umana, Miguel |
| 035386 | 1000845115 | advertising | 3/19/2008 | $ 137.30 | Malik, Sadia |
| 068714 | 1000768734 | title | 3/6/2008 | $ 200.00 | Amaro, Benjamin |

| | | | | |
|---|---|---|---|---|
| 030554 | 1001191055 | advertising | 3/19/2008 | $ 311.29 | Defilippis, Ezio |
| 030545 | 1001225421 | advertising | 3/19/2008 | $ 1,134.28 | Mccloud, Christopher/Tammy |
| 035381 | 1001003586 | advertising | 3/21/2008 | $ 1,190.58 | Howard, Brady |
| 041380 | 1001175920 | advertising | 3/31/2008 | $ 1,134.28 | Bangthrongsack, Luisa |
| 038107 | 1001384827 | advertising | 3/19/2008 | $ 237.00 | Parada, Carlos |
| 038110 | 1001533150 | advertising | 3/19/2008 | $ 366.72 | Newbrough, Michael |
| 038111 | 1001164392 | advertising | 3/19/2008 | $ 276.10 | Gunderson, Celianna |
| 038112 | 1001357496 | advertising | 3/31/2008 | $ 240.91 | Castrence Joseph |
| 037246 | 1001009048 | advertising | 3/19/2008 | $ 244.82 | Rowe, Latanya |
| 037778 | 1001317613 | advertising | 3/19/2008 | $ 175.23 | Montgomery, Bonnie L. |
| 038514 | 1001628325 | advertising | 3/31/2008 | $ 1,096.74 | Martin, Christina |
| 041032 | 1001448188 | advertising | 3/19/2008 | $ 256.55 | Nguyen, Van |
| 041021 | 1255516567 | advertising | 3/26/2008 | $ 244.82 | Atchogolo, Yao |
| 035699 | 1001190651 | advertising | 3/19/2008 | $ 305.31 | Flores-Solano, Juan |
| 035699 | 1001190651 | deed | 3/19/2008 | $ 1,790.50 | Flores-Solano, Juan |
| 035705 | 1000950462 | advertising | 3/19/2008 | $ 849.72 | Patricio, Luis |
| 036100 | 100145831 | advertising | 3/26/2008 | $ 305.24 | Aguilar, Maria |
| 036125 | 1001253088 | advertising | 3/26/2008 | $ 388.80 | Aguilar, Adan |
| 036135 | 1001149079 | advertising | 3/31/2008 | $ 244.82 | Bogan, Brooke |
| 036148 | 1000849752 | advertising | 3/19/2008 | $ 601.90 | Malik, Sadia |
| 036489 | 1001203577 | advertising | 3/26/2008 | $ 305.31 | Annan, Theresa |
| 036460 | 1001406394 | advertising | 3/21/2008 | $ 618.11 | Hesser, Williams |
| 036658 | 1001202785 | advertising | 3/31/2008 | $ 488.80 | Claros, Juana |
| 038120 | 1001461553 | advertising | 3/19/2008 | $ 252.99 | Delfi, Jose |
| 037006 | 1001023084 | advertising | 3/19/2008 | $ 248.73 | Mcclain, James |
| 037058 | 1000994464 | advertising | 3/31/2008 | $ 244.82 | Castro, Jorge |
| 037551 | 1001329666 | advertising | 3/21/2008 | $ 631.48 | Dadain |
| 037552 | 1000795989 | advertising | 3/20/2008 | $ 264.75 | Hubbard, Charlotte |
| 037624 | 1001533395 | advertising | 3/19/2008 | $ 244.82 | Hunt, Julie |
| 036479 | 1001456798 | advertising | 3/19/2008 | $ 388.80 | West, Sudi |
| 036820 | 1001348272 | advertising | 3/19/2008 | $ 248.73 | Rongione, Anthony |
| 038504 | 1001108011 | advertising | 3/26/2008 | $ 244.82 | Anderson, Matthew |
| 056088 | 1001108807 | advertising | 3/26/2008 | $ 162.27 | Alred, Alem |
| 0553292 | 1000935415 | advertising | 3/26/2008 | $ 252.64 | Ashraf, Khalida |
| 053910 | 1001288687 | advertising | 3/26/2008 | $ 260.46 | Andres, Fe |
| 054591 | 1001171155 | advertising | 3/26/2008 | $ 252.64 | Amarillo, Janeth |
| 063576 | 1001178144 | postage | 3/21/2008 | $ 5.21 | Nguyen, Lam |

| | | | | | |
|---|---|---|---|---|---|
| 063577 | 1001252677 | postage | 3/6/2008 | $ | 5.21 | Tellez, Armando |
| 063577 | 1001252677 | title | 3/17/2008 | $ | 227.00 | Tellez, Armando |
| 063580 | 1001123615 | title | 3/14/2008 | $ | 216.50 | Delcid, Dionicio |
| 063581 | 1001348272 | title | 3/10/2008 | $ | 65.00 | Rongione, Anthony/Jimarzena |
| 063579 | 1000893668 | title | 3/11/2008 | $ | 65.00 | Chen, Jiange |
| 063582 | 1001344955 | title | 3/11/2008 | $ | 68.00 | Hess, Stephanie |
| 063582 | 1001344955 | sot | 3/3/2008 | $ | 21.00 | Hess, Stephanie |
| 063573 | 1000872398 | postage | 3/21/2008 | $ | 20.84 | Severich, Julio |
| 063573 | 1000872398 | sot | 3/21/2008 | $ | 21.00 | Severich, Julio |
| 064715 | 1001133996 | postage | 3/3/2008 | $ | 10.42 | Canales, Oscar |
| 064715 | 1001133996 | sot | 3/3/2008 | $ | 21.00 | Canales, Oscar |
| 064715 | 1001133996 | advertising | 3/8/2008 | $ | 369.02 | Canales, Oscar |
| 064715 | 1001133996 | title | 3/10/2008 | $ | 65.00 | Canales, Oscar |
| 064737 | 1000924521 | filing fee | 3/28/2008 | $ | 150.00 | Elliott, Kelly |
| 065764 | 1000982478 | unlawful detainer | 3/3/2008 | $ | 84.00 | Purnent/Garcia |
| 065765 | 1001123142 | unlawful detainer | 3/13/2008 | $ | 48.00 | Balla, Charles |
| 065665 | 1000692887 | filing fee | 3/17/2008 | $ | 150.00 | Hill, Lauri |
| 065667 | 100059393 | filing fee | 3/26/2008 | $ | 150.00 | Simpson, Albert |
| 060410 | 1000969771 | tax | 3/10/2008 | $ | 751.59 | Freesen, Susan |
| 060412 | 1001151084 | tax | 3/10/2008 | $ | 1,059.03 | Mickle, Anthony |
| 060414 | 1001524866 | tax | 3/10/2008 | $ | 340.83 | Cooper, Ronald |
| 060415 | 1001037457 | tax | 3/10/2008 | $ | 471.24 | Smith, Jerry |
| 060490 | 1001279572 | tax | 3/5/2008 | $ | 157.76 | Thompson, Wesley |
| 061428 | 1001051811 | title | 3/4/2008 | $ | 60.00 | Loper, Bradley D. |
| 061437 | 1000711429 | title | 3/4/2008 | $ | 65.00 | Smith, Barbar |
| 061437 | 1000711429 | tax | 3/17/2008 | $ | 539.35 | Smith, Barbar |
| 061073 | 1001643677 | title | 3/5/2008 | $ | 65.00 | Rakes, Karen |
| 061074 | 1000792455 | title | 3/5/2008 | $ | 75.00 | Hudgins, Benjamin |
| 061075 | 1000849821 | title | 3/4/2008 | $ | 60.00 | Ayala, Estate of Heriberto |
| 061081 | 1001231318 | title | 3/6/2008 | $ | 75.00 | Hiett, Beverly |
| 061155 | 1001169277 | title | 3/5/2008 | $ | 259.00 | Flores, Juan |
| 061155 | 1001169277 | postage | 3/5/2008 | $ | 5.21 | Flores, Juan |
| 061296 | 1000667800 | title | 3/4/2008 | $ | 250.00 | Griffin, Daryll R. |
| 061327 | 1000767324 | tax | 3/14/2008 | $ | 887.04 | Maldonado, Jorge |
| 061370 | 1001323827 | title | 3/5/2008 | $ | 65.00 | Aguilera, Elsa |
| 061370 | 1001323827 | tax | 3/13/2008 | $ | 750.75 | Aguilera, Elsa |
| 061335 | 1000852860 | title | 3/4/2008 | $ | 65.00 | Guzman-Posada, Juan |

| | | | | | |
|---|---|---|---|---|---|
| 061335 | 1000852860 | tax | 3/14/2008 | $ 410.52 | Guzman-Posada, Juan |
| 061338 | 1000586649 | title | 3/4/2008 | $ 65.00 | Hughes, Esther |
| 061338 | 1000586649 | tax | 3/14/2008 | $ 284.46 | Hughes, Esther |
| 057400 | 1001443527 | advertising | 3/31/2008 | $ 266.67 | Crust, Cherie |
| 055206 | 1001048589 | advertising | 3/31/2008 | $ 1,001.34 | Capehart, Rovert |
| 058568 | 1001169938 | advertising | 3/26/2008 | $ 270.76 | Asam, Amna |
| 058582 | 1001245529 | advertising | 3/26/2008 | $ 270.76 | Akhtar, Irshad |
| 058585 | 1001278603 | advertising | 3/26/2008 | $ 270.76 | Aboaye, Thomas |
| 058593 | 8767-07 | title | 3/31/2008 | $ 262.58 | Castro, Saul |
| 068911 | 1001568239 | advertising | 3/28/2008 | $ 225.00 | Grady, Sharrow |
| 058595 | 1000656244 | advertising | 3/31/2008 | $ 254.39 | Choi, Moon |
| 055323 | 5179393 | advertising | 3/31/2008 | $ 1,148.61 | Cope, Charles |
| 059422 | 1001159795 | deed | 3/13/2008 | $ 969.83 | Dicarlo, Joseph |
| 059423 | 1001419749 | deed | 3/25/2008 | $ 474.67 | Goad, Jimmy |
| 059424 | 1001424226 | deed | 3/25/2008 | $ 389.83 | Goad, Theresa |
| 059426 | 1000893711 | advertising | 3/26/2008 | $ 258.48 | Andrade, Henry |
| 059481 | 1001009048 | advertising | 3/19/2008 | $ 244.82 | Rowe, Latanya |
| 059486 | 1001318767 | deed | 3/25/2008 | $ 291.67 | Goad, Jimmy |
| 059488 | 1001283513 | deed | 3/25/2008 | $ 553.00 | Goad, Jimmy |
| 059245 | 1001286687 | advertising | 3/26/2008 | $ 266.67 | Andres, Fe |
| 067101 | 1001633094 | title | 3/14/2008 | $ 222.50 | Yates, Antionette |
| 068483 | 1001456868 | sot | 3/3/2008 | $ 21.00 | Medrano, Billy |
| 068481 | 1000867188 | postage | 3/3/2008 | $ 10.42 | Galo, Erika |
| 068481 | 1000867188 | sot | 3/3/2008 | $ 21.00 | Galo, Erika |
| 068481 | 1000867188 | title | 3/3/2008 | $ 65.00 | Galo, Erika |
| 068481 | 1000867188 | title | 3/17/2008 | $ 458.92 | Galo, Erika |
| 066167 | 1001294769 | postage | 3/4/2008 | $ 214.00 | Kern, Allison |
| 066080 | 1000708096 | postage | 3/17/2008 | $ 5.21 | Shams, Feraidoon |
| 066080 | 1000708096 | title | 3/14/2008 | $ 200.00 | Shams, Feraidoon |
| 068188 | 1001491077 | tax | 3/21/2008 | $ 1,484.64 | Arjantesva, Natalya |
| 068196 | 100882047 | deed | 3/12/2008 | $ 1,225.50 | Garcia-Reed, Carmen |
| 068196 | 100882047 | tax | 3/21/2008 | $ 482.40 | Garcia-Reed, Carmen |
| 068199 | 1000582708 | tax | 3/21/2008 | $ 619.92 | Diez, Mario |
| 068204 | 1001054466 | tax | 3/20/2008 | $ 1,153.44 | Murry, Mantai |
| 068208 | 1001036550 | tax | 3/20/2008 | $ 1,185.84 | Wheaton, Gregory |
| 068212 | 1001291092 | postage | 3/3/2008 | $ 5.21 | Sorto, Fredy |
| 068212 | 1001291092 | sot | 3/3/2008 | $ 21.00 | Sorto, Fredy |

| Check # | Invoice # | Type | Date | Amount | Payee |
|---|---|---|---|---|---|
| 068212 | 1001291092 | title | 3/3/2008 | $ 65.00 | Sorto, Fredy |
| 068212 | 1001291092 | deed | 3/3/2008 | $ 1,683.33 | Sorto, Fredy |
| 068212 | 1001291092 | tax | 3/3/2008 | $ 709.42 | Sorto, Fredy |
| 068215 | 1001146241 | sot | 3/3/2008 | $ 21.00 | Jovel, Luis |
| 068215 | 1001146241 | COA | 3/17/2008 | $ 270.00 | Jovel, Luis |
| 068215 | 1001146241 | tax | 3/25/2008 | $ 753.52 | Jovel, Luis |
| 069017 | 1001406755 | title | 3/5/2008 | $ 200.00 | Zaman, Syed |
| 068220 | 1001589080 | deed | 3/27/2008 | $ 625.00 | Sweeney, Charles |
| 068220 | 1001589080 | advertising | 3/4/2008 | $ 1,168.32 | Sweeney, Charles |
| 068220 | 1001589080 | stormwater | 3/18/2008 | $ 175.32 | Sweeney, Charles |
| 068225 | 1001265425 | postage | 3/3/2008 | $ 10.42 | Law, Dennis |
| 068225 | 1001265425 | sot | 3/3/2008 | $ 21.00 | Law, Dennis |
| 068225 | 1001265425 | title | 3/3/2008 | $ 65.00 | Law, Dennis |
| 068225 | 1001265425 | tax | 3/25/2008 | $ 535.15 | Law, Dennis |
| 068230 | 1001165781 | postage | 3/31/2008 | $ 10.42 | Marquina, Maria E. |
| 068230 | 1001165781 | sot | 3/31/2008 | $ 21.00 | Marquina, Maria E. |
| 068230 | 1001165781 | title | 3/31/2008 | $ 65.00 | Marquina, Maria E. |
| 068246 | 1001306085 | postage | 3/31/2008 | $ 10.42 | Lizama, Milagro D. |
| 068246 | 1001306085 | sot | 3/31/2008 | $ 21.00 | Lizama, Milagro D. |
| 068246 | 1001306085 | title | 3/7/2008 | $ 135.00 | Lizama, Milagro D. |
| 068249 | 1001095510 | postage | 3/31/2008 | $ 20.84 | Landaverde, Walter |
| 068249 | 1001095510 | sot | 3/31/2008 | $ 21.00 | Landaverde, Walter |
| 068249 | 1001095510 | title | 3/31/2008 | $ 66.00 | Landaverde, Walter |
| 068255 | 1001080399 | postage | 3/21/2008 | $ 10.42 | Dominguiez, Vicencio |
| 068255 | 1001080399 | title | 3/21/2008 | $ 214.00 | Dominguiez, Vicencio |
| 068255 | 1001080399 | sot | 3/21/2008 | $ 65.00 | Dominguiez, Vicencio |
| 068255 | 1001080399 | sot | 3/31/2008 | $ 21.00 | Dominguiez, Vicencio |
| 068259 | 1000917630 | postage | 3/6/2008 | $ 222.00 | Prang, Christopher/Andrea |
| 068261 | 1001536989 | title | 3/7/2008 | $ 217.00 | McKinney/Barzel/Brenda |
| 068267 | 1000661045 | postage | 3/27/2008 | $ 10.42 | Park, Jae S. |
| 068267 | 1000661045 | sot | 3/27/2008 | $ 21.00 | Park, Jae S. |
| 068267 | 1000661045 | title | 3/27/2008 | $ 60.00 | Park, Jae S. |
| 068269 | 1000923787 | postage | 3/31/2008 | $ 20.84 | Haynes, Sandra |
| 068269 | 1000923787 | title | 3/31/2008 | $ 65.00 | Haynes, Sandra |
| 068269 | 1000923787 | COA | 3/31/2008 | $ 369.00 | Haynes, Sandra |
| 068275 | 1000877384 | postage | 3/31/2008 | $ 20.84 | Combs, Osie |
| 068275 | 1000877384 | title | 3/3/2008 | $ 222.00 | Combs, Osie |

| ID | Ref | Type | Date | | Amount | Name |
|---|---|---|---|---|---|---|
| 068275 | 1000877384 | title | 3/31/2008 | $ | 65.00 | Combs, Osie |
| 068298 | 1001452321 | postage | 3/6/2008 | $ | 10.42 | Urbina, Juan |
| 068298 | 1001452321 | title | 3/6/2008 | $ | 200.00 | Urbina, Juan |
| 068298 | 1001452321 | title | 3/6/2008 | $ | 65.00 | Urbina, Juan |
| 068458 | 1001199062 | postage | 3/10/2008 | $ | 10.42 | Orellano, Tito |
| 068708 | 1001281883 | postage | 3/20/2008 | $ | 20.84 | Dungan, George |
| 068708 | 1001281883 | title | 3/20/2008 | $ | 75.00 | Dungan, George |
| 068712 | 1001100415 | title | 3/6/2008 | $ | 212.50 | Mosquera, Neil |
| 068714 | 1000768734 | title | 3/6/2008 | $ | 200.00 | Amaro, Benjamin |
| 068716 | 1000881101 | title | 3/5/2008 | $ | 200.00 | Combs, Osie |
| 068718 | 1001589881 | title | 3/7/2008 | $ | 217.00 | Debessay, Nahom |
| 068720 | 1001461028 | postage | 3/31/2008 | $ | 10.42 | Bonilla-Gutierrez |
| 068720 | 1001461028 | title | 3/7/2008 | $ | 235.00 | Bonilla-Gutierrez |
| 068720 | 1001461028 | title | 3/31/2008 | $ | 65.00 | Bonilla-Gutierrez |
| 068722 | 100115693 | title | 3/21/2008 | $ | 219.00 | Algadban, Aycha |
| 068724 | 1001517923 | title | 3/7/2008 | $ | 214.00 | Carr, Kathryn |
| 068726 | 1001320773 | tax | 3/19/2008 | $ | 950.76 | Perez, Maria |
| 068726 | 1001320773 | title | 3/5/2008 | $ | 221.00 | Perez, Maria |
| 069009 | 1001285622 | postage | 3/28/2008 | $ | 10.42 | Acosta, Gredy |
| 069009 | 1001285622 | sot | 3/28/2008 | $ | 21.00 | Acosta, Gredy |
| 069009 | 1001285622 | title | 3/11/2008 | $ | 228.00 | Acosta, Gredy |
| 069009 | 1001285622 | title | 3/28/2008 | $ | 66.00 | Acosta, Gredy |
| 069020 | 1001653188 | title | 3/13/2008 | $ | 211.50 | Byrd, Nicholas |
| 069020 | 1001653188 | postage | 3/12/2008 | $ | 10.42 | Byrd, Nicholas |
| 069035 | 1001782781 | title | 3/6/2008 | $ | 220.00 | Williams, Dwight |
| 069035 | 1001782781 | postage | 3/6/2008 | $ | 10.42 | Williams, Dwight |
| 069038 | 1000906387 | title | 3/6/2008 | $ | 224.00 | Shams, Feraidoon |
| 069038 | 1000906387 | postage | 3/6/2008 | $ | 10.42 | Shams, Feraidoon |
| 069042 | 1001529885 | postage | 3/27/2008 | $ | 10.42 | Garcia, Gaspar |
| 069042 | 1001529885 | title | 3/27/2008 | $ | 50.00 | Garcia, Gaspar |
| 069045 | 1001329967 | advertising | 3/22/2008 | $ | 258.48 | Bustillos, Brenda |
| 069045 | 1001329967 | sot | 3/17/2008 | $ | 21.00 | Bustillos, Brenda |
| 069045 | 1001329967 | title | 3/17/2008 | $ | 10.42 | Bustillos, Brenda |
| 069045 | 1001329967 | title | 3/17/2008 | $ | 65.00 | Bustillos, Brenda |
| 069046 | 1001104967 | title | 3/13/2008 | $ | 249.00 | Smith, George |
| 069046 | 1001104967 | postage | 3/13/2008 | $ | 5.21 | Smith, George |
| 069048 | 1001119407 | title | 3/14/2008 | $ | 218.00 | Khorjekar, Rahul |

| | | | | | |
|---|---|---|---|---|---|
| 069048 | 1001119407 | postage | 3/13/2008 | $ 5.21 | Khorjekar, Rahul |
| 069050 | 1001559005 | title | 3/7/2008 | $ 100.00 | Rubio, Jose |
| 069051 | 1001062544 | title | 3/10/2008 | $ 225.00 | Arbieto, Nicolas |
| 069051 | 1001062544 | postage | 3/7/2008 | $ 10.42 | Arbieto, Nicolas |
| 069055 | 1001299409 | sot | 3/26/2008 | $ 21.00 | Montes, Cecilia |
| 069055 | 1001299409 | postage | 3/26/2008 | $ 20.84 | Montes, Cecilia |
| 069055 | 1001299409 | title | 3/26/2008 | $ 60.00 | Montes, Cecilia |
| 069061 | 1001464406 | postage | 3/14/2008 | $ 10.42 | Ward, Debbie |
| 069065 | 1001072308 | title | 3/31/2008 | $ 67.00 | Marroquin, Elver |
| 069065 | 1001072308 | postage | 3/31/2008 | $ 10.42 | Marroquin, Elver |
| 069071 | 1001201400 | title | 3/10/2008 | $ 230.00 | Montalvo, Crisobal |
| 069075 | 1000700069 | postage | 3/28/2008 | $ 10.42 | Im, Jong |
| 069075 | 1000700069 | sot | 3/31/2008 | $ 21.00 | Im, Jong |
| 069075 | 1000700069 | title | 3/11/2008 | $ 230.00 | Im, Jong |
| 069075 | 1000700069 | title | 3/31/2008 | $ 60.00 | Im, Jong |
| 069081 | 1001294791 | title | 3/5/2008 | $ 206.00 | Lemus, Romilda |
| 06911 | 1001211748 | title | 3/10/2008 | $ 235.00 | Vohra, Lakhinder |
| 069113 | 1001440524 | title | 3/10/2008 | $ 220.00 | Salinas, Elmer |
| 069116 | 1015233153 | title | 3/18/2008 | $ 130.00 | Kaur, Harmajit |
| 068886 | 3693923 | title | 3/6/2008 | $ 200.00 | Pouncy, Anita |
| 068893 | 1001704996 | title | 3/5/2008 | $ 202.00 | Gibson, John |
| 068898 | 100111226 | postage | 3/6/2008 | $ 5.21 | Romero, Mirela |
| 068898 | 100111226 | title | 3/6/2008 | $ 225.00 | Romero, Mirela |
| 068899 | 10011152807 | title | 3/7/2008 | $ 206.50 | Nguyen, Nguyen |
| 068899 | 10011152807 | postage | 3/6/2008 | $ 10.42 | Nguyen, Nguyen |
| 068900 | 10011126677 | title | 3/10/2008 | $ 200.00 | Tran, Trang |
| 068900 | 10011126677 | postage | 3/7/2008 | $ 10.42 | Tran, Trang |
| 068901 | 1001559005 | postage | 3/7/2008 | $ 5.21 | Rubio, Jose |
| 068901 | 1001559005 | title | 3/7/2008 | $ 100.00 | Rubio, Jose |
| 068902 | 1001062544 | title | 3/10/2008 | $ 225.00 | Arbieto, Nicolas |
| 068902 | 1001062544 | postage | 3/10/2008 | $ 5.21 | Arbieto, Nicolas |
| 068904 | 1001241518 | postage | 3/31/2008 | $ 5.21 | Causton, Mary |
| 068904 | 1001241518 | title | 3/31/2008 | $ 75.00 | Causton, Mary |
| 068906 | 1001569282 | sot | 3/31/2008 | $ 21.00 | Chavez, Mayra |
| 068906 | 1001569282 | title | 3/5/2008 | $ 225.00 | Chavez, Mayra |
| 068906 | 1001569282 | postage | 3/31/2008 | $ 10.42 | Chavez, Mayra |
| 068906 | 1001569282 | title | 3/31/2008 | $ 65.00 | Chavez, Mayra |

| | | | | | |
|---|---|---|---|---|---|
| 068907 | 1001200717 | title | 3/7/2008 | $ | 225.00 | Varillas, Julio |
| 068907 | 1001200717 | postage | 3/6/2008 | $ | 10.42 | Varillas, Julio |
| 068909 | 1001305409 | sot | 3/31/2008 | $ | 21.00 | Mcneil, Brigette |
| 068909 | 1001305409 | postage | 3/31/2008 | $ | 10.42 | Mcneil, Brigette |
| 068909 | 1001305409 | title | 3/31/2008 | $ | 65.00 | Mcneil, Brigette |
| 068911 | 1001568239 | sot | 3/28/2008 | $ | 21.00 | Grady, Sharrow |
| 068911 | 1001568239 | postage | 3/27/2008 | $ | 20.84 | Grady, Sharrow |
| 068911 | 1001568239 | title | 3/28/2008 | $ | 60.00 | Grady, Sharrow |
| 068913 | 1000830409 | postage | 3/31/2008 | $ | 20.84 | Tafur, Jesus |
| 068913 | 1000830409 | title | 3/5/2008 | $ | 235.00 | Tafur, Jesus |
| 068913 | 1000830409 | title | 3/31/2008 | $ | 65.00 | Tafur, Jesus |
| 068298 | 1001452321 | title | 3/6/2008 | $ | 200.00 | Urbina, Juan |
| 068310 | 1000877367 | postage | 3/31/2008 | $ | 20.84 | Combs, Osie |
| 068310 | 1000877367 | title | 3/3/2008 | $ | 220.00 | Combs, Osie |
| 068312 | 1001038398 | title | 3/6/2008 | $ | 230.00 | Newell, Ryan |
| 068314 | 1001168105 | title | 3/7/2008 | $ | 200.00 | Quiroz, Julio |
| 068316 | 1001346233 | title | 3/6/2008 | $ | 230.00 | Campos, Hugo |
| 068318 | 1001497892 | postage | 3/31/2008 | $ | 10.42 | Baig, Naheed |
| 068318 | 1001497892 | sot | 3/31/2008 | $ | 21.00 | Baig, Naheed |
| 068318 | 1001497892 | title | 3/31/2008 | $ | 66.00 | Baig, Naheed |
| 068319 | 1001634370 | title | 3/19/2008 | $ | 226.00 | Hawley, Sherman |
| 068319 | 1001634370 | postage | 3/18/2008 | $ | 5.21 | Hawley, Sherman |
| 068323 | 1000882551 | postage | 3/20/2008 | $ | 10.42 | Estate of Ayala, Heriberto |
| 068323 | 1000882551 | sot | 3/20/2008 | $ | 21.00 | Estate of Ayala, Heriberto |
| 068325 | 1001755068 | title | 3/24/2008 | $ | 235.00 | Hernandez, Cergio |
| 068325 | 1001755068 | postage | 3/24/2008 | $ | 10.42 | Hernandez, Cergio |
| 068327 | 1001109675 | postage | 3/26/2008 | $ | 10.42 | Feagin, Phillip |
| 068327 | 1001109675 | title | 3/26/2008 | $ | 75.00 | Feagin, Phillip |
| 068329 | 1000856710 | postage | 3/19/2008 | $ | 10.42 | Osei, Julianna |
| 068329 | 1000856710 | sot | 3/19/2008 | $ | 21.00 | Osei, Julianna |
| 068329 | 1000856710 | title | 3/20/2008 | $ | 65.00 | Osei, Julianna |
| 068331 | 1000774562 | postage | 3/19/2008 | $ | 20.84 | Shaw, Barbara |
| 068331 | 1000774562 | sot | 3/20/2008 | $ | 21.00 | Shaw, Barbara |
| 068331 | 1000774562 | title | 3/19/2008 | $ | 65.00 | Shaw, Barbara |
| 068333 | 1000913737 | postage | 3/20/2008 | $ | 10.42 | Navarro, Manuel |
| 068333 | 1000913737 | sot | 3/21/2008 | $ | 21.00 | Navarro, Manuel |
| 068333 | 1000913737 | title | 3/20/2008 | $ | 70.00 | Navarro, Manuel |

| | | | | | | |
|---|---|---|---|---|---|---|
| 068335 | 1001040655 | postage | 3/20/2008 | $ | 20.84 | Rinonos, Obdulia |
| 068335 | 1001040655 | sot | 3/21/2008 | $ | 21.00 | Rinonos, Obdulia |
| 068335 | 1001040655 | title | 3/21/2008 | $ | 65.00 | Rinonos, Obdulia |
| 068336 | 1000703669 | title | 3/14/2008 | $ | 200.00 | Smith, William |
| 068336 | 1000703669 | postage | 3/13/2008 | $ | 10.42 | Smith, William |
| 068338 | 1001206447 | postage | 3/31/2008 | $ | 20.84 | Melendez, German |
| 068338 | 1001206447 | sot | 3/31/2008 | $ | 21.00 | Melendez, German |
| 068338 | 1001206447 | title | 3/31/2008 | $ | 65.00 | Melendez, German |
| 068340 | 1000661045 | postage | 3/27/2008 | $ | 10.42 | Park, Jae S. |
| 068340 | 1000661045 | sot | 3/27/2008 | $ | 21.00 | Park, Jae S. |
| 068340 | 1000661045 | title | 3/27/2008 | $ | 60.00 | Park, Jae S. |
| 068342 | 1001205110 | postage | 3/31/2008 | $ | 10.42 | Balla, Cynthia |
| 068342 | 1001205110 | sot | 3/31/2008 | $ | 230.00 | Balla, Cynthia |
| 068342 | 1001205110 | title | 3/31/2008 | $ | 65.00 | Balla, Cynthia |
| 068344 | 1000882551 | postage | 3/20/2008 | $ | 10.42 | Estate of Ayala, Heriberto |
| 068344 | 1000882551 | sot | 3/20/2008 | $ | 21.00 | Estate of Ayala, Heriberto |
| 068344 | 1000882551 | title | 3/20/2008 | $ | 130.00 | Estate of Ayala, Heriberto |
| 068346 | 1001755068 | title | 3/24/2008 | $ | 235.00 | Hernandez, Cergio |
| 068346 | 1001755068 | postage | 3/24/2008 | $ | 10.42 | Hernandez, Cergio |
| 068348 | 1001634370 | title | 3/19/2008 | $ | 226.00 | Hawley, Sherman |
| 068348 | 1001634370 | postage | 3/19/2008 | $ | 5.21 | Hawley, Sherman |
| 068350 | 1001109675 | postage | 3/26/2008 | $ | 10.42 | Feagin, Phillip |
| 068350 | 1001109675 | title | 3/26/2008 | $ | 75.00 | Feagin, Phillip |
| 068365 | 1001544590 | title | 3/5/2008 | $ | 200.00 | Montes, Jose |
| 068365 | 1001544590 | postage | 3/5/2008 | $ | 5.21 | Montes, Jose |
| 068363 | 1001281808 | postage | 3/6/2008 | $ | 10.42 | Scura, Peter |
| 068363 | 1001281808 | sot | 3/6/2008 | $ | 21.00 | Scura, Peter |
| 068363 | 1001281808 | title | 3/6/2008 | $ | 77.00 | Scura, Peter |
| 068366 | 1000691897 | title | 3/5/2008 | $ | 231.00 | Melendez, Francis |
| 068366 | 1000691897 | postage | 3/5/2008 | $ | 5.21 | Melendez, Francis |
| 068371 | 1001636054 | title | 3/6/2008 | $ | 70.00 | Sanchez, David |
| 068371 | 1001636054 | postage | 3/6/2008 | $ | 5.21 | Sanchez, David |
| 068376 | 1001375670 | title | 3/5/2008 | $ | 185.00 | Ugarte, Jose |
| 068376 | 1001375670 | postage | 3/5/2008 | $ | 5.21 | Ugarte, Jose |
| 068382 | 1000822300 | title | 3/3/2008 | $ | 228.00 | Kakar, Tareq |
| 068382 | 1000822300 | postage | 3/3/2008 | $ | 10.42 | Kakar, Tareq |
| 068384 | 1001365067 | postage | 3/13/2008 | $ | 20.84 | Syed, Amjad |

| | | | | | |
|---|---|---|---|---|---|
| 068384 | 1001365067 | sot | 3/13/2008 | $ | 21.00 | Syed, Amjad |
| 068384 | 1001365067 | title | 3/13/2008 | $ | 60.00 | Syed, Amjad |
| 068384 | 1001365067 | tax | 3/31/2008 | $ | 1,015.56 | Syed, Amjad |
| 068387 | 1001117119 | title | 3/6/2008 | $ | 234.00 | Beloff, David |
| 068387 | 1001117119 | postage | 3/6/2008 | $ | 10.42 | Beloff, David |
| 068389 | 1001059316 | title | 3/5/2008 | $ | 259.00 | Bitar, Ahmad |
| 068389 | 1001059316 | postage | 3/5/2008 | $ | 5.21 | Bitar, Ahmad |
| 068391 | 1000898891 | title | 3/14/2008 | $ | 245.00 | Seo, Seung |
| 068391 | 1000898891 | postage | 3/13/2008 | $ | 10.42 | Seo, Seung |
| 068391 | 1000898891 | title | 3/11/2008 | $ | 228.00 | Cho, Dong |
| 068391 | 1000898891 | postage | 3/10/2008 | $ | 5.21 | Cho, Dong |
| 068393 | 1001391899 | title | 3/6/2008 | $ | 200.00 | Robinson, Everton |
| 068393 | 1001391899 | postage | 3/6/2008 | $ | 5.21 | Robinson, Everton |
| 068396 | 1001306955 | title | 3/5/2008 | $ | 223.00 | Guadron, Norma |
| 068396 | 1001306955 | postage | 3/5/2008 | $ | 5.21 | Guadron, Norma |
| 068399 | 1000846262 | title | 3/10/2008 | $ | 250.00 | Adampah, Kwasi |
| 068399 | 1000846262 | postage | 3/7/2008 | $ | 5.21 | Adampah, Kwasi |
| 068400 | 1001614616 | title | 3/6/2008 | $ | 200.00 | Smith, Walter |
| 068400 | 1001614616 | postage | 3/6/2008 | $ | 5.21 | Smith, Walter |
| 068401 | 1001164797 | title | 3/10/2008 | $ | 216.00 | Kehn, Yolanda |
| 068401 | 1001164797 | postage | 3/7/2008 | $ | 5.21 | Kehn, Yolanda |
| 068402 | 1000981260 | title | 3/5/2008 | $ | 237.00 | Poonawala, Riyaz |
| 068404 | 1001669091 | title | 3/6/2008 | $ | 240.00 | Bearor, Richard |
| 068404 | 1001669091 | postage | 3/6/2008 | $ | 10.42 | Bearor, Richard |
| 068405 | 1001494896 | title | 3/7/2008 | $ | 230.00 | Mckay, Rosemarie |
| 068405 | 1001494896 | postage | 3/7/2008 | $ | 5.21 | Mckay, Rosemarie |
| 068407 | 1001130708 | title | 3/7/2008 | $ | 270.00 | Carter, Nathan |
| 068407 | 1001130708 | postage | 3/6/2008 | $ | 10.42 | Carter, Nathan |
| 068414 | 1001087583 | title | 3/7/2008 | $ | 263.00 | Mercado, Jose/Sorto, Williams |
| 068414 | 1001087583 | postage | 3/7/2008 | $ | 5.21 | Mercado, Jose/Sorto, Williams |
| 068416 | 1000919028 | filing fee | 3/3/2008 | $ | 150.00 | Fuentes, Hector |
| 068418 | 1001056635 | filing fee | 3/11/2008 | $ | 500.00 | Ayala, Mirian |
| 068419 | 1001481530 | title | 3/5/2008 | $ | 225.00 | Chavez, Oscar |
| 068419 | 1001481530 | postage | 3/5/2008 | $ | 5.21 | Chavez, Oscar |
| 068421 | 1001121461 | title | 3/7/2008 | $ | 227.00 | Carter, Nathan |
| 068421 | 1001121461 | postage | 3/7/2008 | $ | 15.63 | Carter, Nathan |
| 068424 | 100388328 | title | 3/5/2008 | $ | 200.00 | Walker, Steven |

| | | | | | |
|---|---|---|---|---|---|
| 068424 | 100388328 | postage | 3/5/2008 | $ | 10.42 | Walker, Steven |
| 068427 | 1001328229 | title | 3/10/2008 | $ | 130.00 | Castillo, Sergio |
| 068427 | 1001328229 | tax | 3/14/2008 | $ | 447.00 | Castillo, Sergio |
| 068429 | 1001027687 | tax | 3/25/2008 | $ | 540.54 | Carbajal, Juana |
| 068431 | 1000880269 | postage | 3/3/2008 | $ | 20.84 | Andrade, Henry |
| 068431 | 1000880269 | sot | 3/3/2008 | $ | 21.00 | Andrade, Henry |
| 068431 | 1000880269 | title | 3/3/2008 | $ | 220.00 | Andrade, Henry |
| 068431 | 1000880269 | tax | 3/25/2008 | $ | 65.00 | Andrade, Henry |
| 068435 | 1000938161 | tax | 3/26/2008 | $ | 279.24 | Garcia-Maldonaldo, Evodio |
| 068437 | 1001123369 | postage | 3/11/2008 | $ | 10.42 | Spanta, Maliaha |
| 068437 | 1001123369 | sot | 3/12/2008 | $ | 21.00 | Spanta, Maliaha |
| 068437 | 1001123369 | title | 3/11/2008 | $ | 65.00 | Spanta, Maliaha |
| 068437 | 1001123369 | tax | 3/26/2008 | $ | 430.86 | Spanta, Maliaha |
| 068438 | 100826087 | postage | 3/13/2008 | $ | 5.21 | Dominguez, Roberto |
| 068438 | 100826087 | title | 3/14/2008 | $ | 225.00 | Dominguez, Roberto |
| 068445 | 1001336297 | postage | 3/14/2008 | $ | 10.42 | Miguel, Lilian |
| 068445 | 1001336297 | sot | 3/17/2008 | $ | 21.00 | Miguel, Lilian |
| 068445 | 1001336297 | title | 3/14/2008 | $ | 65.00 | Miguel, Lilian |
| 068448 | 1001164658 | tax | 3/25/2008 | $ | 481.25 | Batool, Najma |
| 068451 | 1000898536 | tax | 3/21/2008 | $ | 471.60 | Querbes, Miriam |
| 068456 | 1000795425 | tax | 3/19/2008 | $ | 555.80 | Cox, Mary/Jeffrey |
| 068458 | 1001199062 | tax | 3/18/2008 | $ | 394.80 | Orellano, Tito |
| 068458 | 1001199062 | sot | 3/10/2008 | $ | 21.00 | Orellano, Tito |
| 068458 | 1001199062 | title | 3/10/2008 | $ | 65.00 | Orellano, Tito |
| 068460 | 1001357997 | title | 3/4/2008 | $ | 229.00 | Ramirez, Lea |
| 068462 | 1001348779 | title | 3/6/2008 | $ | 252.00 | Samuel, Lincoln |
| 068462 | 1001348779 | title | 3/6/2008 | $ | 5.21 | Samuel, Lincoln |
| 068468 | 1000809274 | title | 3/11/2008 | $ | 240.00 | Fidler, John |
| 068468 | 1000809274 | postage | 3/10/2008 | $ | 5.21 | Fidler, John |
| 068469 | 1000714558 | title | 3/5/2008 | $ | 230.00 | Vargas, Alba |
| 068469 | 1000714558 | postage | 3/5/2008 | $ | 5.21 | Vargas, Alba |
| 068470 | 1001237412 | title | 3/14/2008 | $ | 229.00 | Jones, James |
| 068470 | 1001237412 | postage | 3/14/2008 | $ | 10.42 | Jones, James |
| 068471 | 1001656149 | title | 3/14/2008 | $ | 218.00 | Johnson, John |
| 068471 | 1001656149 | postage | 3/13/2008 | $ | 5.21 | Johnson, John |
| 068472 | 1001199009 | postage | 3/7/2008 | $ | 20.84 | Barklow, Tommie |
| 068475 | 1001113761 | postage | 3/7/2008 | $ | 20.84 | Garcia, Mauricio |

| ID | Sub-ID | Type | Date | Amount | Name |
|---|---|---|---|---|---|
| 068475 | 10011113761 | sot | 3/7/2008 | $ 21.00 | Garcia, Mauricio |
| 068475 | 10011113761 | title | 3/7/2008 | $ 67.00 | Garcia, Mauricio |
| 068477 | 10014495928 | postage | 3/7/2008 | $ 10.42 | Mcguire, Patrick |
| 068477 | 10014495928 | sot | 3/10/2008 | $ 21.00 | Mcguire, Patrick |
| 068477 | 10014495928 | title | 3/7/2008 | $ 65.00 | Mcguire, Patrick |
| 068477 | 10014495928 | COA | 3/24/2008 | $ 269.00 | Mcguire, Patrick |
| 068477 | 10014495928 | tax | 3/31/2008 | $ 328.44 | Mcguire, Patrick |
| 068479 | 10010013589 | tax | 3/28/2008 | $ 1,022.22 | Stubbs, Marlene |
| 069577 | 10012226597 | title | 3/14/2008 | $ 230.00 | Ulloa, Ana |
| 069257 | 10012293682 | postage | 3/11/2008 | $ 20.84 | Vinson, Joseph |
| 069257 | 10012293682 | sot | 3/12/2008 | $ 21.00 | Vinson, Joseph |
| 069257 | 10012293682 | advertising | 3/17/2008 | $ 1,069.76 | Vinson, Joseph |
| 069257 | 10012293682 | title | 3/11/2008 | $ 75.00 | Vinson, Joseph |
| 068263 | 10005700004 | postage | 3/24/2008 | $ 15.63 | Johnson, Jonathan |
| 069401 | 10008546663 | postage | 3/26/2008 | $ 10.42 | Alvarenga, Humberto |
| 069401 | 10008546663 | sot | 3/25/2008 | $ 21.00 | Alvarenga, Humberto |
| 069401 | 10008546663 | title | 3/25/2008 | $ 60.00 | Alvarenga, Humberto |
| 069405 | 10009791167 | title | 3/7/2008 | $ 200.00 | Qamar, Tahir |
| 069407 | 10013755997 | title | 3/5/2008 | $ 200.00 | Duran, German |
| 069409 | 10013799251 | title | 3/6/2008 | $ 230.00 | Sanchez, Elizabeth |
| 075333 | 10012258239 | unlawful detainer | 3/13/2008 | $ 60.00 | |
| 076048 | 10017726737 | title | 3/4/2008 | $ 60.00 | Goad, Terrena |
| 076048 | 10017726737 | COA | 3/10/2008 | $ 169.00 | Goad, Terrena |
| 076048 | 10017726737 | tax | 3/18/2008 | $ 912.24 | Goad, Terrena |
| 076048 | 10017726737 | LNA | 3/10/2008 | $ 150.00 | Goad, Terrena |
| 074972 | 10006546637 | unlawful detainer | 3/13/2008 | $ 48.00 | Zambrano, Orlando |
| 77186 | 10009299102 | writ | 3/25/2008 | $ 49.00 | Rhodes, George |
| 076541 | 10014722377 | unlawful detainer | 3/13/2008 | $ 60.00 | Castro, Saul |

$ 84,665.64