'/IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,<sup>1</sup>                           :   Jointly Administered
                                                                      :
     Debtors.                                                         :   Objection Deadline: July 22, 2008 at 4:00
                                                                      :   p.m.
---------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
      Official Committee of Unsecured Creditors

      The **Ninth Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2008 through April 30, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $33,200.00 and interim expenses in the amount of $62,919.38.

      Objections to the Application, if any, are required to be filed on or before **July 22, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       July 2, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :
a Delaware corporation, et al.,                                 :   Jointly Administered
                                                                :
                                                                :   Objection Deadline:
        Debtors.                                                :   Hearing Date: N/A
---------------------------------------------------------------- x

**NINTH MONTHLY APPLICATION OF SAMUEL I. WHITE, P.C. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD APRIL 1, 2008 THROUGH APRIL 11, 2008**

| | |
|---|---|
| Name of Applicant: | **Samuel I. White, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **April 1, 2008 through April 11, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$33,200.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$62,919.38** |

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

PRIOR APPLICATIONS:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | 8/6/07-8/31/07 | $27,290.00 | $21,596.79 | | |
| | 9/1/07-9/30/07 | $3,385.00 | $6,742.72 | | |
| | 10/1/07-10/31/07 | $2,350.00 | $2,225.84 | | |
| | 11/1/07-11/30/07 | $9,650.00 | $12,893.63 | | |
| | 12/1/07-12/31/07 | $33,420.00 | $76,974.79 | | |
| | 01/1/08-01/31/08 | $50,310.00 | $152,313.08 | | |
| | 02/01/08-02/29/08 | $49,155.00 | $193,689.78 | | |
| | 03/01/08-03/31/08 | $42,975.00 | $84,665.64 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $33,200.00 |
| TOTALS | N/A | $33,200.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $62,919.38 |

## VERIFICATION OF FEE APPLICATION

STATE OF Virginia )
) Tax ID # 54-1096577
City OF Virginia Beach)

        **D. Carol Sasser, Esquire**, after being duly sworn according to law, deposes and says:

1. I am a Vice President of Samuel I. White, P.C., the applicant firm (the "Firm") and have been admitted to the bar of the state of **Virginia** since **1988**.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
[Name]

SWORN TO AND SUBSCRIBED
before me this 1st day of July, 2008.

_____
Notary Public

SYLVIA C. MILLER
NOTARY ID # 180820
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DECEMBER 31, 2008

DB02:6342604.1

066585.1001

**April 2008 fees**

| Invoice Number | Loan Number | Description of Services | Date | Amount | |
|---|---|---|---|---|---|
| 063574 | 1000784092 | FEE - FC - NO SALE | 4/1/2008 | $ | 400.00 | Price, Stacy |
| 063575 | 0290052170 | FEE - FC - NO SALE | 4/1/2008 | $ | 400.00 | Harrag, Reda |
| 063576 | 10011178144 | FEE - FC - NO SALE | 4/1/2008 | $ | 400.00 | Nguyen, Lam |
| 075337 | 10011171155 | EV - FEE | 4/9/2008 | $ | 300.00 | Amarillo, Janet |
| 064171 | 10007714584 | EV - FEE | 4/7/2008 | $ | 350.00 | Neimbra, Stephen |
| 064170 | 1000656244 | EV - FEE | 4/7/2008 | $ | 350.00 | Choi, Moon |
| 064924 | 1016613653 | FEE - LIEN MONITOR | 4/9/2008 | $ | 250.00 | Zavata, Rogelio |
| 064737 | 1000924521 | FEE-BK - MFR | 4/9/2008 | $ | 500.00 | Elliott, Kelly |
| 065764 | 1000982478 | EV - FEE | 4/11/2008 | $ | 300.00 | Pument/Garcia |
| 065765 | 10011123142 | EV - FEE | 4/11/2008 | $ | 300.00 | Balla, Charles |
| 065665 | 1000692887 | FEE-BK - MFR | 4/11/2008 | $ | 500.00 | Hill, Lauri |
| 065667 | 100059393 | FEE-BK - MFR | 4/11/2008 | $ | 500.00 | Simpson, Albert |
| 069035 | 1001782781 | FEE - FC - NO SALE | 4/7/2008 | $ | 400.00 | Williams, Dwight |
| 069046 | 1001104967 | FEE - FC - NO SALE | 4/9/2008 | $ | 400.00 | Smith, George |
| 069050 | 10015559005 | FEE - FC - NO SALE | 4/7/2008 | $ | 400.00 | Rubio, Jose |
| 069051 | 1001062544 | FEE - FC - NO SALE | 4/10/2008 | $ | 400.00 | Arbieto, Nicolas |
| 069055 | 1001299409 | FEE - FC - NO SALE | 4/11/2008 | $ | 500.00 | Montes, Cecilia |
| 068890 | 1000955284 | FEE - FC - NO SALE | 4/11/2008 | $ | 500.00 | Gutierrez, Dora |
| 068892 | 10012299409 | FEE - FC - NO SALE | 4/11/2008 | $ | 400.00 | Montes, Cecilia |
| 068897 | 1000797261 | FEE - FC - NO SALE | 4/5/2008 | $ | 400.00 | Moon, Dustin |
| 068899 | 1001152807 | FEE - FC - NO SALE | 4/5/2008 | $ | 400.00 | Nguyen, Nguyen |
| 068900 | 1001126677 | FEE - FC - NO SALE | 4/5/2008 | $ | 400.00 | Tran, Trang |
| 068901 | 10015559005 | FEE - FC - NO SALE | 4/7/2008 | $ | 400.00 | Rubio, Jose |
| 068902 | 1001062544 | FEE - FC - NO SALE | 4/10/2008 | $ | 400.00 | Arbieto, Nicolas |
| 068903 | 1000692887 | FEE - FC - NO SALE | 4/8/2008 | $ | 450.00 | Hill |
| 068904 | 10012241518 | FEE - FC - NO SALE | 4/9/2008 | $ | 400.00 | Causton, Mary |
| 068907 | 10012200717 | FEE - FC - NO SALE | 4/8/2008 | $ | 400.00 | Varillas, Julio |
| 068911 | 1001568239 | FEE - FC - NO SALE | 4/11/2008 | $ | 500.00 | Grady, Sharrow |
| 068323 | 1000882551 | FEE - FC - SALE | 4/9/2008 | $ | 600.00 | Estate of Ayala, Heriberto |
| 068327 | 10011109675 | FEE - FC - SALE | 4/9/2008 | $ | 600.00 | Feagin, Phillip |
| 068329 | 1000856710 | FEE - FC - SALE | 4/7/2008 | $ | 600.00 | Osei, Julianna |
| 068331 | 1000774562 | FEE - FC - SALE | 4/9/2008 | $ | 600.00 | Shaw, Barbara |
| 068333 | 1000913737 | FEE - FC - SALE | 4/4/2008 | $ | 600.00 | Navarro, Manuel |
| 068335 | 10011040655 | FEE - FC - SALE | 4/4/2008 | $ | 600.00 | Rinonos, Obdulia |
| 068344 | 1000882551 | FEE - FC - SALE | 4/9/2008 | $ | 600.00 | Estate of Ayala, Heriberto |

| | | | | | |
|---|---|---|---|---|---|
| 068365 | 1001544590 | FEE - FC - NO SALE | 4/4/2008 | $ 400.00 | Montes, Jose |
| 063363 | 1001281808 | FEE - FC - SALE | 4/2/2008 | $ 600.00 | Scura, Peter |
| 068364 | 10013299957 | FEE - FC - NO SALE | 4/4/2008 | $ 400.00 | Barahona, Oscar |
| 068366 | 1000691897 | FEE - FC - NO SALE | 4/4/2008 | $ 400.00 | Melendez, Francis |
| 068368 | 1004473924 | FEE - FC - NO SALE | 4/4/2008 | $ 400.00 | Yilma, Beletch |
| 068371 | 1001636054 | FEE - FC - NO SALE | 4/4/2008 | $ 400.00 | Sanchez, David |
| 068372 | 1001540713 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Haque, Bul Bul |
| 068374 | 1001557498 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Saavedra |
| 068376 | 1001375670 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Ugarte, Jose |
| 068377 | 1000889204 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Douglas, Richard |
| 0638382 | 1000822300 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Kakar, Tareq |
| 068387 | 1001117119 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Beloff, David |
| 068388 | 1000599561 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Bae, Won |
| 068389 | 1001059316 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Bitar, Ahmad |
| 068391 | 1000898891 | FEE - FC - NO SALE | 4/7/2008 | $ 400.00 | Seo, Seung |
| 068391 | 1000898891 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Cho, Dong |
| 068393 | 1001391899 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Robinson, Everton |
| 068396 | 1001306955 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Guadron, Norma |
| 068399 | 1000846262 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Adampah, Kwasi |
| 068400 | 1001614616 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Smith, Walter |
| 068401 | 1001164797 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Kehn, Yolanda |
| 068402 | 1000981260 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Poonawala, Riyaz |
| 068404 | 1001669091 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Bearor, Richard |
| 068405 | 1001494896 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | McKay, Rosemarie |
| 068407 | 1001130708 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Carter, Nathan |
| 068409 | 1001495667 | FEE-BK - PROOF OF CLAIM | 4/1/2008 | $ 100.00 | Daniel Bedford |
| 068414 | 1001087583 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Mercado, Jose/Sorto, Williams |
| 068418 | 1001056635 | FEE-BK - MFR | 4/3/2008 | $ 500.00 | Ayala, Mirian |
| 068419 | 1001481530 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Chavez, Oscar |
| 068421 | 1001121461 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Carter, Nathan |
| 068424 | 100388328 | FEE - FC - NO SALE | 4/8/2008 | $ 400.00 | Walker, Steven |
| 068438 | 100826087 | FEE - FC - NO SALE | 4/2/2008 | $ 400.00 | Dominguez, Roberto |
| 068439 | 4094481 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Fields, Joyce |
| 068440 | 1000900160 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Shibhat, Acberet |
| 068446 | 1001280829 | FEE - FC - NO SALE | 4/4/2008 | $ 400.00 | Dungan, George |
| 068465 | 1001810138 | FEE - FC - NO SALE | 4/1/2008 | $ 400.00 | Valle, Marco C. |
| 068466 | 1001518806 | FEE - FC - NO SALE | 4/3/2008 | $ 400.00 | Bobbitt, Robyn |

| Invoice Number | Loan Number | Description of Services | Date | Amount | |
|---|---|---|---|---|---|
| 068467 | 1001579204 | FEE - FC - NO SALE | 4/1/2008 | $ 400.00 | Mondragn, Armando |
| 068469 | 1000714558 | FEE - FC - NO SALE | 4/1/2008 | $ 400.00 | Vargas, Alba |
| 068470 | 1001237412 | FEE - FC - NO SALE | 4/1/2008 | $ 400.00 | Jones, James |
| 068471 | 1001656149 | FEE - FC - NO SALE | 4/1/2008 | $ 400.00 | Johnson, John |
| 069257 | 1001293682 | FEE - FC - SALE | 4/1/2008 | $ 600.00 | Vinson, Joseph |
| 075353 | 110270386 | EV - FEE | 4/11/2008 | $ 350.00 | Brown, William |
| 075339 | 1000929102 | EV - FEE | 4/11/2008 | $ 350.00 | Rhodes, George |

$ 33,200.00

**April 2008 Expenses**

| Invoice Number | Loan Number | Description of Services | Date | Amount | |
|---|---|---|---|---|---|
| 024770 | 1001234605 | advertising | 4/3/2008 | $ 224.29 | Bird, Jamie and Keith |
| 038550 | 1001338773 | advertising | 4/3/2008 | $ 237.00 | Boateng, Irene J. |
| 035674 | 1001221862 | advertising | 4/3/2008 | $ 394.78 | Bates, Sean |
| 036482 | 100088445 | advertising | 4/3/2008 | $ 321.92 | Barrios, Elba |
| 037575 | 1001201611 | advertising | 4/4/2008 | $ 248.73 | Dayton, Annette |
| 037760 | 1000906709 | advertising | 4/3/2008 | $ 237.00 | Butt, Khadim |
| 038727 | 1001262651 | advertising | 4/3/2008 | $ 924.88 | Barklow, Tommie |
| 051466 | 1000972981 | advertising | 4/22/2008 | $ 264.37 | Lopez, Reynaldo |
| 055157 | 1000914607 | advertising | 4/3/2008 | $ 276.10 | Bowdoin, Scott |
| 054366 | 1001413964 | advertising | 4/9/2008 | $ 264.37 | Ghulami, Ghulam |
| 053368 | 1001207618 | advertising | 4/4/2008 | $ 979.99 | Dunn, Bernard |
| 054326 | 1001515027 | advertising | 4/4/2008 | $ 1,365.43 | Downs, Karen |
| 054732 | 1000893683 | advertising | 4/4/2008 | $ 250.29 | Devon, Johanna |
| 063576 | 1001178144 | title | 4/1/2008 | $ 70.00 | Nguyen, Lam |
| 063573 | 1000872398 | title | 4/1/2008 | $ 60.00 | Severich, Julio |
| 064171 | 1000714584 | writ | 4/1/2008 | $ 49.00 | Neimbra, Stephen |
| 064170 | 1000656244 | unlawful detainer | 4/3/2008 | $ 72.00 | Choi, Moon |
| 052577 | 1001309380 | advertising | 4/9/2008 | $ 245.60 | Gonzalez, Eladio |
| 056118 | 1001109675 | advertising | 4/7/2008 | $ 317.62 | Feagin, Phillip |
| 056132 | 125491334 | advertising | 4/11/2008 | $ 256.55 | Han, Mi |
| 056246 | 3805489 | advertising | 4/4/2008 | $ 406.65 | Dooley, Chris |
| 058076 | 1001283559 | advertising | 4/9/2008 | $ 339.11 | Goad, Jimmy |
| 055139 | 1001258239 | advertising | 4/7/2008 | $ 252.64 | Fisseha, Belay |
| 055085 | 1001123142 | advertising | 4/3/2008 | $ 256.55 | Balla, Charles |

| ID | Ref | Type | Date | Amount | Name |
|---|---|---|---|---|---|
| 055086 | 1001370912 | advertising | 4/7/2008 | $ 256.55 | Flores, Jorge |
| 055320 | 1001332563 | advertising | 4/3/2008 | $ 264.37 | Buiyan, Jahanara |
| 055228 | 1001229231 | advertising | 4/3/2008 | $ 1,444.27 | Brent, Rodney |
| 055199 | 1000955882 | advertising | 4/4/2008 | $ 260.46 | Evans, Toya |
| 058565 | 1001159713 | advertising | 4/4/2008 | $ 266.67 | Dicarlo, Joseph |
| 058565 | 1001159713 | deed | 4/4/2008 | $ 904.83 | Dicarlo, Joseph |
| 058571 | 1001106537 | advertising | 4/4/2008 | $ 266.67 | Dicarlo, Joseph |
| 058574 | 1001106313 | advertising | 4/4/2008 | $ 274.86 | Dicarlo, Joseph |
| 058576 | 1001462356 | advertising | 4/3/2008 | $ 266.67 | Bustamante, Hilda |
| 058578 | 1001225069 | advertising | 4/3/2008 | $ 266.67 | Balla, Charles |
| 058564 | 1001145576 | advertising | 4/4/2008 | $ 1,424.56 | Davies, Kevin |
| 059419 | 1001432721 | deed | 4/9/2008 | $ 2,522.17 | Reyes, Sonia |
| 059420 | 1001218264 | deed | 4/9/2008 | $ 1,625.17 | Rosales, Correa |
| 059421 | 10014321113 | deed | 4/9/2008 | $ 2,771.67 | Jiminez, Walter |
| 059422 | 1001159795 | advertising | 4/4/2008 | $ 266.67 | Dicarlo, Joseph |
| 059423 | 1001419749 | advertising | 4/9/2008 | $ 486.09 | Goad, Jimmy |
| 059424 | 1001424226 | advertising | 4/9/2008 | $ 323.94 | Goad, Theresa |
| 059425 | 1001159575 | advertising | 4/4/2008 | $ 274.86 | Dicarlo, Joseph |
| 059426 | 1000893711 | deed | 4/9/2008 | $ 2,110.83 | Andrade, Henry |
| 059427 | 1001526468 | deed | 4/9/2008 | $ 2,432.67 | Jaffiri, Syed |
| 059484 | 1001387761 | advertising | 4/9/2008 | $ 270.76 | Gerke, Jeanette |
| 059486 | 1001318767 | advertising | 4/9/2008 | $ 459.53 | Goad, Jimmy |
| 059488 | 1001283513 | advertising | 4/9/2008 | $ 514.38 | Goad, Jimmy |
| 067101 | 1001633094 | SOT | 4/9/2008 | $ 21.00 | Yates, Antionette |
| 067101 | 1001633094 | title | 4/9/2008 | $ 65.00 | Yates, Antionette |
| 067101 | 1001633094 | postage | 4/9/2008 | $ 10.42 | Yates, Antionette |
| 067386 | 4037532 | title | 4/4/2008 | $ 150.00 | Henderson, Herbert |
| 067386 | 4037532 | SOT | 4/4/2008 | $ 21.00 | Henderson, Herbert |
| 067386 | 4037532 | advertising | 4/4/2008 | $ 331.90 | Henderson, Herbert |
| 067386 | 4037532 | postage | 4/8/2008 | $ 5.21 | Henderson, Herbert |
| 068705 | 1001372115 | title | 4/8/2008 | $ 65.00 | Ha, Lynh |
| 068705 | 1001372115 | postage | 4/8/2008 | $ 5.21 | Ha, Lynh |
| 066167 | 1001294769 | SOT | 4/3/2008 | $ 21.00 | Kern, Allison |
| 066167 | 1001294769 | title | 4/3/2008 | $ 65.00 | Kern, Allison |
| 066167 | 1001294769 | postage | 4/3/2008 | $ 10.42 | Kern, Allison |
| 068188 | 1001491077 | deed | 4/10/2008 | $ 3,704.17 | Arjantesva, Natalya |
| 068192 | 1001005332 | deed | 4/10/2008 | $ 1,623.00 | Adu-Twum, Michael |

| | | | | | |
|---|---|---|---|---|---|
| 068199 | 1000582708 | deed | 4/10/2008 | $ 1,566.00 | Diez, Mario |
| 068204 | 1001054466 | deed | 4/10/2008 | $ 2,911.50 | Murry, Mantai |
| 068208 | 1001036550 | deed | 4/10/2008 | $ 2,965.67 | Wheaton, Gregory |
| 069017 | 1001406755 | postage | 4/7/2008 | $ 20.84 | Zaman, Syed |
| 069017 | 1001406755 | SOT | 4/7/2008 | $ 21.00 | Zaman, Syed |
| 069017 | 1001406755 | title | 4/7/2008 | $ 50.00 | Zaman, Syed |
| 068252 | 1001230105 | postage | 4/1/2008 | $ 5.21 | Anderson, Jodi |
| 068252 | 1001230105 | sot | 4/2/2008 | $ 21.00 | Anderson, Jodi |
| 068252 | 1001230105 | title | 4/1/2008 | $ 75.00 | Anderson, Jodi |
| 068259 | 1009917630 | postage | 4/3/2008 | $ 10.42 | Prang, Christopher/Andrea |
| 068259 | 1009917630 | sot | 4/3/2008 | $ 21.00 | Prang, Christopher/Andrea |
| 068259 | 1009917630 | title | 4/3/2008 | $ 65.00 | Prang, Christopher/Andrea |
| 068261 | 1001536989 | postage | 4/1/2008 | $ 20.84 | McKinney/Barzel/Brenda |
| 068261 | 1001536989 | sot | 4/2/2008 | $ 21.00 | McKinney/Barzel/Brenda |
| 068261 | 1001536989 | title | 4/1/2008 | $ 65.00 | McKinney/Barzel/Brenda |
| 068275 | 1000877384 | SOT | 4/1/2008 | $ 21.00 | Combs, Osie |
| 068278 | 1001334553 | postage | 4/1/2008 | $ 20.84 | Hesser, William |
| 068278 | 1001334553 | title | 4/1/2008 | $ 75.00 | Hesser, William |
| 068278 | 1001334553 | SOT | 4/1/2008 | $ 21.00 | Hesser, William |
| 068282 | 1001214383 | postage | 4/1/2008 | $ 20.84 | Benavides, Francisco |
| 068282 | 1001214383 | sot | 4/1/2008 | $ 21.00 | Benavides, Francisco |
| 068282 | 1001214383 | title | 4/1/2008 | $ 65.00 | Benavides, Francisco |
| 068703 | 1001024406 | recording deed | 4/3/2008 | $ 31.00 | Mahmood, Safira |
| 068703 | 1001024406 | report of sale | 4/3/2008 | $ 18.00 | Mahmood, Safira |
| 068703 | 1001024406 | stamps - deed | 4/1/2008 | $ 1,006.50 | Mahmood, Safira |
| 068705 | 1001372115 | postage | 4/7/2008 | $ 10.42 | Ha, Lynh |
| 068705 | 1001372115 | SOT | 4/7/2008 | $ 21.00 | Ha, Lynh |
| 068705 | 1001372115 | title | 4/8/2008 | $ 65.00 | Ha, Lynh |
| 068708 | 1001281883 | postage | 4/2/2008 | $ 20.84 | Dungan, George |
| 068710 | 1001255981 | sot | 4/2/2008 | $ 21.00 | Orellana, Oscar |
| 068710 | 1001255981 | title | 4/2/2008 | $ 225.00 | Orellana, Oscar |
| 068710 | 1001255981 | postage | 4/2/2008 | $ 10.42 | Orellana, Oscar |
| 068710 | 1001255981 | title | 4/2/2008 | $ 65.00 | Orellana, Oscar |
| 068712 | 1011100415 | postage | 4/7/2008 | $ 10.42 | Mosquera, Neil |
| 068712 | 1011100415 | SOT | 4/7/2008 | $ 21.00 | Mosquera, Neil |
| 068712 | 1011100415 | title | 4/7/2008 | $ 65.00 | Mosquera, Neil |
| 068714 | 1000768734 | SOT | 4/9/2008 | $ 21.00 | Amaro, Benjamin |

| | | | | | |
|---|---|---|---|---|---|
| 068714 | 1000768734 | title | 4/9/2008 | $ | 50.00 | Amaro, Benjamin |
| 068716 | 1000881101 | postage | 4/7/2008 | $ | 20.84 | Combs, Osie |
| 068716 | 1000881101 | title | 4/7/2008 | $ | 50.00 | Combs, Osie |
| 068716 | 1000881101 | SOT | 4/7/2008 | $ | 21.00 | Combs, Osie |
| 068718 | 1001589881 | postage | 4/7/2008 | $ | 10.42 | Debessay, Nahom |
| 068718 | 1001589881 | title | 4/7/2008 | $ | 65.00 | Debessay, Nahom |
| 068718 | 1001589881 | SOT | 4/7/2008 | $ | 21.00 | Debessay, Nahom |
| 068720 | 1001461028 | SOT | 4/1/2008 | $ | 21.00 | Bonilla-Gutierrez |
| 068722 | 1001115693 | postage | 4/9/2008 | $ | 10.42 | Algadban, Aycha |
| 068722 | 1001115693 | SOT | 4/9/2008 | $ | 21.00 | Algadban, Aycha |
| 068722 | 1001115693 | title | 4/9/2008 | $ | 65.00 | Algadban, Aycha |
| 068724 | 1001517923 | postage | 4/7/2008 | $ | 10.42 | Carr, Kathryn |
| 068724 | 1001517923 | SOT | 4/7/2008 | $ | 214.00 | Carr, Kathryn |
| 068724 | 1001517923 | title | 4/8/2008 | $ | 65.00 | Carr, Kathryn |
| 068726 | 1001320773 | postage | 4/7/2008 | $ | 20.84 | Perez, Maria |
| 068726 | 1001320773 | SOT | 4/7/2008 | $ | 21.00 | Perez, Maria |
| 068726 | 1001320773 | title | 4/7/2008 | $ | 65.00 | Perez, Maria |
| 068892 | 1001299409 | sot | 4/11/2008 | $ | 21.00 | Montes, Cecilia |
| 068892 | 1001299409 | title | 4/11/2008 | $ | 220.00 | Montes, Cecilia |
| 068892 | 1001299409 | postage | 4/11/2008 | $ | 20.84 | Montes, Cecilia |
| 068913 | 1000830409 | sot | 4/1/2008 | $ | 21.00 | Tafur, Jesus |
| 069033 | 1001103024 | SOT | 4/9/2008 | $ | 21.00 | Harbi, Danah |
| 069033 | 1001103024 | postage | 4/9/2008 | $ | 10.42 | Harbi, Danah |
| 069033 | 1001103024 | title | 4/9/2008 | $ | 65.00 | Harbi, Danah |
| 069035 | 1001782781 | advertising | 4/7/2008 | $ | 254.39 | Williams, Dwight |
| 069035 | 1001782781 | sot | 4/3/2008 | $ | 21.00 | Williams, Dwight |
| 069035 | 1001782781 | title | 4/2/2008 | $ | 65.00 | Williams, Dwight |
| 069050 | 1001559005 | postage | 3/7/2008 | $ | 10.42 | Rubio, Jose |
| 069050 | 1001559005 | title | 4/7/2008 | $ | 50.00 | Rubio, Jose |
| 069051 | 1001062544 | title | 4/7/2008 | $ | 65.00 | Arbieto, Nicolas |
| 069058 | 1001338198 | SOT | 4/10/2008 | $ | 21.00 | Sprague, Roslyn |
| 069058 | 1001338198 | postage | 4/10/2008 | $ | 10.42 | Sprague, Roslyn |
| 069058 | 1001338198 | title | 4/10/2008 | $ | 77.50 | Sprague, Roslyn |
| 069061 | 1001464406 | SOT | 4/4/2008 | $ | 21.00 | Ward, Debbie |
| 069061 | 1001464406 | title | 4/4/2008 | $ | 65.00 | Ward, Debbie |
| 069071 | 1001201400 | sot | 4/7/2008 | $ | 21.00 | Montalvo, Crisobal |
| 069071 | 1001201400 | postage | 4/7/2008 | $ | 20.84 | Montalvo, Crisobal |

| | | | | | |
|---|---|---|---|---|---|
| 069071 | 1001201400 | title | 4/7/2008 | $ | 65.00 | Montalvo, Crisobal |
| 069081 | 1001294791 | postage | 4/10/2008 | $ | 20.84 | Lemus, Romilda |
| 069081 | 1001294791 | SOT | 4/10/2008 | $ | 21.00 | Lemus, Romilda |
| 069081 | 1001294791 | title | 4/10/2008 | $ | 75.00 | Lemus, Romilda |
| 069088 | 1001346641 | postage | 4/8/2008 | $ | 10.42 | Franklin, Robbie |
| 069088 | 1001346641 | SOT | 4/8/2008 | $ | 21.00 | Franklin, Robbie |
| 069088 | 1001346641 | title | 4/8/2008 | $ | 130.00 | Franklin, Robbie |
| 069111 | 1001211748 | postage | 4/8/2008 | $ | 20.84 | Vohra, Lakhinder |
| 069111 | 1001211748 | SOT | 4/9/2008 | $ | 21.00 | Vohra, Lakhinder |
| 069111 | 1001211748 | title | 4/8/2008 | $ | 65.00 | Vohra, Lakhinder |
| 069113 | 1001440524 | postage | 4/7/2008 | $ | 10.42 | Salinas, Elmer |
| 069113 | 1001440524 | SOT | 4/7/2008 | $ | 21.00 | Salinas, Elmer |
| 069113 | 1001440524 | title | 4/7/2008 | $ | 65.00 | Salinas, Elmer |
| 069116 | 1001523153 | postage | 4/10/2008 | $ | 10.42 | Kaur, Harmajit |
| 069116 | 1001523153 | SOT | 4/10/2008 | $ | 21.00 | Kaur, Harmajit |
| 069116 | 1001523153 | SOT | 4/1/2008 | $ | 21.00 | Pouncy, Anita |
| 068886 | 3693923 | postage | 4/1/2008 | $ | 20.84 | Pouncy, Anita |
| 068886 | 3693923 | title | 4/1/2008 | $ | 75.00 | Pouncy, Anita |
| 068886 | 3693923 | sot | 4/10/2008 | $ | 21.00 | Sprague, Roslyn |
| 068889 | 1001338198 | postage | 4/10/2008 | $ | 20.84 | Sprague, Roslyn |
| 068889 | 1001338198 | title | 4/10/2008 | $ | 77.50 | Sprague, Roslyn |
| 068889 | 1001338198 | advertising | 4/7/2008 | $ | 270.76 | Gutierrez, Dora |
| 068890 | 1000955284 | sot | 4/2/2008 | $ | 21.00 | Gutierrez, Dora |
| 068890 | 1000955284 | postage | 4/2/2008 | $ | 10.42 | Gutierrez, Dora |
| 068890 | 1000955284 | title | 4/2/2008 | $ | 65.00 | Gutierrez, Dora |
| 068893 | 1001704996 | postage | 4/1/2008 | $ | 21.00 | Gibson, John |
| 068893 | 1001704996 | title | 4/2/2008 | $ | 20.84 | Gibson, John |
| 068893 | 1001704996 | SOT | 4/2/2008 | $ | 66.00 | Gibson, John |
| 068896 | 1000892681 | postage | 4/7/2008 | $ | 21.00 | Peterson, Lucas |
| 068896 | 1000892681 | title | 4/7/2008 | $ | 20.84 | Peterson, Lucas |
| 068896 | 1000892681 | title | 4/7/2008 | $ | 65.00 | Peterson, Lucas |
| 068901 | 1001559005 | title | 4/7/2008 | $ | 50.00 | Rubio, Jose |
| 068902 | 1001062544 | title | 4/7/2008 | $ | 65.00 | Arbieto, Nicolas |
| 068903 | 1000692887 | title | 4/3/2008 | $ | 91.50 | Hill |
| 068906 | 1001569282 | advertising | 4/5/2008 | $ | 254.39 | Chavez, Maria |
| 068908 | 1001305409 | advertising | 4/5/2008 | $ | 270.76 | Mcneil, Brigette |
| 068300 | 1001660499 | postage | 4/1/2008 | $ | 10.42 | Eugene, Cynthia |

| ID | Account | Type | Date | Amount | Name |
|---|---|---|---|---|---|
| 068300 | 1001660499 | sot | 4/2/2008 | $ 21.00 | Eugene, Cynthia |
| 068300 | 1001660499 | title | 4/1/2008 | $ 65.00 | Eugene, Cynthia |
| 068302 | 1001316810 | postage | 4/2/2008 | $ 20.84 | Mejia, Douglas |
| 068302 | 1001316810 | sot | 4/3/2008 | $ 21.00 | Mejia, Douglas |
| 068302 | 1001316810 | title | 4/2/2008 | $ 65.00 | Mejia, Douglas |
| 068304 | 1001110866 | postage | 4/8/2008 | $ 20.84 | Boone, Dionetta |
| 068304 | 1001110866 | SOT | 4/8/2008 | $ 21.00 | Boone, Dionetta |
| 068304 | 1001110866 | title | 4/8/2008 | $ 75.00 | Boone, Dionetta |
| 068308 | 1000993487 | title | 4/1/2008 | $ 65.00 | Ayala, Francisco |
| 068308 | 1000993487 | SOT | 4/1/2008 | $ 21.00 | Ayala, Francisco |
| 068308 | 1000993487 | postage | 4/1/2008 | $ 20.84 | Ayala, Francisco |
| 068308 | 1000993487 | sot | 4/1/2008 | $ 21.00 | Combs, Osie |
| 068310 | 1000877367 | title | 4/1/2008 | $ 65.00 | Combs, Osie |
| 068310 | 1000877367 | postage | 4/1/2008 | $ 20.84 | Newell, Ryan |
| 068312 | 1001038398 | title | 4/1/2008 | $ 65.00 | Newell, Ryan |
| 068312 | 1001038398 | SOT | 4/2/2008 | $ 21.00 | Newell, Ryan |
| 068312 | 1001038398 | postage | 4/2/2008 | $ 10.42 | Quiroz, Julio |
| 068314 | 1001168105 | SOT | 4/2/2008 | $ 21.00 | Quiroz, Julio |
| 068314 | 1001168105 | title | 4/2/2008 | $ 50.00 | Quiroz, Julio |
| 068314 | 1001168105 | postage | 4/2/2008 | $ 10.42 | Campos, Hugo |
| 068316 | 1001346233 | SOT | 4/2/2008 | $ 21.00 | Campos, Hugo |
| 068316 | 1001346233 | title | 4/2/2008 | $ 65.00 | Campos, Hugo |
| 068316 | 1001346233 | title | 4/2/2008 | $ 75.00 | Farromeque, Jorge |
| 068321 | 1001045415 | postage | 4/2/2008 | $ 10.42 | Farromeque, Jorge |
| 068321 | 1001045415 | taxes | 4/11/2008 | $ 543.40 | Navarro, Manuel |
| 068333 | 1009913737 | taxes | 4/11/2008 | $ 530.10 | Rinonos, Obdulia |
| 068335 | 1001040655 | taxes | 4/11/2008 | $ 417.57 | Scura, Peter |
| 068363 | 1001281808 | deed | 4/11/2008 | $ 1,051.00 | Spanta, Maliaha |
| 068437 | 1001123369 | taxes | 4/3/2008 | $ 652.08 | Miguel, Lilian |
| 068445 | 1001336297 | deed | 4/11/2008 | $ 1,577.17 | Miguel, Lilian |
| 068445 | 1001336297 | deed | 4/10/2008 | $ 1,575.67 | Querbes, Miriam |
| 068451 | 1000898536 | deed | 4/9/2008 | $ 382.33 | Barklow, Tommie |
| 068472 | 1001199009 | taxes | 4/2/2008 | $ 1,395.97 | Barklow, Tommie |
| 068472 | 1001199009 | taxes | 4/2/2008 | $ 357.85 | Garcia, Mauricio |
| 068475 | 1001113761 | deed | 4/2/2008 | $ 1,184.67 | Mcguire, Patrick |
| 068477 | 1001495928 | deed | 4/8/2008 | $ 2,372.33 | Stubbs, Marlene |
| 068479 | 1001013589 | deed | 4/11/2008 | $ 10.42 | Ulloa, Ana |
| 069577 | 1001226597 | postage | | | |

| | | | | | |
|---|---|---|---|---|---|
| 069577 | 1001226597 | SOT | 4/11/2008 | $ 21.00 | Ulloa, Ana |
| 069577 | 1001226597 | title | 4/11/2008 | $ 65.00 | Ulloa, Ana |
| 069257 | 1001293682 | stormwater | 4/7/2008 | $ 1,228.74 | Vinson, Joseph |
| 069262 | 1001437490 | postage | 4/10/2008 | $ 10.42 | Rathnam, Marilyn M. |
| 069262 | 1001437490 | sot | 4/10/2008 | $ 21.00 | Rathnam, Marilyn M. |
| 069262 | 1001437490 | title | 4/10/2008 | $ 60.00 | Rathnam, Marilyn M. |
| 069403 | 1001489350 | postage | 4/8/2008 | $ 20.84 | Yassawy, Yusef |
| 069403 | 1001489350 | sot | 4/9/2008 | $ 21.00 | Yassawy, Yusef |
| 069403 | 1001489350 | title | 4/8/2008 | $ 65.00 | Yassawy, Yusef |
| 069405 | 1000979167 | postage | 4/8/2008 | $ 10.42 | Qamar, Tahir |
| 069405 | 1000979167 | sot | 4/9/2008 | $ 21.00 | Qamar, Tahir |
| 069405 | 1000979167 | title | 4/8/2008 | $ 50.00 | Qamar, Tahir |
| 069407 | 1001375997 | postage | 4/8/2008 | $ 20.84 | Duran, German |
| 069407 | 1001375997 | title | 4/8/2008 | $ 50.00 | Duran, German |
| 069407 | 1001375997 | sot | 4/9/2008 | $ 21.00 | Duran, German |
| 069409 | 1001379251 | postage | 4/7/2008 | $ 10.42 | Sanchez, Elizabeth |
| 069409 | 1001379251 | title | 4/7/2008 | $ 65.00 | Sanchez, Elizabeth |
| 069409 | 1001379251 | SOT | 4/7/2008 | $ 21.00 | Sanchez, Elizabeth |
| 069410 | 1001092471 | sot | 4/3/2008 | $ 21.00 | Chicas, Maria |
| 069410 | 1001092471 | title | 4/3/2008 | $ 72.00 | Chicas, Maria |
| 069410 | 1001092471 | postage | 4/3/2008 | $ 10.42 | Chicas, Maria |
| 075243 | 1001095652 | writ | 4/3/2008 | $ 49.00 | Rodriguez, Ignacio |
| 075246 | 1001171155 | writ | 4/11/2008 | $ 25.00 | Amarioo, Janeth |

$ 62,919.38