IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
     Debtors.                                                    :
---------------------------------------------------------------- x
                                                                     Objection Deadline: July 22, 2008 at 4:00 p.m.
                                                                     Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone Advisors, LLC.

The **Third Monthly Application of PricewaterhouseCoopers LLP as Tax Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2007 through May 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $13,985.00 and interim expenses in the amount of $0.00.

Objections to the Application, if any, are required to be filed on or before **July 22, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon) and, PricewaterhouseCoopers LLP, 300 Madison Avenue, New York, NY 10017 (Attn: Thomas Geppel)

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
July 2, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s / Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Objection Deadline: July 22, 2008<br>Hearing Date: TBD |

THIRD MONTHLY APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2008 through May 31, 2008[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $13,985.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:    X  monthly    __ interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

The total time expended for fee application preparation is approximately 8.50 hours and the corresponding compensation requested is approximately $2,750.00.[3]

## SUMMARY OF FEE APPLICATIONS

| App No. | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 | 02/14/2008-03/31/2008 | $66,589.50 | $0.00 | | | | |
| 2 | 06/10/2008 | 04/01/2008-04/30/2008 | $29,661.50 | $0.00 | | | | |
| | Total | | $96,251.00 | $0.00 | | | | |

This is the third fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 39.00 | $11,235.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *39.00* | *$11,235.00* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 8.50 | $2,750.00 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *8.50* | *$2,750.00* |
| **Grand Total Hours for May 2008** | **47.50** | **$13,985.00** |

---

[3] This fee application was completed in June 2008 and the corresponding hours and fees will be billed to the Debtors within that monthly fee invoice.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Objection Deadline: July 22, 2008<br>Hearing Date: TBD |

## SUPPLEMENT TO THE THIRD MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Third Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in Possession for the period May 1, 2008 through May 31, 2008 (the "Application"), pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code (the "Administrative Order"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim allowance and payment of compensation for tax advising services performed and expenses incurred during the period commencing May 1, 2008 through May 31, 2008 (the "Compensation Period"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1. On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

3. On August 14, 2007, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or examiner has been appointed.

4. On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc*

2

to April 1, 2008 (the "Employment Application"). PricewaterhouseCoopers was requested by the Debtors based upon the wealth of experience in providing accounting, tax and advisory services in various restructurings and reorganizations and historically provided tax advisory services to the Debtors.

5. On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers as tax advisors to the Debtors by entering the Order Pursuant to Sections 327(a) and 328(b) of the Bankruptcy Code Authorizing Debtors' Employment and Retention of PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008 (the "Retention Order")

## RELIEF REQUESTED

6. On September 3, 2007, this Court entered the Administrative Order. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests. If an objection to a professional's request is not filed and served within twenty (20) days, the professional may file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay such professional an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

7. Furthermore, the Administrative Order provides that professionals are to file and service upon notice parties an interim request (an "Interim Fee Application") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Interim Fee Application.

8. PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in

these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PricewaterhouseCoopers during the covered period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- Exhibit A-1, provides a summary of the fees and expenses by project category;

- Exhibit A-2, provides the name and position of each professional, cumulative hours worked during the Compensation Period, hourly billing rates for the hourly compensation, and the corresponding fees requested;

- Exhibit A-3, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

9. Pursuant to the terms of the Administrative Order, if no objection is filed to a Monthly Application within twenty (20) days of the date of the filing of that application, then the Debtors may pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses set forth in the applicable Monthly Application.

## DESCRIPTION OF SERVICES RENDERED

10. PricewaterhouseCoopers professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories. These professional services are described below:

| Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 39.00 | $11,235.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *39.00* | *$11,235.00* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 8.50 | $2,750.00 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *8.50* | *$2,750.00* |
| **Grand Total Hours for May 2008** | **47.50** | **$13,985.00** |

4

## Tax Advisory Services

**Tax Consulting Services - 39.00 hours - $11,235.00**

11.     During the Compensation Period, PricewaterhouseCoopers professionals performed the following:

- Reviewed the mortgage recording tax credit claims prepared by AHM;
- Finalized letter to auditor on the Broker/Dealer activities and Great Oak;
- Submitted Forms CT-8 and CT-43;
- Finalized Conciliation request; and
- Preparation of employment tax refund claims.

## Bankruptcy Requirements and Obligations

**Monthly, Interim and Final Fee Applications - 8.50 hours - $2,750.00**

12.     PricewaterhouseCoopers bankruptcy professionals assisted the client-service team professionals with the assembly of the initial fee application submissions pursuant to the Administrative Order. PricewaterhouseCoopers finalized the first two fee submissions (February through April 2008) in June 2008 and additional hours will be submitted within that fee statement.

## ALLOWANCE FOR COMPENSATION

13.     At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $13,985.00 in fees for professional services rendered by PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, for a total of $11,188.00.

14.     PricewaterhouseCoopers charged and now requests those fees that are reasonable

and customary and charged by most tax advisors in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

15. This Application covers the period from May 1, 2008 through and including May 31, 2008. Although every effort was made to include all fees and expenses form the covered period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PricewaterhouseCoopers reserves the right to make further applications for allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

16. No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

17. To The best of their knowledge, PricewaterhouseCoopers believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the sum of $13,985.00 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $2,797.00, total fee award in the amount of $11,188.00; (b) reimbursement of actual and necessary expenses incurred in the sum of $0.00; and (c) such other and further relief as is just and proper.

Dated: July 2, 2008

New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

7

## VERIFICATION OF FEE APPLICATION

STATE OF <u>New York</u>  )
                                            ) ss:
COUNTY OF <u>New York</u>  )

Thomas Geppel hereby respectfully certifies and verifies as follows:

1. I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2. I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 2nd day of July 2008.

_____
Notary Public

JUANA CRUZ
Notary Public, State of New York
No. 01CR5080926
Qualified in Nassau County
Commission Expires June 23, 20_11_

My Commission Expires: _____

**American Home Mortgage Holdings, et al (Case 07-11047)**  **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period May 1, 2008 through May 31, 2008**

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 39.00 | $11,235.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *39.00* | *$11,235.00* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 8.50 | $2,750.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *8.50* | *$2,750.00* |
| **Grand Total Hours for May 2008** | **47.50** | **$13,985.00** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)      Exhibit A-2
PricewaterhouseCoopers LLP - Tax Advisor
Summary of Professionals
For the Period May 1, 2008 through May 31, 2008

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| *Partner* | | | |
| Thomas Geppel | $700 | 2.00 | $1,400.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 4.00 | $2,340.00 |
| *Director* | | | |
| Gregory Fetter | $485 | 0.50 | $242.50 |
| *Manager* | | | |
| Andre Ferguson | $380 | 2.00 | $760.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $360 | 6.50 | $2,340.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 3.00 | $855.00 |
| *Associate* | | | |
| Heather L Vanderborg | $205 | 27.50 | $5,637.50 |
| *Associate (Bankruptcy)* | | | |
| Subashi M Stendahl | $205 | 2.00 | $410.00 |
| **Grand Total Hours and Fees for May 2008** | | **47.50** | **$13,985.00** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)  
PricewaterhouseCoopers LLP - Tax Advisor  
Detail of Professional Services by Date  
For the Period May 1, 2008 through May 31, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 5/1/2008 | Heather L Vanderbor | Associate | Preparation of schedules to calculate the refund of Social Security, Federal Unemployment and State Unemployment taxes. The refunds resulted from the duplication of wages of the employees acquired by American Home Mortgage from Washington Mutual. | $205.00 | 3.00 | $615.00 |
| 5/1/2008 | Thomas Geppel | Partner | Review the status and initial schedules associated with the employment tax. | $700.00 | 1.00 | $700.00 |
| 5/2/2008 | Christos Vorillas | Senior Associate | Conciliation Requests were Sent Out to NYS. | $285.00 | 0.50 | $142.50 |
| 5/2/2008 | Heather L Vanderbor | Associate | Continue - Finishing up spreadsheets and corresponding regarding project. | $205.00 | 3.10 | $635.50 |
| 5/2/2008 | Heather L Vanderbor | Associate | Finishing up spreadsheets and corresponding regarding project. | $205.00 | 2.90 | $594.50 |
| 5/5/2008 | Heather L Vanderbor | Associate | Continued with preparation of schedules to calculate the refund of Social Security, Federal Unemployment and State Unemployment taxes. The refunds resulted from the duplication of wages of the employees acquired by American Home Mortgage from Washington | $205.00 | 0.50 | $102.50 |
| 5/7/2008 | Andre Ferguson | Manager | Preparation of schedules to calculate the refund of Social Security, Federal Unemployment and State Unemployment taxes. The refunds resulted from the duplication of wages of the employees acquired by American Home Mortgage from Washington Mutual. | $380.00 | 2.00 | $760.00 |
| 5/7/2008 | Christos Vorillas | Senior Associate | Spoke with Renne and researched Appeal Dates for Sales and Use Audit. | $285.00 | 0.50 | $142.50 |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period May 1, 2008 through May 31, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 5/7/2008 | Heather L Vanderbor | Associate | Preparation of schedules to calculate the refund of Social Security, Federal Unemployment and State Unemployment taxes. | $205.00 | 1.00 | $205.00 |
| 5/8/2008 | Christos Vorillas | Senior Associate | Spoke with Susan about Sales and Use Audit. | $285.00 | 0.50 | $142.50 |
| 5/8/2008 | Heather L Vanderbor | Associate | Continued preparation of schedules to calculate the refund of Social Security, Federal Unemployment and State Unemployment taxes. | $205.00 | 4.50 | $922.50 |
| 5/9/2008 | Heather L Vanderbor | Associate | Preparation of schedules to calculate the refund of Social Security taxes. | $205.00 | 1.00 | $205.00 |
| 5/12/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Prepare an initial draft of the initial bankruptcy invoicing - American Home. | $360.00 | 1.40 | $504.00 |
| 5/12/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the narrative draft of the initial bankruptcy invoice - American Home. | $360.00 | 0.80 | $288.00 |
| 5/12/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Subashi Stendahl (PwC) regarding initial monthly consolidator. | $360.00 | 0.30 | $108.00 |
| 5/12/2008 | Heather L Vanderbor | Associate | Continued with wrapped up of preparing schedules to calculate the refund of Social Security, Federal Unemployment and State Unemployment taxes. The refunds resulted from the duplication of wages of the employees acquired by American Home Mortgage from Wa | $205.00 | 1.00 | $205.00 |
| 5/13/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the revised excel files for AMH monthly fee applications. | $360.00 | 2.20 | $792.00 |
| 5/13/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the exhibits for AMH monthly fee applications. | $360.00 | 1.20 | $432.00 |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period May 1, 2008 through May 31, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 5/13/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the narrative for AMH monthly fee applications. Distribute drafts to Greg Fetter (PwC) for review. | $360.00 | 0.40 | $144.00 |
| 5/13/2008 | Heather L Vanderbor | Associate | Wrapped up preparation of schedules to calculate the refund of Social Security, Federal Unemployment and State Unemployment taxes. The refunds resulted from the duplication of wages of the employees acquired by American Home Mortgage from Washington Mutu | $205.00 | 3.00 | $615.00 |
| 5/13/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Cleansing AHM data in preparation for monthly fee applications. | $205.00 | 1.50 | $307.50 |
| 5/13/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Break out of time descriptions and appropriately adjusting Travel time categories. | $205.00 | 0.50 | $102.50 |
| 5/14/2008 | Christos Vorillas | Senior Associate | Prepared POA for NJ Sales & Use Tax claim and Corporation Tax claim | $285.00 | 0.50 | $142.50 |
| 5/14/2008 | Heather L Vanderbor | Associate | Continued preparation of schedules to calculate the refund of State Unemployment taxes. | $205.00 | 0.50 | $102.50 |
| 5/15/2008 | Heather L Vanderbor | Associate | Continued preparation of schedules to calculate the refund of Federal Unemployment taxes. | $205.00 | 3.00 | $615.00 |
| 5/15/2008 | John A Verde | Senior Managing Director | Preparation and of and discussions with NYS regarding filing and acceptance of MRT refund claims and how they will be impacted by the bankruptcy proceedings as well as how they will be impacted by the conciliation request. | $585.00 | 2.00 | $1,170.00 |
| 5/16/2008 | Heather L Vanderbor | Associate | Preparation of schedules to calculate the refund of State Unemployment taxes. | $205.00 | 2.00 | $410.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period May 1, 2008 through May 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 5/19/2008 | Gregory Fetter | Director | Review the monthly billing documentation for bankruptcy court. | $485.00 | 0.50 | $242.50 |
| 5/19/2008 | Heather L Vanderbor | Associate | Continued preparation of schedules to calculate the refund of Social Security taxes. | $205.00 | 1.50 | $307.50 |
| 5/20/2008 | Heather L Vanderbor | Associate | Preparation of schedules to calculate the refund of Federal Unemployment taxes. | $205.00 | 0.50 | $102.50 |
| 5/22/2008 | Christos Vorillas | Senior Associate | Prepared letters for representation on AHM's and GO's conciliation conferences. | $285.00 | 0.50 | $142.50 |
| 5/28/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Left voicemail for Greg Fetter re: status of the monthly fee applications. | $360.00 | 0.10 | $36.00 |
| 5/29/2008 | Christos Vorillas | Senior Associate | Organized NJ audit schedules and called auditor | $285.00 | 0.50 | $142.50 |
| 5/30/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Left voicemail for Greg Fetter re: status of the monthly fee applications. | $360.00 | 0.10 | $36.00 |
| 5/30/2008 | John A Verde | Senior Managing Director | Research to determine if AHM is entitled to NYS Financial Services ITC. Review of statutes and regs, TSB's and the Astoria decision. Determine potential for filing protective refund claims based on outcome of Astoria appeal. Discussions with attorney. | $585.00 | 2.00 | $1,170.00 |
| 5/30/2008 | Thomas Geppel | Partner | Review of research relating to NYS financial services ITC. | $700.00 | 1.00 | $700.00 |

**Grand Total Hours and Compensation for May 2008**           47.50    $13,985.00