UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x   Chapter 11
In re:                                              :
                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                              :
HOLDINGS, INC., et al.,                             :   Jointly Administered
                                                    :
              Debtors.                              :
------------------------------------------------------x

NOTICE OF WITHDRAWAL OF OBJECTION OF LEWTAN
TECHNOLOGIES, INC.
TO PROPOSED PURCHASER'S CURE AMOUNTS [Re: DI 4777]

Lewtan Technologies, Inc. ("Lewtan") hereby withdraws its objection to the Proposed Purchaser's Cure Amount for the Assumed Contract of Lewtan.

Dated: July 3, 2008

ARCHER & GREINER PC

/s/ Charles J. Brown, III
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Wilmington, DE 19801
Phone: 302.777.4350
Fax: 302.777.4352

And

Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone (860) 275-8290
Fax (860) 275-8299
*Attorneys for Lewtan Technologies, Inc.*