IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11

In re:                                                              :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                  :   Jointly Administered
                                                                    :
                        Debtors.                                    :   **Ref. Docket No. 4637**
------------------------------------------------------------------- x

**DEBTORS' RESERVATION OF RIGHTS AS TO PAULA RUSH'S MOTION
FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE
BANKRUPTCY CODE [DOCKET NO. 4637]**

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this reservation of rights (the "Reservation of Rights") with respect to the Emergency Motion for an Order of Relief from the Automatic Stay [Docket No. 4637] (the "Motion") filed by Paula Rush seeking to permit Ms. Rush to continue with her complaint filed against the Debtors in the United States District Court for the District of Maryland, Southern Division, Case No. 07-854 (WMN) (the "District Court Action").

The Debtors do not oppose the Motion or the stay being lifted solely with respect to the District Court Action. However, the Debtors do not agree with many of the allegations and statements contained in the Motion. Accordingly, the Debtors' decision to not oppose the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6942916.2                                                                          066585.1001

Motion shall not be construed to be an admission by the Debtors of any statement or allegation made in the Motion.

The Debtors have reviewed the proposed form of order attached to the Motion (the "Proposed Order") and note that nothing in the Proposed Order affects any rights or defenses that the Debtors hold in the underlying District Court Action. The Debtors reserve all rights with respect to the District Court Action, including, but not limited to, any and all defenses and counterclaims.

Dated:    Wilmington, Delaware
          July 3, 2008

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ [signature]*

          James L. Patton, Jr. (No. 2202)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Erin D. Edwards (No. 4392)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and Debtors in Possession