UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :  Chapter 11
In re:                                                     :
                                                           :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC.,                                            :  Jointly Administered
a Delaware corporation, et al.,                            :
                                                           :  **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)**
         Debtors.                                          :  **(requested)**
                                                           :  **Objection Deadline: July 14, 2008 at 4:00 p.m. (ET)**
                                                           :  **(requested)**
                                                           :  **Competing Bid Deadline: July 14, 2008 at 4:00 p.m. (ET)**
---------------------------------------------------------- x  **(requested)**

## NOTICE OF MOTION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A.; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) THE INTERNAL REVENUE SERVICE; (VI) THE U.S. SECURITIES AND EXCHANGE COMMISSION; (VII) STATE AND LOCAL TAXING AUTHORITIES; (VIII) BELTWAY CAPITAL, LLC; (IX) THOSE PARTIES KNOWN TO THE DEBTORS WHO HAVE EXPRESSED AN INTEREST IN THE NON-PERFORMING LOANS; AND (X) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(B)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the **MOTION OF THE DEBTORS FOR ORDER, PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE PRIVATE SALE OF CERTAIN UNENCUMBERED NON-PERFORMING LOANS AND REO PROPERTY TO BELTWAY CAPITAL, LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, (II) APPROVING THE TERMS OF THE SALE AGREEMENT, AND (III) GRANTING RELATED RELIEF** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street,

DB02:6873787.6                                                                          066585.1001

3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on July 14, 2008**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **JULY 17, 2008 at 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

PARTIES INTERESTED IN SUBMITTING A COMPETING BID FOR THE UNENCUMBERED NON-PERFORMING LOANS MUST SUBMIT A COMPETING BID ON OR BEFORE **JULY 14, 2008 AT 4:00 P.M. (ET)** IN ACCORDANCE WITH THE PROVISIONS OF THE MOTION.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
July 3, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and Debtors in Possession