UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

# APPEAL TRANSMITTAL SHEET

Bankruptcy Case Number: 07-11047 (CSS)

**Title of Order Appealed**:

Order Granting Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim. Order Signed on 5/28/2008, Docket #4293.

**Item Transmitted**:   Notice of Appeal, Docket Number 4476
**Date Filed**:            June 9, 2008

**Notice of Appeal**.  Docket #4476
**Appellant's Designation of Items & Statement of Issues**.   Docket #4737

| Appellant: | Appellee: |
|---|---|
| James L. Patton, Jr. | Christopher A. Ward |
| Pauline K. Morgan | POLSINELLI SHATON FLANIGAN |
| Sean M. Beach | SUELTHAUS PC |
| Matthew B. Lunn | 222 Delaware Avenue, Suite 1101 |
| Kara Hammond Coyle | Wilmington, Delaware 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | |
| The Brandywine Building | |
| 1000 West Street, 17th Floor | |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 571-6600 | |

**The Official Committee of Unsecured Creditor Committee**

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
BLANK ROME LLP
1201 Market Street
Wilmington, Delaware 19801
Telephone: (302) 425-6400

-and-

Mark S. Indelicato
Mark T. Power
HAHN & HESSEN LLP
488 Madison Avenue, 15th FL
New York, NY 10022
Telephone: (212) 478-7200

**Filing Fee Paid**:	X Yes	__No

IFP Motion Filed by Appellant?	__ Yes	__ No

Have Additional Appeals to the Same Order been Filed?	__ Yes	X No
If so, has District Court assigned a Civil Action Number?

Additional Notes: **Appellee did not file a Designation of Additional Items to be included in the record.**

_July 7, 2008_	_Teresa Southerland_
Date	Deputy Clerk


Bankruptcy Court Appeal (BAP) Number:  BAP-08-40

**FOR USE BY U.S. BANKRUPTCY COURT**