June 25th 2008

**FILED**

2008 JUL -2 AM 7: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Unites States Bankruptcy Court of the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re:  Claim # 5431 (American Home Mortgage)

I hereby object to the "Objection" and feel that American Home Mortgage should be held responsible for grossly misrepresenting and mismanaging their investors money to this extent, i.e. bankruptcy. This was supposed to be part of our retirement income and at the time of purchase we were led to believe that AHM was a good, solid company in which to invest our hard-earned money. Although it may not seem like a lot of money to some, it was to us.
I recently lost my husband and the times being difficult at best, I turn to the court in hope that it will show compassion for small investors like us, who acted in good faith, and grant some compensation for our losses.

Respectfully,

*Edna J. Brown* (signature)

Edna J. Brown
896 Niagara Falls Drive
Redmond, OR 97756

cc: Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |
| ) | |

AHM OB10 6/17/2008 (merge2.bcmm2) 4000098236 BSI Use - 168

BROWN, EDNA J.
896 NIAGRA FALLS DRIVE
REDMOND, OR 97756-7084

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: BROWN, EDNA J.
896 NIAGRA FALLS DRIVE
REDMOND, OR 97756-7084

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 5431 | $10,269.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before July 10, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession