Odyssey Real Estate Enterprises, Inc.
P.O. Box 7867
Northridge, CA 91327

FILED
2008 JUL -2 AM 9: 32
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 28, 2008

Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: In re Uni-Marts, LLC., et al. (Debtor), Chapter 11 Case # 08-11037 (MFW)

Dear Sir or Madam:

Odyssey Real Estate Enterprises, Inc. (the "Company") is an owner of Store 94089 located at 1444 W Front Street, Berwick, PA 18603. The Company received notice of the Chapter 11 motion by mail on June 16, 2008 and was not given the adequate time analyze these issues and respond to the motion. The Company requests to join in the pertinent objections of the other landlords to the Debtors' motions.

I can be reached at TyLChi@gmail.com at (818) 634-0300.

Sincerely,

Tyler Chi
Odyssey Real Estate Enterprises, Inc.

cc:

Robert J. Dehney
Thomas F. Driscoll III
Chad A. Fights
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Tyler P. Brown
Michael G. Wilson
Henry P. Long, III
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074