IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                              ) Chapter 11
                                    )
DECK, PAUL M.                       ) Case No. 07-11047 (CSS)
BW-0041 SCID                        )
1000 FOLLIES RD.                    )
DALLAS, PENNA. 18612-9515           )
          Creditor,                 ) Jointly Administered
                                    )
AMERICAN HOME MORTGAGE              )
HOLDINGS INC. Delaware Corp. et al. )
          Debtors,                  )

FILED
2008 JUL -3 AM 10: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## RESPONSE TO OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1.

TO THE HONORABLE CHRISTOPHER S. SONTCHI-JUDGE OF THIS SAID COURT:

COMES NOW, PAUL M. DECK (CLAIM NUMBER 2533, CLAIM AMOUNT-$2400.00) who OPPOSES "DEBTORS" TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1" and offers the following facts to support why DEBTORS SHOULD NOT BE GRANTED RELIEF.

1). On 12-15-2006, Creditor PAUL M. DECK purchased shares from AMERICAN HOME MORTGAGE INVESTMENT CORP. in the amount of twenty-four hundred dollars ($2400.00).

2). At the time of this transaction AMERICAN HOME MORTGAGE INVESTMENT CORP. failed to disclose the fact that they were practicing FRAUDULENT, UNSCRUPULOUS BUSINESS PRACTICES.

3). The DEBTORS' in the aforementioned action falsified mortgage applications for persons that they knew COULD NOT afford the payments of those mortgage loans.

4). It is the contention of your humble applicant that AMERICAN HOME MORTGAGE INVESTMENT CORP. practiced this fraudulent business as a way to line their

- 1 -

own pockets with BONUS MONEY at the peril of the company's investors.

5). PAUL M. DECK filed his claim diligently against AMERICAN HOME MORTGAGE INVESTMENT CORP. in the BANKRUPTCY COURT OF NEW YORK as soon as he was served NOTICE of AMERICAN HOME MORTGAGE INVESTMENT CORP. filing for bankruptcy.

WHEREFORE, I, PAUL M. DECK (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) HUMBLY ASK THIS HONORABLE COURT TO DENY THE RELIEF ASKED FOR BY THE PLAINTIFF, UNTIL SUCH A TIME THAT THE DEBTOR (AMERICAN HOME MORTGAGE INVESTMENT CORP.) PAYS BACK CREDITOR PAUL M. DECK THE FULL AMOUNT OF HIS CLAIM.
FOR THIS YOUR HUMBLE APPLICANT EVER PRAYS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I further declare under the penalty of perjury of the laws of the United States of America that I have on this 28Th day of June, 2008, served a true and correct copy of this "RESPONSE TO OBJECTION...." upon the attorney's for AMERICAN HOME MORTGAGE INVESTMENT CORP. address listed below, service by U.S. FIRST CLASS MAIL.

YOUNG, CONAWAY, STARGATE and TAYLOR, LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE. 19801

DATED: June 28, 2008.

Respectfully submitted,

Paul M. Deck, BW-0041
SCI-DALLAS
1000 FOLLIES RD.
DALLAS, PENNA. 18612-9515