# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x   Chapter 11
In re:                                                      :
                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                      :
HOLDINGS, INC., a Delaware corporation, et al.,             :   Jointly Administered
                                                            :
                                                            :   Ref. Docket Nos. 4980 & 4979
      Debtors.                                              :
------------------------------------------------------------x
```

**ORDER SHORTENING THE TIME FOR NOTICE FOR MOTION OF THE DEBTORS FOR ORDER, PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE PRIVATE SALE OF THE UNENCUMBERED NON-PERFORMING LOANS AND REO PROPERTY TO BELTWAY CAPITAL, LLC FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (II) APPROVING THE TERMS OF THE SALE AGREEMENT, AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Sale Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Sale Motion shall be heard on July 17, 2008 at 2:00 p.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Sale Motion shall be filed and served no later than 4:00 p.m. (ET) on July 14, 2008; and it is further

ORDERED, that the Debtors, shall serve this order on (i) the United States Trustee for the District of Delaware, (ii) counsel to the Committee, (iii) counsel to the Bank of America, N.A., (iv) counsel to the DIP Lender, (v) the Internal Revenue Service, (vi) the U.S. Securities and Exchange Commission, (vii) Beltway, (viii) those parties known to the Debtors to have expressed an interest in the Non-Performing Loans, and (ix) all parties entitled to notice under Local Rule 2002-1(B), and (x) all parties who file objections to the relief requested in the Sale Motion.; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       July 7, 2008

Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Sale Motion.