FILED
2008 JUL -7 PM 12:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Sara L. Bruns, Claim #6199
9404 Crownspoint Circle
Austin, Texas 78748
June 30, 2008

United States Bankruptcy Court for the
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Regarding: Name of Debtor Against
Which Claim is Held: American
Home Mortgage Investment Corporation,
a Maryland Corporation (3914)
Bankruptcy Case #11048.

To Whom It May Concern:

I am writing to state that I understand my claim #6199 was filed on account of an Equity Interest in the Debtor, AHM Investment Corporation (3914). I do not want my claim to be treated as non-substantive or non-essential.

I am a retired school teacher with limited means, so the amount of $6,592.84 is a great loss to me.

I feel the amount is very substantial and important to my livelihood. The Debtors object to my Equity Interest claim and request entry of an order disallowing and expunging the Equity Interest Claim #6199 in its entirety.

Therefore, I ask the Debtors to reassign the wrong Debtor Claim to the appropriate Debtor. I would like for my claim #6199 to be reassigned a new case number for a claim against AHM Investment Corporation (3914) in the Bankruptcy Case #11048. I do request the right to some form of an equitable amount of compensation.

I would appreciate your full attention to this matter.

Sincerely,
Sara L. Bruns
Claim #6199

Enclosure:
Concerns Chapter 11 Case #07-11047(CSS)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |

AHM OB10 6/17/2008 (merge2.txnum2) 4000098829 BSI Use - 175

BRUNS, SARA L.
9404 CROWNSPOINT CIR.
AUSTIN, TX 78748

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: BRUNS, SARA L.
9404 CROWNSPOINT CIR.
AUSTIN, TX 78748

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 6199 | $6,592.84 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | **PROOF OF CLAIM** |
|---|---|---|
| American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | Mrs. Sara Bruns<br>9404 Crownspoint Cir.<br>Austin, TX 78748 | |
| In Re:<br>American Home Mortgage Holdings, Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered | |

Name of Debtor Against Which Claim is Held: **American Home Mortgage Investment Corp.**   Case No. of Debtor: **07-11048**  07-11408

*would need copy of original new proof of claim 6-30-08*

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Sara L. Bruns
9404 Crownspoint Cir.
Austin, Texas 78748

Telephone number: 512-282-0263
Email Address: —

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.  *would need copy 6-30-08*

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:** 07-11408  07-11048

Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other **Shares of Stock bought** (explain) → from **4-13-2006** to **7-16-07**
   **Bought shares of stock in AHM**

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: **4 4 2 0**
   Unpaid compensation for services performed

2. **Date debt was incurred:** 4-13-2006 to 7-16-07

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ **6,592.84** Price of shares bought + _____ + _____ = **$6,592.84**
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries, or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

**DEC 2 4 2007**

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **Dec. 18, 2007**   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Sara L Bruns* **Sara L. Bruns**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# charles SCHWAB

101 Montgomery Street  San Francisco  California 94104   800 435 4000   www.schwab.com

**Trade Confirmation**

Retain for Your Records

Account Number: 1910-3647
Page 1 of 1

**Mail To**

E TRR <6 00012996 000000017951 0001 20060413
SARA L BRUNS
9404 CROWNSPOINT CIR
AUSTIN TX  78748



Going paperless is easy. Log on to www.schwab.com/paperless.

**Security Description**

AMERN HOME MORTGAGE INVT REIT

| | | |
|---|---|---|
| Action | BOUGHT | |
| Symbol: | AHM | Trade Date: 4/13/06 |
| Security No./Cusip: | 02660R-10-7 | Settlement Date: 4/19/06 |
| Branch Code: | AUYY | Type: Margin |

| Quantity | Price | Principal | | Fees & Charges | Total Amount |
|---|---|---|---|---|---|
| 100 | $31.07 | $3,107.00 | Commission: | $12.95 | $3,119.95 |

For all of the above:
Unless you have already instructed us differently, we will: hold this security in your account.
Executed Over The Counter
Unsolicited trade
Capacity code A

©2005 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR YY 1
E TRR <6 00012996 000000017951 0001 20060413

SIPC

# charles SCHWAB

101 Montgomery Street  San Francisco  California  94104   800 435 4000   www.schwab.com

**Trade Confirmation**

Retain for Your Records

**Account Number: 1910-3647**
Page 1 of 1

**Mail To**

E TRR <6 00014362 000000020236 0001 20070516
SARA L BRUNS
9404 CROWNSPOINT CIR
AUSTIN TX  78748



*Going paperless is easy. Log on to www.schwab.com/paperless.*

## Security Description

| | Action | BOUGHT | | |
|---|---|---|---|---|
| AMERN HOME MORTGAGE INVT REIT | Symbol: | AHM | Trade Date: | 5/16/07 |
| | Security No./Cusip: | 02660R-10-7 | Settlement Date: | 5/21/07 |
| | Branch Code: | AUYY | Type: | Margin |

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 100 | $20.4699 | $2,046.99 | Commission: | $12.95 | $2,059.94 |

**For all of the above:**
Unless you have already instructed us differently, we will: hold this security in your account.
Executed Over The Counter
Unsolicited trade
Capacity code A

©2006 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR  1
E TRR <6 00014362 000000020236 0001 20070516

SIPC

# charles SCHWAB

Trade Confirmation

101 Montgomery Street  San Francisco  California 94104    800 435 4000    www.schwab.com

Retain for Your Records

Account Number: 1910-3647
Page 1 of 1

**Mail To**

L TRR <6 00026955 000000041474 0001 20070716
SARA L BRUNS
9404 CROWNSPOINT CIR
AUSTIN TX  78748



*Going paperless is easy. Log on to www.schwab.com/paperless.*

## Security Description

| | Action | BOUGHT | | |
|---|---|---|---|---|
| AMERN HOME MORTGAGE INVT REIT | Symbol: | AHM | Trade Date: | 7/16/07 |
| | Security No./Cusip: | 02660R-10-7 | Settlement Date: | 7/19/07 |
| | Branch Code: | AUYY | Type: | Margin |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 100 | $14.00 | $1,400.00 | Commission: $12.95 | $1,412.95 |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Executed Over The Counter*
*Unsolicited trade*
*Capacity code A*

©2006 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR  1
L TRR <6 00026955 000000041474 0001 20070716

SIPC