IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
08 JUL -7 PM 12: 14
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

RE:
AMERICAN HOME MORTGAGE ) Chapter 11
HOLDINGS, INC., a Delaware )
corporation, <u>et al.</u>, ) Case No. 07-11047(CSS)
)
Debtors. ) Jointly Administered
)
) Objection Deadline: July 10, 2008
) at 4:00 p.m. (ET)
) Hearing Date: July 17, 2008 at
) 2:00 p.m. (ET)

CARLTON J. RANSOM
AY7007
1000 FOLLIES ROAD
DALLAS, PA. 18612

DEBTORS' TENTH OMNIBUS (NON-SUBTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

To The Honorable Christopher S. Sontchi:

This letter is in response to the above listed notice of Debtors Objection to my claim number 2949 to alter my rights by disallowing and expunging said claim.

To grant their objection to disallow any shareholder claim would be sending a message to American Home Mortgage Holdings that they did nothing wrong by misleading it's shareholders to believe that the company was making money and was not part of the subprime market that was being hit at that time (WALL STREET JOURNAL, THE BARON) before it was to pay out it's dividend's. They canceled dividend payments and then filed for bankruptcy protection the day after dividend were to paid out. This company should be held accountable for their actions. I hope and prey that this honorable court do not grant their petition of objection to the claim in the above matter before this court.

Respectfully submitted,

CARLTON J. RANSOM.
CLAIM NO. 2949