IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 JUL -7 PM 12: 14
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,  ) <br> ) <br>   Debtors.   ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 07-11047(CSS) <br><br> Jointly Administered <br><br> Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) <br> Hearing Date; July 17, 2008 at 2:00 p.m. (ET) |

CARLTON J. RANSOM
AY7007
1000 FOLLIES ROAD
DALLAS, PA. 18612


### PROOF OF SERVICE

I hereby certify that I am on this day serving the attached document upon the person(s) and in the manner indicated below which service satisfies the requirements.

<u>SERVICE BY FIRST CLASS MAIL:</u>

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James l. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 44100
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Date: June 30, 2008

<i>[signature]</i>
CARLTON J. RANSOM
AY7007
1000 FOLLIES ROAD
DALLAS, PA. 18612