Ester Regina Edwards
CMR 450 Box 592
APO AE 09705
01132-67841864

FILED 2008
2008 JUL -7 PM 12: 05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Dear Sir or Madam,

I received a Notice of Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims
Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,
and Local Rule 3007-1 (the "Objection") concerning my claim based on Equity Interest in
American Home Mortgage Holdings, INC. The objection seeks to alter my rights
disallowing and expunging my claim number 6379 in the amount of $10,561.00.

I purchased stock in the company and now it is worthless. Even though the debtors do
not believe the loss of over $10,000 is damaging; I do. I request that you allow my equity
interest claim to stand.

Thank you for your time and cooperation in this matter. Please contact me at the above
address or via email at avoneredwards@hotmail.com with any questions.

Sincerely,

Ester R. Edwards

Copy Furnished: Young Conaway Stargatt & Taylor, LLP, The Brandywine Building,
1000 West Street, 17th Floor, Wilmington, Delaware 19801