IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                      : Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            : Jointly Administered
        Debtors.                                            :
                                                            : Ref. No. 4622
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 4622

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Monthly Application of Milestone Advisors

LLC, Financial Advisor and Investment Banker for the Debtors and Debtors-in-Possession for

Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period

March 1, 2008 through March 31, 2008 (the "Application"). The Court's docket which was last

updated July 7, 2008, reflects that no objections to the Application have been filed. Objections

to the Application were to be filed and served no later than July 3, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered on

September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($160,000.00)

of requested fees ($200,000.00) and 100% of requested expenses ($1,397.45) on an interim basis

without further Court order.


Dated: Wilmington, Delaware
       July 7, 2008

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP


                                        /s/ Matthew B. Lunn
                                        James L. Patton, Jr. (No. 2202)
                                        Joel A. Waite (No. 2925)
                                        Pauline K. Morgan (No. 3650)
                                        Sean M. Beach (No. 4070)
                                        Matthew B. Lunn (No. 4119)
                                        Kenneth J. Enos (No. 4544)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and
                                        Debtors in Possession