# EXHIBIT 1

RECORDING REQUESTED BY
FIDELITY NATIONAL TITLE COMPANY OF OREGON

GRANTOR'S NAME
Zel M. Ramsey

GRANTEE'S NAME
Prigna Kanhukamwe Moses

SEND TAX STATEMENTS TO:
Ms. Prigna Kanhukamwe Moses
5903 N Michigan Ave.
Portland, OR 97217

AFTER RECORDING RETURN TO:
Ms. Prigna Kanhukamwe Moses
5903 N Michigan Ave.
Portland, OR 97217

EXHIBIT __1__
PAGE _1_ OF _1_

Recorded in MULTNOMAH COUNTY, OREGON
          C. Swick,  Deputy Clerk
A37    1                            ATKRH
Total :       21.00

2006-077248     04/27/2006 02:34:12pm

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## STATUTORY WARRANTY DEED

Zel M. Ramsey,. Grantor, conveys and warrants to

Prigna Kanhukamwe Moses, A Single Woman, Grantee, the following described real property, free and clear of encumbrances except as specifically set forth below, situated in the County of Multnomah, State of Oregon,

The East one-half of Lots 4, 5 and 6, Block 11, HIGHLAND, in the City of Portland, County of Multnomah and State of Oregon.

Subject to and excepting:

COVENANTS, CONDITIONS, RESTRICTIONS, EASEMENTS, SETBACK LINES AND POWERS OF SPECIAL DISTRICTS, IF ANY.

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY, UNDER CHAPTER 1, OREGON LAWS 2005 (BALLOT MEASURE 37 (2004)). THIS INSTRUMENT DOES NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED USES, TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST PRACTICES AS DEFINED IN ORS 30.930 AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER CHAPTER 1, OREGON LAWS 2005 (BALLOT MEASURE 37 (2004)).

THE TRUE AND ACTUAL CONSIDERATION FOR THIS CONVEYANCE IS $195,000.00 (See ORS 93.030)

DATED: April 21, 2006

_Zelyn Ramsey_
Zel M. Ramsey

STATE OF OREGON
COUNTY OF _Multnomah_

This instrument was acknowledged before me on
_April 21 2006_
by _Zel M Ramsey_

_____
NOTARY PUBLIC FOR OREGON
MY COMMISSION EXPIRES: _____

OFFICIAL SEAL
B. HASKINS
NOTARY PUBLIC-OREGON
COMMISSION NO. 366501
MY COMMISSION EXPIRES APRIL 18, 2007

No. 366501

FORD-313 (Rev 2/96)
(oswdeed.wpd)(12-05)

STATUTORY WARRANTY DEED

FIDELITY NATIONAL TITLE CO. OS-5118633