# EXHIBIT 2

# REAL PROPERTY OPTION AGREEMENT

EXHIBIT __2__
PAGE __1__ OF __4__

This agreement dated this __22__ day of __APRIL__, 20__06__ is by and between __PRIGNA KANHUKAMWE MOSES__ (hereinafter referred to as "Seller"), and __ZEL. M RAMSEY__ (hereinafter referred to as "Buyer") for good and valuable consideration for the real property located in the __MULTNOMAH__ county, state of __OREGON__, to wit (hereinafter referred to as "Property"):


### SEE ADDENDUM "A"


Commonly known as __1415 NE GOING ST__
City: __PORTLAND__          State: __OR__   Zip Code: __97211__

1. **Option to Purchase:** Seller grants to Buyer, the right to purchase the Property at any time during the option period of __22 APRIL__, 20__07__ through __22 APRIL__, 20__08__ ("Option") said Option conditioned upon full compliance by Buyer with the terms of this Agreement. The Option shall terminate at midnight on the expiration date if written notice of Buyer's exercise of the Option does not occur on or before the expiration date. If the Option is not exercised within said period the Option shall automatically terminate without any further action by Seller and without any notice to Buyer or any other person, and all rights of Buyer arising out of this agreement shall be terminated.

2. **Option Price:** The full purchase price shall be $ __195000 + 30% of equity gained__ at the time the option is exercised by the Buyer.

3. **Exercise of Option:** To exercise the option, Buyer shall give written notice to the Seller as soon as possible during the term of this option agreement. This Option may be exercised only with respect to the entire Property and nothing contained herein shall be construed as permitting Buyer to purchase less than all of the Property pursuant to this Agreement. Any notices or other communications which any party may wish to make in connection with this Agreement shall be in writing and shall be given personally or may be mailed first class postage prepaid to the following address:

Seller:
__PRIGNA KANHUKAMWE MOSES__
__1415 NE GOING ST__
__PORTLAND OR 97211__

Seller Initials __P.M.K__
Buyer Initials __ZMR__

1

EXHIBIT 2
PAGE 2 OF 4

Buyer:
Zoi M. Ramsey
1415 N.E. Maing St.
Portland, OR 97211

Any notice or other communication shall be effective forty-eight (48) hours after the date of deposit in the United States mail.

4. **Option Consideration:** In payment for Seller's grant of this Option, Buyer has paid or shall pay Seller the sum of ____$990____ (the "Option Money Payment") contemporaneously with the execution of this Agreement, the receipt of which is acknowledged by Seller. If the Option is exercised and the Property is acquired by Buyer, then the Option Money Payment paid by Buyer shall be credited against the Purchase Price at Closing. If Buyer fails to exercise the Option, or the Option is terminated as provided herein, the Option Money Payment shall belong to Seller and shall not be credited against the Purchase Price nor be refunded in the event of termination.

5. **Extension of Option:** Buyer shall have the further option, on or before the __31__ day of ___July___, 20_08_ to extend the option period for an additional period of ___30___ days to the ___30___ day of ___August___, 20_08_. There shall only be one such extension under this agreement and notice must be given in writing.

6. **Documentation:** Seller shall provide to Buyer copies of all documents required by Buyer to aid Buyer in determining whether to exercise this Option. Said documents shall include, but not be limited to any appraisals within immediate past 12 months of this agreement, most recent real property tax statement, any document regarding the property's legal or physical condition / situation; any other documents Seller believes would aid Buyer in this transaction. Said copies shall be delivered to Buyer within __7__ calendar days from the date of mutual acceptance of this Agreement.

7. **Title Insurance:** Seller agrees to furnish title insurance showing a good and marketable title to the Property, in event option is exercised by Buyer upon the terms of this Agreement. Seller further agrees to convey the Property to Buyer by warranty deed, free and clear of all encumbrances.

8. **Compensation:** In the event that Buyer does not exercise option as afforded by this Agreement, Seller agrees to retain the Option Money Payment paid as sole compensation and no further amounts shall become due.

9. **Agreement Binding:** This Agreement shall be binding upon the principal parties and their respective heirs, administrators, personal representatives, successors and assigns.

Seller Initials P. M.E.
Buyer Initials ZMR

2

GENOAB.DOC
8/21/02 - RU

10. **Governing Law:** This Agreement and all transactions contemplated, shall be governed by, construed and enforced in accordance with the laws of the State of _OREGON_. In the event of litigation that may arise out of this Agreement, the parties agree to reimburse the prevailing parties reasonable attorney fees, court costs and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which the prevailing party may be entitled. In such event, no action shall be entertained by said court or any court of competent jurisdiction if filed more than one year subsequent to the date the cause(s) of action actually accrued regardless of whether damages were otherwise as of said time calculable.

11. **Closing Costs:** The "closing costs" shall be those costs incurred in conjunction with closing escrow and shall be paid by Seller..

12. **Escrow:** Escrow shall be opened with _FIDELITY NATIONAL TITLE_ or any other company of Buyer's choosing.

13. **Termination of Option:** In the event Buyer is leasing the above described property from Seller, and said lease is breached by Buyer and said lease is terminated prior to the lease expiration, then this option agreement shall be considered null and void as though it never existed. Any monies paid in connection with this agreement shall be governed by paragraph 4 above.

14. **Modification:** Any modification of any portion of this Agreement must be made in writing signed by both parties.

15. **References in Wording:** Plural references made to the parties involved in this Agreement may also be singular, and single references may be plural.

16. **Time:** Time is of the essence in this Agreement.

17. **Entire Agreement:** As written, this Agreement constitutes the entire agreement between the Buyer and Seller. They have made no further promises of any kind to one another, nor have they reached any other understandings, either written or verbal.

18. **Preparer's Disclaimer:** All of the undersigned parties in the Agreement agree not to hold the preparer of this document liable for any errors, omissions, mistakes or negligence.

19. **Financing Disclaimer:** The parties of this Agreement acknowledge that speculation of availability of financing or assumption of existing loans towards the purchase of the above Property is impossible to predict. Therefore the parties agree that these items shall not be a condition of performance of this Agreement and the parties agree they have not relied upon any representation or warranties by either party.

EXHIBIT ___
PAGE ___ OF ___

Seller Initials _P. M.K_
Buyer Initials _ZmR_

3

GENOAB.DOC
8/21/02 - RU

EXHIBIT 2
PAGE 4 OF 4

20. **Specific Performance:** In addition to the remedies specified above, Buyer may in the event of default by Seller enforce this Agreement through an action for specific performance.

21. **Acknowledgement:** The undersigned Seller and Buyer hereby acknowledge that they have read this Agreement, understand it, agree to it and have been given a copy. They further have been advised to seek legal, tax, technical expertise and any other counsel of their choosing concerning this contract prior to signing.

**IN WITNESS WHEREOF**, the parties have affirmed their signatures as of the day and year first written above.

PRIGNA KAN*HUK AMWE* MOSES  /s/  04/22/06
Seller                                          Date

_____     _____
Seller                                          Date

Zel M. Ramsey       04-22-06
Buyer

By _____     _____
   Authorized Representative                    Date

STATE OF OREGON   COUNTY OF Multnomah
Signed or attested before me on
4-22-2006 by Prigna Kanaukamwe Moses & Zel Marie Ramsey
X Marissa N Wallin
NOTARY SIGNATURE
My Commission Expires: 11-09-2009

OFFICIAL SEAL
**MARISSA N WALLIN**
NOTARY PUBLIC-OREGON
COMMISSION NO. 399396
MY COMMISSION EXPIRES NOVEMBER 9, 2009

Seller Initials P.M.
Buyer Initials ZMR

4

GENOAB.DOC
8/21/02 - RU