# EXHIBIT 4

EXHIBIT 4
PAGE 1 OF 18

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| ZEL M. RAMSEY, | Case No. C302-02316 |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT |
| | (ELDER ABUSE, FRAUD, MORTGAGE |
| PRIGNA KANHUKAMWE MOSES; | BROKER LIABILITY PER ORS 59.925, and |
| LOANSOURCE FUNDING, LLC.; | DECLARATORY RELIEF (Quiet Title)) |
| AMERICAN BROKERS CONDUIT, an | |
| Assumed Business Name for AMERICAN | Claim Not Subject to |
| HOME MORTGAGE CORPORATION; | Mandatory Arbitration |
| and BANK OF AMERICA, N.A.; | |
| | Jury Trial Demanded |
| Defendants. | |

Plaintiff alleges:

PARTIES

1.

Plaintiff ZEL M. RAMSEY is a 67 year-old, widowed resident of Portland, Multnomah County, Oregon.

Page 1 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

EXHIBIT 4
PAGE 2 OF 18

2.

Defendant PRIGNA KANHUKAMWE MOSES ("MOSES") is a 30 year-old female whose current residence is, on information and belief, San Diego, California.

3.

Defendant LOANSOURCE FUNDING, LLC, ("LOANSOURCE") is a Washington limited liability corporation registered and doing business in Oregon as a duly-licensed mortgage broker pursuant to ORS 59.840-59.980.

4.

Defendant AMERICAN BROKERS CONDUIT is a registered assumed business name for AMERICAN HOME MORTGAGE CORPORATION, a New York corporation registered and doing business in Oregon.

5.

Defendant BANK OF AMERICA, N.A., is a national banking association organized under the laws of the United States and doing business in Oregon.

///
///
///
///
///

Page 2 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

EXHIBIT 4
PAGE 3 OF 18

1 | FIRST CLAIM FOR RELIEF – ELDER FINANCIAL ABUSE (ORS 124.100 *et seq.*)

2 | (Against Defendants MOSES and LOANSOURCE FUNDING, LLC)

3 | 6.

4 | PLAINTIFF realleges and incorporates herein paragraphs 1 - 3.

5 | 7.

6 | At all times relevant, PLAINTIFF was a vulnerable person by virtue of being

7 | an elderly person as those terms are defined in ORS 124.100.

8 | 8.

9 | In March, 2006, PLAINTIFF contacted defendant LOANSOURCE in response

10 | to an advertisement placed in a local publication by LOANSOURCE offering

11 | assistance to homeowners needing financial assistance. At the time she contacted

12 | LOANSOURCE, PLAINTIFF was in default on her mortgage, having failed to make

13 | 3-4 payments, and was in fear of losing her home of more than 40 years.

14 | 9.

15 | LOANSOURCE sent defendant MOSES, a loan originator employed by

16 | LOANSOURCE, to PLAINTIFF's home, where PLAINTIFF completed a loan

17 | application and related paperwork and presented it to MOSES, who at that time was

18 | acting within the course and scope of her duties as a loan originator employed by

19 | LOANSOURCE.

20 | Page 3 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

10.

MOSES, still acting within the course and scope of her duties as a loan originator employed by LOANSOURCE, opened an escrow account with Fidelity National Title Company of Oregon for the purpose of assisting PLAINTIFF in refinancing her mortgage loan.

11.

Knowing PLAINTIFF was an elderly person, defendant MOSES thereafter wrongfully took PLAINTIFF's residential real property at 1415 N.E. Going Street, Portland, Multnomah County, Oregon, by causing PLAINTIFF to believe PLAINTIFF was ineligible for refinancing or a reverse mortgage, by creating in PLAINTIFF a fear of imminent foreclosure and eviction, by leading PLAINTIFF to believe she had no feasible alternative to the sale of her residence to defendant MOSES, by promising PLAINTIFF she could continue to reside in the aforementioned residential real property in exchange for monthly payments of $990.00, by promising PLAINTIFF orally and then later in writing that PLAINTIFF could repurchase the aforementioned residential real property at a later date, and by representing the aforementioned residential real property to be worth far less than its actual value.

Page 4 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

EXHIBIT 4
PAGE 5 OF 18

12.

Defendant LOANSOURCE, through its agents and employees operating within the course and scope of their employment with LOANSOURCE, knowing PLAINTIFF to be an elderly person, aided, abetted, and facilitated the acts of defendant MOSES by facilitating the transfer of title to the real property identified in the preceding paragraph from PLAINTIFF to defendant MOSES by brokering loans to MOSES to purchase the property.

13.

When assisting MOSES, its employee, in purchasing PLAINTIFF's real property by arranging for mortgage loans for MOSES, LOANSOURCE knew that that the purchase was for substantially less than the property was worth because LOANSOURCE had ordered and obtained an appraisal for the property that showed its value as $278,000 as-of March, 2006. LOANSOURCE further knew that PLAINTIFF was engaging in the transfer of her residence to MOSES under economic duress because PLAINTIFF had informed LOANSOURCE of her circumstances when contacting LOANSOURCE for assistance. LOANSOURCE further knew that PLAINTIFF was without the benefit of independent legal or other professional advice in making her decision to sell her property to MOSES for substantially less than its value.

Page 5 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

EXHIBIT 4
PAGE 6 OF 16

14.

LOANSOURCE further aided, abetted, and facilitated MOSES's financial abuse of PLAINTIFF by concealing MOSES's employment as a loan originator for LOANSOURCE and her true income when tendering MOSES's loan application to prospective lenders. In doing so, LOANSOURCE knew that prospective lenders would not approve a loan if the true facts and circumstances of MOSES's employment and income were known.

15.

The circumstances known to LOANSOURCE were such that a reasonable person should have known of MOSES's financial abuse of PLAINTIFF, and despite this knowledge, LOANSOURCE nonetheless assisted MOSES in the abuse.

16.

As a result of the actions of defendants MOSES and LOANSOURCE, PLAINTIFF has suffered inconvenience, mental suffering, emotional distress, humiliation, loss of comfort, interference with her normal and usual activities, and mistrust in the intentions of others, and she demands judgment in her favor against each defendant pursuant to ORS 124.100(2) for economic damages in an amount of $177,145.36, the exact amount to be determined at trial; non-economic damages of $50,000; treble damages for economic and non-economic damages; interest at the

Page 6 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

1  legal rate on economic and non-economic damages from the date(s) of abuse;

2  reasonable attorney fees pursuant to ORS 124.100(2)(c); costs and disbursements

3  incurred by PLAINTIFF; and equitable relief pursuant to ORS 124.120 including, but

4  not limited to, a declaration that defendant MOSES has no rights, title, or interest in

5  the residential property located at 1415 N.E. Going Street, in Portland, Multnomah

6  County, Oregon.

## SECOND CLAIM FOR RELIEF – FRAUD

(Against Defendant MOSES)

17.

Plaintiff realleges and incorporates by reference paragraphs 1 and 2.

18.

Defendant MOSES made the following false representations, or failed to disclose the following material facts she was obligated to disclose, to PLAINTIFF to induce PLAINTIFF to transfer her interest in the real property located at 1415 N.E. Going Street, Portland, Multnomah County, Oregon, MOSES:

(A) PLAINTIFF was ineligible for a reverse mortgage without cash payment of $10,000;

(B) PLAINTIFF was ineligible for refinancing of her real property;

Page 7 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

(C) PLAINTIFF faced imminent foreclosure and eviction with no feasible alternative other than the sale of her residence to defendant MOSES;

(D) PLAINTIFF could continue to reside in the aforementioned residential real property in exchange for monthly payments of $990.00;

(E) PLAINTIFF could repurchase the aforementioned residential real property pursuant to a written agreement entered into by PLAINTIFF and MOSES;

(F) The value of PLAINTIFF's residential real property was substantially less than its actual value; and

(G) MOSES was perpetrating a foreclosure rescue scam upon PLAINTIFF in order to defraud PLAINTIFF of her equity in her property.

19.

Defendant MOSES knew the representations alleged in paragraph 18 were false, and the omissions were material, and she made those representations and omitted those material facts in order to induce PLAINTIFF to transfer the property to her at far less than its actual value.

20.

PLAINTIFF relied on defendant MOSES's false representations and material omissions, and would not have engaged in the transaction in which she transferred

Page 8 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

1  title of her home to defendant MOSES had she known any one of the representations

2  made by defendant MOSES as set forth in paragraph 18 were false or that MOSES

3  was omitting the material facts set forth therein.

4                                                 21.

5        As a result of defendant MOSES's fraudulent misrepresentations, she is liable

6  to PLAINTIFF for:

7       (A)   $177,145.36, representing the difference in the current market value of

8             the residential real property located at 1415 N.E. Going Street, Portland,

9             Multnomah County, Oregon, which is $349,000, and the $195,000.00

10            consideration paid to PLAINTIFF, less the net amount received by

11            PLAINTIFF in the transaction, $24,907.81; plus $21,780.00, representing

12            the monthly payments made by plaintiff to MOSES from May 1, 2006

13            through February 1, 2008, in reliance on the false and fraudulent

14            representations made by MOSES, for a total of $198,925.36 in economic

15            damages;

16      (B)   Prejudgment interest on the amount alleged in the prior subparagraph

17            from April 22, 2006 to the present;

18      (C)   $150,000 in general damages; and

19      (D)   Statutory fees and costs, including an enhanced prevailing party fee.

20  Page 9 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY
              PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

EXHIBIT 4
PAGE 10 OF 18

22.

MOSES showed a reckless and outrageous indifference to a highly unreasonable risk of harm and acted with a conscious indifference to the welfare of others. PLAINTIFF may move to amend this complaint to seek punitive damages.

### THIRD CLAIM FOR RELIEF –
### MORTGAGE BROKER LIABILITY (ORS 59.925)

(Against LOANSOURCE FUNDING, LLC)

23.

PLAINTIFF realleges paragraphs 1-3, 7-15, and 18-21.

24.

LOANSOURCE is liable to PLAINTIFF pursuant to ORS 59.925 on the following grounds:

A. LOANSOURCE failed to account to PLAINTIFF, an interested person, for all money received in connection with the mortgage loans brokered for MOSES. PLAINTIFF was an interested person inasmuch as the loans brokered to MOSES to facilitate her purchase of PLAINTIFF's residence were the direct outgrowth of PLAINTIFF's contact with LOANSOURCE for mortgage brokering services;

Page 10 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: colson@erinolsonlaw.com

B.   LOANSOURCE failed to supervise and diligently control the activities of defendant MOSES and of Deborah Roper, another loan originator employed by LOANSOURCE who acted within the course and scope of her duties as a loan originator in assisting MOSES to obtain the mortgage loan financing that enabled MOSES to purchase PLAINTIFF's property;

C.   LOANSOURCE further demonstrated negligence and incompetence in performing acts for which LOANSOURCE is required to hold a license as an Oregon mortgage broker, including the hiring and supervision of loan originators, the review of loan files to detect irregularities or abuses, and the presentation to lenders of loan applications containing reasonably accurate information;

D.   LOANSOURCE engaged in unfair and unethical practices in connection with its aiding, abetting, and facilitation of MOSES's purchase of PLAINTIFF's residence at substantially less than market value and through the presentation to lenders of loan applications containing materially false information about MOSES's employment, income, and residence; and

Page 11 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street   Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

E. LOANSOURCE, through its agents and employees and in connection with the conduct of its mortgage broker business:

(1) employed a scheme to defraud PLAINTIFF, as described in paragraphs 7-15 and 18-21;

(2) knowingly made untrue statements of material facts, or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading, as described in paragraphs 7-15 and 18-21; and

(3) engaged in acts which operated as a fraud and deceit upon PLAINTIFF, as described in paragraphs 7-15 and 18-21.

25.

As a result of LOANSOURCE's acts and omissions as set forth in paragraph 24, LOANSOURCE is liable to PLAINTIFF for damages in the amount of $177,145.36, representing the difference in the current market value of the residential real property located at 1415 N.E. Going Street, Portland, Multnomah County, Oregon, which is $349,000, and the $195,000.00 consideration paid to PLAINTIFF, less the net amount received by PLAINTIFF in the transaction, $24,907.81, plus PLAINTIFF's

Page 12 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street   Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

statutory fees and costs, including reasonable attorney fees pursuant to ORS 59.925(8).

## FOURTH CLAIM FOR RELIEF –
## DECLARATORY JUDGMENT (ORS 28.010 *et seq.*)

(Against MOSES, AMERICAN BROKERS CONDUIT,
and BANK OF AMERICA, N.A.)

26.

PLAINTIFF realleges and incorporates herein paragraphs 1, 2, 4, 5, 7-15, and 18-21.

27.

PLAINTIFF'S agreement with MOSES was the product of fraud, and PLAINTIFF is entitled to set aside the deed purporting to transfer the property at 1415 N.E. Going Street, Portland, Multnomah County, Oregon, 97211 to defendant MOSES, which property is further described as East ½ of Lots 4, 5, and 6, Block 11, HIGHLAND, in the City of Portland, County of Multnomah, and State of Oregon.

28.

PLAINTIFF is entitled to set aside MOSES's transfers of interests in the property located at 1415 N.E. Going Street, Portland, Multnomah County, Oregon, to defendants AMERICAN BROKERS CONDUIT and BANK OF AMERICA, N.A., because the interests were not MOSES's to convey.

Page 13 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

29.

2  PLAINTIFF is further entitled to set aside MOSES's transfers of interests in the

3  property located at 1415 N.E. Going Street, Portland, Multnomah County, Oregon, to

4  defendants AMERICAN BROKERS CONDUIT and BANK OF AMERICA, N.A.,

5  because defendants AMERICAN BROKERS CONDUIT and BANK OF AMERICA,

6  N.A., had constructive notice of PLAINTIFF's interest in the property since

7  PLAINTIFF had lived in the property openly and notoriously, making improvements

8  and performing acts that would cause a reasonable and prudent person to

9  investigate the title to the property prior to contracting to obtain an interest therein.

30.

11  Had defendants AMERICAN BROKERS CONDUIT and BANK OF

12  AMERICA, N.A. investigated the title to the property located at 1415 N.E. Going

13  Street, Portland, Multnomah County, Oregon, they would have learned of the fraud

14  perpetrated upon PLAINTIFF and PLAINTIFF's continued interest in the property,

15  and further would have learned that MOSES had never resided in, nor intended to

16  reside in, the property at 1415 N.E. Going Street, as she affirmatively stated in her

17  loan application materials.

18  ///

19  ///

20  Page 14 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY
PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

1  31.

2  PLAINTIFF is entitled to a judgment declaring her to be sole owner in fee

3  simple of the real property at 1415 N.E. Going Street, Portland, Multnomah County,

4  Oregon, subject to a lien in the amount of $140,585.71, which was her mortgage

5  balance as-of April 21, 2006.

6  32.

7  PLAINTIFF has no plain, speedy or adequate remedy at law.

8  ///

9  ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 Page 15 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY
PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street  Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

EXHIBIT 4
PAGE 16 OF 18

## PRAYER

WHEREFORE, PLAINTIFF prays for:

1. On the First Claim for Relief for Elder Financial Abuse against defendants MOSES, LOANSOURCE FUNDING, LLC, and each of them:

   (a) Economic damages in an amount of $177,145.36, the exact amount to be determined at trial;

   (b) Non-economic damages of $50,000;

   (c) Treble damages for economic and non-economic damages;

   (d) Interest at the legal rate on economic and non-economic damages from the date(s) of abuse;

   (e) Reasonable attorney fees pursuant to ORS 124.100(2)(c);

   (f) Costs and disbursements incurred by PLAINTIFF; and

   (f) Equitable relief pursuant to ORS 124.120 including, but not limited to, a declaration that defendant MOSES has no rights, title, or interest in the residential property located at 1415 N.E. Going Street, in Portland, Multnomah County, Oregon.

///

///

///

Page 16 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

LAW OFFICE OF ERIN OLSON, P.C.
2905 N.E. Broadway Street   Portland, OR 97232-1760
Telephone: (503) 546-3150 • Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

1  2. On the Second Claim for Relief for Fraud against defendant MOSES:

2      (a)   $198,925.36 in economic damages, the exact amount to be determined at

3            trial;

4      (b)   Prejudgment interest on the item alleged in the prior subparagraph

5            from April 22, 2006 to the present;

6      (c)   $150,000 in non-economic damages;

7      (d)   Statutory fees and costs, including an enhanced prevailing party fee;

8            and

9      (e)   Such other and further relief as the Court deems appropriate.

10 3. On the Third Claim for Relief for Mortgage Broker Liability (ORS 59.925)

11 against defendant LOANSOURCE FUNDING, LLC:

12     (a)   $177,145.36 in economic damages;

13     (b)   Reasonable attorney fees pursuant to ORS 59.925(8);

14     (c)   Statutory fees, costs, and disbursements.

15 ///

16 ///

17 ///

18 ///

19 ///

Page 17 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)

4. On the Fourth Claim for Relief for Declaratory Relief pursuant to ORS 28.020 against all of defendants MOSES, AMERICAN BROKERS CONDUIT, and BANK OF AMERICA, N.A.:

    (a) Judgment declaring PLAINTIFF to be sole owner in fee simple of the real property at 1415 N.E. Going Street, Portland, Multnomah County, Oregon, subject to a lien in the amount of $140,585.71; and

    (b) Such other and further relief as the Court deems appropriate.

Dated this 13th day of February, 2008.

LAW OFFICE OF ERIN OLSON, P.C.

By: *Erin Olson*

Erin K. Olson, OSB 93477
Attorney for Plaintiff

**Trial Attorney:**
Erin K. Olson, OSB 93477
Law Office of Erin Olson, P.C.
2905 N.E. Broadway Street
Portland, OR 97232-1760
Phone: (503) 546-3150
Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

Page 18 of 18 – COMPLAINT FOR ELDER ABUSE, FRAUD, MORTGAGE BROKER LIABILITY PER ORS 59.925, AND DECLARATORY RELIEF (Quiet Title)