# EXHIBIT 5

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

MAR 2008

EXHIBIT
PAGE ____ OF ____

| | |
|---|---|
| ZEL M. RAMSEY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROKERS CONDUIT, an Assumed Business Name for AMERICAN HOME MORTGAGE CORPORATION, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)  CASE NO. 0802-02316<br>)<br>)<br>)<br>)<br>)<br>) |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on August 6, 2007, voluntary petitions were filed in the United States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court") by American Home Mortgage Holdings (Case No. 07-11047), American Home Mortgage Investment Corp (Case No. 07-11048), American Home Mortgage Acceptance (Case No. 07-11049), American Home Mortgage Servicing Inc. (Case No. 07-11050), American Home Mortgage Corp (Case No. 07-11051), American Home Mortgage Ventures LLC (Case No. 07-11052), Homegate Settlement Services (Case No. 07-11053), and Great Oak Abstract Corp (Case No. 07-11053) (the "Debtors"). All cases are jointly administered under Case No. 07-11047 (CSS).

DB02:6669743.1

066585.1001

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of a chapter 11 petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors or any of their Debtor related entities that was or could have been commenced before the filing of the petition or any act to obtain possession of or exercise control over property of the estate.

Dated: Wilmington, Delaware
March 17, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession