# EXHIBIT 6

**Erin Olson**

| | | |
|---|---|---|
| From: | John Kalas [John.Kalas@americanhm.com] | EXHIBIT 6 |
| Sent: | Thursday, April 03, 2008 2:44 PM | |
| To: | Erin Olson | PAGE 1 OF 9 |
| Subject: | FW: AHM - Pleading | |


_0403165820_001.
pdf (82 KB)

Ms. Olson,

This was brought to my attention; are you still pursuing a quiet title action as part of your complaint?

John J. Kalas
SVP Deputy General Counsel
& Chief Compliance Officer
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747
Direct Line: 516-495-7037
Direct eFax:  877-260-9184

1

# Law Office of Erin Olson, P.C

EXHIBIT 6
PAGE 2 OF 9

2905 NE Broadway Street
Portland OR 97232-1760

Phone: 503-546-3150
Fax: 503-548-4435
E-mail: eolson@erinolsonlaw.com
Website: www.erinolsonlaw.com

March 26, 2008

Hon. Jean Kerr Maurer
Presiding Judge
Multnomah County Circuit Court
1021 SW 4th Avenue
Portland, OR 97204

Re: *Ramsey v. Moses et al.*
    *Multnomah County Case No. 0802-02316*

Dear Judge Maurer:

Enclosed is a motion and order to sever and abate against a bankrupt defendant in the above-referenced case.

Please return the conformed copy of the order to me in the enclosed SASE.

Sincerely,

Erin K. Olson

enc.

cc (w/enc):  Mark A. Wheeler, Esq.
             Robert S. Brady, Esq.

1
2
3
4
5
6     IN THE CIRCUIT COURT OF THE STATE OF OREGON
7     FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ZEL M. RAMSEY,<br><br>Plaintiff,<br>v.<br><br>PRIGNA KANHUKAMWE MOSES;<br>LOANSOURCE FUNDING, LLC.;<br>AMERICAN BROKERS CONDUIT, an<br>Assumed Business Name for AMERICAN<br>HOME MORTGAGE CORPORATION;<br>and BANK OF AMERICA, N.A.;<br><br>Defendants. | Case No. 0802-02316<br><br>MOTION FOR AN ORDER FOR SEVERANCE OF PARTY (AMERICAN BROKERS CONDUIT, an Assumed Business Name for AMERICAN HOME MORTGAGE CORPORATION) AND ABATEMENT |

Pursuant to UTCR 7.050(2), Plaintiff moves for an order severing the claims against American Brokers Conduit, an Assumed Business Name for American Home Mortgage Corporation, who has filed for bankruptcy, from those against the other defendants to permit the non-bankrupt parties to proceed with the remainder of the action.

Page 1 – MOTION FOR ORDER FOR SEVERANCE OF PARTY (AMERICAN BROKERS CONDUIT, an Assumed Business Name for AMERICAN HOME MORTGAGE CORPORATION) AND ABATEMENT

1  Defendant LoanSource Funding, L.L.C., is the only defendant whose counsel,

2  Albert Schlotfeldt and Mark A. Wheeler, have identified themselves (other than

3  counsel for the bankrupt defendant), and they advise that defendant LoanSource

4  Funding, L.L.C. has no objection to this motion.

5  DATED: March 26, 2008.

6                                        LAW OFFICE OF ERIN OLSON, P.C.

8                                        Erin K. Olson, OSB 93477
9                                        Attorney for Plaintiff

Points and Authorities
UTCR 7.040

Page 2 – MOTION FOR ORDER FOR SEVERANCE OF PARTY (AMERICAN
         BROKERS CONDUIT, an Assumed Business Name for AMERICAN
         HOME MORTGAGE CORPORATION) AND ABATEMENT

| | |
|---|---|
| CERTIFICATE OF SERVICE | EXHIBIT  6  <br> PAGE  5  OF __ |

I hereby certify that on March 26, 2008, I served a true copy of the foregoing motion, together with the proposed order allowing same, by prepaid first-class mail, on:

Albert F. Schlotfeldt
Mark A. Wheeler
Duggan Schlotfeldt & Welch PLLC
900 Washington St Ste 1020
PO Box 570
Vancouver WA  98666-0570
    *Attorney for Loansource Funding, LLC*

Robert S. Brady *et al.*
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
    *Attorneys for American Home Mortgage Corp.*

_____
Erin K. Olson

Page 3 – MOTION FOR ORDER FOR SEVERANCE OF PARTY (AMERICAN BROKERS CONDUIT, an Assumed Business Name for AMERICAN HOME MORTGAGE CORPORATION) AND ABATEMENT

EXHIBIT
PAGE ___ OF ___

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ZEL M. RAMSEY,<br><br>        Plaintiff,<br><br>    v.<br><br>PRIGNA KANHUKAMWE MOSES;<br>LOANSOURCE FUNDING, LLC.;<br>AMERICAN BROKERS CONDUIT, an<br>Assumed Business Name for AMERICAN<br>HOME MORTGAGE CORPORATION;<br>and BANK OF AMERICA, N.A.;<br><br>        Defendants. | Case No. 0802-02316<br><br>ORDER FOR SEVERANCE OF<br>PARTY (AMERICAN BROKERS<br>CONDUIT, an Assumed Business<br>Name for AMERICAN HOME<br>MORTGAGE CORPORATION)<br>AND ABATEMENT |

IT APPEARING TO THE COURT that a party in the above case, to-wit:

American Brokers Conduit, an Assumed Business Name for American Home

Mortgage Corporation, cannot proceed due to **bankruptcy** (a copy of the petition or

notice of bankruptcy is attached);

Page 1 – ORDER FOR SEVERANCE OF PARTY (AMERICAN BROKERS
        CONDUIT, an Assumed Business Name for AMERICAN HOME
        MORTGAGE CORPORATION) AND ABATEMENT

1  IT IS THEREFORE ORDERED that this case as to the above defendant only

2  be removed from the active docket of this Court for a period not to go beyond or

3  exceed March 26, 2010;

4  IT IS FURTHER ORDERED that this order shall not be rescinded without an

5  order for reinstatement; and

6  IT IS FURTHER ORDERED that this case shall be dismissed without

7  prejudice at the expiration of the date set and following notice of intent to dismiss

8  pursuant to ORCP 54B(3), unless this case has been reinstated as an active case before

9  the Court, or otherwise continued or resolved.

10  Signed: _____

11  
     _____
     Presiding Judge

12

13

14

15

16

17  Presented by:

18  *[signature]*

    Erin K. Olson, OSB 93477
19  Attorney for Plaintiff

    Page 2 – ORDER FOR SEVERANCE OF PARTY (AMERICAN BROKERS
20        CONDUIT, an Assumed Business Name for AMERICAN HOME
          MORTGAGE CORPORATION) AND ABATEMENT

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

MAR ? ? 2008

| | |
|---|---|
| ZEL M. RAMSEY, ) | |
| Plaintiff, ) | |
| ) | CASE NO. 0802-02316 |
| v. ) | |
| ) | EXHIBIT 6 |
| AMERICAN BROKERS CONDUIT, an ) | PAGE ___ OF ___ |
| Assumed Business Name for AMERICAN ) | |
| HOME MORTGAGE CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on August 6, 2007, voluntary petitions were filed in the United States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court") by American Home Mortgage Holdings (Case No. 07-11047), American Home Mortgage Investment Corp (Case No. 07-11048), American Home Mortgage Acceptance (Case No. 07-11049), American Home Mortgage Servicing Inc. (Case No. 07-11050), American Home Mortgage Corp (Case No. 07-11051), American Home Mortgage Ventures LLC (Case No. 07-11052), Homegate Settlement Services (Case No. 07-11053), and Great Oak Abstract Corp (Case No. 07-11053) (the "Debtors"). All cases are jointly administered under Case No. 07-11047 (CSS).

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of a chapter 11 petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors or any of their Debtor related entities that was or could have been commenced before the filing of the petition or any act to obtain possession of or exercise control over property of the estate.

Dated: Wilmington, Delaware
March 17, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession