EXHIBIT 7

**Erin Olson**
___

| | |
|---|---|
| From: | John Kalas [John.Kalas@americanhm.com] |
| Sent: | Friday, April 04, 2008 9:18 AM |
| To: | Erin Olson |
| Subject: | RE: AHM - Pleading |

EXHIBIT 7
PAGE 1 OF 2

I don't think you understand. I'll have one of our counsel get in touch with you.

Thanks for trying.

-----Original Message-----
From: Erin Olson [mailto:EOlson@Erinolsonlaw.com]
Sent: Friday, April 04, 2008 11:55 AM
To: John Kalas
Subject: RE: AHM - Pleading

Are you objecting to the court's recognition of your client's bankruptcy stay?  That would be the practical effect of your objection to severance.

My motion was submitted to the presiding judge because severance and abatement is routine in these matters and is typically handled by mail without a hearing.  If you are truly going to object, have your local counsel fax a letter to the presiding judge immediately noting your objection and requesting that the matter be assigned for a hearing:

Hon. Jean Kerr Maurer
Presiding Judge,
Multnomah County Circuit Court
1021 S.W. Fourth Avenue
Portland, OR   97204
Fax #:  503-276-0962

As the orderly administration of your client's bankruptcy estate can be managed through a stipulation to relief from stay, I would not think your chances of avoiding severance and abatement are very good.

A dismissal with (or without) prejudice isn't going to happen at this stage.

Erin K. Olson
Law Office of Erin Olson, P.C.
2905 N.E. Broadway Street
Portland, OR   97232-1760
(503) 546-3150
Fax (503) 548-4435
================================================================
PRIVILEGED AND CONFIDENTIAL:  This e-mail message and any attachments contain information that may be confidential or privileged and that is intended only for the use of the person or organization named above.  If you are not the intended recipient, any disclosure, copying, distribution or use of this information is prohibited.  If you received this e-mail in error, please notify the sender and immediately delete this e-mail and any attachments.

-----Original Message-----
From: John Kalas [mailto:John.Kalas@americanhm.com]
Sent: Friday, April 04, 2008 6:26 AM
To: Erin Olson
Subject: RE: AHM - Pleading

Ms. Olson,

AHM would object to the motion to sever, unless you would file a dismissal against American Home, and its affiliates, with prejudice.
We'll need that for the orderly administration of American Home's estate.

1

Given the fact pattern you are alleging, the broker is the one at fault and is also in a best position to try to either refinance the borrower or pay the borrower for its losses.

If you are around today or Monday; perhaps we can discuss this further on a settlement privileged basis.

Unless I hear from you by then, we are planning on objecting to your motion.

John J. Kalas
SVP Deputy General Counsel
& Chief Compliance Officer
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747
Direct Line: 516-495-7037
Direct eFax:  877-260-9184

EXHIBIT
PAGE 2 OF 2

-----Original Message-----
From: Erin Olson [mailto:EOlson@Erinolsonlaw.com]
Sent: Thursday, April 03, 2008 10:13 PM
To: John Kalas
Subject: RE: AHM - Pleading

Yes, subject to an equitable mortgage.

Erin K. Olson
Law Office of Erin Olson, P.C.
2905 N.E. Broadway Street
Portland, OR   97232-1760
(503) 546-3150
Fax (503) 548-4435
==========================================================
PRIVILEGED AND CONFIDENTIAL:  This e-mail message and any attachments contain information that may be confidential or privileged and that is intended only for the use of the person or organization named above.  If you are not the intended recipient, any disclosure, copying, distribution or use of this information is prohibited.  If you received this e-mail in error, please notify the sender and immediately delete this e-mail and any attachments.

-----Original Message-----
From: John Kalas [mailto:John.Kalas@americanhm.com]
Sent: Thursday, April 03, 2008 2:44 PM
To: Erin Olson
Subject: FW: AHM - Pleading

Ms. Olson,

This was brought to my attention; are you still pursuing a quiet title action as part of your complaint?

John J. Kalas
SVP Deputy General Counsel
& Chief Compliance Officer
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747
Direct Line: 516-495-7037
Direct eFax:  877-260-9184