# EXHIBIT 8


TD Service Company
Since 1964

EXHIBIT 8
PAGE 1 OF 4

## DEBT VALIDATION NOTICE

Date: May 5, 2008
T.S. Number: D358209 OR
Unit Code: D
Loan No: 1001553354/MOSES

1. The enclosed document relates to a debt owed to:
   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN HOME MORTGAGE SERVICING, INC.
   c/o American Home Mortgage Servicing

2. Your mortgage Loan with the above-referenced creditor has been referred to our office for foreclosure based upon a default under the terms of the subject Note and Deed of Trust. Pursuant to and in compliance with the Fair Debt Collection Practices Act (Federal(15USC 1601, as amended) our company on behalf of the above-named creditor hereby provides the following notification:

   * We are attempting to collect a debt and any information we obtain will be used for that purpose.

   * The amount required to reinstate or pay off the Debtor's account will be provided to the Debtor upon request. The Debtor should telephone our company or the creditor for a quotation of such amount.

   * Written request or claims of dispute may be sent to the Creditor or to our company.

   * You may send us a written request for the name and address of the original creditor, if different from the current creditor, and we will obtain and mail the information within thirty (30) days after we receive your written request.

3. As of May 5, 2008 the total delinquency owed was $6,077.93, but this amount will increase daily after such date until the delinquency has been fully paid.

4. As of the date in item Number 3, the amount owed is $296,564.28 for unpaid Principal, plus Accrued Interest and any Accrued NSF Fees, Escrow Advances, Late Charges, or Suspense Credits and Attorney and/or Trustee Fee and Costs that have been incurred. Because these charges may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after your check is received, in which event you will be informed before the check is deposited for collection. For further information you may contact T.D. SERVICE COMPANY by mail at 1820 E. FIRST ST., SUITE 210, P.O. BOX 11988, SANTA ANA, CA 92711-1988 or call (800) 843-0260 or call your lender directly.

5. You may dispute the validity of this debt, or any portion thereof, by contacting our office within thirty (30) days after receiving this notice. In that event, we will obtain and mail to you written verification of the debt. Otherwise, we will assume that the debt is valid. The foreclosure action can be withdrawn if it is determined by the Creditor that there has been no default or the default has been cured or corrected.

6. You have various rights and duties under state law, which may include the right to reinstate the loan or redeem the property from the foreclosure sale. This letter is not a notification or intent to notify you of your rights. You should seek independent advice with respect to your rights and obligations under this debt.

DEBTVLD

P.O. Box 11988, Santa Ana, CA 92711-1988 . 1820 E. First Street, Suite 210, Santa Ana, CA 92705
(714) 543-TDSC (8372)    (800) 843-0260

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to

T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA, CA 92711-1988

EXHIBIT 8
PAGE 2 OF 4

_____ Space above this line for recorder's use _____

## OREGON TRUSTEE'S NOTICE OF SALE

T.S. No: D358209 OR    Unit Code: D    Loan No: 1001553354/MOSES
Min No: 100024200015533546
AP #1: R179875
Title #:

Reference is made to that certain Trust Deed made by PRIGNA KANHUKAMWE MOSES as Grantor, to TRANSNATION TITLE as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN BROKERS CONDUIT as Beneficiary.

Dated January 2, 2007, Recorded January 8, 2007 as Instr. No. 2007-003388 in Book --- Page --- of Official Records in the office of the Recorder of MULTNOMAH County; OREGON

covering the following described real property situated in said county and state, to wit:
THE EAST ONE-HALF OF LOTS 4, 5, AND 6, BLOCK 11, HIGHLAND, IN THE CITY OF PORTLAND, COUNTY OF MULTNOMAH AND STATE OF OREGON.

Both the beneficiary and the trustee have elected to sell the said real property to satisfy the obligations secured by said Trust Deed and a Notice of Default has been recorded pursuant to Oregon Revised Statutes 86.735(3); the default for which the foreclosure is made is Grantor's failure to pay when due, the following sums:

| | |
|---|---|
| 5 PYMTS FROM 01/01/08 TO 05/01/08 @ 916.67 | $4,583.35 |
| TOTAL LATE CHARGES | $190.20 |
| CREDIT DUE | <$274.98> |
| Sub-Total of Amounts in Arrears: | $4,498.57 |

Together with any default in the payment of recurring obligations as they become due.

ALSO, if you have failed to pay taxes on the property, provide insurance on the property or pay other senior liens or encumbrances as required in the note and Trust Deed, the beneficiary may insist that you do so in order to reinstate your account in good standing. The beneficiary may require as a condition to reinstatement that you provide reliable written evidence that you have paid all senior liens or encumbrances, property taxes, and hazard insurance premiums. These requirements for reinstatement should be confirmed by contacting the undersigned Trustee.

Page 2
T.S. No: D358209 OR    Unit Code: D    Loan No: 1001553354/MOSES

EXHIBIT 5
PAGE 3 OF 4

The street or other common designation if any, of the real property described above is purported to be :
1415 NE GOING STREET, PORTLAND, OR 97211

The undersigned Trustee disclaims any liability for any incorrectness of the above street or other common designation.

By reason of said default, the beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: Principal $296,564.28, together with interest as provided in the note or other instrument secured from 12/01/07, and such other costs and fees are due under the note or other instrument secured, and as are provided by statute.

WHEREFORE, notice is hereby given that the undersigned trustee will, on September 12, 2008, at the hour of 10:00 A.M. in accord with the Standard Time, as established by ORS 187.110, BETWEEN THE INNER AND OUTER DOORS OF THE MAIN ENTRANCE TO THE MULTNOMAH COUNTY COURTHOUSE, 1021 SW 4TH AVE. PORTLAND, County of MULTNOMAH, State of OREGON, (which is the new date, time and place set for said sale) sell at public auction to the highest bidder for cash the interest in the said described real property which the Grantor had or had power to convey at the time of execution by him of the said Trust Deed, together with any interest which the Grantor or his successors in interest acquired after the execution of said Trust Deed, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee.

Notice is further given that any person named in O.R.S.86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing any other default complained herein that is capable of being cured by tendering the performance required under the obligation of the Trust Deed, and in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by said ORS 86.753.

T.S. No: D358209    Loan No: 1001553354    EXHIBIT E
PAGE 4 OF 4

It will be necessary for you to contact the undersigned prior to the time you tender reinstatement or payoff so that you may be advised of the exact amount, including trustee's costs and fees, that you will be required to pay. Payment must be in the full amount in the form of cashier's or certified check.

The effect of the sale will be to deprive you and all those who hold by, through and under you of all interest in the property described above.

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "trustee" and "beneficiary" include their respective successors in interest, if any.

We are assisting the Beneficiary to collect a debt and any information we obtain will be used for that purpose whether received orally or in writing.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If available, the expected opening bid and/or postponement information may be obtained by calling the following telephone number(s) on the day before the sale: (714)480-5690 or you may access sales information at www.ascentex.com/websales/.

DATED: 5-8-08

DAVID A. KUBAT, OSBA #84265

By _____
DAVID A. KUBAT, ATTORNEY AT LAW

DIRECT INQUIRIES TO:

T.D. SERVICE COMPANY
FORECLOSURE DEPARTMENT
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA, CA 92711-1988
(800)843-0260