# EXHIBIT 9

# Law Office of Erin Olson, P.C.

EXHIBIT _____
PAGE __1__ OF ____

2905 NE Broadway Street
Portland OR 97232-1760

Phone: 503-546-3150
Fax: 503-548-4435
E-mail: eolson@erinolsonlaw.com
Website: www.erinolsonlaw.com

June 10, 2008

TD Service Company
1820 E. First Street, Suite 210
P.O. Box 11988
Santa Ana, CA 92711-1988

Re:   **T.S. No. D358209, Loan No. 1001553354/MOSES**

To TD Service Company:

I represent Zel Ramsey, who resides in the property that is the subject of the above-referenced foreclosure proceedings.

This letter is to dispute the validity of the debt claimed by your client inasmuch as your client was not a bona fide purchaser for value, having had notice of my client's interest in the property when extending its loan to Prigna Moses. My client's claims against your client are set forth in *Ramsey v. Prigna Kanhukamwe Moses et al.*, Multnomah County Case No. 0802-02316, and are stayed as a result of your client's bankruptcy.

My client will vigorously defend her rights. Should you proceed with this foreclosure action, she reserves the right to take legal action against your company, and further action against your client, subject to the requirements and limitations of your client's bankruptcy.

Please direct further communications with Mrs. Ramsey to me at the address on the letterhead.

Sincerely,

Erin K. Olson

cc:    Zel Ramsey