IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC. *et al.*,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS<br><br>(Jointly Administered) |

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362(d)(1)
OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY
LOCATED AT 1415 NE GOING STREET, PORTLAND, OR  97211**
(Relates to Docket No. _____)

The Court, having considered the Motion for Relief from Automatic Stay under Section 362(d)(1) of the Bankruptcy Code ("the Motion") with respect to real property located at 1415 NE Going Street, Portland, Oregon, 97211 ("the Real Property"), filed by Zel Ramsey ("Movant"), [and the response to the Motion filed by the debtor American Home Mortgage Corporation ("Debtor"),] the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances, and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the Debtor arising from Debtor's interest in the Real Property, and against the Real Property itself, under applicable non-bankruptcy law; it is hereby

1

2

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Real Property, Movant is hereby permitted to exercise her rights and remedies under applicable non-bankruptcy law against the Debtor arising from Debtor's interest in the Real Property, and against the Real Property itself, including but not limited to continuation of the civil action pending in Multnomah County, Oregon, Circuit Court Case No. 0802-02316, which case is captioned *Zel M. Ramsey, Plaintiff, v. Prigna Kanhukamwe Moses; Loansource Funding, LLC; American Brokers Conduit, an Assumed Business Name for American Home Mortgage Corporation; and Bank of America, N.A.; Defendants*; and it is further

**ORDERED**, that nothing in this Order shall constitute a determination that the Debtor holds any interest in the Real Property.

Date: _____    _____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2