## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CS) |
| HOLDINGS, INC. et al., | ) Jointly Administered |
| | ) |
| Debtor. | ) |
| | ) |
| | ) **Hearing date:  August 18, 2008 at 10:00 a.m.** |
| | ) **Objection deadline:  August 11, 2008 @ 4:00 p.m.** |
| _____ | ) |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY
## UNDER SECTION 362(d)(1) OF THE BANKRUPTCY CODE

TO:

ALL PARTIES ON THE ATTACHED SERVICE LIST:

Zel Ramsey ("Movant"), by her undersigned counsel, has filed a Motion for Relief

From Stay (the "Motion") which seeks the following relief:

**Relief to defend foreclosure action and proceed with quiet title action in the Oregon State Court.**

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER J. SONTCHI, UNITED STATES BANKRUPTCY COURT JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT  OF DELAWARE ON **August 18, 2008** at **10:00 am.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d) to the attached Motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorneys:

Erin K. Olson                         Amy D. Brown
Law Office of Erin Olson, PC          WERB & SULLIVAN
2905 N.E. Broadway Street             300 Delaware Avenue
Portland, OR 97232                    13th Floor
Suite 1050                            P.O. Box 25046
Dallas, Texas 75230                   Wilmington, Delaware, 19899
Telephone: (972) 503-4033             Telephone: (302) 652-1100
Telecopier: (972) 503-4044            Telecopier: (302) 652-1111

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

Dated:  July 8, 2008

Respectfully submitted,

/s/ Erin K. Olson
Erin K. Olson
Law Office of Erin Olson, P.C.
2905 N.E. Broadway Street
Portland, OR  97232
(503) 546-3150
eolson@erinolsonlaw.com

and

/s/ Amy D. Brown
Amy D. Brown (#4077)
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE  19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
abrown@werbsullivan.com

*Attorneys for Zel Ramsey, Movant*