**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA FIRST CLASS MAIL:**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Rebecca L. Booth
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

**VIA HAND DELIVERY:**

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899

/s/ Amy D. Brown
Amy D Brown (#4077)