**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **AMERICAN HOME MORTGAGE** ) | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., et al.,** ) | |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | Objection Deadline: July 10, 2008 at 4:00 p.m. |
| ) | Hearing Date: July 17, 2008 at 2:00 p.m. |

**JOINDER OF DEUTSCHE BANK NATIONAL TRUST COMPANY ("DBNTC") TO GMAC MORTGAGE LLC'S MOTION PURSUANT TO 11 U.S.C. § 105(A) AND FED.R. BANKR. 9014 AND 9020 FOR AN ORDER OF CIVILCONTEMPT AND**
<u>**COMPELLING THE DEBTORS TO COMPLY WITH PRIOR COURT ORDERS**</u>

DBNTC in its capacity as Indenture Trustee for the American Home Mortgage Investment Trust Series 2005-1 and 2005-2 Mortgage-Backed Notes by and through its undersigned counsel, hereby joins in GMAC Mortgage LLC's ("GMAC") Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. 9014 and 9020 For an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders (the "Motion"), and states as follows:

1. DBNTC is the Indenture Trustee for the American Home Mortgage Investment Trust Series 2005-1 Mortgage-Backed Notes and the 2005-2 Mortgage-Backed Notes and GMAC is the Home Equity Line of Credit (HELOC) Master Servicer with respect to such transactions under Servicing Agreements, dated as of March 23, 2005 and June 22, 2005 respectively, between GMAC, DBNTC, American Home Mortgage Trust 2005-1 and American Home Mortgage Trust 2005-2, as Issuers and American Home Mortgage Acceptance, Inc., as Seller. Prepetition, American Home Mortgage Servicing, Inc. ("AHM Servicing") was the HELOC subserviser for the 2005-1 and 2005-2 Transactions under HELOC Subservicing Agreements. Pursuant to

this Court's order, dated January 8, 2008, AHM Servicing abandoned its rights under the HELOC Subservicing Agreements and the right to service the 2005-1 and 2005-2 HELOCs was transferred to GMAC as of February 1, 2008.

2. In order for the HELOCs to be properly serviced GMAC must have possession of the underlying mortgage files and the right to take legal action on any HELOC mortgage. Accordingly, DBNTC hereby joins the Motion, and reserves the right to be heard before this Court with respect to the foregoing.

WHEREFORE, for the reasons set forth in the Motion, DBNTC requests that this Court (i) enter an order complying compliance with its prior order with respect to the 2005-1 and 2005-2 Transactions; and (ii) grant such other and further relief as the Court may deem necessary and proper.

Dated:    July 8, 2008

                NIXON PEABODY LLP.

                By:/s/  Lee Harrington
                    Lee Harrington
                    Dennis Drebsky
                    437 Madison Avenue
                    New York, New York 10022
                    (212) 940-3091
                    Attorneys for DBNTC