UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. |

### JOINDER OF THE BANK OF NEW YORK, AS INDENTURE TRUSTEE, TO GMAC MORTGAGE LLC'S MOTION PURSUANT TO 11 U.S.C. § 105(A) AND FED. R. BANKR. 9014 AND 9020 FOR AN ORDER OF CIVIL CONTEMPT AND COMPELLING THE DEBTORS TO COMPLY WITH PRIOR COURT ORDERS

The Bank of New York in its capacity as Indenture Trustee for the American Home Mortgage Investment Trust Series 2004-4 Mortgage-Backed Notes (in such capacity, "BNY"), by and through its undersigned counsel, hereby joins in GMAC Mortgage LLC's ("GMAC") Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. 9014 and 9020 For An Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders (the "Motion"), and states as follows:

1. BNY is the Indenture Trustee[1] for the American Home Mortgage Investment Trust Series 2004-4 Mortgage-Backed Notes (the "2004-4 Transaction") and GMAC is the Home Equity Line of Credit (HELOC) Master Servicer with respect to such transaction under a Servicing Agreement, dated as of December 21, 2004, between GMAC, BNY, American Home Mortgage Trust 2004-4, as Issuer and American Home Mortgage Acceptance, Inc., as Seller. Prepetition, American Home Mortgage Servicing, Inc. ("AHM Servicing") was the HELOC subservicer for the 2004-4 Transaction under a HELOC Subservicing Agreement, dated as of

---

[1] BNY is also the Certificate Registrar and Paying Agent with respect to the 2004-4 Transaction (as defined below).

December 21, 2004, between GMAC and AHM Servicing (the "HELOC Subservicing Agreement"). Pursuant to this Court's order, dated January 8, 2008, AHM Servicing abandoned its rights under the HELOC Subservicing Agreement and the right to service the 2004-4 HELOCs was transferred to GMAC as of February 1, 2008.

2. In order for the HELOCs to be properly serviced GMAC must have possession of the underlying mortgage files and the right to take legal action on any HELOC mortgage. Accordingly, BNY hereby joins the Motion, and reserves the right to be heard before this Court with respect to the foregoing.

WHEREFORE, for the reasons set forth in the Motion, BNY requests that this Court (i) enter an order complying compliance with its prior order with respect to the 2004-4 Transaction; and (ii) grant such other and further relief as the Court may deem necessary and proper.

Dated: July 8, 2008

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Russell C. Silberglied

Russell C. Silberglied (3462)
Christopher Samis (4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

-and-

PILLSBURY WINTHROP SHAW PITTMAN LLP
Leo T. Crowley
Margot P. Erlich
1540 Broadway
New York, New York 10036
(212) 858-1000

Attorneys for The Bank of New York, as Indenture Trustee

2

500245824v1