IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
            Debtors.                                             :
                                                                 :  Ref. No. 4626
---------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 4626

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Ninth Monthly Application of Quinn Emanuel Urquart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2008 through April 30, 2008 (the "Application"). The Court's docket which was last updated July 8, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than July 3, 2008 at 4:00 p.m.

DB02:6438362.7                                                                           066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($98,037.60) of requested fees ($122,547.00) and 100% of requested expenses ($4,743.47) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       July 8, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Patrick A. Jackson
    James L. Patton, Jr. (No. 2202)
    Joel A. Waite (No. 2925)
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Kenneth Enos (No. 4544)
    Patrick A. Jackson (No. 4976)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Debtors and
    Debtors in Possession