## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:                                         :   Chapter 11
                                               :
AMERICAN HOME MORTGAGE                         :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
                                               :   Jointly Administered
                    Debtors.                   :

------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) SS
NEW CASTLE COUNTY        )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors, and that on June 27, 2008, she caused a copy of the following documents to be served as indicated upon the parties identified on the attached service list:

Order Approving the Debtors' Termination of Their 401(k) Plan and the Implementation of Certain Procedures in Connection Therewith [Docket No. 4861]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _____ day of July, 2008.

_____
Notary Public
KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

**SERVICE LIST**

Maureen Burch
578 Northern Parkway
Uniondale, NY 11553
(401K Participant)
*First Class Mail*

Jason Burzenski
16 Hazel Avenue
Farmingdale, NY 11735
401K Participant
*First Class Mail*

James DeBastiani
1304 Silver Ct.
Bartlett, IL 60103
(401K Participant)
*First Class Mail*

Michael Duffner
19 Prince Charming Road
Nesconset, NY 11767
(401K Participant)
*First Class Mail*

Janet Fabiano
9329 South 82nd Ave.
Hickory Hills, IL 60557
(401K Participant)
*First Class Mail*

Stephen Field
657 Partridge Hill Drive
Hoffman Estates, IL 60169
(401K Participant)
*First Class Mail*

Julian Forbes
1846 Freeman Avenue
Elmont, NY 11003
(401K Participant)
*First Class Mail*

Marie Goudie
20165 Crystal Lake Way
Frankfort, IL 60423
(401K Participant)
*First Class Mail*

David Keanna
544 Monroe Street
Cedarhurst, NY 11756
(401K Participant)
*First Class Mail*

Michael Labuskes
7 Hewitt Drive
Northport, NY 11768
(401K Participant)
*First Class Mail*

Jeffrey Lake
6 Harlen Ave.
Medford, NY 11763
(401K Participant)
*First Class Mail*

Richard Levardson
272 Lake Drive
Patchogue, NY 11772
401K Participant
*First Class Mail*

Eric Levine
6 Tain Drive
Great Neck, NY 11021
(401K Participant)
*First Class Mail*

Michael Little
534 Pecan St.
Lindenhurst, NY 11757
(401K Participant)
*First Class Mail*

Joy Milligan
1346 Harvest Drive
Crest Hill, IL 60403
(401K Participant)
*First Class Mail*

Theresa Parker
71 Fulton St.
Brentwood, NY 11717
(401K Participant)
*First Class Mail*

Frank Policano
12 Cape Road
Amity Harbor, NY 11701
(401K Participant)
*First Class Mail*

Giuseppina Ruperto
676 Fairview Ave.
Westbury, NY 11590
(401K Participant)
*First Class Mail*

Susan Seoylemezian
174 Garden St.
Garden City, NY 11530
(401K Participant)
*First Class Mail*

Monica Stasko
39 Quebec Drive
South Huntington, NY 11746
(401K Participant)
*First Class Mail*

Damian Voulo
11 James Monroe
East Setauket, NY 11733
(401K Participant)
*First Class Mail*

Michael Warner
635 Laurel St.
Babylon, NY 11702
401K Participant
*First Class Mail*