**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
|        HOLDINGS, INC., et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Objection Deadline: July 10, 2008 at 4:00 p.m. |
| ) | Hearing Date: July 17, 2008 at 2:00 p.m. |

**JOINDER OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, TO GMAC MORTGAGE LLC'S MOTION PURSUANT TO 11 U.S.C. § 105(A) AND FED. R. BANKR. 9014 AND 9020 FOR AN ORDER OF CIVIL CONTEMPT AND COMPELLING THE DEBTORS TO COMPLY WITH PRIOR COURT ORDERS**

U.S. Bank National Association ("U.S. Bank") in its capacity as Indenture Trustee in connection with the American Home Mortgage Investment Trust 2005-4A (the "2005-4A Trust"), by and through its undersigned counsel, hereby joins in GMAC Mortgage LLC's ("GMACM") Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [Docket No. 4772] (the "Motion") and states as follows:

1.    GMACM is the Home Equity Line of Credit (HELOC) Back-Up Servicer with respect to the 2005-4A Trust pursuant to the HELOC Servicing Agreement, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A, as Issuer, U.S. Bank, as Indenture Trustee, American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), as Seller and HELOC Servicer, and GMACM as HELOC Back-Up Servicer.

2.    Pre-petition, American Home Mortgage Servicing, Inc. was the HELOC Subservicer with respect to the 2005-4A Trust pursuant to the HELOC Subservicing Agreement, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A, as

Issuer, U.S. Bank, as Indenture Trustee, AHM Acceptance, as HELOC Servicer and American Home Mortgage Servicing, Inc. ("AHM Servicing"), as HELOC Subservicer.

3. On December 21, 2007, this Court entered an order (i) terminating the servicing rights of AHM Acceptance and AHM Servicing in connection with the 2005-4A Trust as of January 11, 2008 and (ii) transferring such rights to GMACM as of that date.

4. In order for the Home Equity Lines of Credit to be properly serviced, GMACM must have possession of the underlying mortgage files and the right to take legal action on any HELOC mortgage. Accordingly, U.S. Bank hereby joins the Motion, and reserves the right to be heard before this Court with respect to the foregoing.

WHEREFORE, for the reasons set forth in the Motion, U.S. Bank requests that this Court (i) enter an order complying compliance with its prior order with respect to the 2005-4A Trust; and (ii) grant such other and further relief as the Court may deem necessary and proper.

Dated: July 8, 2008

**DORSEY & WHITNEY (DELAWARE) LLP**

By: /s/ Eric Lopez Schnabel
Eric Lopez Schnabel (Del. No. 3672)
1105 North Market Street, 16th Floor
Wilmington, Delaware 19801
(302) 425-7162

**DORSEY & WHITNEY LLP**
Charles Sawyer (Minn. No. 140351)
Katherine A. Constantine (Minn. No. 123341)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

*Attorneys for U.S. Bank National Association, in its capacity as Trustee*