

June 30, 2008

TO:  United State Bankruptcy Court
     For the District of Deleware
     824 Market Street
     3rd floor
     Wilmington , Deleware  19801


ATTN:   Judge Sontchi

I think American Home Mortgage Holding should pay its claims and bills as many times as it takes investors to receive their claims 100%.

I believe someone is covering up claims or monies that may come up later. I object to their intent.

                              Yours Truly

                              *Oliver M. Holt* (signature)

                              Oliver M. Holt


Oliver M. Holt
Case # 07-11047   CSS Chapter 11
Claim # 8801