In Re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC. Delaware Corporation, et a.l.

    Debtors

ASHBURN JAMES
2300 N. ATLANTIC AVE
APT 501
DAYTONA BEACH, FL. 32118-3391



RECEIVED / FILED
JUL 08 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## OBJECTION TO EXPUNGEMENT
## CLAIM #4906

    Claimant objects to claim 4906 being expunged due to the fact that he feels the Debtors are responsible for his investment in their ill managed mortgage company and do owe him $37,575.00 from any assets they have. (Sales confirmation attached).

Dated 7-3-2008
Daytona, Fl.

                                           James S. Ashburn

Mail Service to U.S. Bankruptcy Court
        Young Conaway Stargatt LLP

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |
| ) | |

AHM OB10 6/17/2008 (merge2.txnum2) 4000097883 BSI Use - 62

ASHBURN, JAMES
2300 N ATLANTIC AVE
APT #501
DAYTONA BEACH, FL 32118-3391

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** ASHBURN, JAMES
2300 N ATLANTIC AVE
APT #501
DAYTONA BEACH, FL 32118-3391

**Basis For Objection:** Claim based on Equity Interest

| Claim Number | Claim Amount |
|---|---|
| ~~9906~~ | Unspecified  $37.575 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

▬▬▬▬▬▬▬▬▬▬, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# E*TRADE FINANCIAL
Trading • Investing • Banking • Lending

**Account Number:** 6489-5152

**Account Type:**

E*TRADE Securities LLC
P.O. Box 1542
Merrifield, VA 22116-1542
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

Page 1 of 2

# E*TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Name:**
JAMES S ASHBURN
SEP IRA E*TRADE CUSTODIAN

### Customer Update
You help us save a tree. We'll help plant one. Sign up for electronic documents at etrade.com/saveatree and the National Arbor Day Foundation will plant a tree for you.

| TRADE DATE | SETL DATE | MKT/ PRE | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/06 | 05/03/06 | 6 1 | AHMPRB | BUY | 1,000 | $25.05 | Cash | PRINCIPAL | $25,050.00 |
| | | | | | | | | COMMISSION | $9.99 |
| AMERICAN HOME MTG INVT CORP 9.25% PFD SER B | | | | | | | | NET AMOUNT | $25,059.99 |

E*TRADE FINANCIAL
Trading • Investing • Banking • Lending

Account Number: 6489-5152
Account Type:

E*TRADE Securities LLC
P.O. Box 1542
Merrifield, VA 22116-1542
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

Page 1 of 2

E*TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Name:**
JAMES S ASHBURN
SEP/IRA ETRADE CUSTODIAN

| TRADE DATE | SETTLE DATE | MKT / CPT | SYMBOL / CUSIP | B/S | QUANTITY | DESCRIPTION | PRICE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/05 | 10/31/05 | 6 1 | AHMPRB | BUY | 500 | AMERICAN HOME MTG INVT CORP 9.25% PFD SER B | $25.05 | Cash | |

PRINCIPAL $12,525.00
COMMISSION $9.99
NET AMOUNT $12,534.99