David Hou Yuen Chong &

Cecilia C. Chong

66 Ava Crescent

Richmond Hill, On L4B 2X4

Canada

June 30, 2008

The United States Bankruptcy Court

For the District of Delaware

824 Market Street, 3rd Floor, Wilmington

Delaware 19801

Dear Sirs,

Re:    Claims against AHM ~ Case No. 07-11047 (CSS) ~ Claim No. 9053 ~ Claim Amount $6,908.64

This letter is hereby submitted to object your placement (if any) of our above-listed "equity interest claim" in the "Claim to be Expunged" row, or action (if any) to alter our rights by disallowing and expunging our above-listed claim in the "Claim to be Expunged" row.

Thank you very much for your attention.

Yours truly,

David and Cecilia Chong

/cc

c.c.    Young Conaway Stargatt & Taylor, LLP ~ Counsel to the Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |
| | ) |

AHM OB10 6/17/2008 (merge2.txnum2) 4000101062 BSI Use - 12

CHONG, DAVID HOU YUEN & CECILIA C.
66 AVA CRESC
RICHMOND HILL, ON  L4B 2X4
CANADA

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| TO: | CHONG, DAVID HOU YUEN & CECILIA C. | Basis For Objection: | Claim based on Equity Interest | |
|---|---|---|---|---|
| | 66 AVA CRESC | | **Claim Number** | **Claim Amount** |
| | RICHMOND HILL, ON L4B 2X4 | Claim to be Expunged | 9053 | $6,908.64 |
| | CANADA | | | |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession