IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS | Case No. 07-11047 (CSS) |
|  | Re: Claim 4592 |
| Debtors. |  |

**RESPONSE TO DEBTOR'S 10TH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Claimant, HERMAN, ALEXIS & CO., INC, herby submits its Response ("Response") objecting to the Debtor's 10TH Omnibus Objection to Equity Claims:

1. Claimant, Mark H. Rhynes, filed a **Proof of Interest** (11 U.S.C. 501(a) with the United States Bankruptcy Court District of Delaware. The Proof of Interest should therefore remain without prejudice.

2. A **Transfer of Claim** form was filed with the Court transferring Claim to Herman, Alexis & Co., a U.S. Securities and Exchange Commission Firm registered with FINRA. The Transfer of Claim should therefore remain without prejudice.

3. Mark H. Rhynes assigned Preferred (Interest 1.) and Common Shares (Interest 2.) of Debtor to Herman, Alexis to settle a debenture due to the firm in the amount of $250,000.00. Debt represented firm's percentage of revenue from Investment Banking services rendered in the name of the firm.

4. Debtor effectively became the successive assignee of debenture with the additional prevailing guidelines' regarding dispute settlement between members of governing body FINRA.

Dated: June 29, 2008  
Los Angeles, CA 90071

Herman, Alexis & Co., Inc.  
Member FINRA & SIPC

By: /s/ Mark H. Rhynes  
633 West 5th Street  
Floor 28  
Los Angeles, CA 90071  
(213) 223-2177

## ASSIGNMENT AGREEMENT

THIS AGREEMENT, made and entered into as of this 27th day of November 2007, by and between:

Mark H. Rhynes, an Individual ("Rhynes") and Herman, Alexis & Co., Inc., a company duly organized and existing under the laws of the State of Delaware and having its registered office at 633 West 5th Street Floor 28, Los Angeles, CA 90071 ("Herman");

Article 1.  Assignment

1.1     Rhynes hereby assigns all of its rights in **American Home Mortgage Holdings Inc, Claim 4592**, to Herman for consideration, and Herman hereby accepts such assignment ("Assignment").

1.2     As of the date of execution of this Agreement, Rhynes shall have no further rights.

Article 2.  Indemnification

Herman shall indemnify and hold harmless Rhynes against any and all loss, liability, damage or expenses which may be incurred by Rhynes.

Article 3.  General

3.1     This Agreement contains the entire understanding among the Parties hereto with respect to the matters covered herein and supersedes and cancels any prior understanding with respect to the matters covered herein.

3.2     No changes, alterations or modifications hereto shall be effective unless made in writing and signed by all the Parties.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed in duplicate by their duly authorized representatives as of the date first written.

Mark H. Rhynes
By: _____

Herman, Alexis & Co., Inc.
By: _____

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered | |
| Name of Debtor Against Which Claim is Held<br>American Home Mortgage Investment Corp | Case No. of Debtor<br>07-11048 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Herman, Alexis & Co., Inc.
633 West 5th Street
Floor 28
Los Angeles, CA 90071

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (213) 223-2177
Email Address:

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated:

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  Equity Interest  (BENEFICIAL) (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
            (date)              (date)

2. **Date debt was incurred:**

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____ + _____ + _____ = _____
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☑ Other   Preferred Stock   25000
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim.
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

DEC - 5 2007

4572

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 11/30/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Form 210A (10/06)

# United States Bankruptcy Court
## The District of Delaware

In re, American Home Mortgage Holdings          Case No. 07-11047

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Herman, Alexis & Co., Inc. | Mark H. Rhynes |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  633 West 5th Street
Floor 28
Los Angeles, CA 90071

Court Claim # (if known): 4592
Amount of Claim: _____
Date Claim Filed: _____

Phone: (213) 223-2177
Last Four Digits of Acct #: _____
Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 11/29/07
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

