US Bankruptcy Court for the District of Delaware
824 Market Street    3rd Floor
Wilmington DE 19801

Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg
1000 West Street    17th Floor
Wilmington DE 19801



FILED
2008 JUL -8  AM 11: 26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Chapter 11 case # 07-11047 (CSS), Claim # 6530, Response to attached objection notice

I believe my $7,000 claim to be valid and that it should not be expunged, deleted, or otherwise set aside.

While the amount of a dividend is calculated from equity interest information, the dividend itself is not an equity interest. Once declared, a dividend is as valid a corporate debt as any other. And not only was this dividend declared, it was actually paid and physically deposited in my account before being taken back. Also, being a common and, in this case, a known variable, if dividends were meant to be excluded, they should have been mentioned specifically and not encompassed under a broad umbrella definition of equity interest at a later date.

While not material to claims validation, it should be noted that the payment of this liability (the dividend) was the sole reason for my purchase of this stock and the only reason I did not sell it when the price started to drop substantially.

I would also add that my equity interest was voting common stock, not non-voting preferred stock. Dividends on non-voting preferred stock are paid with the owner contributing nothing to the operation of the company (no vote or say in the company operations). The voting common stock owner 'earns' their dividend via the operating decisions made (usually via proxy).

David R Gorsline, 7/02/08

[signature]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )   Chapter 11
AMERICAN HOME MORTGAGE                          )
HOLDINGS, INC., Delaware corporation, et al.,   )   Case No. 07-11047 (CSS)
                                                )
    Debtors.                                    )   Jointly Administered
                                                )
                                                )   Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)
                                                )   Hearing Date: July 17, 2008 at 2:00 p.m. (ET)
                                                )

AHM OB10 6/17/2008 (merge2.txnum2) 4000099108 BSI Use - 524

GORSLINE, DAVID R.
215 HEATHER DRIVE
MARSHALL, MI 49068

FILED 2008 JUL -8 AM 11:26 US BANKRUPTCY COURT DISTRICT OF DELAWARE

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: GORSLINE, DAVID R.          Basis For Objection:   Claim based on Equity Interest
    215 HEATHER DRIVE
    MARSHALL, MI  49068                                 Claim Number    Claim Amount
                                 Claim to be Expunged   6530            $7,000.00

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before July 10, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession