# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | **Case No. 07-11047 (CSS)** |
| HOLDINGS, INC., a Delaware | ) | |
| corporation , et al. | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | **Objection Deadline: July 10, 2008 at 4:00 p.m.  (ET)** |
| vs. | ) | **Hearing Date: July 17, 2008 at 2:00 p.m.  (ET)** |
| | ) | |
| REKOSH, JEROLD H. | ) | |
| 3004 RANSFORD CIRCLE | ) | |
| PACIFIC GROVE, CA  93950-5152 | ) | |
| | ) | |
| Registered Shareholder. | ) | |

| | | |
|---|---|---|
| **Basis For Objection**: | Claim based on Equity Interest | |
| | <u>**Claim Number**</u> | <u>**Claim Amount**</u> |
| **Claim to be Expunged**: | 8664 | $140.00 |

## RESPONSE TO DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Jerold H. Rekosh, do declare as follows:

1.   I am currently a Registered Shareholder of 215 Shares of the common stock of the American Home Mortgage Investment Corporation (hereinafter, "AHM"), formerly listed on the New York Stock Exchange (hereinafter, "NYSE").

2.   These 215 Shares are currently registered with AHM's Transfer Agent, American Stock Transfer & Trust of New York City.

3.   Prior to the registration of these 215 Shares with American Stock Transfer & Trust, AHM's Transfer Agent, I owned 200 Shares of the common stock of "AHM" registered in Street Name with the Brokerage House of Scottrade, Inc., a member firm of the "NYSE".

4.   On June 15, 2007, the Board of Directors of the American Home Mortgage Investment Corporation; while the shares of its common stock were still listed on the "NYSE"; declared a common stock dividend of Seventy Cents ($0.70)

per share to be paid into the accounts of its common stock shareholders on July 27, 2007.

5.    This dividend was paid as promised; and on July 27, 2007, $140.00 ($0.70 Dividend/Share x 200 Shares = $140.00) was paid by electronic check into my Brokerage Account at Scottrade, Inc.

6.    However, also, on July 27, 2007, Investor Relations at the American Home Mortgage Investment Corporation issued a News Release via BUSINESS WIRE stating, in part, that:

"American Home Mortgage Investment Corp. (NYSE: AHM) announced today that its Board of Directors has decided to delay payment of its quarterly cash dividend on the Company's common stock . . ."

This even though, obviously, the Corporation had already paid this dividend, at least, to me.

7.    Somehow or other, on July 30, 2007, Four (4) Days later the $140.00 referenced in Paragraph 6, supra, was electronically removed from my Brokerage Account at Scottrade, Inc.; hereinafter, "Scottrade") for reasons described in the attached Letter, dated August 13, 2007, from the Compliance Department of "Scottrade"; attached herein and numbered as Attachment #1; being made a part hereof by this reference.

8.    The facts stated in Paragraph 5, supra, and Paragraph 7, supra, upon which this Response to Debtors' Objection is based are attached and numbered as Attachment #2; attached herein and also made a part hereof by this reference.    Attachment #2 clearly shows this $140.00 Dividend being paid into my "Scottrade" Brokerage Account (July 27, 2007) as well as said $140.00 Dividend being withdrawn four (4) days later (July 30, 2007).

9.    Notwithstanding the assertion by Scottrade's Compliance Department in their Letter to me of August 13, 2007 (Attachment #1); that on July 30, 2007 the Depository Trust and Clearing Corporation; hereinafter, "DTCC"; informed "Scottrade" that "AHM" was changing its mind about the monies it had already paid to me: to wit, $140.00:

-2-

<u>My Response to Debtors' Objection to My Claim of $140.00</u> is that I assert that said Objection; being on the basis of my "Equity Interest" in "AHM"; is a "non sequitur"; irrelevant to the fact that "AHM" paid me $140.00 and then "bounced" this electronic check payment to me after it had been cleared into my "Scottrade" Brokerage Account by the "DTCC".

Further evidence, albeit indirect, for the truth of my assertion of AHM's bouncing their $140.00 Check to me may also be found in Attachment #2 at the dates 8/2/2007 and 8/13/2007; the former date being a "Debit" by "Scottrade" for a Return Check Fee of $20.00 to my "Scottrade" Checking Account for my Check #1075; in the amount of $140.00 reflecting the $140.00 paid to me by "AHM"; and deposited into my Personal Checking Account on or about 7/27/2008; the latter date being a "Credit" reversing said Return Check Fee; acknowledgement, one might say, by "Scottrade" itself that they too were "duped" by AHM's change of mind as stated in Paragraph 6, supra and Paragraph 9, supra; and that "Scottrade" did not blame me for writing a "bad" check on the $140.00 paid to me by "AHM".

Consequently, my Claim for $140.00 is based on the fact of the American Home Mortgage Investment Corporation's "bad check", was deliberately and willfully bounced by the American Home Mortgage Investment Corporation; said check bouncing on July 30, 2007; four (4) days after it was paid and after it should have cleared.

In addition, since after I wrote the aforesaid check, supra; Check #1075; in the amount of $140.00 on my aforesaid "Scottrade" Checking Account and deposited it into my Personal Checking Account with the Union Bank of California (hereinafter, "UBOC"); this check was returned unpaid to "UBOC"; thereby damaging my good will relationship with "UBOC" as well as incurring a Return Check Fee Charge of $6.00 on 8/7/2007; which may be noted on my "UBOC" Statement; Date Range: 07/18/07-08/17/07; attached herein as Attachment #3; and incorporated herein by this reference.

Therefore, if Counsel to the Debtors and Debtors in Possession, Young Conaway Stargatt & Taylor, LLP and Marissa Morelle, Vice President and Senior Counsel to the AMERICAN HOME MORTGAGE HOLDINGS, INC., <u>et al</u>. persist in pursuing the Objection of the AMERICAN HOME MORTGAGE HOLDINGS, INC., <u>et al</u>. to my claim in this matter before the Court; I hereby reserve the right to contact the Credit Bureau of Nassau County orany other Collection Agency to determine if it will accept assignment to pursue collection of the $140.00 due me; resulting from AHM's "bad" check; plus the $6.00 I

was charged by my bank, "UBOC"; as a "Return Item Fee"; this total now amounting to $146.00. As I understand it, from Internet Research, collection on a "bad" check written by a business entity located in the State of New York can be pursued for up to six (6) years.

Further, if Debtors' Counsels in this matter before the Court; persist in pursuing the Objection of the AMERICAN HOME MORTGAGE HOLDINGS, INC., et al. to this Claim of $140.00 on file with said Court; I also hereby reserve the right to pursue this matter in the Small Claims Court of Nassau County; should its Statute of Limitations for these matters allow; and also seek punitive damages as a consequence of the aforesaid "Scottrade" check #1075 being returned unpaid to my bank, "UBOC"; damaging the good will, faith, trust, and financially reliable reputation with which I had been previously regarded by the Union Bank of California.

WHEREFORE, I, Jerold H. Rekosh, respectfully request that Debtors' Counsels in this matter withdraw their Objection to my Claim of $140.00; and that it be Ordered by the Court that I be paid by a "good" check in that amount; and be granted such other and further relief as the Court deems just, fair, and proper.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California; that on the basis of information and belief; the foregoing is true and correct.

Executed on: July 7, 2008
at: Pacific Grove, California

Jerold H. Rekosh

ATTACHMENT #1



Members: National Association of Securities Dealers & Securities Investor Protection Corporation

12800 Corporate Hill Dr.
St. Louis, MO 63131-1834
314-965-1555 • 1-800-888-1980

August 13, 2007

Jerold H Rekosh
3004 Ransford Cir
Pacific Grove CA  93950


RE:    Scottrade Account #04D – XXXXX173

Dear Mr. Rekosh,

I am writing in response to your email, dated August 13, 2007, regarding the dividend
from American Home Mortgage (AHM) that was originally paid into your account on
July 27, 2007, and removed on July 30, 2007.

On July 27, 2007, the Depository Trust and Clearing Corporation (DTCC) allocated
funds to Scottrade for payment of $.70 dividend to all AHM shareholders of record for
the date of July 9, 2007.  Scottrade paid you $.70 per share for your 200 shares of AHM,
or a total of $140.00 on July 27, 2007.

After the dividend was credited to your account, Scottrade received notice from the
DTCC that on July 30, 2007, the dividend rate for AHM was changing from $.70 to $.00.
On July 30, 2007, Scottrade debited your account the $140.00 that you were not entitled
to based on American Home Mortgage's decision to delay the payment of the dividend.
While I understand the news for AHM may be troubling, Scottrade is not responsible for
the actions of AHM.

If you have any further questions or concerns, please feel free to contact your local
Scottrade office at 408-453-1190.

Sincerely,

Clinton Borchardt
Compliance Examiner

cc:    Tom Henningsen, Branch Manager

ATTACHMENT #2

JEROLD H. REKOSH

# Scottrade

7:36:03 AM 7/6/2008

| Date | Symbol | Description | Commission/Fees | Interest | Amount | |
|---|---|---|---|---|---|---|
| 8/31/2007 | | CREDIT INTEREST 19 DAYS @ .499% AVERAGE CREDIT BALANCE 202.38 ANNUAL PERCENT YIELD EARNED .47 | $0.00 | $0.00 | $0.05 | |
| 8/31/2007 | GIM | TEMPLETON GLOBAL INCM FUND INC DIVIDEND ON 100 SHARES OF GIM @ .04200 | $0.00 | $0.00 | $4.20 | |
| 8/29/2007 | C | BOUGHT 20 SHARES OF C AT $46.43 | ($7.00) | $0.00 | ($935.60) | ☐ |
| 8/29/2007 | | MONEY DIRECT DEPOSIT | $0.00 | $0.00 | $1,000.00 | |
| 8/29/2007 | AHMIQ | STOCK DELIVERED OUT: 215 SHARES OF AHMIQ | $0.00 | $0.00 | $0.00 | ☐ |
| 8/29/2007 | AHMIQ | TRANSFER OF 215 SHARES OF AHMIQ INTO ACCOUNT FROM DTC | $0.00 | $0.00 | $0.00 | ☐ |
| 8/24/2007 | C | CITIGROUP INC DIVIDEND ON 20 SHARES OF C @ .54000 | $0.00 | $0.00 | $10.80 | |
| 8/20/2007 | | MONEY DIRECT DEPOSIT | $0.00 | $0.00 | $30.00 | |
| 8/20/2007 | | TRANSFER ACCOMMODATION FEE 6905117310 AHMIQ | $0.00 | $0.00 | ($50.00) | |
| 8/20/2007 | AHMIQ | TRANSFER OF 215 SHARES OF AHMIQ OUT OF ACCOUNT TO DTC | $0.00 | $0.00 | $0.00 | ☐ |
| 8/13/2007 | | AMS CHECK # 1076 | $0.00 | $0.00 | ($203.46) | |
| 8/13/2007 | | REV RTN CHK FEE #1075 69051173 | $0.00 | $0.00 | $20.00 | |
| 8/10/2007 | | DEPOSIT CHECK DSR | $0.00 | $0.00 | $215.00 | |
| 8/8/2007 | | DEPOSIT CHECK DSR | $0.00 | $0.00 | $4.23 | |
| 8/2/2007 | | AMS RTN CHECK FEE #1075 | $0.00 | $0.00 | ($20.00) | |
| 7/31/2007 | | CREDIT INTEREST 9 DAYS @ .499% AVERAGE CREDIT BALANCE 250.90 ANNUAL PERCENT YIELD EARNED .48 | $0.00 | $0.00 | $0.03 | |
| 7/31/2007 | GIM | TEMPLETON GLOBAL INCM FUND INC DIVIDEND ON 100 SHARES OF GIM @ .04200 | $0.00 | $0.00 | $4.20 | |
| 7/30/2007 | AHM | AMERICAN HOME MTG INV CORP DIVIDEND ON 200 SHARES OF AHM @ .70000 | $0.00 | $0.00 | ($140.00) | |
| 7/27/2007 | AHM | AMERICAN HOME MTG INV CORP DIVIDEND ON 200 SHARES OF AHM @ .70000 | $0.00 | $0.00 | $140.00 | |
| 7/27/2007 | | AMS CHECK # 1074 | $0.00 | $0.00 | ($48.85) | |

ATTACHMENT #3



close window ⊠

# Statement for JEROLD H REKOSH

**Date range: 07/18/07 – 08/17/07**

- ↓ **Free Checking Summary**
- ↓ **Additions**
- ↓ **Checks**
- ↓ **Payments**
- ↓ **ATM withdrawals**
- ↓ **Other withdrawals**

JEROLD H REKOSH
3004 RANSFORD CIR
PACIFIC GROVE CA 93950-5152

| Free Checking Summary | | | Account Number: 2450058788 |
|---|---|---|---|
| Days in statement period: 31 | | | |
| Balance on 7/18 | $ | | 1,898.36 |
| Additions | | | 3,995.08 |
| Subtractions | | | -3,023.32 |
| | Checks | -1,222.59 | |
| | Payments | -1,574.73 | |
| | ATM withdrawals | -80.00 | |
| | Other withdrawals | -146.00 | |
| Balance on 8/17 | $ | | 2,870.12 |
| Statement Average Ledger Balance | | | 887.73 |

back to top

| Additions | | | |
|---|---|---|---|
| Date | Description/Location | Reference | Amount |
| 7/25 | OFFICE DEPOSIT # 0005035229 | 40424209 | $ 209.40 |
| 7/30 | ATM DEPOSIT | 41612620 | 150.85 |
| 8/3 | INVESTPOWER DIR. PURCH PPD ***********7772 | 54622566 | 0.02 |
| 8/3 | INVESTPOWER DIR. PURCH PPD ***********7772 | 54622567 | 0.03 |
| 8/3 | US TREASURY 303 SOC SEC PPD **********ASSA | 53322033 | 827.00 |
| 8/10 | OFFICE DEPOSIT | 40602874 | 203.46 |
| 8/15 | OFFICE DEPOSIT | 41219714 | 2,604.32 |
| Total | | | $ 3,995.08 |

back to top

| Checks | | | | | | | |
|---|---|---|---|---|---|---|---|
| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
| 1051 | 7/24 | 04282465 | $ 500.00 | 1058* | 8/13 | 03033351 | $ 25.00 |

Case 07-11047-CSS Doc 5002 Filed 07/09/08 Page 8 of 8    Page 2 of 2

JEROLD H. REKOSH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1052 | 7/31 | 02507193 | 478.36 | | 1059 | 8/10 | 02525384 | 215.00 |
| 1055* | 8/8 | 02006669 | 4.23 | | | | |

| | |
|---|---|
| **Total** | **$ 1,222.59** |

\* Checks missing in sequence. Out of sequence check numbers may also be located in the Payments section of your statement.

back to top

## Payments online and electronic banking

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/18 | DISCOVER ARC PAYMENTS ARC 1049 | 53383170 | $ 848.66 |
| 7/20 | DISCOVER E-PAYMENT WEB 601100091479355 | 54653280 | 37.62 |
| 7/20 | UNIV OF PACIFIC CLINIC PAY PPD **********8130 | 54795093 | 50.00 |
| 8/6 | ADVANTA CARD PAYMT WEB 125213937 | 55275022 | 15.78 |
| 8/7 | EXXON MOBIL CHECK PYMT ARC 1054 | 56061258 | 22.48 |
| 8/8 | AMERICAN STOCK T STK PURCH PPD **********1048 | 56671658 | 250.00 |
| 8/9 | DISCOVER E-PAYMENT WEB 601100091479355 | 50020214 | 176.03 |
| 8/10 | TARGET NAT'L BK BILL PAY WEB 000000032155941 | 50686163 | 16.40 |
| 8/10 | AMERICAN HOME MO STK PURCH PPD **********1048 | 50244995 | 25.00 |
| 8/10 | DSRM Natl Bank PAYMENT ARC 1056 | 50681374 | 41.55 |
| 8/10 | MERVYN'S CHECKPYMT ARC 1057 | 50639976 | 61.21 |
| 8/16 | SCOTTRADE MONEYDIRCT WEB 1262241 | 53382294 | 30.00 |
| **Total** | | | **$ 1,574.73** |

back to top

## ATM withdrawals

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/23 | UBOC MONTEREY BAY BA MONTEREY CA | 72033858 | $ 20.00 |
| 7/23 | UBOC PACIFIC GROVE W PACIFIC GROVE CA | 72035156 | 40.00 |
| 8/2 | UBOC SEASIDE W/U SEASIDE CA | 72144101 | 20.00 |
| **Total** | | | **$ 80.00** |

back to top

## Other withdrawals including fees and adjustments

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 8/7 | DEPOSITED ITEM RETURNED | 99311404 | $ 140.00 |
| 8/7 | RETURN ITEM FEE | 99301405 | 6.00 |
| **Total** | | | **$ 146.00** |

back to top

Provide information requested below.