Sirs

I am a widow 83 yrs. old. who thought investing my money in American Home Mtg. which was to be a good honest company turned out to be wrong. It's my opion you owe me 7,100.00 for claim # 5259, 10,000.00 for claim # 5260 This is my response to the Oblig.

June 30 - 2008.

Nellie Moson IRA — Nellie Moson Trust
11760 Glenbrook Ct #104
Carmel, In. 46032-3882
1-317-818-6519