RECEIVED / FILED
JUL 08 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ms. Theresa M Della Bella
29 Blue Ridge Dr
Medford NY 11763-1250

The Honorable Christopher S. Sontchi
US Bankruptcy Court for District of Delaware
824 Market St., 5th Fl., Courtroom No. 6
Wilmington, DE 19801

Claim # 6084

Dear Sir:

I am submitting my proof of claim regarding my investment of $10,440.09 in American Home Mortgage Company. I lost my entire investment except for $3.59. I am a 70 year old senior and can't afford to have lost so much of an investment that was stock bought in good faith encouraged by my broker. I do have equity interest in the Debtors claim of bankruptcy. I hope I will get some recuperation back of my investment.

Thank you for your interest in this regard.

Sincerely,
Theresa Della Bella

American Home Mtge.
Claim # 6084 — $10,440.09
CC to Young Conaway Stargate & Taylor, LLP



**American Portfolios Financial Services, Inc.**
4250 Veterans Memorial Highway, Suite 420E
Holbrook, NY 11741
Phone: 800.889.3914
www.americanportfolios.com

**CLEARANCE AGENT**
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

THERESA DELLA BELLA TOD
DEBORAH GALGANO BENEFICIARY
29 BLUE RIDGE DRIVE
MEDFORD NY 11763-1250

Page 1 of 1

Processing Date: 4/28/06
Account Number: 459-21414 E65
Registered Representative: ROBERT CROTHERS

## CONFIRMATION
WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

### EQUITIES AND OPTIONS

| Trade Date | Settlement Date | Bought/Sold | Description | Symbol/CUSIP | Quantity | Price | Money Type | Money Amount | Type | C | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/06 | 05/03/06 | Bought | AMERICAN HOME MORTGAGE INVESTMENT CORP SOLICITED | AHM 02660R107 | 300 | 34.41 | Principal<br>Commission<br>Service Chrg<br>NET AMOUNT | 10,323.00<br>111.09<br>6.00<br>10,440.09 | Cash | 1 | 21456 |

Please address all communications to your registered representative or the American Portfolios home office and kindly include your account number.