**Sunshine Custom Cleaning, Inc.**
6005 Irene Drive
Hoffman Estates, IL 60192
(847) 622-7872
(847) 622-7875 (fax)



FILED
2008 JUL -7  AM 10: 50
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To
The United States Bankrupcy court
For the District of Delaware.

I received this papers regarding the claim for money american Home Mortgage own me for services done on the amount of 2.210.13 (They use the name of Key Finance Investment - changed from American Home Mortgage.
I understand I was late sending the claim, but I really appreciate if you could reconsider.
I'm sending copies of all the papers you send me but I don't know witch one you need - and a copy of the last invoice
Thank you for helping.
Sincerely
Erica

6/28/08

*copy of lost invoice*

**SUNSHINE CUSTOM CLEANING SERVICE**
6005 Irene Drive, Hoffman Estates, IL 60192
(847) 622 – 7872  Fax (847) 622 – 7875

Cleaning Work Invoice #

**Name:** Key Finance INVEST
**Date of Order:** 12-31-07
**Address:** 312 W MAY Street, Chicago - IL 60607
**Phone:**

| Date | Work Done | Amount |
|---|---|---|
| 4/4 7/11 | office cleaning – 3x 65.00 | 196.50 |
| | September invoice | 861.63 |
| | October invoice | 654.50 |
| | November invoice | 497.50 |

Please call me Erwing or Tracy
let me know your situation
I really appreciate –
Happy New Year!

**Special Comments or Memo**

**TOTAL WORK**
**TAX**
**PLEASE PAY THIS AMOUNT:** 2210.13

*Thank you!*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |

AHM OB10 6/17/2008 (merge2.txmum2) 4000209249  BSI Use - 1,299

SUNSHINE CUSTOM CLEANING SERVICE
6005 IRENE DR
HOFFMAN ESTATES, IL  60192

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: SUNSHINE CUSTOM CLEANING SERVICE
6005 IRENE DR
HOFFMAN ESTATES, IL  60192

**Basis For Objection:** Claim was filed after the applicable bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 10256 | $2,210.13 | January 11, 2008 | April 22, 2008 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The claim listed above in the "Claim to be Expunged" row was filed after the bar date, January 11, 2008 at 4:00 p.m. (ET). As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

Responses to the Objection, if any, must be filed on or before July 10, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession