**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., et al.,** | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher M. Desiderio, hereby certify that on the 8th day of July 2008, a true and correct copy of the **JOINDER OF DEUTSCHE BANK NATIONAL TRUST COMPANY ("DBNTC") TO GMAC MORTGAGE LLC'S MOTION PURSUANT TO 11 U.S.C. § 105(A) AND FED.R. BANKR. 9014 AND 9020 FOR AN ORDER OF CIVIL CONTEMPT AND COMPELLING THE DEBTORS TO COMPLY WITH PRIOR COURT ORDERS** was served upon the addresses listed on the attached service list via regular U.S. mail.

DATED:  New York, New York
        July 8, 2008

By:_____/s/_____
Christopher M. Desiderio
NIXON PEABODY LLP
437 Madison Avenue
New York, New York  10022
Telephone:  (212)-940-3000

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX  78205
Bexar County

Rick B. AntOnoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Bank of America
Attn: Ronald Jost
1133 Avenue of the Americas, 17th Floor
New York, NY  10036

Bank of America
Attention: Elizabeth Kurilecz
Portfolio Management
Mail Code: TX 1 -492-66-0 1 , 0 1 Main Street,
66th Floor Dallas, TX  75202

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Bank of America
Attention:  Swap Operations
233 South  Wacker Drive, Suite 2800
Chicago, IL  60606

Bank of America
Attention: Officer, General or Managing Agent
901 Main Street, 66th Fl.
Dallas, TX  75202

Bank of America
Attention: Anthea Del Bianco
Agency Management
Mail Code: CA5-701 -05-19, 1455 Market Street,
5th Floor
San Francisco, CA  94103

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY  11201

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

Juliet Buck
Nomura Credit & Capital, Inc.
2 World Financial Center, Building B
New York, NY  10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH  44114

Bear, Stearns & Co. Inc.
Attn:  Sr. Managing Director
Government Operations, 1 Metrotech Center North,
7th Floor
Brooklyn, NY  11201

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE  19801

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Country Wide Capital
20 N. Acorna Blvd
Lake Havasu City, AZ  86403

Citigroup Global Markets Realty Corp
Attn: Peter Steinrnetz
390 Greenwich Street, 6th Floor
New York, NY  10013

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068-1791

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Deutsche Bank
Attn:  Legal Department
Taunusanlage 12
60262 Frankfurt, Germany

EMC
Attn:  Officer, General or Managing Agent
383 Madison Avenue
New York, NY  10018

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Credit Suisse
Attention: Officer, General or Managing Agent
Eleven Madison Avenue
New York, NY  10010

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC  20005

Deutsche Bank
Attn: Repo Desk, 3rd Floor
60 Wall Street
New York, NY  10005

Mark Eilenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC  20004

James J. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE  19801

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL  60606

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT  06830

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

FNMA
Attn:  Officer, General or Managing Agent
3900 Wisconsin Ave., NW
Washington, DC  20016

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC  20005

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002

Greenwich Capital Financial Products
Attn: Mortgage Finance
600 Steamboat Road
Greenwich, CT  06830

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD  21202

JPMorgan Chase
Attn:  Institutional Trust Services - Baylis Trust IV
600 Travis, 50th Floor
Houston, TX  77019

JPMorgan Chase
Attn:  Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ  08830

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust II
600 Travis, 50th Floor
Houston, TX  77019

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA  91107

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stung, Ziehi, Young & Jones
& Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

JPMorgan Chase
Attn: Baylis Trust V, Madassir Mohamed
600 Travis, 50th Floor
Houston, TX  77019

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust I
600 Travis, 50th Floor
Houston, TX  77019

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA  22102

Lisa G. Laukitis, Esq.
Citicorp Center
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022

Lehman Brothers
Attn: Robert Gugilelmo, Senior Vice President
745 Seventh Avenue, 28th Floor
New York, NY  10019

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

John Marsicano
Waldners Business Environments, Inc.
125 Route 110
Farmingdale, NY  11735

James McGinley
Wilmington Trust Company
520 Madison Avenue, 33rd Fl.
New York, NY  10022

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Luminent Mtg
Attn: Officer, General or Managing Agent
Suite 1350, California St.
San Francisco, CA  94111

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Nomura Credit & Capital, Inc.
Attn: Dante LaRocca, Managing Director
2 World Financial Center, Building B, 21st Floor
New York, NY  10281

Liquid Funding, Ltd.
Attn: Corporate Secretary
Canon's Court, 22 Victoria Street
Hamilton HM 12, Bermuda

Jerry Christopher Matthews
The Bank of New York Trust Company
601 Travis Street, 16th Fl
Houston, TX  77002

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY  10022

Eric K. Moser, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

Morgan Stanley
Attn: Chief Legal Officer
Transaction Management Group
1585 Broadway
New York, NY  10036

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX  78755

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY  10022

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY  10022

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

Steven Sass
UPS
307 International Circle, Suite 270
Hunt Valley, MD  21030

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899

SunTrust Asset Funding, LLC
Attn:  Woodruff A. Polk
Mail Code 3950, 303 Peachtree Street, 36th Floor
Atlanta, GA  30308

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3596

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10173

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL  60611

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

UBS
1251 Avenue of the Americas
New York, NY  10019

William P. Weintraub, Esq.
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY  10017

Wells Fargo Bank, N.A.
Attn:  Officer, General or Managing Agent
420 Montgomery Street
San Francisco, CA  94104

Steve Wichmann
Impack Funding Corporation
19500 Jamboree Road
Irvine, CA  92612

SunTrust Asset Funding, LLC
Attn:  Tony D. Atkins
Mail Code 3950, 303 Peachtree Street, 23rd Floor
Atlanta, GA  30308

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL  60603

Washington Mutual Bank
Attn:  Officer, General or managing Agent
3200 Southwest Freeway
Houston, TX  77027

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower,
951 East Byrd Street
Richmond, VA  23219

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W – MC 3501
Seattle, WA  98101

Wilmington Trust Company
Attn:  Corporate Capital Markets
Rodney Square North, 1100 North Market Street
Wilmington, DE  19890

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Floor
New York, NY  10013

Benjamin C. Ackerly, Esq.
Hunton & Williams
Riverfront Plaza, East Tower,
951 East Byrd Street
Richmond, VA  23219

Stuart J. Miller, Esq.
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY  10038

Mary E. Olsen, Esq.
M. Vance McCrary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm
1119 Government Street
P.O. Box Drawer 3103
Mobile, AL  36652

Scott K. Levine, Esq.
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY  10018

Russell C. Silberglied, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Leo T. Crowley, Esq.
Margot P. Erlich, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036-1536

John R. Ashmead, Esq.
Laurie R. Binder, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY  10004

German Yusufov, Esq.
Terri A. Roberts, Esq.
Pima County Attorney
32 N. Stone Avenue, Suite 1200
Tucson, AZ  85701

Donna L. Culver, Esq.
Robert J. Dehney, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801

Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

American Express Travel Related
Svcs Co. Inc. Corp. Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

Susan R. Fuentes, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Douglas R. Davis, Esq.
Kelley A. Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Karen C. Bifferato, Esq.
Christina M. Thompson, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

J. David Folds, Esq.
DLP Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC  20036-2412

Martin Jefferson Davis, Esq.
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NY  07311

Norman M. Monhait, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19801

Matthew J. Botica, Esq.
David W. Wirt, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

John P. Dillman, Esq.
Linebarger, Goggin, Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Linda Chow, Esq.
Andrew Pickering, Esq.
Assured Guaranty
1325 Avenue of the Americas
New York, NY  10019

Kathleen M. O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Floor
Mail Code 0662
Atlanta, GA  30308

Sheryl L. Moreau, Esq.
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

William G. Wright, Esq.
Farr, Burke, Gambacorata & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ  08054

Patrick J. Reilly, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

Harold S. Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY  11556

Susan D. Profant
Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL  34206-5300

David W. Stack
ABN AMRO Bank N.V.
55 East 52nd Street, 2nd Floor
New York, NY  10055

Nancy Hotchkiss, Esq.
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA  95865

Joseph F. Faclone III, Esq.
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY  10019

Joseph Cioffi, Esq.
Miles Baum, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

Stephen M. Yoder, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, De  19801

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

Brad R. Godshall, Esq.
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067

Richardo Palacio, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Michael J. Barrie, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE  19801

Barry E. Bressler, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Nancy Connery, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY  10165

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Joseph G. Minias, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

Stephen D. Lerner, Esq.
Elliot M. Smith, Esq.
Squire, Sanders & Dempsey, L.L.P.
312 Walnut Street, Suite 3500
Cincinnati, OH  45202-4036

Kristen T. Mihelic, Esq.
Richard L. Canal, Esq.
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Alyssa D. Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Mandeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ  85004-2327

R. Frederick Linfesty, Esq.
Iron Mountain Information
Management, Inc.
745 Atlantic Avenue
Boston, MA  02111

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan Kletzkin &
Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, DC  20036-4704

Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036