## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Chapter 11 (Jointly Administered) |
| Debtors. | |

## MOTION FOR ADMISSION PRO HAC VICE OF DANIEL B. SCOTTI

I, Regina A. Iorii, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move for the admission pro hac vice of Daniel B. Scotti, Esq., of the law firm Dreier LLP, to represent Elvin and Phyllis Valenzuela in this action. The Admittee is admitted, practicing, and in good standing in the States of New York, California and Illinois and United States District Courts for the Southern District of New York, the Central District of California, and the Northern District of Illinois.

Dated: July 9, 2008

WERB & SULLIVAN

/s/ Regina A. Iorii
Regina A. Iorii (I.D. No. 2600)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
riorii@werbsullivan.com

---

[1] This Case is related to and jointly administered with the following: American Home Mortgage Investment Corp. (07-11048); American Home Mortgage Acceptance, Inc. (07-11049); American Home Mortgage Servicing, Inc. (07-11050); American Home Mortgage Corp. (07-11051); American Home Mortgage Ventures LLC (07-11052); Homegate Settlement Services, Inc. (07-11053); and Great Oak Abstract Corp. (07-11054).

I, Daniel B. Scotti , Esq., certify that I am eligible for admission pro hac vice to this Court, am admitted, practicing, and in good standing in the jurisdictions shown in the paragraph above, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  July  2 , 2008

Daniel B. Scotti
Dreier LLP
499 Park Avenue
New York, NY 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101
dscotti@dreierllp.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[2] | Chapter 11 (Jointly Administered) |
| Debtors. | |

## ORDER FOR ADMISSION PRO HAC VICE

It is hereby ordered that counsel's Motion for the Admission Pro Hac Vice of Daniel B. Scotti, Esquire is **GRANTED**.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: July ___, 2008

---

[2] This Case is related to and jointly administered with the following: American Home Mortgage Investment Corp. (07-11048); American Home Mortgage Acceptance, Inc. (07-11049); American Home Mortgage Servicing, Inc. (07-11050); American Home Mortgage Corp. (07-11051); American Home Mortgage Ventures LLC (07-11052); Homegate Settlement Services, Inc. (07-11053); and Great Oak Abstract Corp. (07-11054).

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2008, I caused a copy of the foregoing to be served upon the following counsel of record in the manner indicated below.

| | |
|---|---|
| **BY HAND**<br><br>Mark D. Collins, Esquire<br>Paul N. Heath, Esquire<br>Chun I. Jang, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br><br>(Counsel for Debtors) | **BY HAND**<br><br>Robert J. Dehney, Esquire<br>Gregory W. Werkheiser, Esquire<br>Chad A. Fights, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br><br>(Counsel for the Official Committee of Unsecured Creditors) |
| **BY U.S. MAIL**<br><br>Stephen Karotkin, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>(Counsel for Debtors) | **BY U.S. MAIL**<br><br>Matthew S. Barr, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br><br>(Counsel for the Official Committee of Unsecured Creditors) |
| **BY HAND**<br><br>United States Trustee<br>844 King Street<br>Room 2207, Lockbox 35<br>Wilmington, DE 19801 | |

Regina A. Iorii (#2600)