# MUNDY APPRAISALS

### Delbert W. Mundy
### Certified Residential Appraiser #20203

FILED
2008 JUL -9 AM 10: 26
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 2, 2008


United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware  19801

To Whom It May Concern:

I am writing in regards to the objection towards my claim #10335 against American Home Mortgage Holdings, Inc.

I received your letter stating your objection to my claim due to me missing the deadline to file. Furthermore, your letter states that you will expunge my claim. I understand that that you have deadlines but as I stated in my original letter attached, I did not receive the information in regards to the deadline. I am an honest person just looking to get paid for the services I performed for American Home Mortgage, Inc. If I had known about the deadline, I would have taken care of it immediately. I work very hard for my money and when I don't get paid, my family suffers.  I would be forever grateful if you would please pay me the money that is rightfully mine.

Please reconsider my claim in good faith.

Respectfully,

Delbert W. Mundy
Certified Residential Appraiser



cc. Young Conaway Stargatt & Taylor, LLP


**11427 N. 12th Way  Phoenix, AZ  85020**
**602-504-1955-Phone • 602-504-0238-Fax**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)** |
| | ) | |

AHM OB10 6/17/2008 (merge2.trxnum2) 4000209328 BSI Use - 965

MUNDY APPRAISALS
ATTN DELBERT WILLIAM MUNDY
11427 N 12TH WAY
PHOENIX, AZ 85023

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: MUNDY APPRAISALS
ATTN DELBERT WILLIAM MUNDY
11427 N 12TH WAY
PHOENIX, AZ 85023

**Basis For Objection:** Claim was filed after the applicable bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 10335 | $2,475.00 | January 11, 2008 | April 30, 2008 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The claim listed above in the "Claim to be Expunged" row was filed after the bar date, January 11, 2008 at 4:00 p.m. (ET). As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# MUNDY APPRAISALS

### Delbert W. Mundy
#### Certified Residential Appraiser #20203

April 28, 2008

EPIQ Bankruptcy Solutions
Attn: American Home Mortgage Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

To Whom It May Concern:

I am writing regards to the claim I am filing towards debtor, American Home Mortgage Holdings, Inc.

I do apologize for missing the deadlines to file but I have never received any notice other than the announcement document attached. I recently received a phone call from American Home Mortgage to clarify a date on an appraisal I provided them in 2007. During this phone conversation I asked if they knew how I might be able to collect the money owed to me. I was then given the web address and number to call to process my claim.

Attached is my claim form, billing statement, copies of the appraisal orders, outstanding invoices, a copy of the claim form and a self addressed envelope. Also I have included copies of two (2) checks that were sent to me along with the letter from my bank stating that the check was returned to the maker unpaid. We ended up with our account overdrawn and had to pay extra overdraft fees.

Any attention and help to collect the fees for the services I provided would be greatly appreciated! Every little bit helps!

Please call me if you have any questions.

Sincerely,

Delbert W. Mundy
Certified Residential Appraiser

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | PROOF OF CLAIM |
|---|---|

| In Re:<br>American Home Mortgage Holdings, Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered |
|---|---|

Name of Debtor Against Which Claim is Held     Case No. of Debtor

*American Home Mort. # 07-11047*

NOTE: ...

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

*Delbert William Mundy*
*Mundy Appraisals*
*11427 N. 12th Way*
*Phoenix, AZ 85020*

Telephone number: *602-504-1955*
Email Address: *Wmundy2689@Aol.com*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces     ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: *8 7 0 8*

Unpaid compensation for services performed
from *7/3/07* to *7/19/07*
(date)        (date)

**2. Date debt was incurred:**
*July 2007*

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed: $** _____ + _____ + *2,475.00* = *$2475.00*
(unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate     ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim: $** _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ *2475.00*
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10.** Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

APR 30 2008

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date
*4/28/08*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*Delbert William Mundy*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.