United States Bankruptcy Court
District of Delaware
824 Market Street 5th fl.
Courtroom #6
Wilmington, Delaware 19801

FILED
2008 JUL -9 AM 10: 05
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

I object to the disallowing and espunging of my claim in the "claims to be espunged row" in the American Home Mortgage Bankruptcy case.

William J. Boland
816 E. 4th Street
Ocean City, NJ 08226

Cc  Marissa Morelle