ORIGINAL

FILED
2008 JUL -9 AM 10: 27
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

CECILIA L. ROSENAUER, LTD.
CECILIA L. ROSENAUER, ESQ.
Nevada State Bar No. 003344
510 West Plumb Lane, Suite A
Reno, Nevada 89509
Telephone (775) 324-1011
Telefax (775) 324-6616
E-mail: c.lee@cecilialee.net

Attorney for Creditor JGL, LLC.

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,

Debtors.

Case No. 07-11047 (CSS)

Chapter 11

**RESPONSE OF CREDITOR JGL, LLC TO DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3003 AND 3007 AND LOCAL RULE 3007-1**

Hearing Date: 7-17-08
Hearing Time: 2:00 p.m. (ET)

Creditor JGL, LLC. ("Creditor"), by and through its attorney, Cecilia L. Rosenauer, Esq., hereby responds to the Debtors' Tenth Omnibus (Non-substantive) Objection to Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rule 3003 and 3007 and Local Rule 3007-1 (the "Claim Objection") as follows:

Creditor was a landlord of American Home Mortgage under a lease that expired by its own term pre-petition. Creditor amended claim 1950 to include documentation supporting the damages to the premises against which the pre-petition security deposit should be offset in the amount of $2,305.00. Creditor has no objection to claim 9259 as the surviving claim.

However, the objection to claim 9259, that the amount was satisfied post-petition, is incorrect. Creditor has paid for the work that constitutes the claim but Creditor had _not_ applied the security deposit to the claim. Creditor submits that the Court should treat this proceeding

1  as one to allow Creditor to apply the deposit, at which time claim 9259 is satisfied and the
2  matter is resolved.
3      DATED this 8th day of July, 2008.

                      CECILIA L. ROSENAUER, LTD.

                      */s/ Cecilia L. Rosenauer*
                      CECILIA L. ROSENAUER, ESQ.

CECILIA L. ROSENAUER, LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011