

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of the law offices of Cecilia L. Rosenauer, Ltd., 510 West Plumb Lane, Suite A, Reno, Nevada 89509, and that on this 8th day of July, 2008 I served the foregoing document(s) described as follows:

**RESPONSE OF CREDITOR JGL, LLC TO DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3003 AND 3007 AND LOCAL RULE 3007-1**

on the party(s) set forth below by:

    __X__    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices, addressed as follows:

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward Kosmowski, Esq.
Kara Coyle, Esq.
Nathan Grow, Esq.
Young Conaway et al.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

DATED this 8th day of July, 2008.

*/s/ Jackie Mead*
JACKIE R. MEAD