# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE KANSAS CITY

FILED 2008 JUL -8 AM 10: 54 US BANKRUPTCY CLERK DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., *Debtors* | Case No. 07-11047 (CSS) Jointly Administered |
| GENE A. DeLEVE, TRUSTEE, *Creditor* | Objection Deadline: 7/10/2008 at 4:00 p.m. (ET) Hearing: 7/17/2008 at 2:00 p.m. (ET) |

## MOTION TO CANCEL OR CONTINUE AND RESCHEDULE HEARING

COMES NOW Gene A. DeLeve, Trustee of The Gene A. DeLeve Revocable Living Trust under Agreement dated October 15, 2002, as amended from time to time and, for his Motion to Cancel or Continue and Reschedule Hearing, respectfully alleges and states as follows:

1. A hearing on the Debtors and Debtors in Possession Objection to Claim No. 8085 filed by Gene A. DeLeve, Trustee, is noticed for hearing on July 17, 2008 at 2:00 p.m. before Honorable Christopher S. Sontchi.

2. Movant has filed an Amended Claim as to which no objection has been filed as of this date. If an objection is filed, movant will need time to undertake and complete discovery as to any disputed facts.

WHEREFORE, Gene A. DeLeve, Trustee, moves the Court to cancel the July 17, 2008 hearing and if an objection is timely filed to the Amended Claim to schedule a hearing thereon at least 90 days after such objection is filed.

*/s/ Gene A. DeLeve*   7-3-08

Gene A. DeLeve, Trustee of
The Gene A. DeLeve Revocable Living Trust under Agreement
dated October 15, 2002
8024 Monrovia
Lenexa, KS 66215
Tel.No. (913) 492-4322

## Certificate of Service

I certify that on July **3**, 2008, copies of the foregoing Motion to Cancel or Continue and Reschedule Hearing were served by United States Mail, postage prepaid, on each of the following:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, et al.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to the Debtors and Debtors in Possession)

and

American Home Mortgage Investment Corp.
538 Broadhollow Road
Melville, NY 11747-3676

and

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

_____  7-3-08
Gene A. DeLeve
Individually and as Trustee

FILED
2008 JUL -8 AM 10: 53
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE KANSAS CITY

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | Case No. 07-11047 (CSS) Jointly Administered |
| *Debtors* | Objection Deadline: 7/10/2008 at 4:00 p.m. (ET) |
| GENE A. DeLEVE, TRUSTEE, | Hearing: 7/17/2008 at 2:00 p.m. (ET) |
| *Creditor* | |

## FIRST AMENDED CLAIM NO. 8085

COMES NOW Gene A. DeLeve, Trustee of The Gene A. DeLeve Revocable Living Trust under Agreement dated October 15, 2002, as amended from time to time (the "Trustee" or the "Creditor") and, for his Amended Claim against American Home Mortgage Investment Corp. and the other above named Debtors, respectfully alleges and states as follows:

1. American Home Mortgage Investment Corp. (AHM) is or was at all relevant times a real estate investment trust which was engaged in the business of investing in and originating residential mortgage loans. AHM was a publicly-held company whose stock was registered under §§ *10(b) and 20(a)* of the *Exchange Act, 15 U.S.C. § 78(b) and 78t(a)* and was traded on the New York Stock Exchange. As such, AHM had the duty to disseminate promptly, accurate and truthful information with respect to AHM's financial condition and earnings and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of AHM's publicly-traded stock would be based upon truthful and accurate information.

2. On April 24, 2007 the Trustee bought 500 shares of AHM's common stock at the price of $22.01 per share for the total cost of $11,015.95.

3. AHM materially misled the Trustee and the investing public by publicly issuing false and misleading statements and omitting to disclose material facts necessary to make AHM's statements, as set forth herein, not false and misleading, thereby inflating the price of AHM's common stock. Said statements and omissions were materially false and misleading in that they failed to disclose material adverse information and thereby misrepresented the truth about AHM, its business and operations, earnings, financial condition, the value of its assets, and the extent of its liabilities, as alleged herein.

4. On July 26, 2006, AHM issued a press release announcing its financial results for the second quarter of 2006 for the period ending June 30, 2006. The Company reported revenues of $276.8 million and income of $72.4 million. Michael Strauss, AHM's Chief Executive Officer and President, commented on the results stating in pertinent part as follows:

> "The second quarter of 2006 was highly successful for our company. During the quarter, our portfolio net interest income reached a record $33.9 million, while our production business experienced record originations, record market share, a strong gain on sale martin and improved warehouse income. During the quarter, we continued to execute our strategy of retaining a portion of our loan production for our investment portfolio, by adding $1.2 billion of loans to our portfolio at quarter-end. These loans are carried at cost, and are expected to enhance our future portfolio earnings. We also continued to adhere to our core risk mitigation strategies including targeting a duration-neutral 'matched book,' and purchasing mortgage insurance to protect against credit losses. Today approximately half of the loans we hold are insured, either through borrower or lender-paid mortgage insurance. In addition to these core risk mitigation strategies, we recently began hedging the value of our mortgage servicing assets against the possibility of declining interest rates.
>
> "Our company is again reaffirming our annual earnings guidance of $4.85 to $5.15 per diluted share. Our earnings guidance is based on, among other factors, annual loan originations of $55 billion to $60 billion. I am very pleased to report

that, based on our company's performance and prospects, the Board of Directors has again voted to increase the dividend policy for our common stockholders. The new policy is $1.01 per share per quarter, or $4.04 per share on an annualized basis. The increased dividend is expected to become effective for the dividend expected to be paid in October 2006."

5.   On October 26, 2006, AHM issued a press release announcing its financial results for the third quarter of 2006, the period ending September 30, 2006. The Company reported revenue of $258.9 million and net earnings of $72 million. Mr. Strauss commented on the results stating in pertinent part as follows:

> "I am pleased by our company's results during the third quarter. In particular, earnings per share were strong at $1.36, while dividends and book value per share continued to advance from second quarter levels. Our company's third quarter results were accomplished during a period that was particularly difficult for our industry; a period that included the adverse impacts of an inverted yield curve, falling national housing prices; reduced national loan originations, and servicing write-downs due to lower interest rates. These difficult conditions are reflected in American Home's third quarter results which include a significant mortgage servicing asset write-down, a lower although still constructive gain-on-sale margin, high credit expense for reserving necessitated by sharply higher delinquencies and loan repurchases, and finally, lower warehouse net interest due to a narrower spread between new loan yields and funding yields. These factors were offset in our company's third quarter results however, by record portfolio net interest income, record loan production and record servicing and ancillary fee income, as well as by lower expenses in our loan production business. In addition, our company did not experience a loss in its mortgage-backed securities portfolio as had been the case in several of the previous quarters, but instead had a net portfolio gain of $3.4 million. I believe our company's strong results in this challenging environment illustrate the underlying earnings power of our businesses.
>
> "During the quarter, our company added $906.8 million of newly originated loans to its portfolio of loans held for investment. These loans are carried at their cost, have an unrecognized fair value in excess of cost of $15.5 million, and are projected to yield 7.01% over their estimated life. As investors know, one of our company's core strategies is to grow ongoing portfolio net interest income by increasing our holdings of self-originated loans benefited by a low cost basis.

> "Based on our third quarter results and our outlook for the fourth quarter, our company is reaffirming its 2006 earnings guidance of $4.85 to $5.15 per share, and its guidance for annual loan originations of $55 billion to $60 billion.

> \* \* \* \*

> "I am very pleased to announce that based on our company's earnings and prospects, our Board of Directors has again increased our company's quarterly dividend policy on its common stock by $0.05 per share. The new par share common stock dividend policy is $1.06 per quarter, or $4.24 on an annualized basis. The new dividend policy is expected to take effect with our January dividend payment, although our company is not obligated to pay dividends until such dividends are declared by our Board of Directors, and our Board of Directors may change our company's dividend policy at any time without notice."

6.  On January 25, 2007, AHM issued a press release announcing its financial results for the fourth quarter of 2006, the period ending December 30, 2006. The Company reported revenues of $257.7 million and net earnings of $64.7 million. Mr. Strauss commented on the results stating in pertinent part as follows:

> "The fourth quarter was highly successful for our company with earnings of $1.21 per diluted share. During the quarter, we added $1.0 billion of recently originated loans to our portfolio, which are carried at cost. Loan origination volume was a record $15.5 billion due to our company achieving a record market share of 2.48% of national originations. Net interest income was stable while our servicing portfolio produced record revenues. During the quarter, our company did however experience its highest delinquency related charges to date, which reduced our quarterly earnings.

> "The fourth quarter concluded a very successful year for our company, with earnings per diluted share reaching a record $4.96. By comparison, diluted earnings per share were $3.97 in 2005, $3,74 in 2004, $4.07 in 2003 and $2.65 in 2002. A key financial goal for our company in 2007 is to continue our multi-year growth trend in earnings per share. During 2006, our company's return on average common equity was 22.7%, which surpassed our target of 20%, and compares favorably to 2005 when our adjusted return on average common equity was 19.7%. Also during 2006 our company originated $58.9 billion of loans compared to $45.3 billion in 2005. Finally, during 2006, our company reached a milestone as, for the first time; its revenues exceed $1.0 billion.

"In this earnings release, our company is providing 2007 earnings guidance of $5.40 to $5.70 per fully diluted share with the earnings per diluted share for each quarter in 2007 projected to be approximately 9% to 15% higher than for the comparable quarter in 2006. Our earnings guidance is based on stable net interest margins applied to a growing portfolio of loans held for investment, loan production of $68 billion to $74 billion, and a reduction in gain on sale margins of approximately 12 basis points. Lower gain on sale margins are expected in part because delinquency losses on loans held for sale, including losses due to repurchases, are projected to continue at high levels throughout 2007. Projections for continued high losses are based on our company's view that while there are signs that housing prices are starting to stabilize, future abatements in foreclosure activity will lag a recovery in the housing market. As a result, our 2007 earnings guidance anticipates a highly stressed credit environment.

"Not included in our earnings guidance are potential benefits from new strategies that offer the possibility of higher portfolio income, increased loan production and reduced income tax expense. Our company will keep investors apprised if material benefits from these strategies become likely.

"I am very pleased to announce that based on our company's results and prospects, our Board of Directors has voted to increase our company's dividend policy by $0.06 to $1.12 per share per quarter or $4.48 per share on an annualized basis. The new dividend policy is expected to take effect with our April dividend payment. Please note, however, that our company is not obligated to pay dividends until such dividends are declared by our Board of Directors, and our Board of Directors may change our company's dividend policy at any time without prior notice."

7. The statements in said press releases were each materially false and misleading when made because they failed to disclose and concealed the following adverse material facts which were known to AHM:

(a) that AHM was experiencing an increasing number and amount of loan delinquencies which were depressing its earnings, or the number and amount of its loans which were subject to foreclosures of the loan collateral;

(b) that AHM was experiencing increasing difficulties in selling loans which required it to reduce prices for loans which it normally sold for more than cost, thereby affecting its margins and profits;

(c) that AHM was overstating its earnings and financial results by failing to write down the value of certain loans in its portfolio, especially so-called Alternate A mortgage loans, which had declined substantially in value;

(d) that AHM was selling all or a substantial number and amount of the loans which it originated, and especially the so-called Alternate A mortgage loans, with limited recourse; that AHM could be required to repurchase loans which breached the representations or warranties it made to the buyers with the sale of such loans, including early payment defaults by borrowers, or if the loans did not comply with underwriting standards or other requirements of the investors who purchased the loans; that AHM had offered loan purchasers three month 'timely payment' warranties (early payment defaults); or the extent of AHM's contingent liabilities on such representations and warranties; or number and amount of such loans it was being or could be required to repurchase because of borrowers' defaults;

(e) that AHM's credit facility agreements granted lenders the right, under certain circumstances, to revaluate the loan collateral at any time, and to initiate margin calls if in the lender's opinion the value of the loan collateral had declined and, in that event, to require AHM to provide the lender with additional collateral or to repay a portion of the outstanding borrowing; and to what extent such margin calls had been made and not complied with;

(f) the true nature and extent of the negative impact the deteriorating subprime mortgage market was having on AHM's operations, financial results and business prospects, and on the value of its loan portfolios.

8. On April 6, 2007 AHM issued a press release announcing that it expected lower income in the first quarter and full year 2007 than previously forecasted and for that reason was lowering its common stock dividend policy to $0.70 per share per quarter or $2.80 per share on an annualized basis, and that the new dividend policy would apply to the second quarter 2007 dividend payable in July 2007. Not until July 27, 2007 did AHM announce that its Board of Directors had decided to delay payment of the quarterly dividend on its common stock.

9. By publicly issuing false and misleading statements and omitting to disclose material facts necessary to make their statements, as set forth above, not false and misleading,

6

AHM mislead the Trustee and the investing public and caused the Trustee to buy and continue to own and hold AHM's common stock until the New York Stock Exchange halted trading in AHM stock before the market opened on July 30, 2007 and AHM filed this bankruptcy proceeding on August 6, 2007. As a result, said common stock is worthless, and the Trustee has sustained damages in the amount of $11,015.95.

**WHEREFORE**, Gene A. DeLeve, Trustee, prays that his Amended Claim be allowed in the amount of $11,015.95.

*Gene A. DeLeve, Trustee   7-3-08*
Gene A. DeLeve, Trustee of
The Gene A. DeLeve Revocable Living Trust under Agreement
dated October 15, 2002
8024 Monrovia
Lenexa, KS 66215
Tel.No. (913) 492-4322

### DECLARATION OF GENE DeLEVE
### IN SUPPORT OF AMENDED CLAIM NO. 8085

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on July 3, 2008.

*Gene A. DeLeve   7-3-08*
Gene A. DeLeve
Individually and as Trustee

7



## Certificate of Service

I certify that on July **3**, 2008, copies of the foregoing Amended Claim were served by United States Mail, postage prepaid, to each of the following:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, et al.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to the Debtors and Debtors in Possession)

and

American Home Mortgage Investment Corp.
538 Broadhollow Road
Melville, NY 11747

and

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

_____
Gene A. DeLeve
Individually and as Trustee