EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses
May 1, 2008 through May 31, 2008

| | | |
|---|---|---|
| 1. | PHOTOCOPYING | |
| | a.   Internal | |
| | b.   External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a.   Toll Charges | |
| | b.   Facsimile | |
| | c.   Out-of-State toll charges | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel* | |
| | *and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES | |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.   Transportation | |
| | b.   Lodging | |
| | c.   Meals | |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | 71.44 |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | 12.00 |
| | | |
| 10. | MISCELLANEOUS | |
| | | |
| | **TOTAL** | **$95.44** |