IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. No. 4625
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 4625

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Second Monthly Application of PricewaterhouseCoopers LLP as Tax Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2008 through April 30, 2008 (the "Application"). The Court's docket which was last updated July 9, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than July 3, 2008 at 4:00 p.m.

DB02:6967981.2                                                                          066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($23,729.20) of requested fees ($29,661.50) and 100% of requested expenses ($0.00) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       July 9, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Ryan M. Bartley
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Kenneth Enos (No. 4544)
                Margaret B. Whiteman (No. 4652)
                Ryan M. Bartley (No. 4985)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession