UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket No. 4998 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                         : SS.
NEW CASTLE COUNTY  :

    Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal at the law firm of Richards, Layton & Finger, P.A., and that on the 8th day of July, 2008 she caused copies of the following to be served upon the parties set forth on the attached service list in the manner indicated:

*Joinder of the Bank of New York, as Indenture Trustee, to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [Docket No. 4998]*

Dated: July 8, 2008
        Wilmington, Delaware

                                                                      Ann Jerominski, RP
                                                                      Registered Paralegal
                                                                      RICHARDS, LAYTON & FINGER, P.A.
                                                                      920 North King Street
                                                                      Wilmington, DE 19801
                                                                      (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 9th day of July, 2008.

_Barbara J. Witters_
Notary Public

       BARBARA J. WITTERS
      Notary Public - State of Delaware
      My Comm. Expires Mar. 13, 2009

RLF1-3300331-1

In re: American Home Mortgage Holdings, Inc.
Case No.: 07-11047 (CSS)
Service List

*Via First Class Mail*

American Home Mortgage Holdings, Inc.
Attention: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

*Via Hand Delivery*

Pauline K. Morgan
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via First Class Mail*

Jeffrey M. Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*Via First Class Mail*

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

*Via First Class Mail*

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

*Via Hand Delivery*

Kimberly D. Lawson
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via Hand Delivery*

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

*Via First Class Mail*

Erica M. Ryland
Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

*Via Hand Delivery*

Victoria Counihan
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Via Hand Delivery*

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801

*Via First Class Mail*

Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

*Via Hand Delivery*

Bonnie Glantz Fatell
Blank Rome LP
1201 Market Street, Suite 800
Wilmington, DE 19801

RLF1-3300318-1