UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

Benjamin Cavender states that, on the 8th day of July, 2008, he caused the Joinder of U.S. Bank National Association, as Indenture Trustee, to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(A) and Fed. R. Bankr. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders to be served upon the parties on the attached service list in the manner indicated.

Benjamin Cavender
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN 55402
(612) 492-6027

IKON Job Number ___66___


**Document Efficiency At Work.**

IKON Office Solutions declares the following:

I am not a party to this action. IKON Legal Document Services is a third party vendor.

IKON Legal Document Service
Business address:
1105 North Market Street
Suite 201
Wilmington, DE 19801

The following document(s):
Docket Number(s): ___5004___,
Were served via First Class Mail, unless otherwise indicated, on the parties listed on the attached service list.
I declare under the penalty of perjury that the forgoing is true and correct.

Executed on the ___8th___ day of ___July___ 2008, in Wilmington, DE.

Legal Document Services
(302)777-4500

JEREMY SCOTT LUZADER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 28, 2012

In re: American Home Mortgage Holdings, Inc.
Case No.: 07-11047 (CSS)
Service List

*Via First Class Mail*

American Home Mortgage Holdings, Inc.
Attention: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

*Via Hand Delivery*

Pauline K. Morgan
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via First Class Mail*

Jeffrey M. Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*Via First Class Mail*

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

*Via First Class Mail*

Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

*Via Hand Delivery*

Kimberly D. Lawson
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via Hand Delivery*

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

*Via First Class Mail*

Erica M. Ryland
Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

*Via Hand Delivery*

Victoria Counihan
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Via Hand Delivery*

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801

*Via First Class Mail*

Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

*Via Hand Delivery*

Bonnie Glantz Fatell
Blank Rome LP
1201 Market Street, Suite 800
Wilmington, DE 19801

RLF1-3300318-1