IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,[2]<br><br><br>Debtors. | Case No. 07-11047 (CSS)<br><br>Chapter 11<br>(Jointly Administered) |

## ORDER FOR ADMISSION PRO HAC VICE

It is hereby ordered that counsel's Motion for the Admission Pro Hac Vice of Daniel B. Scotti, Esquire is **GRANTED**.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: July _10_, 2008

---

[2] This Case is related to and jointly administered with the following: American Home Mortgage Investment Corp. (07-11048); American Home Mortgage Acceptance, Inc. (07-11049); American Home Mortgage Servicing, Inc. (07-11050); American Home Mortgage Corp. (07-11051); American Home Mortgage Ventures LLC (07-11052); Homegate Settlement Services, Inc. (07-11053); and Great Oak Abstract Corp. (07-11054).

I, Daniel B. Scotti, Esq., certify that I am eligible for admission pro hac vice to this Court, am admitted, practicing, and in good standing in the jurisdictions shown in the paragraph above, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 2, 2008

_____
Daniel B. Scotti
Dreier LLP
499 Park Avenue
New York, NY 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101
dscotti@dreierllp.com