IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,¹             :   Jointly Administered
                                                             :
                           Debtors.                          :   Ref. Docket No. 4725
------------------------------------------------------------ x
```

## DEBTORS' RESERVATION OF RIGHTS AS TO MOTION OF THOMAS J. AND SARA A. CHAVEZ FOR RELIEF FROM THE AUTOMATIC STAY [DOCKET NO. 4725]

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this reservation of rights (the "Reservation of Rights") with respect to the Motion of Thomas J. and Sara A. Chavez for Relief from the Automatic Stay [Docket No. 4725] (the "Motion"). By the Motion, Thomas J. and Sara A. Chavez (the "Movants") are seeking an order lifting the automatic stay imposed by section 362 of title 11 of the United States Code for the purpose of permitting the Movants to proceed with their complaint filed against the Debtors in the Superior Court of the State of California in and for the County of Orange, Central Division, Case No. 30-2007 00100010 (the "State Court Action").

The Debtors do not oppose the Motion or the stay being lifted solely with respect to the State Court Action. However, the Debtors do not agree with many of the allegations and statements contained in the Motion. Accordingly, the Debtors' decision to not oppose the Motion shall not be construed to be an admission by the Debtors of any statement or allegation

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

made in the Motion. The Debtors explicitly reserve all rights with respect to the State Court Action, including, but not limited to, any and all defenses and counterclaims.

While the Debtors do not oppose the Motion, the Debtors did request that the Movants make certain revisions to the proposed form of order attached to the Motion. The Movants have agreed to such revisions. Accordingly, attached hereto as <u>Exhibit A</u> is a revised form of order approving the Motion that has been agreed to by the parties. For the Court's convenience, attached hereto as <u>Exhibit B</u> is a blackline highlighting the changes made to the original form of order attached to the Motion.

Dated:   Wilmington, Delaware
         July 10, 2008

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ [signature]
                                    _____
                                    James L. Patton, Jr. (No. 2202)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Kara Hammond Coyle (No. 4410)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and Debtors in Possession

## EXHIBIT A

**Revised Form of Order**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| *Debtors.* | ) | |
| | ) | |
| THOMAS J. AND SARA A. CHAVEZ, | ) | |
| | ) | |
| *Movants,* | ) | |
| | ) | |
| v. | ) | Related Docket Item 4725 |
| | ) | |
| AMERICAN HOME MORTGAGE SERVICES, | ) | |
| INC., a Maryland Corporation; AMERICAN | ) | |
| HOME MORTGAGE CORP., a New York | ) | |
| Corporation; and DOES 1-20; | ) | |
| | ) | |
| *Respondents.* | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

And now, this 17th day of July, 2008, this matter coming before the Court on the *Motion for Relief from the Automatic Stay* (the "Motion") filed by Thomas J. and Sara A. Chavez (the "Movants"); the Court having reviewed the Motion, the above-captioned respondents' (the "Defendant Debtors") reservation of rights regargding the Motion, and all related pleadings; and having heard the statements of counsel with respect thereto at a hearing held before the Court on July 17, 2008 (the "Hearing"); the Court having determined that notice of the Motion was reasonable and sufficient under the circumstances and that no further notice is required; and that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747.

the legal and factual bases set forth in the Motion and at the Hearing establish sufficient cause for the relief granted herein; and for the reasons stated by the Court at that Hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to permit the Movants to proceed to trial in the State Court Action[2] to seek permanent injunctive relief and to liquidate their monetary claims against the Defendant Debtors.

Dated: July __, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

# EXHIBIT B

## Blackline

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| THOMAS J. AND SARA A. CHAVEZ, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | Related Docket Item ~~4725~~ |
| | ) | |
| AMERICAN HOME MORTGAGE SERVICES, | ) | |
| INC., a Maryland Corporation; AMERICAN | ) | |
| HOME MORTGAGE CORP., a New York | ) | |
| Corporation; and DOES 1-20; | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

And now, this ~~~~17th day of ~~~~July, 2008, this matter coming before the Court on the *Motion for Relief from the Automatic Stay* (the "Motion") filed by Thomas J. and Sara A. Chavez (the "Movants"); the Court having reviewed the Motion, the above-captioned respondents' (the "Defendant Debtors") ~~response to~~reservation of rights regargding the Motion, and all related pleadings; and having heard the statements of counsel with respect thereto at a hearing held before the Court on ~~August~~~~~~,July 17, 2008 (the "Hearing"); the Court having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc.~~("AHM Servicing")~~, a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York ~~11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.~~11747.

determined that notice of the Motion was reasonable and sufficient under the circumstances and that no further notice is required; and that the legal and factual bases set forth in the Motion and at the Hearing establish sufficient cause for the relief granted herein; and for the reasons stated by the Court at that Hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to permit the Movants to proceed to trial in the State Court Action[2] to seek permanent injunctive relief and to liquidate their monetary claims against the ~~Defendants Debtors, and to seek satisfaction of any judgment(s) obtained against any of the Defendant Debtors from any insurance coverage available to the Defendant Debtors that may be applicable to the Movants' claims~~ Defendant Debtors.

~~3. The Movants shall have an allowed general unsecured claim against each of the Defendant Debtors' estates to the extent that any judgment(s) in favor of the Movants obtained against any Defendant Debtor is not otherwise satisfied by the Defendant Debtor's applicable insurance and is not otherwise satisfied.~~

Dated: ~~August~~July __, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

Document comparison done by Workshare DeltaView on Thursday, July 10, 2008 12:02:58 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/6963192/1 |
| Document 2 | interwovenSite://WSDMS/DB02/6963192/2 |
| Rendering set | standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 13 |
| Deletions | 10 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 23 |