IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket No. 4945** |

**DEBTORS' RESERVATION OF RIGHTS AS TO MOTION OF BRUD ROSSMANN FOR RELIEF FROM STAY [DOCKET NO. 4945]**

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this reservation of rights (the "Reservation of Rights") with respect to the Motion of Brud Rossmann for Relief from Stay [Docket No. 4945] (the "Motion"). By the Motion, Brud Rossmann is seeking an order lifting the automatic stay imposed by section 362 of title 11 of the United States Code for the purpose of permitting Mr. Rossmann to proceed with his complaint filed against the Debtors in the United States District Court for the Eastern District of Virginia, Civil Action Number 1:08CV316 (the "District Court Action").

The Debtors do not oppose the Motion or the stay being lifted solely with respect to the District Court Action. However, the Debtors do not agree with many of the allegations and statements contained in the Motion. Accordingly, the Debtors' decision to not oppose the Motion shall not be construed to be an admission by the Debtors of any statement or allegation made in the Motion.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

The Debtors have reviewed the proposed form of order attached to the Motion (the "Proposed Order") and note that nothing in the Proposed Order affects any rights or defenses that the Debtors hold in the District Court Action. The Debtors reserve all rights with respect to the District Court Action, including, but not limited to, any and all defenses and counterclaims.

Dated: Wilmington, Delaware
July 10, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession