UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: American Home Mortgage Investment Corp.
Case No. 07-11048
Reporting Period: May 2008

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | X | | |
|    Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the related attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____                          7/8/2008
Signature of Authorized Individual*                      Date

Kevin Nystrom                                            Director of Restructuring
Printed Name of Authorized Individual                    Title of Authorized Individual

* Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager if debtor is a limited liability company.

**American Home Mortgage Investment Corp.**
**Case No. 07-11048**

NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtors' management and has not been audited or reviewed by independent registered public accountants. Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtors has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same. The Debtors reserve the right to amend the Monthly Operating Report as necessary or appropriate and expect to do so as new or additional information becomes available.

The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtors utilize a consolidated cash management system whereby American Home Mortgage Corp. makes certain disbursements on behalf of other Debtors. The accompanying Schedule of Cash Receipts and Disbursements reflects the specific Debtor and Debtor's account from which these disbursements occur. However, for the purposes of identifying disbursements used in calculating U.S. Trustee quarterly fees, these disbursements will be allocated to the beneficiary Debtor based upon the Operating Expenses contained in the Statement of Operations. These allocations are based upon the books and records maintained on a basis consistent with historical accounting practices, and are not intended to reflect a comprehensive allocation of overhead and operating expenses across Debtors and non-Debtor affiliates.

As of May 31, 2008, the Debtors have negative stockholders' equity and expect that holders of American Home Mortgage Investment Corp. equity securities will receive no disbursements of the debtor's estate with respect to any such equity shares held.

**American Home Mortgage Investment Corp.**
**Schedule of Cash Receipts and Disbursements**
**Case No. 07-11048**
**May 31, 2008**

|  | Operating | Payroll | Tax | Other | Total |
|---|---|---|---|---|---|
| | | **Bank Accounts** | | | **Total** |
| Cash Beginning of Month - (5/1/2008) | $ 165,194,878 | $ - | $ - | $ - | $ 165,194,878 |
| **Receipts:** | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable | | | | | |
| Sale of Assets | 114,826 | | | | |
| Loans and Advances | 1,415,943 | | | | |
| Administrative | | | | | |
| Net Payroll | | | | | |
| Other | | | | | |
| Transfers (From DIP Accounts) | 5,894,175 | | | | |
| Total Receipts: | 7,424,944 | - | - | - | 7,424,944 |
| **Disbursements:** | | | | | |
| Net Payroll | 1,537,406 | | | | |
| Payroll Taxes | | | | | |
| Sales, Use, & Other Taxes | | | | | |
| Loans and Advances | | | | | |
| Inventory Purchases | | | | | |
| Secured/Rental/Leases | | | | | |
| Insurance | | | | | |
| Administrative | 4,794,896 | | | | |
| Selling | | | | | |
| Other | 3,044,484 | | | | |
| Transfers (To DIP Accounts) | | | | | |
| Professional Fees | | | | | |
| U.S. Trustee Quarterly Fees | | | | | |
| Court Costs | | | | | |
| Total Disbursements: | 9,376,787 | - | - | - | 9,376,787 |
| **NET CASH FLOW** (Receipts less Disbursements) | | | | | (1,951,843) |
| Cash End of Month - (5/31/2008) | $ 163,243,035 | $ - | $ - | $ - | $ 163,243,035 |

| | |
|---|---|
| Total Disbursements | 9,376,787 |
| Less: Transfers to Debtor in Possession Accounts | (5,894,175) |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | 3,482,612 |

| | |
|---|---:|
| **American Home Mortgage Investment Corp.** | |
| **Account Reconciliation** | |
| **AHMIC Swap Pool Interest Payment Account** | |
| **GL Account # 10152** | |
| **Bank Account # 00-418-378** | |
| **May 31, 2008** | |
| **GL Balance:** | 29,133.22 |
| **Reconciling Items:** | |
| **Not Booked on General Ledger** | |
| **Subtotal Reconciling Items:** | 0.00 |
| **Adjusted General Ledger Balance:** | 29,133.22 |
| **Bank Balance:** | 29,133.22 |
| **Reconciling Items:** | |
| **Not on Bank Statement** | |
| **Subtotal Reconciling Items:** | 0.00 |
| **Adjusted Bank Balance:** | 29,133.22 |
| **Difference:** | 0.00 |

| American Home Mortgage Investment Corp. | | |
|---|---|---|
| Northfork AHMIC MM II Account | | |
| Northfork Bank | | |
| Account # 3124074224 | | |
| GL# 10273 | | |
| May 31, 2008 | | |
| General Ledger Balance: | | 45,402.93 |
| Bank Balance: | | 45,402.83 |
| Difference G/L vs. Bank | | 0.10 |
| Reconciling Items: | | |
| Total Account Difference: | | 0.10 |

| American Home Mortgage Investment Corp. |
|---|
| Account Reconciliation |
| Capital One (North Fork Bank) Account # 3124073044 |
| GL Account # 10275 |
| May 31, 2008 |

| | |
|---|---:|
| GL Balance: | 3,372,077.61 |
| | |
| Reconciling Items: | |
| 8/1/07-Payment from ML (Merrill Lynch) | 126,448.05 |
| GL Subtotal: | 3,498,525.66 |
| | |
| Bank Balance: | 3,498,526.11 |
| | |
| Difference: | (0.45) |

| American Home Mortgage Investment Corp. | | |
|---|---|---|
| Northfork Interest Bearing Account | | |
| Northfork Bank | | |
| Account # 3124073127 | | |
| GL# 10276 | | |
| May 31, 2008 | | |
| General Ledger Balance: | | 5,851,627.89 |
| Bank Balance: | | 5,851,627.89 |
| Difference G/L vs. Bank | | 0.00 |
| Reconciling Items: | | |
| Total Account Difference: | | 0.00 |

| American Home Mortgage Investment Corp. | | |
|---|---|---|
| AHMIC Miscellaneous Funds Escrow Account | | |
| Capital One Bank | | |
| Account # 7017039991 | | |
| GL# 10289 | | |
| May 31, 2008 | | |
| | | |
| General Ledger Balance: | | 2,729,089.57 |
| Bank Balance: | | 2,732,483.96 |
| | | |
| Difference G/L vs. Bank | | (3,394.39) |
| | | |
| Reconciling Items: | | |
| 6/3/08 Interest paid - (posted to GL in June) | | 3,394.39 |
| | | |
| Total Account Difference: | | (0.00) |

| American Home Mortgage Investment Corp. | | |
|---|---|---|
| AHMIC Calyon/Debtors Disputed P&I Escrow Account | | |
| Capital One Bank | | |
| Account # 7017040000 | | |
| GL# 10291 | | |
| May 31, 2008 | | |
| General Ledger Balance: | | 415,737.47 |
| Bank Balance: | | 416,378.52 |
| Difference G/L vs. Bank | | (641.05) |
| Reconciling Items: | | |
| 6/3/08 Interest paid - (posted to GL in June) | | 641.05 |
| Total Account Difference: | | (0.00) |

American Home Mortgage Investment Corp.
Net Disbursements
Case No. 07-11048
May 31, 2008

| Category | Acct Type | Acct | RefNbr | DrAmt | CrAmt | Net | TranDesc |
|---|---|---|---|---|---|---|---|
| Administrative | Operating | 10291 | | | 15.00 | (15.00) | Wire Trf Fee-A/C 7017040000 |
| Administrative | Operating | 10289 | | | 15.00 | (15.00) | Wire Trf Fee-A/C 7017039991 |
| Administrative | Operating | 10289 | | | 15.00 | (15.00) | Wire Trf Fee-A/C 7017039991 |
| Administrative | Operating | 10289 | | | 15.00 | (15.00) | Wire Trf Fee-A/C 7017039991 |
| Administrative | Operating | 10289 | | | 15.00 | (15.00) | Wire Trf Fee-A/C 7017039991 |
| Administrative | Operating | 10289 | | | 15.00 | (15.00) | Wire Trf Fee-A/C 7017039991 |
| Administrative | Operating | 10276 | | 15,945.19 | | 15,945.19 | Int Inc. NFBA/C 3124073127 |
| Administrative | Operating | 10275 | NF | | 762,503.02 | (762,503.02) | YOUNG CONAWAY -INTERIM FEE APP |
| Administrative | Operating | 10275 | NF | | 766,836.95 | (766,836.95) | YCST, 3/2008 fee application |
| Administrative | Operating | 10275 | NF | | 2,450.36 | (2,450.36) | Wire to Met Life-HR Benefit Pm |
| Administrative | Operating | 10275 | NF | | 75,022.00 | (75,022.00) | Wire to Hearthwood Constructio |
| Administrative | Operating | 10275 | NF | | 8,132.53 | (8,132.53) | Wire to First Reliance Standar |
| Administrative | Operating | 10275 | NF | | 471.46 | (471.46) | Wire to Columbia Mutual-HR Ben |
| Administrative | Operating | 10275 | NF | | 1,651.10 | (1,651.10) | Wire to Cassone Leasing |
| Administrative | Operating | 10275 | BANK FEE | | 3,442.39 | (3,442.39) | Wire to BONY-A/R# 0037772- |
| Administrative | Operating | 10275 | NF | | 278.13 | (278.13) | Wire to BCBS of Colorado-HR Be |
| Administrative | Operating | 10275 | NF | | 3,201.63 | (3,201.63) | Wire to ALIC Premium-HR Benefi |
| Administrative | Operating | 10275 | NF | | 332,569.56 | (332,569.56) | PHOENIX CAPITAL- FEE APP 8/07 |
| Administrative | Operating | 10275 | NF | | 162,827.00 | (162,827.00) | MILESTONE ADVISORS FEE APP 1/2 |
| Administrative | Operating | 10275 | NF | | 165,856.15 | (165,856.15) | MILESTONE ADVISORS FEE 12/07 |
| Administrative | Operating | 10275 | NF | | 728,608.23 | (728,608.23) | Kroll, 2/08 fee application |
| Administrative | Operating | 10275 | NF | | 619,795.87 | (619,795.87) | Epiq, invoices 3/08 & 4/08 |
| Administrative | Operating | 10275 | NF | | 97,484.20 | (97,484.20) | BDO DEIDMAN - FEE APP 2/08 |
| Administrative | Operating | 10275 | NF | | 712,287.00 | (712,287.00) | Am Corp Records Escrow |
| Administrative | Operating | 10275 | NF | | 155,602.10 | (155,602.10) | ALLEN AND OVERY -INTERIM FEE A |
| Administrative | Operating | 10275 | NF | | 217,442.15 | (217,442.15) | Allen & Overy, 3/2008 fee appl |
| Administrative | Operating | 10273 | | 5,710.19 | | 5,710.19 | Int Inc. NFBA/C 3124074224 |
| Net payroll | Operating | 10275 | NF | 104,973.73 | | 104,973.73 | Wire from AH Bank-Payroll Reim |
| Net payroll | Operating | 10275 | NF | 92,640.51 | | 92,640.51 | Wire from AH Bank Payroll-DHK |
| Net payroll | Operating | 10275 | NF | | 113,623.22 | (113,623.22) | Trf to BOFA Payroll Acct-Cover |
| Net payroll | Operating | 10275 | NF | | 286.31 | (286.31) | Trf to BOFA Payroll Acct-Cover |
| Net payroll | Operating | 10275 | NF | | 50,192.98 | (50,192.98) | Trf to BOFA Payroll Acct-Cover |
| Net payroll | Operating | 10275 | NF | | 74,231.91 | (74,231.91) | R4F Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | | 469,745.42 | (469,745.42) | R4F Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | | 491,643.13 | (491,643.13) | R4F Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | | 71.88 | (71.88) | EZV Taxi Wire to ADP Account a |
| Net payroll | Operating | 10275 | NF | | 2,296.74 | (2,296.74) | EZV Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | | 121,299.70 | (121,299.70) | DS2 Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | | 127,900.23 | (127,900.23) | DS2 Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | | 104,973.73 | (104,973.73) | DHK Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | | 92,640.50 | (92,640.50) | DHK Payroll Wire to ADP Accoun |
| Net payroll | Operating | 10275 | NF | 943.76 | | 943.76 | ADP Tax/Financial Services |
| Net payroll | Operating | 10275 | NF | 3,539.03 | | 3,539.03 | ADP Tax/Financial Services |
| Net payroll | Operating | 10275 | NF | | 1,221.92 | (1,221.92) | ADP Tax/Financial Services |
| Net payroll | Operating | 10275 | NF | | 1,001.84 | (1,001.84) | ADP Payroll Fees |

Page 1 of 2

American Home Mortgage Investment Corp.
Net Disbursements
Case No. 07-11048
May 31, 2008

| Category | Acct Type | Acct | RefNbr | DrAmt | CrAmt | Net | TranDesc |
|---|---|---|---|---|---|---|---|
| Net payroll | Operating | 10275 | NF | - | 414.50 | (414.50) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 4,024.01 | (4,024.01) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 8,146.88 | (8,146.88) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 454.77 | (454.77) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 8,146.88 | (8,146.88) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 342.60 | (342.60) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 383.28 | (383.28) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 618.20 | (618.20) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 665.57 | (665.57) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 7,055.98 | (7,055.98) | ADP Payroll Fees |
| Net payroll | Operating | 10275 | NF | - | 36,583.38 | (36,583.38) | 401K Payroll EE Contr & Loan P |
| Net payroll | Operating | 10275 | NF | - | 21,537.90 | (21,537.90) | 401K Payroll EE Contr & Loan P |
| Other | Operating | 10289 | | 871,915.44 | - | 871,915.44 | Calyon Sett. Stipulation |
| Other | Operating | 10289 | | 243,655.66 | - | 243,655.66 | Calyon Sett. Stipulation |
| Other | Operating | 10275 | NF | 471.00 | - | 471.00 | Wire Rejected |
| Other | Operating | 10275 | | 9,718.97 | - | 9,718.97 | Wire from wells fargo |
| Other | Operating | 10275 | | 1,920.23 | - | 1,920.23 | wire from wells fargo |
| Other | Operating | 10275 | NF | 231.81 | - | 231.81 | Wire from Northfork Bank |
| Other | Operating | 10275 | NF | 21.00 | - | 21.00 | Wire from BofA 39403-92901-clo |
| Other | Operating | 10275 | NF | 23,800.00 | - | 23,800.00 | Wire from Boot Sector Industr |
| Other | Operating | 10275 | | 54,519.08 | - | 54,519.08 | wire fr captial one brok acct |
| Other | Operating | 10275 | | 6,863.70 | - | 6,863.70 | wire fr captial one brok acct |
| Other | Operating | 10275 | NF | 155,342.71 | - | 155,342.71 | BOA a/c closeout |
| Other | Operating | 10275 | NF | 20.00 | - | 20.00 | BOA a/c closeout |
| Other | Operating | 10275 | NF | 2,134.97 | - | 2,134.97 | BOA a/c closeout |
| Other | Operating | 10275 | NF | 172,710.49 | - | 172,710.49 | BOA a/c closeout |
| Other | Operating | 10275 | NF | 6,287.03 | - | 6,287.03 | BOA a/c closeout |
| Other | Operating | 10275 | NF | 7,719.60 | - | 7,719.60 | BOA a/c closeout |
| Other | Operating | 10275 | NF | - | 154.91 | (154.91) | BOA a/c closeout |
| Other | Operating | 10275 | | 16,356.49 | - | 16,356.49 | AHM200701ASD1 05.25.08 |
| Other | Operating | 10275 | | 306,497.00 | - | 306,497.00 | AHM200701 P&I 05.25.08 |
| Other | Operating | 10275 | | 14,661.09 | - | 14,661.09 | AHM2005SD1 P&I 05.25.08 |
| Other | Operating | 10275 | | 2,402.21 | - | 2,402.21 | 02660THR7 P&I 05.25.08 |
| Other | Operating | 10275 | | 1,903.16 | - | 1,903.16 | 02660THQ9 P&I 05.25.08 |
| Other | Operating | 10275 | | 24,137.22 | - | 24,137.22 | 02660TAJ2 P&I 05.25.08 |
| Other | Operating | 10275 | | 1,113.04 | - | 1,113.04 | 02660TAJ2 P&I 05.25.08 |
| Other | Operating | 10273 | | - | 4,968,731.20 | (4,968,731.20) | Calyon Sett. Stipulation |
| Other | Operating | 10150 | | 20,736,073.90 | - | 20,736,073.90 | Reclass to DueTo/From |
| Other | Operating | 10150 | | 5,371.55 | - | 5,371.55 | 02660TAJ2 P&I 05.25.08 |
| Other | Operating | 10150 | | - | 20,741,445.45 | (20,741,445.45) | Reclass Neg Cash to Liab |
| Other | Operating | 10150 | | 17,994.65 | - | 17,994.65 | Reclass Negative Cash |
| Other | Operating | 10150 | | - | 17,994.65 | (17,994.65) | Reclass Negative Cash |
| | | | | 22,907,594.41 | 32,284,381.50 | (9,376,787.09) | |

**American Home Mortgage Investment Corp.**
**Case Number: 07-11048**
**Schedule Of Professional Fees And Expenses Paid**
**Reporting Period: May 1 through May 31, 2008**

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | | |

American Home Mortgage Investment Corp. - Case No. 07-11048
Parent-Only Statement of Income

| | Month Ended May 31, 2008 | August 6 through May 31, 2008 |
|---|---:|---:|
| **Net interest income:** | | |
| Interest income | $ 3,163,378 | $ 12,979,211 |
| Interest expense | - | (23,948) |
| Net interest income | 3,163,378 | 12,955,263 |
| Provision for loan losses | - | - |
| Net interest income after provision for loan losses | 3,163,378 | 12,955,263 |
| | | |
| **Non-interest income:** | | |
| Loss on mortgage loans | 13 | (529,980) |
| Loss on securities and derivatives | 586,832 | (93,701,672) |
| | | |
| Gain (loss) from subsidiaries | (15,676,439) | (727,776,148) |
| Other non-interest income | - | - |
| Non-interest income | (15,089,594) | (822,007,800) |
| | | |
| Data processing and communications | 2,968 | 11,876 |
| Professional fees | 17,017 | 71,443 |
| Other | - | 515,501 |
| Total expenses | 19,985 | 598,820 |
| | | |
| Loss before income taxes | (11,946,201) | (809,651,357) |
| Income taxes | - | - |
| Net loss | $ (11,946,201) | $ (809,651,357) |

**American Home Mortgage Investment Corp. - Case No. 07-11048**
**Schedule of Other Income and Other Expense**

| | Month Ended May 31, 2008 | August 6 through May 31, 2008 |
|---|---|---|
| **Other Expense:** | | |
| Licenses and Permits | $ - | $ 47,046 |
| Other Taxes and Tax Penalties | - | 4,386 |
| Other | - | 464,069 |
| Total other expense | $ - | $ 515,501 |

## American Home Mortgage Investment Corp. - Case No. 07-11048
### Parent-Only Statements of Financial Condition

| | 8/5/2007 | 5/31/2008 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 1,832,906 | $ 12,443,068 |
| Restricted cash | 150,799,967 | 150,799,967 |
| Accounts receivable | 2,861,619 | 3,700,171 |
| Intercompany receivable | 1,320,448,267 | 1,325,016,724 |
| Securities | 1,422,346,044 | 1,175,887,048 |
| Derivative assets | 17,769,854 | 5 |
| Investment in subsidiaries | (183,269,746) | (920,868,232) |
| Other assets | 11,876 | - |
| Total assets | $ 2,732,800,787 | $ 1,746,978,751 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Reverse repurchase agreements | $ 1,411,711,505 | $ 4,749,270 |
| Junior subordinated note | 180,416,000 | 180,416,000 |
| Derivative liabilities | 2,273,147 | 53,817,031 |
| Accrued expenses and other liabilities | 88,799,755 | 1,265,815,984 |
| Intercompany payable | 572,639,754 | 584,693,541 |
| Total liabilities | $ 2,255,840,161 | $ 2,089,491,826 |
| | | |
| **Stockholders' Equity:** | | |
| Preferred stock - Series A | $ 50,856,875 | $ 50,856,875 |
| Preferred stock - Series B | 83,183,125 | 83,183,125 |
| Common stock | 543,074 | 543,074 |
| Additional paid-in capital | 1,057,864,155 | 1,057,864,155 |
| Retained earnings | (715,486,603) | (1,534,960,304) |
| Other comprehensive loss | - | - |
| Total stockholders' equity | $ 476,960,626 | $ (342,513,075) |
| | | |
| Total liabilities and stockholders' equity | $ 2,732,800,787 | $ 1,746,978,751 |

**American Home Mortgage Investment Corp. - Case No. 07-11048**
**Statements of Other Assets and Other Liabilities**

| | 8/5/2007 | 5/31/2008 |
|---|---|---|
| Other Assets: | | |
| Prepaid expenses | $ 11,876 | $ - |
| Total Other Assets | $ 11,876 | $ - |
| | | |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 4,033,799 | $ 3,933,798 |
| Accrued interest payable - repo payable | 3,768,482 | - |
| Payable for matured repos | 39,688,298 | 1,220,573,010 |
| Dividends payable | 41,309,176 | 41,309,176 |
| Minority interest | - | - |
| Total Accrued expenses and other liabilities | $ 88,799,755 | $ 1,265,815,984 |

**American Home Mortgage Investment Corp.**
**Case Number: 07-11048**
**Status Of Postpetition Taxes**
**Reporting Period: May 1 through May 31, 2008**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: Income/Franchise | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

**Summary Of Unpaid Postpetition Debts**

| | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**American Home Mortgage Investment Corp.**
**Accounts Receivable Reconciliation and Aging**
Case No. 07-11048
May 31, 2008

|  | Total |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period - 4/30/2008 | 3,700,171 |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period - 5/31/2008 | $ 3,700,171 |

| Accounts Receivable Aging: | Total |
|---|---|
| 0 - 30 days old | - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | 3,700,171 |
| Total Accounts Receivable | 3,700,171 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | $ 3,700,171 |

### Debtor Questionnaire

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, please provide an explanation below. |  | X |
| 3. Have all post petition tax returns been filed timely? If yes, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account (s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X |  |

| Bank | Account Name | Date Opened |
|---|---|---|
| Capital One | AHMIC Funds Escrow | 5/15/2008 |
| Capital One | AHMIC Calyon Disputed PI | 5/15/2008 |