IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                              :  Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :  Jointly Administered
       Debtors.                                     :
                                                    :  Ref. Docket No. 4783
------------------------------------------------------------- x
```

### DEBTORS' RESERVATION OF RIGHTS AS TO MOTION OF MARK WATSON AND KELLY WATSON FOR LEAVE TO FILE LATE CLAIM BY REASON OF EXCUSABLE NEGLECT [DOCKET NO. 4783]

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this reservation of rights (the "Reservation of Rights") with respect to the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim By Reason of Excusable Neglect [Docket No. 4783] (the "Motion"). By the Motion, Mark Watson and Kelly Watson are seeking an order granting them leave to file a proof of claim pursuant to Rules 3003(c)(3) and 9006(b) of the Federal Rules of Bankruptcy Procedure.

The Debtors do not oppose the Motion or object to the relief requested. However, the Debtors do not agree with many of the allegations and statements contained in the Motion. Accordingly, the Debtors' decision to not oppose the Motion shall not be construed to be an admission by the Debtors of any statement or allegation made in the Motion.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

The Debtors have reviewed the proposed form of order attached to the Motion (the "Proposed Order") and note that nothing in the Proposed Order affects any rights, objections or defenses that the Debtors may have with respect to the Proofs of Claim.  The Debtors reserve all rights with respect to the Proofs of Claim, including, but not limited to, any and all objections and defenses.

Dated:    Wilmington, Delaware
          July 10, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              Nathan D. Grow (No. 5014)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession

DB02:6967256.1                                                    066585.1001