Form **W-9**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give form to the requester.
Do not send to the IRS.

Name
Phyllis Valenzuela

Business name, if different from above

Check appropriate box: [X] Individual/Sole proprietor [ ] Corporation [ ] Partnership [ ] Other ▶ _____    [ ] Exempt from backup withholding

Address (number, street, and apt. or suite no.)
████████████

City, state, and ZIP code
████████████

Requester's name and address (optional)
American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
Melville, NY  11747

List account number(s) here (optional)

**Part I  Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Note: If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number
████████  04

Employer identification number

**Part II  Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here    Signature of U.S. person ▶ _____    Date ▶ _____

**Purpose of Form**

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-8. See Pub. 515 Withholding of Tax on Nonresident Aliens and Foreign Entities.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

What is backup withholding? Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding."

Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate Instructions for the Requester of Form W-9.

**Penalties**

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

®
VMP MORTGAGE FORMS - (800)521-7291    Form **W-9**   (Rev. 1-2002)

DOC #:65701  APPL #:0000898255

Page 1 of 2

U481 0202.01



Form W-9 (Rev. 1-2007)

## Specific Instructions

**Name.** If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first and then circle the name of the person or entity whose number you enter in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulation section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line.

**Other entities.** Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

**Exempt from backup withholding.** If you are exempt, enter your name as described above, then check the "Exempt from backup withholding" box in the following the business name, sign and date the form.

Individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. For more information on exempt payers, see the Instructions for the Requester of Form W-9.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

## Part I - Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box.

If you are a resident alien and you do not have, and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are an LLC that is disregarded as an entity separate from its owner (see Limited Liability Company (LLC) above), and are owned by an individual, enter your SSN (or "pre-LLC" EIN, if desired). If the owner of a disregarded LLC is a corporation, partnership, etc., enter the owner's EIN.

**Note.** See the chart on this page for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office. Get Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can get Forms W-7 and SS-4 from the IRS by calling 1-800-TAX-FORM (1-800-829-3676) or from the IRS Web Site at www.irs.gov.

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.

## Part II - Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 3, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see Exempt from backup withholding above.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

1. **Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. **Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

4. **Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. **Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA or Archer MSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to give your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA or Archer MSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 30% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "DBA" name. You may use either your SSN or EIN (if you have one).

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

# SIGNATURE/NAME AFFIDAVIT

DATE:    June 23, 2005

LOAN #:    ███████

BORROWER:    Elvin Valenzuela & Phyllis Valenzuela

THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW.
(This signature must exactly match signatures on the Note and Mortgage or Deed of Trust.)

_____ Elvin Valenzuela _____      _____
(Print or Type Name)                        Signature

_____ Phyllis Valenzuela _____    _____
(Print or Type Name)                        Signature

_____      _____
(Print or Type Name)                        Signature

_____      _____
(Print or Type Name)                        Signature

(If applicable, complete the following.)

I AM ALSO KNOWN AS:

_____      _____
(Print or Type Name)                        Signature

_____      _____
(Print or Type Name)                        Signature

_____      _____
(Print or Type Name)                        Signature

_____      _____
(Print or Type Name)                        Signature

and that                                            are one
and the same person.

Subscribed and sworn (affirmed) before me
this           day of              ,

_____
Notary Public in and for

the State of
County of

My Commission Expires:

⌐₂₃₂-304  (9102)        VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291        1/91

Doc #: 062701

## Borrower's Certification & Authorization

### Certification

The undersigned certify the following:

1. I/We have applied for a mortgage loan from      American Home Mortgage Acceptance, Inc.
   *(lender)* . In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information.

2. I/We understand and agree that      American Home Mortgage Acceptance, Inc.
   *(lender)* reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

### Authorization to Release Information

To Whom It May Concern:

1. I/We have applied for a mortgage loan from      American Home Mortgage Acceptance, Inc.
   *(lender)* . As part of the application process,
   American Home Mortgage Acceptance, Inc.                                                    *(lender)*
   may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to      American Home Mortgage Acceptance, Inc.
   *(lender)* , and to any investor to whom
   American Home Mortgage Acceptance, Inc.                           *(lender)* may sell my/our mortgage,
   any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history; and copies of income tax returns.

3. American Home Mortgage Acceptance, Inc.
   *(lender)* or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

5. Your prompt reply to      American Home Mortgage Acceptance, Inc.
   *(lender)* or the investor that purchased the mortgage is appreciated.

**NOTICE TO BORROWERS:** This is notice to you as required by the Right to Financial Privacy Act of 1978 that HUD/FHA has a right of access to financial records held by financial institutions in connection with the consideration or administration of assistance to you. Financial records involving your transaction will be available to HUD/FHA without further notice or authorization but will not be disclosed or released by this institution to another Government Agency or Department without your consent except as required or permitted by law.

Date: _____

_____        _____
Elvin Valenzuela            (Borrower's Signature)                   (Social Security Number)

_____        _____
Phyllis Valenzuela          (Borrower's Signature)                   (Social Security Number)

DOC  #:065401    Image:1050

J

# OCCUPANCY  AGREEMENT

DATE:    June 23, 2005
BORROWER:    Elvin Valenzuela
              Phyllis Valenzuela

LOAN #:
PROPERTY ADDRESS:

   The undersigned Borrower(s) of the above captioned property understand that one of the conditions of the loan is that Borrower(s) occupy the subject property and Borrower(s) do hereby certify as follows:

   1. Borrower intends to occupy the property as Borrower's primary residence.

   2. Borrower intends to occupy the property during the 12 month period immediately following the loan closing as the primary residence of the Borrower (i.e., the property will be "owner occupied").

   3. If Borrower's intention changes prior to the loan closing, Borrower agrees to notify Lender immediately of that fact.

   4. Borrower understands that Lender may not make the loan in connection with subject property without this Occupancy Agreement.

   5. Borrower acknowledges Lender has relied upon the Borrower's representation of occupancy in securing said loan, the interest rate or funding said loan.

THE UNDERSIGNED BORROWER(S) ACKNOWLEDGES AND AGREES THAT:

   1. ANY MISREPRESENTATION OF OCCUPANCY BY BORROWER(S);

   2. BORROWER(S) FAILURE TO OCCUPY THE PROPERTY AS THE PRIMARY RESIDENCE (i.e. OWNER-OCCUPIED) DURING THE 12 MONTH PERIOD FOLLOWING THE LOAN CLOSING;

SHALL CONSTITUTE A DEFAULT UNDER THE NOTE AND SECURITY INSTRUMENT EXECUTED IN CONNECTION WITH SAID LOAN AND, UPON THE OCCURRENCE OF SAID DEFAULT, THE WHOLE SUM OF PRINCIPAL AND INTEREST PAYABLE PURSUANT TO SAID NOTE PLUS COSTS AND FEES SHALL BECOME IMMEDIATELY DUE AT THE OPTION OF THE HOLDER THEREOF AND/OR LENDER MAY ADJUST THE INTEREST RATE TO BE EQUIVALENT TO THAT OF A NON-OWNER OCCUPIED LOAN.

   Borrower(s) understand that it is a Federal Crime punishable by fine or imprisonment or both to knowingly make any false statement concerning any of the above facts, as applicable under the provisions of Title 18 U.S.C., Sec. 1014.

   I declare that the foregoing Agreement is true and correct and agree to said terms of Agreement allowing Lender discretion to call loan due and/or adjust the interest rate based upon any misrepresentation of occupancy.

| | |
|---|---|
| Borrower  Elvin Valenzuela          Date | Borrower  Phyllis Valenzuela          Date |
| Borrower          Date | Borrower          Date |

-599 (9008).03          VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291          8/90

NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z
NOTICE OF RIGHT TO RESCIND (GENERAL)

### NOTICE OF RIGHT TO CANCEL

_____Conventional_____   ACCOUNT NO. 
(Identification of Transaction)

**1. Your Right to Cancel**

You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1)   The date of the transaction, which is                                        ; or
(2)   The date you received your Truth in Lending disclosures; or
(3)   The date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
American Home Mortgage
520 Broadhollow Road
Melville, NY 11747  Attn. Mail Stop 800

You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of
_____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                          DATE

The undersigned each acknowledge receipt of two copies of NOTICE of <u>RIGHT TO CANCEL and one copy</u> of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____          _____
BORROWER/OWNER   Elvin Valenzuela          DATE          BORROWER/OWNER                                    DATE

_____          _____
BORROWER/OWNER                                    DATE          BORROWER/OWNER                                    DATE

DOC #:942349                          APPL #:0000898255
~-68 (9712)          DIC1 9712.02          12/97
VMP MORTGAGE FORMS - (800)521-7291



**NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z**
**NOTICE OF RIGHT TO RESCIND (GENERAL)**

**NOTICE OF RIGHT TO CANCEL**

Conventional                                                ACCOUNT NO. ██████████
(Identification of Transaction)

**1. Your Right to Cancel**

You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1)  The date of the transaction, which is                                          ; or
(2)  The date you received your Truth in Lending disclosures; or
(3)  The date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
American Home Mortgage
520 Broadhollow Road
Melville, NY 11747  Attn. Mail Stop 800

You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____                    _____
SIGNATURE                                                                DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____          _____          _____          _____
BORROWER/OWNER  Elvin Valenzuela          DATE            BORROWER/OWNER                                    DATE

_____          _____          _____          _____
BORROWER/OWNER                                    DATE            BORROWER/OWNER                                    DATE

DOC #:942349                              APPL #:0000898255
-68 (9702)          UN31 3717.02          12/97
VMP MORTGAGE FORMS - (800)521-7291

**NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z**
**NOTICE OF RIGHT TO RESCIND (GENERAL)**

**NOTICE OF RIGHT TO CANCEL**

_____Conventional_____                    ACCOUNT NO. 
(Identification of Transaction)

**1. Your Right to Cancel**

> You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:
>
> (1)  The date of the transaction, which is                                    ; or
> (2)  The date you received your Truth in Lending disclosures; or
> (3)  The date you received this notice of your right to cancel.
>
> If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
>
> You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

> If you decide to cancel this transaction, you may do so by notifying us in writing, at:
>
>                 American Home Mortgage
>                 520 Broadhollow Road
>                 Melville, NY 11747  Attn. Mail Stop 800
>
> You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.
>
> If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
>
> **I WISH TO CANCEL**
>
> _____          _____
> SIGNATURE                                          DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____          _____          _____          _____
BORROWER/OWNER  Phyllis Valenzuela        DATE             BORROWER/OWNER                            DATE


_____          _____          _____          _____
BORROWER/OWNER                            DATE             BORROWER/OWNER                            DATE

DOC #:942349                     APPL #:0000898255
-68 (9712)     UC31 9712.02         12/97
VMP MORTGAGE FORMS - (800)521-7291

**NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z**
**NOTICE OF RIGHT TO RESCIND (GENERAL)**

**NOTICE OF RIGHT TO CANCEL**

Conventional                              ACCOUNT NO. 
(Identification of Transaction)

**1. Your Right to Cancel**

You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1)    The date of the transaction, which is                                    ; or
(2)    The date you received your Truth in Lending disclosures; or
(3)    The date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
American Home Mortgage
520 Broadhollow Road
Melville, NY 11747 Attn. Mail Stop 800

You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of
_____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____            _____
SIGNATURE                                     DATE

The undersigned each acknowledge receipt of two copies of NOTICE of <u>RIGHT TO CANCEL and one copy</u> of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____            _____
BORROWER/OWNER  Elvin Valenzuela    DATE        BORROWER/OWNER                 DATE

_____            _____
BORROWER/OWNER                      DATE        BORROWER/OWNER                 DATE

DOC #:942349                    APPL #:0000898255
-68  (0112)    UM31  9712.02    12/97
VMP MORTGAGE FORMS - (800)521-7291

**NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z**
**NOTICE OF RIGHT TO RESCIND (GENERAL)**

**NOTICE OF RIGHT TO CANCEL**

Conventional                                    ACCOUNT NO. ████████████
(Identification of Transaction)

**1. Your Right to Cancel**

You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

    (1)   The date of the transaction, which is                                    ; or
    (2)   The date you received your Truth in Lending disclosures; or
    (3)   The date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
    American Home Mortgage
    520 Broadhollow Road
    Melville, NY 11747 Attn. Mail Stop 800

You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of
    (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                        DATE

The undersigned each acknowledge receipt of two copies of NOTICE of <u>RIGHT TO CANCEL and one copy</u> of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____    _____    _____    _____
BORROWER/OWNER   Phyllis Valenzuela   DATE    BORROWER/OWNER                          DATE

_____    _____    _____    _____
BORROWER/OWNER                          DATE    BORROWER/OWNER                          DATE

DOC #:942349
~-68 (9712)    UK31 9712.02
VMP MORTGAGE FORMS - (800)521-7291

APPL #:0000898255
12/97

# TAX INFORMATION SHEET

Application Number: 0000880255      BORROWER(S): Elvin Valenzuela, Phyllis Valenzuela
PROPERTY ADDRESS:

| Tax Information: | Total annual total tax: | Last installment paid date: | Next installment due date: |
|---|---|---|---|

County Property Taxes        03/01/05        11/01/05

**Tax authorities - List the name and address for the taxing authority for each:**

County Property Taxes

Name of Collector _____

Address _____

_____

Name of Collector _____      Name of Collector _____

Address _____      Address _____

_____      Tax ID Number/Parcel #/Apn#: _____

Section:

Block:

Lot:  102

**Closing Agents Certification: I certify that all taxes due within 60 days of closing will be paid by the closing agent or attorney.**

Closing Agent: _____    Date: _____

Document No. 860035/(11/00)

# RESPA SERVICING DISCLOSURE

Lender: American Home Mortgage Acceptance, Inc.
       1500 W. Shaw Avenue, Suite 403
       Fresno, CA  93711

**NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.**

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2601 et seq.) you have certain rights under that Federal law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. ``Servicing'' refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

**Transfer Practices and Requirements**

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you, upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect call telephone number of the new servicer, and toll-free or collect call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

**Complaint Resolution**

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights, *whether or not your loan servicing is transferred.* If you send a ``qualified written request'' to your servicer, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A ``qualified written request'' is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, or must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

**Damages and Costs**

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

**Servicing Transfer Estimates**

1. The following is the best estimate of what will happen to the _____ servicing of your mortgage loan:

[X] We may assign, sell or transfer the servicing of your loan while the loan is outstanding. We [X] are able to service your loan and we [ ] will [ ] will not [X] haven't decided whether to service your loan.

**OR**

[ ] We do not service mortgage loans, [ ] and we have not serviced mortgage loans in the past three years. We [ ] presently intend to assign, sell or transfer the servicing of your mortgage loan. You will be informed about your servicer.

[ ] We assign, sell or transfer the servicing of some of our loans while the loan is outstanding depending on the type of loan and other factors. For the program you have applied for, we expect to:

[ ] sell all of the mortgage servicing     [ ] retain all of the mortgage servicing
[ ] assign, sell or transfer _____ % of the mortgage servicing

2. For all the first lien mortgage loans that we make in the 12-month period after your mortgage loan is funded, we estimate that the percentage of mortgage loans for which we will transfer servicing is:

_____ [0 to 25%] or [NONE]     X   26 to 50%     _____ 51 to 75%     _____ [76 to 100%] or [ALL]

This estimate [ ] does [X] does not include assignments, sales or transfers to affiliates or subsidiaries. This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.

3. [ ] We have previously assigned, sold, or transferred the servicing of federally related mortgage loans.

**OR**

[X] This is our record of transferring the servicing of the first lien mortgage loans we have made in the past:

| Year | Percentage of Loans Transferred | (Rounded to nearest quartile - 0%, 25%, 50%, 75%, or 100%) |
|------|--------------------------------|------------------------------------------------------------|
| 2002 | 75%-100% % | |
| 2003 | 75%-100% % | |
| 2004 | 50%-75% % | |

This information [ ] does [X] does not include assignments, sales or transfers to affiliates or subsidiaries.

June 12, 2005                          American Home Mortgage Acceptance, Inc.
Date                                                      Present Servicer or Lender

**ACKNOWLEDGMENT OF MORTGAGE LOAN APPLICANT**

I/We have read this disclosure form, and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgment is a required part of the mortgage loan application.

Applicant   Elvin Valenzuela        Date        Applicant   Phyllis Valenzuela        Date

Applicant                           Date        Applicant                             Date

### TAX ESCROW ACCOUNT DESIGNATION OF
### MORTGAGE INVESTING INSTITUTION
### TO RECEIVE TAX BILLS

I designate the Bank or other Mortgage Investing Institution(s) listed below, its successors and assigns to receive all tax bills for my real property (described below) for so long as the real property tax escrow account now being established shall remain in effect.

(1) BORROWER(S):

Elvin Valenzuela
Phyllis Valenzuela

(2) PROPERTY ADDRESS:

(3) Section, Block, and Lot:  ,  , 102

(4) Mailing Address (If different from #2 above):

_____

(5) Signatures:

DATED:

_____
Elvin Valenzuela

_____
Phyllis Valenzuela

(6) Mortgage Investing Institution:

Document No. 960901/(9/97)

## TEMPORARY MORTGAGE PAYMENT COUPONS

Application Number: ███████████

Due Date: December 1, 2005

Amount Due:                    $1,270.40

Remit to:
> American Home Mortgage Servicing, Inc.
> ATT: Payment Processing
> PO Box 660029
> Dallas, TX 75266-0029
> Customer Service:   1-877-304-3100

-----------------------------------------------------------------
(Cut along dotted line above)

Application Number: ███████████

Due Date: January 1, 2006

Amount Due:                         $1,270.40

Remit to:
> American Home Mortgage Servicing, Inc.
> ATT: Payment Processing
> PO Box 660029
> Dallas, TX 75266-0029
> Customer Service:   1-877-304-3100

-----------------------------------------------------------------
(Cut along dotted line above)
(Cut along dotted line above)

Application Number: ███████████

Due Date: February 1, 2006

Amount Due:                         $1,270.40

Remit to:    American Home Mortgage Servicing, Inc.
> ATT: Payment Processing
> PO Box 660029
> Dallas, TX 75266-0029
> Customer Service:   1-877-304-3100

-----------------------------------------------------------------
(Cut along dotted line above)

Application Number: ███████████
Due Date: March 1, 2006
Amount Due:                         $1,270.40
Remit to:
> American Home Mortgage Servicing, Inc.
> ATT: Payment Processing
> PO Box 660029
> Dallas, TX 75266-0029
> Customer Service:   1-877-304-3100

-----------------------------------------------------------------
(Cut along dotted line above)

Application Number: ███████████
Due Date: April 1, 2006
Amount Due:                         $1,270.40
Remit to:
> American Home Mortgage Servicing, Inc.
> ATT: Payment Processing
> PO Box 660029
> Dallas, TX 75266-0029
> Customer Service:   1-877-304-3100

-----------------------------------------------------------------
(Cut along dotted line above)

Document No. 961502/(10/00)

American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
Melville , NY  11747

**MONTHLY PAYMENT INFORMATION LETTER**

Application Number: 

BORROWER(S):
Elvin Valenzuela,  Phyllis Valenzuela
PROPERTY ADDRESS:

Dear Borrower(s):

We wish to congratulate you on the purchase/refinance of your residence and
sincerely hope that you will enjoy the many benefits of home ownership.

In accordance with the terms of the Note and Mortgage, your first monthly
payment is due on the 1st of every month.  Your payments should be mailed to
the Bank at the following address:

    American Home Mortgage Servicing, Inc.
    ATT: Payment Processing
    PO Box 660029
    Dallas, TX 75266-0029

During the term of your loan you may expect the amount of your monthly payment
to fluctuate because of changing requirements for taxes, insurance and
assessments.  Your payment must be received by the Bank prior to the 16th of
each month in order to avoid a late charge.  At present and until further
notice, your monthly payment is as follows:

PRINCIPAL AND INTEREST:

MONTHLY ESCROW DEPOSITS:
Real Estate Taxes
Fire Insurance

TOTAL MONTHLY ESCROW:

TOTAL MONTHLY PAYMENT:

In case you do not receive the regular monthly coupons before your first
payment is due, kindly use one of the enclosed temporary coupons when making
that payment.  Should you have any questions regarding your payment please
contact the Customer Service Department at (877) 304-3100, please reference
your loan number,

Document No. 961101/(01/00)

## CALIFORNIA PER DIEM INTEREST DISCLOSURE

Lender:    American Home Mortgage Acceptance, Inc.
           538 Broadhollow Road, Melville, NY  11747

Borrower(s): Elvin Valenzuela, Phyllis Valenzuela

Property Address: ██████████████████

In this disclosure, the terms "I," "me," and "my" mean the above-named borrower(s), and the terms "you" and "your" mean the above-named Lender.

I understand and acknowledge that pursuant to applicable California law:

- You may not commence to accrue, and I will not be required to pay, per diem interest on my loan on a day that is more than one (1) day prior to recording of the mortgage or deed of trust securing repayment of my loan (the "Security Instrument").
- Notwithstanding the foregoing, I may request that you arrange for the recording of the Security Instrument on a Monday or on a day immediately following a bank holiday.
- If you agree to my request to arrange for the recording of the Security Instrument on a Monday or on a day immediately following a bank holiday:

  I.   per diem interest will commence to accrue on the business day immediately preceding the day of recording;
  II.  This may result in additional per diem interest charges that I will be required to pay; and
  III. You must disclose to me in writing (1) the amount of additional per diem interest charge to accommodate recording on a Monday or on a day immediately following a bank holiday, and (2) that it may be possible to avoid the additional per diem charge by recording the Security Instrument on a day immediately following a business day.

My choice is indicated below:

☐    Please arrange for the recording of the Security Instrument on a day immediately following a business day.

☐    Please arrange for the recording of the Security Instrument on _____, a date that is either a Monday or a day immediately following a bank holiday. I understand that in order to accommodate recording on that date, I will be charged, and I agree to pay, additional per diem interest for _____ days at $8.19 per day, for a total additional per diem interest charge of $ _____. I also understand that it may be possible to avoid this additional per diem interest charge by recording the Security Instrument on a day immediately following a business day.

By signing below, I acknowledge that I have received and read this disclosure. This disclosure is neither a contract nor a commitment to lend.

| | | |
|---|---|---|
| Elvin Valenzuela _____ Date | | Phyllis Valenzuela _____ Date |
| _____ Date | | _____ Date |

Doc # 942893/ Image: CAPDID.prn ████████████

## DISCLOSURE OF CREDIT SCORE INFORMATION

| Borrower Name:<br>Elvin Valenzuela | Lender:<br>American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, NY  11747 |
|---|---|
| Property Address: | Date:<br>June 12, 2005 |

We are providing the following credit score information in connection with your loan application.

| Credit Score Provider | Experian<br>P.O. Box 2002<br>Allen, TX 75013<br>1-888-397-3742 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374<br>1-800-685-1111 | Trans Union<br>P.O. Box 4000<br>Chester, PA 19016<br>1-866-887-2673 |
|---|---|---|---|
| Current/Most Recent Credit Score | | | |
| Key Factors Adversely Affecting Score | | 14 - Length of time accounts have been established<br>28 - Number of accounts established<br>08 - Number of recent inquiries<br>10 - Proportion of balance to high credit on bank revolving or all revolving accounts | |
| Range of Possible Credit Scores | | | |
| Date of Credit Score | | June 12, 2005 | |

VMP-139 (0411)    DX31 0106.01    VMP Mortgage Solutions, Inc. (800)521-7291    11/04
DOC #:943696    APPL #:0000898255




# CREDIT SCORE NOTICE

| | |
|---|---|
| **Borrower Name(s):**<br>Elvin Valenzuela, Phyllis Valenzuela | **Lender:**<br>American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| | **Date:**<br>June 12, 2005 |

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

One or more of the following consumer reporting agencies will provide the credit score:

| **Experian** | **Equifax Credit Information Services** | **Trans Union** |
|---|---|---|
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 4000 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19016 |
| 1-888-397-3742 | 1-800-685-1111 | 1-866-887-2673 |

Your acknowledgment below signifies that this written notice was provided to you.

| | | | |
|---|---|---|---|
| Borrower  Elvin Valenzuela | Date | Borrower  Phyllis Valenzuela | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

DOC #:335141

VMP-340 (0410)    VMS1 0410    VMP Mortgage Solutions, Inc. (800)521-7291    10/04



## EQUAL CREDIT OPPORTUNITY ACT NOTICE
### Applicable to All States

The Federal Equal Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this is Federal Trade Commission, 11000 Wilshire Boulevard, Suite 13209, Los Angeles, CA 90024.

### ACKNOWLEDGMENT OF RECEIPT

I/We received a copy of this notice.

| Borrower's Signature | Date | Borrower's Signature | Date |
|---|---|---|---|
| Borrower's Signature | Date | Borrower's Signature | Date |

## CALIFORNIA FAIR LENDING NOTICE
### Applicable to California Properties Only

### THE HOUSING FINANCIAL DISCRIMINATION ACT OF 1977
### STATE OF CALIFORNIA

It is illegal to discriminate in the provision of or in the availability of financial assistance because of the consideration of:

1. Trends, characteristics or conditions in the neighborhood or geographic area surrounding a housing accommodation, unless the financial institution can demonstrate in the particular case that such consideration is required to avoid an unsafe and unsound business practice; or

2. Race, color, religion, sex, marital status, national origin or ancestry.

It is illegal to consider the racial, ethnic, religious or national origin composition of a neighborhood or geographic area surrounding a housing accommodation or whether or not such composition is undergoing change, or is expected to undergo change, in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

These provisions govern financial assistance for the purpose of the purchase, construction, rehabilitation or refinancing of one-to-four unit family residences occupied by the owner and for the purpose of the home improvement of any one-to-four unit family residence.

If you have any questions about your rights, or if you wish to file a complaint, contact the management of this financial institution or:

Department of Corporations
320 West 4th Street, Suite 750
Los Angeles, CA 90013-1105

**Notice to California Applicants: A married applicant may apply for an individual account.**

Doc # 941339 / CAECOAFL / CA Fair Lending Notice    App#: 0000898255

## OCCUPANCY CERTIFICATION

DATE: JUNE 12, 2005
APPLICANT (S): ELVIN VALENZUELA
               PHYLLIS VALENZUELA

APPLICATION NUMBER 
ADDRESS:

Gentleman:

The undersigned, having applied for a loan to be secured by a Mortgage or Deed of Trust on the referenced property, certifies as follows (check one):

_____A.  PRINCIPAL RESIDENCE:  The property will be occupied by me/us as our primary residence.

_____B.  SECOND HOME: The property will be a second home used in addition to my/our primary residence(s).  Any rental income from the property may not be used to qualify for the mortgage application.

_____C.  INVESTMENT PROPERTY:  This property will not be occupied by me/us and will be considered strictly an investor unit.

I/We fully understand that this certification is made for the purpose of determining eligibility, the applicable interest rate, and fees associated with this loan. I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false insured or guaranteed loans under the provisions of Title 18, United States Code, Section 1014.

Date: _____        Applicant: _____

Date: _____        Co-Applicant: _____

Date: _____        Co-Applicant: _____

Date: _____        Co-Applicant: _____

Loan No: 121901608



Elvin VALENZUELA

Date:     August 11, 2005

Borrower:   Elvin VALENZUELA

Address:         ██████████████████

RE: Application #

Dear Valued Customer(s):

Your mortgage broker/lender,   Central Valley Mortgage Inc

has submitted your loan application to IndyMac Bank, F.S.B. to make a credit decision on your loan application. In connection with your loan application, we are enclosing the documents below which are marked with an 'X' . Some of these documents require you to complete them by signing and dating the document and returning in the enclosed self-addressed, stamped envelope. We appreciate your quick response to returning the necessary documents so that we may complete your loan application. Please read the following instructions for each document provided:

## DOCUMENTS REQUIRING ACTION:

[X]    PRIVACY POLICY DISCLOSURE STATEMENT: This document provides our policy with respect to your private personal financial information. Please retain this Disclosure for your records.

[X]    APPRAISAL DISCLOSURE: This document explains your rights to receive a copy of the appraisal report for the property which is the subject of the loan request. There are two copies enclosed. Please have ALL applicants sign and date this disclosure. Return the completed disclosure and keep one copy for your records.

[ ]    RESPA SERVICING DISCLOSURE: This document explains your rights if the servicing of your loan is transferred to another company. There are two copies enclosed. Please have ALL applicants sign and date this disclosure. Return the completed disclosure and keep one copy for your records.

[X]    ADJUSTABLE RATE MORTGAGE, BALLOON OR HOME EQUITY LINE OF CREDIT PROGRAM DISCLOSURE: This document provides information on the Adjustable Rate Mortgage or Home Equity Line of Credit program you have selected. There are two copies enclosed. Please have ALL applicants sign and date this disclosure. Return the completed disclosure and keep one copy for your records.

[X]    DISCLOSURE NOTICE: This document provides information to you regarding insurance and other items. Please have ALL applicants sign and date this document. Return completed document and keep one copy for your records.

[ ]    ESCROW ACCOUNT DISCLOSURE: This document provides information on Escrow/Impound Accounts. Please complete and have ALL applicants sign and date this document. Return completed document and keep one copy for your records.

[ ]    FLOOD INSURANCE DISCLOSURE: This document provides flood insurance information. It also gives you notice that your property is in a Special Flood Hazard Area and you need to obtain flood insurance coverage. Please have all applicants sign and date this document. Return the completed document and keep one copy for your records.

[X]    BORROWER DATE OF FUNDING REQUEST: This document provides information regarding the interest on your loan . Please have all applicants sign and date this document. Return the completed document and keep one copy for your records. (CA)

[ ]    NOTICE CONCERNING EXTENSIONS OF CREDIT: This notice contains important information regarding Texas Cash Out loans. Please have all applicants sign and date this document. Return the completed document and keep one copy for your records.

[ ]    NOTICE OF INTENT TO APPLY FOR JOINT CREDIT: This notice acknowledges your intent to apply for joint credit.

## DOCUMENTS WITH NO ACTION REQUIRED:

[ ]    DEFINITION OF TRUTH-IN-LENDING TERMS: This document provides definitions to the terms used in the Truth-in-Lending Statement (NOTICE TO CUSTOMER REQUIRED BY LAW AND FEDERAL RESERVE REGULATION Z). Please retain this document for your records.

[ ]    TRUTH-IN-LENDING STATEMENT (NOTICE TO CUSTOMER REQUIRED BY LAW AND FEDERAL RESERVE REGULATION Z): This disclosure provides information on the cost of the loan over the life of the loan. Please retain this document for your records.

[ ]    GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES: This disclosure provides information on the cost of obtaining the loan. Please retain this document for your records.

[ ]    REQUIRED SERVICE PROVIDER NOTICE: This disclosure provides information on service providers used in connection with your loan application. Please retain this disclosure for your records.

[ ]    DISCLOSURE OF CANCELLATION OF PRIVATE MORTGAGE INSURANCE/LENDER PAID MORTGAGE INSURANCE/SELF-INSURANCE BY LENDER AND/OR PRIVATE MORTGAGE INSURANCE DISCLOSURE. These disclosures provide information regarding your rights with respect to the cancellation of mortgage insurance. Please retain this Disclosure for your records.

[X]    ANTI-PREDATORY LENDING DISCLOSURE: This Disclosure provides information regarding No Income Verification Loans, Cash Out or Prepayment features you may have selected on your loan. Please retain this Disclosure for your records.

[ ]    DISCOUNT POINT DISCLOSURE: This disclosures describes the option to pay additional discount points to obtain a lesser interest rate. Please retain this disclosure for your records. (AK, GA, IL, MA, NJ, NY, NM, NC)

[ ]    BUYING YOUR HOME BOOKLET: This booklet describes the costs involved in obtaining a loan for the purchase of a property. Please retain this booklet for your records.

[ ]    CONSUMER HANDBOOK ON ADJUSTABLE RATE MORTGAGES: This booklet explains what an adjustable rate mortgage is and how the interest rate and payment can change during the term of the loan. Please retain this booklet for your records.

[X]    UNDERSTANDING THE ROLE OF YOUR MORTGAGE BROKER AND MORTGAGE BROKER COMPENSATION: This brochure will assist you in understanding the specific part of the mortgage loan transaction related to the mortgage broker compensation. Please retain this brochure for your records.

[X]    CONSUMER HANDBOOK ON WHAT YOU SHOULD KNOW ABOUT HOME EQUITY LINES OF CREDIT: This booklet explains what a Home Equity Line of Credit (HELOC) is and how the interest rate and payment can change during the term of the loan. Please retain this booklet for your records.

If you have any questions regarding these documents, please contact    Customer Service

at   877-200-3139          . Thank you.

IndyMac Bank, F.S.B.
Disclosure Cover Letter

I002.uff
08/04


August 11, 2005

# NOTICE OF RIGHT TO RECEIVE A
# COPY OF THE APPRAISAL REPORT

Borrower(s): Elvin VALENZUELA          Property: 

You have the right to a copy of the appraisal report obtained in connection with your application for credit provided that, if required, you have paid for or are willing to pay for the appraisal. You can get a copy of this report by writing us at the address listed below. We must hear from you no later than 90 days after you are notified about the action taken on your credit application. If you withdraw your application, you must make your request for an appraisal report within 90 days of the withdrawal.

In your letter, please give us the following information:

Your Name:

Your Address:

Your Telephone Number:

Lender Name and Address:   IndyMac Bank, F.S.B.
7667 Folsom Boulevard, Suite 101
Sacramento, CA 95826
Attn: File Allocation Department

I acknowledge receipt of this notice.

---

Elvin VALENZUELA          (Borrower) (Date)        PHYLLIS VALENZUELA          (Borrower) (Date)

---

(Borrower) (Date)                                   (Borrower) (Date)

IndyMac Bank, F.S.B., a federally chartered savings bank

## HOME EQUITY LINE OF CREDIT DISCLOSURE

**Date:** August 11, 2005                    **Loan #:** ███████████

This disclosure contains important information about our Home Equity Line of Credit. You should read it carefully and keep a copy for your records.

**Availability of Terms:** All of the terms described below are subject to change. If these terms change (other than a change in the annual percentage rate resulting from movements in the index) and you decide, as a result, not to enter into an agreement with us, you are entitled to a refund of any fees that you paid to us or anyone else in connection with your application.

**Security Interest:** We will take a mortgage on your home. You could lose your home if you do not meet the obligations in your agreement with us.

**Possible Actions:** Under certain circumstances, we can (1) terminate your line, require you to pay us the entire outstanding balance in one payment, and charge you certain fees; (2) refuse to make additional extensions of credit; (3) reduce your credit limit; or (4) make specific changes to the terms that are set forth in your agreement with us.

We can terminate your line, require you to pay us the entire outstanding balance in one payment, and charge you certain fees if:

(1) you engage in fraud or material misrepresentation in connection with your Line of Credit;
(2) you do not meet the repayment terms; or
(3) your action or inaction adversely affects the collateral or our rights in the collateral.

We can refuse to make additional extensions of credit or reduce your credit limit if:

(1) the value of the dwelling securing the line declines significantly below its appraised value for the purposes of the line;
(2) we reasonably believe you will not be able to meet the repayment requirements due to a change in your financial circumstances;
(3) your payment history on this home equity Line of Credit is not satisfactory;
(4) you are in default of an obligation of the agreement;
(5) government action prevents us from imposing the annual percentage rate provided in the agreement;
(6) government action impairs our security interest such that the value of the interest is less than 120 percent of the credit line;
(7) a regulatory agency has notified us that continued advances would constitute an unsafe and unsound business practice; or
(8) the maximum annual percentage rate is reached.

The initial agreement permits us to make certain changes in the terms of the line at specified times or upon the occurrence of specified events.

**Minimum Payment Requirements:** You can obtain credit advances for _____10_____ years (the "draw period"). During this period, payments will be due monthly. Your minimum monthly payment will equal the amount, if any, by which your outstanding principal loan balance exceeds your credit limit, plus the greater of: (a) $100.00; or (b) the amount of accrued but unpaid finance charges, late charges, and any other charges due. The minimum monthly payments during the draw period may not reduce the principal that is outstanding on your line.

After the draw period ends, you will no longer be able to obtain credit advances and must pay the outstanding balance on your account (the "repayment period"). The length of the repayment period is ___10___ years. During the repayment period, payments will be due monthly. Your minimum monthly payment will equal the amount of accrued interest, late charges and any other charges due plus ████████████ of the principal balance outstanding on the last day of the draw period.

**Fees And Charges:** To open, use and maintain a line of credit, you must pay the following fees to us:

| | | |
|---|---|---|
| Application Fee | $ _____0.00_____ | (due at application) |
| Points | $ _____125.00_____ | (due when account is opened) |
| Flood Certification Fee | $ _____0.00_____ | (due when account is opened) |
| Processing Fee | $ _____0.00_____ | (due when account is opened) |
| Origination Fee | $ _____0.00_____ | (due when account is opened) |
| Annual Charge | $ _____75.00_____ | (due annually) |
| Termination Fee | $ _____500.00_____ | (if you release or reconvey the mortgage during the first 3 years after funding) |
| Other | $ _____0.00_____ | (when payable) |

You also must pay certain fees to third parties. These fees generally total between $ ███████████ and $ ███████████. If you ask, we will give you an itemization of the fees you will have to pay to third parties.

Loan No: 121901608

**Minimum Draw Requirements:** The minimum credit advance that you can receive using a check is $ ___250.00___ . There is no minimum draw requirement for other means of accessing the line of credit.

**Tax Deductibility:** You understand that we (including our employees and representatives) do not make any representations or warranties to you about the tax consequences - including the deductibility of interest or fees - of you establishing or using this line of credit, and we will not be liable if interest or fees are not deductible. You should consult a tax advisor regarding the deductibility of interest and charges under the plan.

**Variable Rate Feature:** Our home equity lines of credit have a variable rate feature and the annual percentage rate (corresponding to the periodic rate) and the minimum monthly payment can change as a result. The annual percentage rate includes only interest and not other costs.

The initial annual percentage rate is "discounted" - it is not based on the index and margin used for later rate adjustments. The initial rate will be in effect for ___one___ month(s) from the opening of this account.

After the initial rate period, the annual percentage rate is based on the value of an index. The index is the Wall Street Journal Prime Rate and is published in the Money Rates section of the Wall Street Journal. To determine the annual percentage rate that will apply to your line, we add a margin to the value of the index. We may substitute a new index and margin if the index described above becomes unavailable. Any new index will have a historical movement similar to the original and, together with a new margin, will produce a similar interest rate.

Ask us for the current index value, margin, discount and annual percentage rate. After you open a credit line, rate information will be provided on periodic statements that we send you.

**Rate Changes and Limitations:** After the initial rate period, the annual percentage rate can change each month. There is no limit on the amount by which the rate can change in any one-year period.

The maximum ANNUAL PERCENTAGE RATE (corresponding to the periodic rate) that can apply under any option is 18%, or the maximum amount permitted under applicable law, whichever is less.

**Minimum Payment Examples:**

**5-Year Draw Period - 10-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 15 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 60 monthly payments of $100.00 followed by 120 payments varying between $65.00 and $46.62.

**10-Year Draw Period - 10-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 20 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 120 monthly payments of $100.00 followed by 120 payments varying between $2.06 and $1.48.

**15-Year Draw Period - 10-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take approximately 10.1 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 122 monthly payments of $100.00.

**5-Year Draw Period - 15-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 20 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 60 monthly payments of $100.00 followed by 180 payments varying between $49.52 and $31.08.

**10-Year Draw Period - 15-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 25 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 120 monthly payments of $100.00 followed by 180 payments varying between $1.57 and $0.99.

**15-Year Draw Period - 15-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take approximately 10.1 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 122 monthly payments of $100.00.

**Maximum Rate and Payment Examples:** If you had an outstanding balance of $10,000 at the beginning of the draw period, the minimum monthly payment at the maximum ANNUAL PERCENTAGE RATE of 18% would be $150.00. This annual percentage rate could be reached in the first month following the initial rate period.

If you had an outstanding balance of $10,000 at the beginning of the repayment period, the minimum monthly payment at the maximum ANNUAL PERCENTAGE RATE of 18% would be $233.33 for **10-Year Repayment Period** and $205.56 **for 15-Year Repayment Period.** The maximum annual percentage rate during the repayment period could be reached in the first month.

Loan No: 121901608

**Historical Examples:** The following tables show how the annual percentage rate and the minimum payments for a single $10,000 credit advance would have changed based on changes in the index over the last 15 years. The index values are from the first day of December 2004. While only one payment amount per year is shown, payments would have varied during each year of the repayment period. The table assumes that no additional credit advances were taken, that only the minimum payment was made, and that the rate remained constant during each year. It does not necessarily indicate how the index or your payments would change in the future.

Historical Examples:

### 10-Year Repayment Period

| Year | Index (%) | Margin (%) | Annual Percentage Rate (%) | 5-YEAR DRAW Minimum Monthly Payments ($) | 10-YEAR DRAW Minimum Monthly Payments ($) | 15-YEAR DRAW Minimum Monthly Payments ($) |
|---|---|---|---|---|---|---|
| 1990 | 10.000 | 0.500 | 9.490* | 100.00 | 100.00 | 100.00 |
| 1991 | 7.500 | 0.500 | 8.000 | 100.00 | 100.00 | 100.00 |
| 1992 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1993 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1994 | 8.500 | 0.500 | 9.000 | 100.00 | 100.00 | 100.00 |
| 1995 | 8.750 | 0.500 | 9.250 | 120.89 | 100.00 | 100.00 |
| 1996 | 8.250 | 0.500 | 8.750 | 112.01 | 100.00 | 100.00 |
| 1997 | 8.500 | 0.500 | 9.000 | 107.54 | 100.00 | 100.00 |
| 1998 | 7.750 | 0.500 | 8.250 | 98.41 | 100.00 | 100.00 |
| 1999 | 8.500 | 0.500 | 9.000 | 95.77 | 100.00 | 100.00 |
| 2000 | 9.500 | 0.500 | 10.000 | 92.89 | 70.24 | 100.00 |
| 2001 | 5.000 | 0.500 | 5.500 | 75.73 | 52.41 | 100.00 |
| 2002 | 4.250 | 0.500 | 4.750 | 70.91 | 48.34 | 100.00 |
| 2003 | 4.000 | 0.500 | 4.500 | 67.60 | 46.03 | 100.00 |
| 2004 | 5.000 | 0.500 | 5.500 | 65.14 | 46.49 | 100.00** |

### 15-Year Repayment Period

| Year | Index (%) | Margin (%) | Annual Percentage Rate (%) | 5-YEAR DRAW Minimum Monthly Payments ($) | 10-YEAR DRAW Minimum Monthly Payments ($) | 15-YEAR DRAW Minimum Monthly Payments ($) |
|---|---|---|---|---|---|---|
| 1990 | 10.000 | 0.500 | 9.490* | 100.00 | 100.00 | 100.00 |
| 1991 | 7.500 | 0.500 | 8.000 | 100.00 | 100.00 | 100.00 |
| 1992 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1993 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1994 | 8.500 | 0.500 | 9.000 | 100.00 | 100.00 | 100.00 |
| 1995 | 8.750 | 0.500 | 9.250 | 99.96 | 100.00 | 100.00 |
| 1996 | 8.250 | 0.500 | 8.750 | 93.00 | 100.00 | 100.00 |
| 1997 | 8.500 | 0.500 | 9.000 | 90.53 | 100.00 | 100.00 |
| 1998 | 7.750 | 0.500 | 8.250 | 82.88 | 100.00 | 100.00 |
| 1999 | 8.500 | 0.500 | 9.000 | 82.69 | 100.00 | 100.00 |
| 2000 | 9.500 | 0.500 | 10.000 | 82.86 | 58.53 | 100.00 |
| 2001 | 5.000 | 0.500 | 5.500 | 62.00 | 39.74 | 100.00 |
| 2002 | 4.250 | 0.500 | 4.750 | 57.22 | 37.87 | 100.00 |
| 2003 | 4.000 | 0.500 | 4.500 | 54.49 | 36.03 | 100.00 |
| 2004 | 5.000 | 0.500 | 5.500 | 54.94 | 37.52 | 100.00** |

* These two figures represent a Discount of 1.51%. Your Discount or Premium may be different.
** Balance will be paid off during this year.

**YOU SHOULD CHECK WITH YOUR LEGAL ADVISOR AND WITH OTHER MORTGAGE LIEN HOLDERS AS TO WHETHER ANY PRIOR LIENS CONTAIN ACCELERATION CLAUSES, WHICH WOULD BE ACTIVATED BY A JUNIOR ENCUMBRANCE.**

I/We acknowledge receipt and have read the Home Equity Line of Credit Disclosure and the "When Your Home is On the Line: What You Should Know About Home Equity Lines of Credit" brochure.

| | |
|---|---|
| _____ (Seal) | _____ (Seal) |
| Elvin VALENZUELA       -Borrower | PHYLLIS VALENZUELA       -Borrower |
| _____ (Seal) | _____ (Seal) |
|                        -Borrower |                        -Borrower |
| _____ (Seal) | _____ (Seal) |
|                        -Borrower |                        -Borrower |

IndyMac HELOC Disclosure

8480283 (0412)

I086
(1/2005)

**IndyMac Bank, F.S.B.**

Date: August 11, 2005

**DISCLOSURE NOTICE**

| Applicant(s) | Property Address |
|---|---|
| Elvin VALENZUELA | |

## RIGHT TO CHOOSE TITLE INSURANCE COMPANY AND CLOSING/ESCROW AGENT OR CLOSING ATTORNEY

You have the right to select your own closing attorney/closing agent and title insurance company to close your loan transaction provided that the agent or company will provide the lender with a Closing Protection Letter (unless state law prohibits such letter) and that the company meets the minimum financial requirements required by IndyMac Bank.

☐ I/we agree that we have voluntarily selected the use of a title company to provide title insurance and a closing/escrow agent or closing attorney to close our loan transaction.

☐ I/we agree that we do not wish to select a title insurance company to provide title insurance and a closing/escrow agent or closing attorney to close our loan for us. We are allowing another entity to choose these services for us but will hold IndyMac Bank harmless for any issues that arise from not choosing our own service providers.

## FAIR CREDIT REPORTING ACT

An investigation will be made as to the credit standing of all individuals seeking credit in this application. The nature and scope of any investigation will be furnish to you upon written request made within a reasonable period of time. In the event denied credit due to an unfavorable consumer report, you will be advised of the identity of the Consumer Reporting Agency making such report and of right to request within sixty (60) days the reason for the adverse action, pursuant to provision of Section 615 (b) of the Fair Credit Reporting Act.

## EQUAL CREDIT OPPORTUNITY/FAIR HOUSING ACTS

The Equal Credit Opportunity and Fair Housing Acts prohibit creditors from discriminating against credit applicants on a basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), handicap or familial status; because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. Income which you receive as alimony, child support or separate maintenance need not be disclosed to this creditor unless you choose to rely on such sources to qualify for the loan. Income from these and other sources, including part-time or temporary employment, will not be discounted by this lender because of your sex or marital status. However, we will consider very carefully the stability and probable continuity of any income that you disclose to us. The Federal Agency that regulates this company is the Office of Thrift Supervision.

## FHA LOANS ONLY

If you prepay your loan on other than the regular installment date, you may be assessed interest charges until the end of that month.

## GOVERNMENT LOANS

RIGHT TO FINANCIAL PRIVACY ACT OF 1978 - This is notice to you as required by the Right to Financial Privacy Act of 1978 that the Department of Housing and Urban Development or Department of Veterans Affairs has a right of access to financial records held by a financial institution in connection with the consideration of administration of assistance to you. Financial records involving your transaction will be available to the Department of Housing and Urban Development or Department of Veterans Affairs without further notice or authorization but will not be disclosed or released or released to another Government agency or Department without consent except as required or permitted by law.

## EMPLOYMENT CERTIFICATION

An approval for a loan is based upon employment, income and obligations as shown on the loan application. At closing, the applicant and co-applicant/spouse, if applicable, are required to execute a sworn statement affirming that they are currently working as previously reported, have not received notice of layoff nor have knowledge of pending layoff, and that outstanding obligations are substantially the same as reported on the application. Should a change occur in your employment or financial status prior to the loan closing, immediately notify your loan consultant, as it will be necessary to obtain approval of any changes.

## ANTI-COERCION STATEMENT

The insurance laws of this state provide that the lender may not require the applicant to take insurance through any particular insurance agent or company to protect the mortgaged property. The applicant, subject to the rules adopted by the Insurance Commissioner, has the right to have the insurance placed with an insurance agent or company of his/her choice, provided the company meets the requirements of the lender. The lender has the right to designate reasonable financial requirements as to the company and adequacy of the coverage.

I have read the foregoing statement, or the rules of the Insurance Commissioner relative thereto, and understand my rights and privileges and those of the lender relative to the placing of such insurance.

I have selected the following agent/company to write the insurance covering the property described above:

| _____ | _____ |
|---|---|
| Insurance Company Name | Agent's Address |
| _____ | _____ |
| Agent's Name | Agent's Telephone Number |

## CUSTOMER IDENTIFICATION NOTICE

The USA PATRIOT Act, a federal law, requires all financial institutions to obtain sufficient information to verify your identity when creating a new banking relationship. You may be asked several questions including your name, address and date of birth, and to provide one or more forms of identification to fulfill this requirement. In some instances, we require other identifying documents and/or use a third party information provider for verification purposes. Of course, our established Privacy Policy helps protect your personal information.

I/We hereby certify that I/we have read the Notices set forth above and fully understand all of the above. In addition to these Notices, I /we the applicant(s) certify that I/we have received the "Buying Your Home," and "What You Should Know About Home Equity Lines of Credit" or the "Consumer Handbook on Adjustable Rate Mortgages" (CHARM booklet) , if applicable.

| Elvin VALENZUELA | Date | PHYLLIS VALENZUELA | Date |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| | Date | | Date |



## BORROWER DATE OF FUNDING REQUEST

*Your Instructions On Closing - When Interest Begins To Accrue On Your Loan*

Prior to the date that your closing agent calls for closing, IndyMac Bank, F.S.B. (hereinafter "IndyMac") will provide instructions to its wiring agent to wire funds to be received by your closing agent up to one business day prior to the scheduled closing. As such, your closing agent should have sufficient time to verify the existence of good funds and both cause the recordation of the security instrument in connection with your loan and close your transaction no later than the business day following receipt of IndyMac's funding wire. In certain counties in California, closing agents may also request a "special recording" which would permit the recordation of the security instrument following the County Recorder's morning deadline.

Since IndyMac is responsible to pay interest on its credit lines beginning as of the date of funding (i.e., the date IndyMac wires funds to your closing agent), your loan will also begin to accrue interest as of the date of funding. Typically funding occurs up to one business day prior to the recording of IndyMac's security instrument and the closing of your loan. The interest per day on your loan is based on an interest rate of __3.990__ which is $ __10.71__ per day. The maximum interest that may be charged for funding over a weekend period would be 4 days which totals $ __42.85__ . We have calculated 4 days so that if the loan funds over a holiday weekend, we have given you the maximum that could be charged. You may figure your own interest for that period by multiplying the number of days from the date of funding to the date of closing by the per day interest amount. In order to reduce the amount of interest charged prior to closing, it is important that you discuss closing procedures with your closing agent and arrange a closing date that is not a Monday or the day following a bank holiday.

I/we acknowledge and agree to the foregoing and instruct IndyMac to wire loan proceeds on the date requested by my/our closing agent. I/we acknowledge that by complying with my/our closing agent's instructions in this regard, IndyMac will facilitate the closing of escrow on the date I/we have requested. I/we also understand and agree that interest will begin to accrue on my/our IndyMac loan from and after the date that loan proceeds are wired pursuant to my closing agent's request. Finally, I/we acknowledge that I/we have agreed to the designation of the closing agent in this transaction.

Dated: __August 11, 2005__

_____          _____
Elvin VALENZUELA                   PHYLLIS VALENZUELA


_____          _____


IndyMac Bank
Borrower Date of Funding Request Disclosure

I156
08/03

## INDYMAC ANTI-PREDATORY LENDING DISCLOSURE

| Applicant(s)<br>Elvin VALENZUELA | Property Address |
| --- | --- |
| Loan No. | Date: August 11, 2005 |

This disclosure provides information that is contained in IndyMac's anti-predatory lending policy. The section or sections where a box is marked are applicable to your transaction. Please read this information carefully. Your signature on this document certifies that you have read and understand the implications of obtaining this loan.

### NO INCOME AND/OR ASSET VERIFICATION LOAN DISCLOSURE

☐ You have applied for a home loan where the lender has not verified your income and/or assets by traditional verification methods, or where your income and/or assets may not have been disclosed on your loan application.

Our loan approval decision, including our assessment of your ability to repay the loan, was based on your credit history and any proposed change in your monthly mortgage payment. The source of your income may or may not have been considered. We did not specifically consider the amount of your monthly income in our decision to approve this loan. The value of your assets may or may not have been considered. In exchange for not having to disclose and/or document your income and/or asset information, you may be required to pay a higher interest rate on the loan and/or additional fees.

Your initial monthly payment of principal, interest, taxes and insurance will be $ N/A

Without verification of your income and/or asset value, it may be difficult to fully assess the additional risk that may be associated with this mortgage. If you cannot afford to make this payment or you fail to meet the other obligations in your loan documents, you could lose your home, and any money you have put into it.

**DO NOT SIGN YOUR LOAN DOCUMENTS IF YOU BELIEVE YOU WILL BE UNABLE TO MEET YOUR PAYMENT AND OTHER FINANCIAL OBLIGATIONS.**

### CASH OUT REFINANCE DISCLOSURE

☑ You have applied for a home loan in which you will be using the equity (taking cash-out ) of the home.

You have indicated that you are obtaining a loan for purposes of taking cash out which may reduce the equity in your property. This loan may increase your payments which you may, in the future, be unable to pay due to future unforeseen circumstances. While this new loan may reduce your total monthly payments by paying off other debt with the equity in your home, you may, in fact, make more payments and therefore pay more interest than if you had maintained your current debt structure. Also, if you incur more debt through new installment loans or by using your credit cards, you may find yourself in a worsened position as now you have a greater mortgage payment and the same or more debt than you had before.

You have the right and IndyMac encourages you to seek credit counseling, before becoming obligated to this mortgage loan, to help you understand the risks and benefits of the transaction you are contemplating. If you are interested in such counseling, please call the National Foundation for Credit Counseling at (800) 388-2227.

**DO NOT TAKE THIS LOAN IF YOU BELIEVE YOU WILL BE UNABLE TO MEET YOUR PAYMENT AND OTHER FINANCIAL OBLIGATIONS.**

### PREPAYMENT PENALTY DISCLOSURE

☒ You have applied for a loan which may or may not contain a prepayment penalty.

You have applied for a loan with IndyMac through a mortgage broker. One important aspect of your loan is deciding whether you wish to have a "prepayment penalty" on your loan. A prepayment penalty is a charge for paying off your loan early or making more than the required monthly scheduled payments. Typically, prepayment penalties can be charged any time between the closing of the loan and 3 years. You have the right to select the period of time for which the prepayment penalty is in force, within the prepayment penalty options presented by the lender for your particular loan program. Some loan programs may not allow for a prepayment penalty.

The charging of the prepayment penalty may be beneficial to you because the lender will typically lower the interest rate of the loan. Typically, a longer prepayment penalty term will result in a lower interest rate. Prepayment penalties can be costly, depending on the length of the prepayment penalty and the calculation used.

We encourage you to discuss your prepayment options with your mortgage broker to determine if a loan with a prepayment penalty feature makes economic sense for you. YOU SHOULD REQUIRE THAT THE BROKER PROVIDE YOU RATES AND TERMS WITH AND WITHOUT A PREPAYMENT PENALTY TO MAKE THAT ASSESSMENT.

If your loan contains a prepayment penalty, there will be an "Addendum to a Fixed Rate, Balloon or Arm Note" as part of your closing documents.

**DO NOT TAKE THIS LOAN IF YOU DO NOT WANT TO BE BOUND BY THE PROVISIONS OF THE PREPAYMENT PENALTY.**

I/We hereby certify that I/we have read the Disclosures set forth above and fully understand all of the above.

| | | | |
| --- | --- | --- | --- |
| Elvin VALENZUELA | Date | PHYLLIS VALENZUELA | Date |
| | Date | | Date |

IndyMac Bank, Wholesale (Disclosure)
Anti-Predatory Lending Disclosure

J071
03/04

## NOTICE TO HOME LOAN APPLICANT

Date: August 11, 2005                    Loan Number ███████

| Borrower(s) Name/Address | Lender Name/Address |
|---|---|
| Elvin VALENZUELA<br><br>█████████████ | IndyMac Bank, F.S.B., a federally<br>chartered savings bank<br><br>155 North Lake Avenue<br>Pasadena, CA 91101 |
| Property Address | |
| ██████████████████ ██████ | |

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer-generated summary calculated at the time of the request and is based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

The Consumer Credit Report vendor used for this loan was:

American Reporting Company, LLC
4020 Lake Washington Blvd NE  Ste
Kirkland, WA 98033
800-992-1058

| Credit Bureau Name/Address/Phone | Score | Key Factors Affecting Your Credit Scores-See Addendum |
|---|---|---|
| Equifax (EFX) / Beacon Score<br>PO Box 105873<br>Atlanta, GA 30348<br>Toll Free (888) 841-7335<br>www.equifax.com | ████ | <br><br>Range of scores possible: 300-950 |
| Experian (XPN) / Fair Isaac Score<br>PO Box 9601<br>Allen, TX 75013-2104<br>Toll Free (888) 397-3722<br>www.experian.com | ████ | ████████████<br><br>Range of scores possible: 300-850 |
| TransUnion (TUC) / Empirica Score<br>PO Box 4000<br>Chester, PA 19016<br>Toll Free (866) 887-2673<br>www.transunion.com | ████ | ███████████<br><br>Range of scores possible: 300-900 |

Credit Report Date: August  4, 2005

Your acknowledgment below signifies that this written notice was provided to you.

| | | | |
|---|---|---|---|
| Elvin VALENZUELA | Date | PHYLLIS VALENZUELA | Date |
| | Date | | Date |
| | Date | | Date |

IndyMac Bank, F.S.B.                    ██████████████                    Z104
Credit Score Notice to the Home Loan Applicant                              (02/05)

## NOTICE TO HOME LOAN APPLICANT - ADDENDUM
### Key Factors Affecting Your Credit Scores

**Equifax (EFX) and Experian (XPN)**

| | |
|---|---|
| 0 | No adverse risk factors |
| 1 | Account balances too high |
| 2 | Too many delinquencies |
| 3 | Too few revolving accounts |
| 4 | Too many revolving accounts |
| 5 | Too many accounts with balances |
| 6 | Too many consumer finance accounts |
| 7 | Account payment history too new to rate |
| 8 | Too many inquiries last 12 months |
| 9 | Too many accounts recently opened |
| 10 | Revolving balance to credit limit ratio too high |
| 11 | Revolving balances too high |
| 12 | Revolving accounts too new |
| 13 | Recent delinquencies |
| 14 | Accounts too new |
| 15 | Lack of recent bank revolving data |
| 16 | Lack of recent revolving data |
| 17 | No recent non-mortgage balance data |
| 18 | Number of delinquent accounts |
| 19 | Too few accounts paid as agreed |
| 20 | Recent adverse public record or collection |
| 21 | Amount past due on accounts |
| 22 | Serious delinquency public record or collection |
| 23 | Number of revolving accounts with balances |
| 24 | No recent revolving balances |
| 25 | Length of installment loan history |
| 26 | Number of revolving accounts |
| 28 | Number of accounts |
| 29 | No recent bank/national revolving balances |
| 30 | Length of time since most recent account opening |
| 31 | Too few accounts with recent payment data |
| 32 | No recent installment loan data |
| 33 | Loan balance to loan amount ratio too high |
| 34 | Delinquent account balances too high |
| 36 | Length of time installment loans have been established |
| 37 | Number of finance company accounts relative to length of finance history |
| 38 | Serious delinquency public record or collection |
| 39 | Serious delinquency |
| 40 | Adverse public record or collection |
| 46 | Payment due on accounts |
| 98 | Lack of recent auto loan data |
| 99 | Lack of recent consumer finance loan data |

**TransUnion (TUC)**

| | |
|---|---|
| 0 | No adverse risk factors |
| 1 | Account balances too high |
| 2 | Too many delinquencies |
| 3 | Loan balance to loan amount ratio too high |
| 4 | Lack of recent installment loan data |
| 5 | Too many accounts with balances |
| 6 | Too many consumer finance accounts |
| 7 | Account payment history too new to rate |
| 8 | Too many inquiries last 12 months |
| 9 | Too many accounts recently opened |
| 10 | Revolving balance to credit limit ratio too high |
| 11 | Revolving balances too high |
| 12 | Revolving accounts too new |
| 13 | Recent delinquencies |
| 14 | Accounts too new |
| 15 | Lack of recent bank revolving data |
| 16 | Lack of recent revolving data |
| 17 | No recent non-mortgage balance data |
| 18 | Number of delinquent accounts |
| 19 | Date of last inquiry too recent |
| 20 | Recent adverse public record or collection |
| 21 | Amount past due on accounts |
| 22 | Serious delinquency |
| 23 | Number of revolving accounts with balances |
| 24 | No recent revolving balances |
| 26 | Number of revolving accounts |
| 27 | Too few accounts currently paid as agreed |

| 28 | Number of accounts |
|----|---------------------|
| 29 | No recent bankcard balances |
| 30 | Length of time since most recent account opening |
| 31 | Amount owed on delinquent accounts |
| 36 | Payments due on accounts |
| 38 | Serious delinquency public record or collection |
| 39 | Serious delinquency |
| 40 | Adverse public record or collection |
| 41 | No recent retail balances |
| 42 | Lack of recent consumer finance loan data |
| 43 | Lack of recent mortgage loan data |
| 50 | Lack of recent retail account data |
| 56 | Amount owed on retail accounts |
| 97 | Lack of recent auto loan data |
|    |  |
|    |  |

# OPTION ARM WORKSHEET

**CENTRAL VALLEY MORTGAGE**

## Give Your Borrowers Options with THE OPTION ARM



**Step 1**
Pick product, loan amount, line of pricing
MO, MTA
points
$ Loan Amt
LTV

Locked-In

**Step 2**
Identify index, margin, fully indexed rate*
MTA
Margin
F.I.R*    =    **5.944%**

**Step 3**
Identify the payment options, how to calculate, and get value
1 Minimum Monthly Payment (start rate = )%    **1.000%**
2 Interest Only (Loan Amt × FIR /365 × 30)
3 Principle and Interest 30 or 40 yr term (Based on FIR)
4 Principle and Interest 15 yr term (Based on FIR)
* Deferred interest may occur when Minimum Payment is exercised and Interest Only option is larger.

Payment $
Payment $
Payment $
Payment $

**Step 4**
Calculate max monthly w/payment cap
Base of minimum payment

| | |
|---|---|
| Year 1 | × 1.075 |
| Year 2 | × 1.075 |
| Year 3 | × 1.075 |
| Year 4 | × 1.075 |
| Year 5 | × 1.075 |

**Step 5**
Compare to preferred Fixed Rate Mortgage
FRM Rate                Min. Monthly Payment
Option 3 Payment above
Payment Difference $
* or more if making minimum payment

Not to exceed Payment Option 3 Using LifeCap as Calculation*
Interest Rate Life Cap = 10.95

**Maximum Monthly Payment w/Cap (5 yrs)**

Year 1
Year 2
Year 3
Year 4
Year 5

HUD's Statements
Copy of Interest Credit



**American Brokers Conduit**
............................
A Division of American Home Mortgage

Settlement Agent:
FIRST AMERICAN TITLE COMPANY
1850 SOUTH CENTRAL STREET
Visalia, CA 93277

Doc Date: June 23, 2005
Application

Contact:
Telephone: (559) 635-6810
Fax: (559) 636-5694

**Name:** Elvin Valenzuela
Phyllis Valenzuela

**CLOSING STIPULATION(S)**

The following documents or conditions must be satisfied and/or presented at time of closing. In the event you are unsure of the acceptability of any document(s) you must contact the Lender. In no event may you accept any alternative document(s) or unilaterally waive any requirement unless written authorization is provided to you by the lender.

**All of the documents provided herewith are required to be signed, regardless of whether they appear to be duplicates previously provided to the borrower(s).**

**Stipulations to be satisfied:**
If a Power of Attorney is to be used in connection with this loan closing, you must follow the document execution instructions set forth on ADDENDUM "E".


**The following items are required Prior to Funding:**


1. Broker to provide final 1003. typed - signed by the borrower/broker


2. HUD-1 to evidence payoff of citimtg
wells fargo    with an outstanding balance of $256138
28496


3. The Notice of Right to Cancel must be signed at closing.

4. Provide Hazard Policy for a minimum of loan amount or replacement cost coverage, with a minimum of 3 months remaining on policy.


5. Provide copy of appraisers current license.

6. The lock for this loan will expire on 08/22/05.  If the loan will not close AND fund by this date, please contact Secondary prior to expiration to extend the lock.

7. With the exception of 30-day accounts, evidence of payoff of the following debts must be included in the loan file.
Borrower       Creditor
Elvin Valenzuela  WELLS FARGO BANK NV
Elvin Valenzuela  CITIMORTGAGE INC

**American Home Mortgage Corp.**

American Home Mortgage Corp of New York • AHM Mortgage • American Brokers
Conduit • HLB Mortgage • MortgageSelect.com • New England Home Mortgage •
mTeam Financial

**Privacy Policy Notice**

At AMERICAN HOME MORTGAGE Corp. your privacy is important to us. That is
why we work hard to uphold your privacy. The information that you provide us is
always kept in the strictest of confidence. We have no intentions of selling your
nonpublic personal information to any nonaffiliated third parties. We make this
commitment to you with pride, because your trust is the foundation of our business.

To protect your privacy and maintain your confidence in us, we have developed the
following policies. These policies describe the strict standards we have in place to
protect your confidentiality. Therefore, we ask you to please read this information
carefully.

We will tell you the sources of nonpublic personal information we collect from you.
We will then tell you what steps we take to protect that information.

We first define some terms used in this notice:

**We, our and us** mean AMERICAN HOME MORTGAGE Corp., and names we do
business under including, AHM Mortgage, American Home Mortgage Corp of New
York, American Brokers Conduit, HLB Mortgage, mTeam Financial,
MortgageSelect.com and New England Home Mortgage.

**You and your** mean the following individuals:
—    Those **consumers** who have provided us with nonpublic personal
information for the purpose of determining whether he or she qualifies for a
mortgage loan; and
—    Those **customers** who have obtained real estate settlement services
from us.

**Nonpublic personal information** means personally identifiable financial information
about you that we collect in connection with providing a financial product or service
to you. This does not include information that is available from public sources, such
as government real estate records.

**Affiliate** means a company we own or control, a company that owns or controls us,
or a company that is owned or controlled by the same company as us.

**Nonaffiliated third party** means a company that is not an affiliate of ours.

We collect nonpublic personal information about you from the following sources:
—    Information we receive from you on applications or other forms;
—    Information about your transactions with us, our affiliates, or others; and
—    Information we receive from a consumer reporting agency.

**We do not disclose any nonpublic personal information about our consumers,
customers, or former customers to anyone, except as permitted by law.**

We restrict access to nonpublic personal information about you to those employees
who need to know that information to provide products or services to you. We
maintain physical, electronic and procedural safeguards that comply with federal
regulations to guard your nonpublic personal information.

Doc #: 940261\Image: AHMPRPOF.prn    Application