IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

**AMERICAN HOME MORTGAGE, HOLDINGS, INC.**, *et al*,

Debtors.

Case No. 07-11047-CSS

Chapter 11

Jointly Administered

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

PLEASE TAKE NOTICE that as of June 6, 2008, J. David Folds, counsel to Boston Properties Limited Partnership, BP Kingstowne Office Building K LP, and the Trustees of Mall Road Trust, left the firm of DLA Piper US LLP and joined McKenna Long & Aldridge LLP, and the address, telephone and facsimile numbers and email address for J. David Folds changed effective June 6, 2008 to:

> J. David Folds, Esq.
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006
> Tel: (202) 496-7436
> Fax: (202) 496-7756
> Email: dfolds@mckennalong.com

Dated: July 11 2008

**FLASTER/GREENBERG P.C.**

_____
William J. Burnett, Esq. (ID No. 4078)
913 Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 351-1910
Facsimile: (302) 351-1919

and

DC:50557240.1

J. David Folds, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 496-7436
Fax: (202) 496-7756

Counsel to Boston Properties Limited Partnership, BP Kingstowne Office Building K LP, and the Trustees of Mall Road Trust

DC:50557240.1