CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2008, a copy of the foregoing Notice of Change of Address and Firm Affiliation was served upon the electronic service list and by first-class mail, postage prepaid, upon:

>James L. Patton, Jr., Esquire
>Joel A. Waite, Esquire
>Pauline K. Morgan, Esquire
>Sean M. Beach, Esquire
>Matthew B. Lunn, Esquire
>Donald J. Bowman, Jr., Esquire
>Young Conaway Stargatt & Taylor, LLP
>100 West Street, 17th floor
>Wilmington, DE 19801
>Facsimile: 302-571-1253

_____

DC:50557240.1