**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re:  Docket No 4719 |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY**
**APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME**
**MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2008**
**THROUGH MARCH 31, 2008 [NO ORDER REQUIRED]**

The undersigned hereby certifies as follows:

1. On June 18, 2008, 2008, Blank Rome LLP ("*Blank Rome*"), Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, filed its  *Eighth Monthly Application of Blank Rome LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. For Compensation and Reimbursement of Expenses for the Period March 1, 2008 through March 31, 2008 [Docket No. 4719]* (the "*Application*").

2. The undersigned has caused the review of the Court's docket in these cases and no objection or responsive pleading to the Application appears thereon.  Further, as of the date hereof, the undersigned has not received any written objection or responsive pleading to the Application.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 8, 2008 at 4:00 p.m.

3. Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on February 28, 2007, the Debtors are authorized to pay Blank Rome LLP $30,754.40, which represents 80% of the fees requested ($38,443.00) and

$948.85, which represents 100% of the expenses requested in the Application (as supplemented with the voluntary reduction) for the period of March 1, 2008 through March 31, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    July 11, 2008                          **BLANK ROME LLP**

                                                 By:  _/s/David W. Carickhoff_____
                                                        Bonnie Glantz Fatell (DE No. 3809)
                                                        David W. Carickhoff (DE No. 3715)
                                                        1201 Market Street, Suite 800
                                                        Wilmington, DE  19801
                                                        Telephone:  (302) 425-6400
                                                        Facsimile:  (302) 425-6464

                                                        *Co-Counsel for the Official Committee of*
                                                        *Unsecured Creditors*