**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al | ) | Case No. 07-11047 |
| | ) | |
| Debtor | ) | Honorable Christopher S. Sontchi |
| | ) | |
| | ) | Motion for Relief from Stay #4404 |

## CERTIFICATE OF COUNSEL

Adam R. Elgart, Esquire, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am the attorney for Regions Bank dba Regions Mortgage, Movant, and herein aver and certify as follows:

2. The Debtor is American Home Mortgage Holdings, Inc.

3. On June 6, 2008, Movant filed a Motion for Relief from the Automatic Stay with the Court pursuant to Section 362 of the United States Bankruptcy Code.

4. On or about June 6, 2008, Mattleman, Weinroth & Miller, PC, attorneys for Movant sent a copy of the Motion for Relief from Automatic Stay to the Office of the United States Trustee, Debtor's counsels of record, the Debtor and all other parties of interest who entered an appearance through ECF notification.

5. On July 2, 2008, Debtor filed a Reservation of Rights with respect to the Motion for Relief.

6. Debtor generally consents to the relief sought in the Motion and presents no opposition to the entry of said Order.

7. The proposed form of Order granting relief from the automatic stay is submitted herewith and attached hereto for the Court's approval.

WHEREFORE, Regions Bank dba Regions Mortgage respectfully requests that this Court enter the attached proposed Order granting relief as to Movant in regard to the property described herein.

Respectfully submitted,

Dated: *07/14/08*                                    _/s/ Adam R. Elgart_____
Adam R. Elgart, Esquire
Attorney I.D. No. 3372
MATTLEMAN WEINROTH & MILLER, P.C.
200 Continental Drive., Suite 215
Newark, DE 19713
(302) 7317-8349
Attorneys for Wachovia Mortgage Corporation