Erik Fleischner
HQUS EUCOM, CMR 480
Box 2230
APO AE 09128

Honorable Christopher Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

July 03, 2008

Subject: Claim No. 6761 Case No. 07-11047 (CSS) American Home Mortgage Holdings

Dear Sir,

I request that the court not grant the relief requested and that my claim not be Expunged. The company had a responsibility to its stock holders. Instead I have a worthless stock which I bought for 21 dollars a share on May 15 2007 and recently sold it for .06 cents a share on April 21, 2008. So my claim is now reduced by the grand sum of $34.20 cents. They violated their fiduciary responsibility to their stock holders.

To say that the Debtors object to the Equity Interest claims because they were filed by a shareholder based solely on ownership of stock of the Debtors and not on account of damages or a claim against the Debtors is an insult. That money was earmarked for a college fund. To say that there was no damage is not a realistic expectation. I was counting on the Dividend income. Now there is no dividend income and I am out over $11,942.

May I remind American Home Mortgage that when Abraham Lincoln went bankrupt he worked to pay every penny back and did so for his share, as well as, his dead partner's share of the responsibility.

Judge, I would ask that you please hold American Home Mortgages feet to the fire and hold them responsible for their actions.

Sincerely,
Jon Erik Fleischner