7/9/2008

To:  United States Bankruptcy Court for the District of Delaware
     824 Market Street
     3rd Floor
     Wilmington, Delaware  19801


In re:
American Home Mortgage Holdings

Samuel A. Case, Claimant
Claim Number 4789
Claim Amount:  $11,150

Requested Documentation and Letter of explanation


I have included supporting documentation to show all the appraisals that were deducted
directly from my pay that were collected from American Home Mortgage.
On Occasion, American Home Mortgage paid the appraiser duplicates or not at all.
Even thou these appraisal fees were collected from the client / or paid on the settlement
statement.
Each occurrence that I am referencing was deducted from my commissions.
Several attempts were made to refund this money directly to me.
I have included email correspondence on some of the disputed appraisal deductions.

I left the company the end of April of 2007.

I added up the occurrences and came up with a total dollar amount of $8950.
I know but can not prove that I have been deducted additional appraisal fees.


Samuel A. Case
419 Spinnaker Lane
Fort Collins, CO  80525


cc:  Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | )    **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | )    **Jointly Administered** |
| | ) |
| | )    **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)** |
| | )    **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)** |
| | ) |

AHM OB10 6/17/2008 (merge2.txnum2) 4000059562 BSI Use - 206

CASE, SAMUEL A
419 SPINNAKER LANE
FORT COLLINS, CO 80525

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:   CASE, SAMUEL A
      419 SPINNAKER LANE
      FORT COLLINS, CO 80525

**Basis For Objection:**    No supporting documentation

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 4789 | $11,150.00 |

Claimant failed to include any documentation to support claim. Claimant has not responded to communications from the Debtors.

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors hereby object to the claim listed above in the "Claim to be Expunged" row because this claim was filed without any supporting documentation or facts sufficient to support a legal basis for a claim. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before July 10, 2008 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

7/9/2008


To:  United States Bankruptcy Court for the District of Delaware
     824 Market Street
     3rd Floor
     Wilmington, Delaware  19801


In re:
American Home Mortgage Holdings

Samuel A. Case, Claimant
Claim Number 4789
Claim Amount:  $11,150

Requested Documentation and Letter of explanation


I have included supporting documentation to show all the appraisals that were deducted
directly from my pay that were collected from American Home Mortgage.
On Occasion, American Home Mortgage paid the appraiser duplicates or not at all.
Even thou these appraisal fees were collected from the client / or paid on the settlement
statement.
Each occurrence that I am referencing was deducted from my commissions.
Several attempts were made to refund this money directly to me.
I have included email correspondence on some of the disputed appraisal deductions.

I left the company the end of April of 2007.

I added up the occurrences and came up with a total dollar amount of $8950.
I know but can not prove that I have been deducted additional appraisal fees.


Samuel A. Case
419 Spinnaker Lane
Fort Collins, CO  80525


cc:  Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

## Samuel A. Case

| | |
|---|---|
| **From:** | Mitzi Barnett |
| **Sent:** | Friday, November 10, 2006 3:04 PM |
| **To:** | Samuel A. Case |
| **Subject:** | RE: Appraisal Deduction Prelim Report for 11/25 deductions |

Please forward this information on to Monica Robles with the loan #'s attached so she can research and remove them from the outstanding appraisal fee due list.

Thanks much,

# Mitzi Barnett

Branch Manager
American Home Mortgage
5975 Greenwood Plaza Blvd #106
Greenwood Village, CO  80111
ph 303-445-0100 ext 104
fax 303-761-6727
mbarnett@americanhm.com
Visit my web site at:
www.americanhm.com/mitzibarnett

---

**From:** Samuel A. Case
**Sent:** Friday, November 10, 2006 2:48 PM
**To:** Mitzi Barnett; Kelly M. Gooch; Haemi Cha; Maria Jolly
**Subject:** RE: Appraisal Deduction Prelim Report for 11/25 deductions

Hey Mitzi -

Mike Murphy's loan was redone under Angela Murphy his wife.  That closed last week.

Thanks
Sam

Samuel Case
American Home Mortgage
3555 Stanford Road
Suite 220
Fort Collins, CO  80525

970-223-5369  wk
970-223-7365  fax

---

**From:** Samuel A. Case
**Sent:** Friday, November 10, 2006 2:42 PM
**To:** Mitzi Barnett; Kelly M. Gooch; Haemi Cha; Maria Jolly
**Subject:** RE: Appraisal Deduction Prelim Report for 11/25 deductions

11/13/2006

*closed under*

Page 2 of 3

*1510541* — JANETTE L MEIK *closed*
*1477623* — Sarah E Gipple

| | | | | | |
|---|---|---|---|---|---|
| JANETTE L MEIK | Sam Case | Withdrawn | 0 | 550 | 550 |
| Sarah E Gipple | Sam Case | Withdrawn | 0 | 475 | 475 |
| | **Sam Case Total** | | | | 1,025 |
| Travis Hlavka | Samuel A. Case | Pending Decisio | 0 | 50 | 50 |
| Michael Murphy | Samuel A. Case | Approv/Not Acpt | 0 | 550 | 550 |
| Mike McCormick | Samuel A. Case | Approv/Not Acpt | 0 | 375 | 375 |
| Denece L Child | Samuel A. Case | Approved | 0 | 375 | 375 |
| Denece L Child | Samuel A. Case | Approved | 0 | 375 | 375 |

*Timmy FNG*

Hey Mitzi —

Janette Meik is in close docs- we had to pull a new application because of Timmy Ing.
Sarah Gipple- this appraisal closed with another lender and the appraisal was paid
Hlaka closed today.
Child paid its on appraisal
Child paid its on appraisal
Please advise — *Michael Murphy closed under Angela Murphy →*

Thanks
Sam

Samuel Case
American Home Mortgage
3555 Stanford Road
Suite 220
Fort Collins, CO  80525

970-223-5369  wk
970-223-7365  fax

---

**From:** Mitzi Barnett
**Sent:** Friday, November 10, 2006 11:44 AM
**To:** Len Sprouse; Josh Raborn; Gwen Poindexter; Gerald Stasiak; Koellena Fitzwater; Brenda Buller; Beverly Kjoss; Samuel A. Case; Brian Bamman; Richard Abeyta; Tom Nason
**Subject:** FW: Appraisal Deduction Prelim Report for 11/25 deductions
**Importance:** High

FYI

# Mitzi Barnett
Branch Manager
American Home Mortgage
5975 Greenwood Plaza Blvd #106
Greenwood Village, CO  80111
ph 303-445-0100 ext 104
fax 303-761-6727
mbarnett@americanhm.com
Visit my web site at:
www.americanhm.com/mitzibarnett

11/13/2006

## Maria Jolly

| | |
|---|---|
| **From:** | Maria Jolly |
| **Sent:** | Wednesday, April 11, 2007 11:15 AM |
| **To:** | Appraisal Payment Issues |
| **Cc:** | Quyen T. Nguyen |
| **Subject:** | FW: Branch Credits and Proof Payment |

The loans noted below –appraisers were paid more than once. I called each appraiser and they want copies of the payments to them for the borrowers in question. (Front and back of course.)

Please help me recover these overpayments.

Thanks so much.

Maria Jolly

970-223-5369

Office of Sam Case

---

**From:** Quyen T. Nguyen
**Sent:** Tuesday, April 10, 2007 3:56 PM
**To:** Maria Jolly
**Subject:** RE: Branch Credits and Proof Payment


Yes, I did get it. I will look at the loans tomorrow morning.

As for the backups, you'll need to request it from the Appraisal group in NY. Here is the information that you can give them to help you request the check copies:

**Meik**
1477248- ref#2643529, $550
1510541- ref#2656701, $550

**Murphy**
1439435- ref#2528844, $550
1478125- ref#2584092, $550

**Child D  !!!**
1478244 –            $375
1478986 –            $375
Same addresses-Appraisals also ordered under F. Child
1506576              $375
1506587              $375
Then loans closed under:
1571255              $375
1574150              $375

4/11/2007



This is the first of several appraisal issues you were so kind to help on -- Quyen helped me on this initially.  We have overpaid Skyline appraisals 2X on these. Please see spreadsheet.

Also Skyline was paid on Neff #1601978 by Countrywide then Skyline was paid again last month I believe.

---

**From:** Maria Jolly
**Sent:** Thursday, April 12, 2007 2:15 PM
**To:** Appraisal Payment Issues
**Subject:** FW: Copy of Samuel Case appraisal deductions.xls

Please see the duplicate payments made – can arrangements be made to Sam Case or some proof so we can go back to appraisers and get him paid.

Please let me know.

Maria Jolly
970-223-5369

---

**From:** Quyen T. Nguyen
**Sent:** Thursday, April 12, 2007 12:26 PM
**To:** Maria Jolly
**Subject:** RE: Copy of Samuel Case appraisal deductions.xls

Okay, I was able to go into Unifi. It looks like there were more duplicate payments. I have included the reference# for each loan for you to research with Appraisal group.

---

**From:** Maria Jolly
**Sent:** Tuesday, April 10, 2007 12:44 PM
**To:** Quyen T. Nguyen
**Subject:** Copy of Samuel Case appraisal deductions.xls

here are the cross reference #'s for the loans frank padilla closed on emms deals

2nd issue—these fees were collected on the HUD's.  I have faxed these many X

**From:** Maria Jolly
**Sent:** Thursday, April 12, 2007 11:18 AM
**To:** Retail Commission Helpdesk
**Subject:** Reimbursement appraisal fees

Good Morning:  the following loans/$$ represent appraisal fees collected on the HUD's and were never paid to the appraisers.  Sam Case, the loan officer for all of the loans has paid for these. We have been informed that you will help him get reimbursed for them.  We appreciate it.


**A-Star Appraisals**

Fyock, A      1315078                        $320.00

**Concept Appraisals**

Hodge, C      1327657                        $325.00


**Accurate Appraisals**

Strandberg    1316623                        $375.00

Keplar        1576953                        $ 75.00

Gill, R       1491646                        $325.00
              1490503 Loan that may have been cancelled?

**Skyline Appraisals**

Neal Ogburn   1139080                        $350.00

Vail/Gipple   1383525                        $450.00
              1341968
              1274877


Thank you,


*Maria Jolly*

American Home Mortgage
Assistant to Sam Case
3555 Stanford Road; Suite 220
Fort Collins, CO  80525
(970) 223-5369  (phone)
(970) 223-7365  (fax )
maria.jolly@americanhm.com

3rd issue

Tell me what is the status of the Murphy loans where they were transferred from Michael to Angela as well as Janette Meik and Child who all appear on the spreadsheet?? All of these loans closed and the appraisers were paid 2X – as of yet no one has helped me with copies of the checks to prove it to them. They are giving me push back.

Thank you,

Maria Jolly
American Home Mortgage
3555 Stanford Road; Ste. 220
Fort Collins, Co  80525
970-223-5369 ph
970-223-7365 fx
maria.jolly@americanhm.com



2nd issue—these fees were collected on the HUD's. I have faxed these many X

**From:** Maria Jolly
**Sent:** Thursday, April 12, 2007 11:18 AM
**To:** Retail Commission Helpdesk
**Subject:** Reimbursement appraisal fees

Good Morning: the following loans/$$ represent appraisal fees collected on the HUD's and were never paid to the appraisers. Sam Case, the loan officer for all of the loans has paid for these. We have been informed that you will help him get reimbursed for them. We appreciate it.

**A-Star Appraisals**

Fyock, A        1315078                    $320.00

**Concept Appraisals**

Hodge, C        1327657                    $325.00

**Accurate Appraisals**

Strandberg      1316623                    $375.00

Keplar          1576953                    $ 75.00

Gill, R         1491646                    $325.00
                1490503 Loan that may have been cancelled?

**Skyline Appraisals**

Neal Ogburn     1139080                    $350.00

Vail/Gipple     1383525                    $450.00
                1341968
                1274877

Thank you,

*Maria Jolly*

American Home Mortgage
Assistant to Sam Case
3555 Stanford Road; Suite 220
Fort Collins, CO  80525
(970) 223-5369  (phone)
(970) 223-7365  (fax )
maria.jolly@americanhm.com

**From:** Yocana Orange
**Sent:** Wednesday, April 25, 2007 2:18 PM
**To:** Arianny Mattheos
**Cc:** Maria Jolly; Alan LoGiudice; Samuel A. Case; Gary Eisele
**Subject:** LO Sam Case Commission Adjustment

**Follow Up Flag:** Follow up
**Flag Status:** Orange

Hello Arianny, loan officer Sam Case has been debited thousands of dollars in commissions for appraisal payments. Maria and I have been working together to resolve this problem. The first half of the email is a list of loan numbers that need to be debited from Homegate and credited back to the branch. Homegate does not have an order for any of these loans. The second half of the email is a list of loan numbers that I need check numbers for. Skyline Appraisal has been paid twice on loan transfer. For example loan opened up under A did not closed reopened under loan B and closed, appraiser paid for A&B. Skyline has not been cooperative and I will need this information to get copies of the checks for a possible collections case.

Please debit HG and credit Branch
Branch:2004

1478986-$375.00   child. D
1478244-$375.00   child. D.
1506576-$375.00   child. F.
1506587-$375.00   child. F.
     **$1500.00**

1477248-$550.00   mick
1439435-$550.00   murphy. m.
1439362-$550.00   murphy m.
     **$1650.00**

1200014-$150.00   esau
1238716-$150.00   padilla
     **$300.00**


Please provide the check number for the following loans. Skyline Appraisals.

1239430-Did not close
1203963-Closed

1203933
1239456

1203880
1239501

1203908
1239483

1203843
1239538

*Yocana Orange*
*Sr. Accounts Payable*
*Homegate Settlement Services*
*520 Broadhollow Rd*
*Melville, NY 11747*
*800-795-2377 x2366*
*1–866-354-0066(fax)*
*yocana.orange@americanhm.com*

| Br # | Loan # | app date | borrower | loan officer | stage | pd on acc | appr cost | uncollected $ | order date | voucher dt |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 1405240 | 12/14/05 | Randolph Scott Milam | Samuel A. Case | Withdrawn | 0.00 | 150.00 | 150.00 | 12/29/05 | 1/5/06 |
| | | | | | | | | | Ded on 3/10/06 | |
| 2004 | 1486905 | 02/14/06 | David G Clarkson | Samuel A. Case | Pending Deck | 0.00 | 825.00 | 825.00 | 2/21/2006 | 04/04/2006 |
| 2004 | 1485905 | 02/14/06 | David G Clarkson | Samuel A. Case | Pending Deck | 0.00 | 50.00 | 50.00 | 2/28/2006 | 04/04/2006 |
| 2004 | 1200014 | 02/25/06 | Michael J.B. Ems | Samuel A. Case | Adjourned | 0.00 | 150.00 | 150.00 | 3/8/2006 | 03/09/2006 |
| 2004 | 1203963 | 02/28/06 | Michael J.B. Ems | Samuel A. Case | Adjourned | 0.00 | 150.00 | 150.00 | 3/8/2006 | 03/09/2006 |
| 2004 | 1203933 | 02/28/06 | Michael J.B. Ems | Samuel A. Case | Adjourned | 0.00 | 150.00 | 150.00 | 3/8/2006 | 03/08/2006 |
| 2004 | 1203880 | 02/28/06 | Michael J.B. Ems | Samuel A. Case | Adjourned | 0.00 | 150.00 | 150.00 | 3/8/2006 | 03/08/2006 |
| 2004 | 1203908 | 02/28/06 | Michael J.B. Ems | Samuel A. Case | Adjourned | 0.00 | 150.00 | 150.00 | 3/8/2006 | 03/08/2006 |
| 2004 | 1203843 | 02/28/06 | Michael J.B. Ems | Samuel A. Case | Adjourned | 0.00 | 150.00 | 150.00 | 3/8/2006 | 03/08/2006 |
| | | | | | | | | 1,275.00 | Ded on 6/10/06 | |
| 2004 | 1346659 | 05/22/06 | Kevin G Cameron | Samuel A. Case | Withdrawn | 0 | 50 | 50 | 06/23/06 | 06/29/06 |
| | | | | | | | | 50 | Ded on 8/25/06 | |
| 2004 | 1383525 | 38922 | Sarah E Gipple | Samuel E Gipple | Pending Deck | 0 | 50 | 50 | 07/31/06 | 08/08/06 |
| 2004 | 1439435 | 38966 | Michael Murphy | Samuel A. Case | Withdrawn | 0 | 550 | 550 | 08/06/06 | 09/18/06 |
| | | | | | | | | | Ded on 10/25/06 | |
| 2004 | 1439362 | 9/6/2006 | Michael Murphy | Samuel A. Case | Approv/Not Ac | 0 | 550 | 575 | 9/6/2006 | 9/18/2006 |
| 2004 | 1472049 | 10/04/2004 | Mike McCormick | Samuel A. Case | Approv/Not Ac | 0 | 575 | 550 | 10/14/2006 | 10/20/2006 |
| 2004 | 1477248 | 10/04/200 | JANETTE L MEI | Samuel A. Case | Approv/Not Ac | 0 | 550 | 475 | 10/27/2006 | 10/27/2006 |
| 2004 | 1477623 | 10/10/200 | Sarah E Gipple | Samuel A. Case | Withdrawn | 0 | 475 | | 10/11/2006 | 10/13/2006 |
| | | | | | | | | 1950 | Ded on 11/25/06 | |
| 2004 | 1464027 | | Brett A Hettinger | Samuel A. Case | Withdrawn | 0 | 50 | 50 | 11/16/2006 | 11/24/2006 |
| 2004 | 1478244 | 11/05/06 | Denece L Child | Samuel A. Case | Approved | 0 | 375 | 375 | 10/12/2006 | 10/20/2006 |
| 2004 | 1478866 | 11/05/06 | Denece L Child | Samuel A. Case | Approved | 0 | 375 | 375 | 11/24/2006 | 11/24/2006 |
| 2004 | 1520085 | 1/10/06 | Terri L Miller | Samuel A. Case | Denied | 0 | 50 | 50 | 01/10/07 | 01/10/07 |
| | | | | | | | | 850 | | |
| 2004 | 1506578 | 10/28/06 | Fredrick J Child | Samuel A. Case | Approved | 0 | 375 | 375 | 10/30/2006 | 11/03/2006 |
| 2004 | 1506587 | 10/30/06 | Fredrick J Child | Samuel A. Case | Pending Deck | 0 | 375 | 375 | 10/30/2006 | 11/03/2006 |
| 2004 | 1520951 | 11/09/06 | Jenny C. Vega | Samuel A. Case | Approv/Not Ac | 0 | 700 | 700 | 11/19/2006 | 11/17/2006 |
| 2004 | 1549786 | 12/05/06 | Samuel Chris Angelo | Samuel A. Case | Approv/Not Ac | 0 | 375 | 375 | 12/11/2006 | 12/18/2006 |
| 2004 | 1555339 | 12/08/06 | David L Conley | Samuel A. Case | Denied | 0 | 500 | 500 | 12/14/2006 | 12/18/2006 |
| 2004 | 1549786 | 12/05/06 | Samuel Chris Angelo | Samuel A. Case | Approv/Not Ac | 0 | 360 | 360 | 01/02/2007 | 01/02/2007 |
| 2004 | 1601928 | 01/18/07 | Levi J Neff | Samuel A. Case | Approv/Not Ac | 0 | 375 | 375 | 01/18/2007 | 01/27/2007 |
| 2004 | 1592741 | 01/11/07 | Nickie L. Boos | Samuel A. Case | Denied | 0 | 375 | 375 | 01/22/2007 | 01/23/2007 |
| | | | | | | | | 3325 | | |
| 2004 | 1574554 | 01/22/07 | Samuel Chris Angelo | Case, Samuel A. | Suspended | 0 | 375 | 375 | 01/22/2007 | 02/01/2007 |
| 2004 | 1606760 | 01/12/07 | Nickie L. Boos | Case, Samuel A. | Approv/Not Ac | 0 | 375 | 375 | 01/22/2007 | 02/01/2007 |
| | | | | | | | | 750 | Ded on 3/23/07 | |