IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corp., et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) |

BRUNELLE, PAUL A. & EDMOND C. GIRARD
JT TENS
4337 OAK VIEW DRIVE
SARASOTA, FL 34232

**OBJECTION TO DEBTORS' FILING OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1.**

**We, the above-captioned creditors, Paul A. Brunelle and Edmond C. Girard declare:**

1. That we object to the relief requested -- in general -- in the Debtors "Objection" as filed on June 17, 2008, and more specifically

2. We, the above-captioned creditors, object to the Debtors seeking to expunge, and disallow in full, the Equity Interest Claims (Exhibit C. of the Objection as filed by Debtors), and finally

3. We, the above-captioned creditors, respectfully request that the Debtors request for the entry of any order sustaining their Objection in all respects, and granting such other and further relief as the Court deems just and proper, be rejected in total by the Court.


Dated: July 9, 2008
       Sarasota, FL

THE LAW FIRM OF CATHRYN C. GIRARD, PL

Cathryn C. Girard, (FL Bar #0851530)
4337 Oak View Drive
Sarasota, FL 34232
Tel (941) 371-0532
Fax (941) 377-4542
CEGirard@aol.com

Counsel to the above-captioned creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corp., et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: July 17, 2008 at 2:00 p.m. |
| | ) | |

BRUNELLE, PAUL A. & EDMOND C. GIRARD
JT TENS
4337 OAK VIEW DRIVE
SARASOTA, FL 34232

**NOTICE OF OBJECTION TO DEBTORS' FILING OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1.**

Notice sent by Facsimile: (302)571-1253 to Debtors Counsel, YOUNG, CONAWAY STARGATT & TAYLOR, LLP