Case No. 07-11047 (CSS)
Claim Number – 7105

Re: Furey, Thomas
6 Marvin Place
Bethel, CT 06801

To Whom It May Concern:

As a manager of American Home Mortgage I was paid a quarterly bonus based on profitability. Half of the bonus was paid within 30 days of quarter end and the remaining half was paid at year end (sum of 50% of all 4 quarter bonuses). I am claiming that my 2nd quarter bonus, plus any accrued bonuses through 6/30/07 were equal to a number much larger than $10,950, however, $10,950 was the maximum claim. I am enclosing my 2006 (9%) bonus schedule. Note that in 2007 I was given (11%) and my branch was more profitable ytd.

Please reconsider your decision.

Regards,

Thomas J. Furey
203.515.3231

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |

AHM OB11 6/17/2008 (merge2.txnum2) 4000057964 BSI Use - 7

FUREY, THOMAS
6 MARVIN PLACE
BETHEL, CT 06801

## NOTICE OF DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** FUREY, THOMAS
6 MARVIN PLACE
BETHEL, CT 06801

**Basis For Objection:** No Liability

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 7105 | $10,950.00 |

Claimant employee asserted claim for bonus, however, Debtors' books and records indicate that claimant was not entitled to bonus.

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

    Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
    Wilmington, Delaware

                                                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                                  James L. Patton, Jr. (No. 2202)
                                                  Pauline K. Morgan (No. 3650)
                                                  Edward J. Kosmowski (No. 3849)
                                                  Kara Hammond Coyle (No. 4410)
                                                  Nathan D. Grow (No. 5014)
                                                  The Brandywine Building
                                                  1000 West Street, 17th Floor
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 571-6756
                                                  Facsimile: (302) 571-1253

                                                  Counsel to the Debtors and Debtors in Possession

**2006 BONUS CALCULATIONS**

| Month | Bottom Line | Monthly Bonus (9%) | Payout | Deferred |
|---|---|---|---|---|
| January | $ 1,678 | $ 151 | | |
| February | $ (58,577) | $ (5,272) | | |
| March | $ 109,110 | $ 9,820 | | |
| | $ 52,211 | $ 4,699 | $ 2,349 | $ 2,349 |
| April | $ 28,019 | $ 2,522 | | |
| May | $ 42,989 | $ 3,869 | | |
| June | $ 5,782 | $ 520 | | |
| | $ 76,790 | $ 6,911 | $ 3,456 | $ 3,456 |
| July | $ 77,858 | $ 7,007 | | |
| August | $ 74,628 | $ 6,717 | | |
| September | $ 3,630 | $ 327 | | |
| | $ 156,116 | $ 14,050 | $ 7,025 | $ 7,025 |
| October | $ 58,994 | $ 5,309 | | |
| November | $ 46,902 | $ 4,221 | | |
| December | $ 94,965 | $ 8,547 | | |
| | $ 200,861 | $ 18,077 | $ 9,039 | $ 9,039 |
| Annual | $ 485,978 | $ 43,738 | | |