IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter: 11<br><br>Case No.: 07-11047 (CSS)<br>(Jointly Administered) |

## RESPONSE TO DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Dr. Marcella A. Pinkas ("Claimant") submits this response to the objection.

1. Claimant is a former shareholder of American Home Mortgage Investment Corp. and its REIT and timely filed two proofs of claims, identified as claim numbers 9548 and 9549, for $9,147.80 and $12,739.75. Claimant mistakenly identified her claims as based upon equity interests. She instead intended to assert claims for damages.

2. Those damages were caused by, among other things, materially false and misleading statements as well as material failures to disclose, by, among others, the Debtors, their affiliates, directors, officers or agents, of: (i) rising levels of loan delinquencies that were depressing the Debtors' earnings; (ii) the Debtors' decreasing profit margins, due to falling prices caused by increasing difficulties in selling loans; (iii) the Debtors' operating without adequate reserves for delinquent loan repurchases; (iv) the Debtors' operating without an adequate strategic plan in relation to the volatility of loan products; and (v) overstating the Debtors' financial results by failing to write down the value of many of the loans in their portfolios that had declined substantially in value.

3. Similar allegations have been made in numerous class action lawsuits filed against the Debtors. Claimant intends to join one or more of those actions shortly.

4. The Debtors objected to the proofs of claims as "equity."

5. Debtors' counsel agreed to withdraw the objections upon the filing of this response and an amended proof of claim asserting liability for damages, appended as Exhibit A.

6. Claimant and the Debtors reserved their rights as to any other dispute.

7. Claimant respectfully requests that this Court consider the Debtors' objections withdrawn and that this Court excuse her appearance from the hearing.

Dated: July 7, 2008
Tampa, Florida

Respectfully,

_____
Dr. Marcella A. Pinkas
4119 Carrollwood Village Drive
Tampa, Florida 33618
Phone: (813) 962-8261