# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>**FDR Station, P.O. Box 5076**<br>**New York, NY 10150-5076** | PROOF OF CLAIM |
|---|---|

| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered |
|---|---|

Name of Debtor Against Which Claim is Held    Case No. of Debtor    07-11048

*American Home Mortgage Inv. Corp* and its affiliated companies/Debtors 07-11047(JA)

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)**

Dr. Danella PINKAS
4119 Carrollwood VillG. Dr
TAMPA, FL 33618

Telephone number: 813-962-8261
Email Address: POUZKI @ AOL.COM

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**
Fidelity Investm. 1306721069 Z43-073563

Check here if this claim:
☐ replaces    ☑ amends a previously filed claim, dated: 1/5/08

Claim numbers 9548 & 9549

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other Damages for fraud and securities violations (explain)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: _____
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:**
6/5/07 — 12/18/07 #

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed: $ 21,887.55 #** + _____ (unsecured nonpriority) + _____ (secured) + _____ (unsecured priority) = _____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**6. Unsecured Nonpriority Claim: $ 21,887.55 #**
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

This Space Is For Court Use Only

**10.** Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 7/7/08    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

\# any applicable damages, fees and expenses incurred.

# <u>Summary of Claim</u>

Dr. Marcella A. Pinkas ("Claimant") is a former shareholder of American Home Mortgage Investment Corp.  As described below, Claimant purchased 1,400 shares of the company and/or its REIT.

| Date of Purchase or Settlement | Number of Shares Purchased | Purchase Price (per share) |
|---|---|---|
| June 5, 2007 | 100 | $21.75 |
| June 12, 2007 | 200 | $21.75 (100) $21.50 (100) |
| June 29, 2007 | 100 | $18.29 |
| July 16, 2007 | 200 | $16.30 |
| July 24, 2007 | 800 | $13.25 (400) $12.25 (400) |

On December 18, 2007, 800 shares were sold for $.035 per share.  On December 28, 2007, the remaining 600 shares were sold for $.017 per share.  Claimant's investment company, Fidelity Investments, tracked these purchases and sales and provided a summary of losses of $21,887.55, as described in the attached statements.

Those losses constitute damages caused by, among other things, materially false and misleading statements as well as material failures to disclose, by, among others, the Debtors, their affiliates, directors, officers or agents, of: (i) rising levels of loan delinquencies that were depressing the Debtors' earnings; (ii) the Debtors' decreasing profit margins, due to falling prices caused by increasing difficulties in selling loans; (iii) the Debtors' operating without adequate reserves for delinquent loan repurchases; (iv) the Debtors' operating without an adequate strategic plan in relation to the volatility of loan products; and (v) overstating the Debtors' financial results by failing to write down the value of many of the loans in their portfolios that had declined substantially in value.

Similar allegations have been made in numerous class action suits filed against the Debtors.  Claimant intends to join one or more of those class actions shortly and to seek recovery of additional damages, fees and expenses incurred if the class action is successful.

This proof of claim amends and supersedes two previously filed proofs of claims, identified as claim numbers 9548 and 9549, in the amounts of $9,147.80 and $12,739.75.

Investment Report: June 1, 2007 - June 30, 2007

This report may include accounts with different addresses.

This report contains all the account balances and transactions that are shown on mailed statements, but some related data and analysis may not be included. Link from this report to your account holdings, research, and tools to help you manage your portfolio.

Sections Within This Statement:   Summary | Analysis & Review | Account Details | Contact Us

### Summary

**Changes in Portfolio Value**

Beginning value as of June 1, 2007

Transaction costs, loads and fees

Transfers between Fidelity accounts

Change in investment value

Ending value as of June 30, 2007

**Value by Account**

| Account Name | | Account Number | June 1, 2007 | June 30, 2007 |
|---|---|---|---|---|
| INDIVIDUAL - TOD | Details | 243-073563 | | |
| TRADITIONAL IRA | Details | 2BH-832120 | | |

**Income Summary**

| | This Period | Year to Date |
|---|---|---|
| Taxable | | |
| Tax-deferred | | |
| Total | | |

### Analysis & Review

**Portfolio Analysis:** View information about your portfolio, including an Asset Allocation chart, which shows how your assets are distributed among stocks, bonds, short-term securities and other investments.

**Portfolio Review:** Zero in on an investment strategy that supports your financial goals while minimizing risk.

### Account Details

**INDIVIDUAL - TOD (243073563)**

**Account Summary**

Beginning value as of Jun 1

Transaction costs, loads and fees

Change in investment value

Ending value as of Jun 30

-- not available

**Income Summary**

**Taxable**

Fidelity Investments: Investment Report



## Other

| Symbol | Descriptio | Quantity | Price | Beginning Value | Ending Value | Cost Basis |
|---|---|---|---|---|---|---|
| AHM | AMERICAN HOME MTG INVESTMENTS REIT | 200.000 | $18.380 | | $3,676.00 | $4,346.90 |
| **Subtotal of Other** | | | | $0.00 | $3,676.00 | |

## Core Account

| Symbol | Descript on | Quantity | Price | Beginning Value | Ending Value | Cost Basis |
|---|---|---|---|---|---|---|
| | CASH | | | | | N/A |

For balances below $1,000.00, th · current interest rate is 03.18%.

**Subtotal of Core Account**

**Total Market Value**

-- not available

All positions held in cash account unless indicated otherwise.

Investments reported in the Hold gs section such as direct participation program securities (e.g., partnerships, limited liability companies, and re estate investment trusts which are not listed on any exchange), commodity pools, private equity, private deb nd hedge funds are generally illiquid investments and their current values may be different from the purchase price inless otherwise indicated, the values shown in this statement for such investments have been provided the management, administrator or sponsor of each program or a third-party vendor without independent verif tion by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participati in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estima d values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an es nated value is not provided, valuation information is not available.

## Transaction Details (for holdings with activity this period)

### Core Account - Cash

**Beginning**

**Investment Activity**

Securities bought

Securities sold

Core account income

Income

**Subtotal of Investment Activity**

**Ending**

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price | Transaction Amount | Cost |
|---|---|---|---|---|---|---|
| 6/05 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: $10.95 | 100.0000 | $21.75000 | -$2,185.95 | |
| 6/11 | FIDELITY LATIN AMERICA + | You bought | | | | |
| 6/11 | FIDELITY SOUTHEAST ASIA + | You bought | | | | |

Fidelity Investments: Investment Report



| 6/11 | FIDELITY CASH RESERVES REDEEMED TO COVER A SETTLED OBLIGATION @ 1 | You sold | | |
| 6/12 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: - $10.95 | 100.0000 - $21.50000 | -$2,160.95 |
| 6/12 | FIDELITY CASH RESERVES REDEEMED TO COVER A SETTLED OBLIGATION @ 1 | You sold | | |
| 6/25 | FIDELITY EUROPE CAPITAL APPRECIATION + | You bought | | |
| 6/25 | FIDELITY LATIN AMERICA + | You bought | | |
| 6/25 | FIDELITY CASH RESERVES REDEEMED TO COVER A SETTLED OBLIGATION @ 1 | You sold | | |
| 6/25 | FIDELITY SELECT ENERGY SERVICE + | You bought | | |
| 6/27 | SECTOR SPDR TR SHS BEN INT ENERGY | Dividend received | | |
| 6/28 | FIDELITY CASH RESERVES | You sold | | |
| 6/28 | FIDELITY SELECT NATURAL GAS + | You bought | | |
| 6/29 | CASH | Interest earned | | |
| 6/29 | FIDELITY CASH RESERVES | Dividend received | | |
| 6/29 | FIDELITY CASH RESERVES | Reinvestment | | |

+ Prospectus sent under separate - over.

**Daily Additions and Subtractions** - Cash @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance |
|------|--------|---------|------|--------|---------|
| 6/05 | | | 6/27 | | |
| 6/11 | | | 6/29 | | |

Fidelity Investments: Investment Report



**Commission Level**
Account eligible trades from Jul 2006 - Jun 2007                                      2

**TRADITIONAL IRA (2BH832120)**

**Account Summary**

Beginning value as of Jun 1

Transfers between Fidelity accounts

Change in investment value

Ending value as of Jun 30

-- not available

**Income Summary**

Tax-deferred

|                | This Period | Year to Date |
|----------------|-------------|--------------|
| Tax-deferred   |             |              |

Transaction Details (for holdings with activity this period)

**Activity**

| Settlement Date | Security | Description | Quantity | Price | Transaction Amount | Cost | Total Value |
|-----------------|----------|-------------|----------|-------|--------------------|------|-------------|
| 6/1 | FIDELITY LATIN AMERICA | BEGINNING BALANCE | | | | | |
| 6/4 | | Transferred TO 130-672106 | | | | | |
| 6/30 | | ENDING BALANCE | | | | | |
| 6/1 | FIDELITY CASH RESERVES | BEGINNING BALANCE | | | | | |
| 6/4 | | DIVIDEND RECEIVED | | | | | |
| 6/4 | | Reinvestment | | | | | |
| 6/4 | | Transferred TO 130-672106 | | | | | |
| 6/4 | | Transferred TO 130-572106 | | | | | |
| 6/30 | | ENDING BALANCE | | | | | |

**Contact Us**

✉ Send an e-Mail to Customer Support

☎ Customer Service                                800-544-8666

Copyright 1998-2008 FMR Corp.
All rights reserved.
Terms of Use Privacy Security Site Map



EQUIPMENT &
SERV ETF

**Subtotal of Equities**

**Mutual Funds**

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|---|---|---|---|---|---|---|
| FLATX | FIDELITY LATIN AMERICA | | | | | |
| FSRFX | FIDELITY SELECT TRANSPORT | | | | | |

**Subtotal of Mutual Funds**

**Other**

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|---|---|---|---|---|---|---|
| AHM | AMERICAN HOME MTG INVESTMENTS REIT | 100.000 | $18.380 | | $1,838.00 | $2,165.95 |

**Subtotal of Other**      $0.00     $1,838.00

**Core Account**

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|---|---|---|---|---|---|---|
| FDRXX | FIDELITY CASH RESERVES | | | | | N/A |

**Subtotal of Core Account**

**Total Market Value**

-- not available

All positions held in cash account unless indicated otherwise.

Investments reported in the Holdings section such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

**Transaction Details (for holdings with activity this period)**

**Core Account – Fidelity Cash Reserves**
**Beginning**
**Investment Activity**
Securities bought
Exchanges in
Core account income
Income
**Subtotal of Investment Activity**
**Ending**

**Investment Activity**
Settlement                                                 Transaction

Fidelity Investments: Investment Report



| Date | Security | Description | Quantity | Price | Amount | Cost |
|------|----------|-------------|----------|-------|--------|------|
| 6/04 | FIDELITY LATIN AMERICA 2BH-832120 VALUE OF TRANSACTION | Transferred from | | | | |
| 6/04 | FIDELITY CASH RESERVES 2BH-832120 VALUE OF TRANSACTION | Transferred from | | | | |
| 6/04 | FIDELITY CASH RESERVES 2BH-832120 VALUE OF TRANSACTION | Transferred from | | | | |
| 6/08 | FIDELITY LATIN AMERICA + | You bought | | | | |
| 6/08 | FIDELITY SELECT TRANSPORT + | You bought | | | | |
| 6/12 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: -$10.95 | 100.0000 | $21.75000 | -$2,185.95 | |
| 6/12 | HALLIBURTON CO HOLDING CO FRMLY HALLIBURTON CO NFS LLC WAS THE MKT MAKER ON THIS TRADE | You bought Transaction cost: -$10.95 | | | | |
| 6/12 | ISHARES TR S&P LATIN AMER 40 INDEX FD | You bought Transaction cost: -$10.95 | | | | |
| 6/12 | SPDR S & P OIL & GAS EXPLORATION & PRODUCTION ETF | You bought Transaction cost: -$10.95 | | | | |
| 6/12 | SPDR S & P OIL & GAS EXPLORATION & PRODUCTION ETF | You bought Transaction cost: -$10.95 | | | | |
| 6/12 | SPDR S & P OIL & GAS EQUIPMENT & SERV ETF | You bought Transaction cost: -$10.95 | | | | |
| 6/13 | NOBLE | You bought Transaction cost: | | | | |

07/03/2008   13:12   613-961-8519                   FEDEX KINKO'S   1531

Fidelity Investments: Investment Report





| Trade Date | Settlement Date | Security | Description | Quantity | Price | Cost | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 6/27 | 7/02 | NOBLE CORPORATION SHS ISIN #KYG654221004 SEDOL #2891718 (CAYMAN ISLANDS) (NE) | Bought | | | | |
| 6/27 | 7/02 | SPDR S & P OIL & GAS EXPLORATION & PRODUCTION ETF XDIV UPDATED 06/15/0 (XOP) | Bought | | | | |
| 6/29 | 7/05 | AMERICAN HOME MTG INVESTMENTS REIT (AHM) | Bought | 100.0000 | $18.29000 | | -$1,839.95 |

**Daily Additions and Subtractions** - Fidelity Cash Reserves @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 6/04 | | | 6/27 | | |
| 6/08 | | | 6/28 | | |
| 6/12 | | | 6/29 | | |
| 6/13 | | | | | |

**Commission Level**

Account eligible trades from Jul 2006 - Jun 2007                16

**TRADITIONAL IRA (2BH832120)**

**Account Summary**

Beginning value as of Jun 1

Transfers between Fidelity accounts

Change in investment value

Ending value as of Jun 30

-- not available

**Income Summary**

**Tax-deferred**

|  | This Period | Year to Date |
|---|---|---|
| Tax-deferred | | |

**Transaction Details** (for holdings with activity this period)

**Activity**

| Settlement Date | Security | Description | Quantity | Price | Transaction Amount | Cost | Total Value |
|---|---|---|---|---|---|---|---|
| 6/1 | FIDELITY LATIN AMERICA | BEGINNING BALANCE | | | | | |
| 6/4 | | Transferred TO 130-672106 | | | | | |

27/03/2008   13:12   813-981-8518   FEDEX KINKO'S  1531

Fidelity Investments: Investment Report

**Investment Report:** July 1, 2007 - July 31, 2007

This report may include accounts with different addresses.

This report contains all the account balances and transactions that are shown on mailed statements, but some related data and analysis may not be included. Link from this report to your account holdings, research, and tools to help you manage your portfolio.

Sections Within This Statement:   Summary | Analysis & Review | Account Details | Contact Us

### Summary

**Changes in Portfolio Value**

Beginning value as of July 1, 2007

Transaction costs, loads and fees

Change in investment value

Ending value as of July 31, 2007

**Value by Account**

| Account Name | | Account Number | July 1, 2007 | July 31, 2007 |
|---|---|---|---|---|
| INDIVIDUAL - TOD | Details | 243-073563 | | |
| TRADITIONAL IRA | Details | 130-572106 | | |

**Income Summary**

| | This Period | Year to Date |
|---|---|---|
| Taxable | | |
| Tax-deferred | | |
| Total | | |

### Analysis & Review

**Portfolio Analysis:** View information about your portfolio, including an Asset Allocation chart, which shows how your assets are distributed among stocks, bonds, short-term securities and other investments.

**Portfolio Review:** Zero in on an investment strategy that supports your financial goals while minimizing risk.

### Account Details

**INDIVIDUAL - TOD (243073563)**

**Account Summary**

Beginning value as of Jul 1

Transaction costs, loads and fees

Change in investment value

Ending value as of Jul 31

-- not available

**Income Summary**

Taxable

| | This Period | Year to Date |
|---|---|---|

**Fidelity Investments: Investment Report**

| Symbol | Descriptio | Quantity | Price | Value | Value | Cost Basis |
|---|---|---|---|---|---|---|
| AHM | AMERICAN HOME MTG INVESTMENTS REIT | 800.000 | $1.040 | $3,676.00 | $832.00 | $12,739.75 |
| **Subtotal of Other** | | | | **$3,676.00** | **$832.00** | |

**Core Account**

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost Basis |
|---|---|---|---|---|---|---|
| | CASH | | | | | |

For balances below $10,000.00, the current interest rate is 02.01%.

**Subtotal of Core Account**

**Total Market Value**

-- not available

All positions held in cash account unless indicated otherwise.

Investments reported in the Hold   is section such as direct participation program securities (e.g., partnerships, limited liability companies, and re   estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt   nd hedge funds are generally illiquid investments and their current values may be different from the purchase price.   nless otherwise indicated, the values shown in this statement for such investments have been provided     the management, administrator or sponsor of each program or a third-party vendor without independent verif   tion by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participatio   in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estima   d values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an es   nated value is not provided, valuation information is not available.

**Transaction Details (for holdings with activity this period)**

**Core Account - Cash**

**Beginning**

**Investment Activity**

**Securities bought**

**Securities sold**

**Core account income**

**Income**

**Subtotal of Investment Activity**

**Ending**

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price | Transaction Amount | Cost Basis |
|---|---|---|---|---|---|---|
| 7/16 | AMERICAN HOME MTG INVESTMENTS REIT XDIV UPDATED 07/05/0 XDIV UPDATED 07/06/0 | You bought Transaction cost: -$10.95 | 200.0000 | $16.30000 | -$3,270.95 | |
| 7/16 | FIDELITY SELECT DEFENSE & AEROSPACE | You sold Short-term gain: | | | | |

**Fidelity Investments: Investment Report**



| Date | Security | Action | | | |
|------|----------|--------|---|---|---|
| | | Long-term gain: | | | |
| 7/17 | FIDELITY CASH RESERVES | You sold | | | |
| 7/17 | FIDELITY CASH RESERVES | You sold | | | |
| 7/17 | FIDELITY SELECT ENERGY + | You bought | | | |
| 7/17 | FIDELITY SELECT NATURAL GAS + | You bought | | | |
| 7/24 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: -$10.95 | 200.0000 | $12.25000 | -$2,460.95 |
| 7/24 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: -$10.95 | 200.0000 | $13.25000 | -$2,660.95 |
| 7/24 | FIDELITY CASH RESERVES REDEEMED TO COVER A SETTLED OBLIGATION @ 1 | You sold | | | |
| 7/27 | FIDELITY CASH RESERVES REDEEMED TO COVER A SETTLED OBLIGATION @ 1 | You sold | | | |
| 7/27 | FIDELITY SELECT NATURAL GAS + | You bought | | | |
| 7/27 | FIDELITY SELECT ENERGY SERVICE + | You bought | | | |
| 7/30 | FIDELITY CASH RESERVES REDEEMED TO COVER A SETTLED OBLIGATION @ 1 | You sold | | | |
| 7/31 | CASH | Interest earned | | | |
| 7/31 | FIDELITY CASH RESERVES | Dividend received | | | |
| 7/31 | FIDELITY CASH | Reinvestment | | | |

27/03/2008    13:12    013-461-8828    FEDEX KINKO'S    1531

**Fidelity Investments: Investment Report**





RESERVES

ß - Average Cost Single Category

+ Prospectus sent under separate cover.

Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

**Daily Additions and Subtractions - Cash @ $1 per share (the following is provided to you in accordance with industry regulations)**

| Date | Amount | Balance | Date | Amount | Balance |
|------|--------|---------|------|--------|---------|
| 7/16 | | | 7/31 | | |
| 7/24 | | | | | |

**Commission Level**

Account eligible trades from Aug 2006 - Jul 2007          5

**TRADITIONAL IRA (130672106)**

**Account Summary**

Beginning value as of Jul 1

Transaction costs, loads and fees

Change in investment value

Ending value as of Jul 31

-- not available

**Income Summary**

**Tax-deferred**

| | This Period | Year to Date |
|---|---|---|
| Tax-deferred | | |

Holdings as of July 31, 2007

**Equities**

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|--------|-------------|----------|-------|-----------------|--------------|------|
| NE | NOBLE CORPORATION SHS ISIN #KYG654221034 SEDOL #2891718 (CAYMAN ISLANDS) | | | | | |
| BHI | BAKER HUGHES INC | | | | | |
| HAL | HALLIBURTON CO HOLDING CO FRMLY HALLIBURTON CO | | | | | |
| ILF | ISHARES TR S&P LATIN AMER 40 INDEX FD | | | | | |
| XOP | SPDR S & P OIL & GAS | | | | | |

Fidelity Investments: Investment Report



| | EXPLORATION & PRODUCTION ETF | | | | | |
|---|---|---|---|---|---|---|
| XES | SPDR S & P OIL & GAS EQUIPMENT & SERV ETF | | | | | |

**Subtotal of Equities**

## Mutual Funds

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|---|---|---|---|---|---|---|
| FLATX | FIDELITY LATIN AMERICA | | | | | |
| FSRFX | FIDELITY SELECT TRANSPORT | | | | | |

**Subtotal of Mutual Funds**

## Other

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|---|---|---|---|---|---|---|
| AHM | AMERICAN HOME MTG INVESTMENTS REIT | 600.000 | $1.040 | $1,838.00 | $624.00 | $9,147.80 |

**Subtotal of Other**  |  |  |  |  $1,838.00 |  $624.00 |

## Core Account

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|---|---|---|---|---|---|---|
| FDRXX | FIDELITY CASH RESERVES | | | | | |

**Subtotal of Core Account**

**Total Market Value**

— not available

All positions held in cash account unless indicated otherwise.

Investments reported in the Holdings section such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

## Transaction Details (for holdings with activity this period)

**Core Account - Fidelity Cash Reserves**

**Beginning**

**Investment Activity**

Securities bought

Core account income

**Subtotal of Investment Activity**

**Ending**

07/03/2008  13:44  713-961-9516                    FEDEX KINKO'S              1531

Fidelity Investments: Investment Report

## Investment Activity

| Settlement Date | Security | Description | Quantity | Price | Transaction Amount | Cost |
|---|---|---|---|---|---|---|
| 7/02 | NOBLE CORPORATION SHS ISIN #KYG654221004 SEDOL #2891718 (CAYMAN ISLANDS) | You bought Transaction cost: - $10.95 | | | | |
| 7/02 | SPDR S & P OIL & GAS EXPLORATION & PRODUCTION ETF XDIV UPDATED 06/15/0 | You bought Transaction cost: - $10.95 | | | | |
| 7/05 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: - $10.95 | 100.0000 | $18.29000 | -$1,839.95 | |
| 7/20 | BAKER HUGHES INC | You bought Transaction cost: - $10.95 | | | | |
| 7/20 | SPDR S & P OIL & GAS EQUIPMENT & SERV ETF | You bought Transaction cost: - $10.95 | | | | |
| 7/24 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: - $10.95 | 200.0000 | $12.25000 | -$2,460.95 | |
| 7/24 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: - $10.95 | 200.0000 | $13.25000 | -$2,660.95 | |
| 7/31 | FIDELITY CASH RESERVES | Dividend received | | | | |

**Daily Additions and Subtractions** - Fidelity Cash Reserves @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 7/02 | | | 7/27 | | |
| 7/05 | | | 7/30 | | |
| 7/20 | | | 7/31 | | |
| 7/24 | | | | | |

**Commission Level:**

Account eligible trades from Aug 2006 - Jul 2007                20

## Contact Us

| Send an e-Mail to Customer Support |
|---|
| Customer Service          800-544-6666 |

## Investment Report: December 1, 2007 - December 31, 2007

This report may include accounts with different addresses.

This report contains all the account balances and transactions that are shown on mailed statements, but some related data and analysis may not be included. Link from this report to your account holdings, research, and tools to help you manage your portfolio.

Sections Within This Statement:  Summary | Analysis & Review | Account Details | Contact Us

### Summary

**Changes in Portfolio Value**

Beginning value as of December 1, 2007

Transaction costs, loads and fees

Change in investment value

Ending value as of December 31, 2007

**Value by Account**

| Account Name | | Account Number | December 1, 2007 | December 31, 2007 |
|---|---|---|---|---|
| INDIVIDUAL - TOD | Details | Z43-073563 | | |
| TRADITIONAL IRA | Details | 130-672106 | | |

**Income Summary**

| | This Period | Year to Date |
|---|---|---|
| Taxable | | |
| Tax-deferred | | |
| Total | | |

### Analysis & Review

**Portfolio Analysis:** View information about your portfolio, including an Asset Allocation chart, which shows how your assets are distributed among stocks, bonds, short-term securities and other investments.

**Portfolio Review:** Zero in on an investment strategy that supports your financial goals while minimizing risk.

### Account Details

**INDIVIDUAL - TOD (Z43073563)**

**Account Summary**

Beginning value as of Dec 1

Transaction costs, loads and fees

Change in investment value

Ending value as of Dec 31

-- not available

**Income Summary**

Taxable

Fidelity Investments: Investment Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | CAPITAL APPRECIATION | | | | | |
| 12/07 | FIDELITY LATIN AMERICA | Dividend received | | | | |
| 12/07 | FIDELITY LATIN AMERICA | Long-term cap gain | | | | |
| 12/07 | FIDELITY LATIN AMERICA | Reinvestment | | | | |
| 12/07 | FIDELITY SELECT ENERGY SERVICE | Long-term cap gain | | | | |
| 12/07 | FIDELITY SELECT ENERGY SERVICE | Reinvestment | | | | |
| 12/14 | FIDELITY SELECT ENERGY | Long-term cap gain | | | | |
| 12/14 | FIDELITY SELECT ENERGY | Reinvestment | | | | |
| 12/14 | FIDELITY SELECT NATURAL GAS | Short-term cap gain | | | | |
| 12/14 | FIDELITY SELECT NATURAL GAS | Long-term cap gain | | | | |
| 12/14 | FIDELITY SELECT NATURAL GAS | Reinvestment | | | | |
| 12/14 | FIDELITY SELECT NATURAL GAS | You sold Long-term gain: | | | | |
| 12/14 | FIDELITY SELECT FINANCIAL SVCS | You sold Short-term loss: | | | | |
| 12/14 | FIDELITY SELECT ENERGY SERVICE | You sold Short-term gain: Long-term gain: | | | | |
| 12/14 | FIDELITY SELECT BROKERAGE & INVS MGT | You sold Short-term loss: | | | | |
| 12/18 | AMERICAN HOME MTG INVESTMENTS REIT | You sold Transaction cost: ~$8.01 Short-term loss: $12,719.76 | -800.0000 | $0.03500 | $19.99 | $12,739.75f |
| 12/31 | CASH | Interest earned | | | | |

07/03/2008   13:12   813--961-8518          FEDEX KINKO'S  1531
Fidelity Investments: Investment Report



| | | | | | |
|---|---|---|---|---|---|
| 12/31 | FIDELITY CASH RESERVES | Dividend received | | | |
| 12/31 | FIDELITY CASH RESERVES | Reinvestment | | | |

f - FIFO (First-In, First-Out) a - Average Cost Single Category

* This information has been previously reported and is reflected in year to date totals only.

Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

**Daily Additions and Subtractions** - Cash @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 12/04 | | | 12/18 | | |
| 12/14 | | | 12/31 | | |

**Commission Level**

Account eligible trades from Jan 2007 - Dec 2007          13

**TRADITIONAL IRA (130672106)**

**Account Summary**

Beginning value as of Dec 1

Transaction costs, loads and fees

Change in investment value

Ending value as of Dec 31

-- not available

**Income Summary**

Tax-deferred

| | This Period | Year to Date |
|---|---|---|
| Tax-deferred | | |

**Holdings as of December 31, 2007**

**Equities**

| Symbol | Description | Quantity | Price | Beginning Value | Ending Value | Cost |
|---|---|---|---|---|---|---|
| NE | NOBLE CORPORATION SHS ISIN #KYG654221004 SEDOL #2891718 (CAYMAN ISLANDS) | | | | | |
| BHI | BAKER HUGHES INC | | | | | |
| HAL | HALLIBURTON CO HOLDING CO FRMLY HALLIBURTON CO | | | | | |



| Settlement Date | Security | Description | Quantity | Price | Transaction Amount | Cost |
|---|---|---|---|---|---|---|
| 12/03 | NOBLE CORPORATION SHS ISIN #KYG654221004 SEDOL #2891718 (CAYMAN ISLANDS) | Dividend received | | | | |
| 12/14 | FIDELITY SELECT NATURAL GAS | Short-term cap gain | | | | |
| 12/14 | FIDELITY SELECT NATURAL GAS | Long-term cap gein | | | | |
| 12/14 | FIDELITY SELECT NATURAL GAS | Reinvestment | | | | |
| 12/20 | HALLIBURTON CO HOLDING CO FRMLY HALLIBURTON CO | Dividend received | | | | |
| 12/28 | AMERICAN HOME MTG INVESTMENTS REIT | You sold Transaction cost: -$8.01  Transaction Loss $9,145.61 | -600.0000 | $0.01700 | $2.19 | $9,147.80 |
| 12/31 | FIDELITY CASH RESERVES | Dividend received | | | | |

Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

**Daily Additions and Subtractions** - Fidelity Cash Reserves @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 12/06 | | | 12/28 | | |
| 12/20 | | | 12/31 | | |

Commission Level
Account eligible trades from Jan 2007 - Dec 2007        26

| Contact Us | | |
|---|---|---|
| ✉ | Send an e-Mail to Customer Support | |
| ☎ | Customer Service | 800-544-6666 |



Smart move!

Copyright 1998-2008 FMR Corp.
All rights reserved.
Terms of Use Privacy Security Site Map

https://statements.fidelity.com/ftgw/statements/action/getStatementXml?DR=DR_STMTS&...  7/3/2008