IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., <u>et al.,</u><br><br>          Debtors. | Chapter 11<br>Case No. 07-11047-CSS, <u>et</u> <u>seq.</u> |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF
FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4545, 4546, 4547, 4548, 4549, 4550, 4551, 4552, 4553, 4555, 4556,
4557, 4558, 4559, 4561, 4562, 4563, 4565, 4577, 4578, 4579, 4663, 4664, 4665, 4666, 4667,
4668, 4669, 4670, 4671, 4672, 4673, 4674, 4715, 4774, 4827, 4829, 4836, 4837, 4839, 4840,
4841, 4842, 4843, 4844, 4845, 4846, 4847, 4848, 4850, 4851, 4852, 4853, 4854, 4855, 4856,
4857, 4860, 4862, 4864, 4866, 4867, 4868, 4869, 4870, 4871, 4872, 4873, 4874)*

Adam Hiller, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the

Court as follows:

1.      Between June 12, 2008 and June 25, 2008, the undersigned, on behalf of

numerous clients, filed each of the motions for relief from the automatic stay listed on **Exhibit A**

hereto (the "Motions").

2.      The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to any of the Motions.  The undersigned further

certifies that he has reviewed the Court's docket in this case and, except as otherwise provided

above, no answer, objection or other responsive pleading to any of the Motions appears thereon.

Pursuant to the notice filed in connection with each of the Motions, objections to the Motions

were to be filed and served no later than July 10, 2008.

3.    Attached hereto as collective **Exhibit B** is a compilation of the orders submitted in connection with each of the Motions.  The undersigned respectfully requests that each of the orders attached hereto collectively as **Exhibit B** be entered at the convenience of the Court.


Dated: July 14, 2008                              Respectfully submitted,
         Wilmington, Delaware

                                                  DRAPER & GOLDBERG, PLLC


                                                   **/s/ Adam Hiller**
                                                  Adam Hiller (DE No. 4105)
                                                  1500 North French Street, 2nd Floor
                                                  Wilmington, Delaware 19801
                                                  (302) 339-8776 telephone
                                                  (302) 213-0043 facsimile