# EXHIBIT A

In re American Home Holdings, Inc., *et al.,* Case Nos. 07-11047-CSS (Chap. 11), *et seq.*

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4545 | Aurora Loan Services, LLC | 14817 Elmwood Drive Woodbridge, VA 22193 |
| 4546 | HSBC Bank USA, National Association, a Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-Bar1 | 12606 Clifton Hunt Lane Clifton, VA 20124 |
| 4547 | HSBC Bank USA, National Association Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR3 | 1800 Monta Vista Court Missoula, MT 59804 |
| 4548 | Bank of America, National Association | 918 Euclid St. NW Washington, DC 20001 |
| 4549 | HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Trust 2004-2 | 11833 Berlin Turnpike Lovettsville, VA 20180 |
| 4550 | LaSalle Bank National Association, as Trustee for MSM 2006-15XS | 3 Nolan Street Norwalk, CT 06854 |
| 4551 | HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates, Series 2006-3 | 1125 Orems Road Baltimore, MD 21220 |
| 4552 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 | 3959 North Founder Circle Buckeye, AZ 85326 |
| 4553 | Wells Fargo Bank, NA | 942 Northeast 37 Avenue Homestead, FL 33033 |
| 4555 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 | 11930 Brownestone View Charlotte, NC 28269 |
| 4556 | Deutsche Bank National Trust Company, as Trustee for NALO 2007-AR2 | 2253 East Roanoke Boise, ID 83712 |
| 4557 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2006-AR5 | 7921 Mandan Road Greenbelt, MD 20770 |
| 4558 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 | 17411 Central Avenue Upper Marlboro, MD 20774 |
| 4559 | Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR | 1942 Adobe Avenue Corona, CA 92882 |
| 4561 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-BAR1 | 5612 Pinnacle Heights Circle Tampa, FL 33624 |
| 4562 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-5 | 7 Hart Landing Guilford, CT 06437 |
| 4563 | Deutsche Bank National Trust Company, as Trustee under the Trust Agreement for 2004-11AR | 2855 North Jerome Street Kingman, AZ 86401 |
| 4565 | HSBC Bank USA, National Association, as Trustee for NAAC 2006-AR2 | 24811 South 138th Place Chandler, AZ 85249 |
| 4577 | DJL Mortgage Capital Inc. | 80 Sylvian Street Central Falls, RI 02863 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4578 | HSBC Bank USA National Association as Trustee for Nomura Asset-Backed Certificate Series, 2006-AF1 | 12 North 19th Street Kenilworth, NJ 07033 |
| 4579 | HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2007-1 | 5160 Squawroot Court Indian Head, MD 20640 |
| 4663 | Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1 | 2345 Linden Street Atwater, CA 95301 |
| 4664 | Bank Of New York As Trustee For The Certificate Holders CWMBS Inc. CHL Mortgage Pass-Through Trust 2006-HYB3 Mortgage Pass-Through Certificates, Series 2006-HYB3 | 25602 South Village Dr. Chantilly, VA 20152 |
| 4665 | Bank Of New York As Trustee For The Certificate Holders CWALT Inc. CHL Mortgage Pass-Through Trust 2006-HYB3 Mortgage Pass-Through Certificates, Series 2006-HYB3 | 9425 Wilcoxen Drive Manassas, VA 20111 |
| 4666 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 117 Berry Street 12 Orange, VA 22960 |
| 4667 | Bank Of New York As Trustee For The Certificate Holders CWALT INC. Alternative Loan Trust 2006-OC4, Mortgage Pass-Through Certificates, Series 2006-OC4 | 14664 Stone Crossing Court Centerville, VA 20120 |
| 4668 | Deutsche Bank National Trust Company, as Trustee Under The Pooling and Servicing Agreement Relating To Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 5902 Piedmont Dr Alexandria, VA 22310 |
| 4669 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 14028 Lestric Lane Woodbridge, VA 22193 |
| 4670 | HSBC Bank, N.A., as Trustee For The Holders of the Certificates Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR1 | 15839 Golden Club Street Clermont, FL 34711 |
| 4671 | LaSalle Bank National Association, as Custodian for Morgan Stanley ABS Capital, MSAC 2007-HE6 | 42 East 20th Stree Huntington Station, NY 11746 |
| 4672 | Washington Mutual Bank | 3705 Nairobi Lane North Las Vegas, NV 89032 |
| 4673 | LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates CWALT Series 2006-6 Trust | 1305 Clubhouse Rd. Virginia Beach, VA 23453 |
| 4674 | HSBC Bank USA, N. A., as Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates | 302 Sanderson Dr. #231 Sterling, VA 20164 |
| 4715 | Saxon Mortgage Services, Inc. | 1000 East Ocean Boulevard #610 Long Beach, CA 90802 |
| 4774 | Aurora Loan Services | 10262 W. Patrick Lane Peoria, AZ 85383 |
| 4827 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2007-3 | 650 Peony Lane Bourbonnais, IL 60914 |
| 4829 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 2087 County Down Lane Stone Mountain, GA 30088 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4836 | Aurora Loan Services | 102 Walkers Cove Chester, VA 23831 |
| 4837 | HSBC USA Bank, National Association, as Trustee for Credit Suisse First Boston ARMT 2005-1 | 6 Great Western Road South Dennis, MA 02660 |
| 4839 | LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2006-11 | 301 Scarletfire Drive Bakersfield, CA 93307 |
| 4840 | US Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2005-3 | 6702 West 181st Street Tinley Park, IL 60477 |
| 4841 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 | 619 E Spruce St Goldsboro, NC 27530 |
| 4842 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6 | 3617 Springdale Avenue Baltimore, MD 21216 |
| 4843 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-5 | 101 Meade Catlin, IL 61817 |
| 4844 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 | 173 Roberge Avenue Banning, CA 92220 |
| 4845 | US Bank National Association, as Trustee for EMC Mortgage Corporation, Series BSABS 2003-AC7 | 130 Sullivan Avenue South Farmingdale, NY 11735 |
| 4846 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-9AR | 11508 Button Bay Place Gibsonton, FL 33534 |
| 4847 | US Bank National Association, as Trustee for the Banc of America Funding Trust 2006-8T2 | 1806 Arwell Court Severn, MD 21144 |
| 4848 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-AR6 | 163 Desert Springs Lane , Fernley, NV 89408 |
| 4850 | LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2007-1XS | 832 Lowe Road Middle River, MD 21220 |
| 4851 | REO Properties Corp. | 4837 Avocado Boulevard West Palm Beach, FL 33411 |
| 4852 | The Bank of New York, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates Series 2006-AF2 | 2020 River Grove Lane Knightdale, NC 27545 |
| 4853 | The Bank of New York, as Trustee for the Holders of Bear Stearns ALT-A Trust 2005-5 | 1522 Scandia Circle Reston, VA 20190 |
| 4854 | US Bank National Association as Trustee for Banc of America Funding 2007-4 | 50 Shaw Gulch Road Superior, MT 59872 |
| 4855 | US Bank National Association, as Trustee for the Banc of America Funding Trust 2007-3 | 9609 Community Drive Baltimore, MD 21220 |
| 4856 | US Bank National Association, as Trustee for the Banc of America Funding Corporation Trust 2007-1 | 214 Bucket Post Court Bel Air, MD 21014 |
| 4857 | US Bank National Association, as Trustee for the Holder of Bear Stearns Asset Backed Securities I Trust 2006-IM1 | 21839 Ladyslipper Square Ashburn, VA 20148 |
| 4860 | US Bank National Association, as Trustee for the Holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB1 | 9979 West Constitution Drive Orland Park, IL 60462 |
| 4862 | US Bank National Association, as Trustee of the Banc of America Funding Trust 2007-2 | 4713 Kirkdale Drive Woodbridge, VA 22193 |
| 4864 | US Bank National Association, as Trustee for Banc of America Funding Trust 2007-4 | 2101 Wingate Bend # 2101 Wellington, FL 33414 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4866 | US Bank National Association, as Trustee for Banc of America Funding Trust 2006-8T2 | 130 Stewart Circle Hot Springs, AR 71913 |
| 4867 | US Bank National Association, as Trustee for BMLIT 2007-AR1 | 2811 Dunnottar Avenue Henderson, NV 89044 |
| 4868 | US Bank National Association, as Trustee for CMLTI 2007-AR1 | 3803 Tarsier Court Kissimmee, FL 34744 |
| 4869 | US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Series 2005-8 | 8328 Maplestar Road Las Vegas, NV 89129 |
| 4870 | Washington Mutual Bank | 1711 NE 33rd Lane Cape Coral, FL 33909 |
| 4871 | US Bank National Association, as Trustee of the Banc of America Funding Corporation Trust 2007-1 | 409 West Jefferson Pesotum, IL 61863 |
| 4872 | US Bank National Association, as Trustee of the Banc of America Funding Corporation Trust 2007-2 | 1108 Camberly Court Abingdon, MD 21009 |
| 4873 | US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities 2006-AC2 | 1615 North Vermilion Danville, IL 61832 |
| 4874 | LaSalle Bank N.A. as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-8 Trust | 2749 Fresh Pond Court Henderson, NV 89052 |