June 27, 2008

Regarding the Bankruptcy of American Home Mortgage
Chapter 11
Case # 07-11047 (CSS)

I want my Claim #7147 to remain.  Do not expunge Claim # 7147.

My name:  Francine J. Drevs  ( Please note the last name is DreVs, Not a U.)
Address:   1411 Calle San Sebastian, San Jacinto, CA.  92583

This original sent by mail:
        United States Bankruptcy Court for the District of Delaware
        824 Market Street, 3rd Floor
        Wilmington, Delaware, 19801

A copy sent by mail:
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware, 19801

Respectfully,

*Francine J. Drevs*
Francine J. Drevs