June 27, 2008

Regarding the Bankruptcy of American Home Mortgage
Chapter 11
Case # 07-11047 (CSS)

I want my Claim #3431 to remain. Do not expunge Claim # 3431.

My name: Ronald D. Drevs
Address:   1411 Calle San Sebastian, San Jacinto, CA. 92583

This original sent by mail:

        United States Bankruptcy Court for the District of Delaware
        824 Market Street, 3rd Floor
        Wilmington, Delaware, 19801

A copy sent by mail:

        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware, 19801

Respectfully,

Ronald D. Drevs