June 27, 2008

Regarding the Bankruptcy of American Home Mortgage
Chapter 11
Case # 07-11047 (CSS)

I want my Claim #7906 to remain. Do not expunge Claim # 7906.

My name: Sylva E. Drevs
Address:  1419 N. Brighton St., Burbank, CA. 91506

This original sent by mail:

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware, 19801

A copy sent by mail:

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware, 19801

Respectfully,

*Sylva E. Drevs*
Sylva E. Drevs