June 27, 2008

Regarding the Bankruptcy of American Home Mortgage
Chapter 11
Case # 07-11047 (CSS)

I want my Claim #7162 to remain.  Do not expunge Claim # 7162.

My name: Leo H. Fogle
Address:   4762 Salem Circle, Banning, CA. 92220

This original sent by mail:

    United States Bankruptcy Court for the District of Delaware
    824 Market Street, 3rd Floor
    Wilmington, Delaware, 19801

A copy sent by mail:

    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware, 19801

Respectfully,

*Leo H. Fogle* (signature)

Leo H. Fogle