11 Holdreth Place
Yonkers NY 10704

July 6, 2008

Honorable Judge Sontchi

2008 JUL 10  AM 9: 30

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am a shareholder in American Home Mortgage Holdings, Inc.

I have been identified as having a claim based on Equity Interest Claim # 7197 in bankruptcy case No. 07-11047

Please know that I am 83 years old and on a fixed income.

If expunging my claim # 7197 reduces in any way the amount of money I am to receive from the Debtors, I object to this action.

Sincerely,
Harry T Breheny

*Harry T Breheny*

and   Joan Mary Breheny
*Joan Mary Breheny*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )   **Chapter 11**
AMERICAN HOME MORTGAGE                     )
HOLDINGS, INC., Delaware corporation, et al.,   )   **Case No. 07-11047 (CSS)**
                                          )
           Debtors.                       )   **Jointly Administered**
                                          )
                                          )   **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)**
                                          )   **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)**
                                          )

AHM OB10 6 17 2008 (merge2.txnum2) 4000095588 BSI Use - 147

BREHENY, HARRY THOMAS & JOAN MARY
JT TEN
11 HILDRETH PL
YONKERS, NY  10704-3009

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** BREHENY, HARRY THOMAS & JOAN MARY
        JT TEN
        11 HILDRETH PL
        YONKERS, NY  10704-3009

| | **Basis For Objection:** | Claim based on Equity Interest | |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | **Claim to be Expunged** | 7197 | Unspecified |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors.  The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
       Wilmington, Delaware

                                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                    James L. Patton, Jr. (No. 2202)
                                    Pauline K. Morgan (No. 3650)
                                    Edward J. Kosmowski (No. 3849)
                                    Kara Hammond Coyle (No. 4410)
                                    Nathan D. Grow (No. 5014)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware  19801
                                    Telephone: (302) 571-6756
                                    Facsimile: (302) 571-1253

                                    Counsel to the Debtors and Debtors in Possession