Walter C. Putnam, Jr.
CGM IRA Custodian
5111 Quail Lane
Columbia, S.C. 29206-4628
June 27, 2008

PLEASE PROVIDE THE COURT WITH THE CASE NAME AND CASE NUMBER SO THAT WE CAN PROCESS YOUR REQUEST.   THANK YOU.

Info provided below!
Walter C. Putnam Jr.

I object to the objection of my claim based on Equity Interest, Claim 7159 in the amount of $8,063.25.

The Objection filed does not seek to expunge any equity interest, therefore the objection should not alter my rights on my claim!

Walter C. Putnam Jr.
CGM IRA Custodian

Copy To:
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
June 27, 2008

CASE NUMBER: 07-11047 (CSS)
CASE NAME: American Home Mortgage Holdings, Inc. Delaware Corporation, et al.