IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1]<br><br>Debtors. | Case No. 07-11047 (CSS)<br><br>Chapter 11<br>(Jointly Administered)<br><br>Related Docket Nos. 4826, 5043 |

**NOTICE OF WITHDRAWAL OF MOTION OF ELVIN AND PHYLLIS VALENZUELA FOR AN ORDER REQUIRING APPEARANCE OF DEBTOR FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL RULE 2004-1(a)**

**PLEASE TAKE NOTICE** that Elvin and Phyllis Valenzuela hereby withdraw their Motion for an Order Requiring Appearance of Debtor for Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1(a) [Docket No. 4826].

WERB & SULLIVAN

*/s/ Regina A. Iorii*
Regina A. Iorii (#2600)
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19899 (courier 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
riorii@werbsullivan.com

and

---

[1] This Case is related to and jointly administered with the following: American Home Mortgage Investment Corp. (07-11048); American Home Mortgage Acceptance, Inc. (07-11049); American Home Mortgage Servicing, Inc. (07-11050); American Home Mortgage Corp. (07-11051); American Home Mortgage Ventures LLC (07-11052); Homegate Settlement Services, Inc. (07-11053); and Great Oak Abstract Corp. (07-11054).

                                        Lee A. Weiss  
                                        DREIER LLP  
                                        499 Park Avenue  
                                        New York, NY 10022  
                                        Telephone: (212) 328-6100  
                                        Facsimile: (212) 328-6101  
                                        lweiss@dreierllp.com

Dated: July 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, I caused a copy of the foregoing to be served upon the following counsel of record in the manner indicated.

/s/ Regina A. Iorii
Regina A. Iorii (#2600)

| | |
|---|---|
| **BY HAND**<br><br>James L. Patton, Jr., Esquire<br>Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>(Debtors and Debtors-in-Possession) | **BY HAND**<br><br>John T. Dorsey, Esquire<br>Erin Edwards, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>(Debtors and Debtors-in-Possession) |
| **BY HAND**<br><br>Victoria A. Counihan, Esquire<br>Sandra G.M. Selzer, Esquire<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br><br>(WLR Recovery Fund III, as Lender and Administrative Agent) | **BY HAND**<br><br>Joseph M. McMahon, Esquire<br>Office of the United States trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| **BY U.S. MAIL**<br><br>Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>I. Lewis H. Grimm, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>(WLR Recovery Fund III, L.P., as Lender and Administrative Agent) | **BY HAND**<br><br>Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br><br>(Official Committee of Unsecured Creditors) |
| **BY U.S. MAIL**<br><br>Mark S. Indelicato, Esquire<br>Mark T. Power, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br><br>(Official Committee of Unsecured Creditors) | |