The United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd floor
Wilmington, Delaware 19801

I do not want to grant relief to American Home Mortgage Holdings, inc.

Cliff Coxbill
19205 nw 80th drive
Okeechobee Fl.34972

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)** |
| AHM OB10 6/17/2008 (merge2.txnum2) 4000098729 BSI Use - 273 | ) |

COXBILL, CLIFFORD E. AND BETH E.
19205 NW 80TH DR
OKEECHOBEE, FL 34972

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| ): COXBILL, CLIFFORD E. AND BETH E.<br>19205 NW 80TH DR<br>OKEECHOBEE, FL 34972 | **Basis For Objection:** | Claim based on Equity Interest | |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | **Claim to be Expunged** | 6071 | $6,252.95 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
      Wilmington, Delaware

 

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession