Mario T. Nicol                                              201-451-8020
Nancy J. Gianni JT TEN                                      mtn52@hotmail.com
57 Cherry Street                                            njg52@hotmail.com
Jersey City, NJ  07305-4818

July 7, 2008

United States Bankruptcy Court for the District of Delaware
824 North Market Street – Third Floor
Wilmington, DE  19801

Re:    Proof of Claim - Chapter 11 – Case No. 07-11047 (CSS)  Doc. Ref. No. 7908

Dear Judge:

We received a copy of the Notice of Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy code, <u>Bankruptcy Rules 3003 and 3007 and Local Rule 3997-1</u> requesting our claim – Case Number 7908 – Claim Amount – Unspecified – to be expunged.

Please note that this letter is our formal request that our claim NOT be expunged. We are hereby requesting that our claim in the amount of $23,993.00 be approved. We are submitting the following documents as proof of our claim:

1) Original letter dated December 30, 2007 showing proof of our claim.

2) Proof of Claim form filled out.

3) Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number K1GS1G) on April 5, 2007.

4) Vanguard Brokerage Services confirmation purchase 100 shares o f American Home Mtg Invt Corp Com (Trade number K4EU6P) on May 1, 2007.

5) Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number K5DWU4) on May 8, 2007.

6) Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number K6EP3N) on May 16, 2007.

7) Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number L0V74S) on June 21, 2007.

8) Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number L2ASHS) on July 5, 2007.  **AND**  Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number L2ASHV) on July 5, 2007.  (On the same page.)

9) Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number L36B01) on July 19, 2007.

10) Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number L4A109) on July 20, 2007.

Thank you for considering our request to not expunge our claim number 7908.

Sincerely yours,                                            Sincerely yours,

Mario T. Nicol                                              Nancy J. Gianni

Mailed Certified Mail 7006 2150 0002 6285 4695 Return Receipt

Mario T. Nicol  
Nancy J. Gianni JT TEN  
57 Cherry Street  
Jersey City, NJ 07305-4818

201-451-8020  
mtn52@hotmail.com

December 30, 2007

American Home Mortgage Claims Processing  
P. O. Box 5076 - FDR Station  
New York, NY 10150-5076

Re: Proof of Claim – Chapter 11 – Case No. 07-11047 (CSS) Doc. Ref. No. 1708

Dear Claims Administration:

We received a copy of the Notice of Bar Dates For Filing Of Proofs of Claim regarding American Home Mortgage Holdings, Inc., a Delaware Corporation, et. Al. for Chapter 11, Case. No. 07-11047 (CSS) Doc. Ref. No. 1708 from The Vanguard Group along with a Proof of Claim form for Creditors.

The form Vanguard sent us does not apply to us as we are stockholders of American Home Mortgage Invt Corp Com and not creditors. At this time we would like to make sure the Court is aware of our stock ownership in case the court elects to include stockholders in any of the proceedings or if there is a Class Action Litigation. We are sending the following proof of purchase of shares with this letter.

Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number K1GS1G) on April 5, 2007.

Vanguard Brokerage Services confirmation purchase 100 shares o f American Home Mtg Invt Corp Com (Trade number K4EU6P) on May 1, 2007.

Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number K5DWU4) on May 8, 2007.

Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number K6EP3N) on May 16, 2007.

Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number L0V74S) on June 21, 2007.

Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number L2ASHS) on July 5, 2007. *AND* Vanguard Brokerage Services confirmation purchase 100 shares of American Home Mtg Invt Corp Com (Trade number L2ASHV) on July 5, 2007. (On the same page.)

Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number L36B01) on July 19, 2007.

Vanguard Brokerage Services confirmation purchase 200 shares of American Home Mtg Invt Corp Com (Trade number L4A109) on July 20, 2007.

We are also enclosing a self-addressed stamped return envelope for you to send us an acknowledgement of EPIQ's receipt of our proof of claim. Please let us know if anything else is needed to insure that we are a part of any processing or any Class Action Litigation.

Sincerely yours,

Mario T. Nicol

Sincerely yours,

Nancy J. Gianni

Enclosures

c.c. The Vanguard Group, 100 Vanguard Boulevard ZB3, Malvern, PA 19355  
and Vanguard Brokerage Services, P. O. Box 1170, Fort Valley Forge, PA 19482-1170

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered | |
| Name of Debtor Against Which Claim is Held<br>American Home Mortgage Investment Corp. | Case No. of Debtor<br>07-11048 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

Mario T. Nivol + Nancy J. Gianni  JT TEN
57 Cherry Street  Unit 8E3
Jersey City, NJ 07305-4818

Telephone number: 1-201-451-8010
Email Address: mtn52@hotmail.com

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**
AHM - 07-11048 - American Home Mortgage Investment Corp.

Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated:___

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Purchase Stock  1,300 Shares  (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: 3 1 7 3
Unpaid compensation for services performed
from April 5, 2007 to July 20, 2007

**2. Date debt was incurred:**
May 8, 2007 - $4,326.75   Jul 5, 2007 - $3,580.75
Apr 15, 2007 - $543.75   May 14, 2007 - $4,098.75   Jul 19, 2007 - $1,568.75
May 1, 2007 - $236.75   Jun 21, 2007 - $228.75   Jul 20, 2007 - $2,318.75

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $23,993.00 + _____ + _____ = $23,993.00
(unsecured nonpriority)  (secured)  (unsecured priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim:** $23,993.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10 Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Mario T. Nivol and Nancy J. Gianni |
|---|---|
| December 14, 2007 | /s/ Mario Nivol   /s/ Nancy J. Gianni |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

April 5, 2007

## Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

### Confirmation



**THE Vanguard GROUP.**

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818

| | |
|---|---|
| (800) 284-7245 | Brokerage Services |
| www.vanguard.com | |
| Account number: | 41V-425850 |
| Trade date | 4/ 5/2007 |
| Process date | 4/ 5/2007 |
| Settlement date | 4/11/2007 |
| Market/Capacity | 8 / 8 |

YOU BOUGHT:
AMERICAN HOME MTG
INVT CORP COM

| | |
|---|---|
| Account type: | Cash |
| CUSIP number: | 02660R-10-7 |
| Symbol: | AHM |

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT.** This trade was unsolicited.

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| K1GS1G | 100.00000 | $25.25000000 | $2,525.00 | $18.75 | $0.00 | $0.00 | $2,543.75 |

UNSOLICITED ORDER   PERSHING LLC MAKES   A MKT IN THIS SEC &
ACTED AS PRINCIPAL

**We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.**

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company, Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard o  settle in accordance with your employer sponsored retirement plan.





**THE Vanguard GROUP®**

**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation

## Confirmation

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818



0331

(800) 992-8327         Brokerage Services
www.vanguard.com
Account number:       41V-425850
Trade date             5/ 1/2007
Process date           5/ 1/2007
Settlement date        5/ 4/2007
Market/Capacity        8 / 8

**YOU BOUGHT:**
AMERICAN HOME MTG
INVT CORP COM

Account type:          Cash
CUSIP number:          02660R-10-7
Symbol:                AHM

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| K4EU6P | 100.00000 | $ 22.98000000 | $ 2,298.00 | $ 18.75 | $ 0.00 | $ 0.00 | $ 2,316.75 |
| UNSOLICITED ORDER    PERSHING LLC MAKES    A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company, Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

1 - 4
000460                                    331 VBS V1   1   X





May 8, 2007

# Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

## Confirmation

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818



| | |
|---|---|
| (800) 284-7245 | Brokerage Services |
| www.vanguard.com | |
| Account number: | 41V-425850 |
| Trade date | 5/ 8/2007 |
| Process date | 5/ 8/2007 |
| Settlement date | 5/11/2007 |
| Market/Capacity | 8 / 1 |

**YOU BOUGHT:**
AMERICAN HOME MTG
INVT CORP COM

| | |
|---|---|
| Account type: | Cash |
| CUSIP number: | 02660R-10-7 |
| Symbol: | AHM |

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| K5DWU4 | 200.00000 | $ 21.54000000 | $ 4,308.00 | $ 18.75 | $ 0.00 | $ 0.00 | $ 4,326.75 |
| UNSOLICITED ORDER | OTC OR NASDAQ EXCH | DETAILS ON REQUEST | | | | | |

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company, Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

1 - 1
000521                366  VBS  V1   1   x





**THE Vanguard GROUP.**

May 16, 2007

**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation

**Confirmation**

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818



| | |
|---|---|
| (800) 284-7245 | Brokerage Services |
| www.vanguard.com | |
| Account number: | 41V-425850 |
| Trade date | 5/16/2007 |
| Process date | 5/16/2007 |
| Settlement date | 5/21/2007 |
| Market/Capacity | 8 / 1 |

**YOU BOUGHT:**
AMERICAN HOME MTG
INVT CORP COM

| | |
|---|---|
| Account type: | Cash |
| CUSIP number: | 02660R-10-7 |
| Symbol: | AHM |

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT.** This trade was unsolicited.

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| K6EP3N | 200.00000 | $ 20.40000000 | $ 4,080.00 | $ 18.75 | $ 0.00 | $ 0.00 | $ 4,098.75 |
| UNSOLICITED ORDER | OTC OR NASDAQ EXCH | DETAILS ON REQUEST | | | | | |

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company, Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

1 - 1
000515                                336  VBS  V1   1   X





**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation

## Confirmation

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818

(800) 284-7245          Brokerage Services
www.vanguard.com
Account number:        41V-425850
Trade date             6/21/2007
Process date           6/21/2007
Settlement date        6/26/2007
Market/Capacity        8 / 8

**YOU BOUGHT:**
AMERICAN HOME MTG
INVT CORP COM

Account type:          Cash
CUSIP number:          02660R-10-7
Symbol:                AHM

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT.** This trade was unsolicited.

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| L0V74S | 100.00000 | $22.20000000 | $2,220.00 | $18.75 | $0.00 | $0.00 | $2,238.75 |

UNSOLICITED ORDER    PERSHING LLC MAKES    A MKT IN THIS SEC &
ACTED AS PRINCIPAL

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company,Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

000367                                              1 - 2
                                              255 VBS V1    1    X



July 5, 2007

**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation

THE **Vanguard** GROUP.

## Confirmation

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818

(800) 992-8327         Brokerage Services
www.vanguard.com
Account number:       41V-425850
Trade date            7/ 5/2007
Process date          7/ 5/2007
Settlement date       7/10/2007
Market/Capacity       8 / 8

**YOU BOUGHT:**
AMERICAN HOME MTG
INVT CORP COM

Account type:     Cash
CUSIP number:     02660R-10-7
Symbol:           AHM

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| L2ASHS | 100.00000 | $17.81000000 | $1,781.00 | $9.37 | $0.00 | $0.00 | $1,790.37 |
| UNSOLICITED ORDER   PERSHING LLC MAKES   A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| L2ASHV | 100.00000 | 17.81000000 | 1,781.00 | 9.38 | 0.00 | 0.00 | 1,790.38 |
| UNSOLICITED ORDER   PERSHING LLC MAKES   A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| Total | 200.00000 | | $3,562.00 | $18.75 | $0.00 | $0.00 | $3,580.75 |

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company,Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

1 - 1
000498                                    340 VBS V1    1    X

July 19, 2007

**TheVanguardGROUP**

**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation

## Confirmation

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818

(800) 284-7245         Brokerage Services
www.vanguard.com
Account number:       41V-425850
Trade date:           7/19/2007
Process date:         7/19/2007
Settlement date:      7/24/2007
Market/Capacity:      8 / 8

**YOU BOUGHT:**
AMERICAN HOME MTG
INVT CORP COM

Account type:    Cash
CUSIP number:    02660R-10-7
Symbol:          AHM

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| L36B01 | 200.00000 | $ 12.75000000 | $ 2,550.00 | $ 18.75 | $ 0.00 | $ 0.00 | $ 2,568.75 |
| UNSOLICITED ORDER   PERSHING LLC MAKES   A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |

**We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.**

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company, Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

000485                                        1 - 1
                                   320 VBS  V1   1   x



July 20, 2007



**THE Vanguard GROUP**

**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation

## Confirmation

MARIO T NICOL &
NANCY J GIANNI
JT TEN
57 CHERRY ST UNIT 8E3
JERSEY CITY NJ 07305-4818


0380

(800) 284-7245          Brokerage Services
www.vanguard.com
Account number:        41V-425850
Trade date             7/20/2007
Process date           7/20/2007
Settlement date        7/25/2007
Market/Capacity        8 / 8

**YOU BOUGHT:**
AMERICAN HOME MTG
INVT CORP COM

Account type:      Cash
CUSIP number:      02660R-10-7
Symbol:            AHM

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| L4A109 | 200.00000 | $11.50000000 | $2,300.00 | $18.75 | $0.00 | $0.00 | $2,318.75 |
| UNSOLICITED ORDER   PERSHING LLC MAKES   A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company,Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

1 - 2
000549                                       380 VBS V1    1    X

