July 4, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

To Whom it May Concern:

Reference:  1.  Claim Number 6643 in the Amount of $7,290.00
            2.  Case No. 07-11047 (CSS) American Home Mortgage Holdings, Inc.
                Delaware Corporation, et al.

I *object* to American Home Mortgage objection to my claim.  At the time the purchase was made all looked great and I used my hard earned IRA money to buy this stock.  My $7,000.00 may not be a lot in your eyes but it is my lifeline.  There were no warning signs that this super company was going to pull the rug out from under me and millions of other people.  They should pay back.

I am a very small investor, every nickel counts with me so, I need to be reimbursed for my loses.  I have no legal representation, I have called for help on this matter but no one will offer any advice, so this is all I know to do.  I do not understand all the "legal language" you use in the objection but this should not hinder your consideration in my reply.

Please consider this when you make a final decision.

Linda Eastridge
IRA R/O ETrade Custodian
22600 Fisher Hollow Road
Damascus, VA 24236

Enclosures:  My Claim
             Copy of Objection Notice

Cc:  Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington, Delaware 19801

     The Honorable Christopher S. Sontchi
     United States Bankruptcy Court
     For the District of Delaware
     824 Market Street, 5th Floor
     Courtroom No. 6
     Wilmington, DE 19801

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |
| AHM OB10 6/17/2008 (merge2.txnum2) 4000099085 BSI Use - 370 | ) |

EASTRIDGE, LINDA
IRA R/O ETRADE CUSTODIAN
22600 FISHER HOLLOW ROAD
DAMASCUS, VA 24236-2350

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| | | | |
|---|---|---|---|
| TO: EASTRIDGE, LINDA | **Basis For Objection:** | Claim based on Equity Interest | |
| IRA R/O ETRADE CUSTODIAN | | **Claim Number** | **Claim Amount** |
| 22600 FISHER HOLLOW ROAD | **Claim to be Expunged** | 6643 | $7,290.00 |
| DAMASCUS, VA 24236-2350 | | | |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

    Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 17, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
    Wilmington, Delaware

                                                                           YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                                           James L. Patton, Jr. (No. 2202)
                                                                           Pauline K. Morgan (No. 3650)
                                                                           Edward J. Kosmowski (No. 3849)
                                                                           Kara Hammond Coyle (No. 4410)
                                                                           Nathan D. Grow (No. 5014)
                                                                           The Brandywine Building
                                                                           1000 West Street, 17th Floor
                                                                           Wilmington, Delaware 19801
                                                                           Telephone: (302) 571-6756
                                                                           Facsimile: (302) 571-1253

                                                                           Counsel to the Debtors and Debtors in Possession

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE American Home Mortgage Claims Processing Center FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re: American Home Mortgage Holdings, Inc., et al. Debtors. | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered | |
| Name of Debtor Against Which Claim is Held American Home Mortgage Holdings, Inc. | Case No. of Debtor 07-11047 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Linda Eastridge
IRA R/O ETRADE CUSTODIAN
22600 Fisher Hollow Road
Damascus, VA 24236-2350

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 770-833-7548
Email Address:

**Account or other number by which creditor identifies debtor:**

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  stocks (see attached)  (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 2 6 7 0
   Unpaid compensation for services performed
   from 3-_____ to _____
        (date)          (date)

2. **Date debt was incurred:** 3-19-07 and 4-12-07

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 7290.00 (unsecured nonpriority) + 0 (secured) + 0 (unsecured priority) = 7290.00 (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $ 7290.00
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 12-27-07 | Linda H. Eastridge  Linda H. Eastridge |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Transaction History

Transactions    Check Summary    Deposit Summary    Categories    Reports

**Account:** Rollover IRA - 3785

**Type:** All Types    Show: ☑ Non-Cash Transactions ☐ Sweep Activities

**Time Period:** Apr-Jun 2007    From: [ ]  -  To: [ ]

Rollover IRA - 3785

| | |
|---|---|
| Net Value | $16,229.45 |
| **2007** | |
| Contributions | $0.00 |
| Distributions | $14,536.21 |
| **2006** | |
| Contributions | $0.00 |
| Distributions | $11,445.38 |
| Contribution Amounts and Deadlines | |

| Date | Type | Description (show categories) | Amount ($) |
|---|---|---|---|
| 06/26/07 | Interest | E TRADE BANK EXTNDED INS SWP DEP (FDIC-INS)MONTHLY INTEREST | 0.02 |
| 06/22/07 | Adjustment | 12b1 MF Rebate: STDIX 2724719001 | 0.29 |
| 06/22/07 | Adjustment | 12b1 MF Rebate: PRRDX 2714007001 | 6.53 |
| 06/22/07 | Adjustment | 12b1 MF Rebate: JAGIX 2706417001 | 8.81 |
| 06/01/07 | Dividend | PIMCO REAL RETURN D PIMCO Funds RECORD 05/31/07 PAY 05/31/07 | 78.39 |
| 06/01/07 | Dividend | 7.3670 shares, PIMCO REAL RETURN D PIMCO Funds REINVEST PRICE $ 1... | -78.39 |
| 05/29/07 | Interest | E TRADE BANK EXTNDED INS SWP DEP (FDIC-INS)MONTHLY INTEREST | 0.02 |
| 05/01/07 | Dividend | PIMCO REAL RETURN D PIMCO Funds RECORD 04/30/07 PAY 04/30/07 | 33.85 |
| 05/01/07 | Dividend | 3.1000 shares, PIMCO REAL RETURN D PIMCO Funds REINVEST PRICE $ 1... | -33.85 |
| 04/27/07 | Dividend | AMERICAN HOME MORTGAGE INVESTMENT CORP CASH DIV ON 200 SHS R... | 224.00 |
| 04/26/07 | Interest | E TRADE BANK EXTNDED INS SWP DEP (FDIC-INS)MONTHLY INTEREST | 0.03 |
| 04/19/07 | Dividend | BP PRUDHOE BAY ROYALTY TRUST UBI CASH RLY ON 50 SHS REC 04/1... | 90.84 |
| 04/12/07 | Bought | 100 of AHM @ $21.00 (Order #18) | -2,112.99 |
| 04/11/07 | Sold | 194 of PRRDX @ $10.85 (Order #17) | 2,100.00 |
| 04/03/07 | Dividend | JANUS GROWTH & INCOME Janus RECORD 03/29/07 PAY 03/30/07 DIV... | 37.38 |
| 04/03/07 | Dividend | 0.974 shares, JANUS GROWTH & INCOME Janus REINVEST PRICE $ 38.39 | -37.38 |
| 04/02/07 | Dividend | PIMCO REAL RETURN D PIMCO Funds RECORD 03/30/07 PAY 03/30/07 | 7.36 |
| 04/02/07 | Dividend | 0.676 shares, PIMCO REAL RETURN D PIMCO Funds REINVEST PRICE $ 1... | -7.36 |

# Transaction History

Transactions    Check Summary    Deposit Summary    Categories    Reports

Account: Rollover IRA - 3785

Type: All Types    Show: ☑ Non-Cash Transactions ☐ Sweep Activities

Time Period: Jan-Mar 2007    From: [ ] — To: [ ]

Rollover IRA - 3785

| | |
|---|---|
| Net Value | $16,229.45 |
| **2007** | |
| Contributions | $0.00 |
| Distributions | $14,536.21 |
| **2006** | |
| Contributions | $0.00 |
| Distributions | $11,445.38 |

Contribution Amounts and Deadlines

| Date | Type | Description (show categories) | Amount ($) |
|---|---|---|---|
| 03/27/07 | Bought | 50 of BPT @ $64.88 (Order #16) | -3,256.99 |
| 03/26/07 | Interest | E TRADE BANK EXTNDED INS SWP DEP (FDIC-INS)MONTHLY INTEREST | 0.45 |
| 03/26/07 | Sold | 85 of JAGIX @ $38.89 (Order #15) | 3,300.00 |
| 03/19/07 | Bought | 200 of AHM @ $25.82 (Order #14) | -5,176.99 |
| 03/16/07 | Sold | 142 of JAGIX @ $37.37 (Order #13) | 5,300.00 |
| 03/06/07 | Distribution | PERIODIC DISTR NORMAL 2007 CUSTOMER CHECK PAYOUT | -6,000.00 |
| 03/01/07 | Dividend | PIMCO REAL RETURN BOND D PIMCO Funds RECORD 02/28/07 PAY 02/... | 6.26 |
| 03/01/07 | Dividend | 0.576 shares, PIMCO REAL RETURN BOND D PIMCO Funds REINVEST PRIC... | -6.26 |
| 02/28/07 | Sold | 158 of JAGIX @ $38.01 (Order #12) | 6,000.00 |
| 02/01/07 | Dividend | PIMCO REAL RETURN BOND D PIMCO Funds RECORD 01/31/07 PAY 01/... | 6.44 |
| 02/01/07 | Dividend | 0.605 shares, PIMCO REAL RETURN BOND D PIMCO Funds REINVEST PRIC... | -6.44 |
| 01/10/07 | Interest | E TRADE BANK EXTNDED INS SWP DEP (FDIC-INS)ACCRUED INT ON FU... | 0.02 |
| 01/09/07 | Distribution | PERIODIC DISTR NORMAL 2007 CUSTOMER CHECK PAYOUT | -2,536.21 |
| 01/03/07 | Sold | 115 of STDIX @ $21.84 (Order #11) | 2,518.15 |
| 01/02/07 | Dividend | 0.706 shares, PIMCO REAL RETURN BOND D PIMCO Funds REINVEST PRIC... | -7.52 |
| 01/02/07 | Dividend | PIMCO REAL RETURN BOND D PIMCO Funds RECORD 12/29/06 PAY 12/... | 7.52 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Nulim Rodriq  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  NR    C. Date of Delivery |
| 1. Article Addressed to:<br>American Home Mortgage Claims Processing<br>PO Box 5076 - FDR Station<br>New York, NY  10150-5076 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7006 0100 0005 0121 7459 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540