2333 Canonridge Cir.
Oakville, ON, L6M4T9
Tel. 905-469-4199

# Krouglow, Alexander and Laura

July 6, 2008

**United States Bankruptcy Court for the District of Delaware.**
824 Market St., 3rd Floor,
Wilmington, DE, 19801
Tel. 800-667-6856

**Case: No. 07-11047 (CSS)**
**Claim No. 6910**
**Claim Amount: $7,346.58**

**RESPONSE**: "Notice of Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1."

To whom it may concern.

Further to the letter from June 17, 2008 regarding the above "Objection" filed by the Debtor – American Home Mortgage Holdings Inc. (the "Debtors") please find the following.

My wife, Laura Krouglow and I, Alexander Krouglow find absolutely unacceptable and object an attempt of the "Debtors" to seek a relief from the previously filed Claim against the Debtors in amount of $ 7,346.58 on the basis of Equity Interest in the Debtors rather than on the account of damages or a claim against the Debtors.

1. We were offered no choice in choosing the basis for the Claim whatsoever. The pre-printed and pre-filled Proof of Claim has been received from the broker, "TradeFreedom Securities" (part of Penson Financial Services) along with a simple request to sign and submit it to the address provided (see copy attached).

2. The shares of the company were purchased using the money temporarily withdrawn from our children's College Fund. The purpose of this purchase was to raise the money through the short-term investment, not to become the part of the Debtors business operations.

3. The Debtors concealed information from small private investors likes us about the serious financial troubles they were in prior to this purchase and **the sudden bankruptcy filing the next day**. Should the information like this was available, we would never choose this company for our short term investment.

4. The loss of this hard earned money is undoubtedly a **pure damage** to our family's current and future financial situation. Instead of being used for the intended purposes – funding our childrens' college education or being temporarily invested in the honest and reputable company, as a result of the deceiving policy of the Debtors, these moneys were completely lost. Not mentioning the additional loss of possible interest the money could earn by simply being kept in the bank saving account.

5. Therefore, based on all of the above, we strongly insist that our **Claim was treated as a Claim against the Debtors for Damages**.

Alexander and Laura Krouglow

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |
| ) | **Objection Deadline: July 10, 2008 at 4:00 p.m. (ET)** |
| ) | **Hearing Date: July 17, 2008 at 2:00 p.m. (ET)** |
| ) | |

AHM OB10 6/17/2008 (merge2.txnum2) 4000099377 BSI Use - 14

KROUGLOW, ALEXANDER AND LAURA
2333 ANONRIDGE CIRCLE
OAKVILLE, ON L6M 4T9
CANADA

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: KROUGLOW, ALEXANDER AND LAURA
2333 ANONRIDGE CIRCLE
OAKVILLE, ON L6M 4T9
CANADA

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 6910 | $7,346.58 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# TRADEFREEDOM
### Securities

11/13/07

TRADEFREEDOM SECURITIES
2001 MCGILL COLLEGE,
SUITE 1310
MONTREAL, QC H3A 1G1

IMPORTANT INFORMATION
SECURITY DESCRIPTION: AMERICAN HOME MORTGAGE

CUSIP#:         02660R107
ACCOUNT#:       15E2J9B
QUANTITY:       3,200

MR. ALEXANDER KROUGLOW OR
MRS. LAURA KROUGLOW
2333 CANONRIDGE CIR
OAKVILLE ON L6M 4T9

Dear Client,

We have been requested to forward you the enclosed material. If you wish to file a claim please be advised you are required to submit the enclosed Proof of Claim on or before 4:00 p.m., ET on January 11, 2008. Please return the completed and signed Proof of Claim as directed in the material. If you have any questions pertaining to this notice, please contact your financial institution.

JOB NUMBER: E36983 C92     CONTROL#: 606693276150

# TRADEFREEDOM
### Securities

TRADEFREEDOM SECURITIES
2001 MCGILL COLLEGE,
SUITE 1310
MONTREAL, QC H3A 1G1

000004634



**DO NOT MAIL**

MR. ALEXANDER KROUGLOW OR
MRS. LAURA KROUGLOW
2333 CANONRIDGE CIR
OAKVILLE ON L6M 4T9