### Exhibit A, Second Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| a | Judith Rigsby | 3753, 4/21/08 | Adjourned |
| b | Marsha Albrecht | 3757, 4/21/08 | Adjourned |

### Exhibit B, Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Hopkins & Company | 4089, 5/20/08 | Adjourned |
|   | Brian Fiore | 4093, 5/20/08 | Adjourned |
|   | Sam Hage, II | 4106, 5/20/08 | Adjourned |
|   | Philip Braun | 4126, 5/22/08 | Adjourned |
|   | Bob Coston | 4127, 5/22/08 | Adjourned |
|   | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned |
|   | Robert Sullivan | 4339, 6/2/08 | Adjourned |
|   | Indira Misir |  | Adjourned |

### Exhibit C, Sixth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Christine Conklin | 3988, 5/9/08 | Adjourned |
|   | Matthew and Melanie Hernandez | 4090 | Adjourned |
|   | Karen Gravely-Robinson |  | Adjourned |
|   | Hardin County |  | Adjourned |
|   | Deborah Mills |  | Adjourned |
|   | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned |

### Exhibit D, Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit E, Eighth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Norman Loftis | 4360, 6/4/08 | Adjourned |
|   | Souderton Area School District |   | Adjourned |
|   | Spring-Ford Area School District |   | Adjourned |

### Exhibit F, Tenth Omnibus Objection

|    | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1  | Option Direct | 4729, 6/18/08 | Withdrawn |
| 2  | Marilyn Nichols | 4768, 6/23/08 | Going forward |
| 3  | Barry Drexler | 4942, 7/2/08 | Going forward |
| 4  | Henry & Peggy Hine | 4944, 7/2/08 | Going forward |
| 5  | Roger Quinn | 4946, 7/2/08 | Going forward |
| 6  | Roger Quinn | 4947, 7/2/08 | Going forward |
| 7  | Walter Thomas | 4948, 7/2/08 | Going forward |
| 8  | Reuben Gregg Brewer | 4949, 7/2/08 | Withdrawn |
| 9  | Natalie Megeff | 4950, 7/2/08 | Going forward |
| 10 | David Blate | 4951, 7/2/08 | Going forward |
| 11 | Elizabeth and Robert Ledbetter | 4952, 7/2/08 | Going forward |
| 12 | Paul Acquisto | 4953, 7/2/08 | Going forward |
| 13 | Richard Tyner | 4956, 7/2/08 | Going forward |
| 14 | Wert, J. & VF. (Co-TTEE) | 4957, 7/2/08 | Going forward |
| 15 | Cheryl Williams | 4958, 7/2/08 | Withdrawn |
| 16 | E.M. Henderson | 4959, 7/2/08 | Going forward |
| 17 | Rose Mary Albert | 4960, 7/2/08 | Going forward |
| 18 | Roger Quinn | 4962, 7/2/08 | Going forward |
| 19 | Geoffrey Briggs | 4963, 7/2/08 | Going forward |
| 20 | Frederick Zydeck | 4964, 7/2/08 | Going forward |
| 21 | Louis and Janet Vincentie | 4965, 7/2/08 | Going forward |
| 22 | Bill Wylie | 4966, 7/2/08 | Going forward |
| 23 | Lyle Johnston | 4967, 7/2/08 | Improperly docketed on AHM docket |
| 24 | Gregory Sheffield | 4968, 7/2/08 | Withdrawn |
| 25 | Thaddeus Stempien | 4969, 7/2/08 | Going forward |
| 26 | Edna Brown | 4982, 7/7/08 | Withdrawn |
| 27 | Audrey Andrews | 4984, 7/7/08 | Adjourned |
| 28 | William Torodor | 4985, 7/7/08 | Going forward |
| 29 | Paul Deck | 4986, 7/7/08 | Withdrawn |
| 30 | Sara Bruns | 4988, 7/7/08 | Going forward |
| 31 | Carlton Ransom | 4989, 7/7/08 | Withdrawn |
| 32 | Ester Edwards | 4990, 7/7/08 | Going forward |

|    | **Claimant**                   | **Docket No., Date Filed** | **Status**    |
|----|--------------------------------|----------------------------|---------------|
| 33 | Oliver Holt                    | 5006, 7/9/08               | Withdrawn     |
| 34 | Keith Wunsch                   | 5007, 7/9/08               | Going forward |
| 35 | James Ashburn                  | 5008, 7/9/08               | Going forward |
| 36 | David and Cecilia Chong        | 5009, 7/9/08               | Going forward |
| 37 | Herman, Alexis & Co            | 5010, 7/9/08               | Going forward |
| 38 | David Gorsline                 | 5011, 7/9/08               | Going forward |
| 39 | Jerold Rekosh                  | 5012, 7/9/08               | Going forward |
| 40 | Nellie Mason                   | 5013, 7/9/08               | Going forward |
| 41 | Theresa Della Bella            | 5014, 7/9/08               | Going forward |
| 42 | Sunshine Custom Cleaning, Inc. | 5015, 7/9/08               | Adjourned     |
| 43 | Delbert Mundy                  | 5019, 7/9/08               | Adjourned     |
| 44 | William J. Boland              | 5020, 7/9/08               | Going forward |
| 45 | Cecilia Rosenauer              | 5021, 7/9/08               | Adjourned     |
| 46 | Gene DeLeve                    | 5022, 7/9/08               | Withdrawn     |
| 47 | Jon Erik Fleischner            | 5053, 7/14/08              | Withdrawn     |
| 48 | Samuel Case                    | 5054, 7/14/08              | Adjourned     |
| 49 | Paul Burnelle & Edmond Girard  | 5055, 7/14/08              | Going forward |
| 50 | Marcella Pinkas                | 5057, 7/14/08              | Withdrawn     |
| 51 | Francine Drevs                 | 5059, 7/14/08              | Going forward |
| 52 | Ronald Drevs                   | 5060, 7/14/08              | Going forward |
| 53 | Sylva Drevs                    | 5061, 7/14/08              | Going forward |
| 54 | Leo Fogle                      | 5062, 7/14/08              | Going forward |
| 55 | Harry and Joan Breheny         | 5063, 7/14/08              | Going forward |
| 56 | Chun-Hong Ho                   | 5064, 7/14/08              | Going forward |
| 57 | Walter Putnam                  | 5065, 7/14/08              | Going forward |
| 58 | Cliff and Beth Coxbill         | 5067, 7/14/08              | Going forward |
| 59 | Mario Nicol & Nancy Gianni     | 5068, 7/14/08              | Going forward |
| 60 | Linda Eastridge                | 5069, 7/14/08              | Going forward |
| 61 | Alexander and Laura Krouglow   | 5070, 7/14/08              | Withdrawn     |
| 62 | Frederick Stiepan              | TBD                        | Going forward |
| 63 | Ronald Wallace                 | TBD                        | Going forward |
| 64 | Virginia Arroyo                | TBD                        | Going forward |
| 65 | Carolyn Brown                  | TBD                        | Going forward |
| 66 | Earnest Schwarz                | TBD                        | Going forward |
| 67 | Robert Smith                   | TBD                        | Going forward |
| 68 | Douglas and Dolores Nielsen    | TBD                        | Going forward |
| 69 | Anna Louise Schwarz            | TBD                        | Going forward |
| 70 | Karl Kittrell                  | TBD                        | Going forward |
| 71 | Eldon J. Simmons               | TBD                        | Going forward |
| 72 | Norman J. Dufresne             | TBD                        | Going forward |
| 73 | William F. Wannamaker          | TBD                        | Going forward |
| 74 | Rowena Malphrus Wannamaker     | TBD                        | Going forward |
| 75 | Nate and Jill Wright           | TBD                        | Going forward |

|    | Claimant                   | Docket No., Date Filed | Status        |
|----|----------------------------|------------------------|---------------|
| 76 | Christopher Sideris        | TBD                    | Going forward |
| 77 | Roberta and Kenneth Ferris | TBD                    | Going forward |
| 78 | Leland Oyer                | TBD                    | Going forward |
| 79 | Chung (Lily) Leung         | TBD                    | Going forward |
| 80 | Germain Doyle              | TBD                    | Going forward |
| 81 | Thomas Noyes               | TBD                    | Going forward |
| 82 | Jay and Vera Penrod        | TBD                    | Going forward |

## Exhibit G, Eleventh Omnibus Objection

|   | Claimant      | Docket No., Date Filed | Status    |
|---|---------------|------------------------|-----------|
| 1 | Kathleen Heck | 5016, 7/9/08           | Adjourned |
| 2 | Thomas Furey  | 5056, 7/14/08          | Adjourned |