**MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL**

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 1 | 4404, 6/6/08 | Regions Bank dba Regions Mortgage | 26-28 Trask Street, Providence, RI | Debtors' Reservation of Rights [4954, 7/2/08] | 5051, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 2 | 4460, 6/9/08 | CitiMortgage, Inc | 102 New Meadows Drive, Missoula, MT 69808 | Debtors' Reservation of Rights [4954, 7/2/08] | | |
| 3 | 4545, 6/10/08 | Aurora Loan Services, LLC | 14817 Elmwood Drive, Woodbridge, VA 22193 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 4 | 4546, 6/10/08 | HSBC Bank USA, National Association, a Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-BAR1 | 12606 Clifton Hunt Lane, Clifton, VA 20124 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 5 | 4547, 6/10/08 | HSBC Bank USA, National Association, a Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR3 | 1800 Monta Vista Court, Missoula, MT 59804 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 6 | 4548, 6/10/08 | Bank of America, National Association | 918 Euclid St. NW, Washington, DC 20001 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 7 | 4549, 6/10/08 | HSBC Bank USA, National Association, as Trustee for the Wells Fargo Home Equity Trust 2004-2 | 11833 Berline Turnpike, Lovettsville, VA 20180 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 8 | 4550, 6/10/08 | LaSalle Bank National Association, as Trustee for MSM 2006-15XS | 3 Nolan Street, Norwalk, CT 06854 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 9 | 4551, 6/10/08 | HSBC Bank USA, National Association, a Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates, Series 2006-3 | 1125 Orems Road, Baltimore, MD 21220 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 10 | 4552, 6/10/08 | HSBC Bank USA, National Association, a Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2005-6 | 3959 North Founder Circle, Buckeye, AZ 85326 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 11 | 4553, 6/10/08 | Wells Fargo Bank, NA | 942 Northeast 27 Avenue, Homestead, FL 33033 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 12 | 4555, 6/12/08 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc. | 3959 North Founder Circle, Buckeye, AZ 85326 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 13 | 4556, 6/12/08 | Deutsche Bank National Trust Company, as Trustee for NALO 2007-AR2 | 2253 East Roanoke, Boise, ID | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 14 | 4557, 6/12/08 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc. Mortgage Loan Trust, Series 2006-AR5 | 7921 Mandan Road, Greenbelt, MD 20770 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 15 | 4558, 6/12/08 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 | 17411 Central Avenue, Upper Marlboro, MD 20774 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 16 | 4559, 6/12/08 | Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR | 1942 Adobe Avenue, Corona, CA 92882 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 17 | 4561, 6/12/08 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc. Mortgage Loan Trust, Series 2007-BAR1 | 5612 Pinnacle Heights Circle, Tampa, FL | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 18 | 4562, 6/12/08 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc. Mortgage Loan Trust, Series 2005-5 | 7 Hart Landing, Guilford, CT | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 19 | 4563, 6/12/08 | Deutsche Bank National Trust Company, as Trustee Under the Trust Agreement for 2004-11AR | 2855 North Jerome Street, Kingman, AZ 86401 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 20 | 4565, 6/12/08 | HSBC Bank USA, National Association, as Trustee for NAAC 2006-AR2 | 24811 South 138th Place, Chandler, AZ 85249 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 21 | 4577, 6/12/08 | DJL Mortgage Capital Inc. | 80 Sylvian Street, Central Falls, RI 02863 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 22 | 4578, 6/12/08 | HSBC Bank USA National Association as Trustee for Nomura Asset-Backed Certificate Series, 2006-AF1 | 12 North 19th Street, Kenilworth, NJ 07033 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 23 | 4579, 6/12/08 | HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2007-1 | 5160 Squawroot Court, Indian Head, MD 20640 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 24 | 4651, 6/17/08 | Regions Bank dba Regions Mortgage | 10452 Vermillion CL NE, Blaine, Minnestoa | Debtors' Reservation of Rights [4954, 7/2/08] | 5052, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 25 | 4663, 6/12/08 | Wells Fargo Bank, N.A. as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1 | 2345 Linden Street, Atwater, CA 95301 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 26 | 4664, 6/12/08 | Bank of New York as Trustee for the Certificate Holders of CWMBS Inc. SHL Mortgage Pass-Through Trust 2006-HYB3 Mortgage Pass-Through Certificates, Series 2006-HYB3 | 25602 South Village Dr., Chantilly, VA 20152 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 27 | 4665, 6/12/08 | Bank of New York as Trustee for the Certificate Holders CWALT Inc. CHL Mortgage Pass-Through Trust 2006-HYB3 Mortgage Pass Through Certificates, Series 2006-HYB3 | 9425 Wilcoxen Drive, Manassas, VA 20111 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 28 | 4666, 6/12/08 | HSBC Bank, N.A., as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 117 Berry Street 12, Orange, VA 22960 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 29 | 4667, 6/17/08 | Bank of New York as Trustee for the Certificate Holders CWALT Inc. Alternative Loan Trust 2006-OC4, Mortgage Pass-Through Certificates, Series 2006-OC4 | 14664 Stone Crossing Court, Centerville, VA 20120 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 30 | 4668, 6/17/08 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 5902 Piedmont Dr., Alexandria, VA 22310 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 31 | 4669, 6/17/08 | HSBC Bank, N.A., as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 14028 Lestric Lane, Woodbridge, VA 22193 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 32 | 4670, 6/17/08 | HSBC Bank, N.A., as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR1 | 15839 Golden Club Street, Clermont, FL 34711 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 33 | 4671, 6/17/08 | LaSalle Bank National Association, s Custodian for Morgan Stanley ABS Capital, MSAC 2007-HE6 | 42 East 20th Street, Huntington Station, NY 11746 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 34 | 4672, 6/17/08 | Washington Mutual Bank | 3705 Nairobi Lane, North Las Vegas, NY 89032 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 35 | 4673, 6/17/08 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates CWALT Series 2006-6 | 1305 Clubhouse Road, Virginia Beach, VA 23453 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 36 | 4674, 6/17/08 | of HSBC Bank USA, N.A., as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates | 302 Sanderson Dr. #231, Sterling, VA 20164 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 37 | 4715, 6/18/08 | Saxon Mortgage Services, Inc. | 1000 East Ocean Blvd., Long Beach, CA 90802 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 38 | 4774, 6/23/08 | Aurora Loan Services | 10262 W. Patrick Lane, Peoria, AZ 85383 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 39 | 4827, 6/25/08 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2007-3 | 650 Peony Lane, Bourbonnais, IL 60914 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 40 | 4829, 6/25/08 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 2087 County Down Lane, Stone Mountain, GA 30088 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 41 | 4836, 6/25/08 | Aurora Loan Services | 102 Walkers Cove, Chester, VA 23831 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 42 | 4837, 6/25/08 | HSBC USA Bank, National Association, as Trustee for Credit Suisse First Boston ARMT 2005-1 | 6 Great Western Road, South Dennis, MA 02660 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 43. | 4839, 6/25/08 | LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2006-11 | 301 Scarletfire Drive, Bakersfield, CA 93307 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 44 | 4840 6/25/08 | US Bank National Assocation, as Trustee for Credit Suisse First Boston CSFB 2005-3 | 6702 West 181st Street, Tinley Park, IL 60477 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 45 | 4841, 6/25/08 | LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2006-11 | 619 E. Spruce St., Goldsboro, NC 27530 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 46 | 4842, 6/25/08 | US Bank National Assocation, as Trustee for CSMS Mortgage-Backed Pass Through Certificates, Series 2006-6 | 3617 Springdale Avenue, Baltimore, MD 21216 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 47 | 4843, 6/25/08 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-5 | 101 Meade, Catlin, IL 61817 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 48 | 4844, 6/25/08 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 | 173 Roberge Avenue, Banning, CA 92220 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 49 | 4845, 6/25/08 | US Bank National Association, as Trustee for EMC Mortgage-Corporation, Series BSABS 2003-AC7 | 130 Sullivan Avenue, South Farmingdale, NY 11735 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 50 | 4846, 6/25/08 | LsSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Truste 2006-9 AR | 11508 Button Bay Pleace, Gibsonton, FL 33534 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 51 | 4847, 6/25/08 | US Bank National Association, as Trustee for the Banc of America Funding Trust 2006-8T2 | 1806 Arwell Court, Severn, MD 21144 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 52 | 4848, 6/25/08 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-AR6 | 163 Desert Springs Lane, Fernley, NV 89408 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 53 | 4850, 6/25/08 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-1XS | 832 Lowe Road, Middle River, MD 21220 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 54 | 4851, 6/25/08 | REO Properties Corp | 4837 Avocado Boulevard, West Palm Beach, FL 33411 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 55 | 4852, 6/25/08 | Bank of New York, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates Series 2006-AF2 | 2020 River Grove Lane, Knightdale, NC 27545 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 56 | 4853, 6/25/08 | Bank of New York, as Trustee for the Holders of Bear Stearns ALT-A Trust 2005-5 | 1522 Scandia Circle, Reston, VA 20190 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 57 | 4854, 6/25/08 | US Bank National Association as Trustee for Banc of America Funding 2007-4 | 50 Shaw Gulch Road, Superior, MT 59872 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 58 | 4855, 6/25/08 | US Bank National Association as Trustee for Banc of America Funding Trust 2007-3 | 9609 Community Drive, Baltimore, MD 21220 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 59 | 4856, 6/25/08 | US Bank National Association as Trustee for Banc of America Funding Corporation Trust 2007-1 | 214 Bucket Post Court, Bel Air, MD 21014 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 60 | 4857, 6/25/08 | US Bank National Association as Trustee for the Holder of Bear Stearns Asset Backed Securities 1 Trust 2006-1M1 | 21839 Ladyslipper Square, Ashburn, VA 20148 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 61 | 4860, 6/25/08 | US Bank National Association as Trustee for the Holders of Deutsche ALT-B Securities Mortgage Loan Trust, Series 2006-AB1 | 9979 West Constitution Drive, Orland Park, IL 60462 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 62 | 4862, 6/25/08 | US Bank National Association as Trustee of the Banc of America Funding Trust 2007-2 | 4713 Kirkdale Drive, Woodbridge, VA 22193 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 63 | 4864, 6/25/08 | US Bank National Association as Trustee of the Banc of America Funding Trust 2007-4 | 2101 Windgate Bend #2101, Wellington, FL 33414 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 64 | 4866, 6/25/08 | US Bank National Association as Trustee of the Banc of America Funding Trust 2006-8T2 | 130 Stewart Circle, Hot Springs, AR 71913 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 65 | 4867, 6/25/08 | US Bank National Association as Trustee for BMLIT 2007-AR1 | 2811 Dunnottar Avenue , Henderson, NV 89044 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 66 | 4868, 6/25/08 | US Bank National Association as Trustee for CMLTI 2007-AR1 | 3803 Tarsier Court, Kissimmee, FL34744 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 67 | 4869, 6/25/08 | US Bank National Association as Trustee for Citigroup Mortgage Loan Trust Series 2005-8 | 8328 Maplester Road, Las Vegas, 89129 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 68 | 4870, 6/25/08 | Washington Mutual Bank | 1711 NE 33rd Lane, Cape Coral, FL 33909 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 69 | 4871, 6/25/08 | US Bank National Association as Trustee for Banc of America Funding Corporation Trust 2007-1 | 409 West Jefferson, Pesotum, IL 61863 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 70 | 4872, 6/25/08 | US Bank National Association as Trustee for Banc of America Funding Corporation Trust | 1108 Camberly Court, Abingdon, MD 21009 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 71 | 4873, 6/25/08 | US Bank National Association as Trustee for the Holder of Bear Stearns Asset Backed Securities 2006-AC2 | 1615 Vermilion, Danville, IL 61832 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |
| 72 | 4874, 6/25/08 | LaSalle Bank N.A. as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-8 | 2749 Fresh Pond Court, Henderson, NV 89052 | Debtors' Reservation of Rights [4954, 7/2/08] | 5058, 7/14/08 | Certification of Counsel has been filed – no hearing required |