**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMERICAN HOME MORTGAGE HOLDINGS | § | CASE NO. 07-11047-CSS |
| | § | CHAPTER 11 |
| | § | |
| | § | JUDGE CHRISTOPHER S. SONTCHI |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Bank of America N.A
475 Crosspoint Parkway / P.O. Box 9000
Getzville, New York 14068**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial /s/ Tyler Jones

Hilary B. Bonial
Tyler Jones

F# 5645-N-3646
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Bank of America N.A

**CERTIFICATE OF SERVICE**

      I, Hilary B. Bonial / Tyler Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before July 16, 2008:

**Debtors' Attorney**
Donald J. Bowman Jr.
Young, Conaway, Stargatt & Taylor
1000 West Street 17th Floor
Wilmington, DE  19801

**Chapter 11 Trustee**

**U.S. Trustee**
U.S. Trustee
844 King Street, Room 2207
Wilmington, Delaware 19801

    /s/ Hilary B. Bonial /s/ Tyler Jones

    Hilary B. Bonial
    Tyler Jones

5645-N-3646
noaelect