# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

Objection Deadline: August 4, 2008 at 4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **Second Monthly Application of the Robert J. Hopp & Associates, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 Through December 31, 2007** (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware.  The Application seeks allowance of interim fees in the amount of $22,100.00 and interim expenses in the amount of $72,272.70.

Objections to the Application, if any, must be filed on or before **August 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801 (Attn: Bonnie Fatell),

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee; (iv) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn: Joseph McMahon); and (v) Robert J. Hopp & Associates, LLC, 999 18th Street, P.O. Box 8689, Denver, Colorado 80201.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
   July 15, 2008

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       James L. Patton, Jr. (No. 2202)
       Pauline K. Morgan (No. 3650)
       Sean M. Beach (No. 4070)
       Matthew B. Lunn (No. 4119)
       Margaret B. Whiteman (No. 4652)
       Ryan M. Bartley (No. 4985)
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19801
       Telephone: (302) 571-6600
       Facsimile: (302) 571-1253

       Counsel to the Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
|    Debtors. | : | |
| ---------------------------------------------------------------------- x | | |

**SECOND MONTHLY APPLICATION OF ROBERT J. HOPP & ASSOCIATES, LLC AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | **Robert J. Hopp & Associates, LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | *December 1, 2007 through December 31, 2007* |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$22,100.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$72,272.70** |

This is an: __X__ interim   ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS:**

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| 2/19/08 [D.I. 3012] | October, 2007 | $15,850.00 | $72,204.52 | $15,850.00 | $72,204.52 |
| | | | | | |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $22,100.00 |
| TOTALS | N/A | $22,100.00 |

### INTERIM EXPENSES

| Expenses | | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $72,272.70 |

## VERIFICATION OF FEE APPLICATION

STATE OF **COLORADO**              )
                                   )   SS:
CITY AND COUNTY OF **DENVER**      )

         **Robert J. Hopp**, after being duly sworn according to law, deposes and says:

        1.    I am the **Managing Partner** in the applicant firm (the "Firm") and have been admitted to the bar of the state of **Colorado** since **May 1996**.

        2.    I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

        3.    The services and expenses were performed and incurred within the month subject to the foregoing Application.

        4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

                    Robert J. Hopp, Colorado Bar No. 26818

SWORN TO AND SUBSCRIBED
before me this 14th day of July, 2008.

Notary Public – Denise K. Downs
My Commission Expires: 7/11/2010

DB02:6342604.1                                                  066585.1001

| | FEES | | | |
|---|---|---|---|---|
| Action Date | Invoice No. | Loan/Acct. No. | Description of Services | Amount |
| 12/1/2007 | 3962 | 1000766551/Ivanik | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/5/2007 | 3322 | 1001196897/Johnson | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/5/2007 | 3323 | 1001395398/Cross | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/5/2007 | 3324 | 1001665023/Bogan | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/5/2007 | 3431 | 1000807356/Ivkov | Atty Fees -- Hold | $800.00 |
| 12/10/2007 | 3403 | 1001143058/Conover | Atty Fees -- Title Claim | $150.00 |
| 12/11/2007 | 3325 | 1000614467/Delgado | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/11/2007 | 3326 | 1001180503/Montes | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/11/2007 | 3327 | 1001268765/Johnson | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/11/2007 | 3328 | 1000838069/Brady | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/11/2007 | 3334 | 1000765203/McCh... | Atty Fees -- Hold | $800.00 |
| 12/11/2007 | 3386 | 1000801637/Jarecki | Atty Fees -- Hold | $800.00 |
| 12/12/2007 | 3329 | 1001168082/McNu... | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/12/2007 | 3330 | 1001472491/Evans | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/12/2007 | 3331 | 1001664470/Webb | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/12/2007 | 3332 | 1000644571/Unger | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/13/2007 | 3463 | 1000692377/Gallin | Atty Fees -- Bankruptcy/MFR | $650.00 |
| 12/13/2007 | 3461 | 1000637006/Duran | Atty Fees -- Bankruptcy/MFR | $650.00 |
| 12/14/2007 | 3303 | 1000692093/Morrison | Atty Fees -- Reinstated | $800.00 |
| 12/19/2007 | 3341 | 1000918977/Contr... | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3303 | 1001136424/Sparks | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3568 | 1001175117/Guy | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3569 | 1001676212/Salgado | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3570 | 1000690909/Mounts | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3571 | 1000574257/Wemyss | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3573 | 1000763553/Chavez | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3574 | 1001587060/Smith | Atty Fees -- Foreclosure Sale | $800.00 |
| 12/19/2007 | 3857 | 1001036557/Na | Atty Fees -- MFR | $650.00 |
| 12/27/2007 | 3499 | 1000872498/Lopez | Atty Fees -- Foreclosure Closed | $400.00 |
| 12/27/2008 | 3432 | 1001209038/Benjamin | Atty Fees -- Foreclosure Closed | $400.00 |

**TOTAL FEES**                                    **$22,100.00**

| | EXPENSES | | | |
|---|---|---|---|---|
| Action Date | Invoice No. | Loan/Acct. No. | Description of Services | Amount |
| 12/1/2007 | 3395 | 1001147170/Patunas | PT Fees | $300.00 |
| 12/1/2007 | 3395 | 1001147170/Patunas | Statutory Mailing Fees | $111.00 |
| 12/1/2007 | 3396 | 1001091960/Adams | PT Fees | $500.00 |
| 12/1/2007 | 3396 | 1001091960/Adams | Statutory Mailing Fees | $149.50 |
| 12/1/2007 | 3403 | 1001143058/Conover | PT Fees | $500.00 |
| 12/1/2007 | 3403 | 1001143058/Conover | Statutory Mailing Fees | $128.50 |
| 12/1/2007 | 3915 | 1000838776/Lario | Title Costs | $1,876.00 |
| 12/1/2007 | 3395 | 1001147170/Patunas | PT Fees | $372.55 |
| 12/1/2007 | 3395 | 1001147170/Patunas | Statutory Mailing Fees | $373.12 |
| 12/1/2007 | 3396 | 1001091960/Adams | PT Fees | $373.69 |
| 12/1/2007 | 3396 | 1001091960/Adams | Statutory Mailing Fees | $374.27 |
| 12/1/2007 | 3403 | 1001143058/Conover | PT Fees | $374.84 |
| 12/1/2007 | 3403 | 1001143058/Conover | Statutory Mailing Fees | $375.41 |
| 12/1/2007 | 3915 | 1000838776/Lario | Title Costs | $375.98 |

| | | | | |
|---|---|---|---|---|
| 12/1/2007 | 3962 | 1000766551/Ivanik | PT Fees | $62.90 |
| 12/1/2007 | 3962 | 1000766551/Ivanik | Title Update | $100.00 |
| 12/1/2007 | 3962 | 1000766551/Ivanik | PT Deed Recording Fee | $36.00 |
| 12/1/2007 | 3431 | 1000807356/Ivkov | Title Fees | $892.00 |
| 12/1/2007 | 3431 | 1000807356/Ivkov | Court Filing Fees | $165.90 |
| 12/1/2007 | 3431 | 1000807356/Ivkov | Statutory Mailing Fees | $111.00 |
| 12/1/2007 | 4207 | 1000728026/Samansk | Title Costs | $1,357.00 |
| 12/1/2007 | 4205 | 100180632/McAllister | Title Costs | $728.00 |
| 12/3/2007 | 3325 | 1000614467/Delgado | Title Costs | $100.00 |
| 12/3/2007 | 3326 | 1001180503/Montes | Title Costs | $100.00 |
| 12/3/2007 | 3327 | 1001268765/Johnson | Title Costs | $100.00 |
| 12/3/2007 | 3328 | 1000838069/Brady | Title Costs | $100.00 |
| 12/3/2007 | 3394 | 1001670642/Marshall | Court Filing Fees | $165.90 |
| 12/3/2007 | 3394 | 1001670642/Marshall | PT Fees | $400.00 |
| 12/3/2007 | 3394 | 1001670642/Marshall | Statutory Mailing Fees | $111.00 |
| 12/3/2007 | 3395 | 1001147170/Patunas | Court Filing Fees | $165.90 |
| 12/3/2007 | 3396 | 1001091960/Adams | Court Filing Fees | $165.90 |
| 12/3/2007 | 3397 | 1000722148/Lopez | Court Filing Fees | $165.90 |
| 12/3/2007 | 3398 | 100673558/Vares | PT Fees | $300.00 |
| 12/3/2007 | 3398 | 100673558/Vares | Statutory Mailing Fees | $111.00 |
| 12/3/2007 | 3400 | 1001075650/Gannon | Certified Copies | $19.25 |
| 12/3/2007 | 3401 | 1001836967/Garcia | Statutory Mailing Fees | $111.00 |
| 12/3/2007 | 3401 | 1001836967/Garcia | Court Filing Fees | $165.90 |
| 12/3/2007 | 3404 | 1001143058/Lundahl | PT Fees | $500.00 |
| 12/3/2007 | 3404 | 1001143058/Lundahl | Statutory Mailing Fees | $118.00 |
| 12/3/2007 | 3405 | 1001085871/Stice | Title Costs | $1,233.00 |
| 12/4/2007 | 3329 | 1001168082/McNu… | Title Costs | $100.00 |
| 12/4/2007 | 3330 | 1001472491/Evans | Title Costs | $100.00 |
| 12/4/2007 | 3331 | 1001664470/Webb | Title Costs | $100.00 |
| 12/4/2007 | 3332 | 1000644571/Unger | Title Costs | $100.00 |
| 12/4/2007 | 3399 | 1001145417/Neveu | Court Filing Fees | $165.90 |
| 12/4/2007 | 3400 | 1001075650/Gannon | Court Filing Fees | $165.90 |
| 12/4/2007 | 3400 | 1001075650/Gannon | PT Fees | $300.00 |
| 12/4/2007 | 3400 | 1001075650/Gannon | Statutory Mailing Fees | $118.00 |
| 12/4/2007 | 3401 | 1001836967/Garcia | PT Fees | $300.00 |
| 12/4/2007 | 3402 | 100673558/Vares | PT Fees | $300.00 |
| 12/4/2007 | 3402 | 100673558/Vares | Statutory Mailing Fees | $111.00 |
| 12/4/2007 | 3403 | 1001143058/Conover | Court Filing Fees | $165.90 |
| 12/5/2007 | 3322 | 1001196897/Johnson | PT Fees | $25.00 |
| 12/5/2007 | 3322 | 1001196897/Johnson | Recording Fees | $36.00 |
| 12/5/2007 | 3323 | 1001395398/Cross | Recording Fees | $36.00 |
| 12/5/2007 | 3323 | 1001395398/Cross | PT Fees | $25.00 |
| 12/5/2007 | 3324 | 1001665023/Bogan | Recording Fees | $36.00 |
| 12/5/2007 | 3324 | 1001665023/Bogan | PT Fees | $25.00 |
| 12/5/2007 | 3410 | 1000662826/Chacon | Title Costs | $1,133.00 |
| 12/5/2007 | 3411 | 1000722750/Donoso | Title Costs | $1,204.00 |
| 12/5/2007 | 3402 | 1001673958/Vares | Court Filing Fees | $165.90 |
| 12/5/2007 | 3404 | 1001143058/Lundahl | Court Filing Fees | $165.90 |
| 12/5/2007 | 3407 | 1001487419/Fajardo | Title Costs | $1,133.00 |
| 12/5/2007 | 3919 | 1000686502/Clark | Title Costs | $1,080.00 |
| 12/5/2007 | 3405 | 1001036908/Stice | Certified Copies | $6.50 |
| 12/5/2007 | 3431 | 1000807356/Ivkov | PT Fees | $500.24 |

| | | | |
|---|---|---|---:|
| 12/5/2007 | 3431 | 1000807356/Ivkov | Title Update | $100.00 |
| 12/5/2007 | 3529 | 1000515629/Alamos | Title Costs | $1,234.00 |
| 12/6/2007 | 3408 | 1001273769/Giron | Title Costs | $1,377.00 |
| 12/6/2007 | 3408 | 1001273769/Giron | PT Fees | $500.00 |
| 12/6/2007 | 3408 | 1001273769/Giron | Statutory Mailing Fees | $111.00 |
| 12/6/2007 | 3409 | 1001016431/Demp... | Title Costs | $1,143.00 |
| 12/6/2007 | 3409 | 1001016431/Demp... | PT Fees | $500.00 |
| 12/6/2007 | 3409 | 1001016431/Demp... | Statutory Mailing Fees | $111.00 |
| 12/6/2007 | 3412 | 1001243019/Garcia | Title Costs | $1,061.00 |
| 12/6/2007 | 3405 | 1001085871/Stice | Court Filing Fees | $165.90 |
| 12/6/2007 | 3405 | 1001085871/Stice | PT Fees | $350.00 |
| 12/6/2007 | 3405 | 1001085871/Stice | Statutory Mailing Fees | $114.50 |
| 12/6/2007 | 3406 | 1001085871/Magn... | Title Costs | $1,006.00 |
| 12/6/2007 | 3406 | 1001085871/Magn... | Certified Copies | $29.75 |
| 12/6/2007 | 3407 | 1001487419/Fajardo | PT Fees | $500.00 |
| 12/6/2007 | 3407 | 1001487419/Fajardo | Statutory Mailing Fees | $111.00 |
| 12/6/2007 | 3413 | 1000679805/Ruiz | Title Costs | $1,123.00 |
| 12/6/2007 | 3568 | 1001175117/Guy | Title Update | $100.00 |
| 12/6/2007 | 3569 | 1001676212/Salgado | Title Update | $100.00 |
| 12/6/2007 | 3570 | 1000690909/Mounts | Title Costs | $100.00 |
| 12/6/2007 | 3571 | 1000574257/Wemyss | Title Update | $100.00 |
| 12/6/2007 | 3573 | 1000763553/Chavez | Title Update | $100.00 |
| 12/6/2007 | 3574 | 1001587060/Smith | Title Update | $100.00 |
| 12/6/2007 | 4153 | 1001440676/Britton | Certified Copies | $6.50 |
| 12/7/2007 | 3408 | 1001273769/Giron | Court Filing Fees | $165.90 |
| 12/7/2007 | 3410 | 1000662826/Chacon | Certified Copies | $20.75 |
| 12/7/2007 | 3411 | 1000722750/Donoso | Certified Copies | $21.25 |
| 12/7/2007 | 3412 | 1001243019/Garcia | Certified Copies | $20.00 |
| 12/7/2007 | 3414 | 1000013079/Ruiz | Title Costs | $1,637.00 |
| 12/7/2007 | 3406 | 1001085871/Magn... | Court Filing Fees | $165.90 |
| 12/7/2007 | 3406 | 1001085871/Magn... | PT Fees | $400.00 |
| 12/7/2007 | 3406 | 1001085871/Magn... | Statutory Mailing Fees | $111.00 |
| 12/7/2007 | 3407 | 1001487419/Fajardo | Court Filing Fees | $165.90 |
| 12/7/2007 | 3413 | 1000679805/Ruiz | Certified Copies | $20.75 |
| 12/7/2007 | 4207 | 1000728026/Samansk | Certified Copies | $43.50 |
| 12/7/2007 | 4207 | 1000728026/Samansk | Court Filing Fees | $165.90 |
| 12/7/2007 | 4207 | 1000728026/Samansk | Statutory Mailing Fees | $111.00 |
| 12/9/2007 | 3415 | 1001136424/Sparks | Title Update | $100.00 |
| 12/10/2007 | 3341 | 1000918977/Contr... | Title Costs | $100.00 |
| 12/10/2007 | 3409 | 1001016431/Demp... | Court Filing Fees | $165.90 |
| 12/10/2007 | 3414 | 1000013079/Ruiz | Court Filing Fees | $165.90 |
| 12/10/2007 | 3413 | 1000679805/Ruiz | PT Fees | $300.00 |
| 12/10/2007 | 3413 | 1000679805/Ruiz | Statutory Mailing Fees | $111.00 |
| 12/10/2007 | 4144 | 1001290409/Kopriva | Court Filing Fees | $165.90 |
| 12/10/2007 | 4144 | 1001290409/Kopriva | Statutory Mailing Fees | $111.00 |
| 12/11/2007 | 3325 | 1000614467/Delgado | Recording Fees | $36.00 |
| 12/11/2007 | 3326 | 1001180503/Montes | Recording Fees | $36.00 |
| 12/11/2007 | 3327 | 1001268765/Johnson | PT Fees | $187.40 |
| 12/11/2007 | 3327 | 1001268765/Johnson | Recording Fees | $36.00 |
| 12/11/2007 | 3328 | 1000838069/Brady | PT Fees | $28.56 |
| 12/11/2007 | 3328 | 1000838069/Brady | Recording Fees | $42.00 |
| 12/11/2007 | 3410 | 1000662826/Chacon | Court Filing Fees | $165.90 |

| | | | | |
|---|---|---|---|---|
| 12/11/2007 | 3410 | 1000662826/Chacon | PT Fees | $400.00 |
| 12/11/2007 | 3410 | 1000662826/Chacon | Statutory Mailing Fees | $114.50 |
| 12/11/2007 | 3411 | 1000722750/Donoso | PT Fees | $300.00 |
| 12/11/2007 | 3411 | 1000722750/Donoso | Statutory Mailing Fees | $111.00 |
| 12/11/2007 | 3412 | 1001243019/Garcia | PT Fees | $400.00 |
| 12/11/2007 | 3412 | 1001243019/Garcia | Statutory Mailing Fees | $114.50 |
| 12/11/2007 | 3414 | 1000013079/Ruiz | PT Fees | $450.00 |
| 12/11/2007 | 3414 | 1000013079/Ruiz | Statutory Mailing Fees | $111.00 |
| 12/11/2007 | 4153 | 1001440676/Britton | Title Costs | $1,174.00 |
| 12/11/2007 | 4153 | 1001440676/Britton | Court Filing Fees | $165.90 |
| 12/11/2007 | 4153 | 1001440676/Britton | Statutory Mailing Fees | $111.00 |
| 12/12/2007 | 3329 | 1001168082/McNu... | PT Fees | $2.73 |
| 12/12/2007 | 3329 | 1001168082/McNu... | Recording Fees | $36.00 |
| 12/12/2007 | 3330 | 1001472491/Evans | PT Fees | $173.50 |
| 12/12/2007 | 3330 | 1001472491/Evans | Recording Fees | $36.00 |
| 12/12/2007 | 3331 | 1001664470/Webb | Recording Fees | $42.00 |
| 12/12/2007 | 3332 | 1000644571/Unger | Recording Fees | $36.00 |
| 12/12/2007 | 3411 | 1000722750/Donoso | Court Filing Fees | $165.90 |
| 12/12/2007 | 3412 | 1001243019/Garcia | Court Filing Fees | $165.90 |
| 12/12/2007 | 3368 | 100588300/Watterud | Court Filing Fees | $165.90 |
| 12/12/2007 | 3413 | 1000679805/Ruiz | Court Filing Fees | $165.90 |
| 12/13/2007 | 3919 | 1000686502/Clark | PT Fees | $448.71 |
| 12/13/2007 | 3940 | 1001347063/Kopriva | Title Costs | $1,703.00 |
| 12/13/2007 | 3940 | 1001347063/Kopriva | PT Fees | $334.50 |
| 12/13/2007 | 3940 | 1001347063/Kopriva | Statutory Mailing Fees | $111.00 |
| 12/14/2007 | 3919 | 1000686502/Clark | Court Filing Fees | $165.90 |
| 12/14/2007 | 3919 | 1000686502/Clark | Statutory Mailing Fees | $131.50 |
| 12/14/2007 | 3940 | 1001347063/Kopriva | Court Filing Fees | $165.90 |
| 12/18/2007 | 3499 | 1000872498/Lopez | Title Costs | $1,123.00 |
| 12/18/2007 | 3938 | 1000868711/Allen | Title Costs | $1,046.00 |
| 12/18/2007 | 4222 | 1001224051/Johnson | Service Fees - Demand/SCA | $60.00 |
| 12/18/2007 | 4222 | 1001224051/Johnson | Filing Fee-Complaint | $72.00 |
| 12/18/2007 | 4227 | 1000969398/Ikeler | Service Fees - Demand/SCA | $60.00 |
| 12/18/2007 | 4227 | 1000969398/Ikeler | Filing Fee-Complaint | $65.00 |
| 12/18/2007 | 4228 | 1000699398/Ikeler-#2 | Filing Fee-Complaint | $65.00 |
| 12/18/2007 | 4228 | 1000969398/Ikeler | Service Fees - Demand/SCA | $60.00 |
| 12/18/2007 | 4174 | 1000755962/Bensen | Title Costs | $531.00 |
| 12/18/2007 | 3942 | 1001126361/Lopez | Title Costs | $726.00 |
| 12/19/2007 | 3415 | 1001136424/Sparks | Recording Fees | $36.00 |
| 12/19/2007 | 3415 | 1001136424/Sparks | PT Fees | $39.16 |
| 12/19/2007 | 3890 | 1001684919/Abdoo | Title Costs | $1,133.00 |
| 12/19/2007 | 3568 | 1001175117/Guy | PT Fees | $102.60 |
| 12/19/2007 | 3568 | 1001175117/Guy | Recording Fees | $36.00 |
| 12/19/2007 | 3569 | 1001676212/Salgado | Recording Fees | $36.00 |
| 12/19/2007 | 3570 | 1000690909/Mounts | Recording Fees | $36.00 |
| 12/19/2007 | 3571 | 1000574257/Wemyss | Recording Fees | $36.00 |
| 12/19/2007 | 3573 | 1000763553/Chavez | Recording Fees | $36.00 |
| 12/19/2007 | 3574 | 1001587060/Smith | Recording Fees | $42.00 |
| 12/19/2007 | 3890 | 1001684919/Abdoo | Title Costs | $1,133.00 |
| 12/19/2007 | 3932 | 1000717500/Zagha | Title Costs | $1,524.00 |
| 12/19/2007 | 3933 | 1001841469/McAdams | Title Costs | $1,269.00 |
| 12/19/2007 | 3935 | 1001267018/Czech | Title Costs | $2,501.00 |

| | | | | |
|---|---|---|---|---|
| 12/19/2007 | 3936 | 1001431700/Tharp | Title Costs | $1,519.00 |
| 12/19/2007 | 3937 | 1001118389/Noble | Title Costs | $1,418.00 |
| 12/19/2007 | 3939 | 1000657110/Duffy | Title Costs | $1,071.00 |
| 12/19/2007 | 4220 | 1001450818/Montoya | Service Fees - Demand/SCA | $60.00 |
| 12/19/2007 | 4220 | 1001450818/Montoya | Filing Fee-Complaint | $72.00 |
| 12/19/2007 | 4223 | 1000706965/Caisano | Service Fees - Demand/SCA | $60.00 |
| 12/19/2007 | 4223 | 1000706965/Caisano | Filing Fee-Complaint | $72.00 |
| 12/19/2007 | 4226 | 1001159484/Crowe | Service Fees - Demand/SCA | $60.00 |
| 12/19/2007 | 3859 | 1001275620/Petrone-Unit A | Service Fees - Demand/SCA | $15.00 |
| 12/19/2007 | 3859 | 1001275620/Petrone-Unit A | Filing Fee-Complaint | $18.00 |
| 12/19/2007 | 3861 | 1001275620/Petrone-Unit B | Service Fees - Demand/SCA | $15.00 |
| 12/19/2007 | 3861 | 1001275620/Petrone-Unit B | Filing Fee-Complaint | $18.00 |
| 12/19/2007 | 3863 | 1001275620/Petrone-Unit C | Service Fees - Demand/SCA | $15.00 |
| 12/19/2007 | 3863 | 1001275620/Petrone-Unit C | Filing Fee-Complaint | $18.00 |
| 12/19/2007 | 3865 | 1001275620/Petrone-Unit D | Service Fees - Demand/SCA | $15.00 |
| 12/19/2007 | 3865 | 1001275620/Petrone-Unit D | Filing Fee-Complaint | $18.00 |
| 12/19/2007 | 4176 | 1000854997/Engle | Title Costs | $1,550.00 |
| 12/20/2007 | 3890 | 1001684919/Abdoo | Statutory Mailing Fees | $111.00 |
| 12/20/2007 | 3915 | 1000838776/Lario | Court Filing Fees | $165.90 |
| 12/20/2007 | 3915 | 1000838776/Lario | PT Fees | $409.95 |
| 12/20/2007 | 3915 | 1000838776/Lario | Statutory Mailing Fees | $111.00 |
| 12/20/2007 | 3935 | 1001267018/Czech | PT Fees | $493.44 |
| 12/20/2007 | 3935 | 1001267018/Czech | Statutory Mailing Fees | $111.00 |
| 12/20/2007 | 3936 | 1001431700/Tharp | PT Fees | $457.00 |
| 12/20/2007 | 3936 | 1001431700/Tharp | Statutory Mailing Fees | $111.00 |
| 12/20/2007 | 3937 | 1001118389/Noble | PT Fees | $432.20 |
| 12/20/2007 | 3937 | 1001118389/Noble | Statutory Mailing Fees | $114.50 |
| 12/20/2007 | 3938 | 1000868711/Allen | PT Fees | $400.00 |
| 12/20/2007 | 3938 | 1000868711/Allen | Statutory Mailing Fees | $111.00 |
| 12/20/2007 | 3939 | 1000657110/Duffy | Statutory Mailing Fees | $111.00 |
| 12/20/2007 | 3939 | 1000657110/Duffy | PT Fees | $500.00 |
| 12/20/2007 | 3890 | 1001684919/Abdoo | Court Filing Fees | $165.90 |
| 12/20/2007 | 3941 | 1001244885/Trejo | Title Costs | $1,418.00 |
| 12/20/2007 | 3941 | 1001244885/Trejo | PT Fees | $457.00 |
| 12/20/2007 | 3941 | 1001244885/Trejo | Statutory Mailing Fees | $111.00 |
| 12/20/2007 | 4221 | 1001231596/Riley | Filing Fee-Complaint | $72.00 |
| 12/20/2007 | 4221 | 1001231596/Riley | Service Fees - Demand/SCA | $180.00 |
| 12/20/2007 | 4225 | 1001374173/Gates | Filing Fee-Complaint | $72.00 |
| 12/20/2007 | 4225 | 1001374173/Gates | Service Fees - Demand/SCA | $100.00 |
| 12/20/2007 | 4225 | 1001374173/Gates | Co-Counsel-Remote Area | $100.00 |
| 12/20/2007 | 4176 | 1000854997/Engle | PT Fees | $429.80 |
| 12/20/2007 | 4176 | 1000854997/Engle | Statutory Mailing Fees | $72.00 |
| 12/21/2007 | 3932 | 1000717500/Zagha | PT Fees | $400.00 |
| 12/21/2007 | 3932 | 1000717500/Zagha | Statutory Mailing Fees | $121.50 |
| 12/21/2007 | 3933 | 1001841469/McAdams | PT Fees | $500.00 |
| 12/21/2007 | 3933 | 1001841469/McAdams | Statutory Mailing Fees | $111.00 |
| 12/21/2007 | 3935 | 1001267018/Czech | Court Filing Fees | $165.90 |
| 12/21/2007 | 3939 | 1000657110/Duffy | Court Filing Fees | $165.90 |
| 12/21/2007 | 3942 | 1001126361/Lopez | PT Fees | $446.00 |
| 12/21/2007 | 3942 | 1001126361/Lopez | Statutory Mailing Fees | $111.00 |
| 12/27/2007 | 3499 | 1000872498/Lopez | PT Fees | $15.00 |
| 12/27/2007 | 3934 | 1000618943/Brown | Title Costs | $813.00 |

| | | | | |
|---|---|---|---|---|
| 12/27/2007 | 4229 | 1001275639/Kauffman | Filing Fee-Complaint | $72.00 |
| 12/27/2007 | 4229 | 1001275639/Kauffman | Service Fees - Demand/SCA | $60.00 |
| 12/28/2007 | 3934 | 1000618943/Brown | PT Fees | $400.00 |
| 12/28/2007 | 3934 | 1000618943/Brown | Statutory Mailing Fees | $146.00 |
| 12/28/2007 | 3687 | 1000679760/Arias | Title Update | $100.00 |
| 12/31/2007 | 3469 | 1001256259/Boyer | Title Update | $100.00 |
| 12/31/2007 | 4230 | 1001275588/Petrone | Filing Fee-Complaint | $72.00 |
| 12/31/2007 | 4230 | 1001275588/Petrone | Service Fees - Demand/SCA | $60.00 |

**TOTAL EXPENSES**                          **$72,272.70**