IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :   Jointly Administered
                                    Debtors.                           ::
---------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Casey S. Cathcart, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on July 15, 2008, she caused a copy of the **Second Monthly Application of the Robert J. Hopp & Associates, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 Through December 31, 2007** to be served as indicated upon the parties identified on the attached service list.

 

                                                                           /s/ Casey S. Cathcart
                                                                            Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this 15th day of July, 2008.

                                                                           /s/ Kimberly A. Beck
                                                                            Notary Public

                                                                         KIMBERLY A. BECK
                                                                         NOTARY PUBLIC
                                                                       STATE OF DELAWARE
                                                             My Commission Expires Oct. 1, 2010

**SERVICE LIST**
**7/15/2008**

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail*

Alan Horn
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*