IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO STATEMENT RE: DOCKET NO. 4765

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Tenth Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2008 through May 31, 2008 (the "Statement"). The Court's docket which was last updated July 16, 2008, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than July 14, 2008 at 4:00 p.m.

DB02:6333618.8                                                                                         066585.1001

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($639,694.50) and 100% of requested interim expenses ($37,829.65) on an interim basis without further Court order.

Dated: Wilmington, Delaware
July 16, 2008

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Sean M. Beach
> James L. Patton, Jr. (No. 2202)
> Joel A. Waite (No. 2925)
> Pauline K. Morgan (No. 3650)
> Sean M. Beach (No. 4070)
> Matthew B. Lunn (No. 4119)
> Kenneth Enos (No. 4544)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Counsel for Debtors and
> Debtors in Possession