**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| *et. al.*, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MARK WATSON and KELLY WATSON, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | **Objections Due: July 10, 2008 @ 4:00 p.m.** |
| AMERICAN HOME MORTGAGE CORP., | ) | **Hearing Date: July 17, 2008 @ 2:00 p.m.** |
| *et. al.*, | ) | |
| | ) | |
| Respondents. | ) | **Re: Docket No. 4781** |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF
MARK WATSON AND KELLY WATSON FOR
AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY
<u>UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer or objection to the Motion of Mark Watson and Kelly Watson for an Order for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code [Docket No. 4781] (the "Relief Motion") filed on June 24, 2008. The undersigned further certifies that he contacted the office for Debtors' counsel regarding the responsive pleading, Debtors' Reservation of Rights as to Motion of Mark and Kelly Watson for an Order for Relief (the "Reservation of Rights"), and confirmed that Debtors do not oppose the Relief Motion or the stay being lifted solely with respect to the proposed State Court Action. The undersigned further certified that he has caused the Court's docket to be reviewed and no answer, objection or other responsive pleading to the

Relief Motion appears thereon. Pursuant to the Notice of Objection Deadline and Hearing, the deadline for filing a response was July10, 2008. No response, other than the aforementioned Reservation of Rights, answer or objection to the Relief Motion has been filed.

    Mark and Kelly Watson hereby respectfully requests that the Court enter the attached Order at its earliest convenience.

                                   Respectfully submitted,

Dated:  July 16, 2008              */s/Daniel K. Hogan*
                                        Daniel K. Hogan (DE Bar No. 2814)
                                        **THE HOGAN FIRM**
                                        1311 Delaware Avenue
                                        Wilmington, Delaware 19806
                                        Telephone: (302) 656.7540
                                        Facsimile: (302) 656.7599
                                        E-Mail: dkhogan@dkhogan.com