## CERTIFICATE OF SERVICE

       I, <u>Daniel K Hogan</u>, certify that I am not less than 18 years of age; and that service of the Certificate of No Objection Regarding the Motion of Mark Watson and Kelly Watson for An Order For Relief from the Automatic Stay was made on July 16, 2008, upon the interested parties listed below in the manner indicated and all others via CM/ECF.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 16, 2008

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

**FACSIMILE**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosnowski, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Facsimile: 302-576-3325

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: 302-425-6464

Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Facsimile: 302-467-4450

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market St.
Wilmington, DE 19801
Facsimile: 302-658-1192

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg., Suite 2207
Wilmington, DE 19801

**FEDERAL EXPRESS**

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kay Scholer LLP
425 Park Avenue
New York, NY 10022

Erica M Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Nathan Haynes, Esq.
Gregory M. Petrick, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**FIRST CLASS MAIL**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747