**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et. al.*, | ) ) ) | Case No. 07-11047 (CSS) Jointly Administered |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| MARK WATSON and KELLY WATSON, | ) ) | |
| Movants, | ) ) | |
| | ) | **Objections Due: July 10, 2008 @ 4:00 p.m.** |
| AMERICAN HOME MORTGAGE CORP., *et. al.*, | ) ) ) | **Hearing Date: July 17, 2008 @ 2:00 p.m.** |
| | ) | |
| Respondents. | ) ) | `Re: Docket No. 4783` |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF MARK WATSON AND KELLY WATSON FOR LEAVE TO FILE LATE CLAIM BY REASON OF EXCUSABLE NEGLECT**

The undersigned hereby certifies that, as of the date hereof, he has received no answer or objection to the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim by Reason of Excusable Neglect [Docket No. 4783] (the "Leave Motion") filed on June 24, 2008. The undersigned further certifies that he contacted the office for Debtors' counsel regarding the responsive pleading, Debtors' Reservation of Rights as to Motion of Mark and Kelly Watson for Leave to File Late Claim (the "Reservation of Rights"), and confirmed that Debtors do not oppose the Leave Motion or object to the relief requested. The undersigned further certifies that he has caused the Court's docket to be reviewed and no answer, objection or other responsive pleading to the Leave Motion appears thereon. Pursuant to the Notice of Objection Deadline and

Hearing, the deadline for filing a response was July10, 2008. No response, other than the aforementioned Reservation of Rights, answer or objection to the Leave Motion has been filed.

    Mark and Kelly Watson hereby respectfully requests that the Court enter the attached Order at its earliest convenience.

Respectfully submitted,

Dated: July 16, 2008

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com