# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case Number  07-11047 (CSS) |
| *et. al.*, ) | |
| ) | **Re: Docket No. 4783** |
| Debtors. ) | |

## ORDER GRANTING MOTION FOR
## LEAVE TO FILE LATE PROOF OF CLAIM

Upon the motion (the "Motion") of Mark Watson and Kelly Watson ("Movants"), for Leave to File Late Claim By Reason of Excusable Neglect; and after due deliberation and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Mark Watson and Kelly Watson are hereby granted leave to file their late claim and that this Order shall not affect the allowability of the claim or the amount; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____                    _____
                                            The Honorable Christopher S. Sontchi
                                            United States Bankruptcy Judge