# CERTIFICATE OF SERVICE

I, <u>Daniel K Hogan</u>, certify that I am not less than 18 years of age; and that service of the Certificate of No Objection Regarding the Motion of Mark Watson and Kelly Watson for Leave to File Late Claim was made on July 16, 2008, upon the interested parties listed below in the manner indicated and all others via CM/ECF.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 16, 2008                          */s/Daniel K. Hogan*
                                              Daniel K. Hogan (DE #2814)
                                              THE HOGAN FIRM
                                              1311 Delaware Avenue
                                              Wilmington, Delaware  19806
                                              Telephone: (302) 656-7540
                                              Facsimile: (302) 656-7599

| **FACSIMILE** | **FEDERAL EXPRESS** |
|---|---|
| James L. Patton, Jr., Esq.<br>Pauline K. Morgan, Esq.<br>Edward J. Kosnowski, Esq.<br>Nathan D. Grow, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Facsimile: 302-576-3325 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kay Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Facsimile: 302-425-6464 | Erica M Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>Facsimile: 302-467-4450 | Mark Indelicato, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market St.<br>Wilmington, DE 19801<br>Facsimile: 302-658-1192 | Nathan Haynes, Esq.<br>Gregory M. Petrick, Esq.<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| | **FIRST CLASS MAIL** |
| **HAND DELIVERY**<br>Joseph M. McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Bldg., Suite 2207<br>Wilmington, DE 19801 | American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |