UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:                                              :      Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :      Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                     :
a Delaware corporation, et al.,                    :      Jointly Administered
                                                    :
         Debtors.                                   :      **Sale Procedures Hearing Date:  August 5, 2008 at 3:00 p.m.**
                                                    :      **Sale Procedures Objection Deadline: July 29, 2008 at 4:00 p.m.**
                                                    :      **Sale Motion Hearing Date: August 27, 2008 at 10:00 a.m.**
                                                    :      **Sale Motion Objection Deadline: August 20, 2008 at 4:00 p.m.**

---------------------------------------------------------- x

## NOTICE OF MOTION

TO:      (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II)
         COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A.;
         (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V)
         ALL PARTIES WHO ARE KNOWN TO POSSESS OR ASSERT A SECURED CLAIM
         AGAINST THE MORTGAGE LOANS; (VI) THE INTERNAL REVENUE SERVICE;
         (VII) THE U.S. SECURITIES AND EXCHANGE COMMISSION; AND (VIII) ALL
         POTENTIAL PURCHASERS KNOWN TO THE DEBTORS; AND (IX) ALL PARTIES
         ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(B)

         PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-

possession (collectively, the "Debtors") have filed the **MOTION OF THE DEBTORS FOR**

**ORDERS:  (A)(I) APPROVING SALE PROCEDURES; (II) APPROVING PAYMENT OF**

**EXPENSE REIMBURSEMENTS; (III) SCHEDULING A HEARING TO CONSIDER**

**SALE OF CERTAIN MORTGAGE LOANS; (IV) APPROVING FORM AND MANNER**

**OF NOTICE THEREOF; AND (V) GRANTING RELATED RELIEF; AND (B)(I)**

**AUTHORIZING THE SALE OF MORTGAGE LOANS FREE AND CLEAR OF LIENS,**

**CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND**

**APPROVING SALE AGREEMENT THERETO; AND (III) GRANTING RELATED**

**RELIEF** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on July 29, 2008**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **AUGUST 5, 2008 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
      July 16, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Margaret W*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6974662.4                                                    067175.1001