IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
        Debtors.                                                   :
------------------------------------------------------------------- x

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 17, 2008 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
        from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:   November 7, 2007 at 4:00 p.m., extended for the Debtors and
                              Committee

        Related Document:

                a)      Order Approving and Authorizing the Settlement Agreement by and
                        Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                        Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:     None

        Status: This matter has been resolved in part. The remainder of this matter will be
                adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]    **New items appear in bold.**

2.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of
      Administrative Expenses [D.I. 2465, 12/20/07]

      Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at
                             4:00 p.m. for the Debtors and the Committee

      Related Document:

            a)    Proposed Form of Order filed by Iron Mountain Information Management,
                  Inc. [D.I. 2502, 12/26/07]

      Objections Filed:

            b)    Informal Response of the Debtors

      Status: This matter will be adjourned by agreement to August 18, 2008 at 10:00 a.m.

3.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to
      Release Loan Documents [D.I. 2515, 12/27/07]

      Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00
                             p.m.

      Objections Filed:

            a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic
                  Stay and Compel the Debtors to Release Loan Documents [D.I. 2635,
                  1/9/08]

      Status: This matter will be adjourned by agreement to August 18, 2008 at 10:00 a.m.

4.    Motion of National City Capital Commercial Corporation for Entry of Order Granting
      Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to
      11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

      Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to June 18, 2008 for the
                             Debtors and Committee

      Objections Filed:       None to date

      Status: This matter will be adjourned by agreement to August 18, 2008 at 10:00 a.m.

5.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
      [D.I. 3474, 3/28/08]

      Response Deadline:     April 24, 2008 at 4:00 p.m.

Responses Filed:        See Exhibit A, attached

Related Document:

> a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to August 18, 2008 at 10:00 a.m.

6.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to June 4, 2008 at 4:00 p.m.

Objections Filed:        None

Status: This matter will be adjourned by agreement to September 15, 2008 at 10:00 a.m.

7.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Documents:

> a)    Notice of Submission of Copies of Proofs of Claims [D.I. 4040, 5/14/08]
>
> b)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:        See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to August 18, 2008 at 10:00 a.m.

8.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

3

Related Document:

   a)      Notice of Submission of Copies of Proofs of Claim [D.I. 4041, 5/14/08]

   b)      Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:       See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
   the remainder of the relief requested and the remaining responses set forth on
   Exhibit C, this matter will be adjourned to August 18, 2008 at 10:00 a.m.

9.   Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
     Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
     3007-1 [D.I. 4028, 5/12/08]

     Response Deadline:    June 4, 2008 at 4:00 p.m.

     Related Documents:

   a)      Notice of Submission of Claim [D.I. 4300, 5/29/08]

   b)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:       See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
   the remainder of the relief requested and the remaining responses set forth on
   Exhibit D, this matter will be adjourned to August 18, 2008 at 10:00 a.m.

10.   Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
      3007-1 [D.I. 4029, 5/12/08]

     Response Deadline:    June 4, 2008 at 4:00 p.m.

     Related Documents:

   a)      Notice of Submission of Claim [D.I. 4301, 5/29/08]

   b)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:       See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
   the remainder of the relief requested and the remaining responses set forth on
   Exhibit E, this matter will be adjourned to August 18, 2008 at 10:00 a.m.

11.    AH Mortgage Acquisition Co., Inc.'s Motion for an Order Granting the Allowance and
       Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the
       Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business
       [D.I. 4233, 5/23/08]

       Objection Deadline:    June 4, 2008 at 4:00 p.m., extended for the Debtors to a date to be
                              determined

       Related Document:

              a)    Supplement to Motion of American Home Servicing, Inc., Formerly
                    Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the
                    Allowance and Payment of an Administrative Expense Claim for Breaches
                    by Certain Debtors of the Asset Purchase Agreement for the Sale of the
                    Debtors' Mortgage Servicing Business [D.I. 4338, 6/2/08]

              b)    Notice of Withdrawal of Supplement to Motion of American Home
                    Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc.,
                    for an Order Granting the Allowance and Payment of an Administrative
                    Expense Claim for Breaches by Certain Debtors of the Asset Purchase
                    Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I.
                    4359, 6/4/08]

       Objections Filed:    None

       Status: This matter is adjourned to August 18, 2008 at 10:00 a.m., at which time the
               matter will go forward as a scheduling conference only.

12.    GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.
       9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply
       with Prior Court Orders [D.I. 4772, 6/23/08]

       Objection Deadline:    July 10, 2008 at 4:00 p.m., extended to July 14, 2008 for the
                              Debtors

       Related Documents:

              a)    Joinder of Deutsche Bank National Trust Company to GMAC Mortgage
                    LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014
                    and 9020 for an Order of Civil Contempt and Compelling the Debtors to
                    Comply with Prior Court Orders [D.I. 4997, 7/8/08]

              b)    Joinder of the Bank of New York, as Indenture Trustee, to GMAC
                    Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R.
                    Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling
                    the Debtors to Comply with Prior Court Orders [D.I. 4997, 7/8/08]

    c)    Joinder of U.S. Bank National Association to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 5004, 7/8/08]

Objections Filed:    None.

Status: This matter is adjourned to August 18, 2008 at 10:00 a.m.

13.    Elvin and Phyllis Valenzuela's Motion for Order Requiring Appearance of Debtor for Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1(a)  [D.I. 4826, 6/25/08]

Objection Deadline:    July 10, 2008 at 4:00 p.m.

Related Documents:

    a)    Notice of Withdrawal of Motion of Elvin and Phyllis Valenzuela for Order Requiring Appearance of Debtor for Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1(a) [D.I. 5066, 7/14/08]

Objections Filed:

    b)    Objection of the Debtors to Motion of Elvin and Phyllis Valenzuela for an Order Requiring Appearance of Debtor for Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1(a) [D.I. 5043, 7/10/08]

Status: This matter has been resolved.  No hearing is required.

14.    Motion of Gene A. DeLeve, Trustee of the Gene A. DeLeve Revocable Living Trust under Agreement dated October 15, 2002 to Cancel or Continue and Reschedule Hearing [D.I. 5022, 7/9/08]

Objection Deadline:    July 10, 2008 at 4:00 p.m.

Related Documents:    None.

Objections Filed:    None.

Status: This matter is resolved.  The Debtors have withdrawn their objection in the Tenth Omnibus (Non-Substantive) Objection to Claims to the movant's claim (Claim No. 8085).

    

15.    Pre-Trial Conference: *Community Development Administration and M&T Bank v. American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-50633]

Related Documents:

    a)    Complaint for Declaratory Judgment and Other Relief [Adv. D.I. 1, 5/8/08]

    b)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3, 5/19/08]

    c)    Notice of Dismissal Without Prejudice of Defendant, WLR Recovery Fund III, L.P. [Adv. D.I. 12, 7/7/08]

Status: This matter is adjourned to August 18, 2008 at 10:00 a.m.

16.    Pre-Trial Conference: *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

Related Documents:

    a)    Complaint [Adv. D.I. 1, 5/9/08]

    b)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 2, 5/9/08]

Status: This matter is adjourned to August 18, 2008 at 10:00 a.m.

## UNCONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL

17.    Motion for Relief from Stay – First Lien Foreclosures [See Schedule 1, attached]

Objection Deadline:    July 10, 2008 at 4:00 p.m.

Objections Filed:    See Schedule 1, attached

Status: With respect to the Motion of CitiMortgage [D.I. 4460], the Debtors' have filed their Reservation of Rights [D.I. 4954] **and CitiMortgage has filed its Certification of Counsel**. With respect to the remaining Motions for Relief from Stay, Certifications of Counsel have been filed. No hearing is required.

**CONTESTED MATTERS GOING FORWARD**

18.    Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4101, 5/20/08]

Objection Deadline:    June 20, 2008 at 4:00 p.m.

Related Document:

      a)    Supplemental Affidavit of Martin Cohn, Esquire [D.I. 4623, 6/13/08]

Objections Filed:

      b)    Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4759, 6/20/08]

      c)    Joinder of the Debtors to the Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4760, 6/20/08]

**Status: This matter will be adjourned to August 18, 2008 at 10:00 a.m.**

19.    Debtors' Motion for an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 4329, 5/30/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Objections Filed:

      a)    Limited Objection of Bank of America, N.A. as Administrative Agent, to the Debtors' Motion for an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 4703, 6/18/08]

**Status:    This matter will be going forward on an uncontested basis.  The Debtors intend to submit a revised form of order at the hearing seeking a limited extension of exclusivity.  The balance of the relief will be adjourned until August 18, 2008 at 10:00 a.m.  The objection of Bank of America, N.A. is resolved with respect to the limited extension and the balance of the objection will be adjourned.**

DB02:6984020.1    066585.1001

20.     Paula Rush's Emergency Motion for an Order of Relief from the Automatic Stay [D.I. 4637, 6/16/08]

        Objection Deadline:    July 9, 2008 at 4:00 p.m.

        Related Documents:

                a)      Debtors' Reservation of Rights as to Paula Rush's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4977, 7/3/08]

        Objections Filed:      None.

        Status: This matter will be going forward.

21.     Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

        Response Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

                a)      Notice of Submission of Copies of Proofs of Claim [D.I. 4975, 7/3/08]

        Responses Filed:      See Exhibit F, attached

        Status: This matter is going forward except as otherwise noted on Exhibit F.

22.     Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

        Response Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

                a)      Notice of Submission of Copies of Proofs of Claim [D.I. 4976, 7/3/08]

        Responses Filed:      See Exhibit G, attached

        Status: This matter is going forward except as otherwise noted on Exhibit G.

23.     Thomas J. and Sara A. Chavez's Motion for Relief from the Automatic Stay [D.I. 4725, 6/18/08]

        Objection Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Debtors' Reservation of Rights as to Motion of Thomas J. and Sara A. Chavez for Relief from the Automatic Stay [D.I. 5030, 7/10/08]

Objections Filed:    None.

Status: This matter has been resolved. The parties will submit a revised form of order in the form attached to the Reservation of Rights at the hearing

24.    Thomas J. and Sara A. Chavez's Motion for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims [D.I. 4739, 6/19/08]

Objection Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Thomas J. and Sara A. Chavez's Motion to Limit Scope of Notice on Motion for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims [D.I. 4740, 6/19/08]

    b)    Debtors' Reservation of Rights as to Motion of Thomas J. and Sara A. Chavez for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims [D.I. 5041, 7/10/08]

Objections Filed:    None.

Status: This matter will be going forward.

25.    Motion of Mark Watson and Kelly Watson for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4781, 6/24/08]

Objection Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Debtors' Reservation of Rights as to Motion of Mark and Kelly Watson for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5031, 7/10/08]

Objections Filed:    None.

Status: This matter will be going forward.

                              

26.     Motion of Mark Watson and Kelly Watson for Leave to File Late Claim by Reason of
        Excusable Neglect [D.I. 4783, 6/24/08]

        Objection Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

               a)      Order Limiting Scope of Notice [D.I. 4921, 6/26/08]

               b)      Debtors' Reservation of Rights as to Motion of Mark Watson and Kelly
                       Watson for Leave to File Late Claim by Reason of Excusable Neglect
                       [D.I. 5042, 7/10/08]

        Objections Filed:      None.

        Status: This matter will be going forward.

27.     Debtors' Motion for Order Authorizing the Debtors to Compromise or Sell Certain
        Mortgage Loans in the Ordinary Course of Business Without Further Hearing or Notice
        [D.I. 4922, 6/27/08]

        Objection Deadline:    July 10, 2008 at 4:00 p.m.

        Objections Filed:

               a)      Objection and Reservation of Rights of WLR Recovery Fund III, L.P. to
                       the Debtors' Motion for Order Authorizing the Debtors to Compromise or
                       Sell Certain Mortgage Loans in the Ordinary Course of Business Without
                       Further Hearing or Notice [D.I. 5072, 7/14/08]

        Status: This matter will be going forward.  The Debtors intend to submit a revised form
                of order at the hearing to address the informal responses from JPMorgan Chase,
                N.A., as Administrative Agent, and the Office of the United States Trustee.

28.     Motion of Brud Rossmann for Relief from Stay Under Local Rule 4001-1(a)  [D.I. 4945,
        7/2/08]

        Objection Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

               a)      Debtors' Reservation of Rights as to Motion of Brud Rossman for Relief
                       from Stay [D.I. 5032, 7/10/08]

        Objections Filed:      None.

        Status: This matter will be going forward.

29.     Motion of the Debtors for Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy
        Code, (I) Authorizing the Private Sale of Certain Unencumbered Non-Performing Loans
        and REO Property to Beltway Capital, LLC, Free and Clear of Liens, Claims,
        Encumbrances, (II) Approving the Terms of Sale Agreement, and (III) Granting Related
        Relief [D.I. 4979, 7/3/08]

        Objection Deadline:    July 14, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Shortening the Time for Notice for Motion of the Debtors for Order,
                        Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I)
                        Authorizing the Private Sale of Certain Unencumbered Non-Performing
                        Loans and REO Property to Beltway Capital, LLC, Free and Clear of
                        Liens, Claims, Encumbrances, (II) Approving the Terms of Sale
                        Agreement, and (III) Granting Related Relief [D.I. 4987, 7/7/08]

        Objections Filed:

                b)      Objection and Reservation of Rights of WLR Recovery Fund III, L.P. to
                        the Motion to Approve Sale Pursuant to Sections 105(a) and 363 of the
                        Bankruptcy Code, (I) Authorizing the Private Sale of Certain
                        Unencumbered Non-Performing Loans and REO Property to Beltway
                        Capital, LLC, Free and Clear of Liens, Claims, Encumbrances, (II)
                        Approving the Terms of Sale Agreement, and (III) Granting Related
                        Relief [D.I. 5073, 7/14/08]

        **Status:**         **This matter will be going forward on an uncontested basis. The
                            objection of WLR Recovery Fund III, L.P. has been resolved, subject
                            to certain representations to be put on the record at the hearing.**

Dated: Wilmington, Delaware                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
       July 16, 2008
                                           _SMBearl_
                                           James L. Patton, Jr. (No. 2202)
                                           Robert S. Brady (No 2847)
                                           Pauline K. Morgan (No. 3650)
                                           Sean M. Beach (No. 4070)
                                           Matthew B. Lunn (No. 4119)
                                           Kara Hammond Coyle (No. 4410)
                                           Nathan D. Grow (No. 5014)
                                           The Brandywine Building
                                           1000 West Street, 17th Floor
                                           Wilmington, Delaware 19801
                                           Telephone: (302) 571-6600
                                           Facsimile: (302) 571-1253

                                           *Counsel for Debtors and Debtors in Possession*

DB02:6984020.1                                                              066585.1001