UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE :
HOLDINGS, INC., : Jointly Administered
a Delaware corporation, et al., [1] :
: Hearing Date: August 5, 2008 at 3:00 p.m. (ET)
: Objection Deadline: July 29, 2008 at 4:00 p.m. (ET)
Debtors. :
---------------------------------------------------------- x

## NOTICE OF MOTION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A.; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(B)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the *Debtors' Motion For An Order Approving the Stipulation and Order Regarding the Debtors' Use of Certain Estate Funds Pursuant To Federal Bankruptcy Rule 9019(a) and Sections 105(a) and 363 of the Bankruptcy Code* (the "Motion").

A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 5, 2008 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

Responses to the Motion, if any, must be filed on or before **4:00 p.m. (ET) on JULY 29, 2008** (the "Objection Deadline"), with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. If a response to the Motion is filed, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 16, 2008 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/ _____<br>James L. Patton (No. 2202)<br>Robert S. Brady (No. 2847)<br>Sean M. Beach (No. 4070)<br>Matthew B. Lunn (No. 4119)<br>Donald J. Bowman, Jr. (No. 4383)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Debtors and Debtors-in-Possession |