# EXHIBIT A

**Stipulation and Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | ) ) | Case Nos. 07-11047 (CSS) |
| | ) | Related Docket Nos. 554, 2002, 2284, |
| Debtors, | ) | 2855, 3142, 3172 and 3264 |
| | ) ) | |

## STIPULATION AND ORDER REGARDING DEBTORS' USE OF CERTAIN ESTATE FUNDS

### WHEREAS:

A. On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc. and certain of its affiliates (the "Debtors")[1] filed with this Court voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases are being jointly administered pursuant to Rule 1005(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B. On August 14, 2007, the Office of the United States Trustee formed the Official Committee of Unsecured Creditors of the Debtors (the "Committee").

C. On January 4, 2008, the Court, in resolution of a motion for relief from the automatic stay filed by Bank of America, N.A. [D.I. 2255], entered the *Stipulation and Order by and*

---

[1] The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

1477847_2.DOC

*between the Debtors and Bank of America, N.A., as Administrative Agent, Resolving Motion for Relief from Stay with Respect to Construction-to-Perm Mortgage Loans* [D.I. 2593] (the "Construction Loan Stipulation and Order"). In part, pursuant to the terms of the Construction Loan Stipulation and Order, in exchange for the Payment Amount from the Debtors, the Administrative Agent released its security interest in and lien upon certain of the Debtors' construction loans and their proceeds (the "BofA Construction-to-Perm Loans"). In order to secure the Committee's consent to the Construction Loan Stipulation and Order, the Debtors agreed to place all proceeds from those loans in excess of the Payment Amount (the "BofA Construction-to-Perm Loan Proceeds") in an account for the benefit of unsecured creditors or subject to further order of this Court.

D. On April 14, 2008, this Court entered the *Order Granting Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving All Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3699] (the "BofA/Committee Settlement Order") approving the stipulation between the Committee and Bank of America, N.A. (the "Final Stipulation"). The Final Stipulation provided, *inter alia*, for BofA to release any liens or rights it had to proceeds from the sale of certain REO properties (the "Designated REO Properties"). In accordance with that provision, the BofA/Committee Settlement Order provided generally that any funds received pursuant to the terms of the Final Stipulation (the "Final Stipulation Funds") shall be held for the benefit of the Debtors' creditors and could not be distributed without further order of the Court or a confirmed plan.

E. Due to upcoming liquidity issues facing the Debtors because of the status of the financial markets, the Debtors have requested that the Committee consent to the Debtors' use, if necessary, of the BofA Construction-to-Perm Loan Proceeds and the Final Stipulation Funds to enable the Debtors to pay ongoing operating expenses of this chapter 11 case while the Debtors work to liquidate the balance of their assets to maximize the value for all creditors.

**NOW THEREFORE**, the Committee and the Debtors, for good and valuable consideration, the receipt of which is acknowledged, hereby stipulate and agree as follows:

1. In the event the Debtors' estates do not have funds available to pay their operating expenses other than funds available under their DIP Facility, the Debtors shall be permitted, but not required, to use the BofA Construction-to-Perm Loan Proceeds and/or the Final Stipulation Funds (collectively, the "Estate Funds") to pay such costs and expenses of the Debtors' estates for which the Debtors are authorized to pay under the Bankruptcy Code or pursuant to order of this Court. The Debtors shall be required to keep a detailed accounting of each use of Estate Funds.

2. To the extent that the Debtors generate unencumbered funds from the liquidation of their assets or otherwise once the DIP Facility is repaid in full, the Debtors shall replenish in full the respective amount borrowed from each Estate Fund account as set forth in paragraph 1 above. The replenishment of these funds shall be to the Estate Fund from which the Debtors received those funds and shall be in the same amount that was borrowed from that Estate Fund Account and such funds shall continue to be held pursuant to further order of the Court or confirmed plan of the Debtors.

Dated: July __, 2008
      Wilmington, Delaware

| | |
|---|---|
| BLANK ROME LLP<br>Bonnie Glantz Fatell<br>1201 Market Street Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6423<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Mark T. Power<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Counsel for the Official*<br>*Committee of Unsecured Creditors* | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for Debtors and Debtors in*<br>*Possession* |

**SO ORDERED**
this _____ day of _____, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

4