**Attention: Judge Christopher S. Sontchi's Chambers**
**RE: filing Evidence for Docket case # 07-11047**
(Exhibits)

**For: Hearing on July 17 @ 2:00pm.**

United Staes Bankruptcy Court for the District of Deleware
824 Market Street (Third Floor)
Wilmington, DE 19801

# (Exhibits)
# Table of Contents

## RE: Matt & Melanie Hernandez's AHM Claim Docket #4090
## Hearing on July 17, 2008 at 2:00pm.

### EXHIBIT 1-3 questionable notice of trustee signatures title.

Deed and Affidavit, clearly shows she is filing deeds as trustee but then on exhibit 3 states she is only an agent. She is filing deeds she knows what she is selling. We told her we wanted to purchase the house, the first. We wanted to live in it that day and asked when we could get the first deed of trust.

### EXHIBIT 4-5 laws & contract mistakes,

Northwest Trustee Services INC. and FEI and AHM (are the same- same address/ same suite. The auctioneer said she worked for FEI and that Northwest was a separate company. After doing research we found out these companies have the same address and suite and both work for AHM. They are the same under different names. Later we realized, the Auctioneer, Lupe Tabita, signed the deed of trusts and she has same address as AHM director of operations—Cathe Cole, also goes under the Northwest Trustee's name—gives legal advice and sells AHM's loans. These two work under AHM's legal team at 505 N. Tustin Ave. Suite 243 Santa Ana, CA They are part of AHM. During the auction, before we signed the contract, we asked her several times to slow down and explain certain things. I then said I have dyslexia and need you to slow down and explain some of the terminology you are using. I told her that I wanted to purchase the house to live in it and wanted the first deed. I showed her my paperwork that said it was for the first and asked her to check the numbers to make sure we were bidding correctly. I showed her the Realty. Com paperwork that said it was for a first. She said yes you are bidding on the correct thing because we were mislead to believe we purchased the first we signed the contract we would have never signed if we were purchasing a second when we would have never received anything. (unfair goods sold- which was nothing).

**Exhibits page 1 of 3**

## Exhibit 6

We showed auctioneer this paper before we signed the contract and said these TS numbers match and it states here the deed is on the first loan. We said we want to live in the house and purchase the first deed. She said yes, the numbers and address match you are bidding correctly. She mislead us with ½ truths and unfair goods sold. She filed paperwork with the county and new this was not all true.

## Exhibit 7

We object to this information John Kalas provided as the executives of American Home Mortgage did not provide him with all details regarding our case and therefore he could not have come to a valid conclusion in our case due to some facts that were missing.

## Exhibit 8

The house was only appraised at $103,937.00 stamped by Riverside Assessors office. AHM tried to get me to purchase a loan for 3x that price.

## Exhibit 10

Cathe Cole, who works as AHM's legal team also uses the heading Northewest Trustee director of operations and tries to sale AHM loans for them. She writes us and urges us to take advantage of the loan AHM is offering us that is 3x the county appraisal value. Not to mention AHM took the house to auction a month ago with starting bid of $80- $90,000.00 and the market is still dropping yet they want us to pay 3x that for the unfair goods sold. Trustee should have been told it was ok to auction it off. Please ask them what auction company and they will tell you bidding started at 80-90,000.00 yet they want us to pay 3x that. Then in the letter, she states we only have 15 days to respond or she will resend the house back to AHM, her team. And she CC: her boss Robert Hardman AHM's executive.

**Exhibits Page 2 of 3**

### Exhibit 13

Under Injury laws- Our credit is now getting messed up from IRS tax
statements for the house we never lived in (unfair goods sold).
They filed taxes late yet they used only a few days to document paperwork
to take the house back a few days before they claimed bankruptcy. This
happened before all bankruptcy forms were filed and approved.

### Exhibit 14 Unfair acceleration laws.

Sales happened before AHM completed all bankruptcy forms for approval.

### Exhibit 19 We mailed Executives certified letters

Letters stated we called and wrote them, the very same day of the auction, to
rescind our bid because the goods sold to us were not what we came to bid
on. We came to bid on the first deed. They refused to answer my letters and
ignored acceleration laws and ignored resending of bids laws. Trey
Jackson said he understood and was sorry for the
misunderstanding. The next day the VP changed his mind, reverted
the house back to AHM and claimed bankruptcy a few days later.
TIMING UNFAIR FOR GOODS SOLD.

### Exhibit 25 This is our objection letter.

We were mislead to believe we purchased something different than what we
actually received- NOTHING. NO GOODS SOLD. They took our
$56,000.00 and we never got to live in the house. THEY SOLD US NO
GOODS.

### Exhibit 26 Proof that I have a reading and communication disability.

### Exhibit 27 Cathe Cole works as director of operations and this
is proof of her legal background. She works under AHM's legal
team and tried to get us to purchase a loan for 3x the appraisal
value. See appraisl on house a few months before the sale filed by
Riverside County.

### Exhibit 28 Laws that apply to our case

**Exhibits Page 3 of 3**

*Showed Auctioneer*
*#STS. + Sale 1st*
*Amt to be sure 1st!*

Title Officer:    Order:    Comment: QWERQR

Recording requested by:

**DOC # 2007-0152217**
03/06/2007 08:00# Fee:18.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

When recorded mail to:

**NORTHWEST TRUSTEE SERVICES, INC.**
505 N. Tustin Avenue, Suite 243
Santa Ana, CA 92705

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 1 | | | 2 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | 006 |

File No. 7983.20203
Loan No. 1001163569

T
008

## NOTICE OF TRUSTEE'S SALE

*10*

## YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 01/30/06. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in §5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

Trustor(s): ARTHUR N. LUNA, A SINGLE MAN

Recorded: 02/06/06, as Instrument No. 2006-0095492, of Official Records of Riverside, California.
Date of Sale:    03/22/07   at 10:00 AM

Place of Sale: At the Sixth Street entrance to the Corona Civic Center Building, 915 W. Sixth Street, Corona, CA.

The purported property address is: 364 PALO SANTA WAY, SAN JACINTO CA 92582
Assessors Parcel No. 431-681-016-0
Legal Description: As more fully described in said Deed of Trust

The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $68,981.72.

*Questioned*
*her Be Sure*
*1st!*

Title Officer:    Order:    Comment: QWERQR

Notice of Trustee' Sale
Page 2

File No. 7983.20203                    Title Order No. 6514254-30          MIN No. 100024200011635691
Loan No. 1001163569

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive
remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no
further recourse.

Date:03/02/07                                          NORTHWEST TRUSTEE SERVICES, INC., as Trustee

*[handwritten: STATES SHE IS TRUSTEE + SIGNS NOW She New Title]*

*[handwritten: She New if was 1st she Filed deed]*

Lupe Tabita, Authorized Signatory
505 N. Tustin Avenue, Suite 243
Santa Ana, CA 92705

Sale Information:
Sale Information website: www.northwesttrustee.com
Reinstatement and Payoff Requests:  (866) 387-NWTS

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT OF MAILING
## FOR SUBSTITUTION OF TRUSTEE BY CODE

File No. 7983.20202

I, Lupe Tabita, declare:  That I am an officer, agent or employee of Northwest
Trustee Services, Inc., whose business address is: *[handwritten: Now Shes Not THE Trustee LIE! She Filed IT]*

     505 N. Tustin Avenue, Suite 243
     Santa Ana, CA 92705

I am over the age of eighteen years and a copy of the attached Substitution of
Trustee was mailed, prior to the recording thereof and in the manner provided in
§2924b of the Civil Code of the State of California, to all persons to whom a copy
of the Notice of Default was required to be mailed by the provisions of said
section.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 27, 2007

_____
Lupe Tabita, Signature of Affiant

*[handwritten notes:]*
★ Trustee filed
/ (Deed Recorded Incorrect — Said She was Trust not sub
AGenTS — (½ Truths) Said She was AucTioneer.
misrepresentation
AWS   ★395 US 337 (1969) Civil Code 2924 UNFAIR TRAINING
      ★FOIA/PA INVESTIGATE HER PROFESSIONALISM/

Applicable LAWS (BELOW↓)

AGENT NOT TRUSTEE, NO SUPERVISION, ½ TRUTHS, SUMB ξ From_ INCORRECT

LAWS: UNFAI 125 Page 1432, 5005 warrents UNFAIR AUCTION, 11 US.C 502(A) Contract UNFAIR

2b. General Principals Contract Article 3, Ca Civil code 1689,5; 2945,3; US. 490 US.53 (Gatton 468 US 424)7-48
Ca Civil code 1624 (d) 1921 gibd 925 (1924) Ca Rev 227 (3.81) Franklin Civ Contract Ca.S 4246,

2//

21



*AT AUCTION SHE
SAID WORKED FEI
NOT NORTHWEST
& SAID SHE WAS Auction*

4888

505 N. Tustin Ave. Suite 243 | Santa Ana, CA 92705 | 714.277.4823 | www.feillc.com

## Trustee Sale ☑   Sale of Collateral ☐   Trustor Payment ☐

Date: *1/17/2007*  TIME: *10:05 A n*   FEI#: *1002.68.75.4*

T.S. #: *7982.20203*

Trustee: *Northwest Trustee Services*   Phone: *714.677.4888*

Address: *505 N. Tustin Ave. Su. 243*

City: *Santa Ave*   State: *CA*   Zip: *9270*

This acknowledges receipt of the sum of $ *Matt + Melanie Hernandez*

from *$ 60,000* , the successful bidder at the

foreclosure sale of the property encumbered by the above referenced lo(...)*"), in the

form of cashier's or certified check(s):

*NAME & WRITTEN AMT. INCORRECTLY.*

| CHECK (S) | DRAWN AT (Bank) | AMO... |
|-----------|-----------------|--------|
| 20241,786 | Bank of America | 50,000 |
| 2024.91.713 | " " | 5,000 |
| 2024.81.792 | " " | 5,000 |
|  |  |  |

***USE ADDITIONAL PAGE IF MORE THAN 5 CHECKS ARE RECEIVED****

**The above listed checks are properly endorsed.**

| BID AMOUNT | $ *56,541.21* |
|------------|---------------|
| Document Tax & Fees $ |  |
| TOTAL REQUIRED: $ | *56,541.22* |

TOTAL RECEIVED: $ *60,000.00*

Subtract

TOTAL REQUIRED: $ *56,541.22*

**REFUND:**   $ *3,458.78*

### VESTING – RECORD TITLE AS SHOWN:

*Matthew and Melanie Hernandez, Husband and Wife as Joint Tenants*

## Verified qualified bidder's and / or purchaser's identification

### BUYER'S INFORMATION:

REPRESENTATIVE'S NAME: *N/A*   BUYER'S NAME: *Matthew and Melanie Hernandez*

ADDRESS: *2155 Conwood Ave*

CITY: *San Jacinto, CA*   ZIP: *92582*   PHONE: *151.663.0760*

**ADDRESS TO SEND REFUND:**   **CHECK PAYABLE TO:** *Matthew and Melanie Hernandez*

ADDRESS: *2155 Conwood Ave*

CITY: *San Jacinto, CA*   ZIP: *92582*   PHONE: *951.663.0760*

*The Buyer or Buyer's representative understands and agrees that the sale of this property is on an "as is" basis, with no warranties expressed or implied. The signature also indicates that the above information is true and correct.*

Buyer: _____   Agent: _____

Original - Trustee    Yellow - Buyer's Copy    Pink - FEI's copy

5

| <<Back to Search Results | eBooks | Moving Services | FAQs | What's Next |
|---|---|---|---|---|

Enhanced Property Details

**Foreclosure Status**    Notice of Trustee's Sale Pending

Local Specialist

**Bill Barrett** - I am a... assist you in purchas... property or another p... your needs. Buying o... act as your local real... specialist. Contact Bil...

## 1 Property Information

**Save Listing to My RealtyTrac**

| | | | |
|---|---|---|---|
| **Property ID** | 11402174 | **Square Feet** | 1642 |
| **Address** | 364 Palo Santa Way San Jacinto, CA 92582 | **Lot Size** | 7405 |
| | | **Parcel Number** | 431-681-016 |
| **County** | Riverside Interactive Map | **Doc Number** | 2007-152217 |
| | | **Lot Number** | 58 |
| **Type** | Single family residence (RSFR) | **Year Built** | 2006 |
| | | **Bldg. Price Sq. Ft.** | N/A |
| **Beds** | 3 | **Lot Price Sq. Ft.** | N/A |
| **Baths** | 2 | | |

<< Prev

Map T Prop

Road Map    Aeri

**History of Noti**

## 2 Determine Property Value & Evaluate Investment Opportunity

Neighborhood Infor

**Estimated Property Value Range**

**Estimated Property Market Value**

**Check MLS Listing**

**$328,000 - $391,000**

**$333,000**

| A) Check Comparable Sales FREE | B) Check Lien & Loan History FREE | C) Check MLS I |
|---|---|---|
| Go | Go | |

## 3 Foreclosure Information

| | |
|---|---|
| **Default Amt** | $6,275 |
| **Status** | Auction |
| **Recorded** | 3/6/2007 |
| **Entered On** | 12/13/2006 |
| **Last Payment** | N/A |
| **Opening Bid** | $68,981 |
| **Sale Date** | Sale Pending |
| **Sale Loc** | |

## 4 Foreclosing Loan Information

| | |
|---|---|
| **Loan Balance** | $64,429 |
| **Loan Date** | N/A |
| **Loan Doc #** | |
| **Trans Date** | 2/8/2006 |
| **Trans Value** | $322,500 |
| **First Loan Amount** | $64,429 |
| **Judgment Amount** | $68,981 |

## 5 Tax Assessment In

| | |
|---|---|
| **Land Total** | |
| **Improvements** | |
| **Assessed Total** | |

*We showed her this paper. She said yes, this is what you're bidding on.*

6

*Order?*

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

DECLARATION OF JOHN KALAS IN SUPPORT OF
DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

*Unfair*

*OBJECTION - DID NOT SEE Trustee Descrepancies not @ sols & value*

I am the Senior Vice President and Deputy General Counsel of the above-captioned debtors and debtors in possession (the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.       Considerable resources and time have been expended to ensure that there is a high level of diligence in reviewing and reconciling the proofs of claim filed or pending

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (0000); American Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

066985.100

7

Assessment Roll



Assessment Roll For the 2006-2007 Tax Year as of January 1,2006

| | | Parcel # 431681016 |
|---|---|---|
| Assessment #431681016-0 | | |
| Assessee: | SAN JACINTO TESORO 248 | Land | 31,537 |
| Mail Address: | 2201 MARTIN ST STE 205 | Structure | 72,400 |
| City, State Zip: | IRVINE CA 92612 | Full Value | 103,937 |
| Real Property Use Code: | R1 | Total Net | 103,937 |
| Base Year | 2006 | | |
| Conveyance Number: | 0162303 | | |
| Conveyance (mm/yy): | 3/2005 | | |
| PUI: | R010012 | | |
| TRA: | 10-197 | | |
| Taxability Code: | 0-00 | | |
| ID Data: | Lot 5B MB 375/024 TR 30813 | | |
| Situs Address: | 364 PALO SANTA WAY SAN JACINTO CA 92582 | | |

View Parcel Map

APPRAISAL
County proof
Auction $0-90,000



County stamped the original
I mailed the original
to your office

8

505 N. Tustin Ave, Suite 243 • Santa Ana, CA 92705 • (714) 277-4888 • Fax (714) 277-4899

Providing services in states of AK, CA, ID, MT, NV, OR, WA

July 18, 2007                          Certified Mail/RRR7002 1000 0005 2853 2650 &
                                       Regular Mail

MATT & MELANIE HERNANDEZ
2158 Cottonwood Avenue
San Jacinto, CA  92582

Re:     Property address: 364 Palo Santa Way, San Jacinto, CA  92583
        Our Reference No. 7983.20203

Dear Mr. & Mrs. Hernandez:

This is in response to your letter dated July 12, 2007.

Please be advised that Northwest Trustee Services, Inc., and their agents do not fall under ~~the California~~ code is for Mortgage Foreclosure Consultants. A Trustee under a non-judicial foreclosure is governed under California Civil Code Section 2924. Therefore, your request for a copy of a California Real Estate Sales License does not apply. Trustees are not Mortgage Foreclosure.

As per our letter dated July 5, 2007, your offer to American Home Mortgage to switch properties and consider applying the monies used to purchase this property at the foreclosure, to the property located at 404 La Clarita, San Jacinto, CA 92582, is not an option and has been denied.

Again, it is not the responsibility of the Trustee or the Beneficiary to advise each potential bidder at a foreclosure sale of the lien position of the Deed of Trust being foreclosed upon. When purchasing foreclosures, you are purchasing the property "as is" and it is your responsibility to research the property, the property condition and any liens that you may be subject to.

In our letter dated July 5, 2007, American Home Mortgage also provided you with options in refinancing the existing 1st on the property located at 364 Palo Santa Way, San Jacinto, CA 92583. A deadline of July 20, 2007, to accept or they will have no alternative but to proceed and set sale on the first Deed of Trust was provided.

I attempted to call you directly today as well, to advise you verbally of the above, however, there was no answer and no phone recorder to leave a message to return my call.

I urge you to take advantage of the offer made to you by American Home Mortgage, otherwise, our instructions are to proceed and set sale on the first Deed of Trust after July 20, 2007.

If you should have any questions, please feel free to contact ~~our~~ office.

Sincerely,

Cathe Cole
Director of Operations

AHM EXECUTIVE KNEW!!

PAGE 10

CC:dbm



RIVERSIDE COUNTY SECURED PROPERTY TAX BILL

Injury
$4000.00 Now credit→
missing u → credit
Due Pay NO TIME

00000249443     022007 000322921 01

13

02200743168101600000024994304102008000002743832

14

Acceleration To 3rd Party unconstitutional → No Due Process before Flip. 3mon. unfair

MONTH Flipped it & they (AHM) CLAIMED BANKRUPTCY.

LAWS: Magra Alloys & research v Ellis 1984 SA 874(A) Responsible efforts contact us

more than three times + different ways. + did have an answering machine;

SB 1137 Civil Code 882.020, 1367.1', 1376.4 UNFA FAIR CONTRACTS,

Due Process Clause 339 USC: 632,705 CT 52 2d 965 (1950)

INFECTED TITLE PRPS 107 is UNFAIR.



Emailed Certified letters ATTORNEY ignored
Executives ignored letters.
And our phone calls under vested intrest.

asking
Them to work with me and not use
Acceleration methods
due to third party purchasers.
Unfairness

19

# "Respnonse to Objection" Re: United States Bankruptcy Court for the District of Delaware

To: The United States Bankruptcy Court for the District of Delaware
Attention: The Honorable Judge Christopher S. Sontchi
824 Market Street 3rd floor
Wilmington, Delaware 19801

From:
Matt and Melanie Hernandez
2158 Cottonwood Ave.
San Jacinto, CA 92582
(951) 663-0761

CC: American Home Mortgage (no address was provided for us in DE only NY)

Told we had to serve a copy of the response upon undersigned counsel to the debtors so that all responses is received however no address was provided so see document they mailed us. I will mail it to address below in NY.

We are seeking legal representation as a plaintiff / claimant in a Chapter 11 bankruptcy case against AMERICAN HOME MORTGAGE HOLDINGS, INC, Delaware Corporation, in the U.S. Bankruptcy Court for the District of Delaware.

Case No. 07-11047 (CSS)

I will name the parties involved here, as a reference point for later reading:

**Position:  Property Lien holder**
AMERICAN HOME MORTGAGE                          Ref as "AHM"
520 Broadhollow Road, Melville, NY 11747

**Position:  Trustee for auction/sale:**
NORTHWEST TRUSTEE SERVICES, INC.               Ref as "NORTHWEST"
505 N. Tustin Ave, Ste. 243, Santa Ana, CA 92705
(714) 277-4888

**Position:  Auctioneer company**
FORECLOSURE EXPEDITORS/INITIATORS, LLC.     Ref. as "FEI"
Lupe Tabita told us she was the auctioneer (no license or formal training)
505 N. Tustin Ave, Ste. 243, Santa Ana, CA 92705
(714)277-4823



1. of 15

CRAFTON HILLS COLLEGE

Summary of Diagnostic Testing and
Professional Verification of Disability

NAME: _Melanie Vedell_ DATE OF BIRTH: __3

STUDENT I.D. NUMBER __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__

Identification, degree, progressional factor and limi

of disability:

The above named student exhibits characteristics of a
learning disability,his/her ability to read, write, s
language and/or compute being incommensurate with ass
observed potential.

Degree of disability is ____ moderate

There __ is X is not evidence to suggest that the le
ability is progressional.

Limiting effects of the disability include:

__1.  Student cannot benefit from regular classes, ad
       and services provided by Crafton Hills College
       specific additional support services and progr

__2.  Student has inadequate ability to manipulate educational
       symbols in an expected manner.

X 3.  Present levels of performance in X reading, X spelling,
       __ handwriting, __basic grammar, __basic arithmetic,
       X language (receptive, and/or expressive) are insufficient
       for the actualization of the student's academic, vocational
       and personal objectives.

In the professional opinion of the undersigned, the above named
student qualifies as a handicapped student as defined in Sec. 56016
of Division 7, Part VI of Title 5 of the Education Code, which
states:  "Handicapped students are persons with exceptional needs
enrolled at a Community College who, because of a professionally
verified physical, communication or learning disability, cannot
benefit from the regular education classes, activities and services
provided by the Community College without specific additional support
services and programs."  Assessment information is on file.

_____        _____
Signature                        Title

_____        _____
Date                             Certification

*Handwritten margin notes:*
Americans with
•Disability Act
Melanie Vedell
Married: Hernand
•Dislexia+ reading
comprehension
and
•Communication
Disability
Proof.
•Other laws
Apply under
good sold +
fair dealings
as well

*Handwritten signature line:* Learning Disability Special[ist]
*Handwritten certification:* California Community College
Credential
*Handwritten date:* 3/10/87

# Cathe Cole
Director of Operations at Northwest Trustee Services

Greater Los Angeles Area

| | |
|---|---|
| **Current** | • **Director of Operations at Northwest Trustee Services, Inc.** |
| **Past** | • Director of Operations at Law Offices of Steven J. Melmet, Inc. (Sole Proprietorship) |
| **Connections** | **1** connection |
| **Industry** | Legal Services |
| **Websites** | • My Company<br>• My Company |

# Cathe Cole's Experience

### Director of Operations
**Northwest Trustee Services, Inc.**

(Partnership; 201-500 employees; Legal Services Industry)

August 2004 — Present (4 years)

Provide Legal Services to the Mortgage Banking Industry related to non-performing residential and commerical loans

### Director of Operations
**Law Offices of Steven J. Melmet, Inc. (Sole Proprietorship)**

(Sole Proprietorship; 51-200 employees; Law Practice industry)

June 1990 — July 2004 (14 years 2 months)

# Additional Information

**Cathe Cole's Websites:**

My Company
My Company

# <u>Laws that apply in our case RE:</u>
## <u>Claim: Goods Sold</u>

<u>Claimant:</u> Matt and Melanie Hernandez v American Home Mortgage
<u>Docket #4090 : Exhibit C,</u> Sixth Omnibus Objection
<u>Case No. 07-11047(CSS)</u> Judge: Christopher Sontchi:
<u>Claim: 9654,</u>
<u>Ref. docket #.3880</u>
<u>Under these laws and the evidence provided we ask that the judge
request that we get our money back (intrest at Judge's discretion), or
get the house free and clear, or we will have to appeal our case and ask
for 3x the amount owed and add in injury fees, and legal fees to hire
Delaware lawyers to represent our families intrest.</u>

1. <u>Unfair foreclosure laws:</u> le. Code sec. 10243, 294.2 rescind rules
2. **. Ca. civil code 1689.5: 2945.3,: US490: US536 Gratton468 US, 42,
   47-48: 1045 CT the trustee was knowingly and intelligently codes
   was obligated to tell us to make sure we were bidding on what we
   asked for the first deed not the second.** She made us as buyers
   suffer from unfair practices, unprofessional practice and procedures
   and contracts, declared unlawful, deceptions of ½ truths were
   misleading, vagueness is prohibited ½ truths, request consumer legal
   remedies.
3. <u>**395 US337 (1969) Civil code 2924**</u> and contradictions to US
   constitutional rights unlawful business procedures and practices,
   unfair practices, prohibits vagueness
4. <u>**Contract law Ca civ. Code 1624**</u> (d) : This contract doesn't take into
   effect real life circumstances concerning market foreclosure in 2007-8
   market of fairness is not clear litigation. Party didn't do what we were
   told they would do and the contract was not thoural and not
   completely correct: 1921 gibid, 425 (1924): 12ibi so califL. Rev 227:
   Ca L Rev (381) notes, 1913, Sec 725a, silent seconds and hidden
   seconds ccp sec 315-330 civil code 2079breach of contract regarding
   duties,  civil code section 1624 (1) (3) agreements are not in full and
   therefore are not enforceable and thus fail to comply with statues of

Exhibit 28 (2 of 3) M+
(2 of 4))

fraud guidelines Frankline Civ. Contracts ca 24296 Franklin Houser 796359.c2d570.

5. **contract provisions 11 U.S.C.502(A)**
6. **Under 1356 Ca Civil Code wrongful termination we asked to rescend the bid the very next day ask their supervisor of the foreclosure dept in Texas: Trey Jackson and his VP**
7. **Civil code 2924 and law 490 US. 536 states** these procedures are unconstitutional and breaks due process and 14th amendment laws. And 2924.85
8. **Protection rights 642.790; 725.a. 726 we have the right to bring suit**
9. **Fuentes v shevin this sale was unfair and japordizes our creditors rights**
10. **Blank v Borden** fact paperwork was not mailed to us in a timely manner and contract is not effective. And used acceleration a few days before they claimed bankruptcy.
11. **Inspection Statutes: CA Civ. Code 1102 et seq and 20/9 et. Sequ** must disclose material facts affecting value or desirability of the property when we were never told of their financial problems and a few days later they used acceleration and filed bankruptcy.
12. **Naplier V Barkhuizen: unreported supreme court of appeal case no. 2004/ 569 30 November 2005** right to access to court acceleration questioned here and filing of paperwork as well.
13. **Interest in Title under jurisdiction title**: 28 USC see 1343 and 28 usc sec. 1331 under non judicial foreclosure sales.
14. violates 1985 Uniform land Secu **Basson v Chilwan 1993 3 SA 742(A)** : WE want the contract void rity Interest Act (ULSIA) contradicts
15. **unconstibility: 5005 warrants fair and reasonable expeditious dispute resolution procedures**
16. **2b General principals of contract Article 3 she had right to fill in contract properly and check it for vaguness when we asked her.**
17. **Easton v Straussburger** this caused injury when we were not contacted properly, wrong phone numbers on contract, unprofessional contract, and acceleration was known about due to bankruptcy and never mentioned when auctioneer who also signed deed of trust as trustee new by law that AHM was claiming bankruptcy because this companies legal team Northwest other name works with AHM as one.
18. **Duty of Disclosures of Sellers agent to buyer 2079(16)** Agency laws called into investigation under discovery

19. **ENB v Saayman 1997 SA (SCA) Good faith and dealings**
20. **Brisley v Drotsky 2002 4 SA 1 (SCA)** This was unfair
21. **US Servicement Fund, 421 US 491 504(1975).** The power to investigate: incomplete as to it's thouralness. Watkins v. United States 354 US 178, 187 (1957) Congress also has the right to investigate.

22. **AMehem v Windsor unreasonable and unexpected manner of acceleration** and and lacks justification: CA civ. Code 1102 et. Seq 2079 (16) breach of contract
23. As pertaining to guidelines and procedures that AHM
24. UNFA 125. {pg. 1432 } It was AHM responsibility to let sub and buyer know when flipped house and claimed bankruptcy same months.
25. **Magna Alloys and Research v Ellis 1984 4 4 SA 874 (A)**
26. Fair play and substantial justice questions
27. Bankruptcy creditors rights laws from year 2001
28. 1997 American law institute created Restatement (Third) party mortgages seeds to unify wide variety of mortgage laws under substance and procedures as to fairness of transactions of sales and deed transfers.
29. Truth in Lending: federal law requires lenders to fully disclose in writing terms and conditions using qualified professionals and complete contracts. (Evidntiary and solemnity functions)
30. Due process: (Mullane v Central Hanover bank. We had right to fair hearing before they foreclosed flipped deed three months later and we never lived in the house. Question AHM acts procedures concerting title of third party notification and process unfair protection to creditors fair protection rights. Warrants new type of situation. UNFA s major provision diverge acts when protection due process rights. **Due Process Clause 339 USC: 632, 70's, ct. 652, 941, ed865 (1950)**

31. **Omitted junior laws?**
32. Recording Acts: BFPs, see tax dates Sept. sale was in April deed transfer not certified mail,
33. **Wild Deed laws**: deed recorded late flip acceleration contact information not enough time for due process?
34. **28 USC see 1343 and 28 usc 1331** under non judicial sales unfair.
35. **Bankruptcy rule 14** third party rights???
36. **Pendent jurisdiction? What is this and will this law help?**

Exhibit 28 (3 of 4)
MT

37. **FOUA/ PA specialist can we call to supena girl say she was in training and agent not supervised the day of auction?**

38. **Helicopteras:** type of contract can determine type of jurisdiction. This contract is not fair and violates our state and constitutional rights under consumer protection acts not uniform and warrants professionalism of contracts and trustees.

39. **Survive laws:** constitutes unfair minimal contract and warrants a suit due to our economic and unfair protection rights due to the way the auction was conducted.

40. **Improper obtained consensus:** unfair due rights process, constitutional rights violated under fair dealings, due process.

41. ???**What does push the long arm statute mean (Mullane)**

42. **(Byrd v. Blue Ridge Electric) unfair due process** law of procedures using agent incomplete unprofessional contract the month flipped back the property they were in bankruptcy.

43. **Can we ask for specific performance from judge?** Money back interest lawyer fees, or purchase house assessed value subtract what owe and lawyer fees?

44. **Should we ask for discovery?** What is discovery? Price to build house? Ask to see title? Girls was in training to investigate? Supena.

45. **Federal diversity case (1332) (a) excess of $75,000** leans ect. And assessment on house.

46. **Omnibus objections and time constraints** AHM keeps bringing up.
   - 2001 creditors rights laws fair protection for vested intrest holders that were injured?