# SIGN - IN - SHEET

CASE NAME:   American Home Mortgage
CASE NO.:    07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: July 17, 2008 @ 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Cecilia Rosenauer  (telephonic) | Cecilia L. Rosenauer LTD | JGL |
| Mark Power  (telephonic) | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Fred Neufeld  (telephonic)<br>Robert J. Moore  (telephonic) | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Marissa Morelle  (telephonic) | American Home Mortgage Holdings | American Home Mortgage Holdings |
| Melanie Hernandez  (telephonic) | Melanie Hernandez | Matthew & Melanie Hernandez |
| Ana M. Alfonso  (telephonic)<br>Scott Talmadge  (telephonic) | Kaye Scholer | Bank of America |
| Jason Stabl | Blank Rome | Committee |
| Sean Beach | YCST | Debtors |
| Nathan Grow | YCST | Debtors |
| Matthew McGuire | Landis Rath + Cobb | Debtors |
| Elihu E. Allison, III | Sullivan Hazeltine Allinson LL | JPMorgan Chase |
| Brett Barragate | Jones Day | Thomas + Serg Chavez |
| Victoria Counihan | Greenberg Traurig | WLR |
| David Hogan | The Hogan Firm | Watsons |

SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION: Courtroom 6**
**DATE: July 17, 2008 @ 2:00 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gabriel McClaren III | Potter Anderson & Corroon | Bank of America |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**