IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                    :     Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :     Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                         :
                                                          :     Jointly Administered
                                              Debtors.    ::
------------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on July 11, 2008, she caused a copy of the following:

    **MONTHLY OPERATING REPORT FOR AMERICAN HOME MORTGAGE HOLDINGS, INC. [Docket No. 5033]**

    **MONTHLY OPERATING REPORT FOR AMERICAN HOME MORTGAGE INVESTMENT CORP. [Docket No. 5034]**

    **MONTHLY OPERATING REPORT FOR AMERICAN HOME MORTGAGE ACCEPTANCE, INC. [Docket No. 5035]**

    **MONTHLY OPERATING REPORT FOR AMERICAN HOME MORTGAGE SERVICING, INC. [Docket No. 5036]**

    **MONTHLY OPERATING REPORT FOR AMERICAN HOME MORTGAGE CORP. [Docket No. 5037]**

    **MONTHLY OPERATING REPORT FOR AMERICAN HOME MORTGAGE VENTURES, LLC [Docket No. 5038]**

    **MONTHLY OPERATING REPORT FOR HOMEGATE SETTLEMENT SERVICES, INC. [Docket No. 5039]**

**MONTHLY OPERATING REPORT FOR GREAT OAK ABSTRACT CORP.**
**[Docket No. 5040]**

to be served upon the parties identified on the attached service list indicated.

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 16th day of July, 2008.

_____
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011