# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| THOMAS J. AND SARA A. CHAVEZ, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | Related Docket Item 4725 |
| | ) | |
| AMERICAN HOME MORTGAGE SERVICES, | ) | |
| INC., a Maryland Corporation; AMERICAN | ) | |
| HOME MORTGAGE CORP., a New York | ) | |
| Corporation; and DOES 1-20; | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

And now, this 17th day of July, 2008, this matter coming before the Court on the *Motion for Relief from the Automatic Stay* (the "Motion") filed by Thomas J. and Sara A. Chavez (the "Movants"); the Court having reviewed the Motion, the above-captioned respondents' (the "Defendant Debtors") reservation of rights regargding the Motion, and all related pleadings; and having heard the statements of counsel with respect thereto at a hearing held before the Court on July 17, 2008 (the "Hearing"); the Court having determined that notice of the Motion was reasonable and sufficient under the circumstances and that no further notice is required; and that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747.

the legal and factual bases set forth in the Motion and at the Hearing establish sufficient cause for the relief granted herein; and for the reasons stated by the Court at that Hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to permit the Movants to proceed to trial in the State Court Action[2] to seek permanent injunctive relief and to liquidate their monetary claims against the Defendant Debtors.

Dated: July 17, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.