# EXHIBIT A

DB02:6899146.3

066585.1001

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BERTI, CHRISTINE<br>124 CORNWELL AVE<br>WILLISTON PARK, NY 11596 | 44 | 8/22/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$458.85 (U)<br>$458.85 (T) | Claimant employee asserted claim for vacation time, however, Debtors' books and records indicate that no outstanding vacation time remains. |
| FREEDMAN, MARK S<br>17 CORNELIA ST NUMBER 2 C<br>NEW YORK, NY 10014 | 2854 | 11/20/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$139,050.00 (U)<br>$150,000.00 (T) | Claimant employee asserted claim for bonus, however, Debtors' books and records indicate that claimant was not entitled to bonus. |
| **Totals:** | 2 Claims | | | - (S)<br>- (A)<br>$10,950.00 (P)<br>$139,508.85 (U)<br>$150,458.85 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.