# EXHIBIT B

# Exhibit B

## Multiple Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| ELITE FIRE PROTECTION, INC.<br>252 EASTERN PARKWAY<br>FARMINGDALE, NY 11735 | 1969 | 11/9/07 | 07-11047 | -<br>-<br>-<br>$5,241.16<br>$5,241.16 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2923) was asserted against the correct Debtor. |
| FILIBERTO, STEPHEN<br>37 FROST VALLEY DR<br>EAST PATCHOGUE, NY 11772 | 324 | 9/4/07 | Unspecified | -<br>-<br>$2,523.00<br>-<br>$2,523.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3988) was asserted against the correct Debtor. |
| Totals: | 2 Claims | | | -<br>-<br>$2,523.00<br>$5,241.16<br>$7,764.16 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.