# EXHIBIT C

## Exhibit C

### Reduced Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| AAG PROPERTIES LLC<br>ATTN ANDREW MONSOUR<br>2762 ELECTRIC RD STE B<br>ROANOKE, VA 24018 | 31 | 8/21/07 | 07-11051 | $22,151.00 (S)<br>- (A)<br>- (P)<br>$41,286.79 (U)<br>$63,437.79 (T) | - (S)<br>- (A)<br>- (P)<br>$13,930.59 (U)<br>$13,930.59 (T) | Claimant and the Debtors have agreed that Objectionable Claim should be decreased to the Reduced Amount. |
| CAPAX INSURANCE<br>1150 NINTH ST.<br>SUITE 1400<br>MODESTO, CA 95354 | 7311 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.88 (U)<br>$300.88 (T) | - (S)<br>- (A)<br>- (P)<br>$242.86 (U)<br>$242.86 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| **Totals:** | **2 Claims** | | | $22,151.00 (S)<br>- (A)<br>- (P)<br>$41,587.67 (U)<br>$63,738.67 (T) | - (S)<br>- (A)<br>- (P)<br>$14,173.45 (U)<br>$14,173.45 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.