# EXHIBIT D

DB02:6899146.3

066585.1001

**Exhibit D**

**Reclassified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| KEYSTONE BUSINESS PRODUCTS ATTN TAMMY DOUGHERTY, ACCTG SUPERVISOR 2298 BRODHEAD ROAD BETHLEHEM, PA 18020 | 2220 | 11/15/07 | 07-11051 | - (S) - (A) $444.90 (P) - (U) $444.90 (T) | - (S) - (A) - (P) $444.90 (U) $444.90 (T) | - (S) No basis for priority claim exists under - (A) section 507 of the Bankruptcy Code. - (P) |
| ST ANDREWS PLACE LLC C/O JDH DEVELOPMENT PO BOX 35193 CHARLOTTE, NC 28235 | 2013 | 11/13/07 | 07-11051 | - (S) - (A) $825.00 (P) $5,250.00 (U) $6,075.00 (T) | - (S) - (A) - (P) $6,075.00 (U) $6,075.00 (T) | - (S) No basis for priority claim exists under - (A) section 507 of the Bankruptcy Code. - (P) |
| **Totals:** | **2 Claims** | | | - (S) - (A) $1,269.90 (P) $5,250.00 (U) $6,519.90 (T) | - (S) - (A) - (P) $6,519.90 (U) $6,519.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.