# EXHIBIT E

DB02:6899146.3

066585.1001

# Exhibit E

## Reduced Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim ||||| Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| NEWMAN, JOHN<br>312 BAY AVE<br>HUNTINGTON BAY, NY 11743 | 2934 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,330.00 (P)<br>$1,330.00 (U)<br>$1,330.00 (T) | 07-11053 | - (S)<br>- (A)<br>$1,330.00 (P)<br>- (U)<br>$1,330.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount and reassigned to the New Case Number. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$1,330.00 (P)<br>$1,330.00 (U)<br>$1,330.00 (T) | | - (S)<br>- (A)<br>$1,330.00 (P)<br>- (U)<br>$1,330.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.