EXHIBIT B

FORM OF FUNDING MEMORANDUM

[DATE]

[SELLER]

_____
_____
_____
_____

Attn:_____

Re:    [reference to identify Loan and any applicable warehouse lender]

Ladies and Gentlemen:

*Beltway Capital LLC*, a *Maryland* ("Purchaser") hereby confirms its agreement to purchase, and American Home Mortgage Corp., a New York corporation, and American Home Mortgage Acceptance, Inc., a Maryland corporation (collectively, the "Sellers") hereby confirms their agreement to sell, on a servicing released basis, [adjustable and fixed rate] first [and second] lien mortgage loans (the "Mortgage Loans") and real estate (the "REO Property"), in accordance with the terms of that certain Mortgage Loan Sale and Transfer Agreement between them dated _____, 2008 (the "Agreement"). The Mortgage Loan Package (as defined in the Agreement) has an aggregate Stated Principal Balance as of _____, 2008 (the "Cut-off Date") of approximately $_____ (plus or minus 5%). Accordingly, pursuant to Section 2.01(b), the Purchase Price is _____ Dollars ($_____) (\_\_% of the Stated Principal Balance of the Mortgage Loans). The purchase and sale of the Mortgage Loans and the REO Property will occur on _____, 2008 or such other date as shall be mutually agreed to by the parties, but no in event later than _____ (the "Closing Date").

This letter contains the entire agreement relating to the subject matter hereof between us and supersedes any prior oral or written agreement between us. This letter may only be amended by a written document signed by both the Purchaser and the Sellers. This letter may be executed in one or more counterparts and by the different parties hereto on separate counterparts, each of which, when so executed, shall be deemed to be an original; such counterparts, together, shall constitute one and the same document. Capitalized terms used herein but not otherwise defined herein shall have the meanings given them in the Agreement. This letter shall be kept confidential unless otherwise agreed to in writing by the Purchaser and the Sellers or otherwise required by law.

[Signature Page Follows]

Please confirm by signing and returning via facsimile, no later than _____, 2008, to _____ at _____.

Very truly yours,

BELTWAY CAPITAL, LLC

By: *[signature]*
Name: H. C. Ferrell
Title: VP.

Confirmed and agreed to:
AMERICAN HOME MORTGAGE CORP.

By: _____
Name: _____
Title: _____

AMERICAN HOME MORTGAGE ACCEPTANCE, INC.

By: _____
Name: _____
Title: _____