EXHIBIT C

FORM OF MEMORANDUM OF SALE

CLOSING DATE: [CLOSING DATE]

This Memorandum of Sale (this "Memorandum"), dated as of the Closing Date referred to above, confirms the sale by American Home Mortgage Corp., a New York corporation, and American Home Mortgage Acceptance, Inc., a Maryland corporation (collectively, the "Sellers") to [Beltway Capital LLC] [Maryland] (the "Purchaser"), and the purchase by the Purchaser from the Sellers, of (i) the first [and second] lien [adjustable and fixed rate] residential mortgage loans on a servicing released basis described on the Mortgage Loan Schedule attached hereto as Schedule I (the "Mortgage Loans") and (ii) real estate described on the Mortgage Loan Schedule attached hereto as Schedule I (the "REO Property"), pursuant to the terms of the Mortgage Loan Sale and Interim Servicing Agreement (the "Agreement"), dated as of _____, 2008, by and among the Purchaser, the Sellers and the Interim Servicer.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Sellers do hereby bargain, sell, convey, assign and transfer to Purchaser without recourse, except as provided in the Agreement, and on a servicing released basis, all right, title and interest of the Sellers in and to each of the Mortgage Loans, together with all documents maintained as part of the related Mortgage Files and Servicing Files, all Mortgaged Properties that secure any Mortgage Loan but are acquired by foreclosure, deed in lieu of foreclosure after the Cut-off Date or otherwise, all payments of principal and interest received on the Mortgage Loans after the Cut-off Date, all other unscheduled collections collected in respect of the Mortgage Loans after the Cut-off Date, each REO Property, and all proceeds of the foregoing, subject, however, to the rights of the Sellers under the Agreement.

The Sellers hereby acknowledge receipt of the Purchase Price with respect to the Mortgage Loans and REO Property.

The Sellers have delivered to the Purchaser prior to the date hereof the Mortgage Loan Documents in their possession with respect to each Mortgage Loan required to be delivered under the Agreement.

The Sellers hereby acknowledge their duties and obligations under the Agreement with respect to the Mortgage Loans and REO Property.

Capitalized terms that are used herein but are not defined herein shall have the respective meanings set forth in the Agreement.

[Signature Page Follows]

IN WITNESS WHEREOF, the parties hereto, by the hands of their duly authorize officers, execute this Memorandum of Sale as of the Closing Date referred to above.

**BELTWAY CAPITAL, LLC**
as Purchaser

By: *H C Ferrell*

Name: *H Christopher Ferrell*

Its: *VP*

**AMERICAN HOME MORTGAGE CORP.**
as Seller

By: _____

Name: _____

Its: _____

**AMERICAN HOME MORTGAGE ACCEPTANCE, INC.**
as Seller

By: _____

Name: _____

Its: _____

## SCHEDULE I TO MEMORANDUM OF SALE

### Mortgage Loan Schedule

| LOAN ID | BCM Final Bid | % of UPB |
|---|---|---|
| 1001553116 | 1,609,701.56 | 52.0851% |
| 1001475508 | 99,907.63 | 36.5962% |
| 1000906723 | 43,040.55 | 31.2008% |
| 5272997 | 84,589.03 | 63.8397% |
| 4750407 | 54,878.31 | 45.5009% |
| 1001404618 | 23,867.50 | 11.8021% |
| 1001328753 | 189,542.57 | 45.5216% |
| 1001592166 | 78,907.68 | 42.8786% |
| 3882467 | 109,726.28 | 72.9895% |
| 5154480 | 52,788.14 | 53.2815% |
| 1001241291 | 583,163.25 | 38.8776% |
| 4581292 | 95,638.59 | 75.6207% |
| 3113533 | 31,563.07 | 30.0510% |
| 3194177 | 101,765.62 | 72.5114% |
| 4816243 | 34,073.76 | 41.6277% |
| 1001472612 | 321,410.25 | 71.5437% |
| 5118939 | 28,693.70 | 25.4941% |
| 5317296 | 30,487.06 | 38.1956% |
| 1001626749 | 394,538.36 | 27.8826% |
| 3661469 | 38,377.82 | 47.2950% |
| 1001203175 | 426,101.44 | 29.6935% |
| 1001446503 | 190,893.45 | 47.0645% |
| 4866262 | 84,488.86 | 72.8103% |
| 1001366324 | 108,542.17 | 66.8623% |
| 1001310557 | 2,495.28 | 3.8597% |
| 1001222605 | 454,508.20 | 45.4508% |
| 1001409764 | 330,807.98 | 33.3576% |
| 5151977 | 101,984.42 | 72.1453% |
| 1001370469 | 318,078.06 | 36.1452% |
| 3314806 | 17,466.98 | 31.7261% |
| 1001275016 | 31,204.40 | 19.7463% |
| 1001204520 | 25,490.57 | 30.2063% |
| 5052852 | 254,118.27 | 60.2470% |
| 3070175 | 51,581.53 | 72.8105% |
| 1001362591 | 372,128.59 | 38.1671% |
| 1001466689 | 116,467.73 | 36.1701% |
| 1001471899 | 136,374.28 | 48.7051% |
| 3340560 | 49,501.12 | 71.7343% |
| 3424671 | 83,957.77 | 56.8377% |
| 1001009233 | 37,660.48 | 33.0554% |
| 5354179 | 14,346.85 | 18.8960% |
| 3008201 | 65,458.59 | 73.6470% |
| 1001371577 | 165,390.49 | 55.7246% |
| 1001464257 | 41,391.37 | 14.2852% |
| 1001143511 | 19,726.92 | 42.0027% |
| 1001425883 | 220,941.49 | 70.1402% |
| 1001196956 | 15,064.19 | 9.9043% |
| 1001364912 | 46,410.65 | 20.3573% |
| 3390464 | 81,661.74 | 74.2733% |
| 1000106768 | 178,677.08 | 75.3656% |
| 3949851 | 23,313.64 | 26.8167% |
| 1001504397 | 21,305.07 | 14.0257% |
| 1001170511 | 20,444.26 | 20.5171% |
| 1001152095 | 12,455.81 | 9.2913% |
| 4834722 | 67,114.08 | 68.0103% |
| 1001691113 | 184,825.50 | 36.0033% |
| 3178779 | 96,601.02 | 67.4264% |
| 1001158719 | 28,526.71 | 27.2411% |

| | | |
|---|---:|---:|
| 2000070389 | 20,578.41 | 57.2723% |
| 1000915428 | 24,030.97 | 25.2109% |
| 1001276510 | 180,719.18 | 35.9640% |
| 1000805028 | 32,088.97 | 42.0963% |
| 1001359292 | 81,174.60 | 29.8216% |
| 5335179 | 62,311.93 | 73.2884% |
| 3163021 | 99,846.14 | 67.8687% |
| 5139034 | 58,846.30 | 44.9832% |
| 1001194850 | 21,332.10 | 17.1202% |
| 1001247016 | 3,586.72 | 3.8986% |
| 4497168 | 13,988.18 | 14.8906% |
| 1001051742 | 82,589.58 | 36.3430% |
| 1001198855 | 315,846.75 | 23.7479% |
| 5253050 | 81,660.22 | 63.8847% |
| 1001111773 | 236,723.02 | 52.3890% |
| 1001144459 | 24,748.32 | 22.4570% |
| 1001147786 | 5,380.06 | 3.7995% |
| 1001198460 | 142,844.86 | 45.1274% |
| 3063257 | 74,544.87 | 75.7700% |
| 1001152140 | 4,982.32 | 7.9162% |
| 2440357 | 34,073.76 | 52.2241% |
| 1001198913 | 332,183.65 | 22.5975% |
| 1001365806 | 97,482.55 | 56.2066% |
| 1001372400 | 24,389.65 | 40.6494% |
| | **10,580,141.88** | **40.2500%** |