## EXHIBIT E

## LITIGATION SCHEDULE OF THE SELLERS

None