## EXHIBIT F

## LITIGATION SCHEDULE OF THE INTERIM SERVICER

None