## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| American Home Mortgage Holdings, Inc. et al. | ) | **Case No. 07-11047** |
| | ) | |
| Debtor. | ) | **Honorable Christopher S. Sontchi** |
| | ) | **Jointly Administered** |
| | ) | |
| | ) | **Motion #4651** |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this /8ᵗʰ day of *July*           , 2008, upon consideration of Regions Bank dba Regions Mortgage, (Movant) Motion for Relief from Stay, due notice having been served, and no opposition or objection being filed, and this Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. *To the extent that the automatic stay may apply*, the automatic stay of 11 U.S.C. §362(a) is hereby terminated to allow Regions Bank dba Regions Mortgage, its successors and/or assigns, to pursue its state court remedies to foreclose upon and take to a Sheriff's Sale, the following property:

    a.    **10452 Vermillion CL NE**
            **Blaine, Minnesota 55449**

2. Nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property, or (ii) shall estop the Debtor from asserting or denying that they hold any interest in the Property; and

3. The relief granted by this Order shall be effective immediately and shall not be subject to Bankruptcy Rule 4001(a)(3).

BY THE COURT:

Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE