IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  §
                   §  SS:
NEW CASTLE COUNTY  §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for WLR Recovery Fund III, L.P., in the above-captioned action, and that on the 14th day of July 2008, she caused copies of the following to be served upon the attached Core Service List (attached hereto) via (i) Hand Delivery upon Local Counsel; (ii) First Class, U.S. Mail upon Out of Town Counsel; and (iii) Electronic Mail upon all parties.

- Objection and Reservation of Rights to the Debtors' Motion for Order Authorizing the Debtors to Compromise or Sell Certain Mortgage Loans in the Ordinary Course of Business Without Further Hearing or Notice [Docket No. 5072]

- Objection and Reservation of Rights to the Motion to Approve Sale Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (i) Authorizing the Private Sale of Certain Unencumbered Non-Performing Loans and REO Property to Beltway Capital, LLC, Free and Clear of Liens, Claims, Encumbrances, (ii) Approving the Terms of the Sale Agreement, and (iii) Granting Related Relief [Docket No. 5073]

Dated: July 14, 2008

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County
aforesaid, on the day and year aforesaid.

_____
Notary Public

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Robert Brady, Esq.
Pauline K. Morgan, Esq.
Sean Beach, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19801
(Debtors' Counsel)

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(Bank of America)