IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | § § § § | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors.[1] | § § | |

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 07-51704 |
| AMERICAN HOME MORTGAGE CORP., AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN HOME MORTGAGE ACCEPTANCE, INC., and AMERICAN HOME MORTGAGE INVESTMENT CORP., | § § § § § § § § § | |
| Defendants. | § § | Hearing Date: N/A Objection Deadline: N/A |

**DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE FOR DEBTORS' MOTION PURSUANT TO FEDERAL BANKRUPTCY RULE 9019(a) FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION BETWEEN THE DEBTORS AND CALYON NEW YORK BRANCH, AS ADMINISTRATIVE AGENT**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby move

(the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), for the entry of an order shortening the time for notice for Debtors' Motion Pursuant to Federal Bankruptcy Rule 9019(a) for an Order Approving and Authorizing the Stipulation between the Debtors and Calyon New York Branch, as Administrative Agent (the "Motion").[2] In support of the Motion to Shorten, the Debtors respectfully represent as follows:

1. Pursuant to Rule 2002(a)(3) of the Federal Rules of Bankruptcy Procedure, a motion to approve "a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d) requires at least twenty (20) days notice by mail." Fed. R. Bankr. Proc. 2002(a)(3). Further, Local Rule 9006-1(e) provides that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice. See, Del. Bankr. L.R. 9006-1(e).

2. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. Pursuant to the Motion, the Debtors seek approval of a Stipulation between the Debtors and Calyon New York Branch, as Administrative Agent (the "Stipulation"). The economic terms of the Stipulation were derived based upon receiving approval of the Stipulation at the Court's August 5, 2008 hearing. Moreover, the approval of the Stipulation is in the best interest of the Debtors, their estate and creditors for the multiple reasons set forth in detail in the Motion.

3. The amount of time the Debtors have requested to shorten notice by is slight, and the Debtors have proposed a response deadline which provides parties with a response period which is equivalent to what is required absent shortened notice. The proposed response period

---

[2] All capitalized terms used, but not defined herein, shall have the meanings given to them in the Motion.

effectively negates the prejudice to any responding party caused if the court grants the request herein.

4.      Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. Accordingly, the Debtors request that a hearing on the relief requested in the Motion be scheduled for August 5, 2008 at 3:00 p.m. (ET), with objections due on or before 4:00 p.m. (ET) on August 1, 2008. In light of the shortened notice period, the Debtors will serve the Motion via overnight delivery, fax or email, on (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006 (the "Administrative Agent"); (iv) counsel to the DIP Lender; (v) counsel to Calyon New York Branch; and (vi) all parties entitled to notice under Local Rule 2002-1(b).

5.      If the relief requested herein is granted, the Debtors will serve a copy of the order entered by the Court via overnight delivery, fax or email on (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the DIP Lender; (v) counsel to Calyon New York Branch; and (vi) all parties entitled to notice under Local Rule 2002-1(b).

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated: Wilmington, Delaware
July 18, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Beach
_____
Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988)
Sean M. Beach (No. 4070)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | § § § § | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors.[1] | § § § | |

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 07-51704 |
| AMERICAN HOME MORTGAGE CORP., AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN HOME MORTGAGE ACCEPTANCE, INC., and AMERICAN HOME MORTGAGE INVESTMENT CORP., | § § § § § § § § | |
| Defendants. | § § | **Docket Ref. No. \_\_\_\_** |

**ORDER SHORTENING THE TIME FOR NOTICE FOR DEBTORS' MOTION PURSUANT TO FEDERAL BANKRUPTCY RULE 9019(a) FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION BETWEEN THE DEBTORS AND CALYON NEW YORK BRANCH, AS ADMINISTRATIVE AGENT**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Motion be shortened pursuant to Local Rule 9006-1(e) and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on August 5, 2008 at 3:00 p.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than 4:00 p.m. (ET) on August 1, 2008; and it is further

ORDERED, that the Debtors, shall serve this order via overnight delivery, fax or email on (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the DIP Lender; (v) counsel to Calyon New York Branch; and (vi) all parties entitled to notice under Local Rule 2002-1(b); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      July ___, 2008

                                            Christopher S. Sontchi
                                            United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion.