IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
                                                                   :
    Debtors.                                                       : Hearing Date: N/A
                                                                   : Objection Deadline: N/A
------------------------------------------------------------------ x

**MOTION FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO FEDERAL BANKRUPTCY RULE 9019(a) AND SECTIONS 105(a), 362 AND 363 OF THE BANKRUPTCY CODE FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION OF SETTLEMENT AMONG (I) THE DEBTORS, (II) BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, AND (III) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] having filed, contemporaneously herewith, *Debtors' Motion Pursuant To Federal Bankruptcy Rule 9019(A) And Sections 105(A), 362 And 363 Of The Bankruptcy Code For An Order Approving And Authorizing The Stipulation Of Settlement Among (I) The Debtors, (II) Bank Of America, N.A., As Administrative Agent, And (III) The Official Committee Of Unsecured Creditors* (the "Motion"),[2] hereby move this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening the time for notice of the hearing to consider the Motion as it relates to the relief sought therein so that the matter may be heard on August 5, 2008 at 3:00 p.m. (ET).

1. Motions to consider a settlement or compromise, generally, require twenty (20) days notice before a hearing on such motion. Fed. R. Bankr. P. 2002(a)(3). However, Del. Bankr. L.R. 9006-1(e), allows the Court to shorten the notice required under the Bankruptcy Rules and the Local Rules upon written motion specifying the exigencies supporting such shortened notice. The Debtors submit that the proposed shortening of notice on the Motion by two (2) days is appropriate in light of the circumstance and the import of receiving authorization and approval of the Motion and the related Stipulation within the time-frame proposed by the Debtors.

2. As more fully set forth in the Motion, the Debtors, the Committee and the Administrative Agent have reached a milestone in these cases through a consensual resolution of the outstanding issues between the Debtors and the Administrative Agent as it relates to the Pre-Petition Secured Parties' claim and the Pre-Petition Collateral. The terms of this settlement are embodied in the Stipulation which the Debtors seek approval of through the Motion.

3. As parties to the Stipulation, the Committee and the Administrative Agent have been actively involved in negotiations with the Debtors and both support the settlement embodied in the Stipulation. The Committee and the Administrative Agent are familiar with the issues addressed by the Stipulation and support the relief requested in the Motion. With the involvement and support of the Debtors' primary pre-petition secured lender and general unsecured creditors, the Debtors submit that the interests of non-debtor parties in the proposed settlement have been adequately protected.

DB02:6991407.1                                                                                                                067391.1001

4. Moreover, the effectiveness of the Stipulation is dependent upon the Court approving the Stipulation and such order approving the Stipulation becoming a final, non-appealable order on or prior to August 17, 2008 (the "Approval Condition"). In order to meet the Approval Condition, the Motion will need to be heard at the hearing currently scheduled for August 5, 2008.

5. The amount of time the Debtors have requested to shorten notice by is slight, and the Debtors have proposed a response deadline which provides parties with a response period which is equivalent to what is required absent shortened notice. The proposed response period effectively negates the prejudice to any responding party caused if the court grants the request herein.

6. The Debtors will serve the parties set forth in the notice section with the Motion by facsimile, overnight or hand delivery on the date hereof, and, if the relief requested herein is granted, the Debtors will serve a copy of the Court's order shortening notice on those parties by facsimile, overnight or hand delivery on the date hereof.

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) scheduling a hearing on the relief requested in the Motions for August 5, 20087 at 3:00 p.m. (ET); and (ii) requiring that any responses to the Motion be filed and served so as to be received on or before August 1, 2008 at 4:00 p.m. (ET).

Dated: Wilmington, Delaware
       July 18, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *[signature]*

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
                                                    :
         Debtors.                                   : Ref. Docket No. _____
------------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION FOR AN ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED *NUNC PRO TUNC* RELIEF**

Upon consideration of the *Motion For An Order Shortening The Time For Notice Of The Hearing To Consider Debtors' Motion Pursuant To Federal Bankruptcy Rule 9019(A) And Sections 105(A), 362 And 363 Of The Bankruptcy Code For An Order Approving And Authorizing The Stipulation Of Settlement Among (I) The Debtors, (II) Bank Of America, N.A., As Administrative Agent, And (III) The Official Committee Of Unsecured Creditors* (the "Motion to Shorten"),[1] pursuant to Rules 2002, and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure, and Rules 2002-1(b) and 9006-1(c) and (e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of the Debtors' estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

ORDERED, that a hearing on the Motion will be held on August 5, 2008 at 3:00 p.m. (ET), and that the deadline to file any responses to the Motion shall be August 1, 2008 at 4:00 p.m. (ET); and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: July ___, 2008
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge