IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :   Jointly Administered
                                                             :
Debtors.                                                     :   Ref. Docket No. _____
------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION FOR AN ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED *NUNC PRO TUNC* RELIEF**

Upon consideration of the *Motion For An Order Shortening The Time For Notice Of The Hearing To Consider Debtors' Motion Pursuant To Federal Bankruptcy Rule 9019(A) And Sections 105(A), 362 And 363 Of The Bankruptcy Code For An Order Approving And Authorizing The Stipulation Of Settlement Among (I) The Debtors, (II) Bank Of America, N.A., As Administrative Agent, And (III) The Official Committee Of Unsecured Creditors* (the "Motion to Shorten"),[1] pursuant to Rules 2002, and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure, and Rules 2002-1(b) and 9006-1(c) and (e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of the Debtors' estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

ORDERED, that a hearing on the Motion will be held on August 5, 2008 at 3:00 p.m. (ET), and that the deadline to file any responses to the Motion shall be August 1, 2008 at 4:00 p.m. (ET); and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: July 22, 2008
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge