## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | § | |
| | § | (Jointly Administered) |
| | § | |
| Debtors. [1] | § | |

---

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 07-51704 |
| | § | |
| AMERICAN HOME | § | |
| MORTGAGE CORP., AMERICAN HOME | § | |
| MORTGAGE SERVICING, INC., | § | |
| AMERICAN HOME MORTGAGE | § | |
| ACCEPTANCE, INC., and | § | |
| AMERICAN HOME MORTGAGE | § | |
| INVESTMENT CORP., | § | |
| | § | |
| Defendants. | § | **Docket Ref. No. _____** |

### ORDER SHORTENING THE TIME FOR NOTICE FOR DEBTORS' MOTION PURSUANT TO FEDERAL BANKRUPTCY RULE 9019(a) FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION BETWEEN THE DEBTORS AND CALYON NEW YORK BRANCH, AS ADMINISTRATIVE AGENT

Upon consideration of the motion (the "Motion to Shorten")[2] of the above

captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that

the applicable notice period for the Motion be shortened pursuant to Local Rule 9006-1(e) and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on August 5, 2008 at 3:00 p.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than 4:00 p.m. (ET) on August 1, 2008; and it is further

ORDERED, that the Debtors, shall serve this order via overnight delivery, fax or email on (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the DIP Lender; (v) counsel to Calyon New York Branch; and (vi) all parties entitled to notice under Local Rule 2002-1(b); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
July 22, 2008

Christopher S. Sontchi
United States Bankruptcy Judge

---

[2]  Capitalized terms not defined herein shall have the meanings given to them in the Motion.

DB02:6932919.1                                                                    066585.1001