IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: August 11, 2008 at 4:00 p.m. |
| ------------------------------------------------------------ x | | Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **Tenth Monthly Application of the Weiner Brodsky Sidman Kider PC as Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2008 through May 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $40,307.00 and interim expenses in the amount of $7,460.42.

Objections to the Application, if any, are required to be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) Weiner Brodsky Sidman Kider PC, 1300 19th Street, NW, Fifth Floor, Washington, DC 20036, (Attn: David M. Souders).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
          July 22, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| ------------------------------------------------------------ x | | |

**TENTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD MAY 1, 2008 THROUGH MAY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | May 1, 2008 through May 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $40,307.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $7,460.42 |

This is an:  __X__ interim   ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

DB02:6243546.1                                                                 066585.1001

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | $88,599.50 paid | $1,062.60 paid |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | $75,759.70 paid | $1,108.65 paid |
| 2110 | October 1, 2007 through October 31, 2007 | $64,370.00 | $6,707.04 | $64,370.00 paid | $6,707.04 paid |
| 2405 | November 1, 2007 through November 27, 2007 | $42,212.50 | $2,532.61 | $42,212.50 paid | $2,532.61 paid |
| 2967 | November 28, 2007 through December 31, 2007 | $41,766.00 | $3,716.57 | $41,766.00 paid | $3,716.57 paid |
| 3122 | January 1, 2008 through January 31, 2008 | $36,194.50 | $10,158.28 | $36,194.50 paid | $10,158.28 paid |
| 3508 | February 1, 2008 through February 29, 2008 | $53,811.00 | $2,847.81 | $43,048.80 paid as of the date of this application – Certificate of No Objection to Weiner Brodsky Sidman Kider PC's Seventh Application for Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2008 through February 29, 2008 filed on April 25, 2008 (Docket No. 3858) | $2,847.81 paid |

| | | | | | |
|---|---|---|---|---|---|
| 4228 | March 1, 2008 through March 31, 2008 | $30,710.50 | $855.73 | $24,568.40 paid as of the date of this application – Certificate of No Objection to Weiner Brodsky Sidman Kider PC's Eighth Application for Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2008 through March 31, 2008 filed on June 17, 2008 (Docket No. 4656) | $855.73 paid |
| 4660 | April 1, 2008 through April 30, 2008 | $55,855.00 | $2,920.07 | Approved – Certificate of No Objection to Weiner Brodsky Sidman Kider PC's Ninth Application for Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2008 through April 30, 2008 filed on July 9, 2008 (Docket No. 5024) | Approved – Certificate of No Objection to Weiner Brodsky Sidman Kider PC's Ninth Application for Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2008 through April 30, 2008 filed on July 9, 2008 (Docket No. 5024) |

### INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Bruce E. Alexander | Joined firm as counsel in January, 2003. Member of Maryland Bar since December, 1981. | $405 | See Exhibit A. | See Exhibit A. |
| Michelle E. Holmes | Joined firm as an associate in September, 2007. Member of the Virginia Bar since October, 2007. | $205 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Heather C. Hutchings | Joined firm as an associate in September, 2004. Member of the Virginia Bar since November, 2004 and the DC Bar since April, 2005. | $230 | See Exhibit A. | See Exhibit A. |
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002 and the DC Bar since December, 2007. | $245 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003.  Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Kristin  D. Thompson | Joined firm as an associate in August, 2006.  Member of the New Hampshire Bar since November, 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006.  Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| Hazel O. Berkoh | Paralegal | $150 | See Exhibit A. | See Exhibit A. |
| Melissa M. Jewett | Licensing Specialist | $145 | See Exhibit A. | See Exhibit A. |
| Darron E. Mason | Licensing Specialist | $145 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 140.3 hours | $40,307.00 |
| **Blended Rate:** | | $ | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (1001) | | |
| Court Hearings (1002) | | |
| Cash Collateral/DIP Financing (1003) | | |
| Schedules & Statements, U.S. Trustee Reports (1004) | | |
| Lease/Executory Contract Issues (1005) | | |
| Use, Sale or Lease of Property (363 Issues) (1006) | | |
| Claims Analysis, Objections and Resolutions (1007) | | |
| Meetings (1008) | | |
| Stay Relief Matters (1009) | | |
| Reclamation Claims and Adversaries (1010) | | |
| Other Adversary Proceedings (1011) | | |
| Creditor Inquiries (1013) | | |
| Employee Matters (1015) | | |
| Retention of Professionals/Fee Issues (1017) | | |
| Travel (1019) | | |
| Utility Services (1020) | | |
| On Site Services (1021) | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Attorney Administrative Expenses | $0 |
| AP Fax (Parcels, Inc.) | No charge |
| Calling Card/Conference Calls | $0 |
| Computerized Legal Research (Westlaw) | $209.43 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $1,795.25 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $686.44 |
| Filing Fees/Court Costs/Legal Fees | $0 |
| Local Counsel Fees | $0 |
| Long Distance Telephone | $0 |
| Parking/Mileage Expenses | $0 |
| Photocopy Charges ($0.10 per page) | $617.00 |
| Postage | $15.22 |
| Scanning, Electronic Bates-Labeling and Photocopying Performed By Outside Vendors[2] | $2,018.76 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips | $2,118.32 |
| **TOTAL** | $7,460.42 |

---

[2] To the extent that any fees for scanning, electronic bates-labeling and photocopying services by outside vendors were incurred by WBSK, the invoices for such fees are attached hereto as Exhibit B.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :    Jointly Administered
                                                    :
        Debtors.                                    :
---------------------------------------------------------------- x

### TENTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD MAY 1, 2008 THROUGH MAY 31, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $40,307.00 together with

reimbursement for actual and necessary expenses incurred in the amount of $7,460.42 for the

interim period May 1, 2008 through May 31, 2008 (the "Interim Fee Period"). In support of its

Application, WBSK respectfully represents as follows:

        1.      On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

        2.      All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

### PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.      Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

### SUMMARY OF SERVICES RENDERED

4.      Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $40,307.00 due for fees and the amount of $7,460.42 due for the reimbursement of expenses.

5.      Attached hereto as Exhibit B are the invoices for scanning, electronic bates-labeling and photocopying services performed by outside vendors, showing the amount of $2,018.76 due for such vendors' services incurred by WBSK.

6.      The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

### DISBURSEMENTS

7.      WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $7,460.42. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges,

2

travel expenses, computerized research, and transcription costs. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A and Exhibit B.

8.      Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements. Pursuant to Local Rule 2016-2, WBSK represents that its rate for internal duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

9.      Attorneys and paraprofessionals of WBSK have expended a total of 140.3 hours in connection with this matter during the Interim Fee Period.

10.      The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are WBSK's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $40,307.00.

11.      WBSK believes that the time entries and expense breakdown set forth in Exhibit A and Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

12.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

DB02:6292330.5                                                                 066585.1001

13.    This Application covers the Interim Fee Period May 1, 2008 through May 31, 2008.

WHEREFORE, WBSK requests that allowance be made to it in the sum of $40,307.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $7,460.42 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
July 11, 2008

WEINER BRODSKY SIDMAN KIDER PC

_____
Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

4

<u>VERIFICATION</u>

DISTRICT OF COLUMBIA )
                         )       SS:
                         )

David M. Souders, after being duly sworn according to law, deposes and says:

1.      I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.      I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.      WBSK usually bills on discrete matters in connection with its representation of American Home.  However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition.  Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this 11th day of July 2008.

Notary Public

My Commission Expires: July 31, 2009

DB02:6292330.5                                           066585.1001

# EXHIBIT A

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
07/11/2008
Account No:    98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-061 Arkansas Condos | | | | |
| 1,221.68 | 98.00 | 32.24 | -1,221.68 | $130.24 |
| 98077-066 Johnson v. Wheeler | | | | |
| 3,219.07 | 177.00 | 0.00 | -3,219.07 | $177.00 |
| 98077-068 First American Title Insurance Co. | | | | |
| 49,580.56 | 27,619.00 | 6,777.71 | -49,580.56 | $34,396.71 |
| 98077-072 Velazquez & Associates | | | | |
| 4,490.13 | 1,021.50 | 0.00 | -4,490.13 | $1,021.50 |
| 98077-073 Sohmer | | | | |
| 4,298.82 | 357.00 | 1.70 | -4,298.82 | $358.70 |
| 98077-079 Rush v. American Home | | | | |
| 79.50 | 178.50 | 0.00 | -79.50 | $178.50 |
| 98077-085 Beard | | | | |
| 0.00 | 850.50 | 0.00 | 0.00 | $850.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
07/11/2008
Account No:      98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-089 Post Petition Representation | | | | |
| 35,293.45 | 10,005.50 | 648.77 | -35,293.45 | $10,654.27 |
| 98077-092 Cauthorne | | | | |
| 494.90 | 0.00 | 0.00 | 0.00 | $494.90 |
| 98,678.11 | 40,307.00 | 7,460.42 | -98,183.21 | $48,262.32 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| American Home Mortgage |  | 07/11/2008 |
| 538 Broadhollow Road | Account No: | 98077-061M |
| Melville NY 11747 | Statement No: | 25 |

Attn: Alan Horn

Arkansas Condos

|  |  | Hours |  |
|---|---|---|---|
| **05/07/2008** |  |  |  |
| NMW | letter to and correspondence to counsel for Paradise Bay and Richard Gray discussing outstanding settlement checks (.1); | 0.10 |  |
| **05/08/2008** |  |  |  |
| NMW | telephone conferences with offices of counsel for sellers discussing outstanding settlement check (.1); | 0.10 |  |
| **05/13/2008** |  |  |  |
| NMW | draft letter to J. Kalas enclosing settlement check from Seller defendants (.2); | 0.20 |  |
|  | For Current Services Rendered | 0.40 | 98.00 |

|  |  |
|---|---|
| Photocopy Expenses | 0.40 |
| Express Mail/Federal Express Charges | 31.84 |
| Total Expenses Posted Through 05/31/2008 | 32.24 |
| Total Current Work | 130.24 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
07/11/2008
Account No:    98077-061M
Statement No:    25

Arkansas Condos

Balance Due                                                    $130.24

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

Page: 1
07/11/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-066M
Statement No:    24

Attn: Alan Horn

Johnson v. Wheeler

| | | Hours | |
|---|---|---|---|
| 05/20/2008 | | | |
| KDT | review status of settlement in response to client inquiry (.2); | 0.20 | |
| 05/23/2008 | | | |
| KDT | court order directing parties to file status report (.1); case planning (.1); | 0.20 | |
| 05/29/2008 | | | |
| KDT | receipt and review of dismissal with prejudice; | 0.10 | |
| 05/30/2008 | | | |
| KDT | court order approving settlement (.1); | 0.10 | |
| | For Current Services Rendered | 0.60 | 177.00 |
| | Total Current Work | | 177.00 |
| | Balance Due | | $177.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
Tel 202 628 2000
Fax 202 628 2011
Federal Tax ID: 52-1779483

INVOICE PERIOD:    MAY    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
07/11/2008
Account No:    98077-068M
Statement No:    19

First American Title Insurance Co.

| | | | Hours |
|---|---|---|---|
| **05/01/2008** | | | |
| | KDT | travel to/from Princeton, New Jersey for deposition of J. Neuman (4.1); participate in deposition (4.9); meetings with counsel for Otlowski and Fishman regarding settlement (.5); | 9.50 |
| | NWH | review loan documents/applications for real estate owned not listed on 1003 but included in total value of properties (.5); | 0.50 |
| **05/02/2008** | | | |
| | KDT | review Neuman deposition notes and highlight significant issues (.4); debrief Neuman deposition with D. Souders (.3); planning for continuation of Neuman deposition and Edelman deposition (.1); telephone conference with counsel for County Line regarding American Home Mortgage's deposition of same (.2); email to opposing counsel regarding continuation of Neuman deposition and Edelman deposition (.1); email from First American's counsel regarding same (.1); compile and attend to reproduction of discovery documents and responses from all sources (.5); review same (3.0); | 4.70 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
07/11/2008

American Home Mortgage

Account No:    98077-068M
Statement No:    19

First American Title Insurance Co.

|  |  | Hours |
|---|---|---|
| **05/05/2008** | | |
| HOB | prepare and organize documents produced from First America (1.9); | 1.90 |
| KDT | draft letter to First American re: no discovery responses received and requesting Rule 37 conference (.3); attend to compilation of additional discovery (.3); document review re: First American production (1.8); review Fishman discovery produced to AHM (1.8); email to County Line re: deposition schedule; (.1); | 4.30 |
| **05/06/2008** | | |
| KDT | review and analyze notes from Neuman deposition (1.0); identify additional documents required for second part of Neuman deposition (.7); continued review of Fishman and First American document productions (1.8); preparation for Edelman and Neuman depositions (2.1); | 5.60 |
| **05/07/2008** | | |
| KDT | travel to and from Princeton, New Jersey for second deposition of J. Neuman (3.1); participate in deposition (5.3); | 8.40 |
| **05/13/2008** | | |
| KDT | research title insurer's liability for settlement attorney's malfeasance at settlement (1.1); research agency relationship between title insurer and settlement attorney (2.1); receipt and initial review of Hardman deposition transcript (.6); | 3.80 |
| **05/14/2008** | | |
| KDT | research agency in NJ re: settlement agents and title insurers(1.1); develop legal arguments in support of claims (2.6); | 3.70 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
Tel 202 628 2000
Fax 202 628 2011
Federal Tax ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 3
07/11/2008
Account No:    98077-068M
Statement No:          19

| | | Hours |
|---|---|---|
| **05/15/2008** | | |
| KDT | develop arguments refuting First American's position on agency and closing protection letters (1.8); letter from County Line's counsel re: government inquiry into County Line's involvement in the NJAH transactions and resulting delay in discovery (.1); attend to deposition scheduling issues (.2); compose letter to First American's counsel refuting expert report and highlighting NJ law supporting AHM's position (.8) | 2.90 |
| **05/17/2008** | | |
| DMS | telephone conferences with J. Kalas re: settlement conference issues (.4); review documents produced by First American and interrogatory responses to prepare for settlement conference (1.1); | 1.50 |
| **05/19/2008** | | |
| KDT | review and analyze additional discovery produced by First American (2.0); review local rules re: form of response required for interrogatories and request for production of documents (.2); research New Jersey Department of Banking and Insurance regulations re: forms of Closing Protection Letter (.4); initial development of letter to First American's counsel re: deficient production (.9); review correspondence with First American (.4); | 3.90 |
| **05/20/2008** | | |
| HOB | coordinate with vendor to produce hard copies of images from First America (.2); prepare and finalize letter and documents to D. Colao (.5); telephone call from/telephone call to K. Thompson re: production from First America (.2); | 0.90 |
| KDT | compose letter to First American outlining deficiencies | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 4

American Home Mortgage

07/11/2008

Account No:   98077-068M

Statement No:   19

First American Title Insurance Co.

|  | Hours |
|---|---|
| and requiring supplementation of production and responses (3.2); telephone call from and to Otlowski's counsel re: documents produced by AHM (.2); planning for settlement conference (.6); review and analyze additional production by First American (1.1); summary review of documents produced by Otlowski (.4); | 5.50 |

**05/21/2008**

KDT    prepare for settlement conference (.6); compile documents required for same (1.6); telephone call to chambers to verify details of settlement conference (.1); continued analysis of Neuman deposition (.9); continued review of First American's production (.8); identify key document in productions to date (.9)     4.90

DMS    review discovery documents to prepare for settlement conference (1.3); telephone call with J. Kalas re settlement (.2) ; finalize letter to R. Grundluck re First American's discovery responses (.8);     2.30

**05/22/2008**

DMS    prepare for settlement conference; (1.9); participate in settlement conference with Magistrate Judge Falk and defense counsel (2.1); discussion with J. Kalas and P. Leyh (.5) return from Newark (2.0);     6.50

**05/28/2008**

DMS    drafting of settlement proposal (2.1); review correspondence from First American; re discovery (.4);     2.50

KDT    continued review of Fishman's and Otlowski's productions to identify deficiencies (2.1); review and analyze responses to requests for production of documents from Fishman & Otlowski to ascertain validity of obligations and responsiveness of productions (.9); prepare for calls with Fishman's and Otlowski's counsel

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5
07/11/2008

American Home Mortgage

Account No:   98077-068M
Statement No:            19

First American Title Insurance Co.

|  | | Hours |
|---|---|---|
| re deficiencies (1.0); telephone conference with W. Cambria re Fishman's deficient production (1.0); telephone conference with D. Colao re Otlowski's deficient production (1.1); | | 6.10 |

05/29/2008
KDT   preparation for conference call with First American's counsel re: deficiencies in production (.9); conference call with First American's counsel re: deficiencies in First American's discovery responses and First American's claimed deficiencies in American Home's response (1.3); telephone conference with Otlowski's counsel re: deficiencies in production (.8); telephone conference with Court re: deposition of Otlowski (.3);                              6.40

DMS   prepare for and participate in Rule 37 conference with R. Grundlock and K. Thompson regarding discovery response (1.5); telephone conference with J. Kalis (.3); drafting of settlement offer letter (.9);                              2.70

|  | Hours | |
|---|---|---|
| For Current Services Rendered | 88.50 | 27,619.00 |

| | |
|---|---|
| Photocopy Expenses | 496.60 |
| Copy Expenses | 2,018.76 |
| Express Mail/Federal Express Charges | 142.92 |
| Travel/Hotel/Air Fare/Tips | 2,118.32 |
| Postage Expenses | 13.12 |
| Court Reporter/Transcript Fees | 1,795.25 |
| Lexis/Westlaw Research | 192.74 |
| Total Expenses Posted Through 05/31/2008 | 6,777.71 |
| Total Current Work | 34,396.71 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 6

07/11/2008

American Home Mortgage

Account No:    98077-068M

Statement No:    19

First American Title Insurance Co.

Balance Due                                      $34,396.71

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

Page: 1
07/11/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-072M
Statement No:    19

Attn: Alan Horn

Velazquez & Associates

| | | | Hours | |
|---|---|---|---|---|
| 05/05/2008 | | | | |
| | DMS | telephone conference with J. Kalas (.4) review loan files and send documents to J. Kalas (.9); draft and send memo to R. Cohen regarding title claim (.5); | 1.80 | |
| | KDT | review correspondence re settlement of Antoine Loan (.1); review Antoine file for certain closing documents (.2) analyze and compile documents in support of Antoine claims (.6); | 0.90 | |
| | | For Current Services Rendered | 2.70 | 1,021.50 |
| | | Total Current Work | | 1,021.50 |
| | | Balance Due | | $1,021.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

Page: 1
07/11/2008
American Home Mortgage
538 Broadhollow Road
Melville NY 11747                                   Account No:    98077-073M
                                                   Statement No:          18

Attn: Alan Horn


Sohmer


|  | | Hours | |
|---|---|---|---|
| **05/13/2008** | | | |
| NWH | review/revise proposed motion to enlarge time to object to dischargeability (.2); emails to/from co-defense counsel re: same (.2); telephone call to local counsel re: same (.2); email to local counsel re: billing questions for this matter (.2); | 0.80 | |
| **05/15/2008** | | | |
| NWH | emails to/from other lenders' counsel re: status of settlement and possibility of joint press release with AG's office re: settlement agreement, if approved; | 0.60 | |
| | For Current Services Rendered | 1.40 | 357.00 |
| | Photocopy Expenses | | 1.70 |
| | Total Expenses Posted Through 05/31/2008 | | 1.70 |
| | Total Current Work | | 358.70 |
| | Balance Due | | $358.70 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Sohmer

Page: 2
07/11/2008
Account No:    98077-073M
Statement No:    18

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
07/11/2008
Account No:    98077-079M
Statement No:    12

Rush v. American Home

|  |  | Hours |  |
|---|---|---|---|
| **05/22/2008** |  |  |  |
| NWH | email from/to R. Solomon re: proceeding with foreclosure (.2); | 0.20 |  |
| **05/27/2008** |  |  |  |
| NWH | review email from R. Solomon (.2); prepare for/ telephone conference with D. Souders and R. Solomon re: possible foreclosure proceeding against Rush (.3); | 0.50 |  |
|  | For Current Services Rendered | 0.70 | 178.50 |
|  | Total Current Work |  | 178.50 |
|  | Balance Due |  | $178.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

Page: 1
American Home Mortgage                                        07/11/2008
538 Broadhollow Road                    Account No:    98077-085M
Melville  NY  11747                     Statement No:           8

Attn: Alan Horn

Beard

| | | | Hours | |
|---|---|---|---|---|
| 05/29/2008 | | | | |
| | BEA | investigation into status (.5); draft notice of bankruptcy (.3); telephone conference with plaintiff's counsel (.5); | 1.30 | |
| 05/30/2008 | | | | |
| | BEA | telephone conference with plaintiff's counsel re: filing (.3); telephone call to and from judge's chambers (.5); | 0.80 | |
| | | For Current Services Rendered | 2.10 | 850.50 |
| | | Total Current Work | | 850.50 |
| | | Balance Due | | $850.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
Tel. 202 628 2000
Fax 202 628 2011
Federal Tax ID: 52-1779483

INVOICE PERIOD:    MAY    2008

Page: 1
07/11/2008

American Home Mortgage
538 Broadhollow Road                    Account No:    98077-089M
Melville NY 11747                       Statement No:           14

Attn: Alan Horn

Post Petition Representation

|  |  |  | Hours |
|---|---|---|---|
| 05/01/2008 | | | |
| | MEH | discussion with H. Richards regarding name change of American Home Mortgage Servicing, Inc. (0.1); draft letter to state regulators regarding name change (0.6); draft lost license affidavits for state licenses (0.8); revise lost license affidavits (0.3); revise letter to state regulators (0.1); | 1.90 |
| | MMJ | prepare MS Mortgage Company License Application (2.2); telephone conference with J. Kalas and H. Richards re: license surrenders, license renewals, annual reports (0.4); draft e-mail to J. Kalas re: upcoming renewals and annual reports (1.1); prepare TX Franchise Tax Report (1.0); | 4.70 |
| | HJR | draft email to J. Kalas re: lost license affidavits (0.1); review/revise letter to state regulator re: name change (0.3); draft email to J. Kalas re: ME license surrender (0.3); review/revise NJ final reports (2.0); draft email to J. Kalas re: same (0.2); telephone conference with J. Kalas, M. Jewett re: licensing update (0.5); research MS law re: license exemptions (0.8); | 4.20 |
| | VTL | meeting with K. Ball re: status and calculation of payments for fee applications (.3); | 0.30 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
Tel 202 628 2000
Fax 202 628 2011
Federal Tax ID: 52-1779483

Page: 2
07/11/2008

American Home Mortgage

Account No:    98077-089M
Statement No:          14

Post Petition Representation

|  |  | Hours |
|---|---|---|
| **05/02/2008** | | |
| HJR | review/revise TX franchise tax report forms (.0.2); review/revise AHM SV licensing chart (0.4); | 0.60 |
| **05/05/2008** | | |
| MMJ | draft e-mail to insurance company re: MS surety bond request (0.3); | 0.30 |
| **05/06/2008** | | |
| MMJ | revise TX Franchise Tax Report (0.7); | 0.70 |
| **05/07/2008** | | |
| HJR | telephone call from J. Kalas re: foreign qualification renewals (0.2) ; review various materials re: name change (0.3); draft email to N. Moon re: surety bond riders (0.2); | 0.70 |
| **05/08/2008** | | |
| BEA | analysis of letter from attorney for Hughes (.4); telephone message to attorney for Keblin (.3); | 0.70 |
| HJR | draft letter to TN regulator re: AHM SV, Inc. license surrender (1.0); review letter to TN regulator re: same (0.2); telephone conference with J. Kalas, M. Jewett re: weekly status update (0.5); | 1.70 |
| **05/09/2008** | | |
| HJR | research MS, KY law re: license exemptions (0.2); draft email to J. Kalas re: same (0.1); | 0.30 |
| **05/13/2008** | | |
| HCH | draft letter to regulators re: AHMS license surrender (2.3); prepare and submit same (.5); | 2.80 |
| HJR | review/revise letter to NC regulator re: license surrender (0.3); review letters to WI, SD, OH, TN regulators re: | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
07/11/2008
Account No: 98077-089M
Statement No: 14

Post Petition Representation

|  |  |  | Hours |
|---|---|---|---|
|  | same; (0.2) confer with H. Hutchings re: license surrender letters (0.1); | | 0.60 |
| JDS | legal research re: FTC actions for violations of privacy safeguarding obligations (0.7); draft email to N. Grow re: same; (.03); | | 1.00 |
| **05/14/2008** | | | |
| DEM | prepare check request re: various state name change fees (.4); | | 0.40 |
| HJR | draft letter to MI regulator re: name change (0.5); review letter to AR regulator re: license surrender (0.1); confer with H. Hutchings re: same (0.1); | | 0.70 |
| HCH | draft letter to states re: potential license surrender for maintaining MSRs (.3); | | 0.30 |
| **05/15/2008** | | | |
| DEM | prepare name change filings for CA, GA, ME, MN, PA, and UT(3.3); draft letters to state regulators re: same (1.0); revise and finalize UT name change filing (.1); revise and finalize letter to UT regulator re: same (.2); | | 4.60 |
| HJR | telephone conference with D. Souders, J. Kalas re: project update (0.4); review letters to UT, CA, PA regulators re: name change (0.2); | | 0.60 |
| **05/16/2008** | | | |
| HCH | prepare and submit letter to state regulators re: potential license surrender for MSRs (2.0); | | 2.00 |
| DEM | revise letters to CA, GA, ME, MN, and PA regulators re: name change filings (.3); | | 0.30 |
| **05/17/2008** | | | |
| DMS | review and revise eighth fee petition (.9); | | 0.90 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 4
07/11/2008
Account No:    98077-089M
Statement No:              14

|  |  |  | Hours |
|---|---|---|---|
| **05/19/2008** | | | |
| | DEM | finalize letters to CA, and PA regulators re: name change filings (.9); | 0.90 |
| | HJR | review/draft email to J. Kalas re: CA license surrender/name change (0.2); draft letter to CA regulator re: license surrender (0.6); finalized and submitted same (0.1); draft letter to KS regulator re: compliance inquiry (1.0); | 1.90 |
| | VTL | preparation of WBSK's Eighth Fee Application (1.4); electronic correspondence with M. Whiteman re: WBSK's Eighth Fee Application (.1); | 1.50 |
| **05/20/2008** | | | |
| | HJR | draft emails to J. Kalas re: name change, license surrender filings (.4); review/revise letter KS regulator re: compliance issue - license inquiry (.5); draft email to J. Kalas re: same (.2); | 1.10 |
| | BEA | draft memo to J. Kalas re: status of outstanding matters (.9); investigation (.7); | 1.60 |
| **05/21/2008** | | | |
| | HJR | draft letter to NJ regulator re: license surrender (0.9); review/revise letter to KS regulator re: licensable activity (0.6); finalized and submitted same (0.1); | 1.60 |
| **05/22/2008** | | | |
| | HJR | draft letters to ID, ME, NM, PA, UT regulators re: license surrender requests (2.2); finalized and submitted same (0.1); | 2.30 |
| | DEM | provide chart re: name change (.1); | 0.10 |
| **05/23/2008** | | | |
| | HJR | telephone call to J. Kalas re: surrender letters (0.2); draft emails to J. Kalas re: same (0.2); draft email to J. Kalas | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 5
07/11/2008
Account No:    98077-089M
Statement No:    14

|  |  | Hours |  |
|---|---|---|---|
|  | re: status update/licensing fees (0.8); review/revise chart re: same (0.6); | 1.80 |  |
| VTL | review docket to determine status of WBSK's 8th Fee Application (.1); electronic correspondence to M. Whiteman re: status of WBSK's 8th Fee Application (.1); | 0.20 |  |
| 05/27/2008 |  |  |  |
| HJR | review NH, OR license surrender correspondence (0.1); draft email to J. Kalas re: same (0.2); | 0.30 |  |
| 05/29/2008 |  |  |  |
| MMJ | review OR regulator website re: status of license surrender (0.1); | 0.10 |  |
| HJR | draft email to J. Kalas re: UT license surrender (0.2); | 0.20 |  |
|  | For Current Services Rendered | 43.90 | 10,005.50 |

| | |
|---|---|
| Photocopy Expenses | 118.30 |
| Express Mail/Federal Express Charges | 511.68 |
| Postage Expenses | 2.10 |
| Lexis/Westlaw Research | 16.69 |
| Total Expenses Posted Through 05/31/2008 | 648.77 |
| Total Current Work | 10,654.27 |
| Balance Due | $10,654.27 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MAY    2008

Page: 1
07/11/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-092M
Statement No:            6

Attn: Alan Horn

Cauthorne

|  |  |  |
|---|---|---:|
|  | Previous Balance before Adjustments | $1,000.40 |
| 07/11/2008 | Write-off of accounts receivable. | -505.50 |
|  | Previous Balance | $494.90 |
|  | Balance Due | $494.90 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# EXHIBIT B

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC  20005
United States

Voice:    202-546-5468
Fax:      202-408-9528

**Invoice Number:**
24965

**Invoice Date:**
Apr 30, 2008

**Page:**
1

Sold To:                          Ship to:
  Ms. Hazel Berkoh
  Weiner, Brodsky et al
  1300 19th St., NW  5th Fl
  Washington,, DC  20036-1609

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 97077.068 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 1009 | Hand Deliver | 4/30/08 | 5/30/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 3365 images blown back from 30 pdf files @ .095/image(1x) | | 319.68 |

| | |
|---|---|
| Subtotal | 319.68 |
| Sales Tax | 18.38 |
| Total Invoice Amount | 338.06 |
| Payment/Credit Applied | |
| **TOTAL** | 338.06 |

Check/Credit Memo No:

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC  20005
United States

Invoice Number:
24953

Invoice Date:
Apr 30, 2008

Voice:    202-546-5468
Fax:      202-408-9528

Page:
1

Sold To:
Ms. Hazel Berkoh
Weiner, Brodsky et al
1300 19th St., NW  5th Fl
Washington,, DC  20036-1609

Ship to:

5/23/08

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 98077.068 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 1009 | Hand Deliver | 4/28/08 | 5/30/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 12,792 images blown back @ .09/image(2x)(AHM-FATCO 000001-006396) | | 1,151.28 |

| | |
|---|---|
| Subtotal | 1,151.28 |
| Sales Tax | 66.20 |
| Total Invoice Amount | 1,217.48 |
| Payment/Credit Applied | |
| **TOTAL** | 1,217.48 |

Check/Credit Memo No:

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC  20005
United States

Voice:   202-546-5468
Fax:     202-408-9528

Invoice Number:
24929

Invoice Date:
Apr 30, 2008

Page:
1

Sold To:
Ms. Hazel Berkoh
Weiner, Brodsky et al
1300 19th St., NW  5th Fl
Washington,, DC  20036-1609

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 98077.068 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 1009 | Hand Deliver | 4/18/08 | 5/30/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 4867 images blown back @ .09/image(1x) | | 438.03 |

OK to pay
[signature]  5/19/08

|  | |
|---|---|
| Subtotal | 438.03 |
| Sales Tax | 25.19 |
| Total Invoice Amount | 463.22 |
| Payment/Credit Applied | |
| **TOTAL** | 463.22 |

Check/Credit Memo No:

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC 20005
United States

Voice: 202-546-5468
Fax: 202-408-9528

Invoice Number:
24904

Invoice Date:
Apr 30, 2008

Page:
1

Sold To:
Ms. Hazel Berkoh
Weiner, Brodsky et al
1300 19th St., NW  5th Fl
Washington,, DC  20036-1609

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 98077.068 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 1009 | Hand Deliver | 4/14/08 | 5/30/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 1529 pages scanned @ .11/page | | 168.19 |
| | | 1529 electronic bates numbers | | 53.52 |
| | | embedded @ .035/number(AHM-FATCO | | |
| | | 004868-006396) | | |
| | | 1529 images blown back @ | | 137.61 |
| | | .09/image(1x) | | |
| | | 6 CD's burned @ $10/CD | | 60.00 |

OKG
98077.068
5/13/08

| | |
|---|---|
| Subtotal | 419.32 |
| Sales Tax | 24.11 |
| Total Invoice Amount | 443.43 |
| Payment/Credit Applied | |
| **TOTAL** | 443.43 |

Check/Credit Memo No: