IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
                                                                   :
    Debtors.                                                       : Ref. Docket No. 5186
------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO FEDERAL BANKRUPTCY RULE 9019(a) AND SECTIONS 105(a), 362 AND 363 OF THE BANKRUPTCY CODE FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION OF SETTLEMENT AMONG (I) THE DEBTORS, (II) BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, AND (III) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On July 18, 2008, the above captioned debtors and debtors-in-possession (the "Debtors") filed their *Motion For An Order Shortening The Time For Notice Of The Hearing To Consider Debtors' Motion Pursuant To Federal Bankruptcy Rule 9019(A) And Sections 105(A), 362 And 363 Of The Bankruptcy Code For An Order Approving And Authorizing The Stipulation Of Settlement Among (I) The Debtors, (II) Bank Of America, N.A., As Administrative Agent, And (III) The Official Committee Of Unsecured Creditors* [Docket No. 5186] (the "Motion to Shorten"). Attached to the Motion to Shorten was a proposed form of order granting the Motion to Shorten (the "Original Order"). Unfortunately, the title of the Original Order contained a reference to the incorrect pleading. The Court entered the Original Order on July 22, 2008 [Docket No. 5189].

The Debtors submit the proposed form of order attached hereto as Exhibit A (the "Revised Order") which corrects the error in the title of the Original Order but otherwise leaves the Original Order unchanged.

DB02:7002939.1                                                                                              066585.1001

WHEREFORE, the Debtors respectfully request that the Court vacate the Original Order and enter the Revised Order upon the Motion to Shorten at its earliest convenience and without further notice or hearing.

Dated: Wilmington, Delaware
      July 22, 2008

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      */s/ Ryan M. Bartley*
                                      James L. Patton, Jr. (No. 2202)
                                      Robert S. Brady (No. 2847)
                                      Sean M. Beach (No. 4070)
                                      Ryan M. Bartley (No. 4985)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and Debtors in Possession

## EXHIBIT A

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :    Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                       :
                                                                      :    Jointly Administered
                                                                      :
    Debtors.                                                          :    Ref. Docket No. 5186
--------------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO FEDERAL BANKRUPTCY RULE 9019(a) AND SECTIONS 105(a), 362 AND 363 OF THE BANKRUPTCY CODE FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION OF SETTLEMENT AMONG (I) THE DEBTORS, (II) BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, AND (III) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the *Motion For An Order Shortening The Time For Notice Of The Hearing To Consider Debtors' Motion Pursuant To Federal Bankruptcy Rule 9019(A) And Sections 105(A), 362 And 363 Of The Bankruptcy Code For An Order Approving And Authorizing The Stipulation Of Settlement Among (I) The Debtors, (II) Bank Of America, N.A., As Administrative Agent, And (III) The Official Committee Of Unsecured Creditors* (the "Motion to Shorten"),[1] pursuant to Rules 2002, and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure, and Rules 2002-1(b) and 9006-1(c) and (e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of the Debtors' estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

DB02:7002929.1                                                                                                       066585.1001

2

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing on the Motion will be held on August 5, 2008 at 3:00 p.m. (ET), and that the deadline to file any responses to the Motion shall be August 1, 2008 at 4:00 p.m. (ET); and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: July ___, 2008
       Wilmington, Delaware

                                                                  Christopher S. Sontchi
                                                                  United States Bankruptcy Judge