# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
|  | ) |
| Debtors. | ) Obj. Deadline: July 10, 2008 at 4:00 p.m. |
|  | ) Hearing Date: July 17, 2008 at 2:00 p.m. |
|  | ) |

## CERTIFICATION OF NO OBJECTION TO MOTION, RE: DOCKET NO. 4945

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the Motion of Brud Rossmann for Relief from

Stay and Supporting Memorandum of Law filed on June 27, 2008. The undersigned further

certifies that he has reviewed the Court's docket in this case as of July 16, 2008, and no answer,

objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of

Motion, objections to the Motion were to be filed and served no later than July 10, 2008 at 4:00

p.m.

It is hereby respectfully requested that the Order attached to the Motion be

entered at the earliest convenience of the Court.

DATED: July 16, 2008

Brud Rossmann
Appearing Pro Se
114 Jefferson Heights #4
Catskill, NY 12414
518-719-1742
202-386-8223