**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) Obj. Deadline: July 10, 2008 at 4:00 p.m. |
| Debtors. | ) Hearing Date: July 17, 2008 at 2:00 p.m. |

FILED 2008 JUL 16 AM 11:57 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## DECLARATION OF BRUD ROSSMANN REGARDING CERTIFICATION OF NO OBJECTION – DOCKET NUMBER 4945

BRUD ROSSMANN, appearing in the instant action pro se, states the following under penalty of perjury, and as "true and correct to the best of his knowledge":

1. Rossmann has previously filed a Stay relief motion, his Motion of Brud Rossmann for Relief from Stay and Supporting Memorandum of Law. He now files a Certification of No Objection and declares that he has not electronically filed because he was previously informed by a court clerk that the e-filing system was unavailable to pro se litigants. A sworn statement to this effect is included as required by instruction of a court clerk given on June 24th.

2. Rossmann further declares that he is appearing pro se and lacks access to the CM/ECF system for electronic filing. Rossmann is not admitted in the District of Delaware Bankruptcy Court.

_/s/ Brud Rossmann_ 7/16/08
Brud Rossmann
Appearing Pro Se
114 Jefferson Heights #4
Catskill, NY 12414
518-719-1742
202-386-8223