IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| AMERICAN HOME MORTGAGE CORPORATION | ) | NO. 07-11047 |
| | ) | |
| Debtor | ) | CHAPTER 11 |
| | ) | |
| | ) | JUDGE: Christopher S. Sontchi |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW CitiMortgage, Inc., a secured creditor holding a Security Deed on real property commonly known as 13515 Evergreen Road, Detroit, MI and withdraws the following Proof of Claim:

Creditor Name: CitiMortgage, Inc.

Proof of Claim Number: 1514

Proof of Claim Filed date: 09/25/2007

Secured Claim amount: $89,468.09

Arrearage Claim amount: $0.00

CitiMortgage, Inc. requests that the Trustee withdraw the claim.

This 23rd day of July, 2008.

_____
John D. Schlotter
Georgia Bar No. 629456
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| AMERICAN HOME MORTGAGE CORPORATION | ) | NO. 07-11047 |
| | ) | |
| Debtor | ) | CHAPTER 11 |
| | ) | |
| | ) | JUDGE: Christopher S. Sontchi |

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all other parties (or the parties themselves if not represented by counsel) in the foregoing matter with a copy of this withdrawal of Proof of Claim by depositing copies in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon addressed as follows:

American Home Mortgage Corporation
538 Broadhollow Road
Melville, NY  11747

Pauline K. Morgan, Esq.
1000 West Street 17th Floor
PO Box 391
Wilmington, DE  19899

This 23rd day of July, 2008.

John D. Schlotter
Georgia Bar No. 629456
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148

File No. FNM-07-13891-2