AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
MAY 1 - 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 0.30 | $184.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 1.80 | $1,080.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 4.20 | $2,436.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 38.10 | $16,002.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $275.00 | 6.70 | $1,842.50 |
| Senese, K. | Paralegal | $225.00 | 22.40 | $5,040.00 |
| Grand Total: | | | 73.50 | **$26,585.00** |
| Blended Rate: | | | | $361.70 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
MAY 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 2.30 | $595.50 |
| 2 | Other Professionals' Fee/Employment Issues | 13.80 | $4,298.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.40 | $148.50 |
| 4 | Claims Analysis and Objections | 7.90 | $2,986.50 |
| 5 | Committee Business and Meetings | 7.20 | $2,874.00 |
| 6 | Case Administration | 7.10 | $1,597.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.60 | $232.50 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 6.30 | $2,646.00 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 4.50 | $2,562.00 |
| 13 | Stay Relief Issues | 2.10 | $628.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.20 | $84.00 |
| 17 | Hearings - Attendance/Preparation | 9.20 | $3,840.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | 2.20 | $924.00 |
| 21 | Adversary Litigation | 9.70 | $3,168.00 |
| | **TOTALS** | **73.50** | **$26,585.00** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
MAY 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $5.07 |
| Reproduction of Documents | In-House @ $.10/copy | $181.90 |
| Record/Docket Searches | | $323.36 |
| Westlaw | | $37.92 |
| Courier and Express Services | Federal Express | $176.13 |
| Hand Delivery | Parcels | $15.00 |
| Travel Expense | D. Carickhoff | $312.00 |
| **TOTAL** | | **$1,051.38** |