# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### MAY 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 2.30 | $595.50 |
| 2 | Other Professionals' Fee/Employment Issues | 13.80 | $4,298.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.40 | $148.50 |
| 4 | Claims Analysis and Objections | 7.90 | $2,986.50 |
| 5 | Committee Business and Meetings | 7.20 | $2,874.00 |
| 6 | Case Administration | 7.10 | $1,597.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.60 | $232.50 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 6.30 | $2,646.00 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 4.50 | $2,562.00 |
| 13 | Stay Relief Issues | 2.10 | $628.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.20 | $84.00 |
| 17 | Hearings - Attendance/Preparation | 9.20 | $3,840.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | 2.20 | $924.00 |
| 21 | Adversary Litigation | 9.70 | $3,168.00 |
| | TOTALS | 73.50 | $26,585.00 |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 01 | | | | |
| May 01 08 | REVIEW DETAILED EXPENSE REPORT SUBMITTED IN CONNECTION WITH BLANK ROME'S FEBRUARY MONTHLY FEE APPLICATION WITH RESPECT TO A WORD PROCESSING ENTRY POINTED OUT BY THE OFFICE OF THE UST; E-MAIL EXCHANGES WITH D. CARICKHOFF REGARDING W/O OF ENTRY AND FILING PROCEDURE FOR REVISED EXHIBIT; DRAFT NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT B; ORGANIZE REVISED DETAILED REPORT REFLECTING W/ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.50 | $112.50 |
| May 02 08 | FINALIZE NOTICE OF FILING SUPPLEMENT EXHIBIT B TO BLANK ROME'S SEVENTH MONTHLY FEE APPLICATION; DISTRIBUTE TO D. CARICKHOFF FOR FURTHER REVIEW AND E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| May 02 08 | E-FILE SUPPLEMENTAL EXHIBIT B TO BLANK ROME'S SEVENTH MONTHLY FEE APPLICATION; E-MAIL COURTESY COPY TO B. ANEMONE (UST); SERVICE OF A COPY OF THE SUPPLEMENTAL EXHIBIT UPON ALL REVIEWING PARTIES VIA OVERNIGHT MAIL | SENESE | 0.40 | $90.00 |
| May 02 08 | REVIEW AND REVISE SUPPLEMENT TO BLANK ROME'S FEE APPLICATION | CARICKHOFF | 0.40 | $168.00 |
| May 13 08 | REVIEW, EDIT AND CODE BLANK ROME'S MARCH PROFORMA | SENESE | 0.30 | $67.50 |
| May 19 08 | REVIEW CURRENT DOCKET TO DETERMINE NO OBJECTIONS FILED WITH RESPECT TO BLANK ROME'S SEVENTH MONTHLY FEE APPLICATION; REVIEW E-MAIL EXCHANGES BETWEEN D. CARICKHOFF AND UST'S OFFICE; DRAFT CERTIFICATE OF NO OBJECTION (INCLUDING LANGUAGE CONFIRMING BLANK ROME'S VOLUNTARY REDUCTION OF COSTS BASED ON INFORMAL COMMENTS BY UST) AND DISTRIBUTE TO B. FATELL FOR E-FILING APPROVAL | SENESE | 0.50 | $112.50 |
| PROJECT CODE TOTALS 01 | TOTAL VALUE: | $595.50 | 2.30 | |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 02 | | | | |
| May 01 08 | DISCUSSION WITH I. BAUMGARTEN REGARDING OCP STATUS AND RELATED ISSUES | ECKSTEIN | 0.10 | $61.50 |
| May 01 08 | REVIEW BDO'S 6TH MONTHLY FEE APPLICATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; DISTRIBUTE TO B. FATELL FOR REVIEW AND E-FILING APPROVAL; PREPARE FOR SERVICE OF NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.40 | $90.00 |
| May 02 08 | REVIEW AND DISTRIBUTE THE FEE APPLICATION OF CERTAIN OF DEBTORS' PROFESSIONALS; MODIFY CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES | SENESE | 0.20 | $45.00 |
| May 02 08 | REVIEW AND DISTRIBUTE ORDER APPROVING RETENTION APPLICATION FOR CONFLICTS COUNSEL FOR COMMITTEE AND SPECIAL COUNSEL FOR DEBTORS | SENESE | 0.10 | $22.50 |
| May 02 08 | REVIEW DOCKET TO CONFIRM NO OBJECTIONS TO BDO'S FIFTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH REGARD TO SAME; DISTRIBUTE TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| May 02 08 | E-FILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S FIFTH MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| May 02 08 | E-FILE BDO'S SIXTH MONTHLY FEE APPLICATION (.1); SERVICE OF THE APPLICATION UPON THE REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF THE NOTICE, ONLY, UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (1.1) | SENESE | 1.20 | $270.00 |
| May 02 08 | REVIEW AND REVISE CNO FOR BDOS 5TH MONTHLY FEE APPLICATION | CARICKHOFF | 0.20 | $84.00 |
| May 08 08 | REVIEW BI-MONTHLY FEE UPDATE SUMMARIZING PROFESSIONAL FEE APPLICATIONS FILED IN FIRST HALF OF APRIL | CARICKHOFF | 0.40 | $168.00 |
| May 15 08 | ATTENTION TO REQUESTS FOR COMMENTS REGARDING OCP INVOICES; OFFICE CONFERENCE WITH I. BAUMGARTEN REGARDING SAME | ECKSTEIN | 0.20 | $123.00 |
| May 15 08 | CONFERENCE WITH I. BAUMGARTEN; REVIEW AND ANALYZE MONTHLY FEE APPLICATIONS FOR ORDINARY COURSE PROFESSIONALS | STEWART | 2.90 | $797.50 |
| May 16 08 | REVIEW AND DISTRIBUTE CERTAIN OF DEBTORS' PROFESSIONAL'S FEE APPLICATION | SENESE | 0.10 | $22.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| May 19 08 | E-MAIL EXCHANGES WITH J. SMITH (HAHN) REGARDING M. POWER'S DETERMINATION THAT REED SMITH CAN SEEK REIMBURSEMENT OF EXPENSES; E-MAIL TO B. FATELL REGARDING TIMEFRAME FOR HER REVIEW AND E-FILING APPROVAL OF THE COMMITTEE EXPENSE REIMBURSEMENT APPLICATION | SENESE | 0.10 | $22.50 |
| May 20 08 | REVIEW NORTHWEST TRUSTEE SVCS. CERTIFICATIONS OF COUNSEL REGARDING INCREMENTAL AMOUNTS FOR JANUARY AND FEBRUARY | CARICKHOFF | 0.20 | $84.00 |
| May 20 08 | REVIEW QUINN EMANUAL FEBRUARY FEE APPLICATION | CARICKHOFF | 0.40 | $168.00 |
| May 21 08 | REVIEW AND DISTRIBUTE MONTHLY FEE APPLICATION OF CERTAIN OF DEBTORS' PROFESSIONALS; MODIFY CALENDAR TO REFLECT OBJECTION DEADLINE(S) | SENESE | 0.10 | $22.50 |
| May 21 08 | REVIEW JOINT BRIEF IN OPPOSITION TO DISPUTED EXPENSES OF NORTHWEST TRUSTEE SVCS. AND PROVIDE COMMENTS TO SAME; E-MAILS WITH CO-COUNSEL AND DEBTORS' COUNSEL REGARDING SAME | CARICKHOFF | 2.20 | $924.00 |
| May 22 08 | REVIEW US TRUSTEE'S BRIEF IN OPPOSITION TO NORTHWEST TRUSTEE SVCS. REQUEST FOR PAYMENT OF EXPENSES INCURRED PRE-PETITION | CARICKHOFF | 0.40 | $168.00 |
| May 23 08 | REVIEW AND ANALYZE FEE APPLICATIONS OF ORDINARY COURSE PROFESSIONALS | STEWART | 2.40 | $660.00 |
| May 28 08 | REVIEW BDO'S MONTHLY FEE APPLICATION; PREPARE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FINALIZE DOCUMENTS AND DISTRIBUTE TO B. FATELL FOR REVIEW AND E-FILING APPROVAL; PREPARE FOR SERVICE OF APPLICATION PACKAGE VIA OVERNIGHT MAIL AND FOR SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.40 | $90.00 |
| May 29 08 | REVIEW AND DISTRIBUTE FEE APPLICATIONS FILED ON BEHALF OF CERTAIN OF DEBTORS' PROFESSIONALS | SENESE | 0.10 | $22.50 |
| May 29 08 | REVIEW AND ANALYZE FEE REQUESTS FOR ORDINARY COURSE PROFESSIONALS | STEWART | 1.40 | $385.00 |

PROJECT CODE TOTALS  02                    TOTAL VALUE:   $4,298.00    13.80

Project Code 3

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 03 | | | | |
| May 21 08 | REVIEW AND DISTRIBUTE DEBTORS' TENTH MOTION TO REJECT; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| May 22 08 | REVIEW DEBTORS' MOTION TO REJECT APARTMENT LEASE EFFECTIVE MAY 31, 2008 | CARICKHOFF | 0.30 | $126.00 |

PROJECT CODE TOTALS  03          TOTAL VALUE:    $148.50     0.40

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 04 | | | | |
| May 01 08 | REVIEW DEBTORS' 5TH AND 6TH OMNIBUS OBJECTIONS TO CLAIMS | CARICKHOFF | 1.00 | $420.00 |
| May 13 08 | REVIEW AND DISTRIBUTE DEBTORS' SEVENTH AND EIGHTH OMNIBUS OBJECTION TO CLAIMS; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| May 16 08 | REVIEW AND DISTRIBUTE MULTIPLE RESPONSES FILED TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS | SENESE | 0.20 | $45.00 |
| May 19 08 | REVIEW DEBTORS' 8TH OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.50 | $210.00 |
| May 21 08 | REVIEW AND DISTRIBUTE TWO MOTIONS SEEKING APPROVAL TO FILE LATE CLAIM(S); UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINE AND HEARING DATES/TIMES | SENESE | 0.10 | $22.50 |
| May 21 08 | REVIEW AND DISTRIBUTE SEVERAL RESPONSES TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS | SENESE | 0.10 | $22.50 |
| May 22 08 | REVIEW RIVER PARK EXEC. SUITES RESPONSE TO CLAIM OBJECTION AND MOTION TO FILE LATE PROOF OF CLAIM | CARICKHOFF | 0.40 | $168.00 |
| May 22 08 | REVIEW SAM HAGE MOTION TO FILE LATE PROOF OF CLAIM | CARICKHOFF | 0.40 | $168.00 |
| May 22 08 | REVIEW MCLAIN PARTNERS II, LLC'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM; REVIEW DEBTORS' OBJECTION TO SAME; FINALIZE COMMITTEE'S JOINDER TO SAME | CARICKHOFF | 1.20 | $504.00 |
| May 25 08 | REVIEW AND DISTRIBUTE NUMEROUS OBJECTIONS/RESPONSES TO DEBTORS' OMNIBUS OBJECTION TO CLAIMS | SENESE | 0.70 | $157.50 |
| May 25 08 | PREPARE FOR AND OVERSEE SERVICE OF COMMITTEE'S JOINDER TO DEBTORS' OBJECTION TO MCLAIN PARTNERS' ADMIN EXPENSE CLAIM MOTION | SENESE | 0.20 | $45.00 |
| May 27 08 | REVIEW DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (EQUITY INTERESTS) | CARICKHOFF | 0.40 | $168.00 |
| May 27 08 | REVIEW AND ANALYZE AH MORTGAGE ACQUISITION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM ARISING UNDER APA | CARICKHOFF | 1.20 | $504.00 |
| May 27 08 | FINALIZE OBJECTION TO RIVER PARK'S MOTION TO FILE LATE PROOF OF CLAIM; E-MAILS REGARDING SAME | CARICKHOFF | 1.10 | $462.00 |
| May 28 08 | REVIEW E-FILED COMMITTEE OBJECTION TO RIVER | SENESE | 0.30 | $67.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|

PARK EXECUTIVE SUITE'S MOTION FOR LEAVE TO FILE
CLAIM; REVIEW RELATED MOTION AND NOTICE THEREOF
AND SERVE OBJECTION ACCORDINGLY

PROJECT CODE TOTALS 04          TOTAL VALUE:   $2,986.50     7.90

Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 05 | | | | |
| May 01 08 | REVIEW BDO REPORT | FATELL | 0.30 | $180.00 |
| May 01 08 | COMMITTEE TELEPHONIC MEETING | FATELL | 0.60 | $360.00 |
| May 01 08 | REVIEW BDO UPDATE (.5); ATTEND COMMITTEE TELEPHONIC MEETING (.6) | CARICKHOFF | 1.10 | $462.00 |
| May 02 08 | REVIEW DRAFT AFFIDAVIT WITH RESPECT TO EXPENSE(S) INCURRED BY MEMBERS OF COMMITTEE; E-MAIL EXCHANGE WITH J. SMITH (HAHN & HESSEN) REGARDING FORM OF EXPENSE REIMBURSEMENT APPLICATION PURSUANT TO LOCAL DELAWARE RULES/PROCEDURES; E-MAIL TO D. CARICKHOFF | SENESE | 0.20 | $45.00 |
| May 13 08 | E-MAIL EXCHANGE WITH J. SMITH (HAHN) REGARDING COUNSEL TO BANK OF NEW YORK'S ENTITLEMENT TO RECOUP COSTS; SUBSEQUENT E-MAIL EXCHANGES WITH B. FATELL AND D. CARICKHOFF REGARDING SAME; QUICK GLANCE AT CASH COLLATERAL PLEADINGS | SENESE | 0.20 | $45.00 |
| May 15 08 | REVIEW BDO MEMO IN PREPARATION FOR COMMITTEE CALL (0.5); COMMITTEE MEETING (1.2) | CARICKHOFF | 1.70 | $714.00 |
| May 16 08 | REVIEW HAHN'S DRAFT COMMITTEE'S FIRST EXPENSE REIMBURSEMENT APPLICATION AND RELATED NOTICE AND AFFIDAVIT DOCUMENTATION; FINALIZE APPLICATION AND NOTICE AND ORGANIZE EXHIBITS FOR E-FILING PURPOSES; DISTRIBUTE TO D. CARICKHOFF AND B. FATELL FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.40 | $90.00 |
| May 19 08 | REVISE COMMITTEE'S FIRST APPLICATION FOR REIMBURSEMENT OF EXPENSES AND NOTICE THEREOF AND ORGANIZE/FORMAT RELATED EXHIBIT MATERIALS; E-FILE SAME; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND OVERSEE SERVICE OF THE NOTICE , ONLY, UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| May 29 08 | REVIEW BDO UPDATE (.5); ATTEND COMMITTEE MEETING (1.4) | CARICKHOFF | 1.90 | $798.00 |
| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $2,874.00 | 7.20 | |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| May 02 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| May 06 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| May 06 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE | SENESE | 0.10 | $22.50 |
| May 08 08 | REVIEW AND DISTRIBUTION OF CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.50 | $112.50 |
| May 09 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| May 09 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| May 12 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| May 12 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| May 13 08 | REVISE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF TWO WITHDRAWALS OF APPEARANCE | SENESE | 0.10 | $22.50 |
| May 13 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| May 15 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.60 | $135.00 |
| May 16 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| May 18 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| May 19 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD MAY 1, 2008 | SENESE | 0.10 | $22.50 |
| May 19 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| May 20 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD APRIL 24, 2008 | SENESE | 0.10 | $22.50 |
| May 20 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| May 21 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| May 25 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| May 25 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUESTS FOR SERVICE | SENESE | 0.10 | $22.50 |
| May 27 08 | UPDATE CALENDAR (EXTENSIVE), DISTRIBUTE | SENESE | 1.20 | $270.00 |
| May 27 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.10 | $22.50 |
| May 28 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF A CERTAIN PLEADING LISTED THEREON | SENESE | 0.10 | $22.50 |
| May 29 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.10 | $22.50 |
| May 30 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF MAY 23, 2008 HEARING | SENESE | 0.10 | $22.50 |

PROJECT CODE TOTALS  06                      TOTAL VALUE:    $1,597.50    7.10

Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 07 | | | | |
| May 21 08 | REVIEW AND DISTRIBUTE MOTION TO APPROVE FOURTH STIPULATION WITH ABN AMRO; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| May 22 08 | REVIEW DEBTORS' MOTION TO APPROVE 4TH STIPULATION WITH ABN AMRO REGARDING MAINTENANCE OF CONSTRUCTION LOAN SERVICING GROUP AND TERMS THEREOF | CARICKHOFF | 0.50 | $210.00 |
| PROJECT CODE TOTALS 07 | TOTAL VALUE: | $232.50 | 0.60 | |

Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 09 | | | | |
| May 13 08 | MEETING IN NYC WITH DEBTORS, YCST, KROLL, BDO AND CO-COUNSEL REGARDING PLAN ISSUES AND RELATED MATTERS | CARICKHOFF | 6.00 | $2,520.00 |
| May 22 08 | REVIEW CO-COUNSEL'S E-MAILS REGARDING NEGOTIATIONS WITH BANK OF AMERICA AND DEBTORS WITH RESPECT TO TERMS OF CHAPTER 11 PLAN | CARICKHOFF | 0.30 | $126.00 |
| PROJECT CODE TOTALS 09 | TOTAL VALUE: | $2,646.00 | 6.30 | |

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  12 | | | | |
| May 16 08 | REVIEW AGREEMENT; E-MAIL COUNSEL; E-MAIL B. FATELL | STORERO | 3.60 | $2,088.00 |
| May 21 08 | CONFERENCE WITH D. GRUBMAN; REVIEW AGREEMENT | STORERO | 0.60 | $348.00 |
| May 27 08 | REVIEW DEBTORS' NOTICE OF PROPOSED PURCHASER'S CURE AMOUNTS | CARICKHOFF | 0.30 | $126.00 |

PROJECT CODE TOTALS  12                    TOTAL VALUE:    $2,562.00        4.50

Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|
| PROJECT CODE: 13 | | | | |
| May 02 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF FROM STAY; UPDATE CALENDAR TO REFLECT THE RESPECTIVE OBJECTION DEADLINES AND HEARING DATE/TIME | SENESE | 0.30 | $67.50 |
| May 09 08 | REVIEW AND DISTRIBUTE SEVERAL MOTIONS FOR RELIEF FROM STAY; MODIFY CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATES AND TIME | SENESE | 0.20 | $45.00 |
| May 16 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF AND RELATED EXHIBIT DOCUMENTATION; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINE AND HEARING/DATE AND TIME | SENESE | 0.20 | $45.00 |
| May 21 08 | REVIEW LASALLE BANK STAY RELIEF MOTIONS | CARICKHOFF | 0.40 | $168.00 |
| May 22 08 | REVIEW VARIOUS STAY RELIEF MOTIONS FILED BY A. HILLER ON BEHALF OF VARIOUS CREDITORS | CARICKHOFF | 0.40 | $168.00 |
| May 25 08 | REVIEW AND DISTRIBUTE SEVERAL MOTIONS FOR RELIEF AND RELATED EXHIBIT DOCUMENTATION | SENESE | 0.40 | $90.00 |
| May 27 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF FROM STAY WITH RELATED EXHIBIT DOCUMENTATION; UPDATE CALENDAR TO REFLECT RESPECTIVE HEARING DATES/TIMES | SENESE | 0.20 | $45.00 |
| PROJECT CODE TOTALS 13 | TOTAL VALUE: | $628.50 | 2.10 | |

Project Code 16

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  16 | | | | |
| May 21 08 | REVIEW NOTICE OF SETTLEMENT WITH NEW YORK MORTGAGE CO. | CARICKHOFF | 0.20 | $84.00 |
| PROJECT CODE TOTALS  16 | TOTAL VALUE: | $84.00 | 0.20 | |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 17 | | | | |
| May 01 08 | REVIEW AMENDED AGENDA (.2); PREPARE FOR AND ATTEND HEARING (1.1) | CARICKHOFF | 1.30 | $546.00 |
| May 08 08 | REVIEW AND DISTRIBUTE AGENDA FOR MAY 12, 2008 HEARING | SENESE | 0.10 | $22.50 |
| May 08 08 | REVIEW AGENDA FOR MAY 12, 2008 HEARING | CARICKHOFF | 0.30 | $126.00 |
| May 12 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 1.00 | $420.00 |
| May 23 08 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON MAY 28, 2008 | SENESE | 0.10 | $22.50 |
| May 27 08 | FOLLOW UP REGARDING PREPARATION FOR THE MAY 28, 2008 HEARING; REVIEW AND DISTRIBUTE AMENDED AGENDA FOR HEARING ON MAY 28, 2008 | SENESE | 0.20 | $45.00 |
| May 27 08 | REVIEW AGENDA AND AMENDED AGENDA FOR MAY 27, 2008 HEARING | CARICKHOFF | 0.40 | $168.00 |
| May 28 08 | REPORT FROM D. CARICKHOFF REGARDING HEARING | FATELL | 0.30 | $180.00 |
| May 28 08 | PREPARE FOR AND ATTEND OMNIBUS HEARING | CARICKHOFF | 5.50 | $2,310.00 |
| PROJECT CODE TOTALS 17 | TOTAL VALUE: | $3,840.00 | 9.20 | |

Project Code 20

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  20 | | | | |
| May 13 08 | TRAVEL TO AND FROM NYC FOR MEETING WITH DEBTORS, YCST, KROLL, BDO AND CO-COUNSEL REGARDING PLAN ISSUES AND RELATED MATTERS | CARICKHOFF | 2.20 | $924.00 |
| PROJECT CODE TOTALS  20 | TOTAL VALUE: | $924.00 | 2.20 | |

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 21 | | | | |
| May 06 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND COPY OF CERTAIN PLEADINGS FOR EACH OF THE NINE PENDING ADVERSARY PROCEEDINGS | SENESE | 0.70 | $157.50 |
| May 07 08 | DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKET FOR EACH PENDING ADVERSARY, TOGETHER WITH A COPY OF CERTAIN OF THE PLEADINGS LISTED ON CERTAIN OF THE DOCKETS | SENESE | 0.80 | $180.00 |
| May 08 08 | REVIEW AND DISTRIBUTE COMPLAINT FILED BY COMMUNITY DEVELOPMENT ADMINISTRATION AND M&T BANK VERSUS AHM AND OTHER PARTIES; REVISE CALENDAR TO REFLECT ADDITIONAL ADVERSARY PROCEEDING AND STATUS THEREOF | SENESE | 0.20 | $45.00 |
| May 08 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON FOR EACH PENDING ADVERSARY PROCEEDING; UPDATE CALENDAR TO REFLECT RECENT ACTIVITY/DEADLINES WITH RESPECT TO ADVERSARIAL MATTERS | SENESE | 0.80 | $180.00 |
| May 09 08 | REVIEW AND DISTRIBUTE NATIXIS V AHM ET AL. COMPLAINT, TOGETHER WITH EXTENSIVE EXHIBIT DOCUMENTATION | SENESE | 0.20 | $45.00 |
| May 13 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS FOR EACH OF THE PENDING ADVERSARY PROCEEDINGS | SENESE | 0.50 | $112.50 |
| May 16 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD MAY 2, 2008 (BROADHOLLOW ADVERSARY MATTER) | SENESE | 0.10 | $22.50 |
| May 19 08 | REVIEW AND DISTRIBUTE TRANSCRIPT FOR HEARING HELD ON MAY 2, 2008 (BROADHOLLOW ADVERSARY PROCEEDING) | SENESE | 0.10 | $22.50 |
| May 19 08 | REVIEW TRANSCRIPT OF HEARING ON BANK OF AMERICA'S MOTION TO DISMISS BROADHOLLOW ACTION | CARICKHOFF | 0.60 | $252.00 |
| May 20 08 | E-MAIL FROM D. CARICKHOFF REGARDING STATUS OF ORDER APPROVING COMMITTEE'S MOTION TO INTERVENE; REVIEW DOCKET AND ARRANGE FOR A DUPLICATE COPY OF THE CERTIFICATE OF NO OBJECTION TO BE PREPARED FOR SUBMISSION TO CHAMBERS FOR CONSIDERATION (WARN ACT MATTER) | SENESE | 0.20 | $45.00 |
| May 20 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON FOR EACH OF THE PENDING ADVERSARY PROCEEDINGS | SENESE | 0.60 | $135.00 |
| May 20 08 | DRAFT SUMMARY OF OPEN ADVERSARY PROCEEDINGS | CARICKHOFF | 1.40 | $588.00 |
| May 22 08 | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT | CARICKHOFF | 0.40 | $168.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
|  | WITH FGIC REGARDING INSURANCE DISPUTE CONCERNING HELOC SECURITIZATION TRUSTS AND RESULTING IN DISMISSAL OF ADV. PRO. 07-51725 |  |  |  |
| May 22 08 | REVIEW REVISED SCHEDULING ORDER IN WARN ACT LITIGATION AND E-MAILS REGARDING SAME | CARICKHOFF | 0.30 | $126.00 |
| May 25 08 | REVIEW AND DISTRIBUTE ORDER AND OPINION DISMISSING LEHMAN ADVERSARY PROCEEDING | SENESE | 0.10 | $22.50 |
| May 27 08 | REVIEW CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING; DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON; UPDATE STATUS CHART WITH RESPECT TO PENDING ADVERSARIES | SENESE | 0.70 | $157.50 |
| May 27 08 | REVIEW OPINION AND ORDER REGARDING MOTION TO DISMISS DEBTOR'S COMPLAINT AGAINST LEHMAN BROS. | CARICKHOFF | 1.20 | $504.00 |
| May 28 08 | REVIEW STATUS OF ALL PENDING ADVERSARY PROCEEDINGS WITH R. KELBON | SENESE | 0.20 | $45.00 |
| May 29 08 | REVIEW COURT OPINION REGARDING LEHMAN REPO CLAIMS | FATELL | 0.60 | $360.00 |

PROJECT CODE TOTALS  21                    TOTAL VALUE:   $3,168.00        9.70