IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x
                                                                    Objection Deadline: August 13, 2008 at 4:00
                                                                    p.m.
                                                                    Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone Advisors, LLC.

     The **Eleventh Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period June 1, 2008 through June 30, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $529,795.00 and interim expenses in the amount of $55,598.68.

     Objections to the Application, if any, are required to be filed on or before **August 13, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

     At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; and (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       July 24, 2008

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------- x

## ELEVENTH MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | June 1, 2008 through June 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $529,795.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $55,598.68 |

This is an: __X__ interim ____ final application

This application includes 7.50 hours and $3,156.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 11/2/07; 1776 | 8/6/07-8/31/07 | 1,464,663.50 | 77,888.86 | 1,464,663.50 | 77,888.86 |
| 11/16/07; 2068 | 9/1/07-9/30/07 | 1,869,288.50 | 91,455.66 | 1,869,288.50 | 91,455.66 |
| 12/12/07; 2375 | 10/1/07-10/31/07 | 2,003,648.00 | 170,103.16 | 2,003,648.00 | 170,103.16 |
| 2/1/08 2870 | 11/1/07-11/30/07 | 984,999.50 | 162,512.71 | 984,999.50 | 162,512.71 |
| 3/4/08 3149 | 12/1/07-12/31/07 | 697,878.50 | 73,194.22 | 697,878.50 | 73,194.22 |
| 3/13/08 3273 | 1/1/08-1/31/08 | 1,061,822.00 | 71,502.73 | 1,061,822.00 | 71,502.73 |
| 4/4/08 3532 | 2/1/08-2/29/08 | 790,957.50 | 129,737.02 | Pending | Pending |
| 4/25/08 3863 | 3/1/08-3/31/08 | 884,012.50 | 59,626.95 | Pending | Pending |
| 5/30/08 4320 | 4/1/08-4/30/08 | 993,848.50 | 178,501.20 | Pending | Pending |
| 6/20/08 4755 | 5/1/08-5/31/08 | 632,685.00 | 73,756.58 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | 750.00 | 129.20 | 96,900.00 |
| Joel A. Waite | Partner since 1999. Joined firm as an associate in 1990. Member of DE Bar since 1990. | 560.00 | 4.30 | 2,408.00 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990. Member of the NY Bar since 2007. | 560.00 | 49.60 | 27,776.00 |
| Pauline K. Morgan | Partner since 2000. Joined firm as an associate in 1997. Member of PA and NJ Bars since 1987. Member of DE Bar since 1997. Member of the NY Bar since 2007. | 545.00 | 10.80 | 5,886.00 |
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1990. | 535.00 | 35.60 | 19,046.00 |
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1991. | 530.00 | 24.30 | 12,879.00 |
| Curtis J. Crowther | Special Counsel 2006. Joined the firm as an associate in 2001. Member of DE and PA Bars since 1994. | 440.00 | 16.20 | 7,128.00 |
| Seth J. Reidenberg | Special Counsel since 2008. Joined the firm as an associate in 2001. Member of the DE Bar since 1997. | 425.00 | 1.80 | 765.00 |
| Timothy J. Snyder | Partner since 1991. Joined firm as an associate in 1985. Member of DE Bar since 1985 and PA Bar since 1981. | 425.00 | 3.30 | 1,402.50 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward J. Kosmowski | Joined firm as an associate in 1999. Member of DE, NJ and PA Bars since 1999. | 410.00 | 12.10 | 4,961.00 |
| Sean M. Beach | Joined firm as an associate in 2000. Member of DE Bar since 2001. Member of NY Bar since 2007. | 390.00 | 165.50 | 64,545.00 |
| William W. Bowser | Joined firm as a partner in 1993. Member of the DE Bar since 1983. | 390.00 | 1.10 | 429.00 |
| Sharon M. Zieg | Joined firm as an associate in 2000. Member of NC Bar since 2000 and DE Bar since 2002. | 390.00 | 22.20 | 8,658.00 |
| Scott A. Holt | Partner since 2004. Joined firm as an associate in 1995. Member of DE Bar since 1995. | 375.00 | 30.50 | 11,437.50 |
| Teresa Cheek | Partner since 1997. Joined firm as an associate in 1987. Member of DE Bar since 1988. | 375.00 | 24.00 | 9,000.00 |
| Matthew B. Lunn | Joined the firm as an associate in 2001. Member of DE Bar since 2001. | 355.00 | 118.80 | 42,174.00 |
| Jennifer Noel | Joined the firm as an associate in 2000. Member of DE Bar since 2000. | 350.00 | 0.10 | 35.00 |
| John Kuffel | Joined the firm as an associate in 2004. Member of the DE Bar since 2004. | 310.00 | 12.20 | 3,782.00 |
| Donald J. Bowman | Joined the firm as an associates in 2004. Member of the DE Bar since 2003 | 305.00 | 55.40 | 16,897.00 |
| Erin Edwards | Joined firm as an associate in 2003. Member of the DE Bar since 2003. | 305.00 | 17.90 | 5,459.50 |
| Kara Hammond Coyle | Joined firm as an associate in 2003. Member of the DE Bar since 2003. | 305.00 | 102.40 | 31,232.00 |
| Sean T. Greecher | Joined firm as an associate in 2003. Member of the DE Bar since 2004. | 305.00 | 3.80 | 1,159.00 |
| Kenneth Enos | Joined firm as an associate in 2004. Member of the DE Bar since 2004. | 290.00 | 12.90 | 3,741.00 |

| Margaret B. Whiteman | Joined firm as associate in 2004. Member of DE Bar since 2005. | 290.00 | 81.60 | 23,664.00 |
| --- | --- | --- | --- | --- |
| Margaret DiBianca | Joined firm as associate in 2004. Member of DE Bar since 2004. | 290.00 | 1.30 | 377.00 |
| James Gallagher | Joined firm as an associate in 2004. Member of the DE Bar since 2004. | 285.00 | 14.00 | 3,990.00 |
| Monte Squire | Joined the firm as an associate in 2005. Member of DE Bar since 2005. | 265.00 | 21.80 | 5,777.00 |
| Patrick Jackson | Joined firm as an associate in 2006. Member of the DE Bar since 2007. | 265.00 | 66.50 | 17,622.50 |
| Nathan D. Grow | Joined firm as an associate in 2007. Member of the DE Bar since 2007 | 260.00 | 65.80 | 17,108.00 |
| Travis N. Turner | Joined firm as an associate in 2007. Member of the DE Bar since 2006. | 245.00 | 5.40 | 1,323.00 |
| Evangelos Kostoulas | Joined firm as an associate in 2007. | 240.00 | 47.00 | 1,1280.00 |
| Michael S. Neiburg | Joined firm as an associate in 2008. | 240.00 | 3.40 | 816.00 |
| Robert F. Poppiti | Joined firm as an associate in 2007. Member of the DE Bar since 2007. | 240.00 | 9.10 | 2,184.00 |
| Ryan Bartley | Joined firm as an associate in 2007. Member of DE Bar since 2007. | 240.00 | 37.10 | 8,904.00 |
| James Higgins | Joined firm as an associate in 2007. Member of DE Bar since 2007. | 220.00 | 73.40 | 16,148.00 |
| William Gamgort | Joined firm as an associate in 2007. Member of the DE Bar since 2007 | 210.00 | 54.20 | 11,382.00 |
| Debbie Laskin | Paralegal | 200.00 | 95.80 | 19,160.00 |
| Kim Beck | Paralegal | 175.00 | 1.40 | 245.00 |
| William DuBois | Tech. Services | 175.00 | 16.10 | 2,817.50 |
| Jonathan Stott | Summer Associate | 160.00 | 1.10 | 176.00 |
| Morgan Seward | Summer Associate | 160.00 | 14.80 | 2,368.00 |
| Casey Cathcart | Paralegal | 145.00 | 6.00 | 870.00 |

| Lisa Eden | Paralegal | 135.00 | 14.90 | 2,011.50 |
|---|---|---|---|---|
| Lisa Lesky | Paralegal | 130.00 | 1.10 | 143.00 |
| Jill Randolph | Paralegal | 110.00 | 28.20 | 3,102.00 |
| Patsy Petlock | Clerk | 55.00 | 3.20 | 176.00 |
| Beth Gaffney | Clerk | 50.00 | 1.10 | 55.00 |
| Candyce D. Taylor | Clerk | 50.00 | 4.30 | 215.00 |
| Troy Bollman | Legal Assistant | 50.00 | 3.60 | 180.00 |
| **Grand Total:** | | | **1526.20** | **529,795.00** |
| **Blended Rate:** | | **347.14** | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (1001) | 20.10 | 2,917.50 |
| Court Hearings (1002) | 80.70 | 22,375.50 |
| Cash Collateral/DIP Financing (1003) | 17.80 | 5,530.00 |
| Schedules & Statements, U.S. Trustee Reports (1004) | 17.40 | 5,097.00 |
| Lease/Executory Contract Issues (1005) | 34.70 | 12,131.50 |
| Use, Sale or Lease of Property (363 Issues) (1006) | 222.60 | 79,460.50 |
| Claims Analysis, Objections and Resolutions (1007) | 259.60 | 81,756.00 |
| Meetings (1008) | 44.40 | 20,187.50 |
| Stay Relief Matters (1009) | 33.50 | 8,699.00 |
| Other Adversary Proceedings (1011) | 157.80 | 61,605.50 |
| Plan and Disclosure Statement (1012) | 218.70 | 119,446.50 |
| Creditor Inquiries (1013) | 9.90 | 2,608.00 |
| General Corporate Matters (1014) | 3.50 | 2,227.00 |
| Employee Matters (1015) | 348.70 | 88,137.50 |
| Retention of Professionals/Fee Issues (1017) | 44.80 | 11,085.00 |
| Fee Application Preparation (1018) | 7.50 | 3,156.00 |
| Travel (1019) | 4.50 | 3,375.00 |
| **TOTALS** | **1526.20** | **529,795.00** |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---:|
| Reproduction Charges | 6711.20 |
| Long Distance Telephone | 966.36 |
| Federal Express | 4,309.02 |
| Secretary of State – Filing Fee | 3,690.00 |
| Filing Fee | 19.50 |
| Facsimile | 12.00 |
| Service of Subpoena | 165.00 |
| Air/Rail Travel | 587.00 |
| Staff Overtime | 99.00 |
| Deposition/Transcript | 1,331.75 |
| Delivery/Courier | 13,787.05 |
| Computerized Legal Research | 313.13 |
| Outside Attorney's Fees | 64.75 |
| AP Outside Duplication Svcs | 142.95 |
| Working Meals | 1,386.45 |
| Docket Retrieval/Search | 192.30 |
| Outside Litigation Support | 1,080.00 |
| Litigation Support Charges | 16,703.92 |
| AP Fax | 540.00 |
| Teleconference/Video Conference | 515.84 |
| Postage | 1,423.77 |
| Computerized Legal Research | 1,557.69 |
| **TOTAL** | **55,598.68** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :  Jointly Administered
            Debtors.                                               :
------------------------------------------------------------------ x

### ELEVENTH MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "YCS&T") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $529,795.00.00 together with reimbursement for actual and necessary expenses incurred in the amount of $55,598.68 for the interim period June 1, 2008 through June 30, 2008 (the "Interim Fee Period"). In support of its Application, YCS&T respectfully represents as follows:

1.  YCS&T was employed under a general retainer to represent the Debtors as bankruptcy counsel in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on September 4, 2007. The Order authorized YCS&T to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.  All services for which compensation is requested by YCS&T were performed for or on behalf of the Debtors.

## COMPENSATION PREVIOUSLY PAID

3. YCS&T represented the Debtors in preparing for the filing of these chapter 11 cases and was paid pre-petition for those services.

## SUMMARY OF SERVICES RENDERED

4. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $529,795.00 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $55,598.68 for reimbursement of expenses.

5. The services rendered by YCS&T during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6. YCS&T has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $55,598.68. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

7. Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's

disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.  Attorneys and paraprofessionals of YCS&T have expended a total of 1,526.20 hours in connection with this matter during the Interim Fee Period.

9.  The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by YCS&T for the Interim Fee Period as counsel for the Debtors in these cases is $529,795.00.

10. YCS&T believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. This Application covers the Interim Fee Period May 1, 2008 through May 31, 2008.

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $529,795.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $55,598.68 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
       July 24, 2008

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      /s/ Pauline K. Morgan
                      James L. Patton, Jr. (No. 2202)
                      Pauline K. Morgan (No. 3650)
                      Sean M. Beach (No. 4070)
                      Matthew B. Lunn (No. 4119)
                      Kara Hammond Coyle (No. 4410)
                      Kenneth J. Enos (No. 4544)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Debtors and
                      Debtors in Possession

## VERIFICATION

STATE OF DELAWARE        )
                         )  SS:
NEW CASTLE COUNTY        )

      Pauline K. Morgan, Esquire, after being duly sworn according to law, deposes and says:

1.    I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1997.

2.    I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                              /s/ Pauline K. Morgan
                                              PAULINE K. MORGAN

SWORN TO AND SUBSCRIBED before me this 24 day of July, 2008.

                                              /s/ Marlene J. Maista
                                              Notary Public
                                              My Commission Expires:_____

                                                       MARLENE J. MAISTA
                                                         NOTARY PUBLIC
                                                      STATE OF DELAWARE
                                         My Commission Expires Aug. 21, 2009