IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
|    et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 25th day of July, 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Kofi Jantuah
2851 Huber Heights Drive
Las Vegas, 89128
*Borrower*

                         WHITTINGTON & AULGUR

                         /s/ Kristi J. Doughty
                         Robert T. Aulgur, Jr.(No.165)
                         Kristi J. Doughty (No. 3826)
                         651 N. Broad Street, Suite 206
                         P.O. Box 1040
                         Middletown, DE 19709-1040
                         (302) 378-1661
                         Attorney for Movant