# EXHIBIT "C"

Case 07-11047-CSS    Doc 5200-6    Filed 07/25/08    Page 2 of 2

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

3. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $45,750.00, AND ANY AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **MARCH 23, 2005** IN BOOK 20050323 AS INSTRUMENT NO. **0003252** OF OFFICIAL RECORDS.
DATED:              **MARCH 19, 2005.**
TRUSTOR:            **KOFI JANTUAH, A SINGLE MAN.**
TRUSTEE:            **LAWYERS TITLE OF NEVADA.**
BENEFICIARY:        **AMERICAN HOME MORTGAGE ACCEPTANCE, INC.**

NOTE 1: THE ABOVE DEED OF TRUST SECURES A NOTE OR LOAN AGREEMENT WHICH PROVIDES, AMONG OTHER THINGS, FOR FUTURE ADVANCES UNDER A REVOLVING LINE OF CREDIT.

NOTE 2: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST **AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION,** FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER **07-11047.**

**NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.**

PAGE 7