# EXHIBIT "D"

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | | DIST FROM SUBJECT |
|---|---|---|---|---|
| JANTUAH | 0012244934 | | | Miles |
| **ADDRESS** | | **CITY** | **STATE** | **ZIP** |
| 2851 HUBER HEIGHTS DR | | LAS VEGAS | NV | 89128 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS**: The search was expanded slightly which resulted in sold comp 1 being 1/2 mile beyond the required criteria to an adjacent subdivision. The expansion was due to a lack of sold comps within the value range.

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 230,000 | $ 230,000 | 90-120 Days |
| AS-REPAIRED | $ 230,000 | $ 230,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | | LISTING AGENT PHONE |
|---|---|---|---|---|
| ORIGINAL LIST PRICE: $320,000 | CURRENT LIST PRICE: $ | LISTED FROM | TO: unk | LISTING FINANCE TERMS |

LISTING COMMENTS:

## SUBJECT INFO (All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | |
|---|---|---|---|---|
| SFD | Ranch | 17 | Average | |
| SQ FEET ABOVE GROUND: MAIN 1577  UP 0 | ROOMS/BEDS/BATHS: 6  3  2 | BASEMENT: 0 SQ FT  NA% FINISHED | | |
| LOT SIZE (ACRES): .14 | GARAGE: 2 CAR Gar Att | ROOF CONDITION: Average | | |
| POOL: None | FIREPLACE: | WATER: Public | SEWER/SEPTIC: Sewer | TYPE HEAT: |

| SLIDE AREA? | No |
| FLOOD PLAIN? | No |
| EARTHQUAKE ZONE? | No |
| OBSERVED ENVIRONMENTAL ISSUES? | No |
| OBSERVED CASUALTY LOSS (FIRE)? | No |

EXTERIOR IMPROVEMENTS: none
MOBILE HOME MAKE/MODEL/VIN (If Applicable):

EXTERIOR COMMENTS: There were no features or issues that would negatively affect the value.

INTERIOR COMMENTS (Interior Orders):

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

**EXTERIOR**

| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS:

**INTERIOR**

| CLEANING | | $ | STRUCTURE | | $ |
| PAINT | | $ | CARPETS/FLOORING | | $ |
| KITCHEN/APPLIANCES | | $ | BATHROOMS | | $ |
| UTILITIES | | $ | OTHER | | $ |

INTERIOR REPAIR COMMENTS:

**REPAIR TOTAL $ 0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| No | No | | | Yes | | | No |

MOLD/MILDEW: | MOLD/MILDEW COMMENTS:

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | No | WELL/SEPTIC | No | HEATING | Yes |
| ENGINEER | No | STRUCTURAL | Yes | ROOF | No |
| OTHER | Typical inspection recommended. | | | | |

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |

**HOA INFO (If applicable)**

| DUES $: 60/month | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES: Pool, plygrd, clubhse, ccrs |
| CONTACT: Desert Shores | | | PHONE |
| ADDRESS | | | |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
The subject property is centrally located near shopping and schools. There are no issues or features that would negatively affect the value.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | WHY? | |
|---|---|---|
| No | | |
| FINANCING REQUIRED TO SELL SUBJECT | SPECIAL FINANCING PROGRAMS AVAILABLE | |
| Yes | FHA, CONV | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA Yes | CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required -- use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN | | |
|---|---|---|---|---|
| Declining | No | | | |
| | PRESENT NUMBER OF MARKET AREA LISTINGS | | PRICE RANGE FROM $ 125,000 | TO $ |
| | 83 | | | |
| | PRESENT NUMBER OF COMPARABLE LISTINGS | | PRICE RANGE FROM $ 169,900 | TO $ 589,000 |
| | 29 | | | |
| AVG MKT TIME UNSOLD LISTINGS | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) | | | |
| 352 | 3-6% seller contribution | | | |
| AVG MKT TIME SOLD LISTINGS | | | | |
| 298 | | | | |
| IS THERE NEW HOME CONSTRUCTION? | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | | | |
| No | | | | |

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7933 DOVER SHORES AVE | 0.92 | $ 224,100 | 265 | UP 0 / MAIN 1378 / BSMT 0 / GLA 1,378 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Average | 17 | .10 |
| | Comp is inferior to subject with less sq ft | | | | | | | | |
| 2 | 8301 BERMUDA BEACH DR | 0.87 | $ 249,900 | 227 | UP 0 / MAIN 1537 / BSMT 0 / GLA 1,537 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Average | 18 | .10 |
| | Comp is inferior to subject with less sq ft | | | | | | | | |
| 3 | 7605 CRUZ BAY CT | 0.85 | $ 264,900 | 140 | UP 0 / MAIN 1577 / BSMT 0 / GLA 1,577 | TOT RMS 6 / BDRMS 3 / BATHS 2 | Average | 19 | .12 |
| | Comp is equal to subject with same sq ft, same subdivision | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required -- use most comparable available)

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7829 FORT RUBY PL / SALE DATE 05/16/2008 | 1.54 | LIST $ 235,000 / SALE $ 226,500 | 298 | UP 0 / MAIN 1406 / BSMT 0 / GLA 1,406 | TOT RMS 5 / BDRMS 3 / BATHS 2 | Average | 13 | .11 / DATA SOURCE MLS |
| | Comp is inferior to subject with less sq ft | | | | | | | | |
| 2 | 7837 TURTLE COVE AVE / SALE DATE 12/12/2007 | 1.01 | LIST $ 238,900 / SALE $ 234,000 | 403 | UP 0 / MAIN 1530 / BSMT 0 / GLA 1,530 | TOT RMS 5 / BDRMS 3 / BATHS 2 | Average | 18 | .12 / DATA SOURCE MLS |
| | Comp is inferior to subject with less sq ft | | | | | | | | |
| 3 | 7620 BOTANY BAY DR / SALE DATE 05/20/2008 | 0.82 | LIST $ 245,700 / SALE $ 235,000 | 355 | UP 0 / MAIN 1577 / BSMT 0 / GLA 1,577 | TOT RMS 5 / BDRMS 3 / BATHS 2 | Average | 19 | .10 / DATA SOURCE MLS |
| | Comp is equal to subject w/ exact sq ft and same subdivision | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Ranch | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Slow | Stable | Declining | Owner | 10 to 20% | 10% + | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

AS-IS:
Advantage: QUICK SELL w/ not work and minimal cost
Disadvantage: If there's interior work, cost involved

AS-REPAIRED:
Advantage: May yield higher selling price
Disadvantage: Cost involved should repairs be needed

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6 % | $ 13,800 | $ 1,165 | $ 572 | $ 100 | $ 2,300 | $ 0 |



**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012244934 | 052002JB | 3201377 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JANTUAH | 2851 HUBER HEIGHTS DR | LAS VEGAS, NV 89128 |
| PHOTOS COMMENT | | |

Subject Front



Subject Front



Subject House Number



Account #: 0012244934   Tracking #: 052002JB

**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012244934 | 052002JB | 3201377 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JANTUAH | 2851 HUBER HEIGHTS DR | LAS VEGAS, NV 89128 |
| PHOTOS COMMENT | | |

Subject - Other
Street sign



Subject - Other
Side



Street View



First American
Residential Value View

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012244934 | 052002JB | 3201377 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JANTUAH | 2851 HUBER HEIGHTS DR | LAS VEGAS, NV  89128 |
| PHOTOS COMMENT | | |

Listing 2 (8301 BERMUDA BEACH DR)



Listing 2 (8301 BERMUDA BEACH DR)



Listing 3 (7605 CRUZ BAY CT)

Account #: 0012244934   Tracking #: 052002JB



*First American*
*Residential Value View*

Photos

| ACCOUNT NUMBER<br>0012244934 | TRACKING NUMBER<br>052002JB | | FARVV ORDER NO.<br>3201377 |
|---|---|---|---|
| NAME<br>JANTUAH | ADDRESS<br>2851 HUBER HEIGHTS DR | CITY, STATE, ZIP<br>LAS VEGAS, NV 89128 | |
| PHOTOS COMMENT | | | |

Sold 1 (7829 FORT RUBY PL)



Sold 2 (7837 TURTLE COVE AVE)



Sold 3 (7620 BOTANY BAY DR)



Account #: 0012244934    Tracking #: 052002JB

**First American Residential Value View**

# SourceNet℠

Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012244934 | 052002JB | | 3201377 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| JANTUAH | 2851 HUBER HEIGHTS DR | LAS VEGAS, NV 89128 | |



Map Scale: 1 Inch = 0.33 Miles

⛳ **Subject Property**
2851 HUBER HEIGHTS DR
LAS VEGAS, NV 89128

❶ **Comp. Listing 1**
7933 DOVER SHORES AVE
LAS VEGAS, NV 89128
Dist From Subject: 0.92 Miles

❷ **Comp. Listing 2**
8301 BERMUDA BEACH DR
LAS VEGAS, NV 89128
Dist From Subject: 0.87 Miles

❸ **Comp. Listing 3**
7605 CRUZ BAY CT
LAS VEGAS, NV 89128
Dist From Subject: 0.85 Miles

❶ **Closed Sale 1**
7829 FORT RUBY PL
LAS VEGAS, NV 89128
Dist From Subject: 1.54 Miles

❷ **Closed Sale 2**
7837 TURTLE COVE AVE
LAS VEGAS, NV 89128
Dist From Subject: 1.01 Miles

❸ **Closed Sale 3**
7620 BOTANY BAY DR
NV 89128
Dist From Subject: 0.82 Miles