**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
|     et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 25TH day of July, 2008 that service of the

**Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and

(via) first class mail to the following:

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Rd.<br>Melville, NY 11747<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Pauline K. Morgan<br>Edward J. Kosmowski, Esq<br>Young, Conaway, Stargatt & Taylor<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>*Attorney for Debtor* | Asif A. Sohail.<br>3097 Sonrisa Drive<br>Corona, CA 92881<br>*Borrower* |
| Kerri K. Mumford, Esq.<br>Landis, Rath & Cobb, LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>*Attorney for Official Committee<br>of Unsecured Creditors* | |

                                            WHITTINGTON & AULGUR

                                            /s/ Kristi J. Doughty
                                            Kristi J. Doughty (No. 3826)
                                            651 N. Broad Street, Suite 206
                                            P.O. Box 1040
                                            Middletown, DE 19709-1040
                                            (302) 378-1661
                                            Attorney for Movant