# EXHIBIT "B"

Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV

When Recorded Mail To:
Five Star Service Corporation
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240

CERTIFIED A TRUE COPY OF THE ORIGINAL
DOCUMENT RECORDED 10-30-07
AS INSTRUMENT No. 663797
IN BOOK PAGE
OFFICIAL RECORDS OF Riverside
FIRST AMERICAN TITLE INSURANCE COMPANY
By _____ 9.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan No.: 0012295941  Investor No.
TS No: 07-72604

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:
**CITIMORTGAGE, INC.**
all beneficial interest under that certain Deed of Trust dated: 03/07/2006 executed by ASIF A SOHAIL, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor(s), to FIRST AMERICAN TITLE, as Trustee, and recorded as Instrument No. 2006-0180516, on 03/14/2006, in Book , Page   of Official Records, in the office of the County Recorder of Riverside County, California, describing land therein as:  More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: 10/26/2007

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
CINDY CONSTANTINO, VICE PRESIDENT

State of MISSOURI ) ss.
County of ST CHARLES )

On 10/26/2007 before me, JAMES D. AGEE, JR. Notary Public, personally appeared CINDY CONSTANTINO personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____ (Seal)
JAMES D. AGEE, JR.

JAMES D. AGEE, JR.
Notary Public - State of Missouri
St. Charles County
My Commission Expires July 18, 2008