# EXHIBIT "D"

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| SOHAIL | 0012295941 | | Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 3097 SONRISA DR | CORONA | CA | 92881 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** PRICE BASED ON MLS COMPS AND TAX RECORDS.
QC: Subject photo matches with the prior order.

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 380,000 | $ 380,000 | 90-120 Days |
| AS-REPAIRED | $ 380,000 | $ 380,000 | 90-120 Days |

**PREVIOUS BPO INFORMATION (If Applicable)**
Order: 2469957; Service: Two Page Servicing 3S3L EXT; Date: mm/dd/yyyy; As-Is Value: 740,000; As-Repaired Value: 740,000; Variance: 48%

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | | |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $ | | unk | |

**LISTING COMMENTS**

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Contemp | 35 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|
| MAIN 2581  UP | 9   4   3 | 0 SQ FT   0% FINISHED | OBSERVED ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | |
|---|---|---|---|
| .9 | 3 CAR Gar Att | Good | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| None | | Public | Sewer | | | |

| EXTERIOR IMPROVEMENTS | MOBILE HOME MAKE/MODEL/VIN (If Applicable) |
|---|---|
| | |

**EXTERIOR COMMENTS**
SUBJECT EXTERIOR LOOKS IN GOOD CONDITION.

**INTERIOR COMMENTS (Interior Orders)**

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | $ | SIDING/PAINT | $ |
|---|---|---|---|
| STRUCTURAL | $ | ROOF | $ |
| WINDOWS | $ | LANDSCAPING UNK | $ |
| OUTBUILDINGS | $ | OTHER | $ |

**EXTERIOR REPAIR COMMENTS**

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

**INTERIOR REPAIR COMMENTS**

**REPAIR TOTAL $** 0

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | No | | | No |

| MOLD/MILDEW | MOLD/MILDEW COMMENTS |
|---|---|
| | |

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| ENGINEER | STRUCTURAL | ROOF |
| OTHER | | |

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|

**HOA INFO (If applicable)**

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| CONTACT | | | PHONE |
| ADDRESS | | | |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
CLOSE TO SHOPPING AND SCHOOLS.

**WILL THE PROPERTY BECOME A PROBLEM FOR RESALE?** No
**WHY?**

**FINANCING REQUIRED TO SELL SUBJECT** No
**SPECIAL FINANCING PROGRAMS AVAILABLE**

**INDICATE FINANCING SUBJECT WILL QUALIFY FOR** FHA/VA No   CONV No

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required -- use most comparable available)

| | | |
|---|---|---|
| NEIGHBORHOOD TREND IS: Stable | IS THERE A SEASONAL MARKET? No | EXPLAIN |
| | PRESENT NUMBER OF MARKET AREA LISTINGS 2 | PRICE RANGE FROM $ 300,000 TO $ |
| | PRESENT NUMBER OF COMPARABLE LISTINGS 2 | PRICE RANGE FROM $ 300,000 TO $ 400,000 |

AVG MKT TIME UNSOLD LISTINGS 90
AVG MKT TIME SOLD LISTINGS 90
TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC)

IS THERE NEW HOME CONSTRUCTION? No
PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 873 BRIDGEWOOD ST | 0.63 | $ 356,500 | 220 | UP MAIN 2378 BSMT 0 GLA 2,378 | TOT RMS 9 BDRMS 3 BATHS 3 | Good | 32 | .10 |
| | LARGE BEDROOMS, NEW INTERIOR PAINT. | | | | | | | | |
| 2 | 680 AVENIDA TERRAZO | 1.02 | $ 369,900 | 92 | UP MAIN 2224 BSMT 0 GLA 2,224 | TOT RMS 9 BDRMS 4 BATHS 3 | Good | 35 | .10 |
| | FORMAL LIVING AND DINING ROOM, LARGE YARD. | | | | | | | | |
| 3 | 636 PANTHER DR | 0.95 | $ 398,895 | 96 | UP MAIN 2357 BSMT 0 GLA 2,357 | TOT RMS 9 BDRMS 4 BATHS 3 | Good | 30 | .9 |
| | HUGE KITCHEN W/ISLAND IN CENTER. | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required -- use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2970 MCDONALD LN SALE DATE 02/29/2008 | 0.64 | LIST $ 375,000 SALE $ 365,000 | 13 | UP MAIN 2172 BSMT 0 GLA 2,172 | TOT RMS 9 BDRMS 4 BATHS 3 | Good | 30 | .10 DATA SOURCE MLS |
| | NEW EXTERIOR PAAINT, NEW CARPET IN BEDROOMS. | | | | | | | | |
| 2 | 3583 BIRCHLEAF DR SALE DATE 02/26/2008 | 0.72 | LIST $ 398900 SALE $ 380,000 | 113 | UP MAIN 2380 BSMT 0 GLA 2,380 | TOT RMS 9 BDRMS 3 BATHS 3 | Good | 32 | .15 DATA SOURCE MLS |
| | FORMAL DINING ROOM, LARGE FRONT YARD. | | | | | | | | |
| 3 | 2968 LOMBARDY LN SALE DATE 11/08/2007 | 0.55 | LIST $ 410,000 SALE $ 400,000 | 103 | UP MAIN 2217 BSMT 0 GLA 2,217 | TOT RMS 9 BDRMS 3 BATHS 2 | Good | 35 | .15 DATA SOURCE MLS |
| | NEW GARAGE DOOR, NEW CEILING FANS. | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE SFD | STYLE Contemp | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS Owner Occupied |
|---|---|---|---|

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | RED/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Stable | Stable | Stable | Owner | 0 to 5% | none | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL. SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

AS-IS: NONE

AS-REPAIRED: NONE

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| % | $ 0 | $ | $ | $ | $ | $ |

**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012295941 | 040719JB | | 3066128 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| SOHAIL | 3097 SONRISA DR | CORONA, CA 92881 | |
| PHOTOS COMMENT | | | |

Subject Front



Subject House Number



Street View



Account #: 0012295941    Tracking #: 040719JB

First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012295941 | 040719JB | 3066128 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| SOHAIL | 3097 SONRISA DR | CORONA, CA 92881 |
| PHOTOS COMMENT | | |

Sold 2 (3583 BIRCHLEAF DR)



Sold 3 (2968 LOMBARDY LN)



First American
Residential Value View

## SourceNet™                                                                          Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012295941 | 040719JB | | 3066128 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| SOHAIL | 3097 SONRISA DR | CORONA, CA 92881 | |



Map Scale: 1 Inch = 0.29 Miles

🚩 **Subject Property**
3097 SONRISA DR
CORONA, CA 92881

❶ **Comp. Listing 1**
873 BRIDGEWOOD ST
CORONA, CA 92881
Dist From Subject: 0.63 Miles

❷ **Comp. Listing 2**
680 AVENIDA TERRAZO
CORONA, CA 92882
Dist From Subject: 1.02 Miles

❸ **Comp. Listing 3**
636 PANTHER DR
CORONA, CA 92882
Dist From Subject: 0.95 Miles

❶ **Closed Sale 1**
2970 MCDONALD LN
CORONA, CA 92881
Dist From Subject: 0.64 Miles

❷ **Closed Sale 2**
3583 BIRCHLEAF DR
CORONA, CA 92881
Dist From Subject: 0.72 Miles

❸ **Closed Sale 3**
2968 LOMBARDY LN
CA 92881
Dist From Subject: 0.55 Miles