# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., a Delaware corporation, | ) Case Number 07-11047 (CSS) |
| et. al., | ) |
| | ) **Re: Docket No. 4783** |
| Debtors. | ) |

## ORDER GRANTING MOTION FOR
## LEAVE TO FILE LATE PROOF OF CLAIM

Upon the motion (the "Motion") of Mark Watson and Kelly Watson ("Movants"), for Leave to File Late Claim By Reason of Excusable Neglect; and after due deliberation and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Mark Watson and Kelly Watson are hereby granted leave to file their late claim and that this Order shall not affect the allowability of the claim or the amount; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: July 25, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge