IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case Number 07-11047 (CSS) |
| et. al., ) | |
| ) | Re: Docket No. 4781 |
| Debtors. ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of Mark Watson and Kelly Watson ("Movants"), for relief from the automatic stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is modified in order to permit Movants to initiate their claims against the Debtor (as defined in the Motion); and

**IT IS FURTHER ORDERED** that Movants may not pursue the Debtor for any judgment in their favor without first seeking a further modification of the automatic stay, except as might be permitted by existing and future orders of this Court (including, but not limited to, any plan or plans of reorganization which may be confirmed in the above-captioned bankruptcy cases).

Dated: July 25, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge