IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: July 25, 2008
      Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Edward J. Kosmowski<br>Joel A. Waite<br>Young, Conway, Stargatt & Taylor<br>The Brandywine Bldg.<br>100 West Street, 17th Floor<br>P.O. Box 391 Wilmington, DE 19899 |
| Rebecca L. Booth<br>Morgan, Lewis & Bockius LLP<br>1701 Market St<br>Philadelphia, PA 19103-2921 | |