UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) (Jointly administered) |
| A Delaware corporation, et al. | ) |
| | ) Docket No. 4945 |
| Debtors. | ) |
| | ) |

ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO PENDING LITIGATION IN THE EASTERN DISTRICT OF VIRGINIA, ROSSMANN V. LAZARUS ET AL., CIVIL MATTER 1:08CV316

UPON CONSIDERATION of the "Motion of Brud Rossmann for Relief from Stay and Supporting Memorandum of Law" (the "Motion") filed by Brud Rossmann, an individual appearing _pro se_; and,

THE COURT having determined that: (a) the Court has jurisdiction over the Motion under 28 U.S.C. 157; (b) the Motion determination is a core proceeding under 28 U.S.C. 157(b)(2); (c) venue is proper under 28 U.S.C. 1409(a); and, (d) notice by service to the limited parties scheduled in the Motion's Certificate of Service is sufficient under the circumstances; and,

THE COURT having further determined that good "cause" exists to grant Movant Rossmann's requested relief from the automatic stay under the Section 362(d)(1) "for cause" legal standard.

1 | Page

IT IS HEREBY ORDERED AS FOLLOWS:

1. ORDERED, that the Motion is hereby granted; and it is further

2. ORDERED, pursuant to 11 U.S.C. 362(d)(1), to the extent that the automatic stay is otherwise applicable, the stay is terminated for purposes of allowing the pending litigation, Rossmann v. Lazarus, 1:08cv316 (Eastern District of Virginia, 2008), to proceed with American Home Mortgage Corp. (Case No. 07-11051) as named defendant; and it is further

3. ORDERED, pursuant to 11 U.S.C. 362(d)(1), to the extent that the automatic stay is otherwise applicable, the stay is terminated for purposes of allowing the pending litigation, Rossmann v. Lazarus, 1:08cv316 (Eastern District of Virginia, 2008), to proceed with American Home Mortgage Corp. (Case No. 07-11051) as named defendant, along with its affiliated entities, part of this jointly administered proceeding, should the named defendants in Rossmann v. Lazarus be supplemented to include any of the following: (i) American Home Mortgage Holdings (Case No. 07-11047); (ii) American Home Mortgage Investment Corp (Case No. 07-11048); (iii) American Home Mortgage Acceptance (Case No. 07-11049); (iv) American Home Mortgage Servicing Inc. (Case No. 07-11050); (v) American Home Mortgage Ventures LLC (Case NO. 07-11052); (vi) Homegate Settlement Services (Case No. 07-11053); or (vii) Great Oak Abstract Corp (Case No. 07-11053) – together with American Home Mortgage Corp (the "Debtors"), as jointly administered under Case No. 07-11047 (CSS) ; and it is further

4. ORDERED, Movant is hereby permitted to exercise his full rights under applicable non-bankruptcy law against the Debtors, including, without limitation, exercise of all remedies and requested relief granted in the <u>Rossmann v. Lazarus</u> litigation; and it is further

5. ORDERED, that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of 11 U.S.C. 362, or Fed. R. Bankr. P. 4001.

Date: July 25, 2008
Wilmington, Delaware

CSS

Honorable Christopher S. Sontchi
United States Bankruptcy Judge