**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | * |
| AMERICAN HOME MORTGAGE | *  Case No.: 07-11047(CSS) |
| HOLDING INC., | *  Chapter 11 |
| Debtor. | * |
| | * |
| | *  **Hearing Date: September 15, 2008 at 10:00 a.m.** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER TERMINATING AUTOMATIC STAY UNDER**
**SECTION 362 OF THE BANKRUPTCY CODE**
**WITH RESPECT TO REAL PROPERTY LOCATED AT**
**21949 W. 88TH PATH, MIAMI, FL 33190**

*(Relates to Docket #         )*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (the "Motion") Select Portfolio Servicing, Inc. (the "Movant"), and the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and in consideration of any response filed thereto, it is hereby

**ORDERED** as follows:

1. To the extent that the automatic stay of 11 U.S.C. § 362(a) is applicable, such stay is hereby terminated to allow the Movant and its successors and/or assignors to pursue any state court remedies to which Movant may be entitled under applicable law with respect to the following property: 21949 W. 88th Path, Miami, FL 33190.

2. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Dated: _____     _____
                             The Honorable Christopher S. Sontchi
                             United States Bankruptcy Court