IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
            Debtors.                                                     :
------------------------------------------------------------------------ x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 16, 2008, I caused to be served true and correct copies of the "Notice of Motion," dated July 16, 2008, to which is attached the "Motion of the Debtors for Orders: (A)(i) Approving Sale Procedures; (ii) Approve Payment of Expense Reimbursements; (iii) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans; (iv) Approving Form and Manner of Notice Thereof; and (v) Granting Related Relief; and (B)(i) Authorizing the Sale of Mortgage Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing an Approving Sale Agreement Thereto; and (iii) Granting Related Relief," dated July 16, 2008, [Docket No 5095], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit A</u> annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Ross Matray

Sworn to before me this
10th day of July, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\AHM\Affidavits\Sale Motion re Mortgages_aff 7-16-08.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABBY LATCHAW | TAX COLLECTOR, YORK, PA 17404 |
| ALABAMA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,50 NORTH RIPLEY STREET, MONTGOMERY, AL 36132 |
| ALASKA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE PO BOX 110420,333 W. WILLOUGHBY 11TH FLOOR SOB, JUNEAU, AK 99811-0420 |
| ALLEN COUNTY | ALLEN CO TAX COLL, FORT WAYNE, IN 46802 |
| ARIZONA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1600 W. MONROE, PHOENIX, AZ 85007-2650 |
| ARKANSAS, STATE OF IRS LOCAL | OFFICE DEPT OF FINANCE & ADMIN,OFFICE OF STATE REVENUE ADMIN,1900 WEST 7TH ST., ROOM 1030, LITTLE ROCK, AR 72201 |
| BALTIMORE COUNTY, MD | BALTIMORE CO OFC OF BUD/ FIN, TOWSON, MD 21204 |
| BARBARA A. HASSLER | TAX COLLECTOR, BLANDON, PA 19510 |
| BARBARA BUCKNUM | TAX COLLECTOR, RICHBORO, PA 18954 |
| BARBARA LOFTUS | 401 GIBSON AVENUE, WARMINSTER, PA 18974 |
| BEACH HAVEN BOROUGH | BOROUGH OF BEACH HAVEN, BEACH HAVEN, NJ 08008 |
| BEL AIR TOWN | TOWN OF BEL AIR, BEL AIR, MD 21014 |
| BERNARDS TOWNSHIP | TOWNSHIP OF BERNARDS, BASKINRIDGE, NJ 07920 |
| BERNARDSVILLE BOROUGH | P.O. BOX 158, BERNARDSVILLE, NJ 07924 |
| BOARD OF COUNTY COMISSIONERS | 115 SOUTH ANDREWS AVE, RM 114, FORT LAUDERDALE, FL 33301 |
| BOARD OF EQUALIZATION | POB 942879, SACRAMENTO, CA 94279-7072 |
| BOARDMAN TOWNSHIP | P.O BOX 88, SOUTH BOARDMAN, MI 49680 |
| BOONE COUNTY, KENTUCKY | 2950 WASHINGTON ST, BURLINGTON, KY 41005 |
| BRANCHVILLE BOROUGH | P.O. BOX 840, BRANCHVILLE, NJ 07826-0840 |
| BRIDGEPORT CITY | 325 CONGRESS STREET, BRIDGEPORT, CT 06604 |
| BRISTOL CITY | P.O. BOX 1040, BRISTOL, CT 06011-1040 |
| BURKE COUNTY TAX COLLECTOR | BURKE COUNTY TAX OFFICE, MORGANTON, NC 28680 |
| CADDO COUNTY | P.O. BOX 278, ANADARKO, OK 73005 |
| CADDO PARISH | 501 TEXAS ST, ROOM #101, SHREVEPORT, LA 71101 |
| CADILLAC CITY | 200 N. LAKE ST., CADILLAC, MI 49601 |
| CADOTT VILLAGE | P. O. BOX 40, CADOTT, WI 54727 |
| CADY TOWN | 124 310TH STREET, WILSON, WI 54027 |
| CALIFORNIA SD/CALIFORNIA BORO | CASD TAX COLL, CALIFORNIA, PA 15419 |
| CALIFORNIA, STATE OF | IRS LOCAL OFFICE,FRANCHISE TAX BOARD,3321 POWER INN ROAD, SUITE 250, SACRAMENTO, CA 95826-3893 |
| CASS COUNTY | 303 MINNESOTA AVE, WALKER, MN 56484-3000 |
| CATHERINE M. BILGER | TAX COLLECTOR, DELTA, PA 17314 |
| CHARLEEN GREY | TAX COLLECTOR, BURGETTSTOWN, PA 15021 |
| CHESHIRE TOWN | P.O. BOX 884, CHESHIRE, CT 06410-0884 |
| CHESTER CO. TAX CLAIM BUREAU | P.O. BOX 2748, WEST CHESTER, PA 19380-0991 |
| CHICHESTER SD/LWR. CHICHESTER | ATTN: LINDA CORCORAN,P.O. BOX 2100, BOOTHWYN, PA 19061 |
| CHRISTINA A MURPHY, T/C | NORTH PENN SD, COLMAR, PA 18915 |
| CITY OF ALEXANDRIA | REV ADMIN BLDG--DPT OF FINANCE, ALEXANDRIA, VA 22313-1500 |
| CITY OF ANNAPOLIS | MUNI BLDG RM 103 FIN OFF, ANNAPOLIS, MD 21401 |
| CITY OF ARLINGTON | P.O. BOX 90090, ARLINGTON, TX 76004 |
| CITY OF ARVADA | 8101 RALSTON RD,P.O. BOX 8101, ARVADA, CO 80001 |
| CITY OF ATLANTA | 55 TRINITY AVE,SUITE 2500, ATLANTA, GA 30303 |
| CITY OF AURORA ILLINIOS | 44 E DOWNER PLACE, AURORA, IL 60507 |
| CITY OF BALTIMORE | DEPT. OF FINANCE,200 N. HOLLIDAY STREET, BALTIMORE, MD 21202 |
| CITY OF BARSTOW | PAYMENT PROCESSING CENTER,PO BOX 6920, BUENA PARK, CA 90622 |
| CITY OF BARSTOW | 220 E MT VIEW, BARSTOW, CA 92311 |
| CITY OF BEDFORD | POB 807, BEDFORD, VA 24523 |
| CITY OF BELLINGHAM | 210 LOTTIE ST   FIN DPT, BELLINGHAM, WA 98227 |

| Claim Name | Address Information |
|---|---|
| CITY OF BELLVUE | LOCKBOX, SEATTLE, WA 98124-1372 |
| CITY OF BENTONVILLE | 117 WEST CENTRAL, BENTONVILLE, AR 72712-5256 |
| CITY OF BOSTON | ATTN: BANKRUPTCY COORDINATOR,CITY HALL ROOM M-5,ONE CITY HALL SQUARE, BOSTON, MA 02201-1020 |
| CITY OF BOURBON | P.O. BOX 164, BOURBON, MO 65441 |
| CITY OF BOWLING GREEN | 304 N CHURCH ST, BOWLING GREEN, OH 43402 |
| CITY OF BRENTWOOD | CITY  BRENTWOOD PROPERTY TAX, NASHVILLE, TN 37230-6048 |
| CITY OF BROCKTON | POB 1000, BROCKTON, MA 02303-1000 |
| CITY OF BROOKFIELD | 2000 N.CALHOUN ROAD, BROOKFIELD, WI 53005 |
| CITY OF BRUNSWICK | 1 W. POTOMAC STREET, BRUNSWICK, MD 21716 |
| CITY OF BURLINGTON | P.O. BOX 1358, BURLINGTON, NC 27216 |
| CITY OF CALEXICO | 608 HEBER AVE, CALEXICO, CA 92231 |
| CITY OF CAMDEN | PROPERTY TAX COLLECTOR, CAMDEN, TN 38320 |
| CITY OF CARROLLTON | POB 1949, CARROLLTON, GA 30112 |
| CITY OF CHELSEA | 305 S. MAIN ST. #100, CHELSEA, MI 48118 |
| CITY OF CLARE | 202 WEST FIFTH STREET, CLARE, MI 48617-1490 |
| CITY OF CLIO | 505 W VIENNA ST, CLIO, MI 48420 |
| CITY OF COLLEGE PARK, GEORGIA | PO BOX 87137, COLLEGE PARK, GA 30337 |
| CITY OF COLUMBUS | P O BOX 182882, COLUMBUS, OH 43218 |
| CITY OF COLUMBUS TREASURER | 910 DUBLIN RD, COLUMBUS, OH 43215 |
| CITY OF CORPUS CHRISTI | PO BOX 659722, SAN ANTONIO, TX 78265-9722 |
| CITY OF CRAIG | PO BOX 725, CRAIG, AK 99921 |
| CITY OF CUMMING | 100 MAIN STREET, CUMMING, GA 30040 |
| CITY OF DEKALB | 200 SOUTH FOURTH ST, DEKALB, IL 60115 |
| CITY OF DEKALB | 200 SOUTH FOURTH STREET, DEKALB, IL 60115 |
| CITY OF DILLINGHAM | P.O. BOX 889, DILLINGHAM, AK 99576 |
| CITY OF DOVER | 15 E LOOKERMAN ST, DOVER, DE 19901 |
| CITY OF DOVER | PO BOX 7100, DOVER, DE 19903-7100 |
| CITY OF EASTON | TAX COLLECTOR, JOHN MCGRAW,1 SOUTH 3RD STREET, EASTON, PA 18042 |
| CITY OF EL CENTRO | PO BOX 2328, EL CENTRO, CA 92244 |
| CITY OF FITCHBURG | 718 - MAIN STREET - CITY HALL, FITCHBURG, MA 01420 |
| CITY OF FREDERICK | DEPT OF FINANCE, FREDERICK, MD 21701 |
| CITY OF GRAND RAPIDS TREASURER | 300 MONROE AVE NW, GRAND RAPIDS, MI 49503-2296 |
| CITY OF GRAPEVINE | 200 SOUTH MAIN STREET, GRAPEVINE, TX 76051 |
| CITY OF GRAPEVINE, TEXAS | 200 S MAIN ST, GRAPEVINE |
| CITY OF GREENSBORO | GUILFORD CO CTHOUSE/COLLECTION,PO BOX 3136, GREENSBORO, NC 27402 |
| CITY OF HAGERSTOWN | TREASURER'S OFFICE,ONE EAST FRANKLIN STREET, HAGERSTOWN, MD 21740 |
| CITY OF HAMILTON | 345 HIGH STREET, HAMILTON, OH 45011 |
| CITY OF HARRISBURG | 10 N SECOND STREET, HARRISBURG, PA 17101 |
| CITY OF HENDERSON | T 6 (SUNDRIDGE),P.O. BOX 52767, PHOENIX, AZ 85072 |
| CITY OF HENDERSONVILLE | 101 MAPLE DR N, HENDERSONVILLE, TN 370752586 |
| CITY OF HOUSTON | FIRE DPT PERMITS, HOUSTON, TX 77007 |
| CITY OF HOUSTON | HOUSTON POLICE ALARM DETAIL, HOUSTON, TX 77274-1009 |
| CITY OF HOUSTON SIGN ADMIN | POB 61167, HOUSTON, TX 77208-1167 |
| CITY OF IRVING | REVENUE COLLECTIONS, IRVING, TX 75015-2288 |
| CITY OF JOLIET | 150 WEST JEFFERSON STREET, JOLIET, IL 60432 |
| CITY OF KALAMAZOO TREASURER | 415 STOCKBRIDGE, KALAMAZOO, MI 49001-2898 |
| CITY OF KALAMAZOO TREASURER | DEPARTMENT OF PUBLIC UTILITIES, KALAMAZOO, MI 49001-2898 |
| CITY OF KNOXVILLE | POB 15001, KNOXVILLE, TN 37901-5001 |

| Claim Name | Address Information |
|---|---|
| CITY OF LAKE GENEVA TREAS. | P.O. BOX 340, LAKE GENEVA, WI 53147 |
| CITY OF LEWISVILLE | POB 299002, LEWISVILLE, TX 75029-9002 |
| CITY OF LOS ANGELES | 200 N SPRING ST RM 303, LOS ANGELES, CA 90012 |
| CITY OF LUMBERTON | POB 1388, LUMBERTON, NC 28359-1388 |
| CITY OF LYNCHBURG VA | POB 9000, LYNCHBURG, VA 24505-9000 |
| CITY OF MEQUON | 11333 N CEDARBURG RD, MEQUON, WI 53092 |
| CITY OF MERIDAN | TAX COLLECTOR,142 EAST MAIN STREET, MERIDEN, CT 06450 |
| CITY OF MERIDEN DPRTMNT | OF PUBLIC UTILITIES,117 PARKER AVE, MERIDEN, CT 06450 |
| CITY OF MIDDLETOWN | 16 JAMES STREET,CITY HALL, MIDDLETOWN, NY 10940 |
| CITY OF MILNER | P.O. BOX 99, MILNER, GA 30257 |
| CITY OF MISSOULA | 435 RYMAN ST, MISSOULA, MT 59802 |
| CITY OF MITCHELL | 612 N MAIN ST, MITCHELL, SD 57301 |
| CITY OF MURFREESBORO | 111 W VINE ST,P.O. BOX 1139, MURFREESBORO, TN 37133 |
| CITY OF MYRTLE BEACH | 921 OAK ST, MYRTLE BEACH, SC 29577 |
| CITY OF NAPERVILLE | PO BOX 4231, CAROL STREAM, IL 60197 |
| CITY OF NAPERVILLE | 400 S. EAGLE STREET, NAPPERVILLE, IL 60540 |
| CITY OF NEW BRUNSWICK | 78 BAYARD STREET, NEW BRUNSWICK, NJ 08901 |
| CITY OF NOME | P.O. BOX 281, NOME, AK 99762 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600427, NORTH MIAMI BEACH, FL 33160 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600472, NORTH MIAMI BEACH, FL 33160-0427 |
| CITY OF NORWICH | 100 BROADWAY, ROOM 214, NORWICH, CT 06360 |
| CITY OF ODESSA | POB 128, ODESSA, MO 64076 |
| CITY OF ODESSA | PO BOX 128, ODESSA, MO 64076 |
| CITY OF PHILADELPHIA | WATER REVENUE BUREAU,P O BOX 41496, PHILADELPHIA, PA 19101 |
| CITY OF PHILADELPHIA | DEPARTMENT OF FINANCE,PO BOX 56318, PHILADELPHIA, PA 19130 |
| CITY OF PHILADELPHIA/REAL | ESTATE TAX,P.O. BOX 8409, PHILADELPHIA, PA 19101 |
| CITY OF PORTLAND MAINE | FIN DPT TREASURY & COLLECTION, PORTLAND, ME 04112-0544 |
| CITY OF RAYTOWN | 10000 EAST 59TH ST., RAYTOWN, MO 64133 |
| CITY OF REDLANDS | OFFICE  OF CITY TREASURER, REDLANDS, CA 92373 |
| CITY OF REDLANDS | 35 CAJON ST   STE 15B, REDLANDS, CA 92373-1505 |
| CITY OF REDLANDS | P O BOX 6903, REDLANDS, CA 92375 |
| CITY OF REHOBOTH BEACH | POB 1163         BUS LIC OFF, REHOBOTH BEACH, DE 19971 |
| CITY OF RIVERSIDE | 3900 MAIN ST, RIVERSIDE, CA 92522 |
| CITY OF ROCHESTER WATER BILL | P.O. BOX 14270, ROCHESTER, NY 14614 |
| CITY OF RUTLAND | P.O. BOX 969, RUTLAND, VT 05702 |
| CITY OF SALINAS FINANCE DPT | POB 1996, SALINAS, CA 93902 |
| CITY OF SANTA ANA | 20 CIVIC CNTR PLAZA  1ST FLOOR, SANTA ANA, CA 92702 |
| CITY OF SCOTSDALE | 7447 E INDIAN SCHOOL RD, SCOTTSDALE, AZ 85260 |
| CITY OF SCOTTSDALE | 7447 E INDIAN SCHOOL RD, SCOTTSDALE, AZ 85258 |
| CITY OF SEAGOVILLE | 702 N HWY 175, SEAGOVILLE, TX 75159 |
| CITY OF SOUTHFIELD | 26000 EVERGREEN ROAD, SOUTHFIELD, MI 48076 |
| CITY OF SPARTANBURG | POB 1749, SPARTANBURG, SC 29304 |
| CITY OF ST CHARLES | 2 E. MAIN ST, ST CHARLES, IL 60174 |
| CITY OF ST CHARLES, MISSOURI | 200 NORTH 2ND ST, ST CHARLES, MO 63301 |
| CITY OF ST CLOUD | PUBLIC UTILITIES,P O BOX 1501, ST CLOUD, MN 56302 |
| CITY OF ST CLOUD FINANCE DEPT | 400 2ND STREET SOUTH, ST CLOUD, MN 56301 |
| CITY OF ST PETERS | BUSINESS LICENSING, SAINT PETERS, MO 63376 |
| CITY OF ST PETERS | PO BOX 9, SAINT PETERS, MO 63376-0090 |
| CITY OF ST. CHARLES | 2 EAST MAIN STREET, ST CHARLES, IL 60174 |

| Claim Name | Address Information |
|---|---|
| CITY OF TALLAHASSE | 600 N. MONROE ST, TALLAHASSEE, FL 32301 |
| CITY OF TALLAHASSEE | 600 N. MONROE ST., TALLAHASSEE, FL 32301 |
| CITY OF TITUSVILLE | 107 N FRANKLIN ST, TITUSVILLE, PA 16354 |
| CITY OF TOWN & COUNTRY | 1011 MUNICIPAL CNTR DR, TOWN & COUNTRY, MO 63131 |
| CITY OF TUCSON | PO BOX 28811, TUCSON, AZ 85726-8811 |
| CITY OF WARWICK | POB 2000, WARWICK, RI 02887 |
| CITY OF WATERBURY | P.O. BOX 383, WATERBURY, CT 06720 |
| CITY OF WATERTOWN | POB 477, WATERTOWN, WI 53094-0477 |
| CITY OF WAUKEGAN | 100N MARTIN LUTHER KING JR AVE, WAUKEGAN, IL 60085 |
| CITY OF WAYNESBORO, | VA TREASURE OFFICE,P.O. BOX 1028, WAYNESBORO, VA 22980 |
| CITY OF WHITTIER | P O BOX 608, WHITTIER, AK 99693 |
| CITY OF WILMINGTON | DPT OF FINANCE WAGE BUS LIC DV, WILMINGTON, DE 19801-3537 |
| CITY OF WINSTON-SALEM | REVENUE DEPARTMENT,PO BOX 2756, WINSTON-SALEM, NC 28102 |
| CITY OF WINTER PARK | PO BOX 1986, WINTER PARK, FL 32790 |
| CITY OF YUBA CITY | 1201 CIVIC CENTER BLVD, YUBA CITY, CA 95993 |
| CITY TREASURER | CITY VA BEACH MUNI CNTR BLDG 1, VIRGINIA BEACH, VA 23456-9018 |
| CITY TREASURER | 625 52ND ST, KENOSHA, WI 53140 |
| CITY TREASURER-ELECTRICITY | 90 W BOARD STREET,CITY HALL ROOM 111, COLUMBUS, OH 43215 |
| CITY UTILITIES | PO BOX 551, SPRINGFIELD, MO 65801 |
| CITY UTILITIES | 301 E CENTRAL, SPRINGFIELD, MO 65801 |
| CITY WATER LIGHT & POWER | MUNICIPAL CENTER WEST, SPRINGFIELD, IL 62757-0001 |
| CITY&CNTY OF DENVER TREAS DIV | P.O. BOX 17420,144 W COLFAX AVE, DENVER, CO 80217 |
| CITY&COUNTY DENVER TREAS. DIV. | P.O. BOX 14720,144 W COLFAX AVE, DENVER, CO 80217 |
| CITYOF BULLHEAD CITY FIN. DPT | P.O. BOX 23189, BULLHEAD, AZ 86439 |
| CLAYTON COUNTY TAX COMMISSIONER | ATTN TERRY L BASKIN, TAX COMMISSIONER,CLAYTON COUNTY ADMINISTRATION, ANNEX 3,121 S MCDONOUGH ST, 2ND FL, JONESBORO, GA 30236 |
| COATESVILLE AREA SD | ATTN: MELISSA LOWE,HAB-RET,P.O. BOX 912, BANGOR, PA 18013 |
| COLLECTOR OF REVENUE | LINDA GREENBACKER,1712 MAIN STREET, COVENTRY, CT 06238 |
| COLLECTOR OF REVENUE | 41 S CENTRAL AVE, ST LOUIS, MO 63105 |
| COLORADO, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1375 SHERMAN ST, DENVER, CO 80261 |
| CONNECTICUT, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE SERVICES,25 SIGOURNEY ST, HARTFORD, CT 06106 |
| CORNWALL LEBANON SD | EARNED INCOME TAX BUREAU, LEBANON, PA 17042 |
| COUNTY CLERK, ONONDAGA | 401 MONTGOMERY STREET, SYRACUSE, NY 13202 |
| COUNTY HEATING & AC | POB 445, WHITE PLAINS, MD 20695-0445 |
| COUNTY OF HENRICO | PO BOX 26487, RICHMOND, VA 23261-6487 |
| COUNTY OF HENRICO, DEPT OF | PUBLIC UTILITIES,P O BOX 27032, RICHMOND, VA 23273 |
| COUNTY OF LEXINGTON | 212 S LAKE DR, LEXINGTON, SC 290723410 USA |
| COUNTY OF LEXINGTON | BB&T PROC CNTR--SC TREASURER, CHARLOTTE, NC 28258-0265 |
| COUNTY OF LOUDOUN | H R ZURN JR-TREASURER, LEESBURG, VA 20177 |
| COUNTY OF LOUDOUN | H R ZURN JR TREASURER, LEESBURG, VA 20177-1000 |
| COUNTY OF LOUDOUN | POB 347, LEESBURG, VA 20178-0347 |
| COUNTY OF SACRAMENTO | 600-8TH ST, SACRAMENTO, CA 95814 |
| COUNTY OF ST CLAIR-LAND MGMT | 200 GRAND RIVER AVE, PORT HURON, MI 48060 |
| DALLASTOWN AREA SD/YORK TWNSHP | DALLASTOWN AREA SD/YORK TOWNSH, DALLASTOWN, PA 17313 |
| DEBORAH HERSTINE | TAX COLLECTOR, CENTER VALLEY, PA 18034 |
| DELAWARE COUNTY | 100 W MAIN STREET, MUNCIE, IN 47305 |
| DELAWARE, STATE OF IRS LOCAL | OFFICE DEPT. OF FINANCE,CARVEL STATE OFFICE BUILDING,820 NORTH FRENCH STREET, 8TH FLOOR, WILMINGTON, DE 19801 |
| DENMARK TWP | 2207 FOX RUN, REESE, MI 487579482 USA |

| Claim Name | Address Information |
|---|---|
| DISTRICT 1450/7044 | CITY OF LAS VEGAS,P.O. BOX 52797, PHOENIX, AZ 85072 |
| DISTRICT 1482/7048 | CITY OF LAS VEGAS,P.O. BOX 52797, PHOENIX, AZ 85072 |
| DISTRICT OF COLUMBIA | RECORDER OF DEEDS,515 D. STREET NW, RM 202, WASHINGTON, DC 20001 |
| DISTRICT OF COLUMBIA | 1225 I ST. N.W., WASHINGTON, DC 20006 |
| DISTRICT OF COLUMBIA IRS LOCAL | OFFICE DEPT. OF FINANCE AND REVENUE,OFFICE OF THE CHIEF FINANCIAL OFFICE,1350 PENNSYLVANIA AVE NW, SUITE 203, WASHINGTON, DC 20004 |
| DISTRICT TOWNSHIP | 139 BALDY HILL RD, ALBURTIS, PA 18011 |
| DOUGLAS COUNTY | DOUGLAS CO TAX COLL, MINDEN, NV 89423 |
| DOVER AREA S.D./DOVER TWP. | ATTN: KRISTINE KEENER,3960 CARLISLE RD, DOVER, PA 17315 |
| DUVAL COUNTY | DUVAL CO  TAX COLLECTOR, JACKSONVILLE, FL 32202-3356 |
| EASTERN LEBANON SD/JACKSON TWP | EARNED INCOME TAX BUREAU, LEBANON, PA 17042 |
| EASTPOINTE CITY | MUNICIPAL OFFICES, EAST POINTE, MI 48021 |
| EDDYSTONE BOROUGH | 1400 E 13TH ST, CRUM LYNNE, PA 190221344 |
| EMILINE I WEISS | PO BOX 100, TELFORD, PA 18969 |
| EMMET COUNTY | 200 DIVISION ST., PETOSKEY, MI 49770 |
| FAIRFAX COUNTY | 12000 GOV CENT PKWY, FAIRFAX, VA 22035 |
| FLORIDA DEPARTMENT OF TREASURY | C/O: DEPARTMENT OF FINANCIAL SERVICES,200 EAST GAINES STREET, TALLAHASSEE, FL 32399-0300 |
| FLORIDA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1379 BLOUNTSTOWN HWY, TALLAHASSEE, FL 32304-2716 |
| FORT LEE BOROUGH | BOROUGH OF FORT LEE, FORT LEE, NJ 07024 |
| FREDERICK COUNTY | WINCHESTER HALL, FREDERICK, MD 21701-5448 |
| FULTON COUNTY, GEORGIA | C/O: TAX COMMISSIONER,141 PRYOR ST., ATLANTA, GA 30303 |
| GARNET VALLEY SD/CONCORD TWP | 677 SMITHBRIDGE RD, GLENS MILL, PA 193452 |
| GATES TOWN COMBINED CSD | ATTN: MR.  RICHARD A. WARN,RECEIVER OF SCHOOL TAXES,INACTIVE, ROCHESTER, NY 14624 |
| GEORGIA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1800 CENTURY CENTER BLVD NE, ATLANTA, GA 30345-3205 |
| GREECE TOWN COMBINED CSD | ATTN: KATHLEEN TAYLOR,TAX COLLECTOR,INACTIVE, ROCHESTER, NY 14616 |
| GREG SOTO | TAX COLLECTOR, WYCOMBE, PA 18980 |
| HAGERSTOWN CITY | TREASURES OFFICE, HAGERSTOWN, MD 21740 |
| HAMMONTON TOWNSHIP | HAMMONTON  TAX OFC, HAMMONTON, NJ 08037 |
| HAMPTON TOWNSHIP | HAMPTON TWP TAX OFC, NEWTON, NJ 07860 |
| HARDIN COUNTY | 1 COURTHOUSE SQ, KENTON, OH 43326 |
| HARRIS COUNTY | P.O. BOX 4622, HOUSTON, TX 77210-4622 |
| HAWAII, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION,PO BOX 259, HONOLULU, HI 96809-0259 |
| HC WCID #96 | 11111 KATY FREEWAY, HOUSTON, TX 77079 |
| HILLSBOROUGH TOWNSHIP | TOWNSHIP OF HILLSBOROUGH, HILLSBORO, NJ 08844 |
| HILLSDALE BOROUGH | BOROUGH OF HILLSDALE, HILLSDALE, NJ 07642 |
| HOA SERVICES INC. | 1515 E TROPICANA BLVD, LAS VEGAS, NV 89119 |
| HOPEWELL TOWNSHIP | HOPEWELL TWP, TITUSVILLE, NJ 08560 |
| HORSEPEN BAYOU MUD | P.O. BOX 1368, FRIENDSWOOD, TX 77549-1368 |
| IDAHO, STATE OF | IRS LOCAL OFFICE,STATE TAX COMMISSION,PO BOX 36, BOISE, ID 83722-0410 |
| ILLINOIS, STATE OF IRS LOCAL OFFICE | DEPT. OF REVENUE,WILLARD ICE BUILDING,101 WEST JEFFERSON STREET, SPRINGFIELD, IL 62702 |
| INDIANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| INTERBORO SD/PROSPECT PK BORO | TAX COLLECTOR, PROSPECT PARK, PA 19076 |
| IOWA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE AND FINANCE,P.O. BOX 10457, DES MOINES, IA 50306-0457 |
| IRONDEQUOIT TOWN COMBINED CSD | RECEIVER OF TAXES,INACTIVE, ROCHESTER, NY 14617 |

| Claim Name | Address Information |
| --- | --- |
| IVAN ANANIEV | 14205 NORTH 21ST STREET, PHOENIX, AZ 85022 |
| JAMES W GESLAK, TAX COLL | NORTH PENN S.D, KULPSVILLE, PA 19443 |
| JAN CETON | TAX COLLECTOR, BROOMALL, PA 19008 |
| JANE M. MURRAY | TAX COLLECTOR, WEST POINT, PA 19486 |
| JANICE HUTH | TAX COLLECTOR, FRACKVILLE, PA 17931 |
| JOHN B O'NEILLE, TAX COL | CARLISLE ASD, CARLISLE, PA 17013 |
| JOHN P MOHAAN, TAX COLLE | CENTRAL BUCKS S.D., WARRINGTON, PA 18976 |
| JOHN P. MOHAN | TAX COLLECTOR, WARRINGTON, PA 18976 |
| JUDY E. SNYDER | TAX COLLECTOR, MILLERSBURG, PA 17061 |
| KANSAS, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,915 SW HARRISON STREET, TOPEKA, KS 66699-4000 |
| KAREN M. LITTLE | TAX COLLECTOR, HANOVER, PA 17331 |
| KENNETT CONSOLIDATED SCH. DIST | KENNETT CONSOLIDATED SD, KENNETT, PA 19381 |
| KENTUCKY, STATE OF | IRS LOCAL OFFICE,DEPARTMENT OF REVENUE,200 FAIR OAKS LANE, FRANKFORT, KY 40602 |
| KEYPORT BOROUGH | ATTN: KERI STENCIL,70 W FRONT ST., KEYPORT BORO, NJ 07735 |
| KIMBERLY HINRICHS | TAX COLLECOR, PIPERSVILLE, PA 18947 |
| LAPEER COUNTY | 255 CLAY STREET, LAPEER, MI 48446 |
| LEE D COHEN | 9 BAYBERRY CIRCLE, AMBLER, PA 19002 |
| LINDA MAKIN | PO BOX 404, EBENSBURGH, PA 15931 |
| LISBON TOWN | 1 NEWENT RD., LISBON, CT 06351 |
| LOGAN TOWNSHIP | TOWNSHIP OF LOGAN, BRIDGEPORT, NJ 08014 |
| LONG BRANCH CITY | LONG BRANCH TAX OFC, LONG BRANCH, NJ 07740 |
| LORIA SMITH | TAX COLLECTOR, GRANTVILLE, PA 17028 |
| LOS ANGELES COUNTY | C/O: TREASURER'S OFFICE,KENNETH HAHN HALL OF ADMINISTRATION,500 W TEMPLE ST, LOS ANGELES, CA 90012 |
| LOUISIANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 201, BATON ROUGE, LA 70821 |
| LOWELL CITY | 375 MERRIMACK STREET, LOWELL, MA 01852 |
| LYNN A. FALATKO | TAX COLLECTOR, FREELAND, PA 18224 |
| LYNN CITY | TAX COLLECTOR'S OFFICE, LYNN, MA 01901 |
| MACOMB COUNTY | 1 SOUTH MAIN ST, MT CLEMEN, MI 48043 |
| MAHWAH TOWNSHIP | TOWNSHIP OF MAHWAH, MAHWAH, NJ 07430 |
| MAINE, STATE OF | IRS LOCAL OFFICE,BUREAU OF TAXATION,24 STATE HOUSE STATION, AUGUSTA, ME 04333-0024 |
| MANASQUAN BOROUGH | 201 E. MAIN STREET, MANASQUAN, NJ 08736-3004 |
| MANHATTAN BORO | NYC DEPT OF FINANCE, NEW YORK, NY 10008-0032 |
| MARGATE CITY | MUNICIPAL BUILDING, MARGATE, NJ 08402 |
| MARILYN A LUTZ | 536 OLD RTE 22, LENHARTSVILLE, PA 19534 |
| MARILYN J. COWAN | TAX COLLECTOR, MILLERSBURG, PA 17061 |
| MARINETTE COUNTY | 1926 HALL AVE, MARINETTE, WI 54143-1717 |
| MARION COUNTY | CITY CO BLDG. RM 1001, INDIANAPOLIS, IN 46204-3356 |
| MARK PAINTER | TAX COLLECTOR, ROYERSFORD, PA 19468 |
| MARLIN A YOHN SR, TREAS | MECHANICSBURG SD, MECHANICSBURG, PA 17055 |
| MARY ANN KELEMEN | TAX COLLECTOR, HARRISBURG, PA 17112 |
| MARYLAND, STATE OF IRS LOCAL OFFICE | WILLIAM DONALD SCHAEFER,COMPTROLLER OF THE TREASURY,80 CALVERT STREET, ANNAPOLIS, MD 21404 |
| MASSACHUSETTS, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 7010, BOSTON, MA 02204 |
| MELISSA A. ARNOLD | TAX COLLECTOR, YORK, PA 17403 |
| MEMPHIS CITY TAX COLLECTOR | 125 N. MAIN, MEMPHIS, TN 38103-2017 |
| MENDON TOWN COMBINED CSD | ATTN: JIM MERZKE,16 WEST MAIN STREET,INACTIVE, HONEOYE, NY 14472 |
| METHUEN TOWN | SEARLES BLDG, METHUEN, MA 01844 |

| Claim Name | Address Information |
|---|---|
| MIAMI - DADE COUNTY | 140 WEST FLAGLER, MIAMI, FL 33130-1574 |
| MICHAEL PAPST | PO BOX 64, MCKEES ROCKS, PA 15136 |
| MICHELLE L. REDDICK | TAX COLLECTOR, STOWE, PA 19464 |
| MICHIGAN, STATE OF | IRS LOCAL OFFICE,DEPT. OF TREASURY, LANSING, MI 48922 |
| MIDDLETOWN AREA SD/MIDDLETOWN | ATTN: JOAN ESPENSHAD,55 W WATER STR, MIDDLETOWN, PA 17057 |
| MIDDLETOWN ASD | , MIDDLETOWN, PA 17057 |
| MINNESOTA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,600 NORTH ROBERT ST., ST PAUL, MN 55101 |
| MISSISSIPPI, STATE OF | IRS LOCAL OFFICE,STATE TAX COMMISSION,P.O. BOX 1033, JACKSON, MS 39215-1033 |
| MISSOURI, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,P.O. BOX 3300, JEFFERSON CITY, MO 65105-3300 |
| MONROE COUNTY | MONROE CO TREAS, MONROE, MI 48161 |
| MONTANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 5805, HELENA, MT 59604 |
| MONTGOMERY COUNTY | P.O. BOX 972, DAYTON, OH 45422-0475 |
| MOUNT LEBANON TOWNSHIP | MT. LEBANON TOWNSHIP, PITTSBURG, PA 15228 |
| MULTNOMAH COUNTY, OREGON | C/O: FINANCE BUDGET AND TAX OFFICE,1221 SW 4TH AVE, PORTLAND, OR 97204 |
| NANCY M REITZ | 507 REITZ ROAD, MILLERSBURG, PA 17061 |
| NASSAU COUNTY TREASURER | NASSAU CO - CO TREAS, MINEOLA, NY 11501-4248 |
| NATICK TOWN | P.O. BOX 604, NATICK, MA 01760-0006 |
| NEBRASKA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,301 CENTENNIAL MALL SOUTH,PO BOX 94818, LINCOLN, NE 68509-4818 |
| NEVADA, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION,1550 E. COLLEGE PARKWAY, SUITE 115, CARSON CITY, NV 89706 |
| NEW BRUNSWICK CITY | NEW BRUNSWICK TAX OFC, NEW BRUNSWICK, NJ 08903 |
| NEW CASTLE COUNTY | P.O. BOX 827593, PHILADELPHIA, PA 19182-7593 |
| NEW HAMPSHIRE, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE ADMINISTRATION,45 CHENELL DR, CONCORD, NH 03301 |
| NEW JERSEY, STATE OF | IRS LOCAL OFFICE,DIVISION OF TAXATION & TREASURY,PO BOX 281, TRENTON, NJ 08695-0281 |
| NEW LONDON CITY | P.O. BOX 1305, NEW LONDONC, CT 06320-1305 |
| NEW MEXICO, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION AND REVENUE,1100 S. ST. FRANCIS DR PO BOX 630, SANTE FE, NM 87504-0630 |
| NEW YORK, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION AND FINANCE,BUILDING 9, W.A. HARRIMAN CAMPUS, ALBANY, NY 12227 |
| NORTH ARLINGTON BOROUGH | NORTH ARLINGTON BORO., NORTH ARLINGTON, NJ 07026 |
| NORTH CAROLINA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,POST OFFICE BOX 25000, RALEIGH, NC 27640-0640 |
| NORTH DAKOTA, STATE OF | IRS LOCAL OFFICE,TAX COMMISSIONER,600 E BOULEVARD AVE, DEPT 127, BISMARCK, ND 58505-0599 |
| NORWOOD BOROUGH | BOROUGH OF NORWOOD, NORWOOD, NJ 07648 |
| OAKLAND COUNTY | 1200 N. TELEGRAPH RD, PONTIAC, MI 48341-0479 |
| OHIO, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION,30 E BROAD STREET, 22ND FL, COLUMBUS, OH 43215 |
| OKLAHOMA, STATE OF | IRS LOCAL OFFICE,TAX COMMISSION,2501 NORTH LINCOLN BOULEVARD, OKLAHOMA CITY, OK 73194 |
| OREGON, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,955 CENTER ST NE, SALEM, OR 97301 |
| OWEN J. ROBERTS SCHOOL DISTRIC | C/O HARLEYSVILLE NATIONAL BANK, PALMERTON, PA 18071 |
| PALMYRA AREA S.D. | EARNED INCOME TAX BUREAU, LEBANON, PA 17042 |
| PARK RIDGE BOROUGH | BOROUGH OF PARK RIDGE, PARK RIDGE, NJ 07656 |
| PATRICIA A. GORDON | TAX COLLECTOR, NEW CUMBERLAND, PA 17070 |
| PATRICIA H. SIWERT | TAX COLLECTOR, OTTSVILLE, PA 18942 |
| PATTY NELSON | TAX COLLECTOR, BLUE BELL, PA 19422 |
| PEEKSKILL CITY SCHOOLS | P. O BOX 21054, NEW YORK, NY 10286-2054 |

| Claim Name | Address Information |
|---|---|
| PENN DELCO SD/PARKSIDE BORO | PDSD, PHILADELPHIA, PA 19195-2095 |
| PENNSYLVANIA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,STRAWBERRY SQ,FOURTH AND WALNUT STS LOBBY, HARRISBURG, PA 17128-0101 |
| PETOSKEY CITY | 101 EAST LAKE ST, PETOSKEY, MI 49770 |
| PINELLAS COUNTY | TAX COLLECTOR, CLEARWATER, FL 33757-8834 |
| POTTSTOWN TAX COLLECTOR | C/O HARLEYSVILLE BANK, PALMERTON, PA 18071 |
| RANDOLPH COUNTY | RANDOLPH CO TAX OFC, CHESTER, IL 62233 |
| RED CREEK CSD/STERLING TOWN | ATTN: CHRIS TUTTLE,P. O. BOX 22770, ROCHESTER, NY 14692 |
| RHODE ISLAND, STATE OF | IRS LOCAL OFFICE,DIVISION OF TAXATION,ONE CAPITOL HILL, PROVIDENCE, RI 02908 |
| RICHARD SNYDER | TAX COLLECTOR, PHILADELPHIA, PA 19101 |
| RICHMOND TWP/SCHOOL | ATTN: KATHLEEN WHEELOCK,29957 STATE HWY 408,INACTIVE, TOWNVILLE, PA 16360 |
| RIDGEFIELD BORO | BOROUGH OF RIDGEFIELD, RIDGEFIELD, NJ 07657 |
| ROBESON COUNTY | 500 N.  ELM STREET, LUMBERTON, NC 28358 |
| ROBIN GASPERETTI | TAX COLLECTOR, NEW CUMBERLAND, PA 17070 |
| ROBIN SOLLENBERGER, T/C | CARLISLE A.S.D., CARLISLE, PA 17013 |
| ROSELLE BOROUGH | BOROUGH OF ROSELLE, ROSELLE, NJ 07203 |
| ROSEZANNA CZWALINA, T/C | TOWNSHIP OF RIDLEY, PHILADELPHIA, PA 19101-2984 |
| SACRAMENTO COUNTY | P. O. BOX 508, SACRAMENTO, CA 95812-0508 |
| SAGINAW COUNTY | SAGINAW CO TAX OFC, SAGINAW, MI 48602 |
| SAM ING | 19472 MILL DAM PLACE, LEESBURG, VA 20176 |
| SAN DIEGO COUNTY | C/O: COUNTY ADMINISTRATION CENTER,1600 PACIFIC HWY RM 209, SAN DIEGO, CA 92101 |
| SAN MATEO COUNTY | 555 COUNTY CENTER 1ST FL, REDWOOD CITY, CA 94063-1665 |
| SANDRA J ALDRIDGE, T/C | LITTLESTOWN ASD, LITTLESTOWN, PA 17340 |
| SARPY COUNTY | 1210 GOLDEN GATE DRIVE, PAPILLION, NE 68046-2893 |
| SHEBOYGAN COUNTY | ADMIN BLDG 1ST FLR, SHEBOYGAN, WI 53081 |
| SHERRY B. LABS | TAX COLLECTOR, PLUMSTEADVILLE, PA 18949 |
| SHIRLEY W SHAFFER | 221 WASHINGTON ST, SPRING CITY, PA 19475 |
| SIMSBURY TOWN | PO BOX 495, SIMSBURY, CT 06070-0495 |
| SOLANCO SD/COMBINED TOWNS | C/O FULTON BANK, LANCASTER, PA 17604 |
| SOUTH AMBOY CITY | S AMBOY TAX OFC, SOUTH AMBOY, NJ 08879 |
| SOUTH CAROLINA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,301 GERVAIS STREET PO BOX 125, COLUMBIA, SC 29214 |
| SOUTH DAKOTA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE & REGULATION,445 EAST CAPITOL AVE, PIERRE, SD 57501-3185 |
| ST MARY'S COUNTY | 23150  LEONARD HALL DR, LEONARDTOWN, MD 20650 |
| STANLY COUNTY | 201 S 2ND STREET, ALBEMARLE, NC 28001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANNE MILGRAM,PO BOX 080, TRENTON, NJ 08625-0080 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: RICHARD BLUMENTHAL ( D ),55 ELM STREET, HARTFORD, CT 06106 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANDREW M. CUOMO,DEPT. OF LAW,THE CAPITOL, 2ND FL, ALBANY, NY 12224-0341 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM CORBETT,16TH FLOOR, STRAWBERRY SQUARE, HARRISBURG, PA 17120 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOSEPH R. "BEAU" BIDEN III,CARVEL STATE OFFICE BLDG,820 N. FRENCH ST, WILMINGTON, DE 19801 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DOUGLAS F. GANSLER,200 ST PAUL PLACE, BALTIMORE, MD 21202 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARTHA COAKLEY,MCCORMACK BUILDING,1 ASHBURTON PLACE, BOSTON, MA 02108-1698 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK C. LYNCH,150 S. MAIN ST, PROVIDENCE, RI 02903 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: KELLY AYOTTE ( R ),CIVIL BUREAU,33 CAPITOL ST, CONCORD, NH 03301-6397 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: G STEVE ROWE ( D ),6 STATE HOUSE STATION, AUGUSTA, ME 04333 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WILLAIM H SORRELL ( D ),109 STATE ST, MONTPELIER, VT 05609-1001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LINDA SINGER,ONE JUDICIARY SQUARE,441 4TH STREET NW, SUITE 1060N, |

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | WASHINGTON, DC 20001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BOB MCDONNELL,900 E. MAIN ST, RICHMOND, VA 23219 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DARRELL V MCGRAW JR ( D ),STATE CAPITOL COMPLEX,BLDG. 1, ROOM E-26, CHARLESTON, WV 25305-9924 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROY COOPER ( D ),9001 MAIL SERVICE CENTER, RALEIGH, NC 27699-9001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HENRY MCMASTER ( R ),PO BOX 11549, COLUMBIA, SC 29211-1549 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREGORY D STUMBO ( D ),STATE CAPITOL, SUITE 118,700 CAPITOL AVE, FRANKFORT, KY 40601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARC DANN,STATE OFFICE TOWER,30 E. BROAD STREET, 17TH FLOOR, COLUMBUS, OH 43215-3428 |
| STATE ATTORNEYS GENERAL OFFICE | C/O MIKE COX,G. MENNEN WILLIAMS BUILDING, 7TH FLOOR,525 W. OTTAWA ST, PO BOX 30212, LANSING, MI 48909-0212 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: THURBERT E BAKER ( D ),40 CAPITOL SQUARE, SW, ATLANTA, GA 30334-1300 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BILL MCCOLLUM,THE CAPITOL, PL-01, TALLAHASSEE, FL 32399-1050 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TROY KING ( R ),ALABAMA STATE HOUSE, 11 S. UNION ST,3RD FLOOR, MONTGOMERY, AL 36130 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERT E. COOPER, JR.,PO BOX 20207, NASHVILLE, TN 37202-0207 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: STEVE CARTER ( R ),INDIANA GOVT. CTR SOUTH - 5TH FL,302 W WASHINGTON ST, INDIANAPOLIS, IN 46204 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM MILLER ( D ),HOOVER STATE OFFICE BLDG,1305 E. WALNUT STREET , DES MOINES, IA 50319 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: J.B. VAN HOLLEN,PO BOX 7857, MADISON, WI 53707-7857 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LORI SWANSON,1400 BREMER TOWER,445 MINNESOTA ST, ST. PAUL, MN 55101 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LISA MADIGAN ( D ),JAMES R. THOMPSON CTR,100 W. RANDOLPH ST, CHICAGO, IL 60601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JAY NIXON,SUPREME CT. BLDG,207 W. HIGH ST  P.O. BOX 899, JEFFERSON CITY, MO 65102 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JIM HOOD ( D ),PO BOX 220, JACKSON, MS 39205-0220 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LARRY LONG ( R ),1302 E HWY 14,SUITE 1, PIERRE, SD 57501-8501 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WAYNE STENEHJEM ( R ),STATE CAPITOL,600 E. BOULEVARD AVE, DEPT 125, BISMARCK, ND 58505 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAUL J. MORRISON,MEMORIAL HALL, 2ND FLOOR,120 SW 10TH STREET, TOPEKA, KS 66612-1597 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JON BRUNING ( R ),2115 STATE CAPITOL, LINCOLN, NE 68509 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CHARLES C FOTI, JR ( D ),1885 NORTH 3RD ST, BATON ROUGE, LA 70802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DUSTIN MCDANIEL,323 CENTER ST,SUITE 200, LITTLE ROCK, AR 72201 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WA DREW EDMONDSON ( D ),313 NE 21ST STREET, OKLAHOMA CITY, OK 73105 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JULIO A. BRADY,DEPARTMENT OF JUSTICE,GERS COMPLEX 48B-50C KRONPRINSDENS GADE, ST THOMAS, VI 00802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERTO J SANCHEZ RAMOS,POST OFFICE BOX 192, SAN JUAN, PR 00902-0192 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREG ABBOTT ( R ),PO BOX 12548, AUSTIN, TX 78711-2548 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOHN W SUTHERS,1525 SHERMAN ST,7TH FLOOR, DENVER, CO 80203 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK J CRANK ( D ),123 CAPITOL,200 W. 24TH STREET, CHEYENNE, WY 82002 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GARY KING,P.O. DRAWER 1508, SANTE FE, NM 87504-1508 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MIKE MCGRATH ( D ),DEPT OF JUSTICE,PO BOX 201401, HELENA, MT 59620-1401 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LAWRENCE WASDEN ( R ),700 W. STATE STREET,PO BOX 83720, BOISE, ID 83720-0010 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK SHURTLEFF ( R ),UTAH STATE CAPITOL COMPLEX,EAST OFFICE BLDG, SUITE 320, SALT LAKE CITY, UT 84114-2320 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TERRY GODDARD ( D ),1275 W. WASHINGTON ST, PHOENIX, AZ 85007 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CATHERINE CORTEZ MASTO,CARSON CITY OFFICE,100 N CARSON ST, CARSON CITY, NV 89701-4717 |

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | C/O EDMUND BROWN JR.,CA DEPT OF JUSTICE,ATT:PUB INQUIRY UNIT,PO BOX 944255, SACRAMENTO, CA 94244-2550 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MALAETASI M. TOGAFAU,POST OFFICE BOX 7, PAGO PAGO, AS 96799 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK J BENNETT ( R ),425 QUEEN ST, HONOLULU, HI 96813 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ALICIA G. LIMTIACO,287 W. O'BRIEN DR, HAGATNA, GU 96910 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAMELA BROWN,OFFICE OF THE ATTORNEY GENERAL,ADMINISTRATION BUILDING, SAIPAN, MP 96950 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HARDY MYERS ( D ),JUSTICE BLDG,1162 COURT ST, NE, SALEM, OR 97301-4096 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROB MCKENNA,1125 WASHINGTON ST SE,PO BOX 40100, OLYMPIA, WA 98504-0100 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TALIS J. COLBERG,DIAMOND COURTHOUSE,PO BOX 110300, JUNEAU, AK 99811-0300 |
| STATE OF DELAWARE | C/O: STATE TREASURER'S OFFICE,820 SILVER LAKE BOULEVARD,SUITE 100, DOVER, DE 19904 |
| STATE OF GEORGIA | OFFICE OF TREASURY & FISCAL SVCS,200 PIEDMONT AVENUE,SUITE 1202 WEST TOWER, ATLANTA, GA 30334 |
| STATE OF ILLINOIS | C/O: STATE TRESURER,CAPITOL BUILDING 219 STATEHOUSE,SPRINGFIELD EXECUTIVE OFFICE, SPRINGFIELD, IL 62706 |
| STATE OF KENTUCKY | C/O: OFFICE OF STATE TREASURER,1050 US HIGHWAY 127 SOUTH,SUITE 100, FRANKFORT, KY 40601 |
| SUE A. SNYDER | TAX COLLECTOR, SELLERSVILLE, PA 18960 |
| SUSAN KENSINGER | TAX COLLECTOR, BELLWOOD, PA 16617 |
| TAUNTON CITY | P. O BOX 840, MEDFORD, MA 02155-0840 |
| TAX APPRAISAL DISTRICT OF BELL | COUNTY, BELTON, TX 76513 |
| TAX ASSESSOR-COLLECTOR | DALIA SANCHEZ-SAN PATRICIO, SINTON, TX 78387 |
| TAX COLLECTOR | PO BOX 314, CHESTER, CT 06412 |
| TAX COLLECTOR | CITY OF MILFORD, MILFORD, CT 06460 |
| TAX COLLECTOR | 301 NORTH OLIVE AVENUE, WEST PALM BEACH, FL 33401 |
| TAX COLLECTOR, CITY OF DANBURY | PO BOX 237, DANBURY, CT 06813 |
| TAX COLLECTOR, CITY OF NORWALK | CT, NORWALK, CT 06851 |
| TAX COMMISSIONER | TRENTON CITY TAX OFFICE,P.O. BOX 518, TRENTON, GA 30752 |
| TAXATION AND REVENUE DEPT | P.O. BOX 25127, SANTA FE, NM 87504-5127 |
| TENAFLY BOROUGH | BOROUGH OF TENAFLY, TENAFLY, NJ 07670 |
| TENNESSEE, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,ATTENTION: TAXPAYER SERVICES,500 DEADERICK ST, NASHVILLE, TN 37242 |
| TEXAS, STATE OF | IRS LOCAL OFFICE,COMPTROLLER OF PUBLIC ACCOUNTS,PO BOX 13528, CAPITOL STATION, AUSTIN, TX 78711-3528 |
| TOMS RIVER TOWNSHIP | TOMS RIVER TWP TAX COLLECTOR, TOMS RIVER, NJ 08754-0607 |
| TOWN & COUNTRY GALVESTON | 1605 TREMONT, GALVESTON, TX 77550 |
| TOWN CLERK | FOR NEW BRITAIN CONNECTICUT,27 WEST MAIN STREET, NEW BRITAIN, CT 06051 |
| TOWN CLERK | TOWN OF COVENTRY,POST OFFICE BOX 189, COVENTRY, CT 06238 |
| TOWN CLERK OF BERLIN | RECORDING DEPARTMENT,240 KENNSINGTON ROAD, BERLIN, CT 06037 |
| TOWN CLERK, MIDDLETOWN | DEED RECORDING DESK,P.O. BOX 1300, MIDDLETOWN, CT 06457 |
| TOWN CLERK, STRATFORD | 2725 MAIN STREET, STRATFORD, CT 06497 |
| TOWN CLERKS OFFICE FOR | PLYMOUTH, CONN.,80 MAIN STREET, TERRYVILLE, CT 06786 |
| TOWN OF BARNSTABLE | P.O. BOX 1360 TC, HYANNIS, MA 02601-0130 |
| TOWN OF ELMIRA | TAX COLLECTOR,1255 W. WATERSTREET, ELMIRA, NY 14905 |
| TOWN OF HALIFAX | 499 PLYMOUTH ST, HALIFAX, MA 02338 |
| TOWN OF MANCHESTERTER | COLLECTOR OF REVENUE,41 CENTER STREET, MANCHESTER, CT 06045 |
| TOWN OF MARLBOROUGH | P.O. BOX 305, MILTON, NY 12547 |
| TOWN OF MASHPEE  OFFICE OF TAX | COLLECTOR, MASHPEE, MA 02649 |
| TOWN OF MASHPEE OFFICE OF TAX | COLLECTOR LOCKBOX, MEDFORD, MA 02155 |

| Claim Name | Address Information |
| --- | --- |
| TOWN OF NORTHBOROUGH | OFF. OF TREAS/COLL, NORTHBOROUGH, MA 01532-1937 |
| TOWN OF OCEAN CITY PROP TRANS | 301 BALTIMORE AVE, ROOM 130,P.O. BOX 5000, OCEAN CITY, MD 21842 |
| TOWN OF SMYRNA | P.O. BOX 307, SMYRNA, DE 19977 |
| TOWN OF THE PLAINS | P. O.  BOX 104, PLAINS, VA 20198 |
| TOWN OF WHEATLAND | S8084 LAWRENCE RIDGE RD., DE SOTO, WI 54624 |
| TOWN OF WINCHESTER/COLLECTOR | OF REVENUE,338 MAIN STREET, WINSTED, CT 06098 |
| TOWN OF WINDSOR | WINDSOR LAND RECORDS,275 BROAD STREET, WINDSOR, CT 06095 |
| TOWN PROPERTIES ASSET MGMT CO | 11340 MONTGOMERY ROAD STE 202, CINCINNATI, OH 45249 |
| TOWNE PARK - MONTHLY PARKING | DEPT,300 LIGHT ST, BALTIMORE, MD 21202 |
| TOWNE SQUARE | 112 TOWNE SQUARE DR, NEWPORT NEWS, VA 236071533 |
| TOWNS COUNTY | 48 RIVER ST. SUITE H, HIAWASSEE, GA 30546 |
| TOWNSEND TOWN | TOWN OF TOWNSEND TAX COLL,BOX 602, TOWNSEND, MA 01469 |
| TOWNSEND TOWN | PO BOX 223, TOWNSEND, DE 19734 |
| TOWNSEND TOWN | PO BOX 223, TOWNSHEND, VT 05353 |
| TOWNSHIP OF BLOOMFIELD | 1 MUNICIPAL PLAZA, BLOOMFIELD, NJ 07003 |
| TOWNSHIP OF BLOOMFIELD - WATER | DEPARTMENT,1 MUNICIPAL PLAZA, BLOOMFIELD, NJ 07003 |
| TOWNSHIP OF MIDDLETOWN | 3 MUNICIPAL WAY, LANGHORNE, PA 19047 |
| TOWNSHIP OF NORTHVILLE | 44405 6 MILE RD, NORTHVILLE, MI 48167-9670 |
| TRENTON CITY | COLLECTOR OF TAXES, TRENTON, NJ 08602-0210 |
| TRUMBULL COUNTY | TRUMBULL CO TREASURER, WARREN, OH 44481 |
| TWIN VALLEY SD/CAERNARVON TWP | P.O. BOX 6304, SOUTHEASTERN, PA 19398-6304 |
| TYNGSBOROUGH TOWN | 25 BRYANTS LN., TYNGSBOROUGH, MA 01879-1003 |
| TYRONE TOWNSHIP TREASURER | 10408 CENTER RD, FENTON, MI 48430 |
| UNITED STATES TREASURY DEPARTMENT | C/O: DEPARTMENT OF TREASURY,1500 PENNSYLVANIA AVE NW, WASHINGTON, DC 20220 |
| UPPER SADDLE RIVER BOROUGH | UPPER SADDLE RVR BORO, UPPER SADDLE RIVE, NJ 07458 |
| UTAH, STATE OF | IRS LOCAL OFFICE,TAX COMMISSION,210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134 |
| VERMONT, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXES,133 STATE STREET, MONTPELIER, VT 05633-1401 |
| VILLAGE AT BECKETT RIDGE | 11857 KEMPER SPRINGS DR., CINCINNATI, OH 45240 |
| VILLAGE AT NORTH COLLEGE HILL | 5877 ROSS ROAD, FAIRFIELD, OH 45014 |
| VILLAGE AT SAWMILL VALLEY | C/O TRENT COOMBS,46 DOGWOOD LANE, HORSHAM, PA 19044 |
| VILLAGE AT TIMBER CREEK | 1500 DEPAUV BLVD. STE. 2110, INDIANAPOLIS, IN 46268 |
| VILLAGE GREEN CONDO | C/O LARRY M. LEE,P. O. BOX 1692, BURLINGTON, NC 27216 |
| VILLAGE OF COPPER OAKS | 935 N. PLUM GROVE RD., SCHAUMBURG, IL 60173 |
| VILLAGE OF FOURTEEN ASSOC. | 3072 BLENDON WOODS BLVD., COLUMBUS, OH 43229 |
| VILLAGE OF HOMEWOOD | 2020 CEHSTNUT ROAD, HOMEWOOD, IL 60430 |
| VILLAGE OF HOMEWOOD | 2020 CHESTNUT ROAD, HOMEWOOD, IL 60430 |
| VILLAGE OF LE LEROY | 3 WEST MAIN ST, LEROY, NY 14482 |
| VILLAGE OF LENA | 122 E MAIN ST,P.O. BOX 607, LENA, IL 61048 |
| VILLAGE OF LOMBARD | 255 EAST WILSON AVENUE, LOMBARD, IL 60148-3926 |
| VILLAGE OF MORELAND | 5564 MORELAND COURT, MECHANICSBURG, PA 17055 |
| VILLAGE OF MOUNT PROSPECT | 50 SOUTH EMERSON STREET, MOUNT PROSPECT, IL 60056 |
| VILLAGE OF MOUNT PROSPECT | PO BOX 4297, CAROL STREAM, IL 60197 |
| VILLAGE OF NORTHBROOK | 1225 CEDAR LANE, NORTHBROOK, IL 60062 |
| VILLAGE OF PINECREST BUILDING& | PLANNING, PINECREST, FL 33156 |
| VILLAGE OF PLAINFIELD | 24401 W. LOCKPORT ST, PLAINFIELD, IL 60544 |
| VILLAGE OF THE BRANCH | TAX COLLECTOR, SMITHTOWN, NY 11787 |
| VILLAGE OF THE BRANCH VILLAGE | TAX COLLECTOR,PO BOX 725, SMITHTOWN, NY 11787 |
| VILLAGE OF WOODBURY | PO BOX 216, HIGHLAND MILLS, NY 10930 |
| VILLAGE SHIRES COMMUNITY ASSOC | 3001 EAST VILLAGE ROAD, HOLLAND, PA 18966 |

| Claim Name | Address Information |
|---|---|
| VILLAGES AT PRINCETON CROSSING | 225 HWY 35, RED BANK, NJ 07701 |
| VILLAGES OF BRENTWOOD | C/O ASSOC. MGMT. SERVICES, P. O. BOX 1126, BRENTWOOD, TN 37027 |
| VIRGINIA, STATE OF | IRS LOCAL OFFICE DEPT. OF TAXATION, OFFICE OF CUSTOMER SERVICES, PO BOX 1115, RICHMOND, VA 23218-1115 |
| WASHINGTON COUNTY | WASHINGTON CO TREAS OFC, HAGERSTOWN, MD 21740 |
| WASHINGTON, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE, TAXPAYER SERVICES, PO BOX 47478, OLYMPIA, WA 98504-7476 |
| WEST CHESTER AREA SCHOOL DIST | W CHESTER AREA SD, WEST CHESTER, PA 19380 |
| WEST PERRY SD | C/O BANK OF LANDISBURG, LANDISBURG, PA 17040 |
| WEST SHORE SD/FAIRVIEW TWP | TAX COLLECTOR, NEW CUMBERLAND, PA 17070-3136 |
| WEST SPRINGFIELD TOWN | W SPRINGFIELD TAX OFC, WEST SPRINGFIELD, MA 01089 |
| WEST VIRGINIA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, PO BOX 963, CHARLESTON, WV 25324-0963 |
| WEST YORK SD/W. MANCHESTER TWP | 380 EAST BERLIN ROAD, YORK, PA 17408-8700 |
| WICOMICO COUNTY TREASURER | P.O. BOX 4036, SALISBURY, MD 21803-4036 |
| WILLIAM L. WEBER | TAX COLLECTOR, OLD ZIONSVILLE, PA 18068 |
| WILLINGBORO TOWNSHIP | WILLINGBORO TWP TAX OFC, WILLINGBORO, NJ 08046 |
| WISCONSIN, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, P.O. BOX 8906, MADISON, WI 53708-8906 |
| WYOMING, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, HERSCHLER BLDG, 2ND FLOOR WEST, CHEYENNE, WY 82002-0110 |

**Total Creditor Count 509**