IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                          :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :    Jointly Administered
        Debtors.                                :
---------------------------------------------------------------------- x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

    ROSS MATRAY, being duly sworn, deposes and says:

    1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 16, 2008, I caused to be served true and correct copies of the "Amended Notice of Agenda of Matters Scheduled for Hearing on July 17, 2008 at 2:00 p.m. (ET)," dated July 16, 2008, [Docket No 5096], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto.

    3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                   Ross Matray

Sworn to before me this
15th day of July, 2008

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACQUISTO, PAUL A. IRA | SCOTTRADE IN TR PRO,2455 ALDRIDGE AVE, FORT MYERS, FL 33907-4327 |
| ALBERT, ROSE MARY | 203 W. SPRUCE ST., CHATHAM, IL 62629 |
| ALBRECHT, MARSHA | 837 N. MAPLE AVE., PALATINE, IL 60067 |
| ANDREWS, AUDREY M. | 2829 OAKLAND DR, KALAMAZOO, MI 49008 |
| ARROYO, VIRGINIA | 521 S. GLEANCY DRIVE, DELTONA, FL 32725 |
| ASHBURN, JAMES | 2300 N ATLANTIC AVE,APT #501, DAYTONA BEACH, FL 32118-3391 |
| BELLA, THERESA DELLA | 29 BLUE RIDGE DRIVE, MEDFORD, NY 11763 |
| BLATE, DAVID A. | 2300 AVE E NW, WINTER HAVEN, FL 33880-2115 |
| BOLAND, WILLIAM J. | 816 E. 4TH ST., OCEAN CITY, NJ 08226 |
| BRAUN, PHILIP A. | 18 PINECONE LN, COMMACK, NY 11725 |
| BREHENY, HARRY THOMAS & JOAN MARY | JT TEN,11 HILDRETH PL, YONKERS, NY 10704-3009 |
| BREWER, GREGG | 304 FENIMORE RD # 5B, MAMARONECK, NY 10543 |
| BRIGGS, GEOFFREY | 3006 SPANISH TRL, DELRAY BEACH, FL 33483 |
| BROWN, CAROLYN B. & KENNETH L. | 12602 CHEROKEE, LEAWOOD, KS 66209 |
| BROWN, EDNA J. | 896 NIAGRA FALLS DRIVE, REDMOND, OR 97756-7084 |
| BRUNELLE, PAUL A. & GIRARD, EDMOND C. | JT TENS,4337 OAK VIEW DR, SARASOTA, FL 34232 |
| BRUNS, SARA L. | 9404 CROWNSPOINT CIR., AUSTIN, TX 78748 |
| BUSINESS IMAGES & GRAPHICS INC | ATTN RICKY HALL, PRESIDENT,308 W MULBERRY, SEARCY, AR 72143 |
| BUSINESS IMAGES & GRAPHICS INC | HOPKINS & COMPANY, CPA,STACY HOPKIN,202 N SPRING STREET, SEARCY, AR 72143 |
| CARLTON J RANSOM | AY7007D,1000 FOLLIES ROAD, DALLLAS, PA 18612 |
| CASE, SAMUEL A | 419 SPINNAKER LANE, FORT COLLINS, CO 80525 |
| CHONG, DAVID HOU YUEN & CECILIA C. | 66 AVA CRESC, RICHMOND HILL, ON L4B 2X4 CANADA |
| CONKLIN, CHRISTINE | 134 COMMACK RD, ISLIP, NY 11751 |
| COSTON, BOB CHARLES | 620 GOLDVINCH ST SE, KNOXVILLE, TN 37920 |
| COXBILL, CLIFFORD E. AND BETH E. | 19205 NW 80TH DR, OKEECHOBEE, FL 34972 |
| DECK, PAUL M. | BW-0041 SCID,1000 FOLLIES ROAD, DALLAS, PA 18612-9515 |
| DELEVE, GENE A., TTEE OF THE GENE A | DELEVE REVOCABLE LIVING TRUST,8024 MONROVIA, LENEXA, KS 66215 |
| DOYLE, GERMAIN F. | 5819 LINDA DR., MARCY, NY 13403 |
| DREUS, FRANCINE J. | 1411 CALE SAN SEBASTIAN, SAN JACINTO, CA 92583 |
| DREVS, RONALD D. | 1411 CALLE SAN SEBASTIAN, SAN JACINTO, CA 92583 |
| DREVS, SYLVA E. | 1419 NORTH BRIGHTON STREET, BURBANK, CA 91506 |
| DREXLER, BARRY | 5997 GREENBRIAR TER, FAYETTEVILLE, PA 17222-9667 |
| DUFRESNE, NORMAN J. | 3912 N GARFIELD AVE, KANSAS CITY, MO 64116 |
| EASTRIDGE, LINDA | IRA R/O ETRADE CUSTODIAN,22600 FISHER HOLLOW ROAD, DAMASCUS, VA 24236-2350 |
| EDWARDS, ESTER | CMR 450 BOX 592, APO, AE 09705 |
| FERRIS, KENNETH C. & ROBERTA T. JT TEN | 170 SHORELINE DR. S.H., MALAKOFF, TX 75148-4755 |
| FERRIS, ROBERTA T. & KENNETH C. | JT TEN,170 SHORELINE DR. S.H., MALAKOFF, TX 75148-4755 |
| FIORE, BRIAN R | 37A KATIE CT, MAHOPAC, NY 10541 |
| FLEISCHNER, ERIK | HQUSEUCOM, CMR 480,BOX 2230, APO, AE 09128 |
| FOGLE, LEO H. | 4762 SALEM CIRCLE, BANNING, CA 92220-5257 |
| FUREY, THOMAS | 6 MARVIN PLACE, BETHEL, CT 06801 |
| GORSLINE, DAVID R. | 215 HEATHER DRIVE, MARSHALL, MI 49068 |
| GRAVELY-ROBINSON, KAREN | C/O ROBERT A WILLIAMS, ESQ.,45 JONES ST, MARTINSVILLE, VA 24112 |
| HAGE II, SAM | 366 W UTLEY ROAD, ELMHURST, IL 60126 |
| HARDIN COUNTY | ATTN RYAH A. ZERBY, ASST PROSECUTOR,1 COURTHOUSE SQ.,STE 230, KENTON, OH 43326 |
| HECK, KATHLEEN R | 30 HIDEAWAY LN, SPARTA, NJ 07871 |
| HENDERSON, E.M. - TRUSTEE OF | E.M. HENDERSON LIVING TRUST,P.O. BOX 770344, WINTER GARDEN, FL 34777-0344 |
| HERMAN, ALEXIS & CO., INC. | ATTN MARK H RYNES,633 W 5TH ST,FL 28, LOS ANGELES, CA 90071 |
| HERNANDEZ, MATTHEW AND MELANIE | 2158 COTTONWOOD AVENUE, SAN JACINTO, CA 92582 |

| Claim Name | Address Information |
| --- | --- |
| HINE, HENRY S. & PEGGY H. | 331 WILLOWCREST DR, WINSTON SALEM, NC 27107 |
| HO, CHUN-HONG | 1003 CINDY ST., CARY, NC 27511 |
| HOLT, OLIVER M. | 213 N BOWEN ST, JACKSON, MI 49202 |
| JGL, LLC | CECILIA L. ROSENAUER, ESQ.,CECILIA L. ROSENAUER, LTD.,510 W PLUMB LN., STE. A, RENO, NV 89509 |
| KITTRELL, KARL | 28724 SANDHURST WAY, ESCONDIDO, CA 92026 |
| KROUGLOW, ALEXANDER AND LAURA | 2333 ANONRIDGE CIRCLE, OAKVILLE, ON L6M 4T9 CANADA |
| LEDBETTER, ELIZABETH & ROBERT | JTWROS,4962 SHIPP ROAD, POWDER SPRINGS, GA 30127 |
| LEUNG, CHUNG NGOC | 9 WOODSHAW ROAD, NEWARK, DE 19711 |
| LOFTIS, NORMAN | 3 DEERFIELD AVENUE, SAG HARBOR, NY 11963 |
| LOFTIS, NORMAN | ATTN ELIHU E. ALLINSON, III,SULLIVAN HAZELTINE ALLINSON LLC,4 EAST 8TH STREET, SUITE 400, WILMINGTON, DE 19801 |
| MARY ANNE LONG TRUST | P.O. BOX 166, O'FALLON, MO 63366-0166 |
| MASON, NELLIE | 11760 GLENBROOK CT # 104, CARMEL, IN 46032-3802 |
| MASON, NELLIE IRA | 11760 GLENBROOK CT # 104, CARMEL, IN 46032-3802 |
| MEGEFF, NATALIE J. | 1415 E. WINDSOR DR, DENTON, TX 76209 |
| MILLS, DEBORAH | 7343 EL CAMINO REAL 201, ATASCADERO, CA 93422 |
| MISIR, INDIRA | 25 MILLSTONE DR., BRAMPTON, ON LG4 RG2 CANADA |
| MUNDY APPRAISALS | ATTN DELBERT WILLIAM MUNDY,11427 N 12TH WAY, PHOENIX, AZ 85023 |
| NICHOLS, MARILYN K. | MARILYN K. NICHOLS TRUST,DATED 12-20-90,1802 ROAD II, FAIRMONT, NE 68354 |
| NICOL, MARIO T. AND GIANNI, NANCY J. | JT TEN,57 CHERRY STREET, JERSEY CITY, NJ 07305-4818 |
| NIELSEN, DOUGLAS A. & DOLORES M. | 2004 SKY HAWK AVE, PAPILLION, NE 68193 |
| NOYES, THOMAS R. | 8963 SE 232 STREET, LATHROP, MO 64465 |
| OPTION DIRECT | ATTN MORTON A.,610 NE 173RD TERRACE, MIAMI, FL 33317 |
| OYER, LELAND C. | 336 N DENVER AVE, KANSAS CITY, MO 64123 |
| PENROD, JAY M. & VERA M., TTEES | THE PENROD FAMILY TRUST,U/A DTD AUGUST 28, 1996,4011 PIMLICO DRIVE, PLEASANTON, CA 94588-3464 |
| PINKAS, MARCELLA A | 4119 CARROLLWOOD VILLAGE DR, CARROLLWOOD, FL 33618-8655 |
| PUTNAM, WALTER C. JR. | CGM IRA CUSTODIAN,5111 QUAIL LANE, COLUMBIA, SC 29206-4628 |
| QUINN, ROGER | 4740 WOODCREST DR, COLUMBUS, IN 47203 |
| REKOSH, JEROLD H. | 3004 RANSFORD CIRCLE, PACIFIC GROVE, CA 93950-5152 |
| RIGSBY, JUDITH | 100 CHACEY LN, WORTHINGTON, OH 43085 |
| RIGSBY, JUDITH R. | 100 CHASEY LN, WORTHINGTON, OH 43085 |
| SCHWARZ, ANNA LOUISE | 731 NW SCHWARZ, GOWER, MO 64454 |
| SCHWARZ, EARNEST K. | 731 NW SCHWARZ RD, GOWER, MO 64454 |
| SHEFFIELD, GREGORY J. | 138 HOLLENBECK RD, LOCKWOOD, NY 14859-9708 |
| SIDERIS, CHRISTOPHER | 250 MAMARONECK AVENUE, NO 661, WHITE PLAINS, NY 10605 |
| SIMMONS, ELDON J. & SHIRLEY O. | 4308 MILTON DRIVE, INDEPENDENCE, MO 64055 |
| SMITH, ROBERT | 2067 LUMA LINDA WAY N, CLEARWATER, FL 33763 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR,PRINCE ALTEE THOMAS, ESQUIRE,2000 MARKET ST., 10TH FL -ROTHSCHILD LLP, PHILADELPHIA, PA 19103-3291 |
| SPRING-FORD AREA SCHOOL DISTRICT | LIMERICK TOWNSHIP TAX COLLECTOR,PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD,2000 MARKET STREET, 10TH FLOOR, PHILADELPHIA, PA 19103-3291 |
| STEMPIEN, THADDEUS | 158 SERPENTINE DR, VENICE, FL 34285 |
| STIEPAN, FRDERICK | 7850 SLATER AVE, 46, HUNTINGTON BEACH, CA 92647 |
| SULLIVAN, RICHARD F | 1205 DARTMOUTH, PAINESVILLE TWP, OH 44077 |
| SULLIVAN, ROBERT W | 3066 125TH AVE NE, BELLEVUE, WA 98005 |
| SUNSHINE CUSTOM CLEANING SERVICE | 6005 IRENE DR, HOFFMAN ESTATES, IL 60192 |
| THOMAS, WALTER R. | 4306 ELTON PLACE, VALRICO, FL 33596-7143 |
| TORODOR, WILLIAM | 2311 RHODE IS SO, MINNEAPOLIS, MN 55426 |

| Claim Name | Address Information |
| --- | --- |
| TYNER, RICHARD T., IRA FBO | 821 CAMINO DEL ESTE, SANTA FE, NM 87501 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER,U.S. BANK CORPORATE TRUST SERVICES,EP-MN-WS1D, 60 LIVINGSTON AVE, SAINT PAUL, MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | U.S. BANK NATIONAL ASSOCIATION, AS TTEE,ATTN KATHERINE COSTANTINE,DORSEY & WHITNEY LLP,50 SOUTH SIXTH ST, MINNEAPOLIS, MN 55402 |
| VICENTIE, LOUIS F. | 8001 CAVEWOOD CT., LOUISVILLE, KY 40291-2413 |
| WALLACE, RONALD R. | 4900 NW 32ND, OKLAHOMA CITY, OK 73122-1110 |
| WANNAMAKER, ROWENA MALPHRUS TR | 1505 SARAMOUNT DRIVE, COLUMBIA, SC 29205-1555 |
| WANNAMAKER, WILLIAM F. | 1505 SARAMOUNT DRIVE, COLUMBIA, SC 29205-1555 |
| WERT, J. & V F. (CO - TTEE) | 1745 MASTERS DRIVE, BANNING, CA 92220-6670 |
| WILLIAMS, CHERYL | 9518 130TH AVE NE, KIRKLAND, WA 98033 |
| WRIGHT, NATE AND JILL | 593 N REES AVENUE, SPANISH FORK, UT 84660 |
| WUNSCH, KEITH A. | 6348 DARING PRINCE WAY, COLUMBIA, MD 21044 |
| WYLIE, WILLIAM T. & JANE L. | 103 TURNER FOREST LANE, SIMPSONVILLE, SC 29681 |
| ZYDECK, FREDERICK A | 3833 INDIAN TRAIL, ORCHARD LAKE, MI 48324 |

**Total Creditor Count 107**