

1375 EAST WOODFIELD ROAD, SUITE 250  •  SCHAUMBURG, IL 60173  •  847.619.5460

July 23, 2008

United States Bankruptcy Court
Honorable Christopher Sontchi

To Whom It May Concern,

In regards to the notice of the reduced amount of my claim please kindly take into consideration my response on 04-15-08. In addition to my response of 4-15-08 please note this bonus was profits earned by me for the company and approved by Mike Axelrod my Regional Manager. Also other members of mTeam received their bonus money on the prior pay period. And I was due mine on the 07-25-07 pay period but never received. Thank you for your consideration in this matter.

Response sent on 07-23-08 to the counsel of the Debtors.

Sincerely,

*David Holan*

David Holan
Mortgage Banker/Branch Manager
Direct:   847-619-5462
Cell:     847-401-0755
Fax:      847-919-8379
Email:    dholan@mteamgroup.com

Illinois Residential Mortgage Licensee



1375 EAST WOODFIELD ROAD, SUITE 250 • SCHAUMBURG, IL 60173 • 847.619.5460

April 15, 2008

Mr. Kevin Hand
American Home Mortgage

Dear Kevin,

In response to your letter of April 3, 2008 regarding a Proof of Claim designated as claim number 3154 please note the following. I was part of mTeam Financial Mortgage and a bonus of $20,000.00 was approved and in the system by Mike Axelrod. These funds were supposed to be paid on the 7-25-07 pay period and were never received. This was a bonus earned and held by American Home Mortgage from the profits or our group mTeam Financial.

The other amounts of $1,200.00 were commission due on two loans and I do not have access to the loan numbers as our records have all been seized. The one loan is for a Louis Bury with a property address in Wisconsin for a second mortgage and the commission on that loan was $500.00. And I am not sure what the other loan is because we did not receive a final Commission Report but it was off by $700.00.

Sincerely,

*David Holan*

David Holan
Mortgage Banker/Branch Manager
Direct:   847-619-5462
Cell:     847-401-0755
Fax:      847-919-8379
Email:    dholan@mteamgroup.com

Illinois Residential Mortgage Licensee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |
| ) | |

AHM OB13 7/17/2008 (merge2.txnum2) 4000014383 EPIQ Use -

HOLAN, DAVID A
47 BAY DR.
ITASCA, IL 60143

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: HOLAN, DAVID A
47 BAY DR.
ITASCA, IL 60143

**Basis For Objection:** Debtors' books and records show a modified amount of liability

| | Claim Number | Claim Amount | Reduced Amount |
|---|---|---|---|
| **Claim to be Reduced** | 3154 | Priority - $10,950.00 | Priority - $299.94 |
| | | Unsecured - $10,250.00 | |

Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that amount asserted should be either increased or reduced and expunged in part as indicated above. The Objection seeks to alter your rights by either increasing or reducing the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON AUGUST 18, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession