

# THE ISLAND HOTEL™

N E W P O R T   B E A C H



July 24, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
Third Floor
Wilmington, Delaware 19801

Claim Number 1147
New Case Number 07-11051
Claim Amount $2,850.56

Dear United States Bankruptcy Court for the District of Delaware:

We received the attached letter claiming that indicates the claim submitted by the Island Hotel, Newport Beach was sent to the wrong debtor. According to our records, American Home Mortgage Corporation did indeed hold an event on September July 18, 2007. The contact person for the event was Mr. Erik De Vreeze. Attached is the complete statement from the event along with the corresponding backup.

We are requesting that our claim in the amount of $2,850.56 be submitted for payment from American Home Mortgage Corporation. Should you have any questions, please do not hesitate to contact me on my direct line at 949-760-4971.

Warm Regards,

Alayne Fisher
Credit Manager
afisher@theislandhotel.com





**American Home Mortgage**
**111 Pacifica**
**Suite 305**
**Irvine, CA 92618**


**INVOICE**


A/R Number          :  AMEMOR

| | |
|---|---|
| Room No. | :  9302 |
| Arrival | :  07-18-07 |
| Departure | :  07-23-07 |
| Page No. | :  1 of 1 |
| Folio No. | :  24724 |
| Conf. No. | :  431435 |
| Cashier No | :  4 |
| User ID | :  JESUSV |

07-23-07

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-18-07 | Banquet Food (L) | | 917.86 | |
| | 87944 | | | |
| 07-18-07 | Banquet Food (B) | | 700.45 | |
| | 87941 | | | |
| 07-19-07 | Parking Banquet | | 168.00 | |
| | 14@$12.00/592030 | | | |
| 07-20-07 | Audio Visual | | 390.81 | |
| | 119816 | | | |
| 07-20-07 | Banquet Room Rental | | 673.44 | |
| | 87943 | | | |
| | | | 2,850.56 | 0.00 |
| | | **Balance** | | 2,850.56 |

_____
**Signature**

# THE ISLAND HOTEL
### NEWPORT BEACH

690 Newport Center Drive  Newport Beach, CA USA 92660
Phone: (949) 759-0808 - Fax: (949) 760-8073

| | |
|---|---|
| EO/Check#: | **87944** |
| C | Page 1 of 1 |
| Printed: | 7/18/2007 |

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | American Home Mortgage Corp. | **Contact:** | Mr. Erik deVreeze |
| **Post As:** | American Home Mortgage Corp. | **Phone:** | (949) 753-8900 |
| **Address:** | 111 Pacifica | **Fax:** | (866) 894-6220 |
| | Suite 305 | **On-Site:** | Mr. Erik deVreeze |
| | Irvine, CA  92618 | | |

**Sales Manager:**     Carol Graham
**Catering Manager:** Carol Graham

**Event Date:** Wednesday, July 18, 2007

**Covers:**               **Meal Period:**

**Method of Payment:**  Direct Bill

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 16 | Chilled Lunch Buffet- Modified | 44.00 Per person | 704.00 |
| | | Subtotal: | 704.00 |
| | Service Charge %: | 21.00 | 147.84 |
| | Tax %: | 7.75 | 66.02 |
| | | Total: | 917.86 |

| | Room Rental | Price | Amount |
|---|---|---|---|
| **Room:**   Suite 2001 | **Function:** LBUF | | |
| | | Subtotal: | 0.00 |
| | Room Rental Tax %: | 7.75 | 0.00 |
| | | Total: | 0.00 |



| | |
|---|---|
| Grand Total | 917.86 |
| Balance Due | 917.86 |

_____                    _____
Client Signature                                          Date

*Banquets*



## THE ISLAND HOTEL

690 Newport Center Drive   Newport Beach, CA USA 92660
Phone: (949) 759-0808 - Fax: (949) 760-8073

BEO #:  87944
Page 1 of 1
Printed:  7/6/2007
C

| Parking: | Hosted Prkg at 12 per car |
| --- | --- |

### Banquet Event Order

| Account: | American Home Mortgage Corp. | | Contact: | Mr. Erik de Vreeze |
| --- | --- | --- | --- | --- |
| Post As: | American Home Mortgage Corp. | | Phone: | (949) 753-8900 |
| BEO Name: | Luncheon Buffet | | Fax: | (866) 894-6220 |
| Address: | 111 Pacifica | | Email: | erik.devreeze@americanhm.com |
| | Suite 305 | | On-Site: | Erik De Vreeze |
| | Irvine, CA  92618 | | Sales Manager: | Carol Graham |
| | | | Catering Manager: | Carol Graham |

| Event Date: | Wednesday, July 18, 2007 | Deposit: | |
| --- | --- | --- | --- |
| | | Method of Payment: | Direct Bill |

| Date | Time | Room | Function | Set-up | EXP | GTO | SET | Rental |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7/18/07 | 12:00 PM - 1:00 PM | Suite 2001 | Lunch Buffet | | 16 | | | |

### Menu

**Room:   Suite 2001**                                  12:00 PM

### *Chilled Lunch Buffet- Modified*

Serve:    12:00 PM    to    1:00 PM

**ADD: Chunky Clam Chowder**

* * * * *

Roasted Red Potato Salad with Smoked Bacon Grain Mustard and
Scallions, Creamy Lemon Dressing

Tri Color Cheese Tortellini Salad with Italian Parsley Vinaigrette

Baby Spinach Salad with Mushrooms, Onions, Tomatoes, Choice of
Italian and Creamy Herb Dressings.

Red Leaf Lettuce, Beefsteak Tomato, Kosher Pickle and Purple Onion

Selection of Maple Smoked Ham, Roasted Beef Top Round and Smoked
Turkey Breast

Selection of Provolone, Munster or Sharp Cheddar Cheese

Dijon and Whole Grain Mustards, Mayonnaise and Horseradish Cream

French Baguette, Sourdough, Seven Grain, Rye and Deli-style Rolls

Chocolate Coconut Bars, Rich Chocolate Brownies, New York Style
Cheesecake and an Assortment of Homemade Cookies

Freshly Brewed Coffee and Decaffeinated Coffee, Tea Selection and Iced
Tea

:        16 people @ 44.00 Per person

### Setup

*Should the client require boxes of materials be moved into or out of an
event area, five (5) boxes will be moved at no charge. Additional boxes
will be charged to the client at a rate of $3.00 per box. Entire palettes
will be charged at a rate of $50.00 per palette.*

### Beverage

### Audio Visual

*All Audio Visual prices are subject to a 21% service charge and 7.75%
sales tax and 5% Loss Damage Waiver.*

*All food and beverage prices are subject to a 21% service charge, and 7.75% sales tax. All other charges are subject to 7.75% sales tax.  GUARANTEED attendance figure
must be received three business days prior to function or preliminary count will become guarantee count.*

7/13/07

Organization Authorized Signature                        Date

Hotel Representative Signature                        Date

TOTAL P.003

# THE ISLAND HOTEL
### NEWPORT BEACH

690 Newport Center Drive   Newport Beach, CA USA 92660
Phone: (949) 759-0808 - Fax: (949) 760-8073

| | |
|---|---|
| EO/Check#: | 87941 |
| C | Page 1 of 1 |
| Printed: | 7/18/2007 |

## Banquet Check

| | | | |
|---|---|---|---|
| Account: | American Home Mortgage Corp. | Contact: | Mr. Erik deVreeze |
| Post As: | American Home Mortgage Corp. | Phone: | (949) 753-8900 |
| Address: | 111 Pacifica | Fax: | (866) 894-6220 |
| | Suite 305 | On-Site: | Mr. Erik deVreeze |
| | Irvine, CA  92618 | | |

Sales Manager:   Carol Graham
Catering Manager: Carol Graham

Covers:            Meal Period:

Event Date: Wednesday, July 18, 2007

Method of Payment:  Direct Bill

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 16 | Continental Breakfast | 26.00 Per person | 416.00 |
| | Subtotal: | | 416.00 |
| | Service Charge %: | 21.00 | 87.36 |
| | Tax %: | 7.75 | 39.01 |
| | Total: | | 542.37 |

| Quantity | Beverage | Price | Amount |
|---|---|---|---|
| 9 | Assorted Soft Drinks and Carbonated Fruit Drinks (Based upon consumption) | 4.50 Each | 40.50 |
| 17 | Assorted Mineral Water - carbonated and non-carbonated (Based upon consumption) | 4.75 Each | 80.75 |
| | Subtotal: | | 121.25 |
| | Service Charge %: | 21.00 | 25.46 |
| | Tax %: | 7.75 | 11.37 |
| | Total: | | 158.08 |

| | Room Rental | Price | Amount |
|---|---|---|---|
| Room: Suite 2001 | Function: CBK | | |
| | Subtotal: | | 0.00 |
| | Room Rental Tax %: | 7.75 | 0.00 |
| | Total: | | 0.00 |



Grand Total         700.45
Balance Due         700.45

_____          _____
Client Signature                        Date

**anquets**

**THE ISLAND HOTEL**

690 Newport Center Drive   Newport Beach, CA USA 92660
Phone: (949) 759-0808 - Fax: (949) 760-8073

BEO #:      87941
Page 1 of 1
Printed:   7/6/2007
C

**Banquet Event Order**

**Parking:**   Hosted Prkg at 12 per car

| | |
|---|---|
| **Account:** American Home Mortgage Corp. | **Contact:** Mr. Erik de Vreeze |
| **Post As:** American Home Mortgage Corp. | **Phone:** (949) 753-8900 |
| **BEO Name:** Continental Breakfast | **Fax:** (866) 894-6220 |
| **Address:** 111 Pacifica | **Email:** erik.devreeze@americanhm.com |
| Suite 305 | **On-Site:** Erik DeVreeze |
| Irvine, CA 92618 | **Sales Manager:** Carol Graham |
| | **Catering Manager:** Carol Graham |

**Event Date:**   Wednesday, July 18, 2007

**Deposit:**
**Method of Payment:**   Direct Bill

| Date | Time | Room | Function | Set-up | EXP | GTD | SET | Rental |
|------|------|------|----------|--------|-----|-----|-----|--------|
| 7/18/07 | 9:15 AM - 10:00 AM | Suite 2001 | Continental Breakfast | | 16 | | | |

### Menu

**Room:** Suite 2001                9:15 AM

*Continental Breakfast*
Serve:   9:15 AM   to   10:00 AM
Freshly Squeezed Orange, Grapefruit and Cranberry Juice
Seasonal Sliced Fruit, Garnished with Berries
New York Style Bagels with Plain and Herbed Cream Cheese
Assorted Homemade Muffins, Croissants and Pastries, Sweet Butter and Preserves
Freshly Brewed Coffee, Decaffeinated Coffee and Tea Selection
ADD:
"Coaches Oats" Hot Oatmeal with Devonshire Cream

16 people @ 26.00 Per person

*Keep non perishables from Breakfast out until Luncheon.*

*Keep Beverages refreshed all day.*

### Setup

*Should the client require boxes of materials be moved into or out of an event area, five (5) boxes will be moved at no charge. Additional boxes will be charged to the client at a rate of $3.00 per box. Entire palettes will be charged at a rate of $50.00 per palette.*

### Beverage

**Room:** Suite 2001                9:15 AM

Assorted Soft Drinks and Carbonated Fruit Drinks
(Based upon consumption) @$4.50 Each
Assorted Mineral Water - carbonated and non-carbonated
(Based upon consumption) @$4.75 Each

*Keep Beverages Refreshed All Day.*

### Audio Visual

*All Audio Visual prices are subject to a 21% service charge and 7.75% sales tax and 5% Loss Damage Waiver.*

*dist managers mtg*

*All food and beverage prices are subject to a 21% service charge, and 7.75% sales tax. All other charges are subject to 7.75% sales tax. GUARANTEED attendance figure must be received three business days prior to function or preliminary count will become guarantee count.*

7/13/07

Organization Authorized Signature        Date        Hotel Representative Signature        Date



Case 07-11047-CSS    Doc 5258    Filed 07/25/08    Page 8 of 11

# SWANK
## AUDIO VISUALS.

| | |
|---|---|
| **Ordered By:** | Ms. Nancy Olivares |
| **For Use By:** | American Home Mortgage Corp. |
| **Use Dates:** | 07-18-2007 |
| **To:** | 07-18-2007 |
| **Account:** | 400232230          Sts: R    HB |
| **Purchase Order:** | |
| **Order Date:** | 07-10-2007 |
| **Hotel:** | THE ISLAND HOTEL NEWPORT BEACH |
| **Salesperson:** | ROBERT GOTTFRIED |
| **Customer Fax:** | (866)894-6220 |
| **Customer EMail:** | nancy.olivares@americanhm.com |

American Home Mortgage Corp.
111 Pacifica
Suite 305
Irvine              CA  92618
Phone:    (949)753-8900    Ext:
Attn:      Accounts Payable

Setup: *SUITE 2001*

Dates: Wed 07/18/2007  10:00  AM - Wed 07/18/2007 03:00 PM

| QTY | DAYS | * CODE | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| **DATA SUPPORT PACKAGE - HOUSE SCREEN OR TRI**| | | | | 250.00 |
| 1 | 1.0 | ST01 | TRIPOD SCREEN TO ACCOMMODATE ROOM SIZE | | |
| 1 | 1.0 | ST16 | TRIPOD SCREEN SKIRT 39" X 8' | | |
| 1 | 1.0 | LR15 | PROJECTION STAND 17" X 25" | | |
| 1 | 1.0 | LR16 | PROJECTION STAND DRAPE 84 X 30" | | |
| 1 | 1.0 | VIP6 | HIGH RESOLUTION 5-BNC CABLE, 50' | | |
| 1 | 1.0 | 9911 | DELIVERY/PICKUP SERVICE | | |
| 1 | 1.0 | Y006 | SET-UP AND PRE-TESTING OF A.V. EQUIPMENT INCLUDING SAFETY TAPEDOWN OF CABLES, DAILY RE-FRESH AND RE-CHECK, PACK-UP AND REMOVAL AT CONCLUSION | | |
| **FLIPCHART PACKAGE** | | | | | 55.00 |
| 1 | 1.0 | ZE03 | FLIPCHART STAND - 27"X34" | | |
| 1 | 1.0 S | ZE09 | FLIPCHART PAPER - 27X34" - 40 SHEET | | |
| 1 | 1.0 S | ZH11 | FLIPCHART MARKER, ASSORTED | | |
| 1 | 1.0 | 9911 | DELIVERY/PICKUP SERVICE | | |

*Continued On Next Page*

Case 07-11047-CSS   Doc 5258   Filed 07/25/08   Page 9 of 11

# SWANK
## AUDIO VISUALS.

| | |
|---|---|
| American Home Mortgage Corp. | |
| 111 Pacifica | |
| Suite 305 | |
| Irvine | CA  92618 |
| Phone: | (949)753-8900   Ext: |
| Attn: | Accounts Payable |

| | |
|---|---|
| Ordered By: | Ms. Nancy Olivares |
| For Use By: | American Home Mortgage Corp. |
| Use Dates: | 07-18-2007 |
| To: | 07-18-2007 |
| Account: | 400232230          Sts: R    HB |
| Purchase Order: | |
| Order Date: | 07-10-2007 |
| Hotel: | THE ISLAND HOTEL NEWPORT BEACH |
| Salesperson: | ROBERT GOTTFRIED |
| Customer Fax: | (866)894-6220 |
| Customer EMail: | nancy.olivares@americanhm.com |

**Setup:** *SUITE 2001*

**Dates: Wed 07/18/2007  10:00  AM - Wed 07/18/2007 03:00 PM**

| QTY | DAYS | CODE | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 1 | 1.0 | BK99 | SERVICE CHARGE | 64.05 | 64.05 |
| **Total for Setup** | | | | | 369.05 |

**Audio visual charges will be included on your hotel master bill.**

I have read and acknowledge the attached rental agreement.

Signature: _____ Date: _____

Print Name: _____      Email Addr: _____

| | |
|---|---|
| Subtotal: | 369.05 |
| Tax: | 11.26 |
| Loss Damage Waiver: | 10.50 |
| Amount Paid: | 0.00 |
| TOTAL: | 390.81 |

# THE ISLAND HOTEL
### NEWPORT BEACH

690 Newport Center Drive  Newport Beach, CA USA 92660
Phone: (949) 759-0808 - Fax: (949) 760-8073

**Banquet Check**

| EO/Check#: | **87943** |
|---|---|
| C | Page 1 of 1 |
| Printed: | 7/19/2007 |

| | | | |
|---|---|---|---|
| **Account:** | American Home Mortgage Corp. | **Contact:** | Mr. Erik deVreeze |
| **Post As:** | American Home Mortgage Corp. | **Phone:** | (949) 753-8900 |
| **Address:** | 111 Pacifica | **Fax:** | (866) 894-6220 |
| | Suite 305 | **On-Site:** | Mr. Erik deVreeze |
| | Irvine, CA  92618 | **Sales Manager:** Carol Graham | |
| | | **Catering Manager:** Carol Graham | |
| **Event Date:** Wednesday, July 18, 2007 | | **Covers:**          **Meal Period:** | |
| | | **Method of Payment:**  Direct Bill | |

| Quantity | Miscellaneous | Price | Amount |
|---|---|---|---|
| 1 | Wireless Internet $125.00 | 125.00 | 125.00 |
| | | Subtotal: | 125.00 |
| | | Service Charge %: | 0.00 |
| | | Tax %:          7.75 | 9.69 |
| | | Total: | 134.69 |

| | Room Rental | Price | Amount |
|---|---|---|---|
| **Room:**   Suite 2001 | Function: MTG | 500.00 | 500.00 |
| | | Subtotal: | 500.00 |
| | | Room Rental Tax %:   7.75 | 38.75 |
| | | Total: | 538.75 |

| | |
|---|---|
| **Grand Total:** | 673.44 |
| **Balance Due:** | 673.44 |

_____  
Client Signature

_____  
Date

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | )    **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | )    **Jointly Administered** |
| | ) |
| | )    **Objection Deadline: August 11, 2008 at 4:00 p.m. (ET)** |
| | )    **Hearing Date: August 18, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM OB12 7/17/2008 (merge2.txnum2) 4000001088 EPIQ Use - 204

ISLAND HOTEL, NEWPORT BEACH, THE
ATTN ALAYNE FISHER, CREDIT MANAGER
690 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

## NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** ISLAND HOTEL, NEWPORT BEACH, THE
ATTN ALAYNE FISHER, CREDIT MANAGER
690 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

**Basis For Objection:** Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| **Claim to be Reassigned** | 1147 | $2,850.56 | 07-11051 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

    Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession