EXHIBIT "E"

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 3/14/2008 | 2996058 |
| | | | SERVICE PERFORMED: Exterior |

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| BRIAN E TEETER | 0770832089 | | Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 6147 TOPAZ ST | ALTA LOMA | CA | 91701 |

DISCLOSURE

QUALITY REVIEW REMARKS: Solid Comps. QC: Subject information matches with Real Quest.

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 530,000 | $ 530,000 | 90-120 Days |
| AS-REPAIRED | $ 530,000 | $ 530,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | | |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $ | | unk | |

LISTING COMMENTS

## SUBJECT INFO (All fields are required for both interior and exterior Inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION |
|---|---|---|---|
| SFD | Contemp | 32 | Average |

| SQ FEET ABOVE GROUND | | ROOMS/BEDS/BATHS | BASEMENT | |
|---|---|---|---|---|
| MAIN 2285 | UP | 7  4  3 | SQ FT | 0% FINISHED |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION |
|---|---|---|
| .53 | 3 CAR Gar Att | Average |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT |
|---|---|---|---|---|
| None | | Public | Sewer | |

| SLIDE AREA? | No |
|---|---|
| FLOOD PLAIN? | No |
| EARTHQUAKE ZONE? | No |
| OBSERVED ENVIRONMENTAL ISSUES? | No |
| OBSERVED CASUALTY LOSS (FIRE)? | No |

EXTERIOR IMPROVEMENTS: porch

MOBILE HOME MAKE/MODEL/VIN (If Applicable)

EXTERIOR COMMENTS: solid condition

INTERIOR COMMENTS (Interior Orders)

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | $ | SIDING/PAINT | $ |
|---|---|---|---|
| STRUCTURAL | $ | ROOF | $ |
| WINDOWS | $ | LANDSCAPING UNK | $ |
| OUTBUILDINGS | $ | OTHER | $ |

EXTERIOR REPAIR COMMENTS

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $   0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| No | No | | | Yes | | | No |

| MOLD/MILDEW | MOLD/MILDEW COMMENTS |
|---|---|
| | |

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | No | No |

| ENGINEER | STRUCTURAL | ROOF |
|---|---|---|
| No | No | No |

OTHER

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| | | |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| | |

### HOA INFO (if applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| | | | |

| CONTACT | | | PHONE |
|---|---|---|---|
| ADDRESS | | | |

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| GARY LUPO | (909)319-2169 | 3/14/2008 |

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 3/14/2008 | 2996058 |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
solid comps

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | No | WHY? | |
|---|---|---|---|
| FINANCING REQUIRED TO SELL SUBJECT | Yes | SPECIAL FINANCING PROGRAMS AVAILABLE | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | | FHA/VA Yes | CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN | | |
|---|---|---|---|---|
| Declining | No | | | |
| | PRESENT NUMBER OF MARKET AREA LISTINGS: 21 | | PRICE RANGE FROM $ 460,000 | TO $ |
| | PRESENT NUMBER OF COMPARABLE LISTINGS: 4 | | PRICE RANGE FROM $ 540,000 | TO $ 560,000 |
| AVG MKT TIME UNSOLD LISTINGS: 110 | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) | | | |
| AVG MKT TIME SOLD LISTINGS: 25 | | | | |
| IS THERE NEW HOME CONSTRUCTION? No | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | | | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6604 SAPPHIRE ST | 0.72 | $ 460,000 | 21 | UP / MAIN 2282 / BSMT / GLA 2,282 | TOT RMS 7 / BDRMS 5 / BATHS 2 | Average | 30 | .43 |
| | porch | | | | | | | | |
| 2 | 6313 SARD ST | 0.35 | $ 489,000 | 10 | UP / MAIN 2200 / BSMT / GLA 2,200 | TOT RMS 7 / BDRMS 4 / BATHS 2 | Average | 34 | .35 |
| | fence | | | | | | | | |
| 3 | 6315 BERYL ST | 0.64 | $ 499,000 | 43 | UP / MAIN 2355 / BSMT / GLA 2,355 | TOT RMS 7 / BDRMS 4 / BATHS 2.5 | Average | 32 | .32 |
| | patio | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9858 VIA ESPERANZA / SALE DATE 08/16/2007 | 0.99 | LIST $ 575,000 / SALE $ 540,000 | 103 | UP / MAIN 2238 / BSMT / GLA 2,238 | TOT RMS 7 / BDRMS 4 / BATHS 2.5 | Average | 16 | .11 / DATA SOURCE MLS |
| | patio | | | | | | | | |
| 2 | 9849 VIA ESPERANZA / SALE DATE 08/17/2007 | 0.99 | LIST $ 574,000 / SALE $ 545,000 | 161 | UP / MAIN 2282 / BSMT / GLA 2,282 | TOT RMS 7 / BDRMS 4 / BATHS 3 | Average | 16 | .12 / DATA SOURCE MLS |
| | fence | | | | | | | | |
| 3 | 8436 JENNET ST / SALE DATE 11/15/2007 | 0.58 | LIST $ 645,000 / SALE $ 560,000 | 102 | UP / MAIN 2294 / BSMT / GLA 2,294 | TOT RMS 7 / BDRMS 4 / BATHS 3 | Average | 31 | .35 / DATA SOURCE MLS |
| | porch | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Contemp | | Owner Occupied |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Depressed | Declining | Declining | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| porch | porch |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| % | $ 0 | $ | $ | $ | $ | $ |

PAGE 2 OF 2   FARVV, 2003
2996058

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| GARY LUPO | (909)319-2169 | 3/14/2008 |



*First American*
*Residential Value View*

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770832089 | 031429JB | 2996058 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| BRIAN E TEETER | 6147 TOPAZ ST | ALTA LOMA, CA 91701 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject House Number





**First American Residential Value View**

Photos

| ACCOUNT NUMBER 0770832089 | TRACKING NUMBER 031429JB | | FARVV ORDER NO. 2996058 |
|---|---|---|---|
| NAME BRIAN E TEETER | ADDRESS 6147 TOPAZ ST | | CITY, STATE, ZIP ALTA LOMA, CA  91701 |
| PHOTOS COMMENT | | | |

Sold 1 (9858 VIA ESPERANZA)



Sold 2 (9849 VIA ESPERANZA)



Sold 3 (8436 JENNET ST)





First American
Residential Value View

# SourceNet™                                                                    Map

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770832089 | 031429JB | 2996058 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| BRIAN E TEETER | 6147 TOPAZ ST | ALTA LOMA, CA 91701 |



Map Scale: 1 Inch = 0.47 Miles

**⚑ Subject Property**
6147 TOPAZ ST
ALTA LOMA, CA 91701

**❶ Comp. Listing 1**
6604 SAPPHIRE ST
ALTA LOMA, CA 91701
Dist From Subject: 0.72 Miles

**❷ Comp. Listing 2**
6313 SARD ST
RANCHO CUCAMONGA, CA 91701
Dist From Subject: 0.35 Miles

**❸ Comp. Listing 3**
6315 BERYL ST
RANCHO CUCAMONGA, CA 91701
Dist From Subject: 0.64 Miles

**❶ Closed Sale 1**
9858 VIA ESPERANZA
RANCHO CUCAMONGA, CA 91737
Dist From Subject: 1.61 Miles

**❷ Closed Sale 2**
9849 VIA ESPERANZA
RANCHO CUCAMONGA, CA 91737
Dist From Subject: 1.6 Miles

**❸ Closed Sale 3**
8436 JENNET ST
CA 91701
Dist From Subject: 0.58 Miles