IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                            :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :    Jointly Administered
                        Debtors.                                 :
---------------------------------------------------------------- x

### SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

DISTRICT OF COLUMBIA          )
                             )          ss:
                             )

David M. Souders, being duly sworn, deposes and says:

1.      I am a partner with Weiner Brodsky Sidman Kider PC (the "Firm"), which

maintains offices at 1300 Nineteenth Street, Fifth Floor, Washington, D.C.

2.      This Supplemental Affidavit is submitted in connection with an Order of the

United States Bankruptcy Court for the District of Delaware, entered on or about September 7,

2007, authorizing the above-captioned debtors and debtors in possession (collectively, the

"Debtors") to employ and compensate certain professionals in the ordinary course of business

during the pendency of these chapter 11 cases.

3.      Prior to the filing of the petitions which initiated the above-captioned cases, the

Firm has represented and advised the Debtors as regulatory, licensing and litigation counsel. The

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      On September 7, 2007, the Firm was authorized to perform work on an hourly fee basis for certain legal work it handled for American Home Mortgage prior to the bankruptcy of the Debtors.  The Firm has, and will continue to, submit applications for work performed on matters, other than those identified below in paragraph 5, seeking reimbursement on an hourly basis.

5.      Since December 1, 2007, and after consultation with attorneys for American Home Mortgage, the Firm agreed to handle three affirmative litigation matters on a fifty percent contingency basis after all expenses (including local counsel fees, if any) were paid. Accordingly, while the Firm has continued to work on these matters, this time, and the associated litigation expenses, were not included on any of the Fee applications submitted by the Firm.  The three affirmative cases are:

*American Home Mortgage Corp. v. UM Securities Corp. d/b/a Dupont Funding Co.*, No. 05-CV-2279 (S.D.N.Y.), Appeal No. 08-1059-cv (2nd Cir.)

*American Home Mortgage Corp. v. MJR Equity Corp.*, No. 602540/05 (Supreme Court of the State of New York, County of New York)

*American Home Mortgage Corp. v. Bellettieri, Fonte & Laudonio, P.C., et. al.*, No. 08269/07 (Supreme Court of the State of New York, Suffolk County)

6.      The decision of the attorneys for American Home Mortgage was based on the determination that any recovery from these three matters would not justify the hourly fees expected to be spent on them.

7.      Subsequent to the filing of this Supplemental Affidavit, the Firm intends to seek approval of settlement agreements for some or all of these three cases that will allow for the recovery of some assets for the estate of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *July 25*, 2008

David M. Souders, Esq.

Sworn to and subscribed before me
this 25th day of July, 2008

Notary Public

Nancy Lynn Pickover
**Notary Public, District of Columbia**
My Commission Expires 07-31-2009

F:\98077\089\DMS Affidavit Post-Petition.DOC