# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: July 10, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 17, 2008 at 2:00 p.m. (ET) |

AHM OB10 6/17/2008 (merge2.txnum2) 4000098703 BSI Use - 232

CHIPRIN, ALFRED S.
3747 S. CLARINGTON AVE
APT. 4
LOS ANGELES, CA 90034-5828

*[Handwritten note: SORRY THIS IS LATE. I'VE BEEN OUT-OF-TOWN VISITING FRIENDS SO JUST OPENED MY MAIL TODAY = 7-22-08]*

## NOTICE OF DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:  CHIPRIN, ALFRED S.
3747 S. CLARINGTON AVE
APT. 4
LOS ANGELES, CA 90034-5828

| | Basis For Objection: | Claim based on Equity Interest | |
|---|---|---|---|
| | | Claim Number | Claim Amount |
| | Claim to be Expunged | 6050 | $6,553.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **July 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 17, 2008 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 17, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# charles SCHWAB

**Trade Confirmation**

101 Montgomery Street  San Francisco  California  94104  800 435 4000  www.schwab.com

Retain for Your Records

Account Number: 2292-7213
Page 1 of 1

**Mail To**

E TRR <6 00022949 000000033958 0001 20041220
ALFRED S CHIPRIN TTEE
ALFRED S CHIPRIN TRUST
U/A DTD 12/19/2001
3747 CLARINGTON AVE APT 4
LOS ANGELES CA  90034

0022949

Going paperless is easy. Log on to www.schwab.com/paperless.

## Security Description

| | Action | BOUGHT | | |
|---|---|---|---|---|
| AMERN HOME MORTGAGE INVT REIT | Symbol: | AHM | Trade Date: | 12/20/04 |
| | Security No./Cusip: | 02660R-10-7 | Settlement Date: | 12/23/04 |
| | Branch Code: | CCYY | Type: | Cash |

| Quantity | Price | Principal | | Fees & Charges | Total Amount |
|---|---|---|---|---|---|
| 200 | $34.40 | $6,880.00 | Commission: | $29.95 | $6,909.95 |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Market where executed:  New York Stock Exchange*
*Unsolicited trade*
*Capacity code A*

0000229490101

©2004 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR YY 1
E TRR <6 00022949 000000033958 0001 20041220

SIPC

# charles SCHWAB

**Trade Confirmation**

101 Montgomery Street  San Francisco  California  94104  800 435 4000  www.schwab.com

Retain for Your Records

Account Number: 2292-7213
Page 1 of 1

**Mail To**

E TRR <6 00020616 000000029235 0001 20070409
ALFRED S CHIPRIN TTEE
ALFRED S CHIPRIN TRUST
U/A DTD 12/19/2001
3747 CLARINGTON AVE APT 4
LOS ANGELES CA  90034

020616

*Going paperless is easy. Log on to www.schwab.com/paperless.*

## Security Description

| AMERN HOME MORTGAGE INVT REIT | | |
|---|---|---|
| **Action** | **SOLD** | |
| Symbol: | AHM | Trade Date: 4/09/07 |
| Security No./Cusip: | 02660R-10-7 | Settlement Date: 4/12/07 |
| Branch Code: | CCYY | Type: Cash |

| Quantity | Price | Principal | Fees & Charges | | Total Amount |
|---|---|---|---|---|---|
| | | | Exch Proc Fee**: | $.07 | |
| 200 | $21.621 | $4,324.20 | Commission: | 17.95 | $4,306.18 |
| **Totals** 200 | | $4,324.20 | | $18.02 | $4,306.18 |

For all of the above:
Unless you have already instructed us differently, we will: hold these proceeds in your account.
Executed Over The Counter
Unsolicited trade
** Exch Proc Fee: This fee offsets processing costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions.
Capacity code A

0000020616010l

©2006 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR   1
E TRR <6 00020616 000000029235 0001 20070409

SIPC