*Douglas Harrison*

*769 Sandy Hill Circle*
*Pt. Orange, Fl 32127-7795*
*(386)761-1959*



..................................................................

July 24, 2008

United States Bankruptcy Court
For the Dist. Of Delaware
824 Market St., 3rd Floor
Wilmington, Delaware 19801

Honorable:

I object to case No. 07-11047 (CSS) altering my claim and being
expunged from any action the court takes in settlement.

Please enter my name and claim as NOT being dissallowed from the
claim.

Sincerely,

Douglas Harrison

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :    Jointly Administered
       Debtors.                                                 :
                                                                :    **Objection Deadline: August 11, 2008 at 4:00 p.m. (ET)**
                                                                :    **Hearing Date: August 18, 2008 at 10:00 a.m. (ET)**

---------------------------------------------------------------- x

## NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) THE DEBTORS' POSTPETITION LENDER; AND (V) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
     Wilmington, Delaware

         YOUNG CONAWAY STARGATT & TAYLOR, LLP

         James L. Patton, Jr. (No. 2202)
         Pauline K. Morgan (No. 3650)
         Edward J. Kosmowski (No. 3849)
         Kara Hammond Coyle (No. 4410)
         Nathan D. Grow (No. 5014)
         The Brandywine Building
         1000 West Street, 17th Floor
         Wilmington, Delaware 19801
         Telephone: (302) 571-6756
         Facsimile: (302) 571-1253

         Counsel to the Debtors and Debtors in Possession