

**HOMES & LAND**
**OF SOUTHWEST MONTANA**

57 Upper Rainbow Road - Bozeman, MT 59718 (former address)
300 Circle Drive - Pompano Beach, Florida 33062 (current address)
406-522-7800

July 25, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Re: American Home Mortgage Holdings, Inc., Delaware corporation, et.al.
    Case No. 07-11047 (CSS) Former Case Number
    Claim Number 874 / New Case #07-11051

Dear Sir or Madam,

With regard to the above matter I am enclosing copies of four invoices for American Home Mortgage. None of these invoices have been paid and I can see no valid reason for any objection on behalf of the debtor. Please consider this my formal response to the objection to reduce the amount from $1,053.32 to $526.66. The debtor has never before denied the fact they owed these invoices and have no reason to reduce the amount owed. The invoices attached are #3297, #3323, #3347 and #3369. They have not been paid and are still outstanding on their account. The total is $1,053.32.

Please note a change of address above for any future correspondence. Please contact me with any questions or concerns.

Thank you for your time and consideration.

Sincerely,

Dee Tiano, Pres.
Homes & Land Magazine SW MT

cc: Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street
    17th Floor
    Wilmington, Delaware 19801

# HOMES&LAND
### OF SOUTHWEST MONTANA

300 Circle Drive – Pompano Beach, FL 33062
Phone: 406-522-7800

# Statement

| Date |
|---|
| 07/25/08 |

**Bill To**

American Home Mortgage
2616 W. Main - Suite D
Bozeman, MT 59718

| Amount Due |
|---|
| $1,053.32 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 03/31/07 | Balance forward | | 0.00 |
| 04/03/07 | INV #3270 | 263.33 | 263.33 |
| 04/16/07 | PMT #0295415 | -263.33 | 0.00 |
| 05/01/07 | INV #3294 | 263.33 | 263.33 |
| 06/04/07 | INV #3297  *June '07* | 263.33 | 526.66 |
| 07/03/07 | INV #3323  *July '07* | 263.33 | 789.99 |
| 07/10/07 | PMT #01318789 | -263.33 | 526.66 |
| 08/01/07 | INV #3347  *Aug. '07* | 263.33 | 789.99 |
| 09/01/07 | INV #3369  *Sept. '07* | 263.33 | 1,053.32 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | OVER 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 1,053.32 | $1,053.32 |



# Invoice

300 Circle Drive – Pompano Beach, FL 33062
Phone: 406-522-7800

| Date | Invoice No. |
|---|---|
| 06/04/07 | 3297 |

**Bill To**

American Home Mortgage
2616 W. Main - Suite D
Bozeman, MT 59718

| P.O. No. | Terms | Due Date | Volume & Issue |
|---|---|---|---|
| Capi | Net 15 | 06/19/07 | June 2007 |

| Qty | Item | Description | Rate | Vol Iss | Amount |
|---|---|---|---|---|---|
| 1 | 1/2 Page | 1/2 Page Monthly Billing June 2007 | 263.33 | | 263.33 |

| | Total | $263.33 |
|---|---|---|



300 Circle Drive – Pompano Beach, FL 33062
Phone: 406-522-7800

# Invoice

| Date | Invoice No. |
|---|---|
| 07/03/07 | 3323 |

**Bill To**

American Home Mortgage
2616 W. Main - Suite D
Bozeman, MT 59718

| P.O. No. | Terms | Due Date | Volume & Issue |
|---|---|---|---|
| Capi | Net 15 | 07/18/07 | July 2007 |

| Qty | Item | Description | Rate | Vol Iss | Amount |
|---|---|---|---|---|---|
| 1 | 1/2 Page | 1/2 Page Monthly Billing July 2007 | 263.33 | | 263.33 |

**Total** $263.33



# Invoice

300 Circle Drive – Pompano Beach, FL 33062
Phone: 406-522-7800

| Date | Invoice No. |
|---|---|
| 08/01/07 | 3347 |

**Bill To**

American Home Mortgage
2616 W. Main - Suite D
Bozeman, MT 59718

| P.O. No. | Terms | Due Date | Volume & Issue |
|---|---|---|---|
| Capi | Net 15 | 08/16/07 | August 2007 |

| Qty | Item | Description | Rate | Vol Iss | Amount |
|---|---|---|---|---|---|
| 1 | 1/2 Page | 1/2 Page Monthly Billing August 2007 | 263.33 | | 263.33 |

| | Total | $263.33 |
|---|---|---|



300 Circle Drive – Pompano Beach, FL 33062
Phone: 406-522-7800

# Invoice

| Date | Invoice No. |
|---|---|
| 09/01/07 | 3369 |

**Bill To**

American Home Mortgage
2616 W. Main - Suite D
Bozeman, MT 59718

| P.O. No. | Terms | Due Date | Volume & Issue |
|---|---|---|---|
| Capi | Net 15 | 09/16/07 | Sept. 2007 |

| Qty | Item | Description | Rate | Vol Iss | Amount |
|---|---|---|---|---|---|
| 1 | 1/2 Page | 1/2 Page Monthly Billing September 2007 | 263.33 | | 263.33 |

| | Total | $263.33 |
|---|---|---|

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., <br><br>Debtors. <br><br>AHM OB13 7/17/2008 (merge2.txnum2) 4000000867  EPIQ Use - <br>HOMES & LANE MAGAZINE SW MONTANA <br>ATTN DEE TIANO, PRES. <br>57 UPPER RAINBOW RD <br>BOZEMAN, MT 59718 | Chapter 11 <br><br>Case No. 07-11047 (CSS) <br><br>Jointly Administered <br><br>Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) <br>Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

O: HOMES & LANE MAGAZINE SW MONTANA
ATTN DEE TIANO, PRES.
57 UPPER RAINBOW RD
BOZEMAN, MT 59718

**Basis For Objection:** Debtors' books and records show claim should be reduced and reassigned to another case number

| Claim to be Reduced and Reassigned | Claim Number | New Case # | Claim Amount | Reduced Amount |
|---|---|---|---|---|
| | 874 | 07-11051 | Unsecured - $1,053.32 | Unsecured - $526.66 |

Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are only liable for the amount listed in the above column titled "Reduced Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by decreasing your claim to the "Reduced Amount" listed above and by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> James L. Patton, Jr. (No. 2202)
> Pauline K. Morgan (No. 3650)
> Edward J. Kosmowski (No. 3849)
> Kara Hammond Coyle (No. 4410)
> Nathan D. Grow (No. 5014)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6756
> Facsimile: (302) 571-1253
>
> Counsel to the Debtors and Debtors in Possession