July 25, 2008

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd floor
Wilmington, Delaware 19801

To Whom It May Concern:

My name is Allison L. Cesaro (formally Allison L. Wallace). I am writing to the
Bankruptcy Court in order to object the reclassification and reassignment of the priority
level of my claim for American Home Mortgage Holding, Inc. The case number is 07-
11047.

I am a Real Estate Appraiser located in Michigan and was hired by American Home
Mortgage to appraise these specific homes. I have attached the order forms from
American Home Mortgage and invoices that were submitted to American Home
Mortgage for payment before they filed for Bankruptcy. This should be sufficient to
support my claim. I completed these appraisals that they requested from me in a timely
and professional manner. The order forms attached proves that I have a strong basis for
my claim to stay where it is in the priority level that it is.

I have attached a self addressed, stamped envelope and a copy of the letter in hopes that
you will send me a copy back. This will insure that you received my letter objecting this
reclassification. If you have any questions, please contact me at Allegiance Appraisal,
G3140 S. Dye Road, Flint, MI 48507. (810) 600-0968 phone.

Thank You for Your Time,

Allison L. Cesaro
Certified Residential Appraisal
State of Michigan
Allegiance Appraisal
G-3140 S. Dye Road
Flint, MI 48507
(810) 600-0968 Phone
(810) 600-0970 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objection Deadline: August 11, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: August 18, 2008 at 10:00 a.m. (ET)** |
| | ) | |

AHM OB13 7/17/2008 (merge2.txnum2) 4000041305 EPIQ Use -

ALLEGIANCE APPRAISAL
ATTN ALLISON L CESARO
G 3140 S DYE RD
FLINT, MI 48507

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
## TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
## BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:**  ALLEGIANCE APPRAISAL
ATTN ALLISON L CESARO
G 3140 S DYE RD
FLINT, MI 48507

**Basis For Objection:**   Debtors' books and records show claim should be reclassified and reassigned

| Claim to be Reclassified and Reassigned | Claim Number | Claim Amount | New Case # | New Priority Level |
|---|---|---|---|---|
| | 7591 | $1,435.00 | 07-11053 | Unsecured |

No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have determined, after review of their books and records, that your claim should be reclassified to the priority level listed above in the column titled "New Priority Level." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by reclassifying and reassigning your claim as detailed above.

    Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON AUGUST 18, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
         Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession