## CERTIFICATE OF SERVICE

I, Russell C. Silberglied, do hereby certify that on July 30, 2008, I caused a copy of the foregoing **Objection of The Bank of New York Mellon, in Various Capacities, to Proposed Purchaser's Cure Amounts** to be served upon the parties on the attached service list in the manner indicated.

_____
Russell C. Silberglied (No. 3462)

## AMERICAN HOME MORTGAGE HOLDINGS, INC. et al.,
## CASE NO. 07-11047 (CSS)

### Via Hand Delivery

Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Victoria Counihan
Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

### Via First Class Mail

Mark S. Indelicato, Esq.
Hahn Hessen LLP
488 Madison Avenue
14th & 15th Floor
New York, NY 10022

Erica M. Ryland
Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

RLF1-3307546-1