**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | * |
| AMERICAN HOME MORTGAGE | * Case No.: 07-11047(CSS) |
| HOLDING INC., | * Chapter 11 |
|             Debtor. | * |
| | * |
| | * Hearing Date: September 15, 2008 at 10:00 a.m. |

**ORDER TERMINATING AUTOMATIC STAY UNDER**
**SECTION 362 OF THE BANKRUPTCY CODE**
**WITH RESPECT TO REAL PROPERTY LOCATED AT**
**11051 CORSIA TRIESTE WAY, 4-202, BONITA SPRINGS, FL 34135**
*(Relates to Docket #          )*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (the "Motion") filed by Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage-Pass Through Certificates Series 2006-5 c/o EMC Mortgage Corporation (the "Movant"), and the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and in consideration of any response filed thereto, it is hereby **ORDERED** as follows:

    1.  To the extent that the automatic stay of 11 U.S.C. § 362(a) is applicable, such stay is hereby terminated to allow the Movant and its successors and/or assignors to pursue any state court remedies to which Movant may be entitled under applicable law with respect to the following property: 11051 Corsia Trieste Way, 4-202, Bonita Springs, FL 34135.

    2.  This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Dated: _____          _____
                                                              The Honorable Christopher S. Sontchi
                                                             United States Bankruptcy Court