IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
                    Debtors.                                     :
                                                                 : Obj. Deadline: August 19, 2008 @ 4:00pm (ET)
                                                                 :
---------------------------------------------------------------- x Doc. Ref. Nos: 192 & 643

## NOTICE OF FILING OF TWELFTH SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS' POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "Order").

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

supplemental list of ordinary course professionals (the "Supplemental List") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must be filed on or before August 19, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the Debtors, (ii) Ordinary Course Professionals identified on Exhibit A, (iii) the Office of the United States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi) counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and (viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, **the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Order.**

Dated: July 30, 2008
      Wilmington, Delaware

                           YOUNG CONAWAY STARGATT & TAYLOR, LLP

                           */s/ Ryan M. Bartley*

                           James L. Patton, Jr. (No. 2202)
                           Joel A. Waite (No. 2925)
                           Pauline K. Morgan (No. 3650)
                           Matthew B. Lunn (No. 4119)
                           Ryan M. Bartley (No. 4985)
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           Wilmington, Delaware 19801
                           Telephone: (302) 571-6600
                           Facsimile: (302) 571-1253

                           Counsel for Debtors and Debtors in Possession

EXHIBIT A

SUPPLEMENTAL LIST

| Firm | Address | Service | Cap |
|---|---|---|---|
| EmphaSys Technologies, Inc. | 261 Old York Road, The Pavilion, Suite 822, Jenkintown, PA 19046 | Preparation of tax returns and provide other accounting services related to asset securitizations. | $35,000/month |

066585.1001

DB02:7026454.1