# EXHIBIT "A"

# EXHIBIT A
# LIST OF SECURITIZATION TRUSTS

1. American Home Mortgage Investment Trust 2004-3, Mortgage-Backed Notes ("AHMIT 2004-3");

2. American Home Mortgage Assets LLC, Mortgage-Backed Pass-Through Certificates, Series 2006-3 ("AHMA 2006-3");

3. American Home Mortgage Assets LLC, Mortgage-Backed Pass-Through Certificates, Series 2006-4 ("AHMA 2006-4");

4. GSR Mortgage Loan Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2 ("GSR 2006-AR2"); and

5. Structured Asset Mortgage Investments II Inc., Mortgage Pass-Through Certificates, Series 2007-AR1 ("SAMI 2007-AR1").