# EXHIBIT "B"

# EXHIBIT B

| Trust | Document | Citibank Role | Debtor Role | Proposed Purchaser's Cure Amount | Citibank's Asserted Purchaser's Cure Amount |
|---|---|---|---|---|---|
| AHMIT 2004-3 | Servicing Agreement dated as of September 29, 2004 among American Home Mortgage Servicing, Inc. ("AHM Servicing"), as Master Servicer, American Home Mortgage Investment Trust 2004-3 (the "AHMIT 2004-3 Trust"), as Issuer and Citibank, N.A., as Indenture Trustee | Indenture Trustee Paying Agent Registrar | AHM Servicing – Master Servicer | 0 | TBD[1] |
| AHMA 2006-3 | Servicing Agreement dated as of July 28, 2006 among Wells Fargo Bank, N.A, ("Wells Fargo"), as Master Servicer, Citibank, N.A., as Trustee, American Home Mortgage Corp. ("AHM Corp."), as Sponsor and AHM Servicing, as Servicer | Trustee Paying Agent Registrar | AHM Servicing – Servicer | 0 | TBD |
| AHMA 2006-4 | Servicing Agreement dated as of August 30, 2006 among Wells Fargo, as Master Servicer, Citibank, N.A., as Trustee, AHM Corp., as Sponsor, and AHM Servicing, as Servicer [2] | Trustee Paying Agent Registrar | AHM Servicing – Servicer | 0 | TBD |
| GSR 2006-AR2 | Assignment, Assumption and Recognition Agreement dated as of April 1, 2006 among GS Mortgage Securities Corp., as Assignor, Citibank, N.A., (as Trustee), as Assignee, AHM Servicing, as Servicer, and AHM Corp., as Seller, and as acknowledged by Wells Fargo, as Master Servicer ; and Mortgage Loan Sale and Servicing Agreement between AHM Corp., as Seller, AHM Servicing, as Servicer and Goldman Sachs Mortgage Company, as Purchaser, dated as of December 1, 2005 | Trustee | AHM Servicing – Servicer | 0 | TBD |

---

[1] Amount to be determined in excess of $107,222.43 which number is comprised of certain administration fees and fees and expenses of counsel. The aggregate amount is not capable of liquidation at this time and the defaults are described in the Objection.

[2] This agreement provides for the assignment to Citibank as trustee for SAMI 2007-AR1 of EMC Mortgage Corporation's rights in the Purchase Warranties and Servicing Agreement among EMC Mortgage Corporation, as Purchaser, AHM Corp., as Company, and AHM Servicing, as Servicer, dated as of March 1, 2006.

| Trust | Document | Citibank Role | Debtor Role | Proposed Purchaser's Cure Amount | Citibank's Asserted Purchaser's Cure Amount |
|---|---|---|---|---|---|
| SAMI 2007-AR1 | Assignment, Assumption and Recognition Agreement dated as of January 31, 2007 among EMC Mortgage Corporation, as Assignor, Citibank, N.A. (as Trustee), as Assignee, AHM Corp., as Company, and AHM Servicing, as Servicer | Trustee | AHM Servicing – Servicer | 0 | TBD |

SK 01463 0255 903764

9