IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE REGARDING
## OBJECTION OF CITIBANK, N.A. TO PROPOSED PURCHASER'S CURE AMOUNT

I, John T. Carroll, Esquire, counsel to Citibank, N.A., in the above-captioned matter, hereby certify that I am not less than 18 years of age, and further certify that on July 31, 2008 I caused to be served a true and correct copy of the Objection of Citibank, N.A. to Proposed Purchaser's Cure Amount upon the parties identified on the service list attached hereto as Exhibit "A" via e-mail transmission, hand delivery and/or U.S. First Class mail service as set forth thereon.

---

[1]     The Debtors are: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 31, 2008
      Wilmington, DE

<div style="margin-left: 40%;">

COZEN O'CONNOR

By:   /s/ John T. Carroll, III
     John T. Carroll, III (No. 4060)
     1201 N. Market Street
     Suite 1400
     Wilmington, Delaware 19801
     Telephone:  (302) 295-2028
     Facsimile:   (302) 295-2013

     SEWARD & KISSEL LLP
     Ronald L. Cohen
     Arlene R. Alves
     One Battery Park Plaza
     New York, New York  10004
     (212) 574-1200

     Attorneys for Citibank, N.A., solely in its
     capacities as Indenture Trustee, Trustee,
     Paying Agent and Registrar

</div>

# EXHIBIT "A"

**American Home Mortgage Holdings, Inc.**
**Chapter 11**
**Case No. 07-11047(CSS)**

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Attn: Matthew B. Lunn
Counsel to the Debtors
mlunn@ycst.com
*E-Mail Service and Hand Delivery*

Jones Day
222 East 41st Street
New York, NY 10017
Attn: Erica M. Ryland
Attn: Scott J. Friedman
Counsel to the Purchaser
emryland@jonesday.com
sjfriedman@jonesday.com
*E-mail Service and U.S. Mail*

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
Attn: Victoria Counihan
Counsel to the Purchaser
counihanv@gtlaw.com
*E-Mail Service and Hand Delivery*

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 1002
Counsel to the Official Committee of Unsecured Creditors
MIndelicato@hahnhessen.com
*E-mail Service and U.S. Mail*