IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :   Jointly Administered
        Debtors.                                             :
                                                             :   Ref. No. 4970
------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 4970

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Seventh Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2008 through February 29, 2008 (the "Application") has been received. The Court's docket which was last updated July 31, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than July 22, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($49,155.00) of requested fees and 100% of requested expenses ($193,689.78) on an interim basis without further Court order.

Dated: Wilmington, Delaware
July 31, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Ryan M. Bartley
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Margaret B. Whiteman (No. 4652)
        Ryan M. Bartley (No. 4985)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession