IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
         Debtors.                                                  :
                                                                   :   Ref. No. 4972
------------------------------------------------------------------ x
```

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 4972

The undersigned hereby certifies that, as of the date hereof, no answer, objection

or other responsive pleading to Ninth Monthly Application of Samuel I. White, P.C. as

Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of

Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2008 through

April 30, 2008 (the "Application") has been received. The Court's docket which was last

updated July 31, 2008, reflects that no objections to the Application have been filed. Objections

to the Application were to be filed and served no later than July 22, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and

Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers

Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985]

the Debtors are now authorized to pay 100% ($33,200.00) of requested fees and 100% of

requested expenses ($62,919.38) on an interim basis without further Court order.


Dated: Wilmington, Delaware
       July 31, 2008

                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP


                                   /s/ Ryan M. Bartley
                                   James L. Patton, Jr. (No. 2202)
                                   Joel A. Waite (No. 2925)
                                   Pauline K. Morgan (No. 3650)
                                   Sean M. Beach (No. 4070)
                                   Matthew B. Lunn (No. 4119)
                                   Margaret B. Whiteman (No. 4652)
                                   Ryan M. Bartley (No. 4985)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   Counsel for Debtors and
                                   Debtors in Possession