## **CERTIFICATE OF SERVICE**

The undersigned hereby states that a true and correct copy of Objection and Omnibus Purchaser's Cure Claim of Wells Fargo Bank, N.A. as Master Servicer, Securities Administrator, Trust Administrator and/or Indenture Trustee for the Period Between the Initial Closing and The Final Closing were served on July 31, 2008, upon all by CM/ECF and by e-mail upon the following counsel:

Matthew B. Lunn, Esquire
Young Conoway Stargatt & Taylor, LLP
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
mlunn@ycst.com

Erica Ryland, Esquire
Scott Friedman, Esquire
Jones Day
222 East 41st Street
New York, NY  10017
emryland@jonesday.com
sjfriedman@jonesday.com

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
counihanv@gtlaw.com

Mark Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
mindelicato@hahnhessen.com

WolfBlock LLP

*/s/ Todd C. Schiltz*
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312

*Attorneys for Defendants Wells Fargo Bank, N.A.*