## SCHEDULE A

| Assumed Contract[1] / Counterparties[2] | Trust | Proposed Purchaser's Cure Amount | Basis for Claim, Without Limitation | Purchaser's Cure Amount,[3] Without Limitation |
|---|---|---|---|---|
| Assignment, Assumption and Recognition Agreement, made on the 1st day of January, 2006, among American Home Mortgage Servicing, Inc., as seller, American Home Mortgage Corp. as servicer, U.S. Bank National Association, not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2006-AR1, and GS Mortgage Securities Corp., as assignor and is acknowledged by Wells Fargo Bank, N.A., as master servicer; and related documents | GSR Mortgage Loan Trust 2006-AR1 | $0.00 | § 3 of this Assumed Contract | $124,443.50 |
| Assignment, Assumption and Recognition Agreement made the 28th day of April, 2006, among American Home Mortgage Servicing, Inc., a Maryland corporation, American Home Mortgage Corp., GS Mortgage Securities Corp., a Delaware corporation, and U.S. Bank National Association, not in its individual capacity, but solely as trustee on behalf of GSAA Home Equity Trust 2006-6, and as acknowledged by JPMorgan Chase Bank, National Association, as master servicer; and related documents | GSAA Home Equity Trust 2006-6 | $0.00 | § 3 of this Assumed Contract | $124,443.50 |

---

[1] To the extent the agreements relating to the trusts identified in footnote 5 of the Objection are or have been assumed by the Debtors and are the subject of or included in the Notice of Purchaser's Cure Amounts, U.S. Bank asserts an additional claim in connection therewith, plus any amounts that may become owing arising from the litigation described in footnote 5 of the Objection.

[2] Counterparties include the non-debtor parties named in the description of the Assumed Contract plus other unnamed parties including, without limitation, U.S. Bank National Association.

[3] The Purchaser's Cure Amount for each of the Assumed Contracts described below includes the liquidated claim set forth below of $124,443.50 plus an unliquidated amount for claims that are not capable of liquidation as described in the Objection to which this Exhibit A is attached.

| Assumed Contract / Counterparties | Trust | Proposed Purchaser's Cure Amount | Basis for Claim, Without Limitation | Purchaser's Cure Amount, Without Limitation |
|---|---|---|---|---|
| Assignment, Assumption and Recognition Agreement, made as of April 28, 2006, among EMC Mortgage corporation, U.S. Bank National Association, not individually but solely as trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-AC3, Asset-Backed Certificates, Series 2006-AC3, American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.; and related documents | Bear Stearns Asset Backed Securities I Trust 2006-AC3 | $0.00 | §§ 5, 6 and 10 of this Assumed Contract | $124,443.50 |
| Assignment, Assumption and Recognition agreement, made the 26th day of May, 2006, among American Home Mortgage Servicing, Inc., a Maryland corporation, GS Mortgage Securities Corp., a Delaware corporation, and U.S. Bank National Association, not in its individual capacity, but solely as trustee on behalf of GSAA Home Equity Trust 2006-9, and as acknowledged by JPMorgan Chase Bank, National Association, as master servicer; and related documents | GSAA Home Equity Trust 2006-9 | $0.00 | § 3 of this Assumed Contract | $124,443.50 |
| Assignment, Assumption and Recognition Agreement, made as of June 30, 2006, among EMC Mortgage Corporation, U.S. Bank National Association, not individually but solely as trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4, American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.; and related documents | Bear Stearns Asset Backed Securities I Trust 2006-AC4 | $0.00 | §§ 5, 6 and 10 of this Assumed Contract | $124,443.50 |

| Assumed Contract / Counterparties | Trust | Proposed Purchaser's Cure Amount | Basis for Claim, Without Limitation | Purchaser's Cure Amount, Without Limitation |
|---|---|---|---|---|
| Assignment, Assumption and Recognition Agreement, dated as of June 1, 2006, entered into among J.P. Morgan Acceptance Corporation I, a Delaware corporation, U.S. Bank National Association, as trustee of J.P. Morgan Alternative Loan Trust 2006-A3, J.P. Morgan Mortgage Acquisition Corp., American Home Mortgage Servicing, Inc., as the servicer and Wells Fargo Bank, N.A.; and related documents | J.P. Morgan Alternative Loan Trust 2006-A3 | $0.00 | §§ 2 and 4 of this Assumed Contract | $124,443.50 |
| Assignment, Assumption and Recognition Agreement, dated as of November 15, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.; and related documents | MASTR Adjustable Rate Mortgages Trust 2006-OA2 | $0.00 | §§ 3 and 5 of this Assumed Contract | $124,443.50 |
| Assignment, Assumption and Recognition Agreement, dated as of January 16, 2007, among UBS Real Estate Securities Inc., as Assignor, Mortgage Asset Securitization Transactions, Inc., as Assignee, American Home Mortgage Corp., and American Home Mortgage Servicing, Inc., as Servicer; and related documents | MASTR Adjustable Rate Mortgages Trust 2007-1 | $0.00 | §§ 3 and 5 of this Assumed Contract | $124,443.50 |
| Assignment, Assumption and Recognition Agreement, dated as of May 15, 2007, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.; and related documents | MASTR Adjustable Rate Mortgages Trust 2007-3 | $0.00 | §§ 3 and 5 of this Assumed Contract | $124,443.50 |

| Assumed Contract / Counterparties | Trust | Proposed Purchaser's Cure Amount | Basis for Claim, Without Limitation | Purchaser's Cure Amount, Without Limitation |
|---|---|---|---|---|
| Assignment, Assumption and Recognition Agreement, made as of January 30, 2007, among EMC Mortgage Corporation, U.S. Bank, National Association, not individually but solely as trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2007-AC1, Asset-Backed Certificates, Series 2007-AC1, American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.; and related documents | Bear Stearns Asset Backed Securities I Trust 2007-AC1 | $0.00 | §§ 5, 6 and 10 of this Assumed Contract | $124,443.50 |
| RMBS Servicing Agreement, dated as of October 7, 2005, among Wells Fargo Bank, N.A., as RMBS Master Servicer, American Home Mortgage Investment Trust 2005-4A, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Seller, and American Home Mortgage Acceptance, Inc., as RMBS Servicer; and related documents | American Home Mortgage Investment Trust 2005-4A | $0.00 | § 5.06 of this Assumed Contract | $124,443.50 |
| RMBS Subservicing Agreement, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Servicing, Inc., as RMBS Subservicer, and American Home Mortgage Acceptance, Inc., as RMBS Servicer; and related documents | American Home Mortgage Investment Trust 2005-4A | $0.00 | § 5.06 of this Assumed Contract | $124,443.50 |

| Assumed Contract / Counterparties | Trust | Proposed Purchaser's Cure Amount | Basis for Claim, Without Limitation | Purchaser's Cure Amount, Without Limitation |
|---|---|---|---|---|
| Servicing Agreement, dated as of October 7, 2005, among Wells Fargo Bank, N.A., as RMBS Master Servicer, American Home Mortgage Investment Trust 2005-4C, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Seller, and American Home Mortgage Servicing, Inc., as RMBS Servicer; and related documents | American Home Mortgage Investment Trust 2005-4C | $0.00 | § 5.06 of this Assumed Contract | $124,443.50 |
| Master Mortgage Loan Purchase and Servicing Agreement, dated as of September 1, 2003, among Merrill Lynch Mortgage Capital, Inc., as Purchaser, and American Home Mortgage Corp., as Seller and Servicer[4]; and related documents | MLMI 2003-A6 | $0.00 | § 5 of this Assumed Contract | $124,443.50 |
| Assignment, Assumption and Recognition Agreement, dated as of March 29, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.[5]; and related documents | MASTR Alternative Loan Trust 2006-2 | $0.00 | § 3 of this Assumed Contract | $124,443.50 |

---

[4]   U.S. Bank sought confirmation from Debtors prior to entry of the Sale Order regarding the identification of the parties related to this Agreement as the Debtors' schedule did not identify U.S. Bank as associated with this Agreement. U.S. Bank has independently confirmed that this Agreement and the related trust (MLMI 2003-A6) are properly included in this Objection of U.S. Bank as a Counterparty and/or "Certain Objector" under paragraph 33 of the Sale Order.

[5]   Although Debtors' schedules do not identify U.S. Bank as associated with this Agreement, U.S. Bank has independently confirmed that this Agreement and the related trust are properly included in this Objection of U.S. Bank as a Counterparty and/or "Certain Objector" under paragraph 33 of the Sale Order.

| Assumed Contract / Counterparties | Trust | Proposed Purchaser's Cure Amount | Basis for Claim, Without Limitation | Purchaser's Cure Amount, Without Limitation |
|---|---|---|---|---|
| Assignment, Assumption and Recognition Agreement, dated as of April 20, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.[6]; and related documents | MASTR Adjustable Rate Mortgages Trust 2006-OA1 | $0.00 | § 3 of this Assumed Contract | $124,443.50 |

---

[6] Although Debtors' schedules do not identify U.S. Bank as associated with this Agreement, U.S. Bank has independently confirmed that this Agreement and the related trust are properly included in this Objection of U.S. Bank as a Counterparty and/or "Certain Objector" under paragraph 33 of the Sale Order.