**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Eric Lopez Schnabel, certify that, on July 31, 2008, I caused the Objection to the Debtors' Proposed Purchaser's Cure Amounts to be served upon the parties on the attached service list in the manner indicated thereon.

Dated: July 31, 2008

By: /s/ Eric Lopez Schnabel
Eric Lopez Schnabel (Del No. 3672)
Robert W. Mallard (Del No. 4279)
DORSEY & WHITNEY (DELAWARE) LLP
1105 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 425-7162

*Attorneys for U.S. Bank National Association, in its capacity as Trustee*