**SERVICE LIST**
**(Via Facsimile)**

Young Conaway Stargatt & Taylor, LLP
Attention: Matthew B. Lunn
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
Telephone:  (302) 571-6646
Facsimile:  (302) 576-3312

Jones Day
Attention: Erica M. Rylund and Scott J. Friedman
222 East 41st Street
New York, NY  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Greenberg Traurig LLP
Attention: Victoria Counihan
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360

Hahn & Hessen LLP
Attention: Mark S. Indelicato
488 Madison Avenue
New York, NY  10022
Telephone: (212) 478-7200
Facsimile:  (212) 478-7400