**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Christopher Desiderio, hereby certify that on the 31st day of July, 2008, I caused a true and correct copy of the SECOND AMENDED OBJECTION AND OMNIBUS PURCHASER'S CURE CLAIM OF DEUTSCHE BANK NATIONAL TRUST COMPANY BANK, AS TRUST ADMINISTRATOR AND/OR INDENTURE TRUSTEE FOR THE PERIOD BETWEEN THE INITIAL CLOSING AND THE FINAL CLOSING with ATTACHMENT A to be served upon the parties listed below by first class mail by depositing a pre-paid envelope in an official depository of the United States Postal Service addressed as follows:

| | |
|---|---|
| **Mark D. Collins**<br>**Michael J. Merchant**<br>**Christopher M. Samis**<br>**RICHARDS, LAYTON &**<br>**FINGER, P.A.**<br>**One Rodney Square**<br>**920 North King Street**<br>**Wilmington, DE  19801** | **Suzzanne S. Uhland**<br>**Ben H. Logan**<br>**Victoria Newmark**<br>**Emily R. Culler**<br>**O'MELVENY & MYERS LLP**<br>**275 Battery Street**<br>**San Francisco, CA  94111** |
| **David W. Carickhoff, Jr.**<br>**Blank Rome LLP**<br>**Chase Manhattan Centre**<br>**1201 Market Street, Suite 800**<br>**Wilmington, DE  1980** | **Bonnie Glantz Fatell, Esquire**<br>**Blank Rome LLP**<br>**1201 Market Street, Suite 800**<br>**Wilmington, DE 19801** |
| **U.S. Trustee**<br>**United States Trustee**<br>**844 King Street, Room 2207**<br>**Lockbox # 35**<br>**Wilmington, DE  19899-0035** | |

      I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on July 31, 2008.

                                                           /s/_____
                                                           Christopher Desiderio

11102788.1