UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x   Chapter 11
In re:                                               :
                                                     :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                               :
HOLDINGS, INC., a Delaware corporation,              :   Jointly Administered
et al.,[1]                                           :
                                                     ::  Interim Hearing: August 5, 2008 at 3:00 p.m. (ET)
        Debtors.                                     :   Obj. Deadline: August 5, 2008 at 12:00 Noon (ET)
                                                     :   Final Hearing: August 18, 2008 at 10:30 a.m. (ET)
                                                     :   Obj. Deadline: August 11, 2008 at 4:00 p.m. (ET)
---------------------------------------------------- x

## NOTICE OF MOTION

TO:  The Office of the United States Trustee for the District of Delaware; counsel to the Committee; counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; counsel to agent for the Debtors' postpetition lenders; and all parties entitled to notice under Local Rule 2002-1(b).

**PLEASE TAKE NOTICE** that American Home Mortgage Investment Corp., American Home Mortgage Corp., and American Home Servicing, Inc., as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed the **Emergency Motion for Interim and Final Orders: (I) Authorizing and Approving the Second Amendment to Post-Petition Debtor-In-Possession Financing Facility pursuant to Sections 105, 363 and 364 of the Bankruptcy Code; (II) Scheduling a Final Hearing pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that that the Court will consider interim relief on the Motion at the hearing scheduled for **August 5, 2008 at 3:00 p.m. (ET)**. Objections to approval of the attached Motion on an interim basis must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 5, 2008 at 12:00 Noon (ET)**. At the same time, you must also serve a copy of the objection upon the undersigned counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that that objections to approval of the attached Motion on a final basis must be filed with the United States Bankruptcy Court for the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 11, 2008 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the objection upon the undersigned counsel to the Debtors.

   **PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING ON THIS MATTER WILL BE HELD ON **AUGUST 18, 2008 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING

Dated: Wilmington, Delaware
   August 1, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession