UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: September 8, 2008** |
| | ) | **Hearing Date: September 15, 2008 @ 10:00 am** |

## RE-NOTICE OF MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b) [RE: D.I. 3720]

PLEASE TAKE NOTICE that on April 17, 2008 AT&T and its affiliated entities[1] (collectively, "AT&T") has filed papers with the Court seeking allowance and payment of $232,589.70 as an administrative expense claim.

If you oppose the *Motion* or if you want the court to consider your views regarding the Motion, you must file a written response with the Bankruptcy Court detailing your objection or response by **SEPTEMBER 8, 2008.** You must also serve a copy of your response upon the following:

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801
Telephone: 302.777.4350
Facsimile: 704.343.4352

-and-

Vincent A. D'Agostino, Esq.
Eric H. Horn, Esq.
Joseph M. Yar, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Phone: 973.597.2500
Fax:    973.597.2400

---

[1]On or about November 19, 2005, AT&T Corp. merged into and with SBC Communications Inc. with SBC Communications Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc.  In addition, on or about December 29, 2006, AT&T Inc. purchased Bellsouth Telecommunications, Inc. with AT&T Inc. being the surviving entity.

**THE HEARING IS SCHEDULED FOR SEPTEMBER 15, 2008 AT 10:00 A.M. IN COURTROOM No. 6, ON THE FIFTH FLOOR UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Dated: August 4, 2008                                    Respectfully submitted,

                                                          */s/Charles J. Brown, III*
                                                          Charles J. Brown, III, Esq. (DE-3368)
                                                          ARCHER & GREINER PC
                                                          300 Delaware Avenue
                                                          Suite 1370
                                                          Wilmington, DE 19801
                                                          Phone: 302.777.4350
                                                          Fax:    302.777.4352
                                                          cbrown@archerlaw.com

                                                          -and-

                                                          Vincent A. D'Agostino, Esq.
                                                          Eric H. Horn, Esq.
                                                          Joseph M. Yar, Esq.
                                                          LOWENSTEIN SANDLER PC
                                                          65 Livingston Avenue
                                                          Roseland, New Jersey  07068
                                                          Phone: 973.597.2500
                                                          Fax:    973.597.2400
                                                          vdagostino@lowenstein.com
                                                          ehorn@lowenstein.com
                                                          jyar@lowenstein.com

                                                          *Attorneys for AT&T*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

CHARLES J. BROWN III, an attorney duly admitted to the bar of the State of

Delaware, hereby certifies that on August 4, 2008, I caused a copy of the AT&T's Re-Notice of

its Motion to Compel Payment of an Administrative Claim to be served by in the manner

indicated on the parties on the annexed service list.

|  |
|---|
|  |
| Charles J. Brown III (Bar No. 3368) |

FIRST CLASS MAIL
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE  19801

FIRST CLASS MAIL
Bonnie Glantz Tatell, Fatell, Esq.
Blank Rome LLP
1201 Market St., Suite 800
Wilmington, DE  19801

FIRST CLASS MAIL
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC  20006

FIRST CLASS MAIL
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange St., Suite 1200
Wilmington, DE  19801

FIRST CLASS MAIL
Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
King & Spalding, LLP
1185 Ave. of the Americas
New York, NY  10036

FIRST CLASS MAIL
Joseph McMahon, Esq.
Office of the United States Trustee
844 King St., Room 2207
Lockbox #35
Wilmington, DE  19899-0035

FIRST CLASS MAIL
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

FIRST CLASS MAIL
Laurie Selber Silverstein, Esq
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, De  19801

FIRST CLASS MAIL
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

FIRST CLASS MAIL
Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

FIRST CLASS MAIL
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Gen. Counsel
538 Broadhollow Road
Melville, NY  11747

FIRST CLASS MAIL
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

FIRST CLASS MAIL
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

FIRST CLASS MAIL
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th  Floor
Wilmington, DE  19801

FIRST CLASS MAIL
Robert J. Denhey, Esq.
Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market St., 18th Floor
Wilmington, DE  19801