*Seminars, Speakers & Sales Tools for the Mortgage Industry*

327 Soo Line Road, Hudson, WI 54016 ▪ 715-426-3647 ▪ 715-426-3649 FAX ▪ Karen@LoanOfficerTraining.com

July 29, 2008

US Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE  19801

RE Case 07-11047 (CSS)
Chapter 11
American Home Mortgage Holdings.

Claim # 1895 – Foundation Marketing, Inc

This letter is to advise you that I accept the reduced amount of $7,450 HOWEVER, I **OBJECT** to the claim being reassigned to a new case number and the reclassification of the debt.

Karen Deis
President

Cc: Young Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

www.LoanOfficeMagazine.com    www.LoanOfficerTraining.com    www.LoanOfficeSeminars.com
www.MortgageGirlfriends.com    www.ApartmentToolKit.com
www.Consumer-Direct-Marketing.com    www.MortgageSpeakersBureau.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: )
)
AMERICAN HOME MORTGAGE ) **Chapter 11**
HOLDINGS, INC., Delaware corporation, et al., )
) **Case No. 07-11047 (CSS)**
)
Debtors. ) **Jointly Administered**
)
)
) **Objection Deadline: August 11, 2008 at 4:00 p.m. (ET)**
) **Hearing Date: August 18, 2008 at 10:00 a.m. (ET)**
)
AHM OB13 7/17/2008 (merge2.txmsn2) 4000096119 EPIQ Use - )

FOUNDATION MARKETING, INC.
ATTN KAREN DEIS, PRESIDENT
327 SOO LINE RD
HUDSON, WI 54016

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: FOUNDATION MARKETING, INC.
ATTN KAREN DEIS, PRESIDENT
327 SOO LINE RD
HUDSON, WI 54016

**Basis For Objection:** Debtors' books and records show claim should be reduced and reassigned to another case number

| Claim to be Reduced and Reassigned | Claim Number | New Case # | Claim Amount | Reduced Amount |
|---|---|---|---|---|
| | 1895 | 07-11051 | Priority - $7,450.00<br>Unsecured - $7,450.00 | Unsecured - $7,450.00 |

Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are only liable for the amount listed in the above column titled "Reduced Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by decreasing your claim to the "Reduced Amount" listed above and by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before August 11, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON AUGUST 18, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession