IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                       :   Jointly Administered
      Debtors.                                              :
---------------------------------------------------------------------- x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 5, 2008 AT 3:00 P.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1.     Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Federal Bankruptcy
        Rule 9019(a) for an Order (I) Approving the Stipulation Between the Debtors and Calyon
        New York Branch, as Service Mortgage Servicing Rights Relating Thereto [D.I.
        5182/144, 7/18/08]

        Objection Deadline:   August 1, 2008 at 4:00 p.m.

        Related Document:

               a)      Notice of Filing of Executed Stipulation Between the Debtors and Calyon
                        New York Branch, as Administrative Agent [D.I. 5187/146, 7/21/08]

               b)      Order Shortening the Time for Notice for Debtors' Motion Pursuant to 11
                        U.S.C. §§ 105(a), 362, and 363 and Federal Bankruptcy Rule 9019(a) for
                        an Order (I) Approving the Stipulation Between the Debtors and Calyon
                        New York Branch, as Service Mortgage Servicing Rights Relating Thereto
                        [D.I. 5190/147, 7/22/08]

        Objections Filed:    None

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

                                                     

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

2.    Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursements; (III) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Mortgage Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; and (III) Granting Related Relief [D.I. 5095, 7/16/08]

Objection Deadline:    July 29, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Filing of Amended Sales Procedures and Asset Purchase Agreement [D.I. 5288, 8/1/08]

Objections Filed:

b)    Informal Objection of the U.S. Trustee

Status: This matter will be going forward. The U.S. Trustee expressed concerns about the stalking horse and expense reimbursement provisions in the Sale Procedures.

3.    Debtors' Motion for an Order Approving the Stipulation and Order Regarding the Debtors' Certain Estate Funds Pursuant to Federal Bankruptcy Rule 9019(a) and Sections 105(a) and 363 of the Bankruptcy Code [D.I. 5097, 7/16/08]

Objection Deadline:    July 29, 2008 at 4:00 p.m.

Objections Filed:

a)    Informal Objection of the U.S. Trustee

Status: This matter will be going forward. The U.S. Trustee expressed concerns about the use of the Final Stipulation Funds portion of the Stipulation.

4.  Debtors' Motion Pursuant to Federal Bankruptcy Rule 9019(a) and Sections 105(a), 362 and 363 of the Bankruptcy Code for an Order Approving and Authorizing the Stipulation of Settlement Among (I) the Debtors, (II) Bank of America, N.A., as Administrative Agent, and (III) the Official Committee of Unsecured Creditors  [D.I. 5184, 7/18/08]

    Objection Deadline:    August 1, 2008 at 4:00 p.m.

    Related Document:

    a)  Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion Pursuant to Federal Bankruptcy Rule 9019(a) and Sections 105(a), 362 and 363 of the Bankruptcy Code for an Order Approving and Authorizing the Stipulation of Settlement Among (I) the Debtors, (II) Bank of America, N.A., as Administrative Agent, and (III) the Official Committee of Unsecured Creditors  [D.I. 5197, 7/23/08]

    Objections Filed:

    a)  Informal Objection of the U.S. Trustee

    Status: This matter will be going forward.

5.  Joint Motion of the Debtors and Bank of America, N.A., as Administrative Agent Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Movants to File, Under Seal, Portions of the Stipulation of Settlement Amount (i) the Debtors, (ii) Bank of America, N.A. as Administrative Agent, and Official Committee of Unsecured Creditors [D.I. 5185, 7/18/08]

    Objection Deadline:    July 29, 2008 at 4:00 p.m.

    Objections Filed:

    a)  Informal Objection of the U.S. Trustee

    Status: This matter will be going forward.

DB02:7006931.2                                                                                      066585.1001

6.    Emergency Motion for Interim and Final Orders: (I) Authorizing and Approving the Second Amendment to Post-Petition Debtor-In-Possession Financing facility Pursuant to Section 105, 363 and 364 of the Bankruptcy Code; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. **5291**, 8/1/08]

    Objection Deadline:   To Be Determined

    **Related Document:**

        a)    **Motion of Debtor Borrowers for an Order Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 4001(c) and Local Rule 9006-1 (e) Scheduling a Preliminary Hearing to Consider the Emergency Motion for Interim and Final Orders: (I) Authorizing and Approving the Second Amendment to Post-Petition Debtor-In-Possession Financing facility Pursuant to Section 105, 363 and 364 of the Bankruptcy Code; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 5292, 8/1/08]**

    Objections Filed:    **None as of the filing of this Agenda.**

    Status: The Debtors **have requested** that this matter go forward at the hearing scheduled for August 5, 2008 at 3:00 p.m. on an interim basis.

Dated: Wilmington, Delaware
      August 1, 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_/s/ Beach_

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

_Counsel for Debtors and Debtors in Possession_

     066585.1001