# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11 Case No.
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                              Debtors.                           :
                                                                 :   Ref Docket No. 5291 & 5292
---------------------------------------------------------------- x

### ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001(c) AND LOCAL RULE AND 9006-1(e) SCHEDULING PRELIMINARY HEARING TO CONSIDER EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING AND APPROVING THE SECOND AMENDMENT TO POST-PETITION DEBTOR-IN-POSSESSION FINANCING FACILITY PURSUANT TO SECTIONS 105, 363 AND 364 OF THE BANKRUPTCY CODE; (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(C); AND (III) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Scheduling Motion")[2] for entry of an order pursuant to Bankruptcy Rule 4001(c), Local Rule 9006-1(e), and 11 U.S.C. § 105(a) for an order scheduling a preliminary hearing on the Motion; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Scheduling Motion was due and proper under the circumstances; and it appearing that the relief requested in the Scheduling Motion is in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to those terms in the Scheduling Motion.

best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Scheduling Motion is; and it is further

ORDERED, that a preliminary hearing on the Motion will be held on August 5, 2008 at 3:00 p.m. (ET) (the "Hearing"); and it is further

ORDERED, that objections, if any, to the interim relief requested in the Motion shall be filed on or before August 5, 2008 at 12:00 Noon (ET); and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated: Wilmington, Delaware
August 4, 2008

/s/ Christopher S. Sontchi
Christopher S. Sontchi
United States Bankruptcy Judge