July 27th, 2008

Claim # 1215
Case # 07-11051

Re: American Home Mortgage Holdings Inc
vs
Johns, Betty

To whom it may concern:

I object to the dropping of $175.00 — my claim amount should be $350.00.

Betty Johns
Betty Johns
8628 Haffine Lane #10
Bozeman MT 59718

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |
| AHM OB13 7/17/2008 (merge2.txnum2) 4000001173 EPIQ Use - | ) | |
| JOHNS, BETTY | | |
| 8628 NUFFINE LANE #70 | | |
| BOZEMAN, MT 59718 | | |

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** JOHNS, BETTY
8628 NUFFINE LANE #70
BOZEMAN, MT 59718

**Basis For Objection:** Debtors' books and records show claim should be reduced and reassigned to another case number

| Claim to be Reduced and Reassigned | Claim Number | New Case # | Claim Amount | Reduced Amount |
|---|---|---|---|---|
| | 1215 | 07-11051 | Unsecured - $350.00 | Unsecured - $175.00 |

Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are only liable for the amount listed in the above column titled "Reduced Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by decreasing your claim to the "Reduced Amount" listed above and by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession