July 30, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:  American Home Mortgage
     Claim # 4675
     Rochelle & Arnold Schneider

To Whom it May Concern:

Enclosed is the letter that we received stating that the claimant failed to include any documentation to support the claim. We have also enclosed a confirmation of our purchase of American Home Mortgage to support our claim. Thanks for your time in this matter.


Best Regards,


Rochelle & Arnold Schneider

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |
| AHM OB12 7/17/2008 (merge2.txnum2) 4000097683  EPIQ Use - 357 | ) |

SCHNEIDER, ROCHELLE & ARNOLD
2208 FAWN RIDGE ST
LAS VEGAS, NV 89134

## NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: SCHNEIDER, ROCHELLE & ARNOLD
2208 FAWN RIDGE ST
LAS VEGAS, NV 89134

**Basis For Objection:** No supporting documentation

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 4675 | $10,744.00 |

Claimant failed to include any documentation to support claim.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to the claim listed above in the "Claim to be Expunged" row because this claim was filed without any supporting documentation or facts sufficient to support a legal basis for a claim. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before August 11, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON AUGUST 18, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# WACHOVIA SECURITIES

19,459

DATED 06/15/05

Account Number   7691-8082
YOUR FINANCIAL ADVISOR
REBECCA WEINBERGER

702-796-0135 / 800-457-4551

007066  2L
ROCHELLE SCHNEIDER &
ARNOLD J. SCHNEIDER
JT TEN
2208 FAWN RIDGE STREET
LAS VEGAS NV  89134-2580

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| AMER HOME MORTGAGE 9.25% PERPETUAL SER B CALLABLE 12/15/09 | 400.00000 | 26.59500 | 10,638.00 |

| | | | | | |
|---|---|---|---|---|---|
| SYMBOL | AHM PRB | ACCOUNT TYPE | CASH | CHARGE/COMMISSION* | 106.00 |
| SECURITY NUMBER | 1125-179 | TRADE DATE | 06/15/05 | | |
| CUSIP | 02660R-30-5 | SETTLEMENT DATE | 06/20/05 | NET AMOUNT | $10,744.00 |
| SOLICITED | | | | *INCLUDES $6.00 TRANSACTION FEE | |
| MARKET | PRINCIPAL | | | | |

TRADE INFORMATION: REPORTED TRADE PRICE 26.59500.
SECURITY INFORMATION: THIS SECURITY HAS NOT BEEN RATED BY MOODY'S OR S&P AND MAY NOT BE RATED BY ONE OF THE OTHER NATIONALLY RECOGNIZED STATISTICAL RATING ORGANIZATIONS. THE ABSENCE OF SUCH A RATING MAY AFFECT THE VALUE, LIQUIDITY AND SUITABILITY OF THE SECURITY FOR CERTAIN INVESTORS.

Account carried by First Clearing, LLC, member New York Stock Exchange, SIPC. Securities and insurance products:

| Not Insured by FDIC or Any Federal Government Agency | May Lose Value | Not a Deposit of or Guaranteed by a Bank or Any Bank Affiliate |

FOR ADDRESS CORRECTION AND PAYMENT DUE INSTRUCTIONS PLEASE REFER TO CONTACT INFORMATION ON PAGE 2 OF THIS CONFIRMATION
001 PNV2 PN6B