IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. 5180 |

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' TWELFTH OMNIBUS OBJECTIONS TO CLAIMS

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 5180] solely with respect to the following proofs of claim without prejudice to the Debtors' right to object to these proofs of claim on any and all grounds.

| Claim No. | Claimant |
|---|---|
| 630 | Print Guys, Inc. |
| 5437 | Quality Appraisal Service |
| 1977 | R.L. Bonnville, LLC |
| 7397 | RC Trickey, Inc. |
| 629 | The Real Estate Guids, Inc. |
| 875 | Real Estate Valuations, Inc. |
| 7379 | Abby Polin Reisler |
| 2962 | Reval, Inc. |
| 8514 | Ricoh Business Solutions |
| 45 | RJ Neild Real Estate Appraisals |
| 5695 | Salt Lake Appraising Co. |
| 6161 | Screenvision Direct |
| 8789 | Securitas Security Services USA, Inc. |
| 1793 | Sheraton Seattle Hotel |
| 7637 | Shore Printing & Graphics |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

| Claim No. | Claimant |
| --- | --- |
| 3862 | Shred It Baltimore |
| 3719 | Shred It |
| 146 | Sinnengreen & Associates |
| 7210 | Catherine Somerville |
| 8836 | Southampton Town Newspaper, Inc. |
| 177 | Specialized Transportation, Inc. |
| 5727 | St. Amand Appraisals |
| 3244 | STA Building Consultants |

Dated: August 4, 2008
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ [signature]*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession