## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case No. 07-11047 (CSS) |
| et al.[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Doc. Ref. Nos. 1571 and** |
| ------------------------------------------------------- | ) | |

### ORDER APPROVING AND AUTHORIZING STIPULATION
### RESOLVING VICOM COMPUTER SERVICES, INC.'S CLAIMS
### AGAINST THE DEBTORS AND FOR OTHER RELIEF

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order approving the Stipulation Resolving Vicom Computer Services, Inc.'s Claims Against the Debtors ("Vicom Stipulation") between the Debtors and Vicom Computer Services, Inc. ("Vicom") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 105(a), 363 and 506 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"); and it appearing that the Vicom Stipulation and the relief requested in the Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

other or further notice need be provided; and after due deliberation and sufficient cause
appearing therefore; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is
further

ORDERED, that the Vicom Stipulaton attached hereto as Exhibit A is approved
pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that the Debtors are authorized and empowered to take all necessary
steps to carry out and otherwise effectuate the terms, conditions and provisions of the Vicom
Stipulation; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters
arising from or related to the interpretation or implementation of this Order.

Date:   Wilmington, Delaware
        September ____, 2008


_____
Christopher S. Sontchi
United States Bankruptcy Judge

Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | :    Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, *et* | : |
| *al.*, | :    Jointly Administered |
| | : |
| Debtors. | : |

## STIPULATION RESOLVING VICOM COMPUTER
## SERVICES, INC.'S CLAIMS AGAINST THE DEBTORS

American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") and Vicom Computer Services, Inc. ("Vicom," together with the Debtors, the "Parties"), hereby stipulate and agree (the "Stipulation"), and respectfully state as follows:

WHEREAS, on or about August 6, 2007, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing their respective chapter 11 cases (the "Chapter 11 Cases"), which are being jointly administered; and

WHEREAS, the Debtors remain in possession of their property and are managing their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code; and

WHEREAS, on or about October 16, 2007, Vicom filed the Motion of Vicom Computer Services, Inc. for Reclamation of Goods Pursuant to 11 U.S.C § 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b) (the "Vicom Motion"). The Vicom Motion seeks the reclamation of goods with a value of $76,969.07 (the "Reclamation Claim"), or, alternatively, the

allowance of an administrative expense claim in the amount of $76,969.07 (the "Admin Claim"); and

WHEREAS, on or about January 2, 2008, Vicom filed a general unsecured claim against the Debtors in the amount of $105,565.61, identified as Claim No. 6850 (the "General Unsecured Claim"). The General Unsecured Claim consists of: a) to the extent that any or all of the reclamation relief requested in the Vicom Motion is denied, or to the extent any or all of the request for the administrative expense claim is disallowed or reduced, a general unsecured claim in the amount of the deficiencies up to the total value of its claim, $76,969.07; and b) a general unsecured claim for a returned check in the amount of $27,513.84; and c) a general unsecured claim for other prepetition debt in the amount of $1,080.70 (together with the Reclamation Claim and the Admin Claim, the "Vicom Claims"); and

WHEREAS, the Vicom Motion and the Vicom Claims have not yet been resolved; and

WHEREAS, Vicom and the Debtors have engaged in discussions in an effort to resolve the Vicom Motion and Vicom Claims and, as a result of such discussions, have agreed to compromise, reconcile and fully resolve the Vicom Motion and Vicom Claims on the terms and conditions provided below.

NOW, THEREFORE, in consideration of the mutual promises and covenants and other valuable consideration contained herein, the Parties hereby stipulate and agree as follows:

### <u>TERMS AND CONDITIONS</u>

A.    Vicom is hereby granted a final, allowed administrative expense claim pursuant to section 503(b)(1)(A) of the Bankruptcy Code in the amount of $40,000.00

(the "Settlement Amount") and which claim shall be entitled to priority in payment under section 507(a)(2) of the Bankruptcy Code and shall not be subject to subordination, recharacterization, setoff, recoupment, reduction in any way or challenge of any kind.

B.    The Debtors hereby agree to pay Vicom the Settlement Amount no later than ten (10) business days from the Debtors' execution of a signed copy hereof, or, if Bankruptcy Court approval is required, the Debtors will file a motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking approval of this Stipulation within 5 business day of its execution and receipt by Debtors' counsel, and the Debtors will within ten (10) business days upon entry of a final, non-appealable order approving the settlement by the Bankruptcy Court, pay Vicom the Settlement Amount by check made payable to Bayard, P.A. and delivered to:

> Mary E. Augustine
> Bayard, P.A.
> 222 Delaware Avenue
> P.O. Box 25130
> Wilmington, DE 19899

C.    In further consideration for this Stipulation, effective upon Vicom's receipt of the Settlement Amount, Vicom hereby forever waives, releases and discharges the Debtors, their estates and their successors from any and all manner of action and actions, cause and causes of action, suits, debts, claims, sums of money, accounts, reckonings, bonds, bills, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims and demands whatsoever in law or in equity, now known or unknown, or hereafter becoming known, for, upon, or by reason of any matter, cause or thing expressly including, but not limited to, the Vicom Claims.  Provided, however Vicom does not waive or release, but expressly preserves the

right to assert all defenses available to Vicom for causes of action brought against Vicom, by or on behalf of the Debtor Parties (defined below), arising under sections 542 – 550 (inclusive) of the Bankruptcy Code.

E.    In further consideration for this Stipulation, effective upon Vicom's receipt of the Settlement Amount, the Debtors and their estates and successors (the "Debtor Parties") hereby forever waive, release and discharge Vicom and its successors from any and all manner of action and actions, cause and causes of action (expressly excluding all causes of action arising under sections 542 – 550 (inclusive) of the Bankruptcy Code), suits, debts, claims, sums of money, accounts, reckonings, bonds, bills, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims and demands whatsoever in law or in equity, now known or unknown, or hereafter becoming known, for, upon, or by reason of any matter, cause or thing.

F.    This Stipulation constitutes the entire agreement and understanding of the parties hereto and supersedes any prior discussion or statement by and between the parties with respect to the subject matter hereof.

G.    Nothing in the Stipulation is intended to be, nor shall it be construed as, an admission by the Parties of any liability or obligation.

H.    Each party shall bear its own attorney's fees and costs.

I.    This Stipulation and Order shall be binding on the Parties, their successors and assigns (including, without limitation, any trustee that may be appointed under Chapter 7 or 11 of the Bankruptcy Code for the Debtors), the Debtors' creditors and interest holders, and all parties in interest.

J.    The Bankruptcy Court shall retain jurisdiction to enforce and interpret the

terms of this Stipulation.

**BAYARD, P.A.**

By: _____
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Tel: (302) 655-5000
Fax: (302) 658-6395

*Counsel for Vicom Computer*
  *Services, Inc.*

**YOUNG CONAWAY STARGATT**
**& TAYLOR, LLP**

By: _____  8/4/08
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

*Counsel for the Debtors*