| | | \multicolumn{5}{c}{EXHIBIT A} |
|---|---|---|---|---|---|---|
| | | \multicolumn{5}{c}{In re: American Home Mortgage Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)} |
| | | \multicolumn{5}{c}{Movant: Citibank, N.A., as Trustee} |
| **Loan No.** | **Mortgagors** | **Loan Date** | **Original Loan Amt** | **Current Payoff** | **Current Value** | **Property Address** |
| 15073315 | RUTKOWSKI | 16-Feb-06 | $122,500 | $152,973.43 | $174,900 | 5 Woodridge Rd., Montgomery, IL  60538 |
| 13789631 | BARENZ | 6-Apr-06 | $93,600 | $121,016.73 | $65,000 | 4502 N. 29th Street, Tampa, FL 33610 |