IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             :   Jointly Administered
                                                                             :
          Debtors.                                                           :   **Docket No. 5300**
---------------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 5300

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Notice of Partial Withdrawal of Debtors' Twelfth Omnibus Objection to Claims [Docket No. 5300].

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 5, 2008 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Kara Hammond Coyle<br>James L. Patton, Jr. (No. 2202)<br>Pauline K. Morgan (No. 3650)<br>Sean M. Beach (No. 4070)<br>Kara Hammond Coyle (No. 4410)<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Debtors and Debtors in Possession |

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.