IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Related Docket Nos. 554, 2002, 2284,
                                                                 :   2855, 3142, 3172, 3699 & 5184
----------------------------------------------------------------- x

## ORDER APPROVING AND AUTHORIZING STIPULATION OF SETTLEMENT AMONG (i) THE DEBTORS, (ii) BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, AND (iii) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND GRANTING RELATED RELIEF

Upon the motion, dated July 18, 2008 (the "Motion") of the Debtors and debtors in possession in the above captioned cases (the "Debtors"), for entry of an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 105, 362 and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), approving a Stipulation of Settlement, a copy of which is annexed hereto as Exhibit 1, by and among the Debtors, Bank of America, N.A., in its capacity as Administrative Agent (the "Administrative Agent"), and the Official Committee of Unsecured Creditors (the "Committee"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

(the "Stipulation")[2]; and it appearing that the Stipulation and the relief requested in the Motion are in the best interests of the Debtors, their creditors and the estates; and the Court having determined it has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been given, and it appearing that no other or further notice is necessary or required; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the Stipulation is approved pursuant to Bankruptcy Rule 9019 and sections 105, 362 and 363 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms of the Stipulation; and it is further

ORDERED that the automatic stay in these chapter 11 cases is hereby modified to the extent necessary to permit the implementation of the terms of the Stipulation; and it is further

ORDERED that without limiting the rights and remedies of the Administrative Agent under the Loan Documents, the Administrative Agent and all of its designees (including without limitation, the New Servicer) are authorized and empowered to act as secured party for the benefit of the other Pre-Petition Secured Parties for all purposes, including without limitation, exercising complete dominion and control over and discretion with respect to the Mortgage Loans and all servicing rights related thereto (including the management, reworking and/ or modification of the Mortgage Loans, the right to reduce principal balances of any Mortgage Loans, and the right to transfer servicing of the Mortgage Loans) or taking ownership of the

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Mortgage Loans and all servicing rights related thereto, subject to the terms and conditions of the Stipulation; and it is further

ORDERED that the Debtors' standing to seek relief from the Bankruptcy Court with respect to the State Bond Loans is delegated to the Administrative Agent or its designee; and it is further

ORDERED that the Cash Collateral Order and the Committee Settlement are hereby modified by the Stipulation as provided therein; and it is further

ORDERED that this Order and the Stipulation shall be binding upon the Pre-Petition Secured Parties, the Debtors, the Committee, all creditors of the Debtors, any trustees appointed in these proceedings, any trustees appointed in any subsequent proceedings under the Bankruptcy Code relating to the Debtors, and all other parties-in-interest; and it is further

ORDERED that the Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation of this Order.

Dated: Wilmington, Delaware
       August 5, 2008

Christopher S. Sontchi
United States Bankruptcy Judge