## Exhibit B

**Responsibility for Cure Claims Litigation**
(to be provided)

## EXHIBIT B

**The Debtors shall be responsible for litigating or otherwise resolving claims of the following parties against the Cure Claims Escrow:**

Deutsche Bank National Trust Company
Citibank, N.A.
US Bank, N.A.
The Bank of New York
UBS Real Estate Securities Inc.
Microsoft Corp.
DB Structured Products, Inc.

**All other claims against the Cure Claims Escrow shall be litigated or otherwise resolved by the Administrative Agent.**

31684964 (2)