**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------- x
In re:                                           :  Chapter 11
                                                 :
AMERICAN HOME MORTGAGE                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :
                                                 :  Jointly Administered
      Debtors.                                   :
                                                 :  **Ref. Docket No.: 5185**
                                                 :
------------------------------------------------- x

**ORDER APPROVING THE JOINT MOTION OF THE DEBTORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING THE MOVANTS TO FILE, UNDER SEAL, PORTIONS OF THE STIPULATION OF SETTLEMENT AMONG (i) THE DEBTORS, (ii) BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, AND (iii) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the motion (the "Motion to Seal")[2] for entry of an order pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), authorizing the Movants to file an unredacted copy of the Stipulation under seal; and the Court having determined that the relief requested in the Motion to Seal is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion to Seal having been given under the circumstances; and upon the remainder of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms used but not defined herein shall have the meaning ascribed in the Motion to Seal.

record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Seal is Granted; and it is further

ORDERED that the Confidential Material included in the Stipulation is confidential, and the Movants are hereby authorized to file the Confidential Material under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b); and it is further

ORDERED that the Confidential Material shall remain under seal, confidential and shall not be made available to anyone, except to (i) the Court, (ii) the U.S. Trustee, (iii) counsel to the Committee, and (iv) counsel to the Administrative Agent, until (a) the date the Litigation becomes subject to a final, non-appealable order(s) or is otherwise resolved among the parties thereto, or (b) further order of the Bankruptcy Court; and it is further

ORDERED that the U.S. Trustee, the Debtors, the Committee, and the Administrative Agent shall keep confidential the Confidential Material; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
August __5__, 2008

Christopher S. Sontchi
United States Bankruptcy Judge