IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | § § § § | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors.[1] | § § | |

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH | § § | |
| Plaintiff, | § § § | |
| v. | § § | Adversary No. 07-51704 |
| AMERICAN HOME MORTGAGE CORP., AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN HOME MORTGAGE ACCEPTANCE, INC., and AMERICAN HOME MORTGAGE INVESTMENT CORP., | § § § § § § § § § | |
| Defendants. | § § | **Adv. Ref. No. 144** **Docket Ref. No. 5182** |

**ORDER (I) APPROVING THE STIPULATION BETWEEN THE DEBTORS AND CALYON NEW YORK BRANCH, AS ADMINISTRATIVE AGENT, AND (II) AUTHORIZING THE TRANSFER OF SERVICE MORTGAGE SERVICING RIGHTS RELATING THERETO**

Upon consideration of the motion (the "Motion")[2] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Stipulation.

affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"), seeking the issuance of an order, pursuant to Bankruptcy Rule 9019(a) and sections 105(a), 362, and 363 of the Bankruptcy Code, (i) approving the Stipulation, a copy of which is attached hereto as Exhibit 1, and (ii) authorizing the transfer of all rights and interests of the Debtors in the MSRs to Calyon as set forth more fully therein; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion pursuant to 28 U.S.C. sections 157 and 1335; and it appearing that this is a core proceeding pursuant to 28 U.S.C. section 157(b); due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and all objections (if any) to the requested relief having been resolved, withdrawn or overruled; and upon the record in these cases; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby GRANTED; and it is further

ORDERED, that the Stipulation in the form attached hereto as Exhibit 1 is approved pursuant to Bankruptcy Rule 9019 and sections 105(a), 362, and 363 of the Bankruptcy Code; and it is further

ORDERED, that the Debtors are authorized to take the actions required by the Stipulation, including without limitation to transfer all rights and interests of the Debtors in the MSRs to Calyon free and clear of any and all rights, interests, adverse claims or claims to title of any third parties; and it is further

ORDERED, the automatic stay in these chapter 11 cases is hereby modified to the extent necessary to permit the implementation of the terms of the Stipulation; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
           August 8          , 2008

/s/ CSS
Christopher S. Sontchi
United States Bankruptcy Judge