# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 05, 2008 03:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | NICKITA BARKSDALE |
| **Reporter / ECR:** | JENNIFER PASIERB |

## *Matters:*

**1)** Settlement Motion
   **R / M #:**   0 / 0

**2)** Procedural Sale Motion
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

   Agenda Items :

   1. Judge Signed Order
   2. Judge Signed Order
   3. Judge Signed Order
   4. Judge Signed Order
   5. Judge Signed Order
   6. Judge Signed Order