# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO.:** 07-11047 (CSS)

**COURTROOM**  
**LOCATION:** Courtroom 6  
**DATE:** August 5, 2008 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas A. Rice (Telephonic) | Hunton & Williams | Plaintiff(s) |
| Robert J. Moore (Telephonic) | Milbank, Tweed, Hadley & McCloy | Creditor, ABN AMRO Bank |
| Fred Neufeld (Telephonic) | Milbank, Tweed Hadley & McCloy | Creditor, ABN AMRO Bank |
| Steve Stennett (Telephonic) | Jones Day | Interested Party, AH Mortgage Acq. |
| Benjamin Ackerly | Hunton & Williams | Calyon New York Branch |
| Kevin Maurigen | Womble Carlyle | Calyon New York Branch |
| Cory Falgowski | Reed Smith | Freddie Mac |
| Dave Carickhoff | Blank Rome | Creditors' |
| Mark Power | Hahn & Hessen | Committee |
| Ann Alfonso | Kaye Scholer | Bank of America |
| General Macianail | Potter Anderson & Corroon | " |
| Sean Beach | YCST | Debtors |
| Maggie Whiteman | YCST | Debtors |
| Victoria Counihan | Greenberg Traurig | WLR AHM Services |

**SIGN - IN - SHEET**

**COURTROOM**

CASE NAME: American Home Mortgage  
CASE NO.: 07-11047 (CSS)  
LOCATION: Courtroom 6  
DATE: August 5, 2008 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas A. Rice (Telephonic) | Hunton & Williams | Plaintiff(s) |
| Robert J. Moore (Telephonic) | Milbank, Tweed, Hadley & McCloy | Creditor, ABN AMRO Bank |
| Fred Neufeld (Telephonic) | Milbank, Tweed Hadley & McCloy | Creditor, ABN AMRO Bank |
| Steve Stennett (Telephonic) | Jones Day | Interested Party, AH Mortgage Acq. |
| Joseph J. M'Mahon, Jr. | USDOJ | U.S. Trustee |