July 31, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Dear Bankruptcy Court:

Claim# 2509 in the amount of $233.88 should not be expunged from American Home Mortgage Holdings, Inc. (Case# 07-11047 CSS). I am a creditor and seek payment in full.

Danya D. McGuire
577 Beaufort Court
Forest Park, OH 45240-3802