# WILLIAM K. JORDAN JR.


July 25, 2008

FILED 2008 AUG -5 AM 9:0[?] CLERK, U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
824 Market Street 3rd Floor
Wilmington, Delaware 19801

In reference to Case No 07-11047
American Home Mortgage Holdings Inc
Objections to Claims

We strongly request this Objection be disallowed, we have not filed any fraudulent or double claims, and they have no bases for not paying our just claim.

Thanks,

William. K Jordan Jr. & Jean B Jordan
Ten Com

119 MOBLEY HIGHWAY –WHITE OAK, SC 29180-PHONE 803 712 0962

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |
| | ) |

AHM OB12 7/17/2008 (merge2.txnum2) 4000209162 EPIQ Use - 223

JORDAN, WILLIAM K. JR. & JEAN G.
TEN COM
119 MOBLEY HWY
WINNSBORO, SC  29180-8103

## NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: JORDAN, WILLIAM K. JR. & JEAN G.  
TEN COM  
119 MOBLEY HWY  
WINNSBORO, SC  29180-8103

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 10136 | $12,676.14 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON AUGUST 18, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Edward J. Kosmowski (No. 3849)  
Kara Hammond Coyle (No. 4410)  
Nathan D. Grow (No. 5014)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware  19801  
Telephone: (302) 571-6756  
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession