## CARLET, GARRISON, KLEIN & ZARETSKY, L.L.P.
### ATTORNEYS AT LAW
1135 CLIFTON AVENUE, SUITE 104
P.O. BOX 2666
CLIFTON, NEW JERSEY 07015-2666
(973) 777-6200
FAX: (973) 777-0412

FRANK A. CARLET*
NORMAN I. KLEIN**
MICHAEL J. ZARETSKY**
CHARLES RABOLLI, JR.
VIRGINIA T. SHEA**
* NJ & DC BAR
** NJ & NY BAR
***NJ, NY, DC

OF COUNSEL
AMOS C. SAUNDERS
LAURENCE C. STERN***

NEW YORK OFFICE
645 FIFTH AVENUE, SUITE 703
NEW YORK, NEW YORK 10022
(212) 869-2147

July 30, 2008

Clerk, U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd floor
Wilmington, DE 19801

Re: In re American Home Mortgage Holdings, Inc., et al.
Case No. 07-11047 (CSS)

Dear Sir/Madam:

This office represents creditor, DialAmerica Marketing, Inc., in the above-entitled matter.

We are in receipt of "Notice of Debtor's Twelfth Omnibus (Non-Substantive) Objection ot Claims Pursuant to Section 502(b) of the Bankruptcy Code…". Same advises that our response to the objection is due on or before August 11, 2008. Kindly accept this response.

It appears that Debtor seeks to reassign our claim because "claim asserted against wrong debtor" and seeks a new case number.

It is unclear from our documentation whom the "proper" party should be. The onus should be on the Debtor to identify its proper corporate structure. This information is, in essence, solely in control of the Debtor. As an outsider, we have no particular knowledge as to which entity of American Home Mortgage is the "proper" party. The defendant should be obligated to state with specificity what entity DialAmerica contracted with, and we should immediately be reassigned to that particular case. However, the Debtor has been unable to supply such information.

Upon clarification, we will reconsider our response. Until such information is supplied, the objection should be denied without prejudice.

Respectfully submitted,

CARLET, GARRISON, KLEIN
& ZARETSKY, L.L.P.

Charles Rabolli, Jr.

cc: Young Conaway Stargatt & Taylor, LLP