August 1, 2008

FILED
2008 AUG -6  AM 9: 55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
824 Market Street, Third Floor
Wilmington, Delaware 19801

To Whom It May Concern:

Please consider this my Response to the Objection, regarding Chapter 11 Case No. 07-11047 (CSS). Please do not reassign my claim: American Home Mortgage Holdings, Inc. Delaware corporation, et al., Debtors are the Debtors to be held responsible for payment of my Claim # 1924 for the amount of $4,200.

Sincerely,

Barbara S. Herel

24 Fairchild Street
Huntington, NY 11743
Home: 631 470-0528
Cell: 516 982-4752