5183 Drayton Harbor Road
Blaine, WA 98230
August 2, 2008

United States Bankruptcy Court, District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

To the Court:

In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware Corporation, et al., Debtors:

Chapter 11, Case 07-11047 (CSS)

Twelfth omnibus (non-substantive) objection to claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1

Response and Objection to above noted objection, specifically to the section Relief requested – III. Equity Interest Claims - Item 13:

The properly maintained books of the Debtor should reflect that the claim pursued is, in fact and basis, separate and distinct from a Claim based on Equity Interest.

On July 27, 2007 (the payment date agreed and assured by Debtor) the obligation for the claim became a separate financial obligation from its promissory basis prior to that agreed and assured date. This agreement was reiterated by Debtor management on July 24, 2007. The payment in question was actually forwarded to this, and likely all, respondents. However, Debtor's financial institution refused to honor the payment solely based on the Debtor's account having insufficient funds. This clearly was no longer an issue related to an equity interest, but to a lack of proper fiduciary management. Had debtor management maintained proper and sufficient funds, as agreed and assured, this claim would have been paid prior to the filing of this matter and this claim would not be before the court.

The creation of this general financial obligation on the financial accounts of the Debtor predates the filing by Debtor for bankruptcy protection. Therefore the court is petitioned to overrule the above noted objection by this respondent.

Sincerely,

Leonard R Helton