August 2, 2008

Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

RE: David E Nerland
    9589 N 113th Way
    Scottsdale, AZ 85259
    Claim Number 372

Dear Judge Sontchi:

I was an employee of American Home Mortgage Corp., who participated in the American Home Mortgage Holdings, Inc. Deferred Compensation Plan. I filed claim #372, based on the attached print out dated September 5, 2007. (See Attachment A and B).

On January 11, 2008, I sent via FedEx an amended claim, #9331 which amended the Debtor from American Home Mortgage Holdings, Inc, Case #07-11047, to American Home Mortgage Corp., Case #07-11051. (Attachment C). In addition, to amending the name of the Debtor, the claim amended the unsecured nonpriority amount from zero to $216,578.69, and the unsecured priority amount from $228,686.41 to $10,950.00. (Attachment D). This amended claim corresponded to the amounts reflected in American Home's books #751097570 (Attachment E).

I am asking that this claim #372 remain intact as amended. Further, I agree with the amount reduced per Notice of Debtors Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1. (Attachment F).


Respectfully submitted,

David E Nerland


cc: Young, Conaway, Stargatt & Taylor, LLP

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |

AHM OB13 7/17/2008 (merge2.txnum2) 4000000371 EPIQ Use -

NERLAND, DAVID E.
9589 N 113TH WAY
SCOTTSDALE, AZ 85259-5868

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: NERLAND, DAVID E.
9589 N 113TH WAY
SCOTTSDALE, AZ 85259-5868

Basis For Objection: No Liability

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 372 | $228,686.41 |

The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 9331, which alleges a similar claim in the amount of $227,528.69 under case number 07-11051.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held<br>American Home Mortgage Holdings, Inc. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered<br>Case No. of Debtor<br>**07-11047** | Filed: USBC - District of Delaware<br>American Home Mortgage Holdings, Inc., Et Al.<br>07-11047 (CSS)    0000000372 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

David E Nerland
9589 N 113th Way
Scottsdale, Arizona 85259-5868

Telephone number: 480-481-9958
Email Address: Nerland@cox.net

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim:  ☐ replaces    ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other_____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☒ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 9 4 3 4
   Unpaid compensation for services performed
   from **11/03** to **8/07**

2. Date debt was incurred: **11/03 - 8/07**

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $____(unsecured nonpriority) + ____(secured) + **$228,686.41** (unsecured priority) = **$228,686.41** (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $228,686.41
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: **9-6-07**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

THIS SPACE IS FOR COURT USE ONLY
**FILED / RECEIVED**
**SEP - 7 2007**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Attachment A

American Home Mortgage

HOME | MY PROFILE | CUSTOMER SERVICE | LOGOUT
HELP

My Account | Manage Account | Personal Planning | Investments | Library

Welcome David E. Nerland
American Home Mortgage Holdings, Inc. Deferred Compensation Plan

## Account Balance

Current as of Sep 05, 2007

**TOTAL BALANCE** $228,686.41

### Quick Links

- Personal Performance
- Account Rebalance
- Made a transfer request lately? You can review these in pending transactions
- Website Tour

Get Live Quotes [  ] GO

## Financial Planning

- VISIT DESTINATIONS FOR PERSONALIZED FINANCIAL PLANNING AND INVESTMENT ADVICE
- VISIT THE LEARNING CENTER FOR UP-TO-DATE EDUCATIONAL TUTORIALS
- CHECK OUT THESE EASY-TO-USE FINANCIAL CALCULATORS

### MARKET NEWS AND INFORMATION

**Dow Jones**

13,330
13,320
13,310
11  1  3
© BigCharts.com

DJIA    13,323.19  ▲ +17.72
Nasdaq  2,610.77   ▲ +4.82
S&P 500 1,474.54  ▲ +2.25
9:48 AM ET 9/6/2007

**Top Headlines**
- RBC: DOJ nearly ready to make ruling on XM-Sirius deal
- Airline stocks slide as oil prices rally
- Saks shares put fire under retail index at open
- Tech stock open on firmer ground; Apple falls 1%
- Drug stocks climb; Encysive falls on FDA woes
- U.S. stocks rise on mostly upbeat retail sales

MarketWatch

Terms & Conditions   Privacy Information   Security   Copyright Information

Attachment B

FedEx | Ship Manager | Label 798849898583                     Page 1 of 1

From: Origin ID: SCFA (480)481-9958
Dave Nerland
Indymac Bank
6991 E CAMELBACK ROAD STE. D300

SCOTTSDALE, AZ 85251

SHIP TO: (646)282-2500        BILL SENDER
**ATTN American Home Mortgage Claims**
**Epic Bankruptcy Solutions, LLC**
**757 Third Ave, 3rd Floor**

**New York, NY 10017**

Ship Date: 11JAN08
ActWgt: 1 LB
System#: 2335069/INET7091
Account#: S *********

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

RECEIVED
JAN 1 4 2008
By_

TRK# 7988 4989 8583    MON - 14JAN    A1
0201                   PRIORITY OVERNIGHT

XA-OGSA    EWR
           NY-US
           10017



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Attachment C

January 10, 2008

Epic Bankruptcy Solutions, LLC
ATTN: American Home Mortgage Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

RE: Claim number 372

Dear Sirs,

This claim form amends the above claim. Debtor has been switched from American Home Mortgage Holdings, Inc. to American Home Mortgage Corp.. The amount has been lowered to match schedule #751097570.

Thank you in advance,

*[signature]*
David E Nerland
9589 N 113th Way
Scottsdale, Arizona 85259-5868

Attachment D

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered | Filed: USBC - District of Delaware<br>American Home Mortgage Holdings, Inc., Et Al.<br>07-11047 (CSS)    0000009331 |
| Name of Debtor Against Which Claim is Held<br>AMERICAN HOME MORTGAGE CORP | Case No. of Debtor<br>07-11051⁷ | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

DAVID E NERLAND
9589 N. 113th WAY
SCOTTSDALE AZ 85259

Telephone number: 480 481 9958
Email Address: nerland@cox.net

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**

Check here if this claim:
☐ replaces    ☒ amends a previously filed claim, dated: 9-7-07

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: 9 4 3 4
Unpaid compensation for services performed
from 11/03 to 8/07

**2. Date debt was incurred:** 11/03 – 8/07

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $216,578.69 (unsecured nonpriority) + _____ (secured) + 10,950.00 (unsecured priority) = 227,528.69 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim:** $216,578.69
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 10,950.00
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

JAN 1 4 2008

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 1-10-2008 | [signature] David E Nerland |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Attachment D



**American Home Mortgage**

Deferred Compensation Plan

# Account Summary

Reporting Period:
**7/1/2007 - 9/30/2007**

American Home Mortgage Holdings, Inc.





**David E. Nerland**
9589 N 113th Way
Scottsdale, AZ 85259

### Balance Summary

| | |
|---|---|
| Your total beginning balance | $224,372.12 |
| Transactions this period | $2,283.20 |
| Gain/Loss this period | $2,810.45 |
| Total ending balance | $229,465.77 |
| Total vested balance | $229,465.77 |
| Deferral: Bonus Earned 2007 Paid in 2008 | 10% |
| Deferral: Commissions | 10% |
| Personal rate of return (period-to-date)* | 1.2% |

* The personal rate of return is the dollar-weighted compounded rate of return of your individual accounts and your entire account balance over the time period of this report. This method takes into account when and how much you invest, as well as the performance of the funds in which you invest. Past results do not predict future results.

Social Security Number
***-**-9434

Status
Active

| Activity Summary | Beginning Balance | Contributions & Other Credits | Withdrawals & Other Debits | Transfers | Earnings Gain/Loss | Ending Balance |
|---|---|---|---|---|---|---|
| Nationwide NVIT Money Market Fund-Class V | 224,372.12 | 2,283.20 | 0.00 | 0.00 | 2,810.45 | 229,465.77 |
| Totals | 224,372.12 | 2,283.20 | 0.00 | 0.00 | 2,810.45 | 229,465.77 |

Details of credits and debits are on the following page.

**Current Balance by Asset Type**

Cash 100%
Total 100%



100%

| Investment Summary | Your Investment Elections | Beginning Share Price | Beginning Share Balance | Beginning Market Value | Ending Share Price | Ending Share Balance | Ending Market Value |
|---|---|---|---|---|---|---|---|
| Nationwide NVIT Money Market Fund-Class V | 100% | 11.211 | 20,012.814 | 224,372.12 | 11.351 | 20,215.929 | 229,465.78 |

Your account balance and the returns on your account are based on the investment options you have selected. To maintain the benefits of the Plan, you do not directly own the underlying securities or any other assets of American Home Mortgage Holdings, Inc. Please review the information on your statement and notify your plan sponsor of any questions or corrections. If you do not notify your plan sponsor, we will assume the information on this statement is correct. Corrections will be reflected on a subsequent statement.

Attachment D

American Home Mortgage Corp. [Change Client]

s LLC *is now* Epiq Systems - Bankruptcy Solutions

Client Home | Filed Claims & Schedules | Documents | Docket | Contact Us

**CLAIM SEARCH**

Claim #
Schedule # 751097570

Order By | Creditor Name

Name Starts With
Total Claim Value | Equals | | to
Claim Date Range

Debtor
Scope | Claims and Schedules

Results Per Page 10

Search

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | Page |
|---|---|---|---|---|---|
| 9331 | 751097570 | NERLAND, DAVID E.<br>9589 N 113TH WAY<br>SCOTTSDALE, AZ 85259-5868<br>Debtor: AMERICAN HOME MORTGAGE CORP | 1/14/2008 | Schedule Priority Amount: $227,528.69<br>Schedule Unsecured Amount: $10,950.00<br>Claim Priority Amount: $216,578.69<br>Claim Unsecured Amount: $10,950.00<br>$216,578.69<br>Remarks: CLAIM FILED AFTER THE BAR DATE SCHEDULED CONTINGENT | |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use. Please review our privacy statement for additional information regarding the data maintained on this website.



http://chapter11.epiqsystems.com/AHM/claim/search.aspx

Attachment E

8/4/2008

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |
| AHM OB13 7/17/2008 (merge2.txnum2) 4000101282 EPIQ Use - ) | |

NERLAND, DAVID E.
9589 N 113TH WAY
SCOTTSDALE, AZ 85259-5868

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: NERLAND, DAVID E.
9589 N 113TH WAY
SCOTTSDALE, AZ 85259-5868

**Basis For Objection:** Debtors' books and records show a modified amount of liability

| | Claim Number | Claim Amount | Reduced Amount |
|---|---|---|---|
| **Claim to be Reduced** | 9331 | Priority - $10,950.00 | Priority - $10,950.00 |
| | | Unsecured - $216,578.69 | Unsecured - $217,580.95 |

Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that amount asserted should be either increased or reduced and expunged in part as indicated above. The Objection seeks to alter your rights by either increasing or reducing the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Attachment F

Counsel to the Debtors and Debtors in Possession