IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------  x
In re:                                             :    Chapter 11
                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                    :
                                                   :    Jointly Administered
         Debtors.                                  :
------------------------------------------------------------------  x
```

### AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.     I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.     On July 18, 2008, I caused to be served the following:

a)     A creditor specific Customized Exhibit to Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

b)     Notice of Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated July 18, 2008, to which is attached the Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 5180], dated July 18, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this

24th day of July, 2008

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

**EXHIBIT A**

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: August 11, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: August 18, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM OB12 7/17/2008 (merge2.txnum2) 4000105019 EPIQ Use - 1

CHRISTIANSEN, BARRY ALVIN
P.O. BOX 1030
CEBY CITY  6000
PHILIPPINES

## NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: CHRISTIANSEN, BARRY ALVIN
P.O. BOX 1030
CEBY CITY  6000
PHILIPPINES

| | | |
|---|---|---|
| **Basis For Objection:** | Claim based on Equity Interest | |
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 9948 | $2,650.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors.  The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
     Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT B

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

19101391 TTEE
19101391
U/A DTD 7/23/1993
PO BOX 331
DES PLAINES, IL 60016-0331

A&E APPRAISAL NETWORK, LLC
ATTN EDMUND H. REEK III, OWNER
PO BOX 7404
LOVELAND, CO 80537

A-1 PROFESSIONAL CLEANNING & MAINTENACE SERVICES INC.
80 WHITEHALL ST
LYNBROOK, NY 11563

ABSOLUTE APPRAISALS
ATTN CHERYL JOHNSON
409 PICKETT LN
CHARLOTTESVLE, VA 229010660

ACCOMAZZO APPRAISAL SERVICES
ATTN A. ACCOMAZZO
14685 GENESEE ROAD
APPLE VALLEY, CA 92307-5156

ACCOUNTEMPS
DIV. OF ROBERT HALF INTERNATIONAL
ATTN KAREN LIMA
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

ACCURATE APPRAISAL GROUP INC
PO BOX 2459
CORNELIUS, NC 28031

ACM CONSULTANTS, INC.
ATTN GLENN K. KUNIHSA, PRES.
2073 WELLS ST STE 100
WAILUKU, HI 96793

ADAMS, GEORGE & LORAINE
21271 W. HWY 40 LOT 70
DUNNELLON, FL 34431

ADVANCED LISTING SERVICES
1449 SUMMER GLOW AVE
HENDERSON, NV 89012

AJAC'S JANITORIAL SERVICES CORP.
ATTN ROBERT PAGE, PRESIDENT
PO BOX 1544
ROGERS, AR 72757

ALESSI, KERRI L.
1 DUNDERBERG RD
TOMKINS COVE, NY 10986

ALEXANDER, LAWRENCE G. D.M.D.
74 WESTFIELD LANE
PALM COAST, FL 32164

ALL COUNTY APPRAISAL
ATTN KAREN P. RUBIO, OWNER
663 SMITH FLAT RD
ANGELS CAMP, CA 95222

AMEREN UE
ATTN ROBERT G GERTH, CREDIT ADVISOR
PO BOX 66881
MAIL CODE 310
SAINT LOUIS, MO 63166

AMERICAN DOCUMENT DESTRUCTION
ROBERT DICKINSON
POB 1991
SPARKS, NV 89432-1991

ANDERSEN, GARY A.
2100 SURREY LANE
MC KINNEY, TX 75070

ANDERSON, JAMES F., JR.
25555 N. WINDY WALK DR. # 64
SCOTTSDALE, AZ 85255

ANEWALT, BETTY L.
304 LARRY LN
GAHANNA, OH 43230-2638

ANN FEAR R.E. APPRAISALS
P.O. BOX 979
PINEDALE, WY 82941

APPRAISAL OFFICE, THE
ATTN D. KASSLER, APPRAISER
22429 S COLORADO RIVER
SONORA, CA 95370

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

APPRAISAL SERVICES
13043 EMERALD DR
HAYDEN, ID 83835

ARCTIC OFFICE PRODUCTS
ATTN MELISSA MCCLELLAND, ACCTS RECEIV.
100 W FIREWEED LANE
ANCHORAGE, AK 99510

ASSOCIATED APPRAISERS, INC
ATTN CRAIG J HANDYSIDE, VICE PRESIDENT
7703 WILDER COURT
GREENSBORO, NC 27409

BAKER APPRAISAL SERVICES INC.
ATTN LYNN I. BAKER, PRES
2140 N DUPONT HWY
CAMDEN, DE 19934

BATTLE CRK AREA ASSOC REALTORS
ATTN MELISSA J. ELDRIDGE/ACCT-MEMB.
MGR.
214 CAPITAL AVE NE
BATTLE CREEK, MI 49017

BEAVERS CONSTRUCTIONS
ATTN RONNIE BEAVERS, OWNER
1516 GLENDALE HODGENVILLE RD
GLENDALE, KY 42740

BERVERIDGE, DAVID M.
C/O RAYMOND JAMES & ASSOCIATES, INC.
5847 SAN FELIPE ROAD, SUITE 1800
HOUSTON, TX 77057

APPRAISERS GROUP, THE
ATTN RICHARD A. GOULET, PRESIDENT
44 TRAPELO RD
BELMONT, MA 02478

ASPECT SOFTWARE, INC.
ATTN GENERAL COUNSEL
300 APOLLO DR
CHELMSFORD, MA 018243626

ASSOCIATES APPRAISERS
ATTN TERRY FISHER, OWNER/PARTNER
PO BOX 1717
HAYDEN, ID 83835

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

BAUMBACH, JACKSON
1730 BECKLEY DR
NEW CUMBERLAND, PA 17070

BEISINGER, LARRY E.
PO BOX 461
GREENWOOD, IN 46142-0461

BIDDINGER APPRAISALS, LLC
ATTN LINDA L BIDDINGER
411 GLENWOOD AVE
GLEN BURNIE, MD 21061-2235

ARC DISPOSAL & RECYCLING CO., INC.
ATTN JOHN P. O'CONNOR, CONTROLLER
2101 S. BUSSE RD.
MT. PROSPECT, IL 60056

ASSANIE, MAHABIBI
1309 SOUTH THOMAS ST., # 22
ARLINGTON, VA 22204

AT&T ADVERTISING & PUBLISHING
ATTN BEVERLY HARRIS BK REP 942983869
101 SPEAR STREET RM 534
SAN FRANCISCO, CA 94105

BARTLETT, CAROL P. & WILLIAM L.
5922 SUGAR BUSH DR
LA FAYETTE, NY 13084

BEACON APPRAISAL COMPANY INC
ATTN K. CHRIS KARAGEORGE, PRESIDENT
PO BOX 6370
SCARBOROUGH, ME 04070

BENEDICKTUS & ASSOCIATES
700 BISHOP ST #501
HONOLULU, HI 96813

BLIESE, DAVID
OPTOMETRIST
263 WEST PARK MALL
CAPE GIRARDEAU, MO 63703

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

BLOCK, BRUCE W.
623 MAZE GLEN
ESCONDIDO, CA  92025

BOETTCHER, JANET L. (IRA)
FCC AS CUSTODIAN
2070 N. POINTE
FLORISSANT, MO  63031

BOISE PHILHARMONIC ASSOC
ATTN GORDON SWENSON, ACCOUNTANT
516 S 9TH ST
BOISE, ID  83702

BOYER - KS DBA SHRED-IT
ATTN CARLY BAIRD, OFFICE MGR
10900 LACKMAN RD
LENEXA, KS  66219

BRAD MALONE APPRAISALS
4990 RIVERHILL RD NE
MARIETTA, GA  300684857

BRICKHAUS, DONALD F. & JANET S.
226 BAMBOO LN
JACKSON, MO  63755

BUNTEN, RITA
1045 HEARTWOOD LN
LAKE ZURICH, IL  60047

BLUE MOON APPRAISALS LLC
3216 GAY LARK RD
ATTN GREGORY HARTLEY
BIRMINGHAM, AL  35216

BOETTCHER, JANET L. TRUST
2070 N. POINTE LN
FLORISSANT, MO  63031

BOOTH, WILLIAM R.
6821 CORRAL CIRCLE
SARASOTA, FL  34243

BOYER, JANE C.
1702 E. LIND RD
TUCSON, AZ  85719

BRANNON, MARK
184 W. BRENTWOOD DR.
PALATINE, IL  60074

BRODT, PHILIP S.
219 WOODS POINT RD.
OSPREY, FL  34229

BUSINESS WIRE, INC.
ATTN SARAH FINE, COLLECTIONS
SUPERVISOR
44 MONTGOMERY STREET, 39TH FL
SAN FRANCISCO, CA  94164

BOETTCHER, JANET AND DECENDANTS
TRUST
2070 N. POINTE LANE
FLORISSANT, MO  63031

BOETTCHER, JANET TRUST
2070 N. POINTE LN.
FLORISSANT, MO  63031

BOWMAN, PHILLIP B.
COM IRA CUSTODIAN
1794 BRUSH HILL LANE
GLENVIEW, IL  60025

BOZEMAN APPRAISAL SERVICES, INC.
ATTN B. JUNE BOZEMAN, COO, VP
PO BOX 3087
GAINESVILLE, GA  30503

BRAVO, CHRISTINA
3828 ADDISON WOODS RD.
FREDERICK, MD  21704

BUFANO, SHARON B.
2353 HIGHWAY 109 N
LEBANON, TN  37090-1217

BUTLER, PATRICIA
800 HIGH WOODS TRAIL
FORT WORTH, TX  76112-1705

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

CAMPBELL, BRUCE H.
1119 NORTHRIDGE CT.
GOLDEN, CO 80401

CARDWELL, ROBERT T.
PO BOX 970
FRISCO, CO 80443

CAREY, ZETOUN
2999 E. OCEAN BLVD # 620
LONG BEACH, CA 90803

CASMUS, CHARLES A. III
3105 HEMON RD
MONTGOMERY, AL 36106

CASTELLANO, THOMAS D.
136 FOREST ST
STATEN ISLAND, NY 10314

CDBURBRIDGE & ASSOCIATES
ATTN FRED ELEFANT, ATTY
336 10TH ST
ATLANTIC BEACH, FL 32233

CENTRAL LIMESTONE CO., INC.
ATTN: KAY M. SHAW
16805 QUARRY RD.
MORRIS, IL 60450

CENTRAL TELEPHONE COMPANY
D/B/A EMBARQ - NEVADA
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 872967
PO BOX 872967
KANSAS CITY 64187-2967

CENTRAL TELEPHONE COMPANY
D/B/A EMBARQ - NEVADA
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

CENTRAL TELEPHONE COMPANY
D/B/A EMBARQ - NORTH CAROLINA
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

CENTRAL TELEPHONE COMPANY
D/B/A EMBARQ - NORTH CAROLINA
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 872967
PO BOX 872967
KANSAS CITY 64187-2967

CHANNAH, KHURSHID
20 EAST 9TH STREET
APT. 14-O
NEW YORK, NY 10003-5944

CHARLOTTE COMMUNITY APPRAISAL
ATTN R. KEITH ZIMMERMAN
9202 AVIATION BLVD STE EW2
CONCORD, NC 28027

CHEATLE, EDGAR C.
2726 OAK MOUNTAIN
SAN ANGELO, TX 76904

CHILCOTT, JOHN M.
5547 JUNO DR
LAKE VIEW, NY 14085

CHONG, DAVID HOU YUEN & CECILIA C.
66 AVA CRESC
RICHMOND HILL, ON L4B 2X4
CANADA

CHRISTIANSEN, BARRY ALVIN
P.O. BOX 1030
CEBY CITY 6000
PHILIPPINES

CHROMY, JACLYN A.
501 EAST BAY DR. UNIT 902
LARGO, FL 33770

CHURCHILL REAL ESTATE SERV.
ATTN SCOTT E CHUCHILL, SRA
37 MCMURRNY LL #3
PITTSBURGH, PA 15241

CITY OF FORT WORTH
(FORT WORTH WATER DEPARTMENT)
ATTN CHRIS MOSELY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

CITY OF FORT WORTH
ATTN CHRIS MOSLEY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

CITY OF LAKELAND, FLORIDA
PAT ALDERMAN, CITY TREASURER
CITY HALL
228 SOUTH MASSACHUSETTS AVE
LAKELAND, FL 33801-5086

CLAIRE APPRAISALS, INC.
ATTN ROBERT CLAIR, OWNER
1632 SE MISTLETOE STREET
PORT SAINT LUCIE, FL 34983

COLLINS, JEFFREY D.
16787 BEACH BLVD # 690
HUNTINGTN BCH, CA 926474848

CONSTANTINE, THOMAS
21 SEVENTH AVE.
WESTWOOD, NJ 07675

CORTEZ, KASIE T
7375 GEODE CT
CASTLE ROCK, CO 80108

COX, EVER MAE
10600 BEAVERBRIDGE ROAD
CHESTERFIELD, VA 23838

CULLEN, JOHN V. TTEE O/T
CULLEN FAMILY TRUST DTD 1/29/92
841 STRATFORD ST.
PISMO BEACH, CA 93449-2446

CITY OF LAKELAND, FLORIDA
TIMOTHY J MCCAUSLAND
CITY ATTORNEY
FLORIDA BAR NO. 525601
228 SOUTH MASSACHUESETTS AVE
LAKELAND, FL 33801-5086

CLIMAX TELEPHONE CO
ATTN SVEN-ERIK NAESSET, SUPERVISOR
110 N MAIN
CLIMAX, MI 49034

COMED CO
ATTN C. WALKER, REVENUE MANAGEMENT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

CONTI, TERESA & THOMAS
25525 DELMAR
HAYWARD, CA 94542

COSERV ELECTRIC
ATTN CYNDI ALEXANDER, COLLECTION
MANAGER
COLLECTIONS DEPT
7701 S STEMMONS FRWY
CORITNH, TX 76210-1842

CREATIVE SOLUTIONS
C/O LOREN LARSEN
16252 TREASURE COVE
BULLARD, TX 75757

DAILY PRESS
C/O TRIBUNE COMP.
ATTN CAROL LIOTTA
435 N. MICHIGAN AVE 3RD FL
CHICAGO, IL 60611

CLAIR APPRAISALS, INC.
ROBERT CLAIR
1632 SE MISLTETOE ST
PORT SAINT LUCIE, FL 34983

COFFMAN APPRAISAL
ATTN KENT COFFMAN - OWNER
PO BOX 1137
COSTA MESA, CA 92628

CONNER, LEE F., IRA
1361 CLIFTON LANDING LN
KILMARNOCK, VA 22482

CORONA, MARIA
16 FRUIT ST
MILFORD, MA 01757

COSGROVE, BEVERLEY A.
3519 JACKSON STREET
SIOUX CITY, IA 51104-1946

CROWN POINT APPRAISERS, INC.
ATTN MARY L. JAWW
1334 SAN MATEO AVE.
JACKSONVILLE, FL 32207

DARGAVELL, RAY
480 WHITLOCK RD
RICHMOND, KY 40475

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

DARWIN CALENDAR
604 VIA VISTA DR
REDLANDS, CA 92373

DEANGELIS, KAYEL JR
102 BLAIR ROAD
OYSTER BAY COVE, NY 11771

DEESE, RICKY L
9125 MEADOW VISTA RD
CHARLOTTE, NC 28213

DIALAMERICA MARKETING, INC.
C/O CHARLES RABOLLI, JR., ESQ.
CARLET, GARRISON, KLEIN & ZARETSKY
1135 CLIFTON AVENUE, SUITE 104
CLIFTON, NJ 07013

DITTMAR, MARGARET ANNE
4 MOORE TERRACE
CAPE MAY COURT HOUSE, NJ 08210

DUBOIS, MARGARET W.
IRA ROLLOVER
18933 PENINSULA PT
CORNELIUS, NC 28031

DUKE ENERGY/OHIO
MARY TAYLOR
PO BOX 960 - EF 367
CINCINNATI, OH 45273-9598

DE CESPEDES, CARLOS M.
42-53 KETCHAM STREET
ELMHURST, NY 11373

DEANGELIS, KAYEL JR
312 E 95TH ST
NEW YORK, NY 10128

DENNIS DOHERTY
12507 CUTTER RIDGE DR
RICHMOND, VA 23233

DICKEY, HAROLD L & GEORGETTA D & DAVID L
& NANCY R OSTEN TRS FBO DICKEY
15832 W JOSHUA TREE DR
SUN CITY GRAND
SURPRISE, AZ 85374-5004

DORMAN APPRAISALS
ATTN DAVE DORMAN, OWNER
2846 PLUMAS ARBOGA RD
MARYSVILLE, CA 95901

DUBOIS, MICHAEL REGIS & PAUL A.
18933 PENINSULA POINT DR
CORNELIUS, NC 28031

DUKOW, ALBERT N.
15451 VENTURA BOULEVARD, #324
SHERMAN OAKS, CA 91403-3014

DE STEFANO, RON
342 LAVERNE AVE.
MILL VALLEY, CA 94941

DECKER, JANELLE T.
2812 W. 50TH
WESTWOD, KS 66205

DEVILLE, GEORGE
1 ORCHARD ST
BOX 447
MUSE, PA 15350

DING, YIMING
59 MILL ST.
QUINCY, MA 02169

DREDLA, FAITH L. & JACK C. (TRUSTEE)
FAITH L. DREDLA TRUST
2104 SOUTH TRACY AVENUE
BOZEMAN, MT 59715

DUBOIS, RICHARD ANTHONY & MARJORIE E.
1502 RENAISSANCE DR NE
DIPLOMAT B13
CONYERS, GA 30012

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES
(RMS)
PO BOX 5126
TIMONIUM, MD 21094

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION**
**TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,**
**BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

DUNBAR, GERALD D.
DBA DUNBAR APPRAISAL SERVICES
101 TRIWOOD CIRCLE
LAFAYETTE, LA 70503

ELECT APPRAISALS, INC.
ATTN NATALIE BARTON, ACCOUNTING
P.O. BOX 7054
LAKELAND, FL 33807

EMBARQ FLORIDA, INC.
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 872967
KANSAS CITY 64187-2967

EOI DIRECT, LLC
ATTN JENNIFER ALLEN, ACCOUNTING
412 E. PARKCENTER BLVD
SUITE 315
BOISE, ID 83706

FAIRMONT HOTEL, THE
ATTN R. BERGMAN
4500 MACARTHUR BLVD
NEWPORT BEACH, CA 92660

FISH WINDOW CLEANING
ATTN RANDY STORTZ, OWNER
PO BOX 341203
BEAVERCREEK, OH 45434-1203

FLEMING, JOE A.
2909 BARCODY RD SE
HUNTSVILLE, AL 35801

EAST COAST APPRAISAL SERVICE
50 COURT ST. SUITE 508
BROOKLYN, NY 11201

ELYNX.LTD
PO BOX 643292
CINCINNATI, OH 45264-3292

ENGLISH, DAVID
6523 FURMAN BLVD
FT. MYERS, FL 33919

EXPRESS PERSONNEL SERVICES
ATTN JAY OLSON, PRESIDENT
3709 BROOKS ST
MISSOULA, MT 59801

FARRELL FRITZ, P.C.
ATTN TED A. BERKOWITZ, ESQ., PARTNER
1320 REXCORP PLAZA
UNIONDALE, NY 11556

FISHER, GARY A. (IRA)
AMERIPRISE TRST CO. ACF
10302 63RD AVE.
PLEASANT PRAIRIE, WI 53158

FONNESBECK, VANCE BRIAN
765 HOMESTEAD
PRICE, UT 84501

EILERS, ANITA I.
13101 SOUTHAMPTON DRIVE
BONITA SPRINGS, FL 34135

EMBARQ FLORIDA, INC.
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

ENVIROPEST
ATTN VERNON L. SKELTON
PO BOX 7452
SPRINGDALE, AR 72766

FAGAN, JOSEPH J.
2434 GOLDEN OAKS DR.
GARLAND, TX 75044

FELDMAN, BARBARA IRA ROLLOVER
10 CITY PLACE APT 5A
WHITE PLAINS, NY 10601

FLATHER, NEWELL
334 OTIS STREET
W NEWTON, MA 02465-2547

FOX, CAROLYN A.
41506 N TANGLE RIDGE CT
ANTHEM, AZ 85086

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

FRANCES MCPHERSON BAKER
934 WRERS ROOST CIR. # 3
MEMPHIS, TN 38119-0511

FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN ST
MIDDLETOWN, NY 10940

GAMBLE, HILDA R.
ERIN WIDEMAN
204 ALBERTA LN
WASHINGTON, MO  63090

GEORGE J FOSTER & CO, INC
150 VENTURE DRIVE
ATTN RICHARD MESSER CREDIT MANAGER
DOVER, NH  03820

GOLD CUP COFFEE SERVICE, INC.
ATTN STEPHANIE RAMELLA, OFFICE MGR.
4108 GUNN HWY.
TAMPA, FL  33618

GREENAWALT APPRAISAL & CONSULT
ATTN CYRIL L. GREENAWALT
1941 LAKE WATCORN BLVD
BELLINGHAM, WA  98229

GROSS, GARY
5242 E. ARROYO RD
PARADISE VALLEY, AZ  85253-3322

FRANK RAIMONDI & ASSOC INC
ATTN FRANK RAIMONDI, PRESIDENT
544 HEMPSTEAD BLVD
UNIONDALE, NY 11553

FROST, ETHEL P.
2444 MELODY LANE
RENO, NV  89512-1435

GAMBLE, HILDA R. TTEE
HILDA R. GAMBLE CARING TRUST U/A 12/6/94
1514 FIRST PARKWAY
WASHINGTON, MO  63090

GLOBE NEWSPAPER CO., INC. DBA
THE BOSTON GLOBE
JOSEPH ASTINO
135 MORRISSEY BLVD.
BOSTON, MA  02125

GONZALEZ-ANDRADES, JOSE A.
JARDINES COUNTRY CLUB
BB-25 C/104
CAROLINA, PR  00983-2004

GREGFROST.COM
ATTN GREG FROST
2051 WYOMING BLVD NE
ALBUQUERQUE, NM  87112

GRUBBS, WILLIAM A. JR.
AON CONSULTING
1100 REYNOLDS BLVD.
WINSTON-SALEM, NC  27105

FRANKLIN, CHRISTOPHER M
4164 E. GREENWAY CIRCLE
MESA, AZ  85205

GAMBLE, HILDA R.
1514 FIRST PARKWAY
WASHINGTON, MO  63090

GARRISON, MICHAEL W. TTEE
GARRISON GROUP LTD PSP
1887 LEMON GROVE ST
HENDERSON, NV  89052

GLYNN, ROBERT J.
44 SULLIVAN PL
MILLBURY, MA  01527

GRAB, WILLIAM & MARIANNE
5110 OPENWOOD WAY.
MADISON, WI  53714-3455

GREYSTONE STAFFING
PO BOX 52272
NEWARK, NJ  07101-0220

HAGÉ & ASSOCIATES, INC.
711 GAFFNEY RD # 101
FAIRBANKS, AK  99701

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

HALEY APPRAISAL LLC
ATTN CHRISTOPHER T. HALEY, OWNER
4400 HEATHERDOWNS BLVD
TOLEDO, OH 43614

HAMBLIN, RONALD
PO BOX 390
BISHOPVILLE, MD 21813-0390

HARMONHOMES.COM
ATTN BETTY LAMBIOTTE
P.O. BOX 9277
CANTON, OH 44711

HARRISON, DOUGLAS
769 SANDY HILL CIR.
PT. ORANGE, FL 32127-7795

HARRISON, JAMES F
143 WINDY HILL RD.
JACKSON, TN 38305

HASTON, HAROLD MD
DEFINED BENEFIT PENSION PLAN
PO BOX 10250
GLENDALE, AZ 85318

HE, ZHU
224 BLUEFIELD ROAD
CHAPEL HILL, NC 27517

HELTON, LEONARD R.
5183 DRAYTON HARBOR ROAD
BLAINE, WA 98230

HELVESTON, PATRICK
1940 REINS RD
BEAUMONT, TX 77713

HEREL, BARBARA S.
24 FAIRCHILD ST
HUNTINGTON, NY 11743

HERTZ CORPORATION, THE
CRYSTAL MCLAUGHLIN
SENIOR SUPERVISOR
14501 HERTZ QUAIL SPRINGS PKWY
OKLAHOMA CITY, OK 73134

HEUSER, RICHARD
670 IRON MOUNTAIN BLVD
LAKE OSWEGO, OR 97034

HOFF, BRADLEY C.
DBA BAX APPRAISAL
1428 S BAY RD NE
OLYMPIA, WA 98506

HOFFSTETTER, RAYMOND & MURIEL
8726 GLENWOOD
ST. LOUIS, MO 63126

HOGAN, JOSEPH D.
UNIT 3030 BOX 42
APO, AA 34022

HOLT, JOHN
301 TURKEY CREEK DR
BALL GROUND, GA 30107

HOMES& LAND OF RENO/ SPARKS
ATTN. JOANNE ZUPPATA
PO BOX 18038
RENO, NV 89511

HOUSTON, T. CRAIN
PO BOX 59
3029 BLACK ROCK RD
BUTLER, MD 21023

HOWROYD-WRIGHT EMPLOYMENT AGENCY
INC DBA
APPLE ONE EMPLOYMENT SERVICES
ATTN MARLENE YAN-LITIGATION MANAGER
327 WEST BROADWAY
GLENDALE, CA 91204

HUGGINS, MICHELLE
1025 HILLBROOK LN
NEWBERRY, SC 29108-7806

HYATT REGENCY TECH CENTER
ATTN PASCAL TERRAZ, CONTROLLER
7800 EAST TUFTS AVENUE
DENVER, CO 80237

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

IDASIAK, BRONISLAW
115 REICH AVENUE
MAHWAH, NJ 07430

INFORMA RESEARCH SERVICES, INC
ATTN MICHAEL E ADLER, PRESIDENT
26565 AGOURA ROAD
CALABASAS, CA 91302-1942

ISLAND HOTEL, NEWPORT BEACH, THE
ATTN ALAYNE FISHER, CREDIT MANAGER
690 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

ITA APPRAISALS, INC.
ATTN SHERYL PRENDERGAST - OFFICE
MANAGER
PO BOX 13146
NORFOLK, VA 23506

J C & ASSOCIATES APPRAISALS
ATTN JANA CAMPBELL, OWNER
595 W 2050 S
HURRICANE, UT 84737

JENSEN APPRAISERS
ATTN STEVEN A. JENSEN
10800 N. MILITARY TRL, STE 230
PALM BEACH GARDENS, FL 33410

JOAN KOWALSKI TRUST DTD 7/14/07
JOAN KOWALSKI TRUSTEE
21761 ELIZABETH AVE.
FAIRVIEW PARK, OH 44126

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

INTRALINKS, INC.
1372 BROADWAY, 11TH FL
NEW YORK, NY 10018-6106

ISOMEDIA INC.
C/O BARRY MAULDING
2033 SIXTH AVE, SUITE 740
SEATTLE, WA 98121

IZZO, JOHN
26928 HALIFAX PLACE
HAYWARD, CA 94542

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

JERDAN, JANICE
5112 BELLEFONTAINE DR.
ARLINGTON, TX 76017

JOHN JOHANIDES SRA
199 GARRETSON AVE
STATEN ISLAND, NY 103051233

ILINK COMMUNICATIONS, INC.
ATTN TAMARA SAUNDERS, CONTROLLER
2999 N 44TH STREET
SUITE 650
PHOENIX, AZ 85018

IRISH, ROBERT
2924 BARRINGTON DR.
TOLEDO, OH 43606-3005

ISOMEDIA.COM
PO BOX 2228
SEATTLE, WA 981112228

IZZO, JOHN
USAA BROKERAGE SERVICE HO AO2W, B1
9800 FREDRICKSBURG ROAD
SAN ANTONIO, TX 78288

JAMES, MARK R.
2911 PACIFIC HTS RD
HONOLULU, HI 96813

JESELNIK, DENISE
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

JOHNSON, JOSEPH H.
USAA FED SVGS BNK C/F SDIRA R/O
4608 RIVER CLOSE BLVD
VALRICO, FL 33594

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

JOHNSON, PAUL J.
3 WESTFIELD LN
ROCKY RIVER, OH 44116

JORDAN, WILLIAM K. JR. & JEAN G.
TEN COM
119 MOBLEY HWY
WINNSBORO, SC 29180-8103

JOSEF REALTY SERVICES
301 SOVEREIGN CT # 110
ST LOUIS, MO 63011

KAUR, MANDEEP
132-35 SANFORD AVE 401
FLUSHING, NY 11355

KELLY SERVICES INC
ATTN SHARON HAMDEN, CREDIT MGR.
999 W BIG BEAVER RD
TROY, MI 48084

KENT, MICHAEL A. & LYDIA
816 WOODROW CT
CHESAPEAKE, VA 23322

KESHINOVER, JASON
2245 3RD ST
EAST MEADOW, NY 11554

KIGHT REALTY CORPORATION
ATTN DAVID H. MACMILLAN, PRES./OWNER
PO BOX 12742
NORFOLK, VA 23541-0742

KIM KNOPF APPRAISAL
ATTN KIMBERLY KNOPF
221 KITTY HAWKS BAY DR
KILL DEVIL HILLS, NC 27948

KKQX-FM
ATTN JEFF BALDING, GENERAL MANAGER
102 SO 19TH AVE
SUITE 5
BOZEMAN, MT 59718

KNAG, PAUL E. JR.
60 E 9TH ST,
# 505
NEW YORK, NY 10003

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY 10003

KNORR, DAVID A.
132 CLAYBROOK DR.
E. PALESTINE, OH 44413

KOERNER, ROBERT J.
2308 HURSTVIEW DRIVE
HURST, TX 76054-2720

KRAEMER, ELLEN JO
P.O. BOX 3523
BOONE, NC 28607

KRUCEK, DANIEL
2125 BRAEBURN UNIT D
WAUCONDA, IL 60084

KRUSE WAY, LLC
DAVID M. WISEBLOOD, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105

LAMAR ADVERTISING COMPANY
ATTN: CREDIT DEPARTMENT
PO BOX 66338
BATON ROUGE, LA 70896

LANGUAGE LINE SERVICES
ATTN ANGEL SANTOS
P.O. BOX 16012
MONTEREY, CA 93942-6012

LANTERMAN, FRANK E.
488 HALLET RD
E STROUDSBURG, PA 18301-9555

LARSON, NILS, IRA
WMS CUSTODIAN
1234 W SOLANO DR
PHOENIX, AZ 85013

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

LAURIN, ANDREW C.
66 PALM FORST DR.
LARGO, FL  33770

LAURIN, ANDREW C.
72 FARMWOOD DR.
NASHUA, NH  03062

LAURITANO APPRAISAL SERVI/INC.
ATTN THOMAS LAURITANO
500 WEST MAIN STREET
SUITE 208
BABYLON, NY  11702

LAVALENCIA HOTEL
ATTN DONNA VANBELLE - A/R
1132 PROSPECT STREET
LAJOLLA, CA  92037

LEHMAN & EILEN LLP
50 CHARLES LINDBERGH BOULEVARD
UNIONDALE, NY  11553-3612

LEITNER, JOYCE
425 SPENCER CREEK ROAD
KALAMA, WA  98626

LEVY, SARAH
4660 ROTHERHAVEN WAY
SAN JOSE, CA  95111

LEWIS, MARK H.
111 BUFFLEHEAD DR.
MOORESVILLE, NC  28117

LIND, SYDELL SHAKERDGE
88 POND VIEW DR.
PORT WASHINGTON, NY  11050

LINGL, HERB
PO BOX 470455
SAN FRANCISCO, CA  94147

LLOYD STAFFING, INC.
ATTN JERRY STEINHART
445 BROADHOLLOW RD, STE 119
MELVILLE, NY  11747

LOCATION, INC.
ANDREW J. COUTURE
68 CUMBERLAND ST., STE 304
WOONSOCKET, RI  02895

LORENZ, ERICH A.
15 BLENHEIM COURT
ROCKVILLE CENTRE, NY  11570

LOTZ, MARY B. (IRA)
117 DEHAVEN DR # 346
YONKERS, NY  10703

LUBIN AND SMALLEY  FLORIST,INC
ATTN RICHARD M. LOPRESTI, OWNER
8 MARKET SQUARE
PITTSBURG, PA  15222-1813

LUXURY HOMES MAGAZINE
6800 KALANIANAOLE HWY STE 101
HONOLULU, HI  96825

LVTV/ TV13 CLASSIFIEDS
ATTN MARYANN
3910 ADLER PLACE
BETHLEHEM, PA  18017

MACCAMY, JOSEPH E (JOE)
224 NW 195TH ST
SHORELINE, WA  98177

MADISON HIGH CROSSING LODGING INV, LLC
DBA COURTYARD MADISON EAST
ATTN MICHAEL REDMAN, VP FINANCE & IT
2502 CROSSROADS DRIVE
MADISON, WI  53718

MADISON HIGH CROSSING LODGING INV, LLC
PO BOX 620994
MIDDLETON, WI  53562

MADSEN, TODD
18477 MEADOW RIDGE
SALINAS, CA  93907

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

MANGINELLI SR, DANIEL J
3311 TEMPE DRIVE
HUNTINGTON BEACH, CA 92649

MARQUARDT, MARY
PO BOX 2603
AVILA BEACH, CA 93424

MARTIN, DAVID W. & JON M. TTEES FOR
THE MARTIN FAMILY TR DTD 5-11-89
6310 N. CADENA DE MONTANAS
TUCSON, AZ 85718

MCGUIRE, DANYA D.
SEAN P MCGUIRE
JTWROS
577 BEAUFORT COURT
CINICNNATI, OH 45240-3802

MEADOWS LAKE OSWEGO
DAVID M. WISEBLOOD, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105

MEYER, RICHARD P.
3734 BLUFF DR
LEWIS CENTER, OH 43035

MILLER, JAMES D.
6309 GLENWOOD RD.
OMAHA, NE 68132

MARK HOFFMAN APPRAISALS
ATTN MARK B. HOFFMAN
4204 HIGHKNOLL DRIVE
OKLAND, CA 94619

MARRIOTT INTL., INC., ET AL
ANDRONIKI ALAHOUZOS, COLLECTIONS
MARRIOTT DRIVE, DEPT, 52/923.21
WASHINGTON, DC 20058

MCBRIDE, ANNA M.
9217 MORGAN LN.
GREENWOOD, AR 72936

MCNAMARA & COMPANY
ATTN PAMELA P KEENAN
10617 SIX FORKS ROAD
RALEIGH, NC 27615

MEDINA APPRAISAL COMPANY
ATTN TOM WAYNE, OWNER
740 MARKS RD
VALLEY CITY, OH 442809775

MICHAEL N. HUSCROFT & ASSOC.
ATTN LAWRENCE Z. WILK, ESQ.
9201 N. 25TH AVENUE
SUITE 170
PHOENIX, AZ 85021

MILSHTEYN, ALEXANDER
7477 WESTBURN BLVD
WEST BLOOMFIELD, MI 48322

MARMAK DESIGNS
1545 CAPITAL DR, STE 108
CARROLLTON, TX 75006

MARRIOTT SAN RAMON
ATTN JOE GERSHMAN, CONTROLLER
2600 BISHOP DRIVE
SAN RAMON, CA 94583

MCELROY & ASSOCIATES INC
ATTN TREASURER
PO BOX 4709
CARY, NC 27519

MEAD APPRAISALS
11378 NIAGARA DR
FISHERS, IN 46037

MESSICK & COMPANY APPRAISERS
ATTN MANAGER/TREASURER
3701-A WEST MARKET STREET
GREENSBORO, NC 27403

MID STATE APPRAISAL GROUP
ATTN THOMAS D. JENKINS
PO BOX 36034
DES MOINES, IA 50315

MISSION MKTG & ADVERTISING
ATTN VINCENT HAMON, OWNER
6565 FOUNTAIN AVE APT 16
LOS ANGELES, CA 90028

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

MONTGOMERY, ROBERT N.
2381 NAVAJO CIRCLE
BISHOP, CA 93514

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

NATIONAL APPRAISAL SERVICES, INC.
ATTN RICHARD ANDERSON
727 RARITAN RD.
CLARK, NJ 07066

NEW HAMPSHIRE ELECTRIC COOPERATIVE
LINDA LYDEN
579 TENNEY MTN HIGHWAY
PLYMOUTH, NH 03264

NOR CAL APPRAISERS
GARY LEV
2521 ARCADIA CT
RIVERBANK, CA 95367

O'DELL, TAMI MARIA
24 CARHART AVE # 209
WHITE PLAINS, NY 10605

OUTLOOK MEDIA INC
ATTN MICHAEL DANIELS, SECY
815 N. HIGH ST, STE II
COLUMBUS, OH 43215

MORACE, MARK A.
ALAN H SCHORR & ASSOCIATES PC
5 SPLIT ROCK DRIVE
CHERRY HILL, NJ 08003

MUI, LILY
1133 WAIMANU ST, APT 911
HONOLULU, HI 96814

NATIONAL GRID
ATTN MICHAEL J LARSON, SR ANALYST
PO BOX 960
NORTHBOROUGH, MA 01532-0960

NEWS-DEMOCRAT
ATTN REBECCA PATE, CREDIT SUPERVISOR
PO BOX 427
BELLEVILLE, IL 62222

OAK TREE LODGE
ATTN PETER DE CUIR
1412 SCHOOLHOUSE ROAD
WALL-NEPTUNE, NJ 07753

OFFICETEAM
DIV. OF ROBERT HALF INTERNATIONAL
ATTN KAREN LIMA
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

PAGANO, SHARON
153 MILL RD
CHELMSFORD, MA 01824

MORINE, SHIRLEY A.
78547 IRON BARK DR.
PALM DESERT, CA 92211

MYERS, JAY
4810 VIA BENSA
OAK PARK, CA 91377

NEAL, JAMES G.
F MARIE NEAL JTWROS
PO BOX 537
DUNNELLON, FL 34430-0537

NIE, GREGORY A.
1660 N. LASALLE UNIT # 3108
CHICAGO, IL 60614-6024

O'DELL APPRAISAL SERVICES INC
ATTN SHARON E. O'DELL, PRESIDENT
46 TIMBER CREEK LN
ACWORTH, GA 301018576

OLIVER, N.N.
1380 LARCHMONT DR.
BUFFALO GROVE, IL 60089

PAN, THERESA STONE TTEE
THERESA STONE PAN CRUT IV
1650 CULERA CREEK HEIGHTS DR
MILPITAS, CA 95035

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

PARISH, JOSEPH G. PSP DTD 1/1/89
JOSEPH G PARISH TTEE
2942 LEXINGTON RD
LOUISVILLE, KY 40206-2934

PARRISH APPRAISAL SERVICE LTD
ATTN TERESE PARRISH, TREASURER
6121 LAKE SIDE DR # 100
RENO, NV 89511

PATTEN FAMILY LIVING TRUST AGRMT UA
5-16-06 DAVID C PATTEN/PATRICIA PATTEN
3100 N STRATHAM PT
HERNANDO, FL 34442-5442

PATTEN, PATRICIA C., ROTH IRA
TD AMERITRADE CLEARING-CUSTODIAN
3100 N STRATHAM PT
HERNANDO, FL 34442-5442

PAUL A. ANDERSON & ELVADEEN F.
ANDERSON
TRUST - ELVADEEN F. ANDERSON TTEE
UAD NOV 1, 1988
2672 BARBARARADALE CIRCLE
LAS VEGAS, NV 89146

PELHAM, MICHAEL PAUL
1877 RED OAK DRIVE
FRANKLIN, IN 46131

PHELPS, JOHN R.
482 BORDER HILL DR.
LOS ALTOS, CA 94024

PINNACLE APPRAISALS LLC
PO BOX 678
ATTN JESSICA WYROSDICK
ELBA, AL 36323

PIPER, SARA LYNN - IRA
8308 N. TAHOE DR.
MUNCIE, IN 47303-9333

PIRANHA SHREDDING & RECYCLING
ATTN CANDY COOPER, MANAGR
DEPT# 5012
EVANSVILLE, IN 47708

PLATOW, R ALAN
PO 888
114 W. CHESTNUT ST
SAINT MICHAELS, MD 21663

POETSCHAN, CENTA
RR2 - BOX 116
WYALUSING, PA 18853

POLINSKY, STEPHEN
107 TEAKWOOD COURT
NORRISTOWN, PA 19401

PORTER, MATTHEW
16679 WINDSOR COURT
LEMONT, IL 60439

POWERS APPRAISING LLC
ATTN PATRICK POWERS
10 LOMBARDY PLACE
TOWSON, MD 21204

PRINT GUYS, INC, THE
ATTN DAVE ACKERMAN, PRESIDENT
2105 W LINCOLN AVE
YAKIMA, WA 98902

QUALITY APPRAISAL SERVICE
ATTN JO ELLEN WRIGHT, PRESIDENT
641 WASHINGTON ST # 18
COLUMBUS, IN 47201

QUEBBEMANN, DAVID
1202 THOROUGHBRED
SAINT CHARLES, IL 60174

R.L. BONNVILLE, LLC
LESLIE FORYS, MEMBER
PO BOX 5305
PLYMOUTH, MI 48170

RC TRICKEY INC
1009 ASPEN ST
ATTN ROBERT C TRICKEY
MEDFORD, OR 97501

REAL ESTATE GUIDE, INC, THE
ATTN DAVE ACKERMAN, PRESIDENT
2105 W LINCOLN AVE
YAKIMA, WA 98902

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

REAL ESTATE VALUATIONS, INC.
PO BOX 5032
AIKEN, SC 29804

REISLER, ABBY POLIN
C/O MTEAM MORTGAGE GROUP
400 SKOKIE BLVD SUITE 110
NORTHBROOK, IL 60062

REYNOLDS, DEBRA F.
2906 GREENTREE DR.
SMYRNA, TN 37167

RICOH BUSINESS SOLUTIONS
ATTN DAVE KAUTZ, A/R BILLING & COLLECT.
1225 GREENBRIAR AVENUE, SUITE M
ADDISON, IL 60101

RJ NEILD REAL ESTATE APPRAISALS
ATTN RJ NEILD, OWNER
1461 MAIN ST
EL CENTRO, CA 92243

ROSENTHAL, PATRICIA &
HELLERSTEIN, SUZANNE
1433 SOUTH BARRY AVENUE
APT. 202
LOS ANGELES, CA 90025

SANDERS, RICHARD
10209 PREMIA PL
LAS VEGAS, NV 89135

REED, EDWARD C.
3180 LINDA VISTA AVE.
FORT PIERCE, FL 34982

REMLER, PATRICIA
PO BOX 91
BEARSVILLE, NY 12409

REYNOLDS, JERRY DOUGLAS
2906 GREENTREE DR.
SMYRNA, TN 37167

RISSMAN, RANDALL S.
132 CANNON CIRCLE
WOODSTOCK, NY 12498

RL INVESTMENT LIMITED PARTNERS
230 E 107TH ST CIR
BLOOMINGTON, MN 55420

ROWLANDS, LUCINDA CHRISTINE
9453 COATES RD E
HOLLAND PATENT, NY 13354

SANTIAGO, OLIVER M.
MARY ANNSON SANTIAGO
12839 BLOSSOM DR
ALSIP, IL 60803

REHMS, JOHN & JANE
20108 N DAY MT SPOKANE
MEAD, WA 99021-7775

REVAL, INC.
ATTN FINANCE MANAGER
100 BROADWAY
22ND FLOOR
NEW YORK, NY 10005

REYNOLDS, MICHAEL
2286 NASHUA LANE
MENDOTA HEIGHTS, MN 55120

RIVERA, GREGORY
MANS DEL CARIBE
OPALO #20
HUMACAO, PR 00791

ROBINSON-LAWLER, ROYCE & CASEY
LAWLER
4810 SHERIDAN AVE SOUTH
MINNEAPOLIS, MN 55410

SALT LAKE APPRAISING CO.
ATTN LOREN K KNAPHUS
9135 S MONROE ST
SANDY, UT 84070

SANTORO, EDWARD C.
NFC/FMTC ROTH IRA
286 N. MADISON AVE # 416
PASADENA, CA 91101

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

SANTORO, SASHA T.
286 N. MADISON AVE # 416
PASADENA, CA 91101

SCHIFFRIN BARROWAY TOPAZ & KESSLER,
LLP
208 KING OF PRUSSIA ROAD
RADNOR, PA 19087

SCHWEIZER, BRIAN T.
1641 RIDGE BEND DRIVE
WILDWOOD, MO 63038

SECURITAS SECURITY SERVICES USA, INC.
FKA PINKERTON, INC.
ATTN: THOMAS ROSZHART
43330 PARK TERRACE DR
WESETLAKE VILLAGE, CA 91361

SHADEN, EDDIE A.
4583 20TH AVE N
ST. PETERSBURG, FL 33713

SHERWIN, KELLEY M.
25975 ATWOOD AVE.
WARRENS, WI 54666-8507

SHRED IT BALTIMORE
ATTN LEE MILLER, G.M.
7150 TROY HILL DRIVE
ELKRIDGE, MD 21075-5846

SAWVEL, WILLIAM
9255 NEW CARLISLE PIKE
NEW CARLISLE, OH 45344-9267

SCHILE, DAVID C
1228 S. RIVERFLOW WY
EAGLE, ID 83616

SCREENVISION DIRECT
ATTN WILLIAM SAPP - COLLECTION SUP.
360 LINDEN OAKS
ROCHESTER, NY 14625

SEIWERT, HILBERT
3989 LOS ARABIS DR.
LAFAYETTE, CA 94549

SHEEN, ALEXANDER W.
7892 SAILBOAT KEY BLVD.
APT 408
SO. PASADENA, FL 33707

SHOFNER, KATHY JANE, ROTH
EDWARD D. JONES & CO. CUSTODIAN
3311 N ALEXANDER LANE
BETHANY, OK 73008-3720

SHRED-IT
ATTN KATHY NEVILLE, SOC
1538 GLADDING COURT
MILPITAS, CA 95035

SCHAEFER, JAMES O.
222 JACKSON AVENUE
FORT COLLINS, CO 80521

SCHNEIDER, ROCHELLE & ARNOLD
2208 FAWN RIDGE ST
LAS VEGAS, NV 89134

SEABOARD REALTY CORP
ATTN WILLIAM MARTOCCIA - PRES
4 SADDLE ROAD
STONY BROOK, NY 11790-2015

SENDACH, JERRI
11805 WATERCREST LN
BOCA RATON, FL 33498

SHERATON SEATTLE HOTEL
JOHN HADNETT, DOF
1400 6TH AVE.
SEATTLE, WA 98101

SHORE PRINTING & GRAPHICS
105 RHETT CT
ATTN ANNA BOZZO
COMMACK, NY 11725

SIERRA PLANT RENTAL &
ATTN JAMES S. TRONCATTY, PRES.
530 SIXTH STREET
ROSEVILLE, CA 95678

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

SINCLAIR, CECILE A
6112 PREMIERE
LAKEWOOD, CA  90712

SMITH, PRESTON LEETE, IRA
PO BOX 030490
FORT LAUDERDALE, FL  33303

SOUTHHAMPTON TOWN NEWSPAPER INC
135 WINDMILL LANE
ATTN PAUL CONROY, SALES MGR
SOUTHAMPTON, NY  11968

ST. PIERRE, ROBERT G.
PO BOX 7399-167
BRECKENRIDGE, CO  80424

STAR APPRAISALS / KATHLEEN MUSSER
11212 GREEN WATCH WAY
NORTH POTOMAC, MD  20878

STEPHENSON, CHRISTELL
3208 FIVE OAKS PL.
LOUISVILLE, KY  40207

SUN, JUN
12637 EL CAMINO ROAD #5108
SAN DIEGO, CA  92130

SINNEN GREEN & ASSOCIATES
ATTN MATTHEW D SINNEN, PRESIDENT
120 LANDMARK SQ STE 102
VIRGINIA BEACH, VA  23452

SOMERVILLE, CATHERINE
19 ERICSSON RD
CABIN JOHN, MD  20818

SPECIALIZED TRANSPORTATION AGENT GRP
INC
ATTN JAMES E NORRIS
5001 US HIGHWAY 30 WEST
FORT WAYNE, IN  46818

STA BUILDING CONSULTANTS
ATTN WILLIAM TURNER
230 NORTHLAND BLVD STE 216
CINCINNATI, OH  45246-3600

STEIN, ROSS A.
10 E 29TH ST. 11C
NEW YORK, NY  10016

STIEFEL, ANNE
4551 GULF SHORE BLVD NORTH # 305
NAPLES, FL  34103

SUTTON, MYRTLE L. & MCDANIEL, SANDRA S.
JTWROS
120 DAVIS DR
WILLIAMSBURG, VA  23185

SMITH, JERRY
6321 JUNIPER WAY
KLAMATH FALLS, OR  97603

SORAGHAN, ANNE W.
P.O. BOX 413
DOVER, MA  02030-0413

ST. AMAND APPRAISALS
ATTN SHELLEY M. ST. AMAND, PARTNER
28680 W. 12 MILE ROAD
FARMINGTON HILLS, MI  48334

STALMAKER INVESTMENT GROUP
ATTN EDWARD CRAIG STALNAKER,
PRESIDENT
PO BOX 20585
ST SIMONS ISLAND, GA  31522

STEPHENS, RONALD L. IRS R/O
114 LAWTON AVE.
SAVANNAH, GA  31404-1229

STIFEL, NICOLAUS C/F
JOHN LEONARD
1566 EAST RANGE LINE RD.
GREENCASTLE, IN  46135

SZOCHET, MORRIS
101 FALMOUTH ST.
BROOKLYN, NY  11235

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

TACKETT, KENNETH N.
D/B/A KEN TACKETT ASSOCIATES
14333 SAN PAOLO LN
CHARLOTTE, NC 28277

TELESIGHT
ATTN ERIC MESSAMORE
820 N FRANKLIN STE 200
CHICAGO, IL 60610

T-MOBILE USA, INC.
ATTN S. BRANNON/BANKRUPTCY DEPT
PO BOX 53410
BELLEVUE, WA 98015

TOP HAT PRODUCTIONS
ATTN JONATHAN DAVIS, PRESIDENT
17372 EASTMAN ST.
IRVINE, CA 92614

TREASURE VALLEY COFFEE OF CENTRAL
OREGON
ATTN OFFICE MANAGER
PO BOX 6164
BEND, OR 97708

TXU ENERGY RETAIL COMPANY LP
ATTN DON WELLS, SUPERVISOR
C/O BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS, TX 75265-0393

UNITED TELEPHONE COMPANY OF OHIO
D/B/A EMBARQ
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 872967
KANSAS CITY 64187-2967

TAYLOR, CHRISTOPHER
6329 VALLEY VIEW RD.
GOODLETTSVILLE, TN 37073

THE ULTIMATE CLEANING COMPANY
ATTN TIMOTHY T. PERRY, OWNER
6 AUTUMN DR
MASHPEE, MA 02649

TMR APPRAISAL SERVICES, INC.
600 ROUTE 73 NORTH SUITE 8
MARLTON, NJ 08053

TOSHIBA BUSINESS SOLUTIONS - COLORADO
ATTN MARLYS HARSH, ACCT CLERK
8022 SOUTHPARK CIR STE 500
LITTLETON, CO 80120

TRIPWIRE, INC.
ATTN MAH HIXSON, DIRECTOR OF FINANCE
DEPT. CH17020
PALATINE, IL 60055-7020

ULINE
ATTN VERONICA HAWKINS, ADMINISTRATION
2200 S. LAKESIDE DR.
WAUKEGAN, IL 60085

VARSITY CONTRACTORS, INC.
PO BOX 1692
POCATELLO, ID 83204

TAYLOR, HARRY R.
354 BARNSIDE DR
PALMYRA, PA 17078-8728

THOMAS TYE & ASSOCIATES,INC
6062 INDIAN RIVER RD, STE 104
VIRGINIA BEACH, VA 23454

TOMPKINS APPRAISAL
ATTN JAMES TOMPKINS
8208 GREEN BELT DR
URBANDALE, IA 50322

TRANSVENDING SERVICES
ATTN OWNER
13 SCHILLER AVE
HUNTINGTON STATION, NY 11746

TUCK, KEITH
2208 BELLGATE CT.
MONTGOMERY, AL 36116

UNITED TELEPHONE COMPANY OF OHIO
D/B/A EMBARQ
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

WALLACH, ALETA C/F
JOHN WALLACH
355 25TH ST
SANTA MONICA, CA 90402

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

WASTE MANAGEMENT
ATTN GAIL HEPTIG, BANKRUPTCY
SPECIALIST
2421 W. PEORIA AVE.
PHOENIX, AZ 85029

WEBB, SUSAN K
4375 RING RD
WALKER, IA 52352

WEBER, JODI M.
9650 N. AUGUSTA DR, SUITE 522
CARMEL, IN 46032-7603

WEINSTOCK, ROBERT S.
SEDGWICK PARTNERS LP
9027 SEDGWICK PLACE DR
SAINT LOUIS, MO 63124

WEISSBOHN, MICHAEL J.
BARBARA L WEISSBOHN
1 PARK PLACE
KANKAKEE, IL 60901

WISE, YVONNE
PO BOX 72
MALAKOFF, TX 75148

WISER, PAUL E., SR (TRUSTEE)
WISER FAMILY TRUST UA MAY 2, 1992
2067 SHILLINGWOOD DR NW
KENNESAW, GA 30152

WOLF, MICHAEL
936 NW BENT TREE DR.
LEES SUMMIT, MO 64081-1836

WOLFE & ASSOCIATES
ATTN TIMOTHY K WOLFE
136 JESSICA DR
DOVER, OH 446229651

WRIGHT APPRAISAL SERVICES, INC
ATTN BRUCE E WRIGHT, PRESIDENT
8414 STILLBROOK AVE
TAMPA, FL 33615

WUST, KARL K.
8729 22ND AVE N.W.
SEATTLE, WA 98117

YANG, YUDONG
5120 FAIRMONT ST.
VANCOUVER, BC V5R 3V3
CANADA

YMCA OF THE PIKES PEAK REGION
ATTN THOMAS LOWDEN, VICE PRESIDENT
207 NORTH NEVADA AVENUE
COLORADO SPRINGS, CO 80903

YOUNG, LARRY F.
11910 SANDY RIVER CT
BAKERSFIELD, CA 93311

YOUR PRIVATE LIMOUSINE, INC.
ATTN TRACY HODGE, PRESIDENT
3255 N ARLINGTON HEIGHTS
ARLINGTON HEIGHTS, IL 60004

ZELEZNIK APPRAISAL CO.
201 FOXTON RD
MATTHEWS, NC 28104

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRES.
201 FOXTON RD
MATTHEWS, NC 28104

Total Parties: 416