IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :   Jointly Administered
       Debtors.                                         :
------------------------------------------------------- x
```

### AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

       1.     I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.     On July 18, 2008, I caused to be served the following:

a)     A creditor specific Customized Exhibit to Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

b)     Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated July 18, 2008, to which is attached the Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 5181], dated July 18, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

Z4th day of July, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

A-1 APPRAISAL SERVICES, INC
ATTN STEVE JENNINGS, OWNER
1012 W ILES AVE
SPRINGFIELD, IL  62704

ACTION MESSENGER SVC
POB 69763
LA, CA  90069

AK-APPRAISAL SERVICE
ATTN STANLEY P. KACHER
PO BOX 664
ANCHOR POINT, AK  99556

ALL SEASONS CLEANING SVC
ATTN KEN PHOENIX
2367 NEWBURG LN
# B
SAFETY HARBOR, FL  34695

AMERICAN CORPORATE RECORD CENTER, INC.
C/O SILVERMAN PERLSTEIN & ACAMPORA LLP
ATTN GERARD R. LUCKMAN
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY  11753

ANDERSON APPRAISAL SRVS, INC
ATTN OFFICE MANAGER
2180 GARNET AVE
SAN DIEGO, CA  92109

ANGELLE APPRAISAL
ATTN YVONNE ANGELLE
4892 MAIN HWY
ST MARTINVILLE, LA  70582

A NEW DAWN HYPNOSIS CENTER
DAWN GRANT
86500 SAND HICKORY TRAIL
YULEE, FL  32097

ACTION APPRAISAL SERVICES
ATTN JDY GAUDIANO
73280 EL PASEO, STE 6
PALM DESERT, CA  92260

ADVISOR CENTRIC, LLC
C/O TOM DICKSON, OWNER
920 N SHERIDAN AVE
PITTSBURGH, PA  15206

ALBRECHT, MARSHA
837 N. MAPLE AVE.
PALATINE, IL  60067

ALLEN, JEFFREY P.
1423 WHITEFENCE RD.
BARTLETT, IL  60103

ANDERSON APPRAISAL SERVICES, INC.
ATTN DANIELLE ROSS
2180 GARNET AVE STE 3A
SAN DIEGO, CA  92109

ANGEL DAYS HOUSE CLEANING
ATTN ANGELA H. HADLEY
762 BREITENBUSH LN
BEND, OR  97702

A CLEAN TOUCH
ATTN TAMMY MAJKA
1842 CEDAR DRIVE
SEVERN, MD  21144

ABC APPRAISAL GROUP, INC.
ATTN MARK A. RUPLINGER
P.O. BOX 5000
HILTON HEAD ISLAND, SC  29938

ADKINS, THOMAS E. JR.
8298 WOODGROVE RD
JACKSONVILLE, FL  32256

ALASKAN SPRINGS DISTRIBUTORS
ATTN GREGORY YOUNG, PARTNER
115 B MARINE ST
FARMINGDALE, NY  11735

ALLEGIANCE APPRAISAL
ATTN ALLISON L CESARO
G 3140 S DYE RD
FLINT, MI  48507

ANDERSON & KIME REALTY SERVICS
ATTN BARBARA Z. SCACCHITTLI, SECRETARY
212 MAIN ST
RIDGWAY, PA  15853

ANDERSON, DEREK
123 MAIN STREET
CLEVELAND, OH  44114

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**

Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

ANTUZZI, ALFRED
28 WATERS EDGE DR.
DELRAN, NJ 08075

APPRAISAL COMPANY, THE
ATTN KENT COFFMAN - OWNER
PO BOX 1137
COSTA MESA, CA 92628

APPRAISALS UNLIMITED, INC.
ATTN AARON M. ADLER, PRESIDENT
18 CRAWFORD STREET
NEEDHAM, MA 02494

ARCE, FRANK
1365 MUIR TRAIL PL
CHULA VISTA, CA 91913

ARTSERVICE
ATTN SANDRA L CUNDIFF
339 DUCK HARBOR ROAD
EQUINUNK, PA 18417

ARVIA & ASSOCIATES (IL) (IN)
ATTN MICHAEL SZATKOWSKI, PARTNER
P.O. BOX 575
SCHEREVILLE, IN 46375

ASHLAND VENTURE, LLC
C/O EQUITY MANAGEMENT GROUP, INC.
KELLY BYRD MULLINS, GENERAL COUNSEL
840 EAST HIGH STREET
LEXINGTON, KY 40502

AT&T GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATHENA APPRAISALS
ATTN DANETTE MILLER - OWNER/APPRAISER
115 N PLAINS RD
THE PLAINS, OH 45780

AUGUSTINE, JOSEPH J.
1008 BROAD ST
CONNELLSVILLE, PA 15425

AZIMUTH DESIGN
339 DUCK HARBOR ROAD
EQUINUNK, PA 18417

BARAJAS, JOHN
3998 SWORD DANCER WAY
GRAND PRAIRIE, TX 75052

BARNETT, MITZI
15706 E PROGRESS CR
CENTENNIAL, CO 80015

BARWICK, RANDALL J.
408 RYAN AVE
BURLINGTON, WI 53105

BEACON APPRAISAL COMPANY INC
ATTN CHRIS KARAGEARGE, PRESIDENT
PO BOX 6370
SCARBOROUGH, ME 04070-6370

BEAR STEARNS MORTGAGE CAPITAL CORP.
ATTN GERALD J RUSSELLO
C/O BEAR STEARNS & CO. INC.
320 PARK AVENUE
NEW YORK, NY 10022

BEAR STEARNS MORTGAGE CAPITAL CORP.
GEOFFREY T. RAICHT
ANDREW W. STERN
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

BELOTE, JAMES
2405 RUNNERS WAY
VIRGINIA BEACH, VA 23454

BELOTE, JAMES P (JIM)
2405 RUNNERS WAY
VIRGINIA BEACH, VA 23454

BELOTE, JAMES P.
2405 RUNNERS WAY
VIRGINIA BEACH, VA 23454

Debtor: American Home Mortgage Holdings, Inc., et al

Case #: 07-11047 (CSS)

Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

BEND STORAGE & TRANSFER INC
ATTN DARCY LEE LYNCH
2350 N E 2ND ST
BEND, OR 97701

BERRY, JOHN
2037 E BARKWOOD RD
PHOENIX, AZ 85048-4246

BILL CAMPBELL APPRAISALS
ATTN BILL D CAMPBELL
7654 W ACOMA DR
PEORIA, AZ 85381

BLUEGRASS REAL ESTATE WEEKLY
ATTN DEBRA HUMES
2405 HEALY LANE
LEXINGTON, KY 40509

BOZEMAN APPRAISAL SERVICES, INC.
ATTN B. JUNE BOZEMAN, COO, VP
PO BOX 3087
GAINESVILLE, GA 30503

BURDICK RESIDENTIAL APPRAISALS
ATTN JULIE BURDICK, OWNER
5930 E PIMA # 120
TUCSON, AZ 85712

BUTLER, TRACY L.
3700 CHARLEMAINE DR
AURORA, IL 60504

BENNETT, DENISE A
2995 COMMUNITY HOUSE RD.
COLUMBIA, VA 23038

BERRY, JOHN A
16214 S 16TH LN
PHOENIX, AZ 850451725

BLANK, BRUCE
57 COLONY DR
HOLBROOK, NY 11741

BORDERTOWN APPRAISALS
ATTN ROSE VAN DOVER
60 DURAN RD
EQUINUNK, PA 18417

BRAUN, DAVID L.
14219 E BARBIE LN
SCOTTSDALE, AZ 85262

BURNS, LINDA
5545 W ARROWHEAD LAKES DR
GLENDALE, AZ 85308

BYRD, DEBBIE M
1013 NAGIA CT
FENTON, MO 63026

BERG APPRAISAL SERVICES, P.C.
BECKY LASSITER
211 W. 9TH AVE.
SPOKANE, WA 99204

BERRY, JOHN A.
16214 S 16TH LN
PHOENIX, AZ 85045-1725

BLOMBERG, RONALD S
P.O. BOX 1416
OXFORD, GA 30054

BOXER, MINDA
12904 SW 107 CT
MIAMI, FL 33176

BRENTWOOD PRINTING & ENVELOPE INC
SCOTT FINKE
8630 WINTON RD
CINCINNATI, OH 45231

BUTLER, TRACY
3700 CHARLEMAINE DR
AURORA, IL 60504

CAESAR'S CARPET & UPHOLSTERY
ATTN CESAR REYES
81-805 CONTENTO
LA QUINTA, CA 92253

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007.1

CAFE TODAY
ATTN DAID KEULER
10200 SW GREENBURG RD
#100
PORTLAND, OR 97223

CECH-FRUMVELLER, KIMBERLY
5N465 HAZELWOOD CT
SAINT CHARLES, IL 60175

CHAN, ANNIE C
4472 PERALTA BLVD
FREMONT, CA 94536

CHASTAIN, KATHY
7795 PONDEROSA DR
SPRINGFIELD, IL 62707

COCHRANE, PAMELA
1436 PLEASANT VIEW AVENUE
CORONA, CA 92882

CONSUMERTRACK INC
2381 ROSECRANS AVE
STE 336
EL SEGUNDO, CA 90245

CRITES, TERRIE
6449 LAKEVIEW DRIVE
NINE MILE FALLS, WA 99026

CARNAHAN, JOHN
1244 HAWTHORNE STREET
ALAMEDA, CA 94501

CENCORE, INC.
ATTN CASSIAN PETRELLA, PRESIDENT
41802 STRATTON DR.
CLINTON TOWNSHIP, MI 48038

CHARD, ROBIN L
763 DORIS JANE AVE
FAIRFIELD, OH 45014

CHICAGO SHRED AUTHORITY
2416 S ARCHER AVE
CHICAGO, IL 60616

COHEN, ELLIOT
2308 ROSENDALE VILLAGE AVE.
HENDERSON, NV 89052

COOPER, CHERYL A
84 KEMPER ST
QUINCY, MA 02170

CROSS BORDER (USA) INC.
ATTN LINDA ROSENBLUTH - OFFICE
MANAGER
65 BROADWAY
SUITE 605
NEW YORK, NY 10006

CARTER, ELLEN (ELEONORE)
PO BOX 492473
KEAAU, HI 96749

CEREZO, SHANTAL
400 NW 28TH AVE
MIAMI, FL 33125

CHARTER OAK APPRAISALS
ATTN DORIS DE WEES
PO BOX 257
MADISON, CT 06443

CHOATE, REID E.
PO BOX 388
PAHOA, HI 96778

COLLIER-LEE APPRAISAL,INC
ATTN TIM R MILLER
2827 47TH STREET SW
NAPLES, FL 34116

COUNTRYWIDE BANK, F.S.B.
ATTN KATHLEEN CONTE
4500 PARK GRANDA - MS CH-20
CALABASAS, CA 91302

CULLIGAN WATER SYSTEMS MOBILE
ATTN LAUREN ROGILLIO
1015-H SHELTON BEACH RD
SARALAND, AL 36571

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

CUSTOM LIMOUSINE SERVICE
ATTN SAM ABDULLAH, GENERAL MANAGER
PO BOX # 327
SYCAMORE, IL  60178

DAN ROEBER & ASSOCIATES, INC.
3617-C BETTY DR.
COLORADO SPRINGS, CO  80917

DEBLASIO, MELISSA
2977 SHEFFIELD DR
PLYMOUTH MEETING, PA  19462

DENNIS, DEBORAH E
8056 FOREST GLEN DR
PASADENA, MD  21122

DEUTSCHE BANK NATIONAL TRUST
COMPANY
ATTN TRUST ADMINISTRATION
1761 EAST ST ANDREW PLACE
SANTA ANA, CA  92705

DEUTSCHE BANK NATIONAL TRUST
COMPANY
NIXON PEABODY LLP
C/O KRISTINE E BAILEY ESQ
1 EMBARCADERO CENTER SUITE 1900
SAN FRANCISCO, CA  94111

DEUTSCHE BANK NATIONAL TRUST
COMPANY
NIXON PEABODY LP
C/O KRISTINE E BAILEY ESQ
1 EMBARCADERO CENTER SUITE 1900
SAN FRANCISCO, CA  94111

DIEMAND, JEREY P AND LORI
4237 WEST 42ND STREET
CHICAGO, IL  60632

DIEMAND, JEREY P AND LORI
ANN MARIE BREDIN
DLA PIPER US LLP
203 N LASALLE STREET
STE 1900
CHICAGO, IL  60601-1293

DOUGLAS SMITH & ASSOCIATES
ATTN DOUGLAS A SMITH
408 COOPERS HAWK DRIVE
BILTMORE PARK
ASHEVILLE, NC  28803

DOYLE, CHARLES P
11 BEAR HILL ROAD
BROOKLINE, NH  03033

DRW SERVICES LLC
DARREN WEBB, OWNER
3739 GYPSUM CT
SUPERIOR, CO  80027

DUQUESNE LIGHT COMPANY
S JAMES WALLACE
GRIFFITH MCCAGUE & WALLACE PC
THE GULF TWR 38TH FL - 707 GRANT ST
PITTSBURGH, PA  15219

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ  07675

EJ APPRAISAL SERVICE INC.
ATTN EDWARD JACHIMIAK
PO BOX 546
MISHAWAKA, IN  46546

ELITE APPRAISAL
ATTN DANIEL A. KLAWER, JR.
25000 AVE STANFORD, SUITE 111
VALENCIA, CA  91355

ELITE APPRAISAL
ATTN PRESIDENT
25000 AVENUE STANFORD # 111
VALENCIA, CA  913551224

EMC MORTGAGE
ATTN TRICIA TY
POST OFFICE BOX 293150
LEWISVILLE, TX  75029-3150

EMC MORTGAGE CORPORATION
800 STATE HIGHWAY 121 BYP
LEWISVILLE, TX  750674180

EMC MORTGAGE CORPORATION
ATTN SHANETTA ROLLINS
909 N. HIDDEN RIDGE
IRVING, TX  75039

ENGLISH, ODALIS M.
220 MALIBU CIRCLE
GREENACRES, FL  33413

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by July 18, 2008 and sent to the following:

ERICKA HEIDRICK PHOTOGRAPHY
ERICKA HEIDRICK
7726 SE 17TH AVE.
PORTLAND, OR 97202

FASTGROUND
373 S SCHMALE RD STE 204
CAROL STREAM, IL 601882733

FITZPATRICK, DAVID P
34240 BROOK WAY DRIVE
TEMECULA, CA 92592

FOX, DAVID I
168 GRENADA AVE
ROOSEVELT, NY 11575

GE MONEY BANK/WMC MORTGAGE
ATTN SHARON L. MASON, VP OR LEGAL
DEPT.
3100 THORNTON AVE
BURBANK, CA 91504

GIBBS, KELLIE
936 PARK AVENUE
HUNTINGTON, NY 11743

GLADDEN, CHRISTINA
1004 DRAKE TR
FLOWER MOUND, TX 75028

FAIRLESS CREDIT UNION
1900 SOUTH PENNSYLVANIA
ATTN: JOANN GLASSON
MORRISVILLE, PA 19067

FINANCIAL GUARANTY INSURANCE
COMPANY
BRUCE A. WILSON, ESQ.
KUTAK FARNAM STREET
1650 FARNAM STREET
OMAHA, NE 68102-2186

FLORIDA GULF APPRAISALS INC
ATTN JACOB HAIN
7842 CAMERON CIRCLE
FORT MYERS, FL 33912

FREEDOM APPRAISALS
ATTN ROBERT W. PALLON
2145 WESTPOINT RD
LANCASTER, OH 43130

GEIGER, STEVEN
4720 95TH ST
URBANDALE, IA 50322

GILLETTE, DAVID S.
P.O. BOX 34001
RENO, NV 89523

GLW SERVICES, INC.
ATTN GARY L. WARD
200 1/2 W MAIN ST STE B
ARDMORE, OK 73401

FARNAN, WILLIAM P
122 KNOLL WAY
JUPITER, FL 33477

FINANCIAL GUARANTY INSURANCE
COMPANY
BRUCE A. WILSON, ESQ.
KUTAK ROCK LLP
1650 FARNAM STREET
OMAHA, NE 68102-2186

FOUNDATION MARKETING, INC.
ATTN KAREN DEIS, PRESIDENT
327 SOO LINE RD
HUDSON, WI 54016

GALLAGHER, NANCY
SANDHILL RESIDENTIAL APPRAISAL
358 NASH RD
SAINT PAULS, NC 28384

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

GITCHELL'S STUDIO
618-A FOREST ST
CHARLOTTESVILLE, VA 22903

GRANT, DAWN
A NEW DAWN HYPNOSIS
86500 SAND HICKORY TRAIL
YULEE, FL 32097

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

GRATZA, DONNA M
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO  63011

GRIFFITH, ANN
9498 CAMPI DR
LAKE WORTH, FL  33467

GRIFFITH, ANN M
9498 CAMPI DR
LAKE WORTH, FL  33467

GUINTA, THOMAS J
211 BEACON HILL ROAD
TRUMBULL, CT  06611

HALL, WILLIAM C (CURT)
3417 TUDOR DRIVE
ADAMSTOWN, MD  21710

HARRIS, JENNY R
11130 NW 38 ST
SUNRISE, FL  33351

HARSCH, STEVEN
39719 S RIVERWOOD DR
TUCSON, AZ  85739

HAUSMANN, ROBERT
332 JULE DRIVE
CHESAPEAKE, VA  23322

HEATH, ANDREW P
10658 SE JASON LANE
PORTLAND, OR  97086

HENDERSON APPRAISAL SRV
ATTN MICHAEL K. HENDERSON
5801 N. POLK DR.
KC, MO  64151

HENDERSON APPRAISAL SRV.
ATTN MICHAEL K. HENDERSON
5801 N. POLK DR.
KC, MO  64151

HERTLING, DIETER
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY  11787

HILTON LISLE /NAPERVILLE
ATTN PATRICIA BOYER, CREDIT MGR
3003 CORPORATE WEST DRIVE
LISLE, IL  60532

HIVNOR, SCOTT C.
ADVANCED APPRAISALS SERVICES
37721 VINE ST STE 3
WILLOUGHBY, OH  44094

HOLAN, DAVID A
47 BAY DR.
ITASCA, IL  60143

HOMES & LANE MAGAZINE SW MONTANA
ATTN DEE TIANO, PRES.
57 UPPER RAINBOW RD
BOZEMAN, MT  59718

HORROCKS, STEPHEN
21862 HARBORBREEZE LN
HUNTINGTON BEACH, CA  92646

HYMEL, AUDREY M.
245 BEAUREGARD ST
PONCHATOULA, LA  70454

INDYMAC BANK, F.S.B.
FREDERICK D. HOLDEN, JR.
ORRICK HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA  94105-2669

INTELLIVERSE
ATTN CALVIN CHANDLER, COLLECTIONS
8130 INNOVATION WAY
CHICAGO, IL  60682-0081

IRVIN COMPANY
ATTN BARLOW IRVIN
15400 KNOLL TRAIL DR, STE. 220
DALLAS, TX  75248-3467

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

IVI APPRAISALS
PMB 159
PO BOX 50
LK ARROWHEAD, CA  923520050

JACOBUS, KATHLEEN
JACOBUS APPRAISALS
PO BOX 2055
ORINDA, CA  94563

JARRETT, EVE ROBIN
35 JACK AND JILL DRIVE
PO BOX 192
BRIDGEHAMPTON, NY  11932

JEFFERSON APPRAISAL
ATTN PATRICK JEFFERSON, PRESIDENT
1126 11TH ST
AUGUSTA, GA  30901

JMS APPRAISAL SERVICES
964 E BADILLO ST # 119
ATTN: SHIRLEY WEAVER, OWNER
COVINA, CA  91724

JOHNS, BETTY
C/O INDYMAC BANK
2616 W MAIN ST # D
BOZEMAN, MT  59718

KAMMEYER, CALVIN
4850 DOCKSIDE DR 203
FORT MYERS, FL  33919

J HAGAN RESIDENTIAL REAL ESTAT
ATTN JUDI J HAGAN
68 THUMPER LNE
ARDEN, NC  28704

JACOBUS, KATHY
JACOBUS APPRAISALS
PO BOX 2055
ORINDA, CA  94563

JBK ENTERPRISE
ATTN ROBERT BAGNALL - OWNER
2895 ARCOLA ROAD
MADISON, OH  44057

JESELNIK, DENISE
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY  11787

JOE RUTHERFORD APPRAISAL
1105 POWELL DR
PLACENTIA, CA  92870

JOHNSTON GROUP, THE
ATTN JOEL JOHNSTON
7485 RUSH RIVER DR.
SACRAMENTO, CA  95831

KAPLAN, INDIA N.
370 E. 76ST APT B804
NEW YORK, NY  10021

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY  42701

JAMES, MARK R.
2911 PACIFIC HTS RD
HONOLULU, HI  96813

JEFFERIS, CATHERINE IRA
2325 POLLOCK RD
DELAWARE, OH  43015

JMD PARTNERS INC
C10 ALEX DUBOVOY
283 E HOFFMAN AVE
LINDENHURST, NY  11757

JOHNS, BETTY
8628 NUFFINE LANE #70
BOZEMAN, MT  59718

JONES, DALE
7508 PORTBURY PARK LANE
SUWANEE, GA  30024

KASSLER, DAVID
22429 SO. COLORADO RIVER
SONORA, CA  95370

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

KAVANAGH, ERIN C
10209 DAYLILY CT
MANASSAS, VA 20110

KELLY, AILEEN B.
1637 S.E. PARADISE CIR
#106
CRYSTAL RIVER, FL 34429

KING, CHAD & GRIFFITHS-KING, JENNIFER
6019 UNIVERSITY AVE
DES MOINES, IA 50311

LAMBRIANIDIS, FOTINI
19-23 23RD AVENUE
ASTORIA, NY 11105

LINDEN, JOHN H
4 PINE CIRCLE
EASTCHESTER, NY 10709

LOWE, AMANDA J
2010 EMINENCE BREAK
FORT WAYNE, IN 46808

LUCERO, JIMMY V.
12717 BARBATA RD.
LA MIRADA, CA 90638

KEISTER, JOHN
2117 CHRISTIAN ST.
BALTIMORE, MD 21223

KEMPH, LINDA D.
3536 CUDDY LN NE
LACEY, WA 98516

LAKE, JEFFREY
6872 E. STONE RIDGE PLACE
TUCSON, AZ 85750

LARSEN, LINDA
16252 TREASURE COVE
BULLARD, TX 75757

LINDEN, JOHN H., JR.
4 PINE CIRCLE
EASTCHESTER, NY 10709

LUCAS, JON
30 RUFFSTONE ROAD
GREENVILLE, RI 02828

LUXURY HOMES MAGAZINE
TOREY AND DANYELLE LAM
16289 S. BARLOW
OREGON CITY, OR 97045

KELLY, AILEEN B.
1637 S E PARADISE CIRCLE
#106
CRYSTAL RIVER, FL 34429

KERR, KEVIN
1614 MYRTLEWOOD ST.
COSTA MESA, CA 92626

LALIME, KATHERINE
4040 8TH PL.
VERO BEACH, FL 32960

LEWIS, MARK H.
111 BUFFLEHEAD DR.
MOORESVILLE, NC 28117

LOPEZ, TERESA
1211 ARLEY CT
NORTH VALLEY STREAM, NY 11580

LUCERO, JIMMY V (JIM)
12717 BARBATA ROAD
LA MIRADA, CA 90638

LUXURY MORTGAGE CORP
ATTN CB MCDONALD
ONE LANDMARK SQUARE SUITE 100
STAMFORD, CT 06905

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

MADDEN, JENNIFER
435 VIKING DR
SYCAMORE, IL  60178

MARK CREATIVE SERVICES LLC
ATTN MARK SHIPLEY, PRINCIPAL
3975 N. 10TH ST
KALAMAZOO, MI  49009

MATSUMOTO & CLAPPERTON ADVERTISING, LLC
ATTN ED CLAPPERTON, PRESIDENT
705 S KING ST # 104
HONOLULU, HI 96813

MAZARAKIS, ROXANNE
PO BOX 4316
EL DORADO HILLS, CA  95762

MCCLURE, ROBERT
DBA MG PROFESSIONAL CLEANERS
1451 FRANKLIN ST
LEWIS CENTER, OH  43035

MCGRAW, JEANETTE
14928 SE MEGAN WAY
CLACKAMAS, OR  97015

MCKINNEY, EDWARD F.
608 SAN CARLOS DR
GREEN WOOD, IN 46142

MAHAN, RICHARD K
4989 WESTCHESTER DR
HARRISBURG, PA  17112

MARSH APPRAISALS & R.E.
ATTN GAY MARSH, OWNER
5701 STEUBENVILLE PIKE
MC KEES ROCKS, PA  15136

MATTHEWS, GEORGE T
41986 KUDU CT
ALDIE, VA  20105

MBIA INSURANCE CORPORATION
ATTN BRUCE A. WILSON, ESQ.
KUTAK ROCK LLP
1650 FARNAM STREET
OMAHA, NE  68102-2186

MCCUIN, MARYANNE C.
4216 W CAROL AVE
PHOENIX, AZ  85051

MCKAY, CHRISTINA A
3719 KENILWORTH DR
CHEVY CHASE, MD  20815

MCKINNON APPRAISAL INC
ATTN PAMELA L COHEN
PO BOX 662
BREWER, ME  04412

MANGINELLI, DANIEL J III
7 NEWHAVEN
LAGUNA NIGUEL, CA  92677

MARTINEZ, MARK G
17 CALLE CAREYES
SAN CLEMENTE, CA  92673

MAUI R/E PROPERTY GUIDE
ATTN SARAH MESTANZA, OWNER
PO BOX 988
LAHAINA, HI  96767

MBIA INSURANCE CORPORATION
BRUCE A. WILSON, ESQ.
KUTAK ROCK LLP
1650 FARNAM STREET
OMAHA, NE  68102-2186

MCGOWDEN, MARK
54 SWEEBRIAR TRAIL
EASTON, CT  06612

MCKINNEY, EDWARD
608 SAN CARLOS DRIVE
GREENWOOD, IN  46142

MELLI, DONNA
119 42 80TH ROAD
KEW GARDENS, NY  11415

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

MERCER, ROBERT C
6311 MAIDEN LANE
BETHESDA, MD 20817

MERRILL LYNCH CREDIT CORPORATION
ATTN VADIM J RUBINSTEIN, ESQ
LOEB & LOEB LLP
345 PARK AVE
NEW YORK, NY 10154

MERRILL, WILLIAM W.
759 LUCAS AVE EXT
HURLEY, NY 12443

MERRY LYNNE SCREEN PRINTING
293 COMO AVE.
ST. PAUL, MN 55103

MEYER, DAVID C.
1933 NW 95TH
SEATTLE, WA 98117

MICHAEL JAMES INDUSTRIES INC
ATTN JAMES CARLSON, PRESIDENT
380 RABRO DRIVE
HAUPPAUGE, NY 11788

MICHAUD, DAVID P.
1795 UPPER CHELSEA RCH
VIRGINIA BEACH, VA 23454

MILLER, JULIE
12212 ORVILLINA DRIVE
SANTA ANA, CA 92705

MIROWITZ, JAY ALAN & CAROLYN B.
MIROWITZ
7353 SW 9TH CT
PLANTATION, FL 33317-4138

MOORE, MICHAEL R.
13930 RANCHO SOLANA TRAIL
SAN DIEGO, CA 92130

MORBECK, AMY
5307 W 165TH TERRACE
STILWELL, KS 66085

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

MT. ROSE PROFESSIONAL SERVICES
ATTN LISA PARKINSON
188 CARLETON COURT
RENO, NV 89511

MUNIZ, ELEIDY C.
345 MACARTHUR BLVD.
HAUPPAUGE, NY 11788

NACHMANN, SEFIKA
DBA PROFESSIONAL APPRAISAL SERVICES
LLC
1066 OL TOWN ROAD
CORAM, NY 117273726

NEEDHAM, BRIAN W
3853 MAGNOLIA DR
BRUNSWICK, OH 44212

NERLAND, DAVID E.
9589 N 113TH WAY
SCOTTSDALE, AZ 85259-5868

NIETO, DANIEL R
13 PANAMA STREET
ALISO VIEJO, CA 92656

NIETO, DANIEL R.
13 PANAMA ST.
ALISO VIEJO, CA 92656

NOMURA CREDIT & CAPITAL, INC.
ATTN MARK BROWN PRESIDENT
2 WORLD FINANCIAL CTR
BUILDING B
NEW YORK, NY 10281

NOMURA CREDIT & CAPITAL, INC.
RICHARD H WYONS ESQ
ORRICK HARRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET NW
WASHINGTON, DC 20005-1706

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

NUCKOLS, KATHRYN
295 COTTONWOOD LANE
STAUNTON, VA 24401

ODELL APPRAISAL SERVICES INC
46 TIMBER CREEK LN
ACWORTH, GA 301018576

NUNEZ, EMILIO
13162 MUNGO CT
RANCHO CUCAMONGA, CA 91739

OGOREK, JOHN S.
20900 TRACY AVE
EUCLID, OH 44123

OHIO MOBILE SHREDDIN
ATTN TIMOTHY J. OBERST
PO BOX 307206
COLUMBUS, OH 43230

O'HALLORAN, THOMAS J., JR.
REAL ESTATE APPRAISER
14400 SENECA RD
DARNESTOWN, MD 20874

OTIS BROWN'S GOOD HANDS CLEANING
ATTN OTIS BROWN
POB 564
FARMINGTON, MI 48332

PACIFIC GAS AND ELECTRIC COMPANY
BARBARA GREEN, BANKRUPTCY UNIT
PO BOX 8329
STOCKTON, CA 95208

OWENS, CHARLES E.
19608 COACHMAN'S TRACE
CORNELIUS, NC 28031

PATTON, NATHANIEL
7543 W SEQUOIA DRIVE
GLENDALE, AZ 85308

PESTMASTER SERVICES
ATTN GABRIEL CORDERO
PO BOX 966
IMPERIAL, CA 92251-0966

PERRY, JOSEPH
2607 WYNDSONG COURT
CRYSTAL LAKE, IL 60012

PICKETT, LOIS I &
LAWRENCE H PICKETT JT TEN
2240 W 17TH
WICHITA, KS 67203-1503

PLANNED OFFICE
1320 E SAINT GERTRUDE PL
SANTA ANA, CA 92705

PIKE APPRAISAL COMPANY
ATTN LINDA PIKE, PRESIDENT
2201 BOUNDARY ST, UNIT 109
BEAUFORT, SC 29901

POST-NEWSWEEK MEDIA
A GAZETTE PUBLICATION
P.O. BOX 17306
BALTIMORE, MD 21297-0523

QUALITY APPRAISAL SERVICE
ATTN TOMMY JOHNSON, OWNER, QAS
PO BOX 8241
WILSON, NC 27893

PROFESSIONAL APPRAISERS GROUP
8364 HICKMAN RD
SUITE A1
WEST DES MOINES, IA 50265

R SHATARAH CONSULTING ENGINEERS, P.C.
ATTN JANETTE SHATARAH, OFFICE
MANAGER
2938 HEMPSTEAD TPKE, STE 204
LEVITTOWN, NY 11756

REALTY HOT WHEELS
ATTN LORRAINE KREKLAU - OWNER
6560 PYRAMID LAKE HWY., # 52
SPARKS, NV 89436

RAYMOND L. PULVER, IFA
RAYMOND L. PULVER, PRESIDENT
15324 ROLLING OAKS PLACE
LEO, IN 46765

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

REALTY HOT WHEELS
LORRAINE A KREKLA, OWNER
6560 PYRAMID LAKE HWY # 52
SPARKS, NV 89436-9601

REDDING, DEBBY
4945 BRICK CHURCK PIKE
GOODLETTSVILLE, TN 37072

REEG, BRIAN
5169 HERITAGE DR
CONCORD, CA 94521

REEG, BRIAN C
5169 HERITAGE DR
CONCORD, CA 94521

RESPONSE MORTGAGE PROJECTS GROUP
ATTN MARVIN MORAN
534 BROADHOLLOW ROAD
SUITE 275
MELVILLE, NY 11747

RHINEHART, MARYLOU
3014 SEAFARER
COVE
FORT WAYNE, IN 46815

RICHIE'S
1153 WALT WHITMAN ROAD
MELVILLE, NY 11747

RIVERA, EDWIN L
3921 AZALEA CIR.
MAUMEE, OH 43537

ROBERTS, DAVID E.
323 THOMAS DR
SEVERNA PARK, MD 21146

ROGER PARKINSON
188 CARLETON COURT
RENO, NV 89511

ROSENBLATT, RONALD R.
1741 PLUM THICKET LANE
WEST DES MOINES, IA 50266

ROSSOMANO, DONNA JEAN
200 SERPENTINE LN
ISLANDIA, NY 11749

RTL COMMUNICATIONS, LLC
PO BOX 23921
KNOXVILLE, TN 37933

RUBIN, DINAH (COOKIE)
19520 NE 19 COURT
NORTH MIAMI BEACH, FL 33179

RUSHMORE APPRAISAL GROUP LLC
800 SUMMER ST #207
STAMFORD, CT 06901

RYAN, TIMOTHY F.
11 INDIGO PL
ALISO VIEJO, CA 92656

SABIK, RONALD J.
BOX A OLD RT 22
SCI CRESSON EU4156
CRESSON, PA 16699-0001

SALE, JEFFREY C.
3801 HEATHER ST
SEAL BEACH, CA 90740

SAMMARTINO APPRAISAL SERVICES
1001 STATE STREET
ERIE, PA 16501

SAMUEL I. WHITE, P.C.
ATTN D. CAROL SASSER, ESQUIRE - VP
209 BUSINESS PARK DRIVE
VIRGINIA BEACH, VA 23462

SCHMERSAHL, LAURA E
913 KIEFER RIDGE DR
BALLWIN, MO 63021

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SCHMERSAHL, ROBERT
913 KIEFER RIDGE DR
BALLWIN, MO 63021

SCHNEIDER, JOHN
7412 VIRGINIA AVE
BALTIMORE, MD 21236

SCRUGGS, VALERIE LYNN
51 W. 69TH ST.
APT. 4C
NEW YORK, NY 10023

SERKES, MICHAEL
3747 UNION CHURCH RD
SALISBURY, MD 21801

SEXAUER, MARY JO
13637 KICKAPOO TRAIL
HOMER GLEN, IL 60491

SHEARER, JUSTIN A
1069 CRESENT FALLS STREET
HENDERSON, NV 89011

SHEARER, LYLE E.
4441 CLIPPEN DR
DISCOVERY BAY, CA 94505

SHEEHY, FRANK P.
8613 MEADOW VIEW CT.
HOUSTON, TX 77040

SHEPHERD, PATRICIA
9 E. WILLOW AVENUE
PHOENIX, AZ 85022

SHINN, VICKI LOMBARDI
23 ROANWOOD DR
ROLLING HILLS ESTATE, CA 90274

SHOOP, JAMES L
400 ALBASIO COURT
ANGELS CAMP, CA 95222

SHOOP, JAMES L.
400 ALBASIO COURT
ANGELS CAMP, CA 95222-9756

SHOOP, JAMES L.
400 ALBASIO CT
ANGELS CAMP, CA 95222

SHOWACRE APPRAISAL INC
ATTN SYLVIA M. SHOWACRE
PO BOX 23506
SANTA FE, NM 87502

SHRED - IT
ATTN JEFF GERMANN, VICE PRESIDENT
4801 PARK 370 BLVD
HAZELWOOD, MO 63042

SHRED - IT
ATTN PATTI SCHMITT, OFFICE MANAGER
10115 PRODUCTIONS COURT
LOUISVILLE, KY 40299

SHRIVER, PAULA
344 BROOKSIDE BLVD
PITTSBURGH, PA 15241

SILK & SANDS FLORIST
1007 KINGS HIGHWAY
LEWES, DE 19958

SIMON, KIMBERLY J
961 HUMPHREY
BIRMINGHAM, MI 48009

SINES APPRAISAL SERVICE PC
ATTN PATTY J. SINES
561 HUMBERSON RD
FRIENDSVILLE, MD 21531

SMITH GRAPHICS INC.
99 FARRELL STREET
LONG BEACH, NY 11561

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

SOUND APPRAISAL
SAM P WOOD
1520 S DAVID ST
SPOKANE, WA 99212

SPEIGHT & ASSOCIATES, LLC
ATTN JEFF SPEIGHT - OWNER
125 STONEBRIDGE BLVD STE C
JACKSON, TN 383052159

SPINELLI, JOSEPH R. JR.
631 ELM ST.
MONROE, CT 06468

STANLEY APPRAISAL, INC.
ATTN RICK STANLEY, PRESIDENT
8645 COLLEGE BLVD, STE 210
OVERLAND PARK, KS 66210

STANTON, SHANE
113 JADESTONE
IRVINE, CA 92603

STANTON, SHANE M
113 JADESTONE
IRVINE, CA 92603

STAR COMMUNITY PUBLISHING
25 DESHON DR
MELVILLE, NY 117474207

STATES, CHAD RANDALL
100 BEUTH COURT
FOLSOM, CA 95630

STATES, CHAD RANDALL
100 BEUTH CT
FOLSOM, CA 95630

STEFFEY, EDMOND A. JR.
20001 E. BRIGHTWAY DRIVE
MOKENA, IL 60448

STRICKLAND, CIERA
PO BOX 1134
HILLSBORO, OR 97123

SUMMIT APPRAISAL, INC
9459 CEDAR ISLAND RD.
ATTN ELIZABETH A DENNIS PRESIDENT
WHITE LAKE, MI 48386

SUPERIOR APPRAISAL SERVICES
973 EMERSON PKWY, STE C&D
ATTN THOMAS R HURST VP
GREENWOOD, IN 46143

SURE HOME INSPECTION SERVICE
610 INDIANA AV
COLLINSVILLE, IL 62234

SYLOS, JOSEPH (JOHN)
212 WOODWARD
GENEVA, IL 60134

TAYLOR APPRAISAL SERVICE
ATTN RALPH TAYLOR
120 FAIRWAY DR
MISSOULA, MT 59803

TELEDIRECT INTERNATIONAL, INC
ATTN CINDI SCHULTZ, ACCOUNTING
MANAGER
17255 N 82ND STREET
SCOTTSDALE, AZ 85255

THAKARAR, GOOL
2 FENBROOK DR
LARCHMONT, NY 10538

THAKARAR, GOOL
2 FENBROOK DRIVE
LARCHMONT, NY 10538

THERIAULT, CLIFFORD J
20575 WESTPARK PL
DEER PARK, IL 60010

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al

Case #: 07-11047 (CSS)

Notices mailed by July 18, 2008 and sent to the following:

THOET, LANCE A.
10 HIGHLAND AVE
SEA CLIFF, NY 11579

TOWNSEND SCHNABEL PHOTOGRAPHY, LLC
TOWNSEND SCHNABEL - OWNER
6350 WOODWIND DR
INDIANAPOLIS, IN 46217

TRAHAN, ROBERT
4834 N HOYNE AVE
CHICAGO, IL 60625

UHRLASS, GLENN
8511 BILLET PL
OAK RIDGE, NC 27310-9806

WALDNER'S BUSINESS ENVIRONMENTS INC.
C/O RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN MATTHEW V. SPERO, ESQ.
1425 REXCORP PLAZA
UNIONDALE, NY 11556

WATTS WINDOW CLEANING, INC
ATTN MICHAEL R. WATTS, V.P.
4633 BENSON AVE
BALTIMORE, MD 21227

WEST VICKERY JOINT VENTURE D/B/A
HULEN VICKERY MINI STORAGE
ATTN EILEEN CLARK, PROPERTY MGR.
5000 W. VICKERY BOULEVARD
FORT WORTH, TX 76107

THOMAS J. WEBER, SRA
DBA ASSOCIATED APPRAISAL & PROPERTY
SERVICES
24072 IRON HEAD LANE
LAGUNA NIGUEL, CA 92677

TRAGALE, DENISE
29 E WILLISTON AVE
E WILLISTON PARK, NY 11596

TRAHAN, ROBERT
4834 N. HOYNE AVE
CHICAGO, IL 60625

US APPRAISERS
ATTN VICTOR W FOSTER, PARTNER
42776 TRAIL BLAZE PASS
MURRIETA, CA 92562

WAMPLER, JACQUELINE R (JACKIE)
18 JUNEBERRY PLACE
CLAYTON, NC 27520

WENTWORTH R E APPRAISAL SVCS
321 DENNETT ST
PORTSMOUTH, NH 03801

WILLIAMS, JOHN HUNTER JR.
7502B ASHBY LANE
ALEXANDRIA, VA 22315

THOET, LANCE
10 HIGHLAND AVE
SEA CLIFF, NY 11579

THOMPSON APPRAISAL GROUP, INC.
ATTN DANIEL E. THOMPSON, PRESIDENT
17102 TITUS WAY
POOLESVILLE, MD 20837

TRAGALE, DENISE M
29 EAST WILLISTON AVE
EAST WILLISTON, NY 11596

TRILAR MANAGEMENT GROUP
ATTN OWNER EL PRESIDIO LLC
2101 CAMINO VIDA ROBLE, STE A
CARLSBAD, CA 92011

VERIZON INC.
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

WATKINS, LONNIE R.
885 BROADWALK CT
PALATINE, IL 60067

WESOLOWSKI, KEITH M
405 W 7TH ST APT 510
CHARLOTTE, NC 282025716

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by July 18, 2008 and sent to the following:

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

WOODS, JEREMY M
2436 PROSPECT AVENUE
EVANSTON, IL 60201

WOODTRONICS, INC.
C/O SCOTT T. WILLIAMS, ESQUIRE
429 MARKET ST
WILLIAMSPORT, PA 17701

WRIGHT, LARRY L (LYNN)
4842 S. SHENANDOAH WAY
AURORA, CO 80015

ZARI, TIFFANY J
5014 OSGOOD WAY
FAIR OAKS, CA 95628

ZARNICH & ASSOCIATES
ATTN NICK ZARNICH
433 STATE STREET
BEAVER, PA 15009

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRESIDENT
201 FOXTON RD
MATTHEWS, NC 28104

ZUCKERMAN, BARRY
2305 VELVET VALLEY WAY
OWINGS MILLS, MD 21117

Total Parties: 343

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: August 11, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: August 18, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM OB13 7/17/2008 (merge2.txnum2) 4000096111 EPIQ Use - 1

A CLEAN TOUCH
ATTN TAMMY MAJKA
1842 CEDAR DRIVE
SEVERN, MD 21144

# NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: A CLEAN TOUCH
ATTN TAMMY MAJKA
1842 CEDAR DRIVE
SEVERN, MD 21144

**Basis For Objection:** Debtors' books and records show claim should be reduced and reassigned to another case number

| Claim to be Reduced and Reassigned | Claim Number | New Case # | Claim Amount | Reduced Amount |
|---|---|---|---|---|
| | 1887 | 07-11051 | Unsecured - $1,159.00 | Unsecured - $610.00 |

Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are only liable for the amount listed in the above column titled "Reduced Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by decreasing your claim to the "Reduced Amount" listed above and by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession