# EXHIBIT A
**In re:  American Home Mortgage, et al.**
**C.A. No. 07-11047 – CSS**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 5303635519 | Linda Vlahos Peter Vlahos | April 4, 2006 | $407,400.00 | $452,221.90[1] | $425,000.00 | 12360 Oakcrest Drive, Huntley, IL 60142 |
| 601778005 | Vanessa Hess | March 3, 2006 | $213,500.00 | $242,925.27 | $250,000.00 | 20876 Chappy Lane Apple Valley, CA 92308 |

---

[1] Plus interest from January 31, 2008.