UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related to Docket No. 5181** |

## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., do hereby certify that on this 8th day of August, 2008, I caused copies of the foregoing **Response of Countrywide Bank, F.S.B. to Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** to be served upon the following counsel of record in the manner indicated:

**Via Hand Delivery**

James L. Patton, Jr.
Pauline K. Morgan
Edward J. Kosmowski
Kara Hammond Coyle
Nathan D. Grow
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (#3818)

WLM 514393.1