David McCall, Esq.
GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C.
777 East 15th Street
Plano, Texas 75074
Telephone: 972/424-8501
ATTORNEY FOR THE CITY OF GARLAND TAX ASSESSOR/COLLECTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **AMERICAN HOME MORTGAGE** | § | |
| **HOLDINGS, INC.** | § | |
| | § | **CASE NO. 07-11047-CSS-11** |
| | § | |
| **D E B T O R (S).** | § | |
| | § | |

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR NOTICES</u>

TO ALL PARTIES:

PLEASE TAKE NOTICE that David McCall of the law firm of GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C., files this Notice of Appearance and Request for Notices ("Notices") as counsel for the City of Garland Tax Assessor/Collector in the above referenced matter and pursuant to Bankruptcy Rules 2002, 3017 and 9010, respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned attorney at the office, postal address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or

informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefax or otherwise.   Further, Gay, McCall, Isaacks, Gordon & Roberts, P.C. requests that it be provided with a copy of any **Disclosure Statement, Plan, Motion for Confirmation or Order of Confirmation**.

> Respectfully submitted,
> GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C.
> 777 East 15th Street
> Plano, Texas 75074
> Telephone: 972/424-8501
> Telecopier: 972/424-5619
>
> By:__/s/ David McCall_____
> David McCall
> State Bar No.  13350500
>
> ATTORNEYS FOR THE
> CITY OF GARLAND TAX ASSESSOR/COLLECTOR

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was served on all parties listed below by first class United States mail, postage prepaid, properly addressed, and or they are being electronically served on this 7th day of August, 2008.

> */s/ David McCall*
> David McCall

US Trustee - Deleware
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035


Young, Conaway, Stragatt & Tyalor
The Brandywine Bldg.
1000 West St., 17th Floor
PO BOX 391
Wilmington, DE 19899-0391