IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                 :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,[1]                                     :   Jointly Administered
                                                                       :
          Debtors.                                                     :   Objection Deadline: August 28, 2008 at
                                                                       :   4:00 p.m.
---------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
      Official Committee of Unsecured Creditors

      The **Ninth Monthly Application of Codilis & Associates, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2008 through April 30, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $7,310.00 and interim expenses in the amount of $15,167.80.

      Objections to the Application, if any, are required to be filed on or before **August 28, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       August 8, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Ryan M. Bartley
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Margaret B. Whiteman (No. 4652)
                Ryan M. Bartley (No. 4985)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :
a Delaware corporation, et al.,                                 :  Jointly Administered
                                                                :
    Debtors.                                                    :  Objection Deadline:
                                                                :  Hearing Date: N/A
---------------------------------------------------------------- x

**NINTH MONTHLY APPLICATION OF CODILIS & ASSOCIATES, P.C. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD APRIL 1, 2008 THROUGH APRIL 11, 2008**

| | |
|---|---|
| Name of Applicant: | **Codilis & Associates, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **April 1, 2008 through April 11, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$7,310.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$15,167.80** |

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors or a breakdown of time is included if billed hourly. Hourly fees are deemed incurred when billed. This application includes no fee component in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS:**

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fee | Expenses | Fees | Expenses |
| 3026 | Aug 6 – Aug 31, 2007 | $83,165.00 | $29,848.22 | $83,165.00 | $29,848.22 |
| 3027 | Sep 1 – Sep 30, 2007 | $24,735.00 | $72,994.35 | $24,735.00 | $72,994.35 |
| 3028 | Oct 1 – Oct 31, 2007 | $24,887.50 | $99,512.58 | $24,887.50 | $99,512.58 |
| 3029 | Nov 1 – Nov 30, 2007 | $37,310.00 | $72,296.50 | $37,310.00 | $72,296.50 |
| | Dec 1 – Dec 31, 2007 | $141,473.00 | $84,803.10 | | |
| | Jan 1 – Jan 31, 2008 | $89,215.00 | $119,680.63 | | |
| | Feb 1- Feb 29, 2008 | $106.592.50 | $83,533.00 | | |
| | Mar 1 – Mar 31, 2008 | $70,305.00 | $88,922.75 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $7,310.00 |
| Hourly Work | n/a | n/a |
| TOTALS | N/A | $7,310.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $15,167.80 |

## VERIFICATION OF FEE APPLICATION

STATE OF **ILLINOIS**    )
                         )   SS:
COUNTY OF **DUPAGE**     )

**Berton J. Maley** after being duly sworn according to law, deposes and says:

1. I am a Supervising Attorney in the applicant firm (the "Firm") and have been admitted to the bar of the state of Illinois since November 5, 1992.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Berton J. Maley

SWORN TO AND SUBSCRIBED
before me this 21 day of July, 2008.

_____
Notary Public

OFFICIAL SEAL
JAMIE INGCO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/16/11

DB02:6342604.1                                                              066585.1001

**APPLICATION OF CODILIS & ASSOCIATES, P.C.**

**Exhibit: April 1, 2008 – April 11, 2008 Fees Spread Sheet**

APRIL FEES

| LOAN NUMBER | FILE NUMBER | BILL DESC | DATE | DOLLAR | NOTES |
|---|---|---|---|---|---|
| CDA399693 | 14-07-A376 | 1001554881 | Foreclosure Attorney's Fees | 01-Apr-08 | 470 | |
| CDA398534 | 14-07-D935 | 1000719130 | Foreclosure Attorney's Fees | 02-Apr-08 | 375 | |
| CDA398534 | 14-07-D935 | 1000719130 | Foreclosure Attorney's Fees | 02-Apr-08 | 375 | |
| CDA398582 | 14-07-C266 | 1000667677 | BK Atty Fee - PreConfirmation | 02-Apr-08 | 395 | Fee for review of Debtor's Chapter 13 Plan, Petition and Schedules, Preparation and filing of Proof of Claim. Attending or monitoring Sect. 341 Creditors Meeting and Plan Confirmation Hearing, if necessary, to protect client's interest. |
| CDA398586 | 14-07-N283 | 1001292948 | Foreclosure Attorney's Fees | 02-Apr-08 | 350 | |
| CDA408653 | 14-07-N281 | 1001187968 | Eviction Attorney's Fees | 02-Apr-08 | 250 | |
| CDA400283 | 14-08-00260 | 1001076787 | Foreclosure Attorney's Fees | 04-Apr-08 | 470 | |
| CDA399563 | 14-07-7050 | 1001139785 | Mortgagee Defense Atty Fees | 08-Apr-08 | 575 | |
| CDA399647 | 14-07-N687 | 1000417119 | Building Court Atty Fees | 08-Apr-08 | 225 | Attendance at the 4/7/08 building court hearing |
| CDA400036 | 14-07-E509 | 1000781284 | Attorney Fees | 10-Apr-08 | 500 | Approved by Janet Gibson 11/30/07 |
| CDA400070 | 14-07-S125 | 1001543031 | Title Claim Attorney Fees | 10-Apr-08 | 125 | |
| CDA400098 | 14-08-02360 | 1000663188 | Foreclosure Attorney's Fees | 10-Apr-08 | 825 | |
| CDA400119 | 14-08-02338 | 1001339163 | Foreclosure Attorney's Fees | 10-Apr-08 | 825 | |
| CDA400145 | 14-08-03372 | 1001654508 | Foreclosure Attorney's Fees | 10-Apr-08 | 825 | |
| CDA401031 | 14-07-N284 | 01255518423 | Foreclosure Attorney's Fees | 10-Apr-08 | 125 | |
| CDA400385 | 14-08-08859 | 1000728312 | Building Court Atty Fees | 11-Apr-08 | 375 | Attendance at the 4/9/08 building court hearing |
| CDA400395 | 14-07-R878 | 1298739 | Building Court Atty Fees | 11-Apr-08 | 225 | Attendance at the 4/10/08 building court hearing |

7310

**APPLICATION OF CODILIS & ASSOCIATES, P.C.**

**Exhibit: April 1, 2008 – April 11, 2008 Cost Reimbursement Spread Sheet**

APRIL COSTS

| | | | | | | NOTES |
|---|---|---|---|---|---|---|
| CDA398219 | 14-08-06230 | 1000709413 | Recording Assignment of Mortgage | 01-Apr-08 | 39 | |
| CDA398246 | 14-08-00290 | 1000835865 | Title Update Charge | 01-Apr-08 | 65 | |
| CDA399087 | 14-07-A376 | 1001554881 | Complaint Filing Fee | 01-Apr-08 | 319 | |
| CDA399087 | 14-07-A376 | 1001554881 | Recorder (Lis Pendens) | 01-Apr-08 | 48 | |
| CDA399087 | 14-07-A376 | 1001554881 | Service of Summons | 01-Apr-08 | 575 | |
| CDA417891 | 14-08-06238 | 1000662662 | Service of Summons | 01-Apr-08 | 65 | |
| CDA408653 | 14-07-N281 | 1001187968 | Eviction tenant check | 02-Apr-08 | 75 | |
| CDA408121 | 14-07-H309 | 0030405989 | Sale Publication | 03-Apr-08 | 415 | |
| CDA408436 | 14-07-H948 | 1001437381 | Sale Publication | 03-Apr-08 | 415 | |
| CDA417875 | 14-08-06227 | 1000639095 | Publication for Service | 03-Apr-08 | 275 | |
| CDA417875 | 14-08-06227 | 1000639095 | Service of Summons | 03-Apr-08 | 100 | |
| CDA421377 | 14-08-04891 | 0003566486 | Sheriff eviction fee | 03-Apr-08 | 120 | |
| CDA399868 | 14-08-00260 | 1001076787 | Complaint Filing Fee | 04-Apr-08 | 319 | |
| CDA399868 | 14-08-00260 | 1001076787 | Recorder (Lis Pendens) | 04-Apr-08 | 48 | |
| CDA399868 | 14-08-00260 | 1001076787 | Service of Summons | 04-Apr-08 | 260 | |
| CDA405117 | 14-07-K169 | 0030346001 | Sale Publication | 04-Apr-08 | 415 | |
| CDA408811 | 14-07-K174 | 0031279904 | Sale Publication | 04-Apr-08 | 415 | |
| CDA417701 | 14-08-00260 | 1001076787 | Service of Summons | 04-Apr-08 | 35 | |
| CDA399697 | 14-07-K149 | 1001051475 | Final Later Date | 07-Apr-08 | 65 | |
| CDA399697 | 14-07-K149 | 1001051475 | Final Title Policy Charge | 07-Apr-08 | 415 | |
| CDA399697 | 14-07-K149 | 1001051475 | Record Deed | 07-Apr-08 | 39 | |
| CDA399697 | 14-07-K149 | 1001051475 | Judgment) | 07-Apr-08 | 29 | |
| CDA399697 | 14-07-K149 | 1001051475 | Selling Officer/Sheriff fee (Conduct) | 07-Apr-08 | 350 | |
| CDA399697 | 14-07-K149 | 1001051475 | State of IL-DFI Policy Fee | 07-Apr-08 | 3 | |
| CDA417861 | 14-08-05697 | 10012225029 | Publication for Service | 07-Apr-08 | 275 | |
| CDA417861 | 14-08-05697 | 10012225029 | Service of Summons | 07-Apr-08 | 35 | Affidavit of Abandonment - Property Vacant - Pictures Taken |
| CDA421227 | 14-07-D939 | 0031693609 | Sale Publication | 07-Apr-08 | 415 | |
| CDA422701 | 14-07-K415 | 0030781231 | Sale Publication | 07-Apr-08 | 415 | |
| CDA399868 | 14-08-00260 | 1001076787 | Title Update Charge | 09-Apr-08 | 65 | |
| CDA399979 | 14-07-H936 | 1001039586 | Bankruptcy Racer/Pacer Search | 09-Apr-08 | 15 | |
| CDA399979 | 14-07-H936 | 1001039586 | Final Title Policy Charge | 09-Apr-08 | 555 | |

| | | | | | |
|---|---|---|---|---|---|
| CDA399979 | 14-07-H936 | 1001039586 | Record Deed | 09-Apr-08 | 39 |
| CDA399979 | 14-07-H936 | 1001039586 | Judgment) | 09-Apr-08 | 29 |
| CDA399979 | 14-07-H936 | 1001039586 | Selling Officer/Sheriff fee (Conduct) | 09-Apr-08 | 350 |
| CDA399979 | 14-07-H936 | 1001039586 | State of IL-DFI Policy Fee | 09-Apr-08 | 3 |
| CDA399991 | 14-08-00808 | 1001115987 | Appearance Filing Cost | 09-Apr-08 | 168 |
| CDA400857 | 14-08-05828 | 1001162089 | Complaint Filing Fee | 09-Apr-08 | 319 |
| CDA400857 | 14-08-05828 | 1001162089 | Recorder (Lis Pendens) | 09-Apr-08 | 48 |
| CDA400857 | 14-08-05828 | 1001162089 | Service of Summons | 09-Apr-08 | 260 |
| 387481 | 14-07-T051 | 1000828032 | Publication for Service | 10-Apr-08 | 275 |
| 387481 | 14-07-T051 | 1000828032 | Service of Summons | 10-Apr-08 | 100 |
| CDA400036 | 14-07-E509 | 1000781284 | Appearance/Filing Costs | 10-Apr-08 | 188 | Approved by Janet Gibson 11/30/07 |
| CDA400036 | 14-07-E509 | 1000781284 | Publication | 10-Apr-08 | 180 | Approved by Janet Gibson 11/30/07 |
| CDA400118 | 14-07-K770 | 1001108637 | Recording Assignment of Mortgage | 10-Apr-08 | 48 |
| CDA400503 | 14-07-8367 | 1001460588 | Selling Officer/Sheriff fee (Cancel) | 10-Apr-08 | 150 |
| CDA400782 | 14-07-E131 | 1001612614 | Final Later Date | 10-Apr-08 | 65 |
| CDA400782 | 14-07-E131 | 1001612614 | Final Title Policy Charge | 10-Apr-08 | 695 |
| CDA400782 | 14-07-E131 | 1001612614 | Record Deed | 10-Apr-08 | 50 |
| CDA400782 | 14-07-E131 | 1001612614 | Selling Officer/Sheriff fee (Conduct) | 10-Apr-08 | 300 |
| CDA400782 | 14-07-E131 | 1001612614 | State of IL-DFI Policy Fee | 10-Apr-08 | 3 |
| CDA402060 | 14-07-S125 | 1001543031 | Complaint Filing Fee | 10-Apr-08 | 246 |
| CDA402060 | 14-07-S125 | 1001543031 | Recorder (Lis Pendens) | 10-Apr-08 | 39 |
| CDA402060 | 14-07-S125 | 1001543031 | Service of Summons | 10-Apr-08 | 195 |
| CDA409061 | 14-07-K770 | 0030877203 | Sale Publication | 10-Apr-08 | 415 |
| CDA409083 | 14-07-K138 | 0031104342 | Sale Publication | 10-Apr-08 | 415 |
| CDA409178 | 14-08-02217 | 1001120942 | Service of Summons | 10-Apr-08 | 71 |
| CDA409637 | 14-07-T051 | 1000828032 | Publication for Service | 10-Apr-08 | 275 |
| CDA417691 | 14-07-C642 | 9000500319 | Sale | 10-Apr-08 | 6 |
| CDA417711 | 14-08-02338 | 1001339163 | Certify Copy of Judgment | 10-Apr-08 | 4 |
| CDA417713 | 14-08-02360 | 1000663188 | Certify Copy of Judgment | 10-Apr-08 | 4 |
| CDA417741 | 14-08-03366 | 1000754672 | Publication for Service | 10-Apr-08 | 303.75 |
| CDA417741 | 14-08-03366 | 1000754672 | Service of Summons | 10-Apr-08 | 65 |
| CDA400498 | 14-08-02185 | 1001166857 | Recording Assignment of Mortgage | 11-Apr-08 | 48 |
| CDA400501 | 14-08-05692 | 1001126856 | Recording Assignment of Mortgage | 11-Apr-08 | 48 |

| | | | | | |
|---|---|---|---|---|---|
| CDA400519 | 14-08-08859 | 1000728312 | Miscellaneous Costs | 11-Apr-08 | 200 | Advance for city's fine, auth by Ashley Bridges |
| CDA400726 | 14-07-8507 | 1000835076 | Final Later Date | 11-Apr-08 | 65 | |
| CDA400726 | 14-07-8507 | 1000835076 | Final Title Policy Charge | 11-Apr-08 | 455 | |
| CDA400726 | 14-07-8507 | 1000835076 | Record Deed | 11-Apr-08 | 50 | |
| CDA400726 | 14-07-8507 | 1000835076 | Selling Officer/Sheriff fee (Conduct) | 11-Apr-08 | 300 | |
| CDA400726 | 14-07-8507 | 1000835076 | State of IL-DFI Policy Fee | 11-Apr-08 | 3 | |
| CDA401111 | 14-07-C279 | 1001193207 | Bankruptcy Racer/Pacer Search | 11-Apr-08 | 15 | |
| CDA401111 | 14-07-C279 | 1001193207 | Fee for Sheriff's Deed | 11-Apr-08 | 10 | |
| CDA401111 | 14-07-C279 | 1001193207 | Record Deed | 11-Apr-08 | 35 | |
| CDA401111 | 14-07-C279 | 1001193207 | Judgment | 11-Apr-08 | 25 | |
| CDA401111 | 14-07-C279 | 1001193207 | Selling Officer/Sheriff fee (Conduct) | 11-Apr-08 | 600 | |
| CDA409180 | 14-08-02784 | 1000601727 | Publication for Service | 11-Apr-08 | 275 | |
| CDA409180 | 14-08-02784 | 1000601727 | Service of Summons | 11-Apr-08 | 201 | Alias Summons |
| CDA409538 | 14-08-00265 | 1001084648 | Publication for Service | 11-Apr-08 | 275 | |
| CDA409538 | 14-08-00265 | 1001084648 | Service of Summons | 11-Apr-08 | 65 | |
| CDA412026 | 14-07-9713 | 5127113221 | Eviction service fee | 11-Apr-08 | 70 | |
| CDA417764 | 14-08-05587 | 1001245882 | Publication for Service | 11-Apr-08 | 275 | |
| CDA417764 | 14-08-05587 | 1001245882 | Service of Summons | 11-Apr-08 | 165 | Affidavit of Abandonment - Property Vacant - Pictures Taken |

15167.8