IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                  : Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        : Jointly Administered
    Debtors.                                                          :
---------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 5279

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Supplemental Affidavit in Support of Debtors' Application Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom filed on July 31, 2008.

Dated: Wilmington, Delaware      YOUNG CONAWAY STARGATT & TAYLOR, LLP
        August 8, 2008

                                                  /s/ Matthew B. Lunn
                                                  James L. Patton, Jr. (No. 2202)
                                                Pauline K. Morgan (No. 3650)
                                                Sean M. Beach (No. 4070)
                                                Matthew B. Lunn (No. 4119)
                                                Donald J. Bowman, Jr. (No. 4383)
                                                Margaret B. Whiteman (No. 4652)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 571-6600
                                                Facsimile: (302) 571-1253

                                                Counsel for Debtors and Debtors in Possession