IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
       Debtors.                                                          :
------------------------------------------------------------------------ x Ref. No. 4621

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 4621

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Third Application of Cadwalader, Wickersham & Taft LLP as Special Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2008 through April 30, 2008 (the "Application"). The Court's docket which was last updated August 11, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than July 3, 2008 at 4:00 p.m.

DB02:6435126.2                                                                                  066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($99,205.60) of requested fees ($124,007.00) and 100% of requested expenses ($48,359.21) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       August 11, 2008

                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                   /s/ Matthew B. Lunn
                                   James L. Patton, Jr. (No. 2202)
                                   Joel A. Waite (No. 2925)
                                   Pauline K. Morgan (No. 3650)
                                   Sean M. Beach (No. 4070)
                                   Matthew B. Lunn (No. 4119)
                                   Margaret B. Whiteman (No. 4652)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   Counsel for Debtors and
                                   Debtors in Possession