## CERTIFICATE OF SERVICE

I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Response Of Financial Guaranty Insurance Company To Debtors' Thirteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1** was caused to be made on August 11, 2008, in the manner indicated upon the entities identified on the attached service list.

Date: August 11, 2008

                                                                   */s/ Donna L. Culver*
                                                               Donna L. Culver (No. 2983)

1323842.2