## SERVICE LIST

| **BY HAND DELIVERY** | **BY FIRST CLASS U.S. MAIL** |
|---|---|

BY HAND DELIVERY

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Victoria Counihan, Eq.
Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

BY FIRST CLASS U.S. MAIL

Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street NW
Suite 800
Washington, DC 10006

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kay Scholer LLP
425 Park Avenue
New York, NY 10022

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

1230793