## CERTIFICATE OF SERVICE

      I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Response Of MBIA Insurance Corporation To Debtors' Thirteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1** was caused to be made on August 11, 2008, in the manner indicated upon the entities identified on the attached service list.

Date: August 11, 2008

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)

1323842.2