**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE | * | Case No.: 07-11047(CSS) |
| HOLDING INC., | * | Chapter 11 |
| Debtor. | * | |
| | * | **Objections due by: September 7, 2008 at 4:00 p.m.** |
| | * | **Hearing Date: September 15, 2008 at 10:00 a.m.** |

*********************

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. C/O EMC
MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY UNDER
<u>SECTION 362 OF THE BANKRUPTCY CODE</u>**

To:

<u>VIA US MAIL</u>
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

      Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc.,

Bear Stearns ALT-A Trust, Mortgage-Pass Through Certificates Series 2006-5 c/o EMC

Mortgage Corporation has filed a Motion for Relief from Stay which seeks the following

relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to

the real property and improvements thereon known as 2846 Wake Water Way,

Woodbridge, VA 22191.

      **HEARING ON THE MOTION WILL BE HELD ON <u>September 15, 2008</u> at 10:00 A.M. at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

      **ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE <u>September 7, 2008</u>. FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELEIF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney:

Lisa R. Hatfield, Esquire
MORRIS|HARDWICK|SCHNEIDER
284 East Main Street
Newark, Delaware 19711

      The hearing date specified above may be a preliminary hearing or may be

consolidated with the final hearing as determined by the Court.

      The attorneys for the parties shall confer with respect to issues raised by the

motion in advance for the purpose of determining whether a consent judgment may be

entered and/or for the purpose of stipulating to relevant facts such as value of the

property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

Respectfully submitted,

MORRIS|HARDWICK|SCHNEIDER

/s/ *Lisa R. Hatfiled_____*
Lisa R. Hatfield (DE No. 4967)
284 East Main Street
Newark, Delaware 19711
(302) 444-4602
(866) 503-4930 (toll free)