**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | * |
| AMERICAN HOME MORTGAGE | * Case No.: 07-11047(CSS) |
| HOLDING INC., | * Chapter 11 |
| Debtor. | * |
| | * |
| | * Hearing Date: September 15, 2008 at 10:00 a.m. |

**ORDER TERMINATING AUTOMATIC STAY UNDER**
**SECTION 362 OF THE BANKRUPTCY CODE**
**WITH RESPECT TO REAL PROPERTY LOCATED AT**
**2846 WAKE WATER WAY, WOODBRIDGE, VA 22191**
*(Relates to Docket #           )*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (the "Motion") filed by Mortgage Electronic Registration Systems, Inc. c/o EMC Mortgage Corporation (the "Movant"), and the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and in consideration of any response filed thereto, it is hereby **ORDERED** as follows:

    1. To the extent that the automatic stay of 11 U.S.C. § 362(a) is applicable, such stay is hereby terminated to allow the Movant and its successors and/or assignors to pursue any state court remedies to which Movant may be entitled under applicable law with respect to the following property: 2846 Wake Water Way, Woodbridge, VA 22191.

    2. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Christopher S. Sontchi
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court