UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. Docket No. 1336

## AMENDED STATEMENT OF FINANCIAL AFFAIRS- EXHIBIT 3B
## AMERICAN HOME MORTGAGE INVESTMENT CORP. 07-11048

Dated: Wilmington, Delaware
August 12, 2008

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> James L. Patton, Jr. (No. 2202)
> Pauline K. Morgan (No. 3650)
> Edward J. Kosmowski (No. 3849)
> Sean M. Beach (No. 4070)
> Matthew B. Lunn (No. 4119)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Counsel for Debtors and
> Debtors in Possession

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holding"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Investment Corp.   07-11048**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| ABN AMRO BANK LONDON | | Add | Wire | 07/20/2007 | $6,671.51 |
| | | Add | Wire | 07/20/2007 | $432.13 |
| | | | | | **$7,103.64** |
| ADP PAYROLL | | Add | Wire | 08/03/2007 | $31,000,000.00 |
| | | | | | **$31,000,000.00** |
| AMERICAN EXPRESS | | Add | Wire | 08/03/2007 | $381,176.32 |
| POB 2855 | | Add | Wire | 08/03/2007 | $596,371.22 |
| NYC, NY  10116-2855 | | Add | Wire | 08/03/2007 | $311,510.97 |
| | | Add | Wire | 08/03/2007 | $176,764.20 |
| | | Add | Wire | 08/03/2007 | $94,956.29 |
| | | Add | Wire | 08/03/2007 | $77,575.00 |
| | | | | | **$1,638,354.00** |
| B OF A SECURITIES | | Add | Wire | 07/23/2007 | $285,127.00 |
| | | | | | **$285,127.00** |
| BALLARD,SPAHR,ANDREWS & INGERSOLL LLP | | Add | Wire | 08/03/2007 | $155,416.60 |
| | | | | | **$155,416.60** |
| BEAR STEARNS LIQUID FUNDING | | Add | Wire | 07/20/2007 | $7,900,000.00 |
| | | | | | **$7,900,000.00** |
| BEAR STEARNS-LIQUID | | Add | Wire | 06/26/2007 | $533,301.00 |
| | | | | | **$533,301.00** |
| BEAR STEARNS-MBS | | Add | Wire | 06/25/2007 | $2,014,081.86 |
| | | Add | Wire | 07/20/2007 | $13,000,000.00 |
| | | Add | Wire | 07/20/2007 | $67,537.00 |
| | | Add | Wire | 07/23/2007 | $1,247,233.84 |
| | | Add | Wire | 07/25/2007 | $65,385.94 |
| | | Add | Wire | 07/25/2007 | $5,998,897.22 |
| | | Add | Wire | 07/25/2007 | $8,500,000.00 |
| | | | | | **$30,893,135.86** |
| BEAR STERANS MBS | | Add | Wire | 05/30/2007 | $840,948.65 |
| | | | | | **$840,948.65** |
| BZW | | Add | Wire | 07/20/2007 | $648,875.00 |
| | | Add | Wire | 07/23/2007 | $42,846.46 |
| | | Add | Wire | 07/25/2007 | $135,657.65 |
| | | Add | Wire | 07/25/2007 | $2,461,250.00 |
| | | Add | Wire | 07/25/2007 | $81,008.00 |
| | | Add | Wire | 07/25/2007 | $39,112.00 |
| | | | | | **$3,408,749.11** |
| CADWALADER, WICKERSHAM & TAFT | | Add | Wire | 07/30/2007 | $2,000,000.00 |
| | | | | | **$2,000,000.00** |
| CITIMORTGAGE | | Add | Wire | 06/27/2007 | $11,596.61 |
| 5280 CORPORATE DR | | | | | **$11,596.61** |
| FREDERICK, MD  21703 | | | | | |
| CORPORATE INVESTMENT BANKIN | | Add | Wire | 05/22/2007 | $250,000.00 |
| | | | | | **$250,000.00** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Investment Corp.   07-11048**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| CSFB | | Add | Wire | 06/22/2007 | $28,255.00 |
| | | | | | **$28,255.00** |
| DB NATIONAL TRUST | | Add | Wire | 07/30/2007 | $359,476.88 |
| | | | | | **$359,476.88** |
| DERIVATIVE OPERATIONS | | Add | Wire | 07/20/2007 | $8,023.17 |
| | | Add | Wire | 07/20/2007 | $144.04 |
| | | | | | **$8,167.21** |
| DERIVATIVE PRODUCTS | | Add | Wire | 07/20/2007 | $24,069.52 |
| | | Add | Wire | 07/20/2007 | $432.13 |
| | | | | | **$24,501.65** |
| DEUTSCHE BANK | | Add | Wire | 06/26/2007 | $520,467.13 |
| | | | | | **$520,467.13** |
| DEUTSCHE BANK NATIONAL | | Add | Wire | 08/01/2007 | $261,841.30 |
| | | | | | **$261,841.30** |
| DEUTUS33 | | Add | Wire | 07/25/2007 | $105,000.00 |
| | | Add | Wire | 07/25/2007 | $329,000.00 |
| | | | | | **$434,000.00** |
| EVERCORE GROUP LLC | | Add | Wire | 08/01/2007 | $250,000.00 |
| | | | | | **$250,000.00** |
| FBCMBS | | Add | Wire | 07/25/2007 | $1,210,436.25 |
| | | | | | **$1,210,436.25** |
| FBO CHARLES SCHWAB | | Add | Wire | 07/30/2007 | $111,111.58 |
| | | Add | Wire | 07/31/2007 | $798,169.87 |
| | | Add | Wire | 08/03/2007 | $1,711.80 |
| | | | | | **$910,993.25** |
| FINANCIAL FUTURES | | Add | Wire | 07/20/2007 | $6,671.51 |
| | | Add | Wire | 07/20/2007 | $432.13 |
| | | | | | **$7,103.64** |
| FRIEDMAN & FEIGER LLP | | Add | Wire | 08/02/2007 | $7,500.00 |
| | | Add | Wire | 08/03/2007 | $7,500.00 |
| | | | | | **$15,000.00** |
| GCFP | | Add | Wire | 06/05/2007 | $1,430,122.60 |
| | | | | | **$1,430,122.60** |
| GSCS DBG | | Add | Wire | 05/29/2007 | $1,043,631.53 |
| | | Add | Wire | 07/19/2007 | $547,000.00 |
| | | Add | Wire | 07/20/2007 | $1,970,000.00 |
| | | Add | Wire | 07/24/2007 | $2,300,000.00 |
| | | Add | Wire | 07/25/2007 | $14,398.29 |
| | | | | | **$5,875,029.82** |
| HOMEGATE | | Add | Wire | 07/30/2007 | $188,684.61 |
| | | | | | **$188,684.61** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Investment Corp.   07-11048**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| HRH OF ILLINOIS | Add | Wire | 07/31/2007 | $1,398,184.50 |
| | | | | **$1,398,184.50** |
| HSIMBS | Add | Wire | 07/20/2007 | $1,434,687.24 |
| | Add | Wire | 07/25/2007 | $138,295.12 |
| | | | | **$1,572,982.36** |
| INTERCITY AGENCY INC | Add | Wire | 08/03/2007 | $670,874.00 |
| | | | | **$670,874.00** |
| INTEREST RATE DERIVATIVES | Add | Wire | 07/20/2007 | $432.13 |
| | Add | Wire | 07/20/2007 | $6,671.51 |
| | | | | **$7,103.64** |
| IRVING J. THAU<br>C/O ROB BERNSTEIN<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY  11747 | Add | Wire | 07/31/2007 | $7,758.80 |
| | | | | **$7,758.80** |
| JACKSON LEWIS LLP | Add | Wire | 08/03/2007 | $328,272.09 |
| | | | | **$328,272.09** |
| KEKST & COMPANY INC | Add | Wire | 08/01/2007 | $50,000.00 |
| | | | | **$50,000.00** |
| KROLL ZOLFO COOPER LLC | Add | Wire | 08/03/2007 | $250,000.00 |
| | | | | **$250,000.00** |
| LAW OFFICE OF WILDFORD | Add | Wire | 06/22/2007 | $9,782.82 |
| | | | | **$9,782.82** |
| LAZARD FRERES & CO | Add | Wire | 08/01/2007 | $500,000.00 |
| | Add | Wire | 08/03/2007 | $200,000.00 |
| | | | | **$700,000.00** |
| LEHMAN BROTHERS | Add | Wire | 05/29/2007 | $53,711.12 |
| | Add | Wire | 07/16/2007 | $79,319.67 |
| | | | | **$133,030.79** |
| LEHMAN BROTHERS INC. | Add | Wire | 07/19/2007 | $9,056,410.00 |
| | Add | Wire | 07/19/2007 | $37,345.43 |
| | Add | Wire | 07/20/2007 | $908,895.86 |
| | Add | Wire | 07/23/2007 | $701,133.00 |
| | Add | Wire | 07/24/2007 | $2,777,630.00 |
| | Add | Wire | 07/25/2007 | $3,558.17 |
| | Add | Wire | 07/25/2007 | $5,698,329.00 |
| | | | | **$19,183,301.46** |
| MALCOLM E. HARRIS | Add | Wire | 06/21/2007 | $6,654.56 |
| | | | | **$6,654.56** |
| MILESTONE ADVISORS LLC | Add | Wire | 08/01/2007 | $575,000.00 |
| | | | | **$575,000.00** |
| MLCMO | Add | Wire | 07/24/2007 | $1,451,174.48 |
| | Add | Wire | 07/25/2007 | $1,600,000.00 |
| | | | | **$3,051,174.48** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Investment Corp.   07-11048**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| MLMCMO | Add | Wire | 05/29/2007 | $293,135.77 |
| | | | | **$293,135.77** |
| MORGAN STANLEY & CO | Add | Wire | 07/20/2007 | $1,166,979.00 |
| | | | | **$1,166,979.00** |
| NIXON PEABODY LLP | Add | Wire | 08/03/2007 | $77,500.00 |
| | | | | **$77,500.00** |
| ONGUARD SECURITY SERVICES INC | Add | Wire | 08/03/2007 | $199,744.15 |
| | | | | **$199,744.15** |
| PINNACLE TITLE<br>536 BILTMORE WAY<br>CORAL GABLES, FL  33134 | Add | Wire | 06/05/2007 | $6,510.08 |
| | | | | **$6,510.08** |
| RBOS | Add | Wire | 07/24/2007 | $223,500.00 |
| | Add | Wire | 07/25/2007 | $2,654,000.00 |
| | Add | Wire | 07/25/2007 | $102,000.00 |
| | | | | **$2,979,500.00** |
| RBOS GB2LTCM | Add | Wire | 07/20/2007 | $1,900,000.00 |
| | Add | Wire | 07/24/2007 | $2,480,000.00 |
| | | | | **$4,380,000.00** |
| SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY  10004 | Add | Wire | 07/30/2007 | $5,094.77 |
| | Add | Wire | 07/30/2007 | $3,093.35 |
| | | | | **$8,188.12** |
| STEPHENS S.MATHISON PA | Add | Wire | 06/21/2007 | $9,240.00 |
| | | | | **$9,240.00** |
| UBS AG LONDON BRANCH | Add | Wire | 07/20/2007 | $8,200,000.00 |
| | Add | Wire | 07/20/2007 | $2,000,000.00 |
| | Add | Wire | 07/20/2007 | $3,200,000.00 |
| | | | | **$13,400,000.00** |
| UBS MBS | Add | Wire | 05/29/2007 | $71,306.03 |
| | | | | **$71,306.03** |
| WACHOVIA | Add | Wire | 07/19/2007 | $2,110,000.00 |
| | Add | Wire | 07/20/2007 | $710,000.00 |
| | Add | Wire | 07/23/2007 | $1,640,000.00 |
| | Add | Wire | 07/24/2007 | $460,000.00 |
| | Add | Wire | 07/24/2007 | $340,000.00 |
| | Add | Wire | 07/24/2007 | $268,000.00 |
| | Add | Wire | 07/24/2007 | $97,000.00 |
| | Add | Wire | 07/25/2007 | $1,663,000.00 |
| | Add | Wire | 07/25/2007 | $38,500.00 |
| | Add | Wire | 07/25/2007 | $90,900.00 |
| | | | | **$7,417,400.00** |
| WEINER BRODSKY SIDMAN | Add | Wire | 08/03/2007 | $131,801.43 |
| | Add | Wire | 08/03/2007 | $118,333.61 |
| | | | | **$250,135.04** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Investment Corp.   07-11048**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| WEST & ASSOCIATES LLP | Add | Wire | 08/03/2007 | $19,181.25 |
| | | | | **$19,181.25** |
| YOUNG, CONAWAY, STARGATT & TAYLOR | Add | Wire | 07/30/2007 | $400,000.00 |
| | | | | **$400,000.00** |
| YOUNG,CONWAY,STARGATT & TAYLOR LLP | Add | Wire | 08/03/2007 | $400,000.00 |
| | | | | **$400,000.00** |
| **Grand Total:  59** | | | | **$149,470,750.75** |