# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                           :    Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                :    Jointly Administered
                                                                :
                            Debtors.                            :
---------------------------------------------------------------- x    **Ref. Docket No. 1338**

## AMENDED STATEMENT OF FINANCIAL AFFAIRS- EXHIBIT 3B
## AMERICAN HOME MORTGAGE SERVICING, INC. 07-11050

Dated: Wilmington, Delaware
       August 12, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

---

[1]     The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holding"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.  ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors").  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| 1ST ADVANTAGE MTGE | Add | Wire | 06/19/2007 | $329,172.09 |
| | | | | **$329,172.09** |
| ABN AMRO | Add | Wire | 05/25/2007 | $8,200.00 |
| | | | | **$8,200.00** |
| ABN AMRO BANK LONDON | Add | Wire | 05/17/2007 | $457,283.29 |
| | Add | Wire | 05/18/2007 | $3,561.20 |
| | | | | **$460,844.49** |
| ACH RETURNS | Add | Wire | 06/28/2007 | $55,540.92 |
| | | | | **$55,540.92** |
| ALMA SIMIC | Add | Wire | 07/27/2007 | $30,000.00 |
| | Add | Wire | 07/30/2007 | $30,000.00 |
| | | | | **$60,000.00** |
| AMERICAN BANKERS | Add | Wire | 05/09/2007 | $3,033.72 |
| | Add | Wire | 05/09/2007 | $1,815.53 |
| | Add | Wire | 07/06/2007 | $311.53 |
| | Add | Wire | 07/06/2007 | $2,091.13 |
| | Add | Wire | 07/06/2007 | $5,048.86 |
| | Add | Wire | 07/06/2007 | $17,977.39 |
| | | | | **$30,278.16** |
| AMERICAN HOME SHEILD CORP | Add | Wire | 05/09/2007 | $13,072.50 |
| | | | | **$13,072.50** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| AMERICAN SECURITIES | Add | Wire | 05/01/2007 | $471,592.73 |
| | Add | Wire | 05/02/2007 | $1,097,809.18 |
| | Add | Wire | 05/03/2007 | $580,472.58 |
| | Add | Wire | 05/04/2007 | $460,911.14 |
| | Add | Wire | 05/07/2007 | $998,647.57 |
| | Add | Wire | 05/08/2007 | $592,562.67 |
| | Add | Wire | 05/09/2007 | $688,411.57 |
| | Add | Wire | 05/10/2007 | $703,102.61 |
| | Add | Wire | 05/11/2007 | $454,065.78 |
| | Add | Wire | 05/14/2007 | $879,785.98 |
| | Add | Wire | 05/15/2007 | $359,984.12 |
| | Add | Wire | 05/16/2007 | $418,657.68 |
| | Add | Wire | 07/02/2007 | $1,022,279.08 |
| | Add | Wire | 07/03/2007 | $1,116,771.72 |
| | Add | Wire | 07/05/2007 | $673,043.27 |
| | Add | Wire | 07/06/2007 | $403,892.14 |
| | Add | Wire | 07/09/2007 | $513,987.49 |
| | Add | Wire | 07/10/2007 | $789,022.34 |
| | Add | Wire | 07/11/2007 | $580,309.58 |
| | Add | Wire | 07/12/2007 | $493,231.68 |
| | Add | Wire | 07/13/2007 | $288,616.11 |
| | Add | Wire | 07/16/2007 | $2,081,807.39 |
| | Add | Wire | 07/17/2007 | $403,984.56 |
| | Add | Wire | 07/18/2007 | $875,394.80 |
| | Add | Wire | 07/19/2007 | $597,330.21 |
| | Add | Wire | 07/20/2007 | $308,066.56 |
| | Add | Wire | 07/23/2007 | $1,088,700.67 |
| | Add | Wire | 07/24/2007 | $868,825.28 |
| | Add | Wire | 07/25/2007 | $962,355.70 |
| | Add | Wire | 07/27/2007 | $368,466.21 |
| | Add | Wire | 07/30/2007 | $1,104,519.33 |
| | Add | Wire | 07/31/2007 | $458,668.22 |
| | | | | **$22,705,275.95** |
| AMERICA'S SERVICING CO | | 0001831 | 05/23/2007 | $12,166.91 |
| C/O WELLS FARGO HOME MTG | | | | |
| 1 HOME CAMPUS  MACX2301012 | | | | **$12,166.91** |
| DES MOINES, IA  50328 | | | | |
| APPLY FUNDS TO LN 4408124 | Add | Wire | 05/16/2007 | $566,655.60 |
| | | | | **$566,655.60** |
| ASHMSI | Add | Wire | 05/23/2007 | $33,794.54 |
| | | | | **$33,794.54** |
| AURORA LOAN | Add | Wire | 06/13/2007 | $170,414.71 |
| | | | | **$170,414.71** |
| AURORA LOAN SERVICES LLC | Add | Wire | 07/18/2007 | $9,068,533.76 |
| | Add | Wire | 07/18/2007 | $1,064,790.15 |
| | | | | **$10,133,323.91** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount | |
|---|---|---|---|---|---|
| AURORA LOAN SVCS | Add | Wire | 06/18/2007 | $13,724.93 | |
| | | | | **$13,724.93** | |
| B OF A | Add | Wire | 07/18/2007 | $1,478,873.01 | |
| | | | | **$1,478,873.01** | |
| BARTON/AHMCO | Add | Wire | 06/12/2007 | $19,535.00 | |
| | | | | **$19,535.00** | |
| BEAR STEARNS SECURITIES CORP | Add | Wire | 06/13/2007 | $2,171,054.00 | |
| | | | | **$2,171,054.00** | |
| BEAR STEARNS-MBS | Add | Wire | 06/12/2007 | $54,567.90 | |
| | Add | Wire | 06/20/2007 | $119,495.18 | |
| | Add | Wire | 06/25/2007 | $297,143.56 | |
| | Add | Wire | 06/25/2007 | $503,843.47 | |
| | | | | **$975,050.11** | |
| BEAR STERANS SECURITIES | Add | Wire | 06/25/2007 | $1,341,212.03 | |
| | Add | Wire | 06/25/2007 | $1,640,539.68 | |
| | | | | **$2,981,751.71** | |
| BOA SECURITIES | Add | Wire | 06/12/2007 | $847,974.00 | |
| | Add | Wire | 06/12/2007 | $5,373,308.00 | |
| | Add | Wire | 06/12/2007 | $8,145,537.00 | |
| | | | | **$14,366,819.00** | |
| BRENDA FOGLE<br>42816 N 45TH DR<br>PHOENIX, AZ  85087 | | 0001852 | 07/02/2007 | $5,592.70 | |
| | | | | **$5,592.70** | |
| BS LIQUID | Add | Wire | 06/14/2007 | $6,882.01 | |
| | | | | **$6,882.01** | |
| BZW | Add | Wire | 06/25/2007 | $2,683,471.24 | |
| | | | | **$2,683,471.24** | |
| CENTRAL FLORIDA | Add | Wire | 07/23/2007 | $35,795.10 | |
| | | | | **$35,795.10** | |
| CHASE HOME FINANCE LLC | Add | Wire | 05/17/2007 | $168,740.32 | |
| | | | | **$168,740.32** | |
| CHASE MANHATTAN MORTGAGE CORP | | 0001827 | 05/08/2007 | $25,615.59 | |
| | | 0001830 | 05/22/2007 | $28,471.19 | |
| | | | | **$54,086.78** | |
| CHASUS33 | Add | Wire | 06/18/2007 | $300,000.00 | |
| | | | | **$300,000.00** | |
| CHE CORRESPONDENT | Add | Wire | 07/09/2007 | $47,261.50 | |
| | Add | Wire | 07/09/2007 | $1,100.87 | |
| | Add | Wire | 07/10/2007 | $47,261.50 | |
| | Add | Wire | 07/10/2007 | $257,420.52 | |
| | Add | Wire | 07/10/2007 | $1,100.87 | |
| | | | | **$354,145.26** | |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.  07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| CHECK PRINTER | Add | Wire | 06/05/2007 | $7,485.89 |
| | | | | **$7,485.89** |
| CHF WIRE CLEARING | Add | Wire | 08/02/2007 | $1,530,160.78 |
| | | | | **$1,530,160.78** |
| CITIBANK | Add | Wire | 05/04/2007 | $4,257,177.95 |
| | Add | Wire | 05/04/2007 | $306,984.31 |
| | Add | Wire | 05/04/2007 | $457,001.00 |
| | Add | Wire | 05/04/2007 | $3,037,502.49 |
| | Add | Wire | 05/07/2007 | $283,474.62 |
| | Add | Wire | 05/07/2007 | $2,295.65 |
| | Add | Wire | 05/18/2007 | $677,955.52 |
| | Add | Wire | 07/09/2007 | $189,798.58 |
| | Add | Wire | 07/09/2007 | $596,681.34 |
| | Add | Wire | 07/18/2007 | $1,433,168.26 |
| | Add | Wire | 07/18/2007 | $1,044,452.04 |
| | | | | **$12,286,491.76** |
| CITIGROUP | Add | Wire | 06/04/2007 | $235,194.28 |
| | Add | Wire | 06/08/2007 | $199,788.80 |
| | | | | **$434,983.08** |
| CITIGROUP ESC | Add | Wire | 07/03/2007 | $114,118.78 |
| | | | | **$114,118.78** |
| CITIGROUP ESCROW | Add | Wire | 08/02/2007 | $527,428.68 |
| | | | | **$527,428.68** |
| CITIMORTGAGE 5280 CORPORATE DR FREDERICK, MD  21703 | Add | Wire | 06/25/2007 | $40,628.51 |
| | | | | **$40,628.51** |
| CITIMORTGAGE INC 9663 BRIARWOOD AVE ATT S JUSTICE FONTANA, CA  92335 | Add | Wire | 05/02/2007 | $444,548.65 |
| | Add | Wire | 05/02/2007 | $646,375.93 |
| | Add | Wire | 05/02/2007 | $267,459.90 |
| | Add | Wire | 05/02/2007 | $92,221.95 |
| | | | | **$1,450,606.43** |
| CMI MSD CLEARING | Add | Wire | 06/12/2007 | $2,123.33 |
| | Add | Wire | 06/18/2007 | $578,936.13 |
| | | | | **$581,059.46** |
| CMI-MMC CUSTODIAL CLEARING | Add | Wire | 06/15/2007 | $5,046,007.73 |
| | | | | **$5,046,007.73** |
| CONN HOUSING AUTHORITY | Add | Wire | 05/09/2007 | $10,180.87 |
| | Add | Wire | 05/15/2007 | $15,738.12 |
| | Add | Wire | 07/06/2007 | $79,030.83 |
| | Add | Wire | 07/10/2007 | $9,990.12 |
| | Add | Wire | 07/16/2007 | $17,188.15 |
| | | | | **$132,128.09** |
| CONN HSG | Add | Wire | 06/08/2007 | $10,161.40 |
| | | | | **$10,161.40** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| CONN HSG AUTHORITY | Add | Wire | 06/04/2007 | $64,428.46 |
| | Add | Wire | 06/15/2007 | $18,616.49 |
| | | | | **$83,044.95** |
| CORPORATE TRUST ACCOUNT | Add | Wire | 05/07/2007 | $110,712.97 |
| | Add | Wire | 07/18/2007 | $84,019.70 |
| | | | | **$194,732.67** |
| CORPORATE TRUST CLEARING | Add | Wire | 06/07/2007 | $11,021,291.56 |
| | | | | **$11,021,291.56** |
| CORY & LINDA PEFFER | Add | Wire | 07/02/2007 | $494,529.92 |
| | | | | **$494,529.92** |
| COUNTRYWIDE HOME LOANS, INC. | Add | Wire | 06/07/2007 | $709,752.32 |
| | Add | Wire | 06/07/2007 | $140,182.29 |
| | Add | Wire | 06/08/2007 | $111,811.39 |
| | | | | **$961,746.00** |
| COUNTRYWIDE BANK | Add | Wire | 05/07/2007 | $284,482.89 |
| | Add | Wire | 06/22/2007 | $23,759,438.52 |
| | Add | Wire | 07/09/2007 | $22,627.84 |
| | Add | Wire | 07/09/2007 | $271,186.73 |
| | Add | Wire | 07/09/2007 | $240,129.75 |
| | Add | Wire | 07/16/2007 | $64,932.49 |
| | Add | Wire | 07/30/2007 | $235,470.04 |
| | | | | **$24,878,268.26** |
| COUNTRYWIDE HOME LOANS PO BOX 660458 DALLAS, TX  75266-0458 | Add | Wire | 05/01/2007 | $25,446.69 |
| | Add | Wire | 05/03/2007 | $50,644.68 |
| | | 0001837 | 05/31/2007 | $50,000.00 |
| | Add | Wire | 06/27/2007 | $15,624.99 |
| | Add | Wire | 07/05/2007 | $161,656.27 |
| | Add | Wire | 07/18/2007 | $803,994.34 |
| | Add | Wire | 08/02/2007 | $170,028.58 |
| | | | | **$1,277,395.55** |
| COUNTRYWIDE HOME LOANS-------- 400  COUNTRYWIDE WAY SIMI VALLEY, CA  93065 | | 0001840 | 06/15/2007 | $365,000.00 |
| | | | | **$365,000.00** |
| CRAIG M & KERI BROWN TOMAN | Add | Wire | 07/02/2007 | $61,279.83 |
| | | | | **$61,279.83** |
| CTRYWIDE HOME LOANS | Add | Wire | 05/18/2007 | $21,736,841.68 |
| | Add | Wire | 06/06/2007 | $142.36 |
| | Add | Wire | 06/18/2007 | $329,256.60 |
| | | | | **$22,066,240.64** |
| CTYWDE HOME LOANS INC | Add | Wire | 06/04/2007 | $1,557,123.18 |
| | | | | **$1,557,123.18** |
| DANIEL FERRIS | Add | Wire | 06/08/2007 | $21,539.15 |
| | | | | **$21,539.15** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| DAVID W.MCFADDEN | Add | Wire | 05/18/2007 | $223,513.04 |
| | | | | **$223,513.04** |
| DEBORAH SLEEPER | | 0001847 | 06/27/2007 | $7,706.11 |
| BRIAN SLEEPER | | | | **$7,706.11** |
| 4 GERHIGS WAY | | | | |
| CAPE NEDDIC, ME  03902 | | | | |
| DEHNER | Add | Wire | 05/16/2007 | $489,388.87 |
| | | | | **$489,388.87** |
| DERIVATIVE OPERATIONS | Add | Wire | 05/17/2007 | $152,426.11 |
| | | | | **$152,426.11** |
| DERIVATIVE PRODUCTS | Add | Wire | 05/17/2007 | $457,278.34 |
| | Add | Wire | 05/18/2007 | $3,561.16 |
| | | | | **$460,839.50** |
| DEUTSCHE BANK | Add | Wire | 06/07/2007 | $1,547,478.62 |
| | Add | Wire | 06/26/2007 | $336,499.99 |
| | | | | **$1,883,978.61** |
| DLJ MORTGAGE CAPITAL CO | Add | Wire | 07/10/2007 | $236,777.03 |
| | | | | **$236,777.03** |
| DLJ MTGE | Add | Wire | 06/07/2007 | $514,947.38 |
| | | | | **$514,947.38** |
| DPX | Add | Wire | 05/18/2007 | $1,271,885.13 |
| | Add | Wire | 06/29/2007 | $83,530.70 |
| | Add | Wire | 07/18/2007 | $1,949,950.85 |
| | | | | **$3,305,366.68** |
| DUETSCHE BANK | Add | Wire | 05/07/2007 | $2,756,972.08 |
| | Add | Wire | 05/08/2007 | $1,871,200.00 |
| | Add | Wire | 05/14/2007 | $5,801,946.33 |
| | Add | Wire | 05/15/2007 | $603,200.70 |
| | Add | Wire | 05/29/2007 | $516,506.09 |
| | Add | Wire | 07/06/2007 | $502,933.88 |
| | Add | Wire | 07/18/2007 | $6,176,770.21 |
| | Add | Wire | 07/24/2007 | $821,144.75 |
| | Add | Wire | 07/25/2007 | $585,888.58 |
| | Add | Wire | 07/25/2007 | $5,202.34 |
| | Add | Wire | 07/27/2007 | $969,399.00 |
| | | | | **$20,611,163.96** |
| DUKE UNIVERSITY | Add | Wire | 06/21/2007 | $19,438.85 |
| | Add | Wire | 07/23/2007 | $17,157.13 |
| | | | | **$36,595.98** |
| EDWARD H & PEGGY S WILLIAMS | Add | Wire | 07/02/2007 | $899,375.15 |
| | | | | **$899,375.15** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| EMC MORTGAGE | Add | Wire | 05/18/2007 | $987.33 |
| | Add | Wire | 06/18/2007 | $987.33 |
| | Add | Wire | 06/26/2007 | $5,162.33 |
| | | | | **$7,136.99** |
| EMC MORTGAGE CORP | Add | Wire | 05/04/2007 | $4,069.41 |
| | Add | Wire | 06/08/2007 | $3,326.31 |
| | Add | Wire | 07/18/2007 | $987.33 |
| | | | | **$8,383.05** |
| ENNIS | Add | Wire | 06/07/2007 | $146,246.60 |
| | | | | **$146,246.60** |
| ESCROW CONVERSIONS | Add | Wire | 05/02/2007 | $369,319.29 |
| | | | | **$369,319.29** |
| FAMILY LIFE INSURANCE | Add | Wire | 07/18/2007 | $17,933,195.88 |
| | | | | **$17,933,195.88** |
| FBCMBS | Add | Wire | 06/25/2007 | $759,848.02 |
| | | | | **$759,848.02** |
| FINANCIAL FUTURES | Add | Wire | 05/17/2007 | $457,283.29 |
| | Add | Wire | 05/18/2007 | $3,561.20 |
| | | | | **$460,844.49** |
| FIRST AMERICAN TITLE INSURANCE | Add | Wire | 06/08/2007 | $5,097.21 |
| | Add | Wire | 06/08/2007 | $7,823.64 |
| | Add | Wire | 06/11/2007 | $234.75 |
| | Add | Wire | 06/12/2007 | $3,985.15 |
| | Add | Wire | 06/27/2007 | $225.00 |
| | Add | Wire | 07/11/2007 | $8,357.00 |
| | | | | **$25,722.75** |
| FIRST COLLATERAL | Add | Wire | 06/13/2007 | $14,536.60 |
| | | | | **$14,536.60** |
| FLORENCE CORRESPONDEMNT | Add | Wire | 06/26/2007 | $331,384.00 |
| | | | | **$331,384.00** |
| FLORENCE CORRESPONDENT LENDING OPERATING | Add | Wire | 05/07/2007 | $844,420.40 |
| | | | | **$844,420.40** |
| FLORENCE CORRESPONDENT LENDING OPERATION | Add | Wire | 07/09/2007 | $19,102.49 |
| | Add | Wire | 07/10/2007 | $19,102.49 |
| | Add | Wire | 07/11/2007 | $95,015.37 |
| | Add | Wire | 07/12/2007 | $9,622.84 |
| | Add | Wire | 07/12/2007 | $9,622.84 |
| | | | | **$152,466.03** |
| FLOWER,MEDALIE&MARKOWITZ | Add | Wire | 06/12/2007 | $13,166.40 |
| | Add | Wire | 06/12/2007 | $956.25 |
| | | | | **$14,122.65** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| FNMA<br>TWO GALLERIA TOWER<br>13455 NOEL RD. SUITE 600<br>DALLAS, TX  75240-5003 | Add | Wire | 06/28/2007 | $752,385.43 |
| | | | | **$752,385.43** |
| FNMA NYC RECO SALES | Add | Wire | 05/18/2007 | $170,176.60 |
| | | | | **$170,176.60** |
| FNMA NYC REO SALES | Add | Wire | 05/10/2007 | $153,668.60 |
| | | | | **$153,668.60** |
| FNMA NYC/INV | Add | Wire | 07/19/2007 | $457,250.62 |
| | | | | **$457,250.62** |
| FORT BRAGG | Add | Wire | 07/23/2007 | $57,993.44 |
| | | | | **$57,993.44** |
| FORT BRAGG FCU<br>1638 SKIBO RD<br>FAYETTEVILLE, NC  28303 | Add | Wire | 07/03/2007 | $113,633.08 |
| | | | | **$113,633.08** |
| FRANKENMUTH | Add | Wire | 07/23/2007 | $10,894.75 |
| | | | | **$10,894.75** |
| GAIL S & RICHARD B KELLY | Add | Wire | 07/02/2007 | $94,077.17 |
| | Add | Wire | 07/02/2007 | $94,077.17 |
| | | | | **$188,154.34** |
| GATEHOUSE PROPERTIES II LLC<br>11 HENRY ST<br>GREENWICH, CT  06830 | | 0001858 | 07/10/2007 | $23,733.84 |
| | | | | **$23,733.84** |
| GCFP | Add | Wire | 06/21/2007 | $3,036.98 |
| | Add | Wire | 06/25/2007 | $1,413.05 |
| | Add | Wire | 06/25/2007 | $1,672,544.39 |
| | | | | **$1,676,994.42** |
| GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO, IL  50702 | Add | Wire | 05/02/2007 | $162,046.88 |
| | | 0001849 | 06/29/2007 | $5,724.69 |
| | | | | **$167,771.57** |
| GMAC MORTGAGE CORPORATION<br>WATERLOO, IA  50702 | | 0001846 | 06/26/2007 | $5,724.39 |
| | | | | **$5,724.39** |
| GNMA CLEARING ACCT | Add | Wire | 06/05/2007 | $16,795.50 |
| | | | | **$16,795.50** |
| GREENWICH CAPITAL | Add | Wire | 06/14/2007 | $461,484.38 |
| | | | | **$461,484.38** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| GSCS DBG | Add | Wire | 06/12/2007 | $30,000.00 |
| | Add | Wire | 06/12/2007 | $15,253,863.00 |
| | Add | Wire | 06/13/2007 | $2,656,783.00 |
| | Add | Wire | 06/13/2007 | $40,000.00 |
| | Add | Wire | 06/14/2007 | $516,212.93 |
| | Add | Wire | 06/18/2007 | $7,127,302.00 |
| | Add | Wire | 06/18/2007 | $493,801.27 |
| | Add | Wire | 06/25/2007 | $274,324.14 |
| | Add | Wire | 06/27/2007 | $19,000,000.00 |
| | Add | Wire | 06/29/2007 | $963,478.17 |
| | | | | **$46,355,764.51** |
| GSCS MIC | Add | Wire | 06/01/2007 | $134,558.63 |
| | Add | Wire | 06/01/2007 | $114,625.11 |
| | Add | Wire | 06/08/2007 | $941,280.57 |
| | Add | Wire | 06/11/2007 | $65,608.27 |
| | Add | Wire | 06/25/2007 | $65,608.27 |
| | | | | **$1,321,680.85** |
| GSR CLEARING | Add | Wire | 05/18/2007 | $7,350,420.87 |
| | Add | Wire | 05/18/2007 | $8,282,598.73 |
| | Add | Wire | 07/18/2007 | $7,071,979.03 |
| | Add | Wire | 07/18/2007 | $3,910,778.71 |
| | | | | **$26,615,777.34** |
| HARBORVIEW | Add | Wire | 06/04/2007 | $1,251.77 |
| | Add | Wire | 06/04/2007 | $201,345.94 |
| | | | | **$202,597.71** |
| HOMECOMINGS FINANCIAL LLC | Add | Wire | 07/02/2007 | $429,042.39 |
| | | | | **$429,042.39** |
| HOPEWELL | Add | Wire | 07/23/2007 | $44,654.81 |
| | | | | **$44,654.81** |
| HOWARD N BAROKAS | Add | Wire | 07/02/2007 | $178,552.00 |
| | | | | **$178,552.00** |
| HSBC | Add | Wire | 05/07/2007 | $129,481.38 |
| | Add | Wire | 05/11/2007 | $359.68 |
| | Add | Wire | 06/20/2007 | $13,750.00 |
| | | | | **$143,591.06** |
| HSBC BANK | Add | Wire | 07/09/2007 | $81,650.28 |
| | | | | **$81,650.28** |
| HSBC ESCROWS | Add | Wire | 06/04/2007 | $96,054.82 |
| | | | | **$96,054.82** |
| HSIMBS | Add | Wire | 06/25/2007 | $152,124.63 |
| | | | | **$152,124.63** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| IMPAC FUNDING | Add | Wire | 06/22/2007 | $587,916.33 |
| | Add | Wire | 07/13/2007 | $176,784.86 |
| | | | | **$764,701.19** |
| IMPAC REMIT CLEARING ACCT | Add | Wire | 07/18/2007 | $786,989.62 |
| | | | | **$786,989.62** |
| IMPAC REMITTANCE CLEARING | Add | Wire | 05/02/2007 | $321,787.60 |
| | Add | Wire | 05/07/2007 | $56,852.11 |
| | Add | Wire | 06/05/2007 | $895,940.68 |
| | Add | Wire | 06/06/2007 | $177.13 |
| | Add | Wire | 06/13/2007 | $287,447.73 |
| | | | | **$1,562,205.25** |
| IMPAC REMITTANCE CLEARING ACCT | Add | Wire | 07/03/2007 | $891,818.21 |
| | Add | Wire | 07/05/2007 | $398,375.64 |
| | Add | Wire | 07/09/2007 | $275,110.63 |
| | Add | Wire | 07/09/2007 | $88,797.73 |
| | | | | **$1,654,102.21** |
| INDYMAC BANK | Add | Wire | 05/18/2007 | $331,735.63 |
| | Add | Wire | 07/03/2007 | $891,665.77 |
| | Add | Wire | 07/09/2007 | $1,031,736.34 |
| | Add | Wire | 07/09/2007 | $3,046,352.31 |
| | Add | Wire | 08/02/2007 | $629,253.98 |
| | | | | **$5,930,744.03** |
| INDYMAC HELO C | Add | Wire | 05/18/2007 | $200,322.39 |
| | | | | **$200,322.39** |
| INTEREST RATE DERIVATIVES | Add | Wire | 05/17/2007 | $457,283.29 |
| | Add | Wire | 05/18/2007 | $3,561.20 |
| | | | | **$460,844.49** |
| INV43,502 P&I ACCT | Add | Wire | 06/29/2007 | $23,351.45 |
| | | | | **$23,351.45** |
| JAMES A.&LISA R.SCHILLING | Add | Wire | 06/14/2007 | $23,164.93 |
| | | | | **$23,164.93** |
| JO MORGAN BISAVER | Add | Wire | 05/17/2007 | $7,278.74 |
| | | | | **$7,278.74** |
| JOHN STEVENS | Add | Wire | 07/10/2007 | $40,000.00 |
| | | | | **$40,000.00** |
| JPM PYMT CLEARING | Add | Wire | 06/11/2007 | $6,612,254.36 |
| | | | | **$6,612,254.36** |
| JPMORGAN BISAVER | Add | Wire | 07/06/2007 | $6,133.12 |
| | Add | Wire | 07/17/2007 | $2,379.87 |
| | | | | **$8,512.99** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| KEY BANK NATIONAL ASSOC | Add | Wire | 07/02/2007 | $351,355.00 |
| | Add | Wire | 07/02/2007 | $270,235.00 |
| | | | | **$621,590.00** |
| KEYBANK NAT'L ASSOC | Add | Wire | 05/16/2007 | $269,195.00 |
| | Add | Wire | 05/18/2007 | $269,195.00 |
| | Add | Wire | 06/07/2007 | $251,115.00 |
| | | | | **$789,505.00** |
| LAW OFFICES OF AARON KATSMAN | Add | Wire | 06/25/2007 | $382,060.01 |
| | | | | **$382,060.01** |
| LBI | Add | Wire | 06/06/2007 | $7,578.62 |
| | Add | Wire | 06/06/2007 | $26,790.13 |
| | Add | Wire | 06/18/2007 | $206,686.14 |
| | Add | Wire | 06/25/2007 | $30,759.04 |
| | | | | **$271,813.93** |
| LEHMAN ACCOUNT | Add | Wire | 06/01/2007 | $417,890.75 |
| | | | | **$417,890.75** |
| LEHMAN BROTHERS | Add | Wire | 06/11/2007 | $8,391.82 |
| | Add | Wire | 06/13/2007 | $1,900,000.00 |
| | Add | Wire | 06/13/2007 | $2,365,250.00 |
| | Add | Wire | 06/25/2007 | $4,392,870.04 |
| | | | | **$8,666,511.86** |
| LEWIS R MALER | Add | Wire | 05/02/2007 | $286,666.97 |
| | | | | **$286,666.97** |
| MADISON COUNTY | Add | Wire | 07/23/2007 | $12,110.20 |
| | | | | **$12,110.20** |
| MAIA MORTGAGE | Add | Wire | 06/22/2007 | $81,498.94 |
| | | | | **$81,498.94** |
| MARCUS SILVA MARDES MOREIRA 155-157 THIRD AVE LONG BRANCH, NJ  07740 | Add | Wire | 05/17/2007 | $10,058.85 |
| | | | | **$10,058.85** |
| MBS | Add | Wire | 06/26/2007 | $121,361.90 |
| | | | | **$121,361.90** |
| MCLMO | Add | Wire | 06/29/2007 | $74,180.88 |
| | | | | **$74,180.88** |
| MELLON TRUST OF NEW ENGLAND | Add | Wire | 08/02/2007 | $9,177.21 |
| | | | | **$9,177.21** |
| MEMBERS FIRST | Add | Wire | 07/23/2007 | $25,588.64 |
| | | | | **$25,588.64** |
| MEMBERS FIRST CU | Add | Wire | 07/11/2007 | $5,552.15 |
| | | | | **$5,552.15** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| MERRILL LYNCH<br>P.O. BOX 40239<br>JACKSONVILLE, FL 32203 | Add | Wire | 06/22/2007 | $24,826.43 |
| | | | | **$24,826.43** |
| MINNESOTA | Add | Wire | 07/06/2007 | $14,515.82 |
| | | | | **$14,515.82** |
| MINNESOTA MUTUAL LIFE | Add | Wire | 05/09/2007 | $14,633.61 |
| | | | | **$14,633.61** |
| ML MATCHBOOK | Add | Wire | 06/12/2007 | $50,921.38 |
| | Add | Wire | 06/13/2007 | $16,557.44 |
| | | | | **$67,478.82** |
| MLCMO | Add | Wire | 06/21/2007 | $1,697,465.00 |
| | | | | **$1,697,465.00** |
| MORGAN STANLEY & CO | Add | Wire | 06/13/2007 | $4,522,551.00 |
| | Add | Wire | 06/13/2007 | $923,000.00 |
| | Add | Wire | 06/18/2007 | $1,455,120.00 |
| | Add | Wire | 06/20/2007 | $188,867.21 |
| | Add | Wire | 06/26/2007 | $22,824,910.30 |
| | Add | Wire | 06/27/2007 | $9,088.14 |
| | | | | **$29,923,536.65** |
| MORTGAGE SETTLEMENT ACCOUNT<br>ONE GREAT NECK ROAD #4<br>GREAT NECK, NY 11021 | Add | Wire | 07/16/2007 | $181,419.47 |
| | | | | **$181,419.47** |
| MORTGAGE SETTLEMENT ACCT | Add | Wire | 07/24/2007 | $1,323,047.65 |
| | | | | **$1,323,047.65** |
| MRC | Add | Wire | 06/07/2007 | $35,634.07 |
| | Add | Wire | 06/25/2007 | $30,903.94 |
| | | | | **$66,538.01** |
| MSMCH | Add | Wire | 07/09/2007 | $493,721.68 |
| | | | | **$493,721.68** |
| MSMCI | Add | Wire | 05/07/2007 | $374,614.45 |
| | Add | Wire | 05/18/2007 | $1,625,290.49 |
| | Add | Wire | 06/07/2007 | $4,143,063.33 |
| | Add | Wire | 06/07/2007 | $835,542.71 |
| | Add | Wire | 06/18/2007 | $914.38 |
| | Add | Wire | 07/09/2007 | $811,457.52 |
| | Add | Wire | 07/09/2007 | $3,211,245.32 |
| | Add | Wire | 07/18/2007 | $914.38 |
| | Add | Wire | 07/20/2007 | $1,775.00 |
| | | | | **$11,004,817.58** |
| NATIONAL UNION | Add | Wire | 07/06/2007 | $7,125.65 |
| | | | | **$7,125.65** |
| NAT'L UNION LIFE OF THE SOUTH | Add | Wire | 06/07/2007 | $7,403.70 |
| | | | | **$7,403.70** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| NCCI | Add | Wire | 05/07/2007 | $1,634,766.36 |
| | | | | **$1,634,766.36** |
| NEW CENTURY WAREHOUSE | Add | Wire | 06/04/2007 | $9,463.50 |
| | | | | **$9,463.50** |
| NON AFFILIATE LOANS | Add | Wire | 05/23/2007 | $127,910.67 |
| | | | | **$127,910.67** |
| NON-AFFILIATE | Add | Wire | 07/06/2007 | $119,793.98 |
| | | | | **$119,793.98** |
| NON-AFFILIATE LOANS | Add | Wire | 05/07/2007 | $86,607.63 |
| | | | | **$86,607.63** |
| NYLTD FUNDS CONTROL-SG | Add | Wire | 06/07/2007 | $406,350.00 |
| | | | | **$406,350.00** |
| PACIFIC CREST SAVINGS | Add | Wire | 05/10/2007 | $495,971.04 |
| | Add | Wire | 05/16/2007 | $562,185.46 |
| | | | | **$1,058,156.50** |
| PREFERRED SETTLEMENT | Add | Wire | 06/04/2007 | $25,424.39 |
| | | | | **$25,424.39** |
| PRINCIPAL BANK | Add | Wire | 07/31/2007 | $6,155.33 |
| | Add | Wire | 07/31/2007 | $16,946.43 |
| | | | | **$23,101.76** |
| PROFESIONAL NAT'L TITLE NETW | Add | Wire | 06/11/2007 | $17,458.76 |
| | | | | **$17,458.76** |
| RBOS GB2LTCM | Add | Wire | 06/01/2007 | $15,157.99 |
| | Add | Wire | 06/05/2007 | $13,157.99 |
| | Add | Wire | 06/27/2007 | $3,500,000.00 |
| | | | | **$3,528,315.98** |
| REBOS GB2LTCM | Add | Wire | 06/20/2007 | $1,950,000.00 |
| | | | | **$1,950,000.00** |
| REIS TITLE | Add | Wire | 06/11/2007 | $8,893.76 |
| | | | | **$8,893.76** |
| RESIDENTIAL FUNDING | Add | Wire | 05/18/2007 | $167,031.50 |
| | Add | Wire | 05/23/2007 | $70,156.52 |
| | Add | Wire | 06/01/2007 | $22,971.98 |
| | Add | Wire | 06/18/2007 | $114,907.67 |
| | | | | **$375,067.67** |
| RFC | Add | Wire | 07/18/2007 | $111,317.15 |
| | | | | **$111,317.15** |
| RTP FCU<br>1005 SLATER ROAD<br>DURHAM, NC  27703 | Add | Wire | 07/23/2007 | $19,668.47 |
| | | | | **$19,668.47** |
| S.E.C. | Add | Wire | 06/20/2007 | $153,469.30 |
| | | | | **$153,469.30** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| SANDRA L.HILL | Add | Wire | 05/17/2007 | $14,033.60 |
| | | | | **$14,033.60** |
| SEATTLE HOUSING AUTHORITY | Add | Wire | 07/12/2007 | $631,890.10 |
| | Add | Wire | 07/12/2007 | $631,890.10 |
| | | | | **$1,263,780.20** |
| SHIMON WEITZMAN REMOLDELING | Add | Wire | 05/16/2007 | $17,990.86 |
| | | | | **$17,990.86** |
| SILVER CITY CONSRTUCTION | Add | Wire | 05/10/2007 | $150,680.04 |
| | | | | **$150,680.04** |
| SMARTERTITLE<br>101 POND'S EDGE DR<br>CHADD'S FORD, PA  19317 | Add | Wire | 06/25/2007 | $131,653.69 |
| | | | | **$131,653.69** |
| SMSI CUSTODIAL CLEARING | Add | Wire | 08/02/2007 | $927,059.40 |
| | | | | **$927,059.40** |
| STANDARD REGISTER | Add | Wire | 07/23/2007 | $21,986.31 |
| | | | | **$21,986.31** |
| STANTDARD REGISTER | Add | Wire | 06/21/2007 | $18,776.72 |
| | | | | **$18,776.72** |
| STATE FARM | Add | Wire | 05/02/2007 | $7,011.99 |
| | | | | **$7,011.99** |
| STATE FARM LIFE INS | Add | Wire | 06/04/2007 | $9,173.67 |
| | | | | **$9,173.67** |
| STATE FARM LIFE INSURANCE | Add | Wire | 07/03/2007 | $9,175.44 |
| | | | | **$9,175.44** |
| STATE HIGHWAY PATROL | Add | Wire | 07/23/2007 | $31,935.37 |
| | | | | **$31,935.37** |
| STEPHANIE&STEPHEN SHORTIDGE | Add | Wire | 06/15/2007 | $159,610.36 |
| | | | | **$159,610.36** |
| STRUCTURED FINANCE | Add | Wire | 07/18/2007 | $24,069,806.83 |
| | | | | **$24,069,806.83** |
| SUNTRUST ASSET FUNDING | Add | Wire | 06/08/2007 | $71,402.19 |
| | | | | **$71,402.19** |
| SURECIOSE SVCS LLC | Add | Wire | 06/25/2007 | $806,547.94 |
| | | | | **$806,547.94** |
| SUTTON FUNDING | Add | Wire | 07/18/2007 | $3,505,525.57 |
| | | | | **$3,505,525.57** |
| TALUS PARCEL 16 LLC | Add | Wire | 06/15/2007 | $92,317.28 |
| | Add | Wire | 06/15/2007 | $151,818.23 |
| | | | | **$244,135.51** |
| TALUS PARCEL 16 LLC 16 3 | Add | Wire | 07/02/2007 | $132,444.27 |
| | | | | **$132,444.27** |

Statement of Financial Affairs - Exhibit 3b

American Home Mortgage Servicing, Inc.   07-11050

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| TALUS PARCEL 16 LLC 16-3 | Add | Wire | 05/16/2007 | $92,633.16 |
| | Add | Wire | 05/18/2007 | $88,170.73 |
| | | | | **$180,803.89** |
| TALUS PARCEL 16LLC | Add | Wire | 06/07/2007 | $272,315.00 |
| | Add | Wire | 06/07/2007 | $100,888.51 |
| | | | | **$373,203.51** |
| TD SERVICE COMPANY 1820 E FIRST ST, STE 210 SANTA ANA, CA  92711 | | 0000754 | 07/11/2007 | $13,244.45 |
| | | | | **$13,244.45** |
| TEAM BUILDER JLS LLC | Add | Wire | 07/02/2007 | $9,082.50 |
| | | | | **$9,082.50** |
| TED | Add | Wire | 05/29/2007 | $14,000.00 |
| | | | | **$14,000.00** |
| TICOR TITLE 10000 STOCKDALE HWY #100 BAKERSFIELD, CA  93311 | Add | Wire | 07/26/2007 | $47,484.13 |
| | | | | **$47,484.13** |
| TRIAD GUARANTY INS | Add | Wire | 05/18/2007 | $58,761.37 |
| | | | | **$58,761.37** |
| TRIAD GUARANTY INS CORP 101 S. STRATFORD RD. WINSTON-SALEM, NC  27104 | Add | Wire | 07/18/2007 | $53,936.55 |
| | | | | **$53,936.55** |
| TRIAD GUAYAMTY INS | Add | Wire | 06/18/2007 | $56,161.79 |
| | | | | **$56,161.79** |
| TRI-POINTE COMMUNITY CU C/O MACK MCCONNELL 2343 E. HILL ROAD GRAND BLANC, MI  48439-5059 | Add | Wire | 07/23/2007 | $5,708.87 |
| | | | | **$5,708.87** |
| UBS AG LONDON BRANCH | Add | Wire | 06/11/2007 | $28,265.74 |
| | Add | Wire | 06/12/2007 | $5,375,366.00 |
| | Add | Wire | 06/15/2007 | $11,068.92 |
| | | | | **$5,414,700.66** |
| UBS LONDON | Add | Wire | 06/18/2007 | $8,886,539.00 |
| | | | | **$8,886,539.00** |
| UBS MBS | Add | Wire | 06/26/2007 | $2,748.67 |
| | Add | Wire | 06/26/2007 | $49,507.37 |
| | | | | **$52,256.04** |
| UBS REAL ESTATE SECURITIES INC. | Add | Wire | 07/18/2007 | $46,178.25 |
| | | | | **$46,178.25** |
| UBS-MBS | Add | Wire | 06/07/2007 | $1,055,490.01 |
| | | | | **$1,055,490.01** |
| UNITED SERVICES CU 391 S. FRENCH BROAD AVE. ASHEVILLE, NC  28801 | Add | Wire | 05/08/2007 | $874,689.56 |
| | Add | Wire | 07/05/2007 | $64,933.68 |
| | Add | Wire | 07/23/2007 | $49,811.08 |
| | | | | **$989,434.32** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| US BANK<br>CM-9690<br>ST. PAUL, MN  55170 | Add | Wire | 07/09/2007 | $58,717.71 |
| | | | | **$58,717.71** |
| VANGUARD | Add | Wire | 05/02/2007 | $234,807.78 |
| | | | | **$234,807.78** |
| WACHOVIA | Add | Wire | 05/14/2007 | $970.41 |
| | Add | Wire | 06/05/2007 | $55,572.51 |
| | Add | Wire | 06/20/2007 | $1,880,000.00 |
| | Add | Wire | 06/25/2007 | $410,000.00 |
| | Add | Wire | 06/26/2007 | $1,300,000.00 |
| | Add | Wire | 07/12/2007 | $970.83 |
| | Add | Wire | 07/13/2007 | $970.83 |
| | | | | **$3,648,484.58** |
| WAMU<br>5555 DIVIDEND DRIVE<br>COPPELL, TX  75019 | Add | Wire | 05/14/2007 | $651.00 |
| | Add | Wire | 06/13/2007 | $67,048.19 |
| | Add | Wire | 06/29/2007 | $64,947.35 |
| | | | | **$132,646.54** |
| WASHINGTON MUTUAL<br>17877 VON KARMAN AVE.<br>IRVINE, CA  92614 | Add | Wire | 07/02/2007 | $281,499.68 |
| | Add | Wire | 07/16/2007 | $3,106.22 |
| | | | | **$284,605.90** |
| WEBSTER BANK<br>609 W JOHNSON AVE<br>CHESHIRE, CT  06410 | Add | Wire | 06/04/2007 | $84,219.50 |
| | | | | **$84,219.50** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| WELLS FARGO | Add | Wire | 05/15/2007 | $4,761,704.72 |
| 5986 E MAIN ST | Add | Wire | 05/15/2007 | $16,693,395.71 |
| COLUMBUS, OH  43213 | Add | Wire | 05/18/2007 | $1,159,052.55 |
| | Add | Wire | 05/18/2007 | $27,583.02 |
| | Add | Wire | 05/18/2007 | $42,886.49 |
| | Add | Wire | 05/18/2007 | $1,898,611.93 |
| | Add | Wire | 05/18/2007 | $103,010.55 |
| | Add | Wire | 05/18/2007 | $1,383,980.40 |
| | Add | Wire | 05/18/2007 | $192,641.42 |
| | Add | Wire | 05/18/2007 | $202,800.03 |
| | Add | Wire | 05/18/2007 | $224,504.72 |
| | Add | Wire | 05/18/2007 | $232,051.61 |
| | Add | Wire | 05/18/2007 | $24,905,223.86 |
| | Add | Wire | 05/18/2007 | $923,399.63 |
| | Add | Wire | 05/18/2007 | $4,621.25 |
| | Add | Wire | 05/18/2007 | $6,437,999.20 |
| | Add | Wire | 05/18/2007 | $65,913.84 |
| | Add | Wire | 05/18/2007 | $9,258,323.01 |
| | Add | Wire | 05/18/2007 | $5,193.61 |
| | Add | Wire | 05/18/2007 | $63,930,787.98 |
| | Add | Wire | 05/18/2007 | $62,515,784.57 |
| | Add | Wire | 05/18/2007 | $37,825,701.98 |
| | Add | Wire | 05/18/2007 | $20,795,389.21 |
| | Add | Wire | 05/18/2007 | $759,476.83 |
| | Add | Wire | 05/18/2007 | $4,587,896.03 |
| | Add | Wire | 05/18/2007 | $6,888,316.16 |
| | Add | Wire | 05/18/2007 | $3,774,309.14 |
| | Add | Wire | 05/18/2007 | $1,932,671.90 |
| | Add | Wire | 05/18/2007 | $2,184,697.38 |
| | Add | Wire | 05/18/2007 | $2,291,766.52 |
| | Add | Wire | 05/18/2007 | $2,577,489.91 |
| | Add | Wire | 05/18/2007 | $2,951,575.44 |
| | Add | Wire | 05/18/2007 | $2,968,843.44 |
| | Add | Wire | 05/18/2007 | $10,739.14 |
| | Add | Wire | 05/18/2007 | $3,700,799.02 |
| | Add | Wire | 05/18/2007 | $4,823.20 |
| | Add | Wire | 05/18/2007 | $4,735,557.22 |
| | Add | Wire | 05/18/2007 | $6,444,709.71 |
| | Add | Wire | 05/18/2007 | $6,639,576.17 |
| | Add | Wire | 05/18/2007 | $7,217,218.08 |
| | Add | Wire | 05/18/2007 | $3,546,762.96 |
| | Add | Wire | 05/18/2007 | $173,286.07 |
| | Add | Wire | 05/18/2007 | $424.84 |
| | Add | Wire | 05/18/2007 | $1,026.24 |
| | Add | Wire | 05/18/2007 | $1,219,219.35 |
| | Add | Wire | 05/18/2007 | $3,256,969.79 |
| | Add | Wire | 05/18/2007 | $15,207,186.92 |
| | Add | Wire | 05/18/2007 | $69,182,284.78 |
| | Add | Wire | 05/18/2007 | $9,394,984.23 |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.  07-11050**

# AMENDED

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| Add | Wire | 05/18/2007 | $36,955,333.43 |
| Add | Wire | 05/18/2007 | $9,539,381.16 |
| Add | Wire | 05/18/2007 | $8,558,063.61 |
| Add | Wire | 05/18/2007 | $16,163,115.40 |
| Add | Wire | 05/18/2007 | $20,549.12 |
| Add | Wire | 05/21/2007 | $37,677,071.58 |
| Add | Wire | 05/21/2007 | $58,878,088.15 |
| Add | Wire | 05/21/2007 | $35,729,382.30 |
| Add | Wire | 05/21/2007 | $33,948,627.93 |
| Add | Wire | 05/21/2007 | $23,955,441.85 |
| Add | Wire | 05/21/2007 | $4,683.87 |
| Add | Wire | 05/21/2007 | $24,814,373.24 |
| Add | Wire | 05/22/2007 | $26,735,692.09 |
| Add | Wire | 05/22/2007 | $30,274,303.96 |
| Add | Wire | 05/22/2007 | $3,038,983.37 |
| Add | Wire | 05/22/2007 | $29,614,436.60 |
| Add | Wire | 05/22/2007 | $17,064,358.91 |
| Add | Wire | 05/22/2007 | $7,367,231.20 |
| Add | Wire | 05/22/2007 | $2,279,567.61 |
| Add | Wire | 05/22/2007 | $37,838,240.53 |
| Add | Wire | 05/22/2007 | $4,539,086.46 |
| Add | Wire | 05/22/2007 | $406.54 |
| Add | Wire | 05/22/2007 | $92,013,920.36 |
| Add | Wire | 05/22/2007 | $1,557,503.61 |
| Add | Wire | 05/22/2007 | $33,975,345.02 |
| Add | Wire | 05/23/2007 | $19,500.40 |
| Add | Wire | 05/23/2007 | $2,374.88 |
| Add | Wire | 05/24/2007 | $19,500.40 |
| Add | Wire | 06/01/2007 | $4,008.34 |
| Add | Wire | 06/07/2007 | $17,392.27 |
| Add | Wire | 06/15/2007 | $4,717,027.87 |
| Add | Wire | 06/15/2007 | $54,097.71 |
| Add | Wire | 06/15/2007 | $1,122,576.86 |
| Add | Wire | 06/15/2007 | $23,074,992.03 |
| Add | Wire | 06/18/2007 | $21,958.94 |
| Add | Wire | 06/18/2007 | $10,739.40 |
| Add | Wire | 06/18/2007 | $45,691.64 |
| Add | Wire | 06/18/2007 | $424.44 |
| Add | Wire | 06/18/2007 | $4,621.25 |
| Add | Wire | 06/18/2007 | $1,025.43 |
| Add | Wire | 06/18/2007 | $65,549.35 |
| Add | Wire | 06/18/2007 | $537,902.48 |
| Add | Wire | 06/18/2007 | $5,031.40 |
| Add | Wire | 06/18/2007 | $181,273.60 |
| Add | Wire | 06/18/2007 | $69,909.38 |
| Add | Wire | 06/18/2007 | $344,859.62 |
| Add | Wire | 06/18/2007 | $68,316.92 |
| Add | Wire | 07/03/2007 | $374,218.20 |
| Add | Wire | 07/09/2007 | $135,283.37 |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| Add | Wire | 07/13/2007 | $4,241,634.36 |
| Add | Wire | 07/13/2007 | $25,715,269.67 |
| Add | Wire | 07/18/2007 | $1,573,862.23 |
| Add | Wire | 07/18/2007 | $1,389,215.58 |
| Add | Wire | 07/18/2007 | $3,346,233.52 |
| Add | Wire | 07/18/2007 | $1,745,448.95 |
| Add | Wire | 07/18/2007 | $52,527,849.29 |
| Add | Wire | 07/18/2007 | $2,149,133.66 |
| Add | Wire | 07/18/2007 | $2,305,585.16 |
| Add | Wire | 07/18/2007 | $2,344,036.33 |
| Add | Wire | 07/18/2007 | $2,415,370.45 |
| Add | Wire | 07/18/2007 | $2,514,927.72 |
| Add | Wire | 07/18/2007 | $1,024.61 |
| Add | Wire | 07/18/2007 | $2,621,887.67 |
| Add | Wire | 07/18/2007 | $70,988,749.39 |
| Add | Wire | 07/18/2007 | $2,623,728.75 |
| Add | Wire | 07/18/2007 | $2,573.39 |
| Add | Wire | 07/18/2007 | $35,278,338.78 |
| Add | Wire | 07/18/2007 | $4,819.35 |
| Add | Wire | 07/18/2007 | $11,437,186.01 |
| Add | Wire | 07/18/2007 | $424.04 |
| Add | Wire | 07/18/2007 | $106,724.40 |
| Add | Wire | 07/18/2007 | $46,642.44 |
| Add | Wire | 07/18/2007 | $39,138.92 |
| Add | Wire | 07/18/2007 | $10,739.22 |
| Add | Wire | 07/18/2007 | $5,003.11 |
| Add | Wire | 07/18/2007 | $55,826,256.83 |
| Add | Wire | 07/18/2007 | $4,621.25 |
| Add | Wire | 07/18/2007 | $10,709,392.50 |
| Add | Wire | 07/18/2007 | $1,127,192.13 |
| Add | Wire | 07/18/2007 | $2,861,428.55 |
| Add | Wire | 07/18/2007 | $5,923,727.94 |
| Add | Wire | 07/18/2007 | $1,045,494.95 |
| Add | Wire | 07/18/2007 | $7,084,887.53 |
| Add | Wire | 07/18/2007 | $2,961,574.97 |
| Add | Wire | 07/18/2007 | $132,995.77 |
| Add | Wire | 07/18/2007 | $4,280,535.12 |
| Add | Wire | 07/18/2007 | $19,586,848.90 |
| Add | Wire | 07/18/2007 | $36,228,221.76 |
| Add | Wire | 07/18/2007 | $3,826,491.13 |
| Add | Wire | 07/18/2007 | $5,744,732.52 |
| Add | Wire | 07/18/2007 | $5,738,587.56 |
| Add | Wire | 07/18/2007 | $6,908,807.01 |
| Add | Wire | 07/18/2007 | $12,459,640.29 |
| Add | Wire | 07/18/2007 | $22,914,258.59 |
| Add | Wire | 07/18/2007 | $25,690,833.48 |
| Add | Wire | 07/18/2007 | $27,063,501.70 |
| Add | Wire | 07/18/2007 | $4,596,303.64 |
| Add | Wire | 07/18/2007 | $6,660,194.32 |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| | Add | Wire | 07/18/2007 | $2,057,660.54 |
| | Add | Wire | 07/18/2007 | $157,769.97 |
| | Add | Wire | 07/18/2007 | $185,668.15 |
| | Add | Wire | 07/18/2007 | $289,496.56 |
| | Add | Wire | 07/18/2007 | $754,116.83 |
| | Add | Wire | 07/18/2007 | $4,925,602.56 |
| | Add | Wire | 07/19/2007 | $77,763.21 |
| | Add | Wire | 07/19/2007 | $29,320,815.38 |
| | Add | Wire | 07/19/2007 | $42,475,420.99 |
| | Add | Wire | 07/19/2007 | $42,114,232.00 |
| | Add | Wire | 07/19/2007 | $45,603,777.70 |
| | Add | Wire | 07/19/2007 | $17,987,382.66 |
| | Add | Wire | 07/19/2007 | $23,494,697.41 |
| | Add | Wire | 07/19/2007 | $28,577,911.14 |
| | Add | Wire | 07/20/2007 | $2,122,058.20 |
| | Add | Wire | 07/20/2007 | $83,716.97 |
| | Add | Wire | 07/20/2007 | $27,599,314.15 |
| | Add | Wire | 07/20/2007 | $47,212,047.43 |
| | Add | Wire | 07/20/2007 | $86,954,878.16 |
| | Add | Wire | 07/20/2007 | $9,402,960.80 |
| | Add | Wire | 07/20/2007 | $3,392,917.43 |
| | Add | Wire | 07/20/2007 | $27,261,729.99 |
| | Add | Wire | 07/20/2007 | $8,642.23 |
| | Add | Wire | 07/20/2007 | $805,439.69 |
| | Add | Wire | 07/20/2007 | $23,065,288.30 |
| | Add | Wire | 07/20/2007 | $21,984,847.40 |
| | Add | Wire | 07/20/2007 | $3,810,046.19 |
| | Add | Wire | 07/20/2007 | $881,439.90 |
| | Add | Wire | 07/20/2007 | $117,409.44 |
| | Add | Wire | 07/20/2007 | $22,166.47 |
| | Add | Wire | 07/20/2007 | $3,067.55 |
| | Add | Wire | 07/23/2007 | $9,435.26 |
| | Add | Wire | 07/23/2007 | $5,469.27 |
| | Add | Wire | 07/25/2007 | $10,668.62 |
| | Add | Wire | 08/02/2007 | $1,103,325.85 |
| | Add | Wire | 08/02/2007 | $11,149,469.96 |
| | Add | Wire | 08/02/2007 | $42,476,155.00 |
| | Add | Wire | 08/03/2007 | $21,543.97 |
| | Add | Wire | 08/03/2007 | $1,859,486.87 |
| | Add | Wire | 08/03/2007 | $316,397.19 |
| | | | | **$2,063,198,948.67** |
| WELLS FARGO FUNDING | Add | Wire | 06/01/2007 | $1,594,442.87 |
| | | | | **$1,594,442.87** |
| WELLS FARGO HOME | Add | Wire | 06/11/2007 | $252,385.77 |
| | | | | **$252,385.77** |
| WIRE SETTLEMENT ACCT | Add | Wire | 07/20/2007 | $543,259.83 |
| | | | | **$543,259.83** |

**Statement of Financial Affairs - Exhibit 3b**

**American Home Mortgage Servicing, Inc.   07-11050**

# AMENDED

| Claimant | | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| XPBAHM2 | Add | Wire | 06/11/2007 | $402,151.45 |
| | Add | Wire | 06/29/2007 | $5,926.99 |
| | | | | **$408,078.44** |
| ZC STERLING | Add | Wire | 05/03/2007 | $312,290.78 |
| 210 INTERSTATE NORTH PKWY | Add | Wire | 05/10/2007 | $4,443,600.77 |
| STE 400 | Add | Wire | 06/01/2007 | $37,483.22 |
| ATLANTA, GA  30339 | | 0001842 | 06/18/2007 | $49,685.51 |
| | Add | Wire | 07/19/2007 | $670,027.51 |
| | Add | Wire | 07/20/2007 | $248,446.24 |
| | Add | Wire | 07/23/2007 | $731,345.10 |
| | Add | Wire | 07/25/2007 | $1,445,010.35 |
| | | | | **$7,937,889.48** |

**Grand Total:  207**                                                  **$2,486,666,107.04**