UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       ) Chapter 11
                                                             )
AMERICAN HOME MORTGAGE HOLDINGS,                             ) Case No. 07-11047 (CSS)
INC., *et al.*,                                              )
                                                             ) (Jointly Administered)
                    Debtors.                                 )
                                                             )
------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that EMC Mortgage Corporation ("EMC"), by and through its undersigned counsel, hereby withdraws its Proof of Claim No. 1525, filed against American Home Mortgage Holdings, Inc. ("Debtor") on October 5, 2008 and its Proofs of Claim No. 4609, No. 4610 and No. 4611 filed against the Debtor on December 4, 2008.

Dated: August 13, 2008

                                        DUANE MORRIS LLP

                                        /s/ Frederick B. Rosner
                                        Frederick B. Rosner (DE 3995)
                                        1100 North Market Street, Suite 1200
                                        Wilmington, DE 19801-1246
                                        Telephone: (302) 657-4943

                                        and

                                        SIDLEY AUSTIN LLP
                                        William M. Goldman
                                        Geoffrey T. Raicht
                                        Alex R. Rovira
                                        787 Seventh Avenue
                                        New York, NY 10019
                                        Telephone: (212) 839-5300

                                        SIDLEY AUSTIN LLP
                                        David R. Kuney
                                        1501 K. St. N.W.
                                        Washington, D.C. 20005
                                        Telephone: (202) 736-8650

DM3\786134.1