UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           ) Chapter 11
                                                                 )
AMERICAN HOME MORTGAGE HOLDINGS,                                 ) Case No. 07-11047 (CSS)
INC., *et al.*,                                                  )
                                                                 ) (Jointly Administered)
                            Debtors.                             )
                                                                 ) **Related to Docket No. 5368**
                                                                 )
---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF:
## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that EMC Mortgage Corporation ("EMC"), by and through its undersigned counsel, hereby withdraws its Notice of Withdrawal of Proofs of Claim [D.I. 5368], filed on August 13, 2008 because the Notice contained an incorrect signature block.

Dated: Wilmington, Delaware
       August 13, 2008

DUANE MORRIS LLP

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4943

Delaware Counsel for EMC Mortgage Corporation

NY2:\1852062\03\13P2603!.DOC\73656.0003