# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------  x
                                                                )
In re:                                                          )  Chapter 11
                                                                )
AMERICAN HOME MORTGAGE HOLDINGS,                                )  Case No. 07-11047 (CSS)
INC., et al.,                                                   )
                                                                )  (Jointly Administered)
                    Debtors.                                    )
                                                                )
--------------------------------------------------------------  x
```

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that EMC Mortgage Corporation ("EMC"), by and

through its undersigned counsel, hereby withdraws its Proof of Claim No. 1525, filed against

American Home Mortgage Holdings, Inc. ("Debtor") on October 5, 2008 and its Proofs of Claim

No. 4609, No. 4610 and No. 4611 filed against the Debtor on December 4, 2008.

Dated:  August 13, 2008

DUANE MORRIS LLP

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4943

and

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300


Counsel for EMC Mortgage Corporation