Maria Corona
16 Fruit Street
Milford Ma 01757

August 2, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street 3rd floor
Wilmington DE 19801



Re: American Home Mortgage Holdings, Inc.
    Response to Reassignment of Claim #809 in the amount of $135.00


In response The United States Bankruptcy Court correspondence dated 7/18/2008 regarding the reassignment of my claim against American Home Mortgage in the amount of $135.00, I wish to have this case heard and directed toward the appropriate American Home Mortgage entity that is responsible for the refund of $135.00 I was promised in writing by the American Home Mortgage Loan Officer Jessica Erlichman that processed my new mortgage loan in July of 2007. The following was Ms. Erlichman's contact information. The American Home Mortgage entity that Jessica Erlichman worked for and represented as Loan Officer would be the entity that this claim should be filed against.

**Jessica Erlichman**
American Home Mortgage
300 Congress St Suite 305
Quincy, MA 02169
617-839-2600 Cell
866-506-5404 fax
Jessica.Erlichman@Americanhm.com
www.americanhm.com/Jessica.Erlichman


All my original supporting documents were filed with the initial claim.
Please feel free to contact me with any concerns @ 774-573-9177.



Thank You,

*Maria Corona*
Maria Corona




cc. Young Conaway Stargatt & Taylor, LLP

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: August 11, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: August 18, 2008 at 10:00 a.m. (ET) |

AHM OB12 7/17/2008 (merge2.txnum2) 4000000802 EPIQ Use - 98

CORONA, MARIA
16 FRUIT ST
MILFORD, MA 01757

## NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** CORONA, MARIA
16 FRUIT ST
MILFORD, MA 01757

**Basis For Objection:** Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 809 | $135.00 | 07-11053 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

    Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON AUGUST 18, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
       Wilmington, Delaware



YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession