United States Bankruptcy Court for the District of Delaware      08/04/2008
824 Market Street, 3rd Floor
Wilmington, Delaware, 19801

Re: Case no. 07-11047

To whom it may concern;

This is in response to the objection dated July 18, 2008 made by Young, Conaway, Stargatt & Taylor, LLP on behalf of American Home Mortgage Holdings, Inc. The objection is in error. The total amount due to RL Bonnville, LLC is $1250.00 for unpaid invoices dated prior to 2007. We do not see any reason for them to be excluded from this case under the "wrong debtor claim".

On 01/01/2007, RL Bonnville, LLC changed it's name to Michigan Residential Appraisal Services. Invoices left outstanding from RL Bonnville, LLC were filed separately to prevent confusion regarding the outstanding invoices. Comparison of the addresses and loan numbers prove that RL Bonnville, LLC's outstanding invoices were not claimed under Michigan Residential Appraisal Services and that the full amount of $1250.00 is due to RL Bonnville, LLC. Please see attached lists.

If you have any questions, please feel free to contact me at 734-355-0388.

Sincerely,

Leslie Forys
Michigan Residential Appraisal Services, LLC
P.O. Box 5305
Plymouth, MI 48170

| Date ordered | Loan # | Address | Amount due |
|---|---|---|---|
| 4/5/2007 | Scarfasci | 3086 Island Hills Dr, Dexter, MI | 275 |
| 5/10/2007 | 1750010 | 820 N. Blair Ave, Royal Oak, MI | 275 |
| 6/21/2007 | 1812063 | 2905 Silver Spring, Ann Arbor, MI | 225 |
| 7/3/2007 | 1818935 | 1472 Fox Pointe Cir, Ann Arbor, M | 225 |
| 7/12/2007 | 1832885 | 2221 S. Circle, Ann Arbor, MI | 225 |
| 7/17/2007 | 1839129 | 11271 Clovis Pointe, South Lyon | 175 |
| 7/18/2007 | 1841736 | 2914 Knightsbridge, Ann Arbor | 225 |
| 7/18/2007 | 1844203 | 348 Merion, Canton | 100 |
| 7/18/2007 | 1837412 | 40203 Newport, Plymouth | 100 |
|  |  | Total due | $ 1825.00 |

*Amount due to Michigan Residential Appraisal Services, LLC*

| Invoiced date | Loan # | Address | Amount due |
|---|---|---|---|
| 1/4/2006 | 1118901 | 1080 N. Portage Jackson, MI | 275 |
| 4/17/2006 | DET015386 app# | 1466 Bicentennial, Ann Arbor, MI | 275 |
| 5/2/2006 | Borrower - Rhodes | 1409 Duncan, Chelsea, MI | 275 |
| 5/9/2006 | 1283243 | 5528 Gallery Pk Ann Arbor, MI | 100 |
| 5/9/2006 | 1285426 | 5519 Gallery Pk Ann Arbor, MI | 100 |
| 10/4/2006 | 1452751 | 1166 Lexington Prkwy Ypsilanti | 75 |
| 12/1/2006 | 1539180 | 726 Spring Ann Arbor, MI | 150 |
|  |  | Total amount due | $ 1250.00 |

*amount due to R.L. Bonnville, LLC*