IN THE UNITED STATES BANKRUPCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., Delaware corporation, et al., ) Case No. 07-11047 (CSS)
)
) Jointly Administered
Debtors )
)

## RESPONSE TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION

| Claimant | Claim Number | Claim Amount |
|---|---|---|
| Harsch, Steven | 6541 | $1,650.00 |
| 39719 S. Riverwood Drive | | |
| Tucson, AZ 85739 | | |

This Response is to the Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 whereby the Debtor asserts that their books and records indicate that commissions have been paid for all valid loans.

My claim is specifically against American Home Mortgage Corp., a New York corporation, Case Number 07-11051.

### BACKGROUND

1. I was a commissioned employee of American Home Mortgage Corp.
2. In July and August of 2007 I brokered two loans to other lenders.
3. The other lenders paid a brokerage fee to American Home Mortgage Corp.
4. American Home Mortgage Corp filed for bankruptcy protection before I was paid.

### DEBTORS' DETERMINATION

The Debtors state that they have reviewed their books and records and have no record of any liability.

### PROOF OF CLAIM

I have submitted proof (see attached Exhibit A) that these loans closed and fees were paid to American Home Mortgage Corp. When the Debtor stated that they checked their books and records, they must only have examined "in-house" loans. I have been paid on all "in-house" loans, but not the two loans described in Exhibit A. If the Debtor continues to take the position that I have been paid, then compel them to produce

evidence (a cancelled check, a commission report or any computer printout) that they paid me for these loans. The Debtor can not produce this because I have not been paid for these two "brokered" transactions.

## SUMMARY OF CLAIM AMOUNT

| | |
|---|---|
| Gross fees received by American Home Mortgage Corp | $2,750 |
| Commission Rate | 60% |
| Commission Due | $1,650 |

Dated: August 6, 2008

*(signature)*
Steven M. Harsch, Claimant

39719 S. Riverwood Drive
Tucson, AZ 85739
520-289-6000 phone
630-654-0068 Fax

# EXHIBIT A

The following items are enclosed:

1. A summary of the transactions

2. Closing/settlement statement for the Kress loan.

3. Brokerage fee check for the Kress loan.

4. Closing/settlement statement for the Ellis loan.

5. Bank letter and brokerage fee check for the Ellis loan.

## Summary of the Transactions

| Borrower | Lender | American Home Mortgage loan # | Brokerage Fee |
|---|---|---|---|
| Kress, John P. 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 | Harris Bank NA | 1854461 | $1,250 |
| Ellis, Amy F. 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 | First American Bank | 1792328 | $1,500 |
| | | Total | $2,750 |
| | | Commission Rate | 60% |
| | | Commission Due | $1,650 |

OMB No. 2502-0265
Page 1

| A. |  TICOR TITLE INSURANCE COMPANY<br>CLOSER: Elizabeth Richmond<br>DATE OF PRINTING: 06/06/07<br>TIME OF PRINTING: 10:12<br>SETTLEMENT STATEMENT<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. TYPE OF LOAN |  |
|---|---|---|---|
|  |  | 1. ☐ FHA   2. ☐ FmHA   3. ☒ CONV. UNINS.<br>4. ☐ VA    5. ☐ CONV. INS. | |
|  |  | 6. File Number: 784384 | BMO |
|  |  | 7. Loan Number: 000784384-001 ER | LB |
|  |  | 8. Mortgage Insurance Case Number | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: JOHN P. KRESS AND ANGELA M. KRESS
   ADDRESS: 429 THE LANE
            HINSDALE             ILLINOIS

E. NAME OF SELLER:
   ADDRESS:

F. NAME OF LENDER: HARRIS N.A.
   ADDRESS: 333 NORTH NORTHWEST HIGHWAY
            BARRINGTON           ILLINOIS   60010

G. PROPERTY LOCATION: 429 THE LANE
                     HINSDALE              ILLINOIS

H. SETTLEMENT AGENT: TICOR TITLE INSURANCE COMPANY
   ADDRESS: 750 E. Bunker Ct.
            Vernon Hills   ILLINOIS   60061
   PLACE OF SETTLEMENT: 750 E. Bunker Ct.
   ADDRESS: Vernon Hills   ILLINOIS   60061

I. SETTLEMENT DATE: June 06, 2007  09:00
   DISBURSEMENT DATE: June 11, 2007

[Stamp: I CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT BY TICOR TITLE INSURANCE COMPANY]

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 505,932.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes   to | | 406. City/town taxes   to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMT DUE FROM BORROWER** | **505,932.50** | **420. GROSS AMT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 500,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **500,000.00** | **520. TOTAL REDUCTIONS AMT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amt due from borrower (line 120) | 505,932.50 | 601. Gross amt due to seller (line 420) | |
| 302. Less amts paid by/for borrower (line 220) | (500,000.00) | 602. Less reductions in amt due seller (line 520) | ( 0.00 ) |
| 303. CASH (☒ FROM) (☐ TO) BORROWER | 5,932.50 | 603. CASH (☐ TO) (☒ FROM) SELLER | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: X /s/ John P. Kress    Seller: _____
          JOHN P. KRESS
          X /s/ Angela M. Kress
          ANGELA M. KRESS

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Settlement Agent: /s/ Elizabeth Richmond    Date: 6/6/07

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

CMM

HUD-1 (3/86) RESPA, HB 4305.2

| | | | |
|---|---|---|---|
| 4857-01 4/80 | | Page 2 | OMB No. 2502-0255 |
| ORD#/ABS# 784384 BMO | | | |
| ESC# 000784384 ER LB | L. SETTLEMENT CHARGES | TIME OF PRINTING: 10:12 | |
| | | DATE OF PRINTING: 06/06/07 | |

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ @ $ = | | |
| | Division of Commission (line 700) as follows: | | |
| 701. | LB: $ to | | |
| 702. | SB: $ to | | |
| 703. | Commission paid at Settlement | | |
| | (Money retained by broker applied to commission $      ) | | |
| 704. | Other sales agent charges: | | |
| 705. | Additional commission: $ to | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. | Loan Origination Fee   % | | |
| 802. | Loan Discount   % | | |
| 803. | Appraisal Fee to HARRIS N.A. | | |
| 804. | Credit Report to | 475.00 | |
| 805. | Lender's Inspection Fee to HARRIS N.A. | | |
| 806. | Mortgage Insurance Application Fee to | 600.00 | |
| 807. | Assumption Fee to | | |
| 808. | LOAN FEE TO HARRIS N.A. | | |
| 809. | LOAN FEE TO AMERICAN HOME MORTGAGE | 2,500.00 | |
| 810. | FLOOD FEE TO HARRIS N.A. | 1,250.00 | |
| 811. | BUILDER REVIEW FEE TO HARRIS N.A. | 11.00 | |
| 812. | | 75.00 | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. | Interest from   to   @$   /day for   0 days | | |
| 902. | Mortgage Insurance Premium for   0.00 months to | | |
| 903. | Hazard Insurance Premium for   0.00 years to | | |
| 904. | | | |
| 905. | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | |
| 1001. | Hazard insurance   0.00 month @$   per month | | |
| 1002. | Mortgage insurance   0.00 month @$   per month | | |
| 1003. | City property taxes   0.00 month @$   per month | | |
| 1004. | County property taxes   0.00 month @$   per month | | |
| 1005. | Annual assessments   0.00 month @$   per month | | |
| 1006. |   0.00 month @$   per month | | |
| 1007. |   0.00 month @$   per month | | |
| 1008. | Aggregate Accounting Adjustment | 0.00 | 0.00 |
| 1100. | TITLE CHARGES | | |
| 1101. | Settlement or Closing Fee   to TICOR TITLE INSURANCE COMPANY | 125.00 | |
| 1102. | Abstract or title search   to | | |
| 1103. | Title examination   to | | |
| 1104. | Title insurance binder   to | | |
| 1105. | Document preparation   to | | |
| 1106. | Notary fees   to | | |
| 1107. | Attorney's fee   to | | |
| 1108. | Title insurance   to TICOR TITLE INSURANCE COMPANY | 412.50 | |
| | (includes above items numbers:) | | |
| 1109. | Lender's coverage $ 500,000.00   $ 412.50 | | |
| 1110. | Owner's coverage $ 0.00   $ | | |
| 1111. | CONSTRUCTION ESCROW FEE TO TICOR TITLE INSURANCE COMPANY | 430.00 | |
| 1112. | | | |
| 1113. | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. | Recording fees: Deed $   ; Mortgage $ 54.00 ; Release $ | 54.00 | |
| 1202. | City/county tax/stamps:   Deed $   ; Mortgage $ | | |
| 1203. | State tax/stamps:   Deed $   ; Mortgage $ | | |
| 1204. | | | |
| 1205. | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. | Survey   to | | |
| 1302. | Pest inspection   to | | |
| 1303. | UNDISBURSED FUNDS HELD BY HARRIS FOR CONTRUCTION | 500,000.00 | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1400. | TOTAL SETTLEMENT CHARGES   (enter on lines 103, Section J and 502, Section K) | 505,932.50 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower X _____   Seller _____
         JOHN P. J KRESS
         X _____
         ANGELA M. KRESS

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

_____   6/6/07
Settlement Agent   Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

CMM

HUD-1 (3/86) RESPA, HB 4305.2

| | Date | Check Number | Check Amount |
|---|---|---|---|
| AMERICAN HOME MORTGAGE | 07/09/07 | 9561078055 | $1,250.00 |

```
ESCROW #: 02000-000784384-001   ORDER #: 02000-000784384   CLOSER: ER   CLOSING LOC: LB
BUYER: JOHN P. KRESS                                        SELLER:
PROPTY: 429 THE LANE                                                    CITY: HINSDALE
         LOAN FEE                        1,250.00
                                         ---------
                          CHECK TOTAL     $1,250.00
```

**TICOR TITLE INSURANCE**
750 E. Bunker Ct.
Vernon Hills IL 60061   847/362-7605

BANK ONE, NA
ILLINOIS

9561078055
70-2322/719
JULY 09, 2007

PAY ONLY ⇨ 1250 00
ONE TWO FIVE ZERO CTSCTS

| FILE NO. | SUB | LOC'N | CLOSER |
|---|---|---|---|
| 000784384 | 001 | LB | RICHMONDSE |

$1,250.00

Pay: ONE THOUSAND TWO HUNDRED FIFTY AND 00/100

To the Order of: AMERICAN HOME MORTGAGE **

Memo

⑈9561078055⑈  ⑆071923226⑆  09 86178⑈

old loan # 1531095
new loan # 1854461

OMB No. 2502-0265

| A | CHICAGO TITLE INSURANCE COMPANY<br>CHICAGO TITLE AND TRUST COMPANY<br>CLOSER: KAREN BUCK<br>DATE OF PRINTING: 07/20/07<br>TIME OF PRINTING: 18:53 | B. TYPE OF LOAN |
|---|---|---|
| | | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.<br>4. ☐ VA  5. ☐ CONV. INS.<br>6. File Number: 27097280<br>027097280-001 RAD FL<br>7. Loan Number: 28913193255<br>8. Mortgage Insurance Case Number |

SETTLEMENT STATEMENT
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: AMY F. ELLIS
   ADDRESS: 407 COLONY COURT
            BOLINGBROOK    ILLINOIS    60440

E. NAME OF SELLER:
   ADDRESS:

F. NAME OF LENDER: FIRST AMERICAN BANK
   ADDRESS: 201 S. STATE STREET
            HAMPSHIRE    ILLINOIS    60140

G. PROPERTY LOCATION: 407 COLONY COURT
                      BOLINGBROOK    ILLINOIS    60440

H. SETTLEMENT AGENT: CHICAGO TITLE AND TRUST COMPANY
   ADDRESS: 2720 W. HASSERT BLVD, SUITE 302
            NAPERVILLE    ILLINOIS    60564

PLACE OF SETTLEMENT: 2720 W. HASSERT BLVD, SUITE 302
   ADDRESS: NAPERVILLE    ILLINOIS    60564

I. SETTLEMENT DATE: July 20, 2007  04:30
   DISBURSEMENT DATE: July 25, 2007

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 23,600 | 403. | |
| 104. 1ST MTG WITH AMERICAN HOME MORTGAGE | | 404. | |
| 105. CURRENTLY $57,000.00 | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMT DUE FROM BORROWER | 23,600 | 420. GROSS AMT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 23,600 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 23,600 | 520. TOTAL REDUCTIONS AMT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amt due from borrower (line 120) | 23,600 | 601. Gross amt due to seller (line 420) | 0.00 |
| 302. Less amts paid by/for borrower (line 220) | 23,600 | 602. Less reductions in amt due seller (line 520) | 0.00 |
| 303. CASH(☐ FROM)(☒ TO) BORROWER | 0. | 603. CASH(☐ TO)(☒ FROM) SELLER | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: [signed] AMY F. ELLIS    Seller:

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Settlement Agent: [signed] Karen Buck    Date: 7/20/07

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

KAB    HUD-1 (3/86) RESPA, HB 4305.2

F-2907-01 4/90
Page 2
OMB No. 2502-0265

| ORD#/ABM# 27097280 | L. SETTLEMENT CHARGES | TIME OF PRINTING: 19:53 |
| --- | --- | --- |
| RBC# 017097280 KAB PL | | DATE OF PRINTING: 07/20/07 |

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| --- | --- | --- | --- |
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ $ | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | |
| (Money retained by broker applied to commission $ ) | | | |
| 704. Other sales agent charges: | | | |
| 705. Additional commission: $ to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee $ | | | |
| 802. Loan Discount $ | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to FIRST AMEIRCAN BANK POC $3.27 | | | |
| 805. Lender's Inspection Fee to | | | |
| 806. Mortgage Insurance Application Fee to | | | |
| 807. Assumption Fee to | | | |
| 808. FLOOD CERT. FEE TO FIRST AMEIRCAN BANK POC $9.00 | | | |
| 809. REFERRAL FEE TO BROKER POCL $200.00 | | 175.00 | |
| 810. ADMIN. FEE TO FIRST AMEIRCAN BANK | | | |
| 811. | | | |
| 812. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from to @$ /day ( days) | | | |
| 902. Mortgage Insurance Premium for 0.00 months to | | | |
| 903. Hazard Insurance Premium for 0.00 years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance 0.00 month @$ per mo. | | | |
| 1002. Mortgage Insurance 0.00 month @$ per mo. | | | |
| 1003. City property taxes 0.00 month @$ per mo. | | | |
| 1004. County property taxes 0.00 month @$ per mo. | | | |
| 1005. Annual assessments 0.00 month @$ per mo. | | | |
| 1006. 0.00 month @$ per mo. | | | |
| 1007. 0.00 month @$ per mo. | | 0.00 | 0.00 |
| 1008. Aggregate Accounting Adjustment | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to CHICAGO TITLE POC $ | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title Insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fee to | | | |
| 1108. Title Insurance to | | | |
| (Includes above items number(s)) | | | |
| 1109. Lender's coverage $0.00 $ | | | |
| 1110. Owner's coverage $0.00 $ | | | |
| 1111. EMAIL FEE TO CHICAGO TITLE POC $25.00 | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording fees: Deed $ ; Mortgage $ ; Released $ | | | |
| 1202. City/county tax/stamps: Deed $ ; Mortg $ | | | |
| 1203. State tax/stamps: Deed $ ; Mortg $ | | | |
| 1204. RECORDING FEE FOR MTG TO CHICAGO TITLE POC $37.75 | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. 1ST MTG TRANSFER FOR FILE #027858104 TO CHICAGO TITLE | | 23,425.00 | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 23,600.00 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower AMY F. ELLIS                Date

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

Settlement Agent                Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 (3/86) RESPA, HB 4305.2

KAB



**FACSIMILE TRANSMISSION**

First American Bank
Telephone: 516
Fax:

| | | | |
|---|---|---|---|
| From: | | Date/Time: | 11/29/2007 |
| To: | Steve Harsch | Company: | |
| Fax #: | 9916306540068 | Total pages | 2 |
| | | (including this one) | |

Message:

Steve,

Attached please find a copy of check 65626 made payable to American Home Mortgage as payment.

The check was for payment on the Amy F Ellis file.

Broker of record is Steve Harsch.

Hector Ortiz

### CONFIDENTIALITY NOTICE

This facsimile transmission (and /or the documents accompanying it) may contain confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above under existing agreements covering permitted uses. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.



| | |
|---|---|
| Current Date: | November 29, 2007 |
| Account Number: | 1012696904 |
| Capture Date: | August 15, 2007 |
| Item Number: | 40069940936 |
| Posted Date: | August 15, 2007 |
| Posted Item Number: | 60105 |
| Amount: | $1,500.00 |
| Record Type: | Debit |

FIRST AMERICAN BANK
80 STRATFORD DR
BLOOMINGDALE IL 60108-2201



