IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

FILED
2008 AUG 11  AM 11: 28

--------------------------------------------------------------- x
In Re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, *et al.*,
Debtors
--------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047(CSS)
:
: Jointly Administered
:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Cassandra Burns McDonald to represent Luxury Mortgage Corp in this action.

Dated: August 8, 2008
Stamford, Connecticut

*/s/ Cassandra Burns McDonald*
Cassandra Burns McDonald
Vice President/Legal Affairs & Compliance
Luxury Mortgage Corp
One Landmark Square, Suite 100
Stamford, CT 06901
Tel: 203.569.4238/ Fax: 203.569.4276
Email:cbmcdonald@luxurymortgage.com
Counsel to Claimant

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Connecticut and the Federal Court for the District of Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Cassandra Burns McDonald*
Cassandra Burns McDonald
Luxury Mortgage Corp
One Landmark Square, Suite 100
Stamford, CT 06901 / Tel: 203.569.4238

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.
Date: _____

_____
United States Bankruptcy
Judge