United States Bankruptcy Court for the District of Delaware

FILED
2008 AUG 11 AM 10:14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it May Concern

Regarding Case # 07-11047 (CSS)
Claim # 10176 in the amount of $22,232.26   I object to the claim being expunged. Please respond with any futer details regarding this issue.

Thank you,
Yvonne Thise
P.O. Box 72
Malakoff, TX 75148
903-451-4371

CC:
Young Conaway Stargatt & Taylor LLP
James L. Patton (# 2202)
Pauline K. Morgan (# 3650)
Edward J. Kosmowski (# 3849)
Kara Hammond Coyle (# 4410)
Nathan D. Grow (# 5014)