FILED

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

2008 AUG 11 AM 11: 26

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In Re:
: Chapter 11
:
:Case No. 07-11047(CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :
a Delaware corporation, *et al.*,           : Jointly Administered
Debtors                                     :
                                            :Objection Deadline:8/11/08 4 PM
----------------------------------------------------------------- x Hearing Date: 8/18/08 10 AM

## LUXURY MORTGAGE CORP'S RESPONSE TO DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1 / DOCKET # 5181

Luxury Mortgage Corp ("Claimant") hereby responds to American Home Mortgage Holding, Inc. *et al.* 's ("Debtors") Objection to Claim seeking to disallow Claimant's claim (claim #1736)on the basis that the mortgage loan upon which the claim is based had been withdrawn (the "Claim"). Claimant seeks to have its Claim allowed and modified by decreasing it to $27, 190.00 based upon the following facts.

### BACKGROUND

1. Claimant originated and closed a residential mortgage loan slated to be sold to Debtor. In connection therewith, on June 14, 2007 Claimant received approval for the mortgage loan (see Exhibit 1-Notice of Pre-Purchase Approval).

2. On June 20, 2007, Claimant "locked" in the price Debtor would pay for the loan (see Exhibit 2-Lock Confirmation). The price Debtor agreed to pay for the loan was $ 9,775.00 or 101.7% of the loan amount. In connection with the Lock Confirmation, on July 25, 2007 Claimant shipped the original loan file to Debtor.

3. On July 31, 2007, Claimant became aware through a news agency that Debtor had ceased purchasing loans and confirmed the information via electronic mail with Debtor.

4. Consequently, in order to mitigate its damages related to Debtor's inability to purchase the loan as agreed, Claimant requested that Debtor return the original loan file to it for possible sale to another loan purchaser, which Debtor did.

5. Debtor subsequently filed for bankruptcy on August 6, 2007.

6. Due to Debtor's inability to purchase the loan pursuant to its agreement, Claimant diligently worked to locate a replacement end investor for the loan, but Claimant was unable to sell the loan on the secondary market.

7. Claimant's only option was to refinance and broker the loan to another lender. To convince the borrower to refinance, Claimant had to pay the borrower's closing costs in the amount of $12, 415.00 (see Exhibit 3-HUD Statement and General

Ledger Entry) and refund the borrower's previous closing costs in the amount of $5000.00 (see Exhibit 4- Two Letters and Cashier's Check).

8. Therefore, Claimant sustained the following damages: (1) $ 9,775.00 due to Debtor's inability to purchase the loan as agreed; (2) $12, 415.00 in closing costs to refinance the borrower; and (3) $5000 refund of the borrower's closing costs in connection with the first mortgage loan, totaling $27,190.00.

## RELIEF REQUESTED

8. By this Response, Claimant respectfully seeks entry of an order modifying and allowing its Claim (#1736) for the reasons set forth above.

## NOTICE

9. Claimant has provided a copy of this Response via first class mail, postage pre-paid to counsel to the Debtors and the US Trustee.

WHEREFORE, Claimant respectfully requests that its Claim be modified by decreasing it to $27,190.00 and that its Claim be allowed along with such other and further relief as the Court deems just and proper.

Dated: August 8, 2008
Stamford, Connecticut

_/s/ Cassandra Burns McDonald_
Cassandra Burns McDonald
Vice President/Legal Affairs & Compliance
Luxury Mortgage Corp
One Landmark Square, Suite 100
Stamford, CT  06901
Tel: 203.569.4238/ Fax: 203.569.4276
Email:cbmcdonald@luxurymortgage.com
Counsel to Claimant

 

## Notice of Pre-Purchase Approval

| Date: 06/14/07 | To: Luxury Mortgage Corp.<br>One Landmark Square, Ste 100<br>Stamford, CT  06901 |
|---|---|
| Seller Loan Number: | Re: Doreen Beldotti<br>8 Kensington Terrace<br>Bronxville, NY  10708 |
| AHM Loan Number: 0001785915 | |

AMERICAN HOME MORTGAGE ("Buyer") is pleased to inform you that the above-referenced application has been approved for purchase, and in accordance with the contract for purchase between Buyer and Seller, is subject to the following terms and conditions.

### LOAN TERMS

| Product Code<br>Product | 01293<br>(AH)1 MO MTA SISA 30 | Interest Rate<br>Qualify Rate | 1.500%<br>4.250% | | |
|---|---|---|---|---|---|
| Loan Amount | $575,000.00 | Concurrent 2nd Mtg Amt | $0.00 | Other Existing Mtg Liens | $0.00 |
| Appraised Value | $875,000.00 | Sales Price | N/A | LTV / CLTV / HCLTV | 65.720% /<br>65.720% /<br>.000% |
| Loan Purpose | Cash Out-Refi | Property Type | 1 family | # of Units | 001 |
| Occupancy Type | Primary Home | Loan Term | 360 | Documentation Type | SISA |
| Tax Escrow Waiver | No | Ins Escrow Waiver | No | DTI Ratio<br>Qualifying DTI | 29.470%<br>34.033% |
| FICO | 625 | MIN Number | 100024200017859154 | | |

Lender will not originate or purchase any loan that qualifies as a 'High Cost Loan' under any federal, state, and/or local high cost lending law. High Cost loan screening must be satisfactorily completed as part of the closing process, as applicable.

This approval for purchase is subject to review of all pre-purchase contingencies provided in the closed loan package as well as review of all closing documentation. If any loan characteristics change, the loan may be subject to re-qualification and/or re-pricing.

**PLEASE SEE ATTACHED CONDITIONS**

Please note that additional information may be required after review of the requested information or once the closed loan file has been received for purchase.

If you have any questions or require assistance, please contact:

Michelle Reeves
3000 E. Coliseum Blvd.
Fort Wayne, IN  46805
Phone No.: 260-496-7009
Fax No.: 866-817-2511
Michelle.Reeves@americanhm.com

AHM Application #:   0001785915                                    Page 1 of 2
Doc #: 944254 / Image: CNOFPPA1.PRN

## OUTSTANDING CONDITIONS

\*\*\* REQUIRED AT CLOSING \*\*\*
===================

1. Borrowers funds to close may not exceed $0.00.

2. Documents start expiring on 08/10/2007. If loan does not close by this date you may be required to provide more current information or assistance.

3. Signed IRS Form 4506 T.

4. HUD-1 to evidence payoff of Americas Servicing #10613000017164 with an outstanding balance of $499,670.00 (approx).

5. If there are significant changes in the information provided on the original loan application, changes in the terms of the mortgage requested, or if there is a problem with the appraisal of your property, you may have to requalify for your loan.

6. Borrower to provide acceptable letter of explanation, regarding prior delinquent credit history and gap in employment from July 01,2005 - August 03,2005 per employment verification.
To be executed at closing



CLOSE
PRINT

# Lock Confirmation

**1785915 | Doreen Beldotti**                                          As of: 06/20/07  2:55 PM

**Program:** 1293
30 Year 1 Month MTA SISA (110% negative amortization cap)
**Interest Rate:** 1.25%
**Payment Rate:** N/A
**Price:** 101.700
**Lock-in Date:** 06/20/07
**Lock-in Expiration Date:** 08/20/07
**Delivery Option:** Mandatory

**Property Address**

8 Kensington Terrace
Bronxville , New York 10708

## Correspondent Information

**Correspondent ID:** 39340
Luxury Mortgage Corp.
One Landmark Square
Stamford, Connecticut 06901
**Fax:** (203) 327-6017

## Secondary Contact Information

**Toll Free:** (866) 363-7961
**Email:** Correspondent Lending or CorrespondentLending@americanhm.com
**E-Fax:** (866) 756-2175
**Account Executive:** Gallagher, Brideen
(202) 244-3225

## Borrower(s) Information

Doreen Beldotti

## Program/Lock Information

**Amortization Term:** 360 Months
**Doc Type:** SISA
**Waive Escrows:** no
**Interest Rate:** 1.25%
**Rate Lock Period:** 60 Days
**Final Margin:** 03.950
**Self Employed:** no
**Financed Discount:** N/A

## Loan Information

**Property Type:** 1 Family
**# of Units:** 1
**Occupancy:** Primary Home
**Loan Purpose:** Cash-Out Refi
**Base Loan Amount:** $575,000.00
**Total Loan Amount:** $575,000.00
**Sales Price:** N/A
**Property Value:** $875,000.00
**Credit Score:** 625
**LTV:** 65.72%
**CLTV:** 65.72%
**Debt to Income Ratio:** 29.101%
**Project Type:** Not Applicable
**4506 Declined?** no
**New Construction?** no
**Extended Rate Cap?** no
**MIN:** 100024200017859154

**Rate Sheet Date:** 06/20/07
**Rate Sheet Time:** 09:35
**Base Rate Sheet Price:** 100.100
**Final Rate Sheet Price:** 101.700
**Prepay Penalty:** None
**Foreign National:** no
**Resident Alien:** no
**First Time Home Buyer:** no
**Summary Income:** $0.00
**Summary Assets:** $0.00

## Itemized Adjustments

| Description | Rate | Price | Margin |
|---|---|---|---|
| MARGIN 1.1 | | | 1.100 |
| No Pre-Payment Penalty , MARGIN 1.1 | | 1.475 | |
| Cash Out Refi | | | 0.100 |
| FICO 500-659 | | | 0.100 |
| SISA | | | 0.250 |
| SISA | 0.250 | | |
| FLOW , MANDATORY LOCK | | 0.125 | |

| Total Adjustments | 0.250 | 1.600 | 1.550 |

The acceptance of a lock-in does not indicate eligibility for a specific program or product. It is possible to obtain a lock confirmation for a loan product in instances where the loan exceeds the product guidelines. Final underwriting approval and/or changes to loan terms will determine eligibility/pricing of your lock.

Please note that once your loan has been received, we will review to make sure it does not exceed the high cost guidelines in your state.

If you have any questions as to whether or not this loan is eligible, please consult the 1293 Product Guidelines or your AHM Account Executive or our Correspondent Lending Secondary Department.

Rate Lock Department: (866) 363-7961

OMB NO. 2502-0265

| A. | B. TYPE OF LOAN: | | | | |
|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT **SETTLEMENT STATEMENT** | 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
| | 6. FILE NUMBER: KEN-F-48008-NY-W | | 7. LOAN NUMBER: 0047846654 | | |
| | 8. MORTGAGE INS CASE NUMBER: | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (KEN-F-48008-NY-W.PFD/KEN-F-48008-NY-W/78)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Doreen Beldotti 8 Kensington Terrace Bronxville, NY 10708 | | World Savings, FSB 4101 Wiseman Boulevard, Bldg. 108 San Antonio, TX 78251 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 8 Kensington Terrace Bronxville, NY 10708 Westchester County, New York | Lender & Associates, P.C. PLACE OF SETTLEMENT 276 Fifth Avenue, Suite 602 New York, NY 10001 | December 19, 2007 Disburse: 12/24/07 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 15,091.08 | 403. | |
| 104. Payoff 1st Mortgage to Luxury Mortgage | 593,087.34 | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes       to | | 406. City/Town Taxes       to | |
| 107. County Taxes          to | | 407. County Taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 608,178.42 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 600,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes       to | | 510. City/Town Taxes       to | |
| 211. County Taxes          to | | 511. County Taxes          to | |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 600,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 608,178.42 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 600,000.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| **303. CASH ( X FROM ) ( TO ) BORROWER** | 8,178.42 | **603. CASH ( TO ) ( FROM ) SELLER** | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower                                                          Seller

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % | | | |
| Division of Commission (line 700) as Follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission Paid at Settlement | | | |
| 704. to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. Application Fee to World Savings, FSB | | 310.00 | |
| 804. Appraisal Property Evaluation F to World Savings, FSB | | 100.00 | |
| 805. Commitment Fee to World Savings, FSB | | 50.00 | |
| 806. Flood Zone Initial Determinati to First American Flood Data Services | | 9.00 | |
| 807. Funding Fee to First American Flood Data Services | | 50.00 | |
| 808. Tax Service Fee to First American Real Estate Tax Service | | 61.00 | |
| 809. Credit Report Fee to CBC POC:B3.85 | | | |
| 810. Application Fee to World Savings, FSB POC:B97.00 | | | |
| 811. Initial Flood Zone Determinati to First American Flood Data Services POC:B3.00 | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 12/24/07 to 01/15/08 @ $ 121.640000/day ( 22 days %) | | 2,676.08 | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance months @ $ per month | | | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City/Town Taxes months @ $ per month | | | |
| 1004. County Taxes months @ $ per month | | | |
| 1005. Assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. months @ $ per month | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement/AfterHours/Disb to Lender & Associates, P.C. | | 650.00 | |
| 1102. Title Search / Review to Kensington Abstract LLC | | | |
| 1103. Municipal Searches to Kensington Abstract LLC | | 395.00 | |
| 1104. Express Delivery to Kensington Abstract LLC | | 65.00 | |
| 1105. Bankruptcy Search to Kensington Abstract LLC | | 50.00 | |
| 1106. Additional Contin to | | | |
| 1107. Escrow Service to | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance to First American Title Insurance Company of New York | | 2,305.00 | |
| (includes above item numbers: ) | | | |
| 1109. Lender's Coverage $ 750,000.00 2,305.00 | | | |
| 1110. Owner's Coverage $ | | | |
| 1111. Patriot Search | | | |
| 1112. Survey Endorsement Kensington Abstract LLC | | | |
| 1113. Endorsements to First American Title Insurance Company of New York | | 100.00 | |
| 1114. Notary / Pick Up / Closer to Mandeep Kaur, Esq. | | 150.00 | |
| 1115. Kensington Abstract LLC | | | |
| 1116. | | | |
| 1117. | | | |
| 1118. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 200.00; Releases $ 75.00 | | 275.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage 7,845.00 | | 7,845.00 | |
| 1203. State Tax/Stamps: Deed ; Mortgage POC:B1875.00L | | | |
| 1204. Recorder's Office | | | |
| 1205. Assignment $75 if applicable | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. CEMA | | | |
| 1304. 255 Affidavits | | | |
| 1305. Additional Disbursements | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | 15,091.08 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Lender & Associates, P.C.
Settlement Agent

Certified to be a true copy

3:15 PM
07/28/08
Accrual Basis

# Luxury Mortgage Corp.
## General Journal Transaction
December 24, 2007

| Num | Name | Memo | Account | Class | Debit | Credit |
|---|---|---|---|---|---|---|
| | | Beldotti Closi... | Citibank-Fee Income | | | 12,415.00 |
| | | Beldotti Closi... | Gain On Sale of Mo... | Retail | 12,415.00 | |
| | | | | | 12,415.00 | 12,415.00 |
| **TOTAL** | | | | | 12,415.00 | 12,415.00 |

*Handwritten note:*
Closing Costs
15,091.08
− Interest
$12,415.00



Setting the Standards for Super Jumbo Mortgages

Luxury Mortgage Corp
One Landmark Square, Suite 100
Stamford, Connecticut 06901
203.327.6000
Fax 203.327.6017
888.4.JUMBOS
www.luxurymortgage.com

**VIA EMAIL** (dbeldotti@yahoo.com)
November 29, 2007
Ms. Doreen Beldotti
8 Kensington Terrace
Bronxville, New York 10708

Re:   Refinance Loan/Wachovia/World Savings for Doreen L. Beldotti Secured Against 8 Kensington Terrace, Bronxville, NY 10708

Dear Ms. Beldotti:

Luxury Mortgage Corp is prepared to cover the closing costs associated with the above-referenced refinance loan. As we discussed, your closing costs will not include your real estate taxes, homeowner insurance, interest per diem or any other cost that you would have otherwise incurred. In addition, as a gesture of goodwill, upon the completion of the funding (and expiration of the rescission period) of your new mortgage secured against your current residence, Luxury Mortgage Corp will refund you five thousand dollars ($5000.00) of the closing costs that you incurred as a result of the most recent mortgage transaction you closed with us. A bank check in the amount of $5,000.00 made payable to Doreen L. Beldotti will be delivered to closing and will be held in escrow until the rescission period on the new Wachovia loan expires and your prior loan with us is paid off in full.

This offer is conditioned upon the above-referenced refinance loan closing and funding by the end of the month of December, 2007.

As always, should you have any questions, I may be reached at 203.327.6000 or dadamo@luxurymortgage.com.

Sincerely,

David Adamo
President

AGREED & ACCEPTED:

Doreen L. Beldotti
Date: 12/3/2007



**Luxury Mortgage®**
Setting the Standards for Super Jumbo Mortgages

Luxury Mortgage Corp
One Landmark Square, Suite 100
Stamford, Connecticut 06901
203 327 6000
Fax 203 327 6017
888 4 JUMBOS
www.luxurymortgage.com

VIA FACSIMILE (212.561.6426)
& OVERNIGHT MAIL
December 18, 2007
Mr. Jeffrey Lender
Lender & Associates
276 5th Avenue, Room 602
New York, NY 10001-4568

Re: Beldotti Closing Scheduled For December 19, 2007

Dear Attorney Lender:

Enclosed please find a bank check from Luxury Mortgage Corp to Doreen Beldotti in the amount of five thousand dollars ($5,000). During the closing tomorrow, please show the check to Mrs. Beldotti and then hold it in escrow until the rescission period has expired and she has not exercised her right to rescind. Ms. Beldotti understands that she is not entitled to the funds until such time as the rescission has expired and she has not exercised her right to rescind.

Please acknowledge acceptance and understanding of the above-described instructions by signing below and returning this letter via facsimile to 203.569.4276 so that I may place the check in the overnight mail.

If you have any questions, please feel free to contact me directly at 203.569.4238 or cbmcdonald@luxurymortgage.com. We appreciate your assistance with this matter.

Sincerely,

*CB McDonald*

Cassandra Burns McDonald
Vice President
Legal Affairs & Compliance

Cc David Adamo, President, Luxury Mortgage Corp
Encl.

AGREED: _____
Jeffrey Lender, Esq.
Date: 12-18-2007

Beldotti Check Rescission Ltr 12-12-07

