**AFFIDAVIT RE: NO ACCESS TO ELECTRONIC FILING SYSTEM**

FILED
2008 AUG 11 AM 11: 26

CLERK
U.S. BANKRUPTCY COUR.
DISTRICT OF DELAWARE

State of Connecticut )
) ss: Stamford
County of Fairfield )

**BEFORE ME**, the undersigned Notary, Tara Guastella, on this 8th$^h$ day of August, 2008 personally appeared Cassandra Burns McDonald, known to me to be a credible person and of lawful age, who being by me first duly sworn, on her oath, deposes and says:

1. I am over the age of eighteen (18) and understand the obligations of an oath.

2. I am in-house counsel for claimant Luxury Mortgage Corp, Claim # 1736, in the action entitled *In Re: American Home Mortgage Holdings, Inc., Debtors*, Chapter 11, Case No. 07-11047 (CSS) (the "AHM Bankruptcy Case").

3. In connection with the AHM Bankruptcy Case, I am paper filing herewith a Motion and Order For Admission Pro Hac Vice and Response to the Debtor's Objection to Claim (Docket # 5181).

4. I am paper filing the pleadings because I do not have access to the court's electronic filing system.

*[signature]*
Cassandra Burns McDonald
Vice President/Legal Affairs & Compliance
Luxury Mortgage Corp
One Landmark Square, Suite 100
Stamford, CT 06901

Subscribed and sworn to before me, this 8th day of August, 2008.

*[Notary Seal]*

*[signature]*
Tara Guastella
NOTARY PUBLIC
My commission expires: December 31, 2010.

American Home Mortgage Affidavit Paper Filing