SABIK, RONALD J.
BOX A OLD RT. 22
SCICRESSON EU4156
CRESSON, PA 16699-0001

FILED
2008 AUG 11 PM 12:09
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 6, 2008

In re:                                    ) Chapter 11
                                          )
AMERICAN HOME MORTGAGE                    ) Case No. 07-11047 (CSS)
HOLDINGS, INC. Delaware Corp., et al      ) Jointly Administered
                                          )
                                          )
         Debtors                          ) Claim Number 3599
                                          )

TO:   The Honorable CHRISTOPHER S. SONTCHI
      United States Bankruptcy Court for the District of Delaware
      824 Market Street, 3rd Floor
      Wilmington, Delaware 19801

   I OBJECT to the Debtor's Thirteenth Omnibus to have my claim (Number 3599 Amount $500.00) Expunged from the record. The basis for my objection is as follows:
   Debtors reviewed their books and determined that a duplicative claim (Number 6440) which alleges a similar claim in the amount of $500.00 against an unspecified debtor. I have not been contacted, nor received any documents reguarding anyone filing a claim on my behalf.

History 0f account:

   On May 23, 2007 I sent American Stock Transfer & Trust Company an enrollment application form and a check for $500.00 to enroll in American Home Mortgage DRIP plan.

     Check Number: 20662    Amount: $500.00    Date: May 23, 2007

Check was cashed on June 2, 2007. As of August 5, 2008 I have not received a Transaction Confirmation that this transaction was completed.
   Repeated letters to American Stock since July 2007 including certified mail on August 16, 2007 have gone unanswered. The Securities and Exchange Commission requires that all broker-dealers advise customers of the broker's practice with respect to PAYMENT for ORDER FLOW. As of this date I have no documentation reguarding this bankruptcy what-so-ever, the only document I have is a cashed and returned check.

                                        Thank you,
                                        Sincerely,
                                        R. Sabik

                                        *R. Sabik* (signature)

Ronald J. Sabik
SCICresson EU4156
Box A Old Rt. 22
Cresson, PA 16699-0001

July 30, 2008

**AMERICAN STOCK TRANSFER & TRUST COMPANY**
P.O. Box 922 Wall Street Station
New York, NY 10269-o56o

Amstock accounts:
Badger Meter Inc. 4000436261
Arch Coal Inc.    2147485530

In Re: American Home Mortgage Investment Corp. DRIP Enrollment
Chapter 11 Bankruptcy proceedings Case No. 07-11047 (CSS)
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Claim Number 3599    Claim Amount $500.00

I filed a Proof of Claim (3599) against the Debtor with EPIQ Bankruptcy Solutions, LLC. On July 18, 2008 I received a Notice of Debtors Thirteenth Omnibus disallowing my claim determing "after review of their books and records that they have no record of any liability on account of this claim". They also determined that a duplicative claim number (6440) was filed alleges a similar claim in the amount of $500.00 against an unspecified debtor. If American Stock filed a claim on my behalf, I have not received any documents or correspondence reguarding this matter. Repeated letters to American Stock since July 2007 including certified mail on Aug 16, 2007 have gone unanswered.

History of account:
On May 23, 2007 I sent American Stock Transfer an enrollment application form and check for $500.00 to enroll in American Home Mortgage DRIP plan.
Check Number: 20662    Amount: $500.00    Date: May 23, 2007

Check was cashed on June 2, 2007. As of July 30, 2008 I have not received a Transaction Confirmation, nor any documentation what-so-ever, the only document I have is a cashed and returned check

Thank you for looking into this matter.

Sincerely,
R. Sabik

*R. Sabik* (signature)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
 ) Chapter 11
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., Delaware corporation, et al., ) Case No. 07-11047 (CSS)
 )
Debtors. ) Jointly Administered
 )
 ) Objection Deadline: August 11, 2008 at 4:00 p.m. (ET)
 ) Hearing Date: August 18, 2008 at 10:00 a.m. (ET)
AHM OB13 7/17/2008 (merge2.txnum2) 4000096951 EPIQ Use - )

SABIK, RONALD J.
BOX A OLD RT 22
SCI CRESSON EU4156
CRESSON, PA 16699-0001

# NOTICE OF DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: SABIK, RONALD J.
BOX A OLD RT 22
SCI CRESSON EU4156
CRESSON, PA 16699-0001

**Basis For Objection:** No Liability

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 3599 | $500.00 |

The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 6440, which alleges a similar claim in the amount of $500 against an unspecified debtor.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **August 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 18, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession