# Change of Address

Re: Case No.  07-11047 through 07-11052 Jointly Administered

Name: American Home Mortgage Holdings, Inc.

☐ Debtor(s)  
☐ Husband Only  
☐ Wife Only

☐ Attorney

☑ Creditor

NEW ADDRESS: Nevada County Office of the Treasurer-Tax  
950 Maidu Ave.  
PO Box 128  
Nevada City, CA  95959

PHONE NUMBER: 530-265-1285

OLD ADDRESS: PO Box 908  
Nevada City, CA  95959

SIGNATURE: _[signature]_

Kim Nuner

EDC 2-085 (Rev. 3/29/99)