PROOF OF SERVICE BY MAIL

I, Kim Nuner, declare:

I am a citizen of the United States and am employed in the County of Nevada. I am over the age of eighteen (18) years and not a party to the within-entitle action. My business address is 950 Maidu Ave, Nevada City, California.

On Aug. 6, 2008, I served the attached CHANGE OF ADDRESS on the parties to this action by sending a copy

_XX_ by mail in accordance with Code of Civil Procedure Section 1013(a), by placing a true copy thereof enclosed in a sealed envelope and placing it in a designated area for outgoing mail. I am readily familiar with the practice of this office with respect to collection and processing of documents for mailing. On the same day that correspondence is placed for collection and mailing at Nevada City, California, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

____ by facsimile transmission: I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

____ personally delivering a true copy thereof, in accordance with Code of Civil Procedure Section 1011, to the person(s) and at the address(es) set forth below.

____ by overnight delivery on the following party(ies) in said action, in accordance with Code of Civil Procedure section 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 6, 2008, at Nevada City, California.

*[signature]*

Kim Nuner