IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11

In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :   Jointly Administered
                                                             :
                    Debtors.                                 :   **Ref. Docket No. 4996**
------------------------------------------------------------ x

## DEBTORS' RESERVATION OF RIGHTS AS TO ZEL RAMSEY'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE [DOCKET NO. 4996]

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this reservation of rights (the "Reservation of Rights") with respect to the Motion for Relief from Automatic Stay Under Section 362(d)(1) of the Bankruptcy Code [Docket No. 4996] (the "Motion") filed by Zel Ramsey seeking to permit Ms. Ramsey to continue with her complaint filed against the Debtors in Multnomah County, Oregon, Circuit Court Case No. 0802-02316 (the "State Court Action").

The Debtors do not oppose the Motion or the stay being lifted solely with respect to the State Court Action. However, the Debtors do not agree with many of the allegations and statements contained in the Motion. Accordingly, the Debtors' decision to not oppose the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Motion shall not be construed to be an admission by the Debtors of any statement or allegation made in the Motion.

The Debtors have reviewed the proposed form of order attached to the Motion (the "Proposed Order") and note that nothing in the Proposed Order affects any rights or defenses that the Debtors hold in the underlying State Court Action. The Debtors reserve all rights with respect to the State Court Action, including, but not limited to, any and all defenses and counterclaims.

Dated:   Wilmington, Delaware
         August 13, 2008

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                /s/ [signature]
                                James L. Patton, Jr. (No. 2202)
                                Pauline K. Morgan (No. 3650)
                                Sean M. Beach (No. 4070)
                                Matthew B. Lunn (No. 4119)
                                Erin D. Edwards (No. 4392)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and Debtors in Possession