07-~~11051~~
11047

**J. SCOTT WISE AND COMPANY**
**122 NORTH MAIN STREET**
**SUITE 204**
**ELIZABETHTOWN, KY 42701**

Telephone (270) 765-4342
Fax (270) 769-5250

J. SCOTT WISE
JULIANA WISE JONES

August 6, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Dear Sirs:

Thank you for your cooperation and support.

I received notice stating my claims against American Home Mortgage has been challenged by the debtor. It is true that claim number 1734 is the same claim as claim number 10182. Also, claim number 1733 is the same claim as claim number 10183. Plus, claim number 1732 is the same as claim number 5609. I resubmitted these claims because I marked the originally claims as an unsecured priority and I felt that I should have marked the claims as unsecured nonpriority. I in no way was trying to defraud the debtor by double billing for my services.

I have no objection to reassign my claims to another subsidiary of American Home Mortgage as long my claim is still recognized by the United States Bankruptcy Court for the District of Delaware. I was an independent contractor performing real estate appraising services for American Home Mortgage. I have sumbmitted the necessary information for my claims against American Home Mortgage. I would ask the court to honor these claims agains American Home Mortgage because these claims were requested by American Home Mortgage.

If you have any questions, please call me at any time.

Sincerely,

J. Scott Wise