## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

## DECLARATION OF FREDERICK D. HOLDEN, JR. IN SUPPORT OF THE RESPONSE TO THE DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3307, AND LOCAL RULE 3007-1 TO THE CLAIM FILED BY INDYMAC BANK, F.S.B.

I Frederick D. Holden, Jr., being duly sworn, depose and say:

1. I am a partner at the lawfirm of Orrick, Herrington & Sutcliffe LLP.

2. This Declaration is submitted in connection with the response of the FDIC as conservator for IndyMac Federal Bank, F.S.B., successor in interest to IndyMac Bank, F.S.B., to the Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Claims Objection").

3. The facts set forth in this Declaration are based on my own personal knowledge. If called upon, I could and would testify to the facts set forth herein.

A. The Proof of Claim

4. On or around January 11, 2008, IndyMac Bank, F.S.B. ("IndyMac") filed a Proof of Claim in the amount of $30,933,097.15 (the "Proof of Claim") in the above captioned bankruptcy case using the Official Form 10. A true and correct copy of the Proof of Claim is attached hereto as Exhibit A. I signed the Proof of Claim on behalf of IndyMac.

5. On the Proof of Claim, where the form stated, "Name and address where notices should be sent:", my office address and direct phone number are listed.

B. <u>The Claims Objection</u>

6. On or about July 18, 2008, the Debtors filed the Claims Objection. Pursuant to the Claims Objection, the Debtors objected to the Proof of Claim on the basis that (i) IndyMac did not attach sufficient documentation to the claim form and (ii) IndyMac failed to provide requested information. <u>See</u> Claims Objection at <u>Exhibit G</u>.

7. Despite the fact that my contact information is clearly listed on the Proof of Claim and contrary to the assertions in the Claims Objection, no one has ever contacted me, and to my knowledge nobody has ever attempted to contact me, regarding the Proof of Claim or any need for additional information.

8. In fact, on July 25, 2008, shortly after I received the Claims Objection, I attempted to contact the Debtors' attorneys, to learn what documents the Debtors wanted in order to adequately analyze the basis and validity of the Proof of Claim. I left a detailed message on the machine that answered the phone number stated on the Claims Objection, giving my contact information, noting that I had never previously been contacted concerning the Proof of Claim, and offering to attempt to provide any additional information the Debtors might now specify. No one ever returned my phone call.

I declare, under penalty of perjury, the foregoing is true and correct.

Executed this 13th day of August 2008.

_____
Frederick D. Holden, Jr.