**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 4940**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to CitiMortgage, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) filed on July 1, 2008.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to CitiMortgage, Inc's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) appears thereon. Pursuant to the Notice of CitiMortgage, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2), objections were to be filed and served no later than August 11, 2008.

It is hereby respectfully requested that the Order attached to CitiMortgage, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) be entered at the earliest convenience of the Court.

                WHITTINGTON & AULGUR

         By: /s/ Kristi J. Doughty
            Kristi J. Doughty (No. 3826)
            313 N. Dupont Hwy., Suite 110
            P.O. Box 617
            Odessa, DE 19730-1617
            (302) 378-1661

Date: August 14, 2008