IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CS) |
| HOLDINGS, INC. et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

CERTIFICATION OF COUNSEL REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY
[RE: DOCKET NO. 4996]

I, Amy D. Brown, counsel for Zel Ramsey (the "Movant"), party-in-interest with respect to the above-referenced proceeding, hereby certify as follows:

1. On July 8, 2008, the Movant filed her **Motion for Relief from Automatic Stay Under Section 362(d)(1) of the Bankruptcy Code** (the "Motion") in order to proceed with an action to quiet title against a parcel of real property located in Oregon (the "State Court Action").

2. On August 13, 2008, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") filed a Reservation of Rights with respect to the Motion. Pursuant to the Reservation of Rights, the Debtors do not oppose the Motion or the stay being lifted solely with respect to the State Court Action, but reserve all rights with respect to the allegations made in the Motion, including, but no limited to, any and all defenses and counterclaims.

3. Attached hereto as Exhibit "A" is a form of order granting the Motion .

2

4. The proposed Order is acceptable to counsel for the Debtors. Accordingly the Movant respectfully requests the entry of the Order at the earliest convenience of the Court.

Dated: August 14, 2008

        WERB & SULLIVAN

        By: /s/ Amy D. Brown
        Amy D. Brown (#4077)
        300 Delaware Avenue
        13th Floor
        P.O. Box 25046
        Wilmington, DE 19899
        Telephone (302) 652-1100
        Facsimile: (302) 652-1111

        Counsel for Zel Ramsey