**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2008, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY:**

James L. Patton, Jr.
Pauline K. Morgan
Sean M. Beach
Matthew B. Lunn
Erin D. Edwards
Young, Conway, Stargatt & Taylor
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899

/s/ Amy D. Brown
Amy D Brown (#4077)