# EXHIBIT A
**In re: American Home Mortgage, et al.**
**C.A. No. 07-11047 – CSS**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 12239342 | Pauline Helmstetler | January 12, 2005 | $199,520.00 | $207,993.09 | $178,000.00 | 6945 Peppermint Drive Reno, NV 89506 |
| 12309663 | Salvador A. Montano | April 6, 2006 | $344,680.00 | $376,259.89 | $243,585.00[1] | 114 Dennis Avenue Salinas, CA 93905 |
| 12281948 | Keith D. Janecek Cynthia L. Pizzi | December 27, 2005 | $140,000.00 | $162,681.35 | $180,900.00 | 715 Apache Run Macedonia, OH 44056 |

---

[1] Plus interest accrued from June 25, 2008