IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
In re:                                        :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]            :
                                              :    Jointly Administered
       Debtors.                               :
-------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 18, 2008 AT 10:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.     Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
       from the Automatic Stay [D.I. 1701, 10/29/07]

       Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and
                              Committee

       Related Document:

              a)     Order Approving and Authorizing the Settlement Agreement by and
                     Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                     Estate Capital, Inc. [D.I. 2986, 2/15/08]

       Objections Filed:    None

       Status: This matter has been resolved in part. The remainder of this matter will be
               adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.  Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

> Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

> Related Document:

>> a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

> Objections Filed:

>> b)    Informal Response of the Debtors

> Status: This matter will be adjourned by agreement to September 15, 2008 at 10:00 a.m.

3.  CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

> Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

> Objections Filed:

>> a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

> Status: This matter will be adjourned by agreement to September 15, 2008 at 10:00 a.m.

4.  Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

> Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to September 8, 2008 for the Debtors and Committee

> Objections Filed:    None to date

> Status: This matter will be adjourned to September 15, 2008 at 10:00 a.m.

5.  Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

> Response Deadline:    April 24, 2008 at 4:00 p.m.

066585.1001

Responses Filed:        See Exhibit A, attached

Related Document:

      a)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to September 15, 2008 at 10:00 a.m.

6.      Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:      May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be adjourned to September 15, 2008 at 10:00 a.m.

7.      Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:      May 20, 2008 at 4:00 p.m.

Related Documents:

      a)      Notice of Submission of Copies of Proofs of Claims [D.I. 4040, 5/14/08]

      b)      Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:        See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to September 15, 2008 at 10:00 a.m., except as otherwise noted on Exhibit B, attached.

8.      Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:      May 20, 2008 at 4:00 p.m.

      

Related Document:

       a)       Notice of Submission of Copies of Proofs of Claim [D.I. 4041, 5/14/08]

       b)       Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:     See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to September 15, 2008 at 10:00 a.m.

9.     Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

       a)       Notice of Submission of Claim [D.I. 4300, 5/29/08]

       b)       Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:     See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to September 15, 2008 at 10:00 a.m.

10.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

       a)       Notice of Submission of Claim [D.I. 4301, 5/29/08]

       b)       Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:     See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to September 15, 2008 at 10:00 a.m.

DB02:6996881.1                066585.1001

11.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Copies of Proofs of Claim [D.I. 4975, 7/3/08]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to September 15, 2008 at 10:00 a.m.

12.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Copies of Proofs of Claim [D.I. 4976, 7/3/08]

Responses Filed:    See Exhibit G, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to September 15, 2008 at 10:00 a.m.

13.    GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4772, 6/23/08]

Objection Deadline:    July 10, 2008 at 4:00 p.m., extended to July 14, 2008 for the Debtors

Related Documents:

a)    Joinder of Deutsche Bank National Trust Company to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4997, 7/8/08]

5

b)    Joinder of the Bank of New York, as Indenture Trustee, to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4997, 7/8/08]

c)    Joinder of U.S. Bank National Association to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 5004, 7/8/08]

Objections Filed:    None.

Status: This matter is adjourned by agreement to August 27, 2008 at 10:00 a.m.

14.    Pre-Trial Conference: *Community Development Administration and M&T Bank v. American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-50633]

Status: This matter is adjourned by agreement to September 15, 2008 at 10:00 a.m.

15.    Pre-Trial Conference: *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

Status: This matter is adjourned by agreement to September 15, 2008 at 10:00 a.m.

16.    Pre-Trial Conference: *American Home Mortgage Cor., d/b/a American Brokers Conduit, v. Attorneys' Title Insurance Fund, Inc.* [Adv. No. 08-51039]

Status: This matter is adjourned by agreement to September 15, 2008 at 10:00 a.m.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

17.    Debtors' Motion for an Order (I) Authorizing the Debtors to Reject the Employment Contract of Michael J. Strauss, and (II) Approving the Terms of the Stipulation Related Thereto [D.I. 5267, 7/29/08]

Objection Deadline:    August 11, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 5386, 8/13/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

6

18.  Zel Ramsey's Motion for Relief from Automatic Stay Under Section 362(d)(1) of the Bankruptcy Code [D.I. 4996, 7/8/08]

Objection Deadline:  August 11, 2008 at 4:00 p.m., extended for the Debtors to August 13, 2008 at 4:00 p.m.

Objections Filed:

a)  Debtors' Reservation of Rights [D.I. 5381, 8/13/08]

Related Document:

b)  Certification of Counsel [5390, 8/14/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

**UNCONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL**

19.  Motion for Relief from Stay – First Lien Foreclosures [See Schedule 1, attached]

Objection Deadline:  August 11, 2008 at 4:00 p.m.

Objections Filed:  See Schedule 1, attached

Status: Certificates of No Objection have been filed.  No hearing is required.

**CONTESTED MATTERS GOING FORWARD**

20.  Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4101, 5/20/08]

Objection Deadline:  June 20, 2008 at 4:00 p.m.

Related Document:

a)  Supplemental Affidavit of Martin Cohn, Esquire [D.I. 4623, 6/13/08]

Objections Filed:

b)  Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4759, 6/20/08]

c)  Joinder of the Debtors to the Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming

7

Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4760, 6/20/08]

Status: This matter will be going forward.  The parties anticipate submitting a revised form of order.

21.    Debtors' Motion for an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 4329, 5/30/08]

Objection Deadline:    June 18, 2008 at 4:00 p.m.

Related Document:

a)    Order Granting, in Part, Debtors' Motion for Further Extension of the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 5175, 7/17/08]

Objections Filed:

b)    Limited Objection of Bank of America, N.A. as Administrative Agent, to the Debtors' Motion for an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 4703, 6/18/08]

Status: The Limited Objection of Bank of America, N.A. has been resolved.  This matter will be going forward.

22.    AH Mortgage Acquisition Co., Inc.'s Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4233, 5/23/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m., extended for the Debtors to a date to be determined

Related Document:

a)    Supplement to Motion of American Home Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4338, 6/2/08]

b)    Notice of Withdrawal of Supplement to Motion of American Home Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative

Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4359, 6/4/08]

Objections Filed:    None

Status: This matter will be going forward as a scheduling conference.

23.    Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Copies of Proofs of Claim [D.I. 5301, 8/4/08]

Responses Filed:    See Exhibit H, attached

Status: This matter will be going forward.

24.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Copies of Proofs of Claim [D.I. 5302, 8/4/08]

Responses Filed:    See Exhibit I, attached

Status: This matter will be going forward.

25.    Emergency Motion for Interim and Final Orders: (I) Authorizing and Approving the Second Amendment to Post-Petition Debtor-In-Possession Financing facility Pursuant to Section 105, 363 and 364 of the Bankruptcy Code; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 5291, 8/1/08]

Objection Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Interim Order (I) Authorizing and Approving the Second Amendment to Post-Petition Debtor-in-Possession Financing Facility Pursuant to Sections

DB02:6996881.1                                                                                                    066585.1001

105, 363 and 364 of the Bankruptcy Code; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 5307, 8/5/08]

Status: This matter will be going forward.

26.    Interim Fee Requests.  Please refer to Schedule 2, attached.

Objection Deadline:    July 7, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Limited Objection to Third Quarterly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession [D.I. 4978, 7/3/08]

Status: This matter will be going forward.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       August 14, 2008

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

DB02:6996881.1                                                    066585.1001

## Exhibit A, Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Judith Rigsby | 3753, 4/21/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Marsha Albrecht | 3757, 4/21/08 | Adjourned to September 15, 2008 at 10:00 a.m. |

## Exhibit B, Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Hopkins & Company | 4089, 5/20/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Brian Fiore | 4093, 5/20/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Sam Hage, II | 4106, 5/20/08 | The Objection is withdrawn |
| | Philip Braun | 4126, 5/22/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Bob Coston | 4127, 5/22/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Robert Sullivan | 4339, 6/2/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Indira Misir | | Adjourned to September 15, 2008 at 10:00 a.m. |

DB02:6996881.1

066585.1001

### Exhibit C, Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Christine Conklin | 3988, 5/9/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Matthew and Melanie Hernandez | 4090 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Karen Gravely-Robinson | | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Hardin County | | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Deborah Mills | | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Souderton Area School District/Upper Salford Township Tax Collector | | Adjourned to September 15, 2008 at 10:00 a.m. |

### Exhibit D, Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to September 15, 2008 at 10:00 a.m. |

### Exhibit E, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Souderton Area School District | | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Spring-Ford Area School District | | Adjourned to September 15, 2008 at 10:00 a.m. |

### Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Sunshine Custom Cleaning, Inc. | 5015, 7/9/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Delbert Mundy | 5019, 7/9/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| | Cecilia Rosenauer | 5021, 7/9/08 | Adjourned to September |

DB02:6996881.1

066585.1001

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  |  |  | 15, 2008 at 10:00 a.m. |

### Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to September 15, 2008 at 10:00 a.m. |

### Exhibit H, Twelfth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Michael Garrison | 5298, 8/4/08 | Withdrawn |
| 2 | Rochelle & Arnold Schneider | 5299, 8/4/08 | Withdrawn |
| 3 | Danya McGuire | 5314, 8/5/08 | Going forward |
| 4 | William Jordan and Jean Jordan | 5315, 8/5/08 | Going forward |
| 5 | DialAmerica Marketing | 5316, 8/5/08 | Going forward |
| 6 | Barbara Herel | 5317, 8/6/08 | Going forward |
| 7 | Leonard Helton | 5318, 8/6/08 | Withdrawn |
| 8 | Hilda Gamble | 5319, 8/6/08 | Withdrawn |
| 9 | Hilda Gamble | 5321, 8/6/08 | Withdrawn |
| 10 | Maria Corona | 5371, 8/7/08 | Going forward |
| 11 | David and Cecilia Chong | 5372, 8/13/08 | Going forward |
| 12 | Leslie Forys | 5373, 8/13/08 | Going forward |
| 13 | Yvonne Wise | 5377, 8/13/08 | Going forward |
| 14 | Philip Brodt |  | Going forward |
| 15 | Mead Appraisals |  | Going forward |
| 16 | Centa Poetschan |  | Going forward |
| 17 | Michelle Huggins |  | Going forward |
| 18 | Reval |  | Going forward |
| 19 | Kruse Way, LLC |  | Adjourned to September 15, 2008 at 10:00 a.m. |
| 20 | Meadows Lake Oswego |  | Adjourned to September 15, 2008 at 10:00 a.m. |

DB02:6996881.1

066585.1001

**Exhibit I, Thirteenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Foundation Marketing, Inc. | 5294, 8/1/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| 2 | Betty Johns | 5297, 8/4/08 | Withdrawn |
| 3 | David Nerland | 5320, 8/6/08 | Going forward |
| 4 | Countrywide | 5337, 8/8/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| 5 | FGIC | 5351, 8/11/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| 6 | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| 7 | Deutsche Bank | 5356, 8/11/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| 8 | EMC Mortgage Corporation | 5370, 8/13/08 | EMC has withdrawn claim nos. 1525, 4609, 4610 and 4611 |
| 9 | Luxury Mortgage Corp. | 5378, 8/13/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| 10 | Ronald Sabik | 5379, 8/13/08 | Going forward |
| 11 | Scott Wise | 5382, 8/13/08 | Going forward |
| 12 | Audrey Hymel | 5383, 8/13/08 | Going forward |
| 13 | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to September 15, 2008 at 10:00 a.m. |
| 14 | Homes & Land of Southwest Montana | | Withdrawn |
| 15 | David Holan | | Adjourned to September 15, 2008 at 10:00 a.m. |
| 16 | Donna Melli | | Adjourned to September 15, 2008 at 10:00 a.m. |
| 17 | Bear Stearns Mortgage Capital Corp | | Withdrawn as to Claims 9020, 9021, 9022 |
| 18 | Nomura Credit & Capital | | Adjourned to September 15, 2008 at 10:00 a.m. |
| 19 | Merrill Lynch Credit Corporation | | Adjourned to September 15, 2008 at 10:00 a.m. |

DB02:6996881.1                                                                    066585.1001

**Schedule 1**

**MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATE OF NO OBJECTION**

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certificate of No Objection, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 1 | 4938, 7/1/08 | CitiMortgage, Inc. | 3505 Ellery Circle, Falls Church, VA | Debtors' Reservation of Rights, D.I. 5349, 8/11/08 | 5389, 8/14/08 | A Certificate of No Objection has been filed. No hearing is required. |
| 2 | 4940, 7/1/08 | CitiMortgage, Inc. | 4023 Hollis Street, Las Vegas, NV | Debtors' Reservation of Rights, D.I. 5349, 8/11/08 | 5388, 8/14/08 | A Certificate of No Objection has been filed. No hearing is required. |

DB02:6996881.1 066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------  x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                                     :
                                                                    :   Jointly Administered
       Debtors.                                                     :
-------------------------------------------------------------------  x
```

**Schedule 2**
**Index to Fee Applications**

A.    **Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period February 1, 2008 through April 30, 2008 [D.I.. 4650, 6/16/08]**

      1.    Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3532, 4/4/08]

      2.    Certificate of No Objection [D.I. 3954, 5/2/08]

      3.    Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 3863, 4/25/08]

      4.    Certificate of No Objection [D.I. 4112, 5/21/08]

      5.    Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4320, 5/30/08]

      6.    Certificate of No Objection [D.I. 4838, 6/25/08]

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

B.   **Third Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors [D.I. 4650, 6/16/08]**

    1.   Fee Application for the Period February 1, 2008 through April 30, 2008 [D,I. 4621, 6/13;08]

    2.   Certificate of No Objection [D.I. 5350, 8/11/08]

C.   **Third Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period February 1, 2008 through April 30, 2008 [D.I. 4650, 6/16/08]**

    1.   Sixth Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3506, 4/1/08]

    2.   Certificate of No Objection [D.I. 3857, 4/25/08]

    3.   Seventh Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 3843, 4/24/08]

    4.   Certificate of No Objection [D.I. 4118, 5/21/08]

    5.   Eighth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4335, 6/2/08]

    6.   Certificate of No Objection [D.I. 4920, 6/26/08]

D.   **Third Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period February 1, 2008 through April 30, 2008 [D.I. 4650, 6/16/08]**

    1.   Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 4076, 5/19/08]

    2.   Certificate of No Objection [D.I. 4543, 6/12/08]

    3.   Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4319, 5/30/08]

    4.   Certificate of No Objection [D.I. 4999, 7/8/08]

    5.   Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4626, 6/13/08]

    6.   Certificate of No Objection [D.I. 5000, 7/8/08]

E. **Third Interim Fee Request of Milestone Advisors for the Period December 1, 2007 through March 31, 2008 [D.I. 4650, 6/16/08]**

    1.    Fifth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 3701, 4/15/08]

    2.    Certificate of No Objection [D.I. 4016, 5/9/08]

    3.    Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3719, 4/17/08]

    4.    Certificate of No Objection [4017, 5/9/08]

    5.    Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 4554, 6/12/08]

    6.    Certificate of No Objection [D.I. 4993, 7/7/08]

    7.    Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4622, 6/13/08]

    8.    Certificate of No Objection [D.I. 4994, 7/7/08]

F. **Third Interim Fee Request of Law Offices of Alan Weinreb, PLLC, Ordinary Course Professional to the Debtors for the Period February 1, 2008 thorugh April 30, 2008 [D.I. 4650, 6/16/08]**

    1.    Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3251, 3/12/08]

    2.    Certificate of No Objection [D.I. 3579, 4/8/08]

    3.    Eighth Fee Application for the Period March 1, 2008 through March 31,2008 [D.I. 3714, 4/16/08]

    4.    Certificate of No Objection [D.I. 4048, 5/14/08]

    5.    Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4403, 6/6/08

    6.    Certificate of No Objection [D.I. 5348, 8/11/08]

G. **Third Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period February 1, 2008 through March 31, 2008 [D.I. 4650, 6/16/08]**

    1.    Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3508, 4/1/08]

2.    Certificate of No Objection [D.I. 3858, 4/25/08]

3.    Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4228, 5/23/08]

4.    Certificate of No Objection [D.I. 4656, 6/17/08]

**H.    Third Interim Fee Request of Adorno & Yoss LLP, Ordinary Course Professional to the Debtors for the Period February 1, 2008 through March 31, 2008 [D.I. 4650, 6/16/08]**

1.    Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3509, 4/1/08]

2.    Certificate of No Objection [D.I. 3859, 4/25/08]

3.    Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4052, 5/14/08]

4.    Certificate of No Objection [D.I. 4530, 6/11/08]

**I.    Third Interim Fee Request of Weltman, Weinberg & Reis, Ordinary Course Professional for the Debtors for the Period November 1, 2007 through December 31, 2007 [D.I. 4650, 6/16/08]**

1.    Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3409, 3/25/08]

2.    Certificate of No Objection [D.I. 3722, 4/17/08]

3.    Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3792, 4/21/08]

4.    Certificate of No Objection [4050, 5/14/08]

5.    Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 3793, 4/21/08]

6.    Certificate of No Objection [D.I. 4051, 5/14/08]

**J.    Third Interim Fee Request of Law Offices of Daniel C. Consuegra, Ordinary Course Professional to the Debtors for the Period February 1, 2008 through April 11, 2008 [D.I. 4650, 6/16/08]**

1.    Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3462, 3/27/08]

2.    Certificate of No Objection [D.I. 3750, 4/18/08]

3.  Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 3877, 4/28/08]

4.  Certificate of No Objection [D.I. 4226, 5/23/08]

5.  Fee Application for the Period April 1, 2008 through April 11, 2008 [D.I. 4560, 6/12/08]

6.  Certificate of No Objection [D.I. 4991, 7/7/08].

**K.  Second Interim Fee Request of Orlans Associates, Ordinary Course Professional to the Debtors for the Period November 1, 2007 through April 11, 2008 [D.I. 4650, 6/16/08]**

1.  Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 3405, 3/25/08]

2.  Certificate of No Objection [D.I. 3723, 4/17/08]

3.  Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 3406, 3/25/08]

4.  Certificate of No Objection [D.I. 3724, 4/17/08]

5.  Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3407, 3/25/08]

6.  Certificate of No Objection [D.I. 3725, 4/17/08]

7.  Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 4229, 4/23/08]

8.  Certificate of No Objection [D.I. 4657, 6/17/08]

9.  Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4230, 5/23/08]

10.  Certificate of No Objection [D.I. 4658, 6/17/08]

11.  Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4231, 5/23/08]

12.  Certificate of No Objection [D.I. 4659, 6/17/08]

**L.  Second Interim Fee Request of T.D. Service Co., Ordinary Course Professional to the Debtors, for the Period February 1, 2008 through April 11, 2008 [D.I. 4650, 6/16/08]**

1.  Fourth Fee Application for the Period February 1, 2008 through February 29,

2008 [D.I. 3410, 3/25/08]

2. Certificate of No Objection [D.I. 3721, 4/17/08]

3. Fifth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 3937, 5/1/08]

4. Certificate of No Objection [D.I. 4227, 5/23/08]

5. Sixth Fee Application for the Period April 1, 2008 through April 11, 2008 [D.I. 4303, 5/29/08]

6. Certificate of No Objection [D.I. 4907, 6/25/08]

**M.** **Second Interim Fee Request of Cohn, Goldberg & Deutsch, LLC, Ordinary Course Professional to the Debtors for the Period January 1, 2008 through March 31, 2008 [D.I. 4650, 6/16/08]**

1. Third Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3876, 4/28/08]

2. Certificate of No Objection [D.I. 4302, 5/29/08]

3. Fourth Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3968, 5/6/08]

4. Certificate of No Objection [D.I. 4316, 5/29/08]

5. Fifth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4304, 5/29/08]

6. Certificate of No Objection [D.I. 4919, 6/26/08]

**N.** **Second Interim Fee Request of Samuel I. White, P.C., Ordinary Course Professional to the Debtors, for the Period November 1, 2007 through January 31, 2008 [D.I. 4650, 6/16/08]**

1. Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 3460, 3/27/08]

2. Certificate of No Objection [D.I. 3748, 4/18/08]

3. Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 3461, 3/27/08]

4. Certificate of No Objection [D.I. 3749, 4/18/08]

5. Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3473, 3/28/08]

6.     Certificate of No Objection [D.I. 4049, 5/14/08]

**O.     Second Interim Fee Request of Zeichner Ellman & Krause LLP, Ordinary Course Professional to the Debtors, for the Period January 1, 2008 through January 31, 2008 [D.I. 4650, 6/16/08]**

1.     Second Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3459, 3/27/08]

2.     Certificate of No Objection [D.I. 3747, 4/18/08]

**P.     First Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period February 12, 2008 through April 30, 2008 [D.I. 4650, 6/16/08]**

1.     First Fee Application for the Period February 12, 2008 through March 31, 2008 [D.I. 4624, 6/13/08]

2.     Certificate of No Objection [D.I. 5025, 7/9/08]

3.     Second Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4625, 6/13/08]

4.     Certificate of No Objection [D.I. 5026, 7/9/08]

**Q.     Third Quarterly Application of Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period February 1, 2008 through April 30, 2008 [D.I. 4524, 6/11/08]**

1.     Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3170, 3/5/08]

2.     Certification of Counsel [D.I. 4072, 5/19/08]

3.     Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 3815, 4/23/08]

4.     Certification of Counsel [D.I. 4074, 5/19/08]

5.     Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4102, 5/20/08]

**R.     Third Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period February 1, 2008 through April 30, 2008 [D.I. 4758, 6/20/08]**

1.     Seventh Fee Application for the Period February 1, 2008 through February 29,

2008 [D.I. 3866, 3949, 4/25/08]

2.      Certificate of No Objection [D.I. 4337, 6/2/08]

3.      Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4719, 6/18/08]

4.      Certificate of No Objection [5049, 7/11/08]

5.      Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4722, 6/18/08]

6.      Certificate of No Objection [5050, 7/11/08]

**S.      Third Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period February 1, 2008 through February 29, 2008 [D.I. 4717, 6/18/07]**

1.      Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 4712, 6/17/08]

2.      Certificate of No Objection [D.I. 5046, 7/11/08]

3.      Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4713, 617.08]

4.      Certificate of No Objection [D.I. 5047, 7/11/08]

5.      Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4714, 6/17/08]

6.      Certificate of No Objection [D.I. 5048, 7/11/08]

**T.      Third Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period February 1, 2008 through April 30, 2008 [D.I. 4710, 6/18/08]**

1.      Fifth Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 3530, 4/4/08]

2.      Certificate of No Objection [D.I. 3956, 5/2/08]

3.      Sixth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 3955, 5/2/08]

4.      Certificate of No Objection [D.I. 4582, 6/12/08]

5.      Seventh Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4285, 5/28/08]

6.      Certificate of No Objection [D.I. 4780, 6/24/08]