IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket Nos. 5384 and 5385 |

### CERTIFICATE OF SERVICE

I, Gaston P. Loomis II, hereby certify that on the 13th day of August, 2008, I caused a true and correct copy of the following documents:

1. **RESPONSE TO THE DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3307, AND LOCAL RULE 3007-1 TO THE CLAIM FILED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR OF INDYMAC FEDERAL BANK, F.S.B., AS SUCCESSOR IN INTEREST TO INDYMAC BANK, F.S.B**; and

2. **DECLARATION OF FREDERICK D. HOLDEN, JR. IN SUPPORT OF THE RESPONSE TO THE DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3307, AND LOCAL RULE 3007-1 TO THE CLAIM FILED BY INDYMAC BANK, F.S.B.**

to be served upon the following in the manner indicated:

**VIA HAND DELIVERY**
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Edward J. Kosmowski, Esquire
Kara Hammond Coyle, Esquire
Nathan D. Grow, Esquire
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated: August 14, 2008         REED SMITH LLP

By:   /s/ Gaston P. Loomis II
      Richard A. Robinson (No. 5059)
      Gaston P. Loomis II (No. 4812)
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail: rrobinson@reedsmith.com
              gloomis@reedsmith.com

Counsel for the Federal Deposit Insurance Corporation, as conservator for IndyMac Federal Bank, F.S.B., successor in interest to IndyMac Bank, F.S.B.