## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 27, 2008 at 10:00 a.m.** |

### RE-NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that on May 23, 2008, American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc., filed the *Motion For An Order Granting The Allowance And Payment Of An Administrative Expense Claim For Breaches By Certain Debtors Of The Asset Purchase Agreement For The Sale Of The Debtors' Mortgage Servicing Business* (the "Motion") [Docket No. 4233] with the United States Bankruptcy Court for the District of Delaware. You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion that was previously scheduled for August 18, 2008 is being re-scheduled and will be held on **August 27, 2008 at 10:00 a.m.** as a scheduling conference only before the Honorable Christopher S. Sontchi, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Dated: August 14, 2008
      Wilmington, Delaware

GREENBERG TRAURIG, LLP

*Victoria Counihan*

Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

and

JONES DAY
Daniel P. Winikka
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

Counsel for American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc.