# EXHIBIT VII

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :    Jointly Administered
          Debtors.                                                 :
                                                                   :    Ref. Docket No. _____
------------------------------------------------------------------ x
```

### ORDER SUSTAINING DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fourteenth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing in full and expunging each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E, and F hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]       All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>E</u>, and <u>F</u>, are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit D</u> are hereby reassigned to the new case numbers listed on <u>Exhibit D;</u> and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

.

DB02:7137134.1                                                                                    066585.1001

# EXHIBIT A

## Exhibit A

### Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| AAR APPRAISALS<br>PO BOX 567<br>ATTN ROBERT L KINNIEBREW<br>WILLINGBORO, NJ 08046 | 6604 | 12/31/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $300.00<br>(T) $300.00 | 6722 | 12/31/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $300.00<br>(T) $300.00 |
| BOSTON PROPETIES LIMITED PARTNERSHIP<br>C/O J. DAVID FOLDS<br>DLA PIPER US LLP<br>500 8TH ST. NW<br>WASHINGTON, DC 20004 | 8645 | 1/11/08 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $196,522.26<br>(T) $196,522.26 | 8483 | 1/10/08 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $196,522.26<br>(T) $196,522.26 |
| CONCEPT APPRAISAL SERVICES<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | 123 | 8/28/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $325.00<br>(T) $325.00 | 121 | 8/28/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $325.00<br>(T) $325.00 |
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>PO BOX 306<br>FORT LUPTON, CO 80621 | 124 | 8/28/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $350.00<br>(T) $350.00 | 120 | 8/28/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $350.00<br>(T) $350.00 |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | 9873 | 2/1/08 | Unspecified | (S) -<br>(A) -<br>(P) -<br>(U) $1,228.00<br>(T) $1,228.00 | 10022 | 3/4/08 | Unspecified | (S) -<br>(A) -<br>(P) -<br>(U) $1,228.00<br>(T) $1,228.00 |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | 9263 | 1/11/08 | Unspecified | (S) -<br>(A) -<br>(P) -<br>(U) $1,228.00<br>(T) $1,228.00 | 10022 | 3/4/08 | Unspecified | (S) -<br>(A) -<br>(P) -<br>(U) $1,228.00<br>(T) $1,228.00 |
| REGIONAL R.E. APPRAISAL SERVICE LTD.<br>ATTN JOHN P. CALLANAN, PRES.<br>117 ROUTE 9W, STE 201<br>HAVERSTRAW, NY 10927 | 1093 | 9/14/07 | 07-11053 | (S) -<br>(A) -<br>(P) $5,975.00<br>(U) -<br>(T) $5,975.00 | 77 | 8/27/07 | 07-11053 | (S) -<br>(A) -<br>(P) $5,975.00<br>(U) -<br>(T) $5,975.00 |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| STAGNER, JESSICA<br>12818 PORTULACA<br>DRIVE UNIT F<br>SAINT LOUIS, MO 63146 | 2184 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,803.85 (P)<br>- (U)<br>$1,803.85 (T) | 2183 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,803.85 (P)<br>- (U)<br>$1,803.85 (T) |
| SUN LIFE ASSURANCE COMPANY OF CANADA<br>C/O COLLIERS PINKARD<br>C/O MICHAEL G MENKOWITZ, ESQUIRE<br>2000 MARKET STEET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | 1655 | 10/19/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$62,989.32 (U)<br>$62,989.32 (T) | 1748 | 10/19/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$62,989.32 (U)<br>$62,989.32 (T) |
| VENNERS, MINDY<br>****NO ADDRESS PROVIDED**** | 236 | 9/4/07 | Unspecified | - (S)<br>$1,038.24 (A)<br>- (P)<br>- (U)<br>$1,038.24 (T) | 1343 | 10/1/07 | Unspecified | - (S)<br>$1,038.24 (A)<br>- (P)<br>- (U)<br>$1,038.24 (T) |
| YORK, PHILLIP G.<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123 | 1352 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) | 2382 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) |
| Totals: | 11 Claims | | | - (S)<br>- (A)<br>$8,817.09 (P)<br>$263,017.58 (U)<br>$271,834.67 (T) | | | | - (S)<br>- (A)<br>$8,817.09 (P)<br>$263,017.58 (U)<br>$271,834.67 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CARTRIDGE WORLD<br>ATTN KRISTY BOWMAN, OWNER<br>3055 N RESERVE ST<br>STE B<br>MISSOULA, MT 59808 | 2898 | 11/20/07 | Unspecified | (S) -<br>(A) -<br>(P) $767.96<br>(U) $767.96<br>(T) $767.96 | 2897 | 11/20/07 | 07-11051 | (S) -<br>(A) -<br>(P) $767.96<br>(U) $767.96<br>(T) $767.96 |
| CHALSON, STEVEN<br>11 CHESTNUT AVE<br>PATCHOGUE, NY 11772 | 232 | 8/31/07 | Unspecified | (S) -<br>(A) $4,166.67<br>(P) -<br>(U) -<br>(T) $4,166.67 | 820 | 9/17/07 | Unspecified | (S) -<br>(A) -<br>(P) $10,950.00<br>(U) $13,716.54<br>(T) $24,666.54 |
| COMMERCIAL AGENCY, THE<br>ATTN LEE KENNEDY, COLLECTION MANAGER<br>C/O LIONNC.COM<br>PO BOX 23909<br>PORTLAND, OR 97219 | 410 | 9/10/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $17,412.00<br>(T) $17,412.00 | 2576 | 11/15/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $17,412.00<br>(T) $17,412.00 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8599 | 1/11/08 | 07-11054 | (S) -<br>(A) -<br>(P) -<br>(U) $11,385,294.67<br>(T) $11,385,294.67 | 10225 | 4/17/08 | 07-11054 | (S) -<br>(A) -<br>(P) -<br>(U) $11,568,088.37<br>(T) $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8600 | 1/11/08 | 07-11053 | (S) -<br>(A) -<br>(P) -<br>(U) $11,385,294.67<br>(T) $11,385,294.67 | 10226 | 4/17/08 | 07-11053 | (S) -<br>(A) -<br>(P) -<br>(U) $11,568,088.37<br>(T) $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8601 | 1/11/08 | 07-11052 | (S) -<br>(A) -<br>(P) -<br>(U) $11,385,294.67<br>(T) $11,385,294.67 | 10227 | 4/17/08 | 07-11052 | (S) -<br>(A) -<br>(P) -<br>(U) $11,568,088.37<br>(T) $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8602 | 1/11/08 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $2,171,057.29<br>(T) $2,171,057.29 | 10228 | 4/17/08 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $11,568,088.37<br>(T) $11,568,088.37 |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8603 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$11,385,294.67 (U)<br>$11,385,294.67 (T) | 10229 | 4/17/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8604 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$11,385,294.67 (U)<br>$11,385,294.67 (T) | 10230 | 4/17/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8605 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$11,385,294.67 (U)<br>$11,385,294.67 (T) | 10231 | 4/17/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE, BRUCE KAISERMAN<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8606 | 1/11/08 | 07-11047 | Unspecified* (S)<br>- (A)<br>- (P)<br>$11,385,294.67 (U)<br>$11,385,294.67 (T) | 10232 | 4/17/08 | 07-11047 | Unspecified* (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |
| DILL, WILLMARY<br>921 WAKE TOWNE DR # 323<br>RALEIGH, NC 27609 | 1538 | 10/12/07 | Unspecified | - (S)<br>- (A)<br>$1,261.60 (P)<br>- (U)<br>$1,261.60 (T) | 10324 | 4/29/08 | 07-11051 | - (S)<br>- (A)<br>$1,206.16 (P)<br>- (U)<br>$1,206.16 (T) |
| DILL, WILLMARY<br>921 WAKE TOWNE DR<br>RALEIGH, NC 27609 | 8972 | 1/11/08 | 07-11051 | Unspecified* (S)<br>- (A)<br>- (P)<br>- (U)<br>- (T) | 10324 | 4/29/08 | 07-11051 | - (S)<br>- (A)<br>$1,206.16 (P)<br>- (U)<br>$1,206.16 (T) |
| DIONISIO, JOSEPH<br>79 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | 187 | 8/30/07 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>$2,777.56 (U)<br>$13,727.56 (T) | 3240 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,084.48 (U)<br>$14,034.48 (T) |
| DOUG GOURLEY CATERING<br>10516 MICKLAY<br>BOISE, ID 83704 | 1214 | 9/25/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | 3491 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) |
| DWAYNE LEMMON APPRAISAL SERVICE<br>ATTN DWAYNE LEMMON, APPRAISER<br>390 FM 1635<br>ATLANTA, TX 75551 | 2976 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 3055 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HAMILTON APPRAISAL SERV., INC<br>ATTN REBECCA A. DAVRY, OFFICE MGR.<br>802 GRAHAM RD.<br>CUYAHOGA FALLS, OH 44221 | 7447 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,650.00 (U)<br>$1,650.00 (T) | 9248 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,950.00 (U)<br>$1,950.00 (T) |
| HEITMAN GROUP, INC., THE<br>ATTN SHARON HEITMAN, PRESIDENT<br>2233 WILLAMETTE ST BLDG C<br>EUGENE, OR 97405 | 112 | 8/28/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$12,075.00 (U)<br>$12,075.00 (T) | 4079 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$12,075.00 (U)<br>$12,075.00 (T) |
| KENNAY, GEORGANN<br>1326 JANET STREET<br>SYCAMORE, IL 60178 | 1346 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>$1,096.88 (P)<br>- (U)<br>$1,096.88 (T) | 3316 | 11/26/07 | 07-11051 | Unspecified* |
| KINNIEBREW, ROBERT L.<br>PO BOX 567<br>WILLINGBORO, NJ 08046 | 1456 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 6722 | 12/31/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | 1100 | 9/17/07 | 07-11047 | - (S)<br>$2,150.00 (A)<br>$2,150.00 (P)<br>$2,150.00 (T) | 1182 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | 6008 | 12/10/07 | 07-11053 | Unspecified* | 10022 | 3/4/08 | Unspecified | Unspecified* |
| LILLEY, MAXIE<br>2070 FM 357<br>CORRIGAN, TX 75939 | 10067 | 3/12/08 | Unspecified | $14,529.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$14,529.17 (T) | 1637 | 10/16/07 | 07-11051 | $14,529.17 (S)<br>- (A)<br>- (U)<br>$14,529.17 (T) |
| MORRIS, CINDY L.<br>9000 CHRISTOPHER WREN DR<br>APT 116<br>WEXFORD, PA 15090 | 132 | 8/29/07 | 07-11051 | - (S)<br>- (A)<br>$1,130.64 (P)<br>$1,130.64 (U)<br>$1,130.64 (T) | 5861 | 12/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,261.28 (P)<br>$2,261.28 (U)<br>$2,261.28 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| OFFICE MAX<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563 | 1388 | 9/26/07 | 07-11047 | - (S)<br>$91,187.86 (A)<br>- (P)<br>- (U)<br>$91,187.86 (T) | 9838 | 1/23/08 | 07-11047 | $91,187.86 (S)<br>- (A)<br>- (P)<br>- (U)<br>$91,187.86 (T) |
| OFFICEMAX<br>ATTN ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | 584 | 9/5/07 | 07-11047 | - (S)<br>$91,187.86 (A)<br>- (P)<br>$95,289.28 (U)<br>$186,477.14 (T) | 9838 | 1/23/08 | 07-11047 | $91,187.86 (S)<br>- (A)<br>- (P)<br>$113,652.30 (U)<br>$204,840.20 (T) |
| PEPCO HLDINGS, INC<br>ATTN BANKRUPTCY DIV / MAIL STOP 84CP42<br>5 COLLINS DRIVE, SUITE 2133<br>CARNEY'S POINT, NJ 08069 | 2940 | 11/21/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$510.68 (U)<br>$510.68 (T) | 8796 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$795.31 (U)<br>$795.31 (T) |
| PETAK, JERRY L.<br>114 W COLE ST<br>MOUNT CARROLL, IL 61053 | 108 | 8/15/07 | 07-11047 | - (S)<br>- (A)<br>$450.00 (P)<br>- (U)<br>$450.00 (T) | 2308 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>$450.00 (P)<br>- (U)<br>$450.00 (T) |
| PROFESSIONAL RECOVERY GROUP, INC.<br>PO BOX 866<br>GOSHEN, NY 10924 | 1294 | 9/24/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | 8834 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,470.00 (U)<br>$4,470.00 (T) |
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN SUSAN E. TRENT, ATTORNEY<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647 | 6986 | 12/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$15,829.37 (U)<br>$15,829.37 (T) | 10036 | 3/3/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,961.89 (U)<br>$41,961.89 (T) |
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN: SUSAN E. TRENT<br>P.O. BOX 11647<br>FORT WAYNE, IN 46859-1647 | 9652 | 1/15/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$39,838.89 (U)<br>$39,838.89 (T) | 10036 | 3/3/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,961.89 (U)<br>$41,961.89 (T) |
| SALERNO, GARY C.<br>105 CAYUGA PL<br>JERICHO, NY 11753 | 185 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 3023 | 11/23/07 | 07-11053 | - (S)<br>- (A)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) |
| SALT LAKE COUNTY TREASURER<br>ATTN RAY LANCASTER<br>2001 SOUTH STATE STREET, # N1200<br>SALT LAKE CITY, UT 84190 | 9623 | 1/15/08 | 07-11047 | Unspecified* | 5395 | 12/13/07 | 07-11047 | $13,752.26 (S)<br>- (A)<br>- (P)<br>- (U)<br>$13,752.26 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | 1766 | 10/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,478.29 (U)<br>$8,478.29 (T) | 3329 | 11/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,478.29 (U)<br>$8,478.29 (T) |
| SCOTT, BRIAN J. & LORI-ANN L.<br>6310 S PITTSBURG ST<br>SPOKANE, WA 99223 | 9305 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 1806 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) |
| SECURITAS SECURITY SERVICES USA<br>ATTN BRIAN DE GUTIS, CREDIT MANAGER<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | 155 | 8/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$9,680.73 (U)<br>$9,680.73 (T) | 8789 | 1/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$10,323.73 (U)<br>$10,323.73 (T) |
| SIMON, LENNOX J.<br>11702 TRILLUM ST<br>MITCHELLVILLE, MD 20721 | 304 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | 2274 | 11/15/07 | 07-11051 | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) |
| SIMON, LENNOX J.<br>11702 TRILLUM ST<br>MITCHELLVILLE, MD 20721 | 2275 | 11/15/07 | 07-11047 | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) | 2274 | 11/15/07 | 07-11051 | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) |
| THOMAS P. HOFFMAN (VA)<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19947 | 2278 | 11/15/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 2279 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| TOWN & COUNTRY REAL ESTATE & APPRAISAL, INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | 1702 | 10/22/07 | All Cases | - (S)<br>- (A)<br>$75.00 (P)<br>- (U)<br>$75.00 (T) | 1703 | 10/22/07 | All Cases | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) |
| TULIAU, MALVINA<br>7636 BOTANY BAY DR<br>LAS VEGAS, NV 89128 | 2632 | 11/19/07 | Unspecified | - (S)<br>$7,000.00 (A)<br>- (P)<br>- (U)<br>$7,000.00 (T) | 4428 | 12/4/07 | 07-11051 | Unspecified* |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| VANDERBILT APPRAISAL ATTN ANDREW FAUTLEY PRINCIPAL/MANAGING PARTNER 770 LEXINGTON NEW YORK, NY 10005 | 2296 | 11/8/07 | 07-11053 | - (S) - (A) - (P) $27,355.00 (U) $27,355.00 (T) | 2749 | 11/19/07 | 07-11053 | - (S) - (A) - (P) $27,365.00 (U) $27,365.00 (T) |
| WA, IVAN CHAN PO BOX 23017 HONOLULU, HI 86923 | 8697 | 1/11/08 | Unspecified | - (S) - (A) $13,144.00 (P) - (U) $13,144.00 (T) | 8969 | 1/11/08 | 07-11051 | - (S) - (A) $13,144.00 (P) - (U) $13,144.00 (T) |
| WEST MICHIGAN APPRAISAL SERVICE, INC. ATTN MELANIE J PERRY, PRESIDENT 821 W SOUTH ST KALAMAZOO, MI 49007 | 954 | 9/17/07 | Unspecified | - (S) - (A) $1,575.00 (P) - (U) $1,575.00 (T) | 2796 | 11/19/07 | 07-11053 | - (S) - (A) $1,575.00 (P) - (U) $1,575.00 (T) |
| WISE, BARBARA 8732 MARY LN JESSUP, MD 20794 | 1020 | 9/19/07 | Unspecified | Unspecified* | 4144 | 12/3/07 | 07-11051 | Unspecified* |
| Totals: | | 45 Claims | | $106,117.03 (S) $91,187.86 (A) $48,642.75 (P) $70,720,292.81 (U) $70,957,192.18 (T) | | | | $211,457.15 (S) - (A) $50,622.87 (P) $92,960,567.93 (U) $93,219,618.79 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Equity Claims

|  | | Objectionable Claims | | |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ZEZZE, CARMELA<br>P.O. BOX 158 67 KRIKOR DR<br>NORTH FALMOUTH, MA 02556 | 2195 | 11/15/07 | Unspecified | - (S)<br>- (A)<br>$26,000.00 (P)<br>- (U)<br>$26,000.00 (T) |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$26,000.00 (P)<br>- (U)<br>$26,000.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D
## Wrong Debtor Claims

| | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Case Number |
| ALLY, MOHAMED SAYYID<br>4527 INGHAM RD<br>OWINGS MILLS, MD 21117 | 1143 | 9/21/07 | 07-11047 | - (S)<br>- (A)<br>$942.40 (P)<br>- (U)<br>$942.40 (T) | 07-11051 |
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | 1603 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$825.00 (U)<br>$825.00 (T) | 07-11053 |
| BIRDS AND EXOTICS ANIMAL CARE<br>ATTN KERRY BATEMAN<br>OFFICE MANAGER<br>814 JOHNNIE DODDS BLVD<br>MOUNT PLEASANT, SC 29464 | 6001 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,100.00 (U)<br>$5,100.00 (T) | 07-11051 |
| BLACKS, ISSAC<br>80 CENTERWOOD ST.<br>W. BABYLON, NY 11704 | 6155 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$223.08 (P)<br>- (U)<br>$223.08 (T) | 07-11051 |
| CONCEPCT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | 120 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 |
| CORREA, PATRICIA E.<br>501 W MAIN ST APT 1-G<br>STAMFORD, CT 06902 | 1342 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>$1,320.00 (P)<br>- (U)<br>$1,320.00 (T) | 07-11051 |
| DANZILO, ANTHONY<br>2474 FREEPORT ST<br>WANTAGH, NY 11793 | 8073 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>$607.69 (P)<br>- (U)<br>$607.69 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number / Case Number |
|---|---|---|---|---|---|
| DIGAUDRO, MICHAEL<br>934 SOUTH 6TH ST<br>LINDENHURST, NY 11757 | 375 | 9/7/07 | Unspecified | (S) -<br>(A) -<br>(P) -<br>(U) $118.58<br>(T) $118.58 | 07-11051 |
| DOUG GOURLEY CATERING<br>ATTN DOUGLAS GOURLEY, OWNER<br>10516 MICKLAY<br>BOISE, ID 83704 | 3491 | 11/26/07 | Unspecified | (S) -<br>(A) -<br>(P) -<br>(U) $1,200.00<br>(T) $1,200.00 | 07-11051 |
| DUNSON, LATANYA<br>144-02 LINDEN BLVD<br>JAMAICA-QUEENS, NY 11436 | 8438 | 1/10/08. | Unspecified | (S) -<br>(A) -<br>(P) $557.00<br>(U) -<br>(T) $557.00 | 07-11051 |
| DWAYNE LEMMON APPRAISAL SVC<br>390 F M 1635<br>ATLANTA, TX 75551 | 3055 | 11/23/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $350.00<br>(T) $350.00 | 07-11053 |
| EQUIFAX<br>ATTN: ALTHEA BARNES, ACCTS RECEIVABLE<br>1100 ABERNATHY ROAD SUITE 300<br>MAIL DROP 52D<br>ATLANTA, GA 30328 | 5407 | 12/13/07 | 07-11047 | (S) -<br>(A) -<br>(P) -<br>(U) $447,995.19<br>(T) $447,995.19 | 07-11051 |
| FELCKOWSKI, LAWRENCE<br>22 MARLENE DRIVE<br>CHEEKTOWAGA, NY 14225 | 1482 | 10/9/07 | Unspecified | (S) -<br>(A) -<br>(P) $615.20<br>(U) -<br>(T) $615.20 | 07-11051 |
| FIDDLER, THOMAS<br>13 AVERILL COURT<br>NORTH BARRINGTON, IL 60010 | 511 | 9/10/07 | Unspecified | (S) -<br>(A) -<br>(P) -<br>(U) $80,149.14<br>(T) $80,149.14 | 07-11047 |
| FIELDS, COTY<br>975 ABERDEEN AVE NE # A-101<br>RENTON, WA 98056 | 1211 | 9/25/07 | Unspecified | (S) -<br>(A) -<br>(P) $1,263.60<br>(U) -<br>(T) $1,263.60 | 07-11051 |
| GOLDSTEIN, ADAM<br>42 SENECA DR<br>COMMACK, NY 11725 | 913 | 9/17/07 | 07-11047 | (S) -<br>(A) -<br>(P) $1,861.04<br>(U) -<br>(T) $1,861.04 | 07-11051 |

|  |  |  |  | Objectionable Claims | New Case Number |
| --- | --- | --- | --- | --- | --- |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number |  | Case Number |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA  95355 | 9871 | 2/1/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$213.59 (U)<br>$213.59 (T) | 07-11051 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA  95355 | 9872 | 2/1/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$222.04 (U)<br>$222.04 (T) | 07-11051 |
| HENRY, KYLE<br>147 W 15TH ST<br>DEER PARK, NY  11729 | 840 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$480.75 (P)<br>- (U)<br>$480.75 (T) | 07-11051 |
| HILLIARD, KATHRYN<br>PO BOX 560<br>FRANKLIN SQUARE, NY  11010 | 6313 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$674.87 (P)<br>- (U)<br>$674.87 (T) | 07-11051 |
| INTER-TEL TECHNOLOGIES, INC<br>C/O LEGAL DEPARTMENT - DIANE CLINE<br>7300 W BOSTON ST<br>CHANDLER, AZ  85226 | 9715 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,866.68 (U)<br>$7,866.68 (T) | 07-11051 |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA  95037 | 1182 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | 07-11053 |
| MAMMIOLA, LAURA<br>158 HORIZON VIEW DR<br>FARMINGVILLE, NY  11738 | 6337 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 07-11051 |
| MCCANN, JONATHAN M.<br>6541 SAUNDERS ST #5D<br>REGO PARK, NY  11374 | 662 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$446.15 (P)<br>- (U)<br>$446.15 (T) | 07-11051 |

| | | Objectionable Claims | | | New Case Number | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | Case Number |
| METCALF, ANNETTE 12003 W 64TH PL ARVADA, CO 80005 | 553 | 9/11/07 | Unspecified | - (S) - (A) $138.56 (P) - (U) $138.56 (T) | | 07-11051 |
| MOINI, DENISE 12388 SW 52ND ST COOPER CITY, FL 33330 | 216 | 8/31/07 | Unspecified | - (S) - (A) $384.62 (P) - (U) $384.62 (T) | | 07-11051 |
| MONTOYA, SUSANA 4850-10 DORSEY HALL DR ELLICOTT CITY, MD 21042 | 999 | 9/19/07 | Unspecified | - (S) - (A) $3,748.59 (P) - (U) $3,748.59 (T) | | 07-11051 |
| MORACE, MARK A. ALAN H SCHORR & ASSOCIATES PC 5 SPLIT ROCK DRIVE CHERRY HILL, NJ 08003 | 10434 | 7/14/08 | 07-11047 | - (S) - (A) - (P) $250,000.00 (U) $250,000.00 (T) | | 07-11051 |
| MUSCAT, CHARLENE D. 216 SHORESIDE DR LEXINGTON, KY 40515 | 413 | 9/10/07 | Unspecified | - (S) - (A) $1,388.00 (P) - (U) $1,388.00 (T) | | 07-11051 |
| NEAL, LINDSAY 3506 MAIN ST 2ND FL MUNHALL, PA 15120 | 933 | 9/17/07 | Unspecified | - (S) - (A) $1,187.31 (P) - (U) $1,187.31 (T) | | 07-11051 |
| NIEHOFF, MARGUERITE T. 2 ELK RUN DR. ST. PETERS, MO 63376 | 5807 | 12/18/07 | Unspecified | - (S) - (A) $625.00 (P) - (U) $625.00 (T) | | 07-11051 |
| NUZZO, SHAWN P. 27A ERLAND ROAD STONY BROOK, NY 11790 | 1376 | 10/2/07 | Unspecified | - (S) - (A) $346.15 (P) - (U) $346.15 (T) | | 07-11051 |
| NWOSY, CHARLES 493 43RD STREET LINDENHURST, NY 11757 | 6319 | 12/24/07 | Unspecified | - (S) - (A) $692.31 (P) - (U) $692.31 (T) | | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number (Objectionable Claims) | Amounts | New Case Number |
|---|---|---|---|---|---|
| ORELLANA, KIRK R.<br>6112 OVERBROOK LN<br>JOLIET, IL 60431 | 8971 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$576.00 (P)<br>- (U)<br>$576.00 (T) | 07-11051 |
| PASINI, RICHARD J.<br>PO BOX 82<br>HICKSVILLE, NY 11802-0082 | 470 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$1,281.00 (P)<br>- (U)<br>$1,281.00 (T) | 07-11051 |
| PETAK, JERRY L.<br>114 W COLE ST<br>MOUNT CARROLL, IL 61053 | 2308 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | 07-11051 |
| ROBERTS, SUSAN D.<br>4334 DOWNS SQ<br>BELCAMP, MD 21017 | 974 | 9/18/07 | 07-11047 | - (S)<br>- (A)<br>$4,523.52 (P)<br>- (U)<br>$4,523.52 (T) | 07-11051 |
| ROESCH, JUDITH G.<br>4831 CONDOR ST<br>METAIRIE, LA 70001 | 62 | 8/24/07 | Unspecified | - (S)<br>- (A)<br>$800.00 (P)<br>- (U)<br>$800.00 (T) | 07-11051 |
| ROSENZWEIG, CAROL<br>31 WILSON AVE<br>AMITYVILLE, NY 11701 | 658 | 9/12/07 | 07-11047 | - (S)<br>- (A)<br>$1,561.88 (P)<br>- (U)<br>$1,561.88 (T) | 07-11051 |
| ROSS, TONYA L.<br>1428 FRIENDLY AVE<br>PORTAGE, MI 49002 | 286 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$396.00 (P)<br>- (U)<br>$396.00 (T) | 07-11051 |
| RUSZKAY, CHRISTINE<br>1326 MARY JANE LANE<br>WEST CHESTER, PA 19380 | 1310 | 9/28/07 | Unspecified | - (S)<br>- (A)<br>$646.00 (P)<br>- (U)<br>$646.00 (T) | 07-11051 |

| | | | Objectionable Claims | | | New Case Number | |
|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | | Case Number |
| SALERNO, GARY C.<br>105 CAYUGA PL<br>JERICHO, NY 11753 | 3023 | 11/23/07 | 07-11053 | - (S)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) | | | 07-11051 |
| SAUER, CHRISTINE<br>4176-B SOUTH MOBILE CIRCLE<br>AURORA, CO 80013 | 723 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$624.02 (P)<br>- (U)<br>$624.02 (T) | | | 07-11051 |
| SCHAEFFER, JAIME<br>307 JEFFERSON AVE<br>LINDEN, NJ 07036 | 743 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$1,425.60 (P)<br>- (U)<br>$1,425.60 (T) | | | 07-11051 |
| SINGH, BONITA N.<br>28 GABLES DR<br>HICKSVILLE, NY 11801 | 258 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$6,660.00 (P)<br>- (U)<br>$6,660.00 (T) | | | 07-11051 |
| SMITH, FELICIA<br>609 HAMMOND ST<br>ROCKY MOUNT, NC 27804 | 2683 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$1,846.20 (P)<br>- (U)<br>$1,846.20 (T) | | | 07-11051 |
| SOMMER, NANCY K.<br>10235 N 31ST ST # 14<br>PHOENIX, AZ 85028 | 849 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$253.76 (P)<br>- (U)<br>$253.76 (T) | | | 07-11051 |
| SOUTHARD, JEANNA D.<br>4551 AMY SAYE WALK<br>ACWORTH, GA 30101 | 6019 | 12/14/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$2,570.00 (U)<br>$2,570.00 (T) | | | 07-11051 |
| STEWART, ALTHEA<br>64 IROQUOIS AVE<br>SELDE | 791 | 9/14/07 | Unspecified | - (S)<br>$384.90 (P)<br>- (U)<br>$384.90 (T) | | | 07-11051 |
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>MARYBETH M. NEWELL<br>PO BOX 4396<br>TIMONIUM, MD 21094 | 1391 | 9/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$472,313.89 (U)<br>$472,313.89 (T) | | | 07-11051 |

Objectionable Claims — New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| VERIZON ATTN SREYLAK BIN-HEMINGWAY 6415 BUSINESS CENTER DR HIGHLANDS RANCH, CO 80126 | 1515 | 10/3/07 | 07-11047 | - (S) - (A) - (P) $373,396.83 (U) $373,396.83 (T) | 07-11051 |
| VERIZON, INC AFNI/VERIZON 404 BROCK DRIVE BLOOMINGTON, IL 61701 | 10118 | 3/18/08 | 07-11047 | - (S) - (A) $25,100.23 (U) $25,100.23 (T) | 07-11051 |
| WEINHEIMER, TRACEY K. 2291 AIRPORT RD GREENFIELD, IA 50849 | 1047 | 9/20/07 | Unspecified | - (S) - (A) $2,077.20 (P) - (U) $2,077.20 (T) | 07-11051 |
| WHEELER, SUSAN D. 3918 CROOKED OAK ST NORTH LAS VEGAS, NV 89032 | 1439 | 10/5/07 | Unspecified | - (S) - (A) - (P) $830.76 (U) $830.76 (T) | 07-11051 |
| WILSON, MIKKI 1821 N CAVALIER RD LIBERTY LAKE, WA 99016 | 757 | 9/14/07 | Unspecified | - (S) - (A) $1,344.00 (P) - (U) $1,344.00 (T) | 07-11051 |
| WURTH, CORTNEY PO BOX 202 BAINBRIDGE, PA 17502 | 281 | 9/4/07 | Unspecified | - (S) - (A) $936.00 (P) - (U) $936.00 (T) | 07-11051 |
| YORK REAL ESTATE SERVICES 6931 WOODRIDGE DRIVE AVON, IN 46123-8325 | 2382 | 11/16/07 | Unspecified | - (S) - (A) - (P) $75.00 (U) $75.00 (T) | 07-11053 |

——— Objectionable Claims ———                    ——— New Case Number ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Case Number |
|---|---|---|---|---|
| Totals: | | 57 Claims | | |

- (S)
- (A)
$46,830.71 (P)
$1,671,276.93 (U)
$1,718,107.64 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E
## Satisfied Claims

| Name/Address of Claimant | | Objectionable Claims | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| AQUINO, RODOLFO V., III<br>1543 KEM WAY<br>WALNUT, CA 91789 | 705 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$1,087.50 (P)<br>- (U)<br>$1,087.50 (T) | Debtors' books and records indicate all owed earnings have been paid |
| BRADSHAW, STACY A<br>16616 199TH PL NE<br>WOODINVILLE, WA 98072 | 2575 | 11/19/01 | 07-11051 | Unspecified* | Claim for employee vacation time.  Claimant was issued vacation time payment on 11/9/07 |
| BURDMAN, CHARLES E.<br>18 ROBIN TERRACE<br>MASSAPEQUA PARK, NY 11762 | 735 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$1,307.70 (P)<br>- (U)<br>$1,307.70 (T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| CHUDGAN, BHARTI<br>96 CARAMEL RD<br>COMMACK, NY 11725 | 300 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$5,156.25 (P)<br>- (U)<br>$5,156.25 (T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| DAWSON, CARLTON R.<br>5989 EMMA CANNON ROAD<br>AYDEN, NC 28513 | 10207 | 4/14/08 | Unspecified | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) | Claim for refund.  The Debtors sent refund check to claimant in July 2008 |
| FISHER, KAREN A.<br>5295 S HARLAN WAY<br>LITTLETON, CO 80123 | 549 | 9/11/07 | Unspecified | - (S)<br>- (A)<br>$2,548.00 (P)<br>- (U)<br>$2,548.00 (T) | Claim for employee vacation time.  Claimant received vacation payout on 9/10/07 |
| FROMMER, ERIC<br>8407 18TH AVE W 1-106<br>EVERETT, WA 98204 | 319 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$760.00 (P)<br>- (U)<br>$760.00 (T) | Claim for employee vacation time.  Claimant received vacation payout on 9/10/07 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GETTINGS, THERESA<br>254 SHORELINE LOOP<br>MOORESVILLE, NC 28117 | 86 | 8/27/07 | Unspecified | - (S)<br>- (A)<br>$2,308.00 (P)<br>- (U)<br>$2,308.00 (T) | Claim for employee vacation time. Claimant received vacation payout on 9/10/07 |
| GIANNONE, LISA<br>PO BOX 75<br>HICKSVILLE, NY 11802 | 2240 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) | Claim for employee vacation time. Claimant was issued vacation time payment on 8/7/07 |
| GRANITE TELECOMMUNICATIONS<br>ATTN THEODORE F. RODRIGUEZ,<br>GENERAL COUNSEL<br>100 NEWPORT AVENUE EXT.<br>QUINCY, MA 02171 | 9250 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$51,268.26 (U)<br>$51,268.26 (T) | Claim for post-petition services provided. The Debtors' books and records indicate that claim was paid. |
| HAYES, SUSAN L<br>15561 HAMMETT CT<br>MORENO VALLEY, CA 92555 | 563 | 9/11/07 | 07-11052 | - (S)<br>- (A)<br>$664.56 (P)<br>$664.56 (U)<br>$664.56 (T) | Debtors' books and records indicate that claim was paid on 9/10/07 |
| HEMME, CHRISTINE M<br>2415 GLORY DR<br>WATERFORD, PA 16441 | 7498 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$71.25 (P)<br>- (U)<br>$71.25 (T) | Debtors' books and records indicate that claim was paid on 8/24/07 |
| HERNANDEZ, ELENA<br>21 N 64TH DRIVE<br>PHOENIX, AZ 85043 | 2594 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,116.00 (U)<br>$1,116.00 (T) | Claim for employee vacation time. Claimant was issued vacation time payment on 9/10/07 |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | 920 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Debtors' books and records indicate that claim was paid on 11/2/07. |
| NAKAMURA, MICHAEL<br>5346 GRASSWOOD CIR<br>CONCORD, CA 94521 | 2647 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$930.56 (P)<br>- (U)<br>$930.56 (T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| NAPOLI, CARMINE F<br>104 ADIRONDACK DR<br>SELDEN, NY 11784 | 3825 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$3,360.00 (P)<br>- (U)<br>$3,360.00 (T) | Claim for employee vacation time. Claimant was issued vacation time payment on 8/07/07 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PETERSON, JILL A<br>8748 MCKENDREE RD<br>WESLEY CHAPEL, FL 33544 | 2616 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,903.88 (P)<br>- (U)<br>$1,903.88 (T) | Claim for employee vacation time.  Claimant was issued vacation time payment on 9/10/07 |
| REVAK, KELLEY<br>805 WOODWARD ST<br>MCKEESPORT, PA 15132 | 3782 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$1,818.88 (P)<br>- (U)<br>$1,818.88 (T) | Claim for employee vacation time.  Claimant was issued vacation time payment on 8/07/07 |
| RODRIGUEZ, RONALD E.<br>14848 DICKY ST<br>WHITTIER, CA 90604 | 898 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$1,445.00 (P)<br>- (U)<br>$1,445.00 (T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| SKYPARK RPR ASSOCIATES II<br>2780 SKYPARK DRIVE<br>SUITE 202<br>TORRANCE, CA 90505 | 4991 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,345.17 (U)<br>$1,345.17 (T) | Claim for rent.  The Debtors' books and records indicate that full month of rent was paid. |
| STAGNER, JESSICA<br>12818 PORTULACA<br>DRIVE UNIT F<br>SAINT LOUIS, MO 63146 | 2183 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,803.85 (P)<br>- (U)<br>$1,803.85 (T) | Claim for employee incentive bonus and vacation time.<br>Claimant received payment for incentive bonus on 8/24 and vacation time on 9/10 |
| SULLYFIELD MTC LLC, W&F MTC LLC & MTC TIC LLC SUCCESSOR TO WRIT L.P.<br>JEFFREY S. ROMANICK - GROSS & ROMANICK<br>3975 UNIVERSITY DRIVE, SUITE 410<br>FAIRFAX, VA 22030 | 7194 | 1/7/08 | 07-11051 | - (S)<br>$9,034.74 (A)<br>- (P)<br>- (U)<br>$9,034.74 (T) | Claim for rent.  The Debtors' books and records indicate that August and September rent was paid on 07/24/07 and 10/04/07, respectively |
| TRUJILLO, ELIZABETH<br>951 ROSE AVE<br>DES PLAINES, IL 60016 | 7275 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$538.24 (P)<br>- (U)<br>$538.24 (T) | Claim for employee vacation time.  Claimant was issued vacation and transition payment on 8/07/07 |
| TYMA, LORRAINE<br>3 SUMMIT DRIVE<br>HOOKSETT, NH 03106 | 5015 | 12/10/07 | 07-11051 | Unspecified* | Claim for employee vacation time.  Claimant was issued vacation time payment on 9/10/07 |
| WANG, ELI J<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | 3451 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,525.75 (P)<br>- (U)<br>$1,525.75 (T) | Claim for employee vacation time.  Claimant was issued vacation time payment on 9/10/07 |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 25 Claims | | $400.00 (S) | |
| | | | | $9,034.74 (A) | |
| | | | | $27,829.42 (P) | |
| | | | | $74,393.99 (U) | |
| | | | | $110,993.59 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## No Documentation Claims

### ———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| MATTHEOS, ARIANNY<br>31 HEYWARD ST.<br>BRENTWOOD, NY 11717 | 3708 | 11/28/07 | 07-11051 | Unspecified* | Claimant failed to include any documentation to support claim. |
| **Totals:** | | | 1 Claim | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.