## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                  :    Chapter 11

                       :

AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]        :

                       :    Jointly Administered

       Debtors.            :

                       :    **Objection Deadline: September 8, 2008 at 4:00 p.m. (ET)**
                       :    **Hearing Date: September 15, 2008 at 10:00 a.m. (ET)**

------------------------------------------------------------- x

### NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE
COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE
AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND
RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) THE DEBTORS'
POSTPETITION LENDER; AND (V) THOSE PARTIES WHO HAVE REQUESTED
NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL.
BANKR. LR 2002-1(B).

     The above-captioned debtors and debtors in possession (the "Debtors") have filed the
**Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the
"Objection"), a copy of which is attached hereto.

     Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00
p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

     At the same time, you must also serve a copy of the response upon the undersigned counsel
to the Debtors so that the response is received on or before the Objection Deadline.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979);
American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New
York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407);
Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York
corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
      Wilmington, Delaware

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    James L. Patton, Jr. (No. 2202)
    Pauline K. Morgan (No. 3650)
    Edward J. Kosmowski (No. 3849)
    Kara Hammond Coyle (No. 4410)
    Nathan D. Grow (No. 5014)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware  19801
    Telephone: (302) 571-6756
    Facsimile: (302) 571-1253

    Counsel to the Debtors and Debtors in Possession

DB02:7137526.1
066585.1001