IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.[1]                                :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Patrick A. Jackson, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Harrison L. Denman, Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue New York, NY 10010, as special investigatory, litigation, and conflicts counsel to the above-captioned debtors and debtors-in-possession.

Dated: Wilmington, Delaware
       August 14, 2008

                                    /s/ Patrick A. Jackson
                                    Patrick A. Jackson (No. 4976)
                                    Young Conaway Stargatt & Taylor, LLP
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    P.O. Box 391
                                    Wilmington, Delaware 19899-0391
                                    Telephone: (302) 571-6707
                                    Facsimile: (302) 571-1253

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:6456686.1                                                                          066585.1001

8/15/08
5448

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: New York, New York
August 14, 2008

*[signature]*

Harrison L. Denman
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7200
Facsimile: (212) 849-7100

Motion granted.

Date: 8/18-08

BY THE COURT:

*[signature]*

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE