**Donna Melli**
119-42 80th Road
Kew Gardens, New York 11415

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
Honorable Judge Christopher S. Sontchi

August 5, 2008

In re: American Home Mortgage Holdings, Inc., Delaware corporation, et al.,
Debtor's federal tax identification number is 13-4066303.

**Response to the Objection – Case No. 07-11047 (CSS)**
**Claim Number 6815**

To The Honorable Judge Christopher S. Sontchi,

I am responding to the Objection of my claim number 6815, with respect that I do have a secured priority claim. The amount of $58,607.32 still due to me was agreed upon both verbally and in writing prior to the lack of liquidity of the debtor. One prior amount noted and due to me in the same agreement for services rendered, was paid in full as promised and agreed to prior to the bankruptcy. The second and third payments of $29,303.66 each were due to me in March of 2008 and then March 2009. The total of $87,911.00 in Contingent Compensation was to be paid to me in three equal installments.

I feel that I am a defrauded creditor. The money was recognized as money owed to me and accounted for prior to bankruptcy and warrants full recovery. This pre-petitioned amount was documented by the Debtor in an employment agreement to me. I sent a copy of this agreement as well as a letter to Kevin Hand at American Home Mortgage on April 9th in response to his letter to me, post dated April 4th, requesting documentation in proof of my claim.

My claim is not unsecured. It is a priority liable claim and warrants full recovery.

Sincerely yours,

*Donna Melli*

Donna Melli

Serve a copy of the response upon the undersigned counsel to the debtors,

C: Nathan D. Grow (No. 5015), **Young Conaway Stargatt & Taylor, LLP**, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 Via Facsimile: (302)571-1253
Telephone (302) 571-6756

C: Marissa Morelle, VP and Senior Counsel
American Home Mortgage Holding, Inc., 538 Broadhollow Road, Melville, New York 11747