# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047(CSS)

**COURTROOM LOCATION:** 6
**DATE:** August 18, 2008 @ 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sandra G.M. Selzer | Greenberg Taurig | WLR Recovery Fund III LP |
| Mark Indelicato | Hahn + Hessen LLP | Official Committee |
| Gloria MacConaill | Peter Anderson Slorron | Bank of America |
| Jeffrey Wisler | Connolly Bove | Northwest Trustee Services |
| Sean Beach | YCST | Debtor |
| Matt Lunn | '' | '' |
| Nathan Grow | '' | '' |
| Elihu Allinson | Sullivan Hazeltine Allinson LLC | Sam Hager II |
| David Carickhoff | Blank Rome | Official Committee |
| Joe McMahon | USDOJ | UST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 08/18/2008
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Robert J. Moore | Milbank, Tweed, Hadley & McCloy | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Anne Knight | Simpson Thacher & Bartlett | Creditor, Michael Strauss / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Gregg S. Ahrens | Adorno & Yoss | Debtor, American Home Mortgage Holdings / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Pamela Chepiga | Allen & Overy, LLP | Interested Party, Allen & Overy, LLP / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Dennis Drebsky | Nixon Peabody LLP | Creditor, Deutsche National Bank Trust Co. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Fred Neufeld | Milbank, Tweed, Hadley & McCloy | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Scott Talmadge | Kaye Scholer LLP | Creditor, Bank of America / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | | Caren Mundt | Orlans Associates | Interested Party, Orlans Associates / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51747) | Hearing | | Harrison Denman | Quinn Emanuel Urquhart Oliver & | Unknown - Update, APPEARING ON BEHALF OF Quinn Emanuel Urquhart Oliver & Hedges, LLP / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-21047 | Hearing | | Ana M. Alfonso | Kaye Scholer LLP | Creditor, Bank of America / LIVE |

Eric Schweizer ✓    Milestone
John Nelligan
Marisa Morelle    AHM

Erika Orozco

CourtConfCal2006

Page 1 of 2