## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket Nos. 4524, 4978** |

### ORDER AWARDING AND DIRECTING PAYMENT OF UNDISPUTED COMPENSATION AND EXPENSES CONTAINED IN THIRD QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH APRIL 30, 2008

Upon consideration of (i) the *Third Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period from February 1, 2008 through April 30, 2008* ("Application") and (ii) the *Debtors' Limited Objection to Third Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period from February 1, 2008 through April 30, 2008* ("Objection"); and it appearing to the Court that all of the requirements of section 328, 330, 331 and 503(b)(2) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied as to the compensation and expenses awarded herein; and it further appearing that the compensation and expenses awarded herein were reasonable and necessary; and that notice of the Application was adequate and proper; and after due deliberation and sufficient good cause appearing therefor; it is hereby

ORDERED, that the Application is approved as set forth herein.

ORDERED, that, other than (i) the PrePetition Foreclosure Costs (as defined in the Objection) and (ii) the compensation and/or expenses set forth on Exhibits A and B to the Objection, NWTS is awarded all compensation and expenses sought in the Application ("Undisputed Award").

ORDERED, that the Application remains pending and subject to further Order of this Court as to all compensation and expenses not included in the Undisputed Award.

IT IS SO ORDERED this 18th day of August, 2008.

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

#629553