# EXHIBIT A

DB02:5229464.3

066585.1001

EXHIBIT A

Third Interim Fee Request of Law Offices Of Alan Weinreb, PLLC, Ordinary Course Professional for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08<br>3/12/08, 3251 | 44,291.25 | 56,645.70 |
| 3/1/08-3/31/08<br>4/16/08, 3714 | 24,937.50 | 100,665.73 |
| 4/1/08-4/30/08<br>6/6/08, 4403 | 46,406.81 | 23,614.00 |
| Totals | 115,635.56 | 180,925.43 |

Third Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08<br>4/1/08, 3508 | 53,811.00 | 2,847.81 |
| 3/1/08-3/31/08<br>5/23/08, 4228 | 30,710.50 | 855.73 |
| Totals | 84,521.50 | 3,703.54 |

**Third Interim Fee Application of Adorno & Yoss LLP, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08 4/1/08, 3509 | 81,919.50 | 135,885.84 |
| 3/1/08-3/31/08 5/14/08, 4052 | 83,702.00 | 130,823.61 |
| Totals | 165,621.50 | 266,709.45 |

**Third Interim Fee Request of Cadwalader, Wickersham & Taft LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-4/30/08 6/13/08, 4621 | 124,007.00 | 48,359.21 |
| Totals | 124,007.00 | 48,359.21 |

**Third Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08 4/1/08, 3506 | 142,796.50 | 19,252.37 |
| 3/1/08-3/31/08 4/24/08, 3843 | 262,794.25 | 409,560.47 |
| 4/1/08-4/30/08 6/2/08, 4335 | 232,347.00 | 259,015.20 |
| Totals | 637,937.75 | 687,828.04 |

**Third Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08<br>5/19/08, 4076 | 172,483.00 | 9,484.53 |
| 3/1/08-3/31/08<br>5/30/08, 4319 | 171,026.25 | 6,421.36 |
| 4/1/08-4/30/08<br>6/13/08, 4626 | 122,547.00 | 4,743.47 |
| Totals | 466,056.25 | 20,649.36 |

**Third Interim Fee Request of Weltman, Weinberg & Reis Co. LPA, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 1/1/08-1/31/08<br>3/25/08, 3409 | 102,809.25 | 133,917.64 |
| 2/1/08-2/29/08<br>4/21/08, 3792 | 70,785.00 | 66,087.08 |
| 3/1/08-3/31/08<br>4/21/08, 3793 | 53,757.50 | 62,378.63 |
| Totals | 227,351.75 | 262,383.35 |

**Third Interim Fee Request of Law Office of Daniel C. Consuegra, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08 3/27/08, 3462 | 75,545.00 | 60,126.34 |
| 3/1/08-3/31/08 4/28/08, 3877 | 148,220.00 | 142,259.01 |
| 4/1/08-4/11/08 6/12/08, 4560 | 80,450.00 | 84,234.69 |
| Totals | 304,215.00 | 286,620.04 |

**Third Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 12/1/07-12/31/07 4/15/08, 3701 | 200,000.00 | 5,856.15 |
| 1/1/08-1/31/08 4/17/08, 3719 | 200,000.00 | 2,827.00 |
| 2/1/08-2/29/08 6/12/08, 4554 | 200,000.00 | 911.16 |
| 3/1/08-3/31/08 6/13/08, 4622 | 200,000.00 | 1,397.45 |
| Totals | 800,000.00 | 10,991.76 |

**Second Interim Fee Request of Orlans Associates, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/07-11/30/07 3/25/08, 3405 | 28,902.50 | 35,442.18 |
| 12/1/07-12/31/07 3/25/08, 3406 | 22,800.00 | 64,022.57 |
| 1/1/08-1/31/08 3/25/08, 3407 | 44,947.50 | 53,734.18 |
| 2/1/08-2/29/08 5/23/08, 4229 | 122,240.00 | 137,507.08 |
| 3/1/08-3/31/08 5/23/08, 4230 | 12,230.00 | 35,636.36 |
| 4/1/08-4/11/08 5/23/08, 4231 | 8,055.00 | 16,495.80 |
| Totals | 239,175.00 | 342,838.17 |

## Second Interim Fee Request of T.D. Service Co., Ordinary Course Professional for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08<br>3/25/08, 3410 | 685,131.66 | 569,518.00 |
| 3/1/08-3/31/08<br>5/1/09, 3937 | 190,195.04 | 177,734.21 |
| 4/1/08-4/11/08<br>5/29/08, 4303 | 179,497.29 | 208,934.57 |
| TOTALS | 1,054,823.99 | 956,186.78 |

**Second Interim Fee Request of Cohn, Goldberg & Deutsch, LLC., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 1/1/08-1/31/08 4/28/08, 3876 | 48,675.00 | 67,325.59 |
| 2/1/08-2/29/08 5/6/08, 3968 | 28,050.00 | 48,313.42 |
| 3/1/08-3/31/08 5/29/08, 4304 | 37,650.00 | 67,147.43 |
| Totals | 114,375.00 | 182,786.44 |

Second Interim Fee Request of Samuel I. White, P.C., Ordinary Course Professional for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/07-11/30/07 3/27/08, 3460 | 9,650.00 | 12,893.63 |
| 12/1/07-12/31/07 3/27/08, 3461 | 33,420.00 | 76,974.79 |
| 1/1/08-1/31/08 3/28/08, 3473 | 50,310.00 | 152,313.03 |
| Totals | 93,380.00 | 242,181.45 |

Second Interim Fee Request of Zeichner Ellman & Krause LLP., Ordinary Course Professional for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 1/1/08-1/31/08<br>3/27/08, 3459 | 80,000.00 | 0.00 |
| Totals | 80,000.00 | 0.00 |

**First Interim Fee Request of PricewaterhouseCoopers Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/12/08-3/31/08<br>6/13/08, 4624 | 66,589.50 | 0.00 |
| 4/1/08-4/30/08<br>6/13/08, 4625 | 29,661.50 | 0.00 |
| Totals | 96,251.00 | 0.00 |

**Second Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/08-2/29/08<br>4/4/08, 3530 | 121,759.00 | 77.00 |
| 3/1/08-3/31/08<br>5/2/08, 3955 | 154,248.25 | 297.89 |
| 4/1/08-4/30/08<br>5/28/08, 4285 | 166,200.00 | 386.82 |
| Totals | 442,207.25 | 761.71 |

**Second Interim Fee Request of Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08 6/18/08, 4712 | 186,108.50 | 5,693.64 |
| 3/1/08-3/31/08 6/18/08, 4713 | 208,726.00 | 6,406.70 |
| 4/1/08-4/30/08 6/18/08, 4714 | 315,741.00 | 15,570.65 |
| Totals | 710,575.50 | 27,670.99 |

*[Handwritten annotation:]* (2,232) / 708,345.50