# EXHIBIT A

**Exhibit A**

**Duplicate Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | 688 | 9/13/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,975.00 (U)<br>$1,975.00 (T) | 687 | 9/13/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,975.00 (U)<br>$1,975.00 (T) |
| CLAIR APPRAISALS, INC.<br>ROBERT CLAIR<br>1632 SE MISLTETOE ST<br>PORT SAINT LUCIE, FL 34983 | 637 | 9/10/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,775.00 (U)<br>$1,775.00 (T) | 147 | 8/23/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,775.00 (U)<br>$1,775.00 (T) |
| CLAIRE APPRAISALS, INC.<br>ATTN ROBERT CLAIR, OWNER<br>1632 SE MISTLETOE STREET<br>PORT SAINT LUCIE, FL 34983 | 2762 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,775.00 (U)<br>$1,775.00 (T) | 147 | 8/23/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,775.00 (U)<br>$1,775.00 (T) |
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 316 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,326.92 (U)<br>$3,326.92 (T) | 9453 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,326.92 (U)<br>$3,326.92 (T) |
| NEW HAMPSHIRE ELECTRIC COOPERATIVE<br>LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | 10221 | 4/17/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$29.36 (U)<br>$29.36 (T) | 2334 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$29.36 (U)<br>$29.36 (T) |
| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRES.<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | 2614 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) | 1898 | 11/5/07 | No Case | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | | 6 Claims | | - (S)<br>- (A)<br>$6,001.92 (P)<br>$5,554.36 (U)<br>$11,556.28 (T) | | | | - (S)<br>- (A)<br>$6,001.92 (P)<br>$5,554.36 (U)<br>$11,556.28 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.