# EXHIBIT B

## Exhibit B
### Amended Claims

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CITY OF LAKELAND, FLORIDA<br>PAT ALDERMAN, CITY TREASURER<br>CITY HALL<br>228 SOUTH MASSACHUSETTS AVE<br>LAKELAND, FL 33801-5086 | 587 | 9/5/07 | 07-11047 | | - (S)<br>- (A)<br>- (P)<br>$408.64 (U)<br>$408.64 (T) | 6007 | 12/7/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$99.98 (U)<br>$99.98 (T) |
| GRUBBS, WILLIAM A. JR.<br>AON CONSULTING<br>1100 REYNOLDS BLVD.<br>WINSTON-SALEM, NC 27105 | 2204 | 11/15/07 | Unspecified | | - (S)<br>- (A)<br>- (P)<br>$17,762.50 (U)<br>$17,762.50 (T) | 6056 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$27,762.50 (U)<br>$27,762.50 (T) |
| HOUSTON, T. CRAIN<br>PO BOX 59<br>3029 BLACK ROCK RD<br>BUTLER, MD 21023 | 734 | 9/13/07 | Unspecified | | - (S)<br>- (A)<br>$10,950.00 (P)<br>$83,863.72 (U)<br>$94,813.72 (T) | 7735 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$124,389.72 (U)<br>$135,339.72 (T) |
| ISOMEDIA INC.<br>C/O BARRY MAULDING<br>2033 SIXTH AVE, SUITE 740<br>SEATTLE, WA 98121 | 2386 | 11/16/07 | 07-11047 | | - (S)<br>- (A)<br>- (P)<br>$671.82 (U)<br>$671.82 (T) | 5676 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,000.82 (U)<br>$1,000.82 (T) |
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | 207 | 8/31/07 | 07-11051 | | - (S)<br>- (A)<br>$4,572.50 (P)<br>- (U)<br>$4,572.50 (T) | 4456 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$59,116.00 (U)<br>$70,066.00 (T) |
| LEWIS, MARK H.<br>111 BUFFLEHEAD DR.<br>MOORESVILLE, NC 28117 | 1489 | 10/9/07 | Unspecified | | - (S)<br>- (A)<br>$1,230.90 (U)<br>$1,230.90 (T) | 1777 | 10/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,230.90 (U)<br>$1,230.90 (T) |
| LUXURY HOMES MAGAZINE<br>6800 KALANIANAOLE HWY STE 101<br>HONOLULU, HI 96825 | 854 | 9/17/07 | Unspecified | | - (S)<br>- (A)<br>- (P)<br>$3,114.56 (U)<br>$3,114.56 (T) | 4236 | 12/3/07 | No Case | - (S)<br>- (A)<br>$3,790.00 (P)<br>- (U)<br>$3,790.00 (T) |

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MANGINELLI SR, DANIEL J<br>3311 TEMPE DRIVE<br>HUNTINGTON BEACH, CA 92649 | 2433 | 11/16/07 | 07-11051 | Unspecified* | 710 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$7,701.23 (P)<br>- (U)<br>$7,701.23 (T) |
| MEYER, RICHARD P.<br>3734 BLUFF DR<br>LEWIS CENTER, OH 43035 | 829 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$5,538.46 (P)<br>- (U)<br>$5,538.46 (T) | 1994 | 11/13/07 | 07-11051 | $28,799.82 (S)<br>- (A)<br>- (P)<br>$782.77 (U)<br>$29,582.59 (T) |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES PC<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | 1268 | 9/25/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | 10434 | 7/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T) |
| ZELEZNIK APPRAISAL CO.<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | 13 | 8/21/07 | Unspecified | - (S)<br>- (A)<br>$2,425.00 (P)<br>- (U)<br>$2,425.00 (T) | 1899 | 11/5/07 | No Case | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) |
| Totals: | 11 Claims |||  - (S)<br>- (A)<br>$23,485.96 (P)<br>$857,052.14 (U)<br>$880,538.10 (T) |||| $28,799.82 (S)<br>- (A)<br>$37,297.13 (P)<br>$463,151.79 (U)<br>$529,248.74 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.