# EXHIBIT C

**Exhibit C**

**Equity Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| 19101391 TTEE<br>19101391<br>U/A DTD 7/23/1893<br>PO BOX 331<br>DES PLAINES, IL 60016-0331 | 10251 | 4/21/08 | 07-11047 | Unspecified* | |
| ADAMS, GEORGE & LORAINE<br>21271 W. HWY 40 LOT 70<br>DUNNELLON, FL 34431 | 4724 | 12/6/07 | Unspecified | $7,972.61<br>$7,972.61 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) |
| ALEXANDER, LAWRENCE G. D.M.D.<br>74 WESTFIELD LANE<br>PALM COAST, FL 32164 | 3277 | 11/26/07 | 07-11047 | $94,439.00<br>$94,439.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) |
| ALEXANDER, LAWRENCE G. D.M.D.<br>74 WESTFIELD LANE<br>PALM COAST, FL 32164 | 3534 | 11/26/07 | 07-11047 | $58,696.00<br>$58,696.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) |
| ANDERSEN, GARY A.<br>2100 SURREY LANE<br>MC KINNEY, TX 75070 | 5872 | 12/19/07 | Unspecified | $14,666.65<br>$14,666.65 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) |
| ANDERSON, JAMES F., JR.<br>25555 N. WINDY WALK DR. # 64<br>SCOTTSDALE, AZ 85255 | 9990 | 2/22/08 | Unspecified | $27,387.47<br>$27,387.47 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) |
| ANEWALT, BETTY L.<br>304 LARRY LN<br>GAHANNA, OH 43230-2638 | 7944 | 1/9/08 | Unspecified | $5,000.00<br>$5,000.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ASSANIE, MAHABIBI<br>1309 SOUTH THOMAS ST., #22<br>ARLINGTON, VA 22204 | 9874 | 2/1/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$17,643.92 (U)<br>$17,643.92 (T) |
| BAUMBACH, JACKSON<br>1730 BECKLEY DR<br>NEW CUMBERLAND, PA 17070 | 6358 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$9,944.10 (U)<br>$9,944.10 (T) |
| BEISINGER, LARRY E.<br>PO BOX 461<br>GREENWOOD, IN 46142-0461 | 7723 | 1/8/08 | Unspecified | - (S)<br>- (A)<br>$315,071.00 (P)<br>- (U)<br>$315,071.00 (T) |
| BERVERIDGE, DAVID M.<br>C/O RAYMOND JAMES & ASSOCIATES, INC.<br>5847 SAN FELIPE ROAD, SUITE 1800<br>HOUSTON, TX 77057 | 10400 | 5/15/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$25,986.98 (U)<br>$25,986.98 (T) |
| BLIESE, DAVID<br>OPTOMETRIST<br>263 WEST PARK MALL<br>CAPE GIRARDEAU, MO 63703 | 9930 | 1/23/08 | Unspecified | - (S)<br>- (A)<br>$14,428.00 (P)<br>$14,428.00 (U)<br>$14,428.00 (T) |
| BLOCK, BRUCE W.<br>623 MAZE GLEN<br>ESCONDIDO, CA 92025 | 7627 | 1/8/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$16,251.90 (U)<br>$16,251.90 (T) |
| BOETTCHER, JANET L. (IRA)<br>FCC AS CUSTODIAN<br>2070 N. POINTE<br>FLORISSANT, MO 63031 | 6266 | 12/24/07 | Unspecified | Unspecified* |
| BOOTH, WILLIAM R.<br>6821 CORRAL CIRCLE<br>SARASOTA, FL 34243 | 3912 | 11/30/07 | Unspecified | Unspecified* |
| BOWMAN, PHILLIP B.<br>COM IRA CUSTODIAN<br>1794 BRUSH HILL LANE<br>GLENVIEW, IL 60025 | 6069 | 1/10/08 | Unspecified | Unspecified* |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BOYER, JANE C.<br>1702 E. LIND RD<br>TUCSON, AZ 85719 | 6166 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$4,846.00 (P)<br>- (U)<br>$4,846.00 (T) |
| BRICKHAUS, DONALD F. & JANET S.<br>226 BAMBOO LN<br>JACKSON, MO 63755 | 3874 | 11/30/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$10,070.18 (U)<br>$10,052.18 (T) |
| BRODT, PHILIP S.<br>219 WOODS POINT RD.<br>OSPREY, FL 34229 | 9875 | 2/1/08 | 07-11047 | - (S)<br>- (A)<br>$6,253.00 (P)<br>$6,253.00 (U)<br>$6,253.00 (T) |
| BUFANO, SHARON B.<br>2353 HIGHWAY 109 N<br>LEBANON, TN 37090-1217 | 3736 | 11/29/07 | Unspecified | - (S)<br>- (A)<br>$700.00 (P)<br>$700.00 (U)<br>$700.00 (T) |
| BUTLER, PATRICIA<br>800 HIGH WOODS TRAIL<br>FORT WORTH, TX 76112-1705 | 9898 | 2/4/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$11,525.78 (U)<br>$11,525.78 (T) |
| CAMPBELL, BRUCE H.<br>1119 NORTHRIDGE CT.<br>GOLDEN, CO 80401 | 3290 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,432.00 (U)<br>$12,432.00 (T) |
| CAREY, ZETOUN<br>2999 E. OCEAN BLVD # 620<br>LONG BEACH, CA 90803 | 5639 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>$59,871.85 (P)<br>$59,871.85 (U)<br>$59,871.85 (T) |
| CASMUS, CHARLES A. III<br>3105 HEMON RD<br>MONTGOMERY, AL 36106 | 9936 | 2/8/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$7,064.00 (U)<br>$7,064.00 (T) |
| CENTRAL LIMESTONE CO., INC.<br>ATTN: KAY M. SHAW<br>16805 QUARRY RD.<br>MORRIS, IL 60450 | 10218 | 4/16/08 | Unspecified | Unspecified* |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| CHANNAH, KHURSHID<br>20 EAST 9TH-STREET<br>APT. 14-O<br>NEW YORK, NY 10003-5944 | 9909 | 2/5/08 | 07-11047 | -<br>-<br>-<br>$3,816.76<br>$3,816.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CHILCOTT, JOHN M.<br>5547 JUNO DR<br>LAKE VIEW, NY 14085 | 3317 | 11/26/07 | Unspecified | -<br>-<br>-<br>$2,256.75<br>$2,256.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CHONG, DAVID HOU YUEN & CECILIA C.<br>66 AVA CRESC<br>RICHMOND HILL, ON L4B 2X4<br>CANADA | 10401 | 5/16/08 | 07-11048 | -<br>-<br>-<br>$6,908.64<br>$6,908.64 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CHRISTIANSEN, BARRY ALVIN<br>P.O. BOX 1030<br>CEBY CITY 6000<br>PHILIPPINES | 9948 | 2/11/08 | Unspecified | -<br>-<br>-<br>$2,650.00<br>$2,650.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CONNER, LEE F., IRA<br>1361 CLIFTON LANDING LN<br>KILMARNOCK, VA 22482 | 4904 | 12/10/07 | Unspecified | Unspecified* | |
| CONSTANTINE, THOMAS<br>21 SEVENTH AVE.<br>WESTWOOD, NJ 07675 | 10121 | 3/20/08 | Unspecified | -<br>-<br>-<br>$4,289.60<br>$4,289.60 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CONTI, TERESA & THOMAS<br>25525 DELMAR<br>HAYWARD, CA 94542 | 10369 | 5/1/08 | Unspecified | -<br>-<br>$241.96<br>-<br>$241.96 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| COSGROVE, BEVERLEY A.<br>3519 JACKSON STREET<br>SIOUX CITY, IA 51104-1946 | 8232 | 1/10/08 | 07-11048 | -<br>-<br>-<br>$10,265.35<br>$10,265.35 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CULLEN, JOHN V. TTEE O/T<br>CULLEN FAMILY TRUST DTD 1/29/92<br>841 STRATFORD ST.<br>PISMO BEACH, CA 93449-2446 | 9923 | 1/14/08 | Unspecified | -<br>-<br>-<br>$26,750.00<br>$26,750.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| DARGAVELL, RAY<br>480 WHITLOCK RD<br>RICHMOND, KY 40475 | 4223 | 12/3/07 | Unspecified | - <br>- <br>$4,448.36<br>$4,448.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DE CESPEDES, CARLOS M.<br>42-53 KETCHAM STREET<br>ELMHURST, NY 11373 | 3354 | 11/26/07 | 07-11047 | Unspecified* | |
| DE STEFANO, RON<br>342 LAVERNE AVE.<br>MILL VALLEY, CA 94941 | 9886 | 2/1/08 | Unspecified | - <br>- <br>- <br>$3,523.15<br>$3,523.15 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DEANGELIS, KAYEL JR<br>312 E 95TH ST<br>NEW YORK, NY 10128 | 4942 | 12/10/07 | Unspecified | - <br>- <br>- <br>$72,236.00<br>$72,236.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DECKER, JANELLE T.<br>2812 W. 50TH<br>WESTWOOD, KS 66205 | 8440 | 1/10/08 | Unspecified | - <br>- <br>$8,891.74<br>- <br>$8,891.74 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DEVILLE, GEORGE<br>1 ORCHARD ST<br>BOX 447<br>MUSE, PA 15350 | 10287 | 4/28/08 | 07-11048 | - <br>- <br>- <br>$15,477.61<br>$15,477.61 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DICKEY, HAROLD L & GEORGETTA D & DAVID L<br>& NANCY R OSTEN TRS FBO DICKEY<br>15832 W JOSHUA TREE DR<br>SUN CITY GRAND<br>SURPRISE, AZ 85374-5004 | 3083 | 11/23/07 | 07-11047 | - <br>- <br>$18,590.48<br>- <br>$18,590.48 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DING, YIMING<br>59 MILL ST.<br>QUINCY, MA 02169 | 5856 | 12/19/07 | Unspecified | - <br>- <br>- <br>$1,753.42<br>$1,753.42 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DITTMAR, MARGARET ANNE<br>4 MOORE TERRACE<br>CAPE MAY COURT HOUSE, NJ 08210 | 3333 | 11/26/07 | Unspecified | Unspecified* | |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| DREDLA, FAITH L & JACK C. (TRUSTEE)<br>FAITH L. DREDLA TRUST<br>2104 SOUTH TRACY AVENUE<br>BOZEMAN, MT 59715 | 4815 | 12/7/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$13,703.61 (U)<br>$13,703.61 (T) |
| DUBOIS, MICHAEL REGIS & PAUL A.<br>18933 PENINSULA POINT DR<br>CORNELIUS, NC 28031 | 9726 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>$2,104.55 (P)<br>- (U)<br>$2,104.55 (T) |
| DUBOIS, RICHARD ANTHONY & MARJORIE E.<br>1502 RENAISSANCE DR NE<br>DIPLOMAT 813<br>CONYERS, GA 30012 | 9729 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>$9,129.90 (P)<br>- (U)<br>$9,129.90 (T) |
| DUKOW, ALBERT N.<br>15451 VENTURA BOULEVARD, #324<br>SHERMAN OAKS, CA 91403-3014 | 10026 | 3/6/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$12,298.47 (U)<br>$12,298.47 (T) |
| EILERS, ANITA I.<br>13101 SOUTHAMPTON DRIVE<br>BONITA SPRINGS, FL 34135 | 6398 | 12/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$29,838.99 (U)<br>$29,838.99 (T) |
| ENGLISH, DAVID<br>6523 FURMAN BLVD<br>FT. MYERS, FL 33919 | 9877 | 2/1/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,374.00 (U)<br>$2,374.00 (T) |
| FAGAN, JOSEPH J.<br>2434 GOLDEN OAKS DR.<br>GARLAND, TX 75044 | 9924 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$13,140.00 (U)<br>$13,140.00 (T) |
| FELDMAN, BARBARA IRA ROLLOVER<br>10 CITY PLACE APT 5A<br>WHITE PLAINS, NY 10601 | 9749 | 1/22/08 | Unspecified | Unspecified* |
| FISHER, GARY A. (IRA)<br>AMERIPRISE TRST CO. ACF<br>10302 63RD AVE.<br>PLEASANT PRAIRIE, WI 53158 | 4501 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$11,459.00 (U)<br>$11,459.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| FLATHER, NEWELL<br>334 OTIS STREET<br>W NEWTON, MA 02465-2547 | 10010 | 2/28/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$30,538.32 (U)<br>$30,538.32 (T) |
| FLEMING, JOE A.<br>2909 BARCODY RD SE<br>HUNTSVILLE, AL 35801 | 9987 | 2/20/08 | 07-11047 | $1,710.00 (S)<br>- (A)<br>- (P)<br>$1,710.00 (U)<br>$1,710.00 (T) |
| FRANCES MCPHERSON BAKER<br>934 WRERS ROOST CIR. # 3<br>MEMPHIS, TN 38119-0511 | 4370 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,201.31 (U)<br>$5,201.31 (T) |
| FRANKLIN, CHRISTOPHER M<br>4164 E. GREENWAY CIRCLE<br>MESA, AZ 85205 | 7183 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>$17,470.00 (P)<br>$17,470.00 (U)<br>$17,470.00 (T) |
| FROST, ETHEL P.<br>2444 MELODY LANE<br>RENO, NV 89512-1435 | 2856 | 11/20/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$17,370.00 (U)<br>$17,370.00 (T) |
| GLYNN, ROBERT J.<br>44 SULLIVAN PL<br>MILLBURY, MA 01527 | 4039 | 11/30/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$9,881.00 (U)<br>$9,881.00 (T) |
| GONZALEZ-ANDRADES, JOSE A.<br>JARDINES COUNTRY CLUB<br>BB-25 C/104<br>CAROLINA, PR 00983-2004 | 6618 | 12/31/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$14,980.88 (U)<br>$14,980.88 (T) |
| GROSS, GARY<br>5242 E. ARROYO RD<br>PARADISE VALLEY, AZ 85253-3322 | 6508 | 12/28/07 | 07-11047 | - (S)<br>- (A)<br>$218,000.00 (P)<br>- (U)<br>$218,000.00 (T) |
| HARRISON, DOUGLAS<br>769 SANDY HILL CIR.<br>PT. ORANGE, FL 32127-7795 | 3996 | 11/30/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| HASTON, HAROLD MD<br>DEFINED BENEFIT PENSION PLAN<br>PO BOX 10250<br>GLENDALE, AZ 85318 | 9985 | 2/20/08 | 07-11048 | -<br>-<br>$23,325.00<br>$23,258.80<br>$23,258.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| HE, ZHU<br>224 BLUEFIELD ROAD<br>CHAPEL HILL, NC 27517 | 9414 | 1/14/08 | Unspecified | -<br>-<br>-<br>$3,961.36<br>$3,961.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| HOFFSTETTER, RAYMOND & MURIEL<br>8726 GLENWOOD<br>ST. LOUIS, MO 63126 | 9929 | 1/23/08 | Unspecified | -<br>-<br>-<br>$6,000.00<br>$6,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| HOGAN, JOSEPH D.<br>UNIT 3030 BOX 42<br>APO, AA 34022 | 5566 | 12/17/07 | Unspecified | -<br>-<br>-<br>$22,181.00<br>$22,181.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| HUGGINS, MICHELLE<br>1025 HILLBROOK LN<br>NEWBERRY, SC 29108-7806 | 10131 | 3/24/08 | Unspecified | Unspecified* | |
| IDASIAK, BRONISLAW<br>115 REICH AVENUE<br>MAHWAH, NJ 07430 | 3621 | 11/27/07 | Unspecified | -<br>-<br>-<br>$32,628.99<br>$32,628.99 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| IDASIAK, BRONISLAW<br>115 REICH AVENUE<br>MAHWAH, NJ 07430 | 3622 | 11/27/07 | Unspecified | -<br>-<br>-<br>$23,140.26<br>$23,140.26 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| IRISH, ROBERT<br>2924 BARRINGTON DR.<br>TOLEDO, OH 43606-3005 | 9941 | 2/11/08 | Unspecified | Unspecified* | |
| IZZO, JOHN<br>26928 HALIFAX PLACE<br>HAYWARD, CA 94542 | 6493 | 12/27/07 | 07-11051 | -<br>-<br>-<br>$15,670.85<br>$15,670.85 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| JERDAN, JANICE<br>5112 BELLEFONTAINE DR.<br>ARLINGTON, TX 76017 | 9965 | 2/14/08 | Unspecified | -<br>-<br>$4,552.00<br>-<br>$4,552.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| JOAN KOWALSKI TRUST DTD 7/14/07<br>JOAN KOWALSKI TRUSTEE<br>21761 ELIZABETH AVE.<br>FAIRVIEW PARK, OH 44126 | 6950 | 1/3/08 | Unspecified | -<br>-<br>-<br>$15,628.00<br>$15,628.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| JOHNSON, JOSEPH H.<br>USAA FED SVGS BNK C/F SDIRA R/O<br>4608 RIVER CLOSE BLVD<br>VALRICO, FL 33594 | 7196 | 1/7/08 | Unspecified | -<br>-<br>-<br>$22,241.95<br>$22,241.95 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| JORDAN, WILLIAM K. JR. & JEAN G.<br>TEN COM<br>119 MOBLEY HWY<br>WINNSBORO, SC 29180-8103 | 10136 | 3/24/08 | Unspecified | -<br>-<br>$12,676.14<br>$12,676.14<br>$12,676.14 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| KAUR, MANDEEP<br>132-35 SANFORD AVE 401<br>FLUSHING, NY 11355 | 10389 | 5/8/08 | 07-11047 | $1,270.00<br>-<br>-<br>-<br>$1,270.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| KENT, MICHAEL A. & LYDIA<br>816 WOODROW CT<br>CHESAPEAKE, VA 23322 | 10285 | 4/28/08 | Unspecified | -<br>-<br>$8,409.91<br>$8,409.91<br>$8,409.91 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| KESHIMOVER, JASON<br>2245 3RD ST<br>EAST MEADOW, NY 11554 | 10032 | 2/29/08 | Unspecified | -<br>-<br>$3,000.00<br>$3,000.00<br>$3,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| KNORR, DAVID A.<br>132 CLAYBROOK DR.<br>E. PALESTINE, OH 44413 | 8473 | 1/10/08 | Unspecified | -<br>-<br>$3,500.00<br>$3,500.00<br>$3,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| KOERNER, ROBERT J.<br>2308 HURSTVIEW DRIVE<br>HURST, TX 76054-2720 | 9977 | 2/19/08 | Unspecified | -<br>-<br>$7,388.18<br>$7,388.18 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| KRAEMER, ELLEN JO<br>P.O. BOX 3523<br>BOONE, NC 28607 | 5447 | 12/13/07 | 07-11046 | $16,138.40 (S)<br>- (A)<br>- (P)<br>- (U)<br>$16,138.40 (T) |
| LANTERMAN, FRANK E.<br>488 HALLET RD<br>E STROUDSBURG, PA 18301-9555 | 10235 | 4/23/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$6,328.00 (U)<br>$6,328.00 (T) |
| LARSON, NILS, IRA<br>WMS CUSTODIAN<br>1234 W SOLANO DR<br>PHOENIX, AZ 85013 | 4926 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$16,947.00 (P)<br>- (U)<br>$16,947.00 (T) |
| LAURIN, ANDREW C.<br>72 FARMWOOD DR.<br>NASHUA, NH 03062 | 4216 | 1/23/07 | Unspecified | Unspecified* |
| LEITNER, JOYCE<br>425 SPENCER CREEK ROAD<br>KALAMA, WA 98626 | 7321 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,958.09 (U)<br>$2,958.09 (T) |
| LIND, SYDELL SHAKERDGE<br>88 POND VIEW DR.<br>PORT WASHINGTON, NY 11050 | 6317 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$3,379.95 (U)<br>$3,379.95 (T) |
| LINGL, HERB<br>PO BOX 470455<br>SAN FRANCISCO, CA 94147 | 10011 | 2/28/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) |
| LORENZ, ERICH A.<br>15 BLENHEIM COURT<br>ROCKVILLE CENTRE, NY 11570 | 10007 | 2/21/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$43,809.66 (U)<br>$43,809.66 (T) |
| LOTZ, MARY B. (IRA)<br>117 DEHAVEN DR # 346<br>YONKERS, NY 10703 | 9939 | 2/11/08 | Unspecified | Unspecified* |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MARQUARDT, MARY<br>PO BOX 2603<br>AVILA BEACH, CA 93424 | 5507 | 12/14/07 | Unspecified | $3,172.00 (S)<br>- (A)<br>$3,812.20 (P)<br>$3,172.00 (U)<br>$10,156.20 (T) |
| MARTIN, DAVID W. & JON M. TTEES FOR<br>THE MARTIN FAMILY TR DTD 5-11-89<br>6310 N. CADENA DE MONTANAS<br>TUCSON, AZ 85718 | 4028 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$368.97 (U)<br>$368.97 (T) |
| MCBRIDE, ANNA M.<br>9217 MORGAN LN.<br>GREENWOOD, AR 72936 | 6278 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$24,209.67 (P)<br>- (U)<br>$24,209.67 (T) |
| MCGUIRE, DANYA D.<br>SEAN P MCGUIRE<br>JTWROS<br>577 BEAUFORT COURT<br>CINICNNATI, OH 45240-3802 | 2509 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$233.88 (U)<br>$233.88 (T) |
| MILLER, JAMES D.<br>6309 GLENWOOD RD.<br>OMAHA, NE 68132 | 3253 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$75,000.00 (U)<br>$75,000.00 (T) |
| MILSHTEYN, ALEXANDER<br>7477 WESTBURN BLVD<br>WEST BLOOMFIELD, MI 48322 | 8940 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$8,234.10 (U)<br>$8,234.10 (T) |
| MONTGOMERY, ROBERT N.<br>2381 NAVAJO CIRCLE<br>BISHOP, CA 93514 | 3731 | 11/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,653.74 (U)<br>$8,653.74 (T) |
| MORINE, SHIRLEY A.<br>78547 IRON BARK DR.<br>PALM DESERT, CA 92211 | 5024 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,283.99 (U)<br>$2,283.99 (T) |
| MUI, LILY<br>1133 WAIMANU ST., APT 911<br>HONOLULU, HI 96814 | 6494 | 12/27/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$580.00 (U)<br>$580.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| NEAL, JAMES G.<br>F MARIE NEAL JTWROS<br>PO BOX 537<br>DUNNELLON, FL 34430-0537 | 2487 | 11/19/07 | Unspecified | $425.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$425.00 (T) |
| NIE, GREGORY A.<br>1660 N. LASALLE UNIT # 3108<br>CHICAGO, IL 60614-6024 | 9602 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>$13,769.49 (P)<br>- (U)<br>$13,769.49 (T) |
| O'DELL, TAMI MARIA<br>24 CARHART AVE # 209<br>WHITE PLAINS, NY 10605 | 10253 | 4/21/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$14,670.77 (U)<br>$14,670.77 (T) |
| OLIVER, N.N.<br>1380 LARCHMONT DR.<br>BUFFALO GROVE, IL 60089 | 9876 | 2/1/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$6,200.00 (U)<br>$6,200.00 (T) |
| PAGANO, SHARON<br>153 MILL RD<br>CHELMSFORD, MA 01824 | 9046 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$771.56 (P)<br>- (U)<br>$771.56 (T) |
| PAN, THERESA STONE TTEE<br>THERESA STONE PAN CRUT IV<br>1650 CULERA CREEK HEIGHTS DR<br>MILPITAS, CA 95035 | 9781 | 1/24/08 | Unspecified | $28,574.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$28,574.00 (T) |
| PARISH, JOSEPH G. PSP DTD 1/1/89<br>JOSEPH G PARISH TTEE<br>2942 LEXINGTON RD<br>LOUISVILLE, KY 40206-2934 | 5808 | 12/18/07 | Unspecified | - (S)<br>- (A)<br>$47,632.00 (P)<br>- (U)<br>$47,632.00 (T) |
| PATTEN, PATRICIA C., ROTH IRA<br>TD AMERITRADE CLEARING-CUSTODIAN<br>3100 N STRATHAM PT<br>HERNANDO, FL 34442-5442 | 3510 | 11/26/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,563.59 (U)<br>$1,563.59 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| PAUL A. ANDERSON & ELVADEEN F. ANDERSON TRUST - ELVADEEN F. ANDERSON TTEE UAD NOV 1, 1988<br>2672 BARBARARADALE CIRCLE<br>LAS VEGAS, NV 89146 | 9906 | 2/4/08 | Unspecified | Unspecified* |
| PHELPS, JOHN R.<br>482 BORDER HILL DR.<br>LOS ALTOS, CA 94024 | 9995 | 2/25/08 | Unspecified | $11,088.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,088.00 (T) |
| PHELPS, JOHN R.<br>482 BORDER HILL DR.<br>LOS ALTOS, CA 94024 | 9996 | 2/25/08 | Unspecified | $41,588.91 (S)<br>- (A)<br>- (P)<br>- (U)<br>$41,588.91 (T) |
| PIPER, SARA LYNN - IRA<br>8308 N. TAHOE DR.<br>MUNCIE, IN 47303-9333 | 9940 | 2/11/08 | Unspecified | Unspecified* |
| PLATOW, R ALAN<br>PO 888<br>114 W. CHESTNUT ST<br>SAINT MICHAELS, MD 21663 | 3974 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$10,001.22 (U)<br>$10,001.22 (T) |
| POETSCHAN, CENTA<br>RR2 - BOX 116<br>WYALUSING, PA 18853 | 4057 | 11/30/07 | 07-11047 | $4,566.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,566.00 (T) |
| QUEBBEMANN, DAVID<br>1202 THOROUGHBRED<br>SAINT CHARLES, IL 60174 | 3141 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$14,048.00 (U)<br>$14,048.00 (T) |
| REED, EDWARD C.<br>3180 LINDA VISTA AVE.<br>FORT PIERCE, FL 34982 | 3145 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,009.32 (U)<br>$5,009.32 (T) |
| REHMS, JOHN & JANE<br>20108 N DAY MT SPOKANE<br>MEAD, WA 99021-7775 | 9967 | 2/14/08 | Unspecified | $18,430.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$18,430.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| REYNOLDS, DEBRA F.<br>2906 GREENTREE DR.<br>SMYRNA, TN 37167 | 9894 | 2/4/08 | Unspecified | Unspecified* |
| REYNOLDS, JERRY DOUGLAS<br>2906 GREENTREE DR.<br>SMYRNA, TN 37167 | 9893 | 2/4/08 | Unspecified | Unspecified* |
| RISSMAN, RANDALL S.<br>132 CANNON CIRCLE<br>WOODSTOCK, NY 12498 | 9982 | 2/20/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$10,244.45 (U)<br>$10,244.45 (T) |
| RIVERA, GREGORY<br>MANS DEL CARIBE<br>OPALO #20<br>HUMACAO, PR 00791 | 3512 | 11/26/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,320.00 (U)<br>$1,320.00 (T) |
| RL INVESTMENT LIMITED PARTNERS<br>230 E 107TH ST CIR<br>BLOOMINGTON, MN 55420 | 6591 | 12/31/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$33,139.19 (U)<br>$33,139.19 (T) |
| ROSENTHAL, PATRICIA &<br>HELLERSTEIN, SUZANNE<br>1433 SOUTH BARRY AVENUE<br>APT. 202<br>LOS ANGELES, CA 90025 | 9944 | 2/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$16,529.00 (U)<br>$16,529.00 (T) |
| ROWLANDS, LUCINDA CHRISTINE<br>9453 COATES RD E<br>HOLLAND PATENT, NY 13354 | 3207 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$777.70 (U)<br>$777.70 (T) |
| SANDERS, RICHARD<br>10209 PREMIA PL<br>LAS VEGAS, NV 89135 | 4689 | 12/6/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,820.00 (U)<br>$5,820.00 (T) |
| SANTORO, EDWARD C.<br>NFC/FMTC ROTH IRA<br>286 N. MADISON AVE # 416<br>PASADENA, CA 91101 | 6343 | 12/24/07 | Unspecified | Unspecified* |
| SANTORO, SASHA T.<br>286 N. MADISON AVE # 416<br>PASADENA, CA 91101 | 6252 | 12/24/07 | Unspecified | Unspecified* |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SAWYEL, WILLIAM<br>9255 NEW CARLISLE PIKE<br>NEW CARLISLE, OH 45344-9267 | 9945 | 2/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,187.99 (U)<br>$19,187.99 (T) |
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>208 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 | 10058 | 3/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,795.00 (U)<br>$2,795.00 (T) |
| SCHWEIZER, BRIAN T.<br>1641 RIDGE BEND DRIVE<br>WILDWOOD, MO 63038 | 10009 | 2/28/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,002.00 (U)<br>$1,002.00 (T) |
| SEABOARD REALTY CORP<br>ATTN WILLIAM MARTOCCIA - PRES<br>4 SADDLE ROAD<br>STONY BROOK, NY 11790-2015 | 3564 | 11/27/07 | Unspecified | Unspecified* |
| SEIWERT, HILBERT<br>3989 LOS ARABIS DR.<br>LAFAYETTE, CA 94549 | 9931 | 1/23/08 | Unspecified | Unspecified* |
| SEIWERT, HILBERT<br>3989 LOS ARABIS DR.<br>LAFAYETTE, CA 94549 | 9970 | 1/23/08 | Unspecified | Unspecified* |
| SENDACH, JERRI<br>11805 WATERCREST LN<br>BOCA RATON, FL 33498 | 4184 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,008.32 (U)<br>$5,008.32 (T) |
| SHADEN, EDDIE A.<br>4583 20TH AVE N<br>ST. PETERSBURG, FL 33713 | 9927 | 1/23/08 | Unspecified | - (S)<br>- (A)<br>$2,996.00 (P)<br>- (U)<br>$2,996.00 (T) |
| SHEEN, ALEXANDER W.<br>7892 SAILBOAT KEY BLVD.<br>APT 408<br>SO. PASADENA, FL 33707 | 3963 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,580.96 (U)<br>$5,580.96 (T) |

─────── Objectionable Claims ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SHERWIN, KELLEY M.<br>25975 ATWOOD AVE.<br>WARRENS, WI 54666-8507 | 5845 | 12/18/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$16,724.39 (U)<br>$16,724.39 (T) |
| SHOFNER, KATHY JANE, ROTH<br>EDWARD D. JONES & CO. CUSTODIAN<br>3311 N ALEXANDER LANE<br>BETHANY, OK 73008-3720 | 6676 | 12/31/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,419.20 (U)<br>$1,419.20 (T) |
| SMITH, JERRY<br>6321 JUNIPER WAY<br>KLAMATH FALLS, OR 97603 | 7179 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$13,232.00 (U)<br>$13,232.00 (T) |
| SMITH, PRESTON LEETE, IRA<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | 4153 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,005.00 (U)<br>$21,005.00 (T) |
| SORAGHAN, ANNE W.<br>P.O. BOX 413<br>DOVER, MA 02030-0413 | 9902 | 2/4/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,748.95 (U)<br>$2,748.95 (T) |
| ST. PIERRE, ROBERT G.<br>PO BOX 7399-167<br>BRECKENRIDGE, CO 80424 | 3318 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,285.00 (U)<br>$22,285.00 (T) |
| STEIN, ROSS A.<br>10 E 29TH ST. 11C<br>NEW YORK, NY 10016 | 5881 | 12/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$8,680.26 (U)<br>$8,680.26 (T) |
| STEPHENS, RONALD L. IRS R/O<br>114 LAWTON AVE.<br>SAVANNAH, GA 31404-1229 | 9897 | 2/4/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,032.97 (U)<br>$5,032.97 (T) |
| STIEFEL, ANNE<br>4551 GULF SHORE BLVD NORTH # 305<br>NAPLES, FL 34103 | 5376 | 12/13/07 | Unspecified | Unspecified* |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| STIFEL, NICOLAUS C/F<br>JOHN LEONARD<br>1566 EAST RANGE LINE RD.<br>GREENCASTLE, IN 46135 | 9928 | 1/23/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) |
| SUN, JUN<br>12637 EL CAMINO ROAD #5108<br>SAN DIEGO, CA 92130 | 8136 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2.75 (U)<br>$2.75 (T) |
| SUTTON, MYRTLE L. & MCDANIEL, SANDRA S.<br>JTWROS<br>120 DAVIS DR<br>WILLIAMSBURG, VA 23185 | 7900 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$17,224.80 (P)<br>$17,224.80 (U)<br>$17,224.80 (T) |
| SZOCHET, MORRIS<br>101 FALMOUTH ST.<br>BROOKLYN, NY 11235 | 4037 | 11/30/07 | Unspecified | $3,316.00 (S)<br>- (A)<br>$292.95 (P)<br>$6,650.30 (U)<br>$10,259.95 (T) |
| TAYLOR, CHRISTOPHER<br>6329 VALLEY VIEW RD.<br>GOODLETTSVILLE, TN 37073 | 3164 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$530.00 (U)<br>$530.00 (T) |
| TAYLOR, HARRY R.<br>354 BARNSIDE DR<br>PALMYRA, PA 17078-8728 | 9880 | 2/1/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$23,310.00 (U)<br>$23,310.00 (T) |
| TUCK, KEITH<br>2208 BELLGATE CT.<br>MONTGOMERY, AL 36116 | 9947 | 2/11/08 | Unspecified | $9.99 (S)<br>- (A)<br>- (P)<br>$1,020.00 (U)<br>$1,029.99 (T) |
| WALLACH, ALETA C/F<br>JOHN WALLACH<br>355 25TH ST<br>SANTA MONICA, CA 90402 | 10250 | 4/21/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$6,233.00 (U)<br>$6,233.00 (T) |
| WEBER, JODI M.<br>9650 N. AUGUSTA DR, SUITE 522<br>CARMEL, IN 46032-7603 | 4496 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>$8,336.95 (P)<br>- (U)<br>$8,336.95 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| WEINSTOCK, ROBERT S.<br>SEDGWICK PARTNERS LP<br>9027 SEDGWICK PLACE DR<br>SAINT LOUIS, MO 63124 | 3532 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) |
| WISE, YVONNE<br>PO BOX 72<br>MALAKOFF, TX 75148 | 10176 | 4/3/08 | Unspecified | $7,232.62 (S)<br>- (A)<br>$22,232.26 (P)<br>$15,000.00 (U)<br>$22,232.26 (T) |
| WISER, PAUL E., SR (TRUSTEE)<br>WISER FAMILY TRUST UA MAY 2, 1992<br>2067 SHILLINGWOOD DR NW<br>KENNESAW, GA 30152 | 3016 | 11/23/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$73,186.08 (U)<br>$73,186.08 (T) |
| WOLF, MICHAEL<br>935 NW BENT TREE DR.<br>LEES SUMMIT, MO 64081-1836 | 9925 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$69,367.00 (U)<br>$69,367.00 (T) |
| WUST, KARL K.<br>8729 22ND AVE N.W.<br>SEATTLE, WA 98117 | 3868 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>$3,510.00 (P)<br>- (U)<br>$3,510.00 (T) |
| YANG, YUDONG<br>5120 FAIRMONT ST.<br>VANCOUVER, BC V5R 3V3<br>CANADA | 9932 | 1/23/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,464.00 (U)<br>$2,464.00 (T) |
| Totals: | 157 Claims | | | $137,520.92 (S)<br>- (A)<br>$674,554.45 (P)<br>$1,812,517.65 (U)<br>$2,433,874.40 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

† The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.