# EXHIBIT E

# Exhibit E

## Satisfied Claims

| Name/Address of Claimant | | Objectionable Claims | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | |
| ALESSI, KERRI L<br>1 DUNDERBERG RD<br>TOMKINS COVE, NY 10986 | 6 | 8/17/07 | Unspecified | | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | The Debtors have issued a refund for the claimed fees. |
| BARTLETT, CAROL P. & WILLIAM L.<br>5922 SUGAR BUSH DR<br>LA FAYETTE, NY 13084 | 4032 | 11/30/07 | 07-11051 | | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | The Debtors have issued a refund for the claimed fees. |
| BRANNON, MARK<br>184 W. BRENTWOOD DR.<br>PALATINE, IL 60074 | 3093 | 11/23/07 | Unspecified | | - (S)<br>- (A)<br>$2,295.01 (P)<br>- (U)<br>$2,295.01 (T) | According to the Debtors' books and records, the claimed amount has already been paid. |
| BRAVO, CHRISTINA<br>3828 ADDISON WOODS RD.<br>FREDERICK, MD 21704 | 1432 | 10/5/07 | Unspecified | | - (S)<br>- (A)<br>$269.60 (P)<br>- (U)<br>$269.60 (T) | According to the Debtors' books and records, the claimed amount has already been paid. |
| CORTEZ, KASIE T<br>7375 GEODE CT<br>CASTLE ROCK, CO 80108 | 5260 | 12/24/07 | 07-11051 | | - (S)<br>- (A)<br>$2,253.13 (P)<br>$2,253.13 (U)<br>$2,253.13 (T) | According to the Debtors' books and records, the claimed vacation payout was paid on 9/10/07. |
| FONNESBECK, VANCE BRIAN<br>765 HOMESTEAD<br>PRICE, UT 84501 | 2776 | 11/19/07 | 07-11051 | | - (S)<br>- (A)<br>- (P)<br>$150.00 (U)<br>$150.00 (T) | According to the Debtors' books and records, the claimed amount was paid on 11/12/07. |
| JOHNSON, PAUL J.<br>3 WESTFIELD LN<br>ROCKY RIVER, OH 44116 | 1273 | 9/27/07 | Unspecified | | - (S)<br>- (A)<br>$4,629.45 (P)<br>- (U)<br>$4,629.45 (T) | According to the Debtors' books and records, the claimed amount has already been paid. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MYERS, JAY<br>4810 VIA BENSA<br>OAK PARK, CA 91377 | 5080 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$6,504.60 (P)<br>$6,504.60 (U)<br>$6,504.60 (T) | According to the Debtors' books and records, the claimed amount has already been paid. |
| SANTIAGO, OLIVER M.<br>MARY ANNSON SANTIAGO<br>12839 BLOSSOM DR<br>ALSIP, IL 60803 | 2551 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | According to the Debtors' books and records, the claimed amount was paid on 11/12/07. |
| SINCLAIR, CECILE A.<br>6112 PREMIERE<br>LAKEWOOD, CA 90712 | 3197 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,492.29 (P)<br>$2,492.29 (U)<br>$2,492.29 (T) | According to the Debtors' books and records, the claimed vacation payout was paid on 9/10/07. |
| WEISSBOHN, MICHAEL J.<br>BARBARA L WEISSBOHN<br>1 PARK PLACE<br>KANKAKEE, IL 60901 | 2598 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | According to the Debtors' books and records, the claimed amount was paid on 11/12/07. |
| Totals: | 11 Claims | | | - (S)<br>- (A)<br>$18,794.08 (P)<br>$12,450.02 (U)<br>$19,994.08 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.