# EXHIBIT F

# Exhibit F

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| BOETTCHER, JANET AND DECENDANTS TRUST<br>2070 N. POINTE LANE<br>FLORISSANT, MO 63031 | 6263 | 12/24/07 | Unspecified | Unspecified* | Claimant failed to include any documentation to support claim. |
| BOETTCHER, JANET L. TRUST<br>2070 N. POINTE LN<br>FLORISSANT, MO 63031 | 6262 | 12/24/07 | Unspecified | Unspecified* | Claimant failed to include any documentation to support claim. |
| BOETTCHER, JANET TRUST<br>2070 N. POINTE LN.<br>FLORISSANT, MO 63031 | 6264 | 12/24/07 | Unspecified | Unspecified* | Claimant failed to include any documentation to support claim. |
| CARDWELL, ROBERT T.<br>PO BOX 970<br>FRISCO, CO 80443 | 9369 | 1/14/08 | 07-11047 | Unspecified* | Claimant failed to include any documentation to support claim. |
| CASTELLANO, THOMAS D.<br>136 FOREST ST<br>STATEN ISLAND, NY 10314 | 2947 | 11/21/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | Claimant failed to include any documentation to support claim. |
| DEANGELIS, KAYEL JR<br>102 BLAIR ROAD<br>OYSTER BAY COVE, NY 11771 | 4554 | 12/5/07 | Unspecified | Unspecified* | Claimant failed to include any documentation to support claim. |
| DUBOIS, MARGARET W.<br>IRA ROLLOVER<br>18933 PENINSULA PT<br>CORNELIUS, NC 28031 | 9727 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>$10,043.90 (P)<br>- (U)<br>$10,043.90 (T) | Claimant failed to include any documentation to support claim. |
| GRAB, WILLIAM & MARIANNE<br>5110 OPENWOOD WAY<br>MADISON, WI 53714-3455 | 6809 | 1/2/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,318.53 (U)<br>$2,318.53 (T) | Claimant failed to include any documentation to support claim. |
| HELVESTON, PATRICK<br>1940 REINS RD<br>BEAUMONT, TX 77713 | 10015 | 3/3/08 | 07-11051 | Unspecified* | Claimant failed to include any documentation to support claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| HEUSER, RICHARD<br>670 IRON MOUNTAIN BLVD<br>LAKE OSWEGO, OR 97034 | 10169 | 3/31/08 | Unspecified | $495,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$495,000.00 (T) | Claimant failed to include any documentation to support claim. |
| LEVY, SARAH<br>4660 ROTHERHAVEN WAY<br>SAN JOSE, CA 95111 | 10090 | 3/13/08 | Unspecified | $665,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$665,000.00 (T) | Claimant failed to include any documentation to support claim. |
| PATTEN FAMILY LIVING TRUST AGRMT UA<br>5-16-06 DAVID C PATTEN/PATRICIA PATTEN<br>3100 N STRATHAM PT<br>HERNANDO, FL 34442-5442 | 3509 | 11/26/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$2,623.48 (U)<br>$2,623.48 (T) | Claimant failed to include any documentation to support claim. |
| POLINSKY, STEPHEN<br>107 TEAKWOOD COURT<br>NORRISTOWN, PA 19401 | 6388 | 12/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$100.00 (U)<br>$100.00 (T) | Claimant failed to include any documentation to support claim. |
| REMLER, PATRICIA<br>PO BOX 91<br>BEARSVILLE, NY 12409 | 3331 | 11/26/07 | Unspecified | Unspecified* | Claimant failed to include any documentation to support claim. |
| REYNOLDS, MICHAEL<br>2286 NASHUA LANE<br>MENDOTA HEIGHTS, MN 55120 | 5099 | 12/10/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,027.00 (U)<br>$1,027.00 (T) | Claimant failed to include any documentation to support claim. |
| ROBINSON-LAWLER, ROYCE & CASEY LAWLER<br>4810 SHERIDAN AVE SOUTH<br>MINNEAPOLIS, MN 55410 | 9314 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$5,484.00 (U)<br>$5,484.00 (T) | Claimant failed to include any documentation to support claim. |
| SCHAEFER, JAMES O.<br>222 JACKSON AVENUE<br>FORT COLLINS, CO 80521 | 8203 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$11,992.20 (U)<br>$11,992.20 (T) | Claimant failed to include any documentation to support claim. |
| STEPHENSON, CHRISTELL<br>3208 FIVE OAKS PL.<br>LOUISVILLE, KY 40207 | 5046 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,969.31 (U)<br>$5,969.31 (T) | Claimant failed to include any documentation to support claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| YOUNG, LARRY F. 11910 SANDY RIVER CT. BAKERSFIELD, CA 93311 | 7439 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,892.00 (U)<br>$4,892.00 (T) | Claimant failed to include any documentation to support claim. |
| Totals: | 19 Claims | | | $1,160,000.00 (S)<br>- (A)<br>$10,043.90 (P)<br>$41,906.52 (U)<br>$1,211,950.42 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.