# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
          Debtors.                                               :
                                                                 :  Ref. Docket No. 5181
---------------------------------------------------------------- x

## ORDER SUSTAINING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirteenth omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E, F and G hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that the Objection to the proofs of claim filed by David Nerland [POC No. 372], Countrywide Bank F.S.B. [POC No. 9440], Financial Guaranty Insurance Company [POC Nos. 8264, 8452, 8453, 8710, 8711 and 8712], MBIA Insurance Corporation [POC Nos. 8270, 8271, 8272, 8724, 8725 and 8726], Deutsche Bank [POC Nos. 9183, 9184, 9185, 9186, 9187, 9188 and 9189], Luxury Mortgage Corp. [POC No. 1736], IndyMac Bank, F.S.B. [POC No. 8677], David Holan [POC No. 3154], Donna Melli [POC No. 6815] and Nomura Credit & Capital, Inc. [POC No. 9038] and proofs of claim 1316, 7990, 3007, 7066, 646, 3940, 1639 is hereby adjourned; and it is further

ORDERED that the Debtors have withdrawn the Objection with respect to the proofs of claim filed by Betty Johns [POC No. 1215], Homes & Lane Magazine SW Montana [POC No. 874], Bear Stearns Mortgage Capital Corp. [POC Nos. 9020, 9021 and 9022], and Merrill Lynch Credit Corporation [POC Nos. 8345 and 8346] and reserve the right to object to these claims on any grounds; 7606, 5538, 2316, 7333, 5237, 6085, 6815, 7565, 3475, 6520, 1741, and 2946 and it is further

ORDERED that the Objection is moot with respect to the proofs of claim filed by EMC Mortgage Corporation [POC Nos. 1525, 4609, 4610 and 4611] because EMC Mortgage Corporation has withdrawn these claims; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby modified by either increasing, decreasing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reclassified as general unsecured claims; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit E are hereby reclassified as general unsecured claims and reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit F are hereby (i) modified by increasing, reducing, or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit F, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit F; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit G are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
   August 18, 2008

                CHRISTOPHER S. SONTCHI
                UNITED STATES BANKRUPTCY JUDGE