# EXHIBIT A

**Exhibit A**

**No Liability Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| ADKINS, THOMAS E. JR.<br>8298 WOODGROVE RD<br>JACKSONVILLE, FL 32256 | 1316 | 9/28/07 | Unspecified | $41,666.67<br>$41,666.67 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Not entitled to compensation per terms of contract |
| AMERICAN CORPORATE RECORD CENTER, INC.<br>C/O SILVERMAN PERLSTEIN & ACAMPORA LLP<br>ATTN GERARD R. LUCKMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | 8320 | 1/10/08 | 07-11051 | $267,856.47<br>$267,856.47 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | In consultation with the claimant and after review of their books and records, the Debtors have determined that they are not liable for this claim. |
| ANDERSON APPRAISAL SRVS, INC<br>ATTN OFFICE MANAGER<br>2180 GARNET AVE<br>SAN DIEGO, CA 92109 | 2351 | 11/16/07 | Unspecified | $3,539.00<br>$3,539.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 64, which alleges a similar claim in the amount of $4,849 under case number 07-11047. |
| BEACON APPRAISAL COMPANY INC<br>ATTN CHRIS KARAGEARGE, PRESIDENT<br>PO BOX 6370<br>SCARBOROUGH, ME 04070-6370 | 1910 | 11/7/07 | 07-11051 | $1,550.00<br>$1,550.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 2239, which alleges a similar claim in the amount of $1,935 against an unspecified debtor. |
| BERRY, JOHN<br>2037 E BARKWOOD RD<br>PHOENIX, AZ 85048-4246 | 4194 | 12/3/07 | 07-11047 | $10,950.00<br>$12,002.40<br>$22,952.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 4195, which alleges a similar claim in the amount of $22,952.4 under case number 07-11051. |
| BERRY, JOHN A.<br>16214 S 16TH LN<br>PHOENIX, AZ 85045-1725 | 263 | 9/4/07 | 07-11052 | $21,587.87<br>$21,587.87 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 4195, which alleges a similar claim in the amount of $22,952.40 under case number 07-11051. |
| BOXER, MINDA<br>12804 SW 107 CT<br>MIAMI, FL 33176 | 7990 | 1/9/08 | Unspecified | $16,000.00<br>$16,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Not entitled to compensation per terms of contract |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BUTLER, TRACY<br>3700 CHARLEMAINE DR<br>AURORA, IL 60504 | 2841 | 11/20/07 | 07-11051 | Unspecified* | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 624, which alleges a similar claim in the amount of $18,699.44 under case number 07-11047. |
| CARTER, ELLEN (ELEONORE)<br>PO BOX 492473<br>KEAAU, HI 96749 | 731 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$3,114.56 (P)<br>- (U)<br>$3,114.56 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 4236, which alleges a similar claim in the amount of $3,790 against an unspecified debtor. |
| COHEN, ELLIOT<br>2308 ROSENDALE VILLAGE AVE.<br>HENDERSON, NV 89052 | 5510 | 12/14/07 | Unspecified | - (S)<br>- (A)<br>$10,228.95 (P)<br>$10,228.95 (U)<br>$10,228.95 (T) | Claim against a non-debtor, unrelated to the Debtors |
| CRIVES, TERRIE<br>6449 LAKEVIEW DRIVE<br>NINE MILE FALLS, WA 99026 | 3007 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$26,648.66 (U)<br>$26,648.66 (T) | Not entitled to compensation per terms of contract |
| DOYLE, CHARLES P<br>11 BEAR HILL ROAD<br>BROOKLINE, NH 03033 | 7066 | 1/4/08 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>$11,871.04 (U)<br>$22,821.04 (T) | Not entitled to compensation per terms of contract |
| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | 646 | 9/11/07 | 07-11047 | - (S)<br>- (A)<br>$66,666.68 (P)<br>- (U)<br>$66,666.68 (T) | Not entitled to compensation per terms of contract |
| ELITE APPRAISAL<br>ATTN DANIEL A. KLAWER, JR.<br>25000 AVE STANFORD, SUITE 111<br>VALENCIA, CA 91355 | 1617 | 10/12/07 | 07-11047 | - (S)<br>- (A)<br>$2,800.00 (P)<br>- (U)<br>$2,800.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 5067, which alleges a similar claim in the amount of $2,800 against an unspecified debtor. |
| ELITE APPRAISAL<br>ATTN PRESIDENT<br>25000 AVENUE STANFORD #111<br>VALENCIA, CA 913551224 | 2562 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$2,800.00 (P)<br>- (U)<br>$2,800.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 5067, which alleges a similar claim in the amount of $2,800 against an unspecified debtor. |
| FAIRLESS CREDIT UNION<br>1900 SOUTH PENNSYLVANIA<br>ATTN: JOANN GLASSON<br>MORRISVILLE, PA 19067 | 2672 | 11/19/07 | 07-11051 | $586,956.91 (S)<br>- (A)<br>- (P)<br>- (U)<br>$586,956.91 (T) | Claimant asserted that certain loans are not being serviced. Claimant has subsequently agreed that loans are being serviced. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FARMAN, WILLIAM P<br>122 KNOLL WAY<br>JUPITER, FL 33477 | 3940 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>$3,180.00 (P)<br>- (U)<br>$3,180.00 (T) | Not entitled to compensation per terms of contract |
| FITZPATRICK, DAVID P<br>34240 BROOK WAY DRIVE<br>TEMECULA, CA 92592 | 4880 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$4,170.20 (P)<br>- (U)<br>$4,170.20 (T) | Claimant asserted a claim for commissions related to loans that were never funded. Therefore the Debtors owe claimant no commissions. |
| GEIGER, STEVEN<br>4720 95TH ST<br>URBANDALE, IA 50322 | 6242 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$11,927.43 (P)<br>$79,128.98 (U)<br>$91,056.41 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 406, which alleges a similar claim in the amount of $106,575.37 under case number 07-11051. |
| GRANT, DAWN<br>A NEW DAWN HYPNOSIS<br>86500 SAND HICKORY TRAIL<br>YULEE, FL 32097 | 1550 | 10/12/07 | Unspecified | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 3148, which alleges a similar claim in the amount of $3,000 under case number 07-11051. |
| GUINTA, THOMAS J<br>211 BEACON HILL ROAD<br>TRUMBULL, CT 06611 | 6538 | 12/14/07 | Unspecified | - (S)<br>- (A)<br>$10,060.32 (P)<br>$10,060.32 (U)<br>$10,060.32 (T) | Not entitled to compensation per terms of contract |
| HARSCH, STEVEN<br>39719 S RIVERWOOD DR<br>TUCSON, AZ 85739 | 6541 | 12/28/07 | 07-11047 | - (S)<br>- (A)<br>$1,650.00 (P)<br>- (U)<br>$1,650.00 (T) | Claimant asserted a claim for commissions related to loan transactions. The Debtors' books and records indicate that commissions have been paid for all valid loans. |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | 1732 | 10/22/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$300.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 5609, which alleges a similar claim in the amount of $300 against an unspecified debtor. |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | 1733 | 10/22/07 | 07-11051 | - (S)<br>- (A)<br>$250.00 (P)<br>$250.00 (U)<br>$250.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 10183, which alleges a similar claim in the amount of $250 against an unspecified debtor. |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | 1734 | 10/22/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$300.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 10182, which alleges a similar claim in the amount of $300 against an unspecified debtor. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | 1234 | 9/26/07 | Unspecified | -(S)<br>-(A)<br>$300,678.45 (P)<br>-(U)<br>$300,678.45 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 6450, which alleges a similar claim in the amount of $311,628.45 under case number 07-11051. |
| JEFFERIS, CATHERINE IRA<br>2325 POLLOCK RD<br>DELAWARE, OH 43015 | 3895 | 11/30/07 | Unspecified | -(S)<br>-(A)<br>-(P)<br>$7,000.00 (U)<br>$7,000.00 (T) | Claim against a non-debtor, unrelated to the Debtors |
| KAMMEYER, CALVIN<br>4850 DOCKSIDE DR 203<br>FORT MYERS, FL 33919 | 7606 | 1/7/08 | 07-11047 | -(S)<br>-(A)<br>$40,000.00 (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | Not entitled to compensation per terms of contract |
| KAPLAN, INDIA N.<br>370 E. 76ST APT B804<br>NEW YORK, NY 10021 | 5281 | 12/11/07 | Unspecified | Unspecified* | Claim against a non-debtor, unrelated to the Debtors |
| KASSLER, DAVID<br>22429 SO. COLORADO RIVER<br>SONORA, CA 95370 | 1520 | 10/5/07 | 07-11047 | -(S)<br>-(A)<br>$425.00 (P)<br>$425.00 (U)<br>$425.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 4502, which alleges a similar claim in the amount of $425 against an unspecified debtor. |
| KERR, KEVIN<br>161½ MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | 1639 | 10/16/07 | 07-11047 | -(S)<br>-(A)<br>$10,950.00 (P)<br>$49,994.44 (U)<br>$60,944.44 (T) | Not entitled to compensation per terms of contract |
| LAMME, KATHERINE<br>4040 8TH PL<br>VERO BEACH, FL 32960 | 2316 | 11/16/07 | Unspecified | -(S)<br>-(A)<br>$5,500.00 (P)<br>-(U)<br>$5,500.00 (T) | Not entitled to compensation per terms of contract |
| LARSEN, LINDA<br>16252 TREASURE COVE<br>BULLARD, TX 75757 | 7339 | 1/7/08 | 07-11051 | -(S)<br>-(A)<br>$10,950.00 (P)<br>$7,767.51 (U)<br>$18,717.51 (T) | Not entitled to compensation per terms of EIP contract |
| LUCAS, JON<br>30 RUFFSTONE ROAD<br>GREENVILLE, RI 02828 | 5237 | 12/11/07 | Unspecified | -(S)<br>-(A)<br>$10,950.00 (P)<br>$1,910.27 (U)<br>$12,860.27 (T) | Not entitled to compensation per terms of contract |

--- Objectionable Claims ---

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MATTHEWS, GEORGE T<br>41980 KUDU CT<br>ALDIE, VA 20105 | 7565 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | Not entitled to compensation per terms of contract |
| MIROWITZ, JAY ALAN & CAROLYN B. MIROWITZ<br>7353 SW 9TH CT<br>PLANTATION, FL 33317-4138 | 3024 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,404.95 (U)<br>$2,404.95 (T) | Claim against a non-debtor, unrelated to the Debtors |
| NEEDHAM, BRIAN W<br>3853 MAGNOLIA DR<br>BRUNSWICK, OH 44212 | 2282 | 11/15/07 | Unspecified | Unspecified* | Claimant asserted a claim for commissions related to loan transactions. The Debtors' books and records indicate loans were not funded by the Debtors. |
| OGOREK, JOHN S.<br>20900 TRACY AVE<br>EUCLID, OH 44123 | 52 | 8/23/07 | Unspecified | $325.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$325.00 (T) | Claimant does not assert a claim. |
| OHIO MOBILE SHREDDIN<br>ATTN TIMOTHY J. OBERST<br>PO BOX 307206<br>COLUMBUS, OH 43230 | 1716 | 10/22/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$347.87 (U)<br>$347.87 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 2075, which alleges a similar claim in the amount of $347.84 under case number 07-11051. |
| PICKETT, LOIS I &<br>LAWRENCE H PICKETT JT TEN<br>2240 W 17TH<br>WICHITA, KS 67203-1503 | 2669 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$9,885.00 (P)<br>- (U)<br>$9,885.00 (T) | Claim against a non-debtor, unrelated to the Debtors |
| REALTY HOT WHEELS<br>LORRAINE A KREKLA, OWNER<br>6560 PYRAMID LAKE HWY # 52<br>SPARKS, NV 89436-9601 | 1179 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>$132.00 (P)<br>$132.00 (U)<br>$132.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 2478, which alleges a similar claim in the amount of $132 under case number 07-11051. |
| RICHIE'S<br>1153 WALT WHITMAN ROAD<br>MELVILLE, NY 11747 | 1776 | 10/26/07 | Unspecified | - (S)<br>- (A)<br>$9,245.86 (P)<br>- (U)<br>$9,245.86 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 2444, which alleges a similar claim in the amount of $9,245.86 under case number 07-11051. |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | 350 | 9/6/07 | 07-11047 | - (S)<br>- (A)<br>$359,633.63 (P)<br>- (U)<br>$359,633.63 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 7093, which alleges a similar claim in the amount of $364,390.18 under case number 07-11051. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SABIK, RONALD J.<br>BOX A OLD RT 22<br>SCI CRESSON EU4156<br>CRESSON, PA 16699-0001 | 3599 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 6440, which alleges a similar claim in the amount of $500 against an unspecified debtor. |
| SHOOP, JAMES L.<br>400 ALBASIO CT<br>ANGELS CAMP, CA 95222 | 331 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$14,745.35 (P)<br>- (U)<br>$14,745.35 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 5898, which alleges a similar claim in the amount of $15,203.51 under case number 07-11051. |
| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 702 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$4,781.05 (P)<br>- (U)<br>$4,781.05 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 6437, which alleges a similar claim in the amount of $760,086.68 under case number 07-11051. |
| SPINELLI, JOSEPH R. JR.<br>631 ELM ST.<br>MONROE, CT 06468 | 6085 | 12/21/07 | Unspecified | - (S)<br>- (A)<br>$6,706.88 (P)<br>$6,706.88 (U)<br>$6,706.88 (T) | Not entitled to compensation per terms of contract |
| STEFFEY, EDMOND A. JR.<br>20001 E. BRIGHTWAY DRIVE<br>MOKENA, IL 60448 | 8670 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | Claimant asserted that he is entitled to a portion of a broker fee paid by First American Home Bank to American Home Mortgage. However, the Debtors never received any such payment and are therefore not liable to pay any amount to claimant. |
| THAKARAR, GOOL<br>2 FENBROOK DR<br>LARCHMONT, NY 10538 | 1005 | 9/19/07 | All Cases | - (S)<br>- (A)<br>$58,802.42 (P)<br>- (U)<br>$58,802.42 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 8179, which alleges a similar claim in the amount of $58,489.40 under case number 07-11051. |
| THOET, LANCE<br>10 HGIHLAND AVE<br>SEA CLIFF, NY 11579 | 481 | 9/10/07 | 07-11047 | $31,142.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,142.93 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 4959, which alleges a similar claim in the amount of $31,245.1 under case number 07-11051. |
| TRAGALE, DENISE M<br>29 EAST WILLISTON AVE<br>EAST WILLISTON, NY 11596 | 5298 | 12/12/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$106,268.60 (U)<br>$117,218.60 (T) | The Debtors have reviewed their books and records and determined that this claim is duplicative of claim number 777, which alleges a similar claim in the amount of $152,025 against an unspecified debtor. |
| UHRLASS, GLENN<br>8511 BILLET PL<br>OAK RIDGE, NC 27310-9806 | 7580 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>$4,000.00 (P)<br>- (U)<br>$4,000.00 (T) | Claimant asserted a claim for commissions related to two loans that were never funded. Therefore the Debtors owe claimant no commissions. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WALDNER'S BUSINESS ENVIRONMENTS INC. C/O RUSKIN MOSCOU FALTISCHEK, P.C. ATTN MATTHEW V. SPERO, ESQ. 1425 REXCORP PLAZA UNIONDALE, NY 11556 | 1741 | 10/24/07 | 07-11051 | - (S) $65,000.00 (A) - (P) $283,061.05 (U) $348,061.05 (T) | In consultation with the claimant and after review of their books and records, the Debtors have determined that they are not liable for this claim. |
| WATKINS, LONNIE R. 885 BROADWALK CT PALATINE, IL 60067 | 3475 | 11/26/07 | Unspecified | (S) (A) $9,529.09 (P) - (U) $9,529.09 (T) | Not entitled to compensation per terms of contract |

**Totals:** 54 Claims

$907,869.18 (S)
$65,000.00 (A)
$1,080,418.54 (P)
$658,858.92 (U)
$2,643,743.49 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.