# EXHIBIT B

## Exhibit B

## Multiple Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BELOTE, JAMES<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | 9289 | 1/14/08 | 07-11053 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$12,646.00 (U)<br>$23,596.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9287) was asserted against the correct Debtor. |
| BELOTE, JAMES P (JIM)<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | 9288 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$19,459.84 (U)<br>$30,409.84 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9287) was asserted against the correct Debtor. |
| BELOTE, JAMES P.<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | 1957 | 11/8/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$12,646.00 (U)<br>$23,596.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9287) was asserted against the correct Debtor. |
| BOZEMAN APPRAISAL SERVICES, INC.<br>ATTN B. JUNE BOZEMAN, COO, VP<br>PO BOX 3087<br>GAINESVILLE, GA 30503 | 1180 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,050.00 (U)<br>$3,050.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4582) was asserted against the correct Debtor. |
| BRAUN, DAVID L<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | 1281 | 9/27/07 | Unspecified | - (S)<br>- (A)<br>$2,111.25 (P)<br>- (U)<br>$2,111.25 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5066) was asserted against the correct Debtor. |
| GRIFFITH, ANN<br>9498 CAMPI DR<br>LAKE WORTH, FL 33467 | 4951 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$70,551.00 (U)<br>$81,501.11 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4952) was asserted against the correct Debtor. |
| HERTLING, DIETER<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 9457 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$86,452.47 (U)<br>$97,402.47 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#196) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KELLY, AILEEN B.<br>1637 S.E. PARADISE CIR #106<br>CRYSTAL RIVER, FL 34429 | 4983 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,152.20 (U)<br>$14,102.20 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5160) was asserted against the correct Debtor. |
| LINDEN, JOHN H., JR.<br>4 PINE CIRCLE<br>EASTCHESTER, NY 10709 | 638 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$153,190.96 (P)<br>$153,190.96 (U)<br>$153,190.96 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6096) was asserted against the correct Debtor. |
| LUCERO, JIMMY V.<br>12717 BARBATA RD.<br>LA MIRADA, CA 90638 | 5330 | 12/12/07 | 07-11047 | - (S)<br>- (A)<br>$8,598.53 (P)<br>$675.18 (U)<br>$9,273.71 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5331) was asserted against the correct Debtor. |
| MAZARAKIS, ROXANNE<br>PO BOX 4316<br>EL DORADO HILLS, CA 95762 | 4441 | 12/4/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$16,627.31 (U)<br>$27,577.31 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4439) was asserted against the correct Debtor. |
| MCGOWDEN, MARK<br>54 SWEEBRIAR TRAIL<br>EASTON, CT 06612 | 7640 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$138,696.00 (U)<br>$149,646.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7744) was asserted against the correct Debtor. |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | 7415 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$43,452.00 (U)<br>$54,402.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7184) was asserted against the correct Debtor. |
| MILLER, JULIE<br>12212 ORVILLINA DRIVE<br>SANTA ANA, CA 92705 | 8499 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$46,666.00 (U)<br>$57,616.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8805) was asserted against the correct Debtor. |
| NIETO, DANIEL R.<br>13 PANAMA ST.<br>ALISO VIEJO, CA 92656 | 5097 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$39,654.38 (U)<br>$50,604.38 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5102) was asserted against the correct Debtor. |
| REEG, BRIAN<br>5169 HERITAGE DR<br>CONCORD, CA 94521 | 7722 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$63,783.82 (U)<br>$74,733.82 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7721) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RIVERA, EDWIN L<br>3921 AZALEA CIR.<br>MAUMEE, OH 43537 | 7543 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>$6,273.74 (P)<br>$23,437.82 (U)<br>$29,711.56 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7641) was asserted against the correct Debtor. |
| ROBERTS, DAVID E<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | 7094 | 1/4/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$353,440.18 (U)<br>$364,390.18 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7093) was asserted against the correct Debtor. |
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | 6305 | 12/24/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$651,645.34 (U)<br>$662,595.34 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6306) was asserted against the correct Debtor. |
| SEXAUER, MARY JO<br>13637 KICKAPOO TRAIL<br>HOMER GLEN, IL 60491 | 8149 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$130,050.00 (U)<br>$141,000.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7645) was asserted against the correct Debtor. |
| SHEARER, LYLE E.<br>4441 CLIPPEN DR<br>DISCOVERY BAY, CA 94505 | 7612 | 1/7/08 | 07-11047 | $6,464.41 (S)<br>- (A)<br>$6,464.41 (P)<br>$223,561.02 (U)<br>$230,025.43 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7215) was asserted against the correct Debtor. |
| SHEEHY, FRANK P.<br>8613 MEADOW VIEW CT.<br>HOUSTON, TX 77040 | 5473 | 12/14/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,959.00 (U)<br>$18,909.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4775) was asserted against the correct Debtor. |
| SHEPHERD, PATRICIA<br>9 E. WILLOW AVENUE<br>PHOENIX, AZ 85022 | 4244 | 12/3/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$110,737.47 (U)<br>$121,687.47 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4230) was asserted against the correct Debtor. |
| SHINN, VICKI LOMBARDI<br>23 ROANWOOD DR<br>ROLLING HILLS ESTATE, CA 90274 | 8551 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$15,956.00 (U)<br>$26,906.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8552) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SHOOP, JAMES L. 400 ALBASIO COURT ANGELS CAMP, CA 95222-9756 | 5897 | 12/21/07 | 07-11047 | - (S) - (A) $10,950.00 (P) $4,253.51 (U) $15,203.51 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5898) was asserted against the correct Debtor. |
| STANTON, SHANE 113 JADESTONE IRVINE, CA 92603 | 5798 | 12/18/07 | 07-11047 | - (S) - (A) $10,950.00 (P) $37,708.95 (U) $48,658.95 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5833) was asserted against the correct Debtor. |
| STATES, CHAD RANDALL 100 BEUTH CT FOLSOM, CA 95630 | 8751 | 1/11/08 | 07-11047 | - (S) - (A) - (P) $126,556.85 (U) $126,556.85 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8667) was asserted against the correct Debtor. |
| STRICKLAND, CIERA PO BOX 1134 HILLSBORO, OR 97123 | 1239 | 8/29/07 | 07-11047 | - (S) - (A) $220.00 (P) - (U) $220.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5266) was asserted against the correct Debtor. |
| STRICKLAND, CIERA PO BOX 1134 HILLSBORO, OR 97123 | 1240 | 8/29/07 | 07-11047 | - (S) - (A) $625.00 (P) - (U) $625.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5265) was asserted against the correct Debtor. |
| THAKAKAR, GOOL 2 FENBROOK DRIVE LARCHMONT, NY 10538 | 8178 | 1/10/08 | 07-11053 | - (S) - (A) - (P) $58,489.40 (U) $58,489.40 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8179) was asserted against the correct Debtor. |
| TOWNSEND SCHNABEL PHOTOGRAPHY, LLC TOWNSEND SCHNABEL - OWNER 6350 WOODWIND DR INDIANAPOLIS, IN 46217 | 497 | 9/10/07 | Unspecified | - (S) - (A) - (P) $132.08 (U) $132.08 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4017) was asserted against the correct Debtor. |
| TRAHAN, ROBERT 4834 N. HOYNE AVE CHICAGO, IL 60625 | 7971 | 1/9/08 | 07-11047 | - (S) - (A) $10,950.00 (P) $452,420.32 (U) $463,370.32 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7972) was asserted against the correct Debtor. |
| WESOLOWSKI, KEITH M 405 W 7TH ST APT 510 CHARLOTTE, NC 282025716 | 6964 | 1/3/08 | 07-11047 | - (S) - (A) $10,950.00 (P) $125,332.79 (U) $136,282.79 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6963) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WOODTRONICS, INC.<br>C/O SCOTT T. WILLIAMS, ESQUIRE<br>429 MARKET ST<br>WILLIAMSPORT, PA 17701 | 579 | 8/31/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$37,586.43 (U)<br>$37,586.43 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2892) was asserted against the correct Debtor. |
| **Totals:** | 34 Claims | | | $6,464.41 (S)<br>- (A)<br>$418,383.89 (P)<br>$3,069,970.32 (U)<br>$3,335,163.36 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.