# EXHIBIT C

# Exhibit C

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ACTION MESSENGER SVC<br>POB 69763<br>LA, CA 90069 | 2486 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$104.00 (P)<br>$104.00 (U)<br>$104.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$104.00 (U)<br>$104.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| ADVISOR CENTRIC, LLC<br>C/O TOM DICKSON, OWNER<br>920 N SHERIDAN AVE<br>PITTSBURGH, PA 15206 | 1978 | 11/12/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$64,500.00 (U)<br>$64,500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$43,000.00 (U)<br>$43,000.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ANGELLE APPRAISAL<br>ATTN YVONNE ANGELLE<br>4892 MAIN HWY<br>ST MARTINVILLE, LA 70582 | 4458 | 12/4/07 | 07-11053 | - (S)<br>- (A)<br>$2,750.00 (P)<br>$2,750.00 (U)<br>$2,750.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$1,975.00 (U)<br>$1,975.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ANGELLOTTI, ANTHONY<br>10648 GREAT EGRET DR<br>ORLAND PARK, IL 60467 | 8433 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$6,461.54 (P)<br>$84,708.17 (U)<br>$91,169.71 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$85,026.08 (U)<br>$85,026.08 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ANTUZZI, ALFRED<br>28 WATERS EDGE DR.<br>DELRAN, NJ 08075 | 5086 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$142,629.18 (U)<br>$153,579.18 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$143,217.87 (U)<br>$154,167.87 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ARCE, FRANK<br>1365 MUIR TRAIL PL<br>CHULA VISTA, CA 91913 | 6846 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$8,764.50 (U)<br>$8,764.50 (T) | - (S)<br>- (A)<br>- (P)<br>$8,795.34 (U)<br>$8,795.34 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ASHLAND VENTURE, LLC<br>C/O EQUITY MANAGEMENT GROUP, INC.<br>KELLY BYRD MULLINS, GENERAL COUNSEL<br>840 EAST HIGH STREET<br>LEXINGTON, KY 40502 | 8820 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$263,285.20 (U)<br>$263,285.20 (T) | - (S)<br>- (A)<br>- (P)<br>$73,325.31 (U)<br>$73,325.31 (T) | Reduced to match the Debtors' books and records. Claimant has agreed to the reduced amount |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BARNETT, MITZI<br>15706 E PROGRESS CR<br>CENTENNIAL, CO 80015 | 2805 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$13,460.34 (U)<br>$13,460.34 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| BELOTE, JAMES P (JIM)<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | 9287 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$19,459.84 (U)<br>$30,409.84 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,840.47 (U)<br>$18,790.47 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| BEND STORAGE & TRANSFER INC<br>ATTN DARCY LEE LYNCH<br>2350 N E 2ND ST<br>BEND, OR 97701 | 3282 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,428.75 (P)<br>$1,428.75 (U)<br>$1,428.75 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$1,428.75 (U)<br>$1,428.75 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| BENNETT, DENISE A<br>2995 COMMUNITY HOUSE RD.<br>COLUMBIA, VA 23038 | 4870 | 12/7/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,381.69 (U)<br>$1,381.69 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| BENNETT, DENISE A<br>2995 COMMUNITY HOUSE RD.<br>COLUMBIA, VA 23038 | 4871 | 12/7/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$865.38 (P)<br>- (U)<br>$865.38 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| BERG APPRAISAL SERVICES, P.C.<br>BECKY LASSITER<br>211 W. 9TH AVE.<br>SPOKANE, WA 99204 | 1803 | 10/30/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,605.00 (U)<br>$2,605.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,209.00 (U)<br>$2,209.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| BERRY, JOHN A<br>16214 S 16TH LN<br>PHOENIX, AZ 850451725 | 4195 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$12,002.40 (U)<br>$22,952.40 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$12,084.00 (U)<br>$23,034.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| BLOMBERG, RONALD S<br>P.O. BOX 1416<br>OXFORD, GA 30054 | 2413 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$46,727.26 (P)<br>$46,727.26 (U)<br>$46,727.26 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$45,812.47 (U)<br>$45,812.47 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| BORDERTOWN APPRAISALS<br>ATTN ROSE VAN DOVER<br>60 DURAN RD<br>EQUINUNK, PA 18417 | 4934 | 12/10/07 | 07-11053 | - (S)<br>- (A)<br>$360.00 (P)<br>$360.00 (U)<br>$360.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$360.00 (U)<br>$360.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BYRD, DEBBIE M<br>1013 NAGIA CT<br>FENTON, MO 63026 | 3098 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$692.31 (P)<br>- (U)<br>$692.31 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CAFE TODAY<br>ATTN DAID KEULER<br>10200 SW GREENBURG RD #100<br>PORTLAND, OR 97223 | 2073 | 11/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$238.40 (U)<br>$238.40 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CARNAHAN, JOHN<br>1244 HAWTHORNE STREET<br>ALAMEDA, CA 94501 | 7939 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$10,120.61 (P)<br>$38,425.40 (U)<br>$48,546.01 (T) | - (S)<br>- (A)<br>$9,233.51 (P)<br>$39,537.18 (U)<br>$48,770.69 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CEREZO, SHANTAL<br>400 NW 28TH AVE<br>MIAMI, FL 33125 | 2984 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,107.20 (P)<br>- (U)<br>$1,107.20 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CHAN, ANNIE C<br>4472 PERALTA BLVD<br>FREMONT, CA 94536 | 2115 | 11/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$853.84 (P)<br>- (U)<br>$853.84 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CHARD, ROBIN L<br>763 DORIS JANE AVE<br>FAIRFIELD, OH 45014 | 5517 | 12/14/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$319.23 (P)<br>- (U)<br>$319.23 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CHOATE, REID E.<br>PO BOX 388<br>PAHOA, HI 96778 | 2083 | 11/13/07 | 07-11053 | - (S)<br>- (A)<br>$529.00 (P)<br>$529.00 (U)<br>$529.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$529.00 (U)<br>$529.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| CONSUMERTRACK INC<br>2381 ROSECRANS AVE STE 336<br>EL SEGUNDO, CA 90245 | 3050 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$20,484.00 (P)<br>$20,484.00 (U)<br>$20,484.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$20,484.00 (U)<br>$20,484.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| COOPER, CHERYL A<br>84 KEMPER ST<br>QUINCY, MA 02170 | 5622 | 12/18/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$576.00 (P)<br>- (U)<br>$576.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CROSS BORDER (USA) INC.<br>ATTN LINDA ROSENBLUTH - OFFICE MANAGER<br>65 BROADWAY<br>SUITE 605<br>NEW YORK, NY 10006 | 3813 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$295.00 (P)<br>$295.00 (U)<br>$295.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$295.00 (U)<br>$295.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| DENNIS, DEBORAH E<br>8056 FOREST GLEN DR<br>PASADENA, MD 21122 | 8649 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$7,383.14 (P)<br>$40,286.82 (U)<br>$47,669.96 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| DIEMAND, JEREY P AND LORI<br>4237 WEST 42ND STREET<br>CHICAGO, IL 60632 | 6042 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$85,540.00 (U)<br>$85,540.00 (T) | - (S)<br>- (A)<br>- (P)<br>$78,890.00 (U)<br>$78,890.00 (T) | Reduced to match the Debtors' books and records. Claimant has agreed to the reduced amount. |
| EJ APPRAISAL SERVICE INC.<br>ATTN EDWARD JACHIMIAK<br>PO BOX 546<br>MISHAWAKA, IN 46546 | 636 | 9/10/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$5,300.00 (U)<br>$5,300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ENGLISH, ODALIS M.<br>220 MALIBU CIRCLE<br>GREENACRES, FL 33413 | 7631 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$495.42 (P)<br>$495.42 (U)<br>$495.42 (T) | - (S)<br>- (A)<br>$495.42 (P)<br>$.00 (U)<br>$495.42 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| FOX, DAVID I<br>168 GRENADA AVE<br>ROOSEVELT, NY 11575 | 4855 | 12/7/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,615.39 (P)<br>- (U)<br>$2,615.39 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| GIBBS, KELLIE<br>936 PARK AVENUE<br>HUNTINGTON, NY 11743 | 6804 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$570.51 (P)<br>$570.51 (U)<br>$570.51 (T) | - (S)<br>- (A)<br>$570.51 (P)<br>$.00 (U)<br>$570.51 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| GLW SERVICES, INC.<br>ATTN GARY L. WARD<br>200 1/2 W MAIN ST STE B<br>ARDMORE, OK 73401 | 58 | 8/24/07 | 07-11053 | - (S)<br>- (A)<br>$404.00 (P)<br>$404.00 (U)<br>$404.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$404.00 (U)<br>$404.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GRATZA, DONNA M<br>C/O CHRIS & SHARON FEDIOR<br>409 AUBER<br>ST LOUIS, MO 63011 | 8106 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$59.62 (P)<br>$59.62 (U)<br>$59.62 (T) | - (S)<br>- (A)<br>$59.62 (P)<br>$.00 (U)<br>$59.62 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| GRIFFITH, ANN M<br>9498 CAMP1 DR<br>LAKE WORTH, FL 33467 | 4952 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$70,551.00 (U)<br>$81,501.11 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$68,000.15 (U)<br>$78,950.15 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| HARRIS, JENNY R<br>11130 NW 38 ST<br>SUNRISE, FL 33351 | 7006 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$1,568.77 (P)<br>$1,568.77 (U)<br>$1,568.77 (T) | - (S)<br>- (A)<br>$1,568.77 (P)<br>$.00 (U)<br>$1,568.77 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| HAUSMANN, ROBERT<br>332 JULE DRIVE<br>CHESAPEAKE, VA 23322 | 7274 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$6,757.85 (P)<br>$146,015.53 (U)<br>$152,777.38 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$142,396.75 (U)<br>$153,346.75 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| HEATH, ANDREW P<br>10658 SE JASON LANE<br>PORTLAND, OR 97086 | 8577 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$112,407.60 (U)<br>$123,357.60 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$108,012.96 (U)<br>$118,962.96 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| HORROCKS, STEPHEN<br>21862 HARBORBREEZE LN<br>HUNTINGTON BEACH, CA 92646 | 8121 | 1/10/08 | 07-11053 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$65,000.00 (U)<br>$75,950.00 (T) | - (S)<br>- (A)<br>$10,670.33 (P)<br>$55,112.48 (U)<br>$65,782.81 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| IRVIN COMPANY<br>ATTN BARLOW IRVIN<br>15400 KNOLL TRAIL DR, STE. 220<br>DALLAS, TX 75248-3467 | 2869 | 11/20/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,720.00 (U)<br>$2,720.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,385.00 (U)<br>$2,385.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | 4456 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$59,116.00 (U)<br>$70,066.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$57,294.90 (U)<br>$68,244.90 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| JBK ENTERPRISE<br>ATTN ROBERT BAGNALL - OWNER<br>2895 ARCOLA ROAD<br>MADISON, OH 44057 | 2408 | 11/16/07 | 07-11051 | Unspecified*<br><br><br>$650.00 (T) | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| JONES, DALE<br>7508 PORTBURY PARK LANE<br>SUWANEE, GA 30024 | 4027 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,239.50 (P)<br>$1,239.50 (U)<br>$1,239.50 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$1,239.50 (U)<br>$1,239.50 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| KAVANAGH, ERIN C<br>10209 DAYLILY CT<br>MANASSAS, VA 20110 | 10014 | 3/3/08 | 07-11053 | - (S)<br>- (A)<br>$1,265.38 (P)<br>$1,265.38 (U)<br>$1,265.38 (T) | - (S)<br>- (A)<br>$1,265.38 (P)<br>$0.00 (U)<br>$1,265.38 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| KELLY, AILEEN B.<br>1637 S E PARADISE CIRCLE #106<br>CRYSTAL RIVER, FL 34429 | 5160 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,152.20 (U)<br>$14,102.20 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,212.24 (U)<br>$14,162.24 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| LAKE, JEFFREY<br>6872 E. STONE RIDGE PLACE<br>TUCSON, AZ 85750 | 5449 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$385,997.93 (U)<br>$396,947.93 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$379,543.82 (U)<br>$390,493.82 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| LINDEN, JOHN H<br>4 PINE CIRCLE<br>EASTCHESTER, NY 10709 | 8096 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$153,190.96 (P)<br>$153,190.96 (U)<br>$153,190.96 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$154,044.60 (U)<br>$154,044.60 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| LOPEZ, TERESA<br>1211 ARLEY CT<br>NORTH VALLEY STREAM, NY 11580 | 3411 | 11/26/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,557.69 (P)<br>- (U)<br>$1,557.69 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| LOWE, AMANDA J<br>2010 EMINENCE BREAK<br>FORT WAYNE, IN 46808 | 4151 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$646.15 (P)<br>$646.15 (U)<br>$646.15 (T) | - (S)<br>- (A)<br>$646.15 (P)<br>$0.00 (U)<br>$646.15 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| LUCERO, JIMMY V (JIM)<br>12717 BARBATA ROAD<br>LA MIRADA, CA 90638 | 5331 | 12/12/07 | 07-11051 | - (S)<br>- (A)<br>$8,598.53 (P)<br>$675.18 (U)<br>$9,273.71 (T) | - (S)<br>- (A)<br>$8,647.90 (P)<br>$708.50 (U)<br>$9,356.40 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MAHAN, RICHARD K<br>4989 WESTCHESTER DR<br>HARRISBURG, PA 17112 | 7953 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$8,610.36 (P)<br>$62,284.17 (U)<br>$70,894.53 (T) | - (S)<br>- (A)<br>$10,490.36 (P)<br>$60,670.24 (U)<br>$71,160.60 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MANGINELLI, DANIEL J III<br>7 NEWHAVEN<br>LAGUNA NIGUEL, CA 92677 | 4571 | 12/5/07 | 07-11051 | - (S)<br>- (A)<br>$6,572.85 (P)<br>$58,797.86 (U)<br>$65,370.71 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$58,983.61 (U)<br>$58,983.61 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MARTINEZ, MARK G<br>17 CALLE CAREYES<br>SAN CLEMENTE, CA 92673 | 2148 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$6,202.15 (P)<br>$32,501.85 (U)<br>$38,704.00 (T) | - (S)<br>- (A)<br>$6,352.15 (P)<br>$32,639.68 (U)<br>$38,991.83 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MATSUMOTO & CLAPPERTON ADVERTISING, LLC<br>ATTN ED CLAPPERTON, PRESIDENT<br>705 S KING ST # 104<br>HONOLULU, HI 96813 | 975 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$702.22 (P)<br>$702.22 (U)<br>$702.22 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$702.22 (U)<br>$702.22 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| MAZARAKIS, ROXANNE<br>PO BOX 4316<br>EL DORADO HILLS, CA 95762 | 4439 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$16,627.31 (U)<br>$27,557.31 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$22,340.08 (U)<br>$33,290.08 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MCGRAW, JEANETTE<br>14928 SE MEGAN WAY<br>CLACKAMAS, OR 97015 | 8663 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$314,301.99 (U)<br>$325,251.99 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$303,030.24 (U)<br>$313,980.24 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MCKAY, CHRISTINA A<br>3719 KENILWORTH DR<br>CHEVY CHASE, MD 20815 | 7033 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$107,613.96 (U)<br>$121,054.17 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$118,401.35 (U)<br>$129,351.35 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MERCER, ROBERT C<br>6311 MAIDEN LANE<br>BETHESDA, MD 20817 | 8464 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$2,276.35 (P)<br>$124,921.65 (U)<br>$127,198.00 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$120,155.40 (U)<br>$120,155.40 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MERRY LYNNE SCREEN PRINTING<br>293 COMO AVE.<br>ST. PAUL, MN 55103 | 5849 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$548.25 (P)<br>$548.25 (U)<br>$548.25 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$548.25 (U)<br>$548.25 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | 7872 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$117,230.00 (U)<br>$128,180.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$117,635.15 (U)<br>$128,585.15 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MICHAEL JAMES INDUSTRIES INC<br>ATTN JAMES CARLSON, PRESIDENT<br>380 RABRO DRIVE<br>HAUPPAUGE, NY 11788 | 6144 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$60,869.57 (U)<br>$60,869.57 (T) | - (S)<br>- (A)<br>- (P)<br>$57,762.89 (U)<br>$57,762.89 (T) | The Debtors' books and records indicate that work on invoice 17100 was not completed. Claim amount should be adjusted to the modified amount. |
| MOORE, MICHAEL R.<br>13930 RANCHO SOLANA TRAIL<br>SAN DIEGO, CA 92130 | 9447 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$188,013.62 (U)<br>$198,963.62 (T) | - (S)<br>- (A)<br>$6,788.75 (P)<br>$192,947.86 (U)<br>$199,736.61 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| NERLAND, DAVID E.<br>9589 N 113TH WAY<br>SCOTTSDALE, AZ 85259-5868 | 9331 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$216,578.69 (U)<br>$227,528.69 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$217,580.95 (U)<br>$228,530.95 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| NIETO, DANIEL R<br>13 PANAMA STREET<br>ALISO VIEJO, CA 92656 | 5102 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$39,654.38 (U)<br>$50,604.38 (T) | - (S)<br>- (A)<br>$9,532.46 (P)<br>$34,755.48 (U)<br>$44,287.94 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| NUCKOLS, KATHRYN<br>295 COTTONWOOD LANE<br>STAUNTON, VA 24401 | 9212 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$7,104.58 (P)<br>$44,348.53 (U)<br>$51,453.11 (T) | - (S)<br>- (A)<br>$8,741.58 (P)<br>$42,269.87 (U)<br>$51,011.45 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| NUNEZ, EMILIO<br>13162 MUNGO CT<br>RANCHO CUCAMONGA, CA 91739 | 9009 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$6,564.46 (P)<br>$88,217.78 (U)<br>$94,782.24 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$74,561.17 (U)<br>$85,511.17 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| PERRY, JOSEPH<br>2607 WYNDSONG COURT<br>CRYSTAL LAKE, IL 60012 | 8488 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$10,439.74 (P)<br>$245,066.55 (U)<br>$255,506.29 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$244,005.27 (U)<br>$254,955.27 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| REEG, BRIAN C<br>5169 HERITAGE DR<br>CONCORD, CA 94521 | 7721 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$63,783.82 (U)<br>$74,733.82 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$61,664.66 (U)<br>$72,614.66 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| RHINEHART, MARYLOU<br>3014 SEAFARER COVE<br>FORT WAYNE, IN 46815 | 3089 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$369.28 (P)<br>$369.28 (U)<br>$369.28 (T) | - (S)<br>- (A)<br>$369.28 (P)<br>$.00 (U)<br>$369.28 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | 6306 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$651,645.34 (U)<br>$662,595.34 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$609,200.85 (U)<br>$620,150.85 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ROSSOMANO, DONNAJEAN<br>200 SERPENTINE LN<br>ISLANDIA, NY 11749 | 3728 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$1,096.15 (P)<br>$1,096.15 (U)<br>$1,096.15 (T) | - (S)<br>- (A)<br>$1,096.15 (P)<br>$.00 (U)<br>$1,096.15 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| RTL COMMUNICATIONS, LLC<br>PO BOX 23921<br>KNOXVILLE, TN 37933 | 3040 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$92.86 (U)<br>$92.86 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| RUBIN, DINAH (COOKIE)<br>19520 NE 19 COURT<br>NORTH MIAMI BEACH, FL 33179 | 2985 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,230.77 (P)<br>- (U)<br>$2,230.77 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SCHMERSAHL, LAURA E<br>913 KIEFER RIDGE DR<br>BALLWIN, MO 63021 | 6436 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$618.24 (P)<br>$69,446.50 (U)<br>$70,064.74 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$70,298.28 (U)<br>$70,298.28 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SERKES, MICHAEL<br>3747 UNION CHURCH RD<br>SALISBURY, MD 21801 | 3682 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$9,868.22 (P)<br>$177,955.30 (U)<br>$187,823.52 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$171,547.59 (U)<br>$182,497.59 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SHEEHY, FRANK P. 8613 MEADOW VIEW CT. HOUSTON, TX 77040 | 4775 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,959.00 (U)<br>$18,909.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,141.81 (U)<br>$19,091.81 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SHEPHERD, PATRICIA 9 E. WILLOW AVENUE PHOENIX, AZ 85022 | 4230 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$110,737.47 (U)<br>$121,687.47 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$111,522.27 (U)<br>$122,472.27 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SHOOP, JAMES L 400 ALBASIO COURT ANGELS CAMP, CA 95222 | 5898 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$4,253.51 (U)<br>$15,203.51 (T) | - (S)<br>- (A)<br>$4,537.01 (P)<br>$10,151.47 (U)<br>$14,688.48 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SHRIVER, PAULA 344 BROOKSIDE BLVD PITTSBURGH, PA 15241 | 3975 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,968.27 (P)<br>$1,968.27 (U)<br>$1,968.27 (T) | - (S)<br>- (A)<br>$1,968.27 (P)<br>$.00 (U)<br>$1,968.27 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| SIMON, KIMBERLY J 961 HUMPHREY BIRMINGHAM, MI 48009 | 4578 | 12/5/07 | 07-11051 | - (S)<br>- (A)<br>$5,410.49 (P)<br>$27,397.91 (U)<br>$32,808.40 (T) | - (S)<br>- (A)<br>$5,410.49 (P)<br>$27,501.55 (U)<br>$32,912.04 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SMITH GRAPHICS INC. 99 FARRELL STREET LONG BEACH, NY 11561 | 2028 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$1,876.50 (P)<br>$1,876.50 (U)<br>$1,876.50 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$1,876.50 (U)<br>$1,876.50 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| STANTON, SHANE M 113 JADESTONE IRVINE, CA 92603 | 5833 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$37,708.95 (U)<br>$48,658.95 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$26,756.51 (U)<br>$37,706.51 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| STATES, CHAD RANDALL 100 BEUTH COURT FOLSOM, CA 95630 | 8667 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$126,556.85 (U)<br>$126,556.85 (T) | - (S)<br>- (A)<br>- (P)<br>$125,033.81 (U)<br>$125,033.81 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SUPERIOR APPRAISAL SERVICES 973 EMERSON PKWY, STE C&D ATTN THOMAS R HURST VP GREENWOOD, IN 46143 | 3611 | 11/27/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,460.00 (U)<br>$4,460.00 (T) | - (S)<br>- (A)<br>- (P)<br>$3,860.00 (U)<br>$3,860.00 (T) | Reduced to match the Debtors' books and records. Claimant has agreed to the reduced amount |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SYLOS, JOSEPH (JOHN)<br>212 WOODWARD<br>GENEVA, IL 60134 | 4040 | 11/30/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,115.20 (P)<br>- (U)<br>$1,115.20 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| TRAHAN, ROBERT<br>4834 N HOYNE AVE<br>CHICAGO, IL 60625 | 7972 | 1/09/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$452,420.32 (U)<br>$463,370.32 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$441,200.97 (U)<br>$452,150.97 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| WAMPLER, JACQUELINE R (JACKIE)<br>16 JUNEBERRY PLACE<br>CLAYTON, NC 27520 | 2181 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,893.46 (P)<br>$5,131.63 (U)<br>$7,025.09 (T) | - (S)<br>- (A)<br>$1,893.46 (P)<br>$5,161.05 (U)<br>$7,054.51 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| WATTS WINDOW CLEANING, INC<br>ATTN MICHAEL R. WATTS, V.P.<br>4633 BENSON AVE<br>BALTIMORE, MD 21227 | 4132 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$189.00 (P)<br>$189.00 (U)<br>$189.00 (T) | - (S)<br>- (A)<br>$.00 (P)<br>$189.00 (U)<br>$189.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| WILLIAMS, JOHN HUNTER JR.<br>7502B ASHBY LANE<br>ALEXANDRIA, VA 22315 | 7715 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$178,421.81 (U)<br>$189,371.81 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$178,479.39 (U)<br>$189,429.39 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| WRIGHT, LARRY L (LYNN)<br>4842 S. SHENANDOAH WAY<br>AURORA, CO 80015 | 5564 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>$6,747.22 (P)<br>$82,396.87 (U)<br>$89,144.09 (T) | - (S)<br>- (A)<br>$6,747.22 (P)<br>$82,699.65 (U)<br>$89,446.87 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| Totals: | 90 Claims | | | - (S)<br>- (A)<br>$605,914.64 (P)<br>$5,529,026.31 (U)<br>$5,898,547.28 (T) | - (S)<br>- (A)<br>$379,200.92 (P)<br>$5,232,653.55 (U)<br>$5,611,854.47 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.