# EXHIBIT D

# Exhibit D

## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Reclassified Amount | | Comments |
|---|---|---|---|---|---|---|---|---|
| A NEW DAWN HYPNOSIS CENTER<br>DAWN GRANT<br>86500 SAND HICKORY TRAIL<br>YULEE, FL 32097 | 3146 | 11/23/07 | 07-11051 | $3,000.00<br>$3,000.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | $3,000.00<br>$3,000.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| AK-APPRAISAL SERVICE<br>ATTN STANLEY P. KACHER<br>PO BOX 664<br>ANCHOR POINT, AK 99556 | 2498 | 11/19/07 | 07-11053 | $635.00<br>$635.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $635.00<br>$635.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ALASKAN SPRINGS DISTRIBUTORS<br>ATTN GREGORY YOUNG, PARTNER<br>115 B MARINE ST<br>FARMINGDALE, NY 11735 | 4544 | 12/5/07 | 07-11051 | $524.41<br>$524.41 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $524.41<br>$524.41 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ALL SEASONS CLEANING SVC<br>ATTN KEN PHOENIX<br>2367 NEWBURG LN<br># B<br>SAFETY HARBOR, FL 34695 | 6466 | 12/27/07 | 07-11051 | $228.00<br>$228.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $228.00<br>$228.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ANGEL DAYS HOUSE CLEANING<br>ATTN ANGELA H. HADLEY<br>762 BREITENBUSH LN<br>BEND, OR 97702 | 2591 | 11/19/07 | 07-11051 | $1,525.00<br>$1,525.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $1,525.00<br>$1,525.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ARTSERVICE<br>ATTN SANDRA L CUNDIFF<br>339 DUCK HARBOR ROAD<br>EQUINUNK, PA 18417 | 2731 | 11/19/07 | 07-11051 | $2,600.00<br>$2,600.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $2,600.00<br>$2,600.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| AZIMUTH DESIGN<br>339 DUCK HARBOR ROAD<br>EQUINUNK, PA 18417 | 2725 | 11/19/07 | 07-11051 | $1,450.00<br>$1,450.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $1,450.00<br>$1,450.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| BARWICK, RANDALL J.<br>408 RYAN AVE<br>BURLINGTON, WI 53105 | 314 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$1,185.21 (P)<br>- (U)<br>$1,185.21 (T) | - (S)<br>- (A)<br>- (P)<br>$1,185.21 (U)<br>$1,185.21 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| BILL CAMPBELL APPRAISALS<br>ATTN BILL D CAMPBELL<br>7654 W ACOMA DR<br>PEORIA, AZ 85381 | 1184 | 9/24/07 | 07-11053 | - (S)<br>- (A)<br>$5,215.00 (P)<br>- (U)<br>$5,215.00 (T) | - (S)<br>- (A)<br>- (P)<br>$5,215.00 (U)<br>$5,215.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 8648 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | - (S)<br>- (A)<br>- (P)<br>$2,884.62 (U)<br>$2,884.62 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| BLUEGRASS REAL ESTATE WEEKLY<br>ATTN DEBRA HUMES<br>2405 HEALY LANE<br>LEXINGTON, KY 40509 | 5047 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$2,810.00 (P)<br>- (U)<br>$2,810.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,810.00 (U)<br>$2,810.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| BUTLER, TRACY L<br>3708 CHARLEMAINE DR<br>AURORA, IL 60504 | 624 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$18,699.44 (P)<br>- (U)<br>$18,699.44 (T) | - (S)<br>- (A)<br>$2,751.29 (P)<br>$15,948.15 (U)<br>$18,699.44 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| CAESAR'S CARPET & UPHOLSTERY<br>ATTN CESAR REYES<br>81-505 CONTENTO<br>LA QUINTA, CA 92253 | 2686 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$420.00 (P)<br>- (U)<br>$420.00 (T) | - (S)<br>- (A)<br>- (P)<br>$420.00 (U)<br>$420.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| CENCORE, INC.<br>ATTN CASSIAN PETRELLA, PRESIDENT<br>41802 STRATTON DR.<br>CLINTON TOWNSHIP, MI 48038 | 1533 | 10/9/07 | 07-11053 | - (S)<br>- (A)<br>$950.00 (P)<br>- (U)<br>$950.00 (T) | - (S)<br>- (A)<br>- (P)<br>$950.00 (U)<br>$950.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| CHASTAIN, KATHY<br>7795 PONDEROSA DR<br>SPRINGFIELD, IL 62707 | 257 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$140.37 (P)<br>- (U)<br>$140.37 (T) | - (S)<br>- (A)<br>- (P)<br>$140.37 (U)<br>$140.37 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| CHICAGO SHRED AUTHORITY<br>2416 S ARCHER AVE<br>CHICAGO, IL 60616 | 6355 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$180.00 (P)<br>- (U)<br>$180.00 (T) | - (S)<br>- (A)<br>- (P)<br>$180.00 (U)<br>$180.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

── Objectionable Claims ──

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| COCHRANE, PAMELA<br>1436 PLEASANT VIEW AVENUE<br>CORONA, CA 92882 | 530 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$942.02 (P)<br>- (U)<br>$942.02 (T) | - (S)<br>- (A)<br>- (P)<br>$942.02 (U)<br>$942.02 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| CULLIGAN WATER SYSTEMS MOBILE<br>ATTN LAUREN ROGILLIO<br>1015-H SHELTON BEACH RD<br>SARALAND, AL 36571 | 2078 | 11/13/07 | 07-11051 | $113.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$113.00 (T) | - (S)<br>- (A)<br>- (P)<br>$113.00 (U)<br>$113.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| DAN ROEBER & ASSOCIATES, INC.<br>3617-C BETTY DR.<br>COLORADO SPRINGS, CO 80917 | 3195 | 11/23/07 | 07-11053 | - (S)<br>- (A)<br>$675.00 (P)<br>- (U)<br>$675.00 (T) | - (S)<br>- (A)<br>- (P)<br>$675.00 (U)<br>$675.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| DEBLASIO, MELISSA<br>2977 SHEFFIELD DR<br>PLYMOUTH MEETING, PA 19462 | 43 | 8/22/07 | 07-11051 | - (S)<br>- (A)<br>$11,340.00 (P)<br>- (U)<br>$11,340.00 (T) | - (S)<br>- (A)<br>- (P)<br>$11,340.00 (U)<br>$11,340.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| DOUGLAS SMITH & ASSOCIATES<br>ATTN DOUGLAS A SMITH<br>408 COOPERS HAWK DRIVE<br>BILTMORE PARK<br>ASHEVILLE, NC 28803 | 3395 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$32,444.31 (P)<br>- (U)<br>$32,444.31 (T) | - (S)<br>- (A)<br>- (P)<br>$32,444.31 (U)<br>$32,444.31 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| DRW SERVICES LLC<br>DARREN WEBB, OWNER<br>3739 GYPSUM CT<br>SUPERIOR, CO 80027 | 451 | 9/10/07 | 07-11053 | - (S)<br>- (A)<br>$820.00 (P)<br>- (U)<br>$820.00 (T) | - (S)<br>- (A)<br>- (P)<br>$820.00 (U)<br>$820.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| FASTGROUND<br>373 S SCHMALE RD STE 204<br>CAROL STREAM, IL 601882733 | 4335 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$3,383.09 (P)<br>- (U)<br>$3,383.09 (T) | - (S)<br>- (A)<br>- (P)<br>$3,383.09 (U)<br>$3,383.09 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| FREEDOM APPRAISALS<br>ATTN ROBERT W. PALLON<br>2145 WESTPOINT RD<br>LANCASTER, OH 43130 | 3375 | 11/26/07 | 07-11053 | - (S)<br>- (A)<br>$5,155.00 (P)<br>- (U)<br>$5,155.00 (T) | - (S)<br>- (A)<br>- (P)<br>$5,155.00 (U)<br>$5,155.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| GLADDEN, CHRISTINA<br>1004 DRAKE TR<br>FLOWER MOUND, TX 75028 | 1997 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$1,883.65 (P)<br>- (U)<br>$1,883.65 (T) | - (S)<br>- (A)<br>- (P)<br>$1,883.65 (U)<br>$1,883.65 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | 4506 | 12/4/07 | 07-11053 | - (S)<br>- (A)<br>$100.00 (P)<br>- (U)<br>$100.00 (T) | - (S)<br>- (A)<br>- (P)<br>$100.00 (U)<br>$100.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | 4508 | 12/4/07 | 07-11053 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| HENDERSON APPRAISAL SRV.<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | 4528 | 12/4/07 | 07-11053 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| HILTON LISLE /NAPERVILLE<br>ATTN PATRICIA BOYER, CREDIT MGR<br>3003 CORPORATE WEST DRIVE<br>LISLE, IL 60532 | 2236 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$964.70 (P)<br>- (U)<br>$964.70 (T) | - (S)<br>- (A)<br>- (P)<br>$964.70 (U)<br>$964.70 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| HIVNOR, SCOTT C.<br>ADVANCED APPRAISALS SERVICES<br>37721 VINE ST STE 3<br>WILLOUGHBY, OH 44094 | 266 | 9/4/07 | 07-11053 | - (S)<br>- (A)<br>$900.00 (P)<br>- (U)<br>$900.00 (T) | - (S)<br>- (A)<br>- (P)<br>$900.00 (U)<br>$900.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| HYMEL, AUDREY M.<br>245 BEAUREGARD ST<br>PONCHATOULA, LA 70454 | 1425 | 10/4/07 | 07-11053 | $8,200.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,200.00 (T) | - (S)<br>- (A)<br>- (P)<br>$8,200.00 (U)<br>$8,200.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| INTELLIVERSE<br>ATTN CALVIN CHANDLER, COLLECTIONS<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | 2766 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$218.81 (P)<br>- (U)<br>$218.81 (T) | - (S)<br>- (A)<br>- (P)<br>$218.81 (U)<br>$218.81 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| J HAGAN RESIDENTIAL REAL ESTAT<br>ATTN JUDI J HAGAN<br>68 THUMPER LNE<br>ARDEN, NC 28704 | 4517 | 12/4/07 | 07-11053 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| JACOBUS, KATHLEEN<br>JACOBUS APPRAISALS<br>PO BOX 2055<br>ORINDA, CA 94563 | 102 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$870.00 (P)<br>- (U)<br>$870.00 (T) | - (S)<br>- (A)<br>- (P)<br>$870.00 (U)<br>$870.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| JACOBUS, KATHY<br>JACOBUS APPRAISALS<br>PO BOX 2055<br>ORINDA, CA 94563 | 97 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| JMS APPRAISAL SERVICES<br>964 E BADILLO ST # 119<br>ATTN: SHIRLEY WEAVER, OWNER<br>COVINA, CA 91724 | 2670 | 11/20/07 | 07-11053 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| LAMBRIANIDIS, FOTINI<br>19-23 23RD AVENUE<br>ASTORIA, NY 11105 | 4354 | 12/3/07 | 07-11051 | $350.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$350.00 (T) | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MAUI R/E PROPERTY GUIDE<br>ATTN SARAH MESTANZA, OWNER<br>PO BOX 988<br>LAHAINA, HI 96767 | 3177 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$791.66 (P)<br>- (U)<br>$791.66 (T) | - (S)<br>- (A)<br>- (P)<br>$791.66 (U)<br>$791.66 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MORBECK, AMY<br>5307 W 155TH TERRACE<br>STILWELL, KS 66085 | 676 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>$863.38 (P)<br>- (U)<br>$863.38 (T) | - (S)<br>- (A)<br>- (P)<br>$863.38 (U)<br>$863.38 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| NACHMANN, SEFIKA<br>DBA PROFESSIONAL APPRAISAL SERVICES LLC<br>1066 OL TOWN ROAD<br>CORAM, NY 117273726 | 99 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$2,145.00 (P)<br>- (U)<br>$2,145.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,145.00 (U)<br>$2,145.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| O'DELL APPRAISAL SERVICES INC<br>46 TIMBER CREEK LN<br>ACWORTH, GA 301018576 | 5261 | 12/11/07 | 07-11053 | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| OTIS BROWN'S GOOD HANDS CLEANING<br>ATTN OTIS BROWN<br>POB 564<br>FARMINGTON, MI 48332 | 2231 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$650.00 (P)<br>- (U)<br>$650.00 (T) | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| PATTON, NATHANIEL<br>7543 W SEQUOIA DRIVE<br>GLENDALE, AZ 85308 | 5835 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$271.04 (P)<br>- (U)<br>$271.04 (T) | - (S)<br>- (A)<br>- (P)<br>$271.04 (U)<br>$271.04 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| PIKE APPRAISAL COMPANY<br>ATTN LINDA PIKE, PRESIDENT<br>2201 BOUNDARY ST, UNIT 109<br>BEAUFORT, SC 29901 | 2747 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,278.93 (P)<br>- (U)<br>$2,278.93 (T) | - (S)<br>- (A)<br>- (P)<br>$2,270.00 (U)<br>$2,270.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| R SHATARAH CONSULTING ENGINEERS, P.C.<br>ATTN JANETTE SHATARAH, OFFICE MANAGER<br>2938 HEMPSTEAD TPKE, STE 204<br>LEVITTOWN, NY 11756 | 3750 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$3,600.00 (P)<br>- (U)<br>$3,600.00 (T) | - (S)<br>- (A)<br>- (P)<br>$3,600.00 (U)<br>$3,600.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| REALTY HOT WHEELS<br>ATTN LORRAINE KREKLAU - OWNER<br>6560 PYRAMID LAKE HWY., # 52<br>SPARKS, NV 89436 | 2478 | 11/16/07 | 07-11051 | $33.00 (S)<br>- (A)<br>$66.00 (P)<br>$33.00 (U)<br>$132.00 (T) | - (S)<br>- (A)<br>- (P)<br>$132.00 (U)<br>$132.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| REDDING, DEBBY<br>4945 BRICK CHURCK PIKE<br>GOODLETTSVILLE, TN 37072 | 8117 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$200.00 (P)<br>- (U)<br>$200.00 (T) | - (S)<br>- (A)<br>- (P)<br>$200.00 (U)<br>$200.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| RYAN, TIMOTHY F.<br>11 INDIGO PL<br>ALISO VIEJO, CA 92656 | 3337 | 11/26/07 | 07-11053 | - (S)<br>- (A)<br>$2,385.00 (P)<br>- (U)<br>$2,385.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,385.00 (U)<br>$2,385.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SALE, JEFFREY C.<br>3801 HEATHER ST<br>SEAL BEACH, CA 90740 | 14 | 8/21/07 | 07-11053 | - (S)<br>- (A)<br>$1,950.00 (P)<br>- (U)<br>$1,950.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,950.00 (U)<br>$1,950.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SCHMERSAHL, ROBERT<br>913 KIEFER RIDGE DR<br>BALLWIN, MO 63021 | 6444 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$676.57 (P)<br>- (U)<br>$676.57 (T) | - (S)<br>- (A)<br>- (P)<br>$676.57 (U)<br>$676.57 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| SHEARER, JUSTIN A.<br>1069 CRESENT FALLS STREET<br>HENDERSON, NV 89011 | 2862 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$320.58 (P)<br>- (U)<br>$320.58 (T) | - (S)<br>- (A)<br>- (P)<br>$320.58 (U)<br>$320.58 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SHRED - IT<br>ATTN PATTI SCHMITT, OFFICE MANAGER<br>10115 PRODUCTIONS COURT<br>LOUISVILLE, KY 40299 | 2978 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$45.00 (P)<br>$45.00 (U)<br>$45.00 (T) | - (S)<br>- (A)<br>- (P)<br>$45.00 (U)<br>$45.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SHRED - IT<br>ATTN JEFF GERMANN, VICE PRESIDENT<br>4801 PARK 370 BLVD<br>HAZELWOOD, MO 63042 | 4053 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$372.50 (P)<br>- (U)<br>$372.50 (T) | - (S)<br>- (A)<br>- (P)<br>$372.50 (U)<br>$372.50 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SINES APPRAISAL SERVICE PC<br>ATTN PATTY J. SINES<br>561 HUMBERSON RD<br>FRIENDSVILLE, MD 21531 | 4197 | 12/3/07 | 07-11053 | - (S)<br>- (A)<br>$485.00 (P)<br>- (U)<br>$485.00 (T) | - (S)<br>- (A)<br>- (P)<br>$485.00 (U)<br>$485.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| TAYLOR APPRAISAL SERVICE<br>ATTN RALPH TAYLOR<br>120 FAIRWAY DR<br>MISSOULA, MT 59803 | 2449 | 11/16/07 | 07-11053 | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| TRILAR MANAGEMENT GROUP<br>ATTN OWNER EL PRESIDIO LLC<br>2101 CAMINO VIDA ROBLE, STE A<br>CARLSBAD, CA 92011 | 4988 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$6,166.48 (P)<br>- (U)<br>$6,166.48 (T) | - (S)<br>- (A)<br>- (P)<br>$6,166.48 (U)<br>$6,166.48 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| US APPRAISERS<br>ATTN VICTOR W FOSTER, PARTNER<br>42776 TRAIL BLAZE PASS<br>MURRIETA, CA 92562 | 2724 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ZUCKERMAN, BARRY<br>2305 VELVET VALLEY WAY<br>OWINGS MILLS, MD 21117 | 1878 | 11/5/07 | 07-11051 | - (S)<br>- (A)<br>$1,458.25 (P)<br>- (U)<br>$1,458.25 (T) | - (S)<br>- (A)<br>- (P)<br>$1,458.25 (U)<br>$1,458.25 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

── Objectionable Claims ──

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 58 Claims | | $8,696.00 (S)<br>- (A)<br>$131,569.02 (P)<br>$78.00 (U)<br>$140,298.02 (T) | - (S)<br>- (A)<br>$2,751.29 (P)<br>$137,537.80 (U)<br>$140,269.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.