# EXHIBIT E

# Exhibit E

## Reclassified Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| ACTION APPRAISAL SERVICES<br>ATTN JDY GAUDIANO<br>73280 EL PASEO, STE 5<br>PALM DESERT, CA 92260 | 639 | 9/11/07 | 07-11047 | - (S)<br>- (A)<br>$550.00 (P)<br>- (U)<br>$550.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$550.00 (U)<br>$550.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ALBRECHT, MARSHA<br>837 N. MAPLE AVE.<br>PALATINE, IL 60067 | 1443 | 10/5/07 | Unspecified | - (S)<br>- (A)<br>$849.16 (P)<br>- (U)<br>$849.16 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$849.16 (U)<br>$849.16 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ALLEGIANCE APPRAISAL<br>ATTN ALLISON L CESARO<br>G 3140 S DYE RD<br>FLINT, MI 48507 | 7591 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>$1,435.00 (P)<br>- (U)<br>$1,435.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,435.00 (U)<br>$1,435.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ALLEN, JEFFREY P.<br>1423 WHITEFENCE RD.<br>BARTLETT, IL 60103 | 2429 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>$4,332.00 (P)<br>- (U)<br>$4,332.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,300.00 (U)<br>$4,300.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| APPRAISAL COMPANY, THE<br>ATTN KENT COFFMAN - OWNER<br>PO BOX 1137<br>COSTA MESA, CA 92628 | 3117 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| APPRAISALS UNLIMITED, INC.<br>ATTN AARON M. ADLER, PRESIDENT<br>18 CRAWFORD STREET<br>NEEDHAM, MA 02494 | 4799 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>$1,480.00 (P)<br>- (U)<br>$1,480.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,480.00 (U)<br>$1,480.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ATHENA APPRAISALS<br>ATTN DANETTE MILLER - OWNER/APPRAISER<br>115 N PLAINS RD<br>THE PLAINS, OH 45780 | 7558 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>$125.00 (P)<br>- (U)<br>$125.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$125.00 (U)<br>$125.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| BARAJAS, JOHN<br>3898 SWORD DANCER WAY<br>GRAND PRAIRIE, TX 75052 | 1788 | 10/29/07 | Unspecified | -(S)<br>-(A)<br>$320.30 (P)<br>-(U)<br>$320.30 (T) | 07-11051 | -(S)<br>-(A)<br>$320.30 (P)<br>-(U)<br>$320.30 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| BILL CAMPBELL APPRAISALS<br>ATTN BILL D CAMPBELL<br>7654 W ACOMA DR<br>PEORIA, AZ 85381 | 1183 | 9/24/07 | 07-11051 | -(S)<br>-(A)<br>$2,415.00 (P)<br>-(U)<br>$2,415.00 (T) | 07-11053 | -(S)<br>-(A)<br>$2,415.00 (P)<br>-(U)<br>$2,415.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| BURNS, LINDA<br>5545 W ARROWHEAD LAKES DR<br>GLENDALE, AZ 85308 | 1171 | 9/24/07 | 07-11047 | -(S)<br>-(A)<br>$89,228.23 (P)<br>-(U)<br>$89,228.23 (T) | 07-11051 | -<br>-<br>$89,228.23 (U)<br>$89,228.23 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| CECH-FRUMVELLER, KIMBERLY<br>5N465 HAZELWOOD CT<br>SAINT CHARLES, IL 60175 | 1129 | 9/21/07 | Unspecified | -(S)<br>-(A)<br>$15,140.02 (P)<br>-(U)<br>$15,140.02 (T) | 07-11051 | -(S)<br>-(A)<br>$15,140.02 (P)<br>-(U)<br>$15,140.02 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| CUSTOM LIMOUSINE SERVICE<br>ATTN SAM ABDULLAH, GENERAL MANAGER<br>PO BOX #327<br>SYCAMORE, IL 60178 | 2031 | 11/13/07 | 07-11048 | -(S)<br>-(A)<br>$3,765.00 (P)<br>-(U)<br>$3,765.00 (T) | 07-11051 | -(S)<br>-(A)<br>$3,765.00 (P)<br>-(U)<br>$3,765.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ERICKA HEIDRICK PHOTOGRAPHY<br>ERICKA HEIDRICK<br>7726 SE 17TH AVE.<br>PORTLAND, OR 97202 | 4812 | 12/7/07 | Unspecified | -(S)<br>-(A)<br>$1,100.00 (P)<br>-(U)<br>$1,100.00 (T) | 07-11051 | -(S)<br>-(A)<br>$1,100.00 (P)<br>-(U)<br>$1,100.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| FLORIDA GULF APPRAISALS INC<br>ATTN JACOB HAIN<br>7842 CAMERON CIRCLE<br>FORT MYERS, FL 33912 | 4534 | 12/4/07 | Unspecified | -(S)<br>-(A)<br>$1,380.00 (P)<br>-(U)<br>$1,380.00 (T) | 07-11053 | -(S)<br>-(A)<br>$1,380.00 (P)<br>-(U)<br>$1,380.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| GALLAGHER, NANCY<br>SANDHILL RESIDENTIAL APPRAISAL<br>358 NASH RD<br>SAINT PAULS, NC 28384 | 245 | 9/4/07 | 07-11047 | -(S)<br>-(A)<br>$425.00 (P)<br>-(U)<br>$425.00 (T) | 07-11053 | -(S)<br>-(A)<br>$425.00 (P)<br>-(U)<br>$425.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| GHORMLEY, BART<br>5131 ASHBROOK RD<br>DALLAS, TX 75227 | 986 | 9/18/07 | Unspecified | -(S)<br>-(A)<br>$340.00 (P)<br>-(U)<br>$340.00 (T) | 07-11053 | -(S)<br>-(A)<br>$340.00 (P)<br>-(U)<br>$340.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| GITCHELL'S STUDIO<br>618-A FOREST ST<br>CHARLOTTESVILLE, VA 22903 | 2047 | 11/13/07 | Unspecified | - (S)<br>- (A)<br>$78.75 (P)<br>- (U)<br>$78.75 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$78.75 (U)<br>$78.75 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| IVI APPRAISALS<br>PMB 159<br>PO BOX 50<br>LK ARROWHEAD, CA 923520050 | 7515 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>$1,300.00 (P)<br>- (U)<br>$1,300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,300.00 (U)<br>$1,300.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| JMD PARTNERS INC<br>C/O ALEX DUBOVOY<br>263 E HOFFMAN AVE<br>LINDENHURST, NY 11757 | 128 | 8/28/07 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,850.00 (U)<br>$18,800.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$18,800.00 (U)<br>$18,800.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| JOE RUTHERFORD APPRAISAL<br>1105 POWELL DR<br>PLACENTIA, CA 92870 | 2273 | 11/15/07 | Unspecified | - (S)<br>- (A)<br>$360.00 (P)<br>- (U)<br>$360.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$360.00 (U)<br>$360.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| JOHNSTON GROUP, THE<br>ATTN JOEL JOHNSTON<br>7485 RUSH RIVER DR.<br>SACRAMENTO, CA 95831 | 7584 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>$1,334.00 (P)<br>- (U)<br>$1,334.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,334.00 (U)<br>$1,334.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| KEMPH, LINDA D.<br>3536 CUDDY LN NE<br>LACEY, WA 98516 | 1054 | 9/20/07 | Unspecified | - (S)<br>- (A)<br>$681.34 (P)<br>- (U)<br>$681.34 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$681.34 (U)<br>$681.34 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| LUXURY HOMES MAGAZINE<br>TOREY AND DANYELLE LAM<br>16289 S. BARLOW<br>OREGON CITY, OR 97045 | 4236 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$3,790.00 (P)<br>- (U)<br>$3,790.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,790.00 (U)<br>$3,790.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MADDEN, JENNIFER<br>435 VIKING DR<br>SYCAMORE, IL 60178 | 8869 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$750.00 (P)<br>- (U)<br>$750.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$750.00 (U)<br>$750.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| MARSH APPRAISALS & R.E.<br>ATTN GAY MARSH, OWNER<br>5701 STEUBENVILLE PIKE<br>MC KEES ROCKS, PA 15136 | 984 | 9/18/07 | Unspecified | - (S)<br>- (A)<br>$3,745.00 (P)<br>- (U)<br>$3,745.00 (T) | 07-11053 | - (S)<br>- (A)<br>$3,745.00 (P)<br>- (U)<br>$3,745.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MCCLURE, ROBERT<br>DBA MG PROFESSIONAL CLEANERS<br>1451 FRANKLIN ST<br>LEWIS CENTER, OH 43035 | 1196 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$1,297.02 (P)<br>- (U)<br>$1,297.02 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,297.02 (U)<br>$1,297.02 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MCCUIN, MARYANNE C.<br>4216 W CAROL AVE<br>PHOENIX, AZ 85051 | 9171 | 1/11/08 | 07-11051 | $900.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$900.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$900.00 (U)<br>$900.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MCKINNEY, EDWARD<br>608 SAN CARLOS DRIVE<br>GREENWOOD, IN 46142 | 8049 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$275.00 (P)<br>- (U)<br>$275.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$275.00 (U)<br>$275.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MCKINNEY, EDWARD F.<br>608 SAN CARLOS DR<br>GREEN WOOD, IN 46142 | 8050 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,425.00 (P)<br>- (U)<br>$1,425.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,425.00 (U)<br>$1,425.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| MERRILL, WILLIAM W.<br>759 LUCAS AVE EXT<br>HURLEY, NY 12443 | 1044 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$7,692.31 (P)<br>- (U)<br>$7,692.31 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,692.31 (U)<br>$7,692.31 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| O'HALLORAN, THOMAS J., JR.<br>REAL ESTATE APPRAISER<br>14400 SENECA RD<br>DARNESTOWN, MD 20874 | 23 | 8/21/07 | Unspecified | - (S)<br>- (A)<br>$5,270.00 (P)<br>- (U)<br>$5,270.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$5,270.00 (U)<br>$5,270.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| OWENS, CHARLES E.<br>19608 COACHMAN'S TRACE<br>CORNELIUS, NC 28031 | 1975 | 11/9/07 | Unspecified | - (S)<br>- (A)<br>$1,100.00 (P)<br>- (U)<br>$1,100.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,100.00 (U)<br>$1,100.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| QUALITY APPRAISAL SERVICE<br>ATTN TOMMY JOHNSON, OWNER, QAS<br>PO BOX 8241<br>WILSON, NC 27893 | 2754 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$4,435.00 (P)<br>- (U)<br>$4,435.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,435.00 (U)<br>$4,435.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| RAYMOND L PULVER, IFA<br>RAYMOND L PULVER, PRESIDENT<br>15324 ROLLING OAKS PLACE<br>LEO, IN 46765 | 4686 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ROGER PARKINSON<br>188 CARLETON COURT<br>RENO, NV 89511 | 2971 | 11/21/07 | Unspecified | - (S)<br>- (A)<br>$8,130.00 (P)<br>- (U)<br>$8,130.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$8,130.00 (U)<br>$8,130.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| RUSHMORE APPRAISAL GROUP LLC<br>800 SUMMER ST #207<br>STAMFORD, CT 06901 | 2977 | 11/23/07 | Unspecified | $500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$500.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SAMMARTINO APPRAISAL SERVICES<br>1001 STATE STREET<br>ERIE, PA 16501 | 2121 | 11/13/07 | Unspecified | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SHOWACRE APPRAISAL INC<br>ATTN SYLVIA M. SHOWACRE<br>PO BOX 23506<br>SANTA FE, NM 87502 | 4432 | 12/4/07 | Unspecified | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SOUND APPRAISAL<br>SAM P WOOD<br>1520 S DAVID ST<br>SPOKANE, WA 99212 | 626 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$975.00 (P)<br>- (U)<br>$975.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$975.00 (U)<br>$975.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SPEIGHT & ASSOCIATES, LLC<br>ATTN JEFF SPEIGHT - OWNER<br>125 STONEBRIDGE BLVD STE C<br>JACKSON, TN 383052159 | 2596 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$1,325.00 (P)<br>- (U)<br>$1,325.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,325.00 (U)<br>$1,325.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| STANLEY APPRAISAL, INC.<br>ATTN RICK STANLEY, PRESIDENT<br>8645 COLLEGE BLVD., STE 210<br>OVERLAND PARK, KS 66210 | 8122 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$450.00 (P)<br>- (U)<br>$450.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| STAR COMMUNITY PUBLISHING<br>25 DESHON DR<br>MELVILLE, NY 117474207 | 3029 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$718.00 (T)<br>$718.00 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$718.00 (U)<br>$718.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| STRICKLAND, CIERA<br>PO BOX 1134<br>HILLSBORO, OR 97123 | 5265 | 12/11/07 | Unspecified | - (S)<br>- (A)<br>$625.00 (P)<br>- (U)<br>$625.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$625.00 (U)<br>$625.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SUMMIT APPRAISAL, INC<br>9459 CEDAR ISLAND RD.<br>ATTN ELIZABETH A DENNIS PRESIDENT<br>WHITE LAKE, MI 48386 | 8206 | 1/10/08 | Unspecified | $300.00 (S)<br>- (A)<br>- (P)<br>$225.00 (U)<br>$525.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$525.00 (U)<br>$525.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| SURE HOME INSPECTION SERVICE<br>610 INDIANA AV<br>COLLINSVILLE, IL 62234 | 2679 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$725.00 (P)<br>- (U)<br>$725.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$725.00 (U)<br>$725.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| THOMAS J. WEBER, SRA<br>DBA ASSOCIATED APPRAISAL & PROPERTY SERVICES<br>24072 IRON HEAD LANE<br>LAGUNA NIGUEL, CA 92677 | 5256 | 12/11/07 | Unspecified | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,250.00 (U)<br>$2,250.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| THOMPSON APPRAISAL GROUP, INC.<br>ATTN DANIEL E. THOMPSON, PRESIDENT<br>17102 TITUS WAY<br>POOLESVILLE, MD 20837 | 208 | 9/31/07 | 07-11047 | - (S)<br>- (A)<br>$1,350.00 (P)<br>- (U)<br>$1,350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,350.00 (U)<br>$1,350.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| WEST VICKERY JOINT VENTURE DBA<br>HULEN VICKERY MINI STORAGE<br>ATTN EILEEN CLARK, PROPERTY MGR.<br>5000 W. VICKERY BOULEVARD<br>FORT WORTH, TX 76107 | 1697 | 10/22/07 | Unspecified | $290.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$290.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$290.00 (U)<br>$290.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ZARNICH & ASSOCIATES<br>ATTN NICK ZARNICH<br>433 STATE STREET<br>BEAVER, PA 15009 | 4785 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |
| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRESIDENT<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | 1899 | 11/5/07 | Unspecified | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,675.00 (U)<br>$2,675.00 (T) | No basis for priority claim exists under sections 506 or 507 of the Bankruptcy Code |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | | 50 Claims | | $1,990.00 (S)<br>- (A)<br>$188,291.13 (P)<br>$8,475.00 (U)<br>$198,356.13 (T) | | - (S)<br>- (A)<br>- (P)<br>$198,324.13 (U)<br>$198,324.13 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.