# EXHIBIT F

# Exhibit F

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| A CLEAN TOUCH<br>ATTN TAMMY MAJKA<br>1842 CEDAR DRIVE<br>SEVERN, MD 21144 | 1887 | 11/5/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,159.00 (U)<br>$1,159.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$610.00 (U)<br>$610.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| A-1 APPRAISAL SERVICES, INC<br>ATTN STEVE JENNINGS, OWNER<br>1012 W ILES AVE<br>SPRINGFIELD, IL 62704 | 4466 | 12/4/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$3,100.00 (U)<br>$3,100.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| ABC APPRAISAL GROUP, INC.<br>ATTN MARK A. RUPLINGER<br>P.O. BOX 5000<br>HILTON HEAD ISLAND, SC 29938 | 6091 | 12/21/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$5,225.00 (U)<br>$5,225.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,375.00 (U)<br>$4,375.00 (T) | Reduced to match the Debtors' books and records. Claimant has agreed to the reduced amount. |
| ANDERSON & KIME REALTY SERVICS<br>ATTN BARBARA Z. SCACCHITTLI, SECRETARY<br>212 MAIN ST<br>RIDGWAY, PA 15853 | 3351 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>$796.00 (P)<br>$796.00 (U)<br>$796.00 (T) | 07-11053 | - (S)<br>- (A)<br>$.00 (P)<br>$796.00 (U)<br>$796.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| ANDERSON APPRAISAL SERVICES, INC.<br>ATTN DANIELLE ROSS<br>2180 GARNET AVE STE 3A<br>SAN DIEGO, CA 92109 | 64 | 8/24/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,849.00 (U)<br>$4,849.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,674.00 (U)<br>$4,674.00 (T) | Reduced to match the Debtors' books and records. Claimant has agreed to the reduced amount |
| ARVIA & ASSOCIATES (IL) (IN)<br>ATTN MICHAEL SZATKOWSKI, PARTNER<br>P.O. BOX 575<br>SCHEREVILLE, IN 46375 | 5487 | 12/14/07 | Unspecified | - (S)<br>- (A)<br>$7,305.00 (P)<br>$7,305.00 (U)<br>$7,305.00 (T) | 07-11053 | - (S)<br>- (A)<br>$.00 (P)<br>$7,305.00 (U)<br>$7,305.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 1038 | 9/19/07 | Unspecified | - (S)<br>- (A)<br>$19,800.00 (P)<br>$3,125.00 (U)<br>$3,125.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,142.38 (U)<br>$19,092.38 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BRENTWOOD PRINTING & ENVELOPE INC<br>SCOTT FINKE<br>8630 WINTON RD<br>CINCINNATI, OH 45231 | 1889 | 11/5/07 | Unspecified | - (S)<br>- (A)<br>$264.34 (P)<br>$264.34 (U)<br>$264.34 (T) | 07-11051 | - (S)<br>- (A)<br>$0.00 (P)<br>$264.34 (U)<br>$264.34 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5930 E PIMA # 120<br>TUCSON, AZ 85712 | 1287 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,160.00 (U)<br>$5,160.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,885.00 (U)<br>$4,885.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| CHARTER OAK APPRAISALS<br>ATTN DORIS DE WEES<br>PO BOX 257<br>MADISON, CT 06443 | 4869 | 12/27/07 | Unspecified | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>$0.00 (P)<br>$300.00 (U)<br>$300.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| COLLIER-LEE APPRAISAL, INC<br>ATTN TIM R MILLER<br>2827 47TH STREET SW<br>NAPLES, FL 34116 | 7749 | 1/8/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$6,072.65 (U)<br>$6,072.65 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$5,525.00 (U)<br>$5,525.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| DUQUESNE LIGHT COMPANY<br>S JAMES WALLACE<br>GRIFFITH MCCAGUE & WALLACE PC<br>THE GULF TWR 38TH FL - 707 GRANT ST<br>PITTSBURGH, PA 15219 | 1244 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$485.45 (U)<br>$485.45 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$19.98 (U)<br>$19.98 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| FOUNDATION MARKETING, INC.<br>ATTN KAREN DEIS, PRESIDENT<br>327 SOO LINE RD<br>HUDSON, WI 54016 | 1895 | 11/5/07 | Unspecified | - (S)<br>- (A)<br>$7,450.00 (P)<br>$7,450.00 (U)<br>$7,450.00 (T) | 07-11051 | - (S)<br>- (A)<br>$0.00 (P)<br>$7,450.00 (U)<br>$7,450.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| GILLETTE, DAVID S.<br>P.O. BOX 34001<br>RENO, NV 89523 | 5350 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| HALL, WILLIAM C (CURT)<br>3417 TUDOR DRIVE<br>ADAMSTOWN, MD 21710 | 2968 | 11/21/07 | Unspecified | - (S)<br>- (A)<br>$5,781.05 (P)<br>- (U)<br>$5,781.05 (T) | 07-11051 | - (S)<br>- (A)<br>$2,055.88 (P)<br>- (U)<br>$2,055.88 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| HERTLING, DIETER<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 196 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$86,452.47 (U)<br>$97,402.47 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$84,556.74 (U)<br>$95,506.74 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| JEFFERSON APPRAISAL<br>ATTN PATRICK JEFFERSON, PRESIDENT<br>1126 11TH ST<br>AUGUSTA, GA 30901 | 3182 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>$.00 (P)<br>$350.00 (U)<br>$350.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 9453 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>$3,326.92 (P)<br>- (U)<br>$3,326.92 (T) | 07-11051 | - (S)<br>- (A)<br>$1,846.15 (P)<br>- (U)<br>$1,846.15 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| KEISTER, JOHN<br>2117 CHRISTIAN ST.<br>BALTIMORE, MD 21223 | 4097 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$3,366.83 (U)<br>$3,366.83 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,012.83 (U)<br>$2,012.83 (T) | Reduced to match the Debtors' books and records. Claimant has agreed to the reduced amount |
| KING, CHAD & GRIFFITH-S-KING, JENNIFER<br>6019 UNIVERSITY AVE<br>DES MOINES, IA 50311 | 966 | 9/18/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,304.46 (U)<br>$2,304.46 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$164.77 (U)<br>$164.77 (T) | Claimant asserted claim for a bounced check. The Debtors have received confirmation that the check did not bounce. The Debtors' books and records show that the claim should be reduced. |
| LEWIS, MARK H.<br>111 BUFFLEHEAD DR.<br>MOORESVILLE, NC 28117 | 1777 | 10/26/07 | Unspecified | - (S)<br>- (A)<br>$1,230.90 (P)<br>- (U)<br>$1,230.90 (T) | 07-11051 | - (S)<br>- (A)<br>$895.90 (P)<br>- (U)<br>$895.90 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MARK CREATIVE SERVICES LLC<br>ATTN MARK SHIPLEY, PRINCIPAL<br>3975 N. 10TH ST<br>KALAMAZOO, MI 49009 | 6828 | 1/2/08 | 07-11048 | - (S)<br>- (A)<br>$365.00 (P)<br>$365.00 (U)<br>$365.00 (T) | 07-11051 | - (S)<br>- (A)<br>$.00 (P)<br>$365.00 (U)<br>$365.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| MCKINNON APPRAISAL INC<br>ATTN PAMELA L COHEN<br>PO BOX 662<br>BREWER, ME 04412 | 5453 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,000.00 (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | 07-11053 | - (S)<br>- (A)<br>$.00 (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | 4915 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$972.12 (U)<br>$972.12 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$385.11 (U)<br>$385.11 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| MT. ROSE PROFESSIONAL SERVICES<br>ATTN LISA PARKINSON -<br>188 CARLETON COURT<br>RENO, NV 89511 | 1861 | 11/1/07 | 07-11047 | - (S)<br>- (A)<br>$8,130.00 (P)<br>$8,130.00 (U)<br>$8,130.00 (T) | 07-11053 | - (S)<br>- (A)<br>$0.00 (P)<br>$8,130.00 (U)<br>$8,130.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| MUNIZ, ELEIDY C.<br>345 MACARTHUR BLVD.<br>HAUPPAUGE, NY 11788 | 1597 | 9/7/07 | 07-11047 | - (S)<br>- (A)<br>$239,773.20 (P)<br>$239,773.20 (U)<br>$239,773.20 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$229,862.96 (U)<br>$240,812.96 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| PACIFIC GAS AND ELECTRIC COMPANY<br>BARBARA GREEN, BANKRUPTCY UNIT<br>PO BOX 8329<br>STOCKTON, CA 95208 | 6373 | 12/24/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$6,138.60 (U)<br>$6,138.60 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,429.61 (U)<br>$5,429.61 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| PESTMASTER SERVICES<br>ATTN GABRIEL CORDERO<br>PO BOX 966<br>IMPERIAL, CA 92251-0966 | 2587 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$150.00 (P)<br>$150.00 (U)<br>$150.00 (T) | 07-11051 | - (S)<br>- (A)<br>$0.00 (P)<br>$150.00 (U)<br>$150.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| PLANNED OFFICE<br>1320 E SAINT GERTRUDE PL<br>SANTA ANA, CA 92705 | 1271 | 9/25/07 | 07-11047 | - (S)<br>- (A)<br>$23,759.68 (P)<br>$23,759.68 (U)<br>$23,759.68 (T) | 07-11051 | - (S)<br>- (A)<br>$0.00 (P)<br>$23,759.68 (U)<br>$23,759.68 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | 6211 | 12/24/07 | Unspecified | Unspecified* | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| PROFESSIONAL APPRAISERS GROUP<br>8384 HICKMAN RD<br>SUITE A1<br>WEST DES MOINES, IA 50265 | 7600 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>$1,525.00 (P)<br>$1,525.00 (U)<br>$1,525.00 (T) | 07-11053 | - (S)<br>- (A)<br>$0.00 (P)<br>$1,525.00 (U)<br>$1,525.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| RESPONSE MORTGAGE PROJECTS GROUP<br>ATTN MARVIN MORAN<br>534 BROADHOLLOW ROAD<br>SUITE 275<br>MELVILLE, NY 11747 | 2590 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$28,583.91 (P)<br>$28,583.91 (U)<br>$28,583.91 (T) | 07-11051 | - (S)<br>- (A)<br>$0.00 (P)<br>$28,583.91 (U)<br>$28,583.91 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| SCHNEIDER, JOHN<br>7412 VIRGINIA AVE<br>BALTIMORE, MD 21236 | 159 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$1,881.00 (P)<br>- (U)<br>$1,881.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,425.13 (P)<br>$1,425.13 (U)<br>$1,425.13 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| SCRUGGS, VALERIE LYNN<br>51 W. 69TH ST.<br>APT. 4C<br>NEW YORK, NY 10023 | 1944 | 11/5/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$18,391.05 (U)<br>$29,341.05 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$26,067.34 (U)<br>$37,017.34 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| SILK & SANDS FLORIST<br>1007 KINGS HIGHWAY<br>LEWES, DE 19958 | 3051 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>$56.00 (P)<br>$56.00 (U)<br>$56.00 (T) | 07-11051 | - (S)<br>- (A)<br>$.00 (P)<br>$56.00 (U)<br>$56.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| TELEDIRECT INTERNATIONAL, INC<br>ATTN CINDI SCHULTZ, ACCOUNTING MANAGER<br>17255 N 82ND STREET<br>SCOTTSDALE, AZ 85255 | 7669 | 1/8/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$13,381.68 (U)<br>$13,381.68 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$8,037.12 (U)<br>$8,037.12 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| THERIAULT, CLIFFORD J<br>20575 WESTPARK PL<br>DEER PARK, IL 60010 | 8550 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$221,753.15 (U)<br>$210,803.15 (T) | 07-11053 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$228,345.15 (U)<br>$239,295.15 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| THOET, LANCE A.<br>10 HIGHLAND AVE<br>SEA CLIFF, NY 11579 | 4959 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$20,295.10 (U)<br>$31,245.10 (T) | 07-11053 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$19,192.93 (U)<br>$30,142.93 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| TRAGALE, DENISE<br>29 E WILLISTON AVE<br>E WILLISTON PARK, NY 11596 | 777 | 9/14/07 | Unspecified | - (S)<br>- (A)<br>$152,025.00 (P)<br>- (U)<br>$152,025.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$106,624.32 (U)<br>$117,574.32 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| WENTWORTH R E APPRAISAL SVCS<br>321 DENNETT ST<br>PORTSMOUTH, NH 03801 | 3155 | 11/23/07 | Unspecified | - (S)<br>- (A)<br>$850.00 (P)<br>$850.00 (U)<br>$850.00 (T) | 07-11053 | - (S)<br>- (A)<br>$.00 (P)<br>$850.00 (U)<br>$850.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| WOODS, JEREMY M<br>2436 PROSPECT AVENUE<br>EVANSTON, IL 60201 | 6445 | 12/26/07 | Unspecified | - (S)<br>- (A)<br>$3,162.00 (P)<br>- (U)<br>$3,162.00 (T) | 07-11051 | - (S)<br>- (A)<br>$374.00 (P)<br>- (U)<br>$374.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |

———— Objectionable Claim ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Totals:** | 41 Claims | | | - (S)<br>- (A)<br>$554,065.00 (P)<br>$726,389.69 (U)<br>$915,696.56 (T) | | - (S)<br>- (A)<br>$83,247.06 (P)<br>$825,370.17 (U)<br>$908,617.24 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.