# EXHIBIT G

# Exhibit G

## Insufficient Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANDERSON, DEREK<br>123 MAIN STREET<br>CLEVELAND, OH 44114 | 9237 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$99,050.00 (U)<br>$110,000.00 (T) | Claimant has not provided sufficient documentation. The Debtors' books and records show no liability. Claimant has failed to provide requested information. |
| AT&T GLOBAL SERVICES<br>JAMES GRUDUS, ESQ.<br>AT&T INC<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | 9258 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$241,891.20 (U)<br>$241,891.20 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. Claimant has failed to provide requested information. |
| AUGUSTINE, JOSEPH J.<br>1008 BROAD ST<br>CONNELLSVILLE, PA 15425 | 3664 | 11/28/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$2,848.48 (U)<br>$2,848.48 (T) | Claimant has not provided sufficient documentation. The Debtors' books and records show no liability. Claimant has failed to provide requested information. |
| GE MONEY BANK/WMC MORTGAGE<br>ATTN SHARON L. MASON, VP OR LEGAL DEPT.<br>3100 THORNTON AVE<br>BURBANK, CA 91504 | 2946 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$216,836.67 (U)<br>$215,836.67 (T) | Claimant has not provided sufficient documentation. The Debtors' books and records show no liability. Claimant has failed to provide requested information. |
| SAMUEL I. WHITE, P.C.<br>ATTN D. CAROL SASSER, ESQUIRE - VP<br>209 BUSINESS PARK DRIVE<br>VIRGINIA BEACH, VA 23462 | 2298 | 11/8/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$139,806.71 (U)<br>$139,806.71 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. Claimant has failed to provide requested information. |
| VERIZON INC.<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | 8803 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,562.94 (U)<br>$18,562.94 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. Claimant has failed to provide requested information. |
| ZARI, TIFFANY J<br>5014 OSGOOD WAY<br>FAIR OAKS, CA 95628 | 2655 | 11/19/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | Claimant has not provided sufficient documentation. The Debtors' books and records show no liability. Claimant has failed to provide requested information. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | 7 Claims | | | - (S)<br>- (A)<br>$21,900.00 (P)<br>$718,996.00 (U)<br>$739,896.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.