Erich A. Lorenz
15 Blenheim Court
Rockville Centre NY 11570

August 10, 2008

United States Bankruptcy Court
824 Market Street
3rd Floor
Wilmington Delaware 19801

Re: American Home Mortgage Holdings, inc.
Claim Number: 10007

To Whom It May Concern:

In the matter of the above bankruptcy I realize that as an investor, owning common shares of a company, I have very little recourse in case of bankruptcy.

However, the stock AHM was listed with a P/E ratio of 4.8 until the day of the bankruptcy announcement.

I hold the officers of American Home Mortgage, inc. responsible for the demise, because they did not inform share holders accordingly. I believe there was neclect or even wrongdoing on their part.

Therefore, I would like to respectfully request that the Court not expunge my claim.

Very Truly Yours,

Erich A. Lorenz

cc: Young Conway Stargatt & Taylor, LLP