IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | (Jointly Administered) |
| HOLDINGS, INC., et al. ) | |
| Debtors. ) | Objection Deadline: Sept. 8, 2008 @ 4:00 p.m. |
| ) | Hearing Date: Sept. 15, 2008 @ 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 18, 2008, Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. filed the attached Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (i) Compelling Assumption or Rejection of Debtors' Executory Contract or Modifying the Automatic Stay; and (ii) Compelling Payment of Administrative Expense (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that you are required to file an objection (the "Objection") to the Motion, if any with the U.S. Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before September 8, 2008 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). You must also serve upon counsel set forth below a copy of the Objection so that it is actually received by them by the Objection Deadline:

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on September 15, 2008 at 10:00 a.m., prevailing Eastern Time. The hearing will take place at the U.S. Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 18, 2008
      Wilmington, Delaware

                Respectfully submitted,

                SULLIVAN · HAZELTINE · ALLINSON LLC

                _____
                William A. Hazeltine (Bar ID 3294)
                4 East 8th Street, Suite 400
                Wilmington, DE  19801
                Phone: 302-428-8191
                Fax: 302-428-8195

                Wendy S. Walker
                Andrew D. Gottfried
                Annie C. Wells
                MORGAN. LEWIS & BOCKIUS LLP
                101 Park Avenue
                New York, NY 10178
                Phone: 212-309-6000
                Fax: 212-309-6001

                *Attorneys for Mortgage Electronic Registration*
                *Systems, Inc. and MERSCORP, Inc.*