EXHIBIT A

(Membership Application)

Jan 24 00 03:40p    L.Jones@AHM    (516) 620-1097    p.1    FC

(703) 748-0250

# MERS®
THE ELECTRONIC MORTGAGE LOAN REGISTRY

RECEIVED JAN 24 2000 MERS, INC

☒ GENERAL / ☐ LITE

## MEMBERSHIP APPLICATION

Type of Membership you request (check one):

☐ PATRON (NON-MORTGAGE COMPANIES)

MERS Org ID # |1|0|0|0|2|4|2|
(Assigned by MERS)

### ♦ COMPANY INFORMATION:

| | |
|---|---|
| Company Name | American Home Mortgage Holdings Inc. |
| Street Address | 520 Broadhollow Road - 520 BROAD Hollow RD |
| City | Melville    State NY    Zip 11747 |
| Phone Number | (516) 396-7700    Fax Number |
| Corporate Web Site: www. | |

### ♦ SENIOR MANAGEMENT TEAM (PLEASE LIST DEPARTMENT HEADS):

| Name | Title | Department | Telephone Number |
|---|---|---|---|
| Michael Strauss | President | OFFICE OF CEO | |
| Leonard Schoen | VP | EXECUTIVE OPERATIONS | |
| Jim O'Reilly | VP | SECONDARY | |
| Andrew Valentine | VP | GENERAL COUNSEL | |
| Bob Burke | CFO | FINANCE | |
| Bob Burke | CFO | ACCOUNTS PAYABLE | |
| Leonard Schoen | VD | LOAN PRODUCTION | |
| Lawrence Jones | VP | LOAN SERVICING | |
| Scott Love | VP | INFORMATION TECHNOLOGY | |

### ♦ PERSON WHO SHOULD RECEIVE ALL OFFICIAL NOTICES OR OTHER COMMUNICATIONS FROM MERS:

| Name | Title | Address | Telephone Number |
|---|---|---|---|
| Lawrence Jones | V.P. | 520 Broadhollow Rd Melville NY 11747 | (516) 396-7700 |

FAX 620-1097

### ♦ PLEASE CHECK THE APPROPRIATE BOX BELOW THAT INDICATES THE GREATER OF YOUR ANNUAL PRODUCTION OR SERVICING VOLUME AS OF THE MOST RECENT YEAR END:

| TIER | ANNUAL PRODUCTION VOLUME | ✔ | SIZE OF SERVICING PORTFOLIO | ✔ | ANNUAL MEMBERSHIP FEE |
|---|---|---|---|---|---|
| 1 | under $250 million | | under $2 billion | | $500 |
| 2 | $250 million - $1 billion | | $2 billion - $10 billion | | $2,000 |
| ③ | >$1 billion - $10 billion | ✓ | >$10 billion - $50 billion | ✓ | $5,500 |
| 4 | >$10 billion | | >$50 billion | | $7,500 |
| Lite | N/A | | N/A | | $264 |
| Patron | N/A | | N/A | | $1000 |

- **PLEASE CHECK ALL OF THE BOXES THAT APPLY TO YOUR ORGANIZATION:**

| | | |
|---|---|---|
| ☒ Lender | ☐ Mortgage Insurer | ☐ Servicer |
| ☐ Warehouse Lender | ☐ Software Vendor/Service Bureau | ☐ Subservicer |
| ☐ Custodian | ☐ Title Company | ☐ Investor |
| ☒ Third Party Originator | | |
| ☐ Other (describe): _____ | | |
| ☐ Consultant (describe): _____ | | |

- **PLEASE ANSWER THE FOLLOWING QUESTIONS:**

| | | |
|---|---|---|
| Is your organization active in buying or selling servicing rights? | ___ Yes | _X_ No |
| Are you primarily a | ___ Buyer? | ___ Seller? |
| Is your organization a Fannie Mae-approved seller/servicer? | _X_ Yes | ___ No |
| Is your organization a Freddie Mac-approved seller/servicer? | _X_ Yes | ___ No |
| Is your organization a Ginnie Mae-approved issuer? | _X_ Yes | ___ No |
| Is your organization a VA-approved lender/servicer? | _X_ Yes | ___ No |
| Is your organization an FHA-approved lender/servicer? | _X_ Yes | ___ No |
| Indicate your VA Approval Number: | 5051860000 | |
| Indicate your FHA Mortgagee Identification Number: | 13396-0000-7 | |
| Please tell us how you heard about MERS: | Industry | |

By completing, signing and submitting this application, the Applicant is agreeing to be a MERS Member. The Applicant hereby agrees to pay all fees and expenses set forth in the MERS Fee Schedule, which may change from time to time; abide by all existing MERS Rules and Procedures, which are incorporated herein by reference and may be amended from time to time; and comply with the terms and conditions set forth in the attached addendum entitled Terms and Conditions.

The Applicant will be billed the membership fee as stated in the Fee Schedule.

*Please submit a copy of your most recently published Financial Statements with your completed application.*

Applicant Signature: _Laurence_____    Date: 1/21/00

FAX or MAIL your completed application and most recently published Financial Statements to:

**MERS**
Attn: Customer Division
8201 Greensboro Drive, Suite 350
McLean, Virginia 22102
www.mersinc.org

Fax: (703) 748-0183    Telephone: (800) 646-MERS (6377) or (703) 761-1270

*Should member wish to pay by credit card for the Initial Membership Fee, please indicate below:*

Circle one:    VISA    MasterCard    American Express

Account Number: _____    Expiration date: _____

Name as printed on the card: _____    Authorized Signature: _____

v09151999