EXHIBIT B

(MERS Fee Schedule)



# FEE SCHEDULE: RESIDENTIAL PRICING

MERS fees consist of an annual membership fee, certain types of transaction fees, and other charges as applicable. Membership fees vary according to a company's size, annual production, or transaction and servicing volumes (see fee schedule below). Initial membership fees are billed following the receipt of a signed membership application, and annual renewals are billed based on the anniversary date of membership.

## MEMBERSHIP FEES

| MEMBERSHIP TYPE | | ANNUAL PRODUCTION VOLUME | | SIZE OF SERVICING PORTFOLIO | | ANNUAL MEMBERSHIP FEE |
|---|---|---|---|---|---|---|
| General Member: Tier 1 | The Greater Of | Less than $250 million | OR | Under $2 billion | = | $500 |
| General Member: Tier 2 | | $250 million to $1 billion | | $2 billion to $10 billion | | $2,000 |
| General Member: Tier 3 | | $1 billion to $10 billion | | $10 billion to $50 billion | | $5,500 |
| General Member: Tier 4 | | More than $10 billion | | More than $50 billion | | $7,500 |
| Lite Member | | N/A | | N/A | | $264 |
| Patron Member | | N/A | | N/A | | $1,000 |

## MEMBERSHIP TYPES

| MEMBERSHIP TYPE | DEFINITION |
|---|---|
| General Membership | For lenders who typically service loans. General memberships are available in four different tiers based on annual volume of loan originations or servicing (whichever is greater; see table above) |
| Lite Membership | For lenders who originate and sell loan servicing rights on a flow basis within 30 days |
| Patron Membership | For vendors and other organizations who work with MERS loans but do not register them |

## TRANSACTION FEES

| TRANSACTION TYPE | Amount |
|---|---|
| Registration Fee | $4.95 per loan |
| MERS® 1-2-3 Registration Fee | $4.95 per loan |
| Seasoned Servicing Transfer Fee | $4.95 per loan |
| Intracompany Transfer Fee | $2.50 per loan |
| Transfer to Non-MERS Member Fee | $1.00 per loan |

*See page 2 for more definition of terms and additional charges*

## DEFINITION OF TERMS

**Registration**: registration of loans onto the MERS® System.

**MERS® 1-2-3 Registration**: registration of loans onto the MERS® System by a MERS® 1-2-3 participant when a preliminary registration file was previously generated.

**Seasoned Servicing Transfer Fee**: charged to the seller when it transfers seasoned servicing to another MERS member. Seasoned Servicing Transfers are defined by the particular Purchase and Sale Agreement between a buyer and a seller that identifies a predefined portfolio of servicing to be sold on a specific sale date and transferred on a specific transfer date. Seasoned Servicing Transfers typically occur independent of the sale of the beneficial rights of the loans in a portfolio.

> *NOTE: Currently, there are no additional transaction fees for transfers of beneficial rights. There is also no fee for Flow Transfers of Servicing. A Flow Transfer of Servicing is defined by a Purchase and Sale Agreement that identifies a commitment to deliver a specified dollar volume (unpaid principal balance) of servicing on a specific delivery schedule associated with the sale of beneficial rights. The MERS® System will not permit a Flow Transfer of Servicing if the transfer date is greater than 270 days from the note date on that loan. In this case, the Seasoned Servicing Transfer Fee applies.*

**Intracompany Transfer Fee:** charged for transfers of loans between one or more Organization IDs assigned to the same member or between members in a parent/child relationship.

**Transfer to Non-MERS Members**: members who transfer servicing to a non-MERS Member are charged a $1.00 per loan deactivation fee. **Members are also responsible for preparing and recording an assignment from MERS to the buyer.**

## OTHER CHARGES

**MERS CORPORATE SEALS:** $25.00 each (plus shipping).

**UNIDENTIFIED MAIL:** $95.00 charged for each mail item requiring additional research when the MERS® System does not reflect the correct servicer, typically occurring when there is a recorded mortgage or assignment to MERS in the land records but the loan is not registered on the MERS® System. It may also occur when a transfer transaction was not completed in a timely manner.

**TRAINING:** Training via conference call is available to all MERS members without charge. Training at a member's site is also available for $750 (plus airfare, hotel and other reasonable expenses). Other training arrangements can be made depending upon a member's needs. Members who choose to travel to the MERS corporate office for training will not be charged a fee.

**VALUE-ADDED SERVICES:** Any value-added services are priced, disclosed and agreed to with members prior to the service being rendered.