EXHIBIT F

(Post-Petition Invoices for Legal Fees)

## HISCOCK

BUFFALO • ROCHESTER • SYRACUSE • ALBANY • NEW YORK

1100 MT CENTER / S. FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716.856.5400 / F 716.856.0199

FEDERAL ID NO: 16-0889022

MERSCORP, Inc.
1818 Library Street
Suite 300
Reston, VA 20190

July 17, 2008
Invoice No: 4190971
File No. 224777
Charles C. Martorana

## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|--------|-------------------|------|-------|-------|
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 3,164.00 | 8.36 | 3,172.36 |

## Total Current Fees and Costs

ADDITIONAL INFORMATION

## HISCOCK & BARCLAY

1100 M&T CENTER / 3 FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716.856.5400 / F 716.856.0139

FEDERAL ID NO. 16-0339022

MERSCORP, Inc.
1818 Library Street
Suite 300
Reston, VA 20190

June 10, 2008
Invoice No: 4187440
File No. 224777
Charles C. Martorana

## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|--------|-------------------|------|-------|-------|
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 5,672.50 | 2.50 | 5,675.00 |

### Total Current Fees and Costs

### ADDITIONAL INFORMATION

07/23/2008 WED 8:43 FAX ☑002/023

HISCOCK & BARCLAY

BUFFALO · ROCHESTER · SYRACUSE · ALBANY · NEW YORK

1100 MAT CENTER / 3 FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716.856.5400 / F 716.856.0139

FEDERAL ID NO. 16-0358022

MERSCORP, Inc.
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

May 8, 2008
Invoice No: 4184210
File No. 224777
Charles C. Martorana

## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|--------|-------------------|------|-------|-------|
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 870.00 | 6.80 | 876.80 |

**Total Current Fees and Costs**                                      ▓▓▓▓▓▓▓

ADDITIONAL INFORMATION

04/21/2008  14:37   7037400183                    MERS                              PAGE  01

## HISCOCK BARCLAY

1100 M&T CENTER / 3 FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716.856.5400 / F 716.856.0139                                    FEDERAL ID NO. 15-0339022

April 4, 2008
MERSCORP, Inc.                                                     Invoice No: 4180901
1595 Spring Hill Road                                              File No. 224777
Suite 310                                                          Charles C. Martorana
Vienna, VA  22182

## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|--------|-------------------|------|-------|-------|
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 1,364.00 | 18.25 | 1,382.25 |

**Total Current Fees and Costs**                            ▮▮▮▮▮▮▮▮▮

ADDITIONAL INFORMATION

March 14, 2008
Invoice No. 4179253
File No.224777
MERSCORP, Inc.

# MATTER DETAIL

**Current Fees For Matter 3029104 Re: Tilton Jack vs. Mortgage Electronic Registration , Billed  through February 29, 2008.**

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/01/08 | JMB | Telephone call from M. Emouna to discuss letter from plaintiff's counsel regarding time extension on answers. | 0.10 | 18.00 |
| 02/05/08 | JMB | Reviewed letter from Citibank's counsel regarding potential settlement discussions, prepared email to C.C. Martorana regarding same, reviewed comments regarding course of action and prepared email to S. Horstkamp regarding same. | 0.40 | 72.00 |
| 02/05/08 | JMB | Researched Federal Rules of Civil Procedure, Eastern District Local Rules, and Judge's Rules regarding requirement to file corporate disclosure statement; reviewed pacer filings of other defendants regarding same; prepared statement disclosing interested parties on behalf of MERS. | 1.60 | 288.00 |
| 02/06/08 | JMB | Finalized preparation of corporate disclosure statement; prepared email to C.C. Martorana regarding same and prepared to electronically file. | 0.70 | 126.00 |
| 02/07/08 | JMB | Prepared for telephone conference with S. Horstkamp and C.C. Martorana and conference with same; reviewed plan for course of action regarding discovery with C.C. Martorana. | 1.30 | 234.00 |
| 02/07/08 | JMB | Electronically filed Corporate Disclosure Statement on behalf of MERS. | 0.80 | 144.00 |
| 02/07/08 | CCM | Conferred with S. Horstkamp and J. Baker and advised on Citibank's counsel proposal to negotiate a settlement with Citibank's counsel; examined letter from Citibank's counsel. | 0.40 | 106.00 |
| 02/08/08 | JMB | Telephone call from D. Souders to discuss settlement negotiations with plaintiff; prepared email summary to C.C. Martorana regarding same. | 0.30 | 54.00 |
| 02/11/08 | JMB | Received and reviewed letter from counsel for Golden First regarding settlement and prepared summary email to C.C. Martorana. | 0.20 | 36.00 |
| 02/12/08 | CCM | Worked with J. Baker on proposal to pursue settlement  from Citibank counsel. | 0.30 | 79.50 |
| 02/13/08 | JMB | Reviewed supplemental discovery response by Defendant Goltche and counsel's letter to plaintiff's attorney. | 0.30 | 54.00 |
| 02/14/08 | DAW | Updated and organized discovery received, demanded and responded to date. | 0.40 | 42.00 |
| 02/14/08 | DAW | Checked current court docket and updated pleadings index. | 0.50 | 52.50 |
| 02/22/08 | JMB | Reviewed supplemental response to discovery demands by defendant Golden First. | 0.30 | 54.00 |
| 02/25/08 | JMB | Reviewed email relating to withdrawal of counsel and related motion on PACER. | 0.20 | 36.00 |

03/21/2008  10:45   7037480183                    MERS                          PAGE  03

March 14, 2008
Invoice No. 4179253
File No.224777
MERSCORP, Inc.

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/25/08 | DAW | Examined court electronic notice of withdrawal of counsel B. Perryman, Esq. and updated pleadings index. | 0.40 | 42.00 |
| 02/27/08 | JMB | Reviewed plaintiff's responses to Defendant Goltche's discovery demands and documents produced therewith; prepared summary of same to C.C. Martorana. | 0.60 | 108.00 |

**Total Current Services**                                                    1,548.00


Current Costs

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copy Charges | 2.00 |
| Pacer Search Pacer Search 94 | 0.48 |
| Pacer Search Pacer Search 94 | 0.48 |
| **Total Current Costs** | 2.96 |

## Total Current Fees and Costs                    USD  1,548.96

## HISCOCK & BARCLAY

1100 M&T CENTER / 3 FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716 856 5400 / F 716 856 0189

FEDERAL ID NO. 16-0339022

MERSCORP, Inc.
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

February 22, 2008
Invoice No: 4177260
File No. 224777
Charles C. Martorana

## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|--------|-------------------|------|-------|-------|
| ████ | ████████████████ | ████ | ████ | ████ |
| ████ | ████████████████ | ████ | ████ | ████ |
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 16,725.00 | 122.34 | 16,847.34 |

**Total Current Fees and Costs**                         ████████████

ADDITIONAL INFORMATION

*OK to pay Court*

*3/7/08*

*1/08 fees*

WWW.HISCOCKBARCLAY.COM

03/25/2008  08:46  7037480183                    MERS                         PAGE  02

 **HISCOCK & BARCL**

1100 M&T CENTER / 3 FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716.856.5400 / F 716.856.0139                          FEDERAL ID NO. 15-0339022

MERSCORP, Inc.                                           January 24, 2008
1595 Spring Hill Road                                    Invoice No: 4174848
Suite 310                                                File No. 224777
Vienna, VA 22182                                         Charles C. Martorana



## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|--------|-------------------|------|-------|-------|
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 5,066.50 | 4.60 | 5,071.10 |

**Total Current Fees and Costs**

ADDITIONAL INFORMATION



*OK to pay for H*

*A 1/29/08*

*12/07 fees*

03/25/2008  08:46  7037480183        MERS                        PAGE  01

# HISCOCK & BARCLAY

BUFFALO · ROCHESTER · SYRACUSE · ALBANY · NEW YORK

1100 M&T CENTER / 3 FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716.856.5400 / F 716.856.0189

FEDERAL ID NO. 15-0339022

MERSCORP, Inc.
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

December 16, 2007
Invoice No: 4172037
File No. 224777
Charles C. Martorana

## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|---|---|---|---|---|
| ███████ | ████████████████████ | ████ | ████ | ████ |
| ███████ | ████████████████████████ | ████ | ████ | ████ |
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 11,274.50 | 6.00 | 11,280.50 |

**Total Current Fees and Costs**                    ████████████

*OK to pay fault*
*12/21/07*

ADDITIONAL INFORMATION

████████████████          *A*  ████████ *-pd.*
████████████                        *12-13-0'*



*11/07 fees*



# PLUNKETT COONEY

## Professional Service Invoice

MERS
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

07/18/08
Invoice #: 10371025
Thru Date: 06/30/08

Attention: Cris Mullins

Billing Attorney: 0875 - Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

---

| | |
|---|---|
| Current Fees Due | $295.00 |
| Current Disbursements | 0.00 |
| | |
| Total This Invoice | $295.00 |

Please remit to:
Plunkett Cooney
38505 Woodward, Ste. 2000
Bloomfield Hills, MI 48304

ATTORNEYS & COUNSELORS AT LAW



## Professional Service Invoice

MERS
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

06/26/08
Invoice #: 10368252
Thru Date: 05/31/08

Attention: Cris Mullins

Billing Attorney: 0875 - Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

| | |
|---|---|
| Current Fees Due | $265.50 |
| Current Disbursements | 1.50 |
| Total This Invoice | $267.00 |

Please remit to:
    Plunkett Cooney
    38505 Woodward, Ste. 2000
    Bloomfield Hills, MI 48304

ATTORNEYS & COUNSELORS AT LAW



### PLUNKETT COONEY

## Professional Services Invoice

MERS
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

05/22/08
Invoice #: 10365237
Thru Date: 04/30/08

Attention: Cris Mullins

Billing Attorney: 0875 - Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

---

| | | |
|---|---|---|
| Current Fees Due | | $206.50 |
| Current Disbursements | | 2.50 |
| **Total This Invoice** | | **$209.00** |
| Total Amount Due | | $209.00 |

Please remit to:
    Plunkett Cooney
    38505 Woodward, Ste. 2000
    Bloomfield Hills, MI 48304

*ok to pay*
*Swtt 6/2/08*

ATTORNEYS & COUNSELORS AT LAW

04/30/2008  11:41    7037480183                    MERS                              PAGE  01



# PLUNKETT COONEY

## Professional Services Invoice

MERS                                                                  04/24/08
1595 Spring Hill Road                                    Invoice #: 10362568
Suite 310                                                  Thru Date: 03/31/08
Vienna, VA 22182

Attention: Cris Mullins

Billing Attorney: 0875 – Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

---

| | |
|---|---|
| Current Fees Due | $295.00 |
| Current Disbursements | 6.00 |
| | |
| **Total This Invoice** | **$301.00** |
| Total Amount Due | $301.00 |

Please remit to:
  Plunkett Cooney
  38505 Woodward, Ste. 2000
  Bloomfield Hills, MI 48304



RECEIVED
APR 2 8 2008

---

ATTORNEYS & COUNSELORS AT LAW

38505 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com
Tax ID No. 38-1896842



# PLUNKETT COONEY

## Professional Services Invoice

MERS
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

03/14/08
Invoice #: 10359176
Thru Date: 02/29/08

Attention: Cris Mullins

Billing Attorney: 0875 – Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

| | |
|---|---:|
| Current Fees Due | $973.50 |
| Current Disbursements | 0.00 |
| **Total This Invoice** | **$973.50** |
| Total Amount Due | $973.50 |

Please remit to:
   Plunkett Cooney
   38505 Woodward, Ste. 2000
   Bloomfield Hills, MI 48304

ATTORNEYS & COUNSELORS AT LAW

38505 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com
Tax ID No. 38-1896842



# PLUNKETT COONEY

## Professional Services Invoice

MERS
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

02/09/08
Invoice #: 10355586
Thru Date: 01/31/08

Attention: Cris Mullins

Billing Attorney: 0875 - Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.



Open Date: 10/04/07
Our File: 19782-73863
Your File:

---

| | |
|---|---|
| Current Fees Due | $958.00 |
| Current Disbursements | 18.28 |

**Total This Invoice** $976.28  *PL. 2-7-08*
Total Unpaid Invoices as of 02/09/08  761.50
Total Amount Due  $1,737.78

*976.28*

Please remit to:
 Plunkett Cooney
 38505 Woodward, Ste. 2000
 Bloomfield Hills, MI 48304

ATTORNEYS & COUNSELORS AT LAW

38505 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com
Tax ID No. 38-1896842

03/25/2008  08:32    7037480183                    MERS                                    PAGE  02



# PLUNKETT COONEY

## Professional Services Invoice

**MERS**
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

01/16/0:
Invoice #: 1035371
Thru Date: 12/31/0°

Attention: Cris Mullins

Billing Attorney: 0875 - Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

---

| | |
|---|---|
| Current Fees Due | $610.50 |
| Current Disbursements | 151.00 |

**Total This Invoice** — $761.50
Total Unpaid Invoices as of 01/16/08 — 1,766.49  *Rd. 1-10:*
Total Amount Due — $2,527.99

*761.50*

*Ok to pay*
*1/25/08*
*Smith*

Please remit to:
Plunkett Cooney
38505 Woodward, Ste. 2000
Bloomfield Hills, MI 48304

---

**ATTORNEYS & COUNSELORS AT LAW**

38505 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com
Tax ID No. 38-1896842



# PLUNKETT COONEY

### Professional Services Invoice

MERS
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

12/20/07
Invoice #: 10351727
Thru Date: 11/30/07

Attention: Cris Mullins

Billing Attorney: 0875 - Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

| | |
|---|---|
| Current Fees Due | $1,612.50 |
| Current Disbursements | 153.99 |
| **Total This Invoice** | **$1,766.49** |
| Total Amount Due | $1,766.49 |

Please remit to:
  Plunkett Cooney
  38505 Woodward, Ste. 2000
  Bloomfield Hills, MI 48304

1/10/08

### ATTORNEYS & COUNSELORS AT LAW

38505 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com

Tax ID No. 38 1896842



# PLUNKETT COONEY

### Professional Services Invoice

MERS
1595 Spring Hill Road
Suite 310
Vienna, VA 22182

11/10/07
Invoice #: 10348351
Thru Date: 10/31/07

Attention: Cris Mullins

Billing Attorney: 0875 - Donovan, Michelle
Client: ACE Industries, Inc. vs. MERS, et al
Opposing Party: ACE Industries, Inc.

Open Date: 10/04/07
Our File: 19782-73863
Your File:

---

| | |
|---|---|
| Current Fees Due | $3,711.50 |
| Current Disbursements | 201.25 |
| | |
| **Total This Invoice** | **$3,912.75** |
| Total Amount Due | $3,912.75 |

Please remit to:
    Plunkett Cooney
    38505 Woodward, Ste. 2000
    Bloomfield Hills, MI 48304

*ok to pay*
*Smith*
*11/29/07*

---

ATTORNEYS & COUNSELORS AT LAW

38505 Woodward Avenue, Suite 2000 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com
Tax ID No. 38-1896842

07/22/2008 15:18 FAX  312 341 3499        VBLHC                                    002/002

# Varga Berger Ledsky Hayes & Casey

Attorneys at Law
224 South Michigan Avenue
Chicago, IL 60604
Suite 350

(312) 341-9400

FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1818 Liberty Street
Suite 300
Reston VA 20190

Attention:   Sharon Horstkamp
             Vice President/General Counsel

July 08, 2008

In Reference     Various AHM Cases: MER-001
To:
Invoice # 16177

Professional Services

|            |     |                                                                                                     | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------|-------|----------|
| 6/3/2008   | MDH | Communications with C. Martin and with local counsel in Shinell case re: matter status.             | 0.50  |          |
| 6/4/2008   | MDH | Communications with client re: Shinell matter.                                                      | 0.20  |          |
| 6/16/2008  | MDH | Attention to notice of dismissal filed by Plaintiff; communications with local counsel and co-defendants' counsel re: same. | 0.50  |          |
|            |     | For professional services rendered                                                                  | 1.20  | $342.00  |

Timekeeper Summary

| Name            | Hours | Rate   | Amount   |
|-----------------|-------|--------|----------|
| Michael D. Hayes | 1.20  | 285.00 | $342.00  |

# Varga Berger Ledsky Hayes & Casey

### Attorneys at Law
224 South Michigan Avenue
Chicago, IL 60604
Suite 350

## (312) 341-9400

### FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1818 Liberty Street
Suite 300
Reston VA 20190

Attention:   Sharon Horstkamp
             Vice President/General Counsel

June 09, 2008

In Reference
To:         Various AHM Cases:  MER-001
Invoice # 15905

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 5/19/2008 MDH | Letter from Fidelity counsel seeking responses to previously served written discovery in _Shinell_ case; review discovery requests; begin review of relevant case file materials to prepare responses for MERS and AHM. | 2.20 | |
| 5/20/2008 MDH | Complete review of _Shinell_ case loan file and other documents in connection with preparing responses to Fidelity's discovery requests. | 1.50 | |
| 5/21/2008 MDH | Work on responses to Fidelity discovery requests (interrogatories and document requests). | 1.20 | |
| 5/22/2008 MDH | Respond to discovery requests in the _Shinell_ case. | 0.80 | |
| 5/30/2008 MDH | Communications with Fidelity counsel re: discovery issues. | 0.20 | |
| | For professional services rendered | 5.90 | $1,681.50 |

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 5/22/2008 | Telephone conference service for conference call on April 14, 2008 through InterCall. | | 43.22 |
| | Total costs | | $43.22 |
| | Total amount of this bill | | $1,724.72 |

_OK to pay_
_frm H_
_6/10/08_

# Varga Berger Ledsky Hayes & Casey

### Attorneys at Law
### 224 South Michigan Avenue
### Chicago, IL 60604
### Suite 350
### (312) 341-9400
### FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road
Suite 310
Vienna VA 22182

Attention:   Sharon Horstkamp
             Vice President/General Counsel

May 02, 2008

In Reference      Various AHM Cases:  MER-001
To:

Invoice # 15849

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/3/2008 MDH | Review Shinell pleadings and court docket; e-mail to S. Horstkamp re: strategy for MERS in Shinell case. | 1.50 | |
| 4/4/2008 MDH | Work on suggestion of bankruptcy for MERS in Shinell case; communications with Missouri local counsel re: same, strategy for 4/17/08 court appearance and efforts generally to extract MERS from Shinell case. | 1.80 | |
| 4/7/2008 MDH | Revision to suggestion of bankruptcy for Shinell case. | 0.30 | |
| 4/9/2008 MDH | Attention to filing of suggestion of bankruptcy; communications with local counsel and other party counsel re: upcoming 4/17/08 court appearance. | 0.80 | |
| 4/11/2008 MDH | Various communications with counsel of record in Shinell case. | 0.20 | |
| 4/14/2008 MDH | Conference call with counsel of record in Shinell case re: status, scheduling issues. | 0.40 | |
| 4/21/2008 MDH | Communications with local counsel re: events at recent court appearance in Shinell case. | 0.30 | |

For professional services rendered                                5.30   $1,510.50

*SmH   ok to pay 5/7/08*

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Hayes | 5.30 | 285.00 | $1,510.50 |

# Varga Berger Ledsky Hayes & Casey

### Attorneys at Law
224 South Michigan Avenue
Chicago, IL 60604
Suite 350

### (312) 341-9400

FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road
Suite 310
Vienna VA 22182

Attention:    Sharon Horstkamp
              Vice President/General Counsel

April 01, 2008

In Reference    Various AHM Cases:  MER-001
To:
Invoice # 15753

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 3/10/2008 MDH | Attend court status in Pena case, requesting dismissal of MERS based upon finalization of settlement terms involving Plaintiffs and American Home Mortgage. | 1.00 | |
| 3/11/2008 MDH | Prepare dismissal order in Pena action; obtain Plaintiffs' counsel agreement to same and send to Judge Guzman for entry. | 0.90 | |
| 3/19/2008 MDH | Court appearance before Judge Guzman to obtain entry of dismissal order. | 0.80 | |
| 3/20/2008 MDH | Send Pena case dismissal order to S. Horstkamp. | 0.20 | |
| 3/24/2008 MDH | E-mail from S. Horstkamp re: Pena suit dismissal. | 0.10 | |
| | For professional services rendered | 3.00 | $855.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Hayes | 3.00 | 285.00 | $855.00 |

*[handwritten notations: "ok to pay", "Jun H", "4/4/08"]*

03/21/2008  10:45    7037480183                    MERS                              PAGE  01

# Varga Berger Ledsky Hayes & Casey

Attorneys at Law
224 South Michigan Avenue
Chicago, IL  60604
Suite 350

(312) 341-9400

FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road
Suite 310
Vienna VA 22182

Attention:    Sharon Horstkamp
              Vice President/General Counsel

March 12, 2008

In Reference    Various AHM Cases: MER-001
To:
Invoice # 15658

Professional Services

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 2/26/2008 MDH | Receipt of bankruptcy court order approving Pena case settlement; communications with Plaintiffs' counsel re: same, timing of settlement performance and dismissal of case. | | 0.20 | |
| 2/28/2008 MDH | Attend court status hearing in the Pena suit. | | 0.30 | |
| | For professional services rendered | | 0.50 | $142.50 |

*Ok to pay fully out*

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Hayes | 0.50 | 285.00 | $142.50 |

03/25/2008  08:39    7037480183          MERS                    PAGE  03

# Va_ _ Berger Ledsky Hayes _ Casey
### Attorneys at Law
### 224 South Michigan Avenue
### Chicago, IL 60604
### Suite 350
### (312) 341-9400
### FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road
Suite 310
Vienna VA 22182

Attention:    Sharon Horstkamp
              Vice President/General Counsel

February 19, 2008

In Reference    Various AHM Cases: MER-001
To:
Invoice # 15815



Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 1/4/2008 MDH | Receipt and review of Plaintiffs' motion in Illinois *Pena* case to stay discovery on basis of pending settlement negotiations. | 0.20 |  |
| 1/9/2008 MDH | Receipt of new settlement demand letter in *Pena* suit (directed to co-defendants), consider impact of possible settlement on MERS. | 0.50 |  |
| 1/23/2008 MDH | E-mail to client re: settlement developments in Illinois Pena class action suit. | 0.20 |  |
| 1/31/2008 MDH | Check on status of settlement of Pena suit. | 0.20 |  |
| | For professional services rendered | 1.10 | $313.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Hayes | 1.10 | 285.00 | $313.50 |

Ok to pay
fault
2/25/08

# Va    a Berger Ledsky Hayes    Casey

**Attorneys at Law**
224 South Michigan Avenue
Chicago, IL 60604
Suite 350

(312) 341-9400

FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road
Suite 310
Vienna VA 22182

Attention:   Sharon Horstkamp
              Vice President/General Counsel

January 14, 2008

In Reference     Various AHM Cases:  MER-001
To:
Invoice # 15497

Professional Services

|  |  | Hours |
|---|---|---|
| | | |

| | | Hours |
|---|---|---|
| 12/13/2007 MDH | Review Plaintiffs' settlement demand in Illinois federal *Pena* class action; consider significance of same re: positions taken concerning automatic stay as to MERS. | 0.30 |
| 12/14/2007 MDH | Telephone call from co-defendants' counsel re: possible case settlement (on an individual basis) in *Pena* suit. | 0.30 |
| 12/28/2007 MDH | Receipt and review correspondence between Plaintiffs' counsel and co-Defendants' (Freedom Mortgage) counsel re: settlement issues. | 0.30 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 0.90 | $256.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Hayes | 0.90 | 285.00 | $256.50 |

*[handwritten]* ok to pay
Smith
1/18/08

# Varga Berger Ledsky Hayes & Casey

### Attorneys at Law
224 South Michigan Avenue
Chicago, IL 60604
Suite 350
(312) 341-9400
FEIN: 36-4075100

Invoice submitted to:
Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road
Suite 310
Vienna VA 22182

Attention:    Sharon Horstkamp
              Vice President/General Counsel

December 05, 2007

In Reference    Various AHM Cases:  MER-001
To:

Invoice # 15376



Professional Services

| | | Hours |
|---|---|---|
| 11/13/2007 MDH | Review file materials in Pena, Shinell, Guertin, Hatchett, and Mosely suits for current status of MERS involvement; conference call with S. Horstkamp re: pending MERS cases, strategy for future in each. | 3.20 |
| 11/14/2007 MDH | Review Third Amended Complaint allegations against MERS in Pena case; review AHMC Suggestion of Bankruptcy; legal research re: scope of bankruptcy automatic stay (11 U.S.C. Section 362); draft and revise "Supplement to Suggestion of Bankruptcy;" send same to Sharon Horstkamp. | 3.50 |
| 11/19/2007 MDH | Communications with S. Horstkamp; finalize and file Supplemental Suggestion of Bankruptcy; call from Freedom Mortgage counsel re: same. | 1.10 |
| 11/30/2007 MDH | Review court order in Pena suit staying discovery. | 0.20 |

| | | | Amount |
|---|---|---|---|
| For professional services rendered | | 8.00 | $2,280.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Hayes | 8.00 | 285.00 | $2,280.00 |

*ok to pay*
*12/10/07*
*Smtt*