# EXHIBIT G

(List of Lawsuits)

MERS Law Dept

Cases serviced by American Home Mortgage Holdings

| MIN# | Borrower Name | Property Address | Case name | Court & Case Information | Status Update |
|---|---|---|---|---|---|
| 10031400008692146 | Reavely, Emmett | 3938 Elson Road, Brookhaven, PA | Emmett Reavely, et al. v. MERS, American Home Mortgage, et al. | Court of Common Pleas Delaware County, PA, case#06-13523 | STAYED |
| 100024200007764067&10 0314000007763799 | Hunter, William | 15821 Pinehurst, Detroit, MI | Ace Industries LLC v. William Hunter, MERS, Inc. et al. | Circuit Court,Wayne County, case#06-631517CH | SETTLED-- MERS paid legal fees |
| 10002420001 3724139 | Jack, Tilton | 2511 Cortelyou Road, Brooklyn, NY | Tilton Jack v. American Home Mortgage, MERS et al. | Kings County District Court, NY, case #1:07-cv-03088 | ACTIVE-- MERS paying fees |
| 10031240008007022 | Shinell, Terry | 14 Jamestown Acres Van A Florissant, MO 63064 | Terry Shinell v. Fidelity National Title, Guarantee Title, Phoenix Title, American Home Mortgage and MERS | Circuit Court of St. Louis County, MO Case #05CC-004371 | DISMISSED-- MERS to be billed for legal fees |

As of 7/24/2008

1