# EXHIBIT H

(Outstanding Post-Petition Invoices)



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000242 | 1/1/2008 | 1/21/2008 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000203359 | NET20 | |

**For billing inquiries please call 1-888-680-MERS**

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 111-3 | Membership Renewal Fee<br>2/1/08 - 1/31/09 | 1.00000 | 3 | 5,500.000000 | 5,500.00 |
| | Late charges will accrue @ 1.5 % per month on all unpaid balances | | | | |
| | | | | Subtotal | 5,500.00 |
| | | | | Total Tax | 0.00 |
| | | | | Total Amount | **5,500.00** |

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000203359 | 1/1/2008 | 1000242 |
| AMOUNT DUE | | |
| 5,500.00 | | |

**SOLD TO:**

American Home Mtg. Holdings       00001
Attn: Susan K. Brown
4650 Regent Blvd., Suite 100
Irving, TX 75063

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000242 | 5/5/2008 | 5/25/2008 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000220259 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 301-1 | Seasoned Servicing Transfer - Seller Transfer done on behalf of Amstar Mortgage Corporation Org ID 1003503 | 2.00000 | 1 | 4.950000 | 9.90 |
| | Late charges will accrue @ 1.5 % per month on all unpaid balances | | | | |
| | | | | Subtotal | 9.90 |
| | | | | Total Tax | 0.00 |
| | | | | Total Amount | 9.90 |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000220259 | 5/5/2008 | 1000242 |
| AMOUNT DUE | | |
| 9.90 | | |

**SOLD TO:**

American Home Mtg. Holdings
Attn: Susan K. Brown
4650 Regent Blvd., Suite 100
Irving, TX 75063

00001

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000242 | 6/5/2008 | 6/25/2008 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000226992 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 327-1 | Regular Seasoned TOS/TOB Transfer | 742.00000 | 1 | 4.950000 | 3,672.90 |
| 323-1 | Transfer of Flow TOS/TOB | 19.00000 | 1 | 0.000000 | 0.00 |
| 304-1 | Flow Servicing Transfer - Seller | 2.00000 | 1 | 0.000000 | 0.00 |
| 201-1 | Flow registration | 1.00000 | 1 | 4.950000 | 4.95 |
| 211-1 | Seasoned registration | 64.00000 | 1 | 4.950000 | 316.80 |
| 301-1 | Seasoned Servicing Transfer - Seller | 1,500.00000 | 1 | 4.950000 | 7,425.00 |
| 902 | Value Added Services<br>Special Request 3281564 approved<br>by Gary Vandeventer | 1.00000 | . | 437.500000 | 437.50 |

Late charges will accrue @ 1.5 % per month on all unpaid balances

| | | |
|---|---|---|
| | Subtotal | 11,857.15 |
| | Total Tax | 0.00 |
| | Total Amount | 11,857.15 |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000226992 | 6/5/2008 | 1000242 |
| AMOUNT DUE | | |
| 11,857.15 | | |

**SOLD TO:**

American Home Mtg. Holdings
Attn: Susan K. Brown
4650 Regent Blvd., Suite 100
Irving, TX 75063

00002

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000242 | 7/5/2008 | 7/25/2008 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000229494 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 301-1 | Seasoned Servicing Transfer - Seller | 351.00000 | 1 | 4.950000 | 1,737.45 |
| 211-1 | Seasoned registration | 16.00000 | 1 | 4.950000 | 79.20 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 77.00000 | 1 | 4.950000 | 381.15 |

Late charges will accrue @ 1.5 % per month on all unpaid balances

| | |
|---|---|
| Subtotal | 2,197.80 |
| Total Tax | 0.00 |
| Total Amount | 2,197.80 |

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000229494 | 7/5/2008 | 1000242 |
| AMOUNT DUE | | |
| 2,197.80 | | |

**SOLD TO:**

American Home Mtg. Holdings
Attn: Susan K. Brown
4650 Regent Blvd., Suite 100
Irving, TX 75063

00001

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693