## EXHIBIT A

**(Declaration of Joel Gendron)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,            :
                                                           : Jointly Administered
         Debtors.                                          :
---------------------------------------------------------- x

## DECLARATION OF JOEL GENDRON

I, Joel Gendron, declare as follows:

1. I am Executive Vice President – Finance Group with American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc. (the "Purchaser"). Since the final closing on the Asset Purchase Agreement dated as of September 25, 2007 (as subsequently amended, the "APA"), I have been responsible at various points in time for cash management, bank reconciliation, accounting, treasury and accounts payable for the Purchaser. During the period between the initial closing and the final closing (November 16, 2007 through April 11, 2008) under the APA, I was responsible for cash management, bank reconciliation and investor reporting for Debtor AHM SV, Inc. ("SVI"), formerly known as American Home Mortgage Servicing, Inc.

2. I am over the age of twenty-one and am competent to make this Declaration, which is submitted in support of the Purchaser's Amended Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business (the "Amended Motion"). The facts stated herein are true and correct and, unless otherwise noted below, are based upon my personal knowledge.

DLI-6203484v4

3. On May 23, 2008, the Purchaser filed the Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business (the "Original Motion"), seeking the allowance and payment of an administrative expense claim for certain breaches of the APA by the Debtors in these cases that are parties to the APA (collectively, the "Sellers"). As part of my responsibilities for the Purchaser, I was involved in examining and reconciling the accounts acquired from the Sellers pursuant to the APA and examining and reconciling certain transactions undertaken by the Sellers during the five month period between the initial closing and the final closing under the APA. I submitted a declaration in support of the Original Motion describing four categories of transactions that gave rise to certain of the claims for breaches of the APA set forth in the Original Motion. The Purchaser's investigation of these categories of transactions, however, was not complete, and the Purchaser did not yet have final amounts for certain of the claims. Accordingly, the Original Motion noted that certain of the amounts were only approximate amounts and stated that the Purchaser would supplement the Original Motion as soon as the Purchaser determined the exact amounts of these claims. The Original Motion also noted that the Purchaser expressly reserved the right to amend the Original Motion to include additional claims, particularly in light of the fact that the parties were in the process of reconciling the net cash flow of the business as contemplated by the APA and there appeared to be some material discrepancies that the Purchaser believed could be the result of material breaches by the Sellers under the APA.

4. On June 2, 2008, the Purchaser filed the Supplement to Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage

Servicing Business (the "Supplement"), pursuant to which the Purchaser clarified the amount of certain components of the administrative claim it was seeking. Subsequent to filing the Supplement, however, the Purchaser's ongoing review of its books and records identified additional information that could affect certain of its claims. Accordingly, the Purchaser withdrew the Supplement on June 4, 2008, pending the Purchaser's confirmation of the claim amounts. Due to the number of transactions involved and nature and extent of the work, and to reduce the burden on the Purchaser's financial personnel, the Purchaser thereafter authorized its counsel to retain Alvarez & Marsal to examine and evaluate the books and records maintained in the ordinary course of business by SVI and the Purchaser with respect to certain transactions involving SVI and to quantify and document such transactions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15th, 2008

_____
Joel Gendron