# EXHIBIT D

**(Chart Summarizing the Purchaser's Claims)**

# **EXHIBIT D**

The following chart summarizes the Purchaser's claims, which are more fully described in the Purchaser's Amended Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business.[1]

| Claim Description | Summary of Claim | Claim Amount |
|---|---|---|
| Lender Paid Mortgage Insurance and Prepayment Penalties | At the Initial Closing, the Sellers transferred $3,326,152 to the Purchaser and gave the Purchaser a $6,061,810 Purchase Price reduction in respect of LPMI premiums and prepayment penalties to be paid. This was an estimate, and pursuant to the Third Amendment, the parties were to true-up this payment/adjustment after the Initial Closing. The Purchaser has calculated the total LPMI premiums and prepayment penalties to be $13,980,849, resulting in a claim of $4,592,887 (*i.e.*, $13,980,849 **minus** $3,326,152 **minus** $6,061,810). | $4,592,887 |
| Document Delivery Costs | The Sellers are responsible under the APA to bear the cost of delivery to the Purchaser of the files and other books and records relating to the servicing business. | $31,200 |
| Overpayment of Advances | Prior to the Initial Closing, in connection with the repayment of certain Advances funded from the Parent's 434 Account, SVI repaid certain Advances twice from investor custodial accounts, resulting in a reimbursement due to the custodial accounts of $1,496,586. After the Initial Closing, the Sellers used cash from the Purchaser's separate accounts to rectify this double payment and replenish the custodial accounts. | $1,496,586 |
| Paid in Full Loans Sold to Third Parties | Prior to the Initial Closing, SVI remitted $1,762,957 to Parent for collections on loans that had been fully paid that SVI mistakenly thought Parent owned, but that Parent had sold and transferred to third parties. SVI paid to these investors from their own custodial accounts an amount equal to these paid in full collections, but Parent retained the paid in full collections and failed to replenish the investors' custodial accounts with these funds. During the Interim Period, SVI transferred $164,303 from the Purchaser's separate accounts to those third parties' custodial accounts to partially rectify the resultant expected cash shortage in those custodial accounts. There remains an expected cash shortage in an aggregate amount of $1,598,654. | $1,762,957 |

---

[1] Capitalized terms have the meanings given to such terms in the Amended Motion.

| Claim Description | Summary of Claim | Claim Amount |
|---|---|---|
| Paid in Full Loans – Compensating Interest | When a loan is paid in full, SVI was required to pay a full month of interest to the applicable holder of the loan, regardless of the date on which the loan was paid off. The difference between the interest received and the amount required to be paid by SVI is known as "compensating interest." Prior to the Initial Closing, SVI failed to pay an aggregate of $1,213,341 in compensating interest to custodial accounts, which it eventually funded with money from the Purchaser's separate accounts after the Initial Closing. | $1,213,341 |
| Liquidation Proceeds | Prior to the Initial Closing, SVI transferred to Parent's 434 Account $2,040,718 in payments that had been collected in connection with the loans that were in foreclosure, which amounts should have been transferred to custodial accounts and eventually remitted to the applicable holders of the loans upon liquidation of the underlying loan. Upon liquidation of the loans, the custodial accounts will have an expected cash shortage of $2,040,718. | $2,040,718 |
| Repurchases | Prior to the Initial Closing, Parent used the investors' own funds from the investors' custodial accounts to meet the Parent's repurchase obligations with respect to certain loans that Parent had sold to those investors. The Sellers never reimbursed those custodial accounts, resulting in an expected cash shortage of $738,384 as of the Initial Closing. | $738,384 |
| FNMA Guaranty Fees | Prior to the Initial Closing, SVI collected from principal and interest payments $834,648 for guaranty fees payable to FNMA and deposited this amount in the Parent's 434 Account. When these fees became due during the Interim Period, the Sellers paid these guaranty fees with the funds from the Purchaser's separate accounts. | $834,648 |

DLI-6204732v7

2

| Claim Description | Summary of Claim | Claim Amount |
|---|---|---|
| Payment Clearing Account Deficiency | Due to SVI's miscoding of certain non-cash transactions prior the Initial Closing, SVI transferred $2,423,759 to Parent's operating account prior to the Initial Closing, which would have otherwise been transferred to the appropriate investor custodial accounts. | $2,423,759 |
| Expenses Denied by Wells Fargo | Prior to the Initial Closing, SVI incurred $749,406 in expenses in connection with the foreclosure of certain loans that Wells Fargo, the master servicer for the loans, did not agree SVI could pass onto the investors pursuant to the applicable servicing agreements. Accordingly, Wells Fargo required SVI to remit to the investor from the investors' custodial accounts an amount equal to the liquidation proceeds *without* reduction for these expenses. Since SVI had already deducted these expenses from the proceeds it had remitted to the custodial accounts, SVI's remittance of the proceeds *with* reduction for the denied expenses caused the custodial accounts to have an expected cash shortage of $749,406 at the time of the Initial Closing.[2] | $749,406 |
| Funding of HELOC Custodial Accounts | Prior to the Initial Closing, SVI withdrew from custodial accounts amounts in excess of the amounts necessary to reimburse itself for Advances made by SVI on behalf of certain investors to fund draws on home equity lines of credit. Even though the Purchaser did not acquire the home equity line of credit servicing rights, SVI replenished the shortfalls to the custodial accounts created by these excess withdrawals in the aggregate amount of $597,677 with funds from the Purchaser's separate accounts. | $597,677 |
| Signature Bank | As a result of the improper inclusion of the unpaid principal balance under the Signature Bank Agreement, the Purchase Price was inflated by $757,426. | $757,426 |
| | **Total** | **$17,238,989** |

---

[2] This amount may change to the extent Wells Fargo reconsiders any of the expenses it previously denied.