**EXHIBIT E**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-11047 (CSS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |

**ORDER GRANTING AMENDED MOTION OF AMERICAN HOME MORTGAGE SERVICING, INC., FORMERLY KNOWN AS AH MORTGAGE ACQUISITION CO., INC., FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM FOR BREACHES BY CERTAIN DEBTORS OF THE ASSET PURCHASE AGREEMENT FOR THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS**

This matter coming before the Court on the Amended Motion of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. (the "Purchaser"), for an order granting the allowance and payment of an administrative expense claim for breaches by certain Debtors of the Asset Purchase Agreement for the sale of the Debtors' Mortgage Servicing Business (the "Amended Motion")[2]; the Court having reviewed the Amended Motion, the Declaration of Joel Gendron attached to the Amended Motion as Exhibit

1 The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2 Capitalized terms not otherwise defined herein shall have the meanings given to them in the Amended Motion.

A (the "Gendron Declaration"), the Declaration of David M. Friedman attached to the Amended Motion as Exhibit B (the "Friedman Declaration"), the Declaration of Jonathan D. Vanderveen attached to the Amended Motion as Exhibit C (the "Vanderveen Declaration") and all other pleadings filed in respect of the Amended Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iii) notice of the Amended Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Amended Motion, the Gendron Declaration, the Friedman Declaration and the Vanderveen Declaration establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Amended Motion is GRANTED.

2. The Purchaser is granted an allowed claim entitled to administrative priority against the Sellers' estates in the amount of $17,238,989 (the "Allowed Administrative Claim").

3. The Sellers are directed to pay the Purchaser the full amount of the Allowed Administrative Claim.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ________________, 2008

______________________________
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE