IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

----------------------------------------------------------------
: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. Docket No. 4650
:
:

x

## CERTIFICATION OF COUNSEL REGARDING THIRD INTERIM FEE REQUEST OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES:  DOCKET NO. 4650

On June 16, 2008, Young Conaway Stargatt & Taylor, LLP ("YCST"), counsel to

the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its

*Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP  for Compensation and*

*Reimbursement of Expenses for the Period February 1, 2008 through April 30, 2008* (the

"Request") [*see* Docket No. 4650].  By the Request, YCST sought interim approval of

$2,668,818.50 in fees (the "Fees") and $366,848.93 in expenses (the "Expenses") to be paid in

accordance with this Court's *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the

"Compensation Procedures Order") [*see* Docket No. 547].  Objections to the relief requested in

the Application were due to be filed by July 7, 2008 (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

066585.1001

A hearing to consider the Request was held on August 18, 2008. At that time, the Court requested additional information regarding certain fee entries by professionals of YCST. Attached hereto as Exhibit A are the revised entries for the period February 1, 2008 through April 30, 2008.

It is hereby respectfully requested that the proposed form or order attached hereto as Exhibit B approving the Request of YCST be entered at the earliest convenience of the Court.

Dated:    Wilmington, Delaware
          August 19, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              _____
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Margaret B. Whiteman (No. 4652)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession

**Exhibit A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600
(800) 253-2234 (DE ONLY)

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**   American Home Mortgage Investment Corp.

04/04/2008

Alan B. Horn
538 Broadhollow Road
Melville, NY 11747

File No. 066585.1001

For Professional Services Rendered For:

Bill No. 40313988

**American Home Mortgage Investment Corp.**
**Billing Period Through February 29, 2008**

| | | |
|---|---|---|
| Total Fees | $ | 790,957.50 |
| Total Expenses | | 129,737.02 |
| Total | $ | 920,694.52 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through February 29, 2008

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/05/08 | Work related to Limited Reply and Supplement to Motion to Authorize the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses, including: working with and correspondence to and from M. Whiteman re: revisions to document (.4), Laskin re: filing and service on state agencies and other interested lender parties (.4), research re: service issues and lender and state agency interests in document retention/destruction (.3), review and revise reply/supplement and order (1.1) and teleconference with Cavaco and Fernandes re: document destruction, retention and return issues in connection with filing (.6) | SBEAC | B006 | 2.80 |
| 02/14/08 | Revising asset purchase agreement for Indymac transaction (1.6); Drafting side letter agreement, escrow agreement, and miscellaneous closing documents for AHM-Indymac asset sale (4.7); and Conference with C. Grear re: drafting of closing documents for AHM-Indymac asset sale (.7) | JGALL | B006 | 7.00 |
| 02/15/08 | Proofreading and revising closing documents for AHM-Indymac asset sale (2.8); and Correspondence to Milestone, C. Grear, S. Beach, and K. Coyle re: review of AHM-Indymac closing documents (.4) | JGALL | B006 | 3.20 |

DB02:6710919.2                                                                                       066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through February 29, 2008

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/15/08 | Work related to motion to enforce Indymac transaction closing, including: meetings with Coyle and Poppiti re: preparation, revisions and additional research (2.2), multiple correspondence to and from Taylor, Irfani, Nelligan, Gallagher, Coyle and Poppiti (.6), review and work with Gallagher re: closing documents (.3), teleconferences with Nelligan, Taylor and Irfani (.6), work with Poppiti re: research findings related to compelling closing and lease assumption issues (.3), work with Laskin re: filing and service, including landlords (.2), review research and caselaw supporting motion to enforce transaction documents (1.1), review letter agreement and related transaction documents (.8), and review and revise motion, order and exhibits for filing (1.3) | SBEAC | B006 | 7.40 |
| 02/21/08 | Work related to Indymac requested modification to assumption/assignment and FFE sale transaction in response to Debtors motion to enforce and close transaction, including: review and extensive revisions to motion to modify, order, motion to shorten, APA, Escrow and related documents (3.1), multiple teleconferences with Mindle (.3), Nelligan (.2), Taylor (.3), Grear, Taylor and Nelligan (.2), numerous correspondence to and from Mindle, Holden, Gallagher, Coyle, Nelligan and Grear (.7) and work with Coyle and Gallagher re: same (.4) | SBEAC | B006 | 5.20 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/20/08 | Reviewing MLPSA and warehouse agreements governing EPD/Breach claims, analyzing claims for preconditions for obligations to repurchase loans, and summarizing repurchase obligation preconditions in a spreadsheet | EKOST | B007 | 5.00 |

3

066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through February 29, 2008

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/26/08 | Attention to updating litigation log with newly received matters from John Kalas (in-house counsel) (.6 hrs), including reviewing relevant pleadings for need to file amended Schedules/SOFAS and/or Suggestions of Bankruptcy with the respective courts (1.8 hrs) | DBOWM | B011 | 2.40 |
| 02/28/08 | Attention to compiling and updating litigation log with D. Laskin with newly received matters from John Kalas (in-house counsel) (.4 hrs); including reviewing relevant pleadings for need to file amended Schedules/SOFAS and/or Suggestions of Bankruptcy with the respective courts (1.2 hrs) | DBOWM | B011 | 1.60 |
| 02/29/08 | Attention to compiling, updating and reviewing updating litigation log with D. Laskin with newly received matters from John Kalas (in-house counsel) (.7 hrs); including reviewing relevant pleadings for need to file amended Schedules/SOFAS and/or Suggestions of Bankruptcy with the respective courts (1.7 hrs) | DBOWM | B011 | 2.40 |

4

066585.1001

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
(800) 253-2234 (DE ONLY)

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**    American Home Mortgage Investment Corp.                    04/24/2008

Alan B. Horn
538 Broadhollow Road
Melville, NY 11747

File No. 066585.1001

For Professional Services Rendered For:                    Bill No.  40314674

**American Home Mortgage Investment Corp.**
**Billing Period Through March 31, 2008**

| | | |
|---|---|---|
| Total Fees.................................................................................................. | $ | 884,012.50 |
| Total Expenses ........................................................................................... | | 59,626.95 |
| Total............................................................... | $ | 943,639.45 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through March 31, 2008

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/27/08 | Hearing preparation, including: working with Lunn re: matters scheduled for hearing (.3); prepare for status conference re: document destruction motion/issues, including review documents and correspondence to and from Whiteman (.8); review stay relief motion re: D&O insurance proceeds and finalize revised order for consensual resolution of same for submission at hearing (.6); work with Lunn re: Zea motion ans strategy (.2); review unencumbered loan sale documents to report status to Court (.2); review Calyon funds motion and related documents (.3), teleconferences with Calyon to coordinate litigation scheduling and settlement discussions with Calyon, BofA and Committee (.3), review BofA motion to intervene (.1); and prep to handle remaining agenda items (.3) | SBEAC | B002 | 3.10 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/06/08 | Work related to REO issues in connection with Non-Performing Loan Sales of BofA and JPM pools, including:  Work with Grear re: restructuring APA, drafting escrow agreement and revising sale order (.6); teleconference with Brown, Love and Johnson re: data on REO and handling of REO prepetition and during chapter 11 cases (.5); multiple correspondence from and to Pasternak, Brown, Talmadge and Vuolo re: REO data and review same (.5); work with Patton (.2); and research and review JPM credit agreement documents and BofA cash collateral documents re: REO issues (.9) | SBEAC | B006 | 2.70 |

DB02:6767945.2                                                     066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through March 31, 2008

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/09/08 | Work related to Non-Performing loan sales for BofA, JPM and unencumbered pools, including: Multiple correspondence to and from Grear, Grubman, Power, Conway and Taylor (x13) re: sale, bids and revisions to sale documents (.8), further review and revise loan sale agreements and sale orders (2.1) and prepare for final sealed bid deadline and hearing (.8) | SBEAC | B006 | 3.70 |
| 03/25/08 | Work related to Unencumbered Non-Performing Loan Sale issues, including:  multiple teleconferences and correspondence to and from DB and Client re: DB collateral documention issues (.6), teleconference with Johnson, Grear, Fernandes, et al re: whether to proceed with loan sale and strategy for approaching bidders (.5); multiple correspondence to and from T. Jones, M. Riela, Grear, Johnson, Kostoulas, Ercegovic, Conway, Grubman, Indelicato, Lehman, Ocwen, Archbay, JPM, and Beltway re: bids and sale status and additional time to improve bids (x31) (1.4); followup teleconference with Committee (.6); followup teleconference with Fernandes (.3) and draft memorandum re: bid, consultation, sale and closing issues (.7) | SBEAC | B006 | 4.10 |

3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through March 31, 2008

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/31/08 | Meeting with Stennett, Schroeder, Grubman and Pino to conduct closing on Final Closing on servicing sale (7.2); telephone conferences with A. Alfonso re Bank of America subservicing and various consent issues and other impediments to closing (0.6); work with S. Beach and Fernandes on Calyon and B of A subservicing issues with respect to WLR servicing of same post-Final Closing (0.7); telephone conference with Indelicato, Taylor and Fernandes re: closing issues relating to consents, licensure and Calyon (0.9); telephone conference with all parties, Wilbur Ross, Josh Seegapol and financial advisors re: loan servicing sale issues (1.0); telephone conference with regulatory counsel (John Socknat) and Fernandes re: licensure issues (0.6); telephone conference with Bank of America and committee re: subservicing issues and related final closing issues (1.2) | CGREA | B006 | 12.30 |
| 03/31/08 | Work related to final closing of servicing sale with Ross, including:  work with Grear re: Calyon and BofA issues in connection with final close and servicing of portfolios (.7), multiple teleconferences with Brady, Taylor, Fernandes and Lymbery re: closing issues related to licensing, BofA and Calyon (1.1), research re: licensing issues (.9); conferences with Calyon and BofA re: servicing side letters and subservicing agreement (.8), work with Lunn re: closing issues (.3); and review and draft documents in connection with closing of servicing sale, including inserts and modifications to subservicing agreement and Calyon and AH Acquisition side letters (1.4) | SBEAC | B006 | 5.20 |

066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through March 31, 2008

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/31/08 | Work related to Calyon and BofA settlement negotiations, including:  Work with Lunn and Brady (.5), work with Brady re: Calyon funds return motion (.2); teleconference with Calyon, Lunn and Brady re: funds settlement issues (.5), teleconference with BofA re: funds issues related to Calyon motion and BofA intervention (.3), draft settlement proposal in connection with settling Calyon funds motion, including review of allegations in motion, Calyon Credit Agreement, multiple correspondence from Coyle and Lymbery in connection with same (1.6) | SBEAC | B011 | 3.10 |

DB02:6767945.2                                                          066585.1001

# Young Conaway Stargatt & Taylor, LLP

|  |  |  |
|---|---|---|
| (302) 571-6600 | The Brandywine Building | (302) 571-1253 fax |
| (800) 253-2234 (DE Only) | 1000 West Street, 17th Floor | www.ycst.com |
|  | Wilmington, Delaware 19801 |  |

P.O. Box 391
Wilmington, Delaware 19899-0391

Tax I.D. No. 51-0082644

**TO:**   American Home Mortgage Investment Corp.                                    05/29/2008

Alan B. Horn
538 Broadhollow Road
Melville, NY 11747

File No. 066585.1001

For Professional Services Rendered For:                                                   Bill No.  40315475

**American Home Mortgage Investment Corp.**
**Billing Period Through April 30, 2008**

| | | |
|---|---|---|
| Total Fees | $ | 993,848.50 |
| Total Expenses | | 177,484.96 |
| Total | $ | 1,171,333.46 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **066585.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through April 30, 2008

### TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 04/08/08 | Work related to Calyon motion to compel payment of funds and related settlement and servicing sale closing issues, including: Telephone from Harbour (.5), teleconferences with Power (.4), teleconference with Grear, Taylor and Fernandes (.6), work with Brady re: resolution of timing issues on Calyon stipulation and correspondence re: same (.7), work with Grear re: resolution of Calyon issues (.8), and review and revise Calyon/Debtors/Ross servicing sale sideletters and Caylon settlement documents (1.1) | SBEAC | B006 | 4.10 |
| 04/09/08 | Work related to Calyon motion to compel payment of funds and related settlement and servicing sale closing issues, including: Teleconferences with Calyon and Brady (x2) (1.5), followup teleconference with Grear, Becker and Harbour (.5); followup teleconference with Harbour and Ackerly (x2)(.6); work with Grear and Brady re: Calyon side letters and related issues (.9), teleconferences with Power re: Calyon settlement and servicing sale closing documents related to Calyon (.5), review and revise Calyon settlement agreement, review BofA side agreement with Calyon, review subservicing agreement, review and revise Calyon side letters with Ross and the Debtors (1.8), telephone from and to Court re: Calyon settlement and telephonic hearing (.5) | SBEAC | B006 | 6.30 |

066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through April 30, 2008

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 04/10/08 | Work related to final servicing sale closing issues, including:  review Ross motion to compel closing (.6), draft outline of response to motion to compel closing (.8), work with Lunn re: draft response to motion to compel (.6), teleconference with Liscio, Grubman and Grear re: BofA subservicing agreement (.3); review subservicing agreement (.9); work with Grear re: advances and related closing issues (.5) and meeting with Brady, Grear and Lunn re: response to motion to compel (1.0) | SBEAC | B006 | 4.70 |
| 04/11/08 | Work related to final servicing sale closing issues, including:  multiple review and revisions of closing documents, including side letters, consents and other closing documents (2.1), teleconference with Becker, Harbour, Conroy and Grear re: revisions to sideletters (1.0), teleconference with Harbour and Grear (x2) re: Calyon consent (.3), multiple teleconferences with Taylor (.2), BofA (.2), Committee (.1) and Harbour (.3) re: resolutions to closing issues, work with Grear (.4) and work with Grear and Lunn (.6) re: closing issues; and multiple correspondence re: same | SBEAC | B006 | 5.20 |

DB02:6847679.2

066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
Billing Period Through April 30, 2008

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/11/08 | Work related to Wells Fargo Stay relief motion and evidentiary hearing, including: working with Bhatnagar re: hearing preparation and strategy (.3), teleconferences (x3) with Sakamoto re: witness preparation (1.8); telephone from and to F. Topp re: hearing conference and stipulation to certain evidence (.3); review and revise direct, proffer and argument (1.3); review constructive trust caselaw and lowest intermediate balance test issues (.7) | SBEAC | B009 | 4.40 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/10/08 | Work related to finalizing Calyon funds motion settlement stipulation and related final servicing sale closing documents with Calyon, including: Teleconference with Harbour and Ackerly (.3), follow-up calls with Harbour re: stipulation, motion and side letters (.7), review and revise side letters and other settlement and closing documents(1.5), review and revise Calyon 9019 motion (.7) and work with Coyle re: same (.2) and multiple correspondence to and from Harbour, Friedman, Conroy, Grear, Liscio, Brady, Morgan, Patton, Taylor, Power, Indelicato, and Coyle (x30) re: final documents, including motions, servicing agreements, side letters and settlement agreements (1.3) | SBEAC | B011 | 4.70 |

066585.1001

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., 1  :
                                                    :    Jointly Administered
        Debtors.                                    :
                                                    :    Ref. Nos. 4650
----------------------------------------------------------------- x
```

## SECOND ORDER APPROVING INTERIM FEE REQUESTS
## REGARDING PROFESSIONALS

Upon consideration of the interim fee requests ("Fee Requests") of the professionals in

the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached

hereto as Exhibit A, for allowance of compensation and reimbursement of expenses (collectively, the

"Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 330,

331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule 2016

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied; and it

further appearing that the fees and expenses incurred were reasonable and necessary; and that notices

of the Fee Requests were appropriate; and after due deliberation and sufficient good cause appearing

therefor; it is hereby

ORDERED, that the Fee Requests are hereby APPROVED in the amounts set forth in

Exhibit A; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American
Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp.,
("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability
company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a
New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747,
except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are allowed, on an interim basis, the reimbursement of reasonable and necessary expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: _____, 2008
        Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

**Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/08-2/29/08 4/4/08, 3532 | 790,957.50 | 129,737.02 |
| 3/1/08-3/31/08 4/25/08, 3863 | 884,012.50 | 59,626.95 |
| 4/1/08-4/30/08 5/30/08, 4320 | 993,848.50 | 177,484.96 |
| Totals | 2,668,818.50 | 366,848.93 |

066585.1001