# EXHIBIT A
**In re: American Home Mortgage, et al.**
**C.A. No. 07-11047**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 197292937 | Hasibullah Aqai | January 12, 2007 | $462,800.00[1] | $503,952.17 | $499,999.00 | 1049 West Monroe Chicago, IL 60607 |
| 1927312171 | Arturo Guadalajara | November 30, 2006 | $65,435.00 | $69,550.82 | $85,000.00 | 1408 N. Hickory Street Champaign, IL 61820 |
| 1927292154 | Derrick Prempeh | November 10, 2006 | $157,500.00 | $176,881.65 | $155,000.00 | 3413 W. 83rd Street Chicago, IL 60652 |
| 0022828461 | Timothy Shoemaker | February 3, 2006 | $164,700.00 | $179,312.03 | $150,000.00 | 3225 Drake Drive Orlando, FL 32810 |

---

[1] It appears that the Debtor is in First Mortgage Position.