IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 5191 |

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 5191

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Tenth Monthly Statement of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2008 through May 31, 2008 (the "Application") has been received. The Court's docket which was last updated August 20, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 11, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($32,245.60) of requested fees and 100% of requested expenses ($7,460.42) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       August 20, 2008

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      /s/ Ryan M. Bartley
                      James L. Patton, Jr. (No. 2202)
                      Joel A. Waite (No. 2925)
                      Pauline K. Morgan (No. 3650)
                      Sean M. Beach (No. 4070)
                      Kenneth Enos (No. 4544)
                      Margaret B. Whiteman (No. 4652)
                      Ryan M. Bartley (No. 4950)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Debtors and
                      Debtors in Possession