IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. No. 5193
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO STATEMENT RE: DOCKET NO. 5193

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Eleventh Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2008 through June 30, 2008 (the "Statement"). The Court's docket which was last updated August 20, 2008, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than August 12, 2008 at 4:00 p.m.

DB02:6333618.9                                                                                    066585.1001

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($590,759.50) and 100% of requested interim expenses ($38,374.16) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       August 20, 2008

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Sean M. Beach
                        James L. Patton, Jr. (No. 2202)
                        Joel A. Waite (No. 2925)
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Matthew B. Lunn (No. 4119)
                        Kenneth Enos (No. 4544)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession