IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
In re:                                                               :    Chapter 11
                                                                     :
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                                  :
                                                                     :    Jointly Administered
                                                                     :
       Debtors.                                                      :
-------------------------------------------------------------------- x

Objection Deadline: September 11, 2008 at
4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
       Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
       Milestone Advisors, LLC.

       The **Fourth Monthly Application of PricewaterhouseCoopers LLP as Tax
Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and
Reimbursement of Expenses Incurred for the Interim Period June 1, 2008 through July 31,
2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks
allowance of interim fees in the amount of $21,969.00 and interim expenses in the amount of
$0.00.

       Objections to the Application, if any, are required to be filed on or before
**September 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United
States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

       At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon) and, PricewaterhouseCoopers LLP, 300 Madison Avenue, New York, NY 10017 (Attn: Thomas Geppel)

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      August 22, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s / Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

### FOURTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JUNE 1, 2008 THROUGH JULY 31, 2008

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2008 through July 31, 2008[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $21,969.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:      X  monthly    __ interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

The total time expended for fee application preparation is approximately 22.10 hours and the corresponding compensation requested is approximately $5,481.50.[3]

## SUMMARY OF FEE APPLICATIONS

| App. No. | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 [4624] | 02/14/2008-03/31/2008 | $66,589.50 | $0.00 | 07/09/08 [5025] | Pending | Pending | Pending |
| 2 | 06/10/2008 [4625] | 04/01/2008-04/30/2008 | $29,661.50 | $0.00 | 07/09/08 [5026] | Pending | Pending | Pending |
| 3 | 07/02/2008 [4973] | 05/01/2008-05/31/2008 | $13,985.00 | $0.00 | 07/31/08 [5284] | Pending | Pending | Pending |
| 4 | 08/21/2008 [TBD] | 06/01/2008-07/31/2008 | $21,969.00 | $0.00 | | Pending | Pending | Pending |
| | Total | | $132,205.00 | $0.00 | | | | |

This is the fourth fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 40.30 | $16,487.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *40.30* | *$16,487.50* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 22.10 | $5,481.50 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *22.10* | *$5,481.50* |
| **Grand Total Hours for June & July 2008** | **62.40** | **$21,969.00** |

---

[3] This fee application was completed in August 2008 and the corresponding hours and fees will be billed to the Debtors within that monthly fee invoice.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

                    Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: September 10, 2008
Hearing Date: TBD

---

### SUPPLEMENT TO THE FOURTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JUNE 1, 2008 THROUGH JULY 31, 2008

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Fourth

Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services

Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in

Possession for the period June 1, 2008 through July 31, 2008 (the "Application"), pursuant to

sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et

seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the

Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code (the

"Administrative Order"), and the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees

pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim

allowance and payment of compensation for tax advising services performed and expenses incurred

during the period commencing June 1, 2008 through July 31, 2008 (the "Compensation Period"). In

support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1.      On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court

a voluntary petition for relief under the Bankruptcy Code.  Each Debtor is continuing to operate

its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.      The Debtors' cases have been consolidated for procedural purposes only and are

being jointly administered pursuant to an order of this Court.

3.      On August 14, 2007, the United States Trustee for the District of Delaware

appointed an Official Committee of Unsecured Creditors (the "Committee").  No trustee or

examiner has been appointed.

4.      On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order*

*Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment*

*and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc*

2

*to April 1, 2008* (the "Employment Application").  PricewaterhouseCoopers was requested by the Debtors based upon the wealth of experience in providing accounting, tax and advisory services in various restructurings and reorganizations and historically provided tax advisory services to the Debtors.

5.       On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of the Bankruptcy Code Authorizing Debtors' Employment and Retention of PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008* (the "Retention Order")

## RELIEF REQUESTED

6.       On September 3, 2007, this Court entered the Administrative Order.  Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests.  If an objection to a professional's request is not filed and served within twenty (20) days, the professional may file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay such professional an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

7.       Furthermore, the Administrative Order provides that professionals are to file and service upon notice parties an interim request (an "Interim Fee Application") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Interim Fee Application.

8.       PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in

these cases during the Compensation Period. The Statement contains detailed time logs

describing the actual and necessary services provided by PricewaterhouseCoopers during the

covered period, as well as other detailed information required to be included in fee applications.

The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- - Exhibit A-1, provides a summary of the fees and expenses by project category;

- - Exhibit A-2, provides the name and position of each professional, cumulative hours
    worked during the Compensation Period, hourly billing rates for the hourly
    compensation, and the corresponding fees requested;

- - Exhibit A-3, provides the daily activity descriptions for the hourly compensation,
    including the activity description, time and billing rates associated with each activity.

9.      Pursuant to the terms of the Administrative Order, if no objection is filed to a

Monthly Application within twenty (20) days of the date of the filing of that application, then the

Debtors may pay eighty percent (80%) of the fees and one hundred percent (100%) of the

expenses set forth in the applicable Monthly Application.

## DESCRIPTION OF SERVICES RENDERED

10.      PricewaterhouseCoopers professionals categorized their time devoted to this

matter on behalf of the Debtors' estates to various project categories.  These professional

services are described below:

| Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 40.30 | $16,487.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *40.30* | *$16,487.50* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 22.10 | $5,481.50 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *22.10* | *$5,481.50* |
| **Grand Total Hours for June & July 2008** | **62.40** | **$21,969.00** |

### Tax Advisory Services

**Tax Consulting Services - 40.30 hours - $16,487.50**

11.    During the Compensation Period, PricewaterhouseCoopers professionals performed the following:

- Reviewed the mortgage recording tax credit claims prepared by AHM;

- Finalized letter to auditor on the Broker/Dealer activities and Great Oak;

- Submitted Forms CT-8 and CT-43;

- Finalized Conciliation request; and

- Preparation of employment tax refund claims.

### Bankruptcy Requirements and Obligations

**Monthly, Interim and Final Fee Applications - 22.10 hours - $5,481.50**

12.    PricewaterhouseCoopers bankruptcy professionals finalized the first and second fee application submissions, assisted the client-service team professionals with the assembly of the third and fourth fee application submissions pursuant to the Administrative Order, prepared the necessary certificate of no objections for the fee statements and communicated with the Debtors regarding the interim cash collections. Effective July 1, 2008, these bankruptcy professionals' standard rate per hour increased for all U.S. bankruptcy matters, as follows: Partner, $780; Director/Senior Manager, $565; Manager, $400; Senior Associate, $290; Associate, $225 and Paraprofessional, $150.

### ALLOWANCE FOR COMPENSATION

13.    At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $21,969.00 in fees for professional services rendered by

PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, for a total of $17,575.20.

14.    PricewaterhouseCoopers charged and now requests those fees that are reasonable and customary and charged by most tax advisors in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

15.    This Application covers the period from June 1, 2008 through and including July 31, 2008. Although every effort was made to include all fees and expenses form the covered period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PricewaterhouseCoopers reserves the right to make further applications for allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

16.    No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the

6

Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

17.    To The best of their knowledge, PricewaterhouseCoopers believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the sum of $21,969.00 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $4,393.80, total fee award in the amount of $17,575.20; (b) reimbursement of actual and necessary expenses incurred in the sum of $0.00; and (c) such other and further relief as is just and proper.

Dated: August 21, 2008
New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

7

## VERIFICATION OF FEE APPLICATION

STATE OF _New York_ )
                     ) ss:
COUNTY OF _New York_ )

       Thomas Geppel hereby respectfully certifies and verifies as follows:

      1.     I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

      2.     I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 21 day of August 2008.

Notary Public

JUANA CRUZ
Notary Public, State of New York
No. 01CR5080926
Qualified in Nassau County
Commission Expires June 23, 20 11

My Commission Expires: _____

**American Home Mortgage Holdings, et al (Case 07-11047)**                    **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period June 1, 2008 through July 31, 2008**

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 40.30 | $16,487.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *40.30* | *$16,487.50* |
| | | |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 22.10 | $5,481.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *22.10* | *$5,481.50* |
| | | |
| **Grand Total Hours for June & July 2008** | **62.40** | **$21,969.00** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)          **Exhibit A-2**
PricewaterhouseCoopers LLP - Tax Advisor
Summary of Professionals
For the Period June 1, 2008 through July 31, 2008

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| *Partner* | | | |
| Jack Rothstein | $700 | 2.00 | $1,400.00 |
| Mitchel Aeder | $700 | 0.40 | $280.00 |
| Richard Daniele | $700 | 1.50 | $1,050.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 2.00 | $1,170.00 |
| *Director* | | | |
| David Ratnarajah | $485 | 0.50 | $242.50 |
| Gregory Fetter | $485 | 6.50 | $3,152.50 |
| Iris M Kitamura | $485 | 5.40 | $2,619.00 |
| *Manager* | | | |
| Caleb Gauen | $380 | 6.00 | $2,280.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 0.60 | $240.00 |
| Andrea Clark Smith | $360 | 4.80 | $1,728.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 14.70 | $4,189.50 |
| *Associate (Bankruptcy)* | | | |
| Subashi M Stendahl | $225 | 4.50 | $1,012.50 |
| Subashi M Stendahl | $205 | 12.20 | $2,501.00 |
| *Executive Assistant* | | | |
| Deborah K Cusa | $80 | 0.60 | $48.00 |
| Tanyin Soeu | $80 | 0.70 | $56.00 |
| **Grand Total Hours and Fees for June & July 2008** | | **62.40** | **$21,969.00** |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period June 1, 2008 through July 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 6/3/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Greg Fetter and Subashi Stendahl (PwC) regarding modifications to February/March/April invoices. | $360.00 | 0.40 | $144.00 |
| 6/3/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the revised March and April fee statements. Distribute to Greg Fetter (PwC) for review/approval. | $360.00 | 0.40 | $144.00 |
| 6/3/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Changes to the April monthly and posting of all subsequent documents to the WCo for ACS (PwC) review. | $205.00 | 0.70 | $143.50 |
| 6/3/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Changes to the Feb/Mar 2008 consolidator and narrative. | $205.00 | 0.40 | $82.00 |
| 6/3/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Meeting with Andrea C.S. (PwC) regarding changes for the first and second monthly. | $205.00 | 0.20 | $41.00 |
| 6/5/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Left voicemail Greg Fetter (PwC) regarding monthly fee applications. | $360.00 | 0.10 | $36.00 |
| 6/9/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the revised monthly fee applications narrative, exhibits. | $360.00 | 0.30 | $108.00 |
| 6/9/2008 | Gregory Fetter | Director | Analysis of May hours and review of May fee application. | $485.00 | 1.00 | $485.00 |
| 6/9/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Address revisions made by Greg F (PwC) and create exhibits for Feb/March & April monthlies. | $205.00 | 1.00 | $205.00 |
| 6/9/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Discussion with Andrea Clark Smith (PwC) to talk about AHM Feb-April wrap up items. | $205.00 | 0.20 | $41.00 |
| 6/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Prepare and distribute the final monthly fee applications to YCST for Court submission. Draft GFS invoices for client payment. | $360.00 | 1.50 | $540.00 |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
**For the Period June 1, 2008 through July 31, 2008**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 6/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Subashi Stendahl (PwC) regarding final fee applications. | $360.00 | 0.30 | $108.00 |
| 6/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the final draft of the February/March and April 2008 narrative and exhibits. Email communications with Greg Fetter (PwC) regarding same. | $360.00 | 0.30 | $108.00 |
| 6/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Greg Fetter (PwC) regarding final fee applications. | $360.00 | 0.20 | $72.00 |
| 6/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Juan Rosa (PwC) regarding billing requests. | $360.00 | 0.20 | $72.00 |
| 6/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Greg Fetter (PwC) regarding billing requests. | $360.00 | 0.10 | $36.00 |
| 6/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Distribute the final monthly fee exhibits to Tom Geppel (Delphi) for final approval (March & April 2008). | $360.00 | 0.10 | $36.00 |
| 6/10/2008 | Christos Vorillas | Senior Associate | Bio and Conciliation Correspondence concerning the POA with the State. | $285.00 | 1.00 | $285.00 |
| 6/10/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Provided Andrea Clark Smith (PwC) with schedules in prep for the mass transfer. | $205.00 | 0.60 | $123.00 |
| 6/10/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Update from Andrea Clark Smith (PwC) on final prep for submitting AHM Feb-April monthlies. | $205.00 | 0.30 | $61.50 |
| 6/11/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Update the May consolidator with new background information. | $205.00 | 0.20 | $41.00 |
| 6/12/2008 | Christos Vorillas | Senior Associate | Letter to NJ auditor and ITC review. | $285.00 | 1.00 | $285.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc, et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period June 1, 2008 through July 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 6/12/2008 | Tanyin Soeu | Executive Assistant | Prepared envelope/address labels and UPS label for overnight shipment of a letter with attachments to Paul Okafor-NJ Div. Taxation. Scanned documents for John Verde and Christos Vorillas. | $80.00 | 0.40 | $32.00 |
| 6/16/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Update the American Home April application. | $360.00 | 0.30 | $108.00 |
| 6/17/2008 | Christos Vorillas | Senior Associate | Reviewed returns for possible ITC credit. | $285.00 | 0.50 | $142.50 |
| 6/20/2008 | Christos Vorillas | Senior Associate | Discussions with client of documents required for conciliation and ITC credit. | $285.00 | 0.50 | $142.50 |
| 6/24/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Analysis of May hours, request time descriptions. | $205.00 | 2.00 | $410.00 |
| 6/24/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Continued analysis of May hours. | $205.00 | 2.00 | $410.00 |
| 6/24/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Review of Gregg's WIP and initial input into May consolidator. | $205.00 | 1.00 | $205.00 |
| 6/25/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the initial draft consolidator for May 2008 fee statement. | $360.00 | 0.30 | $108.00 |
| 6/25/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Review of Andrea Clark Smith's (PwC) changes to the May consolidator. | $205.00 | 0.30 | $61.50 |
| 6/26/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Draft May narrative and exhibits. | $205.00 | 1.70 | $348.50 |
| 6/27/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the May 2008 fee statement and accompanying exhibits. | $360.00 | 0.30 | $108.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period June 1, 2008 through July 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 6/27/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Work on revising AHM May narrative, send draft to Greg F (PwC) for initial review. | $205.00 | 1.50 | $307.50 |
| 6/30/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Follow up with Greg F (PwC) regarding review and sign off of third fee application. | $205.00 | 0.10 | $20.50 |
| 7/1/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the May 2008 fee statement and accompanying exhibits. | $400.00 | 0.30 | $120.00 |
| 7/1/2008 | Christos Vorillas | Senior Associate | Discussions with NJ office and contacting the NJ auditor to send case back to Audit. | $285.00 | 0.50 | $142.50 |
| 7/1/2008 | Gregory Fetter | Director | Discussion with Susan and getting call together with Mitch Ader and Rich Daniel (PwC). | $485.00 | 1.50 | $727.50 |
| 7/1/2008 | Gregory Fetter | Director | Analysis of accounts receivables report and certificates of no objections received from the court. | $485.00 | 1.00 | $485.00 |
| 7/1/2008 | Iris M Kitamura | Director | F/u regarding American Home Mortgage NJ audit; discuss with Chris; f/u with DOT; send information for Conference and Appeals. | $485.00 | 1.00 | $485.00 |
| 7/1/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Discussion with Greg F (PwC) regarding the third monthly fee app changes; make changes to fee app and distribute for final sign off. | $225.00 | 1.20 | $270.00 |
| 7/2/2008 | Christos Vorillas | Senior Associate | Discussions with NJ and creating Conference and Appeal Letter. | $285.00 | 2.50 | $712.50 |
| 7/2/2008 | Iris M Kitamura | Director | Follup-up regarding NJ audit; call to DOT; call to Chris Vorillas; discuss with Jack Rothstein. | $485.00 | 1.20 | $582.00 |
| 7/2/2008 | Jack Rothstein | Partner | Analysis of American Home Mortgage - NJ S&U assessment. | $700.00 | 0.50 | $350.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period June 1, 2008 through July 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 7/2/2008 | John A Verde | Senior Managing Director | NY audit - preparation for BCMS and meeting with auditor to review additional IDR's. | $585.00 | 2.00 | $1,170.00 |
| 7/2/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Received sign off pages from Tom G (PwC), scanned final doc to self, assembled final deliverable and sent to Andrea Clark Smith (PwC). | $225.00 | 0.50 | $112.50 |
| 7/3/2008 | Iris M Kitamura | Director | Follow-up discussion with Chris Vorillas regarding NJ audit. | $485.00 | 0.20 | $97.00 |
| 7/8/2008 | Iris M Kitamura | Director | Call to DOT; follow-up with Chris Vorillas (PwC). | $485.00 | 0.50 | $242.50 |
| 7/9/2008 | Mitchel Aeder | Partner | Teleconference with Susan Seolymezian and R Daniele (PwC) regarding tax on sale of bank. | $700.00 | 0.40 | $280.00 |
| 7/9/2008 | Richard Daniele | Partner | Listen in on bankruptcy sale conference call. | $700.00 | 0.50 | $350.00 |
| 7/15/2008 | Deborah K Cusa | Executive Assistant | Send email to tom on change of iep to Rich D. (PwC), once received approval, sent a caa request on the csp/iep change. | $80.00 | 0.60 | $48.00 |
| 7/17/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the initial June draft of the narrative and consolidator. Email communications to Greg Fetter (PwC) regarding observations re: June 2008 invoice. | $400.00 | 0.30 | $120.00 |
| 7/17/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Addition of June hours and initial anaysis. | $225.00 | 2.30 | $517.50 |
| 7/17/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Pull CNO's for the first and second monthlies. | $225.00 | 0.20 | $45.00 |
| 7/18/2008 | Gregory Fetter | Director | Review of refund work. | $485.00 | 3.00 | $1,455.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period June 1, 2008 through July 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 7/18/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Review of cash collection report. | $225.00 | 0.30 | $67.50 |
| 7/21/2008 | Christos Vorillas | Senior Associate | Prepared request for conference in NJ. | $285.00 | 3.00 | $855.00 |
| 7/21/2008 | Iris M Kitamura | Director | Follow-up with Rick Schrader regarding audit appeal. | $485.00 | 1.00 | $485.00 |
| 7/22/2008 | Caleb Gauen | Manager | Analysis of AHB Sales tax issues. | $380.00 | 2.50 | $950.00 |
| 7/22/2008 | Christos Vorillas | Senior Associate | Adressed transfer tax issues with Caleb, prepared NY file for review with John for Conciliation and drafted new POA for Iris and Steve in NJ office. | $285.00 | 3.20 | $912.00 |
| 7/22/2008 | David Ratnarajah | Director | Discussion with Caleb G. (PwC) regarding sales tax issues as a result of sale of assets. | $485.00 | 0.50 | $242.50 |
| 7/22/2008 | Iris M Kitamura | Director | Review engagement letter with with Chris & Michelle Bartolomei. | $485.00 | 1.00 | $485.00 |
| 7/22/2008 | Richard Daniele | Partner | Review transfer tax issues on sale of bank subsidary. | $700.00 | 0.50 | $350.00 |
| 7/23/2008 | Caleb Gauen | Manager | Review of AHB Sales tax issues. | $380.00 | 3.50 | $1,330.00 |
| 7/23/2008 | Christos Vorillas | Senior Associate | Review of transfer tax in illinoise and also discusions with Susan of Ohio tax proof of claim. | $285.00 | 0.50 | $142.50 |
| 7/23/2008 | Jack Rothstein | Partner | Review transfer tax issues on sale of bank subsidary. | $700.00 | 0.50 | $350.00 |
| 7/23/2008 | Richard Daniele | Partner | Review transfer tax issues on sale of bank subsidary. | $700.00 | 0.50 | $350.00 |
| 7/24/2008 | Christos Vorillas | Senior Associate | Drafted and sent NJ conference letter off to NJS. | $285.00 | 1.50 | $427.50 |
| 7/24/2008 | Tanyin Soeu | Executive Assistant | Prepared envelope, address labels and UPS label to send documentation to NJ Div of Taxation. | $80.00 | 0.30 | $24.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period June 1, 2008 through July 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 7/25/2008 | Iris M Kitamura | Director | Send POA; Conf. and Appeals letter to DOT. | $485.00 | 0.50 | $242.50 |
| 7/25/2008 | Jack Rothstein | Partner | Analysis of US Home/Lennar - NJ refunds. | $700.00 | 0.50 | $350.00 |
| 7/29/2008 | Christos Vorillas | Senior Associate | Review Ohio taxes and new information received from Susan on refund claim. Spoke with NYS auditor and am getting a 30 day extension. | $285.00 | 0.50 | $142.50 |
| 7/29/2008 | Jack Rothstein | Partner | Analysis of US Home - NJ refunds. | $700.00 | 0.50 | $350.00 |
| **Grand Total Hours and Compensation for June & July 2008** | | | | | **62.40** | **$21,969.00** |