IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                  : Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        : Jointly Administered
        Debtors.                                        :
------------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2008, I caused to be served true and correct copies of the "Notice of Agenda of Matters Scheduled for Hearing on August 18, 2008 at 10:00 A.M.(ET)" dated August 14, 2008, [Docket No 5393], enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on Exhibit "A" annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

___ day of August, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\NOAgen_Aff 8-18-08.docT:\Clients\AHM\Affidavits\NOAgen_Aff 8-18-08.doc

**EXHIBIT "A"**

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BEAR STEARNS MORTGAGE CAPITAL CORP. | GEOFFREY T. RAICHT,ANDREW W. STERN,SIDLEY AUSTIN LLP,787 SEVENTH AVENUE,   NEW YORK, NY 10019 |
| BEAR STEARNS MORTGAGE CAPITAL CORP. | ATTN GERALD J RUSSELLO,C/O BEAR STEARNS & CO. INC.,320 PARK AVENUE,   NEW YORK, NY 10022 |
| BRODT, PHILIP S. | 219 WOODS POINT RD.,   OSPREY, FL 34229 |
| CHONG, DAVID HOU YUEN & CECILIA C. | 66 AVA CRESC,   RICHMOND HILL, ON L4B 2X4 CANADA |
| CORONA, MARIA | 16 FRUIT ST,   MILFORD, MA 01757 |
| DIALAMERICA MARKETING, INC. | C/O CHARLES RABOLLI, JR., ESQ.,CARLET, GARRISON, KLEIN & ZARETSKY,1135 CLIFTON AVENUE, SUITE 104,   CLIFTON, NJ 07013 |
| FOUNDATION MARKETING, INC. | ATTN KAREN DEIS, PRESIDENT,327 SOO LINE RD,   HUDSON, WI 54016 |
| GAMBLE, HILDA R. | 1514 FIRST PARKWAY,   WASHINGTON, MO 63090 |
| GAMBLE, HILDA R. | ERIN WIDEMAN,204 ALBERTA LN,   WASHINGTON, MO 63090 |
| GAMBLE, HILDA R. TTEE | HILDA R. GAMBLE CARING TRUST U/A 12/6/94,1514 FIRST PARKWAY,   WASHINGTON, MO 63090 |
| GARRISON, MICHAEL W. TTEE | GARRISON GROUP LTD PSP,1887 LEMON GROVE ST,   HENDERSON, NV 89052 |
| HELTON, LEONARD R. | 5183 DRAYTON HARBOR ROAD,   BLAINE, WA 98230 |
| HEREL, BARBARA S. | 24 FAIRCHILD ST,   HUNTINGTON, NY 11743 |
| HOLAN, DAVID A | 47 BAY DR.,   ITASCA, IL 60143 |
| HOMES & LANE MAGAZINE SW MONTANA | ATTN DEE TIANO, PRES.,57 UPPER RAINBOW RD,   BOZEMAN, MT 59718 |
| HUGGINS, MICHELLE | 1025 HILLBROOK LN,   NEWBERRY, SC 29108-7806 |
| HYMEL, AUDREY M. | 245 BEAUREGARD ST,   PONCHATOULA, LA 70454 |
| J. SCOTT WISE AND CO. | ATTN J. SCOTT WISE, PRESIDENT,122 NORTH MAIN STREET, SUITE 204,   ELIZABETHTOWN, KY 42701 |
| JOHNS, BETTY | C/O INDYMAC BANK,2616 W MAIN ST # D,   BOZEMAN, MT 59718 |
| JOHNS, BETTY | 8628 NUFFINE LANE #70,   BOZEMAN, MT 59718 |
| JORDAN, WILLIAM K. JR. & JEAN G. | TEN COM,119 MOBLEY HWY,   WINNSBORO, SC 29180-8103 |
| KRUSE WAY, LLC | DAVID M. WISEBLOOD, ESQ.,SEYFARTH SHAW LLP,560 MISSION STREET, SUITE 3100, SAN FRANCISCO, CA 94105 |
| MCGUIRE, DANYA D. | SEAN P MCGUIRE,JTWROS,577 BEAUFORT COURT,   CINICNNATI, OH 45240-3802 |
| MEAD APPRAISALS | 11378 NIAGARA DR,   FISHERS, IN 46037 |
| MEADOWS LAKE OSWEGO | DAVID M. WISEBLOOD, ESQ.,SEYFARTH SHAW LLP,560 MISSION STREET, SUITE 3100, SAN FRANCISCO, CA 94105 |
| MELLI, DONNA | 119 42 80TH ROAD,   KEW GARDENS, NY 11415 |
| MERRILL LYNCH CREDIT CORPORATION | ATTN VADIM J RUBINSTEIN, ESQ,LOEB & LOEB LLP,345 PARK AVE,   NEW YORK, NY 10154 |
| NERLAND, DAVID E. | 9589 N 113TH WAY,   SCOTTSDALE, AZ 85259-5868 |
| NOMURA CREDIT & CAPITAL, INC. | ATTN MARK BROWN PRESIDENT,2 WORLD FINANCIAL CTR,BUILDING B,   NEW YORK, NY 10281 |
| NOMURA CREDIT & CAPITAL, INC. | RICHARD H WYONS ESQ,ORRICK HARRINGTON & SUTCLIFFE LLP,COLUMBIA CENTER,1152 15TH STREET NW,   WASHINGTON, DC 20005-1706 |
| POETSCHAN, CENTA | RR2 - BOX 116,   WYALUSING, PA 18853 |
| R.L. BONNVILLE, LLC | LESLIE FORYS, MEMBER,PO BOX 5305,   PLYMOUTH, MI 48170 |
| REVAL, INC. | ATTN FINANCE MANAGER,100 BROADWAY,22ND FLOOR,   NEW YORK, NY 10005 |
| SABIK, RONALD J. | SCI CRESSON P.O. BOX A,   CRESSON, PA 16699-0001 |
| SABIK, RONALD J. | BOX A OLD RT 22,SCI CRESSON EU4156,   CRESSON, PA 16699-0001 |
| SCHNEIDER, ROCHELLE & ARNOLD | 2208 FAWN RIDGE ST,   LAS VEGAS, NV 89134 |
| WISE, YVONNE | PO BOX 72,   MALAKOFF, TX 75148 |

**Total Creditor Count 37**