IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :    Jointly Administered
     Debtors.                                                      :
------------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 27, 2008 AT 10:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.   AH Mortgage Acquisition Co., Inc.'s Motion for an Order Granting the Allowance and
     Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the
     Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business
     [D.I. 4233, 5/23/08]

     Objection Deadline:    June 4, 2008 at 4:00 p.m., extended for the Debtors and Committee
                            to September 10, 2008 at 4:00 p.m.

     Related Documents:

          a)    Supplement to Motion of American Home Servicing, Inc., Formerly
                Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the
                Allowance and Payment of an Administrative Expense Claim for Breaches
                by Certain Debtors of the Asset Purchase Agreement for the Sale of the
                Debtors' Mortgage Servicing Business [D.I. 4338, 6/2/08]

          b)    Notice of Withdrawal of Supplement to Motion of American Home
                Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc.,
                for an Order Granting the Allowance and Payment of an Administrative
                Expense Claim for Breaches by Certain Debtors of the Asset Purchase

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4359, 6/4/08]

c)   Amended Motion of American Home Mortgage Servicing, Inc., formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 5495, 8/18/08]

Objections Filed:    None

Status: This matter will be adjourned by agreement to September 15, 2008 at 10:00 a.m.

2.    GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4772, 6/23/08]

Objection Deadline:   July 10, 2008 at 4:00 p.m., extended to July 14, 2008 for the Debtors

Related Documents:

a)   Joinder of Deutsche Bank National Trust Company to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4997, 7/8/08]

b)   Joinder of the Bank of New York, as Indenture Trustee, to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4997, 7/8/08]

c)   Joinder of U.S. Bank National Association to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 5004, 7/8/08]

Objections Filed:    None.

Status: This matter will be adjourned by agreement to September 15, 2008 at 10:00 a.m.

4.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order (a) Approving and Authorizing Stipulation Between the Debtors and McLain Partners II, LLC for Payment of Administrative Expense Claim [D.I. 5334, 8/7/08]

Objection Deadline:    August 20, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

    a)    Certificate of No Objection [D.I. 5518, 8/25/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL

5.    Motion for Relief from Stay – First Lien Foreclosures [See Schedule 1, attached]

Objection Deadline:    August 20, 2008 at 4:00 p.m.

Objections Filed:    See Schedule 1, attached

Status: A Certification of Counsel has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

6.    Sale Hearing –

Objection Deadline:    August 20, 2008 at 4:00 p.m.

Related Documents

    a)    Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursements; (III) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Mortgage Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; and (III) Granting Related Relief [D.I. 5095, 7/16/08]

    b)    Notice of Filing of Amended Sales Procedures and Asset Purchase Agreement [D.I. 5288, 8/1/08]

DB02:7136053.1                                                                                    066585.1001

c)    Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Approving Expense Reimbursements; (III) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief [D.I. 5310, 8/5/08]

d)    Notice of Auction and Sale Hearing [D.I. 5332, 8/7/08]

e)    Notice of Selection of Vantium Capital Markets, L.P. as Stalking Horse Bidder and Filing of Stalking Horse Bid [D.I. 5367, 8/12/08]

Objections Filed:    None

Status: This matter will be going forward.

Dated: Wilmington, Delaware
      August 25, 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Matthew B. Lunn
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
*Counsel for Debtors and Debtors in Possession*

066585.1001

**Schedule 1**

**MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATE OF NO OBJECTION**

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 1 | 5200 | CitiMortgage, Inc. | 2851 Huber Heights Drive, Las Vegas, NV 89128 | Reservation of Rights, 5504, 8/20/08 | 5515, 8/23/08 | A Certification of Counsel has been filed. No hearing is required. |
| 2 | 5202 | CitiMortgage, Inc. | 3087 Sonrisa Drive Corona, CA 92881 | Reservation of Rights, 5504, 8/20/08 | 5515, 8/23/08 | A Certification of Counsel has been filed. No hearing is required. |

DB02:7136053.1

066585.1001