RESPONSE TO NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**RESPONDER:**
JOSEPH DIONISIO
79 OCEAN AVENUE
MASSAPEQUA PARK, NY 11762

RE: **AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation as Debtors in CHAPTER 11 CASE NO. 07-11047 (CSS) CLAIM NUMBER 3240**

**BASIS FOR RESPONSE**: RESPONSE TO THE OBJECTION TO ALTER MY RIGHTS BY MODIFYING THE AMOUNT OF MY CLAIM AND BY RECLASSIFYING MY CLAIM. DEBTORS' BOOKS INCORRECTLY MODIFYING (REDUCING) AND RECLASSIFYING THE AMOUNT OF LIABILITY AS FOLLOWS:

| CLAIM AMOUNT | MODIFIED / RECLASSIFIED AMOUNT |
|---|---|
| PRIORITY - $10,950.00 | UNSECURED - $5,394.23 |
| UNSECURED - $3,084.48 | |

CLAIM AMOUNT IS CALCULATED AS FOLLOWS:

1. Unused Vacation Time - $5,701.15
2. Quarterly Earned Bonus Incentive unpaid for period April 1, 2007 thru July 31, 2007 =
    $8,333.33 (as follows)
    April 1, 2007 - June 30, 2007 = $6,250.00
    July 1, 2007 - July 31, 2007 = $2,083.33

  $5,701.15 Unused Vacation Time
+$8,333.33 Quarterly Earned Bonus Incentive unpaid
  $14,034.48 - Unsecured Priority Claim $10,950.00 = Unsecured Non-Priority Claim $3,084.48

CLASSIFICATION OF $10,950.00 SHOULD CONTINUE AS PRIORITY CLAIM AS WAGES, SALARIES OR COMMISSIONS (UP TO $10,950.00), EARNED WITHIN 180 DAYS BEFORE FILING OF THE BANKRUPTCY PETITION OR CESSATION OF THE DEBTOR'S BUSINESS, WHICHEVER IS EARLIER (11 U.S.C. 507 (a) (4) WOULD APPLY TO THE WAGES SHOWN IN THE CLAIM ABOVE.

Dated: August 18, 2008
        Massapequa Park, NY

*Joseph Dionisio*
Joseph Dionisio

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington Delaware 19801 ATTN: Clerk of the Bankruptcy Court

Young Conaway Stargatt & Taylor, LLP The Brandywine Building at 1000 West Street, 17th Floor, P. O. Box 391, Wilmington, Delaware 19899-0391 ATTN: James L. Patton, Robert S. Brady, Pauline K. Morgan, Edward J Kosmowski, Kara Hammond Coyle, Nathan D. Grow Counsel to the Debtors

Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, NY 10022 ATTN: Kevin Nystrom

Hahn & Hessen LLP 488 Madison Avenue, New York, NY 10022 ATTN: Mark S. Indelicato and Mark T. Power

Blank Rome LLP 1201 Market Street, Suite 800, Wilmington, Delaware 19801 ATTN: Bonnie Glantz Fatell, Counsel for the Official Committee of Unsecured Creditors

United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware, 19801 ATTN: Joseph McMahon

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: September 8, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: September 15, 2008 at 10:00 a.m. (ET) |

AHM OB15 8/15/2008 (merge2.txnum2) 4000015602 EPIQ Use - 62

DIONISIO, JOSEPH
79 OCEAN AVE
MASSAPEQUA PARK, NY 11762

## NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** DIONISIO, JOSEPH
79 OCEAN AVE
MASSAPEQUA PARK, NY 11762

**Basis For Objection:** Debtors' books and records show a modified amount of liability

| | Claim Number | Claim Amount | Modified Amount |
|---|---|---|---|
| **Claim to be Reduced** | 3240 | Priority - $10,950.00 | Unsecured - $5,394.23 |
| | | Unsecured - $3,084.48 | |

Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. The Objection seeks to alter your rights by modifying the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession