August 18, 2008

United States Bankruptcy Court
For the District Of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Re: Case No. 07-11047 (CCS); Claim Number 2340

To Whom It May Concern:

I am responding with objection to the letter dated August 15, 2008, regarding the case of American Home Mortgage Holdings, Inc. vs. their debtors.

I am not a 'debtor' but a former employee who was terminated without notice. Additionally, my medical benefits were cancelled immediately causing me pain and hardship since I was unable to get on my spouse's insurance for over a month from the cancellation date.

My expectations were to be paid the following:

> 60-Days of Pay (for violation of the WARN Act)
> Unused Vacation Time
> Unused Personal Time
> Final Week of Pay
> Additional compensation for failure to provide COBRA

I do not want to risk the $1,480.77 (the Modified Amount) because I need to receive something from American Home Mortgage. However, I trust that the Honorable Christopher S. Sontchi will take my objections into account and rule for a higher amount in my case. I have been unable to find full-time work since the unannounced closure of American Home Mortgage and require remuneration for this hardship.

Sincerely,

Ray Palen
23 Franco Avenue
Selden, NY 11784
(631_732-2926