**Gregory John Sheffield**
138 Hollenbeck Road
Lockwood, New York  14859-9708
Home Phone 607 598 2586
Email gjsheffield@frontiernet.net

*FIRST CLASS MAIL*

August 18, 2008
Honorable Christopher S. Sontchi
The United States Bankruptcy Court
For District of Delaware
824 Market Street, 5thFloor
Wilmington DE 19801

*RECEIVED/FILED AUG 22 2008 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE*

Honorable Judge Christopher S. Sontchi:

Case No. 07-11047 (CSS)  Ref. Docket No. 4661. American Home Mortgage Holdings, Inc. (AHM). Delaware corporation, et al. Solicitation herewith following Judge C.S. Sontchi's Order of Jurisdiction on All Other Matters.

From Sheffield, Gregory J.
and Nancy O. Sheffield, Joint        Claim No.   3032 $994.16
Gregory J. Sheffield, IRA            Claim No.   3031 $181.76
138 Hollenbeck RD
Lockwood, NY 14859-9708

Re: We Object to Adequacy of Attorney's Disclosure Statement

Be believe Our Claims have not been Expunged as Equity holders according to your Court Order for us and others. We pleaded that final or major dollar apportionment's are far better made after the on going Federal Government investigations are more advanced or completed. Vast ill-gotten sums could be discovered and ordered disgorged.

We ask the court not to Close the Case and it be left Open for possible Equity stockholders reimbursement. We are pleased that you gave our contention positive consideration and that our situation comes under your Court's jurisdiction .

Cordially,

*Gregory J. Sheffield*
Gregory J. Sheffield
Investor