IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :  Chapter 11
                                                                  :
                                                                  :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                            :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                :  Jointly Administered
                                                                  :
        Debtors.                                                  :  **Objection Deadline: Sept. 8, 2008 at 4:00 p.m.**
                                                                  x  **Hearing Date: Sept. 15, 2008 at 10:00 a.m.**
-----------------------------------------------------------------

### FIRST INTERIM QUARTERLY FEE REQUESTS OF PHOENIX CAPITAL, INC.

TO:   THE UNITED STATES TRUSTEE, COUNSEL FOR THE COMMITTEE, ALL
      PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER
      PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE
      FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to that certain Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 of the Bankruptcy Code (the "Interim Compensation Order") [D.I. 547], Phoenix Capital, Inc. ("Phoenix") hereby applies for interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for the interim application filed April 11, 2008 [Docket No. 3669] (the "Phoenix Fee Application").[2] The Phoenix Fee Application requested payment of $400,000 in fees and reimbursement of $13,875.79 in expenses.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] The Phoenix Fee Application was inadvertently excluded from the Third Interim Quarterly' Fee Request of the Debtors' Professionals [Docket No. 4650], which request was heard by the Court on August 18, 2008.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses set forth in the Phoenix Fee Application without further order from the Court upon the expiration of a 20-day objection period.[3]

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before September 8, 2008 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **SEPTEMBER 15, 2008 AT 10:00 A.M.**

Dated: August 25, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

---

[3] As set forth in the certification of counsel filed by the Debtors' counsel [Docket No. 3967], Phoenix agreed to reduce the amount of expenses for which it requested reimbursement to $12,569.56 in response to an informal objection raised by the Office of the United States Trustee.

DB02:7166409.1                    066585.1001