IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 : Chapter 11
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               : Case No. 07-11047 (CSS)
                                                                 :
        Debtors.                                                 : Jointly Administered
                                                                 : Ref. Nos. 5095, 5310 and 5367
---------------------------------------------------------------- x
                                                                 **Hearing Date: August 27, 2008 at 10:00 AM (ET)**

## NOTICE OF CANCELLATION OF AUCTION

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware entered an order dated August 5, 2008 [D.I. 5310] (the "Sale Procedures Order"), in the above-captioned chapter 11 cases approving procedures for the auction and sale of the certain mortgage loans of the Debtors (the "Loans").

PLEASE TAKE FURTHER NOTICE THAT **THE AUCTION SCHEDULED FOR AUGUST 26, 2008 AS BEEN CANCELLED AND VANTIUM CAPITAL MARKETS, L.P. HAS BEEN SELECTED AS THE SUCCESSFUL BIDDER. THE DEBTORS INTEND TO SEEK APPROVAL OF THE SALE AT THE HEARING ON AUGUST 27, 2008 AT 10:00 A.M.**

Dated: August 26, 2008
       Wilmington, Delaware              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                         _____
                                         James L. Patton, Jr. (No. 2202)
                                         Pauline K. Morgan (No. 3650)
                                         M. Blake Cleary (No. 3614)
                                         Sean M. Beach (No. 4070)
                                         Matthew B. Lunn (No. 4119)
                                         The Brandywine Building
                                         1000 West Street, 17th Floor
                                         Wilmington, Delaware 19801
                                         (302) 571-6600

                                         Counsel for the Debtors and
                                         Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.