# EXHIBIT A

**Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/08-2/29/08 4/4/08, 3532 | 790,957.50 | 129,737.02 |
| 3/1/08-3/31/08 4/25/08, 3863 | 884,012.50 | 59,626.95 |
| 4/1/08-4/30/08 5/30/08, 4320 | 993,848.50 | 177,484.96 |
| Totals | 2,668,818.50 | 366,848.93 |