# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Docket Ref. No.** |

### ORDER (A) APPROVING AND AUTHORIZING STIPULATION BETWEEN THE DEBTORS AND MCLAIN PARTNERS II, LLC; AND (B) VACATING ORDER GRANTING MOTION OF MCLAIN PARTNERS II, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the motion (the "Motion")[1] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), (a) approving a stipulation (the "Stipulation") by and among the Debtors and McLain Partners II, LLC ("McLain Partners"), a copy of which is attached hereto as Exhibit A; and (b) vacating the Order Granting Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim [Docket No. 4293] (the "Administrative Claim Order"); and it appearing that the Stipulation and the relief requested in the Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

further

ORDERED, that the Stipulation attached hereto as <u>Exhibit A</u> is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that the Administrative Claim Order is hereby vacated; and is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date: Wilmington, Delaware
August 26, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge