IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
          Debtors.                                                     :
---------------------------------------------------------------------- x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2008, I caused to be served true and correct copies of the "Notice of Agenda of Matters Scheduled for Hearing on June 25, 2008 at 10:00 a.m. (ET)," dated June 10, 2008, [Docket No 4766], enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _____
                                                    Ross Matray

Sworn to before me this
25th day of June, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\AHM\Affidavits\June 15th Hrg Ntc_aff 6-23-08.doc

# EXHIBIT A

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALBRECHT, MARSHA | 837 N. MAPLE AVE., PALATINE, IL 60067 |
| APPELHANS, MARILYN | 540 BALLWOOD DR., BALLWIN, MO 63021 |
| AROLL, MORTY & SHOSHANA | 610 NE 173RD TERRACE, N. MIAMI BEACH, FL 33162-2040 |
| BARRETT, THOMAS & DORE | 322 W. ADAMS, VILLA PARK, IL 60181 |
| BATTISTINI, JOHN JR. & LOIS | 131 CUMBERLAND AVE., ESTELL MANOR, NJ 08319 |
| BENSON, LYLE B. | 5319 E. POPFLY PLACE, SIOUX FALLS, SD 57110 |
| BOLAND, CAROL J. | 816 E. 4TH ST, OCEAN CITY, NJ 08226 |
| BORDE, SHIRLEY S | 4801 BRYCE DRIVE, CARSON CITY, NV 89706 |
| BOZEK, GALE E | 657 OPEL RD, GLEN BURNIE, MD 21060 |
| BRATTOLI, FRANCESCO | 2 MIAMI TRAIL, ROCKAWAY, NJ 07866 |
| BRAUN, PHILIP A. | 18 PINECONE LN, COMMACK, NY 11725 |
| BUSINESS IMAGES & GRAPHICS INC | ATTN RICKY KALL, PRESIDENT, 308 W MULBERRY, SEARCY, AR 72143 |
| BYRNE, JOHN P. III | 936 - 23 ROAD, GRAND JCT, CO 81505 |
| CARLSON, DAVID J. | 94 COMANCHE CR., MILLSBORO, DE 19966-9290 |
| CHRISTMAN, JOANN - TRUSTEE | IRA E*TRADE CUSTODIAN, ROTH ACCOUNT, 34146 BLUE LANTERN ST., DANA POINT, CA 92629-2503 |
| CHRISTMAN, JOANN - TRUSTEE | 34146 BLUE LANTERN ST., DANA POINT, CA 92629-2503 |
| CONKLIN, CHRISTINE | 134 COMMACK RD, ISLIP, NY 11751 |
| COSTON, BOB CHARLES | 620 GOLDVINCH ST SE, KNOXVILLE, TN 37920 |
| DERX, LAWRENCE | BOX 37, ASHTON, MD 20861 |
| DIVIS, CHARLES J. TRUSTEE | DIVIS SURVIVORS TRUST, 161 N. LINDEN, WAHOO, NE 68066 |
| DUFRESNE, NORMAN J. | 3912 N GARFIELD AVE, KANSAS CITY, MO 64116 |
| DUGRE, M GUILLAUME | 26 RUE DEPATIE, LAVAL, QC H7L 4Y5 CA |
| DUGRE, M. ANDRE | 26 RUE DEPATIE, LAVAL, QC H7L 4Y5 CA |
| EASTMAN, JOHN H. | 3430 LIST PL. APT. 1804, MINNEAPOLIS, MN 55416-4567 |
| FIORE, BRIAN R | 37A KATIE CT, MAHOPAC, NY 10541 |
| FIUMARA, GIUSEPPE | 18419 OLDE FARM RD, LANSING, IL 60438-2557 |
| FOSTER, EDNA ANN | 177 WOODLAND DR, MELBOURNE, FL 32902 |
| FRAZER, STEPHEN C. | PO BOX 449, OXFORD, NJ 07863 |
| FRIEDER, NATHAN & LILLIAN | 52-54 65TH PLACE, MASPETH, NY 11378-1353 |
| GALUSHA, CHARLES | 104 RANDALL ST, OREGON CITY, OR 97045 |
| GAO, SUHUA | 252 RUE DU BOSQUET, PINCUORT, QC J7V 0B5 CA |
| GILHAM FAMILY TRUST 3/11/98, THE | RICHARD C GILHAM TTEE, LOIS J GILHAM TTEE, 849 W 30TH ST, SAN PEDRO, CA 90731-6639 |
| GRAVELY-ROBINSON, KAREN | C/O ROBERT A WILLIAMS, ESQ., 45 JONES ST, MARTINSVILLE, VA 24112 |
| GRUNDY, GARY & KAREN R. JTWROS | 9552 NORWAY HILLS TRL, LAKEVILLE, MN 55044 |
| GUNDLACH, ROBERT E. & ELAINE A. | JTWROS, 2500 PINTO TRAIL, MC FARLAND, WI 53558-9036 |
| GYHRA, RICHARD A. AND EMMET | 70998 617TH AVENUE, PAWNEE CITY, NE 68420-3108 |
| HAGE II, SAM | 366 W UTLEY ROAD, ELMHURST, IL 60126 |
| HAMILTON, BIRGIT | 579B RARITAN RD, # 139, ROSELLE, NJ 07203-2445 |
| HARDIN COUNTY | ATTN RYAH A. ZERBY, ASST PROSECUTOR, 1 COURTHOUSE SQ., STE 230, KENTON, OH 43326 |
| HERNANDEZ, MATTHEW AND MELANIE | 2158 COTTONWOOD AVENUE, SAN JACINTO, CA 92582 |
| HERZ, ROBERT T. | 80 LYME RD, APT 222, HANOVER, NH 03755 |
| HOLE, BILL N. DR. | 17169 S.E. 76TH CREEKSIDE CIRCLE, THE VILLAGES, FL 32162-5304 |
| HUDSON, STEVE | 4804 CANYON TRAIL S., APT. 1701, EULESS, TX 76040 |
| IRWIN, JAMES WILLIAM AND MARJORIA M. | TRUST U/A 9-22-1995, JAMES W. IRWIN & MARJORIA M. IRWIN TRUST, 8907 MELSHIRE DR., AUSTIN, TX 78757-6917 |
| JAY & NORMA MILLER TRUST | JAY D. MILLER (TRUSTEE), 1431 FIR CT, RIFLE, CO 81650 |
| JEFFREY A. GUSS FAMILY TURST, THE | DTD 12-6-2003, 846 SENECA STREET, SANTA MARIA, CA 93454-2673 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JEWELL, BRAD J. ROTH IRA | JMS LLC CUST FBO, 49560 NATURE TRAIL, SAINT CLAIRSVILLE, OH 43950-9298 |
| JEWELL, NORMAN AND RUTH | 7401 GLENWOOD CIRCLE, LINCOLN, NE 68510-2408 |
| JOHANSON, JASON | 177 HERITAGE TRL, HAINESVILLE, IL 60030 |
| JOHNSON, GARLAND M. | 445 SEASIDE AVE # 1414, HONOLULU, HI 96815 |
| KELLERT, IRENE | 7520 SW SCHOLLS FRY #B-2, BEAVERTON, OR 97008 |
| KIPER, NICHOLAS A. AND DENNIS W. JT TEN | 7900 TRENDWOOD DRIVE, LINCOLN, NE 68506-6559 |
| KORO, KEVIN | 515 E. LAS OLAS BLVD SUITE 1200, ATTN: SCOTT RAMO, ADVISOR, FT. LAUDERDALE, FL 33301-4203 |
| LIKES, GERALD K. & SUSAN R. JT TEN | 1770 COUNTY RD. M, WAHOO, NE 68066 |
| LIKES, SUSAN | 1770 COUNTY RD. M, WAHOO, NE 68066 |
| LIU, SHIANG-CHOU | 31-10 THOMSON AVE., M-300, LONG ISLAND CITY, NY 11101 |
| LOFTIS, NORMAN | 3 DEERFIELD AVENUE, SAG HARBOR, NY 11963 |
| LOFTIS, NORMAN | ELIHU E. ALLINSON, III, SULLIVAN HAZELTINE ALLINSON LLC, 4 EAST 8TH STREET, SUITE 400, WILMINGTON, DE 19801 |
| LORRAINE BEAMAN TRUST | 1217 HICKORY ST, WAHOO, NE 68066 |
| MACALUSO, JOHN, IRA | WMS CUSTODIAN, 14820 N 17TH DR, PHOENIX, AZ 85023 |
| MARGENAU, KENT M & CARLA M LIVING TRUST | 3-7-06, 106 STEAMBOAT SPRINGS DRIVE, FENTON, MO 63026-5683 |
| MARY ANNE LONG TRUST | P.O. BOX 166, O'FALLON, MO 63366-0166 |
| MASSIE, SANDI & TOM | JT WROS, 1334 HICKORY, WAHOO, NE 68066 |
| MCMILLAN, LOIS L. | 26286 COLUMBUS DR, SUN CITY, CA 92586 |
| MEECE, FRANK H., JR. | P.O. BOX 3165, TOPSAIL BEACH, NC 28445 |
| MILLER, JANET LEE | 1904 WYOMING AVE., FORT PIERCE, FL 34982 |
| MILLS, DEBORAH | 7343 EL CAMINO REAL 201, ATASCADERO, CA 93422 |
| MISIR, INDIRA | 25 MILLSTONE DR., BRAMPTON, ON LG4 RG2 CA |
| MORIN, JANE E. | 9049 KESTRAL CIR, ENGLEWOOD, FL 34224 |
| MORSE, LYLE | A G EDWARDS & SONS C/F, IRA ACCOUNT, 2108 74TH STREET, DES MOINES, IA 50322-5706 |
| NORSKOV, DONALD E. | 17007 SHIRLEY STREET, OMAHA, NE 68130 |
| NYKTAS, JOHN | 8 RONIT DRIVE, W. TRENTON, NJ 08628 |
| OWENS, MYRON A. | 4920 SOUTH 72ND, LINCOLN, NE 68516 |
| PANZER, JOEL S. | 1101 ISAAC DRIVE, LINCOLN, NE 68521-5312 |
| PATEL, DENNY | 274 S. EARLHAM ST., ORANGE, CA 92869 |
| POKORSKY, JERRY J. | 6222 FRANCONIA RD, ALEXANDRIA, VA 22310 |
| RAMO, MARILYN | 515 E. LAS OLAS BLVD SUITE 1200, ATTN: SCOTT RAMO ADVISOR, FT. LAUDERDALE, FL 33301-4203 |
| RIGSBY, JUDITH | 100 CHACEY LN, WORTHINGTON, OH 43085 |
| ROBINSON, RICHARD | 6808 NW PLEASANTVIEW DR, KANSAS CITY, MO 64152 |
| ROMAN, ANGELA A. | 2429 SETTLERS RDG, NEW WINDSOR, NY 12553 |
| ROMERO, JOYCE C. | 116 CARRIAGE WAY DR. # 114, BURR RIDGE, IL 60527 |
| SABIN, CAROL S. | 2902 GRAND AVE, NIAGARA FALLS, NY 14301 |
| SALCEDO, MICHAELANGELO | 9801 LAKESIDE LANE, PORT RICHEY, FL 34668 |
| SAMANTA, JAGAT B. | 690 KANE CT., RENO, NV 89512 |
| SCULLIN, JAMES P. | 381 VICTORIA AVE., PISCATAWAY, NJ 08854 |
| SEVERY, DON | 2605 STATE STREET, PO BOX 6710408, SALEM, OR 97310 |
| SHAH, HARSHAD & KALPANA | 9648 SEVILLE WAY, CYPRESS, CA 90630-6804 |
| SHERIDAN, ELEANOR M. | 803 BARBARA BLVD, FRANKLIN SQUARE, NY 11010 |
| SHERIDAN, WALTER P. | 803 BARBARA BLVD, FRANKLIN SQUARE, NY 11010 |
| SHI, JUAN | 2803 NIGHTHAWK CIRCLE, AUDUBON, PA 19403 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR, PRINCE ALTEE THOMAS, ESQUIRE, 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP, PHILADELPHIA, PA 19103-3291 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT | LIMERICK TOWNSHIP TAX COLLECTOR, PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD, 2000 MARKET STREET, 10TH FLOOR, PHILADELPHIA, PA 19103-3291 |
| STAPLEFORD, IRENE | 58 PILLSBURY ST, SOUTH PORTLAND, ME 04106 |
| STEPHENS, ROBERT J. | 2376 N. CAMPUS AVENUE, UPLAND, CA 91784 |
| STRATEGIC PLANNING PARTNERS LLC | SEP IRA FBO, MYRON A. OWENS, 4920 SOUTH 72ND STREET, LINCOLN, NE 68516 |
| SULLIVAN, ROBERT W | 3066 125TH AVE NE, BELLEVUE, WA 98005 |
| SWEATT, JAMES L. | 7402 STONEHAVEN DR, WAXHAW, NC 28173 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER, U.S. BANK CORPORATE TRUST SERVICES, EP-MN-WS1D, 60 LIVINGSTON AVE, SAINT PAUL, MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | U.S. BANK NATIONAL ASSOCIATION, AS TTEE, ATTN KATHERINE CONSTANTINE, DORSEY & WHITNEY LLP, 50 SOUTH SIXTH ST, STE 1500, MINNEAPOLIS, MN 55402 |
| VICENTIE, JANET R. | 8001 CAVEWOOD CT., LOUISVILLE, KY 40291-2413 |
| VICENTIE, LUIS F. & JANET R. | 8001 CAVEWOOD CT., LOUISVILLE, KY 40291-2413 |
| WALDRON, TERRENCE | 10423 S. OAKLEY, CHICAGO, IL 60643 |
| WOLTERS, DALE G. | 1870 MAPLEVIEW SE, KENTWOOD, MI 49508 |
| WUERTZ, WILBERT | 17279 FAIRWAY CIRCLE, COLD SPRING, MN 56320-8800 |
| YANG, JINBO AND GE, QING | 224 NAYOGAMI TERRACE, ROLLA, MO 65401 |

**Total Creditor Count 105**