IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
          Debtors.                                                     :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.   I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On August 7, 2008, I caused to be served the "Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Approving Expense Reimbursements; (III) Scheduling A Hearing to Consider Sale of Certain Mortgage Loans;(IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief", dated August 5, 2008 [Docket No.5310] by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

__12th___ day of August, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\Information\NoticeOfHearDocs_aff 7-30-08.doc

EXHIBIT "A"

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 406 PARTNERS | ATTN: MATT RUPPEL, 1415 SOUTH MAIN STREET, SALT LAKE CITY, UT 84115 |
| ABN AMRO | ATTN: PETER ROESKE, 55 EAST 52ND ST., NEW YORK, NY 10055 |
| ACCESS FINANCIAL GROUP | ATTN: JON PERLET, 5650 GREENWOOD PLAZA BLVD., STE 214, GREENWOOD VILLAGE, CO 80111 |
| AFFILIATED FINANCIAL GROUP | ATTN: THOMAS O'HARA, 5690 DTC BOULEVARD, STE 4006, ENGLEWOOD, CO 80111 |
| AFFINITY BANK | ATTN: DAVE MAHAN, 625 E. SANTA CLARA STREET, STE 100, VENTURA, CA 93001 |
| AFFINITY BANK | ATTN: LAURA HERNANDEZ, 625 E. SANTA CLARA ST. STE 100, VENTURA, CA 93001 |
| AFFINITY BANK | ATTN: SCOTT THOMAS, 101 SOUTH CHESTNUT STREET, VENTURA, CA 93001 |
| AMERICAN HOME BANK | ATTN: A. R. MILLER, 3840 HEMPLAND ROAD, MOUNTVILLE, PA 17554 |
| AMERICAN HOME BANK | ATTN: BETH BOSSART, 3840 HEMPLAND BLVD, MOUNTVILLE, PA 17554 |
| AMERICAN MORTGAGE CAPITAL GROUP LLC | ATTN: STEVE THOMAS, 2333 WAUKEGAN ROAD SUITE 175, BANNOCKBURN, IL 60015 |
| AMERICAN RESIDENTIAL EQUITIES | ATTN: JEFF DROTT, 848 BRICKELL AVE. THE PENTHOUSE, MIAMI, FL 33131 |
| AMTRUST BANK | ATTN: KIMON ZAVERDINOS, 1801 E. 9TH ST. STE. 200, CLEVELAND, OH 44114 |
| ANNALY | ATTN: RON KAZEL, 1211 AVENUE OF THE AMERICAS STE. 2902, NEW YORK, NY 10036 |
| ANVAR CAPITAL MANAGEMENT INC. | ATTN: MICHAEL ANVAR, 16501 VENTURA BLVD. SUITE 406, ENCINO, CA 91436 |
| ARBOR RESIDENTIAL MORTGAGE | ATTN: MICHAEL S. ORFE, 150 EAST 52ND STREET, SUITE 2005, NEW YORK, NY 10022 |
| ARCH BAY GROUP | ATTN: ANDY ZHU, 19500 JAMBOREE ROAD, IRVINE, CA 92612 |
| ARGENT | ATTN: CHRIS STEVENS, 521 5TH AVE, NEW YORK, NY 10175 |
| ASSOCIATES ASSET MANAGEMENT | ATTN: MICHELLE MOSES, 895 DOVE ST., 3RD FLOOR, NEWPORT BEACH, CA 92660 |
| ASSOCIATES FINANCIAL SOLUTIONS | ATTN: TOMMY TRAN, 8333 RIDGE POINT DR. STE. 150, IRVING, TX 75063 |
| BANK OF AMERICA | ATTN: LENNY WELLENIUS, 100 NORTH TRYON ST., 23RD FL., CHARLOTTE, NC 28255 |
| BANK OF AMERICA | ATTN: JOHN SCARRONE, 100 NORTH TRYON ST., 23RD FL., CHARLOTTE, NC 28255 |
| BANK OF AMERICA | ATTN: RAMON GEORGE, 1201 MAIN STREET, DALLAS, TX 75202 |
| BARCLAYS | ATTN: MICHAEL DRYDEN, 200 PARK AVE. 7TH FL., NEW YORK, NY 10166 |
| BAYVIEW | ATTN: JOSEPH C. MOYER, 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL | ATTN: JIM FRATANGELO, 4425 PONCE DE LEON BLVD., 5TH FL., CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL | ATTN: PETER LAPOINTE, 4425 PONCE DE LEON BLVD., 5TH FL., CORAL GABLES, FL 33146 |
| BB & T | ATTN: ANDREW T. BALL, 2713 FOREST HILLS RD SW, WILSON, NC 27893 |
| BEAL BANK | ATTN: MOLLY CURL, 6000 LEGACY DRIVE, PLANO, TX 75024 |
| BEAR STEARNS | ATTN: STEVE CORN, 383 MADISON AVE., NEW YORK, NY 10179 |
| BELTWAY CAPITAL | ATTN: JEFF DROTT, 3055 LEBANON PIKE, BUILDING II, SUITE 2201, NASHVILLE, TN 37214 |
| BELTWAY CAPITAL | ATTN: RANDY FREY, 3055 LEBANON PIKE, BLDG II, STE 2201, NASHVILLE, TN 37214 |
| BELTWAY CAPITAL | ATTN: H. CHRISTOPHER FERRELL, 3055 LEBANON PIKE, BLDG II, STE 2201, NASHVILLE, TN 37214 |
| BNP PARIBAS | ATTN: KEN CAMPBELL, 499 PARK AVE., NEW YORK, NY 10022 |
| C-BASS | ATTN: LYNNE RAPPAPORT, 335 MADISON AVE., NEW YORK, NY 10017 |
| CALCAGNO AND ASSOCIATES | ATTN: PASQUALE CALCAGNO, 213 SOUTH AVENUE EAST, CRANFORD, NJ 07016 |
| CARLTON ADVISORY SERVICES | ATTN: JUSTIN PIASECKI, 400 VILLIAGE SQUARE CROSSING STE. 3A, PALM BEACH GARDENS, FL 33410 |
| CENTERBRIDGE | ATTN: LANCE WEST, 375 PARK AVE., 12TH FL, NEW YORK, NY 10152 |
| CENTURY BANK | ATTN: WILLIAM J. ALBANESE, 1680 FRUITVILLE RD., SARASOTA, FL 34236 |
| CHEVY CHASE BANK FSB | ATTN: BRAD HARVEY, 15 ENTERPRISE STE. 520, ALISO VIEJO, CA 92656 |
| CHRYSALIS CAPITAL PARTNERS | ATTN: JOHN BUCK, 2929 ARCH ST., PHILADELPHIA, PA 19104 |
| CITADEL | ATTN: YANNICK MATHIEU, 131 SOUTH DEARBORN ST., CHICAGO, IL 60603 |
| CITIGROUP | ATTN: ALLYSON COOPER, 390 GREENWICH ST., 4TH FL, NEW YORK, NY 10013 |
| CITIGROUP | ATTN: ANNETTE CRADER, 390 GREENWICH ST., 4TH FL, NEW YORK, NY 10013 |
| CITIGROUP | ATTN: NORM FITZGERALD, 390 GREENWICH ST., 4TH FL, NEW YORK, NY 10013 |
| CITIGROUP | ATTN: BRAD BRUNTS, 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368 |
| CITIGROUP | ATTN: JON HODGE, 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIMORTGAGE | ATTN: WILLIAM BECKMAN, 1000 TECHNOLOGY DR., O'FALLON, MO 63368 |
| CITIMORTGAGE | ATTN: JAY SPENCE, 316 BIG CANYON DRIVE, MT. SHASTA, CA 96067 |
| CLEARVIEW CAPITAL | ATTN: GERARD BAMBRICK, 1445 EAST PUTNAM AVE., OLD GREENWICH, CT 06870 |
| COLONIAL NATIONAL MORTGAGE, | A DIVISION OF COLONIAL SAVINGS, F.A., ATTN: CONNIE LATIMER GAY, 2626 WEST FWY, FORT WORTH, TX 76102 |
| CONSTRUCTIONLENDING.COM | ATTN: JEFFREY THORNE, P.O. BOX 5641, EL DORADO HILLS, CA 95762 |
| CONSTRUCTIONLOANS.COM | ATTN: FRANK VILLELLI, 2312 AQUA HILL ROAD, FALLBROOK, CA 92028 |
| CONSTRUCTIONLOANS.COM | ATTN: JACQUES MOLYNEUX, 2312 AQUA HILL ROAD, FALLBROOK, CA 92028 |
| COUNTRYWIDE | ATTN: BARRY PYLE, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: RAMIN AMIRI, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: PADDY DELEPINE, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: SUSAN SLOAT, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: TAD DAHLKE, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE BANK | ATTN: TOM HALLOCK, 6303 OWNESMOUTH OM - 150, WOODLAND HILLS, CA 91367 |
| CRAIG HOVER | 575 WEST CHANDLER BLVD. STE 220, CHANDLER, AZ 85225 |
| CREDIT SUISSE | ATTN: BRUCE KAISERMAN, ONE MADISON AVENUE, 9TH FLOOR, NEW YORK, NY 10010 |
| DE SHAW | ATTN: DANIEL POSNER, 39TH FL., TOWER 45, 120 WEST 45TH ST., NEW YORK, NY 10036 |
| DEUTSCHE BANK | ATTN: JULIANNA SPENCER, 60 WALL STREET, |
| DEUTSCHE BANK | ATTN: DAVID FONTANILLA, 60 WALL STREET, NEW YORK, NY 10005 |
| DOVENMUEHLE MORTGAGE, INC. | ATTN: DAVID ALLISON, 1 CORPORATE DR., LAKE ZURICH, IL 60047 |
| DURHAM ASSET MANAGEMENT | ATTN: CHAPMAN SYME, 680 5TH AVE., 22ND FL, NEW YORK, NY 10019 |
| ECC CAPITAL | ATTN: ROQUE A. SANTI, 2040 MAIN STREET SUITE 800, IRVINE, CA 92614 |
| ELLINGTON MANAGEMENT GROUP, LLC | ATTN: TINO MARTINS, 53 FOREST AVENUE, OLD GREENWICH, CT 06870 |
| EMC MORTGAGE CORPORATION | ATTN: RAVIND KARAMSINGH, 383 MADISON AVENUE, NEW YORK, NY 10179 |
| EMC MORTGAGE CORPORATION | ATTN: CHRISTOPHER BERGEN, 2780 LAKE VISTA DR, LEWISVILLE, TX 75067 |
| EMC MORTGAGE CORPORATION | ATTN: DEBBIE RICH, 2400 LAKE VISTA DR, LEWISVILLE, TX 75067 |
| EQUIFIN | ATTN: CHRIS VALENTINE, 7 TIMES SQUARE, STE. 2106, NEW YORK, NY 10036 |
| EVERBANK | ATTN: BLAKE WILSON, 8200 NATIONS WAY, JACKSONVILLE, FL 32256 |
| FAY FINANCIAL | ATTN: JANNA S. LEWIS, ESQ., 2028 N CLEVELAND AVE., SUITE A, CHICAGO, IL 60614 |
| FBR | 1001 NINETEENTH ST. NORTH, ARLINGTON, VA 22209 |
| FELIX MENDELSON | 21918 LOMITA AVENUE, CUPERTINO, CA 95014 |
| FIDELITY NATIONAL TITLE - CDS | ATTN: HARRY WESTFALL, 40 N. CENTRAL AVENUE, STE 2850, PHOENIX, AZ 85004 |
| FINANCE BOSTON | ATTN: FERGAL WOODS, 1 STATE STREET, 14TH FLOOR, BOSTON, MA 02109 |
| FIRST AMERICAN CAPITAL | ATTN: JOHN KRIGSMAN, 7286 SIENA WAY, BOULDER, CO 80301 |
| FIRST HORIZON HOME LOAN CORPORATION | ATTN: PETER J. SCIANDRA, 4000 HORIZON WAY, IRVING, TX 75063 |
| FIRST UNITED MORTGAGE | ATTN: PAUL RADZWILLOWICZ, 8678 W SPRING MOUNTAIN RD., STE. 130, LAS VEGAS, NV 89117 |
| FIX FUNDING | ATTN: BRYAN FRITZ, 12240 INWOOD ROAD, SUITE 405, DALLAS, TX 75244 |
| FORTRESS | ATTN: STEPHEN WARK, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| FORTRESS | ATTN: PETE SMITH, 1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| FORTRESS | ATTN: STEPHEN WARK, 1345 AVE OF THE AMERICA'S, 46TH FL, NEW YORK, NY 10105 |
| FORTRESS CREDIT CORP/RESTORATION CAPITAL | ATTN: LARRY SMITH, 112 BARTON RD., STOW, MA 01775 |
| FRANKLIN CREDIT MANAGEMENT | ATTN: BOB BALSAMO, 101 HUDSON ST. 25TH FL., JERSEY CITY, NJ 07302 |
| FRANKLIN CREDIT MANAGEMENT | ATTN: STEVE HAGUE, 101 HUDSON ST. 25TH FL., JERSEY CITY, NJ 07302 |
| FREEDOM MORTGAGE CORPORATION | ATTN: JANE C. KING, 21 CORPORATE DR., CLIFTON PARK, NY 12065 |
| FREEWAVE INVESTMENTS | ATTN: LEWIS KESTEN, 142 TARA DR., EAST HILLS, NY 11576 |
| FREMONT BANK | ATTN: BRADFORD L. ANDERSON, 39150 FREMONT BLVD, FEMONT, CA 94538 |
| G8 CAPITAL | ATTN: DARYL SCOTT SCHWARTZ, 999 CORPORATE DR. SUITE 215, LADERA RANCH, CA 92694 |
| GENESEE CAPITAL PARTNERS, INC | ATTN: JASON LOPEZ, 260 NEWPORT CENTER DRIVE SUITE 304, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| GLOBAL ASSET HOLDING CORP | ATTN: TIM CRAWFORD, 11130 MAYNARD PL., HOUSTON, TX 77064 |
| GMAC | ATTN: MIKE WOLPER, 100 WITMER RD., HORSHAM, PA 19044 |
| GMAC | ATTN: DEB SEVERSON, 7501 WISCONSIN AVE., STE. 900, BETHESDA, MD 20814 |
| GMAC | ATTN: DIANE WOLD, 7501 WISCONSIN AVE., STE. 900, BETHESDA, MD 20814 |
| GMAC | ATTN: RYAN JOSEPH, 7501 WISCONSIN AVE., STE. 900, BETHESDA, MD 20814 |
| GMAC MORTGAGE | ATTN: JAMES HAYDEN, 100 WITMAR RD, HORSHAM, PA 19044 |
| GOLDEN PROPERTIES | ATTN: TIM GOLDEN, 2300 MAIN ST., STE. 900, KANSAS CITY, MO 64108 |
| GOLDMAN SACHS | ATTN: RON TARANTINO, 85 BROAD STREET, NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: BRIAN KELLY, 85 BROAD ST., NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: HOWARD ALTARESCU, 85 BROAD ST., NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: JULIA BALDT, 85 BROAD ST., NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: RONNET GLEZER, 85 BROAD ST., NEW YORK, NY 10004 |
| GREATER MORTGAGE CORP | ATTN: NAGGI ANEHIN, 17 SQUADRON BLVD., STE. 316, NEW CITY, NY 10956 |
| GREENBERG TRAURIG, LLP | ATTN: DAVID Y. WOLNERMAN, 200 PARK AVENUE, NEW YORK, NY 10166 |
| GRP FINC'L SVCS (SALLIE MAE) | ATTN: CLIFF KAHAN, 445 HAMILTON AVENUE, 8TH FLOOR, WHITE PLAINS, NY 10601 |
| HOME SERVICING LLC | ATTN: ROSS HURT, 10525 N. OAK HILLS PARKWAY, BATON ROUGE, LA 70810 |
| HOMESTREET BANK | ATTN: JEFF TODHUNTER, 2000 TWO UNION SQUARE, SEATTLE, WA 98101 |
| HSBC | ATTN: DAN WILDE, 452 FIFTH AVE., 25TH FL, NEW YORK, NY 10018 |
| HSBC | ATTN: ROBERT GRECO, 452 FIFTH AVE., 25TH FL, NEW YORK, NY 10018 |
| HSBC BANK USA | ATTN: EDWARD J. BAKER, 2929 WALDEN AVE, DEPEW, NY 14043 |
| ICAP | ATTN: MICHAEL D. FEENEY, 1100 HARBOR SIDE FINANCIAL CNTR, PLZ 5, 12TH FL, JERSEY CITY, NJ 07311 |
| IMPAC | ATTN: DIANE KEANE, 19500 JAMBOREE RD., IRVINE, CA 92612 |
| IMPAC | ATTN: TONI ADAMS, 19500 JAMBOREE RD., IRVINE, CA 92612 |
| INDYMAC | ATTN: ROGER MCMILLAN, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: ADAM CHENG, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: ALEXANDER THAI, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: ANDREW ROSS, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: CHAU NGUYEN, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: LINDA BOUR, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: MARTY RICHARDSON, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: JOSEPH V. FIERRO, 1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| INDYMAC BANK | ATTN: STEVEN B. SCHNALL, 1301 AVENUE OF THE AMERICAS 7TH FLOOR, NEW YORK, NY 10019 |
| INDYMAC BANK | ATTN: DAN HOPPES, 888 E. WALNUT ST., PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: JIM FRASER, 888 E. WALNUT ST, PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: ROGER MCMILLIAN, 3300 E. GUASTI ROAD, ONTARIO, CA 91761 |
| INSOURCE FINANCIAL SERVICES | ATTN: DIANE LADUCA, 1160 E. JERICHO TURNPIKE, SUITE 217, HUNTINGTON, NY 11743 |
| JAYMES FINANCIAL, INC. | ATTN: RON DAHLKE, 13069 ST. ANDREWS COURT, WOODBRIDGE, VA 22192 |
| JEC FAMILY LP | ATTN: JIM COHEN, 5389 S. KIRKMAN RD., STE. 206, ORLANDO, FL 32819 |
| JP MORGAN | ATTN: TANYA DOOLEY, 270 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10017 |
| JP MORGAN | ATTN: DONALD MAYSZAK, 270 PARK AVE, NEW YORK, NY 10017 |
| JP MORGAN | ATTN: TOM TOMEO, 270 PARK AVE, NEW YORK, NY 10017 |
| JP MORGAN (FIXED INCOME DEPARTMENT) | ATTN: ROBERT R. DURDEN, 383 MADISON AVENUE, NEW YORK, NY 10179 |
| JP MORGAN CHASE | ATTN: WILLIAM C. BUELL, 270 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10017 |
| JP MORGAN CHASE | ATTN: TODD R. CASSAN, 270 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10017 |
| JP MORGAN CHASE | ATTN: AMY C. MARCUSSEN, 6465 S. GREENWOOD PLAZA BLVD. STE 900, CENTENNIAL, CO 80111 |
| KEYBANK REAL ESTATE CAPITAL | ATTN: KEVIN ALEXANDER, 4900 TIEDMAN RD., CLEVELAND, OH 44144 |
| KONDAUR CAPITAL CORPORATION | ATTN: JON R. DAURIO, ESQ, 2677 NORTH MAIN STREET, SUITE 550, SANTA ANA, CA |

| Claim Name | Address Information |
|---|---|
| KONDAUR CAPITAL CORPORATION | 92705 |
| LAWRENCE MARAN | ATTN: LAWRENCE MARAN, 205 WEST 89TH STREET, NEW YORK, NY 10024 |
| LEHMAN | ATTN: MARK HITTNER, 745 7TH AVENUE, NEW YORK, NY 10019 |
| LEHMAN | ATTN: MIKE PETRUCELLI, 745 SEVENTH AVE., NEW YORK, NY 10019 |
| LEHMAN | ATTN: TOM LUGLIO, 745 SEVENTH AVE., NEW YORK, NY 10019 |
| LEHMAN | ATTN: RICHARD M. DALESSIO, 745 7TH AVENUE, NEW YORK, NY 10019 |
| M AND T BANK | ATTN: TOD EDWARDS, 2270 ERIN COURT, LANCASTER, PA 17601 |
| MAR GROUP | ATTN: DAVID BRECHER, 2607 NOSTRAND AVE, BROOKLYN, NY 11210 |
| MARATHON | ATTN: MICHAEL O'HANLON, 461 FIFTH AVE., 10TH FL, NEW YORK, NY 10017 |
| MARATHON ASSET MANAGEMENT | ATTN: JORDAN M. EPSTEIN, 461 FIFTH AVENUE, 14TH FLOOR, NEW YORK, NY 10017 |
| MCM CAPITAL | ATTN: LAURA GEORGE, 4905 DEL RAY AVENUE SUITE 401, BETHESDA, MD 20814 |
| MERRILL LYNCH | ATTN: TYLER GARROW, 4 WORLD FINANCIAL CENTER, NEW YORK, NY 10080 |
| MHR FUND | ATTN: MARK ROSENBERG, 40 WEST 57TH STREET, THIRTY-THIRD FLOOR, NEW YORK, NY 10019 |
| MIDAS FINANCIAL GROUP | ATTN: PAUL SLAZAS, 9265 GOLDEN GATE AVE., ORANGEVAIL, CA 95662 |
| MORGAN STANLEY | ATTN: VAN CUSHNY, 1585 BROADWAY, FLOOR 02, NEW YORK, NY 10036 |
| MORGAN STANLEY | ATTN: ALVIN SARABANCHONG, 1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY | ATTN: DANIELLE HYDE, 1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY CREDIT CORP. | ATTN: KIMBERLY FINKEL, 2500 LAKE COOK ROAD, BLDG 2-GL, RIVERWOODS, IL 60015 |
| MORGAN STANLEY CREDIT CORP. | ATTN: RANDY BOYD, 2500 LAKE COOK RD. BLDG 2-GL, RIVERWOODS, IL 60015 |
| MOUNTAINVIEW | ATTN: BRANDON WATTS, 6320 CANOGA AVE, SUITE 1511, CANOGA PARK, CA 91367 |
| MOUNTAINVIEW CAPITAL | ATTN: CHRIS ROOKER, 700 17TH ST., SUITE 1000, DENVER, CO 80202 |
| NATIONAL ASSET DIRECT | ATTN: RAY SCHALK, 13500 EVENING CREEK DR. NORTH, SUITE 120, SAN DIEGO, CA 92129 |
| NATIONAL ASSET DIRECT, INC | CAPITAL MARKETS, ATTN: LOUIS A. AMAYA, 8429 CORTE FRAGATA, SAN DIEGO, CA 92129 |
| NATIONAL ASSOCIATION OF | RESIDENTIAL CONSTRUCTION LENDERS, ATTN: RICK NIRK, 5445 DTC PARKWAY P-4, GREENWOOD VILLAGE, CO 80111 |
| NATIONAL CITY MORTGAGE | ATTN: ANDREW MCRILL, 1900 EAST NINTH ST., CLEVELAND, OH 44114 |
| NATIONAL CITY MORTGAGE | ATTN: MARY RIGBY, 1900 EAST NINTH ST., CLEVELAND, OH 44114 |
| NATIONAL CITY MORTGAGE COMPANY | ATTN: THEODORE TOZER, 3232 NEWMARK DR., MIAMISBURG, OH 45342 |
| NAUTILUS CAPITAL | ATTN: JEFF WARD, 211 EAST BUTLER RD, STE. A-1, MAULDIN, SC 29662 |
| NELLIS CORP. | ATTN: SUZANNE BAGHERI, 6001 MONTROSE RD #600, ROCKVILLE, MD 80852 |
| NEW SOUTH FEDERAL SAVINGS BANK | ATTN: DAVID MEWBOURNE, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 |
| NOMURA GROUP | ATTN: SUSAN BECKA, 2 WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| OCWEN FINANCIAL CORPORATION | ATTN: RODNEY MOSS, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409 |
| ORIX | ATTN: VIVIAN GU, 1717 MAIN ST., STE. 900, DALLAS, TX 75201 |
| PATRIOT NATIONAL BANK | ATTN: MARCUS N. ZAVATTARO, 1177 SUMMER STREET, 2ND FLOOR, STAMFORD, CT 06975 |
| PLANET FINANCIAL GROUP | ATTN: PETER CROUCHLEY, 55 HILTON AVENUE, GARDEN CITY, NY 11530 |
| POPULAR MORTGAGE SERVICING, INC. | ATTN: JOHN CESARONE, 121 WOODCREST ROAD, CHERRY HILL, NJ 08003 |
| PREFERRED ASSET MANAGEMENT | ATTN: BRIAN SAFIAN, 572 PEACH ST. PARKWAY STE. 102, CUMMING, GA 30041 |
| PREFERRED PORTFOLIO | ATTN: BOB LEE, 100 WEST ROAD STE. 300, TOWSON, MD 21204 |
| PULTE MORTGAGE, LLC | ATTN: JEFF S. MORAN, 7475 S. JOLIET ST., ENGLEWOOD, CO 80112 |
| PYLON PROPERTY GROUP | ATTN: ARCHANA SIVADASAN, 7 EAST 75TH STREET, 4THŸ FLOOR, NEW YORK, NY 10021 |
| RANIERI PARTNERS | ATTN: ANTHONY BESHARA, 590 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| RBS GREENWICH CAPITAL | ATTN: JAY LEVINE, 600 STEAMBOAT RD., GREENWICH, CT 06830 |
| RBS GREENWICH CAPITAL | ATTN: JOHAN EVELAND, 600 STEAMBOAT RD., GREENWICH, CT 06830 |
| RBS GREENWICH CAPITAL | ATTN: JOHN ANDERSON, 600 STEAMBOAT RD., GREENWICH, CT 06830 |
| REGIONS BANK | ATTN: WENDELL BURKES, 400 EMBASSY ROW, STE 210, ATLANTA, GA 30328 |
| REPUBLIC MORTGAGE HOME LOANS | ATTN: CARLYLE KNUDSEN, 4516 S. 700 E. #300, SALT LAKE CITY, UT 84107 |
| REPUBLIC MORTGAGE HOME LOANS | ATTN: SCOTT LEISHMAN, 4516 S. 700 E. #300, SALT LAKE CITY, UT 84107 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS | ATTN: DARREN HADLOCK, 7 TIMES SQUARE, SUITE 2106, NEW YORK, NY 10036 |
| RESIDENTIAL MORTGAGE SOLUTIONS | ATTN: JACK LEVI, 2800 28TH ST., STE. 102, SANTA MONICA, CA 90405 |
| RESOLUTION CAPITAL ADVISORS | ATTN: JAMES CISNEROS, 1749 REGAL ROW, SUITE 120, DALLAS, TX 75234 |
| RESOLUTION CAPITAL ADVISORS | ATTN: ERIC GREEN, 1750 REGAL ROW, SUITE 120, DALLAS, TX 75235 |
| RLJ ENTERPRISES | ATTN: MARK STAMM, 1050 CONNECTICUT AVE. NW, 4TH FL, WASHINGTON, DC 20036 |
| ROOSEVELT MANAGEMENT COMPANY | ATTN: PETE BARKEY, 1540 BROADWAY, 1606, NEW YORK, NY 10036 |
| SANTA CLARA VALLEY BANK | ATTN: CHARLES ELLIOTT, 901 E. MAIN STREET, SANTA PAULA, CA 93060 |
| SBC GLOBAL | ATTN: JUNE YI, 5364 WALDO PLACE, LOS ANGELES, CA 90041 |
| SBC GLOBAL | ATTN: MARTY RICHARDSON, 5364 WALDO PLACE, LOS ANGELES, CA 90041 |
| SECURED ASSET MANAGEMENT LLC | ATTN: LARRY CLINE, 182 W. ALLENDALE AVE, ALLENDALE, NJ 07401 |
| SELENE FINANCE | ATTN: BILL BELL, 9990 RICHMOND AVE STE 100, HOUSTON, TX 77042 |
| SGI CONSTRUCTION MANAGEMENT | ATTN: KARIM NASSAB, 199 S. HUDSON AVE., PASADENA, CA 91101 |
| SHERMAN | ATTN: MASON POPE, 200 MEETING ST. STE. 206, CHARLSTON, SC 29401 |
| SIGNATURE BANK | ATTN: DEBRA EANNEL, 565 FIFTH AVE., NEW YORK, NY 10017 |
| SILVERSTONE INVESTMENT GROUP, INC. | ATTN: AMIR FATHI, 23679 CALABASAS RD., STE. 777, CALABASAS, CA 91302 |
| SIMIO & JONES LAW | ATTN: WILL JONES, 13 BADGER DR., LIVINGSTON, NJ 07039 |
| SKADDEN | ATTN: RAY NAGUIAT, 300 SOUTH GRAND AVENUE, SUITE 3500, LOS ANGELES, CA 90071 |
| SN CAPITAL MARKETS | ATTN: ROD SCHUTLER, 700 17TH ST., SUITE 1000, DENVER, CO 80202 |
| SN SERVICING CORP | ATTN: DAVID POLLIO, 402 AMHERST STREET, SUITE 402, NASHUA, NH 03063 |
| SN SERVICING CORP | ATTN: JIM LANAGAN, 323 5TH ST., EUREKA, CA 95501 |
| SOUTHPAW ASSET MANAGEMENT LP | ATTN: CHRISTOPHER CHAICE, 4 GREENWICH OFFICE PARK, GREENWICH, CT 06831 |
| SOVERIGN BANCORP, INC. | ATTN: BRENDAN DUGAN, 1500 MARKET STREET, PHILADELPHIA, PA 19102 |
| STEEL MOUNTAIN | ATTN: REED GILLIS, 3910 S. WADSWORTH BLVD., STE. 150, LAKEWOOD, CO 80227 |
| STONE PIGMAN WALTHER WITTMAN LLC | ATTN: JOSEPH L. CAVERLY, 546 CARONDELET STREET, NEW ORLEANS, LA 70130-3588 |
| STRATEGIC VALUE PARTNERS, LLC | ATTN: PIERRE CHUNG, 80 FIELD POINT ROAD, GREENWICH, CT 06830 |
| STREAMLINE CONSULTING | ATTN: PAUL J. FIUMARNO, 37212 MERIDIAN AVENUE, DADE COUNTY, FL 33525 |
| SUMMIT INVESTMENT MANAGEMENT | ATTN: HEATHER OLSON, 1700 LINCOLN STREET, SUITE 2150, DENVER, CO 80203 |
| SUMMIT INVESTMENT MANAGEMENT | ATTN: LARRY GRANTHAM, 1700 LINCOLN STREET, SUITE 2150, DENVER, CO 80203 |
| SUNTRUST MORTGAGE INC. | ATTN: ANTHONY TUCK REED, 901 SEMMES AVENUE, RICHMOND, VA 23224 |
| SYNOVUS MORTGAGE CORP. | ATTN: MICHAEL L. PADALINO, 2204 LAKESHORE DR. STE 325, BIRMINGHAM, AL 35209 |
| TAYLOR, BEAN & WHITAKER | ATTN: LEE FARKAS, 101 NE 2 STREET, OCALA, FL 34470 |
| THE SEAPORT GROUP | ATTN: EVAN KESTENBERG, 1560 LENOX AVE, SUITE 301, MIAMI BEACH, FL 33139 |
| TIERONE BANK | ATTN: DAVID HARTMAN, 2625 140TH STREET, OMAHA, NE 68144 |
| TOWNEBANK | ATTN: WAYNE HUMPHREYS, 1312 GREENBRIER PARKWAY, CHESAPEAKE, VA 23320 |
| U.S. BANK HOME MORTGAGE | ATTN: RICHARD A. ANESHANSEL, 1550 AMERICAN BLVD. E STE. 880, BLOOMINGTON, MN 55425 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: EDWIN D. JENKINS, 800 NICOLLET MALL, MINNEAPOLIS, MN 55402 |
| UBS | ATTN: RICK ANTONOFF, 1540 BROADWAY, NEW YORK, NY 10036 |
| UBS | ATTN: PAM WALPOLE, 299 PARK AVE., NEW YORK, NY 10171 |
| UBS | ATTN: CHRISTINE TURNER, 299 PARK AVE., NEW YORK, NY 10171 |
| UBS | ATTN: NEIL DOOLAN, 299 PARK AVE., NEW YORK, NY 10171 |
| VARDE PARTNERS | ATTN: SEAN HUNDTOFFE, 8500 NORMANDALE LAKE BLVD. SUITE 1570, MINNEAPOLIS, MN 55437 |
| VISIONARY FUNDING | ATTN: JEFF JOHNSON, 3535 PEACHTREE RD., STE. 520 - 125, ATLANTA, GA 30326 |
| WASHINGTON FEDERAL | ATTN: JACK JACOBS, 425 PIKE STREET, SEATTLE, WA 98101 |
| WASHINGTON MUTUAL | ATTN: CARL SAXE, 1301 3RD AVE, SEATTLE, WA 98101 |
| WCRSI, LLC | ATTN: BRUCE HASKINS, 17011 BEACH BLVD. #300, HUNTINGTON BEACH, CA 92647 |
| WELLS FARGO | ATTN: JOSH BALES, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| WELLS FARGO | ATTN: STACEY KRIEG, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| WELLS FARGO | ATTN: STEVEN DAY, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| WELLS FARGO | ATTN: TIMOTHY ANDREW, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| WELLS FARGO HOME MORTGAGE | ATTN: MIKE CHAPELLE, 2701 WELLS FARGO WAY, MAC X9901-08T, MINNEAPOLIS, MN 55467 |
| WELLS FARGO HOME MORTGAGE | ATTN: GLENN MCCABE, 2701 WELLS FARGO WAY, MAC: X9901-08T, MINNEAPOLIS, MN 55647 |
| WELLS FARGO HOME MORTGAGE | ATTN: JOHN SWAY, 4475 EXECUTIVE DRIVE, 2ND FLOOR, SAN DIEGO, CA 92121 |
| WEST PARTNERS, LLC | ATTN: CHAD SANDSTEDT, 6005 HIDDEN VALLEY RD., STE. 290, CARLSBAD, CA 92011 |
| WEXFORD CAPITAL LLC | ATTN: MAGGIE ZHANG, 411 WEST PUTNAM AVENUE, GREENWICH, CT 06830 |
| WINTER GROUP | ATTN: RICH WINTER, 45 ROCKEFELLER PLAZA, SUITE 420, NEW YORK, NY 10111 |

**Total Creditor Count 241**