**Richard W. Horvath**
**550 S. Crismon Rd.**
**Mesa, AZ. 85208**
**480-292-7582**
Email rhorvath2@cox.net



**August 20, 2008**

**The Hon. Judge C. S. Sontchi**
**United States Bankruptcy Court**
**District of Delaware**

### RE; Richard Horvath vs American Home Mortgage

On October 1, 2007 I appeared before you requesting a Lift of the Automatic Stay, so that I could continue my Federal Law suit in Phoenix. You denied my request to lift the stay, but in lieu of lifting the stay, you accepted my Federal Law Suit as "Proof of Claim" in your court.

In my request for a lift of the automatic stay, and in open court I told you my health was suffering because of the horrific stress placed on me by American Home Mortgage (hereinafter AHM), and that the horrific acts of AHM were on going.

Although I knew I could appeal your decision, I decided not to for several reasons. First, the impact on my health would be horrific with the additional stress of filing an appeal and fighting in court against the objections of AHM attorneys who would fight to have the appeal denied. Second, after my court appearance, the derogatory information on my credit reports was removed.

Thirdly, you advised me that my loan had been sold, and I believed it would be only a matter of time before the new owners of my loan would take it over, and my dealings with AHM would finally be over. Lastly, based on your ruling I was under the mind set that my claim would be equal to all others, and not dismissed as an unsecured claim.

Unfortunately, the new owners of my mortgage have apparently contracted with AHMS to service my mortgage account. THE NIGHTMARE CONTINUES!!!!!!!!

In May, the fear I had expressed in your court become a reality. I told you I was fearful that I would receive a bill for arrears taxes that I could not afford, due to the fact AHM was not paying the proper taxes on my property. This was because they did not file the affidavit of affixture for my home in a timely manner.

When they lowered my mortgage payments last year from $505.72 to $ 448.48, I continued sending the $505.72 marking the payment stub and some of my checks that the $56.24 was for "ESCROW". Apparently, they put some of this money into principal instead of escrow as I had instructed them to do. As an example, please see  Exhibit #1, my check # 3249 dated December 2, 2007 showing $77.24 "escrow", and Exhibit # 2 showing they applied the $77.24 as additional principal instead.

They sent me an Annual Escrow Account Disclosure Statement (Exhibit #3) showing I had a $556.58 shortage in my escrow account. On June 3, 2008, I called AHM and told them this was because of their error, and that they should absorb this amount, and not expect me to pay it. They refused! During my conversation with AHM, they told me they were out of bankruptcy as of April 10, 2008.

Included with the Annual Escrow Account Disclosure Statement was an Escrow Shortage Remittance Form (Exhibit # 4) which shows that if I paid the $556.58 my new mortgage payment would be $ 497.14. Since I had already paid my June 2008 payment I decided I would pay it with my July 1, 2008 payment

On July 1, 2008 I sent AHM my check # 3229 for $ 556.58 (Exhibit 5) and check # 3228 (Exhibit 6) for $497.14, <u>as per their instructions</u>, along with the Escrow Shortage Remittance Form (Exhibit # 4)  I sent both checks and the Escrow Shortage Remittance Form Certified Mail, Return Receipt (Exhibit #7). I also included my letter dated July 1, 2008 (Exhibit # 8). I wrote this obnoxious letter out of frustration, and hopeful that they would read it and for once do something right. However, if your read the last paragraph of my letter, you will see I doubted they would get it right, and I was right.

On <u>July 22, 2008</u> I received a recorded message from AHM stating that to avoid further collection activity I must pay my July 1st mortgage payment immediately. This message was left on my phone answering machine in violation of Fair Debt Collection Practices Act 15 U.S.C. s/s 1692 s/s 805, Communication in Connection with a Debt.

Because AHM has no idea or control over who has access to my phone answering machine, they are in violation of third party disclosure rule by leaving a message stating "to avoid further collection activity". Since my mortgage was sold by the Bankruptcy Court, AHM is now collecting my mortgage as a third party collector, and they are bound by the FDCPA,

I called the number left on the answering machine and spoke to Abhishek who insisted I owed the mortgage payment. Ultimately, he transferred me to Kevin who told me I owed $ 46.38 on my account. I told him I paid everything I was suppose to according to their written instructions. He told me I only paid $497.14 instead of the $543.52 which was my mortgage payment. I finally got through to him that I paid the escrow shortage and that my mortgage payment was $ 497.14.

After checking his records, he told me the $ 556.58 I sent in for escrow was placed into a holding account and not applied to my mortgage. He went on to say he would apply the funds right away so there would be no further collection calls.

<u>July 23, 2008</u> 11:11 AM, I received a collection call from Neil who wanted me to pay the $46.38 he claimed I owed. He told me I needed to pay it to avoid having my account reported to the credit bureaus as late. He was very demanding, and it took a while for me to get him to understand I did not owe the money. He told me Kevin had not taken the funds out of the holding account, but that he would.

July 29, 2008 9:05 AM I received a collection call from Chetan who was very insistent that I pay the $ 46.38 or my bureaus would be marked 30 days late. When he finally read the notes, he said there was no notation on my account that I did not owe the money. He would not listen to me and I gave up trying to convince him that I did not owe the money. The call ended with him threatening to mark my credit bureaus late.

July 30, 2008 I received a letter dated July 23, 2008 (Exhibit #9) stating "should the loan become 31 days delinquent, in accordance with applicable state and federal law, a Notice of Intent to Foreclose may be issued. It is, and has been my contention that AHM wants to steal my home.

July 31, 2008 8:16 AM I receive a call from Renee who would not spell her name for me. She was demanding I pay the $46.38 to bring my account up to date. As I was explaining what had transpired over the last couple of weeks, she rudely hung up the phone and I wasn't aware of this until I got a dial tone as I was speaking

5:09 PM A message was left on my phone answering machine to call 1-800-295-6741 and pin number 880308. I called and chose option 3 (I already paid) and the recorded message said my July payment was due immediately to avoid further action.

August 1, 2008 3:58 PM I received an automated call from 11-877-304-3100 telling me to call them immediately! I did not call.

August 9, 2008 Received Annual Escrow Analysis Statement (Exhibit # 10) showing my escrow account <u>*now has an overage of $ 46.39.*</u> It shows effective August 1, 2008 my mortgage payment will be $473.95. How can this be????????

August 11, 2008 Received Monthly Billing Statement (Exhibit # 11)dated 08/01/08 showing payment due date as August 1, 2008 for $ 543.52. It also shows they received my payment on 08/01/08 for $497.14. On this statement they are showing my July 1st payment was received by them on July 8th, and they have it marked as Misc. It appears that after August 16, 2008 they are going to be trying to collect my August payment because they have not properly applied my July mortgage payment.

Since the very first day AHM had my loan and up to the moment you are reading this, AHM has not done one thing right on my account. It is almost three years now that I have been under a tremendous amount of stress caused by the horrific abuse I have received from AHM.

The atrocities of American Home Mortgage have caused me great bodily injury, just as I had feared. This was mentioned in my Motion for the Lift of the Automatic Stay, and to you in open court.

Upon discovery of the extent to which I have been injured, I must now request that you rescind your previous ruling wherein you denied my request for a Lift of the Automatic Stay.

Based on the evidence I am presenting herein, I am requesting you do the following,

1. Lift the Automatic Stay so I can have my case heard in the United States District Court, Phoenix Arizona.

2. Increase the amount of my claim to Five Million Dollars.

3. Set aside an additional Ten Million Dollars to protect my right to any punitive damages I may be awarded by the District Court.

This request is fair and reasonable since two of the Federal Laws, and the one Arizona Revised Statute violated by AHM each allow for "ACTUAL" damages, and "PUNITIVE": damages as well.

Based on my last blood work done, my kidneys are at about 18% (Exhibit #12). The damages I seek are for any and all medical expenses I will incur for Dialysis and or Kidney transplant, as well as future care needed.

I am submitting Sonora Lab Report dated September 29 2006 (Exhibit # 13), for comparison. I am in the process of gathering other lab tests taken in the last three years so there can be no doubt that the horrific stress placed on me by the continued harassment, gross negligence, and violations of state and federal laws, is responsible for my severely weakened condition.

It would be cruel and inhumane treatment of a victim (me) to allow AHM to continue their attacks upon me unabated. The severe consequences to my health, because of the wrongful, and unnecessary stress of three years must come to an end. AHM cannot be allowed to continue their illegal, incompetent and vile ways with impunity and the protection of your court.

In open court you gave several reasons where you might lift a stay. You said something to the effect that if they were going to tear down a building and evidence would be lost, you would lift the stay.

AHM has been tearing me down physically and emotionally for almost three years. Diabetics, when threatened go into what is described as "Fight or Flight" by the American Diabetes Association. It causes increase in glucose levels, and this in turn can lead to strokes, heart attacks, or the body's shut down of other organs.

Below is a side by side comparison of the two lab works I have presented herein. They were taken less than two years apart. This is compelling evidence and every reason for you to lift the automatic stay

| 9/29/2006 | | | 7/17/2008 - Exhibit #14 | |
|---|---|---|---|---|
| RBC | 4.48 | (Normal) | RBC | 3.32 Low |
| Hematocrit | 42.1 | (Normal) | Hematocrit | 32.6 Low |
| Creatinine Serum | 1,3 | (Normal) | Creatinine Serum | 4.60 High |
| Bun | 23 | (Normal) | Bun | 72 High |
| GFR | 60 | | GFR | 13 Low |

I have had several other Lab works done during the past year and I am in the process of obtaining them as evidence. Because I believe time is of the essence on my claim, I am presenting the two lab reports dated less than two years apart, and within the time frame of my interactions with AHM. The lab reports I am waiting for will show the drastic and sudden failure of my kidneys during this latest period of the horrific acts of AHM.

To allow any further abuse of me by AHM will cause me additional physical harm and possibly death. AHM has had some time now to get their act together, but the evidence shows they are as incompetent now, as they were before.

Bankruptcy protection should never have been afforded them in my case since they were in violation of two, and now three Federal Laws, and one Arizona Revised Stature.

Please allow justice to prevail by lifting the Automatic Stay and allowing me to have my case tried in the United States District Court here in Phoenix Arizona, for the increased amount of Five Million Dollars, and for any punitive damages I may be awarded..

Sincerely

Richard W. Horvath

CC: Young Conway Stargatt & Taylor L.P.
    United States District Court, Phoenix Arizona