**Bank of America**                                    Online Banking

RICHARD : Check Image

Check Image:



EXHIBIT #1

Check shows escrow $77.24
They put toward principal