

**American Home Mortgage Servicing D.I.P.**
P.O. Box 631730
Irving, TX 75063-1730

Customer Care Department 1-877-304-3100

7:00AM - 7:00PM CST Monday through Friday

Website: www.americanhm.com

012304  PI  RE

Richard Horvath
550 S. Crismon Rd
MESA  AZ  85208-2573

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

EXHIBIT #2

Case 07-11047-CSS  Doc 5542-2

## MONTHLY BILLING STATEMENT

| | |
|---|---|
| Statement Date | 12/07/07 |
| Account Number | 1001152277 |
| Due Date | 01/01/08 |

| Item Description | Amount |
|---|---|
| **Balances** | |
| Principal Balance | $62,491.72 |
| Escrow Balance | $174.92 |
| Unpaid Late Charges | |
| Other Unpaid Charges | |
| **Payment Factors** | |
| Principal & Interest Payment | $387.25 |
| Escrow Payment | $61.23 |
| Other | |
| Total Payment | $448.48 |
| **Year-to-Date** | |
| Interest Paid | $3,793.24 |
| Taxes Paid | $595.70 |

Property Address:  550 S. Crismon Rd
Mesa  AZ  85208

### IMPORTANT MESSAGES

American Home Mortgage has now made it easier than ever to make your mortgage payment on our website! Visit www.Americanhm.com to find out how to make on-line payments at your convenience, 24 hours a day.

### TRANSACTIONS SINCE LAST STATEMENT

| Date | Description | Principal | Interest | Escrow | Optional Products | Miscellaneous |
|---|---|---|---|---|---|---|
| 11/21/07 | County Tax | | | $261.10- | | |
| 12/06/07 | Payment | $74.13 | $313.12 | $61.23 | | = 448.48 |
| 12/06/07 | Add. Principal Payment | $57.24 | | | | |

### SPECIAL MESSAGES

# Having money in the bank is, well, Like having money in the bank.

**Freedom Savings Account**

## 5.05% APY* FDIC

When people describe a sure thing, they often say "It's like having money in the bank." And there's a good reason for it. Unlike other investment options, your deposits at American Home Bank are insured by the FDIC up to $100,000. Of course we offer competitive rates - much higher than most bank savings accounts. And you can rest a little easier knowing that your money is earning interest day and night – and that it will be there for you when you need it.

**To open your account, call us toll free at 1-888-AHBANK9 (888-242-2659)**
**OR, visit our website www.AHBank.com**

*APY is accurate as of 11/30/2007 is subject to change, is tiered, and is variable. 5.05% promotional APY is valid for the first 3 months following account opening. After 3 months, interest rate and APY will revert to rates then in effect. As of 11/30/2007, the APY in effect were as follows: $0 - $999.99, 4.00%; $1,000 - $49,999.99, 4.75%; $50,000+, 5.00%. Minimum balance to open an account is $50. Fees may reduce earnings.

Please detach the mortgage payment coupon at perforation below and return with payment.