AMERICAN HOME MORTGAGE SERVICING, INC.
P O BOX 631730
IRVING TX 75063-1730

1-877-304-3100

EXHIBIT #3

3595                                          Page 1 of 1

Richard William Horvath                       Your Loan Number: 1001152277
550 S. Crismon Rd
MESA AZ 85213                                 Date: 05/23/08

## Annual Escrow Account Disclosure Statement – Projections

Please review this statement closely – Your mortgage payment may be affected. This statement tells you of any changes in your mortgage payment, any surplus refunds, or any shortage or deficiency that you must pay. It also shows you the anticipated escrow activity for your escrow cycle beginning July,2008 and ending June,2009.

### Anticipated Payments From Escrow

| | |
|---|---|
| HAZARD INS | 458.00 |
| COUNTY TAX | 860.66 |
| TOTAL | 1,318.66 |
| Periodic Payment to Escrow | 109.89  (1/12 of "Total from Escrow") |

### Anticipated Escrow Activity – July,2008 through June,2009

| Month | Anticipated Payments to Escrow | Payments from Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required | |
|---|---|---|---|---|---|---|
|  |  | Actual starting balance ==> | | 111.97 | 668.55 | |
| Jul,08 | 109.89 | 0.00 | | 221.86 | 778.44 | |
| Aug,08 | 109.89 | 0.00 | | 331.75 | 888.33 | |
| Sep,08 | 109.89 | 458.00 | HAZARD INS | 16.36- | 540.22 | |
| Oct,08 | 109.89 | 169.23 | COUNTY TAX | 336.80-ALP | 219.78 | RLP |
|  |  | 261.10 | COUNTY TAX | | | |
| Nov,08 | 109.89 | 0.00 | | 226.91- | 329.67 | |
| Dec,08 | 109.89 | 0.00 | | 117.02- | 439.56 | |
| Jan,09 | 109.89 | 0.00 | | 7.13- | 549.45 | |
| Feb,09 | 109.89 | 0.00 | | 102.76 | 659.34 | |
| Mar,09 | 109.89 | 0.00 | | 212.65 | 769.23 | |
| Apr,09 | 109.89 | 169.23 | COUNTY TAX | 107.79- | 448.79 | |
|  |  | 261.10 | COUNTY TAX | | | |
| May,09 | 109.89 | 0.00 | | 2.10 | 558.68 | |
| Jun,09 | 109.89 | 0.00 | | 111.99 | 668.57 | |

### Determining Your Required Escrow Balance

If the Anticipated Low Point balance (ALP) is
less than the Required Low Point balance (RLP),
then you have an escrow shortage....          Your escrow shortage is....    556.58

### Calculations of Your New Payment Amount

| | |
|---|---|
| P&I | 387.25 * |
| ESCROW | 109.89 |
| DISCRETIONARY | 0.00 |
| SHORTAGE SPREAD | 46.38 |

Borrower payment starting with the payment due 07/01/08 ==>         543.52

* If your loan is an adjustable rate mortgage, the principal & interest portion of
  your payment may change within this cycle in accordance with your loan documents.

Note: Your escrow balance may contain a cushion. A cushion is an amount of money
      held in your escrow account to prevent your escrow balance from being overdrawn
      when increases in the disbursements occur. Federal law authorizes a maximum
      escrow cushion not to exceed 1/6th of the total annual anticipated escrow
      disbursements made during the above cycle. Your loan documents or state law
      may require a lesser cushion. When your escrow balance reaches its lowest point
      during the above cycle, that balance is targeted to be your cushion amount.
      Your escrow cushion for this cycle is $219.78.

(See Reverse Side)