**Escrow Shortage Remittance Form**

Your escrow shortage has been spread over 12 months. If you wish to pay your shortgage in full and reduce your payment, please return this form with your check or money order. To have your bill reflect the reduced payment we must receive your shortage payment 15 days before the new payment effective date shown on your escrow analysis.

Please mail to:

                    American Home Mortgage Servicing
                       Attention: Cash Management
                            P.O. Box 660029
                            Dallas, TX  75266-0029

Account Number: 1001152277                    Customer Name: Richard William Horvath

Shortage Amount Enclosed: $556.58          New Payment (after shortage paid): $497.14

*EXHIBIT # 4*