**Bank of America**                                      Online Banking

EXHIBIT
#5

**RICHARD : Check Image**

Check Image:

```
RICHARD W. HORVATH  5-93            CO30958409    3229
SHARON M. HORVATH                                 91-170/1221
550 S. CRISMON RD.
MESA, AZ 85208-2573                 JULY  1, 20 08
480-292-7582

Pay to the
Order of  AMERICAN  HOME  MORTGAGE    $ 556.58

FIVE HUNDRED FIFTY SIX AND 58/100 --------- Dollars

BANK OF AMERICA - ARIZONA
LOAN 100115 2277                           THE LONE STAR STATE
For ESCROW SHORTAGE PMT ATTACHED    [signature]

⑈122101706⑈  004650923944⑈  3229  ⑈00000055658⑈
```

```
JP MORGAN CHASE BANK, NA
FORT WORTH, TX  07092933
0730356546

FOR DEPOSIT ONLY
AMERICAN HOME MORTGAGE
SERVICING INC.
LOCKBOX ACCOUNT
8887370865
```