# Bank of America

Online Banking

**RICHARD : Check Image**

Check Image:

EXHIBIT #6

---

RICHARD W. HORVATH  5/93
SHARON M. HORVATH
550 S. CRISMON RD.
MESA, AZ 85208-2573
480-292-7582

3228
91-170/1221

30958409  JULY 1, 2008

Pay to the Order of  AMERICAN HOME MORTGAGE   $ 497.14

FOUR HUNDRED NINETY SEVEN AND 14/100   Dollars

BANK OF AMERICA - ARIZONA

For Loan 1001152277

⑆122101706⑆ 004650923944⑈ 3228  ⑈00000049714⑈

---

JP MORGAN CHASE BANK, NA
FORT WORTH, TX 97082-019

09303/860

FOR DEPOSIT ONLY
AMERICAN HOME MORTGAGE
SERVICING INC.
LOCKBOX ACCOUNT
886737085