**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

DALLAS TX 75266

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Postmark Here 2008 07/01/2008

Sent To: AMERICAN HOME MORTGAGE SERVICING
Street, Apt. No.; or PO Box No.: PO Box 660029
City, State, ZIP+4: Dallas TX 75266-0029

7006 0100 0003 5422 8107

PS Form 3800, June 2002

Exhibit #7

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERICAN HOME MORTGAGE
SERVICING INC
PO BOX 660029
DALLAS, TX 75266-0029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  JUL 04 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0003 5422 8107

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540