Exhibit #8

**Richard W. Horvath**
**550 S. Crismon Rd.**
**Mesa, AZ. 85208**
**480-292-7582**
**Email rhorvath2@cox.net**

**July1, 2008**

**American Home Mortgage**

**RE: Loan 1001152277**

**Sirs or Madam**

 I am attaching two checks to this letter. The first is for my monthly mortgage payment in the amount of $497.14. The second check is for the escrow shortage which I believe you idiots should absorb. Now that you are out of bankruptcy, I am going to file suit against you for breach of contract.

Secondly, my copies of the Maricopa County tax schedule shows the taxes are going down due to the falling property values.  Of course you morons are raising them.

As usual, I spoke with two very nasty people who don't have a clue, and didn't care that you have misdirected my funds when they were sent in.  I do not give you permission to take any of the funds you wrongfully applied to the principal of my loan.

Months ago, you morons wouldn't listen to me that because of <u>your</u> error, you were not paying the right amount of property taxes. Since day one of the loan, you people have lied to me, misrepresented the facts, and injured me.

I have not received any decision from the bankruptcy court regarding my Federal Law Suit against you. I suspect I am being railroaded, and if the decision was against me receiving compensation, I will file an immediate appeal in the Supreme Court that I know I will win.

The cost for you on my appeal and the resulting litigation on my suit against you will be substantial! I will however, file a new suit for the breach of contract, and for other violations which have occurred since you came out of bankruptcy.

The tremendous stress you have caused me has caused me severe body injury. Several months ago I found out my kidneys are operating at only 48%. This happened because of the stress and the effect it has on diabetics like me.

I suspect that you will somehow screw up this payment since you have never done anything right. The instructions are clear! Read them idiots!!!!!

Sincerely

Richard W. Horvath