

P.O. Box 631730
Irving, TX 75063-1730

EXHIBIT #9

July 23, 2008

004246/CC021/647

Richard William Horvath
550 S Crismon Rd
Mesa, AZ 85213-

Re: Loan No. 0030958409

Dear Richard William Horvath :

Your immediate response is required. Your mortgage payment is now more than twenty days delinquent. Should the loan become 31 days delinquent, in accordance with applicable state and federal law, a Notice of Intent to Foreclose may be issued. Additionally, since your credit rating is based on the promptness of your payments, we are required by law to inform you that we may report information about your account to the credit bureaus.

If you have overlooked this month's payment, please remit the payment immediately along with the late charge. If you are experiencing financial difficulty based on the loss of employment or income, illness, or any other situation that is beyond your control, please contact us so that we can help at 877-304-3100 and one of our associates will assist you in discussing payment options. Our office hours are Monday through Friday, 7:00 a.m. to 9:00 p.m. CT, Saturday, 7:00 a.m. to 1:00 p.m. CT,. You can also obtain financial counseling through a HUD approved non-profit counseling agency by calling 800-569-4287.

To view our online payment options, please visit us at www.ahmsi3.com. Click on the "My Mortgage" menu to make your payment online now.

Overnight Payment Address

American Home Mortgage Servicing, Inc.
4600 Regent Blvd. Suite 200
Irving, TX 75063-1730

To wire your payment, visit www.moneygram.com. Please check with MoneyGram for exact fees. Your transaction will require you to include your loan number and the MoneyGram receive code of 4513.

Here are some of the possible solutions that we may be able to offer you.