**AHMSI**
AMERICAN HOME MORTGAGE INC
*Servicing*® at a higher power
P.O. Box 631730
Irving, TX 75063-1730

EXHIBIT # 10

# Annual Escrow Analysis Statement

580

RICHARD WILLIAM HORVATH
550 S CRISMON RD
MESA AZ  85213

**PLEASE NOTE:**

Currently, your escrow account account has an overage of $46.39. For details, see the coupon attached.

Prepared:  AUG 4, 2008     LOAN NUMBER: 0030958409

## Frequently Asked Questions

American Home Mortgage Servicing, Inc. (AHMSI) is providing you with this statement as a detailed analysis of the activity related to your escrow account. Deposits into your escrow account are built into your monthly mortgage payments and those sums are held in reserve for future disbursements for your property taxes and/or insurance.

**Q. Why do escrow deposits change?**
When changes in your taxes and/or insurance occur or your escrow account is short, your escrow deposit will adjust resulting in a new monthly payment.

**Q. How often are escrowed loans analyzed?**
AHMSI analyzes contractually current escrowed loans once every 12 months to determine the appropriate monthly escrow deposit. Additional analysis or payment adjustments may be necessary when significant changes in disbursement amounts of escrowed items occur.

**Q. What does an analysis reveal?**
An analysis determines if adjustments need to be made to the escrow deposit based on escrow disbursements in an upcoming year. If AHMSI has disbursed an amount higher than anticipated for any escrowed item(s), generally a shortage is created and a payment coupon will accompany the analysis. If AHMSI disbursed an amount lower than anticipated for any escrowed item(s), generally an overage is created and a check may accompany the analysis.

**Q. Is a cushion in an escrow account necessary?**
Yes, AHMSI requires a two month escrow cushion, where permitted by state law, to protect against

## YOUR MONTHLY MORTGAGE PAYMENT

| CURRENT MONTHLY MORTGAGE PAYMENT | | MONTHLY MORTGAGE PAYMENT EFFECTIVE 08/01/2008 | |
|---|---|---|---|
| Principal & Interest (P&I) | $387.25 | Principal & Interest (P&I) | $387.25 |
| Escrow Account Deposit | $156.27 | Escrow Account Deposit | $109.90 |
| | | Deficiency/Shortage/Surplus: | $23.20- |
| Total Monthly Payment | $543.52 | New Total Monthly Payment: | $473.95 |
| | | Difference between current payment and new monthly payment: | -69.57. |

### NEW ESCROW DEPOSIT BREAKDOWN

| ESCROW ITEM | ANNUAL EXPENSE | MONTHLY DEPOSIT* |
|---|---|---|
| HAZARD INS | $458.00 | $38.17 |
| COUNTY TAX | $860.66 | $71.72 |
| TOTAL | $1,318.66 | $109.89 |

*The figures in this section are based on a division by twelve to get your monthly total and may be rounded up or down to the nearest penny.

## YOUR ESCROW ACCOUNT PROJECTION

PROJECTED AMOUNT FROM 08/2008 through 07/2009

| MONTH | PAID IN TO ESCROW | PAID OUT FROM ESCROW | DESC. | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | Beginning Escrow Account Balance: | | | 824.82 | 778.43 |
| AUG/08 | 109.90 | | | 934.72 | 888.33 |
| SEP/08 | 109.90 | 458.00 | HAZARD INS. | 586.62 | 540.23 |
| OCT/08 | 109.90 | 169.23 | CNTY TAX (SE | 527.29 | 480.90 |
| OCT/08 | | 261.10 | CNTY TAX (SE | 266.19 | 219.80 |
| NOV/08 | 109.90 | | | 376.09 | 329.70 |
| DEC/08 | 109.90 | | | 485.99 | 439.60 |
| JAN/09 | 109.90 | | | 595.89 | 549.50 |
| FEB/09 | 109.90 | | | 705.79 | 659.40 |
| MAR/09 | 109.90 | | | 815.69 | 769.30 |
| APR/09 | 109.90 | 169.23 | CNTY TAX (SE | 756.36 | 709.97 |
| APR/09 | | 261.10 | CNTY TAX (SE | 495.26 | 448.87 |
| MAY/09 | 109.90 | | | 605.16 | 558.77 |
| JUN/09 | 109.90 | | | 715.06 | 668.67 |
| JUL/09 | 109.90 | | | 824.96 | 778.57 |

## Annual Escrow Analysis Statement - Page 2

Prepared: AUG 4, 2008      LOAN NUMBER: 0030958409

### YOUR ESCROW ACCOUNT HISTORY

Beginning Escrow Account Balance: 111.97

| MONTH | DEPOSITS PROJECTED | DEPOSITS ACTUAL | DISBURSEMENTS HISTORICALLY PROJECTED | DISBURSEMENTS ACTUAL | DESCRIPTION | PROJECTED BALANCE | ACTUAL BALANCE |
|---|---|---|---|---|---|---|---|
| JUL/08 | | 556.58 * | | | | .00 | 668.55 |

**Please note: An asterisk in a column indicates a change from the projected activity. The letter E next to an amount indicates the payment or disbursement has not yet occured.

At American Home Mortgage Servicing, Inc., we appreciate your business and look forward to continuing our successful relationship.

C803455  13870ESSH3

647-E

AHMSI