# AHMSI
**AMERICAN HOME MORTGAGE** INC
*Servicing* at a higher power

P.O. Box 631730
Irving, TX 75063-1730

**Customer Care Department 1-877-304-3100**
7:00AM - 9:00PM CST Monday through Friday
7:00AM - 1:00PM CST Saturday
Website: www.ahmsi3.com

016281/          RE

RICHARD WILLIAM HORVATH
550 S CRISMON RD
MESA  AZ  85208-2573

**Property Address:**   550 S CRISMON RD
                       MESA  AZ  85208

## MONTHLY BILLING STATEMENT

| | |
|---|---|
| **Statement Date** | 08/01/08 |
| **Payment Due Date** | 08/01/08 |
| **Loan Number** | 0030958409 |
| **Item Description** | **Amount** |
| Principal Balance | $61,606.31 |
| Escrow Balance | $824.82 |
| Unpaid Late Charges | $ .00 |
| Interest Rate | 6.000% |
| **Payment Elements** | |
| Principal & Interest | $387.25 |
| Escrow | $156.27 |
| Optional Products | $ .00 |
| Other | $ .00 |
| Total Payment | $543.52 |
| **Year To Date** | |
| Interest | $2,176.02 |
| Taxes | $430.33 |

EXHIBIT #11

### IMPORTANT MESSAGES

AHMSI has converted to a new loan system to service your account better. As a result, your account number has changed. Please reference this new account number on all correspondence with your monthly mortgage payments.

### TRANSACTIONS SINCE LAST STATEMENT

| Date | Description | Principal | Interest | Escrow | Misc. | Late/Other Charges | Total |
|---|---|---|---|---|---|---|---|
| 07/08 | PAYMENT REC'D | | | | $497.14 | | $497.14 |
| 07/08 | PAYMENT REC'D | | | $556.58 | | | $556.58 |
| 08/01 | PAYMENT REC'D | $78.82 | $308.43 | $156.27 | $46.38- | | $497.14 |

### SPECIAL MESSAGES

AHMSI customers have many different options besides mail when it comes to making your monthly payment. Below is a listing of the services that we provide for your convenience. For more information on how to choose a payment option you may visit our website at www.ahmsi3.com or call our Customer Care Department.

## Payment Method Options

| Method | Description | 0-5 Days | 6-10 Days | 11-16 Days | 17+ Days |
|---|---|---|---|---|---|
| ACH | Automatic Withdrawal | Free | Free | N/A | N/A |
| EBPP | WEB | $3.95 | $5.95 | $7.95 | $9.95 |
| Western Union | Self Service | $9.95 | $9.95 | $9.95 | $12.95 |
| Western Union | AGENT | $16.95 | $16.95 | $16.95 | $16.95 |

Please detach the mortgage payment coupon at perforation above and return with payment.



Loan Number:    0030958409