# LabCorp

LabCorp Phoenix
3930 E Watkins Suite 300
Phoenix, AZ 85034-7251

Phone: 602-454-8000

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 219-237-1325-0 | | 61004404501 | 02118830 | 480-924-2288 | 00 |

| Patient Last Name | | | Account Address |
|---|---|---|---|
| HORVATH | | | Specialists Clinic |

| Patient First Name | Patient Middle Name | |
|---|---|---|
| RICHARD | W | 215 S Power Rd Ste 104 |

| Patient SS# | Patient Phone | Total Volume | Mesa AZ 85206 |
|---|---|---|---|
| ***-**-8034 | 480-357-2678 | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 63/08/21 | 11/16/44 | M | Yes |

Additional Information

Patient Address
550 S. CRISMON RD.
Mesa AZ 85208

UPIN: G75388

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 08/06/08 07:23 | 08/06/08 | 08/07/08 08:46ET | MASOOD, S | 1326034810 | |

Tests Ordered

Renal Panel (10); Hematocrit; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Renal Panel (10)** | | | | | |
| Glucose, Serum | 132 | High | mg/dL | 65 - 99 | 01 |
| BUN | 64 | High | mg/dL | 5 - 26 | 01 |
| Creatinine, Serum | 3.50 | High | mg/dL | 0.50 - 1.50 | 01 |
| Glom Filt Rate, Est | 18 | Low | mL/min | 60 - 137 | 01 |
| If African-American | 22 | Low | mL/min | 60 - 137 | |
| Note: Persistent reduction for 3 months or more in an eGFR <60 mL/min/1.73 m2 defines CKD. Patients with eGFR values >/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent proteinuria is present. Additional information may be found at www.kdoqi.org. | | | | | |
| BUN/Creatinine Ratio | 18 | | | 8 - 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 4.4 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 108 | | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 17 | Low | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 8.9 | | mg/dL | 8.5 - 10.6 | 01 |
| Phosphorus, Serum | 4.3 | | mg/dL | 2.5 - 4.5 | 01 |
| Albumin, Serum | 3.7 | | g/dL | 3.6 - 4.8 | 01 |
| **Hematocrit** | | | | | |
| Hematocrit | 30.8 | Low | % | 36.0 - 50.0 | 01 |

| 01 | PD | LabCorp Phoenix | Dir: Frank Ryan, PhD |
|---|---|---|---|
| | | 3930 E Watkins Suite 300, Phoenix, AZ 85034-7251 | |
| | | For inquiries, the physician may contact Branch: 888-522-2677 Lab: 602-454-8000 | |

HORVATH, RICHARD W

FINAL REPORT

219-237-1325-0 | Seq # 0073

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 888-522-2677
©2004-08 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.37