## The VAP Cholesterol Test

| PATIENT NAME: | | PHYSICIAN: | DATE COLLECTED: |
|---|---|---|---|
| HORVATH, RICHARD W | | Lawson, David | 09/29/2006 |
| DATE OF BIRTH: | SEX: | ACCOUNT: | DATE RECEIVED: |
| 11/16/1944 | MALE | Sonora/Quest Laboratories | 10/03/2006 |
| CLIENT NO. | ACCESSION NO | | DATE REPORTED: |
| S66658480 | 4318917 | | 10/04/2006 |

Exhibit #13

### Directly Measured Lipid Panel

| | Actual | Desirable | Risk |
|---|---|---|---|
| Total LDL-Cholesterol - Direct | 104 | <130 mg/dL | ☐ |
| **(Desirable range <100 mg/dL for CHD, Diabetes, or its equivalent)** | | | |
| Total HDL-Cholesterol - Direct | 41 | ≥40 mg/dL | ☐ |
| Total VLDL-Cholesterol - Direct | 58 | <30 mg/dL | ☒ |
| **SUM Total Cholesterol** | 203 | <200 mg/dL | ☒ |
| Triglycerides - Direct | 413 | <150 mg/dL | ☒ |
| Total Non-HDL Cholesterol (LDL+VLDL) | 162 | <160 mg/dL | ☒ |

*discuss next visit*  
*10/9/06*

### For Clinical Judgment in Setting LDL-C Goal

| | Actual | Desirable | Risk |
|---|---|---|---|
| Lp(a) Cholesterol | 4.0 | <10 mg/dL | ☐ |
| IDL Cholesterol | 20 | <20 mg/dL | ☒ |
| LDL-R(Real)-C | 80 | <100 mg/dL | ☐ |
| **SUM Total LDL-C** | 104 | <130 mg/dL | ☐ |
| Real-LDL Size Pattern (Pattern B Small, Dense LDL — Pattern A/B — Pattern A Large, Buoyant LDL) | A | A | ☐ |
| Remnant Lipoproteins (IDL + VLDL3) | 42 | <30 mg/dL | ☒ |

▶ ▶ ▶ ▶ Due to the presence of additional risk factors, consider lowering LDL-C goal

### Consider Insulin Resistance/Metabolic Syndrome

| | Risk |
|---|---|
| Constellation of Lipid Risk Factors (small dense LDL, elevated TG, low HDL) | ☐ |

### Sub-Class Information

| | Actual | Desirable | Risk |
|---|---|---|---|
| HDL-2 (Large, Buoyant; most protective) | 13 | >10 mg/dL | ☐ |
| HDL-3 (Small, Dense; least protective) | 28 | >30 mg/dL | ☒ |
| VLDL-3 (Small Remnant) | 22 | <10 mg/dL | ☒ |

**For Lab Use Only: Subspecies Real-LDL (Cholesterol concentrations in mg/dL)**

| LDL 4 | LDL 3 | | LDL 2 | LDL 1 |
|---|---|---|---|---|
| 3.8 | Pattern B 38.5 | | 22.5 Pattern A | 14.9 |

Atherotech, Inc.  
201 London Parkway  
Birmingham, AL 35211

Phone: (877) 901-8510  
Fax: (205) 314-7403  
Lab Director: Dr. Kris Kulkarni

www.thevaptest.com  
© 2004 Atherotech

```
AGE: 1    LABORATORY REPORT           IH1020                                    Sonora Quest
307       LAWSON FAMILY MEDICINE                                                Laboratories
          215 S. POWER RD.
          SUITE #202                    Collected Date    Received Date         Collection Time
          MESA, AZ 85206                09/29/2006        09/29/2006  2128      1525
                                        Reported Date    Other I.D.             Fasting
ISITION NO.    PHYSICIAN                10/04/2006       HORVATH,RICHARD        N
73070001890    LAWSON,DAVID G
NT                                DOB              AGE    SEX    PATIENT ID     ACCESSION NO.
ORVATH,RICHARD W                  11/16/1944       61     M                     S66658480
    REQUESTS              RESULTS      OUT OF RANGE RESULTS    REFERENCE RANGE   UNITS       FN
```

tient Home Phone: 480-292-7582
URGPATHY

                    * Previously Reported on: 10/04/2006 @ 1:23PM *
PATIENT NON-FASTING

VAP(TM) [VERTICAL AUTO-PROFILE]                                                              PAZ

   Vertical Auto-Profile (VAP) testing has been forwarded to Atherotech..
   Results are sent to your office directly from Atherotech.  Please
   contact Atherotech at 1-800-719-9807 regarding any technical and
   reporting issues.  Sonora Quest Laboratories archives results upon
   receipt from Atherotech.  For copies of results please call Sonora
   Quest Laboratories' Client Services Department.


BC W/DIFF,W/PLT                                                                              *PAZ
WBC                           5.7                          4.0-11.0        k/mm3
RBC                           4.48                         4.30-6.00       m/mm3
HEMOGLOBIN                    14.8                         13.0-18.0       g/dL
HEMATOCRIT                    42.1                         40.0-53.0       %
MCV                           94                           78-100          fL
MCH                           33.0                         27.0-34.0       pg
MCHC                          35.1                         31.0-37.0       g/dL
RDW                           13.3                         11.5-14.5       %
PLATELET COUNT                           125 L             130-450         k/mm3
MPV                           8.5                          7.5-11.5        fL
SEGMENTED NEUTROPHILS         66                           40-85           %
LYMPHOCYTES                   22                           10-45           %
MONOCYTES                     9                            3-15            %
EOSINOPHILS                   3                            0-7             %
BASOPHILS                     0                            0-2             %
ABSOLUTE NEUTROPHIL           3.8                          1.6-9.3         k/uL
ABSOLUTE LYMPHOCYTE           1.2                          0.6-5.5         k/uL
ABSOLUTE MONOCYTE             0.5                          0.1-1.6         k/uL
ABSOLUTE EOSINOPHIL           0.2                          0.0-0.7         k/uL
ABSOLUTE BASOPHIL             0.0                          0.0-0.2         k/uL
DIFFERENTIAL TYPE             Automated

ICROALBUMIN,UR,RANDOM,NORMALIZED                                                             *PAZ
CREATININE, URINE RANDOM      45                           None            mg/dL
MICROALBUMIN,URINE RANDOM     <5                                           mg/L
MICROALBUMIN,URINE,NORMALIZED <5                           0-25 mg/g Creat.

   Microalbumin result is below method linearity limit (<5 mg/L). Unable
   to calculate mg/g Creatinine result.


              Definition of abnormalities in albumin excretion:

HORVATH,RICHARD W - S66658480 - REPRINT REPORT                    CONTINUED ON PAGE 2

LABORATORY REPORT  Case 07-11047-CSS  Doc 5542-13  Filed 08/25/08  Page 3 of 5
IH1020

**Sonora Quest Laboratories**

'307 LAWSON FAMILY MEDICINE
215 S. POWER RD.
SUITE #202
MESA, AZ 85206

| Collected Date | Received Date | | Collection Time |
|---|---|---|---|
| 09/29/2006 | 09/29/2006 | 2128 | 1525 |
| Reported Date | Other I.D. | | Fasting |
| 10/04/2006 | HORVATH, RICHARD | | N |

| USITION NO. | PHYSICIAN |
|---|---|
| 73070001890 | LAWSON, DAVID G |

| ENT | DOB | AGE | SEX | PATIENT ID | ACCESSION NO. |
|---|---|---|---|---|---|
| ORVATH, RICHARD W | 11/16/1944 | 61 | M | | S66658480 |

| REQUESTS | RESULTS | OUT OF RANGE RESULTS | REFERENCE RANGE | UNITS | FN |
|---|---|---|---|---|---|

```
         Category                    Spot Collection
         --------                    ---------------
         Normal                      0-25 mg/g creatinine
         Microalbuminuria            26-300 mg/g creatinine
         Clinical albuminuria        >300 mg/g creatinine
```

Because of variability in urinary albumin excretion, 2 of 3 specimens collected within a 3 to 6 month period should be abnormal before considering a patient to have crossed one of these diagnostic thresholds. Exercise within 24 hours, infection, fever, congestive heart failure, marked hyperglycemia, and marked hypertension may elevate urinary albumin excretion over baseline values.

Diabetes Care 1997; 20 Supl 1:S24-S27

| | | | | | |
|---|---|---|---|---|---|
| OMPREHENSIVE METABOLIC PANEL | | | | | *PAZ |
| GLUCOSE | | 324 H | 65-99 | mg/dL | |

Glucose reference range reflects fasting state.

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 23 | | 8-25 | mg/dL |
| CREATININE | 1.3 | | 0.6-1.5 | mg/dL |
| GFR ESTIMATED | 60 | | >60 | mL/min/1.73m2 |

*(handwritten: Dr ___ 10/9/06)*

In African Americans, the calculated eGFR should be multiplied by 1.21.

| | | | | |
|---|---|---|---|---|
| BUN/CREAT RATIO | 17.7 | | 10.0-28.0 | |
| SODIUM | | 134 L | 135-145 | mmol/L |
| POTASSIUM | 3.9 | | 3.5-5.2 | mmol/L |
| CHLORIDE | 102 | | 96-110 | mmol/L |
| CARBON DIOXIDE (CO2) | 22 | | 19-31 | mmol/L |
| ANION GAP | 10 | | 4-18 | |
| PROTEIN, TOTAL | 6.3 | | 6.0-8.2 | g/dL |
| ALBUMIN | 3.9 | | 3.3-4.9 | g/dL |
| GLOBULIN | 2.4 | | 2.1-3.9 | g/dL |
| ALB/GLOB RATIO | 1.6 | | 1.0-2.0 | |
| CALCIUM | 9.0 | | 8.4-10.4 | mg/dL |

Note: New reference range effective 05/01/06.

| | | | | |
|---|---|---|---|---|
| ALKALINE PHOSPHATASE | 99 | | 39-160 | IU/L |
| ALT | 31 | | 2-60 | IU/L |
| AST | 26 | | 10-50 | IU/L |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.3 | mg/dL |

HORVATH, RICHARD W - S66658480 - REPRINT REPORT          CONTINUED ON PAGE 3

| | | | | |
|---|---|---|---|---|
| GE: 3 | **LABORATORY REPORT** IH1020 | | | Sonora Quest Laboratories |
| :07 | LAWSON FAMILY MEDICINE 215 S. POWER RD. SUITE #202 MESA, AZ 85206 | Collected Date 09/29/2006 Reported Date 10/04/2006 | Received Date 09/29/2006 2128 Other I.D. HORVATH, RICHARD | Collection Time 1525 Fasting N |
| SITION NO. 73070001890 | PHYSICIAN LAWSON, DAVID G | DOB 11/16/1944 | AGE 61 SEX M PATIENT ID | ACCESSION NO. S66658480 |
| T )RVATH, RICHARD W | | | | FN |

| REQUESTS | RESULTS | OUT OF RANGE RESULTS | REFERENCE RANGE | UNITS | |
|---|---|---|---|---|---|
| SH, HIGH SENSITIVITY TSH | | 5.32 H | 0.45-4.50 | mU/L | *PAZ |
| T4 FREE NON-DIALYSIS | 1.1 | | 0.8-2.1 | ng/dL | *PAZ |
| HEMOGLOBIN A1c | | (9.4 H) | <6.0 | % | *PAZ |

The American Diabetes Association (ADA) guidelines for interpreting Hemoglobin A1c are as follows:

Values for patients with Diabetes:
Result <7.0%    : Meets ADA's recommended goal for therapy.
Result 7.0-8.0%: Exceeds ADA's recommended goal.
Result >8.0%   : ADA recommends reevaluation of therapy.

Dr
10/9/06

| | | | | | |
|---|---|---|---|---|---|
| VITAMIN B12 | | 1583 H | 200-1100 | pg/mL | *PAZ |
| FOLATE | 8.1 | | >5.4 | ng/mL | *PAZ |

DIABETIC W/RFLX TO MICROALBUMIN                                                       *PAZ
UROGRAM
| | | | |
|---|---|---|---|
| COLOR, URINE | Normal | Normal | |
| CLARITY, URINE | Clear | Clear | |
| SPECIFIC GRAVITY, URINE | 1.025 | 1.005-1.030 | |
| LEUKOCYTE ESTERASE | Negative | Negative | |
| NITRITE, URINE QUAL | Negative | Negative | |
| pH, URINE | 6.0 | 5.0-8.0 | |
| BLOOD, URINE QUAL | Negative | Negative | |
| PROTEIN, URINE QUAL | Negative | Negative | mg/dL |
| GLUCOSE, URINE QUAL | >=1000 | Negative | mg/dL |
| KETONES, URINE QUAL | Negative | Negative | |
| UROBILINOGEN, URINE QUAL | Normal | Normal | EU/dL |
| BILE, URINE QUAL | Negative | Negative | |

URINALYSIS, MICROSCOPIC                                                              *PAZ
| | | | |
|---|---|---|---|
| WBC, URINE | None Seen | 0-5 | /hpf |
| RBC, URINE | None Seen | 0-2 | /hpf |
| EPITHELIAL CELLS, URINE | None Seen | 0-5 | /hpf |
| BACTERIA, URINE | None Seen | None Seen | /hpf |
| HYALINE CASTS | None Seen | None Seen | /lpf |

HORVATH, RICHARD W - S66658480 - REPRINT REPORT                    CONTINUED ON PAGE 4

38 (09/06) Lab Report A 1pt

**LABORATORY REPORT**  IH1020

07 LAWSON FAMILY MEDICINE
215 S. POWER RD.
SUITE #202
MESA, AZ 85206

**Sonora Quest Laboratories**

| Collected Date | Received Date | Collection Time |
|---|---|---|
| 09/29/2006 | 09/29/2006 2128 | 1525 |

| Reported Date | Other I.D. | Fasting |
|---|---|---|
| 10/04/2006 | HORVATH, RICHARD | N |

| SITION NO. | PHYSICIAN |
|---|---|
| 3070001890 | LAWSON, DAVID G |

IT: RVATH, RICHARD W

| DOB | AGE | SEX | PATIENT ID | ACCESSION NO. |
|---|---|---|---|---|
| 11/16/1944 | 61 | M | | S66658480 |

REQUESTS  RESULTS  OUT OF RANGE RESULTS  REFERENCE RANGE  UNITS  FN

TESTS ORDERED: CBC W/DIFF,W/PLT;FOLATE;TSH, HIGH SENSITIVITY;VITAMIN B12
T4 FREE NON-DIALYSIS;HEMOGLOBIN A1c
MICROALBUMIN,UR,RANDOM,NORMALIZED
UA DIABETIC W/RFLX TO MICROALBUMIN
COMPREHENSIVE METABOLIC PANEL
VAP(TM) [VERTICAL AUTO-PROFILE]

******************** VALUES OUTSIDE OF REFERENCE RANGE ********************

| Test | Result | Flag | Units |
|---|---|---|---|
| * PLATELET COUNT | 125 | L | k/mm3 |
| * GLUCOSE | 324 | H | mg/dL |
| * SODIUM | 134 | L | mmol/L |
| * TSH | 5.32 | H | mU/L |
| * HEMOGLOBIN A1c | 9.4 | H | % |
| * VITAMIN B12 | 1583 | H | pg/mL |
| * GLUCOSE, URINE QUAL | >=1000 | | mg/dL |

****************************************************************************

AZ =     Test performed at:  Sonora Quest Laboratories
                             1255 W. Washington Street
                             Tempe, Arizona   85281
                             Phone 602-685-5000

END OF REPORT.  PRINTED 10/04/2006 @ 01:41:00 PM
HORVATH, RICHARD W  -  S66658480  -  REPRINT REPORT

38 (03/06) Lab Report A 1pt