# LabCorp

LabCorp Phoenix
3930 E Watkins Suite 300
Phoenix, AZ 85034-7251

Phone: 602-454-8000

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 199-237-3385-0 | | 61004403333 | 02109930 | 480-807-2400 | 01 |

| Patient Last Name | | | Account Address |
|---|---|---|---|
| HORVATH | | | Lawson Family Medicine |

| Patient First Name | | Patient Middle Name | |
|---|---|---|---|
| RICHARD | | W | 215 S.Power Rd, Ste#202 |

| Patient SS# | Patient Phone | Total Volume | |
|---|---|---|---|
| ***-**-8034 | 480-357-2678 | | Mesa AZ   85206 |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 63/08/01 | 11/16/44 | M | Yes |

| Patient Address | Additional Information |
|---|---|
| 9912 E DRAGOON AVE  Mesa   AZ   85208 | PLEASE HELP WITH INSURAN  UPIN: F06472 |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 07/17/08 07:10 | 07/17/08 | 07/18/08 08:17ET | LAWSON, D | 1528075488 | |

**Tests Ordered**
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Hemoglobin A1c; Magnesium, Serum; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 6.0 | | x10E3/uL | 4.0 - 10.5 | 01 |
| **RBC** | 3.52 | Low | x10E6/uL | 4.10 - 5.60 | 01 |
| **Hemoglobin** | 11.5 | Low | g/dL | 12.5 - 17.0 | 01 |
| **Hematocrit** | 32.6 | Low | % | 36.0 - 50.0 | 01 |
| MCV | 93 | | fL | 80 - 98 | 01 |
| MCH | 32.7 | | pg | 27.0 - 34.0 | 01 |
| MCHC | 35.3 | | g/dL | 32.0 - 36.0 | 01 |
| RDW | 13.0 | | % | 11.7 - 15.0 | 01 |
| **Platelets** | 119 | Low | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 71 | | % | 40 - 74 | 01 |
| **Lymphs** | 13 | Low | % | 14 - 46 | 01 |
| Monocytes | 11 | | % | 4 - 13 | 01 |
| Eos | 5 | | % | 0 - 7 | 01 |
| Basos | 0 | | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 4.3 | | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 0.8 | | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes (Absolute) | 0.7 | | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| **Glucose, Serum** | 202 | High | mg/dL | 65 - 99 | 01 |
| **BUN** | 72 | High | mg/dL | 5 - 26 | 01 |
| **Creatinine, Serum** | 4.60 | High | mg/dL | 0.50 - 1.50 | 01 |
| **Glom Filt Rate, Est** | 13 | Low | mL/min | 60 - 137 | |
| If African-American | 16 | Low | mL/min | 60 - 137 | |

Note: Persistent reduction for 3 months or more in an eGFR <60 mL/min/1.73 m2 defines CKD. Patients with eGFR values >/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent proteinuria is present. Additional information may be found at www.kdoqi.org.

| | | | | | |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 16 | | | 8 - 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 4.9 | | mmol/L | 3.5 - 5.2 | 01 |

HORVATH, RICHARD W

199-237-3385-0   Seq # 0572

FINAL REPORT

Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 888-522-2677

©2004-06 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.37

# LabCorp

LabCorp Phoenix
3930 E Watkins Suite 300
Phoenix, AZ 85034-7251

Phone: 602-454-8000

Specimen Number: 199-237-3385-0

| Patient Name | | Control Number | Date and Time Collected | Date Reported | Sex | Age (Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| HORVATH, RICHARD W | | 61004403333 | 07/17/08 07:10 | 07/18/08 | M | 63/08/01 | 11/16/44 |
| Account Number | Patient ID | | | | | | |
| 02109930 | | | | | | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Chloride, Serum | 109 | High | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 17 | Low | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 9.0 | | mg/dL | 8.5 - 10.6 | 01 |
| Protein, Total, Serum | 6.4 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.0 | | g/dL | 3.6 - 4.8 | 01 |
| Globulin, Total | 2.4 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | 01 |
| Alkaline Phosphatase, S | 50 | | IU/L | 25 - 160 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 23 | | IU/L | 0 - 55 | 01 |
| Hemoglobin A1c | (7.5) | High | % | <7.0 | 01 |
| | | | Diabetic Adult | <7.0 | |
| | | | Healthy Adult | 4.8 - 5.9 | |
| | | | | (DCCT/NGSP) | |

American Diabetes Association's Summary of Glycemic Recommendations for Adults with Diabetes: Hemoglobin A1c <7.0%. More stringent glycemic goals (A1c <6.0%) may further reduce complications at the cost of increased risk of hypoglycemia.

| Magnesium, Serum | 2.1 | | mg/dL | 1.6 - 2.6 | 01 |

01  PD  LabCorp Phoenix                    Dir: Frank Ryan, PhD
        3930 E Watkins Suite 300, Phoenix, AZ 85034-7251
For inquiries, the physician may contact Branch: 888-522-2677   Lab: 602-454-8000

Dr—
7/21/08

HORVATH, RICHARD W

FINAL REPORT

199-237-3385-0    Seq # 0572

Page 2 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 888-522-2677
©2004-08 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.37