# California Cleaning Concepts

635 Barstow Ave. Suite 19. Clovis, CA 93612
559-298-0701 office 559-298-0765 fax
centralvalleycleaning@yahoo.com

August 19, 2008

United States Bankruptcy Court
824 Market St 3rd floor'
Wilmington, Delaware 19801

C.C
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg
1000 W Street 17th floor
Wilmington, Delaware 19801

In response to the letter received August 19, 2008. Case No. 07-11047 and claim No. 2114.

I am disputing and not exception the modified amount offered. The Debtor has a signed contract, with the remaining amount of $1,750 owed.

Feel free to contact me with any questions.

Sincerely,

James E Massicotte

California Cleaning Concepts
635 Barstow #19
Clovis, CA 93612

United States Bankruptcy Court
824 Market St 3rd floor'
Wilmington, Delaware 19801