# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 27, 2008 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | AL LUGANO |

### Matter:

Sale Hearing

**R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

Hearing held.

Judge signed Order (I) Authorizing the Sale of Mortgage Loans to Vantium Capital Markets, L.P. Free Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Related Thereto; and (III) Granting Related Relief