# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047(CSS)

**COURTROOM LOCATION:** 6
**DATE: August 27, 2008 @ 10:00 AM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert J. Moore (telephonic) | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Fred Neufeld (telephonic) | | |
| Ana M. Alfonso (telephonic) | Kaye Scholer | Bank of America |
| E. LEE SMITH | THACHER PROFFITT & WOOD | VANTIUM CAPITAL MKTS |
| SANDRA SELZER | GREENBERG TRAURIG | WLR Recovery |
| Richard McCown | Potter Anderson & Corroon | Bank of America |
| Mark T. Power | Hahn & Hessen | Creditors Committee |
| Dave Carickhoff | Blank Rome | Creditors Committee |
| William Hazeltine | US Trustee | |
| Sean Beach | YCST | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**