United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware
19801

Regarding: Case no: 07-11047 (CSS)
Regarding Claim no: 2420

I dispute the fact that adequate documentation has not been provided. I submitted documentation at three different occasions that showed my direct supervisor (Vice President Dan Wetzel) e-mail our July 2007 earned bonus compensation. Our business unit did not closing until the first week of August.

I have also learned that my division (STC/AHD Saint Louis) Should be eligible for WARN act pay. It has been brought to my attention from counsel that AHM is using different work addresses for employees who worked at the same facility in order to avoid paying WARN act claims. Employees who I could see form my desk are listed at an entire other physical address.

Please re-examine the documentation I have submitted previously (in triplicate) in the context laid down above.

Alan Horn, General Counsel to AHM has been unresponsive to my e-mails over the last year.

I would enjoy speaking with whoever would listen regarding the case. I can be reached at anytime at 312.217.8546 if any additional clarification is needed.

Warmest regards,

Joshua E Kappelman
08.21.2008