**DAVID A. BLATE**
2300 AVENUE E, NORTHWEST
WINTER HAVEN, FLORIDA 33880-2115
PHONE: (863)294-2811

August 21, 2008

United States Bankruptcy Court
District of Delaware
824 North Market Street; 3rd Floor
Wilmington, Delaware 19801

RE: Case No. 07-11047 (CSS)

Dear Judge Sontchi:

I am in fundamental disagreement with the "plan" and OBJECT to the proposed "Disclosure Statement" with respect to the Chapter 11 Plan of Liquidation of the Debtors dated August 15, 2008 of American Home Mortgage Holdings, Inc.

| | |
|---|---|
| NAME: | David A. Blate |
| ADDRESS: | 2300 Avenue E, Northwest |
| | Winter Haven, Florida 33880-2115 |
| | |
| AMOUNT OF | $ 5,200.00   Common Stock |
| CLAIM: | $ 7,500.00   Preferred Stock |
| | $12,700.00   Total |

BASIS AND NATURE OF OBJECTION:   Ownership of Equity Claim and Interest.

PROPOSED MODIFICATION TO DISCLOSURE STATEMENT/PLAN AND SUGGESTED LANGUAGE.

PLAN: *Article 4 page 35*:
"Holders of claims or interests in class 1D and 2D shall receive a distribution or dividend of such Claims or Interests."

DISCLOSURE STATEMENT: *Exhibit A, page 9*:
Class 1D and 2D: "Holders of such claims will retain and receive any property on account of such claims."

Sincerely,

*(signature)*

David A. Blate
Phone: (863)294-2811

cc: Young Conaway Stargatt & Taylor, LLP
    Kroll Zolfo Cooper LLC
    Hahn & Hessen LLP
    Blank Rome LLP
    United States Trustee for the District of Delaware

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :  Jointly Administered
                                                                 :
                         Debtors.[1]                             :  **Objection Deadline: September 9, 2008 at 4:00 p.m. (ET)**
                                                                 :  **Hearing Date: September 15, 2008 at 10:00 a.m. (ET)**
---------------------------------------------------------------- x

### NOTICE OF HEARING TO CONSIDER
### THE ADEQUACY OF DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE THAT** on August 15, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware *The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **September 15, 2008 at 10:00 a.m. (ET)** convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must: (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (c) be filed with the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, ***on or before 4:00 p.m. (prevailing Eastern Time) on September 9, 2008***; and (d) be served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.