Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With
Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of
August 15,2008

Exhibit A

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| CLASS(ES) | DESCRIPTION | TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[4] | ESTIMATED % RECOVERY |
| 1D and 2D | Subordinated Trust Preferred Claims against AHM Holdings and AHM Investment | Holders of such Claims will neither retain nor receive any property on account of such Claims | 0% |
| 1E, 2E, 3D, 4D, 5D, 6D, 7D, and 8D | Subordinated Claims against all Debtors | Holders of such Claims will neither retain nor receive any property on account of such Claims | 0% |
| 1F, 2F, 3E, 4E, 5E, 6E, 7E, and 8E | Interests in all Debtors | Holders of such Interests will neither retain nor receive any property on account of such Interests | 0% |

THE TREATMENT AND DISTRIBUTIONS, IF ANY, PROVIDED TO HOLDERS OF ALLOWED CLAIMS AND INTERESTS PURSUANT TO THE PLAN WILL BE IN FULL AND COMPLETE SATISFACTION OF ALL LEGAL, EQUITABLE, OR CONTRACTUAL RIGHTS REPRESENTED BY SUCH ALLOWED CLAIMS AND INTERESTS.

C.     Recommendation

THE PLAN PROPONENTS RECOMMEND THAT ALL CREDITORS ENTITLED TO VOTE ON THE PLAN CAST THEIR BALLOTS TO ACCEPT THE PLAN. THE PLAN PROPONENTS BELIEVE THAT CONFIRMATION OF THE PLAN WILL PROVIDE THE GREATEST AND EARLIEST POSSIBLE RECOVERIES TO CREDITORS.

II.     ELIGIBILITY TO VOTE

Pursuant to the provisions of the Bankruptcy Code, only classes of claims or interests that are "impaired" under a plan may vote to accept or reject such plan. Generally, a claim or interest is impaired under a plan if the holder's legal, equitable or contractual rights are changed under such plan. In addition, if the holders of claims or interests in an impaired class do not receive or retain any property under a plan on account of such claims or interests, such impaired class is deemed to have rejected the Plan under section 1126(g) of the Bankruptcy Code and therefore, such holders do not need to vote on the Plan.

The Claims in the Classes listed in the following table are unimpaired and conclusively presumed to have accepted the Plan:

| Class | Description |
|---|---|
| Class 1A | Priority Claims against AHM Holdings |
| Class 2A | Priority Claims against AHM Investment |

DB02:6842992.8

066585.1001

Holder of an Allowed Class 1C(2), 2C(2), 3C(2), 4C(2), and 5C(2) Claim shall receive its

Pro Rata share of the BofA Syndicate Net Distributable Assets of the applicable Estate in

full satisfaction, settlement, and release of, and in exchange for, its Allowed Unsecured

Claim.

I.      **SUBORDINATED TRUST PREFERRED CLAIMS AND**

**SUBORDINATED CLAIMS AGAINST ALL DEBTORS, AND INTERESTS IN ALL**

**DEBTORS (Classes 1D, 1E, 2D, 2E, 3D, 4D, 5D, 6D, 7D, 8D, 1F, 2F, 3E, 4E, 5E, 6E, 7E,**

**and 8E).**  Each of Classes 1D, 1E, 2D, 2E, 3D, 4D, 5D, 6D, 7D, 8D, 1F, 2F, 3E, 4E, 5E, 6E, 7E,

and 8E, which are Impaired, consist of Subordinated Trust Preferred Claims against AHM

Holdings and AHM Investment, Subordinated Claims against all of the Debtors, and Interests in

all of the Debtors.  Holders of Claims or Interests in Classes 1D, 1E, 2D, 2E, 3D, 4D, 5D, 6D,

7D, 8D, 1F, 2F, 3E, 4E, 5E, 6E, 7E, and 8E shall receive no distribution or dividend on account

of such Claims or Interests.  The entry of the Confirmation Order shall act as an order approving

and effecting the cancellation of all Interests (and all securities convertible or exercisable for or

evidencing any other right in or with respect to the Interests) outstanding immediately prior to

the Effective Date without any conversion thereof or distribution with respect thereto.

**ARTICLE 5.**

**ACCEPTANCE OR REJECTION OF THIS PLAN**

A.      **IMPAIRED CLASSES OF CLAIMS ENTITLED TO VOTE.**  Except as

otherwise provided in order(s) of the Bankruptcy Court pertaining to solicitation of votes on this

Plan, the Holders of Claims or Interests in the Classes set forth in the following table are, or may

be, Impaired and shall be entitled to vote to accept or reject this Plan:

35