IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                         :
                                                            :    Jointly Administered
    Debtors.                                                :
------------------------------------------------------------------------ x    Objection Deadline: September 16, 2008 at
                                                                 4:00 p.m.
                                                                 Hearing Date: N/A

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
       Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
       Milestone Advisors, LLC.

    The **Tenth Monthly Application of Milestone Advisors LLC as Financial
Advisor and Investment Banker for the Debtors, for Allowance of Compensation for
Services Rendered and for Reimbursement of Expenses During the Period From May 1,
2008 through May 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The
Application seeks allowance of interim fees in the amount of $200,000.00 and interim expenses
in the amount of $9,811.81.

    Objections to the Application, if any, are required to be filed on or before
**September 16, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United
States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

    At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,
Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn:  Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn:  Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.:  Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
August 27, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------ x | | |

**TENTH MONTHLY APPLICATION OF**
**MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER**
**FOR THE**
**DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM PERIOD MAY 1, 2008 THROUGH MAY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | May 1, 2008 through May 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $9,811.81 |

This is an: __X__ interim ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $200,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $200,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | $200,000.00 | $911.16 |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | $200,000.00 | $1,397.45 |
| 6/23/08- #4764 | 4/1/2008 – 4/30/08 | $200,000.00 | $4,424.39 | $160,000.00 | $4,424.39 |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 62.0 |
| Gene Weil | Managing Director | 15.5 |
| Andrew Bernstein | Analyst and Associate | 8.0 |
| Thomas Humes | Analyst and Associate | 5.0 |
| Darryl Conway | Analyst | 44.5 |
| Richard Young | Associate | 45.0 |
| **Total** | | **180.0** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROJECY CODE**
**FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008**

| Project Code | Description of Activity | Hours |
|---|---|---|
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 8.0 |
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 33.5 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 97.0 |
| 105 | Negotiation, documentation, court approval process and closing of sale of bank | 8.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 27.5 |
| 110 | Non-working travel time | 6.0 |
| | | **180.0** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**INTERIM EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008**

| Expense Category | Amount |
|---|---|
| Airfare | $5,310.46 |
| Lodging | 2,538.62 |
| Car Rental / Taxis | 631.00 |
| Meals | 891.98 |
| Parking | 72.00 |
| Travel Agency Fees | 367.75 |
| Total | $9,811.81 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :    Jointly Administered
         Debtors.                                            :
------------------------------------------------------------ x
```

### TENTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD MAY 1, 2008 THROUGH MAY 31, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $9,811.81 for the interim period May 1, 2008 through May 31, 2008 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for May 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $9,811.81. The total compensation and expense reimbursement sought in this fee application is $209,811.81.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

5. During this Interim Fee Period, on behalf of the Debtors, Milestone continued to provide financial advisory and investment banking services to the Debtor and handled follow on

matters related to the sale of the Mortgage Servicing Rights ("MSR") and Servicing Platform.

Additionally, Milestone professionals continued to work on the sale of American Home Bank

("AHM Bank"). A detailed description of services rendered by Milestone by professional during

the Interim Fee Period, summarized by Project code, and the number of hours expended in

performing such services are set forth in Exhibit A.

6. Meetings and conference calls were held with various parties in relation to the sale

of AHM Bank. These efforts included discussions with potential purchasers; numerous conference

calls with the lawyers and Unsecured Creditors Committee on the status of the sale of the bank,

conference calls with the management team, work on the presentation for the Unsecured Creditors

Committee; distribution of confidentiality and non disclosure agreements, participation in on site

due diligence meetings with potential acquirers, fulfillment of additional data request and

maintenance of the online data room.

7. Milestone professionals worked on other clean-up matters related to the Asset

Purchase Agreement ("APA"), performing reconciliations and identifying discrepancies. Once

identified, each item was handled with the appropriate parties. Calculations of any funding due to

the Purchaser from the Debtor were performed.

## DISBURSEMENTS

Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of

$9,811.81. This disbursement sum is broken down into categories of charges, including, among

other things, travel related items such as airfare, train fare, lodging, "working" meals, and requisite

local transportation. Other administrative expenses incurred were for telephone and teleconference,

mail and express couriers. A complete review of expenses incurred by category for the Interim Fee

Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

8. Investment bankers and analysts of Milestone have expended a total of 180.0 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

9. Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the Interim Fee Period May 1, 2008 through May 31, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $9,811.81 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  Wilmington, Delaware
        August 26, 2008

MILESTONE ADVISORS LLC

_____

Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and
Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE   )
                        )    SS:
NEW CASTLE COUNTY  )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1.    I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2.    I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 26 day of August 2008.

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

Notary Public
My Commission Expires:_____

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 5/1/2008 | 104 | 1.5 | Distribution of bids to Kroll and updated process presentation |
| Humes, TJ | 5/1/2008 | 104 | 2.5 | Data requests, confidentiality agreements, process update |
| Weil, Gene | 5/1/2008 | 104 | 2.0 | Meeting with David Langer regarding AHM Bank and calls with Redwood Trust, Fivemile Capital & Corsair |
| Nelligan, John | 5/1/2008 | 104 | 1.0 | Various calls with potential acquirors of AH Bank |
| Humes, TJ | 5/2/2008 | 104 | 0.5 | confidentiality agreements |
| Young, Richard | 5/2/2008 | 104 | 1.0 | Review of prospective bidder's LOI and miscellaneous analysis for Kroll. |
| Nelligan, John | 5/2/2008 | 106 | 1.5 | Conference call with Kroll, outside counsel and AH Bank management team |
| Nelligan, John | 5/2/2008 | 104 | 1.5 | Met potential acquiror of AH Bank |
| Nelligan, John | 5/2/2008 | 104 | 2.0 | Various calls with potential acquirors of AH Bank |
| Humes, TJ | 5/5/2008 | 104 | 1.0 | Data requests, confidentiality agreements |
| Weil, Gene | 5/5/2008 | 104 | 2.0 | Conversation with David Langer, Kroll regarding AHM Bank; internal review of proposals |
| Nelligan, John | 5/5/2008 | 104 | 2.5 | Various calls with potential acquirors of AH Bank |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 5/5/2008 | 104 | 1.0 | Created and distributed agendas for on-site management meetings. Contacted prospective bidder regarding bid. Reviewed summary material for Kroll. |
| Young, Richard | 5/6/2008 | 104 | 0.5 | Worked with prospective bidder to clarify their bid |
| Bernstein, Andrew | 5/6/2008 | 102 | 4.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Humes, TJ | 5/6/2008 | 104 | 0.5 | Confidentiality agreements |
| Weil, Gene | 5/6/2008 | 106 | 1.0 | Conversation with Mitch Taylor regarding process, reivew letter to Counsel to Debtor |
| Young, Richard | 5/7/2008 | 104 | 5.0 | Management meeting with private investors Langer and Hirsch in Chicago. |
| Nelligan, John | 5/7/2008 | 110 | 6.0 | Travel time |
| Young, Richard | 5/8/2008 | 104 | 0.5 | Distribution of bids to Kroll |
| Humes, TJ | 5/8/2008 | 104 | 0.5 | Confidentiality agreements |
| Young, Richard | 5/9/2008 | 104 | 1.5 | Sent NDA and discussed opportunity with prospective bidder, distribution of initial MP bid |
| Conway, Darryl | 5/10/2008 | 103 | 4.5 | Prepare bid presentaiton for board |
| Young, Richard | 5/11/2008 | 104 | 2.0 | Prepared summary bid presentation |
| Nelligan, John | 5/11/2008 | 105 | 8.0 | Preparation / Review of the bid analysis presentation |
| Conway, Darryl | 5/11/2008 | 103 | 2.5 | Prepare bid presentaiton for board |
| Nelligan, John | 5/12/2008 | 106 | 2.0 | Prepare for conference call with AH Bank |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 5/12/2008 | 106 | 2.0 | Conference call with AH Bank management and Kroll to review acquisition proposals |
| Nelligan, John | 5/12/2008 | 106 | 1.5 | Call with Kroll, AH Bank management team to review acquisition proposals |
| Weil, Gene | 5/12/2008 | 104 | 3.5 | Review acquisition proposals & internal calls to discuss aquistion proposal |
| Young, Richard | 5/12/2008 | 104 | 1.0 | Prepared summary bid presentation |
| Conway, Darryl | 5/13/2008 | 103 | 4.0 | Upload documents to the data room |
| Nelligan, John | 5/13/2008 | 106 | 0.5 | Call with AH Bank |
| Nelligan, John | 5/13/2008 | 104 | 2.0 | Various calls with potential acquirors of AH Bank |
| Bernstein, Andrew | 5/14/2008 | 102 | 4.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 5/14/2008 | 104 | 0.5 | Worked due diligence timing and agenda with M2 Capital |
| Nelligan, John | 5/14/2008 | 106 | 0.5 | Call with AH Bank |
| Nelligan, John | 5/14/2008 | 104 | 2.5 | Various calls with potential acquirors of AH Bank |
| Conway, Darryl | 5/14/2008 | 103 | 3.5 | Upload docs to the data room |
| Young, Richard | 5/15/2008 | 104 | 1.0 | Distribution and execution of NDA with prospective bidder |
| Conway, Darryl | 5/15/2008 | 104 | 3.0 | Cross reference M2 Capital's diligence requests |
| Conway, Darryl | 5/15/2008 | 103 | 2.0 | Upload docs to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 5/15/2008 | 106 | 0.5 | Update call with AH Bank |
| Nelligan, John | 5/15/2008 | 106 | 0.5 | Update call with Kroll |
| Nelligan, John | 5/16/2008 | 106 | 0.5 | Call with AH Bank |
| Nelligan, John | 5/16/2008 | 104 | 1.5 | Various calls with potential acquirors of AH Bank |
| Young, Richard | 5/16/2008 | 104 | 4.0 | Managed due diligence process for bidders, populated data room, contacted bidding teams. |
| Conway, Darryl | 5/16/2008 | 103 | 2.5 | Upload docs to the data room |
| Nelligan, John | 5/18/2008 | 106 | 2.0 | Review stock purchase agreement |
| Nelligan, John | 5/19/2008 | 106 | 2.0 | Call with Kroll, Cadwalder, Muldoon Murphy, AH Bank to review stock purchase agreement |
| Weil, Gene | 5/19/2008 | 104 | 2.0 | Review the stock purchase agreement & internal calls to discuss SPA |
| Young, Richard | 5/19/2008 | 104 | 2.0 | Managed due diligence process for bidders; internal conference call to discuss the APA |
| Nelligan, John | 5/19/2008 | 106 | 0.5 | Call with Lou Dunham |
| Conway, Darryl | 5/20/2008 | 103 | 2.5 | Upload docs to the data room |
| Young, Richard | 5/20/2008 | 104 | 1.0 | Managed due diligence process for bidders. |
| Nelligan, John | 5/20/2008 | 106 | 1.0 | Conference call with management, Kroll and counsel |
| Nelligan, John | 5/20/2008 | 104 | 1.0 | Various calls with prospective acquirors |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 5/21/2008 | 106 | 1.0 | Call with debtors' counsel Hahn and Heffen |
| Young, Richard | 5/21/2008 | 104 | 5.0 | M2 Capital onsite due diligence |
| Conway, Darryl | 5/21/2008 | 103 | 2.0 | Upload docs to the data room |
| Nelligan, John | 5/21/2008 | 104 | 1.0 | Call with prospective acquirors |
| Conway, Darryl | 5/21/2008 | 104 | 2.5 | Cross reference Credit One's DD Request List |
| Conway, Darryl | 5/22/2008 | 103 | 1.5 | Upload docs to the data room |
| Nelligan, John | 5/22/2008 | 106 | 1.0 | Call with AH management to go over the stock purchase agreement |
| Nelligan, John | 5/22/2008 | 104 | 1.0 | Call with prospective acquirors |
| Conway, Darryl | 5/22/2008 | 104 | 2.5 | Cross reference Credit One's new DD request list |
| Weil, Gene | 5/22/2008 | 104 | 2.0 | Calls with Haan & Hessen and other internal calls to discuss SPA |
| Young, Richard | 5/22/2008 | 104 | 3.5 | M2 Capital onsite due diligence; distributed draft SPA to prospective bidders |
| Nelligan, John | 5/23/2008 | 106 | 1.0 | Call with Muldoon Murphy |
| Nelligan, John | 5/23/2008 | 104 | 0.5 | Call with prospective acquirors |
| Young, Richard | 5/23/2008 | 104 | 0.5 | Due diligence f/up call with CreditOne |
| Conway, Darryl | 5/23/2008 | 103 | 1.5 | Upload docs to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 5/24/2008 | 104 | 0.5 | Discussion with CreditOne on loan due diligence |
| Nelligan, John | 5/27/2008 | 106 | 1.0 | Prepare for AH Bank board call |
| Conway, Darryl | 5/27/2008 | 103 | 2.0 | Upload docs to the data room |
| Nelligan, John | 5/27/2008 | 106 | 1.5 | AH Bank board call |
| Young, Richard | 5/27/2008 | 104 | 1.5 | Managed due diligence process for bidders |
| Nelligan, John | 5/27/2008 | 106 | 0.5 | Calls with Kroll |
| Nelligan, John | 5/27/2008 | 104 | 1.5 | Calls with prospective acquirors, answering follow-up due diligence questions, scheduling due diligence meetings, etc. |
| Nelligan, John | 5/27/2008 | 106 | 0.5 | Call with AH Bank management |
| Weil, Gene | 5/27/2008 | 104 | 3.0 | American home bank board meeting & various calls with prospective acquirors |
| Nelligan, John | 5/27/2008 | 106 | 0.5 | Calls with Young Conway |
| Nelligan, John | 5/28/2008 | 106 | 1.0 | Conference call with management, Kroll and counsel |
| Conway, Darryl | 5/28/2008 | 104 | 1.5 | Facilitate Credit One's DD request lists |
| Young, Richard | 5/28/2008 | 104 | 5.5 | CreditOne onsite due diligence; worked due diligence requests for MP |
| Conway, Darryl | 5/28/2008 | 103 | 3.5 | Upload docs to the data room |
| Nelligan, John | 5/28/2008 | 104 | 1.0 | Various calls with prospective acquirors |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 5/29/2008 | 104 | 1.0 | Various calls with prospective acquirors |
| Nelligan, John | 5/29/2008 | 106 | 1.0 | Conference call with management, Kroll and counsel |
| Nelligan, John | 5/29/2008 | 106 | 1.0 | Call with Kroll and Young Conway |
| Young, Richard | 5/29/2008 | 104 | 3.0 | CreditOne onsite due diligence |
| Nelligan, John | 5/29/2008 | 104 | 1.0 | Call with prospective acquirors regarding loan level due diligence |
| Nelligan, John | 5/30/2008 | 106 | 0.5 | Call with YCST |
| Nelligan, John | 5/30/2008 | 104 | 0.5 | Call with prospective acquirors |
| Nelligan, John | 5/30/2008 | 106 | 0.5 | Call with AH Bank management |
| Conway, Darryl | 5/30/2008 | 104 | 1.5 | Facillitate MatlinPatterson's Legal DD request list |
| Conway, Darryl | 5/30/2008 | 103 | 1.5 | Upload docs to the data room |
| Young, Richard | 5/30/2008 | 104 | 2.0 | Managed MP due diligence process |
| Nelligan, John | 5/30/2008 | 106 | 0.5 | Call with Kroll |
| Young, Richard | 5/31/2008 | 104 | 1.0 | Managed MP due diligence process |

**Total Hours:**                                    180.0

**Exhibit B**
**Milestone Advisors LLC**
**Detail Expenses by Professional**
**May 1, 2008 - May 31, 2008**

| Expense Category | Employee | Date | Description | Amount |
|---|---|---|---|---|
| Car Rental / Taxi | Weil, Eugene | 05/01/08 | Arthur Feit - Greenwich to NYC | 120.00 |
| Meals | Weil, Eugene | 05/01/08 | Scalinatella - Weil, Levine, Nelligan | 150.36 |
| Airfare | Weil, Eugene | 05/02/08 | US Airways LGA-DCA | 117.59 |
| Airfare | Weil, Eugene | 05/22/08 | Delta, LGA-DCA | 79.27 |
| Lodging | Weil, Eugene | 05/02/08 | Essex House - 5/1-5/2/08 | 376.06 |
| Parking | Weil, Eugene | 05/02/08 | Washington airport parking | 36.00 |
| Travel Agency Fees | Weil, Eugene | 05/02/08 | Travel Agency Fee | 45.00 |
| Airfare | Young, Richard | 05/06/08 | United/USAir - Langer/Hirsch on-site meetings | 800.00 |
| Car Rental / Taxi | Young, Richard | 05/06/08 | Taxi - Langer/Hirsch on-site | 30.00 |
| Car Rental / Taxi | Young, Richard | 05/06/08 | Taxi - Langer/Hirsch on-site | 25.00 |
| Meals | Young, Richard | 05/06/08 | Dinner - Langer/Hirsch on-site meetings | 43.50 |
| Airfare | Nelligan, John | 05/07/08 | American Airlines; Laguardia- Chicago | 925.50 |
| Car Rental / Taxi | Young, Richard | 05/07/08 | Taxi - Langer/Hirsch on-site | 40.00 |
| Car Rental / Taxi | Young, Richard | 05/07/08 | Taxi - Langer/Hirsch on-site | 7.00 |
| Airfare | Nelligan, John | 05/08/08 | United Airlines; Chicago - San Diego | 1,484.50 |
| Meals | Nelligan, John | 05/08/08 | Dinner - Carson Place with Mike O'Brien, Lou Dunham, David Cogswell | 184.87 |
| Travel Agency Fees | Nelligan, John | 05/08/08 | Boston Coach | 204.25 |
| Travel Agency Fees | Nelligan, John | 05/08/08 | Travel Agency Fee | 48.00 |
| Travel Agency Fees | Nelligan, John | 05/08/08 | Travel Agency Fee | 48.00 |
| Lodging | Nelligan, John | 05/09/08 | The Fairmont Hotel - Chicago | 541.01 |
| Car Rental / Taxi | Conway, Darryl | 05/10/08 | Bid Comparison Presentation - Home to Office | 15.00 |
| Car Rental / Taxi | Conway, Darryl | 05/10/08 | Bid Comparison Presentation - Office to Home | 15.00 |
| Meals | Conway, Darryl | 05/10/08 | Cafe Asia | 16.00 |
| Car Rental / Taxi | Conway, Darryl | 05/14/08 | Office-Home (late) | 15.00 |
| Car Rental / Taxi | Conway, Darryl | 05/15/08 | Data Room Due Deligenc(Office-Home) | 15.00 |
| Meals | Conway, Darryl | 05/15/08 | Café Asia - Data Room Due Diligence | 18.00 |
| Travel Agency Fees | Weil, Eugene | 05/19/08 | Travel Agency Fee | 22.50 |

| | | | | |
|---|---|---|---|---:|
| Car Rental / Taxi | Young, Richard | 05/20/08 | Taxi - to dinner | 6.00 |
| Car Rental / Taxi | Young, Richard | 05/20/08 | Taxi - O'Hare to AHM | 40.00 |
| Airfare | Weil, Eugene | 05/21/08 | US Airways, DCA-LGA | 113.80 |
| Car Rental / Taxi | Young, Richard | 05/21/08 | Taxi - M2 Capital on-site meeting | 7.00 |
| Meals | Young, Richard | 05/21/08 | Dinner - M2 Capital on-site meeting | 62.00 |
| Meals | Young, Richard | 05/21/08 | Dinner - Lou Dunham, David Cogswell, Forest Kobayashi, Mike, O'Brien | 295.00 |
| Airfare | Weil, Eugene | 05/22/08 | US Airways, LGA-DCA | 113.80 |
| Lodging | Weil, Eugene | 05/22/08 | Loews Hotel - 5/22/08 | 346.15 |
| Parking | Weil, Eugene | 05/22/08 | Washington airport parking | 36.00 |
| Airfare | Young, Richard | 05/22/08 | United/USAir - for M2 Capital on-site | 661.00 |
| Airfare | Young, Richard | 05/22/08 | Southwest - M2 Capital on-site | 196.50 |
| Car Rental / Taxi | Young, Richard | 05/22/08 | Taxi - Orange County to Home | 30.00 |
| Car Rental / Taxi | Young, Richard | 05/22/08 | Taxi (Langer/Hirch) | 30.00 |
| Car Rental / Taxi | Young, Richard | 05/22/08 | Taxi - to Midway from AHM | 35.00 |
| Car Rental / Taxi | Young, Richard | 05/22/08 | Taxi - M2 Capital on-site | 7.00 |
| Lodging | Young, Richard | 05/22/08 | Westin River North; 5/20 - 5/22 | 701.64 |
| Car Rental / Taxi | Young, Richard | 05/26/08 | Taxi - Orange County to Home | 30.00 |
| Airfare | Young, Richard | 05/27/08 | US Airways, United - Credit One meetings | 818.50 |
| Car Rental / Taxi | Young, Richard | 05/27/08 | Taxi | 30.00 |
| Car Rental / Taxi | Young, Richard | 05/27/08 | Taxi from O'Hare | 40.00 |
| Meals | Young, Richard | 05/27/08 | Dinner - Credit One meetings | 54.00 |
| Car Rental / Taxi | Young, Richard | 05/28/08 | Taxi - to Hotel | 8.00 |
| Car Rental / Taxi | Young, Richard | 05/28/08 | Taxi - to AHM | 8.00 |
| Meals | Young, Richard | 05/28/08 | Dinner - Credit One meetings | 39.50 |
| Meals | Young, Richard | 05/28/08 | Lunch - Credit One Meetings | 8.75 |
| Car Rental / Taxi | Young, Richard | 05/29/08 | Taxi - Orange County to Home | 30.00 |
| Car Rental / Taxi | Young, Richard | 05/29/08 | Taxi - to O'Hare | 40.00 |
| Car Rental / Taxi | Young, Richard | 05/29/08 | Taxi - to AHM | 8.00 |
| Lodging | Young, Richard | 05/29/08 | Hotel W.Lakeshore - 5/27 - 5/29 | 573.76 |
| Meals | Young, Richard | 05/29/08 | Lunch - Credit One Meetings | 9.75 |
| Meals | Young, Richard | 05/29/08 | Lunch - M2 Capital on-site meetings | 10.25 |
| | | | | 9,811.81 |