IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
                                                                       :
         Debtors.                                                      :   Objection Deadline: September 16, 2008 at
---------------------------------------------------------------------- x   4:00 p.m.
                                                                           Hearing Date: N/A

## NOTICE OF APPLICATION

TO:  The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone Advisors, LLC.

The **Eleventh Monthly Application of Milestone Advisors LLC as Financial Advisor and Investment Banker for the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During the Period From June 1, 2008 through June 30, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $200,000.00 and interim expenses in the amount of $55.70.

Objections to the Application, if any, are required to be filed on or before **September 16, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

   PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

   PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
   August 27, 2008

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Matthew B. Lunn
          James L. Patton, Jr. (No. 2202)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Margaret B. Whiteman (No. 4652)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
         Debtors.                                                  :
------------------------------------------------------------------ x

**ELEVENTH MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | June 1, 2008 through June 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $55.70 |

This is an:  __X__ interim  ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $200,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $200,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | $200,000.00 | $911.16 |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | $200,000.00 | $1,397.45 |
| 6/23/08- #4764 | 4/1/2008 – 4/30/08 | $200,000.00 | $4,424.39 | $160,000.00 | $4,424.39 |
| 8/27/08- # | 5/1/2008 – 5/31/08 | $200,000.00 | $9,811.81 | | |

## AMERICAN HOME MORTGAGE

### MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROFESSIONAL
### FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 54.5 |
| Darryl Conway | Analyst | 5.0 |
| Richard Young | Associate | 15.0 |
| **Total** | | **74.5** |

AMERICAN HOME MORTGAGE

MILESTONE ADVISORS LLC
SUMMARY OF HOURS WORKED BY PROJECY CODE
FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

| Project Code | Description of Activity | Hours |
|---|---|---|
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 3.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 47.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 24.5 |
| | | **74.5** |

## AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
## INTERIM EXPENSE SUMMARY
## FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

| Expense Category | Amount |
|---|---|
| Teleconference | $19.33 |
| Courier | 36.37 |
| Total | $55.70 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
            Debtors.                                                   :
---------------------------------------------------------------------- x

### ELEVENTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $55.70 for the interim period June 1, 2008 through June 30, 2008 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for June 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $55.70. The total compensation and expense reimbursement sought in this fee application is $200,055.70.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

### TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

### SUMMARY OF SERVICES RENDERED

5. A detailed description of services rendered by Milestone by professional during the Interim Fee Period, summarized by Project code, and the number of hours expended in

performing such services are set forth in Exhibit A. During this Interim Fee Period, on behalf of the Debtors, Milestone provided customary financial advisory and investment banking services to the Debtor while handling follow on matters related to prior transactions; worked on the sale of American Home Bank ("AHM Bank"); and responded to due diligence requests from prospective acquirers.

6. Conference calls were held with prospective acquirers, attorneys and management in relation to the sale of AHM Bank. These calls discussed various legal and tax issues and terms of the Stock Purchase Agreement

7. Milestone responded to and fulfilled due diligence requests received from various parties and maintained information in the online data room.

## DISBURSEMENTS

Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $55.70. This disbursement sum is broken down into categories of charges, including, telephone and teleconference, and express couriers. A complete review of expenses incurred by category for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

8. Investment bankers and analysts of Milestone have expended a total of 74.5 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

9. Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10.    In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the

...

amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

        11.     This Application covers the Interim Fee Period June 1, 2008 through June 30, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $55.70 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
       August 27, 2008

MILESTONE ADVISORS LLC

_____
Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE )
) SS:
NEW CASTLE COUNTY )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1. I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2. I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 27 day of August 2008.

_____
Notary Public
My Commission Expires:_____

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 6/2/2008 | 103 | 1.5 | Upload docs to the data room |
| Nelligan, John | 6/2/2008 | 106 | 1.0 | Conference call with management, Kroll and counsel |
| Young, Richard | 6/2/2008 | 104 | 0.5 | Responded to due diligence requests |
| Nelligan, John | 6/3/2008 | 106 | 1.0 | Conference call with management, Kroll and counsel |
| Nelligan, John | 6/3/2008 | 104 | 1.0 | Various calls with prospective acquirors |
| Young, Richard | 6/3/2008 | 104 | 0.5 | Worked a bidder's DD request list |
| Nelligan, John | 6/4/2008 | 106 | 1.0 | Conference call with management, Kroll and counsel |
| Nelligan, John | 6/4/2008 | 104 | 1.0 | Various calls with prospective acquirors |
| Young, Richard | 6/4/2008 | 104 | 0.5 | Worked a bidder's DD request list |
| Nelligan, John | 6/5/2008 | 104 | 1.0 | Various calls with prospective acquirors |
| Nelligan, John | 6/5/2008 | 106 | 1.0 | Conference call with management, Kroll and counsel |
| Nelligan, John | 6/6/2008 | 104 | 1.0 | Various calls with prospective acquirors |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 6/6/2008 | 106 | 1.5 | Internal call with AH Bank management to got over stock purchase agreement |
| Young, Richard | 6/6/2008 | 104 | 1.0 | Internal MP SPA Markup Discussion |
| Young, Richard | 6/9/2008 | 104 | 1.0 | Fulfilled supplemental data requests for a prospective bidder |
| Conway, Darryl | 6/9/2008 | 104 | 2.0 | Respond to MatlinPatterson's tax DD requests |
| Young, Richard | 6/10/2008 | 104 | 1.0 | Internal high level issues call prior to speaking to prospective bidders |
| Nelligan, John | 6/10/2008 | 106 | 1.0 | Call with Kroll, Caldwalder, Kirkpartick Stockton reviewing stock purchase agreement |
| Nelligan, John | 6/10/2008 | 104 | 2.5 | Various calls with prospective acquirors |
| Nelligan, John | 6/11/2008 | 104 | 3.0 | Various calls with prospective acquirors |
| Nelligan, John | 6/11/2008 | 104 | 1.0 | Conference call with prospective acquiror and counsel |
| Nelligan, John | 6/11/2008 | 106 | 0.5 | Various calls with Kroll |
| Young, Richard | 6/11/2008 | 104 | 2.0 | SPA conference call with CWT; High level issues call with prospective bidder |
| Young, Richard | 6/12/2008 | 104 | 1.5 | SPA conference call with CWT and internal discussion with AHM to discuss tax issues |
| Nelligan, John | 6/12/2008 | 106 | 1.0 | Calls with AH Bank management, Kroll and counsel |
| Nelligan, John | 6/12/2008 | 104 | 1.0 | Calls with potential acquirors |
| Nelligan, John | 6/13/2008 | 106 | 1.0 | Calls with AH Bank management, Kroll and counsel |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 6/13/2008 | 104 | 1.0 | Bidder SPA disclosures call with bank management |
| Nelligan, John | 6/13/2008 | 104 | 1.0 | Calls with potential acquirors |
| Nelligan, John | 6/15/2008 | 104 | 1.0 | Calls with potential acquirors |
| Nelligan, John | 6/15/2008 | 106 | 1.0 | Calls with AH Bank management, Kroll and counsel |
| Nelligan, John | 6/16/2008 | 104 | 2.5 | Calls with potential acquirors |
| Nelligan, John | 6/16/2008 | 106 | 2.5 | Calls with management, Kroll and counsel regarding the SPA |
| Young, Richard | 6/17/2008 | 104 | 1.0 | Due diligence conference call related to AHM REIT compliance; provided additional DD materials to prospective bidder. |
| Nelligan, John | 6/17/2008 | 106 | 2.5 | Calls with management, Kroll and counsel regarding the SPA |
| Nelligan, John | 6/17/2008 | 104 | 2.5 | Calls with potential acquirors |
| Nelligan, John | 6/18/2008 | 106 | 2.5 | Calls with management, Kroll and counsel regarding the SPA |
| Nelligan, John | 6/18/2008 | 104 | 2.5 | Calls with potential acquirors |
| Young, Richard | 6/18/2008 | 104 | 1.5 | Managed bidder due diligence and disclosure schedules for SPA; provided information to potential DIP lender |
| Young, Richard | 6/19/2008 | 104 | 0.5 | Responded to due diligence request list |
| Nelligan, John | 6/19/2008 | 106 | 2.5 | Calls with management, Kroll and counsel regarding the SPA |
| Nelligan, John | 6/19/2008 | 104 | 2.5 | Calls with potential acquirors |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 6/20/2008 | 106 | 2.5 | Calls with management, Kroll and counsel regarding the SPA |
| Nelligan, John | 6/20/2008 | 104 | 2.5 | Calls with potential acquirors |
| Young, Richard | 6/20/2008 | 104 | 1.0 | Submitted hours; worked due diligence requests |
| Young, Richard | 6/22/2008 | 104 | 0.5 | Worked a bidder's DD request list |
| Nelligan, John | 6/23/2008 | 106 | 0.5 | Calls with AH Bank management, Kroll and counsel |
| Nelligan, John | 6/23/2008 | 104 | 1.0 | Calls with potential acquirors |
| Nelligan, John | 6/24/2008 | 106 | 0.5 | Calls with AH Bank management, Kroll and counsel |
| Nelligan, John | 6/24/2008 | 104 | 1.0 | Calls with potential acquirors |
| Young, Richard | 6/24/2008 | 104 | 0.5 | Responded to due diligence request list |
| Nelligan, John | 6/25/2008 | 104 | 1.0 | Calls with potential acquirors |
| Nelligan, John | 6/25/2008 | 106 | 0.5 | Calls with AH Bank management, Kroll and counsel |
| Young, Richard | 6/26/2008 | 104 | 0.5 | Worked a bidder's DD request list |
| Conway, Darryl | 6/27/2008 | 103 | 1.5 | Upload docs to the data room |
| Young, Richard | 6/27/2008 | 104 | 0.5 | Worked with bidder's third-party DD team on tax issues |
| Nelligan, John | 6/30/2008 | 104 | 1.0 | Calls with protential acquirors |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 6/30/2008 | 106 | 0.5 | Calls with Kroll |
| **Total Hours:** | | | 74.5 | |

# AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
### SUMMARY OF HOURS AND FEES BY PROFESSIONAL
### FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 54.5 |
| Richard Young | Analysts and Associates | 15.0 |
| Darryl Conway | Analysts and Associates | 5.0 |
| **TOTAL HOURS AND FEES:** | | 74.5 |

AMERICAN HOME MORTGAGE
MILESTONE ADVISORS, LLC
SUMMARY OF HOURLY FEES BY PROJECT CODE
FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

| Project Code | Description | Hours |
|---|---|---|
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 3.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 47.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other then servicing related assets and AHM Bank), internal AHM meetings and calls | 24.5 |

# Exhibit B
## Milestone Advisors LLC
### Detail Expenses by Professional
### June 1, 2008 – June 30, 2008

| Expense Category | Employee | Date | Amount |
|---|---|---|---|
| Postage / Express | Fedex - to Young Conaway | 6/12/2008 | 11.53 |
| Postage / Express | Fedex - to Young Conaway | 6/16/2008 | 13.31 |
| Teleconference | Premiere Global | 6/13/2008 | 19.33 |
| Postage / Express | Fedex - to Young Conaway | 6/23/2008 | <u>11.53</u> |
| | | | 55.70 |