IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
                                            Debtors.                   :
--------------------------------------------------------------------- x
```

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned proceeding:

October 2, 2008 at 11:00 a.m.

October 22, 2008 at 10:00 a.m. – Interim Fee Requests

November 12, 2008 at 10:00 a.m.

November 25, 2008 at 10:00 a.m.

December 8, 2008 at 10:00 a.m.

December 22, 2008 at 11:00 a.m.


Dated: August *27*, 2008
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE