IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x   Chapter 11

In re:                                                                :

                                                                      :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al., [1]                                   :   Jointly Administered

                                                                      :

    Debtors.                                                          :   Objection Deadline: September 17, 2008 at
                                                                          4:00 p.m.
-------------------------------------------------------------------- x   Hearing Date: N/A

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
       Official Committee of Unsecured Creditors

        The **Eleventh Monthly Application of the Weiner Brodsky Sidman Kider PC
as Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance
of Compensation and Reimbursement of Expenses Incurred for the Interim Period June 1,
2008 through June 30, 2008** (the "Application") has been filed with the Bankruptcy Court.  The
Application seeks allowance of interim fees in the amount of $33,338.00 and interim expenses in
the amount of $10,737.28.

        Objections to the Application, if any, are required to be filed on or before
**September 17, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United
States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) Weiner Brodsky Sidman Kider PC, 1300 19th Street, NW, Fifth Floor, Washington, DC 20036, (Attn: David M. Souders).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
     August 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                               :    Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     :    Jointly Administered
        Debtors.                                                     :
------------------------------------------------------------------- x

**ELEVENTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | June 1, 2008 through June 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $33,338.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $10,737.28 |

This is an:  __X__ interim   ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

066585.1001

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | $88,599.50 paid | $1,062.60 paid |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | $75,759.70 paid | $1,108.65 paid |
| 2110 | October 1, 2007 through October 31, 2007 | $64,370.00 | $6,707.04 | $64,370.00 paid | $6,707.04 paid |
| 2405 | November 1, 2007 through November 27, 2007 | $42,212.50 | $2,532.61 | $42,212.50 paid | $2,532.61 paid |
| 2967 | November 28, 2007 through December 31, 2007 | $41,766.00 | $3,716.57 | $41,766.00 paid | $3,716.57 paid |
| 3122 | January 1, 2008 through January 31, 2008 | $36,194.50 | $10,158.28 | $36,194.50 paid | $10,158.28 paid |
| 3508 | February 1, 2008 through February 29, 2008 | $53,811.00 | $2,847.81 | $53,811.00 paid | $2,847.81 paid |
| 4228 | March 1, 2008 through March 31, 2008 | $30,710.50 | $855.73 | $30,710.50 paid | $855.73 paid |
| 4660 | April 1, 2008 through April 30, 2008 | $55,855.00 | $2,920.07 | $55,855.00 paid | $2,920.07 paid |

| 5191 | May 1, 2008 through May 31, 2008 | $40,307.00 | $7,460.42 | $32,245.60 paid as of the date of this Application – Certificate of No Objection to Weiner Brodsky Sidman Kider PC's Tenth Application for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2008 through May 31, 2008 filed on August 21, 2008 (Docket No. 5509) | $7,460.42 paid |
| --- | --- | --- | --- | --- | --- |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002 and the DC Bar since December, 2007. | $245 | See Exhibit A. | See Exhibit A. |
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November, 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| Hazel O. Berkoh | Paralegal | $150 | See Exhibit A. | See Exhibit A. |
| Melissa M. Jewett | Licensing Specialist | $145 | See Exhibit A. | See Exhibit A. |
| Darron E. Mason | Licensing Specialist | $145 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 126.0 hours | $33,338.00 |

| Blended Rate: | $ | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (1001) | | |
| Court Hearings (1002) | | |
| Cash Collateral/DIP Financing (1003) | | |
| Schedules & Statements, U.S. Trustee Reports (1004) | | |
| Lease/Executory Contract Issues (1005) | | |
| Use, Sale or Lease of Property (363 Issues) (1006) | | |
| Claims Analysis, Objections and Resolutions (1007) | | |
| Meetings (1008) | | |
| Stay Relief Matters (1009) | | |
| Reclamation Claims and Adversaries (1010) | | |
| Other Adversary Proceedings (1011) | | |
| Creditor Inquiries (1013) | | |
| Employee Matters (1015) | | |
| Retention of Professionals/Fee Issues (1017) | | |
| Travel (1019) | | |
| Utility Services (1020) | | |
| On Site Services (1021) | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Attorney Administrative Expenses | $0 |
| AP Fax (Parcels, Inc.) | No charge |
| Calling Card/Conference Calls | $0 |
| Computerized Legal Research (Westlaw) | $550.41 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $427.75 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $352.26 |
| Filing Fees/Court Costs/Legal Fees | $0 |
| Local Counsel Fees[2] | $7,314.23 |
| Long Distance Telephone | $0 |
| Parking/Mileage Expenses | $0 |
| Photocopy Charges ($0.10 per page) | $204.70 |
| Postage | $10.56 |
| Scanning, Electronic Bates-Labeling and Photocopying Performed By Outside Vendors[3] | $405.92 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips[4] | $1,471.45 |
| **TOTAL** | $10,737.28 |

[2] To the extent that any fees for local counsel were incurred by WBSK, the invoices for such fees are attached hereto as Exhibit C.

[3] To the extent that any fees for scanning, electronic bates-labeling and photocopying services by outside vendors were incurred by WBSK, the invoices for such fees are attached hereto as Exhibit B.

[4] To the extent that any expenses for Travel/Hotel/Air Fare/Tips incurred by WBSK, the receipts and invoices for such costs are attached hereto as Exhibit D.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
        Debtors.                                                  :
------------------------------------------------------------------ x

**ELEVENTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN
KIDER PC AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $33,338.00 together with

reimbursement for actual and necessary expenses incurred in the amount of $10,737.28 for the

interim period June 1, 2008 through June 30, 2008 (the "Interim Fee Period").  In support of its

Application, WBSK respectfully represents as follows:

1.      On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order").  The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.    Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

4.    Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $33,338.00 due for fees and the amount of $10,737.28 due for the reimbursement of expenses.

5.    Attached hereto as Exhibit B are the invoices for scanning, electronic bates-labeling and photocopying services performed by outside vendors, showing the amount of $405.92 due for such vendors' services incurred by WBSK.

6.    Attached hereto as Exhibit C are the invoices for local counsels' fees, which provide a detailed itemization of local counsels' services, showing the amount of $7,314.23 due for local counsels' services incurred by WBSK.

7.    Attached hereto as Exhibit D are the receipts and invoices for expenses for Travel/Hotel/Air Fare/Tips incurred by WBSK, showing the amount of $1,471.45 due for such costs.

8.    The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

2

### DISBURSEMENTS

9.    WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $10,737.28.  This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs.  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A, Exhibit B, Exhibit C and Exhibit D.

10.    Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements.  Pursuant to Local Rule 2016-2, WBSK represents that its rate for internal duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

### VALUATION OF SERVICES

11.    Attorneys and paraprofessionals of WBSK have expended a total of 126.0 hours in connection with this matter during the Interim Fee Period.

12.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are WBSK's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $33,338.00.

13.    WBSK believes that the time entries and expense breakdown set forth in Exhibit A, Exhibit B, Exhibit C and Exhibit D attached hereto are in compliance with the

3

requirements of Local Rule 2016-2.

      14.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

      15.    This Application covers the Interim Fee Period June 1, 2008 through June 30, 2008.

      WHEREFORE, WBSK requests that allowance be made to it in the sum of $33,338.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $10,737.28 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
August 25, 2008

                 WEINER BRODSKY SIDMAN KIDER PC

                 Mitchel H. Kider
                 David M. Souders
                 1300 19th Street, NW, Fifth Floor
                 Washington, D.C. 20036
                 Telephone: (202) 628-2000
                 Facsimile: (202) 628-2011

                 Counsel for the Debtors

VERIFICATION

DISTRICT OF COLUMBIA )
                     )    SS:
                     )

David M. Souders, after being duly sworn according to law, deposes and says:

1.    I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.    I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.    WBSK usually bills on discrete matters in connection with its representation of American Home.  However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition.  Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this 25th day of August 2008.

_____
Notary Public
My Commission Expires: 7/31/09

2

# EXHIBIT A

WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     JUNE    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
08/12/2008
Account No:        98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-044 Bostic | 76.50 | 0.00 | $76.50 |
| 98077-061 Arkansas Condos | 1,176.50 | 5.20 | $1,181.70 |
| 98077-066 Johnson v. Wheeler | 118.00 | 0.00 | $118.00 |
| 98077-068 First American Title Insurance Co. | 20,452.50 | 10,319.96 | $30,772.46 |
| 98077-072 Velazquez & Associates | 446.00 | 8.10 | $454.10 |
| 98077-073 Sohmer | 490.50 | 2.20 | $492.70 |
| 98077-079 Rush v. American Home | 204.00 | 0.00 | $204.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
08/12/2008
Account No:      98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-089 Post Petition Representation | 9,492.00 | 401.82 | $9,893.82 |
|  | 32,456.00 | 10,737.28 | $43,193.28 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

|  | | Page: 1 |
|---|---|---|
|  | | 08/12/2008 |
|  | Account No: | 98077-044M |
|  | Statement No: | 30 |

Bostic

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/19/2008 | | | | |
| NWH | telephone conference with local counsel re: Court of Appeals status request, responding to same; | | 0.30 | |
| | For Current Services Rendered | | 0.30 | 76.50 |
| | Total Current Work | | | 76.50 |
| | Balance Due | | | $76.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

Page: 1
08/12/2008
American Home Mortgage
538 Broadhollow Road                          Account No:    98077-061M
Melville  NY  11747                           Statement No:          26

Attn: Alan Horn

Arkansas Condos

|  |  | Hours |  |
|---|---|---|---|
| **06/02/2008** |  |  |  |
| NMW | correspondence to B. Newell discussing stipulation of judgment against defendants IMS and Richard Gray (1.1); | 0.10 |  |
| **06/19/2008** |  |  |  |
| NMW | draft status report to Judge Dawson (1.8); telephone conferences with local counsel and clerk of the court of the Western District of Arkansas to determine status of recent filings (.3); | 2.10 |  |
| DMS | review and file default judgment (0.2); review and revise status report (0.3); | 0.50 |  |
| **06/20/2008** |  |  |  |
| HOB | electronically file Status Report and Exhibit to Status Report (.4); | 0.40 |  |
| NMW | complete status report to J. Dawson and file with Western District of Arkansas (.9); telephone conference with Judge Dawson's chambers discussing outstanding stipulation of judgment against defendants Gray and IMS (.6); | 1.50 |  |
|  | For Current Services Rendered | 4.60 | 1,176.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
08/12/2008

American Home Mortgage

Account No:    98077-061M
Statement No:          26

Arkansas Condos

| | |
|---|---:|
| Photocopy Expenses | 3.20 |
| Postage Expenses | 2.00 |
| Total Expenses Posted Through 06/30/2008 | 5.20 |
| Total Current Work | 1,181.70 |
| Balance Due | $1,181.70 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

Page: 1
08/12/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-066M
Statement No:        25

Attn: Alan Horn

Johnson v. Wheeler

| | | Hours | |
|---|---|---|---|
| 06/20/2008 KDT | review correspondence with client re:  foreclosure of property (.1); email to opposing counsel re: same (.1); | 0.20 | |
| 06/27/2008 KDT | emails from/to Jacksons' attorney re: workout/foreclosure issues (0.2); | 0.20 | |
| | For Current Services Rendered | 0.40 | 118.00 |
| | Total Current Work | | 118.00 |
| | Balance Due | | $118.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

Page: 1
08/12/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-068M
Statement No:    20

Attn: Alan Horn

First American Title Insurance Co.

|  |  | Hours |
|---|---|---|
| **06/02/2008** | | |
| HOB | research as to the electronic filing status for D. Souders and K. Thompson (.2); telephone call to Clerk of Court re: same (.3); telephone call to K. Thompson re: same (.1); | 0.60 |
| KDT | telephone call from County Line's counsel re discovery (0.1); case planning (0.2); emails from and to Otlowski's counsel re interrogatory responses (0.1); email to County Line's counsel re status of response to discovery requests (0.1); | 0.50 |
| **06/03/2008** | | |
| KDT | review deposition notices for W. Jenkins, D. Fialk, D. Boysen (0.1); review documents/exhibits for references to deponents (1.5); | 1.60 |
| **06/04/2008** | | |
| KDT | emails from First American's counsel re: deposition scheduling (0.1); case planning and strategy (0.2); emails from Otlowski's counsel re: deposition scheduling (0.1); | 0.40 |
| **06/05/2008** | | |
| KDT | deposition planning re: Jenkins, Boysen, Fialk (0.4); | 0.40 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
08/12/2008
Account No:    98077-068M
Statement No:            20

First American Title Insurance Co.

|  |  | Hours |
|---|---|---|
| DMS | telephone call with W. Jenkins re deposition (0.3); | 0.30 |

**06/06/2008**
KDT — emails with First American's counsel re: depositions (0.1); deposition planning (0.2); emails from Fishman's counsel re: deposition scheduling (0.1); emails from and to First American's counsel re: missing page in letter produced by First American (0.1); emails with opposing counsel re: Brown deposition (0.2); review Hardman deposition transcript (1.4);      2.10

**06/09/2008**
KDT — prepare for telephone conference with W. Jenkins re: deposition (0.3); interview of W. Jenkins (1.0); review notes from interview and planning for deposition (0.3); email from Otlowski's counsel enclosing insurance policy (0.1); emails with Jenkins re: interview (0.1);      1.80

**06/10/2008**
KDT — damages analysis (0.9); emails with Otlowski's counsel re: document production to Otlowski (0.1); assess whether any documents were withheld from production (0.2); review Otlowski's insurance policy (0.1); review Fishman's insurance policy (0.1); document review (1.2); emails with W. Jenkins re deposition (0.1);      3.80

**06/11/2008**
HOB — organize documents to be produced (.4);      0.40
KDT — research recent indictment of president of NJAH (0.6); email to Otlowski's counsel re: privileged documents (0.1); telephone call to D. Boysen re: deposition preparation (0.1); emails with W. Jenkins re: deposition preparation (0.2); draft notice of deposition of N. Brown (0.4); interview D. Boysen re: knowledge of files and

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
08/12/2008
Account No:    98077-068M
Statement No:    20

First American Title Insurance Co.

|  |  | Hours |
|---|---|---|
|  | deposition preparation (1.6); review documents to ascertain Boysen's involvement in the subject loans (1.8); | 4.80 |
| 06/12/2008 |  |  |
| HOB | telephone call to S. Wesley re: production of documents (.2); coordinate with vendor for bates labeling and scanning of documents (.1); | 0.30 |
| 06/16/2008 |  |  |
| DMS | teleconference with K. Thompson and D. Boysen re deposition (.4); | 0.40 |
| KDT | preparation for upcoming deposition of W. Jenkins and D. Boysen (1.1); telephone conference with W. Jenkins re deposition preparation (1.1); telephone conference with D. Boysen re deposition preparation (1.2); | 3.40 |
| 06/17/2008 |  |  |
| KDT | telephone conference with Jenkins re: deposition preparation (0.8); telephone conference with D. Boysen re: deposition preparation (0.6); telephone conference with County Line's counsel re: deposition (0.2); review documents in preparation for Boysen deposition (1.2); preparation for Boysen and Jenkins depositions (1.4); | 4.20 |
| 06/18/2008 |  |  |
| KDT | travel to Princeton, NJ, for depositions of W. Jenkins and D. Boysen (2.4); deposition preparation with W. Jenkins (1.0); participate in deposition of W. Jenkins (6.8); | 10.20 |
| 06/19/2008 |  |  |
| KDT | preparation for deposition of D. Boysen (.5); deposition preparation with D. Boysen (1.0); participate in D. |  |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 4
08/12/2008
Account No:   98077-068M
Statement No:        20

First American Title Insurance Co.

|  |  |  | Hours |
|---|---|---|---|
| | Boysen deposition (3.0); | | 4.50 |
| **06/20/2008** | | | |
| KDT | review notes from deposition of D. Boysen (.3); emails from and to First American's counsel re: upcoming depositions and Neuman tax returns (.1); telephone call to D. Fialk re: deposition (.1); deposition planning and preparation (.5); telephone conference with D. Fialk re deposition (.4); | | 1.40 |
| **06/23/2008** | | | |
| KDT | telephone interview of D. Fialk re: facts of case (1.3); review notes re: same (.2); analysis of issues raised by Fialk's potential testimony (.3); deposition preparation (.8); | | 2.60 |
| **06/24/2008** | | | |
| HOB | organize documents produced (1.0); | | 1.00 |
| KDT | research re representation of former employee (1.7); telephone conference with D. Fialk re: deposition preparation (1.0); | | 2.70 |
| **06/25/2008** | | | |
| KDT | review documents produced by First American (1.8); prepare for depositions (3.6); emails with opposing counsel re: depositions (0.2); emails with Otlowski's counsel re: interrogatories (0.2); | | 5.80 |
| **06/26/2008** | | | |
| KDT | deposition preparation of D. Fialk (1.5); participate in deposition of D. Fialk (3.0); preparation for Edelman deposition (1.0); participate in deposition of C. Edelman (2.0); | | 7.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

|  | Page: | 5 |
|---|---|---|
|  | 08/12/2008 |  |
| Account No: | 98077-068M |  |
| Statement No: | | 20 |

|  |  | Hours |  |
|---|---|---|---|
| 06/27/2008 |  |  |  |
| KDT | receipt and review of letter from First American's counsel asserting infirmities of AHM's document production (0.2); analysis of issues presented in letter (2.1); analysis of issues arising in depositions (0.9); | 3.20 |  |
| DMS | teleconference with J. Kalas (0.2); send memo to client requesting information (0.3); | 0.50 |  |
| 06/29/2008 |  |  |  |
| DMS | draft responses to interrogatories from defendant Otlowski (2.1); review loan files (1.8); | 3.90 |  |
|  | For Current Services Rendered | 68.30 | 20,452.50 |

| | |
|---|---|
| Photocopy Expenses | 150.20 |
| Copy Expenses | 405.92 |
| Travel/Hotel/Air Fare/Tips | 1,471.45 |
| Court Reporter/Transcript Fees | 427.75 |
| Lexis/Westlaw Research | 550.41 |
| Local Counsel Fees | 7,314.23 |
| Total Expenses Posted Through 06/30/2008 | 10,319.96 |
| Total Current Work | 30,772.46 |
| Balance Due | $30,772.46 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

Page: 1
08/12/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:   98077-072M
Statement No:           20

Attn: Alan Horn

Velazquez & Associates

|  |  | Hours |  |
|---|---|---|---|
| 06/10/2008 |  |  |  |
| KDT | review and compile correspondence re: title claim against Carmona property (.8); | 0.80 |  |
| 06/20/2008 |  |  |  |
| DMS | review draft of complaint re Antoine loan (0.5); | 0.50 |  |
|  | For Current Services Rendered | 1.30 | 446.00 |
|  | Photocopy Expenses |  | 8.10 |
|  | Total Expenses Posted Through 06/30/2008 |  | 8.10 |
|  | Total Current Work |  | 454.10 |
|  | Balance Due |  | $454.10 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
08/12/2008
Account No:    98077-073M
Statement No:    19

Sohmer

| | | | Hours | |
|---|---|---|---|---|
| 06/11/2008 | | | | |
| | NWH | review bankruptcy opinion approving settlement (.3); email to client re: same (.2); | 0.50 | |
| | DMS | review court decision approving settlement (.5); | 0.50 | |
| 06/19/2008 | | | | |
| | NWH | review press release re: AG/Lender/homeowner settlement; | 0.40 | |
| 06/20/2008 | | | | |
| | NWH | email to client re: title company's response to title claim; | 0.20 | |
| | | For Current Services Rendered | 1.60 | 490.50 |
| | | Photocopy Expenses | | 2.20 |
| | | Total Expenses Posted Through 06/30/2008 | | 2.20 |
| | | Total Current Work | | 492.70 |
| | | Balance Due | | $492.70 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Sohmer

Page: 2
08/12/2008
Account No:    98077-073M
Statement No:            19

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
08/12/2008
Account No:    98077-079M
Statement No:    13

Attn: Alan Horn

Rush v. American Home

|  |  | Hours |  |
|---|---|---|---|
| 06/20/2008 |  |  |  |
| NWH | review motion to lift stay (.6); email to client re: same (.2); | 0.80 |  |
|  | For Current Services Rendered | 0.80 | 204.00 |
|  | Total Current Work |  | 204.00 |
|  | Balance Due |  | $204.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# Weiner Brodsky Sidman Kider PC

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
tel 202 628 2000
fax 202 628 2011
federal tax id: 52-1779483

INVOICE PERIOD:    JUNE    2008

Page: 1
08/12/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-089M
Statement No:            15

Attn: Alan Horn

Post Petition Representation

|  |  | Hours |
|---|---|---|
| **06/02/2008** | | |
| HJR | draft email to J. Kalas re: detailed licensing update (1.2); | 1.20 |
| DMS | teleconference with M. Whiteman (0.2); teleconference with N. Savil re:  Connecticut Consent Order (0.4); | 0.60 |
| **06/03/2008** | | |
| MMJ | prepare NH license surrender forms (0.9); | 0.90 |
| HJR | review/draft emails to J. Kalas re: license surrender/name change correspondence (1.2); telephone call from J. Kalas re: same (0.2); prepare AHMC and AHMAI NJ license surrender submissions (1.5); draft letter to AR regulator re: name change update (0.6) | 3.50 |
| DEM | draft letter to ND regulator re: return of surety bond for surrendered Collection Agency License (0.2); | 0.20 |
| BEA | email from J. Kalas re: resolving claims; | 0.20 |
| **06/04/2008** | | |
| HJR | draft email to J. Kalas re: NJ license surrender (0.2); revise letter to AR regulator re: name change (0.8); draft email to J. Kalas re: same (0.1); | 1.10 |
| **06/05/2008** | | |
| HJR | review/revise letter to AR regulators re: name change | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
08/12/2008
Account No:    98077-089M
Statement No:    15

Post Petition Representation

|  |  | Hours |
|---|---|---|
|  | update (1.0); review letters to various states re: same (0.3); review letters to various state regulators re: trust account liquidation (0.2); | 1.50 |
| MMJ | draft letters to the following regulators re: license surrender follow-up: AR, CA, DC, ID, MA, MD, ME, MI, NE, NM, OH, PA, SD, TN (2.2); | 2.20 |
| DMS | review letters to state regulators re liquidation of trust accounts (0.5); telephone call with J. Kalas re trust account liquidation (0.2); | 0.70 |
| HOB | edit Escrow Account Closure Notification letters (.9); | 0.90 |
| 06/06/2008 |  |  |
| HJR | review email to J. Kalas re: name change correspondence (0.1); | 0.10 |
| HOB | edit Escrow Account Closure Notification letters (2.5); | 2.50 |
| 06/10/2008 |  |  |
| VTL | review invoices to be attached to WBSK's 9th Fee Application (0.3); preparation of WBSK's 9th Fee Application (1.1); | 1.40 |
| HOB | meeting with V. Lam re: invoice (.1); telephone call to H. Dabney re: invoice (.2); | 0.30 |
| 06/12/2008 |  |  |
| HJR | telephone call to J. Kalas re: bi-weekly licensing update; (0.5); | 0.50 |
| MMJ | telephone call to MI regulator re: annual renewal (0.1); | 0.10 |
| 06/13/2008 |  |  |
| HJR | telephone call to MI regulator re: license renewal app (0.1); | 0.10 |
| HOB | telephone call to H. Dabney re: invoice (.1); | 0.10 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 3
08/12/2008

American Home Mortgage

Account No:    98077-089M
Statement No:    15

Post Petition Representation

|  |  |  | Hours |
|---|---|---|---|
| **06/16/2008** | | | |
| | MMJ | prepare MI renewal (0.5); draft e-mail to J. Kalas re: MI renewal (0.3); update NH License Surrender Form (0.1); draft e-mail to J. Kalas re: NH License Surrender Form (0.5); telephone call to MI regulator re: annual renewal (0.1); update summary of upcoming filings (0.6); | 2.10 |
| | DEM | draft and revise letter to ND regulator re: return of surety bond request (1.4). | 1.40 |
| | VTL | electronic correspondence to M. Whiteman regarding WBSK's 9th Fee Application (0.10); | 0.10 |
| | HJR | draft email to J. Kalas re: MI license renewal (0.5); draft email to J. Kalas re: confirmation of surrender of NM license (0.2); review email to M. Jewett re: MI license renewal (0.5); | 1.20 |
| | DMS | review and finalize WBSK's ninth fee application (0.5); | 0.50 |
| **06/17/2008** | | | |
| | MMJ | draft e-mail to J. Kalas re: upcoming renewals (3.8); telephone call to OH regulator re: license surrender (0.1); prepare NJ surrender forms (0.6); prepare updated renewal chart (0.6); | 5.10 |
| | HJR | draft letter to NJ regulator re: termination of NJ collection agency bond (0.4); review letters to ND, OR regulators re: request for surety bonds (0.2); | 0.60 |
| | DEM | finalize letter to ND regulator re: return of surety bond request (.3); draft and finalize letter to OR regulator re: return of surety bond request (.3); draft and finalize letter to NH regulator re: return of surety bond request (.1); draft and finalize letter to NJ regulator re: return of surety bond request (.5); draft and revise letter to CA regulator re: return of surety bond request (.8); | 2.00 |
| **06/18/2008** | | | |
| | DEM | finalize letter to CA regulator re: return of surety bond | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 4
08/12/2008

American Home Mortgage

Account No:    98077-089M
Statement No:            15

Post Petition Representation

|  |  | Hours |
|---|---|---|
| | request (.2); | 0.20 |

**06/19/2008**

MMJ — revise e-mail to J. Kalas re: upcoming filings (0.2); prepare GA amendment form (0.1); — 0.30

HJR — review/draft email to M. Jewett re: NJ license surrender (0.1); draft email to D. Souders re: NH license surrender (0.4); review/revise email to J. Kalas re: upcoming annual filing requirements; (0.4); — 0.90

DEM — prepare electronic copies of letters to state regulators for client re: return of surety bond request (.3); draft e-mail to Haydn Richards re: same (.1); — 0.40

**06/20/2008**

HJR — telephone call from J. Kalas re: licensing update (0.1); — 0.10

VTL — meeting with K. Ball regarding reconciliation of payments for March 2008 fee application (0.30); — 0.30

**06/23/2008**

HJR — review email to J. Kalas re: GA regulatory request (0.2); review/draft email to J. Kalas re: ID license surrender (0.1); — 0.30

MMJ — prepare GA amendment form and draft memo to J. Kalas re: same (0.7); update Annual Renewal Chart (1.5); — 2.20

**06/24/2008**

MMJ — telephone call from C. Colagiacomo re: renewal filings (0.3); update MI renewal application (0.2); draft e-mail to C. Colagiacomo re: same (0.1); draft e-mail to C. Colagiacomo re: GA amendment form (0.2); update GA amendment form (0.1); update Annual Renewal Chart (0.3); — 1.20

HJR — confer with M. Jewett re: annual report filings - officer

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5
08/12/2008

American Home Mortgage

Account No:    98077-089M
Statement No:            15

Post Petition Representation

| | | Hours | |
|---|---|---|---|
| | related issues (0.3); draft email to J. Kalas re: OR surety bond (0.1); | 0.40 | |
| DEM | draft memo to N. Moon re: return of original OR Collection Agency Surety Bond (0.5); draft e-mail to Haydn re: same (0.2); | 0.70 | |
| **06/25/2008** | | | |
| MMJ | update Annual Renewal Chart (2.6); | 2.60 | |
| **06/26/2008** | | | |
| MMJ | update Annual Renewal Chart (0.5); telephone call from C. Colagiacomo re: authorized signatures and GA surety bond (0.3); | 0.80 | |
| HJR | telephone conference with D. Souders, J. Kalas re: status update (0.5); telephone calls to MD, PA, SD, TN, AR MI regulators re: status of license surrender requests (0.8); draft email to ME regulator re: license surrender request (0.4); prepare correspondence to ND regulator re: license surrender request (0.4); | 2.10 | |
| DMS | teleconference with J. Kalas re status of cases (0.9); review order approving settlement with Connecticut and send to N. Savil (0.3); review complaint in adversary proceeding including Antoine loan (0.3); | 1.50 | |
| **06/27/2008** | | | |
| DMS | teleconference with C. Parker, DC Department of Banking re status reports (0.3); send memo to J. Kalas (0.3); research reports to be produced to DC (0.3); | 0.90 | |
| **06/30/2008** | | | |
| HJR | review/draft email to C. Colagiacomo re: officer notification letters (0.2); revise letters re: various regulators re: same (0.4); | 0.60 | |
| | For Current Services Rendered | 46.60 | 9,492.00 |

WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 6

American Home Mortgage

08/12/2008

Account No:    98077-089M

Statement No:            15

Post Petition Representation

| | |
|---|---:|
| Photocopy Expenses | 41.00 |
| Express Mail/Federal Express Charges | 352.26 |
| Postage Expenses | 8.56 |
| Total Expenses Posted Through 06/30/2008 | 401.82 |
| Total Current Work | 9,893.82 |
| Balance Due | $9,893.82 |

Your trust account #1 balance is

| | | |
|---|---|---:|
| | Opening Balance | $350.00 |
| 07/14/2008 | name change fees | |
| | PAYEE: State of Michigan | -100.00 |
| | Closing Balance | $250.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
08/12/2008

Account No:        98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 494.90 | 882.00 | 0.00 | 0.00 | $1,376.90 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JUNE    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
08/12/2008
Account No:    98077-092M
Statement No:    7

Cauthorne

Previous Balance                                          $494.90

| Date | | | Hours | |
|---|---|---|---|---|
| | | | Hours | |
| 06/17/2008 | | | | |
| | DMS | review discovery requests to American Home (0.4); send copies to E. Spett (0.2); | 0.60 | |
| 06/20/2008 | | | | |
| | DMS | teleconference with E. Spett re status of case (0.4); review discovery requests served by plaintiff (0.3); | 0.70 | |
| 06/26/2008 | | | | |
| | DMS | teleconference with J. Kalas and E. Spett re settlement and discovery issues (.8); | 0.80 | |
| | | For Current Services Rendered | 2.10 | 882.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 2.10 | $420.00 | $882.00 |

Total Current Work                                          882.00

Balance Due                                          $1,376.90

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Cauthorne

Page: 2
08/12/2008
Account No:    98077-092M
Statement No:              7

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# EXHIBIT B

DB02:6292330.5

066585.1001

# EXHIBIT B

DB02:6292330.5

066585.1001

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC  20005
United States

**Invoice Number:**
24978

**Invoice Date:**
May 29, 2008

**Page:**
1

Voice:    202-546-5468
Fax:      202-408-9528

**Sold To:**
Ms. Hazel Berkoh
Weiner, Brodsky et al
1300 19th St., NW  5th Fl
Washington,, DC  20036-1609

**Ship to:**

*OK H. Berkoh*
*6/2/08*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 98077.068 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 1009 | Hand Deliver | 5/5/08 | 6/28/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 3365 images blown back from 3 CD's onto legal-sized & letter paper @ .095/image(1x) | | 319.68 |

| | |
|---|---|
| Subtotal | 319.68 |
| Sales Tax | 18.38 |
| Total Invoice Amount | 338.06 |
| Payment/Credit Applied | |
| **TOTAL** | 338.06 |

Check/Credit Memo No:

*15185*

**Remit Payment to:**
**Compex Litigation Support, LLC**
P.O. Box 2738
Torrance, CA 90509-2738

Federal Tax I.D. #: 20-2878700


**COMPEX**
Litigation Support, LLC

Washington DC
Phone No: 202-822-9355
Fax No: 202-822-9420
1099 14th Street N.W. Suite 700-C
Washington, DC 20005
www.compexlit.com

**Invoice #:**  WA05080042
**Invoice Date:**  5/21/2008

Bill to: ACCOUNTS PAYABLE
WEINER BRODSKY SIDMAN & KIDER
1300-19TH STREET, N. W.
FIFTH FLOOR
WASHINGTON, DC 20036

Ordered by:  HAZEL BERKOH
WEINER BRODSKY SIDMAN & KIDER
1300-19TH STREET, N. W.
FIFTH FLOOR
WASHINGTON, DC 20036

| Account # | Account Manager | Job # | Payment Terms | |
|---|---|---|---|---|
| WAWE1298 | HOWARD DABNEY | DCA_05080047 | Net Thirty | |
| Client Matter | | Plaintiff | | Date of Loss |
| 98077.068 | | | | |

| Qty | Item Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 713 | Blowbacks - Slip Sheeted w/ File  Name | | 0.0900 | 64.1700 |

**Please Pay From This Invoice**
This is the only invoice you will receive. It should be routed to your accounting department
for payment. Remember to list
invoice numbers on all checks.

**No Third Party Billing:**

| | |
|---|---|
| Subtotal | 64.17 |
| Shipping | 0.00 |
| Sales Tax | 3.69 |
| Total | 67.86 |

15187

Signature: _Hazel Ber_____

Date: 5/29/08

Print Name: _____

# EXHIBIT C

DB02:6292330.5

066585.1001

# BRAVERMAN KASKEY

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

ONE LIBERTY PLACE, 56TH FLOOR
PHILADELPHIA, PA 19103-7334
PH (215) 575-3800   FX (215) 575-3801

Weiner Brodski Sidman Kider PC
5th Floor
1300 Nineteenth Street, NW
Washington, DC  20036-1609

| | |
|---|---|
| Statement Date: | 06/18/2008 |
| Statement No. | 225 |
| Account No. | 70050.025 |

American Home vs. Fist Mortgage - Fraud, Breach of Contract

| | | | |
|---|---|---|---|
| 07/02/2007 | DJM | Check docket, re: filing of Stipulation To Extend Time for Attorney PJL. | 0.20 |
| 01/08/2008 | PJL | Review correspondence. | 0.10 |
| 01/10/2008 | PJL | Telephone call received from counsel; review correspondence. *(.1)* *(.1)* | 0.20 |
| 01/11/2008 | PJL | Telephone call received from counsel; correspondence with Dave Souders; conference call with counsel. *(.1)* *(.2)* *(.2)* | 0.50 |
| 01/14/2008 | PJL | Review correspondence. | 0.10 |
| 01/22/2008 | PJL | Review correspondence. | 0.10 |
| 01/30/2008 | DJM | Contact Clerk of U.S. District Court for the District of New Jersey, Re: procedure for electronic filing of pro hac vice motion. *(.1)* | 0.20 |
| | PJL | Review correspondence; telephone call received from Dave Souders; review pro hac vice motions and file same. *(.2)* *(.2)* | 0.50 |
| 02/04/2008 | PJL | Telephone calls made regarding conference; review correspondence; telephone call received from Dave Souders; review file; conference with court. *(.1)* *(.1)* *(.2)* *(.5)* *(.1)* | 1.00 |
| 02/11/2008 | PJL | Review correspondence; review Motion; telephone call to Kristen Thompson. *(.1)* *(.2)* *(.3)* | 0.60 |
| 02/12/2008 | DJM | Review docket; determine corrections to be made on previous filings regarding pro hac vice motions for David Souders and Kristin Thompson; Prepare proposed orders and e-file corrected pro hac vice motion for Thompson and proposed order for Souders for *(.8)* | |

Page: 2
June 18, 2008
File No:    70050-025M
Statement No:    225

Weiner Brodski Sidman Kider PC

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | attorney Pete Leyh. *(1.0)* | 2.00 |
| 02/13/2008 | PJL | Review correspondence. | 0.10 |
| 02/14/2008 | PJL | Review correspondence. | 0.10 |
| 02/19/2008 | PJL | Review letter brief; *(.3)* e-mail to Dave Souders. *(.1)* | 0.40 |
| 02/20/2008 | DJM | Prepare documents and e-file Plaintiffs' Response to First American Title Insurance Company's Opposition to the Pro Hac Vice Motion of David M. Souders and Motion to Strike for attorney PJL. | 1.30 |
| | PJL *(.1)* | Review correspondence; telephone call received from Kristen Thompson; review and file response to opposition to pro hac vice of *( .1)* Dave Souders; review correspondence. *(.1)* *(.2)* | 0.50 |
| 02/21/2008 | PJL | Review correspondence; serve discovery; correspondence. *(.2)* *(.1)* *(.3)* | 0.60 |
| 02/22/2008 | DJM | Review Scheduling Order and update firm's Litigation Calendar. | 0.50 |
| | DJM | Prepare and serve discovery plan letter to Judge Walk and counsel via e-mail, Fax to, U.S. mail, and overnight delivery. | 0.80 |
| | DJM | Prepare and serve interrogatories and document requests upon counsel via U.S. Mail. *(.1)* | 0.80 |
| | PJL | Review correspondence; telephone call made to Dave Souders; *(.1)* forward letter to court; review and serve discovery; telephone call made to and received from counsel. *(.2)* *(.3)* *(.1)* | 0.80 |
| 02/25/2008 | DJM | Review file and retrieve copies of discovery requests for PJL, Re: In preparation for conference call. *(.2)* | 0.50 |
| | PJL | Review correspondence; discussion with David L. Braverman, *(.2)* Esquire; telephone call received from Dave Souders; preparation for conference. *(.2)* *(.2)* | 0.80 |
| 02/26/2008 | PJL | Attend Rule 16 conference *(includes travel to/from Newark)* | 5.70 |
| 02/28/2008 | PJL | Review correspondence. | 0.10 |
| 02/29/2008 | PJL | Telephone call made to Kristen Thompson, Esquire. | 0.10 |
| 03/17/2008 | PJL | Review correspondence. | 0.20 |
| 04/04/2008 | PJL | Review correspondence. | 0.10 |
| 04/07/2008 | PJL | Review correspondence. | 0.20 |
| 04/08/2008 | PJL | Review correspondence. | 0.20 |
| 04/09/2008 | PJL | Review correspondence. | 0.20 |
| 04/11/2008 | PJL | Review correspondence. | 0.10 |
| 04/12/2008 | PJL | Review correspondence. | 0.10 |
| 04/17/2008 | PJL | Review correspondence. | 0.20 |

| 04/21/2008 | PJL | Review correspondence. | 0.20 | |
| 04/22/2008 | PJL | Telephone call with Dave Sounders; review correspondence. | 0.40 | |
| 04/23/2008 | PJL | Discussion with David Souders. | 0.40 | |
| 04/29/2008 | PJL | Review correspondence. | 0.10 | |
| 05/06/2008 | PJL | Review Case. | 0.10 | |
| 05/21/2008 | PJL | Review correspondence; *(.2)* discussion with Dave Souders; *(.2)* prepare for conference. *(.6)* | 1.00 | |
| 05/22/2008 | PJL | Attend Settlement Conference (includes travel to and From court). | 6.20 | |
| 05/23/2008 | PJL | Review correspondence. | 0.20 | |
| 05/27/2008 | PJL | Review correspondence. | 0.10 | |
| 05/29/2008 | PJL | Review correspondence. | 0.30 | |
| | | For Current Services Rendered | 28.90 | 6,750.50 |

Out-of-pocket expenses:

| | |
|---|---|
| Lien/UCC/Title Search | 5.10 |
| Courier Service | 10.00 |
| Travel – Rail Fare | 278.00 |
| Filing Fees - State/Local | 150.00 |
| Duplicating | 58.10 |
| Courier Service | 10.00 |
| Express Mail | 52.53 |
| Total Expenses Thru 05/31/2008 | 563.73 |

| | |
|---|---|
| Total Current Work | 7,314.23 |
| Previous Balance | $535.37 |
| Balance Due | $7,849.60 |

*Peter J. Leyh*

PETER J. LEYH

When making a payment, kindly refer to the above account number to ensure proper credit to your account.   Thank you.

# EXHIBIT D

EXPENSE REIMBURSEMENT FORM

**Attorney Name: Kristin Thompson**

Form:

Date:   **June 24, 2008**

Directions:  A copy of your statement and original receipts must be attached as follows:
1.   Nature of expense (airline ticket, hotel, dinner, drinks, etc., including details such as dates of travel.
2.   Name of all guests (if expense is for more than your own meals, etc.)
3.   Business purpose of expense – subjects of discussion, reason for meeting.

| DATE | CHARGE NUMBER | PLACE | NATURE OF EXPENSE | BUSINESS DISCUSSION PURPOSE AND NAMES OF GUESTS | AMOUNT INCURRED | GRAND TOTAL |
|---|---|---|---|---|---|---|
| 6/19/08 | 98077.068 | New Jersey | Breakfast | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 11.00 | 11.00 |
| 6/19/08 | 98077.068 | New Jersey | Taxi | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 20.00 | 20.00 |
| 6/19/08 | 98077.068 | New Jersey | Lunch | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 12.00 | 12.00 |
| 6/19/08 | 98077.068 | New Jersey | Gas | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 7.05 | 7.05 |
| 6/19/08 | 98077.068 | New Jersey | Taxi | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 14.00 | 14.00 |
| 6/19/08 | 98077.068 | New Jersey | Taxi | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 13.00 | 13.00 |
| 6/19/08 | 98077.068 | New Jersey | Car Rental | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 64.49 | 64.49 |
| 6/19/08 | 98077.068 | New Jersey | Taxi | Travel to Princeton NJ, Dep. of Dawn Boysen. See Hertz receipt; Hertz kept the receipt for the taxi and deducted it from the bill. | 50.00 | 50.00 |
| 6/18-19/08 | 98077.068 | New Jersey and DC | Amtrak | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 251.00 | 251.00 |
| 6/18/08 | 98077.068 | New Jersey | Hotel | Travel to Princeton New Jersey, Deposition of Dawn Boysen | 322.28 | 322.28 |
| 6/20/08 | 98077.068 | DC | Parking | Travel to Princeton New Jersey, Deposition of Dawn Boysen (Transport trip docs to office) | 10.00 | 10.00 |
| | | | | TRAVEL REIMBURSABLE | | 774.82 |
| | | | | TRAVEL CASH ADVANCE | | 0 |
| | | | | DUE TO **ATTORNEY OR FIRM** | | $774.82 |

15159

_____   **June 24, 2008**
Attorney Signature         Date

# Hertz

#03RN  **RR 154192102**
                    **CC**

**KRISTIN THOMPSON**
VEHICLE  01898/2180255
CLS D              08PG6E    LIC: VA KJY9426
FUEL: 8/8 OUT  8/8 IN
CDP:    13000-ABA

RES  E04848712F6/SPE    /C
PREPARED BY: 1852/NJPRI31
COMPLETED BY: 1852/NJTRE11

RENTED: 06/18/08 09:28 @ AMTRAK-PRINCETON HYATT
RETURN: 06/19/08 14:04 @ TRENTON MERCER A/P

PLAN IN:       CNVD      RATE CLASS:    C
PLAN OUT:      CNVD
MILEAGE IN     16095     TR-X MILES
MILEAGE OUT    16061     MILES ALLOWED         400
MILES DRIVEN     34      MILES CHARGED

DAYS                  2 @ $  48.49/ DAY    $   96.98
SUBTOTAL                               T$   96.98
LDW        DECLINED
LIS        DECLINED
P.., PEC   DECLINED
DOMESTIC SECURITY FEE          $       10.00
TAX/VLC  7.740% ON TAXABLE TTL OF $  96.98  $  7.51
MISCELLANEOUS ADJUSTMENTS             $-    50.00
CHARGED ON AMX    XXXXXXXXXXX6009     $      64.4.
RENT FP AMX    XXXXXXXXXX6009

## HOW WAS YOUR EXPERIENCE?
## WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 07963

3) Take Brief 4 Question Survey

*Hertz kept taxi Receipt*

↓

*Reimburse KBT $50- in addition to Rental Car fee of $64.49*

*Deduction for Taxi expense: Trenton Amtrak to Hyatt Regency Princeton*

STATEMENT OF CHARGES - NOT VALID FOR RENTA..
Renting Company - The Hertz Corporation





*Lunch 6/19/08*

**Amtrak Food Service**
1-800-USA-RAIL
www.amtrak.com

AMTRAK# 0093

06/19/08                    15:17

SALE                         [10]
ENTRY METHOD:              SWIPE
TRANS ID:                  010
BatchID                    047
TERMINAL ID:             024921
Acct number:     XXXXXXXXXXX6009
CARD TYPE:                 AMEX
APPROVAL CODE:            597654
AMOUNT:                  $12.00

TIP:                    _____

TOTAL:                  _____

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING  TO  CARD
ISSUER AGREEMENT.

EARN POINTS FOR TRAVEL AND
PURCHASES WITH THE AMTRAK
GUEST REWARDS MASTERCARD
CALL 888-59-AMTRAK

*gas*

**WELCOME**

606057323001-001
LUKOIL 57323
2417 MAIN STREET
LAWRENCEVILLE      NJ
08648, 609-896-1520

AMEX
AE AUTH#560148
THOMPSON/KD
SEQ# 0097 EXP:**/**
DATE 06/19/08  13:43
REF#1710000012000196
BATCH#49

PUMP # 08  H
PRODUCT: REG
VOLUME:   1.678G
PRICE/G: $ 4.199
FUEL SALE: $   7.05

THANK YOU
HAVE A NICE DAY

---

**GUEST RECEIPT**         393176

_____  Date 6/19/08 Amount $1...

6701006WI

AHM
vs FIRST
American

98077.068

$32.25



15169



**HYATT REGENCY PRINCETON**

102 Carnegie Center
Princeton, NJ 08540 USA
TELEPHONE: 609 987 1234
FACSIMILE: 609 987 2584

thank you

| Last Name | First Name | | | |
|---|---|---|---|---|
| THOMPSON | KRISTIN | | | |

| | | | |
|---|---|---|---|
| **Folio** 1 | | **Page** 1 | |
| **Room** 379 | | | |
| **Rate** 223.20 | | | |
| **Arrival** 06/18/08  WED | | | |
| **Departure** 06/19/08  THU | | | |
| **Bonuses** | | **Type** CCARD | |
| **Account** XXXXXXXXXXX6009    XX/XX | | | |

**Street**
1530 14TH ST NW # 3B

**City**
WASHINGTON         **State** DC   **Zip Code** 200053722

(603) 436-7389                1/0

| DATE | DESCRIPTION | CHARGE/CREDIT | DATE | DESCRIPTION | CHARGE/CREDIT |
|---|---|---|---|---|---|
| 06/18 | IN ROOM DINNER | 65.60 | | | |
| 06/18 | CORPORATE ROOM | 223.20 | | | |
| 06/18 | *OCCUPANCY TAX | 17.86 | | | |
| 06/18 | *ROOM TAX | 15.62 | | | |
| | Total Due | 322.28 | | | |

Your account (G46018367Y) will be credited for all eligible
charges: * indicates an ineligible charge.

Was our staff quick and efficient, and did we offer assistance?
Was everything in your room in working order?
If you are not able to provide the most favorable feedback to
these questions, please let us know.  Simply e-mail our quality
assurance associates at:  qualityprinc@hyatt.com or call us at:
609-734-4070.  We value your comments.

For questions regarding guestroom accounts, please contact our
Accounting Dept. at: 609-734-4030

Signature

*I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.*

00800 RC480A28 03639

## AMERICAN EXPRESS REIMBURSEMENT FORM

Attorney Name: Dave Souders
Form No.:

Date: June 18, 2008
AMEX: May 28, 2008

Directions: A copy of your statement and original receipts must be attached as follows:
1. Nature of expense (airline ticket, hotel, dinner, drinks, etc., including details such as dates of travel.
2. Name of all guests (if expense is for more than your own meals, etc.)
3. Business purpose of expense – subjects of discussion, reason for meeting.

| Date | | | | | AMOUNT INCURRED | GRAND |
|---|---|---|---|---|---|---|
| 5/21/08 | 98077.068 | CPK | Meal | Late Work – DMS | 12.81 | |
| 5/21/08 | 98077.068 | Amtrak | Ticket | Settlement Conference in New York | 430.00 | |
| 5/23/08 | 98077.068 | | Credit | Amtrak Credit | <21.00> | 409.00 |

6/18/08

**SOUDERS**

98077.068

| | |
|---|---|
| **From:** | tickets@amtrak.com |
| **Sent:** | Tuesday, May 20, 2008 10:10 PM |
| **To:** | SOUDERS |
| **Subject:** | Amtrak: Reservation Confirmation - THIS IS NOT A TICKET |

Thank you for choosing Amtrak. Please save or print this page for your records.

Reservation Number: 0E8B7C
Amtrak Guest Rewards Number: 7006206879

THIS IS NOT A TICKET
--------------------
This confirmation notice is not a ticket. You must obtain a ticket before boarding.

TICKETING INFORMATION
----------------------
THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding. You can pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk, or at any Amtrak ticket window. Please check station operating hours before you go, as Amtrak ticket window hours and/or Quik-Trak kiosk hours vary from station to station.

IMPORTANT POLICIES
------------------

For important identification requirements, please visit http://www.amtrak.com/IDrequirements.html.

For important baggage policy information, please visit http://www.amtrak.com/BaggagePolicy.html.

Please Note: All Amtrak trains (except the Auto Train) are non-smoking.

PASSENGER INFORMATION
---------------------
Passenger 1: David Souders (Adult)

ITINERARY
---------

===============================================================
Washington - Union Station, DC (WAS) to Newark, NJ (NWK)
22-MAY-08; 7:00 am - 22-MAY-08; 9:29 am
===============================================================

Service: 2154 Acela Express
Duration: 2h 29m

  <Departs>
  Washington - Union Station, DC (WAS)
  22-MAY-08; 7:00 am

  <Arrives>
  Newark, NJ (NWK)
  22-MAY-08; 9:29 am

6/17/2008

\<Seat(s)/Room(s)\>
1 Business Class Seat

Amenities: Snack car

===================================================

Newark, NJ (NWK) to Washington - Union Station, DC (WAS)
22-MAY-08; 3:14 pm - 22-MAY-08; 5:47 pm

===================================================

Service: 2163 Acela Express
Duration: 2h 33m

 \<Departs\>
 Newark, NJ (NWK)
 22-MAY-08; 3:14 pm

 \<Arrives\>
 Washington - Union Station, DC (WAS)
 22-MAY-08; 5:47 pm

 \<Seat(s)/Room(s)\>
 1 Business Class Seat

Amenities: Snack car

===================================================

FARE INFORMATION
----------------

| | |
|---|---|
| Rail Fare: | $430.00 |
| Upgrades/bedroom Price: | $0.00 |
| Ticket Delivery Fee: | $0.00 |

------------------------
--------

| | |
|---|---|
| Total: | $430.00 |

BILLING INFORMATION
-------------------

Billed to:
David M Souders
1300 19th Street, N.W. Fifth Floor
Washington, DC 20036
United States

Total Price: $430.00

Credit Card: American Express **********2008

ADDITIONAL INFORMATION
----------------------

* We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.

6/17/2008



~ Prepared For
DAVID M SOUDERS
WEINER,BRODSKY.

Closing Date
05/28/08

Page 3 of 3

| **Activity Continued** | | | Reference Code | | Amount $ |
|---|---|---|---|---|---|

| 05/21/08 | AMTRAK | INTERNET | DC | 04950030000 | 430.00 |
| | TKT# 5548107580733 | | 05/20 | | |
| | VENDOR SALE | | | | |
| | SOUDERS/DAVID MR | AMTRAK | | | |
| | AMTRAK | INTERNET | DC | | |
| | FROM | | | | |
| |   NOT RECORDED | | | | |
| | TO | CARRIER CLASS | | | |
| |   NOT RECORDED | | | | |

*9077.068*

| 05/23/08 | AMTRAK | NEWARK NJ NJ | 04950110000 | 21.00 Credit |
| | TKT# 5541163029475 | 05/22 | | |
| | CREDIT OR ADJUSTMENT - UNUSED AIRLINE TICKET | | | |
| | SOUDERS/DAVID MR | AMTRAK | | |
| | AMTRAK | NEWARK NJ NJ | | |
| | FROM | | | |
| |   NEWARK    NJ | | | |
| | TO | CARRIER CLASS | | |
| |   WASHINGTON-UNIO,DC   2V   KO | | | |

*9 8077.068*
*Credit*

**Total for DAVID M SOUDERS**

New Charges/Other Debits
Payments/Other Credits

00900 R04B9A2B 03030

EXPENSE REIMBURSEMENT FORM

Directions: A copy of your statement and original receipts <u>must</u> be attached as follows:
1.   Nature of expense (airline ticket, hotel, dinner, drinks, etc., including details such as dates of travel.
2.   Name of all guests (if expense is for more than your own meals, etc.)
3.   Business purpose of expense – subjects of discussion, reason for meeting.

Attorney Name: Kristin Thompson
Form:

Date:   July 14, 2008

| DATE | CHARGE NUMBER | PLACE | NATURE OF EXPENSE | BUSINESS DISCUSSION PURPOSE AND NAMES OF GUESTS | AMOUNT INCURRED | GRAND TOTAL |
|---|---|---|---|---|---|---|
| 6/25/08 | 98077.068 | New Jersey | Meal | Travel to Princeton New Jersey, Deposition of Fialk and Edelman | 13.42 | 13.42 |
| 6/25/08 | 98077.068 | New Jersey | Taxi | Travel to Princeton New Jersey, Deposition of Fialk and Edelman | 8.00 | 8.00 |
| 6/26/08 | 98077.068 | New Jersey | Taxi | Travel to Princeton New Jersey, Deposition of Fialk and Edelman | 8.25 | 8.25 |
| 6/26/08 | 98077.068 | New Jersey | Amtrak | Travel to Princeton New Jersey, Deposition of Fialk and Edelman | 283.00 | 283.00 |
| 6/26/08 | 98077.068 | PA | Meal | Travel to Princeton New Jersey, Deposition of Fialk and Edelman | 4.66 | 4.66 |
| 6/26/08 | 98077.068 | New Jersey | Car Rental | Travel to Princeton New Jersey, Deposition of Fialk and Edelman | 55.96 | 55.96 |
| 6/26/08 | 98077.068 | DC | Taxi | Travel to Princeton New Jersey, Deposition of Fialk and Edelman | 10.00 | 10.00 |
| 6/27/08 | 98077.068 | DC | Taxi | Travel to Princeton NJ, Dep. of Fialk and Edelman. Transport deposition materials to office from home | 8.00 | 8.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TRAVEL REIMBURSABLE | | 391.29 | |
| | | | TRAVEL CASH ADVANCE | | | |
| | | | DUE TO ATTORNEY OR FIRM | | $ 391.29 | |

15/17

_____          July 14, 2008
Attorney Signature                         Date

**Hertz**  #01RN  **RR 158857392**
CC

**KRISTIN THOMPSON**
VEHICLE  01998 / 8936973
CLS YC            09SONS  LIC: NJ WUY24H
FUEL: 8/8 OUT  8/8 IN
CDP:    13000-ABA
FP: ZE 1
RES  E0541214280/TMDD   /C
PREPARED BY:  2077/PAPHD20
COMPLETED BY: 3515/PAPHD20

RENTED: 06/26/08  07:02 @ 30TH STREET STATION
RETURN: 06/26/08  17:20 @ 30TH STREET STATION

| PLAN IN: | TMDD | RATE CLASS: | C |
|---|---|---|---|
| PLAN OUT: | TMDD | | |
| MILEAGE IN | 5607 | TR-X MILES | |
| MILEAGE OUT | 5513 | MILES ALLOWED | |
| MILES DRIVEN | 94 | MILES CHARGED | |

| | | | | |
|---|---|---|---|---|
| DAYS | 1 @ $ 51.99/ DAY | | $ | 51.99 |
| SUBTOTAL 1 | | | $ | 51.99 |
| DISCOUNT - R  15% | | | $ | 7.80 |
| SUBTOTAL 2 | | | T$ | 44.19 |
| CONCESSION FEE RECOVERY | 10.00% | | T$ | 4.42 |
| LDW | DECLINED | | | |
| LIS | DECLINED | | | |
| PAI, PEC | DECLINED | | | |
| PA SURCHARGE | | | $ | 2.00 |
| TAX | 11.000% ON TAXABLE TTL OF $ | 48.61 | $ | 5.35 |
| CHARGED ON  AMX | XXXXXXXXXXX6009 | | $ | 55.96 |
| RENT FP AMX | XXXXXXXXXX6009 | | | |

**HOW WAS YOUR EXPERIENCE?**
**WE'D LIKE YOUR FEEDBACK.**

1) Call  1-800-278-1595, or
   Visit  WWW.HERTZSURVEY.COM

2) Enter Access Code: 01801

3) Take Brief 4 Question Survey

*97077.061*
*DC → Princeton NJ*
*Depos of Dawn Fialk*
*+ Carol Edelman*

STATEMENT OF CHARGES - NOT VALID FOR RENTAL
Renting Company - The Hertz Corporation



**Parking**

· PROFESSIONAL · CLEAN · COURTEOUS ·

**1233 Twentieth Street NW**
**Suite 104**
**Washington, DC 20036**
**202-464-2900**

PARKING RECEIPT_____

DATE___6/ 20/ 08__ $ 10c ____

# THANK YOU

_____
LOCATION

_____
CASHIER SIGNATURE