# **EXHIBIT 1**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x  Chapter 11
In re:                                                      :
                                                            :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,             :  Jointly Administered
                                                            :
                     Debtors.¹                              :  Docket Ref. No. ____
----------------------------------------------------------- x
```

**ORDER (I) APPROVING THE DISCLOSURE STATEMENT;
(II) ESTABLISHING PROCEDURES FOR SOLICITATION AND
TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, INCLUDING (A)
APPROVING FORM AND MANNER OF SOLICITATION PACKAGES, (B) APPROVING
THE FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING, (C)
ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR
DISTRIBUTION OF SOLICITATION PACKAGES, (D) APPROVING FORMS OF
BALLOTS, (E) ESTABLISHING DEADLINE FOR RECEIPT OF BALLOTS, AND (F)
APPROVING PROCEDURES FOR VOTE TABULATIONS; (III) ESTABLISHING
DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION
OF THE PLAN; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")² of the above-captioned debtors

and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to

sections 1125 and 1126 of title 11 of the United States Code (the "Bankruptcy Code"), Rules

2002, 3016, 3017 and 3020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and Rules 3017-1(a) and 3017-1(b) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation
(3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM
SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American
Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC
("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York
corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

² Unless otherwise defined in herein, all capitalized terms shall have the respective meanings ascribed to them in the
Motion.

Rules"), (i) approving the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy

Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15,

2008 (including all exhibits thereto and as amended, modified or supplemented from time to

time, the "Disclosure Statement"); (ii) establishing procedures for solicitation and tabulation of

votes to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August

15, 2008 (including all exhibits thereto and as the same may be further amended, modified or

supplemented from time to time, the "Plan") including (a) approving the form and manner of the

solicitation packages, (b) approving the form and manner of notice of the Confirmation Hearing,

(c) establishing a record date and approving procedures for distributing solicitation packages, (d)

approving the forms of ballots, (e) establishing the deadline for the receipt of ballots, and (f)

approving procedures for tabulating acceptances and rejections of the Plan; (iii) establishing the

deadline and procedures for filing objections to confirmation of the Plan; and (iv) granting

related relief; and it appearing that adequate and sufficient notice of the Motion has been given

under the circumstances; and it further appearing that adequate and sufficient notice, pursuant to

Bankruptcy Rule 2002(b), of the hearing to approve the Disclosure Statement has been given;

and after due deliberation and upon the Court's determination that the relief requested in the

Motion is in the best interests of the Debtors, their estates, creditors and other parties in interest;

and sufficient cause appearing thereof, it is

**HEREBY ORDERED THAT**:

1.      The Motion is granted.

2.      The Disclosure Statement is approved as containing adequate information

within the meaning of section 1125 of the Bankruptcy Code.

DB02:7146211.5                                                                      066585.1001

3.     The Debtors shall mail or caused to be mailed to Holders of Claims entitled to vote on the Plan no later than September 24, 2008 a solicitation package containing: (a) written notice (the "Confirmation Hearing Notice"), substantially in the form annexed hereto as Exhibit A, of (i) the Court's approval of the Disclosure Statement, (ii) the deadline for voting on the Plan, (iii) the date of the Confirmation Hearing, and (iv) the deadline and procedures for filing objections to the confirmation of the Plan, which Confirmation Hearing Notice is approved; (b) the Plan in pdf format on a CD-Rom; (c) the Disclosure Statement, substantially in the form approved by the Court, in pdf format on a CD-Rom; (d) the appropriate ballot (substantially in the form annexed hereto as Exhibits B-1 through B-28 and ballot return envelope; and (e) such other information as the Court may direct or approve (collectively, the "Solicitation Package").  The Solicitation Package and the manner of service of the Solicitation Package satisfies the requirements of Bankruptcy Rule 3017(d).

4.     The Debtors shall mail or cause to be mailed to each of the known counterparties to the Deemed Rejected Executory Contracts a Confirmation Hearing Notice and the Disclosure Statement and Plan in pdf format on a CD-Rom.

5.     Pursuant to Bankruptcy Rule 3017(d), the Debtors are not required to transmit a Solicitation Package to the Non-Voting Parties.  The Debtors shall mail or cause to be mailed to each Non-Voting Party within fifteen (15) days after the entry of this Order, the Non-Voting Creditor Notice substantially in the form attached hereto as Exhibit C.

6.     The Debtors shall publish notice (the "Publication Notice"), substantially in the form annexed hereto as Exhibit D, in the Wall Street Journal within fifteen (15) days after the entry of this Order.

DB02:7146211.5                                                                                    066585.1001

7.    September 15, 2008 is established as the record date (the "Record Date") for the purposes of determining the creditors and interest holders entitled to receive the Solicitation Package or the Non-Voting Creditor Notice and to vote on the Plan.

8.    Epiq Bankruptcy Solutions, LLC ("Epiq" or the "Balloting Agent") shall tabulate the ballots and certify to the Court the results of the balloting.

9.    The Debtors are permitted to dispense with the mailing of Solicitation Packages or Non-Voting Creditor Notices to addresses and entities to which the notice of the Disclosure Statement hearing was returned by the United States Postal Service as undeliverable, unless the Debtors are provided with an accurate address.

10.    The Ballots, substantially in the form annexed hereto as Exhibits B-1 through B-28 are hereby approved.

11.    All Ballots must be properly executed, completed and delivered to the Balloting Agent by (i) first class mail in the return envelope provided with the Ballots to Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115 or (ii) overnight mail or hand delivery to Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that the Ballots are received on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"), unless extended by the Debtors.  Ballots cast by facsimile, email or other electronic transmission will not be counted unless approved in advance by the Debtors in writing.

12.    For purposes of voting on the Plan, the amount of a claim held by a creditor or the number of any interests held by an interest holder shall be determined pursuant to the following guidelines:

4

a.    The amount of the claim listed in a Debtor's schedule of liabilities if (i) such claim is not scheduled as contingent, unliquidated, undetermined or disputed and (ii) no proof of claim has been timely filed (or otherwise deemed timely filed by the Court under applicable law);

b.    The noncontingent and liquidated amount specified in a proof of claim timely filed with the Court or Epiq (or otherwise deemed timely filed by the Court under applicable law) to the extent the proof of claim is not the subject of an objection filed prior to October 6, 2008 provided that if such an objection is filed, but the amount has been resolved pursuant to a stipulation or order entered by the Court, the voting amount shall be the amount set forth in such stipulation or order;

c.    The amount temporarily allowed in accordance with the EPD/Breach Claim Tabulation Rules (as defined below).

d.    The amount temporarily allowed by the Court for voting purposes, pursuant to Bankruptcy Rule 3018(a), provided that a motion is brought, notice is provided and a hearing is held prior to the Confirmation Hearing, in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules;

e.    Except as otherwise provided in subsection (c) and (d) hereof, with respect to ballots cast by parties whose claims (i) are not listed on a Debtor's schedule of liabilities or (ii) are listed therein as disputed, contingent and/or unliquidated, but who have timely filed proofs of claim in unliquidated or unknown amounts that are not the subject of an objection filed before the commencement of the Confirmation Hearing, such ballots shall be counted in determining whether the numerosity requirement of section 1126(c) of the Bankruptcy Code has been met, but shall not be counted in determining whether the aggregate claim amount requirement has been met.

13.    The Debtors may object to any claim (as defined in section 101(5) of the Bankruptcy Code) solely for Plan voting purposes by filing a determination motion (the "Determination Motion") no later than eighteen (18) days prior to the Voting Deadline with the Court.  Responses, if any, to the Determination Motion shall be filed no later than five (5) business days prior to the hearing on the Determination Motion.  The Court will conduct a hearing on any Determination Motion at the Confirmation Hearing or such earlier time as may be

5

scheduled by the Court.  If a Determination Motion is filed, the ruling by the Court on the

Determination Motion shall be considered a ruling with respect to the allowance of the claim(s)

under Bankruptcy Rule 3018 and such claim(s) shall be counted, for voting purposes only, in the

amount determined by the Court.  The filing of a Determination Motion or a ruling by the Court

thereon, shall not affect the Debtors', or the Plan Trustee's upon the Effective Date of the Plan,

right or ability to later object to such claim(s) for any other purposes, including distribution

under the Plan.

14.     Creditors seeking to have a claim temporarily allowed for purposes of

voting to accept or reject the Plan pursuant to Bankruptcy Rule 3018(a) must file a motion (the

"Claims Estimation Motion") for such relief no later fourteen (14) days prior to the Voting

Deadline.  The Court will schedule a hearing on such motion for a date prior to the Confirmation

Hearing.

15.     EPD/Breach Claims shall be temporarily allowed, solely for purposes of

voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on

account of, any EPD/Breach Claim and without prejudice to the rights of the Debtors in any

other context, in accordance with the following rules (the "EPD/Breach Claim Tabulation

Rules"):

a.     The Debtors shall have served each known Holder of an
EPD/Breach Claim with a Preliminary Informational Questionnaire
(each, a "Questionnaire," substantially in the form attached hereto
as Exhibit E) on or before September 5, 2008;

b.     Each Holder of an EPD/Breach Claim must supply the information
requested by the Debtors in the Questionnaire on or before
September 30, 2008;

c.     If a Holder of an EPD/Breach Claim fails to provide the Debtors
with the information requested in the Questionnaire and the
Debtors are otherwise unable to estimate the amount of damages
for such EPD/Breach Claim including, utilizing to the extent

6

possible, the EPD/Breach Protocol set forth in the Plan, absent further order of the Court pursuant to the procedures identified herein, the EPD/Breach Claim shall be temporarily allowed for voting purposes only in the amount of $1.00;

d.     If the Holder of an EPD/Breach Claim provides the Debtors with the information requested in the Questionnaire or the Debtors are otherwise able to estimate the amount of damages for such EPD/Breach Claim, then the Debtors shall file, on or before October 10, 2008, and serve on each Holder of an EPD/Breach Claim a schedule listing the EPD/Breach Claim amount that will be temporarily allowed solely for voting purposes (the "EPD/Breach Claim Voting Amount");

e.     If the Holder of an EPD/Breach Claim disputes the EPD/Breach Claim Voting Amount, then such Holder must file and serve an objection no later than October 24, 2008, which objection may be resolved by stipulation with the Debtors or by the Court at the Confirmation Hearing (or such other date as is set by the Court); any such objection shall initiate a contested matter under Bankruptcy Rule 9014, and the respective burdens on the parties shall be the same as those applicable to a motion brought under Bankruptcy Rule 3018(a);

f.     If the Holder of an EPD/Breach Claim does not object to the EPD/Breach Claim Voting Amount, such Holder shall be deemed to have consented to having its EPD/Breach Claim temporarily allowed for voting purposes in the EPD/Breach Claim Voting Amount, but shall not be deemed to have waived any other rights in respect of the validity of its EPD/Breach Claim;

g.     The EPD/Breach Claim Voting Amount shall not be deemed to be a substantive objection to, or estimation of, any EPD/Breach Claim, and nothing in the EPD/Breach Claim Tabulation Rules impairs or otherwise affects the Debtors' or the Committee's rights to object to or estimate EPD/Breach Claims or any other Claims.

16.     The following voting procedures and standard assumptions shall be used

in tabulating the Ballots:

a.     For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code, separate claims held by a single creditor in a particular class will be aggregated as if such creditor held one claim against the Debtors in such class, and the votes related to such claims will be treated as a single vote to accept or reject the Plan.

7

b.     Creditors or interest holders must vote all of their claims or interests within a particular class either to accept or reject the Plan and may not split their vote. Accordingly, a ballot (or multiple ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will not be counted.

c.     Ballots that fail to indicate an acceptance or rejection of the Plan or that indicate both acceptance and rejection of the Plan, but which are otherwise properly executed and received prior to the Voting Deadline, will not be counted.

d.     Only ballots that are timely received with signatures will be counted. Unsigned ballots will not be counted.

e.     Ballots postmarked prior to the Voting Deadline, but received after the Voting Deadline, will not be counted.

f.     Ballots which are illegible, or contain insufficient information to permit the identification of the creditor, will not be counted.

g.     Whenever a creditor or interest holder casts more than one ballot voting the same claim or interest prior to the Voting Deadline, the last ballot received prior to the Voting Deadline shall be deemed to reflect the voter's intent and supersede any prior ballots.

h.     If a creditor simultaneously casts inconsistent duplicate ballots, with respect to the same claim, such ballots shall not be counted.

i.     Each creditor shall be deemed to have voted the full amount of its claim. Unless otherwise ordered by the Court, questions as to the validity, form, eligibility (including time of receipt), acceptance, and revocation or withdrawal of ballots shall be determined by the Balloting Agent and the Debtors, which determination shall be final and binding.

17.     Any objection, comment or response to confirmation of the Plan (including any supporting memoranda) must be in writing, served on the parties identified below, and filed with the Court, together with proof of service, such that the foregoing are received by such parties and the Court on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time). The Court shall consider only timely filed written objections. All objections not timely filed and

served in accordance with the provisions of this Motion are hereby deemed waived.  Objections

to confirmation of the Plan should provide proposed language to remedy such objections and

shall be served on the following parties:  (i) Young Conaway Stargatt & Taylor, LLP, 1000 West

Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr.

and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue,

New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen

LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T.

Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891

(Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for

the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware

19801 (Attn.: Joseph J. McMahon).

18.    Any party supporting the Plan shall be afforded an opportunity to file a

response to any objection to confirmation of the Plan, prior to the Confirmation Hearing.

19.    A hearing shall be held before this Court on November 12, 2008 at 10:00

a.m. (prevailing Eastern Time), at the United States Bankruptcy Court for the District of

Delaware, 824 N. Market St., 5th Floor, Wilmington, Delaware 19801, or as soon thereafter as

counsel can be heard, to consider confirmation of the Plan (the "Confirmation Hearing").

20.    The Confirmation Hearing may be adjourned from time to time without

further notice to creditors and other parties-in-interest by an announcement of the adjourned date

at the Confirmation Hearing of any adjournment thereof or an appropriate filing with the Court.

21.    Prior to mailing the Disclosure Statement, Solicitation Packages, or Non-

Voting Creditor Notices, the Debtors may fill in any missing dates and other information, correct

9

any typographical errors and make such other non-material, non-substantive changes as they

deem appropriate.

          22.    This Court shall retain jurisdiction over all matters related to or arising

from the Motion or the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
          September _____, 2008

                                                 _____
                                             Christopher S. Sontchi
                                             United States Bankruptcy Judge

                              

# EXHIBIT A

Confirmation Hearing Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x  Chapter 11

In re:                                                                     :
                                                                           :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                      :
HOLDINGS, INC., a Delaware corporation, et al.,                            :  Jointly Administered
                                                                           :
                      Debtors.[1]                                          :  **Voting Deadline: October 24, 2008 at 4:00 p.m. (ET)**
                                                                           :  **Objection Deadline: October 24, 2008 at 4:00 p.m. (ET)**
------------------------------------------------------------------------- x  **Confirmation Hearing: November 12, 2008 at 10:00 a.m. (ET)**

### NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) DEADLINE FOR VOTING ON THE PLAN, (III) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN

TO:    HOLDERS OF CLAIMS IN CLASSES 1B(1) et seq., 1C(1), 1C(2), 2B(1)(a) et seq., 2B(2), 2C(1), 2C(2), 3B(1)(a) et seq., 3B(2), 3B(3), 3C(1), 3C(2), 4B(1)(a) et seq., 4B(2), 4C(1), 4C(2), 5B(1)(a) et seq., 5B(2), 5B(3), 5B(4), 5C(1), 5C(2), 6B(1) et seq., 6C, 7B(1) et seq., 7C, 8B(1) et seq., and 8C

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    YOUR VOTE IS BEING SOLICITED IN CONNECTION WITH THE CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008 (THE "PLAN").[2]  YOU SHOULD CAREFULLY REVIEW THE MATERIAL SET FORTH IN THE DISCLOSURE STATEMENT ENCLOSED HEREWITH (AND IN THE EXHIBITS ATTACHED THERETO) IN ORDER TO MAKE AN INDEPENDENT DETERMINATION AS TO WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN.

### APPROVAL OF DISCLOSURE STATEMENT

2.    By Order dated [•], 2008, (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

### DEADLINE FOR VOTING ON THE PLAN

3.    By the Disclosure Statement Order, the Bankruptcy Court established **October 24, 2008 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received.  To be counted, your orginal ballot (which is enclosed herewith) must actually be **received** on or before the Voting Deadline by Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017. Ballots cast by facsimile, email or other electronic transmission will not be counted.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

## CONFIRMATION HEARING

4.        On **November 12, 2008 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "Confirmation Hearing") will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 to consider confirmation of the Plan, as the same may be amended or modified, and for such other and further relief as may be just. The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or an appropriate filing with the Bankruptcy Court. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

## EXCULPATION AND INJUNCTIONS

5.        The Plan contains the exculpation and injunction provisions set forth below:

**Except as otherwise expressly provided in the Plan, the documents executed pursuant to the Plan, or the Confirmation Order, on and after the Effective Date, all Persons and other Entities who have held, currently hold, or may hold Claims against or Interests in the Debtors or the Estates that arose prior to the Effective Date (including but not limited to states and other governmental units, and any state official, employee, or other entity acting in an individual or official capacity on behalf of any state or other governmental units) are permanently enjoined from: (i) commencing or continuing in any manner, directly or indirectly, any action or other proceeding against any Protected Party or any property of any Protected Party; (ii) enforcing, attaching, executing, collecting, or recovering in any manner, directly or indirectly, any judgment, award, decree, or order against any Protected Party or any property of any Protected Party; (iii) creating, perfecting, or enforcing, directly or indirectly, any lien or encumbrance of any kind against any Protected Party or any property of any Protected Party; (iv) asserting or effecting, directly or indirectly, any setoff, right of subrogation, or recoupment of any kind against obligation due to any Protected Party or any property of any Protected Party; and (v) any act, in any manner, in any place whatsoever, that does not conform to, comply with, or is inconsistent with any provisions of the Plan. Any Person or entity injured by any willful violation of such injunction shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages from the willful violator. Nothing contained in this Article 12 shall prohibit the Holder of a Disputed Claim from litigating its right to seek to have such Disputed Claim declared an Allowed Claim and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Holder of such Disputed Claim of any of the obligations of the Debtors, the Plan Trustee, or the Plan Trust under the Plan. The Confirmation Order also shall constitute an injunction enjoining any Person from enforcing or attempting to enforce any claim or cause of action against any Protected Party or any property of any Protected Party based on, arising from or related to any failure to pay, or make provision for payment of, any amount payable with respect to any Priority Tax Claim on which the payments due under Article 4 of the Plan have been made or are not yet due under Article 4 of the Plan.**

Unless otherwise provided in the Plan or in the Confirmation Order, all injunctions or stays provided for in the Chapter 11 Cases by orders of the Bankruptcy Court, under §§ 105 or 362 of the Bankruptcy Code, the Plan, or otherwise, and extant on the Confirmation Date, shall remain in full force and effect until the later of (i) entry of the Final Decree or (ii) the dissolution of the Plan Trust.

**On and after the Effective Date, none of the Exculpated Parties shall have or incur any liability for, and each Exculpated Party shall be released from, any claim, cause of action or liability to any other Exculpated Party, to any Holder of a Claim or Interest, or to any other party in interest, for any act or omission that occurred during the Chapter 11 Cases or in connection with the preparation and filing of the Chapter 11 Cases, the formulation, negotiation, and/or pursuit of confirmation of the Plan, the consummation of the Plan, and/or the administration of the Plan and/or the property to be distributed under the Plan, except for claims, causes of action or liabilities arising from the gross negligence, willful misconduct or fraud of any Exculpated Party, in each case subject to determination of such by final order of a court of competent jurisdiction and provided that any Exculpated Party shall be entitled to reasonably rely upon the advice of counsel with respect to its duties and responsibilities (if any) under the Plan and such reasonable reliance shall form an absolute defense to any such claim, cause of action, or liability.**

Without limiting the generality of the foregoing, each Exculpated Party shall be entitled to and granted the protections and benefits of section 1125(e) of the Bankruptcy Code. No provision of the Plan or the Disclosure Statement shall be deemed to act or release any claims, Causes of Action or liabilities that the Plan Trust or the Estates may have against any Person or entity for any act, omission, or failure to act that occurred prior to the Petition Date other than in connection with the preparation and filing of the Chapter 11 Cases, nor shall any provision of the Plan be deemed to act to release any Avoidance Actions.

Except as otherwise provided in § 1141(d)(3) of the Bankruptcy Code, on and after the Confirmation Date, the provisions of the Plan shall bind any Holder of a Claim against, or Interest in, the Debtors, the Estates and their respective successors or assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan, whether or not such Holder has accepted the Plan and whether or not the Holder has filed a Claim. The rights, benefits and obligations of any Person named or referred to in the Plan, whose actions may be required to effectuate the terms of the Plan, shall be binding on and shall inure to the benefit of any heir, executor, administrator, successor or assign of such Person (including, without limitation, any trustee appointed for the Debtors under chapters 7 or 11 of the Bankruptcy Code).

## DEADLINE FOR OBJECTIONS TO CONFIRMATION OF THE PLAN

6.      Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall:  (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be **received** on or before **October 24, 2008 at 4:00 p.m. (prevailing Eastern Time)**, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).  Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

Dated: Wilmington, Delaware
      [•], 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## **EXHIBIT B-1**

CLASS 1B BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x   Chapter 11
In re:                                                                   :
                                                                         :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                    :
HOLDINGS, INC., a Delaware corporation, et al.,                          :   Jointly Administered
                                                                         :
                                              Debtors.¹                  :
------------------------------------------------------------------------ x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 1B:    MISCELLANEOUS SECURED CLAIMS AGAINST AHM HOLDINGS

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Bankruptcy Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 1B Miscellaneous Secured Claim against AHM Holdings**, in the amount set forth below, votes to (check <u>one</u> box):

☐　　**Accept** the Plan.　　　　☐　　**Reject** the Plan.

Creditor: _____　　Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments**.  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

　　　　　　　　　　　　　　　　　　　　　　　066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1B Miscellaneous Secured Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 1B Miscellaneous Secured Claim against AHM Holdings.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3

# **EXHIBIT B-2**

CLASS 1C(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x  Chapter 11

In re:                                                                   :
                                                                         : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                    :
HOLDINGS, INC., a Delaware corporation, et al.,                          : Jointly Administered
                                                                         :
                                                    Debtors.[1]           :
------------------------------------------------------------------------ x

### BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 1(C)1:   UNSECURED CLAIMS AGAINST AHM HOLDINGS
### OTHER THAN THE BofA SYNDICATE UNSECURED CLAIM

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 1(C)1 Unsecured Claim against AHM Holdings other than the BofA Syndicate Unsecured Claim**, in the amount set forth below, votes to (check <u>one</u> box):

☐      **Accept** the Plan.            ☐      **Reject** the Plan.

Creditor: _____      Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

            **Ballots must be _received_ by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (_e.g._, you hold a Class 1(C)1 Unsecured Claim against AHM Holdings other than the BofA Syndicate Unsecured Claim and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting Class 1(C)1 Unsecured Claim against AHM Holdings other than the BofA Syndicate Unsecured Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (_e.g._, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL _NOT_ ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

## EXHIBIT B-3

CLASS 1(C)2 BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------------- x Chapter 11

In re:                                                                      :
                                                                            : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                       :
HOLDINGS, INC., a Delaware corporation, et al.,                             : Jointly Administered
                                                                            :
                                        Debtors.[1]                         :
-------------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 1(C)2:  BofA SYNDICATE UNSECURED CLAIMS AGAINST AHM HOLDINGS**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY
RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 1(C)2 BofA Syndicate Unsecured Claim against AHM Holdings**, in the amount set forth below, votes to (check <u>one</u> box):

☐        **Accept** the Plan.          ☐        **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1(C)2 BofA Syndicate Unsecured Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 1(C)2 BofA Syndicate Unsecured Claim against AHM Holdings.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-4**

CLASS 2B(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x   Chapter 11
In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                 :
HOLDINGS, INC., a Delaware corporation, et al.,                       :   Jointly Administered
                                                                      :
                                                  Debtors.¹           :
-------------------------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 2B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM INVESTMENT

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 2B(1) Miscellaneous Secured Claim against AHM Investment**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.                    ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193056.1                                                                                              066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2B(1) Miscellaneous Secured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2B(1) Miscellaneous Secured Claim against AHM Investment**. You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193056.1                                                                                          066585.1001

# EXHIBIT B-5

CLASS 2B(2) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x Chapter 11

In re: :

: Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE :
HOLDINGS, INC., a Delaware corporation, et al., : Jointly Administered

:

Debtors.[1] :

---------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 2(B)2:  BofA SYNDICATE SECURED CLAIM AGAINST AHM INVESTMENT**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com — click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2(B)2 BofA Syndicate Secured Claim against AHM Investment**, in
the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.            ☐    **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be** *received* **by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2(B)2 BofA Syndicate Secured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2(B)2 BofA Syndicate Secured Claim against AHM Investment.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-6**

CLASS 2(C)1 BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------------- x   Chapter 11
                                                                         :
In re:                                                                   :
                                                                         :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                    :
HOLDINGS, INC., a Delaware corporation, et al.,                          :   Jointly Administered
                                                                         :
                                              Debtors.¹                  :
----------------------------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 2(C)1:   UNSECURED CLAIMS AGAINST AHM INVESTMENT OTHER THAN
### THE BofA SYNDICATE UNSECURED CLAIM

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2(C)1 Unsecured Claim against AHM Investment other than the
BofA Syndicate Unsecured Claim**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.          ☐     **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2(C)1 Unsecured Claim against AHM Investment other than the BofA Syndicate Unsecured Claim and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 2(C)1 Unsecured Claim against AHM Investment other than the BofA Syndicate Unsecured Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193056.1                                                                                                                          066585.1001

**EXHIBIT B-7**

CLASS 2(C)2 BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x  Chapter 11
In re:                                                               :
                                                                     :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                :
HOLDINGS, INC., a Delaware corporation, et al.,                      :  Jointly Administered
                                                                     :
                                                      Debtors.¹      :
-------------------------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 2(C)2:  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM INVESTMENT

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2(C)2 BofA Syndicate Unsecured Claim against AHM Investment**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.             ☐     **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

     **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2(C)2 BofA Syndicate Unsecured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 2(C)2 BofA Syndicate Unsecured Claim against AHM Investment.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3

**EXHIBIT B-8**

CLASS 3B(1) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x Chapter 11

In re:                         :

                            : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE     :

HOLDINGS, INC., a Delaware corporation, et al.,     : Jointly Administered

                            :

                Debtors.[1]     :

------------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 3B(1):   MISCELLANEOUS SECURED CLAIMS AGAINST AHM ACCEPTANCE**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

                                                            

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.                    ☐     **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   P.O. Box 5115, FDR Station
   New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   757 Third Avenue, 3rd Floor
   New York, New York 10017

**Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance**.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193308.1                                                                                                                          066585.1001

**EXHIBIT B-9**

CLASS 3B(2) BALLOT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------- x Chapter 11

In re:                                                        :
                                                              : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                         :
HOLDINGS, INC., a Delaware corporation, et al.,               : Jointly Administered
                                                              :
                                                              :
                                                    Debtors.¹ :
-------------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 3(B)2:  BofA SYNDICATE SECURED CLAIM AGAINST AHM ACCEPTANCE

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 3(B)2 BofA Syndicate Secured Claim against AHM Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐  **Accept** the Plan.                     ☐  **Reject** the Plan.


Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193308.1                                                                                        066585.1001

### VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

    **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 3(B)2 BofA Syndicate Secured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3(B)2 BofA Syndicate Secured Claim against AHM Acceptance**.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**<u>EXHIBIT B-10</u>**

CLASS 3(B)3 BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x   Chapter 11
In re:                                                                   :
                                                                         :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                    :
HOLDINGS, INC., a Delaware corporation, et al.,                          :   Jointly Administered
                                                                         :
                                              Debtors.¹                  :
------------------------------------------------------------------------ x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 3(B)3:  JPM SECURED CLAIM AGAINST AHM ACCEPTANCE

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 3(B)3 JPM Secured Claim against AHM Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.                    ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3(B)3 JPM Secured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3(B)3 JPM Secured Claim against AHM Acceptance.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL ***NOT*** ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193308.1                                                                                                          066585.1001

**EXHIBIT B-11**

CLASS 3(C)1 BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x Chapter 11

In re:                                                    :
                                                          : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et al.,           : Jointly Administered
                                                          :
                    Debtors.[1]                           :
----------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 3(C)1:   UNSECURED CLAIMS AGAINST AHM ACCEPTANCE OTHER THAN
### THE BofA SYNDICATE UNSECURED CLAIM

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 3(C)1 Unsecured Claim against AHM Acceptance other than the BofA Syndicate Unsecured Claim**, in the amount set forth below, votes to (check <u>one</u> box):

☐      **Accept** the Plan.          ☐      **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

<u>**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**</u>

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

       **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 3(C)1 Unsecured Claim against AHM Acceptance other than the BofA Syndicate Unsecured Claim and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3(C)1 Unsecured Claim against AHM Acceptance other than the BofA Syndicate Unsecured Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193308.1

066585.1001

## **EXHIBIT B-12**

CLASS 3(C)2 BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| -------------------------------------------------------------------- x | Chapter 11 |
| In re: | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al., | : Jointly Administered |
| | : |
| Debtors.[1] | : |
| -------------------------------------------------------------------- x | |

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 3(C)2:  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM ACCEPTANCE**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").   Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted</u>.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.   Class Vote.** The undersigned, a holder of a **Class 3(C)2 BofA Syndicate Unsecured Claim against AHM
Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐ **Accept** the Plan. ☐ **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3(C)2 BofA Syndicate Unsecured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3(C)2 BofA Syndicate Unsecured Claim against AHM Acceptance.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

# EXHIBIT B-13

CLASS 4B(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x Chapter 11

In re:                                                                    :
                                                                          : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                     :
HOLDINGS, INC., a Delaware corporation, et al.,                           : Jointly Administered
                                                                          :
                                                    Debtors.[1]           :
------------------------------------------------------------------------ x

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 4B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM SV

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE **ACTUALLY
> RECEIVED** BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1. Class Vote.** The undersigned, a holder of a **Class 4B(1) Miscellaneous Secured Claim against AHM SV**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.        ☐     **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4B(1) Miscellaneous Secured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 4B(1) Miscellaneous Secured Claim against AHM SV.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193322.1                                                                                                                                      066585.1001

## **EXHIBIT B-14**

CLASS 4B(2) BALLOT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

|  |  |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re: | : |
|  | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al., | : Jointly Administered |
|  | : |
| Debtors.[1] | : |
| ------------------------------------------------------------------ x |  |

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 4(B)2:  BofA SYNDICATE SECURED CLAIM AGAINST AHM SV

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 4(B)2 BofA Syndicate Secured Claim against AHM SV**, in the amount set forth below, votes to (check <u>one</u> box):

☐        **Accept** the Plan.                    ☐        **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:                     If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC                      Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing  Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station                          757 Third Avenue, 3rd Floor
    New York, New York 10150-5115                       New York, New York 10017

           **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4(B)2 BofA Syndicate Secured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 4(B)2 BofA Syndicate Secured Claim against AHM SV.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## EXHIBIT B-15

CLASS 4(C)1 BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x   Chapter 11

In re:                                                                   :

                                                                         :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                                    :

HOLDINGS, INC., a Delaware corporation, et al.,                          :   Jointly Administered

                                                                         :

                                                                         :

Debtors.[1]                                                              :

------------------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 4(C)1:   UNSECURED CLAIMS AGAINST AHM SV OTHER THAN THE**
**BofA SYNDICATE UNSECURED CLAIM**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008**
**AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY</u>**
**<u>RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 4(C)1 Unsecured Claim against AHM SV other than the BofA
Syndicate Unsecured Claim**, in the amount set forth below, votes to (check <u>one</u> box):

☐　　**Accept** the Plan.　　　　☐　　**Reject** the Plan.

Creditor: _____　　Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

　　　　　　　　　　　　　　　　　　　066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

      **Ballots must be** *received* **by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4(C)1 Unsecured Claim against AHM SV other than the BofA Syndicate Unsecured Claim and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 4(C)1 Unsecured Claim against AHM SV other than the BofA Syndicate Unsecured Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

# **EXHIBIT B-16**

CLASS 4(C)2 BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| -------------------------------------------------------------------- x | Chapter 11 |
| In re: | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al., | : Jointly Administered |
| | : |
| Debtors.[1] | : |
| -------------------------------------------------------------------- x | |

### BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

#### CLASS 4(C)2:  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM SV

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> **PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
> BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Class Vote.** The undersigned, a holder of a **Class 4(C)2 BofA Syndicate Unsecured Claim against AHM SV**, in the amount set forth below, votes to (check <u>one</u> box):

       ☐    **Accept** the Plan.       ☐    **Reject** the Plan.

Creditor: _____    Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

                                          066585.1001

  
<u>**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**</u>

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4(C)2 BofA Syndicate Unsecured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only the Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 4(C)2 BofA Syndicate Unsecured Claim against AHM SV.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**<u>EXHIBIT B-17</u>**

CLASS 5B(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x  Chapter 11

In re:                                                                      :

                                                                            :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                                       :

HOLDINGS, INC., a Delaware corporation, et al.,                             :  Jointly Administered

                                                                            :

Debtors.[1]                                                                 :

------------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 5B(1):   MISCELLANEOUS SECURED CLAIMS AGAINST AHM CORP.

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com — click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "<u>Bankruptcy Code</u>").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
> THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 5B(1) Miscellaneous Secured Claim against AHM Corp.,** in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.                  ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5B(1) Miscellaneous Secured Claim against AHM Corp. and a Class 6B Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193328.1                                                                                      066585.1001

**EXHIBIT B-18**

CLASS 5B(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x   Chapter 11

In re:                                                                   :
                                                                         : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                    :
HOLDINGS, INC., a Delaware corporation, et al.,                          : Jointly Administered
                                                                         :
                                    Debtors.¹                            :
------------------------------------------------------------------------ x

### BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

#### CLASS 5(B)2:   PNB SECURED CLAIM AGAINST AHM CORP.

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5(B)2 PNB Secured Claim against AHM Corp.,** in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.               ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

<table>
<tr><td>If by United States Postal Service:</td><td>If by Overnight Carrier or Hand Delivery:</td></tr>
<tr><td>Epiq Bankruptcy Solutions, LLC</td><td>Epiq Bankruptcy Solutions, LLC</td></tr>
<tr><td>Attn.: American Home Mortgage Balloting Processing</td><td>Attn.: American Home Mortgage Balloting Processing</td></tr>
<tr><td>P.O. Box 5115, FDR Station</td><td>757 Third Avenue, 3rd Floor</td></tr>
<tr><td>New York, New York 10150-5115</td><td>New York, New York 10017</td></tr>
</table>

          **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(B)2 PNB Secured Claim against AHM Corp. and a Class 6B Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5(B)2 PNB Secured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of accepting or rejecting the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193328.1                                                                                                                      066585.1001

**EXHIBIT B-19**

CLASS 5(B)3 BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                 :  Jointly Administered
                                                                :
                                                                :
                                       Debtors.¹                :
--------------------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 5(B)3:  BofA SYNDICATE SECURED CLAIM AGAINST AHM CORP.

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Bankruptcy Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5(B)3 BofA Syndicate Secured Claim against AHM Corp.**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193328.1                                                                                              066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

         **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(B)3 BofA Syndicate Secured Claim against AHM Corp. and a Class 6B Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5(B)3 BofA Syndicate Secured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

# EXHIBIT B-20

CLASS 5(B)4 BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------------- x  Chapter 11
In re:                                                                   :
                                                                         :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                    :
HOLDINGS, INC., a Delaware corporation, et al.,                          :  Jointly Administered
                                                                         :
                                                            Debtors.¹    :
----------------------------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 5(B)4:  JPM SECURED CLAIM AGAINST AHM CORP.

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5(B)4 JPM Secured Claim against AHM Corp.,** in the amount set
forth below, votes to (check <u>one</u> box):

☐       **Accept** the Plan.                    ☐       **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

### VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be** *received* **by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 5(B)4 JPM Secured Claim against AHM Corp. and a Class 6B Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5(B)4 JPM Secured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193328.1                                                                                                                                    066585.1001

**EXHIBIT B-21**

CLASS 5(C)1 BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x  Chapter 11
In re:                                                                   :
                                                                         :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                    :
HOLDINGS, INC., a Delaware corporation, et al.,                          :  Jointly Administered
                                                                         :
                                              Debtors.¹                  :
------------------------------------------------------------------------ x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 5(C)1:  UNSECURED CLAIMS AGAINST AHM CORP. OTHER THAN THE BofA SYNDICATE UNSECURED CLAIM

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5(C)1 Unsecured Claim against AHM Corp. other than the BofA Syndicate Unsecured Claim**, in the amount set forth below, votes to (check <u>one</u> box):

☐   **Accept** the Plan.                    ☐   **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

**Ballots must be** *received* **by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(C)1 Unsecured Claim against AHM Corp. other than the BofA Syndicate Unsecured Claim and a Class 6B Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5(C)1 Unsecured Claim against AHM Corp. other than the BofA Syndicate Unsecured Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

                                        

**EXHIBIT B-22**

CLASS 5(C)2 BALLOT

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x  Chapter 11
In re:                                                             :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,                   :  Jointly Administered
                                                                   :
                                        Debtors.¹                  :
------------------------------------------------------------------ x
```

### BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

#### CLASS 5(C)2:  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM CORP.

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com − click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5(C)2 BofA Syndicate Unsecured Claim against AHM Corp.**, in
the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.               ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(C)2 BofA Syndicate Unsecured Claim against AHM Corp. and a Class 6B Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 5(C)2 BofA Syndicate Unsecured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**EXHIBIT B-23**

CLASS 6B BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------- x  Chapter 11
In re:                                                            :
                                                                  :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,                   :  Jointly Administered
                                                                  :
                                          Debtors.¹               :
----------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 6B:     MISCELLANEOUS SECURED CLAIMS AGAINST AHM VENTURES**

<div style="border:1px solid black">

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

</div>

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 6B Miscellaneous Secured Claim against AHM Ventures**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.              ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

     **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.     If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 6B Miscellaneous Secured Claim against AHM Ventures and a Class 7B Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 6B Miscellaneous Secured Claim against AHM Ventures.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3

## **EXHIBIT B-24**

CLASS 6C BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------- x  Chapter 11
In re:                                                         :
                                                               :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                :  Jointly Administered
                                                               :
                                 Debtors.¹                     :
-------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 6(C):    UNSECURED CLAIMS AGAINST AHM VENTURES**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 6(C) Unsecured Claim against AHM Ventures**, in the amount set
forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.              ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| | |
|---|---|
| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be** *received* **by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 6(C) Unsecured Claim against AHM Ventures and a Class 7B Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 6(C) Unsecured Claim against AHM Ventures.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-25**

CLASS 7B BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x  Chapter 11
In re:                                                                    :
                                                                          :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                     :
HOLDINGS, INC., a Delaware corporation, et al.,                           :  Jointly Administered
                                                                          :
                                                                          :
                                        Debtors.[1]                       :
----------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 7B:     MISCELLANEOUS SECURED CLAIMS AGAINST HOMEGATE

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 7B Miscellaneous Secured Claim against Homegate**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.                        ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 7B Miscellaneous Secured Claim against Homegate and a Class 8B Miscellaneous Secured Claim against Great Oak) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 7B Miscellaneous Secured Claim against Homegate.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

## EXHIBIT B-26

CLASS 7C BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------------ x  Chapter 11
In re:                                                                    :
                                                                          :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                     :
HOLDINGS, INC., a Delaware corporation, et al.,                           :  Jointly Administered
                                                                          :
                                              Debtors.¹                   :
------------------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008**

**CLASS 7(C):    UNSECURED CLAIMS AGAINST HOMEGATE**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY
> RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. **Ballots submitted by facsimile, email or other electronic transmission will not be counted.**

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 7(C) Unsecured Claim against Homegate**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.          ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.         In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

           **Ballots must be** *received* **by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.         If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 7(C) Unsecured Claim against Homegate and a Class 8B Miscellaneous Secured Claim against Great Oak) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 7(C) Unsecured Claim against Homegate.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.         Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.         The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.         If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.         NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.         PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.         IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-27**

CLASS 8B BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x    Chapter 11

In re:                                                                               :

                                                                                     : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                                                :

HOLDINGS, INC., a Delaware corporation, et al.,                                      : Jointly Administered

                                                                                     :

                                        Debtors.[1]                                  :

--------------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 8B:    MISCELLANEOUS SECURED CLAIMS AGAINST GREAT OAK

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 8B Miscellaneous Secured Claim against Great Oak**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____    Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   P.O. Box 5115, FDR Station
   New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   757 Third Avenue, 3rd Floor
   New York, New York 10017

**Ballots must be** *received* **by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.     If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 8B Miscellaneous Secured Claim against Great Oak and a Class 7B Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 8B Miscellaneous Secured Claim against Great Oak.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.     PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193340.1

066585.1001

# **EXHIBIT B-28**

CLASS 8C BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,                    :   Jointly Administered
                                                                   :
                                      Debtors.¹                     :
------------------------------------------------------------------ x
```

## BALLOT FOR ACCEPTING OR REJECTING THE CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF AUGUST 15, 2008

### CLASS 8(C):    UNSECURED CLAIMS AGAINST GREAT OAK

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON OCTOBER 24, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 8(C) Unsecured Claim against Great Oak**, in the amount set forth
below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

       **Ballots must be _received_ by the Balloting Agent on or before October 24, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (_e.g._, you hold a Class 8(C) Unsecured Claim against Great Oak and a Class 7B Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 8(C) Unsecured Claim against Great Oak.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (_e.g._, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 10, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL _NOT_ ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## EXHIBIT C

Non-Voting Creditor Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x Chapter 11

In re:                                                                  :

                                                                        : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                   :
HOLDINGS, INC., a Delaware corporation, et al.,                         : Jointly Administered
                                                                        :
                                    Debtors.[1]                         : **Voting Deadline: October 24, 2008 at 4:00 p.m. (ET)**
                                                                        : **Objection Deadline: October 24, 2008 at 4:00 p.m. (ET)**
----------------------------------------------------------------------- x **Confirmation Hearing: November 12, 2008 at 10:00 a.m. (ET)**

### NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN

TO:    ALL UNIMPAIRED CREDITORS OF THE DEBTORS AND EQUITY INTEREST HOLDERS NOT ENTITLED TO VOTE ON THE PLAN

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

### APPROVAL OF DISCLOSURE STATEMENT

        1.      By Order dated [•], 2008, (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

### CONFIRMATION HEARING

        2.      On **November 12, 2008 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "Confirmation Hearing") will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 to consider confirmation of The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan").[2] The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or an appropriate filing with the Bankruptcy Court. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

066585.1001

## ENTITLEMENT TO VOTE ON THE PLAN

3.      In accordance with the terms of the Plan and the Bankruptcy Code, holders of claims against the Debtors that are impaired by the Plan are entitled to vote on the Plan; however, holders of interests that will receive no distribution under the Plan are deemed to have rejected the Plan and will not be entitled to vote. Holders of claims that are unimpaired by the Plan are deemed to have accepted the Plan and are not entitled to vote on the Plan.

4.      September 15, 2008 has been established by the Bankruptcy Court as the record date for determining the creditors and interest holders entitled to receive solicitation or notice materials.

5.      You are receiving this Notice because you are either an unimpaired creditor or equity holder of the Debtors and therefore not entitled to vote on the Plan.

## SUMMARY OF PLAN TREATMENT OF CLAIMS AND INTERESTS

6.      The Plan proposes to modify the rights of certain creditors and equity holders of the Debtors. The classification and treatment of Claims and Interests under the Plan is summarized below:

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| **CLASS(ES)** | **DESCRIPTION** | **TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3]** | **ESTIMATED % RECOVERY** |
| n/a | DIP Facility Claims | Paid in full in Cash (or in a manner otherwise permitted or required pursuant to the terms of the DIP Facility and the DIP Loan Agreement). | 100% |
| n/a | Administrative Claims against all Debtors | Paid in Cash equal to the Allowed amount of such Claim, which shall not include any interest, penalty, or premium. | 100% |
| n/a | Priority Tax Claims against all Debtors | Paid in Cash equal to the Allowed Amount of such Claim, which shall not include any penalty or premium, (a) in full on the Effective Date, or (b) in equal payments made on or before the last Business Day of every calendar year after the Effective Date, over a period not exceeding five years after the assessment of the tax on which such Claim is based, totaling the principal amount of such Claim, plus simple interest on any outstanding balance, calculated from the Effective Date at the interest rate available on ninety (90)-day United States Treasuries on the Effective Date. | 100% |
| 1A, 2A, 3A, 4A, 5A, 6A, 7A, and 8A | Priority Claims against all Debtors | Paid in Cash equal to the Allowed amount of such Claim, which shall not include any interest, penalty, or premium. | 100% |

---

[3]   The treatment of any Allowed Claim within a Class is subject to any agreement between the Holder of such Allowed Claim and the Debtors (if before the Effective Date) or the Plan Trustee (if after the Effective Date) which provides treatment of such Allowed Claim on terms no less favorable to the Debtors than the treatment provided in the Plan.

2

066585.1001

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| CLASS(ES) | DESCRIPTION | TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3] | ESTIMATED % RECOVERY |
| 1B(1) *et seq.*, 2B(1)(a) *et seq.*, 3B(1)(a) *et seq.*, 4B(1)(a) *et seq.*, 5B(1)(a) *et seq.*, 6B(1) *et seq.*, 7B(1) *et seq.*, and 8B(1) *et seq.* | Miscellaneous Secured Claims against all Debtors | At the option of the Plan Trustee: (a) reinstated in full, leaving unaffected the Holder of such Claim's legal, equitable, and/or contractual rights, (b) paid in Cash up to the Allowed amount of such Claim, (c) satisfied in whole or in part by the transfer of all or any portion of the Assets securing such Claim, (d) paid in deferred Cash payments having a present value on the Effective Date equal to the Allowed amount of the Claim that is not otherwise satisfied as of the Effective Date, provided that the Holder of such Claim shall retain its Lien in any Assets securing the Claim, or (e) such other treatment as would provide the "indubitable equivalent" of the Allowed Claim | 100% |
| 2B(2), 3B(2), 4B(2) and 5B(3) | BofA Syndicate Secured Claim against AHM Investment, AHM Acceptance, AHM SV, and AHM Corp. | Treated in accordance with the BofA Global Settlement Stipulation | 100% |
| 5B(2) | PNB Secured Claim against AHM Corp. | At the option of the Plan Trustee: (a) reinstated in full, leaving unaffected the Holder of such Claim's legal, equitable, and/or contractual rights, (b) paid in Cash up to the Allowed amount of such Claim, (c) satisfied in whole or in part by the transfer of all or any portion of the Assets securing such Claim, (d) paid in deferred Cash payments having a present value on the Effective Date equal to the Allowed amount of the Claim that is not otherwise satisfied as of the Effective Date, provided that the Holder of such Claim shall retain its Lien in any Assets securing the Claim, or (e) such other treatment as would provide the "indubitable equivalent" of the Allowed Claim | 100% |
| 3B(4), 4B(3), and 5B(5) | Travelers Secured Claim against AHM Acceptance, AHM SV, and AHM Corp. | Treated in accordance with the Travelers Stipulation | 100% |

DB02:7124132.5                                                                          066585.1001

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| **CLASS(ES)** | **DESCRIPTION** | **TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3]** | **ESTIMATED % RECOVERY** |
| 3B(3) and 5B(4) | JPM Secured Claim against AHM Acceptance and AHM Corp. | At the option of the Plan Trustee, (a) paid in Cash up to the Allowed amount of such Claim, (b) paid up to the Allowed amount of such Claim from the proceeds from the sale or other disposition of all or any portion of the Assets securing the Allowed Claim, after deducting the reasonable, necessary costs and expenses of preserving and disposing of such Assets; (c) satisfied in full or in part by the return of all or any portion of the Assets securing such Allowed JPM Secured Claim; (d) satisfied in full or in part by execution of the JPM Plan Note, as described more particularly in the Plan, or (e) such other treatment as will provide the "indubitable equivalent" of the Allowed Claim. | 100% |
| 1C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim) against AHM Holdings | Paid a Pro Rata share of the Net Distributable Assets of the AHM Holdings Estate | 5.86% |
| 2C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim) against AHM Investment | Paid a Pro Rata share of the Net Distributable Assets of the AHM Investment Estate | 0.83% |
| 3C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim) against AHM Acceptance | Paid a Pro Rata share of the Net Distributable Assets of the AHM Acceptance Estate | 0.72% |
| 4C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim) against AHM SV | Paid a Pro Rata share of the Net Distributable Assets of the AHM SV Estate | 0.11% |
| 5C(1) | Unsecured Claims (other than BofA Syndicate Unsecured Claim) against AHM Corp. | Paid a Pro Rata share of the Net Distributable Assets of the AHM Corp. Estate | 1.06% |
| 6C | Unsecured Claims against AHM Ventures | Paid a Pro Rata share of the Net Distributable Assets of the AHM Ventures Estate | 2.22% |
| 7C | Unsecured Claims against Homegate | Paid a Pro Rata share of the Net Distributable Assets of the Homegate Estate | 0.75% |
| 8C | Unsecured Claims against Great Oak | Paid a Pro Rata share of the Net Distributable Assets of the Great Oak Estate | 1.77% |

4

| CLASS(ES) | DESCRIPTION | TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3] | ESTIMATED % RECOVERY |
|---|---|---|---|
| 1C(2) | BofA Syndicate Unsecured Claim against AHM Holdings | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Holdings Estate | 5.53% |
| 2C(2) | BofA Syndicate Unsecured Claim against AHM Investment | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Investment Estate | 0.51% |
| 3C(2) | BofA Syndicate Unsecured Claim against AHM Acceptance | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Acceptance Estate | 0.39% |
| 4C(2) | BofA Syndicate Unsecured Claim against AHM SV | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM SV Estate | 0% |
| 5C(2) | BofA Syndicate Unsecured Claim against AHM Corp. | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Corp. Estate | 0.74% |
| 1D and 2D | Subordinated Trust Preferred Claims against AHM Holdings and AHM Investment | Holders of such Claims will neither retain nor receive any property on account of such Claims | 0% |
| 1E, 2E, 3D, 4D, 5D, 6D, 7D, and 8D | Subordinated Claims against all Debtors | Holders of such Claims will neither retain nor receive any property on account of such Claims | 0% |
| 1F, 2F, 3E, 4E, 5E, 6E, 7E, and 8E | Interests in all Debtors | Holders of such Interests will neither retain nor receive any property on account of such Interests | 0% |

The header of the table reads: **Summary of Classification and Treatment of Claims and Interests under the Plan**

## EXCULPATION AND INJUNCTIONS

7.    The Plan contains the exculpation and injunction provisions set forth below:

Except as otherwise expressly provided in the Plan, the documents executed pursuant to the Plan, or the Confirmation Order, on and after the Effective Date, all Persons and other Entities who have held, currently hold, or may hold Claims against or Interests in the Debtors or the Estates that arose prior to the Effective Date (including but not limited to states and other governmental units, and any state official, employee, or other entity acting in an individual or official capacity on behalf of any state or other governmental units) are permanently enjoined from: (i) commencing or continuing in any manner, directly or indirectly, any action or other proceeding against any Protected Party or any property of any Protected

**Party; (ii) enforcing, attaching, executing, collecting, or recovering in any manner, directly or indirectly, any judgment, award, decree, or order against any Protected Party or any property of any Protected Party; (iii) creating, perfecting, or enforcing, directly or indirectly, any lien or encumbrance of any kind against any Protected Party or any property of any Protected Party; (iv) asserting or effecting, directly or indirectly, any setoff, right of subrogation, or recoupment of any kind against obligation due to any Protected Party or any property of any Protected Party; and (v) any act, in any manner, in any place whatsoever, that does not conform to, comply with, or is inconsistent with any provisions of the Plan. Any Person or entity injured by any willful violation of such injunction shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages from the willful violator. Nothing contained in this Article 12 shall prohibit the Holder of a Disputed Claim from litigating its right to seek to have such Disputed Claim declared an Allowed Claim and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Holder of such Disputed Claim of any of the obligations of the Debtors, the Plan Trustee, or the Plan Trust under the Plan. The Confirmation Order also shall constitute an injunction enjoining any Person from enforcing or attempting to enforce any claim or cause of action against any Protected Party or any property of any Protected Party based on, arising from or related to any failure to pay, or make provision for payment of, any amount payable with respect to any Priority Tax Claim on which the payments due under Article 4 of the Plan have been made or are not yet due under Article 4 of the Plan.**

Unless otherwise provided in the Plan or in the Confirmation Order, all injunctions or stays provided for in the Chapter 11 Cases by orders of the Bankruptcy Court, under §§ 105 or 362 of the Bankruptcy Code, the Plan, or otherwise, and extant on the Confirmation Date, shall remain in full force and effect until the later of (i) entry of the Final Decree or (ii) the dissolution of the Plan Trust.

**On and after the Effective Date, none of the Exculpated Parties shall have or incur any liability for, and each Exculpated Party shall be released from, any claim, cause of action or liability to any other Exculpated Party, to any Holder of a Claim or Interest, or to any other party in interest, for any act or omission that occurred during the Chapter 11 Cases or in connection with the preparation and filing of the Chapter 11 Cases, the formulation, negotiation, and/or pursuit of confirmation of the Plan, the consummation of the Plan, and/or the administration of the Plan and/or the property to be distributed under the Plan, except for claims, causes of action or liabilities arising from the gross negligence, willful misconduct or fraud of any Exculpated Party, in each case subject to determination of such by final order of a court of competent jurisdiction and provided that any Exculpated Party shall be entitled to reasonably rely upon the advice of counsel with respect to its duties and responsibilities (if any) under the Plan and such reasonable reliance shall form an absolute defense to any such claim, cause of action, or liability.**

Without limiting the generality of the foregoing, each Exculpated Party shall be entitled to and granted the protections and benefits of section 1125(e) of the Bankruptcy Code. No provision of the Plan or the Disclosure Statement shall be deemed to act or release any claims, Causes of Action or liabilities that the Plan Trust or the Estates may have against any Person or entity for any act, omission, or failure to act that occurred prior to the Petition Date other than in connection with the preparation and filing of the Chapter 11 Cases, nor shall any provision of the Plan be deemed to act to release any Avoidance Actions.

Except as otherwise provided in § 1141(d)(3) of the Bankruptcy Code, on and after the Confirmation Date, the provisions of the Plan shall bind any Holder of a Claim against, or Interest in, the Debtors, the Estates and their respective successors or assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan, whether or not such Holder has accepted the Plan and whether or not the Holder has filed a Claim. The rights, benefits and obligations of any Person named or referred to in the Plan, whose actions may be required to effectuate the terms of the Plan, shall be binding on and shall inure to the benefit of any heir, executor, administrator, successor or assign of such Person (including, without limitation, any trustee appointed for the Debtors under chapters 7 or 11 of the Bankruptcy Code).

## DEADLINE FOR OBJECTIONS TO CONFIRMATION OF THE PLAN

8.      Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801

together with proof of service, and shall:  (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be **received** on or before **October 24, 2008 at 4:00 p.m. (prevailing Eastern Time)**, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).  Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

## COPIES OF THE PLAN AND DISCLOSURE STATEMENT

9.     The Disclosure Statement and the Plan are on file with the clerk of the Bankruptcy Court, and copies of the same may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
      [•], 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

# **EXHIBIT D**

Publication Notice

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------- x  Chapter 11
In re:                                                              :
                                                                    :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                               :
HOLDINGS, INC., a Delaware corporation, et al.,                     :  Jointly Administered
                                                                    :
                      Debtors.¹                                     :  Voting Deadline: October 24, 2008 at 4:00 p.m. (ET)
                                                                    :  Objection Deadline: October 24, 2008 at 4:00 p.m. (ET)
------------------------------------------------------------------- x  Confirmation Hearing: November 12, 2008 at 10:00 a.m. (ET)
```

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO
CONSIDER CONFIRMATION OF THE PLAN, AND (III) DEADLINE FOR FILING
<u>OBJECTIONS TO CONFIRMATION OF THE PLAN</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.       By Order dated [•], 2008, (the "<u>Disclosure Statement Order</u>"), the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Disclosure Statement</u>") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

2.       By the Disclosure Statement Order, the Bankruptcy Court established **October 24, 2008 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Voting Deadline</u>") as the deadline by which ballots accepting or rejecting The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>")² must be received.  To be counted, your orginal ballot (which is enclosed herewith) must actually be **received** on or before the Voting Deadline by Epiq Bankruptcy Solutions LLC (the "<u>Balloting Agent</u>") at the following address:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017.   <u>Ballots cast by facsimile, email or other electronic transmission will not be counted</u>.

3.       On **November 12, 2008 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "<u>Confirmation Hearing</u>") will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 to consider confirmation of the Plan, as the same may be amended or modified, and for such other and further relief as may be just.  The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or an appropriate filing with the Bankruptcy Court.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

² All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

4.     The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

5.     Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall:  (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be **received** on or before **October 24, 2008 at 4:00 p.m. (prevailing Eastern Time)**, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).  Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

6.     The Disclosure Statement and the Plan are on file with the clerk of the Bankruptcy Court, and copies of the same may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
[•], 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

# **EXHIBIT E**

Questionnaire

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

**NOTE:** The purpose of this form is to gather information to facilitate estimation of EPD Claims[1] and Breach of Warranty Claims[2] for the limited purposes of voting on the Chapter 11 Plan of Liquidation of the Debtors filed August 15, 2008 [Docket No. 5450] (as the same may be subsequently amended, the "**Plan**"). While this form requests similar information as will be requested in the EPD/Breach Claims Questionnaire[3] to be filed with the Plan Supplement Documents, the EPD/Breach Claims Questionnaire may require different or additional information, and submission of this form **does not** constitute submission of the EPD/Breach Claims Questionnaire for purposes of the Plan.

**CLAIMANT MUST PROVIDE A SEPARATE FORM FOR EACH LEGAL ENTITY FILING A CLAIM.**

**PART I** – Background Information.  Please correct any information from the cover letter that is incomplete or incorrect.

Claimant          _____

Address           _____
                  _____
                  _____

Contact           _____

Contact's Phone   _____

Contact's Email   _____

Filed Claim Number _____

Is there any related/affiliated legal entity filing a claim?          □ Yes          □ No
    If so, provide the name, affiliation, nature of relationship to the Claimant, and whether any portion of this claim is duplicative.
    _____
    _____
    _____

Types of claim asserted:  (check all that apply)

□ EPD Claim
□ Noncontingent Breach of Warranty Claim
□ Contingent Breach of Warranty Claim
□ Other (describe below):

_____
_____
_____

---

[1] An "EPD Claim" is any claim arising from any provision or provisions in a loan purchase agreement that obligated a Debtor entity to repurchase a loan if the borrower defaulted on a payment due within either a specified period of time or a specified number of payments after the loan was sold (an "early payment default" or "EPD").  The EPD repurchase obligations are typically set forth as stand-alone provisions or among the representations and warranties in loan purchase agreements.  Any EPD repurchase obligations contained in a loan purchase agreement in any form are treated as EPD Claims.
[2] A "Breach of Warranty Claim" is a claim for breach of a representation or warranty arising under any provision or provisions of a loan purchase agreement with respect to a given loan (other than any loan for which an EPD Claim is asserted).  Breach of Warranty Claims are "non-contingent" with respect to any loans on account of which an actual breach is asserted, and are "contingent" with respect to any loans on account of which an actual breach is not asserted, but may potentially be asserted in the future.
[3] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

*In re American Home Mortgage Holdings, Inc., et al.,* Case No. 07-11047 (CSS) (Jointly Administered)
**Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims**

**PART II** – Information and Documentation Required for All EPD/Breach Claims

**For each loan purchase transaction(s) which resulted in an asserted claim provide in (live) electronic spreadsheet or data base format the following information.**

This information will be used to estimate damages with respect to asserted **breaches** of representations and warranties on loans purchased from the any Debtor entity (hereinafter, individually or collectively, as the context may require, "<u>AHM</u>"), <u>including contingent, unliquidated claims for **breaches** that have yet to be asserted by you.</u>

■ Date of the loan purchase transaction giving rise to the claim(s)[4] _____
■ Purchase price paid in each sale transaction _____
■ Number of loans in each sale transaction _____
■ Did you have any holdback of the purchase price?        □ Yes        □ No
  • If yes, provide the amount. _____
  • Provide all documents related to the sale and respective closing date.

| Document Name | Closing Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each loan included in this population of loans purchased, provide the following:

• AHM Loan Number [Note: Providing the AHM Loan Number is essential for an accurate estimation of your Claim.]

• Borrower name

• The unpaid principal balance ("<u>UPB</u>") as of date of loan sale by AHM

• The UPB as of July 31, 2008, or <u>if</u> (i) you sold the loan or related real-estate owned ("<u>REO</u>") prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, <u>then</u> as of the date of such sale/foreclosure

• If the loan was foreclosed or sold, or if REO was sold, the date of such sale/foreclosure and the amount of any net sale/foreclosure proceeds received

• If you were not the original purchaser from AHM, identify the entity that sold the loan to you and certify under penalty of perjury that you have the right to assert EPD/Breach Claims for this loan

• If you no longer own the loan, provide the date of the sale, the identity of the purchaser and certify under penalty of perjury that you retained the right to assert EPD/Breach Claims for this loan

• The AHM entity you assert is liable on your claim [Note: If you assert that more than one AHM entity is liable for such claim, provide all documents or evidence that you believe supports this assertion.]

• Copy of master loan purchase agreement (or similar document) pursuant to which the loan was sold by AHM.

---

[4] If you assert claims arising from more than one sale transaction, provide the requested information with respect to each such transaction.

**In re American Home Mortgage Holdings, Inc.,** *et al.,* **Case No. 07-11047 (CSS) (Jointly Administered)**
**Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims**

---

**PART III** – **Information for Loans on Which You Assert an EPD Claim or Noncontingent Breach of Warranty Claim.**

**Estimation of EPD Claims and noncontingent Breach of Warranty claims entails different considerations than estimating contingent Breach of Warranty Claims.  Thus, you must provide a somewhat different set of data for EPD Claims and noncontingent Breach of Warranty claims.**

**All data is to be provided in electronic ("live") spreadsheet or data base format.**

For each loan for which you assert an **EPD Claim** or **noncontingent** Breach of Warranty Claim:

- All data set forth in Part II hereof

- The date of the borrower default on account of which such claim is asserted.

- Identification of loan purchase agreement pursuant to which the loan was sold by AHM with a copy of the relevant provisions establishing the right to payment from AHM

- The borrower payment history through July 31, 2008.

- The status of the loan as of July 31, 2008, or if (i) you sold the loan or related real-estate owned ("REO") prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, then as of the date of such sale/foreclosure:

  - ☐ Current
  - ☐ 31-60 days delinquent
  - ☐ 61-90 days delinquent
  - ☐ 91 days or more delinquent

**In re American Home Mortgage Holdings, Inc.,** *et al.*, **Case No. 07-11047 (CSS) (Jointly Administered)**
**Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims**

<u>**VERIFICATION**</u>

STATE/COMMONWEALTH OF _____

COUNTY OF _____

_____, being duly sworn, deposes and says:

I am the _____ of _____, the claimant submitting the attached claim
      *(Position)*        *(Claimant/Entity)*
("Claimant"), and have held that position since _____. I have read the foregoing Preliminary
      *(Start Date at Position)*
Informational Questionnaire for Parties Asserting EPD/Breach Claims and know the contents thereof, and believe the information

contained on such form, and related exhibits or appendices, submitted by Claimant to be true based upon the records and documents of

Claimant.

Dated: _____, 2008

_____
      *(Signature)*

Sworn to before me this

_____ day of _____, 2008

Notary Public

My Commission Expires _____

Seal _____