IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 5023, 5338 |

**AMENDED CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2008 THROUGH MAY 31, 2008  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Eighth Monthly Application of BDO Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period May 1, 2008 through May 31, 2008 [Docket No. 5023]* (the "Application") filed on July 9, 2008.  The undersigned further certifies that he has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 29, 2008 at 4:00 p.m.

128189.01600/21717321v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay BDO Seidman, LLP $124,471.20, which represents 80% of the fees requested ($155,589.00) and $95.44 which represents 100% of the expenses requested in the Application for the period of **May 1**, 2008 through **May 31**, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:   August 29, 2008                                **BLANK ROME LLP**

By:  */s/ David W. Carickhoff*
     Bonnie Glantz Fatell (DE No. 3809)
     David W. Carickhoff (DE No. 3715)
     1201 Market Street, Suite 800
     Wilmington, DE  19801
     Telephone:  (302) 425-6400
     Facsimile:  (302) 425-6464

               and

     Mark S. Indelicato
     Mark T. Power
     Hahn & Hessen LLP
     488 Madison Avenue
     New York, NY  10022
     Telephone:  (212) 478-7200
     Facsimile:  (212) 478-7400

     *Co-Counsel for the Official Committee of Unsecured Creditors*