**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No. 5198 |

**CERTIFICATE OF NO OBJECTION REGARDING TENTH MONTHLY APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2008 THROUGH MAY 31, 2008 [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Tenth Monthly Application of Blank Rome LLP, Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period May 1, 2008 through May 31, 2008 [Docket No. 5198]* (the "Application") filed on July 23, 2008. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 12, 2008 at 4:00 p.m.

128189.01600/21717327v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay Blank Rome LLP $21,268.00, which represents 80% of the fees requested ($26,585.00) and $1,051.38 which represents 100% of the expenses requested in the Application for the period of May 1, 2008 through May 31, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:   August 29, 2008                     **BLANK ROME LLP**

                                             By:  */s/ David W. Carickhoff*
                                                  Bonnie Glantz Fatell (DE No. 3809)
                                                  David W. Carickhoff (DE No. 3715)
                                                  1201 Market Street, Suite 800
                                                  Wilmington, DE  19801
                                                  Telephone:  (302) 425-6400
                                                  Facsimile:  (302) 425-6464

                                                  *Co-Counsel for the Official Committee of Unsecured Creditors*