IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>  HOLDINGS, INC., et al.<br>                              Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br>Related Docket No. 5468<br>Objection Deadline: Sept. 8, 2008 @ 4:00 p.m.<br>Hearing Date: Sept. 15, 2008 @ 10:00 a.m. |

### SUPPLEMENT TO MOTION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND MERSCORP, INC. FOR ENTRY OF AN ORDER (I) COMPELLING ASSUMPTION OR REJECTION OF DEBTORS' EXECUTORY CONTRACT, OR MODIFYING THE AUTOMATIC STAY; AND (II) COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSES

Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS"), by and through their undersigned counsel, hereby submits this supplement to its Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (i) Compelling Assumption or Rejection of Debtors' Executory Contract or Modifying the Automatic Stay; and (ii) Compelling Payment of Administrative Expense (the "Motion", D.I. 5468) and represents as follows:

1. MERS filed the Motion on August 18, 2008. Pursuant to the Motion, MERS seeks, among other relief, an order allowing and directing the payment of MERS's administrative expense claim pursuant to Section 503(b)(1) of the Bankruptcy Code (the "Administrative Expense Claim').

2. One of the components of the Administrative Expense Claim is a request for reimbursement of post-petition legal fees incurred by MERS as a result of the Debtors failure to defend MERS in any lawsuit relating to MERS's position as nominal mortgagee for the Debtors and indemnify MERS for any costs associated therewith. *See* paragraphs 6 and 7 of the Motion.

I-NY/2300544.1

Copies of the legal invoices and a schedule of lawsuits are annexed to the Motion as <u>Exhibits F and G</u> respectively.

3. One such lawsuit is the Shinell litigation pending in Missouri state court. Since the filing of the Motion, MERS has become aware of additional invoices for legal fees related to the Shinell litigation in the amount of $1,611.70. Copies of these invoices are attached hereto as Exhibit A.

4. Another such lawsuit is the Tilton Jack litigation. Since the filing of the Motion, MERS has become aware of an additional invoice for legal fees related to the Tilton Jack litigation in the amount of $1,462.64. A summary of this invoice is attached as Exhibit B.

5. By this supplement to the Motion, MERS requests that its Administrative Expense Claim as st forth in the Motion be increased by the amounts set forth in paragraphs 3 and 4 to $85,374.74. MERS expressly reserves and preserves its rights to assert additional administrative expense claims by further supplements to the Motion or otherwise.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## CONCLUSION

WHEREFORE, for the foregoing reasons as well as the reasons set forth in the Motion, MERS respectfully requests that this Court enter an Order, substantially in the form attached hereto as either Exhibit 1 or Exhibit 2, (i) compelling the Debtors to assume or reject the MERS Agreement, or alternatively, modifying the automatic stay to allow MERS to terminate the MERS Agreement; (ii) requiring the Debtors to record assignments assigning all loans for which the Debtors are the current servicer and/or investor out of MERS' name; (iii) compelling payment of outstanding post-petition administrative expenses in the amount of $85,374.74; and (iv) granting such other and further relief as this Court may deem just and proper.

Dated: August 29, 2008
      Wilmington, Delaware

                              Respectfully submitted,

                              SULLIVAN · HAZELTINE · ALLINSON LLC

                              */s/ William A. Hazeltine*
                              William A. Hazeltine (Bar ID 3294)
                              4 East 8th Street, Suite 400
                              Wilmington, DE 19801
                              Phone: 302-428-8191
                              Fax: 302-428-8195

                              Wendy S. Walker
                              Andrew D. Gottfried
                              Annie C. Wells
                              MORGAN. LEWIS & BOCKIUS LLP
                              101 Park Avenue
                              New York, NY 10178
                              Phone: 212-309-6000
                              Fax: 212-309-6001

                              *Attorneys for Mortgage Electronic Registration*
                              *Systems, Inc. and MERSCORP, Inc.*