# EXHIBIT A

RABBITT, PITZER & SNODGRASS, P.C.
Attorneys at Law
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Telephone: 314-421-5545    Facsimile: 314-421-3144
Federal ID: 43-1573270

| | | | | Page: 1 |
|---|---|---|---|---|
| VARGA, BERGER, LEDSKY, HAYES & CASEY | | | | 05/05/2008 |
| SUITE 350 | | | Client Number | 9608M |
| 224 SOUTH MICHIGAN AVENUE | | | | |
| CHICAGO IL 60604-2507 | | | | |

ATTENTION: MR MICHAEL HAYES

| Previous Balance | Fees | Advances | Payments | Balance |
|---|---|---|---|---|
| 9608-14142 Shinell, Terry vs. Fidelity National Title Insurance Company, et al O'Keefe | | | | |
| 0.00 | 1,390.00 | 0.70 | 0.00 | $1,390.70 |

THIS INVOICE RELATES TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

PLEASE RETURN A COPY OF THE COVER PAGE
WITH YOUR REMITTANCE


Case 07-11047-CSS    Doc 5559-1    Filed 08/29/08    Page 3 of 12

**RABBITT, PITZER & SNODGRASS, P.C.**
Attorneys at Law
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Telephone: 314-421-5545    Facsimile: 314-421-3144
Federal ID: 43-1573270

VARGA, BERGER, LEDSKY, HAYES & CASEY
SUITE 350
224 SOUTH MICHIGAN AVENUE
CHICAGO IL 60604-2507

Page: 1
05/05/2008
Client Number    9608-14142M
Statement No.:    423147

ATTENTION: MR MICHAEL HAYES

Shinell, Terry vs. Fidelity National Title
Insurance Company, et al
O'Keefe

THIS INVOICE RELATES TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

Fees

|  |  |  |  | Hours |
|---|---|---|---|---|
| **04/04/2008** | | | | |
| DOK | L110 | A104 | Review/analyze incoming e-mail correspondence from Mike Hayes regarding status of case and with Suggestion of Bankruptcy to be filed (one-half); | 0.10 |
| DOK | L110 | A106 | Communicate (with client) - Telephone call with Mike Hayes regarding status of American Home bankruptcy, cause of action going forward, and Court hearing on April 17, 2008 (one-half); | 0.20 |
| **04/07/2008** | | | | |
| DOK | L110 | A104 | Review/analyze pleadings to date regarding upcoming status conference; | 0.50 |
| **04/09/2008** | | | | |
| DOK | L110 | A104 | Review/analyze incoming correspondence from Dan O'Neill regarding additional documents received from Guarantee (one-half); | 0.10 |
| DOK | L110 | A106 | Communicate (with client) - E-mail correspondence from/to Mike Hayes regarding Suggestion of Bankruptcy (one-half); | 0.10 |
| DOK | L110 | A104 | Review/analyze incoming e-mail correspondence from Mike Hayes to opposing counsel regarding filing of Suggestion of Bankruptcy and conference call to discuss case; | 0.10 |
| **04/10/2008** | | | | |
| DOK | L110 | A104 | Review/analyze incoming e-mail correspondence from John Phillips and Mike Hayes regarding | |

VARGA, BERGER, LEDSKY, HAYES & CASEY

Page: 2
05/05/2008
Client Number   9608-14142M
Statement No.:       423147

Shinell, Terry vs. Fidelity National Title
Insurance Company, et al
O'Keefe

|  |  |  |  | Hours |
|---|---|---|---|---|
|  |  |  | conference call to discuss case (one-half); | 0.10 |

**04/11/2008**

| DOK | L110 | A104 | Review/analyze incoming e-mail correspondence from Mike Hayes regarding conference call scheduled for April 14, 2008; | 0.10 |
|---|---|---|---|---|

**04/14/2008**

| DOK | L110 | A104 | Review Guarantee's discovery forwarded to AHMA (outstanding) (one-half); | 0.20 |
|---|---|---|---|---|
| DOK | L110 | A109 | Telephone conference with attorneys of record and Mike Hayes to discuss trial date, AHMA's Crossclaim and positions of the parties (one-half); | 0.30 |

**04/16/2008**

| DOK | L230 | A101 | Plan and prepare for upcoming hearing on all pending motions, including review of bankruptcy issues, trial settings, discovery deadlines and case proceedings (one-half); | 1.00 |
|---|---|---|---|---|
| AS | L120 | A104 | Review/analyze relevant provisions of the Bankruptcy Code regarding the automatic stay provision, as well as state and federal law interpreting the applicability of the stay provision to counterclaims and cross claims not "against the debtor" in preparation for upcoming conference with Judge Hartenbach (one-half); | 1.20 |

**04/17/2008**

| DOK | L250 | A109 | Court appearance before Judge James Hartenbach, Division 14, St. Louis County Circuit Court, for all pending motions (one-half); | 2.00 |
|---|---|---|---|---|
| DOK | L110 | A104 | Review/analyze incoming correspondence from John Phillips with Order of April 17, 2008 dismissing Counts XX and XXI of plaintiff's Second Amended Petition (one-half); | 0.10 |

**04/21/2008**

| DOK | L110 | A106 | Communicate (with client) - Lengthy correspondence with Mike Hayes regarding court appearance before Judge Hartenbach and obtaining trial setting (one-half); | 0.50 |
|---|---|---|---|---|
| DOK | L110 | A107 | Communicate (with other outside counsel) - Telephone calls with attorneys of record to obtain new trial date (one-half); | 0.50 |

**04/22/2008**

| DOK | L110 | A108 | Communicate (other external) - Informal conference |  |
|---|---|---|---|---|

VARGA, BERGER, LEDSKY, HAYES & CASEY

Page: 3
05/05/2008
Client Number 9608-14142M
Statement No.: 423147

Shinell, Terry vs. Fidelity National Title
Insurance Company, et al
O'Keefe

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | with Judge Hartenbach regarding new trial date (one-half); | 0.50 |  |
| 04/28/2008 |  |  |  |  |  |
| DOK | L110 | A104 | Review/analyze incoming correspondence from Tracy Wetteroff with privilege log and additional documents produced by Guarantee Title (one-half); | 0.10 |  |
| DOK | L110 | A109 | Court appearance in St. Louis County, Division 14, before Judge Hartenbach regarding new trial date (one-half); | 1.00 |  |
| 04/30/2008 |  |  |  |  |  |
| DOK | L110 | A107 | Communicate (with other outside counsel) - Correspondence with all attorneys of record regarding new trial date of March 2, 2009 (one-half); | 0.10 |  |
|  |  |  | For Current Services Rendered | 8.80 | 1,390.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Donald L O'Keefe | Principal/Counsel | 7.60 | $160.00 | $1,216.00 |
| Allison Stoll | Associate | 1.20 | 145.00 | 174.00 |

Advances

| 04/30/2008 | L300 | E101 | PHOTOCOPIES @ 0.10 | 0.70 |
|---|---|---|---|---|
|  |  |  | Photocopies | 0.70 |
|  |  |  | Thru 04/30/2008 | 0.70 |
|  |  |  | Total for Current Statement | 1,390.70 |
|  |  |  | Balance Due | $1,390.70 |

Task Code Recapitulation

|  |  | Fees | Advances |
|---|---|---|---|
| L110 | Fact Investigation/Development | 736.00 | 0.00 |
| L120 | Analysis/Strategy | 174.00 | 0.00 |
| L100 | DO NOT USE: Case Assessment, Development and Administration | 910.00 | 0.00 |
| L230 | Court Mandated Conferences | 160.00 | 0.00 |
| L250 | Other Written Motions and Submissions | 320.00 | 0.00 |
| L200 | DO NOT USE: Pre-Trial Pleadings and Motions | 480.00 | 0.00 |

|  |  |  | Page: 4 |
|---|---|---|---|
| VARGA, BERGER, LEDSKY, HAYES & CASEY | | | 05/05/2008 |
| | | Client Number | 9608-14142M |
| | | Statement No.: | 423147 |

Shinell, Terry vs. Fidelity National Title
Insurance Company, et al
O'Keefe

|  |  | Fees | Advances |
|---|---|---|---|
| L300 | DO NOT USE: Discovery | 0.00 | 0.70 |
| L300 | DO NOT USE: Discovery | 0.00 | 0.70 |

PLEASE RETURN A COPY OF THE COVER PAGE
WITH YOUR REMITTANCE

RABBITT, PITZER & SNODGRASS, P.C.
Attorneys at Law
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Telephone: 314-421-5545    Facsimile: 314-421-3144
Federal ID: 43-1573270

VARGA, BERGER, LEDSKY, HAYES & CASEY
SUITE 350
224 SOUTH MICHIGAN AVENUE
CHICAGO IL 60604-2507

Page: 1
07/09/2008
Client Number    9608M

ATTENTION: MR MICHAEL HAYES

| | Fees | Advances | Balance |
|---|---|---|---|
| 9608-11784 Shinell, Terry vs. Fidelity National Title Insurance Company, F/K/A Fidelity Title Insurance Company O'Keefe | | | |
| | 80.00 | 0.00 | $80.00 |

PLEASE RETURN A COPY OF THE COVER PAGE
WITH YOUR REMITTANCE

**RABBITT, PITZER & SNODGRASS, P.C.**
Attorneys at Law
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Telephone: 314-421-5545   Facsimile: 314-421-3144
Federal ID: 43-1573270

VARGA, BERGER, LEDSKY, HAYES & CASEY
SUITE 350
224 SOUTH MICHIGAN AVENUE
CHICAGO IL 60604-2507

Page: 1
07/09/2008
Client Number: 9608-11784M
Statement No.: 424928

ATTENTION: MR MICHAEL HAYES

Shinell, Terry vs. Fidelity National Title
Insurance Company, F/K/A
Fidelity Title Insurance Company
O'Keefe

### Fees

| Date / Timekeeper | Code | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/03/2008 | | | | | |
| DOK | L110 | A104 | Review/analyze incoming correspondence from Dan O'Neill with correspondence from Maryville University regarding issued subpoena (one-half); | 0.10 | 16.00 |
| 06/06/2008 | | | | | |
| DOK | L210 | A104 | Review/analyze incoming pleadings: Notice of Hearing of Defendant Guarantee's Motion to Modify Protective Order on July 3, 2008; | 0.10 | 16.00 |
| 06/16/2008 | | | | | |
| DOK | L110 | A106 | Communicate (with client) - E-mail correspondence from/to Mike Hayes regarding plaintiff's dismissal and pending Crossclaims (one-half); | 0.10 | 16.00 |
| 06/18/2008 | | | | | |
| DOK | L110 | A108 | Communicate (other external) - Telephone call with Judge Hartenbach regarding case status, including pending Crossclaim and settlement prospects (one-half); | 0.10 | 16.00 |
| DOK | L110 | A106 | Communicate (with client) - E-mail correspondence to/from Mike Hayes regarding Crossclaims and possible mediation (one-half); | 0.10 | 16.00 |
| | | | For Current Services Rendered | 0.50 | 80.00 |

#### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Donald L O'Keefe | Principal/Counsel | 0.50 | $160.00 | $80.00 |

|  |  |
|---|---|
| VARGA, BERGER, LEDSKY, HAYES & CASEY | Page: 2<br>07/09/2008 |
|  | Client Number   9608-11784M |
|  | Statement No.:   424928 |

Shinell, Terry vs. Fidelity National Title
Insurance Company, F/K/A
Fidelity Title Insurance Company
O'Keefe

Total for Current Statement      80.00

Balance Due      $80.00

### Billing History

| Fees | Hours | Expenses | Finance Charge | Payments |
|---|---|---|---|---|
| 37,042.00 | 250.70 | 4,833.33 | 0.00 | 25,090.75 |

### Task Code Recapitulation

|  |  | Fees | Advances |
|---|---|---|---|
| L110 | Fact Investigation/Development | 64.00 | 0.00 |
| L100 | DO NOT USE: Case Assessment, Development and Administration | 64.00 | 0.00 |
| L210 | Pleadings | 16.00 | 0.00 |
| L200 | DO NOT USE: Pre-Trial Pleadings and Motions | 16.00 | 0.00 |

PLEASE RETURN A COPY OF THE COVER PAGE
WITH YOUR REMITTANCE

**RABBITT, PITZER & SNODGRASS, P.C.**
Attorneys at Law
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Telephone: 314-421-5545    Facsimile: 314-421-3144
Federal ID: 43-1573270

VARGA, BERGER, LEDSKY, HAYES & CASEY
SUITE 350
224 SOUTH MICHIGAN AVENUE
CHICAGO IL 60604-2507

Page: 1
06/09/2008
Client Number    9608M

ATTENTION: MR MICHAEL HAYES

| Previous Balance | Fees | Advances | Payments | Balance |
|---|---|---|---|---|
| 9608-14142 Shinell, Terry vs. Fidelity National Title Insurance Company, et al O'Keefe | | | | |
| 1,390.70 | 141.00 | 0.00 | 0.00 | $1,531.70 |

PLEASE RETURN A COPY OF THE COVER PAGE
WITH YOUR REMITTANCE

RABBITT, PITZER & SNODGRASS, P.C.
Attorneys at Law
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Telephone: 314-421-5545    Facsimile: 314-421-3144
Federal ID: 43-1573270

VARGA, BERGER, LEDSKY, HAYES & CASEY
SUITE 350
224 SOUTH MICHIGAN AVENUE
CHICAGO IL 60604-2507

Page: 1
06/09/2008
Client Number    9608-14142M
Statement No.:    424191

ATTENTION: MR MICHAEL HAYES

Shinell, Terry vs. Fidelity National Title
Insurance Company, et al
O'Keefe

THIS INVOICE RELATES TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

Fees

|  |  |  |  | Hours |
|---|---|---|---|---|
| 05/09/2008 DOK | L210 | A104 | Review/analyze incoming pleadings: Defendant Guarantee Title Insurance Company's Supplemental Interrogatories and Document Requests to Plaintiff (one-half); | 0.10 |
| 05/15/2008 DOK | L110 | A104 | Review/analyze incoming correspondence from John Phillips regarding American Home Mortgage's delinquent responses to discovery of defendant Guarantee (one-half); | 0.10 |
| 05/16/2008 DOK | L210 | A104 | Review/analyze incoming pleadings: Defendant Guarantee Title's Notice to Take Deposition for Production of Documents Only of Custodian of Records of Maryville University on May 30, 2008 (one-half); | 0.10 |
| 05/22/2008 DOK | L110 | A104 | Review/analyze incoming e-mail correspondence from Mike Hayes to John Phillips regarding completion of discovery responses; | 0.10 |
| 05/27/2008 DOK | L210 | A104 | Review/analyze incoming pleadings: Third-Party Plaintiff American Home Mortgage's Responses to First Set of Interrogatories and Requests for | |

| | | Page: 2 |
|---|---|---|
| VARGA, BERGER, LEDSKY, HAYES & CASEY | | 06/09/2008 |
| | Client Number | 9608-14142M |
| | Statement No.: | 424191 |

Shinell, Terry vs. Fidelity National Title
Insurance Company, et al
O'Keefe

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Production Propounded by Guarantee Title (one-half); | 0.20 | |
| 05/29/2008 | | | | | |
| | JCB | L330 | A101 | Plan and prepare for the deposition of the custodian of records for Maryville University (one-half); | 0.10 |
| | JCB | L330 | A107 | Communicate (with other outside counsel) - telephone call with opposing counsel John Phillips regarding the deposition of the custodian of records for Maryville University (one-half); | 0.10 |
| | DOK | L110 | A104 | Review/analyze incoming e-mail correspondence from John Phillips regarding cancellation of deposition of Custodian of Records of Maryville University; | 0.10 | |
| | | | For Current Services Rendered | 0.90 | 141.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Donald L O'Keefe | Principal/Counsel | 0.70 | $160.00 | $112.00 |
| Josh C Breithaupt | Senior Associate | 0.20 | 145.00 | 29.00 |

| | |
|---|---|
| Total for Current Statement | 141.00 |
| Previous Balance | $1,390.70 |
| Balance Due | $1,531.70 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 141.00 | 1,390.70 | 0.00 | 0.00 | 0.00 | 0.00 |

Task Code Recapitulation

| | | Fees | Advances |
|---|---|---|---|
| L110 | Fact Investigation/Development | 48.00 | 0.00 |
| L100 | DO NOT USE: Case Assessment, Development and Administration | 48.00 | 0.00 |
| L210 | Pleadings | 64.00 | 0.00 |
| L200 | DO NOT USE: Pre-Trial Pleadings and Motions | 64.00 | 0.00 |
| L330 | Depositions | 29.00 | 0.00 |
| L300 | DO NOT USE: Discovery | 29.00 | 0.00 |