# EXHIBIT B



1100 M&T CENTER / 3 FOUNTAIN PLAZA
BUFFALO / NEW YORK 14203-1414
T 716.856.5400 / F 716.856.0139

FEDERAL ID NO. 15-0339022

MERSCORP, Inc.
1818 Library Street
Suite 300
Reston, VA 20190

August 13, 2008
Invoice No: 4193198
File No. 224777
Charles C. Martorana

## MATTER SUMMARY

| MATTER | MATTER DESCRIPTION | FEES | COSTS | TOTAL |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 3029104 | Tilton Jack vs. Mortgage Electronic Registration | 1,121.50 | 341.14 | 1,462.64 |
| ▮ | ▮ | ▮ | ▮ | ▮ |

**Total Current Fees and Costs** USD ▮

### ADDITIONAL INFORMATION

Prior Unpaid Balance

Remaining Unapplied balance

Please note that our website and email addresses have been changed to www.hblaw.com and "[name]@hblaw.com".

Please update your Hiscock & Barclay contact information with these changes. Thank you.

WWW.HBLAW.COM