# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGE <br> HOLDINGS, INC., et al. <br><br> Debtors. | Chapter 11 <br> Case No. 07-11047 (CSS) <br> (Jointly Administered) <br><br> Related Docket Nos. 5468 and _____ |

**ORDER GRANTING MOTION OF MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AND MERSCORP, INC. FOR ENTRY
OF AN ORDER (I) COMPELLING ASSUMPTION OR REJECTION
OF DEBTORS' EXECUTORY CONTRACT, OR MODIFYING THE AUTOMATIC
STAY; AND (II) COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE**

**AND** NOW, this ___ day of September, 2008, having considered the Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively "MERS") for Entry of an Order (i) Compelling Assumption or Rejection of Debtors' Executory Contract or Modifying the Automatic Stay; and (ii) Compelling Payment of Administrative Expense (the "Motion") and any responses thereto; and finding good cause to grant the Motion; it is hereby **ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. Within fourteen (14) days after the date this order is entered on the docket, the Debtors shall file a motion seeking to either assume or reject the MERS Agreement (as defined in the Motion) pursuant to Section 365(a) of the Bankruptcy Code.

3. If the Debtors fail to file a motion seeking to assume or reject the MERS Agreement within fourteen (14) days after the date this order is entered on the docket, the MERS Agreement shall be deemed rejected without further order of the Court.

4. The Debtors shall record assignments assigning all loans for which the Debtors are

the current servicer and/or investor out of MERS' (as defined in the Motion) name within ten (10) days after the entry of this order on the docket.

5. MERS shall have an allowed administrative claim pursuant to Section 503(b) of the Bankruptcy Code in the amount of $85,374.74 (the "Allowed Administrative Expense Claim").

6. The Debtors shall pay to MERS the Allowed Administrative Expense Claim within ten (10) days after the entry of this order on the docket.

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court