# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | (Jointly Administered) |
| HOLDINGS, INC., et al. ) | |
| Debtors. ) | Related Docket Nos. 5468 and _____ |

**ORDER GRANTING MOTION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND MERSCORP, INC. FOR ENTRY OF AN ORDER (I) COMPELLING ASSUMPTION OR REJECTION OF DEBTORS' EXECUTORY CONTRACT, OR MODIFYING THE AUTOMATIC STAY; AND (II) COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE**

**AND** NOW, this ___ day of September, 2008, having considered the Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively "MERS") for Entry of an Order (i) Compelling Assumption or Rejection of Debtors' Executory Contract or Modifying the Automatic Stay; and (ii) Compelling Payment of Administrative Expense (the "Motion") and any responses thereto; and finding good cause to grant the Motion; it is hereby **ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. The Automatic Stay imposed by Section 362(a) of the Bankruptcy Code is hereby modified to the extent necessary to permit MERS to terminate the MERS Agreement (as defined in the Motion).

3. The Debtors shall record assignments assigning all loans for which the Debtors are the current servicer and/or investor out of MERS' name within ten (10) days after the entry of this order on the docket.

4. MERS shall have an allowed administrative claim pursuant to Section 503(b) of the

Bankruptcy Code in the amount of $85,374.74 (the "Allowed Administrative Expense Claim").

5.   The Debtors shall pay to MERS the Allowed Administrative Expense Claim within ten (10) days after the entry of this order on the docket.

> The Honorable Christopher S. Sontchi
> United States Bankruptcy Court