# EXHIBIT A

**Third Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors [Docket No. 4710]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/08-2/29/08 4/4/08, 3530 | 121,759.00 | 77.00 |
| 3/1/08-3/31/08 5/2/08, 4285 | 154,248.25 | 297.89 |
| 4/1/08-4/30/08 5/28/08, 4285 | 166,200.00 | 386.82 |
| Totals | 442,207.25 | 761.71 |

**Third Interim Fee Request of Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors [Docket No. 4717]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/08-2/29/08 6/18/08, 4712 | 186,108.50 | 5,693.64 |
| 3/1/08-3/31/08 6/18/08, 4713 | 208,726.00 | 6,406.70 |
| 4/1/08-4/30/08 6/18/08, 4714 | 315,741.00 | 15,570.65 |
| Totals | 710,575.50 | 27,670.99 |

**Third Interim Fee Request of Blank Rome LLP, Counsel to the Committee of Unsecured Creditors [Docket No. 4758]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/08-2/29/08 4/25/08, 3866 | 19,331.50 | 2,787.54 |
| 3/1/08-3/31/08 6/18/08, 4719 | 38,443.00 | 948.85 |
| 4/1/08-4/30/08 6/18/08, 4722 | 38,491.50 | 1,102.57 |
| Totals | 96,266.00 | 4,838.96 |