## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>**RE: Docket No. 4772** |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 4772

PLEASE TAKE NOTICE that GMAC Mortgage LLC, formerly known as GMAC

Mortgage Corporation ("GMACM"), by and through their undersigned counsel, hereby

withdraws GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed.R.Bankr.P.

9017 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior

Court Orders without prejudice.

Dated: September 2, 2008
       Wilmington, Delaware

REED SMITH LLP

By:    /s/ Kimberly E. C. Lawson
       Kimberly E. C. Lawson (No. 3966)
       1201 Market Street; Suite 1500
       Wilmington, DE 19801
       Telephone: (302) 778-7500
       Facsimile: (302) 778-7575
       E-mail: klawson@reedsmith.com

       and

       Claudia Z. Springer
       2500 One Liberty Place
       1650 Market Street
       Philadelphia, PA 19103
       Telephone: (215) 851-8100
       Facsimile: (215) 851-1420

       Attorneys for GMAC Mortgage LLC

WILLIB-60493.1-KELAWSON