## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al. | Case No. 07-11047 (CSS)<br>(Jointly Administered) |
| Debtors. | |

### NOTICE OF APPEARANCE OF COUNSEL AND
### DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firms of Sullivan Hazeltine Allinson LLC hereby enters its appearance as counsel to Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS") in the above-captioned cases, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

William A. Hazelinetine, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
E-mail: whazeltine@sha-llc.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading

or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) MERS' rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which MERS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments MERS expressly reserves.

Dated: September 2, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191

Attorneys for Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 2nd day of September 2008, I caused a copy of the foregoing *Notice of Appearance of Counsel and Demand for Notices and Papers* to be served via U.S. Mail, First Class, postage prepaid upon the party listed below.

| | |
|---|---|
| James L. Patton, Jr., Esq. | Bonnie Glantz Fatell, Esq. |
| Robert S. Brady, Esq. | David W. Carickhoff, Jr., Esq. |
| Sean M. Beach, Esq. | Blank Rome LLP |
| Matthew B. Lunn, Esq. | 1201 Market Street, Suite 800 |
| Robert F. Poppiti, Esq. | Wilmington, DE 19801 |
| Young, Conaway, Stargatt & Taylor | |
| 1000 West Street | |
| 17th Floor | |
| Wilmington, DE 19801 | |

Under penalty of perjury, I declare the foregoing to be true and correct.

*September 2, 2008*                         */s/ William A. Hazeltine*
Date                                            William A. Hazeltine