

**INVOICE NUM. 2027230**
Invoice Date: 03/14/2008

| **Billed To:** | **Payable To:** |
|---|---|
| Citi Residential Lending<br>Krista McCullogh<br>10801 6th St Rancho Cucamonga CA 91730<br>Phone: 909–484–2952 | ClearCapital.com, Inc. (Fed. Tax ID: 68–047–4135)<br>10875 Pioneer Trail – Second Floor, Truckee, CA 96161<br>Phone: 530.550.2557  Fax: 530.582.9941 |

| | Tracking Num.1 | Loan Num. | Trustor | Property | Price | Total |
|---|---|---|---|---|---|---|
| **Order: 9339828–VAL00935713132470041, Ordered on 03/10/2008 by Real EC (Order ID: 409593: 1 Prop at $165)** | | | | | | |
| 1) | 9339828–VAL00935713132470041 | 0093571313 | JOHN R CECCHINI | 1326 EASTWOOD DR AURORA IL | $165.00 | |
| | | | | | *Order Subtotal:* | **+ $165.00** |
| | | | | | **TOTAL DUE:** | **$165.00** |

| Address: | 1326 EASTWOOD DR AURORA IL 60506 | | | | | |
|---|---|---|---|---|---|---|
| **Borrower Name:** | JOHN R CECCHINI | | **Inspection Date:** | 3/12/2008 | **Delivery Date:** | 3/14/2008 |
| **Loan Number:** | 0093571313 | **APN:** N/A | **Property ID:** | 2027230 | **Order ID:** | 409593 |
| **Order Tracking ID:** 9339828–VAL00935713132470041 | | **Tracking ID 1:** 9339828–VAL00935713132470041 | | **Tracking ID 2:** 1 | | **Tracking ID 3:** n/a |

**Completed by:** June Pasch, Kettley Realtors  Phone: 630–554–8700 junetherealtor@aol.com

### I. General Conditions

| **Property Type:** | SFR |
|---|---|
| **Occupancy:** | Occupied |
| **Property Condition:** | Good |
| **Condition Comments:** | home appears maintained has no visable repairs need. home has 6 ft privacy fenced yard with deck and basment |
| **HOA?** Yes   **Association Name:** Golden Oaks   **Phone:** 630–896–0500   **Monthly Fees:** $12 (Greenbelt,Other: common ins) | |

### II. Subject Sales & Listing History

**Current Listing Status:** Subject is not currently listed.

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| 11/01/2004 | 12/07/2004 | $ 224,900 | $ 220,000 | |

### III. Neighborhood & Market Data

| | | | |
|---|---|---|---|
| **Location Type:** | Suburban | **Local Economy Is:** | Stable |
| **Sales Price in this Neighborhood:** | Low : $205,000   High :$265,000 | | |
| **Market for this type of property has:** | remained Stable in the past 6 months. | | |
| **Normal Marketing Days:** | <180 | | |
| **Neighborhood Comments, Positive:** | Area of maintained similar homes | | |
| **Neighborhood Comments, Negative:** | no adverse conditions exist | | |
| **# of Properties for Sale:** | 12 | | |

### IV. Current Listings

| | **Subject** | **Listing #1** | **Listing #2 *** | **Listing #3** |
|---|---|---|---|---|
| **Street Address** | 1326 EASTWOOD DR | 961 Fallen Oak | 1269 Cottonwood | 1360 Big Oak |
| | AURORA, IL | AURORA, IL | AURORA, IL | AURORA, IL |
| **Zip Code** | 60506 | 60506 | 60506 | 60506 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** [?] | | 0.25 [1] | 0.48 [1] | 0.30 [1] |
| **List Price $** | $ 224,900 | $216,900 | $239,900 | $249,900 |
| **Days on Mkt.** | 36 | 114 | 234 | 121 |
| **Age** | 14 | 15 | 10 | 13 |
| **Condition** | Good | good | good | good |
| **Style/Design** | 2 story | 2 story | 2 story | 2 story |
| **Living Sq. Feet** | 1776 ($134/ft) [3] | 1556 ($139/ft) | 1770 ($136/ft) | 1980 ($126/ft) |
| **Br/Ba** | 3/1.5 | 3/1.5 | 3/1.5 | 4/2.5 |
| **Total Room #** | 8 | 7 | 8 | 9 |
| **Garage** | 2 | 2 | 2 | 2 |
| **Basement** (Yes/No) | Yes | No | Yes | Yes |
| **Basement** (% Fin) | 75% | 0% | 75% | 75% |
| **Lot Size** | .22 Ac. | .22 Ac. | .21 Ac. | .22 Ac. |
| **Other** | fenced | fenced | fenced | fenced |

***** **Listing #2 is the most comparable listing to the subject.**

**Comments** (why the comparable listing is superior or inferior to the subject).

**Listing #1:** inferior to subject has no basement and smaller room count

**Listing #2:** best comp with most similar ammenities to subejct property

**Listing #3:** superior to subject has larger bed and bath count then subject

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon as–is sale price.

| V. Recent Sales | Subject | Sold #1 | Sold #2 * | Sold #3 |
|---|---|---|---|---|
| **Street Address** | **1326 EASTWOOD DR** | 1350 Eastwood | 1366 eastwood | 966 westgate |
| | **AURORA, IL** | AURORA, IL | AURORA, IL | AURORA, IL |
| **Zip Code** | **60506** | 60506 | 60506 | 60506 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** [?] | | 0.12 [1] | 0.21 [1] | 0.79 [1] |
| **List Price $** | $ 224,900 | $223,000 | $241,000 | $265,900 |
| **Sale Price $** | $ 220,000 | $219,000 | $234,000 | $264,900 |
| **Type of Financing** | | Conv | Conv | Conv |
| **Date of Sale** | 12/07/2004 | 10/26/2007 | 2/25/2008 | 1/11/2008 |
| **Days on Mkt.** | 36 | 51 | 193 | 237 |
| **Age** (# of Years) | 14 | 16 | 15 | 14 |
| **Condition** | Good | good | good | good |
| **Style/Design** | 2 story | 2 story | 2 story | 2 story |
| **Living Sq. Feet** | 1776 ($134/ft) [3] | 1776 ($123/ft) | 1776 ($132/ft) | 1948 ($136/ft) |
| **Br/Ba** | 3/1.5 | 3/1.5 | 3/1.5 | 4/2.5 |
| **Total Room #** | 8 | 7 | 8 | 9 |
| **Garage** | 2 | 2 | 2 | 2 |
| **Basement** (Yes/No) | Yes | No | Yes | Yes |
| **Basement** (% Fin) | 75% | 0% | 75% | 75% |
| **Lot Size** | .22 Ac. | .20 Ac. | .22 Ac. | .22 Ac. |
| Other | fenced | fenced | fenced | fenced, shed |
| **Adjustment $+/−** (See notes below) | | +$20,000 | +$0 | −$22,000 |
| **Adjusted Value** | | $239,000 | $234,000 | $242,900 |

* **recent sale #2 is the most comparable Sale to the subject.**

**Reasons for Adjustments** (Why the comparable is superior or inferior to the subject.)

**Sold #1**: inferior to subject has no basement and subject has partial finsihed basement

**Sold #2**: best comp with most similairites to subject

**Sold #3**: superior to subject has larger room count and bath count

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon As–Is Value.

### VI. Marketing Strategy

| | "As–is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| **Suggested List Price:** | $239,900 | $239,900 | final will depend on interior being maintained as exterior |
| **Sale Price:** | $238,000 | $238,000 | |

**Additional Broker/Agent Information:**
Distance from Broker/Agent's office to subject is 6.86 miles.
Broker/Agent has been a Real Estate Professional for 11 years.

### VII. Repair Addendum

**Estimated work to put the subject into "Repaired" condition (following FHA guidelines)**

| Category | Comments | Estimated Cost |
|---|---|---|
| Exterior Paint | | |
| Siding/Trim Repair | | |
| Exterior Doors | | |
| Windows | | |
| Garage | | |
| Roof/Gutters | | |
| Foundation | | |
| Fencing | | |
| Trashout/Landscaping | | |
| Pool | | |
| Other | | |
| Other | | |
| | **Estimated Exterior Repairs:** | $0 |
| | ***Estimated Interior Repair Cost:** *(At the customer's request, enter $0 unless you have seen or can document actual damages.)* | $0 |
| | ***Total Estimated Repairs:** | $0 |

### VIII. Vendor Information

| **Vendor:** Clear Capital | **Phone:** 530.550.2530 | **Fax:** 888.548.6599 | **Email:** cust.mf@clearcapital.com |
|---|---|---|---|

**Address:** 10875 Pioneer Trail, Second Floor, Truckee CA 96161



Subject: 1326 EASTWOOD DR [View: Front]



Subject: 1326 EASTWOOD DR [View: Street]

4



Subject: 1326 EASTWOOD DR [View: Address Verification]



Subject: 1326 EASTWOOD DR [View: Side]



Listing Comp 1: 961 Fallen Oak [View: Front]



Listing Comp 2: 1269 Cottonwood [View: Front]


Listing Comp 3: 1360 Big Oak [View: Front]


Sold Comp 1: 1350 Eastwood [View: Front]


Sold Comp 2: 1236 eastwood [View: Front]


Sold Comp 3: 966 westgate [View: Front]

**IX. Property Images (continued)** Case 07-11047-CSS  Doc 5566-6  Filed 09/02/08  Page 8 of 10
1326 EASTWOOD DR AURORA IL 60506, Loan: 0093571313, Suggested List $239,900, Sale: $238,000 Suggested Repaired $239,900 ,Sale: $238,000

**Subject Property: 1326 EASTWOOD DR, AURORA, IL 60506**



| Listing/Sale | Address | Dist. to Subject | Mapping Accuracy |
|---|---|---|---|
| Subject ⭐ | 1326 EASTWOOD DR, AURORA, IL 60506 | | Exact Street Address |
| Current Listing 1 | 961 Fallen Oak, AURORA, IL 60506 | 0.25 Miles [1] | Good Street Address |
| Current Listing 2 | 1269 Cottonwood, AURORA, IL 60506 | 0.48 Miles [1] | Good Street Address |
| Current Listing 3 | 1360 Big Oak, AURORA, IL 60506 | 0.30 Miles [1] | Good Street Address |
| Recent Sale 4 | 1350 Eastwood, AURORA, IL 60506 | 0.12 Miles [1] | Good Street Address |
| Recent Sale 5 | 1366 eastwood, AURORA, IL 60506 | 0.21 Miles [1] | Good Street Address |
| Recent Sale 6 | 966 westgate, AURORA, IL 60506 | 0.79 Miles [1] | Good Street Address |

\* Comparables in *italics* are not included in the ClearMap due to distance and/or ability to be GeoCoded.
[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the broker.

| | | Low | | | | High |
|---|---|---|---|---|---|---|
| ***Unemployment Rate*** | AURORA | ○ | ● | ○ | ○ | ○ |
| | IL | ○ | ● | ○ | ○ | ○ |
| | NATION | ○ | ● | ○ | ○ | ○ |

| | | Low | | | | High |
|---|---|---|---|---|---|---|
| ***Foreclosure Rate*** | AURORA | ○ | ○ | ● | ○ | ○ |
| | IL | ○ | ○ | ● | ○ | ○ |
| | NATION | ○ | ○ | ● | ○ | ○ |

| | | Low | | | | High |
|---|---|---|---|---|---|---|
| ***Supply (New Homes)*** | AURORA | ○ | ● | ○ | ○ | ○ |
| | IL | ○ | ● | ○ | ○ | ○ |
| | NATION | ○ | ○ | ● | ○ | ○ |

| | | Low | | | | High |
|---|---|---|---|---|---|---|
| ***Supply (Re–Sales)*** | AURORA | ○ | ○ | ● | ○ | ○ |
| | IL | ○ | ○ | ● | ○ | ○ |
| | NATION | ○ | ○ | ○ | ● | ○ |

| | | % Decrease Greater than –15% | –15% to –5% | Stable | 5% to 15% | % Increase Greater than 15% |
|---|---|---|---|---|---|---|
| ***Real Estate Values (Past 6 Months)*** | AURORA | ○ | ● | ○ | ○ | ○ |
| | IL | ○ | ● | ○ | ○ | ○ |
| | NATION | ○ | ● | ○ | ○ | ○ |

| | | % Decrease Greater than –15% | –15% to –5% | Stable | 5% to 15% | % Increase Greater than 15% |
|---|---|---|---|---|---|---|
| ***Real Estate Values (Next 6 Months)*** | AURORA | ○ | ○ | ● | ○ | ○ |
| | IL | ○ | ● | ○ | ○ | ○ |
| | NATION | ○ | ● | ○ | ○ | ○ |

| | | |
|---|---|---|
| ***Average Days On Market*** | AURORA | (124 Days) |
| | IL | (135 Days) |
| | NATION | (119 Days) |

***Sample Size:*** AURORA (79) IL (7395) NATION (66449). This report shows samples gathered in the last 90 days.

© 2008 ClearCapital.com, Inc. web3.20080314.025253.FORMV22