# EXHIBIT VII

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                              :
                                                              :    Jointly Administered
      Debtors.                                                :
                                                              :    Ref. Docket No. _____
------------------------------------------------------------- x
```

### ORDER SUSTAINING DEBTORS' SIXTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixteenth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing in full and expunging each of the Disputed Claims² identified on Exhibits A, B, C, D, E, and F hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A, B, C, E, and F, are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reassigned to the new case numbers listed on Exhibit D; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02:7228877.1                                                              066585.1001

# EXHIBIT A

# Exhibit A

## Duplicate Claims

|  | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV. DANA MCRAE, COUNTY COUNSEL 701 OCEAN STREET, ROOM 150 SANTA CRUZ, CA 95060 | 6557 | 12/31/07 | 07-11047 | $26,115.66 (S) - (A) $26,115.66 (P) $3,022.41 (U) $29,138.07 (T) | 6309 | 12/24/07 | 07-11047 | $26,115.66 (S) - (A) $26,115.66 (P) $3,022.41 (U) $29,138.07 (T) |
| REVAL.COM, INC. 100 BROADWAY, 22ND FLOOR NEW YORK, NY 10005 | 10459 | 8/11/08 | 07-11048 | - (S) - (A) - (P) $83,158.50 (U) $83,158.50 (T) | 2962 | 11/21/07 | 07-11048 | - (S) - (A) - (P) $83,158.50 (U) $83,158.50 (T) |
| Totals: | 2 Claim | | | $26,115.66 (S) - (A) $26,115.66 (P) $86,180.91 (U) $112,296.57 (T) | | | | $26,115.66 (S) - (A) $26,115.66 (P) $86,180.91 (U) $112,296.57 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B

### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 1082 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$232,195.90 (P)<br>$29,645.89 (U)<br>$261,841.79 (T) | 10127 | 3/21/08 | 07-11047 | - (S)<br>- (A)<br>$233,195.90 (P)<br>$29,645.89 (U)<br>$262,841.79 (T) |
| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 1241 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$212,761.31 (P)<br>- (U)<br>$212,761.31 (T) | 10127 | 3/21/08 | 07-11047 | - (S)<br>- (A)<br>$233,195.90 (P)<br>$29,645.89 (U)<br>$262,841.79 (T) |
| MASSELLA, RALPH<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | 652 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$198,000.00 (P)<br>- (U)<br>$198,000.00 (T) | 8148 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$197,055.78 (U)<br>$208,005.78 (T) |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$642,957.21 (P)<br>$29,645.89 (U)<br>$672,603.10 (T) | | | | - (S)<br>- (A)<br>$477,341.80 (P)<br>$256,347.56 (U)<br>$733,689.36 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Equity Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SPURRIER, VANCE O.<br>7069 VALLEY TRAILS DRIVE<br>PLEASANTON, CA 94588 | 5417 | 12/13/07 | Unspecified | - (S)<br>- (A)<br>$64,102.36 (P)<br>$64,102.36 (U)<br>$64,102.36 (T) |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$64,102.36 (P)<br>$64,102.36 (U)<br>$64,102.36 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D
### Wrong Debtor Claims

| | | | Objectionable Claims | New Case Number |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| HAWLEY, ROBIN B.<br>505 STEINHOUR RD<br>YORK HAVEN, PA 17370 | 1491 | 10/10/07 | 07-11047 | - (S)<br>- (A)<br>$10,597.92 (P)<br>- (U)<br>$10,597.92 (T) | 07-11051 |
| HOMES & LANE MAGAZINE SW MONTANA<br>ATTN DEE TIANO, PRES.<br>57 UPPER RAINBOW RD<br>BOZEMAN, MT 59718 | 874 | 9/17/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$1,053.32 (U)<br>$1,053.32 (T) | 07-11051 |
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | 1215 | 9/25/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11051 |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$10,597.92 (P)<br>$1,403.32 (U)<br>$12,001.24 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Satisfied Claims

**—— Objectionable Claims ——**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| GREENBURGH SCHOOLS #7<br>ATTN DAVID C DWINELL<br>177 HILLSIDE AVE<br>GREENBURG, NY 10607 | 4128 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$106,468.92 (P)<br>- (U)<br>$106,468.92 (T) | | Taxes have been paid (1/23/08) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., SUITE 10-200<br>DETROIT, MI 48202 | 9661 | 1/15/08 | 07-11051 | - (S)<br>- (A)<br>$57,809.30 (P)<br>- (U)<br>$57,809.30 (T) | | Taxes have been paid (12/18/07 and 3/7/08) |
| **Totals:** | **2 Claim** | | | - (S)<br>- (A)<br>$164,278.22 (P)<br>- (U)<br>$164,278.22 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F
## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BLACKMON, BARRY L.<br>P.O. BOX 516<br>ROANOKE RAPIDS, NC 27870 | 2403 | 11/16/07 | 07-11051 | $35,000.00 (S)<br>- (A)<br>$140,000.00 (P)<br>- (U)<br>$175,000.00 (T) | Debtors have no record of outstanding amounts owed to claimant. Claimant failed to provide documents to support claim. |
| DELBARBA, JOHN P.<br>302 LITTLE QUARRY ROAD<br>GAITHERBURG, MD 20878 | 10107 | 3/17/08 | Unspecified | $115,000.00 (S)<br>- (A)<br>$521,000.00 (P)<br>$508,800.00 (U)<br>$636,000.00 (T) | Claimant has not responded to multiple communications from the Debtors for additional information |
| DUNITZ, JERI A.<br>1205 S. 15TH AVENUE<br>NEWTON, IA 50208-4365 | 8257 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$50,799.80 (P)<br>- (U)<br>$50,799.80 (T) | Claimant has not responded to communications requesting additional information |
| DUNITZ, JERI A. & KAHN, GARY S. CO TTEES<br>SIDNEY M. DUNITZ FAMILY TRUST<br>DTD 5/24/94<br>1205 S. 15TH AVE. W.<br>NEWTON, IA 50208-4365 | 8256 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$74,301.85 (P)<br>- (U)<br>$74,301.85 (T) | Claimant has not responded to communications requesting additional information |
| KAHN, CHESTER<br>PO BOX 845<br>LINCOLN, NH 03251 | 9736 | 1/18/08 | Unspecified | - (S)<br>- (A)<br>$30,000.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Debtors have no record of outstanding amounts owed to claimant. Claimant failed to provide documents to support claim. |
| KENDRICK, ROBERT<br>26012 MISTY WAY DR<br>FORT MILL, SC 29708 | 10109 | 3/17/08 | Unspecified | $216,710.60 (S)<br>- (A)<br>$80,000.00 (P)<br>- (U)<br>$216,710.60 (T) | Claimant has not responded to multiple communications from the Debtors for additional information |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 6 Claim | | $366,710.60 (S)<br>- (A)<br>$896,101.65 (P)<br>$538,800.00 (U)<br>$1,182,812.25 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.