# EXHIBIT IX

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
       Debtors.                                                  :
                                                                 :   Ref. Docket No. _____
---------------------------------------------------------------- x

## ORDER SUSTAINING DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventeenth omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E, F, and G hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit B are hereby modified by either increasing, decreasing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit B; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reclassified as general unsecured claims and reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit D; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit E are hereby (i) modified by increasing, reducing, or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit E, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit F are hereby (i) modified by increasing or reducing the amounts to the dollar values listed under the column

titled "Modified Amount" in Exhibit F, and (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit F; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit G are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement the Objection, and to file additional objections to any claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Exhibit A
## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HOUSTON, T. CRAIN<br>PO BOX 59<br>3029 BLACK ROCK RD<br>BUTLER, MD 21023 | 730 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$90,448.36 (P)<br>- (U)<br>$90,448.36 (T) | Claim is for claimant's 401k balance. Claimant is able to obtain this amount by requesting a distribution from Schwab. The Debtors do not have control of his 401K plan account balance under federal law |
| LAMB, CARL<br>20 ARONIMINK LANE<br>PINEHURST, NC 28374 | 1600 | 9/17/07 | 07-11051 | $1,978.00 (S)<br>- (A)<br>$11,177.47 (P)<br>- (U)<br>$13,155.47 (T) | Debtors' records indicate loans were not funded by the Debtors and therefore no commissions are due. |
| MASSELLA, RALPH<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | 651 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | Claimant is not entitled to pay for unused vacation time per the Debtors' vacation policy because claimant is a sales employee. |
| MCGUIRE, MARIANNE<br>952 SYLVIA DR<br>WEATHERFORD, TX 76086 | 402 | 9/7/07 | Unspecified | - (S)<br>- (A)<br>$15,631.23 (P)<br>- (U)<br>$15,631.23 (T) | Claim is for alleged unpaid bonus. Claimant is not entitled to bonus per the terms of his employment agreement because he was not employed on the scheduled date of payment. |
| PACE, DON<br>248 PARKWOOD ST<br>RONKONKOMA, NY 11779 | 13333 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>$11,579.17 (P)<br>- (U)<br>$11,579.17 (T) | Claimant was retained by the Debtors and all obligations have been satisfied. |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | 349 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$37,869.09 (P)<br>- (U)<br>$37,869.09 (T) | Claim is for alleged unpaid bonus. Claimant is not entitled to bonus per the terms of his employment agreement because he was not employed on the scheduled date of payment. |
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | 7469 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$32,581.00 (P)<br>- (U)<br>$32,581.00 (T) | No record of alleged unpaid commission. Claimant failed to provide documents to support claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| TULLY, MATTHEW<br>2206 MCNAB AVE<br>LONG BEACH, CA 90815 | 669 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$40,192.00 (P)<br>- (U)<br>$40,192.00 (T) | Claimant is not entitled to pay for unused vacation time per the Debtors' vacation policy because claimant is a sales employee. |
| Totals: | 8 Claims | | | $1,978.00 (S)<br>- (A)<br>$289,478.32 (P)<br>- (U)<br>$291,456.32 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVC CO. ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY FLASTER/GREENBERG PC EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL PHILADELPHIA, PA 19103 | 9204 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$24,287.31 (P)<br>- (U)<br>$24,287.31 (T) | - (S)<br>- (A)<br>- (P)<br>$21,698.25 (U)<br>$21,698.25 (T) | Reduced to match Debtors' books and records |
| HATCH, DOUGLAS A (DOUG) 2944 CIMINI COURT HENDERSON, NV 89052 | 3080 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$80,000.00 (P)<br>- (U)<br>$80,000.00 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | Reduced to match Debtors' books and records. No documentation provided to support commission claim |
| RESPONSE COMPANIES ATTN MARVIN MORAN 23 EAST 39TH STREET NEW YORK, NY 10016 | 1961 | 11/9/07 | 07-11051 | - (S)<br>- (A)<br>$28,583.91 (P)<br>$28,583.91 (U)<br>$28,583.91 (T) | - (S)<br>- (A)<br>- (P)<br>$28,583.91 (U)<br>$28,583.91 (T) | Claimant's asserted claims at different priority levels do not add up to the total asserted amount of claim. |
| SHERATON COLUMBIA ATTN SCOTT HERMANI, DIRECTOR OF FINANCE 10207 WINCOPIN CIRCLE COLUMBIA, MD 21044 | 5720 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$28,226.34 (P)<br>$28,226.34 (U)<br>$28,226.34 (T) | - (S)<br>- (A)<br>- (P)<br>$22,846.44 (U)<br>$22,846.44 (T) | Reduced to match Debtor's books and records. Claimant has agreed with reduced amount |
| **Totals:** | **4 Claim** | | | - (S)<br>- (A)<br>$161,097.56 (P)<br>$56,810.25 (U)<br>$161,097.56 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>$73,128.60 (U)<br>$76,128.60 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Reclassified Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| MANOJ SHARMA<br>17 LORROAINE CT<br>NORTHPORT, NY 11768 | 6051 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$24,702.50 (P)<br>- (U)<br>$24,702.50 (T) | - (S)<br>- (A)<br>- (P)<br>$24,702.50 (U)<br>$24,702.50 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| MKM REALTY TRUST II<br>C/O CAROLE LITTMAN<br>300 CONGRESS STREET<br>QUINCY, MA 02169 | 9140 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$80,600.79 (P)<br>- (U)<br>$80,600.79 (T) | - (S)<br>- (A)<br>- (P)<br>$80,601.00 (U)<br>$80,601.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| SWANNER, MARGARET<br>4245 NIPOMO AVE<br>LAKEWOOD, CA 90713 | 111 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$12,980.00 (P)<br>- (U)<br>$12,980.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$2,030.00 (U)<br>$12,980.00 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |
| **Totals:** | **3 Claim** | | | - (S)<br>- (A)<br>$118,283.29 (P)<br>- (U)<br>$118,283.29 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$107,333.50 (U)<br>$118,283.50 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reclassified Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ADKINS, THOMAS E. JR.<br>8298 WOODGROVE RD<br>JACKSONVILLE, FL 32256 | 1315 | 9/28/07 | Unspecified | - (S)<br>- (A)<br>$200,000.00 (P)<br>- (U)<br>$200,000.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$189,050.00 (U)<br>$200,000.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| DREW & ROGERS, INC.<br>ATTN MARK POLITAN, ESQ.<br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD<br>25 MAIN STREET, PO BOX 800 - COURT PLZ N<br>HACKENSACK, NJ 07602-0800 | 1799 | 10/30/07 | 07-11047 | - (S)<br>$50,342.53 (A)<br>- (P)<br>- (U)<br>$50,342.53 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$50,343.00 (U)<br>$50,343.00 (T) | No basis for administrative claim exists under section 503 of the Bankruptcy Code. |
| JOHNSON, COLLEEN<br>39 CALLE MARAVILLA<br>SAN CLEMENTE, CA 92673 | 693 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$20,368.82 (P)<br>- (U)<br>$20,368.82 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$9,418.82 (U)<br>$20,368.82 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |
| RADIN, JOHN C.<br>PO BOX 314<br>FAIRFAX STATION, VA 22039 | 1601 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$82,200.00 (P)<br>- (U)<br>$82,200.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$71,250.00 (U)<br>$82,200.00 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |
| RICHARD MICHAEL GROUP, INC.<br>ATTN NICHOLAS KLIMASKI, VP<br>55 W MONROE STE 2660<br>CHICAGO, IL 60614 | 269 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$11,433.78 (P)<br>$7,500.00 (U)<br>$18,933.78 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$18,933.78 (U)<br>$18,933.78 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| WEISSINGER, CHRISTINE A.<br>3121 CORTE LINDA<br>NEWPORT BEACH, CA 92660 | 1779 | 10/26/07 | Unspecified | - (S)<br>- (A)<br>$16,564.80 (P)<br>- (U)<br>$16,564.80 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$5,614.80 (U)<br>$16,564.80 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | 6 Claims | | | - (S)<br>$50,342.53 (A)<br>$330,567.40 (P)<br>$7,500.00 (U)<br>$388,409.93 (T) | | - (S)<br>- (A)<br>$43,800.00 (P)<br>$344,610.40 (U)<br>$388,410.40 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim ||||| Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | 1188 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$12,000.00 (P)<br>- (U)<br>$12,000.00 (T) | 07-11051 | - (S)<br>- (A)<br>$7,720.00 (P)<br>- (U)<br>$7,720.00 (T) | Reduced to match Debtors' books and records |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$12,000.00 (P)<br>- (U)<br>$12,000.00 (T) | | - (S)<br>- (A)<br>$7,720.00 (P)<br>- (U)<br>$7,720.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## Modified Amount Reclassified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| FRANKLIN PACIFIC FINANCE, LLP<br>ATTN CARA J. HAGAN, ATTORNEY<br>HAGAN & ASSOCIATES<br>110 E. WILSHIRE AVENUE, SUITE 405<br>FULLERTON, CA 92832 | 2891 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$379,500.36 (P)<br>- (U)<br>$379,500.36 (T) | - (S)<br>- (A)<br>- (P)<br>$331,541.52 (U)<br>$331,541.52 (T) | Reduced to match Debtors' books and records. Debtors have evidence that the rent for June and July was paid. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$379,500.36 (P)<br>- (U)<br>$379,500.36 (T) | - (S)<br>- (A)<br>- (P)<br>$331,541.52 (U)<br>$331,541.52 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

## Exhibit G

## Insufficient Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COOK, RUSSELL W.<br>7501 TULE SPRINGS RD STE 100<br>LAS VEGAS, NV 891316149 | 10101 | 3/14/08 | Unspecified | $203,000.00 (S)<br>- (A)<br>$50,000.00 (P)<br>$88,000.00 (U)<br>$291,000.00 (T) | Claimant has failed to provide additional documentation after multiple requests. |
| GRAND WAILEA RESORT HOTEL & SPA<br>C/O DAVID J HARRIS<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | 230 | 8/31/07 | Unspecified | - (S)<br>- (A)<br>$385,652.80 (P)<br>- (U)<br>$385,652.80 (T) | Claimant has not responded to multiple communications from the Debtors for additional information |
| LIANG, MATTHEW<br>1797 KANAPUU DR<br>KAILUA, HI 96734 | 10111 | 3/17/08 | Unspecified | - (S)<br>- (A)<br>$134,000.00 (P)<br>- (U)<br>$134,000.00 (T) | Claimant has not responded to multiple communications from the Debtors for additional information |
| Totals: | | | 3 Claims | $203,000.00 (S)<br>- (A)<br>$569,652.80 (P)<br>$88,000.00 (U)<br>$810,652.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.