EXHIBIT "B"

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

6. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF **$59,300.00**, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **OCTOBER 24, 2006** IN BOOK **20061024**, PAGE **2804** OF OFFICIAL RECORDS.

DATED: **OCTOBER 20, 2006.**
TRUSTOR: **GIANNI D. MIRANDA, AN UNMARRIED MAN.**
TRUSTEE: **FIRST AMERICAN TITLE INSURANCE.**
BENEFICIARY: **AMERICAN HOME MORTGAGE.**

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER **07-11047**.

**NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.**

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

4. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF **$64,500.00**, AND ANY AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **AUGUST 26, 2005** AS INSTRUMENT NO. 2005071577 OF OFFICIAL RECORDS.

DATED: **AUGUST 3, 2005.**
TRUSTOR: **PHILLIP MOSES, JACQUELYN MOSES, HUSBAND AND WIFE AS JOINT TENANTS.**
TRUSTEE: **CUESTA TITLE.**
BENEFICIARY: **AMERICAN HOME MORTGAGE ACCEPTANCE, INC.**

NOTE 1: THE ABOVE DEED OF TRUST SECURES A NOTE OR LOAN AGREEMENT WHICH PROVIDES, AMONG OTHER THINGS, FOR FUTURE ADVANCES UNDER A REVOLVING LINE OF CREDIT.

NOTE 2: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST **AMERICAN HOME MORTGAGE** AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER **07-11047.**

**NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.**

Trustee's Sale Guarantee  
TI 158 OLTA Form 9

Guarantee No.: **7019-1260853**  
Page 6 of 9

23. Line of Credit Trust Deed, including the terms and provisions thereof, given to secure an indebtedness of up to $30,150.00
    
    Grantor: Andrea M. Carlson  
    Beneficiary: American Home Mortgage  
    Trustee: LandAmerica Lawyers Title  
    Dated: August 10, 2005  
    Recorded: August 25, 2005  
    Recording Information: as Fee No. 2005 161883

    The above deed of trust states that it secures an equity line/revolving line of credit.

    Subject to that certain Bankruptcy against American Home Mortgage as debtors and debtors-in-possession, files on August 6, 2007 in the United States Bankruptcy Court, District of Delaware, under Chapter 11, case number 07-11047.

    Prior to proceeding with this foreclosure, relief from the automatic stay of the Bankruptcy referred to above, should be obtained or information from the bankrupt entity that the above mentioned loan is no longer part of the Bankruptcy Estate should be provided.

NOTE: Taxes for the year 2007-2008 PAID IN FULL  
Tax Amount: $2,649.28  
Map No.: 1N1E34BB-60333  
Property ID: R570486  
Tax Code No.: 708

NOTE: The 2007-2008 taxes assessed value for the herein described property is as follows:  
Land: $0.00  
Improvement: $252,500.00  
Total: $252,500.00

NOTE: Taxes for the year 2007-2008 PAID IN FULL  
Tax Amount: $237.54  
Map No.: 1N1E34BB-60065  
Property ID: R570687  
Tax Code No.: 708  
(Affects Parking Unit)

NOTE: The 2007-2008 taxes assessed value for the herein described property is as follows:  
Land: $0.00  
Improvement: $22,880.00  
Total: $22,880.00  
(Affects Parking Unit)

NOTE: The 2007-2008 taxes assessed value for the herein described property is as follows:  
Land: $0.00  
Improvement: $3,090.00  
Total: $3,090.00  
(Affects Storage Unit)

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

3. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $73,000.00, AND ANY AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **SEPTEMBER 15, 2005** AS INSTRUMENT NO. **2005096225** OF OFFICIAL RECORDS.
DATED: **SEPTEMBER 7, 2005.**
TRUSTOR: **JOSE A ZAVALA, ELIA ZAVALA, HUSBAND AND WIFE.**
TRUSTEE: **OLD REPUBLIC TITLE COMPANY.**
BENEFICIARY: **AMERICAN HOME MORTGAGE ACCEPTANCE, INC.**

NOTE 1: THE ABOVE DEED OF TRUST SECURES A NOTE OR LOAN AGREEMENT WHICH PROVIDES, AMONG OTHER THINGS, FOR FUTURE ADVANCES UNDER A REVOLVING LINE OF CREDIT.

NOTE 2: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER **07-11047.**

**NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.**