IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. No. 5342
---------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 5342**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifth Monthly Statement of Codilis & Associates, P.C. as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2007 through December 31, 2007 (the "Application"). The Court's docket, which was last updated September 3, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 28, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Rela Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($141,473.00) of requested fees and 100% of requested expenses ($84,803.10) on an interim basis without further Court order.

Dated: Wilmington, Delaware
September 3, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kenneth Enos (No. 4544)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession