IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
       Debtors.                                                              :
                                                                             :   Ref. No. 5346
---------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 5346

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Ninth Monthly Statement of Codilis & Associates, P.C. as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2008 through April 30, 2008 (the "Application"). The Court's docket, which was last updated September 3, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 28, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Rela Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($7,310.00) of requested fees and 100% of requested expenses ($15,167.80) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       September 3, 2008

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      /s/ Ryan M. Bartley
                      James L. Patton, Jr. (No. 2202)
                      Joel A. Waite (No. 2925)
                      Pauline K. Morgan (No. 3650)
                      Sean M. Beach (No. 4070)
                      Kenneth Enos (No. 4544)
                      Margaret B. Whiteman (No. 4652)
                      Ryan M. Bartley (No. 4985)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Debtors and
                      Debtors in Possession