**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | **Ref. No. 5570** |
| Debtors. | ) | **Hearing : 10/2/2008@11:00** |
| | | Response Date: 9/25/2008 |

## AMENDMENT TO MOTION FOR RELIEF FROM STAY

Attached is a revised Exhibit "A" as referenced in the Motion, Docket #5570. Service was made on September 3, 2008, via electronic service and/or first class mail upon the persons on the service list attached accompanying (Amended) Certificate of Service herein..

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr.(No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant

Date: September 3, 2008