IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §  SS:
NEW CASTLE COUNTY    §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 25th day of August 2008, she caused copies of the following to be served upon the parties below as indicated.

- Notice of Settlement [Proposed] with Washington Mutual Mortgage Securities Corp. [Docket No. 5520]

| VIA HAND DELIVERY:<br>Robert Brady, Esq.<br>Pauline K. Morgan, Esq.<br>Sean Beach, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(Debtors' Counsel) | VIA HAND DELIVERY:<br>Joseph M. McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801 |
|---|---|
| VIA FEDERAL EXPRESS:<br>Mark Indelicato, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th and 15th Floor<br>New York, NY 10022<br>(Official Committee of Unsecured Creditors) | VIA HAND DELIVERY:<br>Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(Official Committee of Unsecured Creditors) |
| VIA HAND DELIVERY:<br>Karen Bifferato, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg.<br>1007 North Orange Street<br>Wilmington DE 19801<br>(Counsel to Washington Mutual) | |

Dated: August 25, 2008

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

