Aug 23, 2008

US Bankruptcy Court
824 Market St 3rd Floor
Wilmington, Delaware 19801

Re: Claim  2600 - $175
            2601 - $175
            2602 - $175

I have not been paid the above claims which were janitorial services owed to me in 2007 with American Home. I therefore reject the objection

Betty Johns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  )
         )   Chapter 11
AMERICAN HOME MORTGAGE  )
HOLDINGS, INC., Delaware corporation, et al.,  )   Case No. 07-11047 (CSS)
         )
    Debtors.  )   Jointly Administered
         )
         )   Objection Deadline: September 8, 2008 at 4:00 p.m. (ET)
         )   Hearing Date: September 15, 2008 at 10:00 a.m. (ET)
AHM OB15 8/15/2008 (merge2.txnum2) 4000052279  EPIQ Use - 116  )

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT  59748

## NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT  59748

**Basis For Objection:** No Liability

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 2601 | Unspecified |

The Debtors have reviewed their books and records and determined that this claim is similar to claim number 1215, which alleges a claim in the amount of $350 under case number 07-11050.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession