# Law Office of Erin Olson, P.C.

2014 NE Broadway Street
Portland OR 97232-1511

Phone: 503-546-3150
Fax: 503-548-4435
E-mail: eolson@erinolsonlaw.com
Website: www.erinolsonlaw.com

August 26, 2008

David D. Bird
Clerk of the Court
U.S. Bankruptcy Court District of Delaware
824 Market St 5th Flr
Wilmington, DE 19801

RE:     **NOTICE OF CHANGE OF ADDRESS**

Dear Clerk of the Court:

I am the attorney of record for creditor Zel Ramsey in the following case:

*In re: American Home Mortgage Holdings, Inc., et al.*
Chapter 11
Case No. 07-11047-CS

Please be advised that **effective immediately** my address has changed to:

**Law Office of Erin Olson PC**
**2014 NE Broadway**
**Portland OR  97232-1511**

Please update your records.  NOTE: All telephone numbers and e-mail addresses *remain unchanged*.

Sincerely

Erin K Olson, OSB 93477
*Pro Hac Vice*

cc: Amy D. Brown