IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.07-11047-CSS |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | § | |
| *Debtor* | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of the following Taxing Authorities located in the State of Texas, specifically, to wit:

**MONTGOMERY COUNTY**

(hereinafter collectively referred to as "Taxing Authority"), secured creditors and parties-in-interest in the above-numbered and styled bankruptcy case. The undersigned further requests that notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instructions filed in the above-referenced and styled bankruptcy case and any other matter in which notice is required pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(a), (b), 3017(a) and 9013 of the Federal Rules of Bankruptcy Procedure.

    Copies should be mailed to the secured creditors in care of the undersigned as the address set forth below.

Date: 8-27-08

Respectfully submitted,

**JOHN P. DILLMAN**
*Attorney in Charge for Taxing Authorities*
Texas State Bar No. 05874400
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 - *Telecopier*
Email: houston_bankruptcy@publicans.com

**OF COUNSEL:**

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 - *Telecopier*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served upon the entities listed below by placing same in the United States Mail, first class, postage fully prepaid, on even date.

| ATTORNEY FOR DEBTOR | TRUSTEE | DEBTOR |
|---|---|---|
| Joel A. Waite | United States Trustee | American Home Mortgage Holdings, Inc. |
| 1000 West Street, 17th Floor | 844 King Street, Room 2207 | 538 Broadhollow Road |
| PO BOX 391 | Lock Box #35 | Melville, NY 11747 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899-0035 | |

**JOHN P. DILLMAN**