# EXHIBIT A
**In re: American Home Mortgage, et al.**
**C.A. No. 07-11047**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 1927355403 | Ana Serna Santiago Serna | 3/29/2007 | $250,400.00 | $271,529.49 | $167,000.00 | 4019 Navigator Way Kissimmee, FL 34746 |
| 1927316547 | Sandy Zarraga | 2/1/2007 | $224,925.00 | $246,096.43 | $174,000.00 | 7872 Sugar View Court Orlando, FL 32819 |