EXHIBIT "B"

New House Title, L.L.C.
Title Summary Report

Date of Report:           June 02, 2008

Title Company:            New House Title, L.L.C.

ECS File number:          F08009245

Client Loan Number: 1927355403

Date Title Work Ordered:  2/5/2008 2:26:00 PM

Current Mortgagor:        ANA SERNASANTIAGO SERNA

Original Mortgagor:       ANA SERNASANTIAGO SERNA

Property address:         4019 NAVIGATOR WAY
                          KISSIMMEE, FL  347460000

Legal Description:        LOT 38, ISLES OF BELLALAGO, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 17 AT PAGES 191 THROUGH 195, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.

Lien Position: 1

Mobile Home: **NO MOBILE HOME FOUND**

Tax Information:

> Taxes Paid Through 2006
> Folio Number 252628266700010380
>
> Delinquent:
> 2007, $4,835.98

FILE_NUMBER: F08009245                              DOC_ID: M012302

**\*F08009245\***                                   **\*M012302\***

Tax Payoff Good Thru 6/30/2008

Prior/Open Liens: **NO PRIOR LIENS FOUND**

Subject Deed of Trust/Mortgage

| | |
|---|---|
| Mortgage date | 3/29/2007 |
| Amount | 250400 |
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN BROKERS CONDUIT |
| Date Recorded | 4/6/2007 |
| Book | 3451 |
| Page | 1492 |

Subordinate Loans/Liens:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN HOME MORTGAGE HOLDINGS, INC, by virtue of a Mortgage recorded in Official Records Book 3451, Page 1593

BELLALAGO AND ISLES OF BELLALAGO COMMUNITY ASSOCIATION, INC., by virtue of any lien filed pursuant to the Declaration of Covenants and Restrictions and any amendments thereto

Is an assignment needed: **LISTED BELOW**
   FROM: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN BROKERS CONDUIT
   TO:   JPMORGAN MORTGAGE ACQUISITION CORPORATION

## NEW HOUSE TITLE, L.L.C.

Property Tax Information

Date: June 02, 2008
File Number: F08009245
Loan Number: 1927355403
Property Address: 4019 NAVIGATOR WAY, KISSIMMEE, FL  347460000
Folio Number: 252628266700010380

Tax Information:

    Taxes Paid Through:  2006

    Delinquent:
    2007, $4,835.98


    Taxes Paid Date:
    Taxes Paid Amount: $0.00
    Tax Payoff good through June 30, 2008
    Tax Deed Payoff Amount $0.00
    Tax Sale Date:
    Special Notes:


    Payable/Remit To:
    Patsy Heffner
    OSCEOLA COUNTY TAX COLLECTOR
    2501 E. IRLO BRONSON MEMORIAL HWY
    Kissimmee, FL  34744
    407-343-4000

Delinquent Tax payments must be in Certified Funds (Cashiers Checks).

Be advised that the tax figures quoted above are subject to change due to various reasons. This figure represents the amounts and due date we were provided from the taxing authority. To ensure accuracy, we would request that you contact the taxing authority to confirm the amounts owed and the due date. The above is the contact information we have for the taxing authority. Unless you instruct us to the contrary, we will not be doing an additional tax search for this loan during the pendency of the foreclosure action. If you wish us to conduct an additional tax search please send us a written request to perform this function.

Thank you,

Dayra Cabrera

15101

NHTLLC

New House Title, L.L.C.
Title Summary Report

Date of Report:           June 02, 2008

Title Company:            New House Title, L.L.C.

ECS File number:          F08022825

Client Loan Number: 1927316547

Date Title Work Ordered: 3/19/2008 11:14:21 AM

Current Mortgagor:        SANDY ZARRAGA

Original Mortgagor:       SANDY ZARRAGA

Property address:         7872 SUGAR VIEW COURT #7872
                          ORLANDO, FL 328190000

Legal Description:        UNIT 7872, BUILDING 12, OF THE SANCTUARY AT BAY HILL, A
                          CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM
                          RECORDED IN OFFICIAL RECORDS BOOK 8396, PAGE 89, INCLUSIVE, AND
                          ALL VALID AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF ORANGE
                          COUNTY, FLORIDA; TOGETHER WITH AN UNDIVIDED INTEREST IN THE
                          COMMON ELEMENTS AS SET FORTH IN THE EXHIBITS TO THE SAID
                          DECLARATION OF CONDOMINIUM, AS RECORDED, EXEMPLIFIED,
                          REFERRED TO AND SET FORTH IN SAID DECLARATION OF CONDOMINIUM
                          AND EXHIBITS THERETO

Lien Position: 1


Mobile Home: **NO MOBILE HOME FOUND**


Tax Information:

FILE_NUMBER: F08022825                              DOC_ID: M012302

**\*F08022825\***                                   **\*M012302\***

Taxes Paid Through 2006
Folio Number 272328779412872

Delinquent:
2007, $4,469.18

Tax Payoff Good Thru 6/30/2008

Prior/Open Liens: **NO PRIOR LIENS FOUND**

Subject Deed of Trust/Mortgage

    Mortgage date     2/1/2007
    Amount              224925
    Beneficiary:       MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR EQUITY FINANCIAL GROUP, INC.
    Date Recorded    2/16/2007
    Book                9116
    Page                2372

Subordinate Loans/Liens:

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN HOME MORTGAGE HOLDINGS, INC., by virtue of a Mortgage recorded in Official Records Book 9116, Page 2391

    SANCTUARY AT BAY HIL CONDOMINIUM ASSOCIATION, INC., by virtue of an Amended Claim of Lien recorded in Official Records Book 9585, Page 2901; a Claim of Lien recorded in Official Records Book 9563, Page 2981; any unpaid condominium assessments levied pursuant to the Declaration of Condominium and any interest acquired pursuant to Chapter 718 F.S.

Is an assignment needed: **NO ASSIGNMENT NEEDED**

## NEW HOUSE TITLE, L.L.C.

Property Tax Information

Date: June 02, 2008
File Number: F08022825
Loan Number: 1927316547
Property Address: 7872 SUGAR VIEW COURT #7872, ORLANDO, FL  328190000
Folio Number: 272328779412872

Tax Information:

    Taxes Paid Through:  2006

    Delinquent:
    2007, $4,469.18


    Taxes Paid Date:
    Taxes Paid Amount: $0.00
    Tax Payoff good through June 30, 2008
    Tax Deed Payoff Amount $0.00
    Tax Sale Date:
    Special Notes:


    Payable/Remit To:
    Earl K. Wood
    ORANGE COUNTY TAX COLLECTOR
    200 South Orange Avenue
    Suite 1600, 16th Floor
    Orlando, FL  32801
    407-836-2700

Delinquent Tax payments must be in Certified Funds (Cashiers Checks).

Be advised that the tax figures quoted above are subject to change due to various reasons. This figure represents the amounts and due date we were provided from the taxing authority. To ensure accuracy, we would request that you contact the taxing authority to confirm the amounts owed and the due date. The above is the contact information we have for the taxing authority. Unless you instruct us to the contrary, we will not be doing an additional tax search for this loan during the pendency of the foreclosure action. If you wish us to conduct an additional tax search please send us a written request to perform this function.

Thank you,

Dayra Cabrera