IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., <u>et al.</u>, | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket No. 5520 |

### CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF PROPOSED SETTLEMENT WITH WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.

The undersigned hereby certifies that:

1. On August 25, 2008, pursuant to the *Order Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and the Sale Order, (I) Approving the Form of Notice and Authorizing the Debtors to File a Notice of Proposed Purchaser's Cure Amounts and (II) Establishing a Bar Date for Filing Objections to the Proposed Purchaser's Cure Amount* [Docket No. 4021, entered on May 12, 2008], American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc. filed a *Notice of Proposed Settlement with Washington Mutual Securities Corp.* [Docket No. 5520] (the "Notice").

2. Pursuant to the Notice, objections were to be filed and served no later than September 2, 2008, at 4:00 p.m. Personnel at Greenberg Traurig, LLP have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. As of September 5, 2008, the undersigned counsel has not received an answer, objection or other responsive pleading to the Notice.

3. Therefore, I respectfully request that the Court enter the proposed form of Order attached hereto at its earliest convenience.

Dated: September 5, 2008
      Wilmington, Delaware

GREENBERG TRAURIG, LLP

/s/ Sandra G. M. Selzer
Victoria W. Counihan (No. 3488)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com
selzers@gtlaw.com

and

JONES DAY
Daniel P. Winikka
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

Counsel for American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc.