# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket No. 5520 |

## ORDER APPROVING SETTLEMENT WITH WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.

Upon consideration of the *Stipulation Withdrawing Limited Response of Washington Mutual Mortgage Securities Corp. to Notice of (I) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to the Proposed Purchaser's Cure Amounts* (the "Stipulation") entered into between American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc., and Washington Mutual Mortgage Securities Corp.; and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the parties; it is hereby

ORDERED that the Stipulation, attached hereto as **Exhibit A**, is approved; and it is further

ORDERED that this Court shall retain jurisdiction to settle any disputes concerning the Stipulation and to interpret and enforce the provisions of the Stipulation and this Order.

Dated: September ____, 2008

                                              Honorable Christopher S. Sontchi
                                              Judge United States Bankruptcy Court

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 07-11047 (CSS) |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Chapter 11 |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket Nos. 4084, 4754 |

**STIPULATION WITHDRAWING LIMITED RESPONSE OF WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. TO NOTICE OF (I) DEBTORS' PROPOSED PURCHASER'S CURE AMOUNTS AND (II) DEADLINE FOR FILING OBJECTIONS TO THE PROPOSED PURCHASER'S CURE AMOUNTS**

RECITALS:

A.　On August 6, 2007 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being administered jointly.

B.　Prior to the Petition Date, Washington Mutual Mortgage Securities Corp. ("Washington Mutual") and the Debtors entered into one or more agreements, pursuant to which, among other things, the Debtors sold certain residential mortgage loans and related servicing rights to Washington Mutual.

C.　On October 30, 2007, the Court entered an order (the "Sale Order") approving the sale of the Debtors' mortgage loan servicing business (the "Sale") to American Home Mortgage Servicing, Inc., a Delaware corporation (f/k/a AH Mortgage Acquisition Co., Inc.) (the "Purchaser"). The Sale Order, among other things, authorized the Debtors to assume and assign and/or transfer to the Purchaser certain contracts (collectively, the "Assumed Contracts").

D. The initial closing of the Sale occurred on November 16, 2007 (the "Initial Closing"), and the final closing of the Sale occurred on April 11, 2008 (the "Final Closing").

E. On May 12, 2008, the Court entered the Order, Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and the Sale Order, (I) Approving the Form of Notice and Authorizing the Debtors to File a Notice of Proposed Purchaser's Cure Amounts and (II) Establishing a Bar Date for Filing Objections to the Proposed Purchaser's Cure Amounts (Docket No. 4021), pursuant to which the Court established the procedures for notifying the counterparties to the Assumed Contracts of the proposed amounts necessary to cure acts or omissions under each Assumed Contract that occurred after the Initial Closing through and including the Final Closing (the "Proposed Purchaser's Cure Amounts") and established June 20, 2008 as the deadline for filing objections to the Proposed Purchaser's Cure Amounts.

F. On May 19, 2008, the Debtors filed the Notice of (I) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to the Proposed Purchaser's Cure Amounts (Docket No. 4084) (the "Purchaser's Cure Amount Notice"), which designates, among others, two "Loan Sale and Servicing Agreements" with Washington Mutual as Assumed Contracts (the "WaMu Contracts") and provides that the Proposed Purchaser's Cure Amounts associated with such contracts are zero.

G. On June 20, 2008, Washington Mutual filed a limited response to the Purchaser's Cure Amount Notice (Docket No. 4754) (the "Limited Response"), essentially seeking to confirm that the Debtors assumed and assigned to the Purchaser only the loan servicing rights associated with the WaMu Contracts.

H.  The Purchaser and Washington Mutual have reached an agreement that resolves the Purchaser's Cure Amount Notice as to Washington Mutual and the Limited Response, as set forth below.

AGREEMENT:

1.  The Purchaser confirms that the Debtors assumed and assigned and/or transferred to the Purchaser only the servicing agreements contained within, and the related servicing rights under, the WaMu Contracts.

2.  Based on the foregoing, Washington Mutual agrees that the Proposed Purchaser's Cure Amounts for the WaMu Contracts are zero.

3.  Washington Mutual hereby withdraws the Limited Response.

Dated: August 25, 2008

/s/ Victoria W. Counihan
Victoria W. Counihan
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

- and -

Daniel P. Winikka (TX 00794873)
Debra K. Simpson (TX 24027986)
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR AMERICAN HOME MORTGAGE SERVICING, INC. F/K/A AH MORTGAGE ACQUISITION CO., INC.

Dated: August 20, 2008

/s/ Karen C. Bifferato
Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-0380

ATTORNEYS FOR WASHINGTON MUTUAL, NATIONAL ASSOCIATION