| | | |
|---|---|---|
| 1 | Bankruptcy Court for the Distric | Christopher S. Sontchi |
| 2 | | |
| 3 | In re: | ) Case No.: No. 07-11047 (CSS) |
| 4 | American Home Mortgage Holdings, | ) Notice of Hearing to consider the ) Adequacy of Disclosure Statement |
| 5 | Inc., | ) |
| 6 | Debtor. | ) |

Dated this 28th day of August, 2008
a.) David Crowe
    2593 Revere Drive Akron, Ohio
    44333
b.) Basis for Complaint: Loss of 401K Retirement Monies. 498 shares of AHM common Stock valued at 31.00 per share.
c.) AHM should not be allowed to write off the debts they owe to the people who have invested in their company. Especially the people who have their monies in the 401K plan for retirement. This is un American and a complete outrage.

*/s/ David I Crowe*
David I Crowe
2593 Revere Drive
Akron, Ohio 44333
No Attorney self
represented

The Chapter 11 Plan of Liquidation of the Debtors Dated August 15, 2008 - 1