IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECK, PAUL | ) | Case No. 07-11047 (CSS) |
| BW-0041, SCID | ) | |
| 1000 FOLLIES RD. | ) | DOCKET NO.4986 7/7/08 |
| DALLAS, PENNA. 18612-9515 | ) | |
| Creditor, | ) | Jointly Administered |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS INC. Delaware Corp., et al. | ) | |
| Debtors, | ) | |

**OBJECTION AND REJECTION OF DISCLOSURE STATEMENT IN IT'S ENTIRETY**

**AND**

**ORDER MANDATING DEBTORS TO FURNISH APPLICANT WITH COPY OF DISCLOSURE DOCUMENT**

TO THE HONORABLE CHRISTOPHER S. SONTCHI-JUDGE OF THIS SAID COURT;

COMES NOW, PAUL M. DECK (CLAIM NO. 2533, CLAIM AMOUNT $2400.00) who files this **"OBJECTION AND REJECTION OF DISCLOSURE STATEMENT IN IT'S ENTIRETY AND ORDER MANDATING DEBTORS TO FURNISH APPLICANT WITH A COPY OF DISCLOSURE DOCUMENT** and offers the following facts to support his **OBJECTION AND REJECTION AND ORDER.**

1). On August 25, 2008, Creditor PAUL M. DECK received "NOTICE OF HEARING TO CONSIDER THE ADEQUACY OF DISCLOSURE STATEMENT" (attached as EXHIBIT 1) from the DEBTOR'S attorneys (PATRICK A. JACKSON) at YOUNG, CONAWAY, STARGATT and TAYLOR. The document itself is dated "AUGUST 15, 2008."

2). The aforementioned document goes on to inform this applicant, PAUL M. DECK that there is an approval hearing scheduled before the Honorable Christopher S. Sontchi on September 15, 2008 at 10:00 A.M.

3). The aforementioned document further states that if the applicant (PAUL M. DECK) wanted to file any objections to the Disclosure Statement that he must do so on or before September 9, 2008 at 4:00 P.M.

- 1 -

4). Advocates for the Debtors list several ways in which the applicant (Paul M. Deck) may preview the "Disclosure Statement" via the INTERNET or by going to the office of the clerk of the Bankruptcy Court.

5). Advocates for the Debtors also informed the applicant (Paul M. Deck) that a copy of the Disclosure Statement may be obtained "for a charge through Delaware Document Retrieval, ect..."

6). It is the assertion of your humble applicant (Paul M. Deck) that he is in a State Correctional Facility without access to a computer or the INTERNET in which to preview the "Disclosure Statement."

7). It is further asserted by your applicant that he is indigent as defined by law, his sole purpose of support is a .42 cent an hour job (6 hours a day, 5 days a week( in the prison carpentry shop. At this time your applicant can not afford to pay ("for a charge") to get a copy of the Disclosure Statement to see if he agrees or disagrees with the terms set forth.

8). It is the contention of your humble applicant (Paul M. Deck( that the Debtors in this case misappropriated/stole the applicants $2400.00 (roughly 4 years of his wages) with their FRAUDULENT BUSINESS PRACTICE and applicant should not have to pay any further.

WHEREFORE, I, PAUL M. DECK (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) ASK THIS HONORABLE COURT TO NOTE THE APPLICANT'S "OBJECTIONS AND REJECTIONS OF DISCLOSURE STATEMENT IN IT'S ENTIRETY" AND GRANT AN ORDER MANDATING THE DEBTORS TO FURNISH APPLICANT WITH A COPY OF THE DISCLOSURE STATEMENT SO THAT APPLICANT MAY PREVIEW THE TERMS AND BE ALLOWED TO FILE ANY OBJECTIONS NUNC PRO TUNC. FOR THIS YOUR HUMBLE APPLICANT EVER PRAYS.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

I further declare under the penalty of perjury of the laws of the United States of America that I have on this 26 day of August, 2008, served a true and correct copy of this "OBJECTION AND REJECTION OF DISCLOSURE STATEMENT IN IT'S ENTIRETY AND ORDER MANDATING DEBTORS TO FURNISH APPLICANT WITH COPY

OF DISCLOSURE STATEMENT" upon the attorneys for AMERICAN HOME MORTGAGE INVESTMENT CORP. address listed below, service by U.S. FIRST CLASS MAIL.

        ATTORNEY PATRICK A. JACKSON (No. 4976)
        C/O Young, Conaway, Stargatt and Taylor, LLP.
        The Brandywine Building
        1000 West St., 17th Floor
        Wilmington, DE. 19801

DATED: _August 26_ 2008

Respectfully submitted,

_____
Paul M. Deck, BW-0041
SCI-Dallas
1000 Follies Rd.
Dallas, Penna. 18612-9515