IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECK, PAUL | ) | Case No. 07-11047 (CSS) |
| BW-0041, SCID | ) | |
| 1000 FOLLIES RD. | ) | |
| DALLAS, PENNA. 18612-9515 | ) | |
| Creditor, | ) | Jointly Administered |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS INC. Delaware Corp., et al. | ) | |
| Debtors, | ) | |

### ORDER GRANTING APPLICANT'S MOTION TO HQVE DEBTORS FURNISH HIM
### WITH A COPY OF DISCLOSURE STATEMENT FREE OF CHARGE

Upon consideration of the Applicant's "OBJECTION AND REJECTION OF THE DISCLOSURE STATEMENT IN IT'S ENTIRETY" and "ORDER MANDATING DEBTORS TO FURNISH PLAINTIFF A COPY OF THE DISCLOSURE DOCUMENT" and viewing the Applicant's Motion(s) and exhibit, it is hereby:

ORDERED that the Debtors and/or their agents furnish the applicant with a copy of the Disclosure Statement-free of charge, and it is further

ORDERED that the Applicant (Paul M. Deck) will have ten (10) days from the reception of the Disclosure Statement in which to preview the aforementioned Disclosure Statement, and it is further

ORDERED that the Applicant will use the ten (10) day time period in which to file any OBJECTIONS that he may have NUNC PRO TUNC with this Court, and it is further

ORDERED that the Applicant reserves the right to amend, supplement or modify his OBJECTIONS and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this ORDER.


DATED: WILMINGTON, DELAWARE

_____,2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE