Erik Fleischner
HQUS EUCOM, CMR 480
Box 2230
APO AE 09128

Clerk of Bankrupcy Court
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

Young Conaway Stargatt & Taylor, LLP
ATTN: James Patton and Robert Brady
1000 West Street
17th Floor
PO Box 391
Wilmington, Delaware 19899-0391

Aug 30, 2008

Subject: Claim No. 6761 Case No. 07-11047 (CSS) American Home Mortgage Holdings

To all,

I have not withdrawn my objection with respect to the proof of claim filed by myself (Erik Fleischner POC No. 6762). I object to the approval of the Disclosure Statement and request that the court not grant the relief requested and that my claim not be Expunged.

The company had a responsibility to its stock holders. Instead I have a worthless stock which I bought for 21 dollars a share on May 15 2007 and recently sold it for .06 cents a share on April 21, 2008. AHM violated their fiduciary responsibility to their stock holders.

To say that the Debtors object to the Equity Interest claims because they were filed by a shareholder based solely on ownership of stock of the Debtors and not on account of damages or a claim against the Debtors is an insult. That money was earmarked for a college fund. To say that there was no damage is not a realistic expectation. I was counting on the Dividend income.

I am requesting that my case go forward for a claim against AHM for the sum of $11,942.

Sincerely,

Jon Erik Fleischner