# EXHIBIT 1

Vacation
*The following vacation policy goes into effect January 1, 2003, however, no employee employed by the Company on December 31, 2002 will receive less vacation time in the future than they currently receive today. All employees who had a vacation benefit on December 31, 2002 greater than the benefits in the following schedule will be "grandfathered" and will not lose vacation time as a result of the following policy.*

Only full-time non-exempt, full-time commissioned (time away as described below), and full-time exempt employees and part-time employees working a minimum of 30 hours per week (excluding Assistant Vice President's and above) are eligible for vacation benefits described. Effective January 1, 2003, American Home Mortgage's vacation benefits will be as follows:

> Only employees hired on or before June 30th of any year will be eligible for vacation during that calendar year.

> Each January employees (provided they are eligible in accordance with the first paragraph of this section) will receive vacation time as outlined below:

> - Two weeks per year
> - Three weeks per year
> - Four weeks per year

> - 1-5 years of service
> - 6-10 years of service
> - 10 years of service

> Full-time commissioned employees will be eligible for time away from the office consistent with the service schedule above and will be paid commission but not vacation pay. All officers (Assistant Vice President and above) hired before June 30th of any year are eligible for three (3) weeks vacation for each year and will receive vacation time as outlined below:

> - Three weeks per year
> - Four weeks per year
> - Five weeks per year

> - 1-5 years of service
> - Over 5 years of service
> - 15 years of service for Senior Vice

*Thank You,*
*Mary Stadelman*
*HR Administrator*