EXHIBIT 3

**Sick and Personal Days**

*The following sick and personal day policy goes into effect January 1, 2003, however, no employee working at the company on December 31, 2002 will receive less sick and personal days in the future than they currently receive today. All employees who have an annual allowance of more than seven sick and personal days on December 31, 2002 will be "grandfathered" and will not lose sick and personal days as a result of the following policy.*

All regular full time exempt and full time non-exempt employees who were employees of the company on January 1 of a given year will receive seven paid Sick / Personal Days for that calendar year. The sick and personal days will become available on January 1 and are to be used throughout the year for sick and personal time off. Non-exempt employees may take personal / sick time in half (½) day or full day increments.

Full time exempt and full time non-exempt employees who were not employees of the company on January 1 (new hires) will receive one Sick / Personal Day for every 1.71 months of completed employment continuing through December 31. <u>Employees who have used all of their sick / personal days and, are subsequently absent, will not be paid for unworked time (additional absence).</u>

Full-time non-exempt employees who do not use all of their sick or personal days during a year will receive a cash award for good attendance equal to their hourly rate times the number of hours they are scheduled to work during a day (either 8 or 7.5 depending on their location) times the number of sick / personal days they did not use. The award for good attendance for a given year will be paid during the first quarter of the following year. Pay will be based upon the prevailing hourly rate of pay on December 31.

Employees who leave the Company during the year will not receive pay for unused sick / personal days.


*Thank You,*
*Mary Stadelman*
*HR Administrator*