# EXHIBIT 4

# Hefner, Kenneth

| | |
|---|---|
| **From:** | Mary Stadelman [Mary.Stadelman@americanhm.com] |
| **Sent:** | Wednesday, October 24, 2007 9:02 AM |
| **To:** | Hefner, Kenneth |
| **Subject:** | Vacation/Sick Personal pay out |



A24afe44d-e0f6-4a
b5-967f-ee75b...

```
            Hello, Kenneth.
After further research in our timekeeping system, we found the following payouts occurred
during your employment:

Sick/personal totaled = $1,246.12 (32 hours) Vacation totaled = $4,049.84 (104 hours)

I believe these amounts were included in pay statements prior to 2005.

Please contact me if you have questions and need further assistance.

Thank You,
Mary Stadelman
HR Administrator

-----Original Message-----
From: RightFax E-mail Gateway
Sent: Tuesday, October 23, 2007 3:57 PM
To: Mary Stadelman
Subject: A new fax has arrived from (Part 1 of 1) on Channel 5

10/23/2007 3:54:49 PM Transmission Record
      Received from remote ID:
      Inbound user ID MSTADELMAN, routing code 6940878
      Result: (0/352;0/0) Successful Send
      Page record: 1 - 3
      Elapsed time: 02:08 on channel 5


Fax Images: [double-click on image to view page(s)]
```

1

## Hefner, Kenneth

**From:** Hefner, Kenneth
**Sent:** Wednesday, January 02, 2008 11:55 AM
**To:** Hefner, Kenneth
**Subject:** RE: Unused vacation time - K Hefner

**From:** Mary Stadelman [mailto:Mary.Stadelman@americanhm.com]
**Sent:** Tuesday, October 23, 2007 12:43 PM
**To:** Hefner, Kenneth
**Subject:** RE: Unused vacation time - K Hefner

Hello, Kenneth.
My access to the payroll system allows me to view back to January, 2005. There is no indication of vacation or sick/personal payout from 2005 to your term date.
However, I would like to check further with our payroll supervisor.
Would you be able to provide your employment agreement and/or offer letter? My right fax # is included below.

*Thank You,*
*Mary Stadelman*
*HR Administrator*
*#866-694-0878 - right fax*

---

**From:** Hefner, Kenneth [mailto:Ken.Hefner@imb.com]
**Sent:** Tuesday, October 23, 2007 2:55 PM
**To:** Mary Stadelman
**Subject:** Unused vacation time - K Hefner

Hello Mary,

I still have my last paystub from 2004 and it shows "sick time" paid out to me of $311.53 and "vacation time" paid out of $1869.16.

I need to know how much paid time off was paid to me in each year from, and including, 2003-2007. An itemized breakdown would be greatly appreciated.

I realize that this request will require a more thorough search of AHM's records, and I thank you in advance for your assistance and extra effort in this matter.


Kenneth R. Hefner
Retail Lending Group West
Product and Sales Support
Indymac Bank
Phone: 949•923•4762
Fax: 866•599•7749
Ken.Hefner@imb.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @indymacbank.com, and delete the message. Thank you.

1/2/2008