## EXHIBIT 5



# MARINA MORTGAGE

May 19, 2003

Kenneth R. Hefner
30 Mulholland Ct
Mission Viejo, CA 92692

RE: Employment Offer Letter

Dear Kenneth:

We are pleased to present our offer to you to join the Marina Mortgage Team herein known as (the "Company") as a **Diversified Lending Account Executive** reporting to Steve Sommerman-VP. This letter is intended to set forth the terms and conditions of Marina's offer of employment. Your compensation package is as follows:

- A semi-monthly salary of **$ 3375.00** (less applicable taxes). Pay dates are the 10th and the 25th of the month.

- In Addition you will receive a minimum monthly gaurantee bonus of $2000.00 per month for the first six months of employment

- There after you will receive a monthly bonus to be paid at 1 bps (.0001) on ALT-A loans and loans defined as Diversified. Regarding ALT-A product you will receive a maximum bonus of $1000.00 per month. Regarding Diversified product you will receive a maximum bonus of $3000.00 per month.

- For Example:
    o 5,000,000 in ALT-A fundings per month is equal to a bonus of $500.00.
    o 15,000,000 in ALT-A fundings per month is equal to a bonus of $1000.00
    o 25,000,000 in Diversified loan fundings per month is equal to a bonus of $2500.00.

You understand and agree that this employment offer is conditional upon the satisfactory results of a background and credit investigation as determined by the Company. The background investigation may be performed by employees of the Company, or an outside agency, and may include criminal, credit, educational, driving, and character checks. It is understood that any investigation found unsatisfactory to the Company might result in the immediate withdrawal of this offer and/or termination of employment.

You will be eligible, after 60 days of employment to participate in the Company's health/dental benefit, subject to terms, conditions, and limitations contained in the applicable plan documents and insurance policies. You will be eligible, after 90 days of employment to participate in the

Suite 305 • Irvine, CA 92618 • Office: (949) 753-8900 • Fax: (949) 727-0160



## MARINA MORTGAGE

Company's 401K plan. Further information regarding the plans is available in the summary plan descriptions, which may be obtained from the Company's Human Resources Department.

Federal law requires that you provide the Company with documents that verify your identity and your eligibility to work in the United States also referred as I-9 form. You may be unable to start your employment with the Company until the documents have been presented. If you believe you may have difficulty presenting these documents on your first day, please contact the Company's Human Resources Department immediately.

As an employee of the Company, you also agree to adhere to the Company's policies, rules and regulations in effect from time to time, a copy of which may be obtained from the Human Resources Department. Accordingly, while the Company hopes the employment relationship will be mutually beneficial and rewarding, you understand and agree that your employment is at-will, and therefore, your employment and compensation can terminate, with or without cause or notice at any time, at your option or the Company's option. You further understand and agree that this is an at-will employment relationship, as defined above, will remain in effect throughout your employment with the Company, or any of its parent or affiliated companies, unless it is modified be a specific, express written employment contract that is executed by an Officer of the Company. This offer letter constitutes a final and fully binding integrated agreement with respect to the at-will nature of the employment relationship. Additionally, this letter if the final, entire, and exclusive agreement between you, the employee, and the Company and supercedes all prior and contemporaneous agreements, understanding, commitments, discussions, summaries, and other information not contained in this letter whether oral or written. No representation, promise, inducement, or statement of intention has been made by any of the parties not embodied in this letter or in the documents referred to herein, and no party shall be bound or liable for any alleged representation, promise, inducement, or statements or intention not set forth or referred to in this letter.

We are excited about the prospect of you joining our Team. We are committed to providing the environment that will enable you to realize your long-term employment goals within our company. Let me reiterate how enthusiastic we are about you coming on board, and how much we look forward to you joining our Team here at Marina Mortgage. Please acknowledge your acceptance of this offer by signing and returning a copy of this letter to me. If you have any questions regarding benefits and setting up orientation, please contact Nicole Wright, Human Resource Administrator at (949) 753.8900 ext 244 or e-mail HR@marinamortgage.com.

Sincerely,

John Johnston
CEO

I accept this offer_____date_____
Kenneth R. Hefner