# EXHIBIT 6

## Addendum to Employment Agreement

Compensation to the Ken Hefner, AVP is based on total monthly Western Division AH Retail In-house Loan Volume at .00007 of 1 point. The maximum compensation to be paid will be based and divided out by not less than five (5) Associates of cost center 1003 (Choice Spectrum, Western Division).

For example, a $550,000,000 volume would yield an income pool of $38,500 (70% of 1 basis point) which will be used to pay the Associate. The monthly volume is multiplied by .00007 and then you are paid on a 33.33% share of that volume after $12,500 is deducted for Michael K. and Michael C.

Example: Volume of $550,000,000 X .00007 = $38,500

$38,500 − $12,500 = $26,000

$26,000 x 33.33% = $8,865.80

The cap for Kenneth Hefner is $144,000.

**Production Bonus:** Bonus Compensation is not limited by the above cap

Based on the annual Western Division AH Loan Volume up to $7,865,470,025, a discretionary bonus will be paid to all Choice Support West Associates which will be determined by the SVP and Executive Management and apportioned based upon merit, overall job performance, customer service and productivity.

If annual Western Division AH Loan Volume exceeds $7,865,470,025 a minimum bonus will be paid out at .0000040 over that amount up to the volume level of $8,652,017,027. The bonus will be split by all Choice Support West Associates which will be determined by the SVP and Executive Management and apportioned, based upon merit, overall job performance, customer service and productivity.

If annual Western Division AH Loan Volume exceeds $8,652,017,027 a minimum bonus will be paid out at .0000070 over that amount up to the volume level of $9,438,564,030. The bonus will be split by all Choice Support West Associates which will be determined by the SVP and Executive Management and based upon merit, overall job performance, customer service and productivity.

If annual Western Division AH Loan Volume exceeds $9,438,564,030 a bonus will be paid out at .00001 over that amount capped at $12,000,000,000. The bonus will be split by all Choice Support West Associates which will be determined by the SVP and Executive Management and based upon merit, overall job performance, customer service and productivity.

The bonus compensation will be divided by all Associates in the Division with the exception of the SVP.

Commissions on any loans originated by any Associates in cost center 1003 (Choice Spectrum, Western Division) will be paid out on a 25% commission split to that individual. Commissions on loans originated are not limited by the above cap.

This agreement is in effect beginning on March 1, 2007 and ending on January 31, 2008.

_____
Ken Hefner
AVP Choice Support West

_____
Steve Somerman
SVP Choice Support West