# EXHIBIT 7

*(Page rotated 90°; COMMISSION SCHEDULE table)*

| branch | loan num | borrower | Loan Officer | loan type | ln amt | rap lock | lien | orig fee / disc pts | cost/rebate | freq fee | total fees collected | fees cear (short) | brokered gross loan comm | LO Split | Commission Amount | Description | Program Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ken Hefner | | | | | | | | | | | | 30.24 | | |
| | | | | | | | | | | | | | | | 30.24 | | |