EXHIBIT 8

| Accrued Vacation Time | Days | Weeks | Hours | $/Hour | $/Year |
|---|---|---|---|---|---|
| 6/1/03 - 12/31/03 | 10 | 2 | 80 | $38.94 | $3,115.20 |
| 1/1/04 - 12/31/04 | 10 | 2 | 80 | $38.94 | $3,115.20 |
| 1/1/05 - 12/31/05 | 15 | 3 | 120 | $38.94 | $4,672.80 |
| 1/1/06 - 12/31/06 | 15 | 3 | 120 | $38.94 | $4,672.80 |
| 1/1/07 - 8/3/07 | 15 | 3 | 120 | $38.94 | $4,672.80 |

Total Acrued Vacation Time Earned $20,248.80
Less Total Vaction Time Paid (104 hours) -$4,049.84
Total Unused Vacation Time Owed $16,198.96          $16,198.96

| Accrued Vacation Time | Days | Weeks | Hours | $/Hour | $/Year |
|---|---|---|---|---|---|
| 6/1/03 - 12/31/03 | 7 | 1.4 | 56 | $38.94 | $2,180.64 |
| 1/1/04 - 12/31/04 | 7 | 1.4 | 56 | $38.94 | $2,180.64 |
| 1/1/05 - 12/31/05 | 7 | 1.4 | 56 | $38.94 | $2,180.64 |
| 1/1/06 - 12/31/06 | 7 | 1.4 | 56 | $38.94 | $2,180.64 |
| 1/1/07 - 8/3/07 | 7 | 1.4 | 56 | $38.94 | $2,180.64 |

Total Acrued Sick/Personal Time Earned $10,903.20
Less Total Sick/Personal Time Paid (104 hours) -$1,246.12
Total Unsused Sick/Personal Time Owed $9,657.08          $9,657.08

Total Unsused Paid time-off Owed          $25,856.04
Plus WARN Act Violation (60 days pay)     $13,500.00

**Total Due to Kenneth R. Hefner from American Home Mortgage   $39,356.04**