**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| AMERICAN HOME MORTGAGE | * | Case No.: 07-11047(CSS) |
| HOLDING INC. et all, | * | Jointly Administered |
| Debtor(s). | * | **Hearing: September 15, 2008 at 10:00 a.m.** |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

(*Relates to Docket Nos. 5252; 5273; 5304; 5353*)

Lisa R. Hatfield, an attorney employed by the law offices of MORRIS|HARDWICK|SCHNEIDER, certifies to the Court as follows:

1. On July 28, July 30, August 4 and August 11, 2008, the undersigned, on behalf of various clients, filed each of the motions for relief from the automatic stay listed on Exhibit A hereto ("the Motions").

2. The Debtor, American Home Mortgage Holding Inc., *et all* ("the Debtor"), filed a timely protective response to each of the Motions ("the Responses") reserving Debtor's rights.

3. Subsequent to the filing of the Responses, the undersigned communicated with counsel for the Debtor, who advised me that the Debtor does not oppose entry of the proposed order submitted with this of the Certification of Counsel.

4. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to any of the Motions. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to any of the Motions appears thereon. Pursuant to the notice filed in

2

connection with each of the Motions, objections to the Motions were to be filed and served no later than September 8, 2008.

5. The undersigned respectfully requests that each of the orders attached hereto collectively as Exhibit B be entered at the convenience of the Court.

Date: September 8, 2008              Respectfully submitted,

                                     MORRIS\HARDWICK|SCHNEIDER

                                     /s/ *Lisa R. Hatfiled*_____
                                     Lisa R. Hatfield (DE No. 4967)
                                     284 East Main Street
                                     Newark, DE 19711
                                     (302) 444-4602
                                     (866) 503-4930 (toll free)

## Certificate of Service

I HEREBY CERTIFY that on September 8, 2008, copies of the foregoing Certificate of Counsel with various exhibits were served upon the parties listed on the below in the manner stated:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

VIA US MAIL
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney  for Plaintiff

2

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

    Respectfully submitted,

    MORRIS|HARDWICK|SCHNEIDER

    <u>/s/ *Lisa R. Hatfiled*</u>
    Lisa R. Hatfield (DE No. 4967)
    284 East Main Street
    Newark, DE 19711
    (302) 444-4602
    (866) 503-4930 (toll free)

# EXHIBIT A

**Docket # 5252; 21949 W. 88th Path, Miami, FL 33190**

**Docket # 5273; 11051 Corsia Trieste Way, 4-202, Bonita Springs, FL 34135**

**Docket # 5304; Various Properties as Listed on Exhibit A to Proposed Order**

**Docket # 5353; 2846 Wake Water Way, Woodbridge, VA 22191**