**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:                                          *
AMERICAN HOME MORTGAGE          *  Case No.:  07-11047(CSS)
HOLDING INC. et all,                       *  Chapter 11
     Debtor.          *

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
<u>VARIOUS PROPERTIES LISTED ON EXHIBIT A</u>**
*(Relates to Docket # 5304)*

**AND CONSIDERATION** of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code with respect to each parcel of Real Property listed on **Exhibit A** (the

"Motion") filed by Citibank, N.A., as Trustee c/o EMC Mortgage Corporation (the "Movant"); the

Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C.

§§ 157 and 1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue

is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further

determined that cause exists to grant Movant relief from the automatic stay with respect to

Movant's exercise of any rights and remedies against each parcel of Real Property listed on

**Exhibit A** (the "Properties") under applicable non-bankruptcy law; it is hereby

   **ORDERED**, that the Motion be, and the same is hereby **GRANTED**.  All capitalized terms

not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is

further

   **ORDERED**, that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is

otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic

stay is modified solely with respect to Movant's interest in the Properties. Movant is hereby

permitted to exercise its rights under applicable non-bankruptcy law against the properties,

including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the

Property and all other legal remedies against the Properties which may be available to Citibank,

N.A., as Trustee c/o EMC Mortgage Corporation, under State law; and it is further

  **ORDERED** that nothing in this order (i) shall constitute a determination that the Debtors

hold any interest in the Properties or (ii) shall *estop* the Debtors from deny that that they hold any

interest in the Properties; and it is further

  **ORDERED** that this Order is immediately effective and is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Dated: _____      _____
                  The Honorable Christopher S. Sontchi
                  United States Bankruptcy Court

# EXHIBIT A

In re: American Home Mortgage Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)
Movant: Citibank, N.A., as Trustee

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 15073315 | RUTKOWSKI | 16-Feb-06 | $122,500 | $152,973.43 | $174,900 | 5 Woodridge Rd., Montgomery, IL  60538 |
| 13789631 | BARENZ | 6-Apr-06 | $93,600 | $121,016.73 | $65,000 | 4502 N. 29th Street, Tampa, FL 33610 |