**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| AMERICAN HOME MORTGAGE | * | Case No.:  07-11047(CSS) |
| HOLDING INC. et all, | * | |
| Debtor(s). | * | |

**LINE WITHDRAWING CERTIFICATION OF COUNSEL AND**
**AMENDED CERTIFICATE OF NO OBJECTION(S)**
**(DOCKET NOS. 5603 and 5604)**

EMC Mortgage Corporation hereby gives notice that it is withdrawing its

Certification of Counsel and Amended Certificate of No Objection filed on or about

September 8, 2008.  Entries were erroneously filed.

Dated: September 8, 2008

           Respectfully submitted.

           MORRIS|HARDWICK|SCHNEIDER

           /s/ *Lisa R. Hatfiled*
           Lisa R. Hatfield (DE No. 4967)
           284 East Main Street
           Newark, DE 19711
           (302) 444-4602
           (866) 503-4930 (toll free)

Certification of Service

I HEREBY CERTIFY that copies of the foregoing Line were mailed by first class mail, postage pre-paid (or electronically pursuant to Admin. Order 05-01), the 8th day of September, 2008 to the following parties:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

    Respectfully submitted,

    MORRIS|HARDWICK|SCHNEIDER

    <u>/s/ *Lisa R. Hatfiled*  </u>
    Lisa R. Hatfield (DE No. 4967)
    284 East Main Street
    Newark, DE 19711
    (302) 444-4602
    (866) 503-4930 (toll free)