**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| AMERICAN HOME MORTGAGE | * | Case No.:  07-11047(CSS) |
| HOLDING INC. et all, | * | |
| Debtor(s). | * | |

**LINE WITHDRAWING CERTIFICATE OF NO OBJECTIONS**
**(DOCKET NOS. 5605)**

EMC Mortgage Corporation hereby gives notice that it is withdrawing its Certificate of No Objection filed on or about September 8, 2008.  Entries were erroneously filed.

Dated: September 8, 2008

                                                Respectfully submitted.

                                                MORRIS|HARDWICK|SCHNEIDER

                                                /s/ *Lisa R. Hatfiled*
                                                Lisa R. Hatfield (DE No. 4967)
                                                284 East Main Street
                                                Newark, DE 19711
                                                (302) 444-4602
                                                (866) 503-4930 (toll free)

Certification of Service

    I HEREBY CERTIFY that copies of the foregoing Line were mailed by first class mail, postage pre-paid (or electronically pursuant to Admin. Order 05-01), the 8th day of September, 2008 to the following parties:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

        Respectfully submitted,

        MORRIS|HARDWICK|SCHNEIDER

        /s/ *Lisa R. Hatfiled*
        Lisa R. Hatfield (DE No. 4967)
        284 East Main Street
        Newark, DE 19711
        (302) 444-4602
        (866) 503-4930 (toll free)