# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| **PROOF OF CLAIM** | |

| In Re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., et al. | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

Name of Debtor Against Which Claim is Held
*American Home Mortgage Corp.*    Case No. of Debtor *07-11051*

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor:

*Ronald L. Bergum*
*c/o Sean D. Malloy*
*McDonald Hopkins LLC*
*600 Superior Ave., Suite 2100, East*
*Cleveland, OH 44114*

Telephone number: *216-348-5400*
Email Address: *smalloy@mcdonaldhopkins.com*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
*N/A*

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____(explain)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☑ Wages, salaries, and compensation (fill out below)
- Last Four Digits of your SS#: ___ ___ ___ ___ — ___ ___ — ___ ___ ___ ___
- Unpaid compensation for services performed
  from *2000* (date) to *8-5-2007* (date)

**2. Date debt was incurred:**
*2000 to 8-5-2007*

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ *3,182,183.96* + _____ + *10,950.00* = *3,193,133.96*
(unsecured nonpriority) (secured) (unsecured priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle
- ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

**6. ☑ Unsecured Nonpriority Claim.** $ _____
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ *10,950.00*
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
- ☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

THIS SPACE IS FOR COURT USE ONLY

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10** Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| *1-10-2008* | *Sean Malloy, Attorney* |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Attachment

Ronald L. Bergum has a claim in the amount of $3,193,133.96 plus unliquidated amounts against the American Home Mortgage Corp., Case No. 07-11051 for wages and benefits[1] rendered to the Debtor as set forth below:

| Description | Amount |
|-------------|--------|
| Debtor's Deferred Compensation Plan | $1,592,352.37 |
| Override -- .0025% of 3,357,226,858 | 83,930.57 |
| NOI (profitability) | 91,210.00 |
| Unused Vacation from 2000 to 2007 (25 weeks) | 192,307.69 |
| Severance for 3 years at $400,000 per year (per contract) | 1,200,000.00 |
| Benefits for 3 years (per contract) | Unliquidated |
| Wages for 30 Days Pursuant to CA State Labor Code 203 | 33,333.00 |
| **Total Claim** | **$3,193,133.96*** |

*plus unliquidated amounts

---

[1] Most back-up materials are in the possession of the Debtor. However, redacted copies of certain support documents are available upon request to claimant's counsel, Sean D. Malloy, McDonald Hopkins LLC, 600 Superior Avenue, Suite 2100, East, Cleveland, OH 44114.

# Participant Account Activity Summary - American Home Mortgage Holding, Inc.

*For the Period From July 1, 2007 to July 31, 2007*

| | | | | | |
|---|---|---|---|---|---|
| Bergum, Ronald L | 1,641,645.75 | 25,359.06 | - | - | - | (74,652.44) | 1,592,352.37 |