IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
        Debtors.                                                 :
                                                                 : **Ref. Docket No. 3466**
                                                                 :
---------------------------------------------------------------- x

## DEBTORS' RESERVATION OF RIGHTS AS TO MOTION OF GIL QUENTIN ALVAREZ FOR LEAVE TO FILE LATE PROOF OF CLAIM

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this reservation of rights (the "Reservation of Rights") with respect to the Motion of Gil Quentin Alvarez for Leave to File Late Proof of Claim [Docket No. 3466] (the "Motion"). By the Motion, Mr. Alvarez is seeking an order granting him leave to file a proof of claim pursuant to Rules 3003(c)(3) and 9006(b) of the Federal Rules of Bankruptcy Procedure.

The Debtors do not oppose the Motion or object to the relief requested. However, the Debtors do not agree with many of the allegations and statements contained in the Motion. Accordingly, the Debtors' decision to not oppose the Motion shall not be construed to be an admission by the Debtors of any statement or allegation made in the Motion.

Mr. Alvarez has not submitted a proposed form of order in connection with the Motion. The Debtors reserve the right to object to any specific language in any form of order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

submitted in connection with the Motion. The Debtors reserve all rights, objections or defenses with respect to the Proofs of Claim.

Dated: Wilmington, Delaware
September 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession