**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>                Debtors. | ) Case Number: 07-11047<br>)<br>) Chapter 11<br>)<br>) CERTIFICATE OF SERVICE TO<br>) OBJECTION TO DISCLOSURE<br>) STATEMENT BY THE<br>) CALIFORNIA TAXING<br>) AUTHORITIES (COUNTIES OF<br>) IMPERIAL, PLACER, SAN<br>) BERNARDINO AND RIVERSIDE,<br>) CALIFORNIA)<br>) |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or electronically on this 8th day of September 2008.

                                      Respectfully submitted,

                                      ROMERO LAW FIRM

                                      By. <u>/s/ Martha E. Romero</u><br>
                                      MARTHA E. ROMERO<br>
                                      Attorneys for SECURED CREDITORS<br>
                                      CALIFORNIA TAXING AUTHORITIES (COUNTY OF IMPERIAL, PLACER, SAN BERNARDINO AND RIVERSIDE, CALIFORNIA

1

**SERVICE LIST**

Madeline C. Wanslee
201 E. Washington St., Suite 800
Phoenix, AZ 85004-2327

Adam G. Landis
LANDIS RATH & COBB LLP
919 Market St., Suite 600
Wilmington, DE 19801

Thomas H. Grace
LOCKE LIDDELL & SAPP
3400 JPMorgan Chase Tower
6000 Travis St., Suite 3400
Houston, TX 77002

Michael G. Wilson
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA 23219

Peter S. Partee
Hunton & Williams LLP
200 Park Ave., 53rd Floor
New York, New York 10166

Richard S. Miller
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Ave.
New York, NY 10022

Mark D. Collins
Richards, Layton & Finger, PA
One Rodney Square
920 North King St.
Wilmington, DE 19801

Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa st., 30th Floor
Los Angeles, CA 90017

Dennis J. Drebsky
NIXON PEABODY, LLP
437 Madison Ave.
New York, NY 10022

John Rosenthal
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

2

```
 1  Hilary B. Bonial
    9441 LBJ Freeway, Suite 350
 2  Dallas, TX 75243

 3  Michael G. Wilson
    Riverfront Plaza, East Tower
 4  951 East Byrd St.
    Richmond, VA 23219
 5
    Kimberly E.C. Lawson
 6  1201 Market St., Suite 1500
    Wilmington, DE 19801
 7
    American Home Mortgage Holdings, Inc.
 8  538 Broadhollow Road
    Melville, NY 11747
 9
    Edward J. Kosmowski
10  Young, Conaway, Stargatt & Taylor
    1000 West Street, 17th Floor
11  PO Box 391
    Wilmington, DE 19899
12
    Joseph M. McMahon, Esq.
13  Office of the United States Trustee
    J. Caleb Boggs Federal Building
14  844 King Street, Suite 2207 - Lockbox #35
    Wilmington, DE 19801
15
    Bonnie Glantz Fatell
16  Blank Rome LLP
    1201 Market Street, Suite 800
17  Wilmington, DE 19801

18  David W. Carickhoff, Jr
    Blank Rome LLP
19  Chase Manhattan Centre
    1201 Market Street, Suite 800
20  Wilmington, DE 19801

21  Susheel Kirpalani
    James C. Tecce, Esq.
22  Joseph G. Minias, Esq.
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
23  51 Madison Avenue
    New York, NY 10010
24
    Nathan Haynes Esq.
25  Gregory M. Petrick Esq.
    Cadwalader, Wickersham & Taft LLP
26  One World Financial Center
    New York, New York 10281
27

28
```

```
 1  Pauline K. Morgan
    Young, Conaway, Stargatt & Taylor
 2  1000 West Street, 17th Floor,
    PO Box 391
 3  Wilmington, DE 19899-0391

 4  Robert S. Brady
    Young, Conaway, Stargatt & Taylor
 5  The Brandywine Bldg.
    1000 West Street, 17th Floor
 6  PO Box 391
    Wilmington, DE 19899-0391
 7
    American Home Mortgage Claims Processing
 8  P.O. Box 5076
    FDR Station
 9  New York, NY 10150-5076

10  Carol E. Momjian
    Office of the Attorney General
11  21 S. 12th Street, 3rd Floor
    Philadelphia, PA 19107
12
    Linda Boyle
13  Time Warner Telecom Inc.
    10475 Park Meadows Dr. , #400
14  Littleton, CO 80124

15  Tina Moss
    410 Park Ave.
16  New York, NY 10022

17

18

19

20

21

22

23

24

25

26

27

28


                            4
```