IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Jointly Administered |
| A Delaware corporation, et al,[1] | : |  |
|  | : |  |
| Debtors. | : |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy the Response of Ronald L. Bergum to Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, Docket No. 5608, was served via the Court's CM/ECF system to the following who are listed on the Court's Electric Mail Notice List on the 8th day of September 2008:

    Geoffrey S. Aaronson    gaaronson@aaronsonpa.com
    David G. Aelvoet    davida@publicans.com
    Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com
    John R. Ashmead    ashmead@sewkis.com
    Mary E. Augustine    bankserve@bayardlaw.com, maugustine@bayardlaw.com;tmatthews@bayardlaw.com;jvanhorn@mcquirewoods.com;emiranda@bayardlaw.com
    James F. Bailey    jbailey@jfbailey.com, jtravers@jfbailey.com
    Elizabeth Banda    kwilliams@pbfcm.com
    Daniel I. Barness    dbarness@smhbhlaw.com
    Michael Jason Barrie    mbarrie@schnader.com
    Leonora K. Baughman    lbaughman@kaalaw.com, ecf@kaalaw.com
    Sean Matthew Beach    bankfilings@ycst.com
    Christopher R. Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
    Don A. Beskrone    dbeskrone@ashby-geddes.com
    Jennifer Leigh Best    jennifer.best@usdoj.gov, Eastern.Taxcivil@usdoj.gov
    Karen C Bifferato    kbifferato@cblh.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York Settlement Services, Inc. a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

{1556281:}

Peter Douglas Bilowz     pbilowz@goulstonstorrs.com
Joseph J. Bodnar     jbodnar@BodnarLaw.net, goldbergb@dicksteinshapiro.com;jbodnar7@juno.com
Hilary B Bonial     notice@bkcylaw.com
William Pierce Bowden     wbowden@ashby-geddes.com
Donald J. Bowman     bankfilings@ycst.com
Robert S. Brady     bankfilings@ycst.com
Amy D. Brown     abrown@werbsullivan.com
Charles J. Brown     cbrown@archerlaw.com
Jacob A. Brown     jacob.brown@akerman.com, jennifer.meehan@akerman.com
Mark Browning     bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
William J. Burnett     william.burnett@flastergreenberg.com
Michael G. Busenkell     mbusenkell@wcsr.com
John W. Butler     info@butler-butler.com, jbutler@butler-butler.com
Mary Caloway     mary.caloway@bipc.com
David W. Carickhoff     carickhoff@blankrome.com, senese@blankrome.com
John T. Carroll     jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
Marc Stephen Casarino     casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
William E. Chipman     wchipman@eapdlaw.com
Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com
Jeffrey S Cianciulli     jcianciulli@weirpartners.com
M. Blake Cleary     bankfilings@ycst.com
Ronald L. Cohen     cohen@sewkis.com
Mark D. Collins     collins@RLF.com, rbgroup@rlf.com
Nancy A. Connery     nconnery@schoeman.com, jspin@schoeman.com;gcarrion@schoeman.com
Victoria Watson Counihan     bankruptcydel@gtlaw.com, thomase@gtlaw.com
Donna L. Culver     dculver@mnat.com
Julius O. Curling     curlingj@michigan.gov
Teresa K.D. Currier     currier@klettrooney.com, tercurrier@aol.com
Tobey M. Daluz     daluzt@ballardspahr.com
Charlene D. Davis     bankserve@bayardlaw.com, cdavis@bayardlaw.com
Eric M. Davis     debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com
Eric M. Davis     debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com
Martin J. Davis     martin.davis@ots.treas.gov
Mary A. DeFalaise     mary.defalaise@usdoj.gov
John P. Dillman     houston_bankruptcy@publicans.com
John T. Dorsey     bankfilings@ycst.com
Kristi J. Doughty     bk.service@aulgur.com
Peter James Duhig     duhig@klettrooney.com
Erin Edwards     bankfilings@ycst.com
Adam R. Elgart     aelgart@mwm-law.com, wgomes@mwm-law.com
Margaret Fleming England     mengland@eckertseamans.com
Kenneth J. Enos     bankfilings@ycst.com
Justin Cory Falgowski     jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Brett Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
Sherry Ruggiero Fallon    sfallon@trplaw.com
Bonnie Glantz Fatell    fatell@blankrome.com, senese@blankrome.com
David L. Finger    dfinger@delawgroup.com
Norman P. Fivel    norman.fivel@oag.state.ny.us
David M. Fournier    fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Susan R. Fuertes    bnkatty@aldine.k12.tx.us
Samuel B. Garber    ggpbk@generalgrowth.com, ggpbk@generalgrowth.com
Ronald S. Gellert    delawarebankruptcy@escm.com;rgellert@eckertseamans.com
Gerald A. Gordon    ggordon@pryorcashman.com
Thomas H. Grace    hobankecf@lockelord.com
Robert E. Greenberg    rgreenberg@dclawfirm.com
Nathan D. Grow    bankfilings@ycst.com
Kara Hammond Coyle    bankfilings@ycst.com
Jason W. Harbour    jharbour@hunton.com
Lee Harrington    lharrington@nixonpeabody.com
Donna L. Harris    dharris@php-law.com
Edwin J. Harron    bankfilings@ycst.com
A. Michelle Hart    bkmail@mrdefault.com, bkmail@mrdefault.com
Lisa R. Hatfield    lhatfield@closingsource.net, gwittstadt@closingsource.net
William A. Hazeltine    admin@whazeltinelaw.com
Curtis A. Hehn    chehn@pszjlaw.com
Adam Hiller    adamh@drapgold.com
Adam Hiller    AdamH@drapgold.com, RobinR@drapgold.com;ngav@dragpold.com;PatriciaS@drapgold.com;Cindyo@drapgold.com;TheresaM@drapgold.com
Adam Hiller    adamh@drapgold.com, RobinR@drapgold.com;PatriciaS@drapgold.com;ngav@dragpold.com;TheresaM@drapgold.com;Cindyo@drapgold.com
Adam Hiller    adamh@drapgold.com, RobinR@drapgold.com;ngav@dragpold.com;PatriciaS@drapgold.com;Cindyo@drapgold.com;TheresaM@drapgold.com
Adam Hiller    adamh@drapgold.com, RobinR@drapgold.com;ngav@dragpold.com;PatriciaS@drapgold.com;Cindyo@drapgold.com;TheresaM@drapgold.com
Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com
Thomas M. Horan    thoran@morrisjames.com, wweller@morrisjames.com
Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
James E. Huggett    jhuggett@margolisedelstein.com
Mark T Hurford    cl@camlev.com
Regina A. Iorii    riorii@werbsullivan.com
Tyler B. Jones    notice@bkcylaw.com
Benjamin W. Keenan    bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
Brya M. Keilson    delawarebankruptcy@escm.com, bkeilson@eckertseamans.com
Shelley A. Kinsella    skinsella@coochtaylor.com
Adam T Klein    atk@outtengolden.com

Steven K. Kortanek    skortanek@wcsr.com, pgroff@wcsr.com,;klytle@wcsr.com,;hsasso@wcsr.com
Jordan A. Kroop    jkroop@ssd.com
David R. Kuney    emcdonnell@sidley.com
Carl N Kunz    ckunz@morrisjames.com
Adam G. Landis    landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;dero@lrclaw.com
Michael R. Lastowski    mlastowski@duanemorris.com
Kimberly Ellen Connolly Lawson    klawson@reedsmith.com
Steven R. Lefkofsky    tszewczul@lgpclaw.com
Raymond Howard Lemisch    rlemisch@bfca.com, svandyk@bfca.com;bsandler@bfca.com;jhoover@bfca.com;docket@aol.com
Ira M. Levee    ilevee@lowenstein.com, krosen@lowenstein.com
Scott K. Levine    slevine@platzerlaw.com, esalan@platzerlaw.com;;tsadutto@platzerlaw.com
R. Frederick Linfesty    bankruptcy@ironmountain.com
James M Liston    jml@bostonbusinesslaw.com
Nancy F. Loftus    Nancy.Loftus@fairfaxcounty.gov
Gaston Plantiff Loomis    gloomis@reedsmith.com
Sherry D. Lowe    sdlowe@lammrubenstone.com, mdenton@lammrubenstone.com
Margaret C. Lumsden    mclumsden@ulslaw.com
Matthew Barry Lunn    bankfilings@ycst.com
Gabriel R. MacConaill    gmacconaill@potteranderson.com, bankruptcy@potteranderson.com
Jason M. Madron    madron@rlf.com, rbgroup@rlf.com
Robert W. Mallard    mallard.robert@dorsey.com
Kevin J Mangan    kmangan@wcsr.com, hsasso@wcsr.com
Julie A. Manning    bankruptcy@goodwin.com
David B. McCall    tsok@ntexas-attorneys.com
Laura L. McCloud    agbankdelaware@ag.tn.gov
Garvan F. McDaniel    gmcdaniel@bglawde.com
Lorraine S. McGowen    lmcgowen@orrick.com, aenglund@orrick.com
Lisa Cresci McLaughlin    mmo@pgslaw.com
Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
Rachel B. Mersky    rmersky@monlaw.com
Michael E. Meyers    bdept@mrrlaw.net
Kristin T. Mihelic    kmihelic@lawsgr.com
Rick S. Miller    rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com
Maribeth L Minella    bankfilings@ycst.com
Mark Minuti    mminuti@saul.com, rwarren@saul.com
Joseph T. Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com
Carol E. Momjian    cmomjian@attorneygeneral.gov
Francis A. Monaco Jr.    fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
Norman M. Monhait    nmonhait@rmgglaw.com
Martin A. Mooney    lmanke@deilylawfirm.com, twright@deilylawfirm.com
Sheryl L. Moreau    deecf@dor.mo.gov
Pauline K. Morgan    bankfilings@ycst.com
Zachary Mosner    washbcu@atg.wa.gov
Guy B. Moss    gmoss@riemerlaw.com
Tina Niehold Moss    tmoss@pryorcashman.com
Jami B. Nimeroff    jnimeroff@bsnlawyers.com

{1556281:}

Mark Daniel Olivere    molivere@eapdlaw.com
Ricardo Palacio    rpalacio@ashby-geddes.com
Mona A. Parikh    parikh@lrclaw.com, dero@lrclaw.com
Tally F. Parker    shanimo1965@yahoo.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
James K. Pendergrass, Jr.    tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com
Marc J. Phillips    mphillips@cblh.com
Dana S. Plon    dplon@sirlinlaw.com
Stephen B. Porterfield    sporterfield@sirote.com
Jack A. Raisner    jar@outtengolden.com
Eric T. Ray    eray@balch.com
Michael Reed    danielle.goff@mvbalaw.com
Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Richard W. Riley    rwriley@duanemorris.com
Fred B. Ringel    fbr@robinsonbrog.com
Terri A. Roberts    pcaocvbk.civil.camail@pcao.pima.gov
Martha E. Romero    romero@dslextreme.com
Frederick Brian Rosner    fbrosner@duanemorris.com
Frederick Brian Rosner    fbrosner@duanemorris.com, fbrosner@duanemorris.com
Rene S. Roupinian    rroupinian@outtengolden.com
Christopher M. Samis    samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis    samis@rlf.com, rbgroup@rlf.com
Bradford J. Sandler    bsandler@bfca.com, svandyk@bfca.com;rlemisch@bfca.com;jhoover@bfca.com;docket@aol.com;docket@bfca.com
Maria Aprile Sawczuk    marias@drapgold.com, Cindyo@drapgold.com;TheresaM@drapgold.com;PatriciaS@drapgold.com;MichelleH@drapgold.com
Todd Charles Schiltz    tschiltz@wolfblock.com
Eric Lopez Schnabel    schnabel.eric@dorsey.com
Sandra G.M. Selzer    selzers@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Richard A. Sheils, Jr.    rsheils@bowditch.com, slapointe@bowditch.com
Joseph Emil Shickich    jshickich@riddellwilliams.com
Russell C. Silberglied    silberglied@rlf.com, rbgroup@rlf.com
Laurie Selber Silverstein    bankruptcy@potteranderson.com
Christopher Page Simon    csimon@crosslaw.com
Elliot M. Smith    esmith@ssd.com, slerner@ssd.com
Karen J. Stapleton    Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
Catherine Steege    csteege@jenner.com, docketing@jenner.com
John H. Strock    jstrock@wcsr.com
Eric Michael Sutty    bankserve@bayardlaw.com, esutty@bayardlaw.com
Eric Michael Sutty    bankserve@bayardlaw.com, esutty@bayardlaw.com
Justin M. Swartz    jms@outtengolden.com
Gregory Alan Taylor    gtaylor@ashby-geddes.com
William F. Taylor    bankdel@comcast.net, bankruptcydel@mccarter.com
James C. Tecce    jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com
Prince Altee Thomas    pthomas@foxrothschild.com

{1556281:}

Christina Maycen Thompson    cthompson@cblh.com
Marikae G. Toye    marikae.toye@dol.lps.state.nj.us
Travis N. Turner    bankfilings@ycst.com
United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
Annie Verdries    verdries@ldbb.com
Joel A. Waite    bankfilings@ycst.com
Madeleine Carmel Wanslee    mwanslee@gustlaw.com, rms@gustlaw.com
Christopher A. Ward    cward@polsinelli.com
John R. Weaver    jrweaverlaw@verizon.net, JStraub@stark-stark.com;DCrivaro@stark-stark.com
Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
Margaret B. Whiteman    bankfilings@ycst.com
Michael Gregory Wilson    mwilson@hunton.com, shislop@hunton.com
Amanda Marie Winfree    awinfree@ashby-geddes.com
Jeffrey C. Wisler    jwisler@cblh.com
Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
William G. Wright    wwright@capehart.com, jlafferty@capehart.com
James S. Yoder    yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
German Yusufov    pcaocvbk@pcao.pima.gov
Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com
Craig J. Ziady    legal@cummings.com
Sharon M Zieg    bankfilings@ycst.com

/s/ Sean D. Malloy
Sean D. Malloy (0073157)
McDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-Mails: smalloy@mcdonaldhopkins.com

COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS

{1556281:}