# EXHIBIT A

In re American Home Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5206 | The Bank Of New York As Trustee For The Certificate holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 | 14925 Enterprise Lane Woodbridge, VA 22191 |
| 5207 | HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2 | 24027 Southeast 279th Street Maple Valley, WA 98038 |
| 5208 | The Bank Of New York As Trustee For The Certificate holders CWALT, Inc. Alternative Loan Trust 2006-J4,Mortgage Pass-Through Certificates, Series 2006-J4 | 2158 W Grand Ave 501 Chicago, IL 60612 |
| 5209 | Deutsche Bank National Trust Company, as Trustee for HALO 2007-AR2 | 21075 Berry Glen Lake Forest, CA 92630 |
| 5210 | Washington Mutual Bank | 342-344 Thornton Street Manchester, NH 03102 |
| 5211 | Saxon Mortgage Services, Inc. | 330 Southern Pecan Circle 201 Winter Garden, FL 34787 |
| 5212 | The Bank Of New York As Trustee For The Certificate holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 | 14518 Lock Dr Centreville, VA 20120 |
| 5213 | Washington Mutual Bank | 1040 40th St Brooklyn, NY 11219 |
| 5214 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006- | 4073 Waltham Forest Drive Tavares, FL 32778 |
| 5215 | LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 5113 Mantua Court Las Vegas, NV 89130 |
| 5216 | Saxon Mortgage Services, Inc. | 604 Hendrix Street Brooklyn, NY 11207 |
| 5217 | Countrywide Home Loans, Inc. | 445 Third Street Troy, NY 12180 |
| 5218 | Washington Mutual Bank | 61 Katrina Road Middleboro, MA 02346 |
| 5219 | Countrywide Home Loans, Inc | 2702 Strathmoor Drive Henderson, NV 89074 |
| 5220 | LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 100 Ferraris St Copiague, NY 11726 |
| 5221 | Washington Mutual Bank | 89 Cornelia St Brooklyn, NY 11221 |
| 5222 | Deutsche Bank National Trust Co As Trustee On Behalf Of The Certificate holders Isac 2006-5 Mortgage Pass-Through Certificates Series 2006-5 Trust Fund | 34143 Alta Loma Farmington, MI 48335 |
| 5233 | HSBC Bank USA, National Association, As Trustee For The Holders Of The Certificates Issued By Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR1 | 9192 Lost Fields Court Bristow, VA 20136 |
| 5234 | Wells Fargo Bank, National Association, as Trustee for HSBC Bank USA, ACE 2006-ASAP1 | 420 Heron Lane Fallon, NV 89406 |
| 5395 | The Bank of New York, as Indenture Trustee, for CWALT, Inc., GSC Alternative Loan Trust Notes, Series 2006-2 | 1714 Richert Avenue Clovis, CA 93611 |

| **Docket Nos.** | **Movant** | **Property Address** |
|---|---|---|
| 5396 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB 1 | 30560 Coplasa Street Lake Elsinore, CA 92530 |
| 5397 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 1724 Smoketree Drive El Centro, CA 92243 |
| 5398 | Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF8, Asset-Backed Certificates, Series 2006-FF8 | 110 Roundstone Drive Inman, SC 29349 |
| 5399 | Countrywide Home Loans, Inc. | 107 Cross Foxes Drive Fort Washington, MD 20744 |
| 5400 | IndyMac Bank F.S.B. | 53 Regent Road Malden, MA 02148 |
| 5401 | HSBC Mortgage Services, Inc. | 4696 Palmbrooke Circle West Palm Beach, FL 33417 |
| 5402 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2006-AR6 | 9816 Hagel Circle Lorton, VA 22079 |
| 5404 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB 1 | 21084 Mossy Glen Terrace Ashburn, VA 20147 |
| 5405 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3 | 3326 Creekview Drive Davison, MI 48423 |
| 5406 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 912 Sistina Ave. Coral Gables, FL 33146 |
| 5407 | Deutsche Bank National Trust Company as Trustee on Behalf of the Certificate Holders ISAC 2006-5 Mortgage Pass-Through Certificates Series 2006-5 Trust Fund | 1024 Pineville Road Richmond, VA 23236 |
| 5408 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 4531 Kendall Drive Woodbridge, VA 22193 |
| 5409 | Countrywide Home Loans, Inc. | 2048 SE 13 Street Homestead, FL 33035 |
| 5410 | HSBC Bank USA, N.A., as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates | 2517 Brandy Run Drive Salem, VA 24153 |
| 5411 | HSBC Bank, N.A., as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 25443 Bright Court Aldie, VA 20105 |
| 5412 | Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 117 Berry Street 10 Orange, VA 22960 |
| 5413 | The Bank of New York as Trustee for the Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 | 21747 Leatherleaf Cir. Sterling, VA 20164 |
| 5423 | IndyMac Bank F.S.B. | 14331 Kendale Lakes Cir. Miami, FL 33183 |
| 5432 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 7508 Quail Run Lane Manassas, VA 20109 |

| | | |
|---|---|---|
| 5433 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 13661 Eden Way Victorville, CA 92392 |
| 5434 | HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR1 | 714 River Mill Pkwy Wheeling, IL 60090 |
| 5435 | HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR1 | 9027 Whispering Pine Court Manassas, VA 20110 |
| 5436 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2007-3 | 100 N. 4th Ave #112 South Saint Paul, MN 55075 |
| 5469 | The Bank of New York, for the Benefit of the Certificate Holders Alternative Loan Trust 2007-10CB Mortgage Pass-Through Certificates, Series 2007-10CB Pass-Through Certificates, Series 2007-10CB | 2944 Heritage Road Oroville, CA 95966 |
| 5470 | HSBC Bank, N.A., as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 12775 Spring Valley Parkway Victorville, CA 92395 |
| 5471 | HSBC Bank, N.A., as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 2906 Huntington Grove Square Alexandria, VA 22306 |
| 5472 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 | 3632 Torrey View Court San Diego, CA 92130 |
| 5473 | Saxon Mortgage Services, Inc. | 1859 Shore Drive South # 305 South Pasadena, FL 33707 |
| 5474 | Saxon Mortgage Services, Inc. | 41630 Grand View Drive Murrieta, CA 92562 |
| 5475 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 | 6258 Williamedgar Drive Alexandria, VA 22310 |
| 5476 | Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | 4874 Acacia Avenue San Bernardino, CA 92407 |
| 5477 | Wells Fargo Bank, NA | 6416 S. Artesian Avenue Chicago, IL 60629 |
| 5478 | Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass-Through Certificates, Series 2005-J14 | 9810 Kingsbridge Drive #102 Fairfax, VA 22031 |
| 5479 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC1 Mortgage Pass-Through Certificates, Series 2006-OC1 | 4762 Cheswald Court Woodbridge, VA 22192 |
| 5480 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC1 Mortgage Pass-Through Certificates, Series 2006-OC1 | 1078 Kingsford Street Saint Paul, MN 55106 |
| 5481 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 | 9925 Henrico Street Manassas, VA 20109 |