## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X

In re:                                                    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                      Jointly Administered

                                    Debtors.    **Re: Docket Nos. 3720, 5602**

------------------------------------------------------------------X

### LIMITED JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' LIMITED OBJECTION TO MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned co-counsel, hereby joins the Debtors' Limited Objection (the "Objection") [Docket No. 5602] to the Motion (the "Motion") of AT&T ("AT&T") for Payment of Administrative Expense Claim [Docket No. 3720] and in support thereof represents as follows:

### JOINDER

1.      The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection insofar as AT&T has not met its burden in showing it is entitled to an administrative claim in the amount of $232,589.70.  In addition, the Committee concurs with the Debtors' position that even if AT&T is entitled to an administrative claim, it should be paid like all other administrative claimants in accordance with the plan of liquidation, not now.  The Committee reserves all rights to be heard before this court with regard to the

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Motion.

        2.     For these reasons, and for the reasons set forth in the Objection, the

Committee objects to the relief sought in the Motion.

        **WHEREFORE**, the Committee respectfully requests that the Court sustain the

Objection and grant any further relief as the Court may deem just and proper.

Dated: September 8, 2008

        BLANK ROME LLP


        By: */s/ David W. Carickhoff*
           Bonnie Glantz Fatell (No. 3809)
           David W. Carickhoff (No. 3715)
           1201 Market Street, Suite 800
           Wilmington, Delaware  19801
           (302) 425-6400 - Telephone
           (302) 425-6464 - Facsimile

              - and -

           HAHN & HESSEN LLP
           488 Madison Avenue
           New York, New York 10022
           (212) 478-7200 - Telephone
           (212) 478-7400 - Facsimile
           Attn:   Mark S. Indelicato
                 Emmet Keary

           Co-Counsel to the Official Committee
           of Unsecured Creditors of American Home
           Mortgage Holdings, Inc., *et al*.