**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 (CSS) |
|    et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
|    Debtors. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 5507**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Chase Home Loan Servicing, L.L.C.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) filed on August 21, 2008.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to Chase Home Loan Servicing L.L.C.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) appears thereon. Pursuant to the Notice to Chase Home Loan Servicing, L.L.C.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2), objections were to be filed and served no later than September 8, 2008.

It is hereby respectfully requested that the Order attached to Chase Home Loan Servicing, L.L.C.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) be entered at the earliest convenience of the Court.

                                          WHITTINGTON & AULGU

By:   /s/ Kristi J. Doughty
        Robert T. Aulgur, Jr. (No. 165)
        Kristi J. Doughty (No. 3826)
        313 N. Dupont Hwy., Suite 110
        P.O. Box 617
        Odessa, DE  19730-1617
        (302) 378-1661

Date:  September 9, 2008