## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, et al., | ) ) ) ) | Case No. 07-11047 Chapter 11 Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 9th day of September, 2008 that service of the *Certification of No Objection* and proposed *Order* was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Timothy Shoemaker
3225 Drake Drive
Orlando, FL 32810
*Borrower*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Derrick Prempeh
3413 W. 83rd Street
Chicago, IL 60652
*Borrower*

Arturo Guadalajara
1408 N. Hickory Street
Champaign, IL 61820
*Borrower*

Hasibullah Aozi
1049 West Monroe
Chicago, IL 60607
*Borrower*

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr.(No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant