## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 5520** |

### ORDER APPROVING SETTLEMENT WITH WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.

Upon consideration of the *Stipulation Withdrawing Limited Response of Washington Mutual Mortgage Securities Corp. to Notice of (I) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to the Proposed Purchaser's Cure Amounts* (the "Stipulation") entered into between American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc., and Washington Mutual Mortgage Securities Corp.; and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the parties; it is hereby

ORDERED that the Stipulation, attached hereto as **Exhibit A**, is approved; and it is further

ORDERED that this Court shall retain jurisdiction to settle any disputes concerning the Stipulation and to interpret and enforce the provisions of the Stipulation and this Order.

Dated: September ___8___, 2008

_____
Honorable Christopher S. Sontchi
Judge United States Bankruptcy Court