IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

**Re: Docket No. 5617**

---

## CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on September 8, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

- **LIMITED JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' LIMITED OBJECTION TO MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

                                */s/David W. Carickhoff*
                                David W. Carickhoff (No. 3715)

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189/01600/21719604v1

<u>SERVICE LIST – ALL VIA E-MAIL</u>

Charles R. Brown, III, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
*Counsel for AT&T*
cbrown@archerlaw.com

Vincent A. D'Agostino, Esquire
Eric H. Horn, Esquire
Joseph M. Yar, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
*Counsel for AT&T*
vdagostino@lowenstein.com
ehorn@lowenstein.com
jyar@lowenstein.com

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801
Joseph.mcmahon@usdoj.gov

128189/01600/21719604v1