# EXHIBIT "E"

| ORDERED FOR | DATE | | DATE | NVV REF NO |
|---|---|---|---|---|
| BulkFC BulkFC | CL-For...re | | 5/9/2008 | 9895 |
| | | | | SERVICE PERFORMED: Exterior |

## CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | | DIST FROM SUBJECT |
|---|---|---|---|---|
| DORSUN SALT | 0012264273 | | | 12.4 Miles |
| ADDRESS | | CITY | STATE | ZIP |
| 3434 GOLDEN SAGE DR | | NORTH LAS VEGAS | NV | 89032 |

DISCLOSURE:

QUALITY REVIEW REMARKS:

### VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $197,000 | $197,000 | 90-120 Days |
| AS-REPAIRED | $197,000 | $197,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (if Applicable):

### LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | | |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $ | | unk | |

LISTING COMMENTS:

### SUBJECT INFO (All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | 2-St Conv | 13 | Good | FLOOD PLAIN? | No |
| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | | EARTHQUAKE ZONE? | No |
| MAIN 1534   UP 608 | 7   3   2.5 | SQ FT   % FINISHED | | OBSERVED ENVIRONMENTAL ISSUES? | No |
| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | | | |
| .11 | 2 CAR Gar Att | Good | | | |
| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | |
| None | | Public | Sewer | | OBSERVED CASUALTY LOSS (FIRE)? No |

EXTERIOR IMPROVEMENTS: NA

MOBILE HOME MAKE/MODEL/VIN (If Applicable):

EXTERIOR COMMENTS: LOOKS IN GOOD SHAPE

INTERIOR COMMENTS (Interior Orders):

### COND OF SUBJECT AND REPAIR ESTIMATES

EXTERIOR:
| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS: NONE NOTED

INTERIOR:
| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS:

REPAIR TOTAL $ 0

### EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

MOLD/MILDEW: 
MOLD/MILDEW COMMENTS:

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | No | Yes |
| ENGINEER | STRUCTURAL | ROOF |
| | Yes | Yes | Yes |

OTHER:

### ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 2,034 | 2007 | 2008 |

MONTHLY ESTIMATE OF UTILITY COST $: 245
OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC):

HOA INFO (if applicable):
| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 20 | Monthly | Yes | ccrs |
| CONTACT: UNKNOWN | | | PHONE |
| ADDRESS | | | |

PAGE 1 OF 2   FARVV, 2003
3159895

REP NAME/FIRM/PHONE: George Yocum   (702)498-6479   DATE 5/9/2008

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
NICE NEIGHBORHOOD LOCATED NEAR ALL AMENITIES INCLUDING SCHOOLS AND SHOPPING

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | Yes | WHY? BUYERS MARKET |
|---|---|---|
| FINANCING REQUIRED TO SELL SUBJECT | Yes | SPECIAL FINANCING PROGRAMS AVAILABLE: CONV |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA Yes | CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: | Declining | IS THERE A SEASONAL MARKET? No | EXPLAIN |
|---|---|---|---|
| PRESENT NUMBER OF MARKET AREA LISTINGS | 6 | PRICE RANGE FROM $ 189,900 | TO $ |
| PRESENT NUMBER OF COMPARABLE LISTINGS | 6 | PRICE RANGE FROM $ 189,900 | TO $ 249,000 |
| AVG MKT TIME UNSOLD LISTINGS | 216 | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) CLOSING COST | |
| AVG MKT TIME SOLD LISTINGS | 244 | | |
| IS THERE NEW HOME CONSTRUCTION? | No | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | |

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3334 INDIAN HORSE CT | 0.37 | $ 189,900 | 11 | UP 1225 MAIN 864 BSMT GLA 2,089 | TOT RMS 7 BDRMS 5 BATHS 2.5 | Good | 9 | .14 |
| | EQUAL | | | | | | | | |
| 2 | 3720 CHESTER PL | 0.49 | $ 214,900 | 165 | UP 725 MAIN 1511 BSMT GLA 2,236 | TOT RMS 7 BDRMS 3 BATHS 2.5 | Good | 18 | .15 |
| | EQUAL | | | | | | | | |
| 3 | 4719 CHESTNUT BLAZE DR | 0.09 | $ 199,900 | 172 | UP 864 MAIN 1243 BSMT GLA 2,107 | TOT RMS 7 BDRMS 4 BATHS 3 | Good | 13 | .1 |
| | EQUAL | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4313 RANCH FOREMAN RD  SALE DATE 05/07/2008 | 0.43 | LIST $ 205,000 SALE $ 195,000 | 104 | UP 1225 MAIN 864 BSMT GLA 2,089 | TOT RMS 7 BDRMS 3 BATHS 2.5 | Good | 9 | .12 DATA SOURCE MLS |
| | EQUAL | | | | | | | | |
| 2 | 4538 SILVER BIT CT  SALE DATE 05/02/2008 | 0.09 | LIST $ 180,000 SALE $ 180,000 | 37 | UP 464 MAIN 1534 BSMT GLA 1,998 | TOT RMS 7 BDRMS 3 BATHS 2.5 | Good | 12 | .11 DATA SOURCE MLS |
| | INFERIOR, SMALLER LIVING AREA | | | | | | | | |
| 3 | 3428 STRAWBERRY ROAN RD  SALE DATE 05/02/2008 | 0.1 | LIST $ 209,900 SALE $ 209,714 | 84 | UP 864 MAIN 1243 BSMT GLA 2,107 | TOT RMS 7 BDRMS 4 BATHS 3 | Good | 11 | .18 DATA SOURCE MLS |
| | EQUAL | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | 2-St Conv | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Depressed | Declining | Declining | Owner | 5 to 10% | 5 to 10% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL. SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: LOOKS IN GOOD SHAPE | AS-REPAIRED: NA |
|---|---|

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6 % | $ 11,820 | $ 1,014 | $ 945 | $ 1,181 | $ 2,034 | $ 0 |


Case 07-11047-CSS    Doc 5647-8    Filed 09/09/08    Page 4 of 7

**First American Residential Value View**

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012264273 | 050629JB | 3159895 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| DORSUN SALT | 3434 GOLDEN SAGE DR | NORTH LAS VEGAS, NV 89032 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject - Other
SIGN





**First American Residential Value View**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012264273 | 050629JB | 3159895 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| DORSUN SALT | 3434 GOLDEN SAGE DR | NORTH LAS VEGAS, NV 89032 |
| PHOTOS COMMENT | | |

Street View

Sold 1 (4313 RANCH FOREMAN RD)



Sold 2 (4538 SILVER BIT CT)





*First American*
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012264273 | 050629JB | 3159895 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| DORSUN SALT | 3434 GOLDEN SAGE DR | NORTH LAS VEGAS, NV 89032 |
| PHOTOS COMMENT | | |

Sold 3 (3428 STRAWBERRY ROAN RD)



First American Residential Value View

# SourceNet™                                                                 Map

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012264273 | 050629JB | 3159895 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| DORSUN SALT | 3434 GOLDEN SAGE DR | NORTH LAS VEGAS, NV 89032 |



Map Scale: 1 Inch = 0.14 Miles

### ⚑ Subject Property
3434 GOLDEN SAGE DR
NORTH LAS VEGAS, NV 89032

**❶ Comp. Listing 1**
3334 INDIAN HORSE CT
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.37 Miles

**❷ Comp. Listing 2**
3720 CHESTER PL
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.49 Miles

**❸ Comp. Listing 3**
4719 CHESTNUT BLAZE DR
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.09 Miles

**❶ Closed Sale 1**
4313 RANCH FOREMAN RD
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.43 Miles

**❷ Closed Sale 2**
4538 SILVER BIT CT
NORTH LAS VEGAS, NV 89032
Dist From Subject: 0.09 Miles

**❸ Closed Sale 3**
3428 STRAWBERRY ROAN RD
NV 89032
Dist From Subject: 0.1 Miles