UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Re: D.I. 5675** |

**MOTION TO SHORTEN NOTICE**

Certain individuals (the "Movants") who entered into mortgage contracts with one or more of the debtors in these cases (collectively, "American Home" or the "Debtors") hereby request the entry of an order pursuant to Federal Rules of Bankruptcy Procedure 9006 and Local Rule 9006-1(e) providing that notice of the "Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code" (the "Appointment Motion") be shortened as follows:

1. Local Rule 9006-1(e) requires that all motion papers be filed and served at least fifteen days prior to a hearing date scheduled for such motion, and eighteen days if notice is given by mail, unless the Bankruptcy Rules state otherwise. The Movants respectfully submit that allowing the Appointment Motion to be heard on an expedited basis at the hearing currently scheduled for September 15, 2008 at 10:00 a.m. Eastern Time (the "September 15 Hearing") is necessary and appropriate under the circumstances.

2. As set forth in the Appointment Motion, the Movants are seeking the appointment of an official committee for the purpose of representing the interests of individual borrowers. The hearing on approval of the Debtors' Disclosure Statement is presently scheduled for the

September 15 Hearing, with objections due today. Given the concerns set forth in the Appointment Motion about the lack of adequate representation of borrowers and their proposed treatment under the Debtors' proposed plan, expedited consideration of the Appointment Motion is necessary so that the Court can consider whether an official committee of borrowers should be appointed prior to the Court's consideration of the Disclosure Statement.

3. Additionally, Local Rule 9006-1(c) requires that the objection deadline with respect to motions be scheduled to permit all objections to be filed and served at least five (5) business days before the hearing date. Although the Movants are serving the Appointment Motion or notice thereof by immediate means, in view of the proposed shortening of notice for the Appointment Motion, the Movants request that the Court permit parties to file and serve any objections to the Appointment Motion no later than 8:30 a.m. (Eastern Time) on September 15, 2008, with copies to be delivered to chambers.

WHEREFORE, the Movants respectfully request that the Court enter an order (i) shortening notice pursuant to Bankruptcy Rule 9006 and Local Rule 9006-1(e) with respect to the Appointment Motion so that it can be heard at the September 15 Hearing prior to the hearing on the Debtors' Disclosure Statement; (ii) permitting parties to file any objections to the Appointment Motion no later than 8:30 a.m. (Eastern Time) on September 15, 2008; and (iii) granting such other and further relief to the Movants as is just.

Dated: Wilmington, Delaware
September 9, 2008

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242
- and -
Linda A. Singer
1800 M Street, N.W., Suite 1000\
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

- and -

GILBERT RANDOLPH LLP
Stephen A. Weisrod
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

*Attorneys for Tilton Jack, Grace Mullins, Mr. and Mrs. Christopher Bilek, Sam Acquisto, Delena Lamacchia, and Paula Rush*