IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDING, INC., a Delaware corporation, et al., | ) ) ) ) | Case No. 07-11047 (CSS) Jointly Administered |
| | ) | |
| Debtors. | ) ) | Re: D.I. _____ |

## ORDER SHORTENING NOTICE

Upon consideration of the Motion To Shorten Notice pursuant to Federal Rules of Bankruptcy Procedure 9006 and Local Rule 9006-1(e) regarding the Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Appointment Motion"); and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion To Shorten Notice is granted; and it is further

ORDERED that the hearing on the Appointment Motion will be held at 10:00 a.m. on September 15, 2008, prior to the hearing on approval of the Debtors' Disclosure Statement, and any objections to the relief requested in the Appointment Motion shall be filed with the Court (with a courtesy copy to chambers) and served on counsel to the moving parties and the Office of the United States Trustee so as to be received no later than 8:30 a.m. on September 15, 2008.

Dated: Wilmington, Delaware
       September ___, 2008

                                              The Honorable Christopher S. Sontchi
                                              United States Bankruptcy Judge

1976452.1