# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP3, Asset Backed Pass-Through Certificates

*D&G Reference: 218268*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 7908742 | Guzman, Jose | 1/17/2006 | $187,992.00 | $187,992.00 | $157,500.00 | 2315 Montecito Avenue<br>Imperial, CA 92251 |
| 7944218 | Payne, Houston | 2/10/2006 | $351,200.00 | $347,031.10 | $290,000.00 | 9789 Flora Vista<br>Apple Valley, CA 92308 |