# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates

*D&G Reference: 218269*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 20132437 | Anderson, Hunter | 7/26/2006 | $81,200.00 | $81,199.74 | $102,000.00 | 893 South Arapaha Court<br>Brigham City, UT 84302 |
| 20110920 | Hamalle, Jeremy | 6/30/2006 | $65,600.00 | $65,157.76 | $83,500.00 | 245 East Penn Street<br>Grand Ridge, IL 61325 |
| 20133518 | Papagni, Mishel | 8/1/2006 | $238,400.00 | $236,942.77 | $150,000.00 | 9923 Rosebloom Avenue<br>Felton, CA 95018 |