UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Re: **D.I. No. 5672** |

## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on September 9, 2008 I caused a true and correct copy of the Lead Plaintiffs' Objection to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 upon the parties listed below by hand delivery unless otherwise indicated.

Kenneth J. Enos, Esquire
Matthew Barry Lunn, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**BY FIRST CLASS MAIL**
Kroll Zolfo Cooper
1166 Avenue of the Americas
New York, NY 10036

**BY FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Ave.
New York, NY 10022

/s/Christopher P. Simon
(DE Bar No. 3697)