IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

                                 Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

**Objections due by: October 2, 2008, 4:00 p.m.**
**Hearing Date: October 22, 2008 at 10:00 a.m.**

**NOTICE OF MOTION OF THE BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATE HOLDERS CWMBS, INC. COUNTRYWIDE HOME LOANS
MORTGAGE PASS-THROUGH TRUST 2006-HYB1 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-HYB1 AND/OR MERS AS APPROPRIATE
FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:     Parties listed on the Certificate of Service

        The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc.
Countrywide Home Loans Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through
Certificates, Series 2006-HYB1 And/Or MERS As Appropriate has filed a Motion for Relief
from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-
bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor
may hold an interest, located at 1589 Buckeye Drive, El Cajon, CA 92021.

        **HEARING ON THE MOTION WILL BE HELD ON OCTOBER 22, 2008 AT
10:00 A.M.**

        You are required to file a response (and the supporting documentation required by Local
Rule 4001-1(d)) to the attached motion) on or before October 2, 2008 at 4:00 p.m. Eastern Time.
At the same time, you must also serve a copy of the response upon movant's attorneys:

                Adam Hiller, Esquire
                Maria Aprile Sawczuk, Esquire
                Draper & Goldberg, PLLC
                1500 North French Street, 2nd Floor
                Wilmington, Delaware 19801
                (302) 339-8776 telephone

        The hearing date specified above may be a preliminary hearing or may be consolidated
with the final hearing, as determined by the Court.

        The attorneys for the parties shall confer with respect to the issues raised by the motion in
advance for the purpose of determining whether a consent judgment may be entered and/or for

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 3, 2008          Respectfully submitted,
       Wilmington, Delaware

                                      DRAPER & GOLDBERG, PLLC

                                      **/s/ Adam Hiller**
                                      Adam Hiller (DE No. 4105)
                                      Maria Aprile Sawczuk (DE No. 3320)
                                      1500 North French Street, 2nd Floor
                                      Wilmington, Delaware 19801
                                      (302) 339-8776 telephone
                                      (302) 213-0043 facsimile

                                      *Attorneys for Movant*