IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF FILING RE D.I. 5675 AND 5679

To:   All parties on 2002 Service List

On September 9, 2008, certain borrower claimants (the "Movants") filed the Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Appointment Motion") (D.I. 5675). The Movants also filed a Motion To Shorten Notice with respect to the Appointment Motion to have it scheduled for hearing at 10:00 a.m. on September 15, 2008, with objections due at 8:30 a.m. that day (D.I. 5679). Copies of the Appointment Motion and the Motion To Shorten Notice are available from the Court's website (www.deb.uscourts.gov).

Dated: September 9, 2008

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242
        - and -
Linda A. Singer
1800 M Street, N.W., Suite 1000\
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

        - and -

1976628.1

GILBERT RANDOLPH LLP
Stephen A. Weisrod
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Attorneys for the Movants