## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., a | : | (Jointly Administered) |
| Delaware Corporation, *et al.*, | : | |
| Debtors. | : | Hearing Date:  September 15, 2008 at 10:00 a.m. |
| | : | Objection Deadline: September 8, 2008; September 9, 2008 |
| | : | Related to Docket No. 5451 & 5554 |

## JOINDER IN OBJECTION OF
## WELLS FARGO FINANCIAL FUNDING INC.

Deutsche Bank National Trust Co. ("DBNTC") joins in and adopts the objections to the Disclosure Statement Filed by Wells Fargo Funding Inc. dated September 8, 2008.

Dated:     September 9, 2008

NIXON PEABODY LLP.

By:/s/  Lee Harrington
      Lee Harrington
      Dennis Drebsky
      Attorneys for DBNTC
      437 Madison Avenue
      New York, New York 10022
      (212) 940-3091
      (212) 940-3111
      ddrebsky@nixonpeabody.com