**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case Number: 07-11047 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | ) Chapter 11 |
| | ) |
| | ) JOINDER OF COUNTY OF |
| | ) NEVADA, CALIFORNIA AS |
| | ) PART OF THE CALIFORNIA |
| | ) TAXING AUTHORITIES TO THE |
| Debtors. | ) OBJECTION TO DISCLOSURE |
| | ) STATEMENT BY CALIFORNIA |
| | ) TAXING AUTHORITIES |
| | ) |
| | ) Date: September 15, 2008 |
| | Time: 10:00 a.m. |

        TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES

BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

        County of Nevada, California as part of certain California

Taxing Authorities[1] hereby joins in the Objection to the Disclosure

Statement.  Nevada incorporates in full the Objection filed by the

California Taxing Authorities.


Dated: September 10, 2008        ROMERO LAW FIRM

                                 By. /s/ Martha E. Romero
                                 MARTHA E. ROMERO, State Bar No.
                                 128144
                                 ROMERO LAW FIRM
                                 BMR Professional Building
                                 Whittier, California 90601
                                 Phone (562) 907-6800
                                 Facsimile (562)907-6820
                                 Attorneys for SECURED CREDITOR
                                 COUNTY OF IMPERIAL, PLACER, SAN
                                 BERNARDINO, RIVERSIDE AND NEVADA
                                 CALIFORNIA

---

        [1]The California Taxing Authorities consist of the following
counties: Imperial, San Bernardino, Placer, Riverside and Nevada.

1