**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| _____ | : | Honorable Christopher S. Sontchi |
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC. *et al.* | : | Case No. 07-11047 |
| | : | Case No. 07-11048 |
| | : | Case No. 07-11049 |
| Debtors. | : | Case No. 07-11050 |
| | : | Case No. 07-11051 |
| | : | Case No. 07-11052 |
| | : | Case No. 07-11053 |
| | : | Case No. 07-11054 |
| | : | |
| _____ | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, hereby certify that on this 10th day of September, 2008 I served the foregoing Limited Objection to the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 by regular mail upon the following

Attn: James L. Patton
Attn: Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
**Counsel for the Debtors**

Attn: Kevin Nystrom
Kroll Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022

Attn: Mark S. Indelicato
Attn: Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

13

PHLDMS1 4651490v.1

14

Attn: Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801
**Counsel for Official Committee of Unsecured Creditors**

Attn:  Joseph J. McMahon
United States Trustee for the
District of Delaware
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE 19801

                        /s/ Marc S. Casarino
                        Marc S. Casarino (DE No. 3613)