**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
In re:                                             )   Chapter 11
                                                   )
AMERICAN HOME MORTGAGE HOLDINGS,                   )   Case No. 07-11047 (CSS)
INC., et al.                                       )
                                                   )
                                                   )   Hearing Date: September 15, 2008 at 10:00 a.m.
                                                   )   Objection Deadline: (extended by agreement)
                                                   )   Related Dkt. Nos. 5451, 5554 and 5614
                      Debtors.                     )
-------------------------------------------------- x
```

**JOINDER OF EMC MORTGAGE CORPORATION TO WELLS FARGO
FUNDING, INC.'S OBJECTION TO: (I) DISCLOSURE STATEMENT PURSUANT
TO SECTION 1125 OF THE BANKRUPTCY CODE WITH RESPECT TO THE
CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF
AUGUST 15, 2008; AND (II) DEBTORS' MOTION FOR ORDER ESTABLISHING
PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO
ACCEPT OR REJECT THE PLAN AND SEEKING RELATED RELIEF**

EMC Mortgage Corporation ("EMC")[1], by and through its undersigned

counsel, hereby joins and incorporates the objection and all of the arguments contained in

such objection filed by Wells Fargo Funding, Inc. [Docket No. 5614] to (i) the *Disclosure*

*Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to the Chapter*

*11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Disclosure

Statement") [Docket No. 5451] and (ii) *Debtors' Motion for Order (I) Approving the*

*Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of*

*Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of*

---

[1]  Prior to August 6, 2007 (the petition date), EMC purchased from certain of the Debtors mortgage loans pursuant to various mortgage loan purchase agreements.  As more fully described in its timely filed proofs of claim, EMC asserted against certain of the Debtors, among other things, claims relating to the Debtors' obligation to repurchase mortgage loans on account of early payment defaults and the Debtors' breach of certain representations, warranties and covenants.  The proofs of claim assert claims in excess of $40 million unsecured liquidated claims, plus contingent and/or unliquidated claims.  Each proof of claim included a detailed narrative explaining the claims asserted, and EMC has subsequently provided to the Debtors, upon their request, substantial information, including, loan level and payment history information to support its claims.

*Solicitation Packages, (B) Approving Form and Manner of Notice of the Confirmation*

*Hearing, (C) Establishing Record Date and Approving Procedures For Distribution of*

*Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for*

*Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing*

*Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV)*

*Granting Related Relief* (the "Solicitation Procedures Motion") [Docket No. 5554].[2]

EMC also reserves its rights to further object and respond to the Disclosure Statement,

the Solicitation Procedures Motion, or the filing of any amendment or supplement to the

Disclosure Statement, Plan or the Solicitation Procedures Motion.

WHEREFORE, EMC respectfully requests that the Court enter an order

(1) denying the approval of the Disclosure Statement, (2) denying the relief requested in

the Solicitation Procedures Motion, and (3) granting such other and further relief as the

Court may find just and warranted.

Dated:  September 10, 2008
        Wilmington, Delaware

_____
Frederick B. Rosner (DE 3995)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4943

-and-

SIDLEY AUSTIN LLP
Alex R. Rovira
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

Counsel for EMC Mortgage Corporation

---

[2] For convenience of the Court, the Wells Fargo Funding, Inc. objection is attached hereto as Exhibit A.