# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al. | ) Case No. 07-11047 (CSS) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 10th day of September, 2008, I served the *Joinder of EMC Mortgage Corporation to Wells Fargo Funding, Inc.'s Objection to: (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008; and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief* upon the parties listed below in the manner indicated:

*Hand Delivery*
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*First Class Mail*
Kevin Nystrom, Esquire
Kroll Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022

DM3\802241.1

*First Class Mail*
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

                                            **DUANE MORRIS LLP**

                                            Frederick B. Rosner (DE 3995)
                                            1100 North Market Street, Suite 1200
                                            Wilmington, DE 19801

DM3\802241.1