# **EXHIBIT LIST**

### ( AVAILABLE UPON REQUEST)

AMERICAN HOME MORTGAGE TRANSACTION

### 38645 37th Street East Palmdale CA 93550

1. Loan Application ( FORGED )
2. Truth in Lending Disclosure Statement
3. HUD-1 (NOT SIGNED)
4. Grant Deed
5. Title Report
6. California Insurance Disclosure
7. Signature Name Affidavit
8. Affiliated Business Disclosure
9. First Payment Letter
10. Payment Statement
11. Purchase Contract ( FORGED )
12. Good Faith Estimate ( FORGED )
13. Amended Escrow Instructions ( SOME PAGES FORGED- OTHERS NOT SIGNED )
14. Loan Closing Instructions
15. Real Estate Agency Disclosure ( FORGED )
16. Mortgage Loan Origination Agreement ( FORGED )
17. Borrower's Certification and Authorization ( FORGED )
18. Equal Credit Opportunity Act Disclosure ( FORGED )
19. Housing Financial Discrimination Act/Fair Lending Notice Disclosure ( FORGED )
20. Notice to Applicant of Right to Receive Copy of Credit Report ( FORGED )
21. Receipt of Disclosures Notice ( FORGED )
22. Credit Score Information Disclosure ( FORGED )
23. Borrower Signature Authorization ( FORGED )
24. Additional Required California Disclosures ( FORGED )
25. Verification Bureau – Authorization to Release SS Information ( FORGED )
26. Underwriting Transmittal
27. Notice of Loan Approval
28. Appraisal Sunday Alekhuogie
29. Loan Servicing File Records  -  TRUE Owner of Note Accounts

30. RESPA Qualified Written Request Letter
31. Advocate Release Letters
32. Legal Communication Letters
33. Farmers Next Generation Homeowners Policy ( FORGED)
34. Preferred Real Estate & Investments Management Bills
35. Motion for Disclosure Filed in American Home Bankruptcy
36. American Home Petition into Bankruptcy Court –True Owner of Note

## OTHER LENDERS

### 45946 Desert Springs Dr. Lancaster CA 93534

37. Loan Application ( FORGED)
38. Truth in Lending Disclosure Statement ( FORGED)
39. HUD-1
40. Grant Deed
41. Title Report
42. Loan Closing Instructions
43. Good Faith Estimate
44. Amended Escrow Instructions
45. Disclosures
46. Underwriting
47. Homeowners Insurance
48. Signature Name Affidavit
49. Preferred Real Estate & Investments Management Bills
50. Payment Statement
51. Servicing Records
52. RESPA Qualified Written Request

### 43723 La Paz Lane Lancaster CA 93535

59. Loan Application
60. Truth in Lending Disclosure Statement
61. HUD-1
62. Grant Deed
63. Title Report
64. Loan Closing Instructions
65. Good Faith Estimate
66. Amended Escrow Instructions

67. Disclosures
68. Underwriting
69. Homeowners Insurance
70. Signature Name Affidavit
71. Preferred Real Estate & Investments Management Bills
72. Payment Statement
73. Servicing Records
74. RESPA Qualified Written Request

### 36546 Silverado Drive Palmdale CA 93550

75. **Loan Application**
76. **Truth in Lending Disclosure Statement**
77. HUD-1
78. Grant Deed
79. Title Report
80. Loan Closing Instructions
81. Good Faith Estimate
82. Amended Escrow Instructions
83. Disclosures
84. Underwriting
85. Homeowners Insurance
86. Signature Name Affidavit
87. Preferred Real Estate & Investments Management Bills
88. Payment Statement
89. Servicing Records
90. RESPA Qualified Written Request
91. Authorization for Advocate
92. Response of Countrywide to Advocate

### ATTEMPTED OPENED ESCROWS BUT FAILED

93. 42431 66th Street West Lancaster CA 93536 – Seller- Nahida Fasheh.
94. 44650 6th St. E. Lancaster CA 93535 – Seller - Samer Theodory
95. 2735 Sunnyvale Lancaster CA 93536 – Seller- Samer Theodory
96. 4822 Quartz Hill Rd Lancaster CA 93536 – Seller- Nahida Fasheh
97. 31935 Crystalaire Drive Llano CA 93544 - Seller Yocum
98. 25040 Fern Valley Road Idyllwild CA 92549
99. Wells Fargo Bank Account

100.    ALL FORGED DOCUMENTS

**EXHIBIT LIST**

**A. 38645 37th Street East Palmdale CA 93550**
(American Home Mortgage provided Loan File)

1. Purchase Agreement ( Forged)
2. Loan Application ( Forged)
3. Preliminary Title Report
4. Appraisal
5. Amended Escrow Instructions (Forged)
6. Verification Bureau ( Forged)
7. Real Estate Agency Disclosure (Forged)
8. Mortgage Loan Origination Agreement ( Forged)
9. Borrowers Certification and Authorization ( Forged)
10. Equal Credit Opportunity Act ( Forged)
11. Fair Lending Notice (Forged)
12. Right to Receive Appraisal Report (Forged)
13. Disclosure Notice (Forged)
14. Credit Score Disclosure ( Forged)
15. Borrowers Signature Autorization ( Forged)
16. Additional California Disclosures ( Forged)
17. HUD-1 Provided to Dobben
18. HUD -1 LENDER FILE
19. Truth in Lending Disclosure Final
20. Broker provided fake payment coupons
21. Homeowner Insurance w/Extra Coverages
22. Closing Instructions
23. Broker Fees/YSP
24. Servicing Records/Investor Numbers
25. Servicing Call Records
26. TD Service Company Foreclosure Sale
27. Petitions into Bankruptcy Court American Home
28. Release to Speak with Advocate
29. RESPA Qualified Written Request
30. Proof of Service of RESPA QWR
31. Proof of Loan File Mailing to Sun City AZ
32. Additional Mailing Proof
33. Letter Sent to Advocate and Dobben
34. Wells Fargo Attorney Letter

35. TD Service Company Mailing to Wrong Address
36. Power of Attorney to Paula Rush
37. Information off TRUST AHMA 2007-5
38. Preferred Real Estate Letter
39. Preferred Real Estate Fees For Management of Property
40. Repair Bills
41. Lease (Forged)

**B.   45946 Desert Springs Dr. Lancaster CA 93534**
(Countrywide refuses to provide Loan file without subpoena)

42. Estimated Closing Statement
43. Final Closing Statement
44. Appraisal ( Missing have just one page)
45. Advocate Authorization Letter
46. RESPA Qualified Written Request
47. Letter To Legal Counsel Janis Allen
48. First Response from Countrywide
49. Second Response From Countrywide
50. Grant Deed
51. Preferred Real Estate Fees For Management of Property
52. Preferred Lease

**C.   43723 La Paz Lane Lancaster CA 93535**
(Washington Mutual Partial Release of Loan File)

53. Loan Application (Forged)
54. Purchase Contract (Forged)
55. Estimated Buyer/Borrower Settlement Statement
56. Buyer/Borrower Settlement Statement
57. Seller Settlement Statement
58. HUD-1 (Lender File)
59. Payment Coupons
60. Appraisal
61. City of Lancaster
62. Advocate Release Letter
63. RESPA Qualified Written Request
64. Collection Activity
65. First Response to Respa Letter
66. Washington Mutual Advocate Emails

67. Homeowners Insurance Issue
68. Grant Deed
69. Preferred Real Estate Fees For Management of Property
70. Repair Bills
71. Preferred Lease
72. Edison

### D. 36546 Silverado Drive Palmdale CA 93550
(Washington Mutual Partial Release of Loan File)

73. Borrower HUD-1
74. HUD-1 Lender File
75. Buyer/Borrower Closing Statement
76. Appraisal
77. Advocate Letter
78. RESPA Qualified Written Request
79. First Response Letter
80. Homeowners Insurance
81. Preferred Real Estate Fees For Management of Property
82. Repair Bills
83. Preferred Lease

### E. Dobben Failed Transactions

84. 42431 66th Street West Lancaster CA 93536 – Nahida Fasheh.
85. 44650 6th St. E. Lancaster CA 93535 – Samer Theodory
86. 2735 Sunnyvale Lancaster CA 93536 – Samer Theodory
87. 4822 Quartz Hill Rd Lancaster CA 93536 – Nahida Fasheh
88. 31935 Crystalaire Drive Llano CA 93544 - Yocum

### F. 650 Sinaloa Rd. Simi Valley CA 93065
( Bear Stearns provided loan file)

89. Purchase Contract (Forged)
90. Production Checks
91. Escrow Instructions ( Forged)
92. Grant Deed
93. Loan Application ( Forged)
94. Good Faith Estimates
95. HUD-1 Borrower Copy

96. HUD-1 Lender File
97. Borrower Truth in Lending
98. Lender File Truth in Lending
99. Closing Instructions
100. Signature Name Affidavit ( Not in Front of Notary)
101. Appraisal
102. Comparables
103. 25040 Fern Valley Rd./ Starr
104. Wells Fargo Bank Account
105. Attempts to Get Help