5789

A



MAR-07-2007 04:32 PM  HANSEN-APPRAISAL          661 267 7108          P.10
05-07-2007 12:34                                                      PAGE9

Property Address: **38645 37TH ST.**
**PALMDALE, CA  99550**

31. **EXPIRATION OF OFFER:** This offer shall be deemed revoked and the deposit shall be returned unless the offer is Signed by Seller and a Copy of the Signed offer is personally received by Buyer, or by _____ Date: **February 27** 2007 authorized to receive it by 5:00 PM on the third Day after this offer is signed by Buyer (or, if checked, ☒ by **February 25 2007** _____ who is AGENT _____ (date), at _____ 5:00 _____ ☐ AM ☒ PM).

Date **February 27** 2007                                    Date _____
BUYER: _____                              BUYER _____
**NORA S DOBBINS**
(Print name)                                                (Print name)

(Address)                                                   (Address)

32. **BROKER COMPENSATION FROM SELLER:**
    A. Upon Close Of Escrow, Seller agrees to pay compensation to Broker as specified in a separate written agreement.
    B. If escrow does not close, compensation is payable as specified in that separate written agreement between Seller and Broker.

33. **ACCEPTANCE OF OFFER:** Seller warrants that Seller is the owner of the Property, or has the authority to execute this Agreement. Seller accepts the above offer, agrees to sell the Property on the above terms and conditions, and agrees to the above confirmation of agency relationships. Seller has read and acknowledges receipt of a Copy of this Agreement, and authorizes Broker to deliver a Signed Copy to Buyer.
    ☐ (If checked) SUBJECT TO ATTACHED COUNTER OFFER, DATED _____
Date **2-28-2007**                                          Date **2-28-7**
SELLER _____                             SELLER _____
(Print name)                                                (Print name)

(Address)

CONFIRMATION OF ACCEPTANCE: A Copy of Signed Acceptance was personally received by Buyer or Buyer's authorized
( _____ )  _____  agent on (date) _____ at _____ ☐ AM ☐ PM. A binding Agreement is created when
(Initials)         a Copy of Signed Acceptance is personally received by Buyer or Buyer's authorized agent whether or not confirmed in this document. Completion of this confirmation is not legally required in order to create a binding Agreement; it is solely intended to evidence the date that Confirmation of Acceptance has occurred.

**REAL ESTATE BROKERS:**
A. Real Estate Brokers are not parties to the Agreement between Buyer and Seller.
B. Agency relationships are confirmed as stated in paragraph 27.
C. If specified in paragraph 2A, Agent who submitted the offer for Buyer acknowledges receipt of deposit.
D. COOPERATING BROKER COMPENSATION: Listing Broker agrees to pay Cooperating Broker (Selling Firm) and Cooperating Broker agrees to accept, out of Listing Broker's proceeds in escrow: (i) the amount specified in the MLS, provided Cooperating Broker is a Participant of the MLS in which the Property is offered for sale or a reciprocal MLS; or (ii) ☐ (if checked) the amount specified in a separate written agreement (C.A.R. Form CBC) between Listing Broker and Cooperating Broker.

Real Estate Broker (Selling Firm) **THE HISTORICAL REAL ESTATE & FINANCE CO.**
By _____  **GREG CLARK** DRE Lic. # **01228776** Date **February 27** 2007
Address **1837 GOODYEAR AVE. #705** _____ City **VENTURA** _____ State **CA** _____ Zip **93003**
Telephone **(805) 644-2281** Fax **(805) 644-2452** E-mail _____

Real Estate Broker (Listing Firm) **PREFERRED REAL ESTATE**
By _____  **ILEAN THEODORY** DRE Lic. # _____ DRE Lic. # _____ Date **February 27** 2007
Address **639 W. LANCASTER BLVD.** _____ City **LANCASTER** _____ State **CA** _____ Zip **93534**
Telephone **(661) 948-2477** Fax **(661) 948-3383** E-mail _____

**ESCROW HOLDER ACKNOWLEDGMENT:**
Escrow Holder acknowledges receipt of a Copy of this Agreement, (if checked, ☐ a deposit in the amount of $ _____ )
counter offer numbers **N/A** _____ **N/A** , and agrees to act as Escrow Holder subject to paragraph 26 of this Agreement, any supplemental escrow instructions and the terms of Escrow Holder's general provisions.

Escrow Holder is advised that the date of Confirmation of Acceptance of the Agreement as between Buyer and Seller is **3-9-07**
Escrow Holder **Titan Escrow** _____ Escrow # **1-15255G**
By **Susie George** _____ Date **3-9-07**
Address **1910 Los Angeles Suite 200 Lancaster 93534**
Phone/Fax/E-mail **(661) 945-8880** Fax **(661) 945-8810**
Escrow Holder is licensed by the California Department of ☒ Corporations, ☐ Insurance, ☐ Real Estate, License # _____

( _____ / _____ )  REJECTION OF OFFER: No counter offer is being made. This offer was reviewed and rejected by Seller on _____
(Seller's Initials) _____ (Date)

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Your Copy

Reviewed by _____ Date _____

RPA-CA REVISED 1/06 (PAGE 8 OF 8)

**CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 8 OF 8)**

ALEX MUM

1 A



FEB-28-2007 04:39 PM   HANSEN-APPRAISAL        661 267 7108        P.09
02-27-2007 12:34

PAGE9

Property Address: _38845 37TH ST._____  Date: _February 27, 2007_
PALMDALE, CA  93550

31. EXPIRATION OF OFFER: This offer shall be deemed revoked and the deposit shall be returned unless the offer is Signed by Seller and a Copy of the
Signed offer is personally received by Buyer, or by _____, who is
authorized to receive it by  8:00  PM  on the third Day after this offer is signed by Buyer (or, if checked, ☐ by
_____ February 26, 2007 _____  (date), at _____  3:00 ☐ AM ☒ PM).

Date _February 27, 2007_                        Date _____
BUYER: _Liliana S. Dobson_                      BUYER _____
(Print name)  _____                   (Print name) _____

(Address)

32. BROKER COMPENSATION FROM SELLER:
A. Upon Close of Escrow, Seller agrees to pay compensation to Broker as specified in a separate written agreement between Seller and Broker.
B. If escrow does not close, compensation is payable as specified in that separate written agreement.
33. ACCEPTANCE OF OFFER: Seller warrants that Seller is the owner of the Property, or has the authority to execute this Agreement. Seller accepts the
above offer, agrees to sell the Property on the above terms and conditions, and agrees to the above confirmation of agency relationships. Seller has
read and acknowledges receipt of a Copy of this Agreement, and authorizes Broker to deliver a Signed Copy to Buyer.
☐ (If checked) SUBJECT TO ATTACHED COUNTER OFFER, DATED _____

Date _3-28-2007_                                Date _3-28-_
SELLER _____                            SELLER _____
(Print name)                                    (Print name)

(Address)

CONFIRMATION OF ACCEPTANCE: A Copy of Signed Acceptance was personally received by Buyer or Buyer's authorized
(____ / ____)  agent on (date) _____ at _____ ☐ AM ☐ PM. A binding Agreement is created when
a Copy of Signed Acceptance is personally received by Buyer or Buyer's authorized agent whether or not confirmed in
this document. Completion of this confirmation is not legally required in order to create a binding Agreement; it is solely
intended to evidence the date that Confirmation of Acceptance has occurred.

REAL ESTATE BROKERS:
A.  Real Estate Brokers are not parties to the Agreement between Buyer and Seller.
B.  Agency relationships are confirmed as stated in paragraph 27.
C.  If specified in paragraph 2A, Agent who submitted the offer for Buyer acknowledges receipt of deposit.
D.  COOPERATING BROKER COMPENSATION: Listing Broker agrees to pay Cooperating Broker (Selling Firm) and Cooperating Broker agrees to
accept, out of Listing Broker's proceeds in escrow: (i) the amount specified in the MLS, provided Cooperating Broker is a Participant of the MLS in
which the Property is offered for sale or a reciprocal MLS; or (ii) ☐ (if checked) the amount specified in a separate written agreement (C.A.R. Form
CBC) between Listing Broker and Cooperating Broker.

Real Estate Broker (Selling Firm) _THE HISTORICAL REAL ESTATE & FINANCE CO._   DRE Lic. # _01228276_
By _____  GREG CLARK DRE Lic. # _01228276_   Date _February 27, 2007_
Address _1837 BROOKIAN AVE  #708_   City _VENTURA_   State _CA_   Zip _93003_
Telephone _(805) 844-2887_   Fax _(805) 644-8453_   E-mail _____

Real Estate Broker (Listing Firm) _PREFERRED REAL ESTATE_   DRE Lic. # _____
By _____  JIRAM GREGORY DRE Lic. #   Date _February 27, 2007_
Address _855 N. LANCASTER BLVD._   City _LANCASTER_   State _CA_   Zip _93534_
Telephone _(661) 948-2477_   Fax _(661) 948-1383_   E-mail _____

ESCROW HOLDER ACKNOWLEDGMENT:
Escrow Holder acknowledges receipt of a Copy of this Agreement, (if checked, ☐ a deposit in the amount of $ _____ ),
counter offer numbers _____, and agrees to act as Escrow Holder subject to paragraph 28 of this Agreement, any
supplemental escrow instructions and the terms of Escrow Holder's general provisions.
Escrow Holder is advised that the date of Confirmation of Acceptance as between Buyer and Seller is _____.
Escrow Holder _FINANCIAL TITLE AND ESCROW CO._   Escrow # _____
By _____  Date _____
Address _____
Phone/Fax/E-mail _____
Escrow Holder is licensed by the California Department of ☐ Corporations, ☐ Insurance, ☐ Real Estate.  License # _____

(____ / ____)  REJECTION OF OFFER: No counter offer is being made. This offer was reviewed and rejected by Seller on
(Seller's Initials)                (Date) _____

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY
PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE,
CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by
members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

RPA-CA REVISED 1/06 (PAGE 8 OF 8)
CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 8 OF 8)    ALEX WIM

02-28-2007 16:51                                               PAGE9

_(handwritten notes in right margin:)_ PAGE 8 ... 37th St ... Forged 2/27/07 ... Clark #01228276 ... Victor ... Historical Real Estate & Finance Co.

_(handwritten bottom right:)_ 1B

FEB-28-2007 04:40 PM   HANSEN-APPRAISAL         661 267 7198              P.11
02-27-2007 12:35

PAGE11

Property Address: 38645 37TH ST. , PALMDALE CA 93550          Date: FEBRUARY 27 2007

5. **ROOF:** Present condition, age, leaks, and remaining useful life. (Roofing contractors are best suited to determine these conditions.)

6. **POOL/SPA:** Cracks, leaks or operational problems. (Pool contractors are best suited to determine these conditions.)

7. **WASTE DISPOSAL:** Type, size, adequacy, capacity and condition of sewer and septic systems and components, connection to sewer, and applicable fees.

8. **WATER AND UTILITIES; WELL SYSTEMS AND COMPONENTS:** Water and utility availability, use restrictions and costs. Water quality, adequacy, condition, and performance of well systems and components.

9. **ENVIRONMENTAL HAZARDS:** Potential environmental hazards, including, but not limited to, asbestos, lead-based paint and other lead contamination, radon, methane, other gases, fuel oil or chemical storage tanks, contaminated soil or water, hazardous waste, waste disposal sites, electromagnetic fields, nuclear sources, and other substances, materials, products, or conditions (including mold (airborne, toxic or otherwise), fungus or other contaminants). (For more information on these items, you may consult an appropriate professional or read the booklets "Environmental Hazards: A Guide for Homeowners, Buyers, Landlords and Tenants," "Protect Your Family From Lead in Your Home" or both.)

10. **EARTHQUAKES AND FLOODING:** Susceptibility of the Property to earthquake/seismic hazards and propensity of the Property to flood. (A Geologist or Geotechnical Engineer is best suited to provide information on these conditions.)

11. **FIRE, HAZARD AND OTHER INSURANCE:** The availability and cost of necessary or desired insurance may vary. The location of the Property in a seismic, flood or fire hazard zone, and other conditions, such as the age of the Property and the claims history of the Property and Buyer, may affect the availability and need for certain types of insurance. Buyer should explore insurance options early as this information may affect other decisions, including the removal of loan and inspection contingencies. (An insurance agent is best suited to provide information on these conditions.)

12. **BUILDING PERMITS, ZONING AND GOVERNMENTAL REQUIREMENTS:** Permits, inspections, certificates, zoning, other governmental limitations, restrictions, and requirements affecting the current or future use of the Property, its development or size. (Such information is available from appropriate governmental agencies and private information providers. Brokers are not qualified to review or interpret any such information.)

13. **RENTAL PROPERTY RESTRICTIONS:** Some cities and counties impose restrictions that limit the amount of rent that can be charged, the maximum number of occupants; and the right of a landlord to terminate a tenancy. Deadbolt or other locks and security systems for doors and windows, including window bars, should be examined to determine whether they satisfy legal requirements. (Government agencies can provide information about these restrictions and other requirements.)

14. **SECURITY AND SAFETY:** State and local law may require the installation of barriers, access alarms, self-latching mechanisms and/or other measures to decrease the risk to children and other persons of existing swimming pools and hot tubs, as well as various fire safety and other measures concerning other features of the Property. Compliance requirements differ from city to city and county to county. Unless specifically agreed, the Property may not be in compliance with these requirements. (Local government agencies can provide information about these restrictions and other requirements.)

15. **NEIGHBORHOOD, AREA, SUBDIVISION CONDITIONS; PERSONAL FACTORS:** Neighborhood or area conditions, including schools, proximity and adequacy of law enforcement, crime statistics, the proximity of registered felons or offenders, fire protection, other government services, availability, adequacy and cost of any speed-wired, wireless internet connections or other telecommunications or other technology services and installations, proximity to commercial, industrial or agricultural activities, existing and proposed transportation, construction and development that may affect noise, view, or traffic, airport noise, noise or odor from any source, wild and domestic animals, other nuisances, hazards, or circumstances, protected species, wetland properties, botanical diseases, historic or other governmentally protected sites or improvements, cemeteries, facilities and condition of common areas of common interest subdivisions, and possible lack of compliance with any governing documents or Homeowners' Association requirements, conditions and influences of significance to certain cultures and/or religions, and personal needs, requirements and preferences of Buyer.

Buyer and Seller acknowledge and agree that Broker: (i) Does not decide what price Buyer should pay or Seller should accept; (ii) Does not guarantee the condition of the Property; (iii) Does not guarantee the performance, adequacy or completeness of inspections, services, products or repairs provided or made by Seller or others; (iv) Does not have an obligation to conduct an inspection of common areas or areas off the site of the Property; (v) Shall not be responsible for identifying defects on the Property, in common areas, or offsite unless such defects are visually observable by an inspection of reasonably accessible areas of the Property or are known to Broker; (vi) Shall not be responsible for inspecting public records or permits concerning the title or use of Property; (vii) Shall not be responsible for identifying the location of boundary lines or other items affecting title; (viii) Shall not be responsible for verifying square footage, representations of others or information contained in Investigation reports, Multiple Listing Service, advertisements, flyers or other promotional material; (ix) Shall not be responsible for providing legal or tax advice regarding any aspect of a transaction entered into by Buyer or Seller; and (x) Shall not be responsible for providing other advice or information that exceeds the knowledge, education and experience required to perform real estate licensed activity. Buyer and Seller agree to seek legal, tax, insurance, title and other desired assistance from appropriate professionals.

By signing below, Buyer and Seller each acknowledge that they have read, understand, accept and have received a Copy of this Advisory. Buyer is encouraged to read it carefully.

| Mona S. Dobbin | 2-27-07 | FORSOU | |
|---|---|---|---|
| Buyer Signature MONA S DOBBIN | Date | Buyer Signature | Date |
| Seller Signature | 2/28/7 | Seller Signature | 2-28-2007 |

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

BIA-A REVISED 10/02 (PAGE 2 OF 2)

**BUYER'S INSPECTION ADVISORY (BIA-A PAGE 2 OF 2)**

1C

04-04-2007 13:45

● AHM FILE ●                                      PAGE2

## Uniform Residential Loan Application ①

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

*Mona S Dobben*

Borrower                                          Co-Borrower                **FORGED**

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA  ☐ USDA/Rural Housing Service | | |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☑ Fixed Rate | ☐ Other (explain): |
|---|---|---|---|---|---|
| $ 356,000 | 8.000 % | 360/360 | | ☐ GPM | ☐ ARM (type): |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 38645 37TH ST., Palmdale, CA 93550    County: Los Angeles | |
| Legal Description of Subject Property (attach description if necessary) | Year Built |
| SEE PRELIM | |

| Purpose of Loan | ☑ Purchase  ☐ Construction  ☐ Other (explain): | Property will be: |
|---|---|---|
| | ☐ Refinance  ☐ Construction-Permanent | ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
|---|---|---|---|---|---|
| | $ | $ | | Cost: $ | |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| MONA S DOBBEN | Single woman | ☑ Fee Simple |
| | | ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

### III. BORROWER INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | | | Co-Borrower's Name (include Jr. or Sr. if applicable) | |
| MONA S DOBBEN | | | | |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 623-547-5373 | 07/15/1939 | | | | | |

| ☐ Married  ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no.    ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.    ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☑ Own ☐ Rent  19 No. Yrs. | Present Address (street, city, state, ZIP)  ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|
| 9208 N.107TH DRIVE | |
| Sun City, AZ 85361 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|

| Fannie Mae Form 1003  07/05 | | Freddie Mac Form 65  07/05 |
|---|---|---|
| CALYX Form Loanapp1.frm 08/05 | Page 1 of 5    Borrower *MSD*    Co-Borrower | |

2 A

_A+ M FILE_

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 445,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 2,023.17 |
| f. Estimated closing costs | 4,488.63 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 451,511.80 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| Cash Deposit | 500.00 |
| | |
| | |
| | |
| New 2nd Mtg Closing Costs | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 400,500.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 400,500.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 50,511.80 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☑ | ☐ | ☐ |
| (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

— FORGED

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq., (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property, and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _Mona S. Dobber_ | 4-2-07 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American | Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander  ☑ White | | ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: | ☑ Female  ☐ Male | Sex: | ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | BREANNE OFFERMAN | THE HISTORICAL REAL ESTATE & FINANCE CO. |
| ☑ Face-to-face interview | Interviewer's Signature        Date  4-2-07 | 1937 GOODYEAR AVE #705 |
| ☐ Mail | | VENTURA, CA 93003 |
| ☐ Telephone | Interviewer's Phone Number (incl. area code) | (P) 805-644-2281 |
| ☐ Internet | 805-644-2281 | (F) 805-644-2462 |

NO ↑

| Fannie Mae Form 1003  07/05 | | |
|---|---|---|
| CALYX Form Loanapp4.frm 09/05 | Page 4 of 5 | Freddie Mac Form 65  07/05 |

2B

04-04-2007 13:46

PAGES

| VII. DETAILS OF TRANSA... | | DECLARATIONS | | | | |
|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | |
| | | | Yes No | | Yes No | |
| a. Purchase price | $ 445,000.00 | a. Are there any outstanding judgments against you? | ☐ ☑ | | ☐ ☐ | |
| b. Alterations, improvements, repairs | | b. Have you been declared bankrupt within the past 7 years? | ☐ ☑ | | ☐ ☐ | |
| c. Land (if acquired separately) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☑ | | ☐ ☐ | |
| d. Refinance (incl. debts to be paid off) | | | | | | |
| e. Estimated prepaid items | | d. Are you a party to a lawsuit? | ☐ ☑ | | ☐ ☐ | |
| f. Estimated closing costs | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ ☑ | | ☐ ☐ | |
| g. PMI, MIP, Funding Fee | | | | | | |
| h. Discount (if Borrower will pay) | | (This would include such items as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | |
| i. Total costs (add items a through h) | 445,000.00 | | | | | |
| j. Subordinate financing | 44,500.00 | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☑ | | ☐ ☐ | |
| k. Borrower's closing costs paid by Seller | | | | | | |
| l. Other Credits (explain) | | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☑ | | ☐ ☐ | |
| Cash Deposit | 500.00 | h. Is any part of the down payment borrowed? | ☐ ☑ | | ☐ ☐ | |
| | | i. Are you a co-maker or endorser on a note? | ☐ ☑ | | ☐ ☐ | |
| New 2nd Mtg Closing Costs | 0.00 | j. Are you a U. S. citizen? | ☑ ☐ | | ☐ ☐ | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 356,000.00 | k. Are you a permanent resident alien? | ☐ ☑ | | ☐ ☐ | |
| | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ ☐ | | ☐ ☐ | |
| n. PMI, MIP, Funding Fee financed | | m. Have you had an ownership interest in a property in the last three years? | ☑ ☐ | | ☐ ☐ | |
| o. Loan amount (add m & n) | 356,000.00 | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 44,000.00 | (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan account and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Ilona S. Dobben* | 3-1-07 | X | — *Forged* |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☑ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☑ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer This application was taken by: | Interviewer's Name (print or type) GREG GLAD | Name and Address of Interviewer's Employer THE HISTORICAL REAL ESTATE & FINANCE CO. |
|---|---|---|
| ☑ Face-to-face interview | Interviewer's Signature | 1937 GOODYEAR AVE #705 |
| ☐ Mail | | VENTURA, CA 93003 |
| ☐ Telephone | Date 5-1-07 | (P) 805-644-2281 |
| ☐ Internet | Interviewer's Phone Number (incl. area code) 805-644-2281 | (F) 805-644-2492 |

Fannie Mae Form 1003   07/05
CALYX Form Loanappa.frm 05/05

Page 4 of 5

Freddie Mac Form 65   07/05

NO

2C

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Mona S Dobben_                    _Forged_
Borrower _____  Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number DOBBEN4 |
|---|---|---|---|

| Amount $ 400,500 | Interest Rate 1.625 % | No. of Months 480/480 | Amortization Type: ☐ Fixed Rate ☐ GPM | ☐ Other (explain): ☑ ARM (type): 40YR PAYOPT |
|---|---|---|---|---|

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) 38545 37TH ST., Palmdale, CA 93550  County: Los Angeles | No. of Units |
|---|---|

| Legal Description of Subject Property (attach description if necessary) SEE PRELIM | Year Built |
|---|---|

| Purpose of Loan ☑ Purchase  ☐ Construction  ☐ Other (explain): ☐ Refinance  ☐ Construction-Permanent | Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|

| Complete this line if construction or construction-permanent loan. | | | | | |
|---|---|---|---|---|---|
| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

| Complete this line if this is a refinance loan. | | | | |
|---|---|---|---|---|
| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made  ☐ to be made  Cost: $ |

| Title will be held in what Name(s) MONA S DOBBEN | Manner in which Title will be held Single woman | Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) Cash on Hand |
|---|

## III. BORROWER INFORMATION

| | Borrower | | | Co-Borrower |
|---|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) MONA S DOBBEN | | | Co-Borrower's Name (include Jr. or Sr. if applicable) | |

| Social Security Number 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 | Home Phone (incl. area code) 623-547-6373 | DOB (mm/dd/yyyy) 07/15/1939 | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☐ Married  ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no.    ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.    ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent 10 No. Yrs. 9208 N.107TH DRIVE Sun City, AZ 85351 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|

Fannie Mae Form 1003   07/05
CALYX Form Loanapp1.frm 09/05

Page 1 of 5    Borrower _MSD_    Freddie Mac Form 65   07/05
Co-Borrower _____

2D


**LandAmerica**
**Gateway Title**

 A-lm File
(5)

Gateway Title Company
1405 N. San Fernando Blvd
Burbank, CA 91504
Phone: (818) 953-2300
Fax: (818) 953-2377

Preferred Real Estate
659 W Lancaster Blvd
Lancaster, CA 93534

Attn: Michael — HANSEN ?

Your Reference No: Moymour

Title Officer: James Williams
email: jameswilliams@landam.com
Phone No.: (818) 953-2300
Fax No.:    (818) 953-2341
File No.:   1021506

Property Address:     38645 37TH STREET EAST, CITY OF PALMDALE, CALIFORNIA

## PRELIMINARY REPORT

Dated as of JANUARY 30, 2007 at 7:30 a.m.                      1/30/07

In response to the above referenced application for a policy of title insurance, Gateway Title Company hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception below or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said policy forms.

The printed Exceptions and Exclusion from the coverage of said Policy or Policies are set forth in Exhibit B attached.   Copies of the Policy forms should be read.   They are available from the office which issued this report.

*Please read the exceptions shown or referred to below and the exceptions and exclusions set forth in Exhibit B of this report carefully.  The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.  It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land.*

This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.



Your Copy

3 A







## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
38645 37TH Street East
TRACT 45057 LOT 1
Palmdale, CA 93550

### FOR:
Historical Real Estate & Finance Co.
1530 Callens Rd
Ventura, CA 93003

### AS OF:
03/06/2007



BY:
Sunday Alekhuogie



Borrower/Client

Lender

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 38645 37TH Street East |
| | Legal Description | TRACT 45057 LOT 1 |
| | City | Palmdale |
| | County | Los Angeles |
| | State | CA |
| | Zip Code | 93550 |
| | Census Tract | 9106.01 |
| | Map Reference | 4196-H7 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 445,000 |
| | Date of Sale | 02/27/2007 |

| CLIENT | | |
|---|---|---|
| | Borrower / Client | Mona & Dobben |
| | Lender | Historical Real Estate & Finance Co. |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 2,375 |
| | Price per Square Foot | $ 187.37 |
| | Location | Average |
| | Age | 2002 |
| | Condition | Average |
| | Total Rooms | 7 |
| | Bedrooms | 4 |
| | Baths | 3 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Sunday Alekhuogie |
| | Date of Appraised Value | 03/06/2007 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 445,000 |

4B

Titan Escrow Corporation
1216 West Avenue J, Suite 300
Lancaster, CA 93534
(661) 945-8880 Fax (661) 945-8960



RECEIVED
MAR 2 0 2007

## AMENDED ESCROW INSTRUCTIONS

Escrow No.  1-11525-SG

Date  March 9, 2007

Re:    38645 37th Street East, Palmdale, CA 93550

To:  Titan Escrow Corporation  -  Susie George

My previous instructions in the above numbered escrow are hereby modified - supplemented in the following particulars only:

TITAN ESCROW CORPORATION, A CALIFORNIA CORPORATION IS LICENSED AS AN ESCROW AGENT BY THE DEPARTMENT OF CORPORATIONS OF THE STATE OF CALIFORNIA.

The undersigned hands you herewith an executed copy of that certain California Residential Purchase Agreement and Joint Escrow Instructions dated February 27, 2007, hereinafter referred to as the "Agreement", executed by Issa Saliba Maymoun and Tamam Issa Maymoun as Seller; and Mona S. Dobben as Buyer.

Said Agreement shall constitute escrow instructions which TITAN ESCROW CORPORATION, as Escrow Holder, is instructed to use, along with any additional mutual instructions, to close the transaction as set forth herein. TITAN ESCROW CORPORATION, as Escrow Holder is only to be concerned with the conditions and/or payments and/or documents commonly under the control of or made or delivered through an escrow holder pertaining to matters referred to in the "Agreement" in paragraphs or portions thereof numbered 1, 2, 4, 12, 13B, 14B, 18, 19, 24, 25B and 25D, 26, 28, 29, 32A, 33 and paragraph D of the section titled Real Estate Brokers on page 8.

The close of escrow date will be on or before: April 6, 2007

Escrow Holder is authorized and instructed to insert Buyer's vesting, when known, above the Seller's signature(s) on the already executed and notarized Grant Deed.

Buyer's deposit of final funds with which to close escrow shall indicate Buyer's receipt and approval of all inspections, reports and disclosures, and satisfaction of all contingencies.

The legal description as provided by the insuring title company and certified by the Seller to be correct, is hereby approved by the Seller and Buyer as follows:

Lot 1 of Tract 45057, in the City of Palmdale, County of Los Angeles, State of California as per map recorded in Book 1245, Pages 12 to 15 inclusive of Maps in the Office of the County Recorder of said County.

EACH PARTY HAS READ THE ADDITIONAL ESCROW CONDITIONS AND INSTRUCTIONS ON THE PAGES ATTACHED HERETO AND APPROVES, ACCEPTS AND AGREES TO BE BOUND THEREBY AS THOUGH THE ADDITIONAL PAGES APPEARED OVER THEIR SIGNATURES.

SELLER(S):

_____          _____
Issa Saliba Maymoun                        Tamam Issa Maymoun

BUYER(S):

_Mona S Dobben_____
Mona S. Dobben

**FORGED**

Certified To Be A True And Exact
Copy Of The Original Hereof

_____
Titan Escrow Corporation

**37th Street**

**5 A**

Sign And Return



PAGE3
03-23-0   MAR-2      3   FROM-                                          T-897  P.007/007  F-847

# VERIFICATION BUREAU
### MASTERING FRAUD PREVENTION



(25)

**Acting as an agent on behalf of:** American Brokers Conduit
*(Enter the name of the party to whom the verification will be disclosed)*

## Authorization for the Social Security Administration to Release
## Social Security Number Verification

Printed Name  MONA S DOBBEN _____ (required)

SSN _____ 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 _____ (required)

Date of Birth  07/15/39 _____ (required)

I consent to the Social Security Administration verifying my SSN to Verification Bureau Inc., acting on behalf of  American Brokers Conduit _____
*(enter the name of party to whom the verification will be disclosed)*

I understand that my consent allows no additional information from my Social Security records to be provided to Verification Bureau and that the verification of my Social Security number will be used for transaction with  American Brokers Conduit _____. I also understand that my Social Security number may not be used for any other purpose other than the one stated above, including resale or redisclosure to other parties. The only other redisclosure permitted by this authorization is for review purposes to ensure that Verification Bureau complies with SSA's consent requirements.

I am the individual to whom the Social Security number was issued or that person's legal guardian. I declare and affirm under the penalty of perjury that the information contained herein is true and correct. I know that if I make any representation that I know is false to obtain information from Social Security records, I could be found guilty of a misdemeanor and fined up to $5,000.

**FORGED** →  Signature X *Mona S Dobben*  Date Signed X 3-23-07

This consent is valid only for 90 days from the date signed, unless indicated otherwise by the individual named above.

Contact information of individual signing authorization:
Address      9208 N.107TH DRIVE
             Sun City, AZ 85351

Phone Number  (623) 547-6173

If consent is signed other than by the individual named above, indicate relationship: _____

Doc # 945663/ Image: 945662.pvn  App# 0001702441

03-23-2007 14:04                                          PAGE13

6A



# Real Estate Agency Disclosure

When you begin discussions with a California Department of Real Estate License Agent regarding a real estate mortgage lending transaction, you should understand what type of agency relationship you have with that agent. A Mortgage Broker acts as the agent for the borrower in the mortgage loan transaction and may act as the limited agent of the lender for certain purposes including, but not limited to, making disclosures, ordering appraisal and credit reports, and assembling underwriting information. The brokerage has the following affirmative obligations:

**To the Borrower:**
1. Fiduciary responsibility of the utmost care, integrity, honesty, and loyalty in dealing with the borrower.

**To the Borrower and the Lender:**
1. Fiduciary responsibility of the utmost care, integrity, honesty, and loyalty in dealing with the borrower and the lender.
2. Diligent exercise of reasonable skill and care in performances of the agent's duties.
3. A duty of honesty and fair dealing and good faith.
4. A duty to disclose all facts known to the agent materially affecting the value or desirability of the property and/or credit risk of the transaction that are not known to or within the diligent attention and observation of the parties.

The above duties of the agent in this transaction do not relieve you from the responsibility to protect your own interests. You should carefully read all agreements to assure that they adequately express your understanding of this transaction. A Mortgage Broker is a person qualified to advise about real estate loan transactions. If legal or tax advice is desired, consult a professional in those fields.

**THE HISTORICAL REAL ESTATE & FINANCE CO.**   is a California Department of Real Estate Licensed Brokerage, license number                    . The California Department of Real Estate license information phone number is 916-227-0770  and Fax number is 916-227-0777.

**THE HISTORICAL REAL ESTATE & FINANCE CO.**
**1937 GOODYEAR AVE #705**
**VENTURA, CA, 93003**
**(P) 805-644-2281**
**(F) 805-644-2452**

I/We acknowledge receipt of a copy of this agency disclosure statement.

_Mona S Dobben_   _3-1-07_      **FoRged**
Signature                Date

_____   _____
Signature                Date

Calyx Form - careal.frm (04/01)

**7A**

# MORTGAGE LOAN ORIGINATION AGREEMENT

**(Warning to Broker: The content of this form may vary depending upon the state in which it is used.)**



You **MONA S DOBBEN**                              agree to enter into this Mortgage Loan Origination Agreement with **THE HISTORICAL REAL ESTATE & FINANCE CO.**        as an independent contractor to apply for a residential mortgage loan from a participating lender with which we from time to time contract upon such terms and conditions as you may request or a lender may require. You inquired into mortgage financing with **THE HISTORICAL REAL ESTATE & FINANCE CO.**        on

We are licensed as a "Mortgage Broker" under

**SECTION 1. NATURE OF RELATIONSHIP.**     In connection with this mortgage loan:

* We are acting as an independent contractor and not as your agent.

* We will enter into separate independent contractor agreements with various lenders.

* While we seek to assist you in meeting your financial needs, we do not distribute the products of all lenders or investors in the market and cannot guarantee the lowest price or best terms available in the market.

**SECTION 2. OUR COMPENSATION.**     The lenders whose loan products we distribute generally provide their loan products to us at a wholesale rate.

* The retail price we offer you - your interest rate, total points and fees - will include our compensation.

* In some cases, we may be paid all of our compensation by either you or the lender.

* Alternatively, we may be paid a portion of our compensation by both you and the lender. For example, in some cases, if you would rather pay a lower interest rate, you may pay higher up-front points and fees.

* Also, in some cases, if you would rather pay less up front, you may be able to pay some or all of our compensation indirectly through a higher interest rate in which case we will be paid directly by the lender.

We also may be paid by the lender based on (i) the value of the Mortgage Loan or related servicing rights in the market place or (ii) other services, goods or facilities performed or provided by us to the lender.

By signing below, the mortgage loan originator and mortgage loan applicant(s) acknowledge receipt of a copy of this signed Agreement.

| MORTGAGE LOAN ORIGINATOR | APPLICANT(S) |
|---|---|
| **THE HISTORICAL REAL ESTATE & FINANCE CO.** | **MONA S DOBBEN** |
| Company Name | Applicant Name(s) |
| **1937 GOODYEAR AVE #705** | **9208 N.107TH DRIVE** |
| Address | Address |
| **VENTURA, CA 93003** | **Sun City, AZ 85351** |
| City, State, Zip | City, State, Zip |
| **805-644-2281 / 805-644-2452** | *Mona S Dobben* 3-1-07 |
| Phone/Fax | Borrower Signature          Date |
| | |
| Broker or Authorized Agent Signature          Date | Co-Borrower Signature          Date |

Calyx Form MLOA FRM 7/01

**8A**

# Borrowers' Certification and Authorization



## CERTIFICATION

The Undersigned certify the following:

1. I/We have applied for a mortgage loan through __THE HISTORICAL REAL ESTATE & FINANCE CO.__ In applying for the loan, I/We completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and the assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/We omit any pertinent information.

2. I/We understand and agree that __THE HISTORICAL REAL ESTATE & FINANCE CO.__ reserves the right to change the mortgage loan review processes to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

1. I/We have applied for a mortgage loan through __THE HISTORICAL REAL ESTATE & FINANCE CO.__ As part of the application process, __THE HISTORICAL REAL ESTATE & FINANCE CO.__ and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to __THE HISTORICAL REAL ESTATE & FINANCE CO.__ and to any investor to whom __THE HISTORICAL REAL ESTATE & FINANCE CO.__ may sell my mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market and similar account balances; credit history; and copies of income tax returns.

3. __THE HISTORICAL REAL ESTATE & FINANCE CO.__ or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

**Forged**

Borrower Signature _Mona S Dobben_
MONA S DOBBEN

SSN: 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        Date: 3-1-07

Co-Borrower Signature _____

SSN: _____        Date: _____

Calyx Form - borcera.frm (12/05)

9 A

# EQUAL CREDIT OPPORTUNITY ACT



APPLICATION NO:    **DOBBEN3**

PROPERTY ADDRESS:    **38645 37TH ST.**
**Palmdale, CA 93550**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this company is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston, Texas 77010

We are required to disclose to you that you need not disclose income from alimony, child support or separate maintenance payment if you choose not to do so.

Having made this disclosure to you, we are permitted to inquire if any of the income shown on your application is derived from such a source and to consider the likelihood of consistent payment as we do with any income on which you are relying to qualify for the loan for which you are applying.

_Mona S Dobben_    3-1-07    _Forged_
MONA S DOBBEN        (Applicant)    (Date)                        (Applicant)    (Date)

_____        _____
(Applicant)    (Date)                        (Applicant)    (Date)

CALYX Form  Ecoa.hp  4/95

**10 A**

(19)

# THE HOUSING FINANCIAL DISCRIMINATION ACT OF 1977
## FAIR LENDING NOTICE

DATE:                                    COMPANY:    **THE HISTORICAL REAL ESTATE & FINANCE CO.**
                                                     **1937 GOODYEAR AVE #705**
APPLICATION NO:    DOBBEN3                            **VENTURA, CA 93003**

PROPERTY ADDRESS:    **38645 37TH ST.**
                     **Palmdale, CA 93550**

It is illegal to discriminate in the provisions of or in the availability of financial assistance because of the consideration of:

1. Trends, characteristics or conditions in the neighborhood or geographic area surrounding a housing accommodation, unless the financial institution can demonstrate in the particular case that such consideration is required to avoid an unsafe and unsound business practice; or

2. Race, color, religion, sex, marital status, national origin or ancestry.

It is illegal to consider the racial, ethnic, religious or national origin composition of a neighborhood or geographic area surrounding a housing accommodation or whether or not such composition is undergoing change, or is expected to undergo change, in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

These provisions govern financial assistance for the purpose of the purchase, construction, rehabilitation or refinancing of a one-to-four unit family residence occupied by the owner and for the purpose of the home improvement of any one-to-four unit family residence.

If you have any questions about your rights, or if you wish to file a complaint, contact the management of this financial institution or the agency noted below :

I/we received a copy of this notice.

_Mona S Dobben_   3-1-07            FORGED
**MONA S DOBBEN**      Date                              Date

Calyx Form - lfn.hp (2/99)

11 A



# NOTICE TO APPLICANT OF RIGHT
# TO RECEIVE COPY OF APPRAISAL REPORT

APPLICATION NO:    DOBBEN3

PROPERTY ADDRESS:    38645 37TH ST.
Palmdale, CA 93550 County:Los Angeles

You have the right to receive a copy of the appraisal report to be obtained in connection with the loan for which you are applying, provided that you have paid for the appraisal. We must receive your written request no later than    90 days after we notify you about the action taken on your application or you withdraw your application. If you would like a copy of the appraisal report, contact :

THE HISTORICAL REAL ESTATE & FINANCE CO.
1937 GOODYEAR AVE #705
VENTURA, CA 93003

_Mona S Dobben_    3-1-07          **FORGED**
MONA S DOBBEN          (Applicant)    (Date)                (Applicant)    (Date)


_____                    _____
(Applicant)    (Date)                (Applicant)    (Date)

Calyx Form  ms.frm 12/96

12A

# DISCLOSURE NOTICE



Date:

| Applicant(s): | Property Address: |
|---|---|
| MONA S DOBBEN | 38645 37TH ST.<br>Palmdale, CA 93550 |

## AFFIDAVIT OF OCCUPANCY

Applicant(s) hereby certify and acknowledge that, upon taking title to the real property described above, their occupancy status will be as follows:

[✓] Primary Residence - Occupied by Applicant(s) within 30 days of closing.

[ ] Secondary Residence - To be occupied by Applicant(s) at least 15 days yearly, as second home (vacation, etc.), while maintaining principal residence elsewhere. [Please check this box if you plan to establish it as your primary residence at a future date (e.g., retirement)].

[ ] Investment Property - Not owner occupied. Purchased as an investment to be held or rented.

The Applicant(s) acknowledge it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false statement concerning this loan application as applicable under the provisions of Title 18, United States Code, Section 1014.

_Mona S Dobben_
APPLICANT SIGNATURE

**FORGED**
CO-APPLICANT SIGNATURE

## ANTI-COERCION STATEMENT

The insurance laws of this state provide that the lender may not require the applicant to take insurance through any particular insurance agent or company to protect the mortgaged property. The applicant, subjected to the rules adopted by the Insurance Commissioner, has the right to have the insurance placed with an insurance agent or company of his choice, provided the company meets the requirement of the lender. The lender has the right to designate reasonable financial requirements as to the company and the adequacy of the coverage.
I have read the foregoing statement, or the rules of the Insurance Commissioner relative hereto, and understand my rights and privileges and those of the lender relative to the placing of such insurance.
I have selected the following agencies to write the insurance covering the property described above:

Insurance Company Name _____    Agent _____

Agent's Address _____    Agent's Telephone Number _____

APPLICANT SIGNATURE _____    CO-APPLICANT SIGNATURE _____

## FAIR CREDIT REPORTING ACT

An investigation will be made as to the credit standing of all individuals seeking credit in this application. The nature and scope of any investigation will be furnished to you upon written request made within a reasonable period of time. In the event of credit denial due to an unfavorable consumer report, you will be advised of the identity of the Consumer Reporting Agency making such report and of your right to request within sixty (60) days the reason for the adverse action, pursuant to provisions of section 615(b) of the Fair Credit Reporting Act.

_Mona S Dobben_
APPLICANT SIGNATURE

**FORGED**
CO-APPLICANT SIGNATURE

## FHA LOANS ONLY

IF YOU PREPAY YOUR LOAN ON OTHER THAN THE REGULAR INSTALLMENT DATE, YOU MAY BE ASSESSED INTEREST CHARGES UNTIL THE END OF THAT MONTH.

## GOVERNMENT LOANS ONLY

RIGHT TO FINANCIAL PRIVACY ACT OF 1978 - This is a notice to you as required by the Right to Financial Privacy Act of 1978 that the Department of Housing and Urban Development or Department of Veterans Affairs has a right of access to financial records held by a financial institution in connection with the consideration of administration of assistance to you. Financial records involving your transaction will be available to the Department of Housing and Urban Development or Department of Veterans Affairs without further notice or authorization but will not be disclosed or released to another Government agency or Department without your consent except as required or permitted by law.

APPLICANT SIGNATURE _____    CO-APPLICANT SIGNATURE _____

Calyx Form - disnot.frm (9/98)

1BA




## NOTICE TO THE HOME LOAN APPLICANT
## CREDIT SCORE INFORMATION DISCLOSURE

*(22)*

| APPLICANT(S) NAME AND ADDRESS | LENDER NAME AND ADDRESS (ORIGINATOR): |
|---|---|
| **MONA S DOBBEN**<br>9208 N.107TH DRIVE<br>Sun City AZ, 85351 | **THE HISTORICAL REAL ESTATE & FINANCE CO.**<br>1937 GOODYEAR AVE #705<br>VENTURA, CA 93003<br>(P) 805-644-2281, (F) 805-644-2452 |

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer-generated summary calculated at the time of the request and based on information a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit-scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

The consumer reporting agencies listed below provided a credit score that was used in connection with your home loan application.

| Consumer Reporting Agency #1 | Borrower | Factors: |
|---|---|---|
| **Experian Information Services**<br>P.O. Box 2002<br>Allen, TX 75013-3742<br>(P)888-397-3742 | **MONA S DOBBEN**<br><br>Score:   804<br>Created:   02/21/2007 | 10 Proportion of balances to credit limits is too high on bank revolving or other revolving accounts    18 Number of accounts with delinquency<br>09 Too many accounts recently opened<br>05 Too many accounts with balances |
| Model Used:<br>  Experian Fair Isaac Model<br>Range of Possible Scores<br>  250   to   900 | Co-Borrower<br><br>Score: _____<br>Created: _____ | Factors: |
| Consumer Reporting Agency #2 | Borrower | Factors: |
| **Trans Union Information Services**<br>P.O. Box 1000<br>Crum Lynne, PA 19022<br>(P)800-916-8800 | **MONA S DOBBEN**<br><br>Score:   814<br>Created:   02/21/2007 | 30 Time since most recent account opening is too short<br>28 Number of established accounts<br>11 Amount owed on revolving accounts is too high<br>05 Too many accounts with balances |
| Model Used:<br>  FICO Classic 98<br>Range of Possible Scores<br>  336   to   843 | Co-Borrower<br><br>Score: _____<br>Created: _____ | Factors: |
| Consumer Reporting Agency #3 | Borrower | Factors: |
| **Equifax Information Services**<br>P.O. Box 740243<br>Atlanta, GA 30374<br>(P)800-685-1111 | **MONA S DOBBEN**<br><br>Score:   778<br>Created:   02/21/2007 | 02 Level of delinquency on accounts<br>30 Time since most recent account opening is too short<br>08 Too many inquiries last 12 months<br>05 Too many accounts with balances |
| Model Used:<br>  FACTA Beacon 5.0<br>Range of Possible Scores<br>  300   to   850 | Co-Borrower<br><br>Score: _____<br>Created: _____ | Factors: |

I/We have received a copy of this disclosure.

*Mona S Dobben*   3-1-07
_____      _____      _____
Applicant             Date              Applicant                Date

Calyx Form - csid.frm (09/04)

**FORGED**

**14 A**

# Borrower Signature Authorization



**Privacy Act Notice:** This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

## Part I - General Information

| 1. Borrower | 2. Name and address of Lender/Broker |
|---|---|
| MONA S DOBBEN<br><br>9208 N.107TH DRIVE<br><br>Sun City, AZ 85351 | THE HISTORICAL REAL ESTATE & FINANCE CO.<br>1937 GOODYEAR AVE #705<br>VENTURA, CA 93003<br>TEL: 805-644-2281 FAX: 805-644-2452 |

| 3. Date | 4. Loan Number<br><br>DOBBEN3 | |

## Part II - Borrower Authorization

I hereby authorize the Lender/Broker to verify my past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process my mortgage loan application. I further authorize the Lender/Broker to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. It is understood that a copy of this form will also serve as authorization.

The information the Lender/Broker obtains is only to be used in the processing of my application for a mortgage loan.

*Mona S Dobben*                                                    3-1-07
Borrower   MONA S DOBBEN / SSN: 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                        Date

**FORGED**

Calyx Form - bsa.hp (10/98)

15 A

PAGE7

(24)

## ADDITIONAL REQUIRED CALIFORNIA DISCLOSURES

I. Proposed Loan Amount:                                                                              $ ___480,590.00___

    Initial Commissions, Fees, Costs and
       Expenses Summarized on Page 1:                          $ ___2,451.00___
    Payment of Other Obligations (List):
       Credit Life and/or Disability Insurance (see VI below) $ _____
       Purchase Price / Payoff                                 $ ___445,000.00___
       _____                        $ _____
       _____                        $ _____

    Subtotal of All Deductions:                                                          $ ___447,451.00___
    Estimated Cash at Closing     [ ] To You   [✓] That you must pay                      $ ___46,951.00___

II. Proposed Interest Rate: ___1.000 %___     [ ] Fixed Rate   [✓] Initial Variable Rate

III. Proposed Loan Term: ___480/480___        [ ] Years   [✓] Months

IV. Proposed Loan Payments: Payments of $ ___1,012.69___ will be made [✓] Monthly [ ]Quarterly [ ]Annually for ___480___ (number of months, quarters or years). If proposed loan is a variable interest rate loan, this payment will vary (see loan documents for details).

The loan is subject to a balloon payment: [✓] No [ ] Yes. If Yes, the following paragraph applies and a final balloon payment of $ _____ will be due on _____ [estimated date (month/day/year)].

NOTICE TO BORROWER: IF YOU DO NOT HAVE THE FUNDS TO PAY THE BALLOON PAYMENT WHEN IT COMES DUE, YOU MAY HAVE TO OBTAIN A NEW LOAN AGAINST YOUR PROPERTY TO MAKE THE BALLOON PAYMENT. IN THAT CASE, YOU MAY AGAIN HAVE TO PAY COMMISSIONS, FEES, AND EXPENSES FOR THE ARRANGING OF THE NEW LOAN. IN ADDITION, IF YOU ARE UNABLE TO MAKE THE MONTHLY PAYMENTS OR THE BALLOON PAYMENT, YOU MAY LOSE THE PROPERTY AND ALL OF YOUR EQUITY THROUGH FORECLOSURE. KEEP THIS IN MIND IN DECIDING UPON THE AMOUNT AND TERMS OF THIS LOAN.

V. Prepayments: The proposed loan has the following prepayment provisions.
    [✓] No prepayment penalty.
    [ ] Other (see loan documents for details).
    [ ] Any payment of principal in any calendar year in excess of 20% of the [ ] original balance [ ] unpaid balance will include a penalty not to exceed _____ months advance interest at the note rate, but not more than the interest that would be charged if the loan were paid to maturity (see loan documents for details).

VI. Credit Life and/or Disability Insurance: The purchase of credit life and/or disability insurance by a borrower is NOT required as a condition of making this proposed loan.

VII. Other Liens: Are there liens currently on this property for which the borrower is obligated? [✓] No [ ] Yes
If Yes, describe below:

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Liens that will remain or are anticipated on this property after the proposed loan for which you are applying is made or arranged (including the proposed loan for which you are applying):

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

NOTICE TO BORROWER: Be sure that you state the amount of all liens as accurately as possible. If you contract with the broker to arrange this loan, but it cannot be arranged because you did not state these liens correctly, you may still be liable to pay commissions, costs, fees, and expenses even though you do not obtain the loan.

VIII. Article 7 Compliance: If this proposed loan is secured by a first deed of trust in a principal amount of less than $30,000 or secured by a junior lien in a principal amount of less than $20,000, the undersigned licensee certifies that the loan will be made in compliance with Article 7 of Chapter 3 of the Real Estate Law.

A. This loan [ ] may [ ] will [✓] will not be made wholly or in part from broker controlled funds as defined in Section 10241(j) of the Business and Professions Code.

B. If the broker indicates in the above statement that the loan "may" be out of broker-controlled funds, the broker must inform the borrower prior to the close of escrow if the funds to be received by the borrower are in fact broker-controlled funds.

| HISTORICAL | 01228776 | BREANNE OFFERMAN | 01744608 |
|---|---|---|---|
| Name of Broker | License # | Broker's Representative | License # |
| 1937 GOODYEAR AVE #705 | | | |
| VENTURA, CA 93003 | | | |
| Broker's Address | | | |

_____     _____     OR     _____     _____
Signature of Broker            Date                  Signature of Representative       Date

IX. NOTICE TO BORROWER: THIS IS NOT A LOAN COMMITMENT. Do not sign this statement until you have read and understood all of the information in it. All parts of this form must be completed before you sign. Borrower hereby acknowledges the receipt of a copy of this statement.

**FORGED**

_Mona S Dobben_     ___3-1-07___     _____     _____
Borrower                Date            Borrower                       Date

Review completed on _____ by _____ _____
                 Date        Broker or Designated Representative    Dept. of Real Estate License #

16 A

Department of Real Estate license information telephone number: (916) 227-0931, or check license status at www.dre.ca.gov

Calyx Form - mlds2.frm (01/08)

RV 882   Page 2 of 2

Form approved OMB No. 250

0265

## No info → Final

### SETTLEMENT STATEMENT

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| B.  TYPE OF LOAN |
|---|
| 1. [ ]FHA   2. [ ]FMHA   3. [ ]CONV. UNINS. |
| 4. [ ]VA   5. [ ]CONV. INS. |
| 6. File Number: (Escrow)   7. Loan Number: |
| 1-11525-SG /1b   0001702441 |
| 8. Mortgage Insurance Case Number: |

3

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

NAME OF BORROWER:  Mona S. Dobben
38645 37th Street East, Palmdale  CA 93550

NAME OF SELLER:  Issa Saliba Maymoun, Tamam Issa Maymoun

NAME OF LENDER:
American Brokers Conduit
1500 W. Shaw Avenue, Suite 403
Fresno, CA 93711

G. PROPERTY LOCATION:
38645 37th Street East
Palmdale, CA 93550

SETTLEMENT AGENT:  Titan Escrow Corporation
1216 West Avenue J, Suite 300, Lancaster  CA 93534

I. SETTLEMENT DATE:
April 19, 2007

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 00. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 01. Contract sales price | 445,000.00 | 401. Contract sales price | |
| 02. Personal property | | 402. Personal property | |
| 03. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | |
| 04. | | 404. | |
| r | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 06. City/town taxes | | 406. City/town taxes | |
| 07. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes | |
| 08. Assessments | | 408. Assessments | |
| 09. | | 409. | |
| 10. | | 410. | |
| 11. | | 411. | |
| 12. | | 412. | |
| 13. | | 413. | |
| 14. | | 414. | |
| 15. | | 415. | |
| 16. | | 416. | |
| 17. | | 417. | |
| 18. | | 418. | |
| 20  Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller: | |
| 00. Amounts Paid by or in Behalf of Borrower | | 500. Reductions In Amount Due From Seller: | |
| 01. Deposit or earnest money | * 52,309.00 | 501. Excess deposit (see instructions) | |
| 02. Principal amount of new loan | 400,500.00 | 502. Settlement charges to seller (line 1400) | |
| American Brokers Conduit | | | |
| 03. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 04. Second mortgage loan | | 504. Payoff of first mortgage loan | |
| 0. | | 505. Payoff of second mortgage loan | |
| 06. | | 506. | |
| 07. | | 507. | |
| 08. Broker Credit | 500.00 | 508. | |
| | | 509. | |

17A

Fresno, CA 93711

| SETTLEMENT AGENT: Titan Escrow Corporation | I. SETTLEMENT DATE: |
|---|---|
| 1216 West Avenue J, Suite 300, Lancaster CA 93534 | April 19, 2007 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 0. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 1. Contract sales price | 445,000.00 | 401. Contract sales price | |
| 2. Personal property | | 402. Personal property | |
| 3. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | |
| 4. | | 404. | |
| 5. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 6. City/town taxes | | 406. City/town taxes | |
| 7. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes | |
| 8. Assessments | | 408. Assessments | |
| 9. | | 409. | |
| 10. | | 410. | |
| 11. | | 411. | |
| 12. | | 412. | |
| 13. | | 413. | |
| 14. | | 414. | |
| 15. | | 415. | |
| 16. | | 416. | |
| 17. | | 417. | |
| 18. | | 418. | |
| 120. Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller: | |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions In Amount Due From Seller: | |
| Deposit or earnest money | 52,309.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | 400,500.00 | 502. Settlement charges to seller (line 1400) | |
| American Brokers Conduit | | 503. Existing loan taken subject to | |
| 203. Existing loan taken subject to | | | |
| 204. Second mortgage loan | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Broker Credit | 500.00 | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower: | 453,309.00 | 520. Total Reduction Amount Due | |
| 300. Cash At Settlement From/To Borrower: | | 600. Cash At Settlement To/From Seller: | |
| Gross amount due from borrower (line 120) | 451,723.98 | 601. Gross amount due to seller (line 420) | |
| Less amount paid by borrower (line 220) | 453,309.00 | 602. Less reductions in amount due seller(#520) | |
| 303. CASH ( FROM) ( X TO) BORROWER | 1,585.02 | 603. CASH ( TO) ( FROM) SELLER | |

17 (handwritten)

REFER TO ATTACHED DETAIL STATEMENTS        Borrower's

NO SELLER INFO (handwritten)

nal    -2-    row No: 1-11525-SG

| | SECTION L | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 00. TOTAL SALES/BROKER'S COMMISSION | | | |
| Based on price $ | | | |
| Division of Commission (Line 700) as follows: | | | |
| ( | to | | |
| 0 | to | | |
| 03. Commission Paid at settlement | | | |
| 04. | | | |
| 05. | | | |
| 06. | | | |
| **00. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 01. Loan Origination Fee | | | |
| 02. Loan Discount | | | |
| 03. Appraisal Fee | | | |
| 04. Credit Report | | | |
| 05. Lender's Inspection Fee | | | |
| 06. Mortgage Insurance Application Fee to | | | |
| 07. Assumption Fee | | | |
| 08. Broker Premium paid by Lender to        "P.O.C" $6,307.88 | | | |
| 09. Admin/Orig Fee to American Brokers Conduit | | 645.00 | |
| 10. Wire Fee to American Brokers Conduit | | 25.00 | |
| 11. Tax Service to American Brokers Conduit | | 62.00 | |
| 12. Flood Hazard Fee to American Brokers Conduit | | 19.00 | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| **00. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 0 Interest from 04/18/07 To 05/01/07 @ $ 18 /day | | 235.02 | |
| ) Mortgage Insurance Premium | | | |
| ( Hazard Insurance Premium to Farmers Insurance | | 623.14 | |
| 0 Flood Insurance Premium to | | | |
| 005. | | | |
| 006. | | | |
| 007. | | | |
| **000. RESERVES DEPOSITED WITH LENDER FOR** | | | |
| 001. Hazard Insurance 2 months @ $ 52.00 per month | | 104.00 | |
| 002. Mortgage Insurance months @ $ per month | | | |
| 003. City property taxes months @ $ per month | | | |
| 004. County property taxes 4 months @ $ 463.67 per month | | 1,854.68 | |
| 005. Annual assessments months @ $ per month | | | |
| 006. Flood Insurance months @ $ per month | | | |
| 007. Aggregate Account Adjustment months @ $ per month | | -520.04 | |
| **100. TITLE CHARGES** | | | |
| 101. Settlement or closing fee to Titan Escrow Corporation | | 1,226.00 | |
| Detailed Escrow Fees | | 225.00 | |
| 102. Abstract or closing fee to | | | |
| 103. Title examination to | | | |
| 104. Title insurance binder to | | | |
| 105. Document preparation to | | | |
| 106. Notary fees to | | | |
| 107. Attorney's fees to | | | |
| 108. Title Insurance to LandAmerica Gateway Title | | 575.00 | |
| 109. Lender's coverage $ 400500.007 575.00 | | | |
| 110. Owner's coverage $ | | | |
| 111. | | | |
| 112. Sub-Escrow Fee | | 85.00 | |
| 113. | | | |
| 114. | | | |
| 115. | | | |
| **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 2 Recording fees: Deed $ 14.00 Mortgage $ 73.00 Releases $ | | 87.00 | |
| City/county tax/stamps: Deed $ Mortgage $ | | | |
| 2003. State tax/stamps: Deed $ Mortgage $ | | | |
| 204. | | | |
| 205. | | | |
| 206. | | | |
| 207. | | | |

17C

12. Flood Hazard Fee to America's Poker's Conduit                    19.00
13.
14.
15.
16.
1
-
20.
21.
22.
23.

| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
|---|---|---|
| 901. Interest from 04/18/07 To 05/01/07 @ $ 18 /day | | 235.02 |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium to Farmers Insurance | | 623.14 |
| 904. Flood Insurance Premium to | | |
| 905. | | |
| 906. | | |
| 907. | | |

| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
|---|---|---|---|
| 1001. Hazard Insurance | 2 months @ $ 52.00 per month | | 104.00 |
| 1002. Mortgage Insurance | months @ $ per month | | |
| 1003. City property taxes | months @ $ per month | | |
| 1004. County property taxes | 4 months @ $ 463.67 per month | | 1,854.68 |
| 1005. Annual assessments | months @ $ per month | | |
| 1006. Flood Insurance | months @ $ per month | | |
| 1007. Aggregate Account Adjustment | months @ $ per month | | -520.04 |

| 1100. TITLE CHARGES | | |
|---|---|---|
| 1101. Settlement or closing fee to Titan Escrow Corporation | | 1,226.00 |
| Detailed Escrow Fees | | 225.00 |
| 1102. Abstract or closing fee to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to LandAmerica Gateway Title | | 575.00 |
| Lender's coverage $ 400500.00/ 575.00 | | |
| 1109. Owner's coverage $ | | |
| 1110. | | |
| 1111. | | |
| 1112. Sub-Escrow Fee | | 85.00 |
| 1113. | | |
| 1114. | | |
| 1115. | | |

| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
|---|---|---|
| 1201. Recording fees: Deed $ 14.00 :Mortgage $ 73.00 :Releases $ | | 87.00 |
| 1202. City/county tax/stamps: Deed $ :Mortgage $ | | |
| 1203. State tax/stamps: Deed $ :Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| 1206. | | |
| 1207. | | |

| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
|---|---|---|
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. | | |
| 1304. Loan Document Signing Fee To Deborah Huffert | | 375.00 |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| 1311. | | |
| 1312. | | |
| 1313. | | |
| 1314. | | |

1319.
1320.
1321. Funds held for:

**17 D**

| 1400. TOTAL SETTLEMENT CHARGES (Enter on lines 103, Section J and 502, Sections K) | 5,650.80 |
|---|---|

Borrower's

0265

**Final**

SETTLEMENT STATEMENT

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Form appr     250

| B. | TYPE OF LOAN |
|---|---|
| 1. [ ]FHA    2. [ ]FMHA    3. [ ]CONV. UNINS. | |
| 4. [ ]VA    5. [ ]CONV. INS. | |
| 6. File Number: (Escrow)  1-11525-SG /1b | 7. Loan Number:  0001702441 |
| 8. Mortgage Insurance Case Number: | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

NAME OF BORROWER:   Mona S. Dobben
38645 37th Street East, Palmdale  CA 93550

NAME OF SELLER:    Issa Saliba Maymoun, Tamam Issa Maymoun

NAME OF LENDER:
American Brokers Conduit
1500 W. Shaw Avenue, Suite 403
Fresno, CA 93711

G. PROPERTY LOCATION:
38645 37th Street East
Palmdale, CA  93550

SETTLEMENT AGENT:    Titan Escrow Corporation
1216 West Avenue J, Suite 300, Lancaster  CA 93534

I. SETTLEMENT DATE:
April 19, 2007

LENDER FILE

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 445,000.00 | 401. Contract sales price | 445,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes 04/19/07-07/01/07 | 1,073.18 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller: | 446,073.18 |
| 200. Amounts Paid by or in Behalf of Borrower: | | 500. Reductions In Amount Due From Seller: | |
| 201. Deposit or earnest money | 52,309.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan  American Brokers Conduit | 400,500.00 | 502. Settlement charges to seller (line 1400) | 62,171.25 |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. Second mortgage loan | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Broker Credit | 500.00 | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower: | 453,309.00 | 520. Total Reduction Amount Due | 62,171.25 |
| 300. Cash At Settlement From/To Borrower: | | 600. Cash At Settlement To/From Seller: | |
| 301. Gross amount due from borrower (line 120) | 451,723.98 | 601. Gross amount due to seller (line 420) | 446,073.18 |
| 302. Less amount paid by borrower (line 220) | 453,309.00 | 602. Less reductions in amount due seller (line 520) | 62,171.25 |
| 303. CASH (    FROM) ( X TO) BORROWER | 1,585.02 | 603. CASH ( X TO) (    FROM) SELLER | 383,901.93 |

← 3%

Certified To Be A True And Exec
Copy Of The Original Hereof

Titan Escrow Corporation

* REFER TO ATTACHED DETAIL STATEMENTS          Original

18A

| SECTION L | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **00. TOTAL SALES/BROKER'S COMMISSION** Based on price $ 445,000.00 @ 2.5 % Division of Commission (Line 700) as follows: | | |
| 01. $ 11,125.00 to The Historical Real Estate & | | 11,125.00 |
| 02. $ to | | |
| 03. Commission Paid at settlement | | |
| 04. | | |
| 05. | | |
| 06. | | |
| **00. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 01. Loan Origination Fee | | |
| 02. Loan Discount | | |
| 03. Appraisal Fee | | |
| 04. Credit Report | | |
| 05. Lender's Inspection Fee | | |
| 06. Mortgage Insurance Application Fee to | | |
| 07. Assumption Fee | | |
| 08. Broker Premium paid by Lender to "P.O.C" $6,307.88 | | |
| 09. Admin/Orig Fee to American Brokers Conduit | 645.00 | |
| 10. Wire Fee to American Brokers Conduit | 92.00 | |
| 11. Tax Service to American Brokers Conduit | 82.00 | |
| 12. Flood Hazard Fee to American Brokers Conduit | 19.00 | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| **00. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 01. Interest from 04/18/07 to 05/01/07 @ $ 18 /day | 235.02 | |
| 02. Mortgage Insurance Premium | | |
| 03. Hazard Insurance Premium to Farmers Insurance | 623.14 | |
| 04. Flood Insurance Premium to | | |
| 05. | | |
| 06. | | |
| 07. | | |
| **000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 001. Hazard Insurance 2 months @ $ 52.00 per month | 104.00 | |
| 002. Mortgage Insurance months @ $ per month | | |
| 003. City property taxes months @ $ per month | | |
| 004. County property taxes 4 months @ $ 463.67 per month | 1,854.68 | |
| 005. Annual assessments months @ $ per month | | |
| 006. Flood Insurance months @ $ per month | | |
| 007. Aggregate Account Adjustment | -520.04 | |
| **000. TITLE CHARGES** | | |
| 101. Settlement or closing fee to Titan Escrow Corporation Detailed Escrow Fees | 1,226.00 225.00 | 1,226.00 60.00 |
| 102. Abstract or closing fee to | | |
| 103. Title examination to | | |
| 104. Title insurance binder to | | |
| 105. Document preparation to | | |
| 106. Notary fees to | | |
| 107. Attorney's fees to | | |
| 108. Title Insurance to LandAmerica Gateway Title | 575.00 | 1,695.00 |
| 109. Lender's coverage $ 400500.00/ 575.00 | | |
| 110. Owner's coverage $ 445000.00/ 1895.00 | | 2,961.25 |
| 111. 2nd 1/2 06/07 taxes | | |
| 112. Sub-Escrow Fee | 85.00 | |
| 113. | | |
| 114. | | |
| 115. | | |
| **000. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 201. Recording fees: Deed $ 14.00 ;Mortgage $ 73.00 ;Release $ | 87.00 | |
| 202. City/county tax/stamps: Deed $ 489.50 ;Mortgage $ | | 489.50 |
| 203. State tax/stamps: Deed $ ;Mortgage $ | | |
| 204. | | |
| 205. | | |
| 206. | | |
| 207. | | |
| **000. ADDITIONAL SETTLEMENT CHARGES** | | |
| 301. Survey to | | |
| 302. Pest Inspection to | | |
| 303. Natural Hazard Disclosure Repo To DisclosureSave | | 64.50 |
| 304. Loan Document Signing Fee to Deborah Huffert | 375.00 | |
| 305. Note Payable to Alex Ryan Yamamura Landscaping | | 44,500.00 |
| 306. (2) Wire Fees To Titan Escrow Corporation | | 50.00 |
| 307. | | |
| 308. | | |
| 309. | | |
| 310. | | |
| 311. | | |
| 312. | | |
| 313. | | |
| 314. | | |
| 315. | | |
| 316. | | |
| 317. | | |
| 318. | | |
| 319. | | |
| 320. | | |
| 321. Funds held for: | | |
| **000. TOTAL SETTLEMENT CHARGES (Enter on lines 103, Section J and 502, Sections K)** | 5,650.80 | 62,171.25 |

Certified To Be A True And Exact
Copy Of The Original Hereof

Titan Escrow Corporation

Original

Handwritten annotations: "3/5", "← Blank", "3/5", "Added (NOT ON)", "Borrower Copy", "18 B"

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**LENDER OR LENDER'S AGENT:**   American Home Mortgage Acceptance, Inc.
1500 W. Shaw Ave Suite 403
Fresno, CA  93711

| | | | | |
|---|---|---|---|---|
| | | | ☐ Preliminary | ☒ Final |

**BORROWERS:**   Mona S. Dobben

*Aim File*

DATE:  04/10/07
LOAN NO.:  1001702441
*Type of Loan:*  Conventional
APP NO.:0001702441

**LENDER FILE**

**ADDRESS:**     9208 N.107TH Drive
**CITY/STATE/ZIP:**Sun City, AZ  85351
**PROPERTY:**   38645 37th Street East
                Palmdale, CA 93550

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 9.251      % | $  1,391,549.34 | $  397,549.52 | $  1,789,098.86 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 12 | $1,135.26 | June 1, 2007 | 12 | $1,220.40 | June 1, 2008 |
| 12 | $1,311.93 | June 1, 2009 | 11 | $1,410.32 | June 1, 2010 |
| 432 | $3,994.43 | May 1, 2011 | 1 | $3,980.50 | May 1, 2047 |

**DEMAND FEATURE:**   ☒☒ This loan does not have a Demand Feature.        ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
☒☒ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been     provided to you earlier.

**SECURITY:**   You are giving a security interest in the property located at:       38645 37th Street East
Palmdale, CA 93550

**ASSUMPTION:**     Someone buying this property       ☐ cannot assume the remaining balance due under original mortgage terms
☒☒ may assume, subject to lender's conditions, the remaining balance due under     original mortgage terms.

**FILING / RECORDING FEES:**   $    250.00

**PROPERTY INSURANCE:**       ☒☒ Property hazard insurance in the amount of $                              with a mortgagee clause to the lender
is a required condition of this loan. Borrower may purchase this insurance from    any insurance company acceptable to the lender.
Hazard insurance   ☐ is  ☒☒ is not available through the lender at an estimated cost of      N/A            for a            year term.

*$87.00 on Hud 1*

**LATE CHARGES:**     If your payment is more than    15    days late, you will be charged a late charge of       5.000      % of the
overdue payment.

**PREPAYMENT:**       If you pay off your loan early, you
☐ may  ☒☒ will not       have to pay a penalty.
☐ may  ☒☒ will not       be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding             non-payment, default, required repayment in full before scheduled date,        and prepayment refunds and
penalties.
e means estimate

I/We hereby acknowledge reading and receiving a complete copy of this     disclosure.

*Mona S. Dobben*   4-17-07
Mona S. Dobben                                       BORROWER / DATE                                      BORROWER / DATE

                                                     BORROWER / DATE                                      BORROWER / DATE

DOC  #:060401 / rev. 06/2005             APPL #:0001702441   LOAN #:1001702441
∧~-788 (9901)          (0811) 9801.05                    VMP MORTGAGE FORMS - (800)521-7291
© 1999 CBF Systems, Inc.      The contents of this form in whole or in part are protected under the copyright     laws of the United States.       Page 1 of 2        5/96

**19 A**

*Doduen given by broker*

(9)

**TEMPORARY MORTGAGE PAYMENT COUPON**

Application Number:  1001702441

Due Date:  ~~Sept~~ Oct 1, 2007

Amount Due:  $1,650.93

Remit to:

     American Home Mortgage Servicing, Inc.
     ATT: Payment Processing
     PO Box 660029
     Dallas, TX 75266-0029
     Customer Service:   1-877-304-3100

**TEMPORARY MORTGAGE PAYMENT COUPON**

Application Number:  1001702441

Due Date:  ~~June~~ Nov 1, 2007

Amount Due:  $1,650.93

Remit to:

     American Home Mortgage Servicing, Inc.
     ATT: Payment Processing
     PO Box 660029
     Dallas, TX 75266-0029
     Customer Service:   1-877-304-3100

Paulo Rush — Attempted to call American Home

(Cut along dotted line above)

Respo — George (Stated he does Know what loan is.)

FAX: 866-317-7733

4600 Regent Blvd. Suite 200

Drving TX 75063

Customer Care

FAX: 866-856-0821

Attent: _____ ?

20 A

# FARMERS NEXT GENERATION HOMEOWNERS POLICY

MID-CENTURY INSURANCE COMPANY, LOS ANGELES, CALIFORNIA

A Stock Company

**D**

**Replaces**

**TRANSACTION TYPE:** NEW BUSINESS

The Policy Period is effective as shown below and after the time for which applied.

| POLICY NUMBER | POLICY PERIOD | | | POLICY EDITION |
|---|---|---|---|---|
| | FROM: | TO: | STANDARD TIME | |
| 92949-89-38 | 04-05-2007 | 04-05-2008 | 12:01 A.M. | 01 |

ISSU
P.C
VAN

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the successive policy period as required by our rates, rules, forms and premium plans then in effect.

**NAMED INSURED AND MAILING ADDRESS:**

MONA S DOBBEN, AN UNMARRIED WOMAN

38645 37TH ST E
PALMDALE, CA
93550-8120

LOCATION OR DESCRIPTION OF RESI
(Same as mailing address unless otherwise

**COVERAGES -** We insure you for the coverages and limits indicated as covered by a specific limit or other notation. Th
Coverage and Section II - Liability Extensions of Coverage that are not shown below apply as described in

| SECTION I - PROPERTY | | | | SECTION II - LIABILITY | |
|---|---|---|---|---|---|
| A - DWELLING | B - SEPARATE STRUCTURES | C - PERSONAL PROPERTY | D - LOSS OF USE | E - PERSONAL LIABILITY | F - MEDICAL PAYMEN |
| | | | | Each Occurrence | Each Per |
| $288,000 | $28,800 | $216,000 | $115,200 | $300,000 | $5,00 |

| SECTION I - EXTENSIONS OF COVERAGE | | | | SECTION II - LIABILITY EX OF COVERAGE | |
|---|---|---|---|---|---|
| EXTENDED REPLACEMENT COST - COVERAGE A | CONTENTS REPLACEMENT COST - COVERAGE C | BUILDING ORDINANCE OR LAW | IDENTITY FRAUD COVERAGE | PERSONAL INJURY | LOSS |
| $72,000 | COVERED | 10% | $30,000 | NOT COVERED | NOT |

**ENDORSEMENTS**

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| 258531 | 1104 | CALIFORNIA NOTICE OF INFORMATION PRACTICES |
| 438BFU | 542 | LENDER'S LOSS PAYABLE ENDORSEMENT |

**DISCOUNTS**

50 PLUS, NON SMOKER, EXPERIENCE RATING PLAN, NEW HOME, AND CENTRAL BU

21A

AMERICAN BROKE... UIT INTERNAL DISPOSITION
1500 W. SHAW AVE ...E 403 FRESNO, CA 93711

APPLICANTS   MONA S DOBBEN

MARCH 29, 2007
APP NO.   0001702441

PROPERTY INFORMATION:
PPTY TYPE      1 FAMILY
OCCUPANCY      PRIMARY
ADDRESS        38645 37TH STREET EAST
               PALMDALE, CA  93550

LOAN INFORMATION:
AHM UW         RODNEY DOSTALIK
UW TYPE
LOAN TYPE      ARM TERM 480
IR LOCKED
LOAN AMOUNT    $400,500.00
RATE           1.625
LTV            90.00

THIS APPROVAL IS SUBJECT TO OUR NORMAL POLICIES AND PROCEDURES INCLUDING BUT
NOT LIMITED TO POLICIES FOR TITLE INSURANCE, RATE LOCKS, IMPROPER
DOCUMENTATION AND QUALITY CONTROL.

LOAN CONDITIONS:

1. BROKER TO PROVIDE FINAL 1003. WITH ALL CORRECTIONS AS MADE TO THE ATTACHED 1003/1008 AND SIGNED BY
BORROWER AND INTERVIEWER.

2. BORROWER'S CREDIT FROM SELLERS NOT TO EXCEED 3%.

3. DOCUMENTS START EXPIRING ON 3.31.07.  IF LOAN DOES NOT CLOSE BY THIS DATE YOU MAY BE REQUIRED TO PROVIDE
MORE CURRENT INFORMATION OR ASSISTANCE.

4. DATE OF BIRTH MUST BE VERIFIED. WITH A LEGIBLE COPY OF BORROWERS CURRENT CDL.

5. THE LOCK FOR THIS LOAN WILL EXPIRE ON 05/21/07.  IF THE LOAN WILL NOT CLOSE AND FUND BY THIS DATE, PLEASE
CONTACT SECONDARY PRIOR TO EXPIRATION TO EXTEND THE LOCK.

6. IRS FORM 4506T IS REQUIRED TO BE SIGNED BY ALL BORROWERS AT CLOSING.

→ Pat signing today

thank you very much.

CLEAR TO CLOSE AUTHORIZATION _____   _____   3/29/07
                              RODNEY DOSTALIK                      DATE
(ALL PRIOR TO CLOSE CONDITIONS, INCLUDING DESKTOP UNDERWRITING CONDITIONS, AS
APPLICABLE, HAVE BEEN SATISFIED)
DOCUMENT NO 900162/(07/98)              PAGE 1 OF 1

22A

At the time of closing the following fees are due and will be deducted from the loan amount.

| Fee Section: | Total Fee | Borrower | Seller | Vendor (Must indicate Broker if applicable) |
|---|---|---|---|---|
| Admin/Orig Fee | $645.00 | 645.00 | .00 | American Home Mortgage Acceptance, Inc. |
| Prepaid Interest | $235.02 | 235.02 | .00 | American Home Mortgage Acceptance, Inc. |
| Daily Breakdown 13 Days @ $18.08 | | | | |
| Wire Fee | $25.00 | 25.00 | .00 | American Home Mortgage Acceptance, Inc. |
| Tax Service | $92.00 | 92.00 | .00 | American Brokers Conduit |
| Flood Hazard Fee | $19.00 | 19.00 | .00 | American Brokers Conduit |
| TOTAL FEES: | $1,016.02 | | | |

LESS POC/COUPONS/CREDITS:
Paid on Account          $0.00
TOTAL PREPAIDS           $0.00

TOTAL DUE:          $1,016.02

Escrow Breakdown:

| State/County Tax | 4 mos @ $463.67 | $1,854.68 |
|---|---|---|
| Haz. Insurance | 2 mos @ $52.00 | $104.00 |
| SUB TOTAL ESCROWS | | $1,958.68 |
| AGGREGATE ESCROW ADJ. | | $520.04- |
| TOTAL ESCROW | | $1,438.64 |

(14)

This is your estimated proceeds:

| Loan Amount | $400,500.00 |
|---|---|
| LESS Lender Closing Fees | $1,016.02 |
| LESS Escrow | $1,438.64 |
| NET PROCEEDS DUE BORROWER | $398,045.34 |
| PLUS Mortgage Tax | $0.00 |
| PLUS Assignment Recording Fees | $0.00 |
| PLUS Broker Premium by Lender | $6,307.88 |
| PLUS Attorney Fees | $0.00 |
| PLUS Other | |
| TOTAL AMOUNT OF WIRE | $404,353.22 |

Broker: The Historical Real Estate & Finance Co.,
**Broker Fees Not Deducted from Wire:**

| | |
|---|---|
| | |
| | |
| | |

Please see Addendum D for a complete breakdown of all Broker charges.

Wire Date:

Broker Credit to Borrower in the amount of $ 500.00.

Wire Instructions:

Important: If you do not receive the wire, please call the Treasury Help Desk at 1-866-226-1997. - ALL OTHER QUESTIONS RELATING TO THE FUNDING should be directed to your branch funder or doc drawer.

IMPORTANT:  RETURN WIRE INFORMATION

If you received the loan proceeds via wire, and the loan has either adjourned or will not fund by the actual or estimated funding date, you must immediately return the funds to the warehouse bank account from which the wire originated.  If you have any questions, please call the Treasury Help Desk at 1-866-226-1997.

NOTE:  Failure to return funds in a timely manner will result in a claim by Lender against the Settlement Agent.  You will be charged for all interest that accrues as the result of your failure to return wired funds in a timely manner.

22B

ADDENDUM A

At the time of closing the following fees are due and will be deducted from the loan amount.

| Fee Section: | Total Fee | Borrower | Seller | Vendor (Must indicate Broker if applicable |
|---|---|---|---|---|
| Admin/Orig Fee | $645.00 | 645.00 | .00 | American Home Mortgage Acceptance, Inc. |
| Prepaid Interest | $343.48 | 343.48 | .00 | American Home Mortgage Acceptance, Inc. |
| Daily Breakdown 19 Days @ $18.08 | | | | |
| Wire Fee | $25.00 | 25.00 | .00 | American Home Mortgage Acceptance, Inc. |
| Tax Service | $92.00 | 92.00 | .00 | American Brokers Conduit |
| Flood Hazard Fee | $19.00 | 19.00 | .00 | American Brokers Conduit |
| TOTAL FEES: | $1,124.48 | | | |
| LESS POC/COUPONS/CREDITS: | | | | |
| Paid on Account | $0.00 | | | |
| TOTAL PREPAIDS | $0.00 | | | |
| | | | | |
| TOTAL DUE: | $1,124.48 | | | |

Escrow Breakdown:

| State/County Tax | 4 mos @ $463.67 | $1,854.68 |
|---|---|---|
| Haz. Insurance | 2 mos @ $52.00 | $104.00 |
| | | |
| SUB TOTAL ESCROWS | | $1,958.68 |
| AGGREGATE ESCROW ADJ. | | $520.04- |
| TOTAL ESCROW | | $1,438.64 |

This is your estimated proceeds:

| Loan Amount | $400,500.00 |
|---|---|
| LESS Lender Closing Fees | $1,124.48 |
| LESS Escrow | $1,438.64 |
| NET PROCEEDS DUE BORROWER | $397,936.88 |
| PLUS Mortgage Tax | $0.00 |
| PLUS Assignment Recording Fees | $0.00 |
| PLUS Broker Premium by Lender | $5,807.25 |
| PLUS Attorney Fees | $0.00 |
| PLUS Other | |
| TOTAL AMOUNT OF WIRE | $403,744.13 |

Broker: The Historical Real Estate & Finance Co.

**Broker Fees Not Deducted from Wire:**

| | |
|---|---|
| | |
| | |
| | |
| | |

**Please see Addendum D for a complete breakdown of all Broker charges.**

Wire Date: 04/05/2007  Wire Sent: 14:46:38

Broker Credit to Borrower in the amount of $ 500.00.



Escrow Breakdown:
```
State/County Tax    4 mos @ $463.67    $1,854.68
Haz. Insurance      2 mos @ $52.00       $104.00

SUB TOTAL ESCROWS                      $1,958.68
 GREGATE ESCROW ADJ.                     $520.04-
TOTAL ESCROW                           $1,438.64
```

This is your estimated proceeds:

| | | Broker: The Historical Real Estate & Finance Co.. |
|---|---|---|

**Broker Fees Not Deducted from Wire:**

```
Loan Amount                $400,500.00
LESS Lender Closing Fees     $1,124.48
LESS Escrow                  $1,438.64
 ET PROCEEDS DUE BORROWER  $397,936.88
PLUS Mortgage Tax                $0.00
PLUS Assignment Recording Fees   $0.00
PLUS Broker Premium by Lender $5,807.25
PLUS Attorney Fees               $0.00
PLUS Other
TOTAL AMOUNT OF WIRE       $403,744.13
```

| | |
|---|---|
| | |
| | |
| | |

**Please see Addendum D for a complete breakdown of all Broker charges.**

Wire Date: 04/05/2007   Wire Sent: 14:46:38

Broker Credit to Borrower in the amount of $ 500.00.

Wire Instructions:

Important: If you do not receive the wire, please call the Treasury Help Desk at 1-866-226-1997. - ALL OTHER QUESTIONS RELATING TO THE FUNDING should be directed to your branch funder or doc drawer.

IMPORTANT:   RETURN WIRE INFORMATION

If you received the loan proceeds via wire, and the loan has either adjourned or will not fund by the actual or estimated funding date, you must immediately return the funds to the warehouse bank account from which the wire originated.   If you have any questions, please call the Treasury Help Desk at 1-866-226-1997.

NOTE:   Failure to return funds in a timely manner will result in a claim by Lender against the Settlement Agent.   You will be charged for all interest that accrues as the result of your failure to return wired funds in a timely manner.



Addendum D

# CORRESPONDENT/BROKER FEES

As the settlement agent, you are responsible for collecting from the borrower, all amounts due the correspondent / broker at the time of closing. The fees due are set forth below and on the Hud-1 statement. **These fees have not been deducted from the amount funded.**

The total amount due the correspondent must be deducted from the amount disclosed and a check issued by you for that amount, or you may collect certified funds for the amount due from the borrower.

In addition to the amounts due the correspondent /broker from the borrower, lender has included in the amount funded a servicing release premium in the amount of  $6,307.88  which is reflected on the Hud-1 as a P.O.C. item from the lender to the correspondent.

Please issue a check for the premium payable to the correspondent/broker and forward same along with the amount due from the borrower, $0.00  directly to the correspondent at the address set forth below.

Correspondent / Broker Address:

The Historical Real Estate & Finance Co., Inc.
1530 Callens Road
Ventura CA 93003

| HUD # | DESCRIPTION | POC | BAMT | SAMT | OAMT |
|-------|-------------|-----|------|------|------|
| 816 | Broker Application Fee<br>to The Historical Real Estate & Finance Co., Inc. | | | | |
| 817 | Broker Credit Report Fee | | | | |
| 818 | Broker Appraisal<br>to The Historical Real Estate & Finance Co., Inc. | | | | |
| 819 | Broker Courier Fee | | | | |
| 820 | Broker Fee<br>to The Historical Real Estate & Finance Co., Inc. | | | | |
| 821 | Broker Origination<br>to The Historical Real Estate & Finance Co., Inc. | | | | |
| 822 | Broker Discount<br>to The Historical Real Estate & Finance Co., Inc. | | | | |
| 823 | Broker Processing Fee<br>to The Historical Real Estate & Finance Co., Inc. | | | | |
| 824 | Broker Other 4<br>to The Historical Real Estate & Finance Co., Inc. | | | | |

23 A

Document Nbr.: 971207    Appl #: 0001702441

Document Name: untitled

1001702441 (CONT.)

## LOAN TRANSACTION HISTORY SCREEN
** OTHER **

| DATE PAID | NEXT DUE | TRANSACTION NBR | TRANSACTION CODE | TOTAL AMOUNT | PRINCIPAL | INTEREST | ESCROW | AMOUNT | CD SF |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | - - |
| 043007 | 060107 | 18 | 10 | 2.15 | .00 | .00 | 2.15 | .00 | LB |
| 043007 | 060107 | 17 | 25-43 | 1546.97 | .00 | INT PD DT: 1546.97 | 5/01/07 | .00 | TR |

***NEW INVESTOR/POOL  421/0000003

| DATE PAID | NEXT DUE | TRANSACTION NBR | TRANSACTION CODE | TOTAL AMOUNT | PRINCIPAL | INTEREST | ESCROW | AMOUNT | CD SF |
|---|---|---|---|---|---|---|---|---|---|
| 043007 | 060107 | 16 | 81-99 | 400500.00- | 400500.00- | INT PD DT: .00 | 5/01/07 | .00 | TR |

***OLD INVESTOR/POOL  011/0000001

| DATE PAID | NEXT DUE | TRANSACTION NBR | TRANSACTION CODE | TOTAL AMOUNT | PRINCIPAL | INTEREST | ESCROW | AMOUNT | CD SF |
|---|---|---|---|---|---|---|---|---|---|
| 043007 | 060107 | 15 | 31-99 | 400500.00 | 400500.00 | INT PD DT: .00 | 5/01/07 | .00 | TR |
| 043007 | 060107 | 14 | 26-43 | 1546.97- | .00 | INT PD DT: 1546.97- | 5/01/07 | .00 | TR |
| 040607 | 060107 | 13 | 15-30 | 1546.97 | .00 | INT PD DT: 1546.97 | 5/01/07 | .00 | LB |
| 040607 | 060107 | 12 | 25-92 | 470.03 | .00 | INT PD DT: 470.03 | 5/01/07 | .00 | LB |
| 040607 | 060107 | 11 | 81-04 | 400500.00- | 400500.00- | INT PD DT: .00 | 5/01/07 | .00 | LB |

F3=Exit        F6=Next Loan        F12=Return

Date: 10/22/2007 Time: 4:35:55 PM



421 — Countrywide Bank

24 A

Document Name: untitled

1001702441 (CONT.)

LOAN TRANSACTION HISTORY SCREEN

| DATE PAID | NEXT DUE | TRANSACTION NBR CODE | TOTAL AMOUNT | PRINCIPAL | INTEREST | ESCROW | ** OTHER ** AMOUNT | CD | SF |
|---|---|---|---|---|---|---|---|---|---|
| 062707 | 070107 | 25 25-43 | 2048.33 | .00 | INT PD DT: 2048.33 6/01/07 | | .00 | TR | |

***NEW INVESTOR/POOL 356/9000001

| DATE PAID | NEXT DUE | TRANSACTION NBR CODE | TOTAL AMOUNT | PRINCIPAL | INTEREST | ESCROW | ** OTHER ** AMOUNT | CD | SF |
|---|---|---|---|---|---|---|---|---|---|
| 62707 | 070107 | 24 81-99 | 402064.44- | 402064.44- | .00 | INT PD DT: 6/01/07 | .00 | TR | |

***OLD INVESTOR/POOL (421)0000003

| DATE PAID | NEXT DUE | TRANSACTION NBR CODE | TOTAL AMOUNT | PRINCIPAL | INTEREST | ESCROW | ** OTHER ** AMOUNT | CD | SF |
|---|---|---|---|---|---|---|---|---|---|
| 062707 | 070107 | 23 31-99 | 402064.44 | 402064.44 | .00 | INT PD DT: .00 6/01/07 | .00 | TR | |
| 062707 | 070107 | 22 26-43 | 2048.33- | .00 | INT PD DT: 2048.33- 6/01/07 | | .00 | TR | |
| 061107 | 070107 | 21 02 | 1650.93 | 1564.44- | 2699.70 | INT PD DT: 515.67 6/01/07 | 125.16 | 11 | LB |
| | | | | | | | 143.51 | 12 | |
| 053107 | 060107 | 20 10 | 2.57 | .00 | INT PD DT: 2.57 6/01/07 | | .00 | | LB |
| 051607 | 060107 | 19 60-32 | 19.03- | .00 | INT PD DT: 19.03- 5/01/07 | | .00 | | WR |

*(handwritten: Own...ble Bd)*

Date: 10/22/2007  Time: 4:29:26 PM

F3=Exit          F6=Next Loan          F12=Return



*(handwritten annotations: "356 AHMA 2007-5 TRUST", "Found in Trust", "24B", "AHMA 2007-5", "356")*

American Home Mortgage Servicing
Investor Summary

As of Date: 9/17/2007

| Number | Name | Loans | Amount |
|---|---|---|---|
| 339 | Luminent Mortgage Trust 2006-7 | 904 | $344,957,104 |
| 340 | DBALT 2006-AR6 | 82 | $18,107,145 |
| 341 | HALO 2007-AR1 | 166 | $35,915,205 |
| 342 | BSABS 2007-AC1 | 1 | $185,851 |
| 343 | BSAMI 2007-AR1 | 1 | $388,852 |
| 344 | AHMA 2007-1 | 3,394 | $1,377,083,884 |
| 345 | AHMA 2007-2 | 4,128 | $1,618,927,177 |
| 346 | Harborview 2007-2 | 492 | $217,046,265 |
| 347 | DBALT 2007-AB1 | 130 | $27,167,365 |
| 348 | MARM 2007-3 | 1 | $188,349 |
| 349 | GSR 2007-OA1 | 3 | $1,979,422 |
| 351 | AHMA 2007-3 | 6,063 | $1,181,296,924 |
| 352 | AHMA 2007-4 | 969 | $361,094,010 |
| 355 | Harborview 2007-5 | 2,873 | $1,103,533,864 |
| 356 | AHMA 2007-5 | 2,134 | $758,630,775 |
| 357 | DBALT 2007-1 | 102 | $30,601,702 |
| 358 | Harborview 2007-6 | 48 | $18,835,308 |
| 360 | HALO 2007-AR2 | 3 | $699,879 |
| 399 | COMMUNITY DEV ADMIN FORECLOSURES | 6 | $375,437 |
| 400 | HSBC MORTGAGE CORP. (USA) | 3 | $69,162 |
| 401 | COMM. FIRSTBANK OF CHARLESTON | 14 | $192,627 |
| 403 | MUTUAL SAVINGS BANK | 2 | $61,071 |
| 421 | COUNTRYWIDE BANK | 1,301 | $477,709,631 |
| 424 | OLD NATIONAL BANK | 2 | $44,070 |
| 480 | CONNECTICUT HOUSING FINANCE | 50 | $3,771,195 |
| 503 | WELLS FARGO BANK MINNESOTA NA | 155 | $12,602,970 |
| 504 | WELLS FARGO BANK MINNESOTA NA | 72 | $5,370,473 |
| 505 | WELLS FARGO BANK MINNESOTA NA | 76 | $5,983,616 |
| 506 | WELLS FARGO BANK MINNESOTA NA | 68 | $5,453,625 |
| 507 | WELLS FARGO BANK MINNESOTA NA | 75 | $5,924,583 |
| 508 | WELLS FARGO BANK MINNESOTA NA | 54 | $3,981,612 |
| 510 | WELLS FARGO BANK MINNESOTA NA | 11 | $769,302 |
| 512 | AHMIT 2004-1 | 300 | $75,380,658 |
| 513 | AHMIT 2004-1 | 159 | $47,758,784 |
| 515 | MERRILL LYNCH | 41 | $17,758,204 |
| 518 | EMC/BEAR STEARNS | 3,250 | $1,200,397,364 |
| 519 | MORGAN STANLEY MTG CAPITAL INC | 1 | $154,000 |
| 530 | DEUTSCHE BANK | 1,668 | $179,435,473 |
| 532 | HSBC | 6 | $2,225,507 |
| 537 | Bank of America | 293 | $134,148,567 |
| 550 | FANNIE MAE LASER REPORTING | 380 | $30,073,281 |
| 551 | FANNIE MAE LASER REPORTING | 15 | $112,792 |
| 552 | FANNIE MAE LASER REPORTING | 3,092 | $449,249,770 |
| 560 | FANNIE MAE MBS | 7,102 | $588,070,525 |
| 561 | FANNIE MAE MBS | 2 | $20,213 |
| 562 | FANNIE MAE MBS | 12 | $403,780 |
| 563 | FANNIE MAE MBS | 24,511 | $3,914,666,370 |
| 564 | FANNIE MAE MBS | 492 | $79,981,245 |
| 565 | FNMA MBS | 661 | $115,121,596 |
| 585 | FANNIE MAE | 7 | $300,817 |
| 592 | AHMIT 2004-2 | 808 | $173,625,978 |
| 593 | AHMIT 2004-2 | 636 | $211,310,569 |

Schedule S.6.a

Page 2 of 3

AMERICAN HOME MTG SERVICING
COLLECTION HISTORY PROFILE

DATE: 10/30/07
TIME: 11:40:11

Loan 100170241  Inv # 356
Mortgagor
38645 37th Street East
Palmdale  CA 93550

SRV869R
PAGE 3

PMT 1,650.93  Due 10/04/07
P&I 1,335.26  TYPE 05
1,707.65  #PMTS 00001

DESCR 407:157.15EV
MSG 831-547 (H)
Phone 831-547273.83 (W)

| Cls Code | Assgn/By | Entered | Time | Target | Amt/Pmt | Cleared | Amt/Pmt |
|---|---|---|---|---|---|---|---|
| DX10 | CONCBRTO NO ANSWER | 10/23/07 | 20:09 | 10/23/07 | .00 | 10/24/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/23/07 | 18:08 | 10/23/07 | .00 | 10/24/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/23/07 | 16:01 | 10/23/07 | .00 | 10/24/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/23/07 | 14:00 | 10/23/07 | .00 | 10/24/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/24/07 | 22:00 | 10/24/07 | .00 | 10/25/07 | .00 |
| DX05 | CONCBRTO BUSY | 10/24/07 | 21:18 | 10/24/07 | .00 | 10/25/07 | .00 |
| DX05 | CONCBRTO BUSY | 10/24/07 | 19:17 | 10/24/07 | .00 | 10/25/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/24/07 | 17:17 | 10/24/07 | .00 | 10/25/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/24/07 | 15:10 | 10/24/07 | .00 | 10/25/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/25/07 | 23:25 | 10/25/07 | .00 | 10/26/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/25/07 | 20:35 | 10/25/07 | .00 | 10/26/07 | .00 |
| DX05 | CONCBRTO BUSY | 10/25/07 | 19:44 | 10/25/07 | .00 | 10/26/07 | .00 |
| DX05 | CONCBRTO BUSY | 10/25/07 | 19:03 | 10/25/07 | .00 | 10/26/07 | .00 |
| DX05 | CONCBRTO BUSY | 10/26/07 | 17:07 | 10/26/07 | .00 | 10/29/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/26/07 | 14:16 | 10/26/07 | .00 | 10/29/07 | .00 |
| DX10 | CONCBRTO NO ANSWER | 10/27/07 | 11:17 | 10/27/07 | .00 | 10/29/07 | .00 |
| DX05 | CONCBRTO BUSY | 10/28/07 | 20:58 | 10/28/07 | .00 | 10/29/07 | .00 |
| DX05 | CONCBRTO | 10/29/07 | 22:49 | 10/29/07 | .00 | 10/30/07 | .00 |

Refused All Calls

25 A

OCT. 30. 2007   3:51PM   AM●    HM MORTGAGE                    NO. 9819   P. 1

DATE: 10/30/07                  AMERICAN HOME MTG SERVICING                    SRV8699
TIME: 16:40:13                  COLLECTION HISTORY PROFILE                     PAGE: 1

Loan: 1001702441        Inv # 356   Arm:N Split:N Tot'l 9,358  P&I  1,650.92 Dio:10/01/01
Name:                                          HSG  #1: #2: #3:   PZI  1,707.69 MNTH5  00001
34645 37th Street East                    Phone (H) 431-547-6373           CFP:
Palmdale          CA 93550

Clf Code Rcsd/By   Entered  Time          Target     Amt/Pmt  Cleared   Amt/Pmt

CS  CCIP P.TORRES          6/01/07   13:28  6/01/07                       .00  6/01/07              .00
         P.TORRES          IED PARTY, CUSTOMER CARE CALL
                           Caller Name:Mary Company Name:Historical Real Estate Plaza
                           not author. 805 644 2281.

CS  RPSC  P.TORRES          6/03/07   20:30  6/03/07                       .00  6/03/07              .00

CS  IXOD  P.TORRES          6/03/07   13:39  6/03/07                       .00  6/01/07              .00
                           INBOUND Amt CAPTURE: 805644 2316

CS  IXNK  C.BRENDA          6/26/07   16:21  6/27/07                       .00  6/27/07              .00
          C.BRENDA         INTERFACE ERROR - ADD IN UPDATED & AUDITED
                           updated margin to reflect note

CS  RETN  C.TYLER           7/03/07   16:12  7/03/07                       .00  7/03/07              .00
          C.TYLER          RETURNED CALL ITEM RECEIVED

C1  RETN  C.TYLER           7/03/07   16:12  7/03/07                       .00  7/03/07              .00
          C.TYLER          RETURNED MAIL ITEM RECEIVED

C1  RPSC  C.TYLER           7/03/07   20:31  7/03/07                       .00  7/03/07              .00
          **               SCORE

CS  IXON  C.TYLER           7/13/07   13:07  7/13/07                       .00  7/13/07              .00
          **               X SELL-AM BANK CD

C1  RPSC  C.TYLER           8/03/07   20:30  8/03/07                       .00  8/03/07              .00
          **               SCORE

C1  RPSC  C.TYLER           8/14/07   20:30  8/14/07                       .00  8/14/07              .00
          **               SCORE

CS  RPSC  C.TYLER           9/03/07   20:31  9/03/07                       .00  9/03/07              .00
          C.TYLER          SCORE

C1  XMON  C.TYLER           9/05/07   10:52  9/05/07                       .00  9/05/07              .00
          C.TYLER          RETURNED MONTHLY STATEMENT
                           07/12

C3  XNAN  C.TYLER           9/05/07   10:53  9/05/07                       .00  9/05/07              .00
          C.TYLER          RETURNED ARM NOTIFICATION

CS  XSAV  **               9/10/07    9:32  9/10/07                       .00  9/10/07              .00
          **               X SELL - AM BANK SAVINGS ACCT

CS  RTMS  C.TYLER           9/13/07   11:01  9/13/07                       .00  9/13/07              .00
          C.TYLER          RETURNED MONTHLY STATEMENT

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

*Rec 4-11-08*

And when recorded mail to
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA , CA 92711-1988

_____ Space above this line for recorder's use _____

# NOTICE OF TRUSTEE'S SALE

T.S. No: B349544 CA     Unit Code: B     Loan No: 1001702441/DOBBEN
Min No: 100024200017024411
AP #1: 3021-034-001

T.D. SERVICE COMPANY, as duly appointed Trustee under the following described Deed of Trust WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (in the forms which are lawful tender in the United States) and/or the cashier's, certified or other checks specified in Civil Code Section 2924h (payable in full at the time of sale to T.D. Service Company) all right, title and interest conveyed to and now held by it under said Deed of Trust in the property hereinafter described:

Trustor:  MONA S. DOBBEN

Recorded  April 19, 2007  as Instr. No.  20070940615  in Book  ---  Page ---  of Official Records in the office of the Recorder of  LOS ANGELES County; CALIFORNIA , pursuant to the Notice of Default and Election to. Sell thereunder recorded  December 31, 2007  as Instr. No.  2007-2865034 in Book  ---  Page ---  of Official Records in the office of the Recorder of   LOS ANGELES   County CALIFORNIA.

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED APRIL 10, 2007.  UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

38645 37TH STREET EAST, PALMDALE, CA 93550
"(If a street address or common designation of property is shown above, no warranty is given as to its completeness or correctness)."

Said Sale of property will be made in "as is" condition without covenant or warranty, express or implied, regarding title possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest as in said note provided, advances, if any, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Said sale will be held on:
**APRIL 29, 2008, AT 11:00 A.M. *AT THE WEST SIDE DOORS TO THE LOS ANGELES COUNTY COURTS BUILDING, 12720 NORWALK BLVD, NORWALK, CA**

At the time of the initial publication of this notice, the total amount of the unpaid balance of the obligation secured by the above described Deed of Trust and estimated costs, expenses, and advances is $435,533.76.  It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

*26A*

Page 2
T.S. No: B349544 CA      Unit Code: B      Loan No: 1001702441/DOBBEN

Date:  April 1, 2008

T.D. SERVICE COMPANY as said Trustee,

BY

KIMBERLY COONRADT, ASSISTANT SECRETARY
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210, P.O. BOX 11988
SANTA ANA,  CA 92711-1988
(714) 543-8372

We are assisting the Beneficiary to collect a debt and any information we obtain will be used for that purpose whether received orally or in writing.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If available, the expected opening bid and/or postponement information may be obtained by calling the following telephone number(s) on the day before the sale: (714) 480-5690 or you may access sales information at www.ascentex.com/websales.

26B

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA, CA 92711-1988

_____ Space above this line for recorder's use _____

## SUBSTITUTION OF TRUSTEE

T.S. No: B349544 CA      Unit Code: B      Loan No: 1001702441/DOBBEN
Min No: 100024200017024411
AP #1: 3021-034-001
Property Address: 38645 37TH STREET EAST, PALMDALE, CA 93550

NOTICE IS HEREBY GIVEN: That the undersigned present beneficiary desires to substitute a new Trustee under the Deed of Trust hereinafter referred to in the place and stead of the present Trustee thereunder, in the manner provided for in said Deed of Trust and does hereby substitute **T.D. SERVICE COMPANY, 1820 E. First St., Suite 210, P.O. Box 11988, Santa Ana, CA 92705**

GATEWAY TITLE was the original Trustee in the Deed of Trust hereinafter described:

Trustor: MONA S. DOBBEN

Recorded April 19, 2007 as Instr. No. 20070940615 in Book --- Page --- of Official Records in the office of the Recorder of LOS ANGELES County; CALIFORNIA

Dated 12/28/07

```
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) ACTING SOLELY AS
NOMINEE FOR AMERICAN HOME MORTGAGE SERVICING, INC (MIN100024200017024411)

BY _____     BY _____
   ROBERT HARDMAN
   VICE PRESIDENT
```

26C

Page 2
T.S. No: B349544 CA    Unit Code: B    Loan No: 1001702441/DOBBEN

FOR CORPORATE ACKNOWLEDGEMENT
STATE OF _____*Texas*_____ )
COUNTY OF _____*Dallas*_____ )SS

On_____*JAN 0 2 2006*_____ before me, the undersigned, a Notary Public in and for said County and State
personally appeared _____*Robert Hanahan*_____, personally known
to me to be the _____*Vice President*_____ and _____
personally known to me to be the _____ of the Corporation that executed the
within Instrument, personally known to me (or proved to me on the basis of satisfactory evidence) to be the
persons who executed the within Instrument, on behalf of _____ the
Corporation therein named, and acknowledged to me that such Corporation executed the within Instrument
pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

_____*Rosario Gonzalez*_____
Notary Public in and for said County and State

ROSARIO GONZALEZ
Notary Public
State of Texas
My Comm. Exp. 07-17-2010

26 D

# AFFIDAVIT

T.S. No: B349544 CA      Unit Code: B      Loan No: 1001702441/DOBBEN

STATE OF CALIFORNIA          )
COUNTY OF ORANGE          )ss.

On 04/03/08, I mailed a copy of the attached Substitution of Trustee to the Trustee of record under the Deed of Trust described in said Substitution; and

A copy of the attached Substitution has been mailed, prior to the recording thereof, in the manner provided in Section 2924b of the Civil Code of the State of California, to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Affiant

STATE OF California      )
COUNTY OF Orange      )SS

On 4-3-08 before me, S Long _____, a Notary Public, personally appeared Kimberly Coonradt _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

S. LONG
COMM. # 1785185
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 6, 2012

AFFIDAV

26E

# WEINER BRODSKY SIDMAN KIDER PC



1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
11/16/2007
Account No:      98077-079M
Statement No:         7

Rush v. American Home

| | | Rate | Hours | |
|---|---|---|---|---|
| **10/15/2007** | | | | |
| NWH | email from bankruptcy counsel re: Rush filing motion in bankruptcy action relating to her lawsuit, effect and merits of same; review pleadings filed by Rush and two other borrowers; telephone conference with D. Friedman, J. Kalas and bankruptcy counsel re: same; | 255.00 | 1.80 | 459.00 |
| **10/19/2007** | | | | |
| NWH | email from bankruptcy counsel re: pleadings filed in case so far; email response re: same; | 255.00 | 0.30 | 76.50 |
| **10/25/2007** | | | | |
| NWH | review opinion/order from court on other defendants' motions to dismiss; | 255.00 | 0.30 | 76.50 |
| | For Current Services Rendered | | 2.40 | 612.00 |
| | Total Current Work | | | 612.00 |
| | Balance Due | | | $612.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

27 A

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                     :     **Chapter 11**

                           :

     **American Home Mortgage**   :     **Jointly Administered**

     **Holdings, Inc. <u>et al</u>.,**        :     **Under Case No. 07-11047 (CSS)**

                           :

                           :

     **Debtors**                   :

                           :

## MOTION FOR DISCLOSURE UNDER U.S.C. § 363, § 1106, AND BANKRUPTCY RULE 2004, DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY DEBTORS AND COMPLAINT FOR INJUNCTION AND PROTECTION OF TAX ESCROW ACCOUNTS AND REQUEST FOR APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN PURSUANT TO U.S.C. § 332 <u>AND TRUSTEE OR EXAMINER PURSUANT TO U.S.C. § 1104</u>

Mona Dobben, pro se, moves this Court for entry of an order pursuant to U.S.C.

§323, and U.S.C. §1106 of title 11 of the United States Code, 11 U.S.C. § § 101, <u>et seq</u>. (the

"<u>Bankruptcy Code</u>") and rule 2004 ("<u>Rule 2004</u>") of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), directing the examination of, an production of documents by,

American Home Mortgage, et al ("<u>Debtors</u>"). Plaintiff moves this court for an appointment of

Consumer Privacy Ombudsman pursuant to U.S.C. §332 and Trustee or Examiner pursuant to

U.S.C. §1104. In support of the Motion, the Plaintiff states as follows:

---

1. The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc.("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ( "<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Investment</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc.( "<u>AHM Servicing</u>"), aMaryland corporation(7257); American Home Mortgage Corp. ("<u>AHM Corp</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ( "<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ( "<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ( "<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

and traded in various derivative transactions like bubblegum baseball cards and their transfers, sales, pledges etc., are not publicly recorded. As such, only possession of the actual original note can prove the actual owner and holder in due course of the note and whom Ms. Dobben can discuss the very serious issues of mortgage fraud and loss mitigation and pending litigation.

Ms. Dobben has a right to know the rightful owner of the note and the rightful owner of the note has the right to direct communication with the borrower to address this very serious loss exposure of over $400,000. If the note has been pledged and encumbered, then that party must be made aware of the potential losses associated with these issues, and Ms. Dobben has the right to secure release of the note, before further damage is done to all parties of interest. Those parties, if the court upholds the continued control of loans through American Home Mortgage Servicing may be left unaware of pending litigation in which they will be held ultimately responsible for defending therefore making transfer of documents an urgent matter.

63.   Ms. Dobben's note may be in the Broadhollow LLC, Melville LLC, or a wide variety of other LLC's or loan pools. It is imperative that this court reveal the true owner of the note as Ms. Dobben and other borrowers have no recourse without court intervention, to obtain this information through American Home Mortgage Servicing or MERS.

64.   When asked, American Home Mortgage refuses to provide and such information as to the true owners of mortgage notes, and in some cases claims to own the notes. They refuse to provide any agreements they may have with lenders whom loans they service. Ms. Dobben demands to know the entire chain of title to her property and the true owner of her note.

## THIRD PARTY LIABILITY

65.   When American Home Mortgage sells a loan to an investor, they are required to

21

future rate increases on, and the pay option arm loan. The broker premium YSP of $6307.88 was paid by American Brokers Conduit for negligently and fraudulently creating a loan in which Ms. Dobben can not be held responsible.

81.   Ms. Dobben did not receive proper disclosures under TILA, appraisal or even a complete set of loan documents, including her important right of rescission. Ms. Dobben settlement did not take place within RESPA guidelines and Ms. Dobben did not sign paperwork or otherwise understand what type of loan or agreements were being executed in her name. She was forced under severe duress to sign documents, and a notary by the name of Deborah Huffert, hired by the perpetrators of the fraud, did not explain any of the documents Ms. Dobben was signing. Federal laws and many state laws were broken in the creation of this loan.

82.   Numerous entities including Historical Real Estate & Finance, Preferred Real Estate and Finance, American Brokers Conduit, American Home Mortgage Acceptance, Titan Escrow, LandAmerica Gateway Title, and other known and unknown entities did engage in civil RICO conspiracy with AHM and did exact fraud on the Plaintiff for the purpose of pecuniary gain. The damage of which is now negatively affecting Ms. Dobben and damages will continue to mount if these serious issues are not promptly addressed.

83.   Ms. Dobben, through consumer advocate, Paula Rush, has made repeated attempts to reach someone at American Home Mortgage Corporate to discuss this issue and has been disconnected several times after calling 214-260-6806. Ms. Rush has been given the run around and put into automated voice messaging, disconnected, and spoken to employees who have refused to give their names at extension 516-396-7700. Through repeated attempts Ms. Rush finally reached a person who identified himself as Henry Cruz. He did not reveal his position or

27 **27D**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| American Home Mortgage | : | Jointly Administered |
| Holdings, Inc. et al., | : | Under Case No. 07-11047 (CSS) |
| | : | |
| | : | RE: DOCKET # 2754 |
| Debtors | : | |

### JOINDER OF MONA DOBBEN TO THE
### OBJECTION TO SALE OF LOANS
### FREE AND CLEAR OF LIENS OR LIABILITIES

      Mona Dobben, pro se, hereby joins the Objection of Paula Rush to the Debtor's

request to sell off loans assets free and clear of liens and liabilities, ( Docket # 2754) and in

support thereof represents as follows:

1.     Joinder hereby adopts and incorporates the arguments and assertions set forth in the

Objection and reserves all rights to assert any rights or remedies associated with this petition.

2.     Joinder hereby renews the request for demand to know the true owner or master servicer

of her loan pursuant to TILA 1641(f)(2) and request protections afforded under 363(o).

3.     Joinder objects that once again the Debtor's are proceeding to attempt to sell loans under

a description that could fit my loan description, and therefore I renew my request for disclosure.

---

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number
are: American Home Mortgage Holdings, Inc.("AHM Holdings") (6303); American Home Mortgage Investment
Corp. ( "AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Investment"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ( "AHM Servicing"),
aMaryland corporation(7257); American Home Mortgage Corp. ("AHM Corp"), a New York corporation (1558);
American Home Mortgage Ventures LLC ( "AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ( "Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
 ( "Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.



4.     Joinder  strongly object to loans sold under the circumstances which the Debtor categorizes as being: 60 days or more delinquent, in default, and/or that may contain some underwriting or compliance issues, being sold to a former financing partner to avoid liabilities on such loans.

5.     For these reasons , and for the reasons set forth in the Objection, the Joinder objects to the relief sought in Docket #2754.

**WHEREFORE**, the Joinder respectfully requests that the Court deny the motion, or in the alternative add protections and alter the terms, and grant any further relief as the Court may deem just and proper.

Mona Dobben pro se
9208 N. 107th Drive
Sun City AZ 85351
623-547-6373

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Motion was

mailed overnight to:

US Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

AND

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Motion was

faxed to:

Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453

*Signatory on Trust*

Joseph  M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

Mona Dobben pro se
9208 N. 107th Drive
Sun City AZ 85351
623-547-6373

3

276

9/27/0 7

## CERTIFICATE OF SERVICE

I hereby certify that on this 18h day of September, 2007, I mailed a copy of the foregoing Request for Notices and Service of Papers was mailed by first class mail, postage prepaid to:

Pauline K. Morgan, Esquire
Young, Conoway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391

Mona Dobben  Date: 9-27-07
Mona Dobben
9208 N. 107th Drive
Sun City AZ 93534
443-676-3509

27 H

32

# CERTIFICATE OF SERVICE

I hereby certify that on this 3nd day of October, 2007, a copy of the foregoing Motion was mailed by first class mail, postage prepaid to:

Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453


Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

By Fax to:
Senator Schumer
Phone: 202-224-7391
Fax 202-228-3027
and
Senator Dodd
Phone: 202-224-6542
Fax 202-224-5137


For: _____    Date: 10/2/07
Mona Dobben
9208 N. 107th Drive
Sun City AZ 93534
443-676-3509

27i

32

Attmt #1

September 25, 2007

Fax to: American Home Mortgage Atten: Mr. CRUZ 866-898-9662          32

Mona S. Dobben
9208 N. 107th Drive  Sun City AZ 93534

RE: 38645 37th Street  East, Palmdale CA 93550
Account # 1001702441 $400,500

To Whom it May Concern,

    Mona S. Dobben  does hereby authorize Paula Rush, to inquire and discuss all matters relating to this mortgage originated by American Brokers Conduit, Loan # 1001702441, American Home Mortgage, which upon information and belief originally settled 4/19/2007 with a principal balance of $400,500. (TBD). Ms. Rush is a consumer advocate and lender liability specialist. She will assist the above party, Ms.Dobben, in retaining an attorney and filing all appropriate complaints and legal actions to protect her interest.

    At this point, it is urgent that the parties cooperate fully in producing documents in relation to this loan transaction.  The goal of Ms. Rush is to attempt to mediate a resolution without further need for litigation. This is merely an attempt to gather information and determine if misconduct and/or violations of law exist and what, if anything, the parties in question are willing to do to resolve the issues presented. It is in the best interest of all parties to mediate a solution. However, if the parties involved don't exhibit a willingness to cooperate and reach a resolution, all appropriate State and Federal agencies will be enlisted for help in a resolution. Time is of the essence.

Moan Dobben, does hereby grant Ms.Rush this permission to speak on my behalf and obtain any information necessary from all parties listed herewith related to this loan transaction: 38645 37th Street East, Palmdale CA 93550.

You cooperation would be greatly appreciated and in your best interest. This is attempt to alert your company to a mortgage fraud ring and prevent further damage to American Home Mortgage. Other lenders have been alerted and information is being openly shared. If I can't get voluntary cooperation a formal document has been prepared and will be filed with the bankruptcy court. It is in the best interest of the investor in Ms. Dobben's note or any other counterparty associated with this note, to comply and cooperate fully.

Thank you,
Paula Rush
Paularush@comcast.net
http://lenderliabilitylaw.com
443-676-3509 Fax 410-914-5315

Mona Dobben _Mona Dobben_      Date: 11-13-07
**Page 1 of 3**



Nov. 13, 2007

Mona S. Dobben
RE: 37th Street East, Palmdale CA 93550
Account # 0001702441 Balance $400,500
American Home Mortgage

To Whom it May Concern,

   Mona S. Dobben does hereby authorize Paula Rush, to inquire and discuss all matters relating to this mortgage, which upon information and belief originally settled between 4/10/2007 and 4/19/2007. (TBD). Ms. Rush is a consumer advocate and lender liability specialist. She will assist the above party, Ms.Dobben, in retaining an attorney and filing all appropriate complaints and legal actions to protect her interest.

   At this point, it is urgent that the parties cooperate fully and attempt to resolve this matter to protect the interest of all parties. The goal of Ms. Rush is to attempt to mediate a resolution without further need for litigation. This is merely an attempt to gather information and determine if misconduct and/or violations of law exist and what, if anything, the parties in question are willing to do to resolve the issues presented. It is in the best interest of all parties to mediate a solution. However, if the parties involved don't exhibit a willingness to cooperate and reach a resolution, all appropriate State and Federal agencies will be enlisted for help in a resolution. Time is of the essence.

Mona Dobben, does hereby grant Ms.Rush this permission to speak on my behalf and obtain any information necessary from all parties listed herewith related to this loan transaction.

Your cooperation would be greatly appreciated and in your best interest. This is attempt to alert your company to a mortgage fraud ring and prevent further damage to numerous lenders who have been alerted and information is being openly shared. Failure to receive voluntary cooperation will result in an escalation of damages to both the investor and Ms. Dobben. It is in the best interest of the investor in Ms. Dobben's note or any other counterparty associated with this note, to comply and cooperate fully in reaching a resolution to this important matter.

This is the second attempt to provide this release as the original was provided to attorneys for American Home at the bankruptcy court in Delaware, however when Ms. Rush attempted to call you have stated you did not receive such release. Ms. Rush can be reached at 443-676-3509.

Thank you,

Mona Dobben  ~Mona Dobben~    Date: 11-13-07

Address: 9308 N. 107th Dr. SunCity Az 85351

Phone: _____

2nd release sent

29 A

## THE PARTIES TO THE LOAN TRANSACTION

### HISTORICAL Real Estate & Finance
Holds -CA Finance License & Residential Mortgage license & CA Dept of Corporations
*Gregory Blair Clark* **– Officer Historical**
1937 Goodyear Ave. Suite #705  Ventura CA 93003
1530 Callens Rd Ventura CA 93003 – The location this loan URLA came from
Branch 909 800-299-3324

1937 Goodyear Ave #705 Ventura CA 93003
License ID 01228776 Expiration 11/19/09
Designated Officer/Broker : #00841172 Expiration 1/09/08
*Gregory Blair Clark*  Other Adresses
2860 Dalhart Ave Simi Valley CA 93063
24005 Ventura Blvd.  Calabasas CA 91302
*Pat M. Downey & Norma Downey* **– ( INVOLVED IN SEVERAL LOANS)**

### Salespersons:
*Samer Theodory* # 01501831 Expiration 11/04/09
Also associated with **Preferred Real Estate**
Conditional Suspension 5/6/07 Removed 5/29/07
6532 Manzanita Drive  Palmdale CA 93551

### Preferred Real Estate
*Ilham Theodory*
659 W. Lancaster Blvd. Lancaster CA 93534
646 Lancaster Blvd. Suite 101 Lancaster CA 93534
661-949-2477 Fax 661-948-3383

### LENDER Current Note Holder or Mortgage Servicer
**American Home Mortgage  Servicing**
PO BOX 660029
Dallas TX  75266-0029

**American Brokers Conduit**
1500 W. Shaw Avenue Suite 403
Fresno CA 8-93711
Paperwork prepared by: Jeanne Brisendine 559-650-4321

**Page 2 of 3**

²29 b

**Seller:**
Issa Saliba Maymoun
Tamam Issa Maymoun
SALES PRICE $445, 000

**Settlement Agent:**
Titan Escrow – Escrow # 1-11525-SG
Susie George 661-945-8880
1216 West Avenue J. Suite 300, Lancaster, CA 93534

**Loan Document Signing Fee went to Notary:** Deborah Huffert 623-293-2988

**Title Insurance:**
LandAmerica Gateway Title
#1021506
J. Williams 818-953-2300
GATEWAY TITLE
1405 N. San Fernando BLVD.
Burbank CA 91504

**APPRAISER**
*UNKNOWN*

Ms. Rush may speak to any of these parties on my behalf.

Mona Dobben _____    Date: 11-13-07

29c

. A QUALIFIED WRITTEN RE....

*21*

RE: Mona Dobben
SSN: 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
Loan No: #1001702441
Address of Property: 38645 37th Street East
Palmdale CA 93550-8120


11/13/2007

RE: Mona Dobben

American Home Mortgage
To Whom It May Concern:

Please treat this letter as a **"qualified written request"** under the Real Estate Settlement
Procedures Act, 12 U.S.C. Section 2605(e).

I am making this request due to my dispute of the amount alleged to be due and owing due to
fraudulent origination and fraudulent concealment by a convicted mortgage fraud felon, Patrick
Downey operating under the license of Historical Real Estate, Greg Clark, 1530 Callens Rd.
Ventura CA 93003. Both did commit fraud in this real estate transaction and loan origination.

The conspiracy included several parties, including appraisers, title settlement and escrow agents,
and two real estate companies. All of these individuals and companies are implicated in several
other known fraudulent transactions with various lenders in which the ring leader, Patrick Downey
is the common denominator. A complete list of companies and individuals is available to enable
you to put them on a "red flag" list as EMC Bear Stearns, and Countrywide has already done.
Complaints have been filed with the FBI and the DA office.

This contract was propagated by a convicted felon working under another person's license and
contained material misrepresentations including the loan terms and the value of the property. The
loan file does not contain even half the documents a borrower would normally receive and
borrower does not even have a purchase agreement. In the course of this conduct Ms. Dobben was
misled completely and fraud was committed which caused her financial harm. Under duress and
with fraud the loan was consummated with the aid of the notary and title settlement agent who
sent people to Arizona and presented Ms. Dobben with papers without any explanations and Ms.
Dobben never received a full set of said documents.

On several other transactions, which Paula Rush has already received complete loan files from
lenders, upon document reviews from this mortgage fraud group, it was evident documents were
forged, altered and no one was ever given a complete set of documents. Upon petitioning of the
bankrutpcy court and receiving Ms. Dobben's file it was clearly evident the same practices were in
this loan file. The signatures on over 80% of the documents do not even remotely resemble Ms.
Dobben's signature. American Home Mortgage was negligent in underwriting and processing this
loan. It is urgent to address this issue to protect the investor or other financing partners of this
transaction.



This contract was illegally and negligently created by a person and others who are not properly licensed and had been previously convicted of mortgage fraud, documents were forged, appraised value was inflated, therefore rendering this contract void and unenforceable. Consumer fraud existed and the sham of a real estate swindle was perpetrated. Ms. Dobben is a senior citizen and this constitutes elder abuse.

I therefore assert this transaction is void under the Common Law Title Rule:  Voidable title UCC 2-403(1) – passage of title by fraud – codifies and defines common law rules of voidable titles – eg,  title acquired by fraudulent means.
And Under: Equitable Estoppel: Ms. Dobben was induced to consumate a transaction and therefore this doctrine prohibits a person, upon principles of honesty and fair and open dealing, from asserting rights, the enforcement of which would, through his omissions or commissions, work fraud and injustice.

I'm sending you my notice of right of extended rescission covered under TILA and RESPA. Upon giving of this notice, the security interest in 38645 37th Street East, Palmdale CA 93550-8120, giving rise to the right of rescission becomes void and the I shall not be liable for any amount, including any finance charge. CFR226.23(d)(1)
**Within 20 days American Home Mortgage must take action required to cancel the security interest and must return any money paid on the loan. 12CFR226.23(d)(2)**

If you are unwilling to comply and void this transaction and return all sums paid on this account, please provide the information of the true owner of the note. If you are simply the servicer, please provide the name and address of said holder. Please disclose if your relationship to this entity includes any residual interest in my mortgage note under any agreement other then servicer.  I demand to know the terms of that involvement including if my loan is pledged or otherwise encumbered as part of a senior or subordinated note.



I demand you provide the owner of my loan or master servicer information as required under
### 15 USC  TILA Sec. 1641. - Liability of assignees
(f) Treatment of servicer
(1) In general -A servicer of a consumer obligation arising from a consumer credit transaction shall not be treated as an assignee of such obligation for purposes of this section unless the servicer is or was the owner of the obligation. (2) Servicer not treated as owner on basis of assignment for administrative convenience A servicer of a consumer obligation arising from a consumer credit transaction shall not be treated as the owner of the obligation for purposes of this section on the basis of an assignment of the obligation from the creditor or another assignee to the servicer solely for the administrative convenience of the servicer in servicing the obligation. **Upon written request by the obligor, the servicer shall provide the obligor, to the best knowledge of the servicer, with the name, address, and telephone number of the owner of the obligation or the master servicer of the obligation.**

I demand to know the  "Holder in due course" Section § 3-302 as defined under this article, of  My "Note" as defined under Section § 3-104 which is "Payable at a definite time" as defined under Section § 3-108. I demand to know to whom it is payable under "Payable to bearer" Section § 3-109, and the "Person entitled to enforce" as defined under Section § 3-301 and  I immediately require the IDENTIFICATION OF PERSON TO WHOM INSTRUMENT IS PAYABLE as defined in § 3-110. If any transfers have occurred as defined under "Transfer of instrument" Section § 3-203 or under "Negotiation" Section § 3-201, I demand to know when those transfers occurs and entire chain of title to my mortgage note. I demand all transfer documentation if my mortgage note if it has been sold, traded, bifurcated, securitized as part of a loan pool, or otherwise

29E

encumbered and you are not . . . legal holder or person to exercise the r . . . . of rescission against as defined under § 3-305. DEFENSES AND CLAIMS IN RECOUPMENT.

I demand to know the policies and procedures you are following in reference to my mortgage loan, and any specific guidelines of any parties of interest in my mortgage note whether that be a trustee, holder in due course, administer or executor of a securitization trust, a private trust owner, loan pool mortgage insurer, credit enhancer, and any Fannie Mae or other government entity guidelines you are required to follow under servicing agreements.

## REMEDIES REQUESTED:

Due to common law fraud and fraudulent concealment, TILA and RESPA violations, I assert my extended three year right of full loan rescission and voidable title. I reserve all rights to additional causes of action, which may be revealed from ongoing investigation and document discovery against all parties to this transaction.

**RESCISSION** The extended right of rescission lasts for 3 years from the date of closing the loan. 12 CFR 226.23 (a)(3)Semar v Platte  Valley Fed. S&L Assn.  791 F. 2d 699 ( 9th Cir. 1986)

The rescission remedy runs against any assignee: " Any consumer who the right to rescind a transaction under section 1635 of this title may rescind the transaction against any assignee of the obligation. " 15 USC 1641 (c)Mount v La Salle Bank Lake View 926 F. Supp. 759 (N.D. Ill. 1996) This rescission remedy requires that the Lender release the security interest in the property and all payments paid should be credited against the principal.

additional award of statutory damages. $2000  White v WMC Mortgage 2001 US District . LEXIS 15907, at * 5 (E.D. Pa. July 31, 2001  Mayfield v Vanguard Savings & Loan, 710 F. Supp. 143, 145 ( E.D. Pa. 1989)

American Home Mortgage should disgorge itself of all funds paid on the loan including all payments tendered and closing cost plus; pay $10,000 in punitive damages;  pay $2,000 in statutory damages; pay treble damages for the amount paid for settlement service; pay attorneys fees and costs. 12 USC 2607(d); pay treble damages for the YSP premium paid to the broker; and rescind the loan and void the interest in title to provide equitable relief under UCC Code. Voidable title UCC 2-403(1)

Thank you for taking the time to acknowledge and answer this request as required by the Real Estate Settlement Procedures Act (sec. 2605(e). To negotiate a settlement and resolve this matter in an efficient and timely matter, to ensure any financing partner which are now a party to this transaction may be protected from the expense of litigation, and the property in question may be secured by said entity,  please let me know within the required timeframe of your intentions as required under RESPA.

Sincerely,

NAME  L. Yona Robben          DATE: 11-13-07

ADDRESS: _____

**29 F**

31

rec'd 11/16/07

SENDER: COMPLETE THIS SECTION

- ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ▣ Print your name and address on the reverse so that we can return the card to you.
- ▣ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_____    11/16/2

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

American Home Mortgage
4600 Regent Blvd. Ste 200
Irving, Tx. 75063

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)      7005 1620 0004 4861 6778

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

30 A

#5

10/30/07

CONFIDENTIAL
Loan
File

10/30/07

*The World Or*



FedEx Express Shipping

ORIGIN ID: ZWIA (302) 571-6600
JDTUL
YOUNG CONAWAY STARGATT TAYLOR
1000 N WEST ST FL 17

WILMINGTON, DE 19801
UNITED STATES US

TO MONA DOBBEN

    9208 N. 107TH DRIVE

    SUN CITY, AZ 85351

Ref: 066585.1001/0531
Dept: BANKRUPTCY

Ship Date: 29OCT07
ActWgt: 0 3 LB MAN
System# 0744218/CAFE2352
Account: S 018139070

FedEx
Express

Delivery Address
Barcode

BILL SENDER

PRIORITY OVERNIGHT

TRK# 9354 9248 5466    Form
                       020?                PHX    A3

85351   -AZ-US    XH BXKA

TUE
Deliver By:
30OCT07

American Home Atty's
Sent

Align bottom of Peel and Stick Airbill here.

"AHM"

31 A

FedEx

# Express

*The World Or*

FRANK DOBSON
9208 N. 107TH DRIVE

SUN CITY, AZ 85351
Ref: 060585.1001/0531
Dept: BANKRUPTCY

Delivery Address
Barcode

BILL SENDER

PRIORITY OVERNIGHT
TRK#  9354 9248 6486    Form
0201

85351    -AZ-US    XH    BXKA

PHX    A3

TUE
Deliver By:
30OCT07

CLS050107/22/23



FedEx
Express

For FedEx Express® Shipments Only

Align bottom of **Peel and Stick Airbill** here.

316



# First Class Mail

DLASK
YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

**Mona Dobben**
9208 N. 107th Drive
Sun City, AZ 85351
066585.1001/531



$ 00.97
11/02/2007
Mailed from 19801




32A








# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI JR.
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTE T. SQUIRE
MICHAEL P. STAFFORD
CHAD S. C. STOVER
RICHARD J THOMAS
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-5003
DIRECT FAX: (302) 576-3289
kenos@ycst.com

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

December 19, 2007

**VIA FIRST CLASS MAIL**

Paula Rush
2651 Peery Drive
Churchville, MD 21028

Re:    American Home Mortgage Holdings, Inc. et al.,
         Case No. 07-11047 (CSS)

Dear Ms. Rush:

As you know, this firm represents American Home Mortgage Servicing, Inc. ("AHM Servicing") and certain of its direct and indirect affiliates (collectively, the "Debtors") in connection with the above-referenced proceeding. On August 6, 2007, each of the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

This correspondence is in response to certain phone calls you have recently made to David Friedman, the Executive Vice President of AHM Servicing, with regard to the mortgage loan serviced by AHM Servicing to which Mona Dobben is the mortgagor (the "Dobben Loan"). Please be advised that neither Mr. Friedman, nor any other employee of AHM Servicing or any of the other Debtors, is permitted to discuss the Dobben Loan with you. In addition to concerns with respect to privacy issues that may be implicated by such discussions, it is the policy of the Debtors not to engage in communications with parties to pending or threatened litigation other than through counsel. Should Ms. Dobben wish to discuss the servicing of her loan, she is

DB02:6441954.1                                                                                              066585.1001

33A



YOUNG CONAWAY STARGATT & TAYLOR, LLP

Paula Rush
December 19, 2007
Page 2

encouraged to contact Scott Ellerbee at AHM Servicing.  Mr. Ellerbee can be reached at (214) 260-6902.

Very Truly Yours,

Kenneth J. Enos, Esquire

cc:    Mona Dobben
       John J. Kalas, Esquire
       David Friedman
       Robert S. Brady, Esquire

*Sent to Dobben Also*

*See envelope*

066585.1001

33 B



Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

Franklin H. Top, III
Telephone: 312-845-3824
Facsimile: 312-516-1824
E-mail: top@chapman.com

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco

595 Market Street
San Francisco, CA 94105
(415) 541-0500

Salt Lake City

201 South Main Street
Salt Lake City, UT 84111
(801) 533-0066

March 6, 2008

Paula Rush
2651 Peery Drive
Churchville MD 21028

Re: *In re: American Home Mortgage Holdings, Inc. et al.*, Case No. 07-11047 (CSS) pending in the United States Bankruptcy Court for the District of Delaware (the "*Court*")

Dear Ms. Rush:

As you are aware, our firm represents Wells Fargo Bank, N.A. ("*Wells Fargo*"), in its role as master servicer in connection with the above-referenced proceedings. I am in receipt of your email dated January 31, 2008, which demanded certain clarifications prior to February 1, 2008.

This letter is a general response to your email, because we were unable to ascertain from the information that you provided (a) whether or not your loan or loans are even included in one of the securitizations for which Wells Fargo serves as master servicer or (b) what the status of your loan(s) may be.

Assuming, however, your loan(s) are in one or more of the securitizations for which Wells Fargo serves as master servicer, we believe we should clarify the role a master servicer plays in connection with a securitization transaction to avoid any confusion. In a typical securitization transaction, the master servicer oversees the servicing of the mortgage loans for the trust and the protection and benefit of the investors typically pursuant to the terms of a pooling and servicing agreement. The master servicer, however, does not oversee the servicing of the mortgage loans for the benefit of individual mortgage loan obligors; nor manage individual mortgage loans. The master service has no obligation to resolve any disputes between individual mortgage loan obligors and the servicer. The relationship of mortgage loans obligors, such as yourself, is strictly with the servicer of the mortgage loans.

34A

Law Offices of

### CHAPMAN AND CUTLER LLP

Paula Rush
March 6, 2008
Page 2

Even so, Wells Fargo does not condone any violation of any law applicable to the servicing of mortgage loans by American Home Mortgage or any other servicer. Based on your e-mail and your many appearances in the Court, it appears that the current servicer is aware of the facts and circumstances surrounding your claims and concerns. Nonetheless we are more than willing to forward your email on to them as well for any response they may deem appropriate under the circumstances.

Further, please be advised that Wells Fargo has not authorized anyone to speak on their behalf regarding any of the issues raised in your email, including but not limited to Mr. Brady or Mr. Dickman. Whatever testimony or argument either gave is solely their own and may not be reflective of the views and position of Wells Fargo.

If you have any further questions or concerns, please do not hesitate to contact us.

Very truly yours,

CHAPMAN AND CUTLER LLP

By: _____

Franklin H. Top. III

34 B

Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco

595 Market Street
San Francisco, CA 94105
(415) 541-0500

Salt Lake City

201 South Main Street
Salt Lake City, UT 84111
(801) 533-0066

April 30, 2008

Mona Dobben
c/o Paula Rush, Advocate
2651 Peery Drive
Churchville MD 21028

Re: *In re: American Home Mortgage Holdings, Inc. et al.*, Case No. 07-11047
(CSS) pending in the United States Bankruptcy Court for the District of Delaware

Dear Ms. Rush:

We are in receipt of a letter with respect to a loan made to Mona Dobben. I am writing on behalf of Wells Fargo Bank, N.A. as Master Servicer

As we have advised you on a prior occasion, the master servicer does not act for the benefit of the holders of underlying loans, but rather has duties under the terms of certain agreements for the ultimate benefit of investors in the securitization certificates. As you are aware, in a typical securitization transaction, an originator of loans or other depositor sells loans to a trust. The trust purchases these loans using proceeds received from investors in notes issued by the trust. The Indenture Trustee has a security interest in such loans for the benefit of the holders of these notes. The master servicer oversees the servicing of the mortgage loans for the protection and benefit of the investors. It *does not* oversee the servicing of the mortgage loans for the benefit of individual mortgage loan obligors. The master servicer does not oversee individual mortgage loans and its role does not include resolving disputes between individual mortgage loan obligors and the servicer. The relationship of mortgage loan obligors, such as Ms. Dobben, is strictly with the servicer of the mortgage loans.

MASTER SERVICER



Law Offices of

## CHAPMAN AND CUTLER LLP

Wells Fargo does not condone any violation of any law applicable to the servicing of mortgage loans by American Home Mortgage or any other servicer. We have forwarded the communication sent on Ms. Dobben's behalf to the servicer for its review and consideration.

Very truly yours,

Chapman and Cutler LLP

By; _____

Franklin H. Top, III

34 D

**CERTIFIED MAIL**

7105 2257 2920 0364 7709

T.D. Service Company
1820 E. First Street, Suite 210
P.O. Box 11988
Santa Ana, California 92711-1988

B 349544

Mailed to:

MONA S. DOBBEN
38645 37TH STREET EAST
PALMDALE

NOTIFY SENDER OF NEW ADDRESS
DOBBEN, MONA
9208 N 107TH DR
SUN CITY AZ 85351-4525

BC: 85351452809      913 N7E 1 2001 30 04/09/08

*0508-08957-03-42

Rec 4-11-08

Discovered on
4/11/08
Foreclosure
Sale
4/29/08

Tried Repeatedly
to
Notify — No Reply



# LIMITED POWER OF ATTORNEY

## KNOW ALL PERSONS BY THESE PRESENTS:

I, <u>Mona S. Dobben</u> ("Principal") maintaining an address at: <u>9208 107th Drive, Sun City, Arizona 85351</u> do hereby make and appoint <u>Paula Rush</u> ("Agent") maintaining an address at: <u>2651 Peery Drive, Churchville, Maryland 21028</u> my true and lawful attorney-in-fact for me and in my name, and in my behalf.

My Agent shall have full power and authority to perform the following in my place and stead:

**Non-Durable Power of Attorney:**

This power of attorney is non-durable and specific to the properties with the street addresses of: <u>38645 37th Street East, Palmdale, CA 93550, 43723 La Paz Lane, Lancaster, CA 93535, 45946 Desert Springs Drive, Lancaster, CA 93534 and 36546 Silverado, Palmdale, CA 93550</u>. This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument. The rights, powers, and authority of this document shall remain in full force and effect thereafter until my death or until my disability or incapacity.

As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

I hereby ratify and confirm all acts that my Agent, or my Agent's substitute or substitutes, shall lawfully do or case to be done by virtue of this power of attorney and the rights hereby granted.

My Agent shall act as my representative and has the authority to speak, negotiate and execute agreements with all Lenders (Country Wide Home Loans, American Home Mortgage, Washington Mutual, etc.) and/or their agents, the true owner of the notes or current servicers, the indentured trustee, securities administrator, etc. My Agent shall also act as my representative with any and all investigative authority and/or any and all state or government authority working on the cases regarding the above mentioned properties, including but not limited to:  the FBI, the LA Housing Authority, The California Department of Real Estate, the OCC, the OTS, Senator Feinstein, AARP, the



occupants and/or tenants and any all parties or persons in regard in any capacity whatsoever related to the issues of identity theft and/or forgery and/or mortgage fraud and void loans relating to these properties.

My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.  If desired, my Agent shall also be entitled to reasonable compensation for any services provided as my Agent.

The listing of specific terms, headings, rights, acts or power are not intended to restrict or limit the definition or scope of powers granted herein in any manner.  If any part of this document is held to be invalid, illegal or unenforceable under applicable law, then the remaining unaffected parts of the document shall still remain in full force and effect and not be affected by any partial invalidity.

No person needs to inquire as to the reasons for the use or issuance of this power-of-attorney or as to the disposition of any proceeds paid to my Agent based on this document.

The powers granted to my Agent by this power-of-attorney are limited to the extent necessary to prevent (a) my income to be taxable to my Agent: (b) my Agent to have any rights or ownership with respect to any life insurance policies I may own on the life of my Agent: and/or (c) my assets to be subject to a general power of appointment by my Agent.

Any third party who receives a copy of this document may act under it.  Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation.  I agree to indemnify the third party for any claims that arise against the third party because of reliance on the power of attorney.  It this Limited Power of Attorney is terminated by operation of law, any person relying in good faith on the authority of this document, without notice of such termination, shall be held harmless.

Agent shall not be liable for losses resulting from judgment errors made in good faith.  However, Agent will be liable for breach of fiduciary duty, failure to act in good faith and/or willful misconduct, while acting under the authority of this Power of Attorney.

I may revoke this Power of Attorney at any time by providing written notice to my Agent.

Dated _April  14th_,2008 at Scottsdale, Arizona.

36B

I, <u>Mona S. Dobben</u>, the Principal, sign my name to this power of attorney this <u>1 4th</u> day of <u>April</u>, 2008 and, being first duly sworn, do declare to the undersigned authority that I sign and execute this instrument as my power of attorney and that I sign it willingly and that I execute it as my free and voluntary act for the purposes expressed in the power of attorney and that I am eighteen years of age or older, of sound mind and under no constraint or undue influence.

_____ (Signature of Principal)

<u>Mona S. Dobben</u>      (Name of Principal)

We, <u>Daniel Niesman</u>

and <u>Michelle L. Darden</u>, the witnesses, sign our names to the forgoing power of attorney, being first duly sworn, and do declare to the undersigned authority that the principal signs and executes this instrument as his/her limited power of attorney and that he/she signs it willingly, and that we, in the presence and hearing of the principal, sign this limited power of attorney as witnesses to the principal's signing and that to the best of our knowledge the principal is eighteen years of age or older, of sound mind and under no constraint or undue influence.

Witness Signature: <u>Daniel Niesman</u>

Name: <u>DANIEL NIESMAN</u>

City: <u>SCOTTSDALE</u>

State: <u>AZ</u>

36C

Witness Signature: _Michelle R Darden_

Name: _Michelle L Darden_

City: _PA Scottsdale_

State: _Arizona_

Witness may not be the Agent, the Agent's spouse or child, or the Notary Public.

State of ARIZONA    )
                    )
County of Maricopa  )

The foregoing instrument was acknowledged before me this _14th_ day of
_April_, 2008 by _Mona S. Dobben_ (name of
Principal), who is personally known to me or who has produced
_Illinois Driver's License_ as identification.

```
NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
JOHN DAVIS
My Commission Expires 05/25/08
```

_____
Signature of person taking acknowledgement
(Notary Public)


_John Davis_
Name typed, printed or stamped

**36D**

## AMERICAN HOME MORTGAGE ASSETS LLC

UNITED STATES  SECURITIES AND EXCHANGE COMMISSION WASHINGTON, D.C. 20549

Delaware # 72-1600641

Filed On 7/2/07 3:15pm ET · SEC File 333-143253-01 · Accession Number 882377-7-1854

American Home Mortgage Assets Trust 2007-5 - Mortgage-Backed Pass-Through Certificates, Series 2007-5

Underwriting Agreement, dated June 25, 2007, among

American Home Mortgage Assets LLC as depositor

Countrywide Securities Corporation underwriter

Wells Fargo Bank, N.A., as master servicer and securities administrator

Deutsche Bank National Trust Company, as trustee

American Home Mortgage Servicing, Inc. as Servicer

Deutsche Bank National Trust Company as Custodian

Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator

American Home Mortgage Assets LLC. Formed in the State of Delaware on May 20, 2005 as a **wholly-owned subsidiary of American Home Mortgage Corp.**, a New York corporation. The company was organized for the purpose of serving as a private secondary mortgage market conduit. The company maintains its principal office at 538 Broadhollow Road, Melville, New York, 11747. Its telephone number is (516) 396-7700.

SIGNATURES

American Home Mortgage Assets LLC (Depositor) /s/ *Stephen A. Hozie* Stephen A. Hozie, Executive Vice President (senior officer in charge of securitization of the depositor) Date: March 27, 2008 Exhibit Index Exhibit No. 17 Names *(Directors, Officers, Attorneys, Accountants, Bankers, Agents, et al.)*

| Last Filing | Signatory |
|---|---|
| 8/10/07 | **Alan Horn** |
| 3/27/08 | Brian Bartlett |
| 3/27/08 | David Co |
| 3/27/08 | **David M.Friedman** |
| 1/25/08 | Elisabeth A. Brewster |
| 3/27/08 | Gary R. Vaughan |
| 3/27/08 | Joana Kaufman |
| 3/27/08 | Jose Sicilia |
| 3/27/08 | Joshua Kelly |
| 3/27/08 | Kevin C. Weeks |
| 3/27/08 | Kevin Fischer |
| 3/27/08 | Kpmg. LLP |
| 8/10/07 | **Michael Strauss** |
| 8/10/07 | **Pauline K. Morgan** |
| 3/27/08 | Robert Prier |
| 3/27/08 | **Stephen A. Hozie** |
| 8/10/07 | Wells Fargo Bank, NA |

*(handwritten: PRes. BnKrupten Atty)*

*(handwritten: 57 A)*

Signature of Attorney X /s/ *Pauline K. Morgan* Signature of Attorney for Debtor(s) James L. Patton, Jr., Esq. Pauline K. Morgan, Esq. Young Conaway Stargatt & Taylor, LLP The Brandywine Building 1000 West Street, 17th Floor Wilmington, Delaware 19801 Telephone (302) 571-6600 and Facsimile (302) 571-1253

## AMERICAN HOME MORTGAGE ASSETS LLC - POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints each of Thomas McDonagh, Alan Horn, Michael Strauss and Stephen Hozie as his true and lawful attorney-in-fact and agent, with full power of substitution and re-substitution, for him and in his name, place and stead, in any and all capacities (including his capacity as manager and/or officer of American Home Mortgage Assets LLC), to sign any Registration Statement on Form S-3 and any or all amendments thereto (including post-effective amendments) of American Home Mortgage Assets LLC under the Securities Act of 1933, as amended, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact and agents full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully and to all intents and purposes as he might or could do in person, hereby ratifying and confirming that said attorney-in-fact and agent, or his substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| /s/ *Thomas McDonagh* | Director and Executive Vice President | February 7, 2006 |
| /s/ *Alan Horn* | Director and Secretary and Executive Vice President | February 7, 2006 |

## Representations by Sellers

In the case of mortgage loans, representations and warranties will generally include, among other things, that as to each mortgage loan: to best of the Seller's knowledge, each mortgage loan at the time it was made complied in all material respects with applicable federal, state and local laws, including, without limitation, usury, equal credit opportunity, disclosure and recording laws; and, to the best of the Seller's knowledge, each mortgage loan has been serviced in all material respects in accordance with applicable federal, state and local laws, including, without limitation, usury, equal credit opportunity, disclosure and recording laws and the terms of the related mortgage note, the mortgage and other loan documents.

## Delaware General Corporation Law

The initial Officers of the Company shall be as follows, each to hold office until his successor is elected by the Board: President: Michael Strauss Executive Vice President: Thomas McDonagh Treasurer and Executive Vice President: Stephen Hozie Secretary and Executive Vice President: Alan Horn



**DUTY OF CARE**

 The duty of care in the discharge of a Manager's duties to the Company is limited to refraining from engaging in gross negligence or intentional misconduct.

 4.4 INDEMNITY OF THE BOARD OF MANAGERS AND OF OTHERS.
To the fullest extent permitted by law, the Managers, or any Person who is or shall have been serving at the request of the Company as a manager, officer, employee or agent of another Entity, shall be indemnified and held harmless by the Company from and against any and all losses, liabilities or claims solely and directly attributable to such status or for acts or failures to act in connection therewith, provided that the scope of this indemnification and agreement to hold harmless shall not extend to losses arising from the gross negligence or intentional misconduct of the indemnitee and any indemnity under this Section

IN WITNESS WHEREOF, this Limited Liability Company Agreement is executed and delivered as of the date first written above by the undersigned, being the Member, which does hereby agree to be bound by the terms and provisions set forth in this Agreement. AMERICAN HOME MORTGAGE CORP., as Member By: /s/ *Michael Strauss* ------------- Name: Michael Strauss Title: President

*378*

## SECURITIZATIONS

In connection with its acquisition, **American Home is recapitalizing Flower through a $50 million in its new subsidiary. In addition, American Home will deposit at Flower approximately $350 million of its mortgage servicing escrow balances.**

**Flower is expected to hold, consumer loans and securities as its primary assets, and fund its holdings through deposits including the escrow balances.** American Home expects to record approximately $17 million of goodwill as a result of the Flower acquisition.

## MONA DOBBEN TRUST INFO AHMA 2007-5

AHMA 2007-5 **#1381**
Her Margin Rate 1.625
Her LTV - 90
Her base Payment $1135.26
Her loan Term 480 months-Matures on 5/1/2047
Her Initial loan amount 400,500
Her FICO SCORE 793
Her Loan is Insured -TRUE
Her Loan First Payment Date 6/1/2007
Her ____0.375
Her Current Balance as of the Filing of the TRUST 402,064.44
Her Loan was STATED INCOME FIXED ASST -SIFA
Her Loan Was a- First Mortgage
Her Loan Was - NegAm based on MTA
Her Start Interest Rate 7.5%
Her Current Interest rate as of Filing of Trust -8.925%
Her Maximum Rate - 10.55%
Her  Margin - 3.075%
Her Index to Start MTA - 4.175%
PMI COVERAGE PCT- 25%  **MGIC**    ← insurer
PMI LENDER PAID OPT -TRUE
PPP TERM MONTHS -
PPP TYPE SD- FALSE
PURPOSE SD - PURCHASE
R PROP CITY  PALMDALE
R PROP OCCUPANCY SD- Owner occupied



### *DIRECTLY OFF OF TRUST – SEC FILING*

*FWP ·          of 158±*                    : 1380 NEGAM 0 7.925 0
10.55 4.65 MTA 4.65 7/1/2007 **1381 NEGAM 0 8.925 0 10.55 3.075 MTA 4.175 7/1/2007 1382 NEGAM 0 8.95 0 10.35 4.2 MTA 4.2 7/1/2007 ...**          : 1380 5/1/2012 1 1 60 12 9.679
1381 6/1/2008 1 1 12 12 8.089 1382 5/1/2008 1 1 12 12 9.227 ...          : 1380 6/1/2007
863.67 0.375 256430.66 SIFA Yes 5/1/2007 0 1381 6/1/2007 1135.26 0.375 402064.44 SIFA No
6/1/2007 0 1382 6/1/2007 183.49 0.375 68081.52 FIFA No 5/1/2007 0 ...          : 1380



First NegAm MTA 4/1/2047 TRUE 7.5 1.1 60 60 1381 First NegAm MTA 5/1/2047 TRUE 7.5 1.25 60 60 1382 First NegAm MTA 4/1/2047 TRUE 7.5 1.25 60 60 ...              : 1380 2.625 90 90 863.67 480 480 256500 718 TRUE **1381 1.625 90 90 1135.26 480 480 400500 793 TRUE 1382 1.4 90 90 183.49 480 480 67410 804 TRUE ...**              : 1380 25 TRUE 36 6M on 80% RCO St Petersburg OO 1381 25 TRUE 0 FALSE PUR PALMDALE OO 1382 25 FALSE 12 6M on 80% PUR WESLACO INV ...              : 1380 1 Family FL 1 33707 0.375 A 1381 1 Family CA 1 93550 0.375 A 1382 1 Family TX 1 78596 0.375 A ...

**1381 NEGAM 0 8.925 0 10.55 3.075 MTA 4.175 7/1/2007** 1382 NEGAM 0 8.95 0 10.35 4.2 MTA 4.2 7/1/2007 ...              :
1381 6/1/2007 1135.26 0.375 402064.44 SIFA No 6/1/2007 0
1381 First NegAm MTA 5/1/2047 TRUE 7.5 1.25 60 60
1381 25 TRUE 0 FALSE PUR PALMDALE OO 1382 25 FALSE 12 6M on 80% PUR WESLACO INV ...
**1381 1 Family CA 1 93550 0.375 A**

**Closing Date through**                              ").

**Violation of Various Federal, State and Local Laws May Result in Losses on the Mortgage Loans.**
Applicable state and local laws generally regulate interest rates and other charges, require specific disclosure, and require licensing of the originator. **In addition, other state and local laws, public policy and general principles of equity relating to the protection of consumers, unfair and deceptive practices and debt collection practices may apply to the origination, servicing and collection of the mortgage loans.**

On the closing date, AHMC will represent, among other things, that each mortgage loan, at the time it was made and as of the applicable transfer date, **complied in all material respects with all applicable laws and regulations, including, without limitation, usury, equal credit opportunity, disclosure and recording laws and all predatory lending laws, and each loan has been serviced in all material respects in accordance with applicable state and federal laws, including, without limitation, usury, equal credit opportunity, disclosure and recording laws.** In the event of a breach of this representation, **AHMC will be obligated to cure the breach or repurchase** or replace the affected mortgage loan in the manner described in the accompanying prospectus.

### THE MORTGAGE POOL
All of the mortgage loans **will be acquired by the Depositor on the date of issuance of the Certificates** from the Sponsor pursuant to the Mortgage Loan Purchase Agreement.

### THE SERVICER
The Servicer **will send statements to borrowers and process the payments** as received by depositing them within two business days into the protected account. If the borrower is delinquent, the **Servicer will attempt to contact the borrower in an effort to make the borrower** current.



**American Home Mortgage Assets LLC.** ( A Non Debtor Just like Broadhollow & Mellville)
Formed in the State of Delaware on May 20, 2005 as a wholly-owned subsidiary of American Home
Mortgage Corp., a New York corporation. The company was organized for the purpose of serving as a
private secondary mortgage market conduit. The company maintains its principal office at 538
Broadhollow Road, Melville, New York, 11747

**Trust Information: (AHMA 2007-5)**
American Home Mortgage Assets Trust 2007-5 - Mortgage-Backed Pass-Through
Certificates, Series 2007-5
 Delaware # 72-1600641 Filed On 7/2/07 · SEC File 333-143253-01 · Accession Number 882377-7-1854
American Home Mortgage Corp. - Sponsor
American Home Mortgage Assets LLC -Depositor  – Acquires the loans
Deutsche Bank National Trust Company, as trustee and Custodian
Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator

 Underwriting Agreement, dated June 25, 2007, among American Home Mortgage Corp., as seller,
American Home Mortgage Assets LLC, as depositor, and Countrywide Securities Corporation, as
underwriter, originally filed on Form 8-K on July 20, 2007.

Pooling and Servicing Agreement, dated as of June 1, 2007, among American Home Mortgage Assets
LLC, as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and Deutsche
Bank National Trust Company, as trustee, originally filed on Form 8-K on July 20, 2007

American Home Mortgage Assets LLC (Depositor) **Stephen A. Hozie,** Executive Vice President (senior
officer in charge of securitization of the depositor)

 **Signature of Attorney X /s/ Pauline K. Morgan** Signature of Attorney for Debtor(s) James L. Patton, Jr.,
Esq. Pauline K. Morgan, Esq. Young Conaway Stargatt & Taylor, LLP The Brandywine Building 1000
West Street, 17th Floor Wilmington, Delaware 19801

## AMERICAN HOME MORTGAGE ASSETS LLC -  POWER OF ATTORNEY
Thomas McDonagh, Director and Executive Vice President
Alan Horn, Director and Secretary and Executive Vice President
Michael Strauss President
Stephen Hozie Executive Vice President (senior officer in charge of securitization of the depositor)

In the case of mortgage loans, **representations and warranties** will generally include, among other
things, that as to each mortgage loan: to the best of the Seller's knowledge, **each mortgage loan at the
time it was made complied in all material respects with applicable federal, state and local laws,**
including, without limitation, usury, equal credit opportunity, disclosure and recording laws; and, to the
**best of the Seller's knowledge, each mortgage loan has been serviced in all material respects in
accordance with applicable federal, state and local laws,** including, without limitation, usury, equal
credit opportunity, disclosure and recording laws and the terms of the related mortgage note, the mortgage
and other loan documents.

## The Servicers
 Each servicer is required to maintain a fidelity bond and errors and omissions policy with respect to its
officers and employees and other persons acting on behalf of the servicer in connection with its activities
under a servicing agreement.

37E

The <u>master servicer</u> for any mortgage pool will also be required to perform, or cause the servicers of the mortgage loans in the mortgage pool to perform, other customary functions of a servicer of comparable loans, including maintaining escrow or impound accounts for payment of taxes, insurance premiums and similar items, or otherwise monitoring the timely payment of those items; adjusting mortgage rates on ARM Loans; maintaining Buydown Accounts; <u>supervising foreclosures and similar proceedings;</u> managing REO properties; and maintaining servicing records relating to the mortgage loans in the mortgage pool. **<u>The master servicer will be responsible for filing and settling claims in respect of particular mortgage loans under any applicable instrument of credit enhancement.</u>**

*MGIC*
*25%*

**<u>AMERICAN HOME MORTGAGE ASSETS LLC</u> LIMITED LIABILITY COMPANY AGREEMENT** This LIMITED LIABILITY COMPANY AGREEMENT (the *"Agreement"*) of American Home Mortgage Assets LLC, a Delaware limited liability company (the *"Company"*), is made and entered into as of the 20th day of May, 2005, by and between American Home Mortgage Corp., a New York corporation (the *"Member"*), and <u>the Company.</u>

AMERICAN HOME MORTGAGE CORP., as Member By: /s/ *<u>Michael Strauss</u>* – <u>Michael Strauss</u> Title: President
Limited Liability Company Agreement of American Home Mortgage Assets LLC adopted by the Member of <u>the Company</u> in order to be effective as of <u>May 20, 2005.</u>

By: /s/ *<u>Thomas McDonagh</u>*
Title:  Executive Vice President
Address for Notice Purposes: 538 Broadhollow Road <u>Melville, New York 11747</u>



A judicial or nonjudicial foreclosure may be required, the lender may be <u>required to give notice of default</u> and the borrower may be <u>granted some grace period during which the installment contract may be reinstated upon full payment of the defaulted amount and the borrower may have a post-foreclosure statutory redemption right.</u>

**<u>Section 2.08 TITLE TO TRUST PROPERTY.</u>**
 Legal title to the Owner Trust Estate shall be vested at all times in the Trust as a separate legal entity ━━ except where applicable law in any jurisdiction requires title to any part of the Owner Trust Estate to be vested in a trustee or trustees, in which case title shall be deemed to be vested in the Owner Trustee, a co-trustee and/or a separate trustee, as the case may be.

**<u>ARTICLE IV RIGHTS AND DUTIES OF BOARD OF MANAGERS</u>**

<u>4.1</u> MANAGEMENT. The Board of Managers is hereby appointed the manager of <u>the Company</u>. The business and affairs of <u>the Company</u> shall be managed under the exclusive <u>direction and control of the Board of Managers, and all powers of the Company shall be exercised by or under the authority of the Board of Managers. The Board of Managers shall consist of three Persons appointed by the Member; provided, however, that at all times at least one Person appointed to the Board of Managers shall be an</u> *"Independent Manager."*

*AMERICAN Home Exec's*

The initial Managers of <u>the Company</u> shall be **Thomas McDonagh and Alan Horn.**
The initial <u>Independent Manager</u> shall be Orlando Figueroa.



**Delaware General Corporation Law**

The initial Officers of the Company shall be as follows, each to hold office until his successor is elected by the Board: **President: Michael Strauss Executive Vice President: Thomas McDonagh Treasurer and Executive Vice President: Stephen Hozie Secretary and Executive Vice President: Alan Horn**

**DUTY OF CARE**
 The duty of care in the discharge of a Manager's duties to **the Company is limited to refraining from engaging in gross negligence or intentional misconduct.**

 4.4 INDEMNITY OF THE BOARD OF MANAGERS AND OF OTHERS.
To the fullest extent permitted by law, the Managers, or any Person who is or shall have been serving at the request of the Company as a manager, officer, employee or agent of another Entity, shall be indemnified and held harmless by the Company from and against any and all losses, liabilities or claims solely and directly attributable to such status or for acts or failures to act in connection therewith, provided that the scope of this indemnification and agreement **to hold harmless shall not extend to losses arising from the gross negligence or intentional misconduct of the indemnitee and any indemnity under this Section**

IN WITNESS WHEREOF, this Limited Liability Company Agreement is executed and delivered as of the date first written above by the undersigned, being the Member, which does hereby agree to be bound by the terms and provisions set forth in this Agreement. AMERICAN HOME MORTGAGE CORP., as Member By: /s/ *Michael Strauss* ---- Name: Michael Strauss Title: President



# California Business Portal

**Secretary of State DEBRA BOWEN**

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

## Corporations

Business Search
Corporations

- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities
  Records Order Form
  Certificates
  Copies
  Status Reports
- FAQs
- Corporations Main Page
- Site Search

The information displayed here is current as of "APR 11, 2008" and is updated weekly is not a complete or certified record of the Corporation.

---

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record may request a more extensive search by ordering a status report. Fees and instruction for ordering a status report are included on the **Business Entities Records Order**. Certificates and/or certified copies can also be requested using the order form.

Results of search for " **deutsche bank** "

### *Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent fo Service Proces |
|---|---|---|---|---|
| C1656031 | 1/9/1990 | forfeited | **DEUTSCHE BANK AG** | ROSS A HOWAR |
| C2671662 | 8/25/2004 | forfeited | **DEUTSCHE BANK BERKSHIRE MORTGAGE, INC.** | C T CORPORAT SYSTEM |
| C1583704 | 3/30/1987 | active | **DEUTSCHE BANK INSURANCE AGENCY INCORPORATED** | C T CORPORAT SYSTEM |
| C2065321 | 1/2/1998 | surrender | **DEUTSCHE BANK INVESTMENT MANAGEMENT INC.** | C T CORPORAT SYSTEM |
| C2671663 | 8/25/2004 | surrender | **DEUTSCHE BANK MORTGAGE SERVICES, INC.** | C T CORPORAT SYSTEM |
| C1945078 | 8/1/1995 | active | **DEUTSCHE BANK SECURITIES INC.** | C T CORPORAT SYSTEM |
| C0896235 | 8/29/1978 | surrender | **DG BANK DEUTSCHE GENOSSENSCHAFTSBANK** | AGENT RESIGNED 10-24-199 |

*Indenture Trustee AHMA 2007-5 Trust*

Copyright ©2001 California Secretary of State. **Privacy Statement.**

*37 H*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

LOS ANGELES CA 90017

| | | |
|---|---|---|
| Postage | $ | $1.48 | 0864 |
| Certified Fee | | $2.65 | 03 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.28 | 04/18/2008 |

7004 1350 0003 7928 1509

Sent To  Deutsche Bank National Trust Company
Street, Apt. No.; or PO Box No.  818 W. Seventh Street
City, State, ZIP+4  Los Angeles CA 90017

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deutsche Bank National
   Trust Company
Indenture Trustee
CT Corporations Systems
818 West Seventh Street
Los Angeles CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Rudy Rivera*     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  R.R     C. Date of Delivery  4/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number (Transfer from service label)    7004 1350 0003 7928 1509

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

Rec  4-18-08  Back

37i

October 1, 2007

Dear Ms. Dobben:

I received a call today from your daughter Alex and your friend
Paula Rush terminating my management of your properties. I
would like to confirm that you really want to terminate my
management on your properties. Since I did not hear it from you
direct and you are the owner of these homes. I tried to call you but
you have not responded. I told the tenants to mail you the rent
direct to your address. If I do not hear from you within ten days I
will assume you really want to terminate the contract.

As per our conversation You told me to deduct the fees for the
repairs and deposit the rest in the bank account. $ 315.67 went

towards repairs from the $ 400.00 deposit on 08/23/07 .This
came from 36546 Silverado St.. Palmdale. ca

$ 990.10 were deducted from Cash proceeds For repairs that came
from 38645 37ᵗʰ St. E. Palmdale as per our phone conversation.

You will find copies of receipts, management agreements, lease
agreements, copies of deposit slips.

Thank you

Ilham Theodory

38 A



# PREFERRED REAL ESTATE & INV.
## 646 W. LANCASTER BLVD.
## LANCASTER, CA 93534
## PHONE (661) 949-2477
## FAX (661) 948-3383
## CELL (661) 317-5589

## MANAGEMENT FEES

38645 37th st. E.
Palmdale, ca

July 1 , 2007        MOVE IN

| | | |
|---|---|---|
| Upfront fee | | $ 500.00 |
| Monthly management fee | ( July 2007 | $ 100.00 |
| Monthly management fee | ( August  2007 | $ 100.00 |
| Monthly management fee | ( September | $ 100.00 |
| | Total | $ 800.00 |
| Paid upfront fee | | - $500.00 |
| | Balance | $ 300.00 |

39 A

## STATEMENT OF COST OF REPAIRS

1. 38645 37TH ST. E.      PALMDALE, CA

| | |
|---|---|
| Professional Appliance Repair<br>Repair of water heater leak | $ 50.00 |
| Garage Door opener estimate<br>High estimate, only paid him for gas | $ 20.00 |
| Under the sink leak  Parts & Labor | $ 102.20 |
| Garage door repair | $ 130.00 |
| | $ 302.20 |

*July 19*

40.00

342.20

*Paid*

40 A

97894

## STATEMENT

| DATE | TERMS |
|---|---|
| 8/18/07 | |

**TO** MoNA Dobben

**ADDRESS** 37Th ST East

Palmdale, CA 93550

**IN ACCOUNT WITH** Professional Appliance Repair

Pd to
WHo ?

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/8/07 | Repair waTer HeaTer on 37Th ST East | | | 50 | 00 | |
| | | | | | | |
| | Paid By preferred Real EstaTe | | | 50 | 00 | |
| | | | | | | |
| | Balance | | | 0.00 | | |

adams DC5812

40 B

**RECEIPT**

| | |
|---|---|
| DATE 08 17 07 | No. 267518 |
| RECEIVED FROM EMILE THEODORY | $ 20 00 |

TWENTY                    /00 · 37Th. ST E. DOLLARS

○ FOR RENT " GAS " GARAGE DOOR OPENER.
○ FOR

| ACCOUNT | | | ○ CASH | FROM | TO |
|---|---|---|---|---|---|
| PAYMENT | 20 | 00 | ○ CHECK | strom ?? | |
| BAL. DUE | 0 | 00 | ○ MONEY ORDER | BY | 1182 |

40C



# RECEIPT

DATE 08 17 07    No. 267517

$60⁰⁰

RECEIVED FROM EMILE THEODORY.

SIXTY /₀₀ DOLLARS

○ FOR RENT  3974 ST EAST  (PLUMBING).
○ FOR

| ACCOUNT | | | ○ CASH | FROM | TO |
|---|---|---|---|---|---|
| PAYMENT | 60 | ⁰⁰ | ○ CHECK | | |
| BAL. DUE | 00 | ∞ | ○ MONEY ORDER | BY | |

1182

40 D



# LOWE'S

LOWE'S HIW, INC.
730 WEST AVENUE K
LANCASTER, CA 93534
(661) 341-9000
-SALE-

SALES #: S2502CP1 792088    08-17-07

12089 ___ W/SPOUT CH    38.98

SUBTOTAL:    38.98
TAX: 32437    3.22
INVOICE 01986 TOTAL:    42.20

BALANCE DUE:    42.20
AMEX:    42.20

AMEX XXXXXXXXXXX2001
AMOUNT:    42.20

HUGO 137th

2502 TERMINAL: 01  08/17/07 10:34:00

# OF ITEMS PURCHASED    1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK
STORE WILL REOPEN JANUARY, LIVINGSTON

HAVE A COMMENT OR FEEDBACK?
LET US KNOW AT
WWW.LOWES.COM/FEEDBACK

STORE CODE: 25020-81707-01986

40E

# JEREMY'S
**OVERHEAD GARAGE DOOR SERVICE**

*REPAIR ON ALL BRANDS*
Opener Service • Spring Replacement
Lic. # 782487 • Licensed & Bonded
661.949.9359 Direct • 661.209.1820 Cell

**JOB INVOICE**

| CUSTOMERS ORDER NO. | | DATE ORDERED 5-27-07 |
| ORDER TAKEN BY | | DATE PROMISED ☐ A.M. ☐ P.M. |

**BILL TO** Ilham Theodory

**ADDRESS** 37st East   **PHONE**

**CITY** Palmdale   **MECHANIC** Jeremy

**HELPER**

**JOB NAME AND LOCATION**   ☐ DAY WORK

**DESCRIPTION OF WORK**   ☐ CONTRACT  ☐ EXTRA

Service

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|--------|------------------------------|-------|--------|
| 1) | Craftsmen 1/2 Hp Chaindrive | | |
| 1) | Installed - Gear Assemble | | 100 |
| 1) | Install - Limit B Adjuster | | 30 |
| | Tested - Ok | | |
| | Paid | | |

| HOURS | LABOR | AMOUNT | | | TOTAL MATERIALS | |
|-------|-------|--------|---|---|-----------------|---|
| | MECHANICS | 9 | | | | |
| | HELPERS | 9 | | | TOTAL LABOR | |

I hereby acknowledge the satisfactory completion of the above described work.

**SIGNATURE** X Ilham Theodory

| TOTAL LABOR | | | |
|-------------|--|--|--|
| DATE COMPLETED | | TAX | |
| | | TOTAL | 130 |

40 F

**1111**

**PREFERRED REAL ESTATE
& INVESTMENT, INC.**
859 W LANCASTER BLVD
LANCASTER, CA 93534-3126
PH. 661-949-2477

16-24/1220 4525
6579157360

DATE JULY,19,07

PAY TO THE
ORDER OF  Hugo M Gonzalez    $ 40.00

Fourty dollars  $  00/100    DOLLARS

WELLS
FARGO
Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR  37th St. East    Emili Theodory

⑆122000247⑆ 6579157360⑈ 01111

© HARLAND / LIBERTY VENTURE

40G

Premises: 38645 37TH ST. E., LANCTS.    CA    Date: June 18, 2007

Landlord and Tenant acknowledge and agree Brokers: (a) do not guarantee the condition of the Premises; (b) cannot verify representations made by others; (c) cannot provide legal or tax advice; (d) will not provide other advice or information that exceeds the knowledge, education or experience required to obtain a real estate license. Furthermore, if Brokers are not also acting as Landlord in this Agreement, Brokers: (e) do not decide what rental rate a Tenant should pay or Landlord should accept; and (f) do not decide upon the length or other terms of tenancy. Landlord and Tenant agree that they will seek legal, tax, insurance and other desired assistance from appropriate professionals.

Tenant _Kalisha Jefferson_    KALISHA E. JEFFERSON  Date June 18, 2007
Address 38645 37TH ST. E.    City PALMDALE    State CA  Zip 9 535
Telephone (661)299-5846  Fax (661) 299-5846  E-mail KRYJAYINLA@SBCGLOBAL.NE2

Tenant _____    Date _____
Address _____  City _____  State ____  Zip ____
Telephone _____  Fax _____  E-mail _____

46. ☐ **GUARANTEE:** In consideration of the execution of the Agreement by and between Landlord and Tenant and for valuable consideration, receipt of which is hereby acknowledged, the undersigned ("Guarantor") does hereby: (i) guarantee unconditionally to Landlord and Landlord's agents, successors and assigns, the prompt payment of Rent or other sums that become due pursuant to this Agreement, including any and all court costs and attorney fees included in enforcing the Agreement; (ii) consent to any changes, modifications or alterations of any term in this Agreement agreed to by Landlord and Tenant and (iii) waive any right to require Landlord and/or Landlord's agents to proceed against Tenant for any default occurring under this Agreement before seeking to enforce this Guarantee.

Guarantor (Print Name) MONA DOBBEN
Guarantor _Mona S Dobben_    Date 10-10-2007
Address _____  City _____  State ____  Zip ____
Telephone _____  Fax _____  E-mail _____

47. **OWNER COMPENSATION TO BROKER:** Upon execution of this Agreement, Owner agrees to pay compensation to Broker as specified in a separate written agreement between Owner and Broker (C.A.R. Form LCA).
48. **RECEIPT:** If specified in paragraph 5, Landlord or Broker, acknowledges receipt of move-in funds.

Landlord _____    MONA DOBBEN    Date _____
(Owner or Agent with authority to enter into this Agreement)

_Landlord _____    Date _____
(Owner or Agent with authority to enter into this Agreement)

Landlord Address _____  City _____  State ____  Zip ____
Telephone _____  Fax _____  E-mail _____

**REAL ESTATE BROKERS:**
A.  Real estate brokers who are not also Landlord under the Agreement are not parties to the Agreement between Landlord and Tenant.
B.  Agency relationships are confirmed in paragraph 42.
C.  COOPERATING BROKER COMPENSATION: Listing Broker agrees to pay Cooperating Broker (Leasing Firm) and Cooperating Broker agrees to accept: (i) the amount specified in the MLS, provided Cooperating Broker is a Participant of the MLS in which the Property is offered for sale or a reciprocal MLS; or (ii) ☐ (if checked) the amount specified in a separate written agreement between Listing Broker and Cooperating Broker.

Real Estate Broker (Leasing Firm) PREFERRED REAL ESTATE & INV.
By (Agent) _____    Date 6/18/07
Address _____  City _____  State ____  Zip ____
Telephone (661)449-2477  Fax 661 449-3373  E-mail _____

Real Estate Broker (Listing Firm) PREFERRED REAL ESTATE & INV.
By (Agent) _____    Date _____
Address _____  City _____  State ____  Zip ____
Telephone _____  Fax _____  E-mail _____

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____  Date _____

LR REVISED 10/04 (PAGE 6 OF 6)

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 6 OF 6)**

41 A

**ASSOCIATION OF REALTORS®**

# RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT
(C.A.R. Form LR, Revised 10/04)

_____MONA DOBBEN_____ ("Landlord") and
_____KALISHA E. JEFFERSON_____ ("Tenant") agree as follows:

**1. PROPERTY:**
  A. Landlord rents to Tenant and Tenant rents from Landlord, the real property and improvements described as: _38645 37TH ST. E.,_
    _LANCASTER CA_ ("Premises").
  B. The Premises are for the sole use as a personal residence by the following named person(s) only: _BRIAN JEFFERSON, MALIK SMITH,_
    _KAILA JEFFERSON, BRIAN JEFFERSON JR._
  C. The following personal property, maintained pursuant to paragraph 11, is included: _____
            or ☐ (if checked) the personal property on the attached addendum.

**2. TERM:** The term begins on (date) _____ ("Commencement Date"). (Check A or B):
  ☐ A. **Month-to-Month:** and continues as a month-to-month tenancy. Tenant may terminate the tenancy by giving written notice at least 30 days
    prior to the intended termination date. Landlord may terminate the tenancy by giving written notice as provided by law. Such notice may be
    given on any date.
  ☒ B. **Lease:** and shall terminate on (date) _____June 18, 2008_____ at _5:00_ ☐ AM/☒ PM.
    Tenant shall vacate the Premises upon termination of the Agreement, unless: (i) Landlord and Tenant have in writing extended this
    agreement or signed a new agreement; (ii) mandated by local rent control law; or (iii) Landlord accepts Rent from Tenant (other than past due
    Rent), in which case a month-to-month tenancy shall be created which either party may terminate as specified in paragraph 2A. Rent shall be
    at a rate agreed to by Landlord and Tenant, or as allowed by law. All other terms and conditions of this Agreement shall remain in full force
    and effect.

**3. RENT:** "Rent" shall mean all monetary obligations of Tenant to Landlord under the terms of the Agreement, except security deposit.
  A. Tenant agrees to pay $ _2,100.00_ per month for the term of the Agreement.
  B. Rent is payable in advance on the 1st (or ☐ _____ ) day of each calendar month, and is delinquent on the next day.
  C. If Commencement Date falls on any day other than the day Rent is payable under paragraph 3B, and Tenant has paid one full month's Rent in
    advance of Commencement Date, Rent for the second calendar month shall be prorated based on a 30-day period.
  D. PAYMENT: Rent shall be paid by ☐ personal check, ☒ money order, ☐ cashier's check, ☐ other _____, to
    (name) _MONA DOBBEN_ (phone) _____ at
    (address) _659 W. LANCASTER BLVD. LANCASTER, CA 93534_
    (or at any other location subsequently specified by Landlord in writing to Tenant) between the hours of _9:00 A.M._ and _5:00_ P.M.
    on the following days _MONDAY - FRIDAY_. If any payment is returned for non-sufficient funds ("NSF") or
    because tenant stops payment, then, after that: (i) Landlord may, in writing, require Tenant to pay Rent in cash for three months and (ii) all future
    Rent shall be paid by ☐ money order, or ☐ cashier's check.

**4. SECURITY DEPOSIT:**
  A. Tenant agrees to pay $ _1,900.00_ as a security deposit. Security deposit will be ☒ transferred to and held by the Owner
    of the Premises, or ☐ held in Owner's Broker's trust account.
  B. All or any portion of the security deposit may be used, as reasonably necessary, to: (i) cure Tenant's default in payment of Rent (which includes
    Late Charges, NSF fees or other sums due); (ii) repair damage, excluding ordinary wear and tear, caused by Tenant or by a guest or licensee of
    Tenant; (iii) clean Premises, if necessary, upon termination of the tenancy; and (iv) replace or return personal property or appurtenances.
    SECURITY DEPOSIT SHALL NOT BE USED BY TENANT IN LIEU OF PAYMENT OF LAST MONTH'S RENT. If all or any portion of the
    security deposit is used during the tenancy, Tenant agrees to reinstate the total security deposit within five days after written notice is delivered to
    Tenant. Within 21 days after Tenant vacates the Premises, Landlord shall: (1) furnish Tenant an itemized statement indicating the amount of any
    security deposit received and the basis for its disposition and supporting documentation as required by California Civil Code § 1950.5(g); and (2)
    return any remaining portion of the security deposit to Tenant.
  C. Security deposit will not be returned until all Tenants have vacated the Premises. Any security deposit returned by check shall be made
    out to all Tenants named on this Agreement, or as subsequently modified.
  D. No interest will be paid on security deposit unless required by local law.
  E. If the security deposit is held by Owner, Tenant agrees not to hold Broker responsible for its return. If the security deposit is held in Owner's
    Broker's trust account, and Broker's authority is terminated before expiration of this Agreement, and security deposit is released to someone
    other than Tenant, then Broker shall notify Tenant, in writing, where and to whom security deposit has been released. Once Tenant has been
    provided such notice, Tenant agrees not to hold Broker responsible for the security deposit.

**5. MOVE-IN COSTS RECEIVED/DUE:** Move-in funds made payable to _____
  shall be paid by ☐ personal check, ☐ money order, or ☐ cashier's check.

| Category | Total Due | Payment Received | Balance Due | Date Due |
|---|---|---|---|---|
| Rent from _07/01/2007_ to _08/01/2007_ (date) | $2,100.00 | | $2,100.00 | |
| *Security Deposit | $1,900.00 | $1,100.00 | $800.00 | |
| Other | | | | |
| Other | | | | |
| Total | $4,000.00 | $1,100.00 | $2,900.00 | |

*The maximum amount Landlord may receive as security deposit, however designated, cannot exceed two months' Rent for unfurnished premises, or
three months' Rent for furnished premises.

Copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized
reproduction of this form, or any portion thereof, by photocopy machine or any other
means, including facsimile or computerized formats. Copyright © 1991-2004,
CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.

LR REVISED 10/04 (PAGE 1 OF 6)

Tenant's Initials ( _KK_ )( _____ )
Landlord's Initials ( _MSJ_ )( _____ )

Reviewed by _____ Date _____

## RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 1 OF 6)

| | | |
|---|---|---|
| Agent: ILHAM THEODORY | Phone: (661)9492477 | Fax: (661) |
| Broker: Preferred Real Estate | 659 W. Lancaster Blvd. , Lancaster | CA 93534 |

Prepared using WINForms® software

41B