IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 Case |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., A Delaware Corporation, <u>et al.</u>, | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

---

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Erica M. Ryland and the law firm of Jones Day, whose address is 222 East 41st Street, New York, New York 10017, email address emryland@jonesday.com, representing WLR Recovery Fund III, L.P., as Lender and Administrative Agent, files this Notice of Withdrawal of Appearance and Request for Removal from Service List in this case.

Dated: September 10, 2008

/s/ Erica M. Ryland
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Counsel WLR Recovery Fund III, L.P., as Lender and Administrative Agent

NYI-4119259v1