Clerk
Bankruptcy Court of the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801
August 22, 2008

From:
Dale G. Wolters
1870 Mapleview SE
Kentwood, MI 49508
Claim Amount (Preferred Stock): <u>**$6044.00**</u> **Claim No. 6178**

Regarding: American Home Mortgage Holdings, INC Chapter 11
Case No. 07-11047 (CSS)
Notice of Hearing to Consider <u>The Adequacy of Disclosure Statement.</u>
<u>Received from Epiq Bankruptcy Solutions, LLC  Aug. 18, 2008</u>

<u>Subject: Request for Clarification( correction) of my Claim documentation.</u>
<u>(as it appears in the above Notice)</u>

Upon online review of the Disclosure Statement listed above, I noted that an incorrect (someone else's) correspondence was attached to the Docket no. file assigned to my claim.
The details are described below.

In a docket search for Docket # <u>4591</u>, I noticed that the attached "image" document referenced therein is a letter for someone else's claim, and not the letter that I submitted. Please correct this error and attach my letter. I have attached a new copy of my original <u>Response to Objection- Preferred Stock Claim</u> letter in case the original has been lost.

I also noted in a claim search that my claim number <u>6178</u> does have my correct original documentation attached.

Please review and correct the error in the Disclosure Statement. Thank you for your attention.

*Dale G. Wolters*

<u>Copies (as requested) to:</u>
Young Conaway Stargatt and Taylor, LLP (attn James L. Patton and Robert S. Brady)
Kroll ZolfoCooper LLC (attn Kevin Nystrom)
Hahn & Hessen LLP (attn Mark S. Indelicato and Mark T. Power)
Blank Rome LLP (attn Bonnie Glantz Fatell)
X United States Trustee for the District of Delaware (attn Joseph J. McMahon)

Attachment:Letter previously submitted

To:
United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801

From:
Dale G. Wolters
1870 Mapleview SE
Kentwood, MI 49508
(RE-SUBMITTED 8/22/08)
Regarding: American Home Mortgage Holdings, INC Chapter 11
Case No. 07-11047 (CSS)
Notice of Debtors Ninth Omnibus(Non-Substantive)
Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1

### Subject: Response to Objection – Preferred Stock Claim

Sirs: This is a response to the objection concerning my claim (No. 6178) (Claim to be Expunged, Claim Amount $6044.00)  I respectfully request that my claim be considered since it is a preferred stock with the rights associated with such an investment. I have attached my Proof of Claim as previously received by the court, along with security detail provided by my broker, and a copy of the original Trade Confirmation Dated March 1, 2006.
Please give this response your prompt consideration as a claim that should stand.
 As required, I am also providing a copy of this response to the Counsel to the Debtors.

Sincerely,

Dale G. Wolters

Copy: Young, Conaway Stargatt &Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
       Wilmington, Delaware, 19801