8840 Harpers Glen Court
Jacksonville, FL 32256

August 31, 2008

RE: Case No. 07-11047 (CSS)
Claim No. 183

The Honorable Christopher S. Sontchi
In the United States Bankruptcy Court for the District of Delaware

824 N. Market Street
3rd Floor
Wilmington, DE 19801

Dear Sir:

This letter serves as a formal objection to my claim #183 being expunged. I have enclosed three (3) documents as proof of the legitimacy of my two-thousand dollar ($2,000) wage claim.

Document A is a fully executed copy of my employment contract. Nowhere in the contract does it state that if American Home Mortgage Holdings, Inc. files bankruptcy that I do not get compensated for the days that I have worked. Highlighted on page 7 of 10 is the minimum compensation agreement that outlines that I was to receive $8,000 per month for each of my first three (3) months of employment. My start date was July 23, 2007, and I was officially laid off August 3, 2007. This entitles me to two (2) weeks of compensation equaling $4,000.

Document B is copy of my 2007 W2 statement from American Home Mortgage showing that I was only paid $2,000 of the $4,000 earned. My claim is for the $2,000 of unpaid wages.

Document C contains copies of email correspondence from Vanessa Thornton, a Human Resource Representative from American Home Mortgage, confirming that I was supposed to receive $4,000 total for the two weeks that I was employed with the company.

Sincerely,

Tammy L. Pedersen

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: September 8, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: September 15, 2008 at 10:00 a.m. (ET) |
| | ) | |

AHM OB15 8/15/2008 (merge2.txnum2) 4000000219 EPIQ Use - 187

PEDERSEN, TAMMY
8840 HARPERS GLEN CT
JACKSONVILLE, FL 32256

## NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:  PEDERSEN, TAMMY
8840 HARPERS GLEN CT
JACKSONVILLE, FL 32256

Basis For Objection: No Liability

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 183 | $2,000.00 |

No amounts are owed per terms of employment contract

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession