## 2007 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2007 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 2000.00 | Social Security Tax Withheld Box 4 of W-2 | 124.00 | FL State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 196.78 | Medicare Tax Withheld Box 6 of W-2 | 29.00 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | FL State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 2,000.00 | 2,000.00 | 2,000.00 | |
| Reported W-2 Wages | 2,000.00 | 2,000.00 | 2,000.00 | |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dep

**TAMMY PEDERSEN**
**8840 HARPERS GLEN COURT**
**JACKSONVILLE  FL  32256**

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 1
STATE:  No State Income Tax

© 2007 ADP, INC.

---

**W-2 Wage and Tax Statement 2007**
Copy C for employee's records
OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 114871 12/R4F | 003125 | T | 6302 |

c Employer's name, address, and ZIP code
AMERICAN HOME MORTGAGE CORP
538 BROADHOLLOW RD
MELVILLE NY 11747

Batch #01090

e/f Employee's name, address, and ZIP code
TAMMY PEDERSEN
8840 HARPERS GLEN COURT
JACKSONVILLE FL 32256

| b Employer's FED ID number 13-3461558 | a Employee's SSA number 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 |
|---|---|
| 1 Wages, tips, other comp. 2000.00 | 2 Federal income tax withheld 196.78 |
| 3 Social security wages 2000.00 | 4 Social security tax withheld 124.00 |
| 5 Medicare wages and tips 2000.00 | 6 Medicare tax withheld 29.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp / Ret. plan / 3rd party sick pay |

| 15 State FL | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

---

**W-2 Wage and Tax Statement 2007** — Federal Filing Copy

| 1 Wages, tips, other comp. 2000.00 | 2 Federal income tax withheld 196.78 |
|---|---|
| 3 Social security wages 2000.00 | 4 Social security tax withheld 124.00 |
| 5 Medicare wages and tips 2000.00 | 6 Medicare tax withheld 29.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 114871 12/R4F | 003125 | T | 6302 |

c Employer's name, address, and ZIP code
AMERICAN HOME MORTGAGE CORP
538 BROADHOLLOW RD
MELVILLE NY 11747

| b Employer's FED ID number 13-3461558 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b / 12c / 12d |
| | 13 Stat emp / Ret. plan / 3rd party sick pay |

e/f Employee's name, address and ZIP code
TAMMY PEDERSEN
8840 HARPERS GLEN COURT
JACKSONVILLE FL 32256

| 15 State FL | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

---

**W-2 Wage and Tax Statement 2007** — FL State Reference Copy

(same data as above: Wages 2000.00, Fed. W/H 196.78, SS wages 2000.00, SS tax 124.00, Medicare wages 2000.00, Medicare tax 29.00; AMERICAN HOME MORTGAGE CORP, 538 BROADHOLLOW RD, MELVILLE NY 11747; TAMMY PEDERSEN, 8840 HARPERS GLEN COURT, JACKSONVILLE FL 32256)

---

**W-2 Wage and Tax Statement 2007** — FL State Filing Copy

(same data as above)