"C"

Sorry Tammy,

Correction: Payroll will be Wed. 8/8

[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**  Mon, Aug 6, 2007 at 12:28 PM
To: Vanessa Thornton <Vanessa.Thornton@americanhm.com>

Hi Vanessa,
My employment agreement shows $8000 per month for 3 months so I should be receiving at least $4000 for the 2 weeks that I was employed. I have attached the employment agreement that was emailed to me from my Branch Manager. The comission plan is outlined on page 7. I have the fully executed copy also if you need me to fax that to you. Please advise.
Thank you,
Tammy Pedersen

[Quoted text hidden]

📎 **Pedersen, Tammy--Acct Exec Employment Agreeement(WS 11a).doc**
102K

---

**Vanessa Thornton**  Mon, Aug 6, 2007 at 12:30 PM
**<Vanessa.Thornton@americanhm.com>**
To: Tammy Pedersen <tammy2121@gmail.com>

Hi Tammy,

I do need a fully executed agreement with all of the signatures approved.

Thanks!

---

**From:** Tammy Pedersen [mailto:tammy2121@gmail.com]
**Sent:** Monday, August 06, 2007 12:29 PM
**To:** Vanessa Thornton
**Subject:** Re: Account Executive Guarantee Payment

[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**  Mon, Aug 6, 2007 at 12:45 PM
To: Vanessa Thornton <Vanessa.Thornton@americanhm.com>

Hi Vanessa,
I have attached the fully executed agreement. Let me know what you can do! I know this

has been a very hard time for all of us so I thank you in advance for your help.
-Tammy

[Quoted text hidden]

📎 **Employment Contract.pdf**
568K

---

**Tammy Pedersen <tammy2121@gmail.com>**                              Tue, Aug 7, 2007 at 2:07 PM
To: Vanessa.Thornton@americanhm.com

Hi Vanessa,
Were you able to get my paycheck corrected for tomorrow's pay day?
Thanks,
Tammy Pedersen

---------- Forwarded message ----------
From: **Tammy Pedersen** <tammy2121@gmail.com>
Date: Aug 6, 2007 12:45 PM
Subject: Re: Account Executive Guarantee Payment

[Quoted text hidden]

[Quoted text hidden]

📎 **Employment Contract.pdf**
568K

---

**Vanessa Thornton <Vanessa.Thornton@americanhm.com>**                Tue, Aug 7, 2007 at
To: Tammy Pedersen <tammy2121@gmail.com>                                             2:25 PM

Hi Tammy,

I was able to get the misunderstanding corrected. Unfortunately, I am not sure when the next payroll will go out, but I did let your manager know that next payroll you will get reimbursed.

I do understand the importance of this matter and appreciated your patience.

Thank You,

Vanessa T.

**From:** Tammy Pedersen [mailto:tammy2121@gmail.com]

**Sent:** Tuesday, August 07, 2007 2:08 PM
**To:** Vanessa Thornton
**Subject:** Fwd: Account Executive Guarantee Payment

[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**   Tue, Aug 7, 2007 at 2:43 PM
To: Vanessa Thornton <Vanessa.Thornton@americanhm.com>

So tomorrow I will receive $2000 and the next payroll (whenever that will be) I will receive the remaining $2000.  Is this correct?
Thanks,
Tammy

[Quoted text hidden]

---

**Vanessa Thornton <Vanessa.Thornton@americanhm.com>**   Tue, Aug 7, 2007 at 2:45 PM
To: Tammy Pedersen <tammy2121@gmail.com>

Yes that is correct.

---

**From:** Tammy Pedersen [mailto:tammy2121@gmail.com]
**Sent:** Tuesday, August 07, 2007 2:44 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**   Wed, Aug 8, 2007 at 3:29 PM
To: Vanessa Thornton <Vanessa.Thornton@americanhm.com>

Hi Vanessa,
I did not receive a paper check in the mail today.  Can you please tell me if the check was mailed out?
Thanks,
Tammy Pedersen

[Quoted text hidden]

---

**Vanessa Thornton <Vanessa.Thornton@americanhm.com>**   Wed, Aug 8, 2007 at 4:53 PM
To: Tammy Pedersen <tammy2121@gmail.com>

Hi Tammy,

I am showing, in the system, that a check in the amt of $2000.00 in commissions was cut for you. Your paycheck should be arriving soon.

Thanks

---

**From:** Tammy Pedersen [mailto:tammy2121@gmail.com]
**Sent:** Wednesday, August 08, 2007 3:30 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**         Thu, Aug 16, 2007 at 8:06 PM
To: Vanessa Thornton <Vanessa.Thornton@americanhm.com>

Hi Vanessa,
Do you know the next time paychecks will go out?
Thanks,
Tammy

[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**         Thu, Aug 16, 2007 at 8:30 PM
To: payroll@americanhm.com

Can someone please tell me when the round of paychecks are going to be mailed out?
[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**         Fri, Aug 17, 2007 at 9:10 AM
To: retailcommissionhelpdesk@americanhm.com

[Quoted text hidden]

---

**Payroll <Payroll@americanhm.com>**             Fri, Aug 17, 2007 at 10:31 AM
To: Tammy Pedersen <tammy2121@gmail.com>

Payroll has submitted this to the courts for concideration, we currently do not have a response of a paydate.

---

**From:** Tammy Pedersen [mailto:tammy2121@gmail.com]
**Sent:** Thursday, August 16, 2007 8:31 PM
**To:** Payroll

[Quoted text hidden]

[Quoted text hidden]

---

**Retail Commission Helpdesk**      **Fri, Aug 17, 2007 at**
**<RetailCommissionHelpdesk@americanhm.com>**      **12:34 PM**
To: Tammy Pedersen <tammy2121@gmail.com>

We have not heard from the courts on when or what will be paid.

Sorry.

---

**From:** Tammy Pedersen [mailto:tammy2121@gmail.com]
**Sent:** Friday, August 17, 2007 9:11 AM
**To:** Retail Commission Helpdesk

[Quoted text hidden]

[Quoted text hidden]

---

**Tammy Pedersen <tammy2121@gmail.com>**      **Sun, Aug 26, 2007 at 9:56 PM**
To: HRBENEFITS@americanhm.com

I was supposed to get a $2000 paycheck dated 8/24 but I do not see it on the ADP Online system. Does this mean the check was not sent?
Thank you,
Tammy Pedersen

[Quoted text hidden]