IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

   Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 10th day of September, 2008, he caused a copy of the following:

**OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
TO (I) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' CHAPTER 11 PLAN
OF LIQUIDATION AND (II) DEBTORS' MOTION FOR ORDER ESTABLISHING
PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 10th day of September, 2008.

_____
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My Comm. Expires Dec. 1, 2008

519.005-21969.DOC

## Service List

James L. Patton, Jr., Esq.
(jpatton@ycst.com)
Robert S. Brady, Esq.
(rbrady@ycst.com)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Debtors)
*Electronic Mail & Hand Delivery*

Bonnie Glantz Fatell, Esq.
(fatell@blankrome.com)
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Co-Counsel to Official Committee
of Unsecured Creditors)
*Electronic Mail & Hand Delivery*

Mr. Kevin Nystrom
(knystrom@kroll.com)
Kroll Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022
*Electronic & First Class Mail*

Joseph J. McMahon, Jr., Esq.
(joseph.mcmahon@usdoj.gov)
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Electronic Mail & Hand Delivery*

Mark S. Indelicato, Esq.
(mindelicato@hahnhessen.com)
Mark T. Power, Esq.
(mpower@hahnhessen.com)
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
(Co-Counsel to Official Committee
of Unsecured Creditors)
*Electronic & First Class Mail*

Thomas H. Grace, Esq.
(tgrace@lockelord.com)
W. Steven Bryant, Esq.
(sbryant@lockelord.com)
Locke Lord Bissell & Liddell LLP
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*Electronic & First Class Mail*