**CERTIFICATE OF SERVICE**

I, *David W. Carickhoff*, hereby certify that on September 10, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

- **OBJECTION OF THE COMMITTEE OF UNSECURED CREDITORS TO THE MOTION TO SHORTEN NOTICE FILED BY MOVANTS TILTON JACK, GRACE MULLINS, MR. AND MRS. CHRISTOPHER BILEK, SAM ACQUISTO, DELENA LAMACCHIA AND PAULA RUSH**

*/s/David W. Carickhoff*
David W. Carickhoff (No. 3715)

<u>SERVICE LIST –VIA FACSIMILE or E-MAIL</u>

Thomas G. Macauley, Esquire
**Zuckerman Spaeder LLP**
19 Market Street, Suite 990
Wilmington, DE  19801
*Counsel for Movants*
*Facsimile:  302-427-8242*

Linda A Singer, Esquire
**Zuckerman Spaeder LLP**
1800 M. Street, N.W., Suite 1000
Washington, DC  20036
*Counsel for Movants*
*Facsimile:  202-822-8106*

Stephen A. Weisrod, Esquire
**Gilbert Randolph LLP**
1100 New York Avenue, N.W., Suite 700
Washington, DC  20005
*Counsel for Movants*
*Facsimile:  202-772-3962*

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801
Joseph.mcmahon@usdoj.gov

2