## Exhibit A

**Letter from J. Dorsey to K. McDole dated May 30, 2008**

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6712
DIRECT FAX: (302) 576-3401
jdorsey@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

May 30, 2008

**BY E-MAIL AND FIRST CLASS MAIL**

Keith C. McDole, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515
Email: kcmcdole@jonesday.com

      Re:    In re American Home Mortgage Holdings, Inc., et al.
               Case No. 07-11047, Motion for Allowance and
               Payment of Administrative Expense

Dear Mr. McDole:

        I write on behalf of the Debtors in the above referenced bankruptcy proceeding in connection with the *Motion For An Order Granting The Allowance And Payment Of An Administrative Expense Claim* (the "Motion") filed by your client, American Home Mortgage Servicing, Inc. ("AHMSI") on May 23, 2008.[1] The Debtors will be filing an objection to the Motion and, in connection with their defense, will be seeking to obtain discovery from AHMSI on all matters relevant to the Motion.

        The Debtors request that AHMSI take necessary steps to preserve all Documents, as that term is defined in the Federal Rules of Civil Procedure, that may have any relevance to the Motion, the underlying contracts that form the basis of AHMSI's purported claim and

---

[1] I note that the Motion was signed on behalf of AH Mortgage Acquisition Co., Inc., while the body of the Motion states that the Motion is brought on behalf of American Home Mortgage Servicing, Inc. We assume that the latter is the proper party bringing the Motion. Our discovery requests, however, will be directed to both AH Mortgage Acquisition Co., Inc. and AHMSI.

# Young Conaway Stargatt & Taylor, llp

Keith C. McDole, Esquire
May 30, 2008
Page 2

AHMSI's operations from September 6, 2008 through the present. This request includes, but is not limited to, all e-mail communications and other electronic data maintained on AHMSI's computer systems. Therefore, to the extent AHMSI has any document destruction or data backup policies, such as the rotation of data back-up tapes, which would result in the loss of relevant data, those policies should be suspended.

       Thank you in advance for your cooperation. I will contact you early next week to discuss the scheduling of discovery and other appropriate deadlines relating to the contested matter in advance of the current hearing date. Given that there are material factual disputes between the parties, the Debtors will request that the initial hearing be considered a scheduling conference rather than an evidentiary hearing. If you disagree with using the June 11th date as a scheduling conference, please let me know as soon as possible so that we can approach the Court.

                                            Sincerely,

                                            John T. Dorsey

JTD:pam

cc:    Daniel P. Winikka, Esquire (by e-mail at: dpwinikka@jonesday.com)
        Victoria W. Counihan, Esquire (by e-mail at: counihanv@gtlaw.com)
        James L. Patton, Jr., Esquire (by e-mail at: jpatton@ycst.com)
        Craig D. Grear, Esquire (by e-mail at: cgrear@ycst.com)
        Erin D. Edwards, Esquire (by e-mail at: eedwards@ycst.com)
        Robert S. Brady, Esquire (by e-mail at: rbrady@ycst.com)