## Exhibit B

## Summary of Purchaser's Claims

| Purchaser's Claim Description | Purchaser's Claim Amount | Debtors' Claim Category (or Categories, w/ Respective Amounts) |
|---|---|---|
| Lender Paid Mortgage Insurance and Prepayment Penalties | $4,592,887 | *Sui Generis* |
| Document Delivery Costs | $31,200 | *Sui Generis* |
| Overpayment of Advances | $1,496,586 | Misappropriation Claim |
| Paid in Full Loans Sold to Third Parties | $1,762,957 | Misappropriation Claim ($164,303) Cure Claim ($1,598,654) |
| Paid in Full Loans – Compensating Interest | $1,213,341 | Misappropriation Claim |
| Liquidation Proceeds | $2,040,718 | Cure Claim |
| Repurchases | $738,384 | Cure Claim |
| FNMA Guaranty Fees | $834,648 | *Sui Generis* |
| Payment Clearing Account Deficiency | $2,423,759 | Reimbursement Claim |
| Expenses Denied by Wells Fargo | $749,406 | Cure Claim |
| Funding of HELOC Custodial Accounts | $597,677 | Misappropriation Claim |
| Signature Bank | $757,426 | *Sui Generis* |
| | Total (Cure) | $5,127,162 |
| | Total (Reimbursement) | $2,423,759 |
| | Total (Misappropriation) | $3,471,907 |
| | Total (*Sui Generis*) | $6,216,161 |