## Exhibit C

**March 27 and May 5, 2008, Invoices from AHM Corp. to the Purchaser**

**INVOICE**

Date: 03/27/08

**Billed by:**  American Home Mortgage – Corporate
(Account # Northfork 3124-073-044)

**Billed to:**  American Home Mortgage - Servicing
(Account # 730-148-095)

| For charges related to: | Detail | Total |
|---|---|---|
| ■ Allocation of CIGNA HealthCare premium payments for | | |
| January 2008  (check date: 12/11/07) | 254,283.00 | |
| February 2008  (check date: 2/25/08) | 254,171.00 | |
| March 2008  (check date: 3/25/08) | 252,945.00 | |
| Total | | 761,399.00 [a] |
| ■ Allocation of BCBS Health Insurance claims funding processed the wk ended: | | |
| 3/14/2008 | 100,000.00 | |
| 3/21/2008 | 100,000.00 | |
| Total | | 200,000.00 |
| ■ Allocation of Health Insurance administrative fees: | | |
| February 2008 | 18,157.43 | |
| March 2008 | 16,759.14 | |
| Total | | 34,916.57 [b] |
| ■ Monthly Allocated OH Costs per the APA for | | |
| February 2008 | 350,000.00 | |
| March 2008 | 350,000.00 | |
| Total | | 700,000.00 |
| **Total** | | $   1,696,315.57 |

(a)    Figures provided by HR, based on premium paid by company code.
(b)    Includes payments to: MetLife, HM Life Insurance Company of New York, First Reliance
        Standard, Aetna, Columbia Mutual - Eyemed.

**AHM Servicing**
Support for Invoice -- 3/27

| Check# | Doc Type | Check Date | Vendor ID | Vendor Clas | Period | Ref# | Invoice Type | Invoice# | Invoice Date | Invoice Amount | Vendor Name |
|--------|----------|------------|-----------|-------------|--------|------|--------------|----------|--------------|----------------|-------------|
| 0333298 | CK | 12/11/2007 | CIGNA3330458 | MISC | 12-07 | 3515781 | VO | GROUP #3330458 | 12/6/2007 | 395,523.11 | CIGNA HEALTHCARE |
| 0334496 | CK | 2/25/2008 | CIGNA3330458 | MISC | 02-08 | 3519018 | VO | February 2008 | 2/15/2008 | 355,651.00 | CIGNA HEALTHCARE |
| 0334992 | CK | 3/25/2008 | CIGNA3330458 | MISC | 03-08 | 3520191 | VO | March 2008 | 3/14/2008 | 341,281.00 | CIGNA HEALTHCARE |

# FUNDS TRANSFER / REPETITIVE WIRE SET UP REQUEST FORM

Request Date: 3/27/08

Wire Date:

## REPETITIVE WIRE # ( If Known )

## Amount

$ 1,696,315.57

### CREDIT BANK INFO
(Send to Bank)

Bank Name : Northfork

City, State :

Routing / ABA # :

Account # : 3124-073-044

Account Name : Corporate ending -3044

Reference :

For Further Credit To :

Required GL Code:

Reference Info
(Text Included on the Wire)

Purpose of Payment

### DEBIT BANK INFO
(Sent from Bank)

Bank Name : JPM

City, State :

Routing / ABA # :

Account # : 730-148-095

Account Name : AHM TRT VAR MTGRS SVC'G FEES

Reference :

## Approval

Requested By: _____
                    SIGNATURE and EXTENSION

Reviewed By: _____
                    SIGNATURE and EXTENSION

Approved By: _____
                    SIGNATURE and EXTENSION

Entered By: _____
                    SIGNATURE and EXTENSION

Released By: _____
                    SIGNATURE and EXTENSION

**INVOICE**

Date: 05/05/08

**Billed by:**  American Home Mortgage – Corporate
(Account # Northfork 3124-073-044)

**Billed to:**  American Home Mortgage - Servicing
(Account # 730-148-095)

| For charges related to: | Detail | Total |
|---|---|---|
| ▪ Allocation of payments to CIGNA HealthCare: | | |
| January 2008 premium revision | 29,756.41 | |
| February 2008 premium revision | 29,743.99 | |
| March 2008 premium revision | 29,601.45 | |
| April 2008 premium payment | 290,384.57 | |
| Total | | 379,486.42 (a) |
| ▪ Allocation of BCBS Health Insurance claims funding processed the wk ended: | | |
| N/A | - | (b) |
| Total | | - |
| ▪ Allocation of Health Insurance administrative fees: | | |
| April 2008 | 44,612.08 | |
| Total | | 44,612.08 (c) |
| ▪ Monthly Allocated OH Costs per the APA for April 2008 | 128,333.33 | |
| Total | | 128,333.33 |
| ▪ Allocation of payments made on Intercompany invoices 11/16/07 to 4/11/2008 | 343,852.48 | |
| | | 343,852.48 |
| **Total** | | $    896,284.31 |

(a)    Figures provided by HR, based on premium paid by company code.
(b)    It has not been necessary to fund the BCBS account since the the week ended 3/21, which was billed to Servicing on the 3/27 invoice.
(c)    Includes payments to: MetLife, HM Life Insurance Company of New York, First Reliance Standard, Aetna, Columbia Mutual - Eyemed.

American Home Mortgage
Support Detail for Invoice to Servicing

| Doc Type | Ref # | Invoice Date | Invoice # | Vendor ID | Vendor Name | Transaction Amount | Check # | Check Date | Sub-acct code | Period posted | External Ref # | acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VO | 3515908 | 6/27/07 | H062700115656 | RICOHRS15656 | RICOH CORPORATION | 309.92 | 333082 | 11/21/07 | 0262/00077/00000000000 | 200711 | 7972797 | 53210 |
| VO | 3514510 | 7/2/07 | MLB3058 | DISBAN020002 | DISB-BANKING BUREAU | 7,945.20 | 333082 | 11/21/07 | 0260/00077/00000000000 | 200711 | 7972797 | 93220 |
| VO | 3515906 | 7/26/07 | H072600115250 | RICOHRS15656 | RICOH CORPORATION | 355.00 | 333081 | 11/21/07 | 0262/00077/00000000000 | 200711 | 12345678P | 55300 |
| VO | 3515907 | 7/26/07 | H072600115350 | RICOHRS15656 | RICOH CORPORATION | 345.59 | 333083 | 11/21/07 | 0262/00077/00000000000 | 200711 | 21875354 | 55300 |
| VO | 3515909 | 8/1/07 | H080100106350 | RICOHRS15656 | RICOH CORPORATION | 273.53 | 333136 | 11/26/07 | 0099000100000000000 | 200711 | MLB3058 | 55300 |
| VO | 3515910 | 9/6/07 | 9871486 | RICOCUS1012T000 | RICOH CUSTOMER FINANCE CORP | 1,521.46 | 333165 | 11/27/07 | 0099000100000000000 | 200711 | Ahm Ser Ren | 55300 |
| VO | 3516110 | 9/14/07 | H091400115656 | RICOH5010597 | RICOH CORPORATION | 38.51 | 333164 | 11/27/07 | 0099000100000000000 | 200711 | Ahm Ser Ren | 55300 |
| VO | 3515901 | 9/14/07 | H091400115656 | RICOH5010597 | RICOH CORPORATION | 72.88 | 333165 | 11/27/07 | 0099000100000000000 | 200711 | Ahm Ser Ren | 55300 |
| VO | 3515909 | 9/14/07 | H091401570 | RICOH5010597 | RICOH CORPORATION | 255.91 | 333166 | 11/27/07 | 0099000100000000000 | 200711 | G268416 | 55330 |
| VO | 3515910 | 9/14/07 | H091400115656 | RICOH5010597 | RICOH CORPORATION | 44.19 | 333180 | 11/28/07 | 0260/00077/00000000000 | 200711 | 233610717 | 56530 |
| VO | 3515904 | 9/14/07 | H091400115656 | RICOHRS15656 | RICOH CORPORATION | 37.70 | 333180 | 11/28/07 | 0295000770000000000 | 200711 | 21875354 | 53100 |
| VO | 3514130 | 9/20/07 | 21875354 | XOCOM0016438 | XO COMMUNICATIONS | (93.11) | 333180 | 11/28/07 | 0295000770000000000 | 200711 | 21875354 | 53100 |
| VO | 3514133 | 9/20/07 | 21875354 | XOCOM0016438 | XO COMMUNICATIONS | 24,902.42 | 333225 | 12/5/07 | 0260/00077/00000000000 | 200711 | 7115/0849 | 53100 |
| VO | 3514170 | 9/20/07 | 7972797 | MCI83195646 | MCI | 708.17 | 333264 | 12/5/07 | 0260/00077/00000000000 | 200711 | 3112039 | 53210 |
| VO | 3514791 | 10/1/07 | 7972797 | MCI83195646 | MCI | 39.13 | 333264 | 12/5/07 | 0101/00077/00000000000 | 200711 | 3112039 | 53210 |
| VO | 3514894 | 10/22/07 | 12345678P | STATCOM | STATE COMPTROLLER | 868.41 | 333264 | 12/5/07 | 0260/00077/00000000000 | 200711 | 3112039 | 53210 |
| VO | 3515050 | 10/25/07 | 233610717 | FEDEX73269 | FEDEX | 140.78 | 333264 | 12/5/07 | 0260/00077/00000000000 | 200711 | 3112039 | 53210 |
| VO | 3515052 | 10/25/07 | 9287082 | DELALAND042427 | DE LAGE LANDEN | 197.71 | 333264 | 12/5/07 | 0260/00077/00000000000 | 200711 | 3112039 | 53210 |
| VO | 3517051 | 11/4/07 | 9287082 | MCI83195646 | MCI | 4.80 | 333264 | 12/5/07 | 0294000770000000000 | 200711 | 3112039 | 53210 |
| VO | 3514792 | 11/6/07 | 55012239999 | SPRINT01229999 | SPRINT | 1,521.46 | 333264 | 12/5/07 | 0260/00077/00000000000 | 200711 | 3112039 | 53210 |
| VO | 3516120 | 11/6/07 | G2968416 | DHLEXPRO2162681 | DHL EXPRESS (USA) INC | 383.94 | 333266 | 12/5/07 | 0099000770000000000 | 200711 | 882121168 | 53100 |
| VO | 3516100 | 11/6/07 | 9592084 | RICOCUS1012T000 | RICOH CUSTOMER FINANCE CORP | 97.35 | 333377 | 12/13/07 | 0260/00077/00000000000 | 200711 | H083100026350 | 56111 |
| VO | 3515051 | 11/6/07 | 3112039 | ATTMOBIL2432546 | AT&T MOBILITY | 101.07 | 333389 | 12/13/07 | 0260/00077/00000000000 | 200711 | H091400115550 | 56111 |
| VO | 3515051 | 11/6/07 | 3112039 | ATTMOBIL2432546 | AT&T MOBILITY | 101.83 | 333389 | 12/13/07 | 0260/00077/00000000000 | 200711 | H091400115550 | 56111 |
| VO | 3515051 | 11/6/07 | 3112039 | ATTMOBIL2432546 | AT&T MOBILITY | 130.72 | 333389 | 12/13/07 | 0260/00077/00000000000 | 200711 | H091400115750 | 56111 |
| VO | 3515051 | 11/6/07 | 3112039 | ATTMOBIL2432546 | AT&T MOBILITY | 131.13 | 333389 | 12/13/07 | 0260/00077/00000000000 | 200711 | H062700115550 | 56111 |
| VO | 3515051 | 11/6/07 | 3112039 | ATTMOBIL2432546 | AT&T MOBILITY | 134.70 | 333390 | 12/13/07 | 0260/00077/00000000000 | 200711 | H062700115650 | 56100 |
| VO | 3515054 | 11/6/07 | 3112039 | ATTMOBIL2432546 | AT&T MOBILITY | 143.66 | 333390 | 12/13/07 | 0260/00077/00000000000 | 200711 | H072600111250 | 56100 |
| VO | 3515054 | 11/6/07 | 3112039 | ATTMOBIL2432546 | AT&T MOBILITY | 100.00 | 333390 | 12/13/07 | 0260/00077/00000000000 | 200711 | H072600111350 | 56100 |
| VO | 3514674 | 11/11/07 | Ahm Ser Ren TENNFIN | | TENNESSEE DEPARTMENT OF | 54.94 | 333391 | 12/13/07 | 0260/00077/00000000000 | 200711 | H091400045550 | 56100 |
| VO | 3515982 | 11/11/07 | 88212116 | QWESBUSIN0689697 | Qwest Business Svcs | 500.00 | 333480 | 12/18/07 | 0260/00077/00000000000 | 200711 | 8671460 | 51400 |
| VO | 3515875 | 11/15/07 | Ahm Ser Ren STATNH | | STATE OF NEW HAMPSHIRE | 20.00 | 333480 | 12/18/07 | 0101/00077/00000000000 | 200711 | 9992084 | 51400 |
| VO | 3514670 | 11/15/07 | Ahm Ser Ren TNSECSTA | | TENNESSEE SECRETARY OF STATE | 106.96 | 333481 | 12/18/07 | 0101/00077/00000000000 | 200711 | H113000033550 | 51400 |
| VO | 3516080 | 11/16/07 | 18073632T | NEXTCOM80736327 | NEXTEL COMMUNICATIONS | 226.50 | 333777 | 1/10/08 | 0294000770000000000 | 200712 | 18073632T | 53210 |
| VO | 3517060 | 11/16/07 | 18073632T | NEXTCOM80736327 | NEXTEL COMMUNICATIONS | 550.88 | 333778 | 1/10/08 | 0260/00077/00000000000 | 200712 | 18073632T | 53100 |
| VO | 3517243 | 11/22/07 | 21987103 | XOCOM0016438 | XO COMMUNICATIONS | 20,855.43 | 333779 | 1/10/08 | 0206/00077/00000000000 | 200712 | 18073632T | 53210 |
| VO | 3517243 | 11/22/07 | 21987103 | XOCOM0016438 | XO COMMUNICATIONS | 26,038.21 | 333780 | 1/10/08 | 0260/00077/00000000000 | 200712 | 18073632T | 53210 |
| VO | 3517243 | 11/27/07 | 9287082 | MCI83195646 | MCI | 61.03 | 333779 | 1/10/08 | 0209000770000000000 | 200712 | 55012239999 | 53210 |
| VO | 3515290 | 11/28/07 | 11280T005362 | VERIWRVA1AHMEV | VERIZON WIRELESS | 127.28 | 333779 | 1/10/08 | 0260/00077/00000000000 | 200712 | 55012239999 | 53210 |
| VO | 3515280 | 11/28/07 | 11280T005362 | VERIWRVA1AHMEV | VERIZON WIRELESS | 265.14 | 333779 | 1/10/08 | 0260/00077/00000000000 | 200712 | 55012239999 | 53210 |
| VO | 3515190 | 11/29/07 | H113000023250 | RICOH5010587 | RICOH CORPORATION | 125.14 | 333780 | 1/10/08 | 0260/00077/00000000000 | 200712 | 55012239999 | 53210 |
| VO | 3517062 | 12/1/07 | 0762CY | UPS0726Z000 | UPS | 102.59 | 333901 | 1/18/08 | 0260/00077/00000000000 | 200712 | 55012239999 | 53100 |
| VO | 3517042 | 12/4/07 | 55012239999 | SPRINT01229999 | SPRINT | 102.59 | 333901 | 1/18/08 | 0260/00077/00000000000 | 200712 | 55012239999 | 53100 |
| VO | 3517050 | 12/4/07 | 55012239999 | SPRINT01229999 | SPRINT | 103.16 | 333973 | 1/18/08 | 0101/00077/00000000000 | 200801 | 10052959 | 55280 |
| VO | 3517055 | 12/5/07 | ACCT 1110T11050 | USTRUST | US TRUSTEE PAYMENT CENTER | 3,279.72 | 334146 | 1/18/08 | 0000/00000/00000000000 | 200801 | ACCT 1110T11050 | 51400 |
| VO | 3517055 | 12/6/07 | 3172245 | ATTMOBIL2432546 | AT&T MOBILITY | 632.31 | 334142 | 1/22/08 | 0260/00077/00000000000 | 200801 | 8671085 | 53100 |
| VO | 3517059 | 12/6/07 | 3172245 | ATTMOBIL2432546 | AT&T MOBILITY | 658.59 | 334358 | 1/29/08 | 0260/00077/00000000000 | 200802 | 890100505 | 53100 |
| VO | 3517059 | 12/6/07 | 3172245 | ATTMOBIL2432546 | AT&T MOBILITY | 229.50 | 334358 | 2/13/08 | 0101/00077/00000000000 | 200802 | 3231684 | 53100 |
| VO | 3518443 | 12/6/07 | 3172245 | ATTMOBIL2432546 | AT&T MOBILITY | 127.84 | 334359 | 2/13/08 | 0206/00077/00000000000 | 200802 | 3231684 | 53100 |
| VO | 3517457 | 12/11/07 | 880100505 | QWEST | QWEST-DENVER | 1,401.40 | 334358 | 2/13/08 | 0260/00077/00000000000 | 200802 | 3231684 | 53100 |
| VO | 3517058 | 12/18/07 | 18073632T | NEXTCOM80736327 | NEXTEL COMMUNICATIONS | 1,401.40 | 334358 | 2/13/08 | 0101/00077/00000000000 | 200802 | 3231684 | 53100 |
| VO | 3517055 | 12/18/07 | 18073632T | NEXTCOM80736327 | NEXTEL COMMUNICATIONS | 197.81 | 334358 | 2/13/08 | 0101/00077/00000000000 | 200802 | 3231684 | 53100 |
| VO | 3518646 | 12/25/07 | 9287852 | MCI92878052 | MCI | 95.20 | 334358 | 2/13/08 | 0133000000000000000 | 200802 | 3231684 | 53100 |
| VO | 3517057 | 12/28/07 | 1226070005362 | VERIWRVA1AHMEV | VERIZON WIRELESS | 97.35 | 334358 | 2/13/08 | 0260/00077/00000000000 | 200802 | 3316684 | 53100 |
| VO | 3519054 | 12/31/07 | 101713330 | IRONMOUNT0129999 | IRON MOUNTAIN | 97.35 | 334358 | 2/13/08 | 0260/00077/00000000000 | 200802 | 3316684 | 53100 |
| VO | 3517440 | 1/4/08 | 55012239999 | SPRINT01229999 | SPRINT | 97.35 | 334358 | 2/13/08 | 0260/00077/00000000000 | 200802 | 3172245 | 53100 |
| VO | 3517480 | 1/4/08 | 55012239999 | SPRINT01229999 | SPRINT | 97.35 | 334358 | 2/13/08 | 0260/00077/00000000000 | 200802 | 3172245 | 53100 |
| VO | 3518356 | 1/8/08 | 3231684 | ATTMOBIL2432546 | AT&T MOBILITY | 97.35 | 334358 | 2/13/08 | 0103000000000000000 | 200802 | 3172245 | 53100 |
| VO | 3518358 | 1/8/08 | 3231684 | ATTMOBIL2432546 | AT&T MOBILITY | 97.35 | 334358 | 2/13/08 | 0260/00077/00000000000 | 200802 | 3172245 | 53100 |
| VO | 3518358 | 1/8/08 | 3231684 | ATTMOBIL2432546 | AT&T MOBILITY | 97.35 | 334358 | 2/13/08 | 0260/00077/00000000000 | 200802 | 3172245 | 53100 |
| VO | 3518358 | 1/8/08 | 3231684 | ATTMOBIL2432546 | AT&T MOBILITY | 97.35 | 334358 | 2/13/08 | 0101/00077/00000000000 | 200802 | 3231684 | 53100 |
| VO | 3518358 | 1/8/08 | 3231684 | ATTMOBIL2432546 | AT&T MOBILITY | 97.86 | 334358 | 2/13/08 | 0101/00077/00000000000 | 200802 | 3231684 | 53100 |

American Home Mortgage
Support Detail for Invoice to Servicing

| Doc Type | Ref # | Invoice Date | Invoice # | Vendor ID | Vendor Name | Transaction Amount | Check # | Check Date | Sub-acct code | Period posted | External Ref # | acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 98.03 | 334358 | 2/13/08 | 0103300000000000000 | 200802 | 3231684 | 53100 |
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 99.89 | 334358 | 2/13/08 | 0103300000000000000 | 200802 | 3231684 | 53100 |
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 102.59 | 334358 | 2/13/08 | 0809080077000000000 | 200802 | 3231684 | 53100 |
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 103.16 | 334358 | 2/13/08 | 0103300000000000000 | 200802 | 3231684 | 53100 |
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 104.81 | 334358 | 2/13/08 | 0103300000000000000 | 200802 | 3231684 | 53100 |
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 105.65 | 334358 | 2/13/08 | 0259400077000000000 | 200802 | 3231684 | 53100 |
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 107.16 | 334358 | 2/13/08 | 0103300000000000000 | 200802 | 3231684 | 53100 |
| VO | 3516358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 108.80 | 334359 | 2/13/08 | 0103300000000000000 | 200802 | 3231684 | 53100 |
| VO | 3518363 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 121.79 | 334383 | 2/13/08 | 0809080077000000000 | 200802 | 180738327 | 53210 |
| VO | 3518363 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 125.30 | 334383 | 2/13/08 | 0260900077000000000 | 200802 | 180738327 | 53210 |
| VO | 3518358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 126.06 | 334371 | 2/13/08 | 0101100077000000000 | 200802 | 07262Y | 56330 |
| VO | 3518358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 152.58 | 334371 | 2/13/08 | 0260700077000000000 | 200802 | 07262Y | 56330 |
| VO | 3518358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 158.80 | 334371 | 2/13/08 | 0101100077000000000 | 200802 | 07262Y | 56330 |
| VO | 3518358 | 1/8/08 | 3231684 ATTMOBIL242546 | 3231684 ATTMOBIL242546 | AT&T MOBILITY | 159.03 | 334371 | 2/13/08 | 0260700077000000000 | 200802 | 07262Y | 56330 |
| VO | 3518909 | 1/11/08 | MCI | MCI | MCI | 3,270.52 | 334336 | 2/13/08 | 0102500000000000000 | 200711 | 1.12807E+11 | 53210 |
| VO | 3519731 | 1/12/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 630.36 | 334356 | 2/13/08 | 0101100077000000000 | 200711 | 1.12807E+11 | 53210 |
| VO | 3519731 | 1/14/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 13,315.18 | 334356 | 2/13/08 | 0260700077000000000 | 200802 | 23103167 | 53100 |
| VO | 3517731 | 1/19/08 | 10052359 RICOCUS0127000 | 10052359 RICOCUS0127000 | RICOH CUSTOMER FINANCE CORP | 1,521.46 | 334366 | 2/13/08 | 0260700077000000000 | 200802 | 23103167 | 53100 |
| VO | 3519712 | 1/19/08 | 22103167 XOCOM00106438 | 22103167 XOCOM00106438 | UPS | 234.91 | 334371 | 2/13/08 | 0809080077000000000 | 200802 | 180738327 | 53210 |
| VO | 3519712 | 1/25/08 | 92878062 MCI9287B062 | 92878062 MCI9287B062 | XO COMMUNICATIONS | 16,098.14 | 334423 | 2/15/08 | 0102500000000000000 | 200802 | 92878062 | 53100 |
| VO | 3519500 | 1/25/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | MCI | 26,575.34 | 334423 | 2/15/08 | 0369000001000000000 | 200802 | 92878062 | 53100 |
| VO | 3515501 | 1/26/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | Qwest Business Svcs | 2,169.78 | 334424 | 2/15/08 | 0260700077000000000 | 200802 | 61252645 | 53210 |
| VO | 3515510 | 1/26/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 3,375.51 | 334425 | 2/15/08 | 0260700077000000000 | 200802 | 62153953 | 53210 |
| VO | 3518360 | 2/2/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 4,456.66 | 334425 | 2/15/08 | 0260700077000000000 | 200802 | 62153953 | 53210 |
| VO | 3518360 | 2/2/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 7,625.17 | 334504 | 2/15/08 | 0301010077000000000 | 200802 | 905038242 | 53210 |
| VO | 3518361 | 2/2/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (33.96) | 334504 | 2/6/08 | 0260700077000000000 | 200802 | 905038242 | 53210 |
| VO | 3519500 | 2/5/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (32.03) | 334534 | 2/8/08 | 0260700077000000000 | 200802 | 07262Y | 56330 |
| VO | 3519500 | 2/5/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (31.87) | 334534 | 2/8/08 | 0260700077000000000 | 200803 | 07262Y | 56330 |
| VO | 3519500 | 2/5/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (31.54) | 334547 | 3/4/08 | 0260700077000000000 | 200803 | 101715330 | 53210 |
| VO | 3519500 | 2/5/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (31.53) | 334547 | 3/7/08 | 0260700077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/5/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (29.33) | 334559 | 3/7/08 | 0101100077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/5/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (20.27) | 334559 | 3/7/08 | 0260800077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/6/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (17.23) | 334559 | 3/7/08 | 0260700077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/6/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (6.42) | 334559 | 3/7/08 | 0260700077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/6/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | (4.10) | 334559 | 3/7/08 | 0301010077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/6/08 | 3291298 ATTMOBU05002398 | 3291298 ATTMOBU05002398 | AT&T MOBILITY/BRM SEI | 102.50 | 334559 | 3/7/08 | 0260700077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519131 | 2/8/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 10,553.39 | 334559 | 3/7/08 | 0101100077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519131 | 2/8/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 3,270.52 | 334559 | 3/7/08 | 0260700077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/8/08 | 62153953 MCI63198546 | 62153953 MCI63198546 | MCI | 115.56 | 334559 | 3/10/08 | 0260700077000000000 | 200803 | 3291298 | 53210 |
| VO | 3519500 | 2/10/08 | 180738327 NEXTCOM80738327 | 180738327 NEXTCOM80738327 | NEXTEL COMMUNICATIONS | 230.34 | 334581 | 3/12/08 | 0260700077000000000 | 200803 | 180738327 | 53210 |
| VO | 3519539 | 2/11/08 | 180738327 NEXTCOM80738327 | 180738327 NEXTCOM80738327 | NEXTEL COMMUNICATIONS | 630.36 | 334581 | 3/12/08 | 0101100077000000000 | 200803 | 180738327 | 53210 |
| VO | 3519530 | 2/11/08 | 905038242 QWESBUS58806697 | 905038242 QWESBUS58806697 | Qwest Business Svcs | 3,754.55 | 334562 | 3/12/08 | 0260700077000000000 | 200803 | 22808005362 | 53100 |
| VO | 3519524 | 2/11/08 | 905038242 QWESBUS58806697 | 905038242 QWESBUS58806697 | UPS | 11,475.87 | 334565 | 3/12/08 | 0369000001000000000 | 200803 | 3250000035282 | 53210 |
| VO | 3519549 | 2/16/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 3,092.54 | 334565 | 3/12/08 | 0101100077000000000 | 200803 | 07262Y | 53210 |
| VO | 3519549 | 2/23/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 4,537.40 | 334581 | 4/3/08 | 0260700077000000000 | 200803 | 07262Y | 56330 |
| VO | 3519549 | 2/23/08 | 92878062 MCI9287B062 | 92878062 MCI9287B062 | VERIZON WIRELESS | 43,153.64 | 334581 | 4/3/08 | 0103300000000000000 | 200803 | 07262Y | 56330 |
| VO | 3519549 | 2/23/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | MCI | 124.70 | 334581 | 4/3/08 | 0260700077000000000 | 200803 | 07262Y | 56330 |
| VO | 3520242 | 2/23/08 | 180738327 NEXTCOM80738327 | 180738327 NEXTCOM80738327 | NEXTEL COMMUNICATIONS | 9,365.02 | 334581 | 4/3/08 | 0260700077000000000 | 200803 | 07262Y | 56330 |
| VO | 3520242 | 3/1/08 | 180738327 NEXTCOM80738327 | 180738327 NEXTCOM80738327 | NEXTEL COMMUNICATIONS | 230.34 | 334581 | 4/3/08 | 0260700077000000000 | 200803 | 07262Y | 56330 |
| VO | 3520242 | 3/1/08 | 3351176 ATTMOBIL242546 | 3351176 ATTMOBIL242546 | AT&T MOBILITY | 324.31 | 334581 | 4/3/08 | 0260700077000000000 | 200803 | 92878062 | 53100 |
| VO | 3520242 | 3/4/08 | 3351176 ATTMOBIL242546 | 3351176 ATTMOBIL242546 | AT&T MOBILITY | (360.96) | 334581 | 4/3/08 | 0101100077000000000 | 200803 | 3351176 | 53210 |
| VO | 3520242 | 3/4/08 | 3351176 ATTMOBIL242546 | 3351176 ATTMOBIL242546 | UPS | 97.22 | 334737 | 4/3/08 | 0260700077000000000 | 200803 | 3351176 | 53210 |
| VO | 3520242 | 3/4/08 | 3351176 ATTMOBIL242546 | 3351176 ATTMOBIL242546 | UPS | 122.78 | 334581 | 4/3/08 | 0260700077000000000 | 200803 | 3351176 | 53210 |
| VO | 3520243 | 3/8/08 | 3351176 ATTMOBIL242546 | 3351176 ATTMOBIL242546 | AT&T MOBILITY | 141.09 | 335169 | 4/3/08 | 0101100077000000000 | 200803 | 3351176 | 53210 |
| VO | 3522243 | 3/8/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | AT&T MOBILITY | 151.05 | 335169 | 4/3/08 | 0260700077000000000 | 200803 | 3351176 | 53210 |
| VO | 3522243 | 3/8/08 | 67106925 MCI63198546 | 67106925 MCI63198546 | MCI | 9,300.12 | 335168 | 4/3/08 | 0103300000000000000 | 200803 | 3351176 | 53210 |
| VO | 3522243 | 3/8/08 | 07262Y VPS072EZY | 07262Y VPS072EZY | UPS | 3,270.51 | 335168 | 4/9/08 | 0260700077000000000 | 200803 | 3351176 | 53210 |
| VO | 3522243 | 3/28/08 | 3280800S5362 VERIWRVA1AHMEV | 3280800S5362 VERIWRVA1AHMEV | VERIZON WIRELESS | (98.27) | 335228 | 4/16/08 | 0260700077000000000 | 200804 | 67106925 | 53210 |

Total $   243,652.46