IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------X

In re:                                                  Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                    Jointly Administered

                                    Debtors.            Re: Docket Nos. **4233, 4338, 4359, 5495 & 5798**

----------------------------------------------------------------X

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
DEBTORS' PRELIMINARY OBJECTION TO AMENDED MOTION OF AMERICAN
HOME MORTGAGE SERVICING, INC., F/K/A AH MORTGAGE ACQUISITION CO.,
INC., FOR AN ORDER GRANTING THE ALLOWANCE AND PAYMENT OF AN
ADMINISTRATIVE EXPENSE CLAIM FOR BREACHES BY CERTAIN DEBTORS OF
THE ASSET PURCHASE AGREEMENT FOR SALE OF THE DEBTORS' MORTGAGE
SERVICING BUSINESS**

        The Official Committee of Unsecured Creditors (the "Committee") of the above-

captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned co-counsel,

hereby joins the Debtors' objection (the "Objection") [Docket No. 5798] to the *Amended Motion*

*of American Home Mortgage Servicing, Inc., f/k/a AH Mortgage Acquisition Co., Inc. for an*

*Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches*

*by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage*

*Servicing Business* [Docket No. 5495] (the "Amended Motion") and in support thereof

represents as follows:

## JOINDER

        1.      The Committee hereby adopts and incorporates the arguments and

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment
Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc.;
American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.;
and Great Oak Abstract Corp.

assertions set forth in the Objection and reserves all rights to be heard before this Court with

regard to the Amended Motion.  Further, the Committee reserves all rights to conduct discovery

with respect to this contested matter and utilize any facts uncovered therein.

    **WHEREFORE**, the Committee respectfully requests that the Court sustain the

Objection and grant such other and further relief as the Court may deem just and proper.

Dated: September 10, 2008

         BLANK ROME LLP


        By: */s/ David W. Carickhoff*
         Bonnie Glantz Fatell (No. 3809)
         David W. Carickhoff (No. 3715)
         1201 Market Street, Suite 800
         Wilmington, Delaware  19801
         (302) 425-6400 - Telephone
         (302) 425-6464 - Facsimile

          - and -

         HAHN & HESSEN LLP
         488 Madison Avenue
         New York, New York 10022
         (212) 478-7200 - Telephone
         (212) 478-7400 - Facsimile
         Attn:  Mark S. Indelicato
           Mark T. Power

         Co-Counsel to the Official Committee
         of Unsecured Creditors of American Home
         Mortgage Holdings, Inc., *et al*.