UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.,* [1] | : |  |
|  | : | Case Number 07-11047 (CSS) |
| Debtors. |  | (Jointly Administered) |
|  | : |  |

**OBJECTION OF THE UNITED STATES TRUSTEE TO THE MOTION TO SHORTEN NOTICE RELATED TO THE MOTION OF CERTAIN INDIVIDUALS FOR AN ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE
(DOCKET ENTRY # 5679)**

In support of her objection to the motion to shorten notice related to the motion of certain individuals for an order appointing an official committee of borrowers pursuant to section 1102(a)(2) of the Bankruptcy Code (the "Motion to Shorten"), Roberta A. DeAngelis, Acting United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, avers:

**INTRODUCTION**

1. Under (i) 28 U.S.C. § 1334, (ii) (an) applicable order(s) of the United States District Court for the District of Delaware issued pursuant to 28 U.S.C. § 157(a) and (iii) 28 U.S.C. §

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1

157(b)(2)(A), this Court has jurisdiction to hear and determine the Motion to Shorten.

2.   Under 28 U.S.C. § 586, the U.S. Trustee has an overarching responsibility to enforce the laws as written by Congress and interpreted by the courts.  See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.), 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that UST has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.), 898 F.2d 498, 500 (6th Cir. 1990) (describing the UST as a "watchdog").

3.   Under 11 U.S.C. § 307, the U.S. Trustee has standing to be heard on the Motion to Shorten and the issues raised in this objection.

**GROUNDS/BASIS FOR RELIEF**

4.   More than a year after the above-captioned cases were filed, the moving parties filed a motion for an order appointing a borrowers' committee pursuant to section 1102(a)(2) of the Bankruptcy Code.  While the U.S. Trustee appreciates that the moving parties are seeking the appointment of an official borrowers' committee primarily to challenge aspects of the Debtors' proposed plan of liquidation, the purported need for a second official committee does not justify having the matter heard on notice of less than six days.  The cost associated with the appointment of a second official committee at this late juncture in the cases warrants adequate time for the U.S. Trustee, the Debtors, the Official Committee of Unsecured Creditors and other interested constituencies to evaluate the motion, to respond to the motion and to discuss the motion with counsel to the moving parties.

4.   The U.S. Trustee respectfully suggests that this matter be scheduled for a hearing on a date convenient to the Court after September 25, 2008, with objections due three business days

prior to the hearing.  The U.S. Trustee's proposed schedule would provide the U.S. Trustee with ample time to respond and respect the moving parties' interest in having the matter heard promptly.

## CONCLUSION

WHEREFORE the U.S. Trustee requests that this Court issue an order consistent with this objection.

>Respectfully submitted,
>
>**ROBERTA A. DeANGELIS**
>**ACTING UNITED STATES TRUSTEE**
>
>BY:  /s/ Joseph J. McMahon, Jr.
>Joseph J. McMahon, Jr., Esquire (# 4819)
>Trial Attorney
>United States Department of Justice
>Office of the United States Trustee
>J. Caleb Boggs Federal Building
>844 King Street, Room 2207, Lockbox 35
>Wilmington, DE  19801
>(302) 573-6491
>(302) 573-6497 (Fax)

Date:  September 11, 2008