UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.,* [1] | |
| Debtors. | Case Number 07-11047 (CSS) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I certify that, on September 11, 2008, I caused to be served a copy/copies of the United States Trustee's Objection to the Motion to Shorten Notice Related to the Motion of Certain Individuals for an Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code via electronic mail or, where no electronic mail address is indicated, via facsimile transmission to the persons listed below.

| | |
|---|---|
| James L. Patton, Esquire | Mark S. Indelicato, Esquire |
| Pauline K. Morgan, Esquire | Mark T. Power, Esquire |
| M. Blake Cleary, Esquire | HAHN & HESSEN LLP |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | 488 Madison Avenue |
| The Brandywine Building | New York, NY 10022 |
| 1000 West Street, 17th Floor | (212) 478-7400 (Fax) |
| Wilmington, DE 19801 | mindelicato@hahnhessen.com |
| (302) 571-1253 (Fax) | mpower@hahnhessen.com |
| jpatton@ycst.com | |
| pmorgan@ycst.com | |
| mbcleary@ycst.com | |

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
(302) 425-6464 (Fax)
fatell@blankrome.com

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
(212) 836-8689 (Fax)
mschonholtz@kayescholer.com
mliscio@kayescholer.com
stalmadge@kayescholer.com

Laurie Selber Silverstein, Esquire
Gabriel R. MacConaill, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19801
(302) 658-1192 (Fax)
lsilverstein@potteranderson.com
gmacconaill@potteranderson.com

Corinne Ball, Esquire
Erica M. Ryland, Esquire
I. Lewis H. Grimm, Esquire
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 755-7306 (Fax)
eball@jonesday.com
emryland@jonesday.com
lgrimm@jonesday.com

Brett P. Barragate, Esquire
JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH  44114
(216) 579-0212 (Fax)
bpbarragate@jonesday.com

Victoria W. Counihan, Esquire
Sandra G.M. Selzer, Esquire
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7360 (Fax)
counihan@gtlaw.com
selzers@gtlaw.com

Thomas G. Maccauley, Esquire
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
Wilmington, DE  19801
(302) 427-8242 (Fax)

Linda Singer, Esquire
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
(202) 822-8106 (Fax)

Stephen A. Weisbrod, Esquire
W. Hunter Winstead, Esquire
GILBERT RANDOLPH LLP
1100 New York Avenue, NW, Suite 700
Washington, D.C.  20005
(202) 772-3926 (Fax)

      /s/ Joseph J. McMahon, Jr.
      Joseph J. McMahon, Jr.
      Trial Attorney