*Hoffman Appraisal, Inc.*
23000 Springwood Circle
Millsboro, DE 19966
1-302-933-0690   FAX 1-302-933-0605
E-mail hoffman_appraisal@mchsi.com

United States Bankruptcy Court
For the District of Delaware
824 Market St, 3rd Floor
Wilmington, DE 19801

RE: 071-11047 CSS
   American Home Mortgage

I have been notified of identical claims against multiple Debtors. The claim number provided does not provide adequate information to determine which claims these refer to.

At this time I have 3 open invoices and a NSF check. I have attached copies of the open invoices and a copy of the check and voucher that it was to be payable for. As the appraisal fee I charge for residential reports is typically $300 I cannot determine from the data provided in the objection which invoice this refers to. The records I have indicate a balance due from this lender as $1050.

| Invoice # K103502126 | 7-20-07 | $300 |
| Invoice #SX1343472M | 7-31-07 | $300 |
| Invoice # 184783 | 7-19-07 | $375 |
| NSF Check # 3467698 | 7-21-07 | $75 |

If there is more data needed please feel free to contact me.

Respectfully,

Thomas P Hoffman

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: September 8, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: September 15, 2008 at 10:00 a.m. (ET) |

AHM OB14 8/15/2008 (merge2.txnum2) 4000038784 EPIQ Use - 128

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

## NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

**Basis For Objection:** Amended

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 2278 | $300.00 |
| Surviving Claim | 2279 | $300.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as duplicative or amended. The Objection seeks to alter your rights by disallowing your above-listed claim in the "Claim to be Expunged" row, but does not seek to alter your claim listed in the "Surviving Claim" row.

Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession