Subject: L-1775465 (Building Permit)
Date: Wed, 18 Jul 2007 13:06:36 -0400
From: Marva.Tillett@americanhm.com
To: shevygp@hotmail.com

Hi Ms. Powell,

Per our conversation today, I am still waiting for a copy of the **Building Permit** along with a email from you advising me to use part of your Contingency.    If these items are not received, I cannot disburse the wire.

Thank you.

**Marva Tillett**
**American Home Mortgage**
**Construction Lending Specialist**
**538 Broadhollow Road**
**Melville, NY 11747**
**Telephone: (631)-622-2423**
**Direct Fax: (866) 316-7688**
**Marva.Tillett@americanhm.com**



Get more out of the Web. Learn 10 hidden secrets of Windows Live. Learn Now =

Exhibit #1

Subject: Need copy of Building Permit
Date: Tue, 23 Oct 2007 10:57:38 -0400
From: Marva.Tillett@americanhm.com
To: shevygp@hotmail.com

Hi Shervonne,

Please have builder fax a copy of his Building Permit ASAP to the number below……..it is missing from the file.

Thanks.

**Marva Tillett**
**American Home Mortgage**
**Construction Lending Specialist**
**538 Broadhollow Road**
**Melville, NY 11747**
**Telephone: (631)-622-2423**
**Direct Fax: (866) 316-7688**
**Marva.Tillett@americanhm.com**



---

Stay up to date on your PC, the Web, and your mobile phone with Windows Live. See Now =