October 18, 2007

Shervonne Powell
18902 Mills Choice Rd, #4
Gaithersburg, MD 20886
Daytime: (703)206-2688
Evening: (302)286-8020
Fax: (703)206-3543
shevygp@hotmail.com

Joanne Vlaun
American Home Mortgage
538 Broadhollow Rd
Mailstop: 510
Melville, NY 11747

*VIA FAX*

Dear Ms. Vlaun,

I currently have a construction loan with American Home Mortgage and have Marva Tillett as a Loan Administrator. I am writing to express my extreme disappointment and discontent with my experience with Ms. Tillett and the lack of communication concerning my loan.

Ms. Tillett's professionalism and commitment to customer service is grossly poor and she is very rude. Due to the financial problems of American Home Mortgage and the absence of consistent and competent direction to me from the bank, my home rehab project has suffered a number of setbacks. Resultantly, I now must bring a new builder onto my project.

I emailed Ms. Tillett on Monday, 10/15/2007, to ask for copies of inspection reports, copies of the building permits sent over by the current builder, and an account statement that shows what has been paid from my account to the current builder, in addition to what is remaining in my budget.

Because I did not receive an acknowledgement from my email, I called Ms. Tillett on Tuesday, 10/16/2007 just to ask if she would be able to provide this information to me. She was extremely rude to me and asked me why I planned to change builders when my loan was to be sold on the 24th. Then she proceeded to tell me she wasn't sure she would be able to provide any of the things I asked for and she would have to see.

I have not heard nor have I received anything from Ms. Tillett. I would greatly appreciate any assistance you can provide to me. The information I would like to receive are copies of the inspection reports, copies of the building permits the current builder faxed over, and an account statement that shows draws that were made to the current builder.

My loan number and contact information is provided at the top of this letter.

Thanks in advance,

Shervonne Powell

Exhibit #2