IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) Case No. 07-11047 (CSS) |
| A Delaware corporation, <u>et al.</u> | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Objection Deadline: |
| | ) September 8, 2008 |
| | ) Hearing Date: |
| | ) September 15, 2008 |

<u>ORDER</u>

Upon consideration of the NOTICE OF DEBTORS' FIFTEENTH OMNIBUS

(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF

THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL

RULE 3007-1, and Claimant Shervonne Powell's opposition filed thereto, it is on this

_____ day of _____, 2008, be and is hereby

ORDERED, that the Debtors' Objection as to Claimant Shervonne Powell, be and

is hereby DENIED, and it is further

ORDERED, that the Debtors are to provide Claimant Shervonne Powell with a

copy of the Exhibit which is relevant to her claim no later than _____,

and it is further

ORDERED, that the Claimant Shervonne Powell reserves the right to amend,

modify or supplement her response to the Debtors' Objection after receipt of and an

opportunity to review of the relevant Exhibit related to her claim, and it is further

ORDERED, that the case be removed to the United States Bankruptcy Court most

convenient to the Claimant's residence in the State of Maryland, namely, Gaithersburg,

Maryland, or in the alternative to the United States Bankruptcy Court most convenient to the location of the subject property which is located in Baltimore, Maryland.

SO ORDERED.

Dated: Wilmington, Delaware

_____, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE