August 29, 2008

Re: American Home Mortgage
    Compensation Owed to Beverly L Creswell
    Case # 07-11047 (CSS) / 07-11051
    Claim # 8447

To Whom It May Concern:

I am re-submitting (and disputing) my claim owed for compensation from American Home Mortgage. The compensation in question is for an FHA 203k loan that was originated by myself, Beverly L Creswell. Due to the nature of these loans, all FHA 203k's were paid to the loan officer at a rate of 2% of the loan amount plus 50% of any overages collected. The branch itself received a total of 6% SRP on these loans. My branch agreed to pay me additionally half of the SRP received, which is an additional 3%. A Personnel Action Form Approval was submitted for this additional compensation and was subsequently approved by the District Manager Dwight Howard, the Regional Manager Chuck Jackson, and by Ron Bergum.

The compensation I was paid was the 2% loan origination compensation and not the additional 3%. My claim is still outstanding and due to me for the 3% SRP.

I have attached a copy of the Personnel Action Form Approval attesting to the approval by all parties. I am also attaching a copy of my Commission Report showing that I was paid only on the 2% origination plus overage of .25% collected by me.

My claim for compensation still owed in the amount of $6,284.97 plus an additional $271.81 for unreimbursed expenses stands.

Sincerely,

*[signature]*

Beverly L Creswell
1617 E Cache La Poudre
Colorado Springs, CO 80909

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objection Deadline: September 8, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: September 15, 2008 at 10:00 a.m. (ET)** |
| AHM OB15 8/15/2008 (merge2.txnum2) 4000060368 EPIQ Use - 47 | ) | |

CRESWELL, BEVERLY L
1617 EAST CACHE LA POUDRE
COLORADO SPRINGS, CO 80909

## NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** CRESWELL, BEVERLY L
1617 EAST CACHE LA POUDRE
COLORADO SPRINGS, CO 80909

| | **Basis For Objection:** | Debtors' books and records show amount of claim should be modified, reclassified and reassigned to a new case number | | |
|---|---|---|---|---|
| **Claim to be Reduced and Reassigned** | **Claim #** | **New Case #** | **Claim Amount** | **Modified Amount** |
| | 8497 | 07-11051 | Priority - $271.81 | Unsecured - $271.81 |
| | | | Unsecured - $6,284.97 | |

Claimant asserted claim for commissions. The Debtors' books and records indicate that the asserted commissions have been paid. No basis for priority claim exists under section 507 of the Bankruptcy Code.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. Additionally, the Debtors have determined that your claim should be reclassified as indicated above in the "Modified Amount" column and reassigned to the case number listed above in the "New Case #" column. The Objection seeks to alter your rights by modifying the amount of your claim, by reclassifying your claim and by reassigning it to a new case number.

Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :   Jointly Administered
                                                                 :
                                        Debtors.¹                :   **Objection Deadline: September 9, 2008 at 4:00 p.m. (ET)**
                                                                 :   **Hearing Date: September 15, 2008 at 10:00 a.m. (ET)**
---------------------------------------------------------------- x

## NOTICE OF HEARING TO CONSIDER
## THE ADEQUACY OF DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE THAT** on August 15, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware *The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **September 15, 2008 at 10:00 a.m. (ET)** convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must: (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (c) be filed with the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, *on or before 4:00 p.m. (prevailing Eastern Time) on September 9, 2008*; and (d) be served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

To Whom It May Concern:

My documentation is enclosed for my claim of unpaid compensation as well as business expenses for a total amount due of $6,556.78. The wages/commissions due in the amount of $6,284.97 with the appropriate documentation attached are for the origination of an FHA 203K Rehabilitation Loan for which American Home Mortgage received a 6% Servicing Release Premium. I requested that I be paid half of that, or 3% of the SRP, to which executive management approved and the approval is attached along with the HUD-1 Settlement, evidencing the loan amount that I was to be paid on.

I am also owed an additional $271.81 for the cost of my Blackberry, which American Home Mortgage was to have covered the expense of (proof attached) and subsequently deducted from my commission check.

Thank you for your consideration in this matter.

Sincerely,
Beverly L Creswell
1617 E Cache La Poudre
Colorado Springs, CO 80909
Cell: 719-440-1082
Email: bevcres@yahoo.com

Wed May 16 02:27:42 2007

# Commission Report

District: 50  LO  Bev Creswell(BCreswel)
Pay Date: 05/25/2007

## Base Commissions

| Loan # | Borrower | Funding Date | Loan Amt. | Product | Description | Pricing | Upsell | Lender Paid | Other | Total Points | Fee Income | Comm 1 Type | Comm 1 | Comm 2 Type | Comm 2 | Comm 3 Type | Comm 3 | Tot Comm | Rp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1735334 | Leticia Martinez | 05/04/2007 | 105,600.00 | 930 | (AH) Conformi | 1.000 | 0.000 | 0.000 | 0.000 | 1.000 | 0.00 | Standard | 1,056.00 | | 0.00 | | 0.00 | 1,056.00 | 1. |
| 1734907 | Richard A Holzberlein | 05/01/2007 | 40,000.00 | 930 | (AH) Conformi | 1.000 | 1.375 | 0.000 | 0.000 | -2.125 | -45.00 | Standard | 675.00 | Fees | -22.50 | | 0.00 | 652.50 | 1. |
| 1734177 | Anthony M Newsom | 05/01/2007 | 209,499.00 | 86 | FHA 30 Year F | 0.250 | 0.000 | 0.000 | 0.000 | 0.250 | 55.00 | 203k | 523.75 | 203k | 4,189.98 | 203k fees | 27.50 | 4,741.23 | 2. |
| Total Base Commissions | | | 355,099.00 | | | | | | | | 10.00 | | 2,254.75 | | 4,167.48 | | 27.50 | 6,449.73 | 1.8 |

## Summary

| | |
|---|---|
| Base Commissions | 6,449.73 |
| Volume Plan | |
| Other Adjustments | |
| Draw / Deficit | |
| **Total Due** | **6,449.73** |

**HR Administration System**    Intranet Home | HR Admin Menu | Suggestions? | Problems? |

Welcome, Beverly Creswell

### Personnel Action Form Approval

The following is a summary of the personnel action changes that were requested regarding Beverly L Creswell.

| | | | |
|---|---|---|---|
| Manager's Name: | Creswell, Beverly | Submitter Name: | Creswell, Beverly |
| Approval Manager: | Howard, Dwight | Approval Manager Network ID: | DHoward |

**Employee Identification Information**

| | | | |
|---|---|---|---|
| Employee Last Name: | Creswell | Employee First Name: | Beverly |
| Employee Middle Initial: | L | Cost Center: | 003323 - Tenderfoot CO 3323 |
| Job Title: | Sales Manager | Functional Position Title: | Branch Manager |

**Compensation Change Information**

Salary Effective Date: 5/1/2007

| | | | |
|---|---|---|---|
| Current Annual Salary: | 0 | Salary Increase: | 0 |
| Bonus Amount: | 0 | | |
| Comments:2 | 203k Compensation SRP to Branch is 6%, split with LO | | |

**Transfer/Change Status**

**System Access Change**

**Leave of Absence**

**General Comments**

| Submitted On: | Submitted By: | Approval Needed From: |
|---|---|---|
| 5/31/2007 11:17:57 AM | Beverly Creswell (BCreswell) | Dwight Howard (DHoward) |
| **Status:** Approved | **Updated By:** Dwight Howard (DHoward) | **Updated On:** 5/31/2007 11:22:03 AM |

| Submitted On: | Submitted By: | Approval Needed From: |
|---|---|---|
| 5/31/2007 11:22:03 AM | Dwight Howard (DHoward) | Charles Jackson (CJackson) |
| **Status:** Approved | **Updated By:** Charles Jackson (CJackson) | **Updated On:** 5/31/2007 4:12:11 PM |

| Submitted On: | Submitted By: | Approval Needed From: |
|---|---|---|
| 5/31/2007 4:12:11 PM | Charles Jackson (CJackson) | Ronald Bergum (RonB) |
| **Status:** Approved | **Updated By:** Ronald Bergum (RonB) | **Updated On:** 5/31/2007 6:11:38 PM |