United States Bankruptcy Court (Delaware)
824 Market Street 3rd Floor
Wilmington DE 19801

This is my response to the objection of my claim # 708 in the bankruptcy Case # 07-11047 (CSS), American Home Mortgage.

Enclosed please find check stubs for pay period 6/1/07 - 6/15/07 and 6/16/07 - 6/30/07. This provides evidence that validates my claim. The pay was that of a salaried employee, paid bi monthly at the same pay rate. I also received referral commissions that you may be basing the rejection on. My title was not that of an account executive as it appears to have been communicated to the court, but that of a "Relationship specialist" the performance of which consisted of ongoing training and onboarding of new employees.

I have in the past 10 years with the company taken vacation as the record so indicates and received vacation pay at that time.

The court may at any time please contact me by phone or mail for additional amplification

Your favorable consideration in this matter is greatly appreciated.

*Michael Kalmonson*
Michael Kalmonson
7 Fair Elms
Laguna Niguel, CA 92677

949.228.0655


Cc: Edward J Kosmowski

| CO. | FILE | DEPT. | CLOCK | NUMBER |  |
|---|---|---|---|---|---|
| R4F | 007081 | 001003 | P2400 | 0051920944 | 1 |

# Earnings Statement

**ADP**

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 06/16/2007
Period Ending: 06/30/2007
Pay Date: 07/10/2007

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA: 3

MICHAEL KALMONSON
7 FAIR ELMS
LAGUNA NIGUEL, CA 92677

Social Security Number: XXX-XX-9127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3125.20 | 80.00 | 3,125.20 | 40,627.60 |
| Commission | | | | 3,758.13 |
| **Gross Pay** | | | **$3,125.20** | 44,385.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -291.18 | 4,595.44 |
| | Social Security Tax | -192.22 | 2,731.77 |
| | Medicare Tax | -44.95 | 638.88 |
| | CA State Income Tax | -73.43 | 1,256.54 |
| | CA SUI/SDI Tax | -18.60 | 264.36 |
| | **Other** | | |
| | Ins Pretax Epr | -25.00* | 325.00 |
| | Ltd Epr | -13.48 | 175.24 |
| | Short Term Dis | -3.86 | 50.18 |
| | 401K | -187.51* | 2,663.12 |
| | T & E Reemburs | | -212.95 |
| | **Net Pay** | | **$2,274.97** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,912.69



©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

◀ TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| R4F | 007081 | 001003 | P24OO | 0051889575 | 1 |

## Earnings Statement

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 06/01/2007
Period Ending: 06/15/2007
Pay Date: 06/25/2007

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA: 3

MICHAEL KALMONSON
7 FAIR ELMS
LAGUNA NIGUEL, CA 92677

Social Security Number: XXX-XX-9127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3125.20 | 88.00 | 3,125.20 | 37,502.40 |
| Commission | | | | 3,758.13 |
| **Gross Pay** | | | **$3,125.20** | 41,260.53 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -291.18 | 4,304.26 |
| | Social Security Tax | -192.21 | 2,539.55 |
| | Medicare Tax | -44.96 | 593.93 |
| | CA State Income Tax | -73.43 | 1,183.11 |
| | CA SUI/SDI Tax | -18.60 | 245.76 |
| | **Other** | | |
| | Ins Pretax Epr | -25.00* | 300.00 |
| | Ltd Epr | -13.48 | 161.76 |
| | Short Term Dis | -3.86 | 46.32 |
| | 401K | -187.51* | 2,475.61 |
| | T & E Reemburs | | -212.95 |
| | **Net Pay** | **$2,274.97** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,912.69

©1998, 2006. ADP, Inc. All Rights Reserved.
©2000 ADP, Inc.
TEAR HERE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: September 8, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: September 15, 2008 at 10:00 a.m. (ET) |
| AHM OB15 8/15/2008 (merge2.txnum2) 4000000701 EPIQ Use - 123 ) | |

KALMONSON, MICHAEL
7 FAIR ELMS
LAGUNA NIGUEL, CA 92677

## NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: KALMONSON, MICHAEL
7 FAIR ELMS
LAGUNA NIGUEL, CA 92677

Basis For Objection: No Liability

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 708 | $10,096.00 |

Claimant not entitled to vacation payout per terms of employment contract

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON SEPTEMBER 15, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession