September 6, 2008

Clerk of the Bankruptcy Court
824 North Market Street 3rd Floor
Wilmington, Delaware 19801

Dear Madam/Sirs:

This letter serves as an objection to approval of the Disclosure Statement dated August 15, 2008 regarding American Home Mortgage Holdings, Inc. et al case # 07-11047 (CSS) by Stan Bergum, Jr. 5190 Rancho Madera Bend, San Diego 92130 for claim amount of $249,579.44 (POC No. 7638).

The Debtors acknowledge and agree I have a claim for deferred compensation in the amount of $155,958.85. I herein object to the Debtors statement that I am not entitled to the bonuses I have claimed because I was not present on the scheduled payment date for those bonuses. The basis of this objection come from employment agreement attached to the Disclosure Statement as Exhibit 8. Exhibit 8 is a draft of an Employment Agreement that was never signed by me. In addition, The Regional Manager Employment Agreement Addendum B was also not executed by me. Prior to July 2007, I was paid bonuses based upon an override and regional profitability calculation determined at the time I joined the company in the capacity as Regional Vice President and maintained by the accounting department of American Home Mortgage. See Exhibit A of my claim to get the detail on my compensation calculation.

Sincerely,

Stan Bergum Jr.
5190 Rancho Madera Bend
San Diego, CA 92130


Cc:
Young Conaway Stargatt & Taylor, LLP
Kroll Zolfo Cooper LLC
Hahn & Hessen LLP
United States Trustee for the District of Delaware