IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. No. 5446
---------------------------------------------------------------------- x

**<u>CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 5446</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Fourteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Motion") has been received. The Court's docket which was last updated September 10, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than September 8, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
September 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Nathan Grow
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession