James L. Youngman
395 County Road 414
Killen, AL 35645
256-757-1363

Clerk of Bankruptcy Court
824 N. Market St. 3rd Fl.
Wilmington, Delaware 19801
September 1, 2008

Gentlemen:

This is a notice that I object to the American Home Mortgage chapter 11 bankruptcy case disclosure . My claim is in the amount of $32,979.10, which is my retirement savings which were invested in American Home Mortgage. I put my hard earned money in that fund, and it was doing well, suddenly the stock dropped to nothing; someone had to know what was happening. I feel that AHM should not be permitted to just write this off to a chapter 11 loss and leave the little guys like myself with nothing. Why can they get away with that?????

The liquidation of their assets should be used to pay off their debtors first. It doesn't seem to be the case. Please advise.

Please file my claim for $32,979.10 against the American Home Mortgage .

James L. Youngman
395 County Road 414
Killen, AL 35645

I have enclosed my printout of my holdings from TDameritrade, showing the loss I suffered from there stock drop.

Please advise me of any options I may have to recover my money.

Thank you in advance for your consideration and help.

Sincerely,

*[signature]*
James L. Youngman

**TD AMERITRADE** Apex

| Shortcuts | Get Quotes Symbol lookup | Search | Accou |
|---|---|---|---|
| Select... | ex: MSFT, +IBMAT  Go | ex: Margin trading  Go | jlyour |

Home | Portfolio & Accounts | Trade | Research & Ideas | Trading Tools | Planning & Retirement | Client Services

Balances & Positions | Portfolio | Gain/Loss | Watch Lists | History & Statements | Deposit/Withdraw | Cash Mgmt | My Profile

Tue Sep 02 2008 5:51:19 PM EDT

Export data | Printer-friendly page | Page help

## Balances & Positions jlyoungm | Combined accounts

Account Balances | Other Balances Define these terms

| | Balance($) | Today's net change |
|---|---|---|
| Cash balance | $216.13 | $216.13 |
| Money market [1] | $51.27 | $0.00 |
| Long stock value | $158,061.81 | -$3,401.93 |
| **Account value** | **$158,329.21** | **-$3,185.80** |

Funds for Trading

| | Order Status |
|---|---|
| Avail. funds for trading | $267.40 |
| Options BP | $267.40 |

Account Positions | Options Exposure

Restore original view   Gain/Loss    Edit cost basis

Stocks = $158,061.82*    View: Stock (original)

Custom views | Micro Charts

| Symbol | Qty | Last | Change | Mkt Val | Maint Req | Cost | Gain($) | Gain(%) |
|---|---|---|---|---|---|---|---|---|
| AHMIQ | 3145 | -- | -- | 78.62 | 0.00 | 33,057.72 | -32,979.10 | -99.76 |
| AKS | 1007 | -- | -- | 48,255.44 | 0.00 | 63,059.96 | -14,804.52 | -23.48 |
| PCHW | 40000 | -- | -- | 400.00 | 0.00 | 10,053.00 | -9,653.00 | -96.02 |
| MCD | 875 | -- | -- | 55,046.25 | 0.00 | 54,468.75 | 577.50 | 1.06 |
| WMT | 910 | -- | -- | 54,281.50 | 0.00 | 50,074.52 | 4,206.98 | 8.40 |

**Money Market Assets = $51.27***

| Description ▲ | Mkt Val |
|---|---|
| TDAM MM PORTFOLIO CLASS A | 51.27 |

View TDA Series UITs    (applicable to TDA Series UIT holders only) What's this?

* Market value
[1] This is the interest- or dividend-earning cash you hold in a sweep vehicle; this money can be withdrawn or used to buy securities. Your money market balance also includes accrued interest that will be paid at month-end.

In order to sell fractional shares of a stock position, you'll need to sell all your whole shares of that position. Questions? Call 888-871-9007.

Access to real-time market data is conditioned on your acceptance of the exchange agreements. TD AMERITRADE is not responsible for third-party information or services, including market data provided by the exchanges. Streamer Suite is a trademark of TD AMERITRADE IP Company, Inc.

Non-deposit investment products NOT FDIC-INSURED/NO BANK GUARANTEE/MAY LOSE VALUE.

Contact Us | TD AMERITRADE Holding Corp.
Minimum Requirements | Privacy | Security Center | Forms & Agreements

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD AMERITRADE is a trademark jointly owned by TD AMERITRADE IP Company, Inc. and The Toronto-Dominion Bank. © 2008 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.