September 1, 2008

To: Honorable Christopher S. Sontchi
US Bankruptcy Ct. for Dist. of Delaware

Your Honor,

I would respectfully request that I receive my money back, Claim No. 8319-Claim Account $5,405.00, in re: American Home Mortgage Holdings, Inc. I really need this money for my two daughters' private education. I thought this was a secure investment, and now I know otherwise.

Thank you,

*Terrence Waldron*

Terrence Waldron



**Powered by** GAINSKEEPER

### Unrealized Positions for # 787464155    As of: 8/26/2008    Created: 8/26/2008 10:09:24 PM

| LONG INVESTMENTS | SHARES | COST/SHARE | ORIG. COST | WS ADJ | MARKET PRICE | MARKET VALUE | SHORT TERM GAIN/LOSS | LONG TERM GAIN/LOSS | % CHANGE |
|---|---|---|---|---|---|---|---|---|---|
| AMERICAN HOME MTGE INVEST C (AHMIQ) | 250 | 21.62 | 5,405.00 | | 0.0250 | 6.25 | | -5,398.75 | -99.88 |
| REPUBLIC SVCS INC (RSG) | 10 | 31.15 | 311.50 | | 32.62 | 326.20 | | 14.70 | 4.72 |
| RIO VISTA ENERGY PARTNERS L (RVEP) | 50 | 11.48 | 574.00 | | 10.8720 | 543.60 | | -30.40 | -5.30 |
| | | Total | 6,290.50 | | | 876.05 | | -5,414.45 | -86.07 |

**Important Disclaimer:** Intraday data is at least 20-minutes delayed. GainsKeeper and tax lot and performance reporting is offered and conducted by CCH INCORPORATED and is made available by TD AMERITRADE for general reference and education purposes only. TD AMERITRADE is not responsible for the reliability or suitability of the information. TD AMERITRADE does not provide investment advice, investment management or tax advice. You may wish to consult independent sources with respect to tax lot and performance reporting.

*Terrence Walsh   9-1-08* (signature)