The United States Bankruptcy Court for the District of Delaware
824 Market st. 3rd floor
Wilmington, Del. 19801

Young, Conaway, Stargatt, and Taylor, LLP
1000 West St. 17th floor
Wlmington, Del. 19801

In re: American Home Mortgage Holdings, Inc. et al    Chapter11
                                                     Case No. 07-11047 [css]
Debtors

Sept. 2, 2008

Dear Sirs,

    I wish to file a formal objection to the declaration of Marissa Morelle dated August 15, 2008 and the Supplemental Declaration of Puneet Agrawal dated Aug. 29,2008. These declarations allege that American Mortgage Holdings, Inc. A Delaware Corp., et al, which was my employer, is not liable to pay employees for unused vacation time. I filed a claim for unused vacation time as well as sick leave [ poc  number 729] among other claims which Puneet Agrawal is asking the court to reject.

    As part of the Supplemental Declaration, American Home's employee vacation policy is included in the declaration. In section D entitled Termination of Employment, it clearly states that employees on a three or four week schedule are entitled to payout of vacation time. As a Vice President and officer of the company, I feel that I am entitled to the payout as outlined under the second asterisk under section D which I have attached for your review. As a full time employee, my income guarantee was $85,000 per year.This amounts to $1635 per week. As stated in "D" I am entitled to two weeks {$3269] or $6000 whichever is less. My employment agreement is also attached.

    I would respectfully request that the Court protect my rights to a payout under section D and that that portion of my claim under poc 729 be preserved and allowed.

                                                  Sincerely

                                                  T. Crain Houston
                                                  PO Box 59
                                                  Butler, Md. 21023
                                                  410-925-5650

## American Home Mortgage - Employee Handbook

**Vacation**
*The following vacation policy goes into effect January 1, 2003, however, no employee employed by the Company on December 31, 2002 will receive less vacation time in the future than they currently receive today. All employees who had a vacation benefit on December 31, 2002 greater than the benefits in the following schedule will be "grandfathered" and will not lose vacation time as a result of the following policy.*

Only full-time non-exempt, full-time commissioned (time away as described below), and full-time exempt employees and part-time employees working a minimum of 30 hours per week (excluding Assistant Vice President's and above) are eligible for vacation benefits described. Effective January 1, 2003, American Home Mortgage's vacation benefits will be as follows:

Only employees hired on or before June 30th of any year will be eligible for vacation during that calendar year.

Each January employees (provided they are eligible in accordance with the first paragraph of this section) will receive vacation time as outlined below:

- Two weeks per year
- Three weeks per year
- Four weeks per year

- 1-5 years of service
- 6-10 years of service
- 10 years of service

Full-time commissioned employees will be eligible for time away from the office consistent with the service schedule above and will be paid commission but not vacation pay. All officers (Assistant Vice President and above) hired before June 30th of any year are eligible for three (3) weeks vacation for each year and will receive vacation time as outlined below:

- Three weeks per year
- Four weeks per year
- Five weeks per year

- 1-5 years of service
- Over 5 years of service
- 15 years of service for Senior Vice Presidents and above

New employees who have used and are paid for any vacation during their first six (6) months of employment and who subsequently resign within the first six (6) months will be considered not to have earned this time, and the Company will deduct the time from their final paycheck.

All vacation time must be used during the year in which it is earned except that in situations where an employee cannot use all of his or her vacation time during the year it was earned due to business demands, the employee may carry over a maximum of one week of unused vacation time into the next calendar year. <u>Any carried over vacation time must be used within the first quarter of the following year. Under no circumstances will employees be paid for unused vacation time.</u>

d) <u>Termination of Employment</u>. Upon cessation of employment, employees will be compensated for unused vacation time as follows:

- Employees who are eligible to receive two weeks paid vacation and who resign within the first six months of the year are eligible to be paid for up to one week of vacation upon termination less any used vacation through the termination date. Employees who terminate in the second half of the year are eligible for up to two weeks vacation pay less any used vacation time that year.
- Employees on a three or four week schedule whose employment is terminating will be eligible for payout of vacation according to the following schedule: 50% of annual vacation allotment paid if the termination occurs in the first half of the year. If termination occurs during second half of the year, the maximum payout will be equal to the lesser amount of two weeks of unused vacation time or $6,000.
- Employees must provide two weeks written notice of resignation to the Company to be eligible to receive payment of unused and earned vacation time, except as otherwise provided by state law. Once an employee gives notice of termination, the Company does not permit vacation time to be taken as paid days off during the two-week termination period. This is a critical timeframe in which the terminating employee is needed to assist in a smooth transition.

**Sick and Personal Days**
*The following sick and personal day policy goes into effect January 1, 2003, however, no employee working at the company on December 31, 2002 will receive less sick and personal days in the future than they currently receive today. All employees who have an annual allowance of more than seven sick and personal days on December 31, 2002 will be "grandfathered" and will not lose sick and personal days as a result of the following policy.*

All regular full time exempt and full time non-exempt employees who were employees of the company on January 1 of a given year will receive seven paid Sick / Personal Days for that calendar year. The sick and personal days will become available on January 1 and are to be used throughout the year for sick and personal time off. Non-exempt employees may take personal / sick time in half (½) day or full day increments.

Full time exempt and full time non-exempt employees who were not employees of the company on January 1 (new hires) will receive one Sick / Personal Day for every 1.71 months of completed employment continuing through December 31. <u>Employees who have used all of their sick / personal days and, are subsequently absent, will not be paid for unworked time (additional absence).</u>

Full-time non-exempt employees who do not use all of their sick or personal days during a year will receive a cash award for good attendance equal to their hourly rate times the number of hours they are scheduled to work during a day (either 8 or 7.5 depending on their location) times the number of sick / personal days they did not use. The award for good attendance for a given year will be paid during the first quarter of the following year. Pay will be based upon the prevailing hourly rate of pay on December 31.

Employees who leave the Company during the year will not receive pay for unused sick / personal days.

# American Home Mortgage
# Compensation Plan

Exhibit 1 to the Employment Agreement between American Home Mortgage Corp. (the "Company") and T. Crain Houston (the "Executive") dated as of July 1, 2006. The Company reserves the right, in its sole discretion, to modify, amend, or terminate any of the terms and conditions of this Compensation Plan at any time. All calculations required pursuant to this Compensation Plan and all determinations concerning the Executive's eligibility to receive the various forms of compensation set forth herein shall be made in the sole discretion of the Company in accordance with methodologies, policies, and procedures of the Company which may be in effect from time to time.

1. **Terms and Conditions.** Terms and conditions herein shall be defined by, and are subject to, the Agreement, unless otherwise specifically set forth in this Exhibit 1.

2. **Compensation**. Section 5(a) of the Agreement provides that the Company shall compensate the Executive pursuant to this Exhibit 1. The Executive's total compensation is set forth in this Exhibit 1.

3. **Term.** The term of this Exhibit 1 shall begin on the Effective Date and shall end on the date on which the Executive's employment terminates, pursuant to the Agreement.

4. **Base Salary.** During the term of the Agreement, the Company shall pay the Executive, and the Executive agrees to accept, a base salary of $85,000.00 per year (the "Base Salary"). The Base Salary shall be paid in installments no less frequently than monthly.

5. **Fee Bonus.** (a) Subject to section 5(b) below, the Executive shall be eligible to receive a monthly bonus (the "Fee Bonus") in an amount equal to 30% of the monthly flat fees, including one-time upfront fees, received by the Company in connection with each desk rental agreement, marketing services agreement, and retail broker agreement entered into by the Company as a direct result of the Executive's personal efforts. The Fee Bonus shall be payable to the Executive in the calendar month following the month in which the Company receives such monthly flat fees and/or upfront fees. To earn and receive the Fee Bonus, the Executive must be employed by the Company on the scheduled payment date.

(b) Notwithstanding anything in section 5(a) to the contrary, the Fee Bonus payable to the Executive with respect to each desk rental agreement, marketing services agreement, and retail broker agreement entered into by the Company through the Financial Advisor Network program, as determined in the Company's sole discretion, shall be in an amount equal to 15% of the monthly flat fees, including one-time upfront fees, received by the Company in connection with such desk rental agreements, marketing services agreements, and retail broker agreements entered into by the Company.

6. **Override Bonus.** The Executive shall be eligible to receive a monthly override bonus (the "Override Bonus") in an amount equal to 10% of the monthly flat fees, including one-time upfront fees, received by the Company in connection with each desk rental agreement,

marketing services agreement, and retail broker agreement entered into by the Company as a direct result of the personal efforts of each employee designated by the Company from time to time. The designation of such employees shall be in the Company's sole discretion. The Override Bonus shall be payable to the Executive in the calendar month following the month in which the Company receives such monthly flat fees and/or upfront fees. To earn and receive the Override Bonus, the Executive must be employed by the Company on the scheduled payment date.

7.      **Clayton Homes Bonus.** The Executive shall be eligible to receive a monthly bonus (the "Clayton Homes Bonus") in an amount equal to 0.01% (1 basis point) of the monthly aggregate principal amount of closed loan volume originated through, and in connection with, the Company's relationship with Clayton Homes. The Clayton Homes Bonus shall be payable to the Executive in the calendar month following the month in which the applicable loans closed through the Company. To earn and receive the Clayton Homes Bonus, the Executive must be employed by the Company on the scheduled payment date.

8.      **Children's Miracle Network Bonus.** Effective June 1, 2006, the Executive shall be eligible to receive a monthly bonus (the "CMN Bonus") in an amount equal to 0.01% (1 basis point) of the monthly aggregate principal amount of closed loan volume originated through, and in connection with, the Company's relationship with the Children's Miracle Network. The CMN Bonus shall be payable to the Executive in the calendar month following the month in which the applicable loans closed through the Company. To earn and receive the CMN Bonus, the Executive must be employed by the Company on the scheduled payment date.

9.      **Management Evaluation Bonus.** The Executive shall be eligible to receive a management evaluation bonus (the "Management Evaluation Bonus"), the amount of which will be determined by the Company based on an evaluation of the Executive's overall performance during the year. The targeted amount of the Management Evaluation Bonus will be 0%-50% of the Executive's Base Salary, but the amount awarded, if any, shall be determined in the Company's sole discretion. The Management Evaluation Bonus for a given year will be paid when such bonuses are generally paid by the Company in the succeeding year. To earn and receive Management Evaluation Bonus, the Executive must be employed by the Company on the scheduled payment date.

10.     **Computation of Exhibit 1 Amounts Due.** All calculations required pursuant to this Exhibit 1 shall be made in the sole discretion of the Company in accordance with methodologies, policies and procedures of the Company which may be in effect from time to time, and which may be changed by the Company at any time in its sole discretion.

11.     **Non-Payment of Bonuses.** Notwithstanding anything to the contrary in this Exhibit 1, the Executive shall not earn or be entitled to receive any unpaid bonuses if the Executive is no longer employed by the Company as of the scheduled payment date.

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be duly executed as of the date first written above.

                                                            **American Home Mortgage Corp.**