# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 11th day of September, 2008 that service of

the **Certificate of No Objection** and proposed **Order** was made electronically and (via)

first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Brian E. teeter
6147 Topaz Street
Alta Loma, CA 91707
*Borrower*

                              WHITTINGTON & AULGUR

                              /s/ Kristi J. Doughty
                              Robert T. Aulgur, Jr.(No.165)
                              Kristi J. Doughty (No. 3826)
                              651 N. Broad Street, Suite 206
                              P.O. Box 1040
                              Middletown, DE 19709-1040
                              (302) 378-1661
                              Attorney for Movant