**Sunshine Custom Cleaning, Inc.**
6005 Irene Drive
Hoffman Estates, IL 60192
(847) 622-7872
(847) 622-7875 (fax)



To
The United States Bankruptcy Court
for the District of Delaware.

9/2/08

Objection requesting.
From Sunshine Custom Cleaning, Inc.
located at 6005 IRENE DR. HOFF. EST-IL- 60192.
The amount of the claim against
American Home Mortgage is $2.210.13
for services done from September 2007
To November 2007.
Copies of the invoices sent to American
Home Mortgage are attached to this letter.
Hopping you reconsider my request.
Thank You very much

Erica

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x  Chapter 11
In re:                                                     :
                                                           :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et al.,            :  Jointly Administered
                                                           :
                                    Debtors.¹              :  **Objection Deadline: September 9, 2008 at 4:00 p.m. (ET)**
                                                           :  **Hearing Date: September 15, 2008 at 10:00 a.m. (ET)**
---------------------------------------------------------- x

## NOTICE OF HEARING TO CONSIDER
## THE ADEQUACY OF DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE THAT** on August 15, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware *The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **September 15, 2008 at 10:00 a.m. (ET)** convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must: (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (c) be filed with the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, *on or before 4:00 p.m. (prevailing Eastern Time) on September 9, 2008*; and (d) be served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Copy

Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn.: Bonnie Glantz Fatell), counsel for the Official Committee of Unsecured Creditors; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and the Disclosure Statement may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
August 15, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ Patrick A. Jackson
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# SUNSHINE CUSTOM CLEANING SERVICE
6005 Irene Drive, Hoffman Estates, IL 60192
(847) 622 – 7872   Fax (847) 622 - 7875

Cleaning Work Invoice #

| Name | Key Finance INVEST | Date of Order | 12-31-07 |
|---|---|---|---|
| Address | 312 W MAY Street | | |
| | Chicago - IL 60607 | | |
| Phone | | | |

| Date | Work Done | Amount |
|---|---|---|
| 12/4/7 | office cleaning - 3 x 65.00 | 196.50 |
| | September invoice | 861.63 |
| | october invoice | 654.50 |
| | november invoice | 497.50 |
| | Please call me Erwing or Tracy let me know your situation I really appreciate. Happy new Year! | |

Special Comments or Memo

TOTAL WORK
TAX
PLEASE PAY THIS AMOUNT  2210.13

*Thank you!*

# SUNSHINE CUSTOM CLEANING SERVICE

6005 Irene Drive, Hoffman Estates, IL 60192

(847) 622 – 7872 Fax (847) 622 - 7875

Cleaning Work Invoice #

| Name | Key Finance Inc | Date of Order | 11/30/07 |
|------|-----------------|---------------|----------|
| Address | 1312 N. May Street |||
| | Chicago - IL - 60607 |||
| Phone | | | |

| Date | Work Done | Amount |
|------|-----------|--------|
| 11/2, 13, 20, 27 | 2 offices 78.50 × 3 =  no cleaning | 235.50 |
| 11/2, 9, 16, 23, 30 | Main office - $55.00 × 4 = + 2 offices cleaning only  no cleaning | 262.00 |

| | | |
|---|---|---|
| Special Comments or Memo | TOTAL WORK | |
| | TAX | |
| | PLEASE PAY THIS AMOUNT | 497.50 |

*Thank you!*

# SUNSHINE CUSTOM CLEANING SERVICE

6005 Irene Drive, Hoffman Estates, IL 60192

(847) 622 – 7872   Fax (847) 622 – 7875

Cleaning Work Invoice #

| Name | Key Finance | Date of Order | 11/20/07 |
|---|---|---|---|
| Address | 1312 W. May Street | | |
| | Chicago, IL - 60607 | | |
| Phone | | | |

| Date | Work Done | Amount |
|---|---|---|
| | Invoice from September | 861.03 |
| | Invoice from October | 654.50 |
| | Invoice from November | 492.50 |
| | Total for 3 mth cleaning | |

Special Comments or Memo

TOTAL WORK
TAX
PLEASE PAY THIS AMOUNT   2003.03

*Thank you!*

# SUNSHINE CUSTOM CLEANING SERVICE
6005 Irene Drive, Hoffman Estates, IL 60192
(847) 622 – 7872  Fax (847) 622 - 7875

Cleaning Work Invoice #

| Name | Key Finance Inc | Date of Order 10/31/07 |
|---|---|---|
| Address | 312 N. MAY Street | |
| | Chicago - IL - 60607 | |
| Phone | | |

| Date | Work Done | Amount |
|---|---|---|
| 10/2, 9, 16, 23, 30 | all offices 78.50<br>5 × 78.50 | 392.50 |
| 10/5, 12, 19, 26 | main office<br>+ 2nd floor<br>garbage only  65.50<br>4 × 65.50 | 262.00 |

| | TOTAL WORK | |
| Special Comments or Memo | TAX | |
| | PLEASE PAY THIS AMOUNT | 654.50 |

*Thank you!*

# SUNSHINE CUSTOM CLEANING SERVICE
6005 Irene Drive, Hoffman Estates, IL 60192
(847) 622 – 7872  Fax (847) 622 - 7875

Cleaning Work Invoice #

| Name | Key Finance INC | Date of Order | 9-30-07 |
|---|---|---|---|
| Address | 312 N. MAY STREET | | |
| | CHICAGO - IL - 60607 | | |
| Phone | | | |

| Date | Work Done | Amount |
|---|---|---|
| 9/4, 7, 10, 12, 14, 17, 19, 21, 24, 26, 28 | Cleaning offices  11 X 78.33 | 861.63 |
| | Past due – July 07 = 939.96 | |

Special Comments or Memo

TOTAL WORK
TAX
PLEASE PAY THIS AMOUNT  861.63

*Thank you!*