To:    Clerk of Bankruptcy Court
       824 N. Market Street
       3rd Floor, Wilmington, Deleware 19801

Re:    Chapter 11
       Case No. 07-11047 (CSS)
       American Home Mortgage Account #  1001710666

                        SS#  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

                        Phone (c) 217-891-5442   (w) 217-632-2334

                **Kristin Wolf**

                <u>PROPERTY</u>:
                **622 south 8th Petersburg, Illinois 62675**

**Amount of claim**     $1, 176.87


    This writer purchased a home on April 13, 2007 through American Home Mortgage. (See exhibit 2).  This writer made 2 payments to AHM (see exhibit 14-1 & 14-2).  Everything was correct until AHM sold my account to Chase and then my escrow account was $1500 negative. There was $1,176.84 which was unaccounted for.

    AHM failed to transfer $1,176.87 to Chase when they sold my account. I spoke to Marie (or Maria) from AHM (see exhibit 15). She stated that I did, in fact, need to file a claim because she saw in her records at AHM that they did keep $1,176.87 of my money when they sold to Chase.

    I am not sure what documents are needed to ensure I receive my $1,176.87 back but I have attached everything that I think is pertinent. Exhibit 15 is a document I sent to AHM requesting information for this court date but they failed to send me anything.

    Thank You,
    Kristin Wolf

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x    Chapter 11
In re:                                                  :
                                                        :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., a Delaware corporation, et al.,         :    Jointly Administered
                                                        :
                                 Debtors.¹              :    Objection Deadline: September 9, 2008 at 4:00 p.m. (ET)
                                                        :    Hearing Date: September 15, 2008 at 10:00 a.m. (ET)
------------------------------------------------------- x
```

## NOTICE OF HEARING TO CONSIDER
## THE ADEQUACY OF DISCLOSURE STATEMENT

    **PLEASE TAKE NOTICE THAT** on August 15, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware *The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Disclosure Statement").

    **PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **September 15, 2008 at 10:00 a.m. (ET)** convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

    **PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must:  (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (c) be filed with the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, *on or before 4:00 p.m. (prevailing Eastern Time) on September 9, 2008*; and (d) be served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

June 10th, 2008

Re:   Filed Claim against American Home Mortgage



To Whom it may concern,

This letter is written in efforts to obtain my missing monies in a timely manner. I have been investigating missing monies from my escrow over the last 45 days and just recently was able to find out that American Home Mortgage did in fact, fail to transfer $1,176.87 of my balance to Chase when they sold my account in June of 2007.

My name is Kristin Wolf & I am 26 years old. This was my first experience as a home owner. I am a single mother of one 7 year old daughter. I purchased this house for $65,000 through American Home Mortgage back in April of 2007. At the time I was very impressed and thought it was a great experience.

Recently, in April of 2008, I received an escrow analysis from Chase for the first year of my home ownership. I was completely shocked to find that my escrow balance was negative $1500.00. Chase immediately raised my monthly payment from $568.00 to $743.00 in order to catch my account back up and be able to pay my taxes out of my escrow account. They did not care, nor did they try to find out WHY my account was in such poor shape.

I have been scraping pennies every since April 2008. My daughter has not been able to join her summer camps this year because of my financial situation which was a result of American Home Mortgage failing to transfer my money to Chase when they sold my account. I have been sending Chase an extra $200 a month to ensure that I will not loose my house. I will have to CONTINUE to do this until they receive the money that they should have gotten when American Home Mortgage sold them the loan.

Please take this into consideration when granting filed claims. I would greatly appreciate any attempts to speed up the process to get my missing monies back to me so that I can return to my normal life.

Thank You
Sincerely,
Krisitn Wolf

Exhibit 1

**American Home Mortgage Servicing**
P.O. Box 631730
Irving, TX  75063-1730

custserv@americanhm.com

April 19, 2007

KRISTIN M WOLF                    000675
622 SOUTH 8TH STREET
PETERSBURG IL  62675

RE:  Account Number: 1001710666

Dear Customer:

**American Home Mortgage** would like to take this opportunity to welcome you as a valued customer and to thank you for arranging your mortgage financing with us.

You will soon receive a Monthly Billing Statement which includes important instructions about your loan.  Please read these instructions carefully.  Any questions you have may be directed to our Customer Care Department by calling our toll-free number 1-877-304-3100.

In the event you do not receive your Monthly Billing Statement five days before your first full payment is due, please call our Customer Care Department at the phone number listed above. Your first full mortgage payment is due 06/01/2007.

Please do not hesitate to call or email us any time you have questions, comments or feel we can be of service.  Thank you for your patronage.

Sincerely,

Steven Dickman
Vice President, Loan Administration and Customer Service

Exhibit 2

**American Home Mortgage Servicing**

P.O. Box 631730
Irving, TX 75063-1730

Customer Care Department 1-877-304-3100

7:00AM - 7:00PM CST Monday through Friday

Website: www.americanhm.com

Kristin Wolf                    14336  HS TL RE
622 South 8th Street
PETERSBURG  IL 62675-1711

||l||mll|ll|ll|ll||l|l|||ll|ll|l|l|ll|lll|l

Property Address:  622 South 8th Street
                   Petersburg  IL 62675

## MONTHLY BILLING STATEMENT

| | |
|---|---|
| Statement Date | 05/01/07 |
| Account Number | 1001710666 |
| Due Date | 06/01/07 |

| Item Description | Amount |
|---|---|
| **Balances** | |
| Principal Balance | $65,000.00 |
| Escrow Balance | $918.04 |
| Unpaid Late Charges | |
| Other Unpaid Charges | |
| **Payment Factors** | |
| Principal & Interest Payment | $419.23 |
| Escrow Payment | $149.31 |
| Other | |
| Total Payment | $568.54 |
| **Year-to-Date** | |
| Interest Paid | $215.56 |
| Taxes Paid | |

## IMPORTANT MESSAGES

## TRANSACTIONS SINCE LAST STATEMENT

| Date | Description | Principal | Interest | Escrow | Optional Products | Miscellaneous |
|---|---|---|---|---|---|---|
| 04/17/07 | | $65,000.00- | | | | |
| 04/17/07 | Interest non-cash credit | | $215.56 | | | |
| 04/17/07 | Escrow Deposit | | | $918.04 | | |

## SPECIAL MESSAGES

**American Home Mortgage has now made it easier than ever to make your mortgage payment on our website!  Visit www.Americanhm.com to find out how to make on-line payments at your convenience, 24 hours a day.**

**Make the Right Choice with an American Home Shield® home warranty plan**.  When home systems or appliances break down, repair costs can run into the hundreds of thousands! An **AHS Home Warranty Plan** provides protection you can count on for up to 22 covered systems and appliances.
Plan Benefits:
-Coverage available for home systems/appliances regardless of age as long as they are in good
  working condition on effective date of your home warranty contract and properly maintained.
-Low $55 trade service call fee per covered breakdown.
-Service request line available 24 hours a day, 7 days a week to request service.
- Repair requests serviced by prescreened, insured repair technicians in your local area.
Let AHS help protect you from the high cost of home system/appliance repairs!  For complete plan details including cost, coverages, exclusions and limitations, or to enroll, **call AHS at 1-866-762-2169.**

Please detach the mortgage payment coupon at perforation below and return with payment.


**American Home Mortgage Servicing**

**Payment Coupon**
**Account Number:**   1001710666

RECIPIENT'S/LENDER'S name, address, and telephone number

AMERICAN HOME MORTGAGE SERVICING
P O BOX 631730
IRVING TX 75063-1730

1-877-304-3100

| | |
|---|---|
| * **Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **2007** Substitute Form 1098 |

**MORTGAGE INTEREST STATEMENT**
*1098*

RECIPIENT'S Federal identification no.   52-0957267

Loan Type   MORTGAGE

PAYER'S/BORROWER'S name, address, and zip code

13503

KRISTIN M WOLF
622 SOUTH 8TH STREET
PETERSBURG IL 62675-1711

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

1 Mortgage interest received from payer(s)/borrower(s)*
$933.77

2 Points paid on purchase of principal residence (See **Box 2** on back.)
$165.82

3 Refund of overpaid interest (See **Box 3** on back.)
$ .00

4 Mortgage insurance premiums
$ .00

5 Real estate taxes paid

| Account No. | Payer's SSN |
|---|---|
| 1001710666 | 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 |

**Copy B For Payer**

The information in boxes 1, 2, 3, 4, and 5 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Form 1098 Substitute                   (Keep for your records.)          Department of the Treasury - Internal Revenue Service

---

| ESCROW RECONCILIATION | PRINCIPAL RECONCILIATION |
|---|---|
| $0.00 BEGINNING BALANCE<br>$1,216.66 + DEPOSITS<br>$1,216.66 - OTHER DISB.<br>SERVICE TRANSFERRED | $66,326.00 BEGINNING BALANCE<br>$120.25 PRINCIPAL APPLIED<br>$0.00 SERVICE TRANSFERRED |
| | $568.54 TOTAL CURRENT PAYMENT<br>$149.31 ESCROW PORTION OF PMT<br><br>PROPERTY ADDRESS:<br>622 South 8th Street<br>Petersburg , IL 62675 |

**www.americanhm.com: Loan Status / Mortgage Information / Online Payments**
Note: This 1098 represents activity for the above mentioned account number only. If you had multiple loans during 2007 (i.e. if your loan was refinanced or sold) you may receive multiple 1098s. If your loan was with another company for part of 2007, a separate 1098 will come from them.

3

Exhibit 4

| JACQUELINE HORN<br>MENARD COUNTY TREASURER | **MENARD COUNTY**<br>**REAL ESTATE TAX BILL**<br>**FOR THE YEAR** | 10489 | OFFICE HOURS 8:30 AM - 4:30 PM<br>MONDAY - FRIDAY PHONE: 217-632-2333 |
|---|---|---|---|

| PARCEL NUMBER<br>11-14-450-003 | CLASS CODE<br>0040 | 2006 **PAYABLE** 2007 | TAX CODE<br>11005 | BILL NUMBER<br>2006-004306 |
|---|---|---|---|---|

| Prior Year<br>Tax Taxing Body | Current<br>Rate | Current<br>Tax | Pension<br>Amount | Library<br>Amount | Incr/<br>(Decr) | |
|---|---|---|---|---|---|---|
| 177.81 COUNTY TAX | 1.0986 | 231.03 | 49.86 | 0.00 | 53.22 | Land/Lot Acres | 0.19 |
| 11.94 COUNTY CEMETERY | 0.0732 | 15.39 | 1.87 | 0.00 | 3.45 | Farmland Acres | 0.00 |
| 73.64 JUNIOR COLLEGE 526 | 0.4602 | 96.78 | 1.70 | 0.00 | 23.14 | Total Acres | 0.19 |
| 21.45 ROAD DISTRICT 8 | 0.1245 | 26.18 | 0.00 | 0.00 | 4.73 | | |
| 765.68 UNIT SCHOOL 202 | 4.7561 | 1,000.16 | 44.08 | 0.00 | 234.48 | | |
| 165.31 PETERSBURG CORP | 0.9595 | 201.77 | 20.10 | 52.84 | 36.46 | | |
| 0.83 WATER AUTHORITY | 0.0048 | 1.01 | 0.00 | 0.00 | 0.18 | | |

**Tax Computation**

| | |
|---|---|
| Land/Lot Assessed | 5,850 |
| Building Assessed | 20,179 |
| Home Improv Expt  - | |
| Assessed Value  = | |
| State Multiplier  x | 1.0000 |
| Equalized Value  = | 26,029 |
| Owner Occu Expt  - | 5,000 |
| Senior Citizen Expt  - | 0 |
| SCAFHE / Vet / Hist  - | 0 |
| Farmland  + | 0 |
| Drainage Expt  - | 0 |
| Farm Buildings  + | 0 |
| Net Taxable Value  = | 21,029 |
| Tax Rate  x | 7.4769 |
| Current Tax  = | $1,572.32 |
| Drainage Tax  + | $0.00 |
| Forfeited Tax  + | $0.00 |
| Total Tax Due  = | $1,572.32 |
| Fair Cash Value | 78,087 |

| 1,216.66 | Totals | 7.4769 | 1,572.32 | 117.61 | 52.84 | 355.66 |
|---|---|---|---|---|---|---|

**Legal Description**
PETERSBURG ORIG TOWN OF PETERSBURG LOT 5 BLK 41.

**Site Address**
622 S 8TH ST
PETERSBURG, IL 62675

### PAYMENT INSTRUCTIONS

TAX BILLS MAY BE PAID BY MAIL OR IN PERSON AT THE COURTHOUSE IN THE COUNTY TREASURERS OFFICE OR ANY COUNTY BANK. PLEASE BRING OR SEND THE APPROPRIATE INSTALLMENT COUPON. THERE WILL BE A CHARGE TO PRINT ADDITIONAL COPIES OF THE TAX BILLS. YOUR CHECK WILL BE YOUR RECEIPT.
PAY TO: MENARD COUNTY COLLECTOR, PO BOX 436, PETERSBURG, IL. 62675

### PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Mailing Address**

WOLF, KRISTIN
622 SOUTH 8TH STREET
PETERSBURG, IL 62675-

**PROPERTY OWNER:** WOLF, KRISTIN

| 1ST DUE DATE<br>07/12/2007 | 2ND DUE DATE<br>09/06/2007 |
|---|---|
| 1ST INSTALLMENT<br>$786.16 | 2ND INSTALLMENT<br>$786.16 |
| INTEREST | COST | INTEREST | COST |
| 1ST INSTALLMENT PAID | 2ND INSTALLMENT PAID |

**PENALTIES**
PENALTY INTEREST OF 1 1/2% PER MONTH ADDED AFTER EACH INSTALLMENT DUE DATE FOR EACH MONTH OR PART OF MONTH

---

| **2006** | **FIRST INSTALLMENT** | | **2006** | **SECOND INSTALLMENT** | |
|---|---|---|---|---|---|
| Parcel Number | 11-14-450-003 | Tax Bill 2006-004306 | Parcel Number | 11-14-450-003 | Tax Bill 2006-004306 |
| First Installment Due Date | 07/12/2007 | Amount $786.16 | Second Installment Due Date | 09/06/2007 | Amount $786.16 |
| Interest | Cost | Total Paid $0.00 | Interest | Cost | Total Paid $0.00 |

| IF POSTMARKED<br>AFTER THESE<br>DATES | THE AMOUNT BELOW<br>INCLUDES THE PER<br>MONTH PENALTY | Penalty Amount |
|---|---|---|
| 07/12/2007 | 797.95 | 11.79 |
| 08/12/2007 | 809.74 | 23.58 |
| 09/12/2007 | 821.54 | 35.38 |

**CONTACT COLLECTOR'S OFFICE FOR PAYMENT PLUS PENALTY AFTER THE FINAL DUE DATE.**

Owner Name and Address:
WOLF, KRISTIN
622 SOUTH 8TH STREET
PETERSBURG, IL 62675

**PER ILLINOIS STATE STATUTE, SUBSTANTIAL ADDITIONAL PENALTY COSTS MAY APPLY AFTER THE FINAL DUE DATE. PLEASE CALL THE COLLECTOR'S OFFICE AT 217-632-2333 FOR PAYMENT PLUS PENALTY.**

| Total Tax Due | $1,572.32 |
|---|---|

Owner Name and Address:
WOLF, KRISTIN
622 SOUTH 8TH STREET
PETERSBURG, IL 62675

*Page B (1 of 2)*



Pay To: Menard County Collector, PO Box 436, Petersburg, IL. 62675

Pay To: Menard County Collector, PO Box 436, Petersburg, IL. 62675

*Exhibit 5*

| A. U.S. Department of Housing and Urban Development | B. Type of Loan |
|---|---|
| | 1. [ ] FHA    2. [X] FMHA    3. [ ] Conv. Unins. |
| *HUD* | 4. [ ] VA    5. [ ] Conv. Ins. |
| | 6. File Number      7. Loan Number |
| **Settlement Statement** | 101728      0001710686 |
| | 8. Mortgage Ins. Case No. |

OMB No. 2502-0265

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("POC") were paid outside the closing: they are shown here for information purposes and are not included in the totals.

**D. Name of Borrower:** Kristin M. Wolf, 107 S. 7th Street, Petersburg, IL 62675

**E. Name of Seller:** Terry W. Hutchison, 110 E. Washington Street, Petersburg, IL 62675      TIN:

**F. Name of Lender:** American Home Mortgage, its successors and/or assigns

**G. Property Location:** Lot 5, Block 41, Original Town of Petersburg

622 S. 8th Street, Petersburg, IL 62675

**H. Settlement Agent:** Cornerstone Title Groups LLC an agent for LTIC (217) 787-6522      TIN:   20-4119163

**Place of Settlement:** 3201 Pleasant Run, Suite A, Springfield, IL 62711

**I. Settlement Date:** 4/13/2007      Proration Date:    None

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 65,000.00 | 401. Contract sales price | 65,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,288.73 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | 69,288.73 | **420. Gross amount due to seller:** | 65,000.00 |
| **200. Amounts paid by or in behalf of the borrower:** | | **500. Reduction in amount due to seller:** | |
| 201. Deposit or earnest money | 500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 68,326.00 | 502. Settlement charges to seller (line 1400) | 4,270.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan Chase | 64,793.60 |
| 205. Lender Contribution | 255.36 | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustment for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes   1/1/2006   to 12/31/2006 | 1,216.66 | 511. County taxes   1/1/2006   to 12/31/2006 | 1,216.66 |
| 212. Assessments | | 512. Assessments | |
| 213. County taxes   1/1/2007   to 4/13/2007 | 343.33 | 513. County taxes   1/1/2007   to 4/13/2007 | 343.33 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | 68,641.35 | **520. Total reduction in amount due seller:** | 70,624.09 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 69,288.73 | 601. Gross amount due to seller (line 420) | 65,000.00 |
| 302. Less amount paid by/for borrower (line 220) | 68,641.35 | 602. Less total reduction in amount due seller(line 520) | 70,624.09 |
| **303. CASH (X)FROM ( )TO BORROWER** | 647.38 | **603. CASH (X)FROM ( )TO SELLER** | 5,624.09 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT** - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**SELLER INSTRUCTION** - If this real estate was your principle residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Cornerstone Title Groups LLC an agent for LTIC (217) 787-6522 with your correct taxpayer identification number.

If you do not provide Cornerstone Title Groups LLC an agent for LTIC (217) 787-6522 with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

Terry W. Hutchison

*Over*

*Exhibit 6*

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. | Total sales/broker commission | | based on : $65,000.00 @ 6.0000% = $3,900.00 | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $3,900.00 | to | The Real Estate Group | | |
| 702. | | | | | |
| 703. | Commission paid at settlement $3,900.00 | | | | 3,900.00 |
| 704. | | | | | |
| 800. | Items payable in connection with loan | | | | |
| 801. | Loan origination fee | to | American Home Mortgage, I | 165.82 | |
| 802. | Loan discount | | | | |
| 803. | Appraisal fee | to | American Home Mortgage, its successors and/or a | 375.00 | |
| 804. | Credit report | to | American Home Mortgage, its successors and/or a | 8.25 | |
| 805. | Lender's inspection fee | | | | |
| 806. | Mortgage insurance application fee | | | | |
| 807. | Assumption fee | | | | |
| 808. | Underwriting Fee | | | | |
| 809. | Flood Certification Fee | to | American Home Mortgage, its successors and/or a | 19.00 | |
| 810. | Tax Service Fee | to | American Home Mortgage, its successors and/or a | 92.00 | |
| 811. | DU/LP Fee | to | American Home Mortgage, its successors and/or a | 21.70 | |
| 812. | Funding/Review Fee | to | American Home Mortgage, its successors and/or a | 395.00 | |
| 813. | Guarantee Fee | to | American Home Mortgage, its successors and/or a | 1,326.00 | |
| 900. | Items required by lender to be paid in advance | | | | |
| 901. | Interest from | 4/13/2007 | to 5/1/2007 at $11.9755/day for 18 days. | 215.56 | |
| 902. | Mortgage insurance premium for | | | | |
| 903. | Hazard insurance premium for | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. | Reserves deposited with lender | | | | |
| 1001. | Hazard insurance | 3 mo.@ $47.9200 per mo. | | 143.76 | |
| 1002. | Mortgage insurance | | | | |
| 1003. | City property taxes | | | | |
| 1004. | County property taxes | 10 mo.@ $101.3900 per mo. | | 1,013.90 | |
| 1005. | Annual assessments (maint.) | | | | |
| 1006. | | | | | |
| 1007. | | | | | |
| 1008. | | | | | |
| 1009. | Aggregate Escrow Adj. | to | | (239.62) | |
| 1100. | Title charges | | | | |
| 1101. | Settlement or closing fee | to | Cornerstone Title Groupe LLC an agent for LTIC | 200.00 | |
| 1102. | Abstract or title search | | | | |
| 1103. | Title examination | | | | |
| 1104. | Title insurance binder | | | | |
| 1105. | Document preparation | | | | |
| 1106. | Notary fees | | | | |
| 1107. | Attorney's fees to | | Hart, Southworth & Witsman | | 60.00 |
| | includes above items no.: | | | | |
| 1108. | Title insurance | to | Cornerstone Title Groupe LLC an agent for LTIC | 129.00 | 190.00 |
| | includes above items no.: | | 1102 & 1103 | | |
| 1109. | Lender's coverage | $66,326.00 | $129.00 | | |
| 1110. | Owner's coverage | $65,000.00 | $190.00 | | |
| 1111. | Policy Registration Fee | to | Cornerstone Title Groupe LLC an agent for LTIC | 3.00 | 3.00 |
| 1112. | Email/Package Delivery Fee | to | Cornerstone Title Groupe LLC an agent for LTIC | 50.00 | |
| 1113. | Courier Fee | to | Cornerstone Title Groupe LLC an agent for LTIC | 20.00 | 20.00 |
| 1200. | Government recording and transfer charges | | | | |
| 1201. | Recording fees: | | Deed $45.00 Mortgage $50.00 | 95.00 | |
| 1202. | City/county tax/stamps: | | Deed $32.50 | | 32.50 |
| 1203. | State tax/stamps: | | Deed $65.00 | | 65.00 |
| 1204. | | | | | |
| 1205. | | | | | |
| 1206. | | | | | |
| 1300. | Additional settlement charges | | | | |
| 1301. | Survey | | | | |
| 1302. | Pest inspection | | | | |
| 1303. | Engineering Serv. and Inspection | to | Brown Engineers | POC 194.64 | 255.38 |
| 1304. | | | | | |
| 1305. | | | | | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | | | 4,288.73 | 4,270.50 |

*(handwritten: 12/18.14)*
*(handwritten: $118.04)*

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

*Kristin Wolf*
Kristin M. Wolf

*Terry V. Hutchison*
Terry W. Hutchison

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

*(signature)*
Cornerstone Title Groupe LLC an agent for LTIC (217) 787-6522

4-13-07
Date

*Exhibit 6 (2)*

Instead of making multiple payments for insurance and taxes during the year, escrow enables you to put money aside monthly and let Chase handle the payments.

| Description | Next Due Date | New Year Projections | Monthly Required Escrow | Description | Next Due Date | New Year Projections | Monthly Required Escrow |
|---|---|---|---|---|---|---|---|
| Hazard Ins | 04/08 | $675.00 | $56.25 | County Tax | 05/08 | $1,572.32 | $131.02 |
|  |  |  |  | Totals |  | $2,247.32 | $187.27 |

## REQUIRED RESERVE

Section 10 of the Real Estate Settlement Procedures Act (RESPA) authorizes lenders to collect and maintain up to one-sixth of your total disbursements in your escrow account at all times. The required reserve is used to cover increased tax and insurance disbursements. We do not cushion for mortgage insurance or optional products.

| | |
|---|---|
| Total Monthly Required Escrow | $187.27 |
| Total Required Reserve | $374.54 |

## PROJECTIONS FOR COMING YEAR

This is an estimate of activity projected for your escrow account during the coming year. The **Target Balance** is the beginning balance necessary to bring your escrow account at its lowest point during the next 12 months to zero plus the allowed required reserve.

**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance | Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance |
|---|---|---|---|---|---|---|---|---|---|
| Target Balance |  | $0.00 | $0.00 | $1,197.78 | Payment | 10/08 | $187.27 | $0.00 | $749.08 |
| Payment | 05/08 | $187.27 | $0.00 | $1,385.05 | Payment | 11/08 | $187.27 | $0.00 | $936.35 |
| County Tax | 05/08 | $0.00 | $786.16 | $598.89 | Payment | 12/08 | $187.27 | $0.00 | $1,123.62 |
| Payment | 06/08 | $187.27 | $0.00 | $786.16 | Payment | 01/09 | $187.27 | $0.00 | $1,310.89 |
| Payment | 07/08 | $187.27 | $0.00 | $973.43 | Payment | 02/09 | $187.27 | $0.00 | $1,498.16 |
| Payment | 08/08 | $187.27 | $0.00 | $1,160.70 | Payment | 03/09 | $187.27 | $0.00 | $1,685.43 |
| County Tax | 08/08 | $0.00 | $786.16 | $374.54** | Payment | 04/09 | $187.27 | $0.00 | $1,872.70 |
| Payment | 09/08 | $187.27 | $0.00 | $561.81 | Hazard Ins | 04/09 | $0.00 | $675.00 | $1,197.70 |
|  |  |  |  |  | Total |  | $2,247.24 | $2,247.32 |  |

## COMPUTATION OF YOUR ESCROW ACCOUNT

**Escrow Shortage:** Your Anticipated Escrow Balance is $444.51-. Your Target Balance according to this analysis is $1,197.78. The Anticipated Escrow Balance is less than the Target Balance. For that reason your account has a shortage in the amount of $1,642.29 that will be collected over a period of 12 months or more. However, you may opt to make a lump-sum payment using the LUMP-SUM ESCROW SHORTAGE COUPON.

| | |
|---|---|
| Anticipated Escrow Balance | $444.51- |
| Minus the Target Balance | $1,197.78 |
| Escrow Shortage | $1,642.29 |

**Anticipated Escrow Balance** is calculated by taking your actual escrow balance of $81.18 as of March 31, 2008. The balance is then calculated by adding all payments and subtracting all disbursements scheduled for your escrow account until the effective date of the new payment, May 1, 2008.

**This statement is not a request for payment. It is for informational purposes only.**

Your new monthly mortgage payment for the coming year will be $743.36 of which $419.23 will be for principal and interest and $324.13 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

*[handwritten: Top of page 2^A (2 of 2) Exhibit 7^O]*

Authorization to Convert Your Check to an Electronic Funds Transfer Debit - By sending your check to us, you authorize Chase Home Finance LLC to convert the check into an electronic funds transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment. Please call

reserve.

**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance | Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance |
|---|---|---|---|---|---|---|---|---|---|
| Target Balance | | $0.00 | $0.00 | $1,197.78 | Payment | 10/08 | $187.27 | $0.00 | $749.08 |
| Payment | 05/08 | $187.27 | $0.00 | $1,385.05 | Payment | 11/08 | $187.27 | $0.00 | $936.35 |
| County Tax | 05/08 | $0.00 | $786.16 | $598.89 | Payment | 12/08 | $187.27 | $0.00 | $1,123.62 |
| Payment | 06/08 | $187.27 | $0.00 | $786.16 | Payment | 01/09 | $187.27 | $0.00 | $1,310.89 |
| Payment | 07/08 | $187.27 | $0.00 | $973.43 | Payment | 02/09 | $187.27 | $0.00 | $1,498.16 |
| Payment | 08/08 | $187.27 | $0.00 | $1,160.70 | Payment | 03/09 | $187.27 | $0.00 | $1,685.43 |
| County Tax | 08/08 | $0.00 | $786.16 | $374.54** | Payment | 04/09 | $187.27 | $0.00 | $1,872.70 |
| Payment | 09/08 | $187.27 | $0.00 | $561.81 | Hazard Ins | 04/09 | $0.00 | $675.00 | $1,197.70 |
| | | | | | **Total** | | $2,247.24 | $2,247.32 | |

## COMPUTATION OF YOUR ESCROW ACCOUNT

**Escrow Shortage:** Your Anticipated Escrow Balance is $444.51-. Your Target Balance according to this analysis is $1,197.78. The Anticipated Escrow Balance is less than the Target Balance. For that reason your account has a shortage in the amount of $1,642.29 that will be collected over a period of 12 months or more. However, you may opt to make a lump-sum payment using the LUMP-SUM ESCROW SHORTAGE COUPON.

| | |
|---|---|
| Anticipated Escrow Balance | $444.51- |
| Minus the Target Balance | $1,197.78 |
| Escrow Shortage | $1,642.29 |

**Anticipated Escrow Balance** is calculated by taking your actual escrow balance of $81.18 as of March 31, 2008. The balance is then calculated by adding all payments and subtracting all disbursements scheduled for your escrow account until the effective date of the new payment, May 1, 2008.

**This statement is not a request for payment. It is for informational purposes only.**
Your new monthly mortgage payment for the coming year will be $743.36 of which $419.23 will be for principal and interest and $324.13 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

Authorization to Convert Your Check to an Electronic Funds Transfer Debit - By sending your check to us, you authorize Chase Home Finance LLC to convert the check into an electronic funds transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment. Please call Customer Care at (888) 519-8891 if you have any questions or wish to opt out of electronic check collection.

Bottom of
page 2 A
(2 of 2)
Exhibit 7 ②

# CHASE 

CHASE

## MORTGAGE LOAN STATEMENT

| | |
|---|---|
| Loan Number: | 1082951346 |
| Statement Date: | 10/05/07 |
| Payment Due Date: | 11/01/07 |
| Property Address: | 622 S 8Th St |
| | Petersburg, IL 62675 |

Customer Care Phone: 1-800-848-9136
Please send payments only to: PO BOX 9001871
LOUISVILLE, KY 40290-1871
Hearing Impaired (TDD): 1-800-582-0542

#BWNJCCL
#3131082951346000#

IIIlIlu.III.lIIu.IIIlIu.IIIIu.IlIl.IIlIlII.IlIIIIIIIIIIIIl

33754 BOR  Z 27807 C - 0  BRE PN C1
KRISTIN M. WOLF
622 S 8TH ST
PETERSBURG IL 62675-1711

### Loan Information:

**Balances:**

| | |
|---|---|
| Principal Balance | $65,996.34 |
| Escrow Balance | ($516.06) |

**Payment Factors:**

| | |
|---|---|
| Interest Rate | 6.50000% |
| Principal & Interest | $419.23 |
| Escrow Payment | $149.31 |
| Optional Products | $0.00 |
| Past Due Payment | $0.00 |
| Unpaid Late Charges | $0.00 |
| Miscellaneous Fees | $0.00 |
| **Total Payment** | **$568.54** |

**Year-to-Date:**

| | |
|---|---|
| Interest | $1,433.22 |
| Taxes | $1,572.32 |
| Principal | $243.70 |

## Chase Presents The Following Opportunities To You

**Whether you intend to stay in your home forever, just a few more years, or you are looking for a new home now...** You may be eligible for a Chase loan that offers reduced paperwork, no income verification, and loan approvals in 24 hours. We offer a variety of mortgage products to meet your needs. **Call 1-866-286-0475** and mention **Reservation Code 400022527402 or visit www.chasehomecustomers.com for more information.** All loans are subject to credit and property approval. Certain other restrictions and limitations may apply. A fee may be charged for simplified documentation.

Curious about home sale prices in your neighborhood or one you plan on moving to?
Visit www.chasehomepricecheck.com for home sales prices and e-mail alerts. It's fast and free.

| 123 Any Road | Jan 07 | $147,000 |
|---|---|---|
| 65 My Way | Dec 06 | $535,000 |

## Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL PRODUCTS | MISCELLANEOUS OR FEES |
|---|---|---|---|---|---|---|---|
| PAYMENT | 10/05/07 | $568.54 | $61.42 | $357.81 | $149.31 | | |

## Important Messages About Your Account

If you receive or expect to receive an insurance settlement check for damages to your home, please access **www.mylossdraft.com** for information on the claim process. When prompted, enter the PIN Number CH001 to access the Web site. You may also call the Loss Draft Department at 1-866-742-1461 from 8 a.m. to 7 p.m., Eastern Time, with any additional questions.

**Please refer to the back of this statement for important information about your account.**

When sending your payment, please be sure the Chase address, on the attached payment stub, appears in the window of the enclosed envelope or make your payments online with ease, convenience and security.

Simply visit www.chase.com/chaseonline to pay bills, check the status of your accounts, review your loan balances and contact us via secure e-mail.

If you need to make your payment today, call 1-866-836-8339 toll free and select the FastPay option! You may make your mortgage payment until 8:00 p.m., Eastern Time, on a business day, and your payment is credited to your account that day. A service fee may apply.

---

*Please detach and return the bottom portion of this statement with your payment using the enclosed envelope*

## CHASE

Please designate how you want to apply any
additional funds. Undesignated funds first pay

Loan Number: 1082951346
KRISTIN M. WOLF

| Total Amount Due | $568.54 |
|---|---|
| See detail below | |

# CHASE ◆

| | |
|---|---|
| Customer Care Phone: | 1-800-848-9136 |
| Please send payments only to: | PO BOX 9001871 |
| | LOUISVILLE, KY 40290-1871 |
| Hearing Impaired (TDD): | 1-800-582-0542 |

#BWNJCCL
#3131082951346000#

00101 BOR 7 32007 C - 0 BRE PM2 SP
KRISTIN M. WOLF
622 S 8TH ST
PETERSBURG IL 62675-1711

## MORTGAGE LOAN STATEMENT

| | |
|---|---|
| Loan Number: | 1082951346 |
| Statement Date: | 11/16/07 |
| Payment Due Date: | 12/01/07 |
| Property Address: | 622 S 8Th St |
| | Petersburg, IL 62675 |

**Loan Information:**

Balances:

| | |
|---|---|
| Principal Balance | $65,934.59 |
| Escrow Balance | ($366.75) |

Payment Factors:

| | |
|---|---|
| Interest Rate | 6.50000% |
| Principal & Interest | $419.23 |
| Escrow Payment | $149.31 |
| Optional Products | $0.00 |
| Past Due Payment | $0.00 |
| Unpaid Late Charges | $0.00 |
| Miscellaneous Fees | $0.00 |
| **Total Payment** | **$568.54** |

Year-to-Date:

| | |
|---|---|
| Interest | $1,790.70 |
| Taxes | $1,572.32 |
| Principal | $305.45 |

## Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL PRODUCTS | MISCELLANEOUS OR FEES |
|---|---|---|---|---|---|---|---|
| FASTPAY FEE WAIVED | 11/16/07 | | | | | | $8.00 |
| FASTPAY FEE COLL | 11/16/07 | | | | | | $12.00 |
| PAYMENT | 11/16/07 | $568.54 | $61.75 | $357.48 | $149.31 | | |

### Important Messages About Your Account

If you receive or expect to receive an insurance settlement check for damages to your home, please access **www.mylossdraft.com** for information on the claim process. When prompted, enter the PIN Number CH001 to access the Web site. You may also call the Loss Draft Department at 1-866-742-1461 from 8 a.m. to 7 p.m., Eastern Time, with any additional questions.

**Please refer to the back of this statement for important information about your account.**

COMPLETE AND DETACH ONE OF THE TWO COUPONS BELOW AND RETURN WITH YOUR PAYMENT.

---

# CHASE ◆    CHASE MORTGAGE PAYMENT COUPON A

Please designate how you want to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

**Loan Number: 1082951346**
**KRISTIN M. WOLF**

Make your check or money order payable to Chase Home Finance and write your loan number on it. Please do not send cash.

*Scheduled payments received 15 or more days after the Scheduled Due Date are subject to a late charge of $16.77.

☐ Mailing address change indicated on back.    ☐ Making multiple full payments.

CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE KY 40290-1871

| Total Amount Due | $568.54 |
|---|---|
| See detail below | |

| | | |
|---|---|---|
| Mortgage Payment | $568.54 | $ |
| Payments Past Due | $0.00 | $ |
| Unpaid Late Charges If applicable, add $16.77* | $0.00 | $ |
| Fees | $0.00 | $ |
| Total Amount Due | $568.54 | $ |
| Additional **Principal** | | $ |
| Additional **Escrow** (Tax and Insurance) | | $ |
| **Total Amount Enclosed** | | $ |

0001082951346 313000 00056854 00058531 00056854 00003

---

# CHASE ◆    Equity Accelerator Enrollment Mortgage
## Payment Coupon B
See enclosed letter for details.

| | | |
|---|---|---|
| **Reference No** | 126405115 | |
| **Total Amount Due** | $563.54 | |
| See detail below | | |

# JPMORGAN CHASE BANK, N.A.


## Notice of Assignment, Sale or Transfer of Servicing Rights


WOLF KRISTIN M                                                                          5/25/07

622    S 8TH ST
PETERSBURG              IL   62675                    Re: 1082951346


You are hereby notified that the servicing of your loan, that is, the right to collect payments from
you, is being assigned, sold or transferred from    AMERICAN HOME MORTGAGE CORP.      to
JPMorgan Chase Bank, N.A., effective      July 01, 2007.

The assignment, sale or transfer of the servicing of the loan does not affect any term or condition
of the mortgage documents/security instruments, other than terms directly related to the servicing
of your loan. Chase does not pay Interest on Escrow accounts.

Except in limited circumstances, the law requires that your present servicer send you this notice
at least 15 days before the effective date of transfer, or at closing.  Your new servicer must also
send you this notice no later than 15 days after this effective date or at closing.In this case,all necessary
information is combined in this one notice.

Your present servicer is      AMERICAN HOME MORTGAGE CORP.   . If you have any
questions relating to the transfer of servicing from your present servicer you may contact your present
servicer at the address and phone number listed below.If the phone number does not contain a toll-free
area code,you may call collect.

               AMERICAN HOME MORTGAGE CORP.
               520 BROADHOLLOW ROAD
               MELVILLE               NY   11747-0000
               (800) 755-3100(This is a toll-free call number)

Your new servicer is JPMorgan Chase Bank,N.A.  The address for forwarding correspondence,
other than payments and toll free telephone number for your new servicer are:
   JPMorgan Chase Bank,N.A.,c/o Chase Home Finance, LLC
   PO Box 24696, Columbus,OH 43244-0696
   Customer Care:800-848-9136  8:00 am - 8:00 pm EST Monday through Friday

The date that your present servicer will stop accepting payments from you is   06/30/07 The
date that your new servicer will start accepting payments from you is    07/01/07 Send all
payments due on or after that date to your new servicer at the address indicated on the monthly
statement / coupon book the new servicer will send you. If you do not recieve a monthly statement
/ coupon book prior to your first schedule due date, make your check payable to your new servicer
and mail it to:

               JPMorgan Chase Bank,N.A.
               c/o Chase Home Finance,LLC
               PO Box 9001871
               Louisville, KY 40290-1871

You should also be aware of the following information, which is set out in more detail in Section
6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

     During the 60-day period following the effective date of the transfer of the loan servicing,
a loan payment received by your old servicer before its due date may not be treated by the new
loan servicer as late, and a late fee may not be imposed on you.

**Continued On Next Page**

**(CUT ALONG DOTTED LINE)**                                  ENV = CORRLTJ:X.CMMCENV

# CHASE ⬡

**Chase Home Finance LLC**
3415 Vision Drive
Columbus, OH 43219-6009
(800) 848-9136 Customer Care
(800) 582-0542 TDD / Text Telephone

June 3, 2008

Kristin M Wolf
622 S 8th Street
Petersburg IL 62675

Re: Home Mortgage Loan ******1346

**Escrow Account Activity**

Dear Kristin M. Wolf:

Thank you for contacting Chase about your escrow account activity for your mortgage loan.

Enclosed is your escrow activity since Sunday, April 01, 2007.

Chase's goal is to provide the highest level of quality service to each of our customers. If you have any questions, please contact Customer Care at (800) 848-9136.

You may also visit us at www.chase.com.

We appreciate your business and value our relationship with you.

Sincerely,

Shermaine L. Bennett
Customer Care Professional
Customer Care

Enclosure

Exhibit II

*CHASE BANK*

| | | Amount | Balance |
|---|---|---|---|
| | **Escrow Summary Sheet** | | |
| | **April 2007 to June 2008** | | |
| | **Loan #1082951346** | | |
| **Date** | **Description** | **Amount** | **Balance** |
| 04/01/07 | **Initial Escrow Deposit** | | **$918.04** |
| 05/01/07 | June escrow payment | $149.31 | $1,067.35 |
| 05/15/07 | County Tax | ($608.33) | $459.02 |
| 05/29/07 | **Loan Transferred to Chase** | **$0.00** | **$459.02** |
| 07/27/07 | July escrow payment | $149.31 | $608.33 |
| 08/01/07 | August escrow payment | $149.31 | $757.64 |
| 08/24/07 | County Tax | ($786.16) | ($28.52) |
| 08/24/07 | Delinquent County Tax | ($786.16) | ($814.68) |
| 09/07/07 | September escrow payment | $149.31 | ($665.37) |
| 10/05/07 | October escrow payment | $149.31 | ($516.06) |
| 11/16/07 | November escrow payment | $149.31 | ($366.75) |
| 12/14/07 | December escrow payment | $149.31 | ($217.44) |
| 01/25/08 | January escrow payment | $149.31 | ($68.13) |
| 02/05/08 | Debit January escrow payment | ($149.31) | ($217.44) |
| 02/05/08 | January escrow payment | $149.31 | ($68.13) |
| 02/07/08 | Escrow Debit | ($149.31) | ($217.44) |
| 02/08/08 | February escrow payment | $149.31 | ($68.13) |
| 03/07/08 | March escrow payment | $149.31 | $81.18 |
| 04/02/08 | Homeowner's Insurance | ($591.00) | ($509.82) |
| 05/08/08 | April escrow payment | $149.31 | ($360.51) |
| 04/16/08 | May escrow payment | $324.13 | ($36.38) |

*Exhibit 12*

# CHASE ⬡

## Annual Escrow Account Disclosure Statement

**Customer Care**
Customer Care Phone:    1-800-848-9136
Hearing Impaired (TDD):    1-800-582-0542
www.chase.com/homefinance/customerservice

#BWNHLPR
#3131082951346034#

|||...||.||.||..||.||..||||..||..||.||.|||.|

17671 EDS Z 10108 C · BRE ZE
KRISTIN M. WOLF
622 S 8TH ST
PETERSBURG IL 62675-1711

**Statement Date**
**March 31, 2008**

### Loan Summary

| | |
|---|---|
| Loan Number: | 1082951346 |
| Principal Balance: | $65,747.33 |
| Escrow Balance: | $81.18 |
| Next Payment Due: | 04/01/08 |

**Property Address:**
622 S 8th St
Petersburg, IL
Home Phone Number
217-891-5442

### Prior Payment Breakdown

| | |
|---|---|
| Principal and Interest | $419.23 |
| Escrow | $149.31 |
| **Total Payment** | **$568.54** |

### New Payment Breakdown Effective 05/01/08

| | |
|---|---|
| Principal and Interest | $419.23 |
| Escrow | $187.27 |
| Shortage Spread | $136.86 |
| **Total Payment** | **$743.36** |

## YOUR ESCROW ACCOUNT HISTORY

This is a statement of the actual activity in your escrow account from 04/07 to 05/08. Keep this statement for your records. This history compares the escrow activity that was projected for the past period with your actual escrow activity. Because taxes and insurance premiums were projections, the actual amounts paid may be different.

### Comparing Projections to the Actual Payments

| | | Prior Year Projection | | | Actual Activity | | |
|---|---|---|---|---|---|---|---|
| Description | Month | Payments to escrow account | Payments from escrow account | Escrow Balance | Payments to escrow account | Payments from escrow account | Escrow Balance |
| Beginning Balance | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 04/07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/07 | $0.00 | $0.00 | $0.00 | *$459.02* | $0.00 | $459.02 |
| Payment | 06/07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $459.02 |
| Payment | 07/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $608.33 |
| Payment | 08/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $757.64 |
| County Tax | 08/07 | $0.00 | $0.00 | $0.00 | $0.00 | $786.16* | $28.52 |
| County Tax | 08/07 | $0.00 | $0.00 | $0.00 | $0.00 | $786.16* | $814.68 |
| Payment | 09/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $665.37 |
| Payment | 10/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $516.06 |
| Payment | 11/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $366.75 |
| Payment | 12/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $217.44 |
| Payment | 01/08 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $68.13 |
| Payment | 02/08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68.13 |
| Payment | 03/08 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $81.18 |
| Payment | 04/08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.18 |
| Payment | 05/08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.18 |
| **Total** | | $0.00** | $0.00** | | $1,653.50 | $1,572.32 | |

17671

1800 661
4541

Flagstar mortgage

\* Either the date or the amount differs from the previous projection.
\*\*Because this is your first Escrow Analysis performed by Chase, the prior projection information is not available.

Please detach and return the bottom portion of this statement with your shortage.

Top of
Page 1A
(1 of 2)

Exhibit I3⓪

**CHASE ⬡**    **Lump-Sum Escrow Shortage Payment Coupon**    Loan Number 1082951346

## YOUR ESCROW ACCOUNT HISTORY

This is a statement of the actual activity in your escrow account from 04/07 to 05/08.  Keep this statement for your records.  This history compares the escrow activity that was projected for the past period with your actual escrow activity.  Because taxes and insurance premiums were projections, the actual amounts paid may be different.

### Comparing Projections to the Actual Payments

| Description | Month | Prior Year Projection Payments to escrow account | Payments from escrow account | Escrow Balance | Actual Activity Payments to escrow account | Payments from escrow account | Escrow Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 04/07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 05/07 | $0.00 | $0.00 | $0.00 | *$459.02* | $0.00 | $459.02 |
| Payment | 06/07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $459.02 |
| Payment | 07/07 | $0.00 | $0.00 | $0.00 | *$149.31* | $0.00 | $608.33 |
| Payment | 08/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $757.64 |
| County Tax | 08/07 | $0.00 | $0.00 | $0.00 | $0.00 | $786.16* | $28.52- |
| County Tax | 08/07 | $0.00 | $0.00 | $0.00 | $0.00 | $786.16* | $814.68- |
| Payment | 09/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $665.37- |
| Payment | 10/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $516.05- |
| Payment | 11/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $366.75- |
| Payment | 12/07 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $217.44- |
| Payment | 01/08 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $68.13- |
| Payment | 02/08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68.13- |
| Payment | 03/08 | $0.00 | $0.00 | $0.00 | $149.31* | $0.00 | $81.13 |
| Payment | 04/08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.13 |
| Payment | 05/08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.13 |
| **Total** | | **$0.00**** | **$0.00**** | | **$1,653.50** | **$1,572.32** | |

1800 661 4541    Flagstar mortgage

* Either the date or the amount differs from the previous projection.
**Because this is your first Escrow Analysis performed by Chase,
  the prior projection information is not available.

Please detach and return the bottom portion of this statement with your shortage.

## CHASE ⬡    Lump-Sum Escrow Shortage Payment Coupon

Loan Number 1082951346

Use this coupon to pay your escrow shortage in one lump sum.  If your mortgage payment is due, Chase may use these funds to make your payment.

Please make your check or money order payable to Chase Home Finance and write your loan number on your check.

**Please do not use this coupon to remit your regular monthly payment; doing so may delay processing.**

Escrow Shortage amount $1,642.29.  See detail explanation of your shortage on the back of this statement.

If the total shortage is received by May 29, 2008, your new payment amount will be $606.50.

**Escrow shortage payments received after May 29, 2008 will be reviewed for a new Escrow Analysis.**

ⅠⅼⅢⅼⅼⅢⅼⅼⅢ...

CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE, KY  40290-1871

Total Check Amount    $ _____

Bottom of Page 1A (1 of 2)

00010829513469 313002 0016422 00000000 00000000 00003

Exhibit 13 ②



# US bank.
*Five Star Service Guaranteed*

KRISTIN M WOLF
107 S 7TH ST
PETERSBURG IL 62675-1505

**Uni-Statement**
Account Number:
1 993 8013 4320
Statement Period:
May 11, 2007
through
Jun. 12, 2007

Page 4 of 5

## FREE CHECKING WITH INTEREST                                    (CONTINUED)
Account Number 1-993-8013-4320

### Card Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun. 11 | Visa Purchase (Non-PIN) CHATHAM GAS | On 061007 CHATHAM IL REF # 24224437162552045201 US1 | 2552045201 | 11.47- |
| Jun. 11 | Visa Purchase (Non-PIN) WATERWORTHS CORN | On 060607 PETERSBURG IL REF # 24121257159454350800 US1 | 9454350800 | 31.44- |
| Jun. 11 | Visa Purchase (Non-PIN) APPLEBEE'S SPR42 | On 060707 SPRINGFIELD IL REF # 24164077159491330223 US1 | 9491330223 | 53.12- |
| Jun. 11 | Purchase Made With PIN 018177 | 2309 S. Mac Arth Springfield IL On 060907 PSE4TERM REF 716000018177 | 7706090711 | 81.71- |
| Jun. 11 | ATM Withdrawal | 321 N SIXTH ST PETERSBURG IL Serial No. 625804170722PSE4TERM | | 82.00- |
| Jun. 11 | ATM Withdrawal | 2201 N DIRKSEN P Springfield IL Serial No. 004534001442PSE4TERM | | 82.00- |
| | | **Card 4801 Withdrawals Subtotal** | **$** | **1,229.61-** |
| | | **Total Card Withdrawals** | **$** | **1,244.61-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| May 15 | Electronic Withdrawal REF=20071350566302 N | To AMEREN CIPS 9500000000ONLINE PMTCKF128108436POS | $ | 19.59- |
| May 16 | Electronic Withdrawal REF=20071351491356 N | To CINGULAR WIRELES 9991568200PAYMENT 271339578ILL | | 97.85- |
| May 22 | Electronic Withdrawal REF=20071414993814 N | To AMEREN CIPS 9500000000ONLINE PMTCKF128108436POS | | 44.59- |
| May 25 | Electronic Withdrawal REF=20071440491693 N | From AVON M. GROVE ELECT. PMT1500000000 | | 108.84- |
| May 25 | Electronic Withdrawal REF=20071450224368 N | To STATE FARM INS 9500000000ONLINE PMTCKF128108436POS | | 116.47- |
| May 30 | Electronic Withdrawal REF=20071500519561 N | To AMERICAN HM MTG 9500000000ONLINE PMTCKF128108436POS | | 588.54- |
| May 31 | Electronic Withdrawal REF=20071504231216 N | From COLLEGE NETWORK CASH TRANS1351970521 | | 100.00- |
| Jun. 1 | Overdraft Charge | | | 35.00- |
| Jun. 1 | Overdraft Charge | | 8892045140 | 35.00- |
| Jun. 1 | Overdraft Charge | | 8892045139 | 35.00- |
| Jun. 7 | Electronic Withdrawal REF=20071570676499 N | From AVON M. GROVE ELECT. PMT1500000000 | | 47.80- |
| Jun. 11 | Internet Banking Payment | To Credit Card ************4372 | | 57.00- |
| | | **Total Other Withdrawals** | **$** | **1,265.68-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0636 | May 17 | 8994946546 | 5.00 | 0646 | May 29 | 8890204204 | 5.00 |
| 0639* | May 16 | 8994123262 | 5.00 | 0647 | May 31 | 8892045139 | 45.00 |
| 0640 | May 16 | 8994393153 | 9.00 | 0649* | May 30 | 2126650286 | 20.00 |
| 0641 | May 14 | 8992587527 | 15.00 | 0650 | May 31 | 8892045140 | 95.00 |
| 0642 | May 14 | 8992927789 | 45.00 | 5055* | May 14 | 8992785164 | 223.22 |
| 0643 | May 22 | 8996416796 | 45.00 | 5056 | Jun. 5 | 8894564916 | 70.00 |
| 0644 | May 23 | 8997625575 | 6.00 | 5057 | May 30 | 2126669435 | 53.42 |
| 0645 | May 25 | 8998625602 | 27.00 | | | | |

| * Gap in check sequence | | **Conventional Checks Paid ( 15 )** | **$** | **668.64-** |
|---|---|---|---|---|

*Exhibit 14* ①



**U.S. bank.**
*Five Star Service Guaranteed*

KRISTIN M WOLF
622 S 8TH ST
PETERSBURG IL 62675-1711

**Uni-Statement**
Account Number:
1 993 8013 4320
Statement Period:
Jun. 13, 2007
through
Jul. 12, 2007

Page 4 of 4

## FREE CHECKING WITH INTEREST                                            (CONTINUED)
Account Number 1-993-8013-4320

### Other Withdrawals

| Date | | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jun. | 15 | Electronic Withdrawal | To AMEREN CIPS | | $ | 67.62- |
| | | REF=20071653759750 N | 9500000000ONLINE PMTCKF128108436POS | | | |
| Jun. | 18 | Electronic Withdrawal | To CINGULAR WIRELES | | | 71.67- |
| | | REF=20071690514390 N | 9991568200PAYMENT  271339578ILL | | | |
| Jun. | 20 | Electronic Withdrawal | From S/E FINANCIAL | | | 194.64 |
| | | REF=20071702274301 N | ACH ENTRY 264081179 | | | |
| Jun. | 29 | Electronic Withdrawal | To STATE FARM INS | | | 128.45- |
| | | REF=20071793708521 N | 9500000000ONLINE PMTCKF128108436POS | | | |
| Jul. | 3 | Internet Banking Payment | To Credit Card ************4372 | | | 90.00- |
| Jul. | 3 | Electronic Withdrawal | To AMERICAN HM MTG | | | 568.54- |
| | | REF=20071840599195 N | 9500000000ONLINE PMTCKF128108436POS | | | |
| Jul. | 6 | Electronic Withdrawal | From AVON M. GROVE | | | 100.36- |
| | | REF=20071863136167 N | ELECT. PMT1500000000 | | | |
| Jul. | 12 | Overdraft Charge | | 8893609316 | | 35.00- |
| Jul. | 12 | Overdraft Charge | | 0007111309 | | 35.00- |
| Jul. | 12 | Overdraft Charge | | 2121922777 | | 35.00- |
| | | | **Total Other Withdrawals** | | $ | 1,326.28- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 0622 | Jun. 29 | 8997127309 | 2.50 | | 5063 | Jun. 19 | 8992262342 | 8.32 |
| 5061* | Jun. 19 | 1927782982 | 53.42 | | 5066* | Jul. 11 | 8893609316 | 70.00 |
| 5062 | Jun. 20 | 8992891194 | 223.22 | | | | | |

* Gap in check sequence          **Conventional Checks Paid ( 5 )**    $    357.46-

### Balance Summary

| Date | Ending Balance | | Date | Ending Balance | | Date | Ending Balance |
|---|---|---|---|---|---|---|---|
| Jun. 13 | 115.45 | | Jun. 22 | 261.77 | | Jul. 3 | 257.36 |
| Jun. 14 | 87.44 | | Jun. 25 | 190.97 | | Jul. 5 | 200.98 |
| Jun. 15 | 1,245.53 | | Jun. 26 | 87.47 | | Jul. 6 | 47.69 |
| Jun. 18 | 878.75 | | Jun. 27 | 67.43 | | Jul. 9 | 66.32 |
| Jun. 19 | 720.19 | | Jun. 28 | 52.02 | | Jul. 10 | 56.22 |
| Jun. 20 | 301.27 | | Jun. 29 | 946.95 | | Jul. 11 | 37.63- |
| Jun. 21 | 271.45 | | Jul. 2 | 922.89 | | Jul. 12 | 142.63- |

Balances only appear for days reflecting change.

Use the Cash Bonus Visa Check Card at over 150 select partners and earn up to 25% cash back! Visit
cashbonuspartners.usbank.com to view a complete list of Cash Bonus partners!

*Exhibit 14²*



**Uni-Statement**
Account Number:
1 993 8013 4320
Statement Period:
Jul. 13, 2007
through
Aug. 10, 2007

Page 3 of 4

KRISTIN M WOLF
622 S 8TH ST
PETERSBURG IL 62675-1711

## FREE CHECKING WITH INTEREST                                   (CONTINUED)
Account Number 1-993-8013-4320

### Card Withdrawals (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Jul. | 30 | Visa Purchase (Non-PIN) | On 072907 PETERSBURG IL | 0720023461 | 21.31 |
| | | AYERCO CONVENIEN | REF # 24427337210720023461 US1 | | |
| Jul. | 31 | Visa Purchase (Non-PIN) | On 072907 JEROME IL | 1720026615 | 4.24 |
| | | ROAD RANGER #137 | REF # 24427337211720026615 US1 | | |
| Jul. | 31 | ATM Withdrawal | 321 N SIXTH ST PETERSBURG IL | | 162.00 |
| | | | Serial No. 125234075547PSE4TERM | | |
| Aug. | 1 | Visa Purchase (Non-PIN) | On 072907 PETERSBURG IL | 2268003500 | 15.06 |
| | | NEW SALEM FAST00 | REF # 24164077212268003500 US1 | | |
| Aug. | 1 | ATM Withdrawal | 321 N SIXTH ST PETERSBURG IL | | 62.00 |
| | | | Serial No. 135471112613PSE4TERM | | |
| Aug. | 2 | ATM Withdrawal | 701 E HARGRAVE S ATHENS IL | | 101.50 |
| | | | Serial No. 008912155853PSE4TERM | | |
| Aug. | 6 | ATM Withdrawal | 321 N SIXTH ST PETERSBURG IL | | 42.00 |
| | | | Serial No. 166030082101PSE4TERM | | |
| Aug. | 6 | ATM Withdrawal | 321 N SIXTH ST PETERSBURG IL | | 202.00 |
| | | | Serial No. 186472155927PSE4TERM | | |
| Aug. | 8 | Visa Purchase (Non-PIN) | On 080607 SPRINGFIELD IL | 9710024761 | 4.60 |
| | | QIK'N EZ #61 | REF # 24427337219710024761 US1 | | |
| Aug. | 8 | Visa Purchase (Non-PIN) | On 080607 PETERSBURG IL | 9400002430 | 4.71 |
| | | SUBWAY STORE 122 | REF # 24559307219400002430 US1 | | |
| Aug. | 9 | ATM Withdrawal | 321 N SIXTH ST PETERSBURG IL | | 42.00 |
| | | | Serial No. 217062171201PSE4TERM | | |
| Aug. | 10 | Visa Purchase (Non-PIN) | On 080807 FLORISSANT MO | 1490000034 | 8.46 |
| | | APPLEBEES 521500 | REF # 24164077221490000034 US1 | | |

| | | |
|---|---|---|
| **Card 4801 Withdrawals Subtotal** | $ | 1,541.43 |
| **Total Card Withdrawals** | $ | 1,556.43 |

### Other Withdrawals

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Jul. | 13 | Electronic Withdrawal | To AMEREN CIPS | $ | 62.41 |
| | | REF=20071933568931 N | 9500000000ONLINE PMTCKF128108436POS | | |
| Jul. | 13 | Internet Banking Payment | To Credit Card ************4372 | | 100.00 |
| Jul. | 20 | Electronic Withdrawal | From S/E FINANCIAL | | 194.64 |
| | | REF=20072001676409 N | ACH ENTRY 264081179 | | |
| Jul. | 23 | Electronic Withdrawal | To AT&T | | 67.62 |
| | | REF=20072010629204 N | 9991568200PAYMENT  271339578ILL | | |
| Jul. | 27 | Electronic Withdrawal | To STATE FARM INS | | 128.45 |
| | | REF=20072080290027 N | 9500000000ONLINE PMTCKF128108436POS | | |
| Jul. | 30 | Electronic Withdrawal | From AVON M. GROVE | | 15.76 |
| | | REF=20072080769789 N | ELECT. PMT1500000000 | | |
| Aug. | 1 | Electronic Withdrawal | To CHASE MTGE | | 568.54 |
| | | REF=20072130515685 N | 9500000000ONLINE PMTCKF128108436POS | | |
| Aug. | 3 | Overdraft Charge | 2520892094 | | 35.00 |

| | | |
|---|---|---|
| **Total Other Withdrawals** | $ | 1,172.42 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0612 | Aug. 10 | 8890593704 | 190.00 | 5070 | Aug. 7 | 8997250472 | 10.00 |
| 5068* | Jul. 18 | 8897195590 | 223.22 | 5071 | Aug. 2 | 2520892094 | 100.00 |
| 5069 | Jul. 18 | 8897196001 | 21.68 | 5072 | Aug. 1 | 1923576929 | 117.46 |

| | | | |
|---|---|---|---|
| * Gap in check sequence | **Conventional Checks Paid ( 6 )** | $ | 662.36 |

Exhibit 14³

To: **Customer Resolution Center**      9.5.08

Re: Old Account # **1001710666**          SS# 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

Phone (c) 217-891-5442   (w) 217-632-2334

**Kristin Wolf**

622 south 8th Petersburg Illinois 62675

Attached is a letter that explains the problem I am having with AHM. It is dated June 10th because that is the day I filed the claim.  {**A**}

I have a file claimed with the Delaware Bankruptcy courts which will be in session September 9th @ 4pm. It is an urgent matter that I receive proof that this money is, in fact owed to me today if possible.

I spoke to the Supervisor of Customer Service at AHM (1-877-304-3100) on June 6th or June 7th of this year, her name was Marie or Maria. She confirmed over the phone that AHM did owe me (Kristin Wolf) $1,176.87 and that I needed to file a claim.

Please send any pertinent information that could confirm that in a court of law. for bankruptcy cases.

Thank you
Kristin Wolf

**Return fax # 217-632-7092**

Exhibit 15