# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | Hearing: 9/15/08 @ 10:00 a.m. |
| Debtors. | ) | Response date: 9/8/08 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 5335

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Washington Mutual Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) filed on August 7, 2008.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to Washington Mutual Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) appears thereon.  Pursuant to the Notice of  Washington Mutual's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2), objections were to be filed and served no later than September 8, 2008.

It is hereby respectfully requested that the Order attached to Washington Mutual Bank.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) be entered at the earliest convenience of the Court.

                                                WHITTINGTON & AULGUR

                              By:    /s/ Kristi J. Doughty
                                         Robert T. Aulgur, Jr. (No. 165)
                                         Kristi J. Doughty (No. 3826)
                                         313 N. Dupont Hwy., Suite 110
                                         P.O. Box 617
                                         Odessa, DE  19730-1617
                                         (302) 378-1661

Date: September 11, 2008