IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047(CSS) |
| HOLDINGS INC., a Delaware | : | |
| corporation, et al. | : | |
| | : | Jointly Administered |
| | : | Related to Docket No. 5679 |
| Debtors. | : | |

## ORDER

Upon consideration of the Motion To Shorten Notice [D.I. 5679] filed on September 9, 2008; and after due deliberation and movant having failed to establish sufficient cause to grant the motion,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is DENIED.

2. The Court will conduct a hearing on the Motion for Order Appointing an Official Committee of Borrowers pursuant to Section 1102(a) of the Bankruptcy Code on October 2, 2008 at 11:00 a.m.. Objections, if any, must be in writing and filed and served by September 25, 2008.

SO ORDERED this 11th day of September, 2008.

Christopher S. Sontchi
United States Bankruptcy Court Judge