**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION OF**
**CHASE HOME LOAN SERVICING, L.L.C. IN RE: DOCKET. NO. 5570**

Chase Home Loan Servicing, L.L.C., the Movant, by and through its attorney, Whittington & Aulgur, hereby withdraws its Certificate of No Objection filed on September 9, 2008 (Docket No. 5570).

WHITTINGTON & AULGUR

By:   /s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
651 N. Broad Street
Middletown, DE 19709
(302) 378-1661
Attorney for Movant

Date: September 11, 2008