IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Hearing Date: 10/02/08 @ 11:00 a.m.** |
| Debtors. ) | **Objections Due: 9/25/08 @ 4:00 p.m.** |
| ) | |
| _____ ) | **Re: D.I. 5675** |

## NOTICE OF MOTION

On September 9, 2008, certain borrower individuals (the "Movants") filed a "Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Motion") (D.I. 5675). A copy of the Motion is available from the website of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), www.deb.uscourts.gov.

If you wish to respond to the Motion, you must file your response with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve it on the undersigned counsel for the Movants so that it is actually received no later than September 25, 2008 at 4:00 p.m. (Eastern Time). You also should serve a copy of your response on the Office of the United States Trustee, 844 King Street, Wilmington, Delaware 19801 (Attention: Joseph McMahon, Esq.).

HEARING ON THE MOTION will be on October 2, 2008, at 11:00 a.m. Eastern Time at the Bankruptcy Court before the Honorable Christopher S. Sontchi.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
September 11, 2008

        ZUCKERMAN SPAEDER LLP

        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        P.O. Box 1028
        Wilmington, Delaware 19899
        Telephone: (302) 427-0400
        Facsimile: (302) 427-8242

        -and-

        Linda A. Singer
        1800 M Street, N.W., Suite 1000
        Washington, DC 20036
        Telephone: (202) 778-1800
        Facsimile: (202) 822-8106

        - and -

        GILBERT RANDOLPH LLP
        Stephen A. Weisbrod
        W. Hunter Winstead
        1100 New York Avenue, N.W., Suite 700
        Washington, DC 20005
        Telephone: (202) 772-196
        Facsimile: (202) 772-3962

        Attorneys for the Movants

1977747.1