## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, et al., | ) ) ) ) ) | Case No. 07-11051 Chapter 11 Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 11th day of Septembert, 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Juan Benavides
8183 Lake Serene Drive
Orlando, FL 32836
*Borrower*

Jose A Coronado
145 Ellery Street
Brentwood, NY 11717
*Borrower*

James Divet
5206 SW 10th Avenue
Cape Coral, FL 33914
*Borrower*

Yesenia a. Espinal
Juan Rodriguez
231 North Columbus Avenue
Freeport, NY 11520
*Borrower*

Carlo Ferrer
105 SWN Meade Circle
Port St. Lucie, FL 34953
*Borrower*

Jeannine Gelin  
3642 SW 161 Terrace  
Miramar, FL 33027  
*Borrower*

Clifton Henry  
1200 Brickell Bay Drive, #17  
Miami, FL 3331  
*Borrower*

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty  
Robert T. Aulgur, Jr.(No.165)  
Kristi J. Doughty (No. 3826)  
651 N. Broad Street, Suite 206  
P.O. Box 1040  
Middletown, DE 19709-1040  
(302) 378-1661  
Attorney for Movant