# EXHIBIT A
**In re:  American Home Mortgage, et al.**
**C.A. No. 07-11047**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 1927318994 | Juan Benavides | 1/26/2007 | $825,000.00 | $947,167.00 | $900,000.00 | 8183 Lake Serene Drive Orlando, FL 32836 |
| 1915287179 | Jose a. Coronado | 12/21/2005 | $269,500.00 | $313,714.05 | $280,000.00 | 145 Ellery Street Brentwood, NY 11717 |
| 1927313447 | James Divet Linda Divet | 2/9/2007 | $607,500.00 | $696,553.31 | $455,000.00 | 5206 SW 10th Avenue Cape Coral, FL 33914 |
| 1927321671 | Carlo Ferrer | 1/31/2007 | $244,000.00 | $279,157.54 | $225,000.00 | 105 SWN Meade Circle Port St. Lucie, FL 34953 |
| 1927320566 | Jeannine Gelin | 1/31/2007 | $544,000.00 | $635,897.90 | $443,000.00 | 3642 SW 161 Terrace Miramar, FL 33027 |
| 1927295301 | Clifton Henry | 1/5/2007 | $680,000.00 | $755,420.58 | $380,000.00 | 1200 Brickell Bay Drive Miami, FL 33131 |
| 1927319942 | Camille M. Jeanty | 2/2/2007 | $180,000.00 | $194,709.25 | $55,000.00 | 400 NW 52nd Street Miami, FL 33127 |
| 1927299277 | Yamile Santesteban | 12/20/2006 | $520,000.00 | $599,123.71 | $330,000.00 | 16951 SW 92nd Avenue Village of Palmetto Bay, FL 33157-4596 |