EXHIBIT "B"

Tax Payoff Good Thru 6/30/2008

Prior/Open Liens: **NO PRIOR LIENS FOUND**

Subject Deed of Trust/Mortgage

    Mortgage date    1/26/2007
    Amount    825000
    Beneficiary:    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR CENTRIC MORTGAGE
    Date Recorded    2/7/2007
    Book    9104
    Page    1836

Subordinate Loans/Liens:

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN HOME MORTGAGE HOLDINGS, INC., by virtue of a Mortgage recorded in Official Records Book 9104, Page 1861

Is an assignment needed: **LISTED BELOW**
    FROM: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR CENTRIC MORTGAGE
    TO:    US BANK NA AS TRUSTEE FOR THE SERIES JPM ALT 2007-A2

*Subordinate Mortgage*

(2) Mortgagor: *Jose A. Coronado*

Mortgagee: *MERS as nominee for American Home Mortgage*

Dated: 12-21-05

Amount: 115,500

Recorded: 1-11-06

Liber: 2120

Page: 284

(2a) Assignor:

Assignee:

Dated:

Recorded:

Liber:

Page:

(2b) Assignor:

Assignee:

Dated:

Recorded:

Liber:

Page:

Tax Information:

    Taxes Paid Through 2006
    Folio Number 154523C3016700790

    Delinquent:
    2007, $11,746.89

    Tax Payoff Good Thru 6/30/2008

Prior/Open Liens: **NO PRIOR LIENS FOUND**

Subject Deed of Trust/Mortgage

    Mortgage date    2/9/2007
    Amount    607500
    Beneficiary:    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN BROKERS CONDUIT
    Date Recorded    2/26/2007
    Book    2007000063
    Page    247

Subordinate Loans/Liens:

    THE UNKNOWN SPOUSE OF KETRA ANN DIVET N/K/A DAVID DIVET, by virtue of homestead rights, possession, or any right of redemption

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN HOME MORTGAGE HOLDINGS, INC., by virtue of a Mortgage recorded in Official Record Instrument # 2007000063248

Is an assignment needed: **LISTED BELOW**
    FROM: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN BROKERS CONDUIT
    TO:    CHASE HOME FINANCE LLC

Prior/Open Liens:

>Per our title review, the insured mortgage in Official Records Book 2760, Page 467, of the Public Records of St. Lucie County, Florida, contains no marital / homestead status and /or spousal joinder for the mortgagor, Carlo Ferrer.

Subject Deed of Trust/Mortgage

>Mortgage date    1/31/2007
>Amount           244000
>Beneficiary:     MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN BROKERS CONDUIT
>Date Recorded   2/13/2007
>Book             2760
>Page             467

Subordinate Loans/Liens:

>THE UNKNOWN SPOUSE OF CARLO FERRER, by virtue of homestead rights, possession, or any right of redemption

>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN HOME MORTGAGE HOLDINGS, INC., by virtue of a Mortgage recorded in Official Records Book 2760, Page 494

Is an assignment needed: **LISTED BELOW**
>FROM: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN BROKERS CONDUIT
>TO:   U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR JPM ALT 2007-A2

New House Title, L.L.C.
Title Summary Report

Date of Report: June 02, 2008

Title Company: New House Title, L.L.C.

ECS File number: F07031444

Client Loan Number: 1927320566

Date Title Work Ordered: 8/17/2007

Current Mortgagor: JEANNINE GELIN

Original Mortgagor: JEANNINE GELIN

Property address: 3642 SW 161 TERRACE
MIRAMAR, FL 330270000

Legal Description: LOT 14, BLOCK 2, OF NAUTICA PLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 164 PAGE 36 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

Lien Position: 1


Mobile Home: **NO MOBILE HOME FOUND**


Tax Information:

    Taxes Paid Through 2006
    Folio Number 110290406000

    Taxes Paid Date 11/28/2006
    Taxes Paid Amount $6,026.05

FILE_NUMBER: F07031444

DOC_ID: M012302

\*F07031444\*

\*M012302\*

2007, $10,780.83

Tax Payoff Good Thru 6/30/2008

Prior/Open Liens:

> There is a prior Claim of Lien against the subject property, dated 10/07/2005 in favor of The Club at Brickell Bay Plaza Condominium Association, Inc., and recorded 6/05/2006 in Official Records Book 24594, Page 298, along with a Notice of Lis Pendens recorded 6/11/2007 in Official Records Book 25691, Page 1889. Said Claim of Lien and Lis Pendens are superior to the lien of the insured, purchase money mortgage in Official Records Book 25289, Page 4690; all of the Public Records of Miami-Dade County, Florida.

Subject Deed of Trust/Mortgage

> Mortgage date         1/5/2007
> Amount                680000
> Beneficiary:          MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN BROKERS CONDUIT
> Date Recorded         1/19/2007
> Book                  25289
> Page                  4690

Subordinate Loans/Liens:

> THE UNKNOWN SPOUSE OF, by virtue of homestead rights, possession, or any right of redemption

> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN HOME MORTGAGE HOLDINGS, INC., by virtue of a Mortgage recorded in Official Records Book 25289, Page 4718

Is an assignment needed: **LISTED BELOW**

New House Title, L.L.C.
Title Summary Report

Date of Report:      May 09, 2008

Title Company:       New House Title, L.L.C.

ECS File number:     F08017627

Client Loan Number: 1927319942

Date Title Work Ordered: 3/4/2008 12:07:01 PM

Current Mortgagor:   CAMILLE M. JEANTY

Original Mortgagor:  CAMILLE M. JEANTY

Property address:    400 NW 52ND STREET
                     MIAMI, FL 331270000

Legal Description:   LOT 10, BLOCK 19, OF SECOND AMENDED PLAT OF RAILROAD SHOPS ADDITION, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 3, PAGE 183, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Lien Position: 1



Mobile Home: **NO MOBILE HOME FOUND**


Tax Information:

   Taxes Paid Through 2006
   Folio Number 0131240133530


FILE_NUMBER: F08017627                    DOC_ID: M012302

**\*F08017627\***                          **\*M012302\***

Tax Payoff Good Thru 6/30/2008

Prior/Open Liens: **NO PRIOR LIENS FOUND**

Subject Deed of Trust/Mortgage

    Mortgage date    12/20/2006
    Amount    520000
    Beneficiary:    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR BEACON FINANCIAL MORTGAGE BANKERS CORP.
    Date Recorded    3/1/2007
    Book    25407
    Page    1336

Subordinate Loans/Liens:

    THE UNKNOWN SPOUSE OF YAMILE SANTIESTEBAN, by virtue of homestead rights, possession, or any right of redemption

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICAN HOME MORTGAGE HOLDINGS, INC., by virtue of a Mortgage recorded in Official Records Book 25407, Page 1353

Is an assignment needed: **NO ASSIGNMENT NEEDED**