# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | **Re: Docket No 5811** |

## CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on September 11, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

- **JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' PRELIMINARY OBJECTION TO AMENDED MOTION OF AMERICAN HOME MORTGAGE SERVICING, INC., F/K/A AH MORTGAGE ACQUISITION CO., INC., FOR AN ORDER GRANTING THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM FOR BREACHES BY CERTAIN DEBTORS OF THE ASSET PURCHASE AGREEMENT FOR SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS**

       */s/David W. Carickhoff*
       David W. Carickhoff (No. 3715)

SERVICE LIST – ALL VIA E-MAIL

Victoria W. Counihan, Esquire
Sandra G. M. Selzer, Esquire
**Greenberg Traurig, LLP**
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Counsel for American Home Mortgage Servicing, Inc.*
counihanv@gtlaw.com
selzers@gtlaw.com

Keith C. McDole, Esquire
Daniel P. Winikka, Esquire
**Jones Day**
2727 North Harwood Street
Dallas, TX 75201-1515
*Counsel for American Home Mortgage Servicing, Inc.*
kcmcdole@jonesday.com
dpwinikka@jonesday.com

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Joseph McMahon, Esquire
***Office of the United States Trustee***
844 King Street, Room 2313
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

128189/01600/21720508v1