IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I Thomas G. Macauley, counsel to certain borrowers in the above-captioned cases, caused copies of the "Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code" (D.I. 5675) and "Motion To Shorten Notice" (D.I. 5679) to be served on September 9, 2008, in the manner indicated upon the parties listed below.

Hand Delivery
Pauline Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street
Wilmington, DE 19801

Hand Delivery
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801

Hand Delivery
Joseph McMahon, Jr., Esquire
Office of the United States Trustee
Federal Building
844 King Street
Wilmington, DE 19801

FedEx Overnight
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Dated: September 12, 2008

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400

1977776.1