**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDING, INC., a Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: D.I. 5840** |

**CERTIFICATE OF SERVICE**

I, Thomas G. Macauley, counsel to certain borrowers in the above-captioned cases, caused copies of the "Notice of Motion" (D.I. 5840) to be served on September 11, 2008, by facsimile on the parties listed on the attached list.

Dated: September 12, 2008

ZUCKERMAN SPAEDER LLP

/s/ Thomas G. Macauley
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

**ZUCKERMAN SPAEDER LLP**
**919 Market Street, Suite 990**
**P.O. Box 1028**
**Wilmington, DE 19899**
**Tel.: (302) 427-0400**
**Fax: (302) 427-8242**
**FACSIMILE TRANSMISSION**
**COVER SHEET**

| | | | |
|---|---|---|---|
| To: | Joseph McMahon, Jr. | Office of the United States Trustee | (302) 573-6491 |
| To: | Pauline Morgan | Young Conaway Stargatt & Taylor | (302) 571-1253 |
| To: | Bonnie Glantz Fatell | Blank Rome | (302) 425-6464 |
| To: | Mark Indelicato | Hahn & Hessen | (212) 478-7400 |
| To: | Derek C. Abbott<br>Donna Culver | Morris Nichols Arsht & Tunnell | (302) 658-3989 |
| To: | Benjamin C. Ackerly | Hunton & Williams | 804-788-8218 |
| To: | Elihu E. Allinson | Sullivan Hazeltine Allinson | 428-8195 |
| To: | John Ashmead<br>Ronald L. Cohen | Seward & Kissel | 212-480-8421 |
| To: | Lee S. Attanasio | Sidley Austin LLP | 212-906-2021 |
| To: | Brett Barragate | Jones Day | 216-579-0212 |
| To: | Michael J. Barrie | Schnader Harrison Segal & Lewis | 888-1696 |
| To: | Karen C. Bifferato<br>Christina Thompson | Connolly Bove Lodge & Hutz | 302-658-0380 |
| To: | Joseph J. Bodnar | Law Offices of Joseph J. Bodnar | 302-656-2789 |
| To: | David E. Bokeno | Asst. Attorney General State of Maryland | 410-514-7099 |
| To: | Hilary B. Bonial | Brice, Vander Linden & Wernick | 972-643-6698 |
| To: | Rebecca Booth | Morgan Lewis & Bockius | 215-963-5001 |
| To: | William P. Bowden | Ashby & Geddes | 302-654-2067 |
| To: | Amanda Winfree<br>Ricardo Palacio<br>Gregory A. Bray | Milbank Tweed Hadley & McCloy | 213-892-4770 |
| To: | Mark A. Broude | Latham & Watkins | 212-75104864 |
| To: | Charles J. Brown, III | Archer & Greiner | 302-777-4352 |
| To: | Michael Busenkell | Eckert Seamans Cherin & Mellott | 302-425-0432 |
| To: | Mary F. Caloway | Buchanan Ingersoll & Rooney | 302-552-4295 |
| To: | John T. Carroll, III<br>Mark E. Felger | Cozen O'Connor | 295-2013 |
| To: | Paul S. Caruso<br>Matthew Clemente<br>Larry J. Nyhan | Sidley Austin | 312-853-7036 |
| To: | William E. Chipman, Jr. | Edwards Angell Palmer & Dodge | (302) 777-7263 |
| To: | Jeffrey Cianciulli | Wier & Partners | 215-665-8464 |
| To: | Joseph Cioffi | Davis & Gilbert | 212-468-4888 |
| To: | Mark D. Collins<br>Russell C. Silberglied | Richards Layton & Finger | 302-651-7701 |
| To: | Katherine A. Constantine | Dorsey & Whitney | 612-340-2643 |
| To: | Kelley Cornish | Paul, Weiss, Rifkind, Wharton & Garrison | 212-757-3990 |
| To; | Kouglas Davis<br>Victoria Counihan | Greenberg Traurig | (302) 661-7360 |

| To: | Leo T. Crowley | Pilsbury Winthrop | 212-858-1500 |
|---|---|---|---|
| To: | Teresa K.D. Currier | Buchanan Ingersoll & Rooney | (302) 552-4295 |
| To: | Vincent A. D'Agostino | Lowenstein Sandler | 973-597-2400 |
| To: | Eric M. Davis | Skadden, Arps, Slate, Meagher & Flom | 651-3001 |
| To: | Mary DeFalaise | U.S. Department of Justice | 202-307-0494 |
| To: | Kristi J. Doughty | Whittington & Aulgur | 285-0236 |
| To: | Dennis J. Drebsky | Nixon Peabody | 212-940-3111 |
| To: | Mark Ellenberg | Cadwalader, Wickersham & Taft | 202-862-2400 |
| To: | J. Cory Falgowski<br>Kimberly E.C. Lawson<br>Gaston P. Loomis<br>Joseph O'Neil | Reed Smith | 302-778-7575 |
| To: | Brett D. Fallon<br>Thomas Horan | Morris James | 302-571-1750 |
| To: | Matthew S. Ferguson<br>William Goldman | Sidley Austin | 212-839-5599 |
| To: | Lori Fife<br>Marcia L. Goldstein | Weil Gotshal & Manges | 212-310-8007 |
| To: | Ian Gershengorn | Jenner & Block | 202-639-6066 |
| To: | Thomas H. Grace | Locke Liddell & Sapp | 713-223-3717 |
| To: | Alan M. Gorchal<br>William S. Heyman | Tydings & Rosenberg | 410-727-5460 |
| To: | Lee Harrington | Nixon Peabody | 617-345-1300 |
| To: | A. Michelle Hart | McCalla Raymer | 770-643-4176 |
| To: | Lisa R. Hatfield | Wittstadt & Wittstadt | 410-282-1677 |
| To: | Patrick Healy | Wilmington Trust Co. | 302-636-4149 |
| To: | Adam Hiller | Draper & Goldberg | 302-213-0043 |
| To: | Daniel K. Hogan | The Hogan Firm | 302-656-7599 |
| To: | James E. Huggett | Margolis Edelstein | 302-888-1119 |
| To: | Mark T. Hurford | Campbell & Levine | 302-426-9947 |
| To: | Regina A. Iorii | Werb & Sullivan | 302-652-1111 |
| To: | Susan Power Johnston | Covington & Burling | 212-841-1010 |
| To: | Laura Davis Jones | Pachulski, Stang, Ziehl & Jones | 302-652-4400 |
| To: | Shelley A. Kinsella | Cooche & Taylor | 302-652-5379 |
| To: | Steven K. Kortanek<br>Kevin Mangan | Womble Carlyle Sandridge & Rice | 302-661-7728 |
| To: | David Juney | Sidley Austin | 202-736-8711 |
| To: | Jeff Kurtzman | Klehr Harrison Harvey Branzburg & Ellers | 302-426-9193 |
| To: | Adam G. Landis | Landis Rath & cobb | 302-467-4450 |
| To: | Michael R. Lastowski<br>Richard W. Riley<br>Frederick B. rosner | Duane Morris | 302-657-4901 |
| To: | Raymond H. Lemisch | Benesch Friedlander Coplan & Aronoff | 302-442-7012 |
| To: | Frederick Linfesty | Iron Mountain Information Management | 617-451-0409 |
| To: | Sherry D. Lowe | Lamm Rubenstone Lesavoy Butz & David | 215-638-2867 |
| To: | Frank F. McGinn | Bartlett Hackett Feinberg | 617-422-0383 |
| To: | Rachel B. Mersky | Monzack Mersky McLauglin and Browder | 302-656-2769 |

| | | | |
|---|---|---|---|
| To: | Mark Minuti | Saul Ewing | 302-421-5873 |
| To: | Norman Monhait | Rosenthal Monhait & goddess | 302-658-7567 |
| To: | Eric K. Moser | Milbank Tweed Hadley & McCloy | 212-530-5219 |
| To: | Jami B. Nimeroff | Brown Stone Nimeroff | 302-351-2744 |
| To: | Harold Olsen | Stroock & Stroock & Lavan | 212-806-6006 |
| To: | Peter S. Partee | Hunton & Williams | 212-309-1100 |
| To: | Andrew Petrie | Featherstone Petrie DeSisto | 303-626-7101 |
| To: | Patrick J. Reilley | Saul Ewing | 302-421-5865 |
| To: | Charles D. Richmond | | 858-755-0965 |
| To: | John Rosenthal | Nixon Peabody | 415-984-8300 |
| To: | Erica Ryland | Jones Day | 212-755-7306 |
| To: | Todd C. Schiltz | Wolf Block Schorr & Solis-Cohen | 302-777-5863 |
| To: | Eric Lopez Schnabel | Dorsey & Whitney | 646-514-9843 |
| To: | Patricia Schrage | Securities and Exchange Commission | 212-336-1320 |
| To: | Laurie Selber Silverstein | Potter Anderson & Corroon | 302-658-1192 |
| To: | Christopher P. Simon | Cross & Simon | 302-777-4224 |
| To: | Craig F. Simon | Jones Day | 214-969-5100 |
| To: | Ellen W. Slights | U.S. Attorney's Office | 302-573-6431 |
| To: | Claudia Z. Springer | Reed Smith | 215-851-1420 |
| To: | Catherine Steege | Jenner & Block | 312-840-7352 |
| To: | David B. Stratton<br>Evelyn J. Meltzer | Pepper Hamilton | 302-421-8390 |
| To: | William D. Sullivan | William D. Sullivan | 302-428-8195 |
| To: | Margot B. Schonholtz<br>Scott D. Talmadge | Kay Scholer | 212-836-8689 |
| To: | William F. Taylor, Jr. | McCarter & English | 302-984-6399 |
| To: | Neil Glassman<br>Eric Sutty | The Bayard Firm | 302-658-6395 |
| To: | Lee A. Weiss | Dreier | 212-328-6101 |

From: Thomas G. Macauley
Date: September 9, 2008
Re: American Home Mortgage
If you experience any problems receiving this transmission, please call (302) 427-0400.