IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
       Debtors.                                                    :
                                                                   :   Docket No. 5819
------------------------------------------------------------------ x

### NOTICE OF WITHDRAWAL OF DOCKET NO. 5819

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Certificate of No Objection [Docket No. 5819].

Dated: Wilmington, Delaware　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　September 12, 2008

　　　　　　　　　　　　　　　　　　/s/ Nathan D. Grow
　　　　　　　　　　　　　　　　　　James L. Patton, Jr. (No. 2202)
　　　　　　　　　　　　　　　　　　Pauline K. Morgan (No. 3650)
　　　　　　　　　　　　　　　　　　Sean M. Beach (No. 4070)
　　　　　　　　　　　　　　　　　　Nathan D. Grow (No. 5014)
　　　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253

　　　　　　　　　　　　　　　　　　Counsel for Debtors and Debtors in Possession

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.