IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                                               :    Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                                  :
                                                                     :    Jointly Administered
        Debtors.                                                     :
-------------------------------------------------------------------- x
```

**NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 15. 2008 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
        from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and
                               Committee

        Related Document:

                a)      Order Approving and Authorizing the Settlement Agreement by and
                        Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                        Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:      None

        Status: This matter has been resolved in part.  The remainder of this matter will be
                adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("<u>AHM</u>
<u>Investment</u>") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM Servicing</u>"), a Maryland
corporation (7267); American Home Mortgage Corp., ("<u>AHM Corp.</u>") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

2.      Iron Mountain Information Management, Inc.'s Motion to Compel Payment of
        Administrative Expenses [D.I. 2465, 12/20/07]

        Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at
                               4:00 p.m. for the Debtors and the Committee

        Related Document:

                a)      Proposed Form of Order filed by Iron Mountain Information Management,
                        Inc. [D.I. 2502, 12/26/07]

        Objections Filed:

                b)      Informal Response of the Debtors

        Status: This matter will be adjourned by agreement to October 2, 2008 at 11:00 a.m.

3.      CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to
        Release Loan Documents [D.I. 2515, 12/27/07]

        Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00
                               p.m.

        Objections Filed:

                a)      Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic
                        Stay and Compel the Debtors to Release Loan Documents [D.I. 2635,
                        1/9/08]

        Status: This matter will be adjourned by agreement to October 2, 2008 at 11:00 a.m.

4.      Motion of National City Capital Commercial Corporation for Entry of Order Granting
        Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to
        11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

        Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to September 8, 2008 for
                               the Debtors and Committee

        Objections Filed:      None to date

        Status: This matter will be will be adjourned to October 2, 2008 at 11:00 a.m.

066585.1001

5.     Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
       [D.I. 3474, 3/28/08]

       Response Deadline:    April 24, 2008 at 4:00 p.m.

       Responses Filed:      See Exhibit A, attached

       Related Document:

              a)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to
                      Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                      Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

       Status: An Order has been entered that partially sustains the Objection. With respect to
              the remainder of the relief requested and the remaining responses set forth on
              Exhibit A, this matter will be adjourned to October 2, 2008 at 11:00 a.m.

6.     Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim
       Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

       Objection Deadline:   May 5, 2008 at 4:00 p.m., extended for the Debtors and the
                             Committee to September 8, 2008 at 4:00 p.m.

       Objections Filed:

              a)      Debtors' Limited Objection to Motion of AT&T Requesting Allowance
                      and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §
                      503(b) [D.I. 5602, 9/8/08]

              b)      Limited Joinder of Official Committee of Unsecured Creditors to Debtors'
                      Limited Objection to Motion of AT&T Requesting Allowance and
                      Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)
                      [D.I. 5617, 9/9/08]

       Status: This matter will be adjourned to October 22, 2008 at 10:00 a.m.

7.     Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
       the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I.
       3880, 4/28/08]

       Response Deadline:    May 20, 2008 at 4:00 p.m.

       Related Document:

              a)      Notice of Submission of Copies of Proofs of Claim [D.I. 4041, 5/14/08]

b)      Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:     See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to October 2, 2008 at 11:00 a.m.

8.     Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)      Notice of Submission of Claim [D.I. 4300, 5/29/08]

b)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:     See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to October 2, 2008 at 11:00 a.m.

9.     Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)      Notice of Submission of Claim [D.I. 4301, 5/29/08]

b)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:     See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to October 2, 2008 at 11:00 a.m.

DB02:7174265.2                    066585.1001

10.     Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for
        Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory
        Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of
        Administrative Expenses [D.I. 5468, 8/18/08]

        Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to September 26, 2008 at
                               4:00 p.m.

        Related Document:

                a)     Supplement to Motion of MERS' Motion for Entry of an Order (1)
                       Compelling Assumption or Rejection of Debtors' Executory Contract, or
                       Modifying the Automatic Stay; and (II) Compelling Payment of
                       Administrative Expenses [D.I. 5559, 8/29/08]

        Objections Filed: None to date.

        Status: This matter will be adjourned by agreement to October 2, 2008 at 11:00 a.m.

11.     Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 4661, 6/17/08]

        Response Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

                a)     Notice of Submission of Copies of Proofs of Claim [D.I. 4975, 7/3/08]

        Responses Filed:    See Exhibit F, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit F, this matter will be adjourned to October 2, 2008 at 11:00 a.m.

12.     Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 4662, 6/17/08]

        Response Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

                a)     Notice of Submission of Copies of Proofs of Claim [D.I. 4976, 7/3/08]

        Responses Filed:    See Exhibit G, attached

DB02:7174265.2                                                          066585.1001

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to October 2, 2008 at 11:00 a.m.

13.    GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4772, 6/23/08]

Objection Deadline:   July 10, 2008 at 4:00 p.m., extended to July 14, 2008 for the Debtors

Related Documents:

a)    Joinder of Deutsche Bank National Trust Company to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4997, 7/8/08]

b)    Joinder of the Bank of New York, as Indenture Trustee, to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 4997, 7/8/08]

c)    Joinder of U.S. Bank National Association to GMAC Mortgage LLC's Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9014 and 9020 for an Order of Civil Contempt and Compelling the Debtors to Comply with Prior Court Orders [D.I. 5004, 7/8/08]

d)    GMAC's Notice of Withdrawal of Docket No. 4772 [D.I. 5564, 9/2/08]

Objections Filed:    None.

Status: This matter is has been withdrawn.

14.    Disclosure Statement Hearing

Objection Deadline:   September 8, 2008 at 4:00 p.m., extended for the U.S. Trustee to September 10, 2008

Related Documents:

a)    Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5450, 8/15/08]

b)    Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5451, 8/15/08]

c)    Notice of Hearing to Consider the Adequacy of Disclosure Statement [D.I. 5452, 8/15/08]

Objections Filed:

d)    Response of Gregory Sheffield [D.I. 5523, 8/27/08]

e)    Response of Angelo Ferricane [D.I. 5541, 8/27/08]

f)    Response of David A. Blate [D.I. 5547, 9/8/08]

g)    Objection of David Crowe [D.I. 5597, 9/3/08

h)    Paul Deck's Objection and Rejection of Disclosure Statement in its Entirety and Order Mandating Debtors to Furnish Applicant with Copy of Disclosure Statement [D.I. 5598, 9/8/08]

i)    Response of Erik Fleishner [D.I. 5599, 9/8/08]

j)    Objection of Certain California Taxing Authorities [D.I. 5612, 9.8.08]

k)    Objection of Wells Fargo Funding, Inc. to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5614, 9/8/08]

l)    CitiMortgage, Inc.'s Objection to Approval of Disclosure Statement with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5619, 9/9/08]

m)    Lead Plaintiffs' Objection to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5672, 9/9/08]

n)    Deutsche Bank National Trust Co.'s Joinder in Objection of Wells Fargo Financial Funding Inc. [D.I. 5728, 9/9/08]

o)    Joinder of County of Nevada, California as Part of the California Taxing Authorities to the Objection to Disclosure Statement by California Taxing Authorities [D.I. 5730, 9/9/08]

p)    Limited Objection of ACE Group of Companies to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5787, 9/10/08]

q)      Joinder of EMC Mortgage Corporation to Wells Fargo Funding, Inc.'s
        Objection to (I) Disclosure Statement Pursuant to Section 1125 of the
        Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of
        the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for
        Order Establishing Procedures for Solicitation and Tabulation of Votes to
        Accept or Reject the Plan and Seeking Related Relief [D.I. 5788, 9/10/08]

r)      Objection of JPMorgan Chase Bank, National Association to (I) Proposed
        Disclosure Statement for Debtors' Chapter 11 Plan of Liquidation and (II)
        Debtors' Motion for Order Establishing Procedures for Solicitation and
        Tabulation of Votes [D.I. 5795, 9/10/08]

s)      Response of Stan Bergum [D.I. 5817, 9/11/08]

t)      Objection of James Youngman [D.I. 5820, 9/11/08]

u)      Response of Gary and Karen Grundy [D.I. 5824, 9/11/08]

v)      Response of Sunshine Custom  Cleaning [D.I. 5827, 9/11/08]

w)      Paula Rush's Objection to the Adequacy of the Disclosure Statement [D.I.
        5828, 9/11/08]

x)      Objection to Disclosure Statement by Mark and Irene White [5829,
        9/11/08]

y)      Objection to Disclosure Statement by Kristin Wolf [D.I. 5831, 9/11/08]

z)      Response of Joe Sgavicchio [D.I. TBD]

aa)     Response of Sherly Fealey [D.I. TBD]

Status: This matter will be adjourned to October 2, 2008 at 11:00 a.m.

15.    Debtors' Motion Approving the Disclosure Statement; (II) Establishing Procedures for
       Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A)
       Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and
       Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving
       Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots,
       (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote
       Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to
       Confirmation of the Plan, and (IV) Granting Related Relief  [D.I. 5451, 8/15/08]

       Objection Deadline:   September 8, 2008 at 4:00 p.m., extended for the U.S. Trustee to
                             September 10, 2008

       Objections Filed:

a) Objection of Wells Fargo Funding, Inc. to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5614, 9/8/08]

Status: This matter will be adjourned to October 2, 2008 at 11:00 a.m.

16. Pre-Trial Conference: *Community Development Administration and M&T Bank v. American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-50633]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned by agreement to October 2, 2008 at 11:00 a.m.

17. Pre-Trial Conference: *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned by agreement to October 2, 2008 at 11:00 a.m.

18. Pre-Trial Conference: *American Home Mortgage Corp., d/b/a American Brokers Conduit, v. Attorneys' Title Insurance Fund, Inc.* [Adv. No. 08-51039]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned to October 2, 2008 at 11:00 a.m.

DB02:7174265.2
066585.1001

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

19.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Approving and
       Authorizing Stipulation Resolving Vicom Computer Services, Inc.'s Claims Against the
       Debtors and for Other Relief [D.I. 5303, 8/4/08]

       Objection Deadline:    September 8, 2008 at 4:00 p.m.

       Objections Filed:    None

       Related Document:

             a)       Certificate of No Objection [D.I. 5809, 9/10/08]

       Status: A Certificate of No Objection has been filed.  No hearing is required.

20.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Approving and
       Authorizing Stipulation Between American Home Mortgage Corp. Xerox Corporation
       [D.I. 5505, 8/20/08]

       Objection Deadline:    September 8, 2008 at 4:00 p.m.

       Related Document:

             a)       Certificate of No Objection [D.I. 5807, 9/10/08]

       Objections Filed:    None

       Status: A Certificate of No Objection has been filed.  No hearing is required.

21.    Debtors' Fourteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section
       502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 5446, 8/15/08]

       Objection Deadline:    September 8, 2008 at 4:00 p.m.

       Related Document:

             a)       Notice of Submission of Claims [D.I. 5560, 8/29/08]

             b)       Certificate of No Objection [D.I. 5819, 9/11/08]

             **c)       Notice of Withdrawal of Certificate of No Objection [D.I. 5848,
                       9/12/08]**

       Objections Filed:

             **c)       Response from Hoffman Appraisal, Inc. [D.I. 5813, 9/11/08]**

10

Status: **This matter will be going forward.**

22.     Debtors' Motion to Further Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. Section 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 5524, 8/25/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

        a)    Certificate of No Objection [D.I. 5808, 9/10/08]

Objections Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

23.     Debtors' Motion for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code (I) Approving the Sale Agreement, (II) Authorizing the Private Sale of the Purchased Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (III) Granting Related Relief [D.I. 5540, 8/26/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

        a)    Certificate of No Objection [D.I. 5810, 9/10/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

24.     Chase Home Loan Servicing, LLC's Motion to Refund Filing Fee – Case No. 07-11051 [D.I. 14, 8/21/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

        a)    Certificate of No Objection [D.I. 15, 9/11/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

DB02:7174265.2                                                      066585.1001

**UNCONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL**

25.   Motion for Relief from Stay – First Lien Foreclosures [See Schedule 1, attached]

   Objection Deadline:   September 5, 2008 at 4:00 p.m.

   Objections Filed:   See Schedule 1, attached

   Status: Certifications of Counsel have been filed.  No hearing is required.

**UNCONTESTED MATTER GOING FORWARD**

26.   First Interim Quarterly Fee Request of Phoenix Capital, Inc. [D.I. 5525, 8/25/08]

   Objection Deadline:   September 8, 2008 at 4:00 p.m.

   Related Document:

       a)   First Application of Phoenix Capital, Inc. for the Period August 6, 2007 through December 31, 2007 [D.I. 3669, 4/11/08]

       b)   Certification of Counsel [D.I. 3967]

   Objections Filed:   None

   Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

27.   Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

   Response Deadline:   May 20, 2008 at 4:00 p.m.

   Related Documents:

       a)   Notice of Submission of Copies of Proofs of Claims [D.I. 4040, 5/14/08]

       b)   Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

   Responses Filed:   See Exhibit B, attached

   Status: An Order has been entered that partially sustains the Objection.  This matter will be going forward with respect to the claim of Sam Hage.  With respect to the

066585.1001

remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to October 2, 2008 at 11:00 a.m.

28.     Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4101, 5/20/08]

Objection Deadline:     June 20, 2008 at 4:00 p.m.

Related Document:

a)     Supplemental Affidavit of Martin Cohn, Esquire [D.I. 4623, 6/13/08]

Objections Filed:

b)     Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4759, 6/20/08]

c)     Joinder of the Debtors to the Objection of the Official Committee of Unsecured Creditors to the Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim [D.I. 4760, 6/20/08]

Status: This matter will be going forward.  The parties anticipate submitting a revised form of order.

29.     Gil Quentin Alvarez's Motion for Leave to File Late Proof of Claim [D.I. 3466, 3/28/08]

Objection Deadline:     September 8, 2008 at 4:00 p.m.

Objections Filed:

a)     Debtors' Reservation of Rights as to Motion of Gil Quentin Alveraez for Leave to File Late Proof of Claim [D.I. 5610, 9/8/08]

Status: This matter will be going forward.

30.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Objection Deadline:     September 8, 2008 at 4:00 p.m.

Related Document:

a)     Notice of Submission of Claims [D.I. 5561, 8/29/08]

Objections Filed:    Please see Exhibit J, attached

Status: **This matter will be adjourned to October 2, 2008 at 11:00 a.m. at the request of the Court.**

31.    Amended Motion of American Home Mortgage Servicing, Inc., formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 5495, 8/18/08]

Objection Deadline:    September 10, 2008 at 4:00 p.m.

Related Document:

      a)    AH Mortgage Acquisition Co., Inc.'s Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4233, 5/23/08]

Objections Filed:

      a)    Debtors' Preliminary Objection to Amended Motion of American Mortgage Servicing, Inc., formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 5798, 9/10/08]

Status: This matter will be going forward as a scheduling conference.

32.    Pre-Trial Conference: *Kathy S. Koch, Jarrett Perry, Gina Pulliam, Michael S. Surowiec, Kathleen Wielgus, and Patricia Williams, on Their Behalf and on Behalf of All Other Persons Similarly Situated v. American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holding, Inc.* [Adv. No. 07-51688]

Related Documents:

      a)    Class Action Adversary Proceeding Complaint [D.I. 1; 8/8/07]

      b)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I 3; 8/14/07]

      c)    First Amended Class Action Adversary Proceeding Complaint [D.I. 5; 8/30/07]

      d)    Answer to First Amended Class Action Complaint [D.I. 6; 9/13/07]

14

e)    Pretrial Scheduling Order [D.I. 26; 11/14/07]

f)    Plaintiffs' Motion for Class Certification and Other Relief [D.I. 29; 11/20/07]

g)    Order Certifying a Class and Granting Related Relief [D.I. 33; 2/1/08]

h)    Order Approving First Amended Scheduling Order [D.I. 36; 2/13/08]

i)    Second Amended Class Action Adversary Proceeding Complaint [D.I. 40; 2/20/08]

j)    Answer to Second Amended Class Action Adversary Proceeding Complaint [D.I. 46; 3/3/08]

k)    Plaintiffs' Motion for Leave to File Third Amended Class Action Complaint and Class Notice [D.I. 47; 3/10/08]

l)    Defendants' Opposition to Plaintiffs' Motion to Amend Complaint [D.I. 50; 3/24/08]

m)    Plaintiffs' Reply to Defendants' Opposition to Their Motion to Amend Class Action Adversary Proceeding Complaint and Class Notice [D.I. 52; 4/3/08]

n)    Order Granting Motion for Leave to File Third Amended Class Action Complaint and Class Notice [D.I. 59; 5/7/08]

o)    Order Certifying a Class and Granting Related Relief [D.I. 65; 5/21/08]

p)    Joint Stipulation and Agreed Order [Signed] Permitting the Official Committee of Unsecured Creditors to Intervene in the Above-Captioned Adversary Proceeding [D.I. 68; 5/23/08]

q)    Court's Order Approving Second Amended Scheduling Order [D.I. 71; 5/27/08]

r)    Answer to Third Amended Class Action Adversary Proceeding Complaint [D.I. 74; 6/10/08]

Status: This matter will be going forward.

DB02:7174265.2                                    066585.1001

## CASE STATUS CONFERENCE

33.     Status Conference Pursuant to 11 U.S.C. § 105(d)

        Status: This matter will be going forward at the request of the Court.


Dated: Wilmington, Delaware          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        September 12, 2008

                                     /s/ Nathan D. Grow
                                     James L. Patton, Jr. (No. 2202)
                                     Robert S. Brady (No 2847)
                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Matthew B. Lunn (No. 4119)
                                     Margaret B. Whiteman (No. 4652)
                                     Nathan D. Grow (No. 5014)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     *Counsel for Debtors and Debtors in Possession*

DB02:7174265.2                                                   066585.1001

### Exhibit A, Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Judith Rigsby | 3753, 4/21/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Marsha Albrecht | 3757, 4/21/08 | Adjourned to October 2, 2008 at 11:00 a.m. |

### Exhibit B, Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Hopkins & Company | 4089, 5/20/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Brian Fiore | 4093, 5/20/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Sam Hage, II | 4106, 5/20/08 | The Objection is withdrawn |
| | Philip Braun | 4126, 5/22/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Bob Coston | 4127, 5/22/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Robert Sullivan | 4339, 6/2/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Indira Misir | | Adjourned to October 2, 2008 at 11:00 a.m. |

### Exhibit C, Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Christine Conklin | 3988, 5/9/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Matthew and Melanie Hernandez | 4090 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Karen Gravely-Robinson | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Hardin County | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Deborah Mills | | Adjourned to October 2, 2008 at 11:00 a.m. |

DB02:7174265.2                                                      066585.1001

| | Claimant | | Status |
|---|---|---|---|
| | Souderton Area School District/Upper Salford Township Tax Collector | | Adjourned to October 2, 2008 at 11:00 a.m. |

### Exhibit D, Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to October 2, 2008 at 11:00 a.m. |

### Exhibit E, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Souderton Area School District | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Spring-Ford Area School District | | Adjourned to October 2, 2008 at 11:00 a.m. |

### Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Sunshine Custom Cleaning, Inc. | 5015, 7/9/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Delbert Mundy | 5019, 7/9/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Samuel A. Case | 5054, 7/9/08 | Adjourned to October 2, 2008 at 11:00 a.m. |

### Exhibit G, Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kathleen Heck | 5016, 7/9/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Thomas Furey | 5056, 7/14/08 | Adjourned to October 2, 2008 at 11:00 a.m. |

DB02:7174265.2    066585.1001

## Exhibit H, Twelfth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Kruse Way, LLC | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Meadows Lake Oswego | | Adjourned to October 2, 2008 at 11:00 a.m. |

## Exhibit I, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | David Nerland | 5320 | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Countrywide | 5337, 8/8/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | FGIC | 5351, 8/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Luxury Mortgage Corp. | 5378, 8/13/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | David Holan | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Donna Melli | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Nomura Credit & Capital | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Mithcell Eininger | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Thomas Adkins, Jr. | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Kevin Kerr | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Waldners Business Environments Inc. | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | Katherine Lalime | | Adjourned to October 2, 2008 at 11:00 a.m. |
|  | GE Money Bank | | Adjourned to October 2, 2008 at 11:00 a.m. |

DB02:7174265.2

066585.1001

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Terri Crites | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Lonnie Watkins | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | William Farnan | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Jon Lucas | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Thomas Guinta | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Joseph Spinelli, Jr. | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Charles Doyle | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Linda Larsen | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | George T. Matthews | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Calvin Kammeyer | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Minda Boxer | | Adjourned to October 2, 2008 at 11:00 a.m. |
| | American Corporate Records | | Adjourned to October 2, 2008 at 11:00 a.m. |

**Exhibit J, Fifteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Betty Johns | 5580, 9/2/08 | The Objection is withdrawn |
| | Kenneth R. Hefner | 5600, 9/4/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Nancy Levine | 5601, 9/5/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to October 2, 2008 at 11:00 a.m. |
| | Tammy Pederson | | Adjourned to October 2, 2008 at 11:00 a.m. |

DB02:7174265.2

066585.1001

**Schedule 1**

**MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATE OF NO OBJECTION**

|   | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 1 | 5206, 7/25/08 | Bank of New York | 14925 Enterprise Lane, Woodbridge, VA 22191 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 2 | 5207, 7/25/08 | HSBS Bank USA NA | 24047 Southeast 279th St., Maple Valley, WA 98038 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 3 | 5208, 7/25/08 | Bank of New York | 2158 W. Grand Ave., Chicago, IL 60612 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 4 | 5209, 7/25/08 | Deutsche Bank National Trust Co. | 21075 Berry Glen, Lake Forest, CA 92630 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 5 | 5210, 7/25/08 | Washington Mutual Bank | 342-344 Thornton Street, Manchester, NH 03102 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 6 | 5211, 7/25/08 | Saxon Mortgage Services, Inc. | 330 Southern Pecan Circle 201, Winter Garden, FL 34787 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 7 | 5212, 7/25/08 | Bank of New York | 14518 Lock Dr., Centreville, VA 20120 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 8 | 5213, 7/25/08 | Washington Mutual Bank | 1040 40th St., Brooklyn, NY 11219 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 9 | 5214, 7/25/08 | Bank of New York | 4073 Waltham Forest Dr., Tavares, FL 32778 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 10 | 5215, 7/25/08 | LaSalle Bank NA | 5113 Mantua Court, Las Vegas, NV 89130 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 11 | 5216, 7/25/08 | Saxon Mortgage Services, Inc. | 604 Hendrix St., Brooklyn, NY 11207 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 12 | 5217, 7/25/08 | Countrywide Home Loans, Inc. | 445 Third St., Troy, NY 12180 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 13 | 5218, 7/25/08 | Washington Mutual Bank | 61 Katrina Rd., Middleboro, MA 02346 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 14 | 5219, 7/25/08 | Countrywide Home Loans, Inc. | 2702 Strathmoor Dr., Henderson, NV 89074 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 15 | 5220, 7/25/08 | LaSalle Bank NA | 100 Ferraris St., Copiague, NY 11726 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 16 | 5221, 7/25/08 | Washington Mutual Bank | 89 Cornelia St., Brooklyn, NY 11221 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 17 | 5222, 7/25/08 | Deutsche Bank National Trust Co. | 34143 Alta Loma, Farmington, MI 48335 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 18 | 5233, 7/25/08 | HSBC Bank USA NA | 9192 Lost Fields Court, Bristow, VA 20136 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 19 | 5234, 7/25/08 | Wells Fargo Bank, NA | 420 Heron Lane, Fallon, NV 89406 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 20 | 5252, 7/28/08 | Select Portfolio Servicing, Inc. | 21949 W. 88th Path, Miami, FL 33190 | Debtors' Limited Objection, 5594, 9/5/08 | Certification of Counsel, 5611, 9/8/08 | No hearing is required. |
| 21 | 5261, 7/29/08 | CitiMortgage, Inc. | 647 Topaz St., Alta Loma, CA 91707 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5830, 9/11/08 | No hearing is required. |
| 22 | 5273, 7/30/08 | EMC Mortgage Corp. | 11051 Corsia Trieste Way, 4-202, Bonita Springs, FL 34135 | Debtors' Limited Objection, 5594, 9/5/08 | Certification of Counsel, 5613, 9/8/08 | No hearing is required. |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 23 | 5304, 8/4/08 | EMC Mortgage Corp. | See Exhibit A to Motion | Debtors' Limited Objection, 5594, 9/5/08 | Certification of Counsel, 5613, 9/8/08 | No hearing is required. |
| 24 | 5335, 8/7/08 | Washington Mutual Bank | 12360 Oakcrest Dr., Huntley, IL and 20876 Chappy Lane, Apple Valley, CA | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5832, 9/11/08 | No hearing is required. |
| 25 | 5353, 8/11/08 | EMC Mortgage Corp. | 2846 Wake Water Way, Woodbridge, VA 22191 | Debtors' Limited Objection, 5594, 9/5/08 | Certification of Counsel, 5613, 9/8/08 | No hearing is required. |
| 26 | 5391, 8/14/08 | CitiMortgage, Inc. | 715 Apache Run, Macedonia, OH; 6945 Peppermint Drive, Reno, NV; 114 Dennis Ave., Salinas, CA | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5830, 9/11/08 | No hearing is required. |
| 27 | 5395, 8/14/08 | Bank of New York | 1714 Richert Ave., Clovis, CA | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 28 | 5396, 8/14/08 | Bank of New York | 30560 Coplasa St., Lake Elsinore, CA 92530 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 29 | 5397, 8/14/08 | Deutsche Bank National Trust Co. | 1724 Smoketree Dr., El Centro, CA 92243 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 30 | 5398, 8/14/08 | Deutsche Bank National Trust Co. | 110 Roundstone Dr., Inman, SC 23949 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 31 | 5399, 8/14/08 | Countrywide Home Loans, Inc. | 107 Cross Foxes Dr., Fort Washington, MD 20744 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 32 | 5400, 8/14/08 | Indymac Bank F.S.B. | 53 Regent Rd., Malden, MA 02148 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 33 | 5401, 8/14/08 | HSBC Mortgage Servicing, Inc. | 4696 Palmbrooke Circle, West Palm Beach, FL 33417 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |

DB02:7174265.2

066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 34 | 5402, 8/14/08 | HSBC Bank USA NA | 9816 Hagle Circle, Lorton, VA 22079 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 35 | 5404, 8/14/08 | Bank of New York | 21084 Mossy Glen Terr, Ashburn, VA 20147 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 36 | 5405, 8/14/08 | Bank of New York | 3326 Creekview Dr., Davison, MI 48423 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 37 | 5406, 8/14/08 | Deutsche Bank National Trust Co. | 912 Sistina Ave., Coral Gables, FL 33146 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 38 | 5407, 8/14/08 | Deutsche Bank National Trust Co. | 1024 Pineville Rd., Richmond, VA 23236 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 39 | 5408, 8/14/08 | Deutsche Bank National Trust Co. | 4531 Kendall Dr., Woodbridge, VA 22193 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 40 | 5409, 8/14/08 | Countrywide Home Loans, Inc. | 2048 SE 13 St., Homestead, FL 33035 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 41 | 5410, 8/14/08 | HSBC Bank USA | 2517 Brandy Run Dr., Salem, VA 24153 | Debtors 'Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 42 | 5411, 8/14/08 | HSBC Bank USA | 25443 Bright Ct., Aldie, VA 20105 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 43 | 5412, 8/14/08 | Deutsche Bank National Trust Co. | 117 Berry St. 10, Orange, VA 22960 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 44 | 5413, 8/14/08 | Bank of New York | 21747 Leatherleaf Circle, Sterling, VA 20164 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |

DB02:7174265.2

066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 45 | 5423, 8/14/08 | IndyMac Bank F.S.B. | 14331 Kendale Lakes Cir., Miami, FL 33183 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 46 | 5432, 8/14/08 | Deutsche Bank National Trust Co. | 7508 Quail Run Lane, Manassas, VA 20109 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 47 | 5433, 8/14/08 | Deutsche Bank National Trust Co. | 12661 Eden Way, Victoville, CA 92392 | Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 48 | 5434, 8/14/08 | HSBC Bank USA NA | 714 River Mill Pkwy., Wheeling, IL 60090 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 49 | 5435, 8/14/08 | HSBC Bank USA NA | 9027 Whispering Pine Ct., Manassas, VA 20110 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 50 | 5436, 8/14/08 | Deutsche Bank National Trust Co. | 100 N. 4th Ave., #112, South Saint Paul, MN 55075 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 51 | 5469, 8/18/08 | Bank of New York | 2944 Heritage Rd., Oroville, CA 95966 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 52 | 5470, 8/18/08 | HSBC Bank USA | 12775 Spring Valley Parkway, Victorville, CA 92395 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 53 | 5471, 8/18/08 | HSBC Bank USA | 2906 Huntington Grove Square, Alexandria, VA 22306 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 54 | 5472, 8/18/08 | Bank of New York | 3632 Torrey View Court, Sand Diego, CA 92130 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 55 | 5473, 8/18/08 | Saxon Mortgage Services, Inc. | 1859 Shore Dr., South #305, South Pasadena, FL 33707 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 56 | 5474, 8/18/08 | Saxon Mortgage Services, Inc. | 41630 Grand View Dr., Murrieta, CA 92562 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |

DB02:7174265.2

066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 57 | 5475, 8/18/08 | Bank of New York | 6258 Williamedgar Dr., Alexandria, VA 22310 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 58 | 5476, 8/18/08 | Deutsche Bank Trust Co. | 4874Acacia Ave., San Bernardino, CA 92407 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 59 | 5477, 8/18/08 | Wells Fargo Bank, N.A. | 6416 S. Artesian Ave., Chicago, IL 60629 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 60 | 5478, 8/18/08 | Bank of New York | 9810 Kingsbridge Dr., #102, Fairfax, VA 22031 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 61 | 5479, 8/18/08 | Bank of New York | 4762 Cheswald Ct., Woodbridge, CA 22192 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. |
| 62 | 5480, 8/18/08 | Bank of New York | 1078 Kingsford St., Saint Paul, MN 55106 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. No hearing is required |
| 63 | 5481, 8/18/08 | Deutsche Bank National Trust Co. | 9925 Henrico St., Manassas, VA 20109 | Debtors' Reservation of Rights, 5595, 9/5/08 | Certification of Counsel, 5616, 9/8/08 | No hearing is required. No hearing is required. |
| 64 | 5507, 8/21/08 | Chase Home Loan Servicing, LLC | See Motion | Debtors' Reservation of Rights, 5595, 9/5/08 | **Certification of Counsel, 5850, 9/12/08** | No hearing is required. |

DB02:7174265.2

066585.1001