# EXHIBIT A

Code American Home - Administrative Matters

| 05/01/08 | CHRISTOPHER UPDIKE | 0.70 | 262.50 |
|---|---|---|---|

Revise Supplemental Certification of Counsel re: CWT fee application (0.3); call with local counsel re: application (0.1); call in to AHM hearing re: fee application (0.3).

| 06/04/08 | DOREEN CUSUMANO | 1.00 | 250.00 |
|---|---|---|---|

Work on Fee Application.

| 06/04/08 | CHRISTOPHER UPDIKE | 0.20 | 75.00 |
|---|---|---|---|

Review CWT Pro Forma through April 30, 2008.

| 06/05/08 | CHRISTOPHER UPDIKE | 0.10 | 37.50 |
|---|---|---|---|

Meet with D. Cusumano re: CWT Third Fee Application.

| 06/09/08 | DOREEN CUSUMANO | 1.50 | 375.00 |
|---|---|---|---|

Prepare Fee Application.

| 06/11/08 | DOREEN CUSUMANO | 0.20 | 50.00 |
|---|---|---|---|

Email correspondence with Debbie regarding Fee App.

| 06/11/08 | CHRISTOPHER UPDIKE | 1.90 | 712.50 |
|---|---|---|---|

Revise AHM Fee Application and proforma; call D. Laskin re: payment of past fees and expenses.

| 06/12/08 | CHRISTOPHER UPDIKE | 0.30 | 112.50 |
|---|---|---|---|

Revise AHM Fee Application.

| 06/17/08 | HENRY PARKIN | 4.80 | 864.00 |
|---|---|---|---|

Print out documents from Data Room for P. Williams.

|  | TOTAL HOURS | 10.7 | |
|---|---|---|---|

Subtotal For Code American Home - Administrative Matters............2,739.00

Code American Home – Waterfield Litigation

| 05/06/08 | GREGORY ZIMMER | 0.50 | 287.50 |
|---|---|---|---|
| | Draft chart summarizing document custodians and document categories in anticipation of discovery. | | |
| 05/29/08 | GREGORY ZIMMER | 0.50 | 287.50 |
| | Draft description of Union Federal action in connection with bankruptcy proceedings. | | |
| 06/23/08 | DOUGLAS KOFF | 0.10 | 73.50 |
| | Call from Court and conference with G. Zimmer. | | |
| 06/23/08 | CYNTHIA BALLARD | 4.00 | 940.00 |
| | Organize documents for Oral Argument. | | |
| 06/23/08 | GREGORY ZIMMER | 0.70 | 402.50 |
| | Review pleadings in preparation for oral arguments on motions to dismiss and strike. | | |
| 06/24/08 | DOUGLAS KOFF | 1.30 | 955.50 |
| | Conference with GZ (.2), call with LB and GZ (.2), call with EG and GZ (.1), call with court (.1), review motions (.3). | | |
| 06/24/08 | CYNTHIA BALLARD | 7.00 | 1,645.00 |
| | Organize documents for Oral Argument. | | |
| 06/25/08 | DOUGLAS KOFF | 0.90 | 661.50 |
| | Call with GZ (.1); review briefs and case law (.8). | | |
| 06/25/08 | CYNTHIA BALLARD | 4.00 | 940.00 |
| | Organize documents for Oral Argument. | | |
| 06/25/08 | GREGORY ZIMMER | 0.50 | 287.50 |
| | Draft memorandum in preparation for oral argument on motions to dismiss and strike and possible settlement discussions. | | |
| 06/26/08 | CYNTHIA BALLARD | 3.00 | 705.00 |
| | Organize documents for Oral Argument. | | |
| 06/26/08 | JARED PEREZ | 1.70 | 765.00 |
| | Review and edit memo on status of case. | | |

| | | | |
|---|---|---:|---:|
| 06/26/08 | GREGORY ZIMMER | 3.00 | 1,725.00 |

Draft memorandum summarizing factual and procedural background and claims and counterclaims asserted in Union Federal litigation and summarizing arguments contained in pending motions in preparation for oral arguments on motions and possible settlement discussions.

| | | | |
|---|---|---:|---:|
| 06/27/08 | LOUIS BEVILACQUA | 0.30 | 277.50 |

Call with Doug Koff re: Waterfield.

| | | | |
|---|---|---:|---:|
| 06/27/08 | CYNTHIA BALLARD | 2.00 | 470.00 |

Organize documents for Oral Argument.

| | | | |
|---|---|---:|---:|
| 06/27/08 | JARED PEREZ | 8.30 | 3,735.00 |

Review motion binders and important cases for upcoming hearing on all 3 motions.

| | | | |
|---|---|---:|---:|
| 06/28/08 | DOUGLAS KOFF | 0.20 | 147.00 |

Review memo and case law for motions.

| | | | |
|---|---|---:|---:|
| 07/01/08 | DOUGLAS KOFF | 0.80 | 588.00 |

Argument issues, review briefs and case law (.7); confer with GZ re same (.1).

| | | | |
|---|---|---:|---:|
| 07/01/08 | JEFFREY WEISSMANN | 0.30 | 165.00 |

Call with UCC.

| | | | |
|---|---|---:|---:|
| 07/02/08 | DOUGLAS KOFF | 0.60 | 441.00 |

Call with GM re argument and stip (.1), call with GZ and LB re argument and settlement ideas (.2), calls and confs with GZ re argument and settlement and stip (.4).

| | | | |
|---|---|---:|---:|
| 07/02/08 | GREGORY ZIMMER | 1.50 | 862.50 |

Research and review pleadings in preparation for oral argument on motion to dismiss Sixth Counterclaim and to strike Fourth Affirmative Defense.

| | | | |
|---|---|---:|---:|
| 07/03/08 | DOUGLAS KOFF | 0.40 | 294.00 |

Review and comment on stip and counterclaim (including reviewing brief on same and original counterclaim) (.2), conference on same with GZ (.1), call with Skadden (.1).

| | | | |
|---|---|---:|---:|
| 07/03/08 | CYNTHIA BALLARD | 4.50 | 1,057.50 |

Prepare documents for Oral Argument.

| | | | |
|---|---|---|---|
| 07/07/08 | DOUGLAS KOFF | 1.10 | 808.50 |
| | Call with MM and GZ (.2), meet with GZ (.2), meet with GM (.1), call with GM and LB (.5), issues and motions to be argued this week. | | |
| 07/07/08 | GREGORY ZIMMER | 4.80 | 2,760.00 |
| | Research and review briefing in preparation for oral argument on motions to dismiss Sixth Counterclaim and to strike Fourth Affirmative Defense. | | |
| 07/08/08 | DOUGLAS KOFF | 0.90 | 661.50 |
| | Call with GM re motion (.2), motion docs and review (.2), call with AHM and LB re settlement (.5). | | |
| 07/08/08 | LOUIS BEVILACQUA | 1.30 | 1,202.50 |
| | Conference call re: settlement issues with Morelle, Nystrom & Koff. | | |
| 07/08/08 | GREGORY ZIMMER | 0.50 | 287.50 |
| | Research in preparation for oral argument on motions to dismiss and strike. | | |
| 07/09/08 | DOUGLAS KOFF | 1.30 | 955.50 |
| | Call with LB and Skadden re settlement (.1), conferences with GZ re motions and issues in case (.2), review briefs and issues for argument (1). | | |
| 07/09/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
| | Prepare documents for Oral Argument. | | |
| 07/09/08 | GREGORY ZIMMER | 0.50 | 287.50 |
| | Preparation for oral argument. | | |
| 07/10/08 | DOUGLAS KOFF | 0.10 | 73.50 |
| | Call with MM re status of settlement and motions. | | |
| 07/11/08 | DOUGLAS KOFF | 5.80 | 4,263.00 |
| | Prepare for, travel to and attend hearing. | | |
| 07/11/08 | JARED PEREZ | 3.80 | 1,938.00 |
| | Attend hearing on motion to dismiss and motion to strike. | | |
| 07/11/08 | GREGORY ZIMMER | 5.00 | 2,875.00 |
| | Prepare for and attend oral argument on motions to dismiss and strike. | | |

| | | | |
|---|---|---|---|
| 07/14/08 | DOUGLAS KOFF | 0.90 | 661.50 |

Calls regarding status and settlement with MM (.3), GM (.1), LB (.2), analyze of issues for discovery and settlement (.3).

| | | | |
|---|---|---|---|
| 07/16/08 | DOUGLAS KOFF | 0.80 | 588.00 |

Prepare for and have call with Skadden and GZ re settlement and discovery (.3), call with MM re same (.2), call with GM re same (.1). Analyze issues for discovery and settlement (.2).

| | | | |
|---|---|---|---|
| 07/16/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |

Telephone conferences with counsel for Union Federal regarding discovery, scheduling and possible settlement; confer with Marissa Morelle regarding same; review prior scheduling orders in connection with same.

| | | | |
|---|---|---|---|
| 07/17/08 | DOUGLAS KOFF | 0.40 | 294.00 |

Call with EG re settlement and schedule (.2), call with MM re same (.2).

| | | | |
|---|---|---|---|
| 07/17/08 | GREGORY ZIMMER | 0.20 | 115.00 |

Telephone conference with Marissa Morelle regarding scheduling and possible settlement discussions.

| | | | |
|---|---|---|---|
| 07/18/08 | DOUGLAS KOFF | 0.30 | 220.50 |

Scheduling of case issues and status/analyze same.

| | | | |
|---|---|---|---|
| 07/21/08 | DOUGLAS KOFF | 0.50 | 367.50 |

Calls with GZ re scheduling order (.2), order (.1), settlement issues/memo comments (.2).

| | | | |
|---|---|---|---|
| 07/21/08 | GREGORY ZIMMER | 0.80 | 460.00 |

Confer with counsel for Union Federal and Waterfield regarding scheduling issues and proposed scheduling order; revise and edit same; arrange for filing of same.

| | | | |
|---|---|---|---|
| 07/22/08 | DOUGLAS KOFF | 0.60 | 441.00 |

Confer with G. Zimmer re update/settlement and doc requests and review requests.

| | | | |
|---|---|---|---|
| 07/22/08 | GREGORY ZIMMER | 1.00 | 575.00 |

Telephone conference with counsel for Union Federal and Waterfield regarding amended counterclaims; revise status memo for client; conference with Douglas Koff regarding discovery issues.

| | | | |
|---|---|---|---|
| 07/23/08 | DOUGLAS KOFF | 0.10 | 73.50 |

Call with EG re settlement issues.

| | | | |
|---|---|---|---|
| 07/24/08 | DOUGLAS KOFF | 0.40 | 294.00 |

Call with GZ re settlement issues (.1), review document requests and discovery issues (.3).

| | | | |
|---|---|---|---|
| 07/24/08 | GREGORY ZIMMER | 0.20 | 115.00 |

Telephone conference with counsel for Union Federal regarding scheduling issues.

| | | | |
|---|---|---|---|
| 07/31/08 | DOUGLAS KOFF | 0.50 | 367.50 |

Review and comment on Answer.

TOTAL HOURS          81.1

Subtotal For Code American Home - Waterfield Litigation..........39,898.00

**Code American Home - Sale of Servicing Business**

| | | | |
|---|---|---|---|
| 05/02/08 | GREGORY ZIMMER | 0.50 | 287.50 |

Telephone conference with Donald Pace regarding documentation of repurchase requests by Union Federal.

| | | | |
|---|---|---|---|
| 05/14/08 | JEFFREY WEISSMANN | 0.80 | 428.00 |

Review Bank SPA; call with Milestone.

| | | | |
|---|---|---|---|
| 05/14/08 | PENNY WILLIAMS | 1.00 | 375.00 |

Review of AHM Bank stock purchase agreement (.5); meet with J. Weissmann (.5).

| | | | |
|---|---|---|---|
| 05/15/08 | JEFFREY WEISSMANN | 2.50 | 1,337.50 |

Revise SPA.

| | | | |
|---|---|---|---|
| 05/15/08 | PENNY WILLIAMS | 1.00 | 375.00 |

Revise to AHM Bank stock purchase agreement.

| | | | |
|---|---|---|---|
| 05/16/08 | LOUIS BEVILACQUA | 0.50 | 462.50 |

Sale of Bank; attention to conference call.

| | | | |
|---|---|---|---|
| 05/19/08 | JEFFREY WEISSMANN | 2.50 | 1,337.50 |
| | Call re: SPA; Revise SPA. | | |
| 05/19/08 | PENNY WILLIAMS | 3.00 | 1,125.00 |
| | Revise to AHM Bank stock purchase agreement (1.5); meet with J. Weissmann (.5); conference call with Milestone, Kroll and AHM (1.0). | | |
| 05/20/08 | PENNY WILLIAMS | 2.00 | 750.00 |
| | Review of creditor committee counsel's comments (1.0); meeting with M. Marinakis (.5); meeting with L. Bevilaqua (.5). | | |
| 05/20/08 | MARIA MARINAKIS | 0.20 | 50.00 |
| | Meet with P. Williams to discuss research related to stock purchase agreement. | | |
| 05/21/08 | JEFFREY WEISSMANN | 1.00 | 535.00 |
| | Call re: UCC comments. | | |
| 05/21/08 | PENNY WILLIAMS | 2.50 | 937.50 |
| | Review of creditors committee counsel's comments (.5); revise AHM Bank stock purchase agreement (1.0); call with C. Grear (.5); meeting with L. Bevilacqua (.5). | | |
| 05/22/08 | LOUIS BEVILACQUA | 1.50 | 1,387.50 |
| | Review SPA issues for sale of bank. | | |
| 05/22/08 | LOUIS BEVILACQUA | 0.80 | 740.00 |
| | Conference call re: stock purchase agreement. | | |
| 05/22/08 | PENNY WILLIAMS | 4.00 | 1,500.00 |
| | Revise AHM Bank stock purchase agreement (1.5); calls with C. Grear and J. Weissmann (.5); conference call with Milestone, Kroll, YCST and CWT (1.0); meetings with M. Marinakis and L. Bevilacqua (1.0). | | |
| 05/22/08 | MARIA MARINAKIS | 0.50 | 125.00 |
| | Office meeting with P. Williams regarding the Stock Purchase Agreement and the upcoming conference call on open issues for the Stock Purchase Agreement. | | |
| 05/22/08 | MARIA MARINAKIS | 0.80 | 200.00 |
| | Review latest draft of the Stock Purchase Agreement in preparation for conference call. | | |

| 05/22/08 | MARIA MARINAKIS | 0.70 | 175.00 |
|---|---|---|---|

Conference call with Young Conaway, Kirkpatrick, Kroll, Milestone, AHM Bank and the CWT Corporate Team to discuss open issues regarding the latest draft of the Stock Purchase Agreement.

| 05/22/08 | MARIA MARINAKIS | 1.70 | 425.00 |
|---|---|---|---|

Review Stock Purchase agreement and identified Disclosure Schedules in the Stock Purchase Agreement; research related issues.

| 05/28/08 | LOUIS BEVILACQUA | 1.50 | 1,387.50 |
|---|---|---|---|

Attention to indemnity claim issues; conference call with M. Carrazza.

| 05/28/08 | PENNY WILLIAMS | 0.50 | 187.50 |
|---|---|---|---|

Meet with M. Marinakis regarding disclosure schedules.

| 05/28/08 | MARIA MARINAKIS | 0.40 | 100.00 |
|---|---|---|---|

Office meeting with P. Williams regarding the Stock Purchase Agreement and the Disclosure Schedules.

| 05/28/08 | MARIA MARINAKIS | 2.70 | 675.00 |
|---|---|---|---|

Edit and update Disclosure Schedules for the Stock Purchase Agreement.

| 05/29/08 | PENNY WILLIAMS | 1.50 | 562.50 |
|---|---|---|---|

Review of sales procedures and escrow agreement.

| 05/30/08 | PENNY WILLIAMS | 1.00 | 375.00 |
|---|---|---|---|

Review of revised sales procedures and escrow agreement; meet with M. Marinakis re: same.

| 05/30/08 | MARIA MARINAKIS | 1.00 | 250.00 |
|---|---|---|---|

Review the Master Escrow Agreement and Sales Procedures in preparation for the process that will commence once the bids are received.

| 05/30/08 | MARIA MARINAKIS | 0.30 | 75.00 |
|---|---|---|---|

Office meeting with P. Williams regarding Master Escrow Agreement and Sales Procedures.

| 06/02/08 | PENNY WILLIAMS | 1.00 | 375.00 |
|---|---|---|---|

Call with D. Grubman (.5); e-mail correspondence with J. Weissmann and M. Marinakis (.5).

| | | | |
|---|---|---|---|
| 06/05/08 | JEFFREY WEISSMANN | 6.00 | 3,210.00 |

Review SPA mark-up; draft issues list, meetings with PW; calls with Bankers, BK counsel and Banking counsel.

| | | | |
|---|---|---|---|
| 06/05/08 | KAREN WALNY | 2.20 | 1,254.00 |

Telephone calls; review documents; discuss with D. Miller.

| | | | |
|---|---|---|---|
| 06/05/08 | PENNY WILLIAMS | 6.00 | 2,250.00 |

Meet with J. Weissmann (2.0); Review of Stock Purchase Agreement mark-up (4.0).

| | | | |
|---|---|---|---|
| 06/05/08 | MARIA MARINAKIS | 4.70 | 1,175.00 |

Review Matlin Patterson mark-up of the Stock Purchase Agreement and related documents.

| | | | |
|---|---|---|---|
| 06/05/08 | MARIA MARINAKIS | 0.20 | 50.00 |

Review issues list for the Matlin Patterson mark-up of the Stock Purchase Agreement.

| | | | |
|---|---|---|---|
| 06/06/08 | JEFFREY WEISSMANN | 4.00 | 2,140.00 |

Call re: SPA changes; revise SPA.

| | | | |
|---|---|---|---|
| 06/06/08 | KAREN WALNY | 1.30 | 741.00 |

Telephone calls re: SPA.

| | | | |
|---|---|---|---|
| 06/06/08 | PENNY WILLIAMS | 7.50 | 2,812.50 |

Conference call with Kroll, Milestone, YCST and Kilpatrick regarding the MP Stock Purchase Agreement mark-up (2.0); revise Stock Purchase Agreement (5.5).

| | | | |
|---|---|---|---|
| 06/06/08 | MARK HOLDSWORTH | 1.50 | 1,020.00 |

Revise Bank SPA; call J. Weissmann re: same.

| | | | |
|---|---|---|---|
| 06/06/08 | MARIA MARINAKIS | 1.10 | 275.00 |

Conference call with Young Conaway, Kroll, Kilpatrick, Milestone, and the CWT Corporate team regarding the Matlin Patterson mark-up of the Stock Purchase Agreement.

| | | | |
|---|---|---|---|
| 06/06/08 | MARIA MARINAKIS | 1.40 | 350.00 |

Revise Disclosure Schedules and List of Disclosure Schedules for the Matlin Patterson mark-up of the Stock Purchase Agreement.

| 06/09/08 | KAREN WALNY | 2.30 | 1,311.00 |
|---|---|---|---|
| | Telephone calls; review document. | | |
| 06/09/08 | PENNY WILLIAMS | 1.00 | 375.00 |
| | Revise Stock Purchase Agreement. | | |
| 06/10/08 | KAREN WALNY | 4.20 | 2,394.00 |
| | Telephone calls; review document. | | |
| 06/10/08 | PENNY WILLIAMS | 1.00 | 375.00 |
| | E-mail correspondence (.5); call with R. Young (.5). | | |
| 06/10/08 | MARIA MARINAKIS | 0.50 | 125.00 |
| | Conference call regarding open issues on mark-up of Stock Purchase Agreement with Kroll, Kilpatrick, Milestone, Young Conaway, and CWT. | | |
| 06/10/08 | MARIA MARINAKIS | 0.20 | 50.00 |
| | Office meeting with P. Williams regarding open issues for the Stock Purchase agreement. | | |
| 06/11/08 | JEFFREY WEISSMANN | 5.00 | 2,675.00 |
| | Revise SPA. | | |
| 06/11/08 | JEFFREY WEISSMANN | 1.00 | 535.00 |
| | Calls with Creditors' Committee. | | |
| 06/11/08 | JEFFREY WEISSMANN | 2.00 | 1,070.00 |
| | Calls with regulatory counsel, bankers; calls with MP counsel. | | |
| 06/11/08 | KAREN WALNY | 0.20 | 114.00 |
| | Review purchase agreement. | | |
| 06/11/08 | PENNY WILLIAMS | 7.00 | 2,625.00 |
| | Conference calls with: AHM Bank and Milestone (1.0), UCC and Blank Rome (1.0); STB and Elias (1.5); Revise to the Stock Purchase Agreement (3.5). | | |
| 06/11/08 | MARIA MARINAKIS | 0.50 | 125.00 |
| | Conference call with Unsecured Creditors' Committee regarding comments on the Stock Purchase Agreement. | | |
| 06/11/08 | MARIA MARINAKIS | 0.20 | 50.00 |
| | Office meeting with J. Weissmann and P. Williams regarding mark-up of the Stock Purchase agreement. | | |

| | | | |
|---|---|---|---|
| 06/11/08 | MARIA MARINAKIS | 1.40 | 350.00 |
| | Review Stock Purchase Agreement. | | |
| 06/12/08 | LOUIS BEVILACQUA | 1.50 | 1,387.50 |
| | Review SPA mark up for discussion. | | |
| 06/12/08 | JEFFREY WEISSMANN | 2.50 | 1,337.50 |
| | Call re: SPA; revise SPA. | | |
| 06/12/08 | KAREN WALNY | 1.70 | 969.00 |
| | Review Purchase Agreement. | | |
| 06/12/08 | PENNY WILLIAMS | 1.50 | 562.50 |
| | Conference call re: SPA (1.0); meet with J. Weissmann re: same (.5). | | |
| 06/12/08 | MARIA MARINAKIS | 1.50 | 375.00 |
| | Review Stock Purchase Agreement. | | |
| 06/12/08 | MARIA MARINAKIS | 1.30 | 325.00 |
| | Conference call with Young Conaway, Kroll, Kilpatrick, Milestone and the CWT Corporate team regarding mark-up of Stock Purchase Agreement. | | |
| 06/13/08 | JEFFREY WEISSMANN | 0.50 | 267.50 |
| | Call with J. Kalas re: SPA. | | |
| 06/16/08 | LOUIS BEVILACQUA | 1.30 | 1,202.50 |
| | Conference call re: American Home Bank. | | |
| 06/16/08 | JEFFREY WEISSMANN | 2.50 | 1,337.50 |
| | Call with STB.  Calls with Grear and Gattusso re: SPA. Attention to SPA issues. | | |
| 06/16/08 | PENNY WILLIAMS | 4.00 | 1,500.00 |
| | Conference call with STB (1.0); meet with J. Weissmann and M. Marinakis (.5); calls with C. Grear and C. Batuso (.5); review of representations and warranties precedent (2.0). | | |
| 06/16/08 | MARK HOLDSWORTH | 0.30 | 204.00 |
| | Call J. Weissmann re Bank SPA; review stock purchase agreement. | | |
| 06/16/08 | MARIA MARINAKIS | 0.60 | 150.00 |
| | Office meeting with J. Weissmann and P. Williams regarding stock purchase agreement. | | |

| | | | |
|---|---|---|---|
| 06/16/08 | MARIA MARINAKIS | 0.60 | 150.00 |
| | Conference call regarding stock purchase agreement with counsel for bidder. | | |
| 06/17/08 | JEFFREY WEISSMANN | 3.50 | 1,872.50 |
| | Calls re: SPA; attention to SPA and disclosure schedules. | | |
| 06/17/08 | KAREN WALNY | 0.70 | 399.00 |
| | Telephone call re: SPA. | | |
| 06/17/08 | PENNY WILLIAMS | 6.00 | 2,250.00 |
| | Meet with J. Weissmann (.5); review of Bank material agreements (5.0); meet with M. Marinakis and Charles Weiser re: same (.5). | | |
| 06/17/08 | CHARLES WEISER | 5.50 | 1,705.00 |
| | Review contracts for change of control/assignment/termination provisions. | | |
| 06/17/08 | MARIA MARINAKIS | 1.10 | 275.00 |
| | Revise Disclosure Schedules. | | |
| 06/17/08 | MARIA MARINAKIS | 2.40 | 600.00 |
| | Revise summary of SPA documents. | | |
| 06/17/08 | MARIA MARINAKIS | 1.30 | 325.00 |
| | Office meeting with P. Williams regarding the disclosure schedule. | | |
| 06/18/08 | JEFFREY WEISSMANN | 3.50 | 1,872.50 |
| | Attention to SPA, schedules, calls with Simpson and advisors; tax issues. | | |
| 06/18/08 | KAREN WALNY | 0.70 | 399.00 |
| | Telephone call; review document. | | |
| 06/18/08 | PENNY WILLIAMS | 5.00 | 1,875.00 |
| | Review of Bank material agreements (2.0); meeting with J. Weissmann (.5); meeting with C. Weiser (.5); call with M. Marinakis (.5); revise Disclosure Schedules (1.5). | | |
| 06/18/08 | CHARLES WEISER | 4.00 | 1,240.00 |
| | Review contracts for change of control/assignment/termination provisions. | | |

| | | | |
|---|---|---|---|
| 06/18/08 | MARIA MARINAKIS | 3.10 | 775.00 |
| | Revise summary of purchase agreements. | | |
| 06/19/08 | FRANK CAIAZZO | 0.30 | 75.00 |
| | Email J. Weissmann and CT Corp re: status of American Home Mortgage Holdings Inc. in DE. | | |
| 06/19/08 | LOUIS BEVILACQUA | 1.50 | 1,387.50 |
| | Sale of bank/review of issues related to Matlin Patterson contract. | | |
| 06/19/08 | JEFFREY WEISSMANN | 5.50 | 2,942.50 |
| | Revise disclosure schedules; attention to tax issues and calls; attention to good standing issues. | | |
| 06/19/08 | KAREN WALNY | 0.20 | 114.00 |
| | Telephone call re: purchase agreement. | | |
| 06/19/08 | PENNY WILLIAMS | 1.50 | 562.50 |
| | Meet with J. Weissmann re: SPA (1.0); call with M. Marinakis (.5). | | |
| 06/23/08 | JEFFREY WEISSMANN | 1.00 | 535.00 |
| | Review revised SPA. | | |
| 06/24/08 | JEFFREY WEISSMANN | 1.30 | 695.50 |
| | Attention to disclosure schedules; conference re: SPA. | | |
| 06/24/08 | MARIA MARINAKIS | 0.40 | 100.00 |
| | Office meeting with J. Weissmann regarding the mark-up of the stock purchase agreement. | | |
| 06/24/08 | MARIA MARINAKIS | 1.70 | 425.00 |
| | Review mark-up of the stock purchase agreement. | | |
| 06/27/08 | JEFFREY WEISSMANN | 0.30 | 160.50 |
| | Call with Milestone. | | |
| 07/08/08 | JEFFREY WEISSMANN | 1.00 | 550.00 |
| | Calls re: Bank transaction status. | | |
| 07/08/08 | MARK HOLDSWORTH | 0.70 | 476.00 |
| | Call J. Weissmann re asset purchase agreements; review e- mails. | | |

| | | | |
|---|---|---|---|
| 07/09/08 | DAVID MILLER | 1.00 | 925.00 |
| | Attention to issues related to asset sale. | | |
| 07/09/08 | JOSEPH BIAGIOTTI | 0.80 | 140.00 |
| | Livedgar research re:  asset purchase agreements where seller is bank branch (P. Williams) | | |
| 07/09/08 | JEFFREY WEISSMANN | 3.50 | 1,925.00 |
| | Revise Purchase Agreement; calls with Bankers; call with UCC. | | |
| 07/09/08 | KAREN WALNY | 2.70 | 1,552.50 |
| | Revise purchase agreement. | | |
| 07/09/08 | PENNY WILLIAMS | 8.50 | 3,825.00 |
| | Review of representation and warranties precedent; meeting with J. Weissmann. | | |
| 07/09/08 | MARK HOLDSWORTH | 0.30 | 204.00 |
| | Call J. Weissmann re Bank sale agreement. | | |
| 07/09/08 | MARIA MARINAKIS | 2.10 | 525.00 |
| | Review Bank material contracts. | | |
| 07/10/08 | DAVID MILLER | 2.00 | 1,850.00 |
| | Review purchase agreement. | | |
| 07/10/08 | JEFFREY WEISSMANN | 3.70 | 2,035.00 |
| | Revise APA; call with work group. | | |
| 07/10/08 | KAREN WALNY | 1.00 | 575.00 |
| | Revise purchase agreement. | | |
| 07/10/08 | PENNY WILLIAMS | 6.50 | 2,925.00 |
| | Revise to Asset Purchase Agreement; meet with J. Weissmann re: same; meet with M. Marinakis re: same; conference call with Kroll, Milestone and YCST re: same. | | |
| 07/10/08 | MARK HOLDSWORTH | 1.80 | 1,224.00 |
| | Revise APA; calls J. Weissmann re: same. | | |
| 07/10/08 | MARIA MARINAKIS | 0.40 | 100.00 |
| | Conference call with Milestone, Young Conaway, and CWT regarding timing and process of the transaction. | | |

| | | | |
|---|---|---|---|
| 07/11/08 | DAVID MILLER | 0.30 | 277.50 |
| | Telephone conference with Karen Walny re: purchase agreement. | | |
| 07/11/08 | JEFFREY WEISSMANN | 2.00 | 1,100.00 |
| | Call re: APA; attention to APA revisions. | | |
| 07/11/08 | KAREN WALNY | 1.30 | 747.50 |
| | Telephone calls; comment on purchase agreement. | | |
| 07/11/08 | PENNY WILLIAMS | 3.00 | 1,350.00 |
| | Conference call with Milestone, Kroll, YCST and Chris G.; meeting with J. Weissmann; revise APA. | | |
| 07/11/08 | JENNIFER WETZEL | 0.50 | 187.50 |
| | Review tax changes to purchase agreement. | | |
| 07/11/08 | MARIA MARINAKIS | 2.10 | 525.00 |
| | Compile list of items that require consent in connection with an asset purchase. | | |
| 07/11/08 | MARIA MARINAKIS | 0.30 | 75.00 |
| | Conference call with Young Conaway, Milestone, Kilpatrick and CWT Corporate team regarding asset purchase agreement. | | |
| 07/11/08 | MARIA MARINAKIS | 0.50 | 125.00 |
| | Office meeting with P. Williams regarding list of items that require consent in connection with an asset purchase. | | |
| 07/14/08 | JEFFREY WEISSMANN | 3.00 | 1,650.00 |
| | Attention to APA comments; revise APA. | | |
| 07/14/08 | PENNY WILLIAMS | 4.00 | 1,800.00 |
| | Revise to the Asset Purchase Agreement; meet with J. Weissmann re: same; call with J. Weissmann re: same. | | |
| 07/15/08 | DOUGLAS KOFF | 0.30 | 220.50 |
| | Emails with MM and GZ re status (.1), decision (.2). | | |
| 07/15/08 | JEFFREY WEISSMANN | 1.00 | 550.00 |
| | Attention to APA. | | |
| 07/15/08 | KAREN WALNY | 0.50 | 287.50 |
| | Review revised purchase agreement. | | |

| | | | |
|---|---|---|---|
| 07/15/08 | PENNY WILLIAMS | 1.00 | 450.00 |
| | Revise Disclosure Schedule. | | |
| 07/15/08 | JENNIFER WETZEL | 0.50 | 187.50 |
| | Review tax changes to purchase agreement. | | |
| 07/16/08 | DAVID MILLER | 1.00 | 925.00 |
| | Telephone conference with J. Nelligan re: purchase agreement. | | |
| 07/16/08 | JEFFREY WEISSMANN | 0.50 | 275.00 |
| | Attention to disclosure schedules. | | |
| 07/16/08 | PENNY WILLIAMS | 4.00 | 1,800.00 |
| | E-mail correspondence with M. Marinakis and J. Weissmann; call with J. Nelligan; review of Disclosure Schedules; meet with M. Marinakis; e-mail correspondence with R. Young. | | |
| 07/16/08 | MARIA MARINAKIS | 0.90 | 225.00 |
| | Revise Disclosure Schedule. | | |
| 07/16/08 | MARIA MARINAKIS | 0.30 | 75.00 |
| | Office meeting with P. Williams regarding revision of Disclosure Schedule. | | |
| 07/17/08 | JEFFREY WEISSMANN | 1.00 | 550.00 |
| | Attention to schedules and issues. | | |
| 07/17/08 | PENNY WILLIAMS | 3.50 | 1,575.00 |
| | Revise Disclosure Schedules (1.0); meet with J. Weissmann re: same (.5); call with R. Young re: same (.5); review of UCC comments (1.0); call with M. Marinakis (.5). | | |
| 07/18/08 | PENNY WILLIAMS | 1.00 | 450.00 |
| | Review Disclosure Schedules. | | |
| 07/18/08 | MARK HOLDSWORTH | 1.00 | 680.00 |
| | Review APA; e-mail J. Weissmann re: same. | | |
| 07/21/08 | DAVID MILLER | 0.50 | 462.50 |
| | Review purchase agreement. | | |
| 07/21/08 | DAVID MILLER | 1.00 | 925.00 |
| | Office conference with K. Walny re purchase agreement. | | |

| 07/21/08 | JEFFREY WEISSMANN | 6.00 | 3,300.00 |
|---|---|---|---|

Review and revise APA; call with AHM internal team; calls with tax re: same.

| 07/21/08 | KAREN WALNY | 2.80 | 1,610.00 |
|---|---|---|---|

Respond to comments; telephone calls re: purchase agreement.

| 07/21/08 | PENNY WILLIAMS | 7.50 | 3,375.00 |
|---|---|---|---|

Review revised Asset Purchase Agreement (5.0); meet with J. Weissmann re: same (1.5); conference call with Kroll, YCST, Milestone, Chris G. and AHB re: same (1.0).

| 07/21/08 | MARK HOLDSWORTH | 1.80 | 1,224.00 |
|---|---|---|---|

Revise APA; call J. Weissmann re: same.

| 07/21/08 | MARIA MARINAKIS | 1.10 | 275.00 |
|---|---|---|---|

Conference call with Young Conaway, Milestone, Kroll, Kilpatrick, American Home Bank and the CWT Corporate team regarding mark-up of asset purchase agreement.

| 07/21/08 | MARIA MARINAKIS | 0.20 | 50.00 |
|---|---|---|---|

Office meeting with J. Weissmann and P. Williams regarding asset purchase agreement.

| 07/22/08 | DAVID MILLER | 0.60 | 555.00 |
|---|---|---|---|

Review purchase agreement.

| 07/22/08 | JEFFREY WEISSMANN | 5.00 | 2,750.00 |
|---|---|---|---|

Revise APA and schedules; calls with Milestone; calls with STB; calls with UCC.

| 07/22/08 | KAREN WALNY | 1.20 | 690.00 |
|---|---|---|---|

Telephone call re: purchase agreement; respond to comments.

| 07/22/08 | PENNY WILLIAMS | 5.00 | 2,250.00 |
|---|---|---|---|

Meet with J. Weissmann (1.0); call with K. Walny (.5); revise Asset Purchase Agreement (2.0); review revised Sale Procedures (1.0); call with Milestone re: same (.5).

| 07/22/08 | JENNIFER WETZEL | 0.50 | 187.50 |
|---|---|---|---|

Review changes to agreement.

| | | | |
|---|---|---|---|
| 07/22/08 | MARK HOLDSWORTH | 1.80 | 1,224.00 |
| | Call Simpson Thacher re: APA; review APA; calls J. Weissmann re: same. | | |
| 07/23/08 | JEFFREY WEISSMANN | 1.50 | 825.00 |
| | Calls with Holdsworth; calls with Gattusso; calls with Simpson; attention to APA. | | |
| 07/23/08 | PENNY WILLIAMS | 5.00 | 2,250.00 |
| | Draft revised Stock Purchase Agreement for bidders (4.0); meet with J. Weissmann re: same (1.0). | | |
| 07/23/08 | MARK HOLDSWORTH | 2.30 | 1,564.00 |
| | Calls re 401(k) plan, welfare plan transfer; e-mail J. Weissmann; review schedules, e-mails. | | |
| 07/24/08 | JOSEPHINE GREGORIO | 0.50 | 82.50 |
| | Research for various certificates of designation for convertible preferred via Livedgar (G. Silverstein, NY). | | |
| 07/24/08 | JEFFREY WEISSMANN | 2.00 | 1,100.00 |
| | Calls re: APA and schedules.  Board of Directors call re: Bank sale. | | |
| 07/24/08 | KAREN WALNY | 0.20 | 115.00 |
| | Telephone call re: purchase agreement. | | |
| 07/24/08 | PENNY WILLIAMS | 3.00 | 1,350.00 |
| | Meet with J. Weissmann re: SPA (.5); call and meeting with M. Marinakis re: same (1.0); e-mail correspondence with Milestone (.5); revise Stock Purchase Agreement Disclosure Schedules (1.0). | | |
| 07/24/08 | JENNIFER WETZEL | 0.50 | 187.50 |
| | Call with opposing counsel regarding purchase agreement; review opposing counsel's comments. | | |
| 07/24/08 | MARK HOLDSWORTH | 1.60 | 1,088.00 |
| | Review APA; e-mails re 401(k). | | |
| 07/24/08 | MARIA MARINAKIS | 1.30 | 325.00 |
| | Review latest draft of the SPA re required disclosure schedules. | | |

| 07/24/08 | MARIA MARINAKIS | 0.30 | 75.00 |
|---|---|---|---|

Office meeting with P. Williams to review the disclosure schedules required for the latest draft of the SPA.

| 07/24/08 | MARIA MARINAKIS | 0.30 | 75.00 |
|---|---|---|---|

Revise list of disclosure schedules for the latest draft of the SPA.

| 07/24/08 | MARIA MARINAKIS | 1.10 | 275.00 |
|---|---|---|---|

Conference call with Kroll, Kilpatrick, AHM Board, AHB Board, and CWT Corporate team to discuss the approval of the APA.

| 07/25/08 | JEFFREY WEISSMANN | 3.50 | 1,925.00 |
|---|---|---|---|

Review revised purchase agreement; calls with Advisors; calls with STB re: Agreement.

| 07/25/08 | KAREN WALNY | 1.30 | 747.50 |
|---|---|---|---|

Telephone calls re: purchase agreement; review comments.

| 07/25/08 | PENNY WILLIAMS | 6.00 | 2,700.00 |
|---|---|---|---|

Call with YCST (.5); call with K. Walny (.5); call with M. Holdsworth (.5); meet with J. Weissmann (1.0); review Asset Purchase Agreement comments (1.5); review Asset Purchase Agreement Disclosure Schedule comments (2.0).

| 07/25/08 | JENNIFER WETZEL | 0.30 | 112.50 |
|---|---|---|---|

Review opposing counsel's documents to credit agreement.

| 07/25/08 | MARK HOLDSWORTH | 1.80 | 1,224.00 |
|---|---|---|---|

Revise APA; calls STB, J. Weissmann re: same.

| 07/25/08 | MARIA MARINAKIS | 0.30 | 75.00 |
|---|---|---|---|

Office meeting with P. Williams to review the mark-up of the APA disclosure schedules.

| 07/25/08 | MARIA MARINAKIS | 1.20 | 300.00 |
|---|---|---|---|

Revise SPA disclosure schedules and the list of disclosure schedules for the APA and the SPA.

| 07/25/08 | MARIA MARINAKIS | 0.50 | 125.00 |
|---|---|---|---|

Review revised APA disclosure schedules.

| 07/28/08 | DAVID MILLER | 0.20 | 185.00 |
|---|---|---|---|
| | Office conference with K. Walny re: purchase agreement. | | |
| 07/28/08 | JEFFREY WEISSMANN | 4.00 | 2,200.00 |
| | Revise APA; Board call re: APA; calls with advisors and counsel. | | |
| 07/28/08 | KAREN WALNY | 1.00 | 575.00 |
| | Telephone calls; review purchase agreement. | | |
| 07/28/08 | PENNY WILLIAMS | 7.50 | 3,375.00 |
| | Board meeting conference call (2.0); call with Milestone (.5); meet with M. Marinakis and J. Weissmann (1.5); revise Asset Purchase Agreement (2.5); revise Asset Purchase Agreement Disclosure Schedules (1.0). | | |
| 07/28/08 | MARK HOLDSWORTH | 1.80 | 1,224.00 |
| | Call STB re APA; e-mails; call J. Weissmann re APA. | | |
| 07/28/08 | MARIA MARINAKIS | 0.30 | 75.00 |
| | Update disclosure schedule for the APA. | | |
| 07/28/08 | MARIA MARINAKIS | 1.50 | 375.00 |
| | Review contracts in data room to determine whether still active. | | |
| 07/28/08 | MARIA MARINAKIS | 0.30 | 75.00 |
| | Review assignment provisions of certain contracts in the data room. | | |
| 07/29/08 | JEFFREY WEISSMANN | 2.00 | 1,100.00 |
| | Attention to APA and schedules; calls with STB; calls with advisors. | | |
| 07/29/08 | PENNY WILLIAMS | 2.00 | 900.00 |
| | Call with D. Conway (.5); call with C. Gattuso (.5); meet with J. Weissmann (.5); revise Asset Purchase Agreement Disclosure Schedule (.5). | | |
| 07/30/08 | JEFFREY WEISSMANN | 2.00 | 1,100.00 |
| | Attention to revised documents related to purchase agreement; calls with advisors. | | |
| 07/30/08 | MARK HOLDSWORTH | 0.30 | 204.00 |
| | E-mails re APA/schedules. | | |

TOTAL HOURS          332

Subtotal For Code American Home - Sale Of Servicing Business........156,052.00

# EXHIBIT B

DISBURSEMENTS AND CHARGES

| | | |
|---|---|---|
| 07/02/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,6372 | 5.95 |
| 07/03/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 2.38 |
| 07/03/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA | 16.42 |
| 07/07/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 2.38 |
| 07/08/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 2.38 |
| 07/09/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 3.57 |
| 07/09/08 | WESTLAW-GSI WESTLAW GSI - OUTSIDE COMPUTER DATABASE PER P WILLIAMS | 112.68 |
| 07/09/08 | WESTLAW-GSI WESTLAW GSI - OUTSIDE COMPUTER DATABASE PER WILLIAMS | 53.04 |
| 07/15/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: CW&T PETTY CASH CUSTODIAN TAXI, 7/11/08, G.ZIMMER | 11.00 |
| 07/15/08 | MANAGING ATTORNEY'S CHARGE | 50.00 |
| 07/21/08 | MANAGING ATTORNEY'S CHARGE | 50.00 |
| 07/21/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 5.95 |
| 07/21/08 | LD TELEPHONE LD TELEPHONE 19493351008 ,6403 | 7.14 |
| 07/22/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 3.57 |
| 07/24/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 2.38 |
| 07/24/08 | WESTLAW-GSI WESTLAW GSI - OUTSIDE COMPUTER DATABASE SILVERSTEIN | 75.69 |
| 07/25/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 6/5 J WEISSMAN 1 WFC TO PASSAIC,NJ | 80.54 |
| 07/29/08 | SEARCH FEES : 4/30- 5/01  C. Updike : PACER SERVICE CENTER | 18.32 |
| 07/30/08 | SUPPLIES - - VENDOR: CORPORATE EXPRESS   - 7/10/08 PO 8429     INV 88546183     OR 186683598-001     BINDERS CYNTHIA BALLARD (7/30/08) | 26.98 |
| 07/30/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 6/11/08     1 WFC - PARAMUS NJ      JEFF WEISSMANN (INV 1321523-N, 6/18/08) | 80.54 |

DISBURSEMENTS & CHARGES SUMMARY

| | |
|---|---:|
| MANAGING ATTORNEY'S CHARGE | 100.00 |
| SUPPLIES | 26.98 |
| TELEPHONE | 35.70 |
| ONLINE RESEARCH | 257.83 |
| LOCAL TRAVEL | 172.08 |
| LITIGATION SUPPORT VENDORS | 18.32 |

Disbursements and Charges.............$610.91