**EXHIBIT A**

AHM - Fee Application Preparation/Fee Issues

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/02/08 | JR1 | Prepare QE's April Fee application. | 3.40 |
| 06/03/08 | JR1 | Prepare QE's April Fee Application. | 3.20 |
| 06/06/08 | JR1 | Prepare QE's April Fee Application. | 3.10 |
| 06/09/08 | HLD | Draft/revise May fee app (1.9); revise QE's April fee app (3.2). | 5.10 |
| 06/09/08 | JR1 | Prepare QE's April Fee application. | 3.10 |
| 06/10/08 | HLD | Revise QE's April fee application, prepare exhibits re same. | 1.50 |
| 06/10/08 | JR1 | Prepare QE's April Fee Application. | 5.10 |
| 06/11/08 | HLD | Revise QE's April fee application (2.9); TCs/emails with J. Raanik, re same (.8). | 3.70 |
| 06/11/08 | JR1 | Prepare QE's April Fee Application. | 3.40 |
| 06/12/08 | HLD | Revise/finalize QE's April fee application (2.2); Reviewed CNO for QE's February Fee application, TCS/emails with Jackson (YC) re same (.6); Emails re request for fee application information (.4). | 3.20 |
| 06/13/08 | HLD | Revised/finalized QE's April fee application (2.1); TCs/emails with Jackson (YC), JCT re same (.6); Reviewed status of payment for February fee application, emails re same with QE accounting (.4). | 3.10 |
| 06/17/08 | HLD | Tcs/emails Jackson (YC) re interim fee hearing. | 0.40 |
| 06/27/08 | HLD | Reviewed expenses for June fee application. | 0.30 |
| | | Total Hours | 38.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Harrison L. Denman | HLD | Associate | 17.30 | 375.00 | 6,487.50 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Jaan Rannik | JR1 | Paralegal | 21.30 | 235.00 | 5,005.50 |

AHM - Insurance Issues

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/27/08 | DA1 | Reviewed documents and prepared for depositions (6.3); Met with Kristelia Garcia to discuss preparation (.3). | 6.30 |
| 05/30/08 | DA1 | Drafted memo summarizing defendant's legal arguments. | 1.90 |
| 06/03/08 | DLG | Prepare for and attend meeting regarding evidentiary issues in Triad litigation. | 1.70 |
| 06/04/08 | DLG | TCs/Emails re evidentiary issues (.3); TC with D. Lyons re same (.1). | 0.40 |
| 06/04/08 | KAG | Review emails and correspondence regarding upcoming depositions. | 1.00 |
| 06/05/08 | DA1 | Prepared/Finalized documents for depositions. | 4.60 |
| 06/05/08 | DLG | Review protective order and all attachments, emails re same. | 0.30 |
| 06/05/08 | DRL | Prepare for depositions in North Carolina, review files and exhibits. | 2.10 |
| 06/05/08 | JL | TC with K. Garcia re documents for deposition (.3); search for hot documents (.3); TC with D. Allender re document review (.3). | 0.90 |
| 06/05/08 | KAG | Correspondence regarding contact information for Triad deponents (.2); reviewed/revised exhibits (1.3); Retrieved/prepared copies of exhibits for deposition (1.0); Meet with Duane Lyons regarding depositions (0.8); Correspondence with opposing counsel regarding depositions (0.1); Deposition cancellations (0.1); schedule Triad witnesses (0.5); internal conferences to discuss document production, retrieve loan files (1.5). | 5.50 |
| 06/05/08 | RV2 | Coordinate and process documents for review. | 1.90 |
| 06/06/08 | DA1 | Reviewed and prepared discovery documents | 1.60 |
| 06/06/08 | DLG | TCs re evidentiary issues (.5); TC and emails with d. Lyons re evidentiary issues (.2). | 0.70 |
| 06/06/08 | DRL | Review and prepare for depositions of Triad witnesses. | 4.70 |
| 06/06/08 | KAG | Preparation, copying, compilation and mailing of deposition binder, exhibits and loan files (2.3); Correspondence with J. Kalas (AHM) regarding legal strategy and deponent contacts (0.5); Call/meet with Duane Lyons regarding deposition strategy (0.5); Edits to deposition outlines (2.2). | 5.50 |
| 06/06/08 | RV2 | Coordinate and process document review. | 2.10 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/08/08 | DRL | Prepare for deposition of Triad employees and review arguments/documents re same. | 9.60 |
| 06/09/08 | DLG | TC with K. Garcia re Wall deposition (.2);  TC re questions re potential evidentiary issues (.4). | 0.60 |
| 06/09/08 | DRL | Take deposition of Earl Wall (5.1); prepare for Tonnesson and Haferman depo (4.3). | 9.40 |
| 06/09/08 | KAG | Call with Duane Lyons regarding policy (.5); call to D. Loeffler regarding same (.5); Research ongoing depositions (1.3); TCs/emails regarding service (.8); Calls with Duane Lyons and Danielle Gilmore regarding strategy (1); Draft second set of interrogatories and second set of requests for production for service (1.4). | 5.50 |
| 06/10/08 | DLG | TCs with D. Lyons re depositions. | 0.20 |
| 06/10/08 | DRL | Take depositions of M. Tonneson and S. Haferman (6.2); prepare for depositions of L. Hardy and B. Sheehy (2.4) | 8.60 |
| 06/10/08 | KAG | Correspondence with witness regarding depositions (.2); Call with Duane Lyons regarding depositions de-brief and strategy (.8); Correspondence with local counsel regarding bankruptcy filing (.4); Review bankruptcy motion regarding rejecting employment contracts (1.0). | 2.40 |
| 06/11/08 | DRL | Take depositions of Hardy and Sheehy. | 7.60 |
| 06/11/08 | KAG | Research regarding obligations to amend disclosures (1.0); Calls with J. Kalas and Duane Lyons regarding depositions and contract rejection issues (.8). | 1.80 |
| 06/12/08 | DRL | Working travel from North Carolina for depositions in Triad litigation (2.3); reviewed notes of deposition and analyze same (3.1);  prepare for depositions in New York (2.3). | 7.70 |
| 06/12/08 | KAG | Call with Kalas regarding deponent addresses (.1); Call with witness and email regarding deposition (.2); Correspondence with accounting (.2); Calls with Duane Lyons, A. Horn, witness, J. Kalas regarding depositions (1.8); Communications with R. Rice (Triad counsel) regarding depositions (.2). | 2.50 |
| 06/13/08 | DRL | Conference with K. Garcia re: depositions and discovery. | 0.80 |
| 06/13/08 | KAG | Call with witness regarding depositions (.3); Call with Duane Lyons regarding depositions and rejection chart (.5); conference call with client regarding rejections (1.5); reviewed Triad subpoenas (2.0); Prepare deposition schedule (.8). | 5.10 |
| 06/16/08 | DLG | TC with D. Lyons re evidentiary issues. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/16/08 | DRL | Conference with K. Garcia re: deposition scheduling. | 0.50 |
| 06/16/08 | HLD | TCs/emails with Garcia re Triad deposition status and open issues (.6); Reviewed emails re same, confs with JCT re same (.5). | 1.10 |
| 06/16/08 | KAG | Call with H. Denman regarding discovery and status of case(.6); Call with Duane Lyons regarding depositions(.1). | 0.70 |
| 06/18/08 | DLG | Office conference with D. Lyons re status of case (.6); TC re evidentiary issues (.1). | 0.70 |
| 06/18/08 | DRL | Review correspondence and depositions in preparation for depositions in New York. | 2.30 |
| 06/18/08 | HLD | Emails/TCs re deposition scheduling, court reporter | 0.50 |
| 06/18/08 | KAG | Correspondence with vendor for depositions (.5); Research regarding depositions and preparation for document disclosure (1.3) Call with J. Kalas regarding case strategy (.5); Correspondence regarding disclosure of confidential information (.5); Correspondence regarding depositions with J. Kalas and witness (.8). | 3.60 |
| 06/19/08 | DLG | TC re evidentiary issues (.8); tc with D. Lyons (.1). | 0.90 |
| 06/19/08 | DRL | Conference with potential witnesses (.8); conference with J. Kalas (1.2); conference with J. Tecce re: case status (.6). | 2.60 |
| 06/19/08 | HLD | TCs/emails with Kalas, JCT re case strategy (.4); reviewed protective order (.5). | 0.90 |
| 06/19/08 | JCT | Calls w/ D. Lyons, B. Fernandez, M. Taylor re next steps on Triad litigation | 0.70 |
| 06/19/08 | KAG | Correspondence with witness and J. Kalas regarding depositions and strategy (.5); Correspondence with witness regarding depositions and service (.1); Correspondence regarding disclosure to third party (.5); Correspondence with H. Denman regarding confidentiality and protective order (.2); Review protective order (.5); Correspondence with deponents regarding notices (1). | 2.80 |
| 06/20/08 | DA1 | Document processing for Kristelia Garcia. | 0.20 |
| 06/20/08 | DRL | Review pleadings, correspondence and production re: depositions of Rubinstein, Fields, Horn and Loeffler. | 3.00 |
| 06/20/08 | HLD | TCs/emails with Sakamoto, Kalas, Morelle (AHM) re litigation status and going-forward issues; reviewed same. | 2.70 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/20/08 | JCT | Calls w/ D. Lyons and B. Fernandez, J. Kalas re next steps on Triad Litigation | 0.60 |
| 06/20/08 | KAG | Retrieve documents re discussions of case strategy (.8); call to D. Loeffer regarding deposition (.2); Correspondence with witness regarding deposition (.2); Call with H. Denman regarding case status (.3); retrieve documents for preparation (1.0); Check on deposition confirmations (.2). | 2.70 |
| 06/23/08 | DA1 | Document review in response to recent depositions. | 2.10 |
| 06/23/08 | DRL | Conference with K. Garcia re: depositions in New York, prepare for same. | 1.60 |
| 06/23/08 | KAG | Calls with D. Loeffer, A Horn, R. Rice, D. Lyons regarding depositions and deposition preparation (1.6); search for relevant documents (1.0); Search for and correspondence regarding competitors (1.7); Correspondence with litigation support regarding document processing (.5). | 4.80 |
| 06/24/08 | DLG | TC re evidentiary issues. | 0.10 |
| 06/24/08 | DRL | Review exhibits and production for depositions in New York; working travel to same. | 7.50 |
| 06/24/08 | HLD | TCs/emails Morelle, Garcia re going-forward issues in Triad litigation. | 0.70 |
| 06/24/08 | KAG | Correspondence regarding case strategy going forward (.8); Call with A. Horn regarding deposition and conducting his deposition preparation (1.2); Correspondence with Duane Lyons and Triad regarding depositions (.8); Review letter from R. Rice regarding AHM (.2). | 3.00 |
| 06/25/08 | DRL | Meet with A. Horn and attend deposition of A. Horn (5.1); conference with J. Field and K. Rubinstein re: depo prep (2.3). | 7.40 |
| 06/25/08 | HLD | Retrieve documents for deposition of Horn in Triad litigation, confs with D. Lyons and preparation of Horn re same (1.0); Reviewed transcript of Horn deposition (.5). | 1.50 |
| 06/25/08 | KAG | Review A. Horn transcript (1.3); Call with Duane Lyons regarding depositions (.8); Call to D. Loeffler re depositions (.8); Correspondence regarding letter re triad litigation (.2). | 3.10 |
| 06/26/08 | DRL | Attend depositions of J. Field (3.5), K. Rubinstein (.9); conference with D. Loeffler, preparation for Loeffler deposition (3.5); conference with R. Rice (.6). | 8.50 |
| 06/26/08 | HLD | Retrieve and review documents with D. Lyons for deposition in Triad litigation. | 0.70 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/26/08 | KAG | Review documents from J. Kalas (1.2); Correspondence regarding objections to notice (.2); Correspondence with H. Denman regarding confidentiality (.2); Call with Duane Lyons regarding depositions and cancellation (.4). | 2.00 |
| 06/27/08 | DRL | Conference with J. Kalas. | 3.20 |
| 06/27/08 | KAG | Reviewed/revised draft objection. | 1.00 |
| 06/30/08 | KAG | Call with Duane Lyons regarding status of objection. | 0.50 |
| | | Total Hours | 177.30 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Duane R. Lyons | DRL | Partner | 87.10 | 760.00 | 66,196.00 |
| Danielle Gilmore | DLG | Partner | 5.70 | 720.00 | 4,104.00 |
| James C. Tecce | JCT | Counsel | 1.30 | 605.00 | 786.50 |
| Kristelia A. Garcia | KAG | Associate | 53.50 | 400.00 | 21,400.00 |
| Harrison L. Denman | HLD | Associate | 8.10 | 375.00 | 3,037.50 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Daniel Allender | DA1 | Law Clerk | 16.70 | 275.00 | 4,592.50 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jonathan Land | JL | Lit Support | 0.90 | 365.00 | 328.50 |
| Raul Vasquez | RV2 | Lit Support | 4.00 | 150.00 | 600.00 |

AHM - Lender Claims

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/01/08 | SK2 | Review and revise draft motion to amend Lehman order to certify as final (1.4); Corresp. with J. Tecce re comments (.1). | 1.50 |
| 06/02/08 | HLD | Emails with US Bank Counsel re AHM's edits to stipulation (.5); Finalize/revise privilege log in Wells litigation (1.3); TCs/Emails with Keary (Hahn and Hessen), Schiltz (Wells counsel), and stenographer re McCrink and Sakamoto depositions (. 6); Draft/revise outline for deposition of McCrink in Wells litigation, emails/confs with JCT re same (7.9). | 10.30 |
| 06/02/08 | JCT | Revise motion to alter or amend w/ S. Kirpalani comments re Lehman litigation (1.5); further revisions to finalize and file (5.3); call w/ M. Taylor and S. Sakamoto re same (.3); conf w/ R. Dakis re same (.5); conf w/ S. Kirpalani re same (.3); calls and emails w/ Latham re stipulation on Lehman's answer (.4); review Wells Fargo Deposition Outline for McCrink (.2) | 8.50 |
| 06/03/08 | HLD | TCs/emails court reporter re McCrink deposition in Wells litigation (.4); Prepared/revised outline for McCrink deposition, reviewed outline and strategy re same (4.1); Confs with JCT re same (.7); Retrieved/reviewed exhibits for McCrink deposition (5.5). | 10.70 |
| 06/03/08 | JCT | Review next steps in Lehman appeal (.5); Prepare for Bear Stearns (McCrink) deposition in Wells litigation, with related document review (6.0); confs w/ H. Denman re same (.5). | 7.00 |
| 06/03/08 | JM7 | Process/retrieve documents for deposition. | 1.00 |
| 06/03/08 | ML5 | Retrieve/print documents for deposition. | 0.60 |
| 06/04/08 | HLD | Prepared for McCrink deposition (1.5); attend and participate at same (3.5); Reviewed transcript re same (1.1); TCs/emails Sakamoto re same (.6); Reviewed US Bank stipulation and emails with Sakamoto, JCT re same (.5). | 7.20 |
| 06/04/08 | JCT | Prepare for (2.1) and conduct (3.5) deposition of G. McCrink at Sidley Austin offices. Review next steps in Lehman appeal, and outline possible responses to Lehman objections to motion to alter or amend w/ R. Parker (.8); review results of McCrink deposition w/ H. Denman and client (.3) | 6.70 |
| 06/04/08 | RHP | Review Lehman complaint and motion to dismiss. | 1.60 |
| 06/05/08 | HLD | Emails with Goldy (Sidley) re Sakamoto deposition logistics (.3); Emails with JCT re Sakamoto deposition strategy (.5). | 0.80 |

2622682.1

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/05/08 | JCT | Deposition preparation w/ S. Sakamoto (.4); review transcript from McCrink deposition (.6) | 1.00 |
| 06/05/08 | RHP | Confer with SK re case background and anticipated appeal in Lehman litigations. | 0.40 |
| 06/06/08 | JCT | Prepare for (.5) and attend (1.7) deposition of S. Sakamoto | 2.30 |
| 06/09/08 | HLD | Reviewed stipulation in US Bank litigation, emails/TCs with Sakamoto re same (.7); TCs/emails with YC re summary judgment motion in Wells litigation, research re same (4.2). | 4.90 |
| 06/09/08 | JCT | Review results of Lehman research from R. Parker | 0.30 |
| 06/09/08 | RHP | Research re procedure for filing appeal in Lehman. | 2.10 |
| 06/10/08 | HLD | TCs/emails J. Kalas (AHM) re US Bank litigation status and receipt of monthly reports (.4); Draft/revise Wells summary judgment motion(3.9); Reviewed exhibits and citations re same (2.5). | 6.80 |
| 06/10/08 | JCT | Review next steps in preparing pleadings in Wells adversary | 0.30 |
| 06/11/08 | HLD | Draft/revise motion for summary judgment in Wells litigation (4.3); TCs/emails with Sidley (Bear counsel), confs re JCT re briefing schedule (1.1). | 5.40 |
| 06/11/08 | JCT | Review next steps in Lehman appeal (.3); outline additions to Wells Fargo pleading (motion for summary judgment) with related "hot document" review (2.1) | 2.40 |
| 06/12/08 | HLD | Draft/revise motion for summary judgment in Wells litigation. | 2.60 |
| 06/13/08 | HLD | Drafted/revised summary judgment motion for Wells litigation. | 1.40 |
| 06/16/08 | HLD | Draft/revise motion for summary judgment (5.9); TCs/emails Sidley re Sakamoto deposition issues (.4). | 6.30 |
| 06/16/08 | JCT | Outline Lehman reply (1.7); research appeal issues (2.5); email memorandum to clients re Lehman reply and review Lehman objection (1.1) | 5.30 |
| 06/17/08 | HLD | Research caselaw for motion for summary judgment. | 3.60 |
| 06/17/08 | JCT | Revise Lehman reply brief (4.2); call w/ C. Pino re BofA litigation issues (.4); call w/ YCST (S. Beach) re same and Calyon (.2) | 4.80 |
| 06/18/08 | HLD | Reviewed summary judgment caselaw for wells fargo litigation (3.7); TC/emails with Sakamoto re corrections to deposition transcript (.4); Draft errata sheet re same (.6). | 4.70 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/18/08 | JCT | Revise Lehman appeal brief (4.5); call with M. Taylor, K. Nystrom, C. Pino, S. Beach, M. Lunn re next steps in litigation (1.3); research litigation options for same (.6); review CAPS issue (.3) | 6.70 |
| 06/18/08 | RHP | Research re finality of claims for reply brief in Lehman. | 1.70 |
| 06/19/08 | HLD | Draft/revise errata sheet, TCs/emails with Sidley, Sakamoto re same. | 2.90 |
| 06/19/08 | JCT | Revise Lehman reply brief. | 6.60 |
| 06/19/08 | RHP | Review Lehman opposition brief (.3); Review/distinguish cases cited by Lehman (.6); Research re finality of judgment under Rule 54(b) (1.3). | 2.20 |
| 06/20/08 | HLD | Revised draft of summary judgment motion in Wells litigation, prepared exhibits re same. | 3.60 |
| 06/20/08 | JCT | Revise Lehman reply | 1.90 |
| 06/20/08 | RHP | Research re amend/alter judgment (1.2); draft insert for reply brief re same (1.4); confer with JT re same (.2). | 2.80 |
| 06/22/08 | JCT | Revise Lehman reply brief for circulation to clients/review | 2.90 |
| 06/23/08 | HLD | TCs/emails with E Edwards at YC re service issues in Wells litigation (.3); Draft/revise motion for summary judgment in Wells litigation (3.6). | 3.90 |
| 06/23/08 | JCT | Final revisions to Lehman reply brief for filing (4.3); confs w/ R. Dakis re same (.4); review Wells Fargo motion for summary judgment (.2) | 4.90 |
| 06/23/08 | RKD | Review and comment on reply brief in Lehman adversary proceeding (.6); office conference with J. Tecce regarding same (.3); review and revise description of cases in same (1.8); office conference with J. Tecce regarding revisions (.1). | 2.80 |
| 06/23/08 | SK2 | Review draft Reply brief for Lehman motion to amend order (.8); review transcript from oral argument (.3). | 1.10 |
| 06/24/08 | HLD | Revised draft motion for summary judgment. | 5.20 |
| 06/24/08 | JCT | Review draft motion for summary judgment (.8); conf w/ H. Denman re same (.2); outline Broadhollow memorandum (.6) | 1.60 |
| 06/25/08 | HLD | Revised motion for summary judgment in Wells litigation. | 1.10 |
| 06/25/08 | JCT | Research re litigation strategy for Broadhollow - BofA litigation (.7); draft memorandum to clients regarding same (4.9) | 5.60 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/26/08 | HLD | TCs/emails Sakamoto (AHM) re legal strategy and issues for Wells litigation (1.1); Revise summary judgment motion re same (5.6); review motion re same (1.7). | 8.40 |
| 06/26/08 | JCT | Revise BofA memorandum regarding legal strategy (1.0); revise Wells Fargo motion for summary judgment (.6) | 1.60 |
| 06/26/08 | RKD | Office conferences with J. Tecce regarding strategy memorandum (.4); review and edit strategy memorandum (1.2). | 1.60 |
| 06/26/08 | SK2 | Confer w/J. Tecce re Broadhollow next steps (.3); review memo re same (.2). | 0.50 |
| 06/27/08 | HLD | Revised summary judgment motion in Wells litigation, reviewed relevant documents and exhibits re same. | 5.30 |
| 06/27/08 | JCT | Revisions to Wells Fargo motion for summary judgment (5.3); revise Calyon settlement agreement (.9) | 6.20 |
| 06/28/08 | HLD | Revisions to summary judgment motion in Wells litigation. | 1.30 |
| 06/29/08 | JCT | Revise factual background on motion for summary judgment (3.3); revise argument section (4.3) | 7.60 |
| 06/30/08 | HLD | Legal research for summary judgment motion (3.9); draft/revise (5.2); reviewed exhibits (.8). | 9.90 |
| 06/30/08 | JCT | Revise motion for summary judgment in Wells Fargo litigation factual background and argument (3.5); preliminary statement (1.0); revise all (3.5); review Lehman order and email to AHM re same (.5) | 8.50 |
| 06/30/08 | RHP | Review reply brief to alter/amend judgment(.2); review court's order re same (.1) | 0.30 |
| 06/30/08 | RKD | Review court's order granting motion to amend order dismissing claims against Lehman (.1); office conference with J. Tecce regarding same (.3); revise and update notice of appeal (.6); update draft motion to certify appeal directly to third circuit (5.1). | 6.10 |

**Total Hours**    225.30

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 3.10 | 760.00 | 2,356.00 |
| James C. Tecce | JCT | Counsel | 92.70 | 605.00 | 56,083.50 |
| Robert K. Dakis | RKD | Associate | 10.50 | 385.00 | 4,042.50 |

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rebekah Parker | RHP | Associate | 11.10 | 375.00 | 4,162.50 |
| Harrison L. Denman | HLD | Associate | 106.30 | 375.00 | 39,862.50 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jet Ma | JM7 | Lit Support | 1.00 | 150.00 | 150.00 |
| Michael Lee | ML5 | Lit Support | 0.60 | 150.00 | 90.00 |

AHM - Recharacterization

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/02/08 | JCT | Call w/ Kroll (Taylor) AHM (Pino) and YCST (Beach) re possible Calyon settlement | 0.30 |
| 06/03/08 | JCT | Review status of settlement; calls w/ M. Taylor (Kroll) re same and bank account issues and J. Harbor (Calyon Counsel) re bank account issues | 0.50 |
| 06/04/08 | JCT | Review settlement proposals (Calyon) | 0.20 |
| 06/06/08 | JCT | Review Calyon settlement status; email correspondence re same; call w/ M. Taylor (Kroll) re same | 0.30 |
| 06/09/08 | HLD | Emails/confs with McGlaze re calyon settlement | 0.40 |
| 06/09/08 | JCT | Review term sheet exchanges with Calyon and call w/ YCST (S. Beach) re same | 0.40 |
| 06/11/08 | AM6 | Review documents in preparation for depositions and phase II trial. | 6.80 |
| 06/12/08 | AM6 | Review documents in preparation for depositions and phase II trial. | 4.70 |
| 06/12/08 | HLD | Reviewed critical documents for deposition in Calyon litigation. | 2.70 |
| 06/13/08 | AM6 | Review documents in preparation for depositions and phase II trial. | 4.50 |
| 06/13/08 | HLD | Reviewed critical documents for depositions in Calyon litigation. | 2.60 |
| 06/13/08 | JC8 | Prepare and process hot documents for Aidan McGlaze. | 1.00 |
| 06/13/08 | ML5 | Coordinate review of documents. | 0.20 |
| 06/16/08 | AM6 | Coordinate document review and deposition preparations. | 0.20 |
| 06/16/08 | HLD | Emails/Confs re deposition preparation for Calyon litigation. | 0.60 |
| 06/16/08 | JCT | Review status of Calyon settlement discussions; review term sheets and email correspondence | 0.60 |
| 06/18/08 | HLD | Confs with JCT re settlement of adversary proceeding, term sheet. | 0.40 |
| 06/18/08 | JCT | Call with Calyon counsel and YCST re next steps in litigation, settlement | 0.20 |
| 06/24/08 | JCT | Review status of settlement; draft settlement agreement emails and calls to YCST re same | 0.50 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/26/08 | JCT | Revise Calyon settlement agreement/revisions to same (.2); calls w/ Calyon counsel and Young Conaway re AHM (1.2); call w/ AHM and YCST re same (.2) | 1.60 |
| | | Total Hours | 28.70 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| James C. Tecce | JCT | Counsel | 4.60 | 605.00 | 2,783.00 |
| Harrison L. Denman | HLD | Associate | 6.70 | 375.00 | 2,512.50 |
| Aidan McGlaze | AM6 | Associate | 16.20 | 355.00 | 5,751.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Joseph Chan | JC8 | Lit Support | 1.00 | 150.00 | 150.00 |
| Michael Lee | ML5 | Lit Support | 0.20 | 150.00 | 30.00 |

AHM - Non-working Travel

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/02/08 | JCT | Travel from NYC to Wilmington for oral argument on Motion to Dismiss (2.7); return travel from Wilmington to NYC (2.5) | 5.20 |
| 06/04/08 | JCT | Return from Sidley deposition to QE | 0.50 |
| 06/27/08 | DRL | Return travel from depositions in New York. | 4.50 |
| | | Total Hours | 10.20 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Duane R. Lyons | DRL | Partner | 4.50 | 760.00 | 3,420.00 |
| James C. Tecce | JCT | Counsel | 5.70 | 605.00 | 3,448.50 |

## EXHIBIT B

Summary by Expenses Incurred
(June 1, 2008 through June 30, 2008)

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 5/23/2008 | Express Mail, K. Garcia | $61.69 |
| 5/30/2008 | Express Mail, D. Gilmore | $42.16 |
| 6/2/2008 | Document Reproduction | $1.82 |
| 6/2/2008 | Document Reproduction | $1.82 |
| 6/4/2008 | Telephone, 4/11/08 | $26.59 |
| 6/5/2008 | Document Reproduction | $.65 |
| 6/5/2008 | Document Reproduction | $.13 |
| 6/9/2008 | Local Travel, A. McGlaze, Round trip from New York to Delaware, on 5/2/08 | $240.00 |
| 6/13/2008 | Express Mail, K. Garcia | $113.74 |
| 6/13/2008 | Express Mail, K. Garcia | $116.31 |
| 6/13/2008 | Express Mail, K. Garcia | $165.08 |
| 6/18/2008 | Document Reproduction | $0.39 |
| 6/19/2008 | Client Meal, H. Denman on 1/29/08 | $25.89 |
| 6/19/2008 | Client Meal, H. Denman, on 1/28/08 | $28.89 |
| 6/19/2008 | Client Meal, H. Denman on 5/6/08 | $22.56 |
| 6/19/2008 | Client Meal, H. Denman on 5/5/08 | $27.00 |
| 6/19/2008 | Client Meal, H. Denman on 1/9/08 | $28.11 |
| 6/19/2008 | Client Meal, H. Denman on 5/20/08 | $27.00 |
| 6/20/2008 | Client Meal, H. Denman on 4/30/08 | $22.27 |
| 6/20/2008 | Client Meal, H. Denman on 4/28/08 | $27.51 |
| 6/24/2008 | Taxi, H. Denman on 4/24/08 | $12.00 |
| 6/24/2008 | Taxi, H. Denman on 4/27/08 | $10.00 |
| 6/24/2008 | Taxi, H. Denman on 4/28/08 | $12.00 |
| 6/24/2008 | Taxi, H. Denman on 4/30/08 | $13.00 |
| 6/24/2008 | Taxi, H. Denman on 5/14/08 | $21.00 |
| 6/24/2008 | Taxi, H. Denman on 5/20/08 | $12.00 |
| 6/24/2008 | Taxi, H. Denman on 5/22/08 | $12.00 |
| 6/24/2008 | Client Meal, H. Denman and S. Sakamoto (AHM) on 5/30/2008 | $60.00 |
| 6/24/2008 | Local Travel, J. Tecce on 5/2/08 from New York to Delaware | $127.00 |
| 6/24/2008 | Local Travel, J. Tecce on 5/2/08 from Delaware to New York | $113.00 |
| 6/24/2008 | Local Travel, J. Tecce on 3/13/08 from New York to Delaware | $127.00 |
| 6/24/2008 | Local Travel, J. Tecce on 3/13/08 from Delaware to New York | $113.00 |

| | | |
|---|---|---|
| 6/24/2008 | Litigation Support Services | $199.55 |
| 6/24/2008 | Taxi, H. Denman on 5/12/08 | $11.00 |
| 6/24/2008 | Outside Photocopy | $19.19 |
| 6/24/2008 | Taxi, H. Denman on 5/5/08 | $13.00 |
| 6/25/2008 | Document Reproduction | $4.42 |
| 6/25/2008 | Document Reproduction | $4.42 |
| 6/27/2008 | Local Travel, S. Kirpalani on 5/8/08 | $142.80 |
| 6/27/2008 | Document Reproduction | $0.13 |
| 6/30/2008 | Professional Services - New York Law Inst. | $9.00 |
| 6/30/2008 | Professional Services - New York Law Inst. | $13.00 |
| 6/30/2008 | Professional Services - New York Law Inst. | $4.50 |
| 6/30/2008 | Westlaw | $69.45 |
| 6/30/2008 | Westlaw | $1,398.57 |
| 6/30/2008 | Westlaw | $12.71 |
| **TOTAL** | | **$3,513.35** |