## EXHIBIT A

Matter # : 61106-H

AHM - Fee Application Preparation/Fee Issues

AHM - Fee Application Preparation/Fee Issues

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/08/08 | HLD | TCs/emails with Young Conaway, JCT re QE's March and April CNOs. | 0.60 |
| 07/09/08 | HLD | TCs/emails Raanik re revisions to May fee application (.4); Reviewed issues re payment of QE's march and April fees (.6); Reviewed/ revised exhibit a to June Fee Application (2.1). | 3.10 |
| 07/09/08 | JR1 | Prepare QE's May fee application. | 7.80 |
| 07/11/08 | HLD | Reviewed issues re payment to QE for March and April fees. | 0.60 |
| 07/21/08 | HLD | Prepared QE's May fee application and exhibits, emails re same (2.9); Draft/revise QE June fee application (1.2). | 4.10 |
| 07/22/08 | HLD | Draft QE's May fee application and exhibits. | 1.70 |
| 07/23/08 | HLD | Draft/revise QE's May fee application and exhibits. | 4.20 |
| 07/23/08 | JR1 | Prepare QE's June Fee Application. | 4.10 |
| 07/24/08 | JR1 | Prepare QE's June Fee application. | 5.30 |
|  |  | Total Hours | 31.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Harrison L. Denman | HLD | Associate | 14.30 | 375.00 | 5,362.50 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jaan Rannik | JR1 | Paralegal | 17.20 | 235.00 | 4,042.00 |

Matter # : 61106-J

<u>AHM - Insurance Issues</u>

## Statement Detail

| Date | Timekeeper | Description | Hours |
| --- | --- | --- | --- |
| 07/02/08 | KAG | Reviewed/prepared objections to 30(b)(6) deposition notice in Triad litigation. | 1.00 |
| 07/03/08 | DRL | Review and revise objections to 30b6 deposition notice; review correspondence; conference with K. Garcia. | 2.50 |
| 07/03/08 | KAG | Reviewed/prepared objections to 30(b)(6) deposition notice in Triad litigation. | 2.00 |
| 07/06/08 | KAG | Coordination with local counsel for filing and service of 30(b)(6) objections(.5); Call regarding redaction of 30(b)(6) objections (.2); Correspondence regarding stipulation for extension of time expenses (.2); Review second set of interrogatories (1). | 1.90 |
| 07/07/08 | DLG | Emails re evidentiary issues, and documents for same. | 0.20 |
| 07/07/08 | DRL | Review correspondence re deposition notices. | 1.30 |
| 07/07/08 | KAG | Correspondence with Danielle Gilmore regarding evidentiary issues (.8); draft Objection to 30(b)(6) notice (3.3); Review Triad's second set of Request for Production of Documents and Interrogatories (1.5). | 5.60 |
| 07/08/08 | KAG | Review evidentiary issues, prepare summary of same (2.2); Correspondence with Danielle Gilmore regarding summary on outstanding evidentiary issues (.8); Review Triad's response to our second request for production of documents and interrogatories (1); Review Proposed scheduling order (1). | 5.00 |
| 07/09/08 | DLG | Emails with K. Garcia re evidentiary issues. | 0.20 |
| 07/09/08 | DRL | Telephone conference with R. Rice (Triad counsel), conference with B. Fernandez (Kroll) re same (.6); review correspondence re expenses in litigation (.4). | 1.00 |
| 07/09/08 | KAG | Review correspondence from R. Rice (Womble) regarding expenses (.2); Correspondence regarding evidentiary issues and draft disclosure of same (2); Correspondence with local counsel re same (.2); Follow-up regarding fact discovery extension (.2). | 2.60 |
| 07/10/08 | KAG | Review Triad's response to our second requests for production and interrogatories(1.5); Review proposed scheduling order (.5). | 2.00 |
| 07/11/08 | DLG | Emails with K. Garcia re evidentiary issues. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/14/08 | DRL | Review emails and correspondence; conference with R. Rice (Womble); review file re: potential disposition. | 1.10 |
| 07/14/08 | KAG | Review correspondence with K. Mangan regarding stipulation. | 0.20 |
| 07/15/08 | KAG | Updates to disclosure statement. | 0.50 |
| 07/16/08 | JCT | Review status of Triad litigation and call w/ B. Fernandez re same (.3). | 0.30 |
| 07/17/08 | DRL | Conference with J. Tecce re: status of Triad litigation. | 0.40 |
| 07/17/08 | JCT | Review Triad status w/ D. Lyons and B. Fernandez. | 0.30 |
| 07/17/08 | KAG | Call with Duane Lyons regarding settlement talks (.1); Research regarding same (.5). | 0.60 |
| 07/21/08 | JCT | Review settlement for Triad w/ D. Lyons; call to KRZ re same | 0.10 |
| 07/22/08 | KAG | Call with Duane Lyons regarding ownership of claims for settlement(.2). | 0.20 |
| 07/25/08 | DRL | TC with Marissa Morele (AHM) re status of litigation. | 1.00 |
| 07/31/08 | KAG | Review status report (.1); Call with Duane Lyons regarding settlement (.1). | 0.20 |
| | | Total Hours | 30.40 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Duane R. Lyons | DRL | Partner | 7.30 | 760.00 | 5,548.00 |
| Danielle Gilmore | DLG | Partner | 0.60 | 720.00 | 432.00 |
| James C. Tecce | JCT | Counsel | 0.70 | 605.00 | 423.50 |
| Kristelia A. Garcia | KAG | Associate | 21.80 | 400.00 | 8,720.00 |

Matter # : 61106-K

<u>AHM - Lender Claims</u>

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/01/08 | HLD | Draft/revise motion for summary judgment in Wells litigation (4.2); Research re same, prepare exhibits re same (3.3); TCs/emails with Sakamoto and Fernandez re same (1.1); prepare and internal confs for same (4.6). | 13.20 |
| 07/01/08 | JCT | Review and revise Wells Fargo summary judgment motion (3.1); call w/ S. Sakamoto and B. Fernandez re. same (.4); review BofA decision on related to jurisdiction and review next steps (1.2); client memorandum re same (1.0) | 5.70 |
| 07/01/08 | ML5 | Retrieve and coordinate documents for Wells litigation. | 0.80 |
| 07/02/08 | HLD | Drafted/revised motion for summary judgment in Wells litigation (4.9); Prepared exhibits re same (3.1); Revise Tecce declaration re same (.5); research re same (2.1). | 10.60 |
| 07/02/08 | JCT | Finalize Wells Fargo MSJ for filing; related affidavits (3.9); confs w/ H. Denman re same (.8) | 4.70 |
| 07/03/08 | HLD | Reviewed Bear's summary judgment motion and declaration in support of same (2.1); TCs/emails with Sakamoto and JCT re same (1.7); Drafted outline of answering brief and emails re same (2.1). | 5.90 |
| 07/03/08 | JCT | Review Bear summary motion judgment w/ H. Denman and outline responses (.5); review brief in support of certification for Lehman appeal (1.2) | 1.70 |
| 07/03/08 | M6 | Prepare binders of summary judgment briefs and retrieve cases re same (4.0). | 4.00 |
| 07/03/08 | SK2 | Review Bear's summary judgment brief for Wells Fargo litigation. | 1.10 |
| 07/06/08 | HLD | Draft/prepare arguments and outline of response to Bear summary judgment motion, reviewed Bear motion re same. | 5.70 |
| 07/07/08 | HLD | Reviewed decision in BofA litigation (.4); Reviewed Bear's summary judgment brief (2.2); Reviewed open strategy issues, TCs with Sakamoto and JCT re same (.7). | 3.30 |
| 07/07/08 | JCT | Research regarding "certification" cases and case review for Lehman appeal (.6); review revisions to certification request w/ R. Dakis for Lehman appeal (.2) | 0.80 |
| 07/07/08 | RKD | Legal research for motion to certify direct appeal in Lehman litigation (1.7); draft motion to certify appeal of adversary proceeding directly to Third Circuit (4.2). | 5.90 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/08/08 | HLD | TCs/emails with Sakamoto, JCT re response to Bear's summary judgment motion (2.1); Reviewed strategy issues re same (1.2); Draft response brief re same (2.5); Draft/prepare Sakamoto affidavit in support of same (1.1); TCs/emails with Schnitzer (Hahn and Hessen), litigation support re creditors' committee request for documents (.9); Reviewed confidentiality agreement between creditors' committee and Bear re same (.3). | 8.10 |
| 07/08/08 | JCT | Review certification brief drafted by R. Dakis for Lehman appeal (.4); revise same (4.4); call w/ S. Sakamoto regarding response to Wells Fargo/Bear Stearns MSJ (.6); review Bear Stearns briefs and Sakamoto email re same (1.1) | 6.50 |
| 07/08/08 | ML5 | Review and coordinate document production issues for Wells litigation. | 0.30 |
| 07/08/08 | RKD | Revise draft of motion to certify appeal to Third Circuit (2.1); office conference with J. Tecce regarding same (.4); revise draft motion to incorporate suggestions from J. Tecce (3.4). | 5.90 |
| 07/09/08 | HLD | TCs/emails with Schnitzer and Keary (Hahn and Hessen) re access to document productions in Wells litigation (.9); TCs/emails with Sakamoto re declaration in support of summary judgment motion (.7). | 1.60 |
| 07/09/08 | JCT | Revise certification brief in Lehman litigation (8.3); Conf with Dakis re same (.3). | 8.60 |
| 07/09/08 | ML5 | Retrieve and process document production in Wells litigation. | 1.80 |
| 07/09/08 | RKD | Revise and edit motion for certification (2.9); office conferences with J. Tecce regarding same (.3). | 3.20 |
| 07/10/08 | HLD | Draft/revise AHM's answering brief to Wells' summary judgment motion (6.6); Reviewed and distinguished caselaw cited by Bear(4.2); Drafted Sakamoto's declaration in support of summary judgment motion (.8). | 11.60 |
| 07/10/08 | JCT | Finalize certification application for filing (Lehman) | 3.60 |
| 07/10/08 | RKD | Review notice of appeal and motion for certification of direct appeal (Lehman) (1.7); office conferences with J. Tecce regarding same (.4); prepare notice of appeal and certification motion for filing (2.1). | 4.20 |
| 07/10/08 | SK2 | Review and revise request for appeal to 3d Cir in Lehman litigation (.9); confer w/J. Tecce re same (.2). | 1.10 |
| 07/11/08 | HLD | Revise draft of answering brief to summary judgment motion (2.8); review and distinguish cases cited by Bear in summary judgment motion (2.6). | 5.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/11/08 | JCT | Revise reply brief in Wells litigation. | 5.50 |
| 07/12/08 | HLD | Research/summary re legal arguments for answering brief to Bear's summary judgment motion. | 4.10 |
| 07/13/08 | JCT | Revise argument section of Wells Fargo reply brief | 3.00 |
| 07/14/08 | HLD | Research re equity arguments for answering brief to Bear's summary judgment motion (4.1); Review draft motion re same (.9); draft riders re same (.5); TCs/emails with JCT re same (.3); Emails with Schnitzer (Hahn and Hessen) re creditors committee's request for documents from Wells litigation (.4). | 6.20 |
| 07/14/08 | JCT | Review Lehman certification next steps w/ R. Dakis (.2); revise AHMIC -- Wells Fargo reply brief (7.9) | 8.10 |
| 07/15/08 | HLD | Draft/revise answering brief in response to Bear Motion for summary judgment (5.2); Draft/revise Sakamoto Declaration re same (3.2); TCs/emails Sakamoto and B. Fernandez (Kroll) re same (1.8); Prepare/review exhibits re same (2.6). | 12.80 |
| 07/15/08 | JCT | Revise preliminary statement/brief for circulation to AHM on Wells Fargo interpleader/summary judgment response (5.1); calls w/ S. Sakamoto, YCST re same (.8); revisions post AHM call for circulation to broader group (3.7) | 9.60 |
| 07/15/08 | SK2 | Review and revise reply brief (.8); confer w/J. Tecce re same (.3). | 1.10 |
| 07/16/08 | HLD | Research re answering brief to Bear summary judgment motion, draft riders re same (3.5); Revise answering brief (4.1); Draft/revise Sakamoto declaration in support of same (3.1); cite check/prepare for filing, prepare exhibits re same (1.5); TCs/emails with Sakamoto re same (1.4). | 13.60 |
| 07/16/08 | JCT | Revise brief in Wells Fargo litigation and related documents to file (5.9); call w/ S. Sakamoto re same (.6); review Lehman statement of appellate issues (.3). | 6.80 |
| 07/17/08 | HLD | Reviewed/summarized Bear's answering brief to AHM's summary judgment motion (2.1); TCs/emails with Sakamto re same (.7); Reviewed repurchase agreement and trust documents re same (1.6). | 4.40 |
| 07/17/08 | JCT | Review next steps in Lehman appeal (.3); review Bear Stearns response (.3); draft motion to extend time to file appellate designation (3.6); draft stipulation concerning same in Lehman litigation (1.0). | 5.20 |
| 07/17/08 | M6 | Prepare binders with exhibits for H. Denman re Wells litigation. | 2.50 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/18/08 | HLD | Tcs/emails with Sakamoto re Bear's answer to AHM's summary judgment motion, open strategy issues re same. | 0.90 |
| 07/18/08 | JCT | Review denial of motion by Lehman to extend time and impact on settlement on deadlines; calls w/ Latham and YCST re same; stipulation revisions (.6); revise disclosure statement rider on litigation updates (.3) | 0.90 |
| 07/23/08 | HLD | Reviewed Bear's reply brief in support of MSJ motion (1.8); TCs/emails with Sakamoto and JCT re same (.3). | 2.10 |
| 07/24/08 | JCT | Review Bear Stearns reply and call w/ S. Sakamoto re same. | 0.30 |
| 07/28/08 | HLD | Reviewed request for oral argument and completion of briefing in wells litigation, emails re same. | 0.60 |
| 07/31/08 | JCT | Review and revise Lehman statement of issues on appeal | 2.00 |
| 07/31/08 | RKD | Revise designation of items and issues on appeal to incorporate J. Tecce's comments in Lehman litigation (2.6); office conferences with J. Tecce regarding same (.3). | 2.90 |
|  |  | Total Hours | 217.70 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 3.30 | 760.00 | 2,508.00 |
| James C. Tecce | JCT | Counsel | 73.00 | 605.00 | 44,165.00 |
| Robert K. Dakis | RKD | Associate | 22.10 | 385.00 | 8,508.50 |
| Harrison L. Denman | HLD | Associate | 109.90 | 375.00 | 41,212.50 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Michael Greenwood | M6 | Paralegal | 6.50 | 235.00 | 1,527.50 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Michael Lee | ML5 | Lit Support | 2.90 | 150.00 | 435.00 |

Matter # : 61106-P

<u>AHM - Recharacterization</u>

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/02/08 | JCT | Review and revise Calyon Stipulation (1.0); calls w/ AHM (K. Nystrom) and YCST (M. Taylor) re same (.6) | 1.60 |
| 07/03/08 | JCT | Review and revise Calyon stipulation | 0.20 |
| 07/07/08 | JCT | Conf calls w/ Calyon counsel regarding stipulation (.8); calls w/ YCST (S. Beach) and K. Nystrom re same (.4) | 1.20 |
| | | Total Hours | 3.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| James C. Tecce | JCT | Counsel | 3.00 | 605.00 | 1,815.00 |

## EXHIBIT B

Summary by Expenses Incurred
(July 1, 2008 through July 31, 2008)

| Date Posted | Expense / Date Incurred | Amount |
| --- | --- | --- |
| 7/1/08 | Document Reproduction | $25.61 |
| 7/2/08 | Printing | $29.52 |
| 7/7/08 | Telephone, 4/25/08 | $14.95 |
| 7/10/08 | Taxi, H. Denman on 2/10/08 | $7.70 |
| 7/10/08 | Taxi, H. Denman on 3/17/08 | $10.20 |
| 7/10/08 | Taxi, H. Denman on 4/16/08 | $12.20 |
| 7/10/08 | Taxi, H. Denman on 4/17/08 | $10.20 |
| 7/10/08 | Taxi, H. Denman on 4/7/08 | $10.60 |
| 7/10/08 | Taxi, H. Denman on 1/23/08 | $7.80 |
| 7/16/08 | Client Meal, D. Lyons on 6/24/08 | $10.00 |
| 7/16/08 | Client Meal, D. Lyons on 6/25/08 | $40.59 |
| 7/16/08 | Taxi, D. Lyons on 6/24/08 from Airport to Hotel | $60.00 |
| 7/16/08 | Taxi, D. Lyons on 6/26/08 from Hotel to Airport | $60.50 |
| 7/16/08 | Taxi, D. Lyons on 6/26/08 from Airport to Home | $25.00 |
| 7/16/08 | Hotel, D. Lyons in New York from 6/24/08 to 6/27/08 | $1,718.65 |
| 7/18/08 | Telephone, 5/29/08 | $12.42 |
| 7/21/08 | Professional Services, Pacer | $1.76 |
| 7/21/08 | Professional Services, Pacer | $8.32 |
| 7/21/08 | Professional Services, Pacer | $5.48 |
| 7/24/08 | Deposition Transcript, of deposition dated 6/11/08 | $360.40 |
| 7/29/08 | Deposition Meal, for deposition dated 6/6/08 | $55.16 |
| 7/29/08 | Deposition Meal, for deposition dated 6/25/08 | $50.93 |
| 7/29/08 | Car Rental, D. Lyons on 6/8/08 to 6/12/08 | $314.03 |
| 7/29/08 | Hotel, D. Lyons in North Carolina from 6/8/08 to 6/12/08 | $979.87 |
| 7/29/08 | Taxi, D. Lyons on 6/12/08 | $25.00 |
| 7/29/08 | Client Meal, D. Lyons on 6/8/08 | $30.30 |
| 7/29/08 | Client Meal, D. Lyons on 6/9/08 | $45.39 |
| 7/29/08 | Client Meal, D. Lyons on 6/10/08 | $37.74 |
| 7/31/08 | Client Meal, H. Denman on 6/24/08 | $23.39 |
| 7/31/08 | Westlaw | $636.92 |
| 7/31/08 | Deposition Transcript, of deposition dated 7/16/08 | $397.85 |
| 7/31/08 | Deposition Transcript, of deposition dated 6/9/08 | $852.85 |
| 7/31/08 | Deposition Transcript, of deposition dated 6/25/08 | $653.65 |
| 7/31/08 | Deposition Transcript, of deposition dated 6/11/08 | $533.35 |
| 7/31/08 | Deposition Transcript, of deposition dated 6/16/08 | $822.15 |
| 7/31/08 | Professional Services, evidentiary consulting firm | $832.50 |
| 7/31/08 | Express Mail | $567.75 |
| TOTAL: | | $9,290.73 (minus $479.64 credit) = $8,811.09 |