**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings,<br>　　et al., | ) Case No. 07-11047 BLS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. Nos. 5832 |
| 　　　　　　　　　　Debtors, | ) |

**NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION**

Washington Mutual Bank, the Movant, by and through its attorney, Whittington & Aulgur, hereby withdraws it Certificate of No Objection filed on September 11, 2008 (Docket No. 5832).

　　　　　　　　　　　　　　　　　　WHITTINGTON & AULGUR

　　　　　　　　　　　　　By:　　/s/ Kristi J. Doughty
　　　　　　　　　　　　　　　　Kristi J. Doughty (No. 3826)
　　　　　　　　　　　　　　　　651 N. Broad Street, Ste. 206
　　　　　　　　　　　　　　　　Middletown, DE  19709
　　　　　　　　　　　　　　　　302) 378-1661
　　　　　　　　　　　　　　　　Attorney for Movant

Date:  September 15, 2008