# EXHIBIT A

DB02:7137134.1

066585.1001

**Exhibit A**

**Duplicate Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| AAR APPRAISALS<br>PO BOX 567<br>ATTN ROBERT L KINNIEBREW<br>WILLINGBORO, NJ 08046 | 6604 | 12/31/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 6722 | 12/31/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| BOSTON PROPETIES LIMITED PARTNERSHIP<br>C/O J. DAVID FOLDS<br>DLA PIPER US LLP<br>500 8TH ST. NW<br>WASHINGTON, DC 20004 | 8645 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$196,522.26 (U)<br>$196,522.26 (T) | 8483 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$196,522.26 (U)<br>$196,522.26 (T) |
| CONCEPT APPRAISAL SERVICES<br>6466 WARRIORS RUN<br>LITTLETON, CO 801259254 | 123 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | 121 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) |
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>PO BOX 306<br>FORT LUPTON, CO 80621 | 124 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 120 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | 9873 | 2/1/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,228.00 (U)<br>$1,228.00 (T) | 10022 | 3/4/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,228.00 (U)<br>$1,228.00 (T) |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | 9263 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,228.00 (U)<br>$1,228.00 (T) | 10022 | 3/4/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,228.00 (U)<br>$1,228.00 (T) |
| REGIONAL R.E. APPRAISAL SERVICE LTD.<br>ATTN JOHN P. CALLANAN, PRES.<br>117 ROUTE 9W, STE 201<br>HAVERSTRAW, NY 10927 | 1093 | 9/14/07 | 07-11053 | - (S)<br>- (A)<br>$5,975.00 (P)<br>- (U)<br>$5,975.00 (T) | 77 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$5,975.00 (P)<br>- (U)<br>$5,975.00 (T) |

| | Objectionable Claims | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| STAGNER, JESSICA<br>12818 PORTULACA<br>DRIVE UNIT F<br>SAINT LOUIS, MO 63146 | 2184 | 11/15/07 | 07-11051 | $1,803.85 (P)<br>$1,803.85 (T) -(S)<br>-(A)<br>-(U) | | 2183 | 11/15/07 | 07-11051 | $1,803.85 (P)<br>$1,803.85 (T) -(S)<br>-(A)<br>-(U) |
| SUN LIFE ASSURANCE COMPANY OF CANADA<br>C/O COLLIERS PINKARD<br>C/O MICHAEL G MENKOWITZ, ESQUIRE<br>2000 MARKET STEET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | 1655 | 10/19/07 | 07-11047 | $62,989.32 (U)<br>$62,989.32 (T) -(S)<br>-(A)<br>-(P) | | 1748 | 10/19/07 | 07-11047 | $62,989.32 (U)<br>$62,989.32 (T) -(S)<br>-(A)<br>-(P) |
| VENNERS, MINDY<br>***NO ADDRESS PROVIDED**** | 236 | 9/4/07 | Unspecified | $1,038.24 (P)<br>$1,038.24 (T) -(S)<br>-(A)<br>-(U) | | 1343 | 10/1/07 | Unspecified | $1,038.24 (P)<br>$1,038.24 (T) -(S)<br>-(A)<br>-(U) |
| YORK, PHILLIP G.<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123 | 1352 | 10/1/07 | Unspecified | $75.00 (U)<br>$75.00 (T) -(S)<br>-(A)<br>-(P) | | 2382 | 11/16/07 | Unspecified | $75.00 (U)<br>$75.00 (T) -(S)<br>-(A)<br>-(P) |
| Totals: | 11 Claims | | | $8,817.09 (P)<br>$263,017.58 (U)<br>$271,834.67 (T) -(S)<br>-(A) | | | | | $8,817.09 (P)<br>$263,017.58 (U)<br>$271,834.67 (T) -(S)<br>-(A) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.