# EXHIBIT B

**Exhibit B**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CARTRIDGE WORLD<br>ATTN KRISTY BOWMAN, OWNER<br>3055 N RESERVE ST<br>STE B<br>MISSOULA, MT 59808 | 2898 | 11/20/07 | Unspecified | - (S)<br>- (A)<br>$767.96 (P)<br>$767.96 (U)<br>$767.96 (T) | 2897 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$767.96 (P)<br>$767.96 (U)<br>$767.96 (T) |
| CHALSON, STEVEN<br>11 CHESTNUT AVE<br>PATCHOGUE, NY 11772 | 232 | 8/31/07 | Unspecified | - (S)<br>- (A)<br>$4,166.67 (P)<br>- (U)<br>$4,166.67 (T) | 820 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>$13,716.54 (U)<br>$24,666.54 (T) |
| COMMERCIAL AGENCY, THE<br>ATTN LEE KENNEDY, COLLECTION MANAGER<br>C/O LIONINC.COM<br>PO BOX 23909<br>PORTLAND, OR 97219 | 410 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$17,412.00 (U)<br>$17,412.00 (T) | 2576 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$17,412.00 (U)<br>$17,412.00 (T) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8599 | 1/11/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$11,385,294.67 (U)<br>$11,385,294.67 (T) | 10225 | 4/17/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8600 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$11,385,294.67 (U)<br>$11,385,294.67 (T) | 10226 | 4/17/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8601 | 1/11/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$11,385,294.67 (U)<br>$11,385,294.67 (T) | 10227 | 4/17/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8602 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,171,057.29 (U)<br>$2,171,057.29 (T) | 10228 | 4/17/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$11,568,088.37 (U)<br>$11,568,088.37 (T) |

| | Objectionable Claims | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8603 | 1/11/08 | 07-11050 | $11,385,294.67 (U)<br>$11,385,294.67 (T) | - (S)<br>- (A)<br>- (P) | 10229 | 4/17/08 | 07-11050 | $11,568,088.37 (U)<br>$11,568,088.37 (T) | - (S)<br>- (A)<br>- (P) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8604 | 1/11/08 | 07-11049 | $11,385,294.67 (U)<br>$11,385,294.67 (T) | - (S)<br>- (A)<br>- (P) | 10230 | 4/17/08 | 07-11049 | $11,568,088.37 (U)<br>$11,568,088.37 (T) | - (S)<br>- (A)<br>- (P) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8605 | 1/11/08 | 07-11048 | $11,385,294.67 (U)<br>$11,385,294.67 (T) | - (S)<br>- (A)<br>- (P) | 10231 | 4/17/08 | 07-11048 | $11,568,088.37 (U)<br>$11,568,088.37 (T) | - (S)<br>- (A)<br>- (P) |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE, BRUCE KAISERMAN<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 8606 | 1/11/08 | 07-11047 | Unspecified* | | 10232 | 4/17/08 | 07-11047 | $11,568,088.37 (U)<br>$11,568,088.37 (T) | - (S)<br>- (A)<br>- (P) |
| DILL, WILLMARY<br>921 WAKE TOWNE DR # 323<br>RALEIGH, NC 27609 | 1538 | 10/12/07 | Unspecified | $1,261.60 (P)<br>$1,261.60 (T) | - (S)<br>- (A)<br>- (U) | 10324 | 4/29/08 | 07-11051 | $1,206.16 (P)<br>$1,206.16 (T) | - (S)<br>- (A)<br>- (U) |
| DILL, WILLMARY<br>921 WAKE TOWNE DR<br>RALEIGH, NC 27609 | 8972 | 1/11/08 | 07-11051 | Unspecified* | | 10324 | 4/29/08 | 07-11051 | $1,206.16 (P)<br>$1,206.16 (T) | - (S)<br>- (A)<br>- (U) |
| DIONISIO, JOSEPH<br>79 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | 187 | 8/30/07 | Unspecified | $10,950.00 (P)<br>$2,777.23 (U)<br>$13,727.56 (T) | - (S)<br>- (A) | 3240 | 11/26/07 | 07-11051 | $10,950.00 (P)<br>$3,084.48 (U)<br>$14,034.48 (T) | - (S)<br>- (A) |
| DOUG GOURLEY CATERING<br>10516 MICKLAY<br>BOISE, ID 83704 | 1214 | 9/25/07 | 07-11047 | $1,200.00 (U)<br>$1,200.00 (T) | - (S)<br>- (A)<br>- (P) | 3491 | 11/26/07 | Unspecified | $1,200.00 (U)<br>$1,200.00 (T) | - (S)<br>- (A)<br>- (P) |
| DWAYNE LEMMON APPRAISAL SERVICE<br>ATTN DWAYNE LEMMON, APPRAISER<br>390 FM 1635<br>ATLANTA, TX 75551 | 2976 | 11/23/07 | Unspecified | $350.00 (U)<br>$350.00 (T) | - (S)<br>- (A)<br>- (P) | 3055 | 11/23/07 | 07-11047 | $350.00 (U)<br>$350.00 (T) | - (S)<br>- (A)<br>- (P) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HAMILTON APPRAISAL SERV., INC<br>ATTN REBECCA A. DAVRY, OFFICE MGR.<br>802 GRAHAM RD.<br>CUYAHOGA FALLS, OH 44221 | 7447 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,650.00 (U)<br>$1,650.00 (T) | 9248 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,950.00 (U)<br>$1,950.00 (T) |
| HEITMAN GROUP, INC., THE<br>ATTN SHARON HEITMAN, PRESIDENT<br>2233 WILLAMETTE ST BLDG C<br>EUGENE, OR 97405 | 112 | 8/28/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$12,075.00 (U)<br>$12,075.00 (T) | 4079 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$12,075.00 (U)<br>$12,075.00 (T) |
| KENNAY, GEORGANN<br>1326 JANET STREET<br>SYCAMORE, IL 60178 | 1346 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>$1,096.88 (P)<br>- (U)<br>$1,096.88 (T) | 3316 | 11/26/07 | 07-11051 | Unspecified* |
| KINNIEBREW, ROBERT L<br>PO BOX 567<br>WILLINGBORO, NJ 08046 | 1456 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 6722 | 12/31/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | 1100 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$2,150.00 (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | 1182 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>$2,150.00 (P)<br>$2,150.00 (U)<br>$2,150.00 (T) |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | 6008 | 12/10/07 | 07-11053 | Unspecified* | 10022 | 3/4/08 | Unspecified | - (S)<br>- (A)<br>$1,228.00 (P)<br>- (U)<br>$1,228.00 (T) |
| LILLEY, MAXIE<br>2070 FM 357<br>CORRIGAN, TX 75939 | 10067 | 3/12/08 | Unspecified | $14,529.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$14,529.17 (T) | 1637 | 10/16/07 | 07-11051 | $14,529.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$14,529.17 (T) |
| MORRIS, CINDY L.<br>9000 CHRISTOPHER WREN DR<br>APT 116<br>WEXFORD, PA 15090 | 132 | 8/29/07 | 07-11051 | - (S)<br>- (A)<br>$1,130.64 (P)<br>$1,130.64 (U)<br>$1,130.64 (T) | 5861 | 12/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,261.28 (P)<br>$2,261.28 (U)<br>$2,261.28 (T) |

| | Objectionable Claims | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| OFFICE MAX<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563 | 1388 | 9/26/07 | 07-11047 | - (S)<br>$91,187.86 (A)<br>- (P)<br>- (U)<br>$91,187.86 (T) | | 9838 | 1/23/08 | 07-11047 | $91,187.86 (S)<br>- (A)<br>- (P)<br>$113,652.30 (U)<br>$204,840.20 (T) |
| OFFICEMAX<br>ATTN: ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | 584 | 9/5/07 | 07-11047 | $91,187.86 (S)<br>- (A)<br>- (P)<br>$95,289.28 (U)<br>$186,477.14 (T) | | 9838 | 1/23/08 | 07-11047 | $91,187.86 (S)<br>- (A)<br>- (P)<br>$113,652.30 (U)<br>$204,840.20 (T) |
| PEPCO HLDINGS, INC<br>ATTN BANKRUPTCY DIV / MAIL STOP 84CP42<br>5 COLLINS DRIVE, SUITE 2133<br>CARNEYS POINT, NJ 08069 | 2940 | 11/21/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$510.68 (U)<br>$510.68 (T) | | 8796 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$795.31 (U)<br>$795.31 (T) |
| PETAK, JERRY L.<br>114 W COLE ST<br>MOUNT CARROLL, IL 61053 | 108 | 8/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | | 2308 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) |
| PROFESSIONAL RECOVERY GROUP, INC.<br>PO BOX 866<br>GOSHEN, NY 10924 | 1294 | 8/24/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | | 8834 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,470.00 (U)<br>$4,470.00 (T) |
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN: SUSAN E. TRENT, ATTORNEY<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647 | 6986 | 12/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$15,829.37 (U)<br>$15,829.37 (T) | | 10036 | 3/3/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,961.89 (U)<br>$41,961.89 (T) |
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN: SUSAN E. TRENT<br>P.O. BOX 11647<br>FORT WAYNE, IN 46859-1647 | 9652 | 1/15/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$39,838.89 (U)<br>$39,838.89 (T) | | 10036 | 3/3/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,961.89 (U)<br>$41,961.89 (T) |
| SALERNO, GARY C.<br>105 CAYUGA PL<br>JERICHO, NY 11753 | 185 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | | 3023 | 11/23/07 | 07-11053 | - (S)<br>- (A)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) |
| SALT LAKE COUNTY TREASURER<br>ATTN RAY LANCASTER<br>2001 SOUTH STATE STREET, # N1200<br>SALT LAKE CITY, UT 84190 | 9623 | 1/15/08 | 07-11047 | Unspecified* | | 5395 | 12/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$13,752.26 (T) |

| | Objectionable Claims | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | 1766 | 10/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,425.72 (U)<br>$1,425.72 (T) | 3329 | 11/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,478.29 (U)<br>$8,478.29 (T) |
| SCOTT, BRIAN J. & LORI-ANN L.<br>6310 S PITTSBURG ST<br>SPOKANE, WA 99223 | 9305 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 1806 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) |
| SECURITAS SECURITY SERVICES USA<br>ATTN BRIAN DE GUTIS, CREDIT MANAGER<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | 155 | 8/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$9,680.73 (U)<br>$9,680.73 (T) | 8789 | 1/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$10,323.73 (U)<br>$10,323.73 (T) |
| SIMON, LENNOX J.<br>11702 TRILLUM ST<br>MITCHELLVILLE, MD 20721 | 304 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | 2274 | 11/15/07 | 07-11051 | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) |
| SIMON, LENNOX J.<br>11702 TRILLUM ST<br>MITCHELLVILLE, MD 20721 | 2275 | 11/15/07 | 07-11047 | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) | 2274 | 11/15/07 | 07-11051 | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) |
| THOMAS P. HOFFMAN (VA)<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19947 | 2278 | 11/15/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 2279 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| TOWN & COUNTRY REAL ESTATE & APPRAISAL, INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | 1702 | 10/22/07 | All Cases | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) | 1703 | 10/22/07 | All Cases | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) |
| TULIAU, MALVINA<br>7636 BOTANY BAY DR<br>LAS VEGAS, NV 89128 | 2632 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$7,000.00 (P)<br>- (U)<br>$7,000.00 (T) | 4428 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>- (U)<br>Unspecified* |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| VANDERBILT APPRAISAL<br>ATTN ANDREW FAUTLEY<br>PRINCIPAL/MANAGING PARTNER<br>770 LEXINGTON<br>NEW YORK, NY 10005 | 2296 | 11/8/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$27,355.00 (U)<br>$27,355.00 (T) | 2749 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$27,365.00 (U)<br>$27,365.00 (T) |
| WA, IVAN CHAN<br>PO BOX 23017<br>HONOLULU, HI 86923 | 8697 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$13,144.00 (P)<br>- (U)<br>$13,144.00 (T) | 8969 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$13,144.00 (P)<br>- (U)<br>$13,144.00 (T) |
| WEST MICHIGAN APPRAISAL SERVICE, INC.<br>ATTN MELANIE J PERRY, PRESIDENT<br>821 W SOUTH ST<br>KALAMAZOO, MI 49007 | 954 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$1,575.00 (P)<br>- (U)<br>$1,575.00 (T) | 2796 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$1,575.00 (P)<br>- (U)<br>$1,575.00 (T) |
| WISE, BARBARA<br>8732 MARY LN<br>JESSUP, MD 20794 | 1020 | 9/19/07 | Unspecified | Unspecified* | 4144 | 12/3/07 | 07-11051 | Unspecified* |
| Totals: | 45 Claims | | | $106,117.03 (S)<br>$91,187.86 (A)<br>$48,642.75 (P)<br>$70,720,292.81 (U)<br>$70,957,192.18 (T) | | | | $211,457.15 (S)<br>- (A)<br>$50,622.87 (P)<br>$92,960,567.93 (U)<br>$93,219,618.79 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.