# EXHIBIT C

**Exhibit C**

Equity Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ZEZZE, CARMELA<br>P.O. BOX 158 67 KRIKOR DR<br>NORTH FALMOUTH, MA 02556 | 2195 | 11/15/07 | Unspecified | - (S)<br>- (A)<br>$26,000.00 (P)<br>- (U)<br>$26,000.00 (T) |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$26,000.00 (P)<br>- (U)<br>$26,000.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.