# EXHIBIT F

# Exhibit F

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| MATTHEOS, ARIANNY<br>31 HEYWARD ST<br>BRENTWOOD, NY 11717 | 3708 | 11/28/07 | 07-11051 | Unspecified* | Claimant failed to include any documentation to support claim. |
| Totals: | 1 Claim | | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.