IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case No. 07-11047 (CSS) |
| et al.[1] ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| --------------------------------------------- ) | Ref. Docket No. 5505 |

ORDER APPROVING AND AUTHORIZING
STIPULATION BETWEEN AMERICAN HOME MORTGAGE
CORP. AND XEROX CORPORATION

Upon consideration of the motion (the "Motion")[2] of American Home Mortgage Corp. ("AHMC") and the debtors and debtors-in- possession in the above-captioned cases (collectively, the "Debtors") for entry of an order approving the approving a stipulation (the "Stipulation") between AHMC and Xerox Corporation ("Xerox") pursuant to Bankruptcy Rule 9019 and sections 105(a), 363 and 503 of the Bankruptcy Code; and it appearing that the Stipulation and the relief requested in the Motion are in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Stipulation attached hereto as Exhibit A is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that the Debtors are authorized and empowered to take all necessary steps to carry out and otherwise effectuate the terms, conditions and provisions of the Stipulation; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of the Stipulation or this Order.

Date: Wilmington, Delaware
September 12, 2008

Christopher S. Sontchi
United States Bankruptcy Judge