**SIGN - IN - SHEET**

**CASE NAME: American Home Mortgage**
**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 9/15/2008 @ 10:00 AM**

| NAME | | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|---|
| Benjamin Ackerly | (telephonic) | Hunton & Williams | Calyon New York |
| Jason Harbrour | | | |
| Robert J. Moore | (telephonic) | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Fred Neufeld | | | |
| Puneet Agrawal | (telephonic) | Kroll Zolfo & Cooper | American Home Mortgage Holdings |
| Ana M. Alfonso | (telephonic) | Kaye Scholer | Bank of America |
| Jeffrey Zawadzki | (telephonic) | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Mary Olsen | (telephonic) | The Gardner Law Firm | Kathy Catcham, et al. |
| GIL ALVAREZ | | Pro Se | Pro Se re: AHM |
| Rein Roupinian | | Outten + Golden | Plaintiff class |
| Mark Indelicato | | Hahn + Hessen, | Committee |
| Gabriel McCarrell | | Potter Anderson Corroon | Bank of America |
| Dennis A. Meloro | | Greenberg Traurig LLC | WLR Recovery Fund III |
| Daniel P. Ginikko | | Jones Day | " |
| Robert Brady | | Young Conaway | Debtors |
| Sean Beach | | Young Conaway | " |
| Sharon Zieg | | " | " |
| Scott Holt | | " | " |

**SIGN - IN - SHEET**

**CASE NAME: American Home Mortgage**
**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 9/15/2008 @ 10:00 AM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Mallard | Dorsey & Whitney DE LLP | U.S. Bank |
| Mary E. Augustine | Bayard, P.A. | Vicora Computer Services |
| Nathan D. Grow | Young Conaway | Debtors |
| Jim Hussett | Margolis Edelstein | WARN Act Class TT's |
| Eric Davis | S & Sch + F | Union Federal/Wakefield |
| David Carickhoff | Blank Rome | Creditors' Comm-ttee |
| Joseph J. McMahon, Jr. | USDOJ | OUST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**