**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. Nos. 5825 |
| Debtors, | ) |

## NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OB JECTION

CitiMortgage, Inc., the Movant, by and through its attorney, Whittington & Aulgur, hereby withdraws it Certificate of No Objection filed on September 11, 2008 (Docket No. 5825).

                                                WHITTINGTON & AULGUR

                              By:    /s/ Kristi J. Doughty
                                            Kristi J. Doughty (No. 3826)
                                            651 N. Broad Street, Ste. 206
                                            Middletown, DE  19709
                                            302) 378-1661
                                            Attorney for Movant

Date:  September 15, 2008