**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | REF. NO. 5830 |

### NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION OF CITIMORTGAGE, INC. IN RE: DOCKET. NO. 5830

CitiMortgage, Inc.., the Movant, by and through its attorney, Whittington & Aulgur, hereby withdraws its Certificate of No Objection filed on September 11, 2008 (Docket No. 5830).

WHITTINGTON & AULGUR

By:    /s/ Kristi J. Doughty
        Kristi J. Doughty (No. 3826)
        651 N. Broad Street
        Middletown, DE 19709
        (302) 378-1661
        Attorney for Movant

Date: September 15, 2008