IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, et al., | ) ) ) ) ) | Case No. 07-11047<br>Chapter 11<br>Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 15th day of September, 2008 that service of

the **Notice of Withdrawal of Certificate of No Objection** was made electronically and

(via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Keith D. Janecek
715 Apache Run
Macedonia, OH 44056
*Borrower*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Salvador A. Montano
114 Dennis Avenue
Salinas, CA 93905
*Borrower*

Pauline Helmstetler
6945 Peppermint Drive
Reno, NV 89506
*Borrower*

Cynthia  L. Pizzi
715 Apache Run
Macedonia, OH 44056
*Borrower*

    WHITTINGTON & AULGUR

    /s/ Kristi J. Doughty
    Robert T. Aulgur, Jr.(No.165)
    Kristi J. Doughty (No. 3826)
    651 N. Broad Street, Suite 206
    P.O. Box 1040
    Middletown, DE 19709-1040
    (302) 378-1661
    Attorney for Movant