IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :    Jointly Administered
         Debtors.                                             :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAURA CAMPBELL, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated September 2, 2008, to which is attached, "Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated September 2, 2008, [Docket No. 5568],

   by causing true and correct copies, enclosed in postage prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B"

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Laura Campbell
                                                              Laura Campbell

Sworn to before me this
10th day of September, 2008

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 11-22-2011

T:\Clients\AHM\Affidavits\16th Omnibus Objection _aff 9-2-08.doc

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objection Deadline: September 25, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: October 2, 2008 at 11:00 a.m. (ET)** |

AHM OB16 9/2/2008 (merge2.txnum2) 4000012777 EPIQ Use - 1

BLACKMON, BARRY L.
P.O. BOX 516
ROANOKE RAPIDS, NC 27870

## NOTICE OF DEBTORS' SIXTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: BLACKMON, BARRY L.
P.O. BOX 516
ROANOKE RAPIDS, NC 27870

| | Basis For Objection: | No Documentation Claim | |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | Claim to be Expunged | 2403 | $175,000.00 |

Debtors have no record of outstanding amounts owed to claimant. Claimant failed to provide documents to support claim.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to the claim listed above in the "Claim to be Expunged" row because this claim was filed without any supporting documentation or facts sufficient to support a legal basis for a claim. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before **September 25, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 2, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 2, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' SIXTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by September 2, 2008 and sent to the following:

BLACKMON, BARRY L.
P.O. BOX 516
ROANOKE RAPIDS, NC 27870

COUNTY OF SANTA CRUZ TAX COLLECTION DIV.
DANA MCRAE, COUNTY COUNSEL
701 OCEAN STREET, ROOM 150
SANTA CRUZ, CA 95060

DELBARBA, JOHN P.
302 LITTLE QUARRY ROAD
GAITHERBURG, MD 20878

DUNITZ, JERI A.
1205 S. 15TH AVENUE
NEWTON, IA 50208-4365

DUNITZ, JERI A. & KAHN, GARY S. CO TTEES
SIDNEY M. DUNITZ FAMILY TRUST
DTD 5/24/94
1205 S. 15TH AVE. W.
NEWTON, IA 50208-4365

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

EMC CORPORATION
ATTN PHYLLIS A HAYES, RMS, AGENT
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

GREENBURGH SCHOOLS #7
ATTN DAVID C DWINELL
177 HILLSIDE AVE
GREENBURG, NY 10607

HAWLEY, ROBIN B.
505 STEINHOUR RD
YORK HAVEN, PA 17370

HOMES & LANE MAGAZINE SW MONTANA
ATTN DEE TIANO, PRES.
57 UPPER RAINBOW RD
BOZEMAN, MT 59718

JOHNS, BETTY
C/O INDYMAC BANK
2616 W MAIN ST # D
BOZEMAN, MT 59718

JOHNS, BETTY
C/O INDYMAC BANK
8628 NUFFINE LANE #70
BOZEMAN, MT 59718

KAHN, CHESTER
PO BOX 845
LINCOLN, NH 03251

KENDRICK, ROBERT
26012 MISTY WAY DR
FORT MILL, SC 29708

MASSELLA, RALPH
528 HILTON AVE
CATONSVILLE, MD 21228

REVAL.COM, INC.
100 BROADWAY, 22ND FLOOR
NEW YORK, NY 10005

SPURRIER, VANCE O.
7069 VALLEY TRAILS DRIVE
PLEASANTON, CA 94588

STATE OF MICHIGAN DEPARTMENT OF TREASURY
MICHAEL A. COX, ATTORNEY GENERAL
CADILLAC PLACE
3030 W. GRAND BLVD., SUITE 10-200
DETROIT, MI 48202

Total Parties: 18