IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
       Debtors.                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAURA CAMPBELL, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as <u>Exhibit A</u>, and

   b) "Notice of Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated September 2, 2008, to which is attached, "Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated September 2, 2008, [Docket No. 5569],

   by causing true and correct copies, enclosed in postage prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Laura Campbell
Laura Campbell

Sworn to before me this
10th day of September, 2008

/s/ Notary Public
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 12-22-01

T:\Clients\AHM\Affidavits\17th Omnibus Objection _aff 9-2-08.doc

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| AHM OB17 9/2/2008 (merge2.txnum2) 4000001308 EPIQ Use - 1 | Objection Deadline: September 25, 2008 at 4:00 p.m. (ET)<br>Hearing Date: October 2, 2008 at 11:00 a.m. (ET) |

ADKINS, THOMAS E. JR.
8298 WOODGROVE RD
JACKSONVILLE, FL 32256

## NOTICE OF DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** ADKINS, THOMAS E. JR.
8298 WOODGROVE RD
JACKSONVILLE, FL 32256

**Basis For Objection:** Reclassified Wrong Debtor Claim: Debtors' books and records show claim should be reclassified and reassigned to a new case number

| Claim to be Reclassified and Reassigned | Claim # | New Case # | Claim Amount | Reclassified Amount |
|---|---|---|---|---|
| | 1315 | 07-11051 | Priority - $200,000.00 | Priority - $10,950.00<br>Unsecured - $189,050.00 |

No basis for priority claim exists under section 507 of the Bankruptcy Code.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Seventeenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have determined, after review of their books and records, that your claim should be reclassified as indicated above in the column titled "Reclassified Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by reclassifying and reassigning your claim as detailed above.

Responses to the Objection, if any, must be filed on or before **September 25, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 2, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 2, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT B

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by September 2, 2008 and sent to the following:

ADKINS, THOMAS E. JR.
8298 WOODGROVE RD
JACKSONVILLE, FL 32256

AMERICAN EXPRESS TRAVEL RELATED SVC CO.
ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY
FLASTER/GREENBERG PC
EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL
PHILADELPHIA, PA 19103

COOK, RUSSELL W.
7501 TULE SPRINGS RD STE 100
LAS VEGAS, NV 891316149

DREW & ROGERS, INC.
ATTN MARK POLITAN, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
25 MAIN STREET, PO BOX 800 - COURT PLZ N
HACKENSACK, NJ 07602-0800

FRANKLIN PACIFIC FINANCE, LLP
ATTN CARA J. HAGAN, ATTORNEY
HAGAN & ASSOCIATES
110 E. WILSHIRE AVENUE, SUITE 405
FULLERTON, CA 92832

GRAND WAILEA RESORT HOTEL & SPA
C/O DAVID J HARRIS
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

HATCH, DOUGLAS A (DOUG)
2944 CIMINI COURT
HENDERSON, NV 89052

HOUSTON, T. CRAIN
PO BOX 59
3029 BLACK ROCK RD
BUTLER, MD 21023

JOHNSON, COLLEEN
39 CALLE MARAVILLA
SAN CLEMENTE, CA 92673

LAMB, CARL
20 ARONIMINK LANE
PINEHURST, NC 28374

LIANG, MATTHEW
1797 KANAPUU DR
KAILUA, HI 96734

MANOJ SHARMA
17 LORROAINE CT
NORTHPORT, NY 11768

MASSELLA, RALPH
528 HILTON AVE
CATONSVILLE, MD 21228

MCGUIRE, MARIANNE
952 SYLVIA DR
WEATHERFORD, TX 76086

MKM REALTY TRUST II
C/O CAROLE LITTMAN
300 CONGRESS STREET
QUINCY, MA 02169

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

PACE, DON
248 PARKWOOD ST
RONKONKOMA, NY 11779

RADIN, JOHN C.
PO BOX 314
FAIRFAX STATION, VA 22039

RESPONSE COMPANIES
ATTN MARVIN MORAN
23 EAST 39TH STREET
NEW YORK, NY 10016

RICHARD MICHAEL GROUP, INC.
ATTN NICHOLAS KLIMASKI, VP
55 W MONROE STE 2660
CHICAGO, IL 60614

ROBERTS, DAVID E.
323 THOMAS DR
SEVERNA PARK, MD 21146

**Debtor:** American Home Mortgage Holdings, Inc., et al
**Case #:** 07-11047 (CSS)

Notices mailed by September 2, 2008 and sent to the following:

**NOTICE OF DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

SHERATON COLUMBIA
ATTN SCOTT HERMANI, DIRECTOR OF FINANCE
10207 WINCOPIN CIRCLE
COLUMBIA, MD 21044

SWANNER, MARGARET
4245 NIPOMO AVE
LAKEWOOD, CA 90713

SWEENEY, ROBERT E.
696 WOODBINE DR
CARMEL, IN 46033

TULLY, MATTHEW
2206 MCNAB AVE
LONG BEACH, CA 90815

WEISSINGER, CHRISTINE A.
3121 CORTE LINDA
NEWPORT BEACH, CA 92660

Total Parties: 26