**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. 5858 |
| Debtors, | ) |

## CERTIFICATION OF COUNSEL

I, Kristi J. Doughty, hereby certify as follows, regarding the attached revised Order (the "Amended Order"):

1. On or about August 7, 2008 Whittington & Aulgur, counsel for Washington Mutual Bank, filed a Motion for Relief from the Automatic Stay ("Motion") due to a default in the mortgage payments.

2. The Order contained typographical errors in that it noted that the mortgage loan was 601778005.  **The correct mortgage loan number is 5303602261**.

3. The Amended Order, attached hereto as "Exhibit A" corrects this error and has been served on the parties indicated on the accompanying Certificate of Service.

WHEREFORE, Washington Mutual Bank respectfully requests that the Court enter the Amended Order and grant such other and further relief as it deems appropriate.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
313 N. Dupont Hwy., Suite 110
P.O. Box 617
Odessa, DE  19730-1617
(302) 378-1661
Attorney for Chase Manhattan Mortgage Corporation

Dated:  September 15, 2008