**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>            Debtors. | Case Number: 07-11047<br><br>Chapter 11<br><br>JOINDER OF COUNTY OF YUBA, CALIFORNIA AS PART OF THE CALIFORNIA TAXING AUTHORITIES TO THE OBJECTION TO DISCLOSURE STATEMENT BY CALIFORNIA TAXING AUTHORITIES<br><br>OLD DATE<br>Date: September 15, 2008<br>Time: 10:00 a.m.<br><br>NEW DATE<br>Date: October 2, 2008<br>Time: 11:00 a.m. ET |

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

    County of Yuba, California as part of certain California Taxing Authorities[1] hereby joins in the Objection to the Disclosure Statement. Yuba incorporates in full the Objection filed by the California Taxing Authorities.

Dated: September 16, 2008    ROMERO LAW FIRM

                                      By. /s/ Martha E. Romero
                                      MARTHA E. ROMERO, State Bar No. 128144 ROMERO LAW FIRM
                                      BMR Professional Building
                                      Whittier, California 90601
                                      Phone (562) 907-6800
                                      Facsimile (562)907-6820
                                      Attorneys for SECURED CREDITOR COUNTY OF IMPERIAL, PLACER, SAN BERNARDINO, RIVERSIDE AND NEVADA CALIFORNIA

---

[1] The California Taxing Authorities consist of the following: Imperial, Nevada, Placer, Riverside, San Bernardino and Yuba.

1