**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>        Debtors. | ) Case Number: 07-11047<br>)<br>) Chapter 11<br>)<br>) CERTIFICATE OF SERVICE TO<br>) JOINDER OF COUNTY OF<br>) YUBA, CALIFORNIA AS PART<br>) OF THE CALIFORNIA TAXING<br>) AUTHORITIES TO THE<br>) OBJECTION TO DISCLOSURE<br>) STATEMENT BY CALIFORNIA<br>) TAXING AUTHORITIES<br>)<br>OLD DATE<br>Date: September 15, 2008<br>Time: 10:00 a.m.<br><br>NEW DATE<br>Date: October 2, 2008<br>Time: 11:00 a.m. ET |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or electronically on this 16th day of September 2008.

    Respectfully submitted,

    ROMERO LAW FIRM


    By. /s/ Martha E. Romero
    MARTHA E. ROMERO
    Attorneys for SECURED CREDITORS
    CALIFORNIA TAXING AUTHORITIES (COUNTY
    OF IMPERIAL, PLACER, SAN BERNARDINO
    AND RIVERSIDE, CALIFORNIA

**SERVICE LIST**

Madeline C. Wanslee
201 E. Washington St., Suite 800
Phoenix, AZ 85004-2327

Adam G. Landis
LANDIS RATH & COBB LLP
919 Market St., Suite 600
Wilmington, DE 19801

Thomas H. Grace
LOCKE LIDDELL & SAPP
3400 JPMorgan Chase Tower
6000 Travis St., Suite 3400
Houston, TX 77002

Michael G. Wilson
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA 23219

Peter S. Partee
Hunton & Williams LLP
200 Park Ave., 53rd Floor
New York, New York 10166

Richard S. Miller
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Ave.
New York, NY 10022

Mark D. Collins
Richards, Layton & Finger, PA
One Rodney Square
920 North King St.
Wilmington, DE 19801

Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa st., 30th Floor
Los Angeles, CA 90017

Dennis J. Drebsky
NIXON PEABODY, LLP
437 Madison Ave.
New York, NY 10022

John Rosenthal
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

1  Hilary B. Bonial
   9441 LBJ Freeway, Suite 350
2  Dallas, TX 75243

3  Michael G. Wilson
   Riverfront Plaza, East Tower
4  951 East Byrd St.
   Richmond, VA 23219
5
   Kimberly E.C. Lawson
6  1201 Market St., Suite 1500
   Wilmington, DE 19801
7
   American Home Mortgage Holdings, Inc.
8  538 Broadhollow Road
   Melville, NY 11747
9
   Edward J. Kosmowski
10 Young, Conaway, Stargatt & Taylor
   1000 West Street, 17th Floor
11 PO Box 391
   Wilmington, DE 19899
12
   Joseph M. McMahon, Esq.
13 Office of the United States Trustee
   J. Caleb Boggs Federal Building
14 844 King Street, Suite 2207 - Lockbox #35
   Wilmington, DE 19801
15
   Bonnie Glantz Fatell
16 Blank Rome LLP
   1201 Market Street, Suite 800
17 Wilmington, DE 19801

18 David W. Carickhoff, Jr
   Blank Rome LLP
19 Chase Manhattan Centre
   1201 Market Street, Suite 800
20 Wilmington, DE 19801

21 Susheel Kirpalani
   James C. Tecce, Esq.
22 Joseph G. Minias, Esq.
   Quinn Emanuel Urquhart Oliver & Hedges, LLP
23 51 Madison Avenue
   New York, NY 10010
24
   Nathan Haynes Esq.
25 Gregory M. Petrick Esq.
   Cadwalader, Wickersham & Taft LLP
26 One World Financial Center
   New York, New York 10281
27

28

3

```
 1  Pauline K. Morgan
    Young, Conaway, Stargatt & Taylor
 2  1000 West Street, 17th Floor,
    PO Box 391
 3  Wilmington, DE 19899-0391

 4  Robert S. Brady
    Young, Conaway, Stargatt & Taylor
 5  The Brandywine Bldg.
    1000 West Street, 17th Floor
 6  PO Box 391
    Wilmington, DE 19899-0391
 7
    American Home Mortgage Claims Processing
 8  P.O. Box 5076
    FDR Station
 9  New York, NY 10150-5076

10  Carol E. Momjian
    Office of the Attorney General
11  21 S. 12th Street, 3rd Floor
    Philadelphia, PA 19107
12
    Linda Boyle
13  Time Warner Telecom Inc.
    10475 Park Meadows Dr. , #400
14  Littleton, CO 80124

15  Tina Moss
    410 Park Ave.
16  New York, NY 10022

17

18

19

20

21

22

23

24

25

26

27

28
```

4