IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  
AMERICAN HOME MORTGAGE  
HOLDING INC. et all,  
             Debtor.

\* Case No.: 07-11047(CSS)  
\* Chapter 11

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO**  
**VARIOUS PROPERTIES LISTED ON EXHIBIT A**  
*(Relates to Docket # 5304)*

**AND CONSIDERATION** of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with respect to each parcel of Real Property listed on **Exhibit A** (the "Motion") filed by Citibank, N.A., as Trustee c/o EMC Mortgage Corporation (the "Movant"); the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of Real Property listed on **Exhibit A** (the "Properties") under applicable non-bankruptcy law; it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is modified solely with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the properties,

including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the Property and all other legal remedies against the Properties which may be available to Citibank, N.A., as Trustee c/o EMC Mortgage Corporation, under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Properties or (ii) shall *estop* the Debtors from deny that that they hold any interest in the Properties; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3)

Dated: 9-15-08

The Honorable Christopher S. Sontchi
United States Bankruptcy Court