# EXHIBIT A

In re: American Home Mortgage Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)
Movant: Citibank, N.A., as Trustee

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 15073315 | RUTKOWSKI | 16-Feb-06 | $122,500 | $152,973.43 | $174,900 | 5 Woodridge Rd., Montgomery, IL 60538 |
| 13789631 | BARENZ | 6-Apr-06 | $93,600 | $121,016.73 | $65,000 | 4502 N. 29th Street, Tampa, FL 33610 |