# EXHIBIT D

## Exhibit D
### Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims ||||| New Case Number |
| --- | --- | --- | --- | --- | --- | --- |
| | Claim Number | Date Filed | Case Number | | | Case Number |
| ALLY, MOHAMED SAYYID<br>4527 INGHAM RD<br>OWINGS MILLS, MD 21117 | 1143 | 9/21/07 | 07-11047 | | - (S)<br>- (A)<br>$942.40 (P)<br>- (U)<br>$942.40 (T) | 07-11051 |
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | 1603 | 9/17/07 | 07-11047 | | - (S)<br>- (A)<br>- (P)<br>$825.00 (U)<br>$825.00 (T) | 07-11053 |
| BIRDS AND EXOTICS ANIMAL CARE<br>ATTN KERRY BATEMAN<br>OFFICE MANAGER<br>814 JOHNNIE DODDS BLVD<br>MOUNT PLEASANT, SC 29464 | 6001 | 11/26/07 | Unspecified | | - (S)<br>- (A)<br>- (P)<br>$5,100.00 (U)<br>$5,100.00 (T) | 07-11051 |
| BLACKS, ISSAC<br>80 CENTERWOOD ST.<br>W. BABYLON, NY 11704 | 6155 | 12/24/07 | Unspecified | | - (S)<br>- (A)<br>$223.08 (P)<br>- (U)<br>$223.08 (T) | 07-11051 |
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | 120 | 8/28/07 | 07-11047 | | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 |
| CORREA, PATRICIA E.<br>501 W MAIN ST APT 1-G<br>STAMFORD, CT 06902 | 1342 | 10/1/07 | Unspecified | | - (S)<br>- (A)<br>$1,320.00 (P)<br>- (U)<br>$1,320.00 (T) | 07-11051 |
| DANZILO, ANTHONY<br>2474 FREEPORT ST<br>WANTAGH, NY 11793 | 8073 | 1/10/08 | 07-11047 | | - (S)<br>- (A)<br>$607.69 (P)<br>- (U)<br>$607.69 (T) | 07-11051 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| DIGAUDRO, MICHAEL<br>934 SOUTH 6TH ST<br>LINDENHURST, NY 11757 | 375 | 9/7/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$118.58 (U)<br>$118.58 (T) | 07-11051 |
| DOUG GOURLEY CATERING<br>ATTN DOUGLAS GOURLEY, OWNER<br>10516 MICKLAY<br>BOISE, ID 83704 | 3491 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | 07-11051 |
| DUNSON, LATANYA<br>144-02 LINDEN BLVD<br>JAMAICA-QUEENS, NY 11436 | 8438 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$557.00 (P)<br>- (U)<br>$557.00 (T) | 07-11051 |
| DWAYNE LEMMON APPRAISAL SVC<br>390 F M 1635<br>ATLANTA, TX 75551 | 3055 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 |
| EQUIFAX<br>ATTN: ALTHEA BARNES, ACCTS RECEIVABLE<br>1100 ABERNATHY ROAD SUITE 300<br>MAIL DROP 52D<br>ATLANTA, GA 30328 | 5407 | 12/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$447,995.19 (U)<br>$447,995.19 (T) | 07-11051 |
| FELCKOWSKI, LAWRENCE<br>22 MARLENE DRIVE<br>CHEEKTOWAGA, NY 14225 | 1482 | 10/9/07 | Unspecified | - (S)<br>- (A)<br>$615.20 (P)<br>- (U)<br>$615.20 (T) | 07-11051 |
| FIDDLER, THOMAS<br>13 AVERILL COURT<br>NORTH BARRINGTON, IL 60010 | 511 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$80,149.14 (U)<br>$80,149.14 (T) | 07-11047 |
| FIELDS, COTY<br>975 ABERDEEN AVE NE # A-101<br>RENTON, WA 98056 | 1211 | 9/25/07 | Unspecified | - (S)<br>- (A)<br>$1,263.60 (P)<br>- (U)<br>$1,263.60 (T) | 07-11051 |
| GOLDSTEIN, ADAM<br>42 SENECA DR<br>COMMACK, NY 11725 | 913 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$1,861.04 (P)<br>- (U)<br>$1,861.04 (T) | 07-11051 |

| | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | 9871 | 2/1/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$213.59 (U)<br>$213.59 (T) | 07-11051 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | 9872 | 2/1/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$222.04 (U)<br>$222.04 (T) | 07-11051 |
| HENRY, KYLE<br>147 W 15TH ST<br>DEER PARK, NY 11729 | 840 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$480.75 (P)<br>- (U)<br>$480.76 (T) | 07-11051 |
| HILLIARD, KATHRYN<br>PO BOX 560<br>FRANKLIN SQUARE, NY 11010 | 6313 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$674.87 (U)<br>$674.87 (T) | 07-11051 |
| INTER-TEL TECHNOLOGIES, INC<br>C/O LEGAL DEPARTMENT - DIANE CLINE<br>7300 W BOSTON ST<br>CHANDLER, AZ 85226 | 9715 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,866.68 (U)<br>$7,866.68 (T) | 07-11053 |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | 1182 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | 07-11051 |
| MAMMOLA, LAURA<br>158 HORIZON VIEW DR<br>FARMINGVILLE, NY 11738 | 6337 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 07-11051 |
| MCCANN, JONATHAN M.<br>6541 SAUNDERS ST #5D<br>REGO PARK, NY 11374 | 662 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$446.15 (P)<br>- (U)<br>$446.15 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| METCALF, ANNETTE<br>12003 W 64TH PL<br>ARVADA, CO 80005 | 553 | 9/11/07 | Unspecified | - (S)<br>- (A)<br>$138.56 (P)<br>- (U)<br>$138.56 (T) | 07-11051 |
| MOINI, DENISE<br>12388 SW 52ND ST<br>COOPER CITY, FL 33330 | 216 | 8/31/07 | Unspecified | - (S)<br>- (A)<br>$384.62 (P)<br>- (U)<br>$384.62 (T) | 07-11051 |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | 999 | 9/19/07 | Unspecified | - (S)<br>- (A)<br>$3,748.59 (P)<br>- (U)<br>$3,748.59 (T) | 07-11051 |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES PC<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | 10434 | 7/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | 07-11051 |
| MUSCAT, CHARLENE D.<br>216 SHORESIDE DR<br>LEXINGTON, KY 40515 | 413 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$1,388.00 (P)<br>- (U)<br>$1,388.00 (T) | 07-11051 |
| NEAL, LINDSAY<br>3506 MAIN ST 2ND FL<br>MUNHALL, PA 15120 | 933 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$1,187.31 (P)<br>- (U)<br>$1,187.31 (T) | 07-11051 |
| NIEHOFF, MARGUERITE T.<br>2 ELK RUN DR.<br>ST. PETERS, MO 63376 | 5807 | 12/18/07 | Unspecified | - (S)<br>- (A)<br>$625.00 (P)<br>- (U)<br>$625.00 (T) | 07-11051 |
| NUZZO, SHAWN P.<br>27A ERLAND ROAD<br>STONY BROOK, NY 11790 | 1376 | 10/2/07 | Unspecified | - (S)<br>- (A)<br>$346.15 (P)<br>- (U)<br>$346.15 (T) | 07-11051 |
| NWOSY, CHARLES<br>493 43RD STREET<br>LINDENHURST, NY 11757 | 6319 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>$692.31 (P)<br>- (U)<br>$692.31 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | | Case Number |
| ORELLANA, KIRK R.<br>6112 OVERBROOK LN<br>JOLIET, IL 60431 | 8971 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$576.00 (P)<br>- (U)<br>$576.00 (T) | 07-11051 |
| PASINI, RICHARD J.<br>PO BOX 82<br>HICKSVILLE, NY 11802-0082 | 470 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$1,281.00 (P)<br>- (U)<br>$1,281.00 (T) | 07-11051 |
| PETAK, JERRY L.<br>114 W COLE ST<br>MOUNT CARROLL, IL 61053 | 2308 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | 07-11051 |
| ROBERTS, SUSAN D.<br>4334 DOWNS SQ<br>BELCAMP, MD 21017 | 974 | 9/18/07 | 07-11047 | - (S)<br>- (A)<br>$4,523.52 (P)<br>- (U)<br>$4,523.52 (T) | 07-11051 |
| ROESCH, JUDITH G.<br>4831 CONDOR ST<br>METAIRIE, LA 70001 | 62 | 8/24/07 | Unspecified | - (S)<br>- (A)<br>$800.00 (P)<br>- (U)<br>$800.00 (T) | 07-11051 |
| ROSENZWEIG, CAROL<br>31 WILSON AVE<br>AMITYVILLE, NY 11701 | 658 | 9/12/07 | 07-11047 | - (S)<br>- (A)<br>$1,561.88 (P)<br>- (U)<br>$1,561.88 (T) | 07-11051 |
| ROSS, TONYA L<br>1428 FRIENDLY AVE<br>PORTAGE, MI 49002 | 286 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$396.00 (P)<br>- (U)<br>$396.00 (T) | 07-11051 |
| RUSZKAY, CHRISTINE<br>1326 MARY JANE LANE<br>WEST CHESTER, PA 19380 | 1310 | 9/28/07 | Unspecified | - (S)<br>- (A)<br>$646.00 (P)<br>- (U)<br>$646.00 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| SALERNO, GARY C. 105 CAYUGA PL JERICHO, NY 11753 | 3023 | 11/23/07 | 07-11053 | - (S) - (A) $3,692.31 (P) - (U) $3,692.31 (T) | 07-11051 |
| SAUER, CHRISTINE 4176-B SOUTH MOBILE CIRCLE AURORA, CO 80013 | 723 | 9/13/07 | 07-11047 | - (S) - (A) $624.02 (P) - (U) $624.02 (T) | 07-11051 |
| SCHAEFFER, JAIME 307 JEFFERSON AVE LINDEN, NJ 07036 | 743 | 9/13/07 | Unspecified | - (S) - (A) $1,425.60 (P) - (U) $1,425.60 (T) | 07-11051 |
| SINGH, BONITA N. 28 GABLES DR HICKSVILLE, NY 11801 | 258 | 9/4/07 | Unspecified | - (S) - (A) $6,660.00 (P) - (U) $6,660.00 (T) | 07-11051 |
| SMITH, FELICIA 609 HAMMOND ST ROCKY MOUNT, NC 27804 | 2683 | 11/19/07 | Unspecified | - (S) - (A) $1,846.20 (P) - (U) $1,846.20 (T) | 07-11051 |
| SOMMER, NANCY K. 10235 N 31ST ST # 14 PHOENIX, AZ 85028 | 849 | 9/17/07 | Unspecified | - (S) - (A) $253.76 (P) - (U) $253.76 (T) | 07-11051 |
| SOUTHARD, JEANNA D. 4551 AMY SAYE WALK ACWORTH, GA 30101 | 6019 | 12/14/07 | 07-11050 | - (S) - (A) - (P) $2,570.00 (U) $2,570.00 (T) | 07-11051 |
| STEWART, ALTHEA 64 IROQUOIS AVE SELDE | 791 | 9/14/07 | Unspecified | - (S) - (A) $384.90 (P) - (U) $384.90 (T) | 07-11051 |
| UNITED PARCEL SERVICE C/O RMS BANKRUPTCY RECOVERY SERVICES MARYBETH M. NEWELL PO BOX 4396 TIMONIUM, MD 21094 | 1391 | 9/26/07 | 07-11047 | - (S) - (A) - (P) $472,313.89 (U) $472,313.89 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| VERIZON<br>ATTN SREYLAK BIN-HEMINGWAY<br>6415 BUSINESS CENTER DR<br>HIGHLANDS RANCH, CO 80126 | 1515 | 10/3/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$373,396.83 (U)<br>$373,396.83 (T) | 07-11051 |
| VERIZON, INC<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | 10118 | 3/18/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$25,100.23 (U)<br>$25,100.23 (T) | 07-11051 |
| WEINHEIMER, TRACEY K.<br>2291 AIRPORT RD<br>GREENFIELD, IA 50849 | 1047 | 9/20/07 | Unspecified | - (S)<br>- (A)<br>$2,077.20 (P)<br>- (U)<br>$2,077.20 (T) | 07-11051 |
| WHEELER, SUSAN D.<br>3918 CROOKED OAK ST<br>NORTH LAS VEGAS, NV 89032 | 1439 | 10/5/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$830.76 (U)<br>$830.76 (T) | 07-11051 |
| WILSON, MIKKI<br>1821 N CAVALIER RD<br>LIBERTY LAKE, WA 99016 | 757 | 9/14/07 | Unspecified | - (S)<br>- (A)<br>$1,344.00 (P)<br>- (U)<br>$1,344.00 (T) | 07-11051 |
| WURTH, CORTNEY<br>PO BOX 202<br>BAINBRIDGE, PA 17502 | 281 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$936.00 (P)<br>- (U)<br>$936.00 (T) | 07-11051 |
| YORK REAL ESTATE SERVICES<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123-8325 | 2382 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) | 07-11053 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | New Case Number |
|---|---|---|---|---|
| Totals: | 57 Claims | | - (S) | |
| | | | - (A) | |
| | | | $46,830.71 (P) | |
| | | | $1,671,276.93 (U) | |
| | | | $1,718,107.64 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.