# EXHIBIT E

**Exhibit E**

**Satisfied Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| AQUINO, RODOLFO V., III<br>1543 KEM WAY<br>WALNUT, CA 91789 | 705 | 9/13/07 | Unspecified | $1,087.50 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$1,087.50 (T) | Debtors' books and records indicate all owed earnings have been paid |
| BRADSHAW, STACY A<br>16616 199TH PL NE<br>WOODINVILLE, WA 98072 | 2575 | 11/19/07 | 07-11051 | Unspecified* | | Claim for employee vacation time. Claimant was issued vacation time payment on 11/9/07 |
| BURDMAN, CHARLES E.<br>18 ROBIN TERRACE<br>MASSAPEQUA PARK, NY 11762 | 735 | 9/13/07 | 07-11051 | $1,307.70 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$1,307.70 (T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| CHUDGAN, BHARTI<br>96 CARAMEL RD<br>COMMACK, NY 11725 | 300 | 9/4/07 | Unspecified | $5,156.25<br>$5,156.25 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| DAWSON, CARLTON R.<br>5989 EMMA CANNON ROAD<br>AYDEN, NC 28513 | 10207 | 4/14/08 | Unspecified | $400.00<br>$400.00 | (S)<br>- (A)<br>- (P)<br>- (U)<br>(T) | Claim for refund. The Debtors sent refund check to claimant in July 2008 |
| FISHER, KAREN A.<br>5295 S HARLAN WAY<br>LITTLETON, CO 80123 | 549 | 9/11/07 | Unspecified | $2,548.00<br>$2,548.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim for employee vacation time. Claimant received vacation payout on 8/10/07 |
| FROMMER, ERIC<br>8407 18TH AVE W 1-106<br>EVERETT, WA 98204 | 319 | 9/4/07 | 07-11051 | $760.00<br>$760.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim for employee vacation time. Claimant received vacation payout on 9/10/07 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| GETTINGS, THERESA<br>254 SHORELINE LOOP<br>MOORESVILLE, NC 28117 | 86 | 8/27/07 | Unspecified | -<br>-<br>$2,308.00<br>-<br>$2,308.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim for employee vacation time. Claimant received vacation payout on 9/10/07 |
| GIANNONE, LISA<br>PO BOX 75<br>HICKSVILLE, NY 11802 | 2240 | 11/15/07 | 07-11051 | -<br>-<br>$600.00<br>-<br>$600.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim for employee vacation time. Claimant was issued vacation time payment on 8/7/07 |
| GRANITE TELECOMMUNICATIONS<br>ATTN THEODORE F. RODRIGUEZ,<br>GENERAL COUNSEL<br>100 NEWPORT AVENUE EXT.<br>QUINCY, MA 02171 | 9250 | 1/1/08 | 07-11051 | -<br>-<br>-<br>$51,268.26<br>$51,268.26 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim for post-petition services provided. The Debtors' books and records indicate that claim was paid. |
| HAYES, SUSAN L<br>15561 HAMMETT CT<br>MORENO VALLEY, CA 92555 | 563 | 9/11/07 | 07-11052 | -<br>-<br>$664.56<br>$664.56<br>$664.56 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' books and records indicate that claim was paid on 9/10/07 |
| HEMME, CHRISTINE M<br>2415 GLORY DR<br>WATERFORD, PA 16441 | 7498 | 1/7/08 | 07-11051 | -<br>-<br>$71.25<br>-<br>$71.25 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' books and records indicate that claim was paid on 8/24/07 |
| HERNANDEZ, ELENA<br>21 N 64TH DRIVE<br>PHOENIX, AZ 85043 | 2594 | 11/19/07 | 07-11051 | -<br>-<br>-<br>$1,116.00<br>$1,116.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim for employee vacation time. Claimant was issued vacation time payment on 9/10/07 |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | 920 | 9/17/07 | 07-11051 | -<br>-<br>-<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' books and records indicate that claim was paid on 11/2/07. |
| NAKAMURA, MICHAEL<br>5348 GRASSWOOD CIR<br>CONCORD, CA 94521 | 2647 | 11/19/07 | 07-11051 | -<br>-<br>$930.56<br>-<br>$930.56 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| NAPOLI, CARMINE F<br>104 ADIRONDACK DR<br>SELDEN, NY 11784 | 3825 | 11/29/07 | 07-11051 | -<br>-<br>$3,360.00<br>-<br>$3,360.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim for employee vacation time. Claimant was issued vacation time payment on 8/07/07 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PETERSON, JILL A<br>8748 MCKENDREE RD<br>WESLEY CHAPEL, FL 33544 | 2616 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,903.88 (P)<br>- (U)<br>$1,903.88 (T) | Claim for employee vacation time. Claimant was issued vacation time payment on 9/10/07 |
| REVAK, KELLEY<br>805 WOODWARD ST<br>MCKEESPORT, PA 15132 | 3782 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$1,818.88 (P)<br>- (U)<br>$1,818.88 (T) | Claim for employee vacation time. Claimant was issued vacation time payment on 8/07/07 |
| RODRIGUEZ, RONALD E.<br>14848 DICKY ST<br>WHITTIER, CA 90604 | 898 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$1,445.00 (P)<br>- (U)<br>$1,445.00 (T) | Claimant paid for full amount of entitlement per the Debtors' books and records |
| SKYPARK RPR ASSOCIATES II<br>2780 SKYPARK DRIVE<br>SUITE 202<br>TORRANCE, CA 90505 | 4991 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,345.17 (U)<br>$1,345.17 (T) | Claim for rent. The Debtors' books and records indicate that full month of rent was paid. |
| STAGNER, JESSICA<br>12818 PORTULACA<br>DRIVE UNIT F<br>SAINT LOUIS, MO 63146 | 2183 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,803.85 (P)<br>- (U)<br>$1,803.85 (T) | Claim for employee incentive bonus and vacation time. Claimant received payment for incentive bonus on 8/24 and vacation time on 9/10 |
| SULLYFIELD MTC LLC, W&F MTC LLC & MTC TIC LLC - SUCCESSOR TO WRIT L.P.<br>JEFFREY S. ROMANICK - GROSS & ROMANICK<br>3975 UNIVERSITY DRIVE, SUITE 410<br>FAIRFAX, VA 22030 | 7194 | 1/7/08 | 07-11051 | - (S)<br>$9,034.74 (A)<br>- (P)<br>- (U)<br>$9,034.74 (T) | Claim for rent. The Debtors' books and records indicate that August and September rent was paid on 07/24/07 and 10/04/07, respectively |
| TRUJILLO, ELIZABETH<br>951 ROSE AVE<br>DES PLAINES, IL 60016 | 7275 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$538.24 (P)<br>- (U)<br>$538.24 (T) | Claim for employee vacation time. Claimant was issued vacation and transition payment on 8/07/07 |
| TYMA, LORRAINE<br>3 SUMMIT DRIVE<br>HOOKSETT, NH 03106 | 5015 | 12/10/07 | 07-11051 | Unspecified* | Claim for employee vacation time. Claimant was issued vacation time payment on 9/10/07 |
| WANG, ELI J<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | 3451 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,525.75 (P)<br>- (U)<br>$1,525.75 (T) | Claim for employee vacation time. Claimant was issued vacation time payment on 9/10/07 |

———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 25 Claims | | $400.00 (S)<br>$9,034.74 (A)<br>$27,829.42 (P)<br>$74,393.99 (U)<br>$110,993.59 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.