## EXHIBIT A

## First Interim Fee Request of Phoenix Capital, Inc.

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-12/31/07<br>4/11/08<br>3669 | 400,000.00 | 12,569.56 |
| Totals | 400,000.00 | 12,569.56 |