IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS<br><br>**Objections due by:  10/2/08**<br>**Hearing Date: 10/22/08** |

## NOTICE OF WITHDRAWAL OF MOTION
*(relates to Docket No.5640)*

PLEASE TAKE NOTICE that Washington Mutual Bank withdraws its Motion for Relief from Automatic Stay (Docket No. 5640) without prejudice.

Dated  September 15, 2008           Respectfully submitted,
          Wilmington, Delaware
                                    DRAPER & GOLDBERG, PLLC


                                     /s/ Adam Hiller
                                    Adam Hiller (DE No. 4105)
                                    Maria Aprile Sawczuk (De No. 3320)
                                    1500 North French Street, 2nd Floor
                                    Wilmington, Delaware 19801
                                    (302) 339-8776 telephone
                                    (302) 213-0043 facsimile
                                    *Attorneys for Movant*