IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2008, copies of the foregoing Notice of Withdrawal of Motion were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: September 15, 2008　　　　　　　　/s/ Adam Hiller
　　　　Wilmington, Delaware　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　Maria Aprile Sawczuk (De No 3320)
　　　　　　　　　　　　　　　　　　　Draper & Goldberg, PLLC
　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 339-8776 telephone
　　　　　　　　　　　　　　　　　　　(302) 213-0043 facsimile