

**OFFICE OF TREASURER-TAX COLLECTOR**
**CALAVERAS COUNTY**
GOVERNMENT CENTER
891 MOUNTAIN RANCH ROAD
SAN ANDREAS, CA. 95249-9709
(209) 754-6350

LYNETTE NORFOLK, TREASURER-TAX COLLECTOR

RECEIVED / FILED
SEP 15 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

September 9, 2008

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street Ste 2207 – Lockbox #35
Wilimington, DE  19801

Re:  American Home Mortgage Holdings Inc
    #07-11447-CSS
    APN's: 048-042-085, 061-058-035, 073-046-021, 020-010-038

Dear Sir:

It has come to our attention American Mortgage Holdings Inc filed for bankruptcy August 6, 2007. At no time has the Calaveras County Tax Collector's Office been listed as a creditor, therefore no claim was ever submitted. This company has outstanding taxes owing on 4 parcels in Calaveras County. Payoff good thru September 30, 2008 is $42,987.42 with additional interest accruing at 1/5% monthly. We are asking we be added to the list of creditors and be included in the disbursement of any funds made available.

For additional questions please phone (209) 754-6718 ask for Kathy.

Sincerely,

Lynette Norfolk
Treasurer/Tax Collector

Cc:
Honorable Christopher S. Sontschi
United States Bankruptcy Court for District of Delaware
824 N. Market Street, Wilimington, DE  19801

048-01∝ 
061-058-035 
073-046-021 
020-010-038

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**RECEIVED**
AUG 19 2008
LYNETTE NORFOLK
TREASURER & TAX COLLECTOR

----------------------------------------------- x   Chapter 11
In re:                                          :
                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                          :
HOLDINGS, INC., a Delaware corporation, et al., :   Jointly Administered
                                                :
                              Debtors.[1]       :   Objection Deadline: September 9, 2008 at 4:00 p.m. (ET)
                                                :   Hearing Date: September 15, 2008 at 10:00 a.m. (ET)
----------------------------------------------- x

## NOTICE OF HEARING TO CONSIDER
## THE ADEQUACY OF DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE THAT** on August 15, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware *The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **September 15, 2008 at 10:00 a.m. (ET)** convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must: (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (c) be filed with the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, *on or before 4:00 p.m. (prevailing Eastern Time) on September 9, 2008*; and (d) be served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:6842992.7                                                                                                        066585.1001

Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn.: Bonnie Glantz Fatell), counsel for the Official Committee of Unsecured Creditors; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and the Disclosure Statement may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
       August 15, 2008

                                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                              /s/ Patrick A. Jackson
                                                              James L. Patton, Jr. (No. 2202)
                                                              Robert S. Brady (No. 2847)
                                                              Pauline K. Morgan (No. 3650)
                                                              Sean M. Beach (No. 4070)
                                                              Matthew B. Lunn (No. 4119)
                                                              Patrick A. Jackson (No. 4976)
                                                              The Brandywine Building
                                                              1000 West Street, 17th Floor
                                                              Wilmington, Delaware 19801
                                                              Telephone: (302) 571-6600
                                                              Facsimile: (302) 571-1253

                                                              Counsel for Debtors and Debtors in Possession