9-9-08

To whom It May Concern: Clerk of The
Bankruptcy Court.

Enclosed you will find for
the second time copies of proof
of the loss of my stocks and
monies. I am unable to retain a
lawyer to follow the instruction
in your letter so I am letting you
know this up front. From looking at
the statement enclosed I can only
surmise that I lost app. $25 to $40
thousand dollars. I am not stopping
with this and I would like help
if possible with this.

Sincerely
[signature]
Huggins

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              :   Jointly Administered
                                                             :
                        Debtors.¹                            :   Objection Deadline: September 9, 2008 at 4:00 p.m. (ET)
                                                             :   Hearing Date: September 15, 2008 at 10:00 a.m. (ET)
------------------------------------------------------------ x
```

## NOTICE OF HEARING TO CONSIDER
## THE ADEQUACY OF DISCLOSURE STATEMENT

   **PLEASE TAKE NOTICE THAT** on August 15, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware *The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* (the "Disclosure Statement").

   **PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **September 15, 2008 at 10:00 a.m. (ET)** convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

   **PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must:  (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (c) be filed with the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, ***on or before 4:00 p.m. (prevailing Eastern Time) on September 9, 2008***; and (d) be served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.:  James L. Patton and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

July 30, 2008

Please be advised that I am sending proof that my stockes are wiped out and providing that proof to you. I am not quit sure what you are asking for but I can provide copies of my statements. I am not letting this go and I filing a response to this. This was was life savings!

Thank you
Richelle Higgins

P.S.
I may be reached at
(c) 803-944-1281 or
(H) 803-226-3235

I have confirmation

# RAYMOND JAMES
## FINANCIAL SERVICES, INC.
### Member FINRA/SIPC

## CRESCENT BANK
*Have a nice bank*



# Investment Account Summary

**March 31 to May 30, 2008**

MICHELLE HUGGINS
1025 HILLBROOK LN
NEWBERRY SC 29108-7806252

1411

GENIE BLANTON
Raymond James Financial Services, Inc.
RAYMOND JAMES FINANCIAL SVCS | 1117 48TH AVENUE N | SUITE 123 | MYRTLE BEACH, SC
29577 | (843) 429-2447
raymondjames.com/Blanton/HardeeKellett/ | Genie.Blanton@RaymondJames.com

Raymond James Client Services | 800-647-SERV(7378) | Monday - Friday 8 a.m. to 6 p.m. ET
Online Account Access | raymondjames.com/investoraccess

**Account No. 20353174**

**Closing Value $42.81**

Investment - Account Summary

Page 1 of 4

## Investment Objectives

**Primary:** Growth with a high risk tolerance and a time horizon exceeding 10 years.

**Secondary:** Growth with a medium risk tolerance and a time horizon exceeding 10 years.

## Activity

| | This Statement | Year to Date |
|---|---|---|
| Beginning Balance | $ 15,614.71 | $ 19,158.53 |
| Deposits | $ 0.00 | $ 0.00 |
| Income | $ 2.31 | $ 2.69 |
| Withdrawals | $ (17,921.43) | $ (19,761.43) |
| Expenses | $ 0.00 | $ 0.00 |
| Change in Market Value | $ 2,347.22 | $ 643.02 |
| **Ending Balance** | **$ 42.81** | **$ 42.81** |
| Purchases | $ 0.00 | $ 0.00 |
| Sales/Redemptions | $ 17,917.82 | $ 17,917.82 |

## Dollar-Weighted Performance

Performance Inception 05/23/06

See Understanding Your Statement for important information about these calculations.

| | YTD | 2007 | 2006 |
|---|---|---|---|
| | 4.08% | (59.14)% | (12.01)% |

All performance figures exclude annuities. Raymond James CDs, some limited partnerships and unpriced securities.

Account owned by Raymond James & Associates Inc.
Member New York Stock Exchange/SIPC

## Value Over Time

Value in 000's



| | |
|---|---|
| $103.33 | |
| $83.87 | |
| $64.41 | |
| $44.95 | |
| $25.49 | |
| $6.03 | |
| $(13.43) | |
| May 06   Nov 06   May 07   Nov 07   May 08 | |

## Portfolio Allocation



94.61%

5.39%

| | Current Value | Percentage Allocation |
|---|---|---|
| Cash & Equivalents | $ 2.31 | 5.39% |
| Equities | $ 40.50 | 94.61% |
| Mutual Funds | $ - | - |
| Fixed Income | $ - | - |
| Annuities | $ - | - |
| Alternative Investments | $ - | - |

**RAYMOND JAMES**
FINANCIAL SERVICES, INC.
Member FINRA/SIPC

CRESCENT BANK
Have a nice bank

March 31 to May 30, 2008

**Your Portfolio**

Investment Account No. 20353171

## Cash & Equivalents

### Cash / Client Interest Program ◆

| Description | (Symbol) | | | | Value | Income Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| CASH HELD IN CLIENT INTEREST PROGRAM | | | | | $2.31 | | |
| Cash / Client Interest Program Total | | | | | $2.31 | | $0.00 |

◆ Please See Client Interest Program on the Understanding Your Statement page.

| Cash & Equivalents Total | | | | | $2.31 | | $0.00 |

## Equities

### REITs / Tangibles †

| Description | (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN HOME MTG INVT CORPORATION REIT | (AHMIQ) | 900.000 | 03/29/2005 | $28.617 | $25,755.26 | $0.045 | $40.50 | 0.00% | | (99.84)% | $(25,714.76) |
| REITs / Tangibles Total | | | | | $25,755.26 | | $40.50 | | | (99.84)% | $(25,714.76) |

† Please see REITs/Tangibles on the Understanding Your Statement page.

| Equities Total | | | | | $25,755.26 | | $40.50 | 0.00% | | (99.84)% | $(25,714.76) |





**RAYMOND JAMES** FINANCIAL SERVICES, INC. Member FINRA/SIPC | **CRESCENT BANK** Have a nice bank

# Investment Account Summary

May 30 to June 30, 2008

**Closing Value $29.31**

## Account No. 20353171

**GENIE BLANTON**
Raymond James Financial Services, Inc.
RAYMOND JAMES FINANCIAL SVCS | 1117 48TH AVENUE N | SUITE 123 | MYRTLE BEACH, SC
29577 | (843) 429-2486
raymondjames.com/BlantonHardeeKellett/ | Genie.Blanton@RaymondJames.com

Online Account Access | raymondjames.com/investoraccess

Raymond James Client Services | 800-647-SERV (7378) | Monday - Friday 8 a.m. to 6 p.m. ET

MICHELLE HUGGINS
1025 HILLBROOK LN
NEWBERRY SC 29108-7806252

366

## Investment Objectives

Primary: Growth with a high risk tolerance and a time horizon exceeding 10 years.

Secondary: Growth with a medium risk tolerance and a time horizon exceeding 10 years.

## Activity

| | This Statement | Year to Date |
|---|---|---|
| Beginning Balance | $ 42.81 | $ 19,158.53 |
| Deposits | $ 0.00 | 0.00 |
| Income | $ 0.00 | 2.69 |
| Withdrawals | $ 0.00 | (19,761.43) |
| Expenses | $ 0.00 | 0.00 |
| Change in Market Value | $ (13.50) | 629.52 |
| Ending Balance | $ 29.31 | 29.31 |
| Purchases | $ 0.00 | 0.00 |
| Sales/Redemptions | $ 0.00 | 17,917.82 |

## Dollar-Weighted Performance

Performance Inception 05/23/06

| This Quarter | YTD | 2007 | 2006 | Since 05/23/2006 |
|---|---|---|---|---|
| 30.19% | 4.80% | (59.14)% | (12.01)% | N/A |

See Understanding Your Statement for important information about these calculations.

All performance figures exclude annuities, Raymond James CDs, some limited partnerships and unpriced securities.

Account carried by Raymond James & Associates Inc.
Member New York Stock Exchange/SIPC

## Value Over Time



Value in 000's

$103.34
$83.87
$64.41
$44.95
$25.48
$6.02
$(13.45)

May 06    Nov 06    May 07    Nov 07    May 08    Jun 08

## Portfolio Allocation



92.12%

7.89%

| | Current Value | Percentage Allocation |
|---|---|---|
| Cash & Equivalents | $ 2.31 | 7.88% |
| Equities | $ 27.00 | 92.12% |
| Mutual Funds | $ - | - |
| Fixed Income | $ - | - |
| Annuities | $ - | - |
| Alternative Investments | $ - | - |

20353171-17-1    508/4741

**RAYMOND JAMES**
FINANCIAL SERVICES, INC.
Member FINRA/SIPC

CRESCENT
BANK
Have a nice bank

May 30 to June 30, 2008

**Your Portfolio**
Investment Account No. 20353171

## Cash & Equivalents

### Cash / Client Interest Program ◆

| Description | (Symbol) | | | | | Value | Income Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| CASH HELD IN CLIENT INTEREST PROGRAM | | | | | | $2.31 | | |
| **Cash / Client Interest Program Total** | | | | | | $2.31 | | $0.00 |

◆ Please See Client Interest Program on the Understanding Your Statement page.

| **Cash & Equivalents Total** | $2.31 | $0.00 |
|---|---|---|

## Equities

### REITs / Tangibles †

| Description | (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN HOME MTG INVT CORPORATION REIT | (AHMIQ) | 900.000 | 03/29/2005 | $28.617 | $25,755.26 | $0.030 | $27.00 | | | (99.90)% | $(25,728.26) |
| **REITs / Tangibles Total** | | | | | $25,755.26 | | $27.00 | 0.00% | | (99.90)% | $(25,728.26) |

† Please see REITs/Tangibles on the Understanding Your Statement page.

| **Equities Total** | $25,755.26 | | $27.00 | 0.00% | | (99.90)% | $(25,728.26) |
|---|---|---|---|---|---|---|---|



20353171-12-1  508/4241

# RAYMOND JAMES
FINANCIAL SERVICES, INC.
Member FINRA/SIPC

# CRESCENT BANK
Have a nice bank

---

## Investment Account Summary

**January 31 to March 31, 2008**

**Account No. 20353171**

**Closing Value $15,614.71**

**GENIE BLANTON**
Raymond James Financial Services, Inc.
RAYMOND JAMES FINANCIAL SVCS | 1117 48TH AVENUE N, SUITE 123 | MYRTLE BEACH, SC
29577 | (843) 429-2417
raymondjames.com/blanton/hardeekellett | Genie.Blanton@Raymondjames.com

Raymond James Client Services | 800-647-SERV (7378) | Monday - Friday, 8 a.m. to 6 p.m. ET

Online Account Access | raymondjames.com/investoraccess

---

1332

MICHELLE HUGGINS
1025 HILLBROOK LN
NEWBERRY SC 29108-7806252



## Investment Objectives

**Primary:** Growth with a high risk tolerance and a time horizon exceeding 10 years.

**Secondary:** Growth with a medium risk tolerance and a time horizon exceeding 10 years.

## Activity

| | This Statement | Year to Date |
|---|---|---|
| **Beginning Balance** | $ 16,235.91 | $ 19,158.53 |
| Deposits | $ 0.00 | $ 0.00 |
| Income | $ 0.00 | 0.38 |
| Withdrawals | $ 0.00 | (1,840.00) |
| Expenses | $ 0.00 | 0.00 |
| Change in Market Value | $ (621.20) | (1,704.20) |
| **Ending Balance** | $ 15,614.71 | $ 15,614.71 |
| Purchases | $ 0.00 | 0.00 |
| Sales/Redemptions | $ 0.00 | 0.00 |

## Dollar-Weighted Performance

See Understanding Your Statement for important information about these calculations.

| | This Quarter | YTD | 2007 | 2006 | Since 05/23/2006 |
|---|---|---|---|---|---|
| Performance Inception 05/23/06 | (9.81)% | (9.81)% | (59.14)% | (12.01)% | N/A |

All performance figures exclude annuities. Raymond James CDs, some limited partnerships and unpriced securities.

Account carried by Raymond James & Associates Inc.
Member New York Stock Exchange/SIPC

## Value Over Time

Value in 000's

$101.00
$84.91
$68.82
$52.74
$36.65
$20.56
$4.48

May 06  Aug 06  Nov 06  Feb 07  May 07  Aug 07  Nov 07  Feb 08  Mar 08



## Portfolio Allocation



99.53%

0.02%
0.45%

| | Current Value | Percentage Allocation |
|---|---|---|
| Cash & Equivalents | $ 3.61 | 0.02% |
| Equities | $ 71.10 | 0.45% |
| Mutual Funds | $ 15,540.00 | 99.53% |
| Fixed Income | $ - | - |
| Annuities | $ - | - |
| Alternative Investments | $ - | - |



Investment - Account Summary

Page 1 of 4



**RAYMOND JAMES®**
FINANCIAL SERVICES, INC.
Member FINRA/SIPC

**CRESCENT BANK**
Have a nice bank

**January 31 to March 31, 2008**

# Your Portfolio

Investment Account No. 20353171

## Cash & Equivalents

### Cash / Client Interest Program ◆

| Description | | | | | | Value | Income Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| CASH HELD IN CLIENT INTEREST PROGRAM | | | | | | $3.61 | | |
| Cash / Client Interest Program Total | | | | | | $3.61 | | $0.00 |

◆ Please See Client Interest Program on the Understanding Your Statement page.

| Cash & Equivalents Total | $3.61 | $0.00 |
|---|---|---|

## Equities

### REITs / Tangibles †

| Description    (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN HOME MTG INVT CORPORATION REIT (AHMIQ) | 900.000 | 03/29/2005 | $28.617 | $25,755.26 | $0.079 | $71.10 | 0.00% | | (99.72)% | $(25,684.16) |
| REITs / Tangibles Total | | | | $25,755.26 | | $71.10 | | | (99.72)% | $(25,684.16) |

† Please see REITs/Tangibles on the Understanding Your Statement page.

| Equities Total | $25,755.26 | $71.10 | 0.00% | (99.72)% | $(25,684.16) |
|---|---|---|---|---|---|

# RAYMOND JAMES®

## Investment Account Summary

**September 28 to December 31, 2007**

**Closing Value $19,158.53**

2050



MICHELLE HUGGINS
1025 HILLBROOK LN
NEWBERRY SC 29108-7806252

**Account No. 20353171**

**GENIE BLANTON**
Raymond James Financial Services, Inc.
11943 GRANDHAVEN DRIVE | SUITE B | MURRELS INLET SC SC 29576 | (843) 357-8050
raymondjames.com/BlantonHardeeKellett/ | Genie.Blanton@Raymond james.com

Raymond James Client Services | 800-647-SERV (7378) | Monday - Friday 8 a.m. to 6 p.m. ET

Online Account Access | raymondjames.com/investoraccess

## Investment Objectives

**Primary Objective:**
Growth with a high risk tolerance and a time horizon exceeding 10 years.

**Secondary Objective:**
Growth with a medium risk tolerance and a time horizon exceeding 10 years.

## Activity

| | | This Statement | | Year to Date |
|---|---|---|---|---|
| Beginning Balance | $ | 19,937.23 | $ | 89,317.02 |
| Additions | $ | 1,840.00 | $ | 6,867.12 |
| Subtractions | $ | 0.00 | $ | (29,422.03) |
| Change in Market Value | $ | (2,618.70) | $ | (47,603.58) |
| Ending Balance | $ | 19,158.53 | $ | 19,158.53 |
| Purchases | $ | 0.00 | $ | 0.00 |
| Sales/Redemptions | $ | 0.00 | $ | 24,287.92 |

## Performance *

| | This Quarter | YTD 2006 | 2005 | Since 05/23/2006 |
|---|---|---|---|---|
| Dollar-Weighted Performance as of December 31, 2007 | (3.91)% | (59.14)% | (12.01)% | N/A |
| Performance Inception May 23, 2006 | | | N/A | N/A |

* See Understanding Your Statement for important information about these calculations.

Account carried by Raymond James & Associates Inc.
Member New York Stock Exchange/SIPC
880 Carillon Parkway | St. Petersburg, FL 33716
raymondjames.com

## Value Over Time

Value in 000's

$100.47
$85.15
$69.83
$54.51
$39.19
$23.87
$8.55

May 06  Aug 06  Nov 06  Feb 07  May 07  Aug 07  Nov 07



## Portfolio Allocation



90.31%

9.62%
0.07%

| | | Current Value | Percentage Allocation |
|---|---|---|---|
| Cash & Equivalents | $ | 1,843.23 | 9.62% |
| Equities | $ | 15.30 | 0.07% |
| Mutual Funds | $ | 17,300.00 | 90.31% |
| Fixed Income | $ | - | - |
| Annuities | $ | - | - |
| Alternative Investments | $ | - | - |

# RAYMOND JAMES®

**September 28 to December 31, 2007**

## Understanding Your Statement (continued)

Investment Account No. 20353171

**SIPC** - Raymond James carries account protection equal to the amount of total net equity of securities held in custody for your account. The firm is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000, including $100,000 in claims for cash awaiting investment (SIPC coverage). An explanatory brochure is available upon request by calling 202-371-8300 or visiting sipc.org. Excess protection is provided by Customer Asset Protection Company (CAPCO), a licensed Vermont insurer. This coverage does not protect against market fluctuations. Raymond James Bank Deposit Program balances are insured by the FDIC (subject to FDIC limitations and guidelines, information is available at fdic.gov), and are not eligible for SIPC or excess SIPC coverage. Raymond James & Associates, Inc. and Raymond James Financial Services, Inc. are affiliated with Raymond James Bank, FSB, a federally chartered savings bank, member FDIC. Unless otherwise specified, products purchased from or held at Raymond James & Associates are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, are not guaranteed by Raymond James Bank and are subject to investment risk, including possible loss of the principal invested.



# RAYMOND JAMES®

**September 28 to December 31, 2007**

## Your Portfolio (continued)
Investment Account No. 20353171

## Mutual Funds

### Closed-End Funds

| Description    (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Effective Yield | Estimated Annual Income | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| CLAYMORE RAYMOND JAMES SB1 EQT (RYJ) | 1,000.000 | 05/19/2006 | $20.004 | $20,004.00 | $17.300 | $17,300.00 | 0.00% | $0.00 | $(2,704.00) |
| Closed-End Funds Total | | | | $20,004.00 | | $17,300.00 | 0.00% | $0.00 | $(2,704.00) |

**Mutual Funds Total** $20,004.00    $17,300.00    $0.00    $(2,704.00)

# RAYMOND JAMES®

## Realized Capital Gains & Losses (continued) °

### Summary of Gains & Losses

| | |
|---|---|
| Short-Term Gain | $0.00 |
| Short-Term Loss | $0.00 |
| Long-Term Gain | $104.28 |
| Long-Term Loss | $(4,100.44) |
| **Net Gain / Loss Total** | **$(3,996.16)** |



20353171-12-1   40L/4241

# RAYMOND JAMES®

## Investment Account Summary

**December 31, 2007 to January 31, 2008**



1342

MICHELLE HUGGINS
1025 HILLBROOK LN
NEWBERRY SC 29108-7806252

**Account No. 20353171**

**Closing Value $16,235.91**

**GENIE BLANTON**
Raymond James Financial Services, Inc.
11943 GRANDHAVEN DRIVE | SUITE B | MURRELS INLET, SC SC 29576 | (843) 357-8050
raymondjames.com/Blanton/HardeeKellett/ | Genie.Blanton@RaymondJames.com

Raymond James Client Services | 800-647-SERV (7378) | Monday - Friday 8 a.m. to 6 p.m. ET

Online Account Access | raymondjames.com/investoraccess

## Investment Objectives

**Primary:** Growth with a high risk tolerance and a time horizon exceeding 10 years.

**Secondary:** Growth with a medium risk tolerance and a time horizon exceeding 10 years.

## Activity

| | This Statement | Year to Date |
|---|---|---|
| **Beginning Balance** | $ 19,158.53 | $ 19,158.53 |
| Deposits | $ 0.00 | $ 0.00 |
| Income | $ 0.38 | 0.38 |
| Withdrawals | $ (1,840.00) | $ (1,840.00) |
| Expenses | $ 0.00 | $ 0.00 |
| Change in Market Value | $ (1,083.00) | (1,083.00) |
| **Ending Balance** | $ 16,235.91 | $ 16,235.91 |
| Purchases | $ 0.00 | 0.00 |
| Sales/Redemptions | $ 0.00 | 0.00 |

## Performance *

See Understanding Your Statement for important information about these calculations.

| | YTD | 2007 | 2006 |
|---|---|---|---|
| Dollar-Weighted Performance as of January 31, 2008 | (6.21)% | (59.14)% | (12.01)% |

Performance Inception
May 23, 2006

Account carried by Raymond James & Associates Inc.
Member New York Stock Exchange/SIPC
880 Carillon Parkway | St. Petersburg, FL 33716
raymondjames.com

## Value Over Time

Value in 000's



| $100.90 | |
| $84.95 | |
| $69.00 | |
| $53.05 | |
| $37.10 | |
| $21.14 | |
| $5.19 | |

May 06  Aug 06  Nov 06  Feb 07  May 07  Aug 07  Nov 07  Jan 08

## Portfolio Allocation



| | | Current Value | Percentage Allocation |
|---|---|---|---|
| Cash & Equivalents | $ | 3.61 | 0.02% |
| Equities | $ | 42.30 | 0.26% |
| Mutual Funds | $ | 16,190.00 | 99.72% |
| Fixed Income | $ | - | - |
| Annuities | $ | - | - |
| Alternative Investments | $ | - | - |

99.72%

0.02%
0.26%



# RAYMOND JAMES®

**December 31, 2007 to January 31, 2008**

## Understanding Your Statement (continued)

Investment Account No. 20353171

**SIPC** - Raymond James carries account protection equal to the amount of total net equity of securities held in custody for your account. The firm is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000, including $100,000 in claims for cash awaiting investment (SIPC coverage). An explanatory brochure is available upon request by calling 202-371-8300 or visiting sipc.org. Excess protection is provided by Customer Asset Protection Company (CAPCO), a licensed Vermont insurer. This coverage does not protect against market fluctuations. Raymond James Bank Deposit Program balances are insured by the FDIC (subject to FDIC limitations and guidelines. Raymond information is available at fdic.gov), and are not eligible for SIPC or excess SIPC coverage. Raymond James & Associates, Inc. and Raymond James Financial Services, Inc. are affiliated with Raymond James Bank, FSB, a federally chartered savings bank, member FDIC. Unless otherwise specified, products purchased from or held at Raymond James & Associates are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, are not guaranteed by Raymond James Bank and are subject to investment risk, including possible loss of the principal invested.

# RAYMOND JAMES®

**December 31, 2007 to January 31, 2008**

## Your Portfolio (continued)
Investment Account No. 20353171

## Mutual Funds

## Closed-End Funds

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Income Yield | Estimated Annual Income | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| CLAYMORE RAYMOND JAMES SB1 EQT (RYJ) | 1,000.000 | 05/19/2006 | $20.004 | $20,004.00 | $16.190 | $16,190.00 | 0.00% | $0.00 | $(3,814.00) |
| **Closed-End Funds Total** | | | | $20,004.00 | | $16,190.00 | 0.00% | $0.00 | $(3,814.00) |
| **Mutual Funds Total** | | | | $20,004.00 | | $16,190.00 | 0.00% | $0.00 | $(3,814.00) |

