I <u>Grailing Karter</u> object to the objection to Claim # 10305 of Case # 07-11047 (CSS) on this day of 8 Sept 2008.

*[signature: Grailing Karter]*

FILED 2008 SEP -8 PM 12:10 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE