Letter of hardship

Grailing J and Joyce Carter
9863 Buckner RD
Manassas, VA 20110-5993
h/p(703)257-4139
grailingc@msn.com
Claim number #10305,



United States Bankruptcy
Court for the District of Delaware
Honorable Christopher S. Sontchi
824 Market Street 5th Floor, Courtroom 6
Wilmington, Delaware19801

To the Honorable Christopher S. Sontchi
    I am a retired 100% Disabled American Veteran, my wife works for the U.S Postal Service as a rural route carrier. We are middle class Americans who are trying to live the American dream. Who has also, falling between the cracks of the financial woes of life. We need your favorable ruling on completely expunging our loan Claim number #10305, Loan number 1384743.

In October 2006 we signed an agreement with Jim Walters Homes and American Home Mortgage. Jim Walter Home was to build my house in Front Royal, VA on land purchase thru American Home Mortgage. Jim Walters Home was to put the house on a basement built by Precast Systems 5877 Bullett Rd Greencastle, PA 17226. In which. Jim Walters tried to under mind the agreement by adding addition cost to the construction cost of the basement. After, which I took time out to keep the contract in place. Construction was to start the second week in January 2007. The week of construction Jim Walters Homes was have difficulty with it construction management and labors. Several weeks went by and January 29th 2007 Jim Walters closed it doors and lift the area, which lift me with a construction loan and no contractor to build a house. I contacted American Home Mortgage Joanne Vluan who told me to find another contractor.

February 25th 2007 I found a contractor By the name of Brett Rogers who information I forward to Mrs. Joanne Vlaun of American Home Mortgage. April 12th 2007 I found the house plan's and we went into agreement to build a three bedroom ranch house called the Edgemont III with Bret Rogers Construction Inc.. In May 2007 I had yet to get approval by the construction manager Joanne Vlaun of American Home Mortgage construction loan Department for Bret Rogers Construction as a sub-contractor Builder. It took some six to seven months to approval until it was approved. November 18th 2007 Bret Rogers Construction was approved by Joanne Vlaun to build this house in the mean the maturity date for the construction loan was past and American Home Mortgage had started the process of filing Chapter11 bankruptcy. In the mean time the housing market was steady crumbling a down. February 14th 2008 I receive a package from the Bankruptcy Court State of Delaware in which filled out and return.

Since then I have made draws transactions starting in the months March, April, May, June and August of 2007 with Marva Tillet and Julian Forbes of American Home Mortgage Construction

Loan Department. Marva Tilett and Julian Forbes told me to refinance my construction loan thru another bank or financial agency. Who now tell me there are no more fund. You may get one more draw transaction if you put the dry wall up the inside of the house. Yes, I know there are still funds to draw from, and have to meet some kind of requirement to get these funds. I have also tried financing and refinancing the construction loan thru United Bank, First Financial Loans, Rappahannock bank, Countrywide Mortgage and Capital Mortgage and all have said the same thing They can not handle mortgage or construction mortgage that is own by American Home Mortgage or any of it subsidiaries.

I fill that American Home Mortgage has hindered the building of this house in every way that it could. All they keep saying to me is you need to refinance your construction loan and I did and five out of five have turned me down as soon as they find out it is American Home Mortgage. The financial institutions and banks has pulled so many inquiries on our credit report trying to refinance our American Home Mortgage construction our credit inquiry report is to the negative.

I have passed every building inspection that Warren County Building Inspectors has giving from Framing, Electrical, Mechanical, Plumbing and installation inspection. Yet they still keep holding back on moneys and keep assisting that I refinance my construction loan. The cost of houses went down and Building material went sky rocketed but still I pressed onward building our dream house.. This what the American dream is about we work hard all our life to build what we want and striving for greatness. We have yet to buy the dry wall, light fixtures, electrical plugs and switch's, kitchen and bathroom cabinets, and sinks, toilet bowl and appliances And alternative septic system is to be installed that cost about twenty-five thousand dollars. American home Mortgage has been a throne in my side since I took on this loan. You call them leave messages and it two to three day before they call back, if they call back.

August 2007 American Home Mortgage filed Chapter 11 bankruptcy Case number # 007-11047 (css). I filed out the necessary forms and mailed the bankruptcy court in February 2008. On August 15,2008 American Home Mortgage filed and objection in expunging claim no. 10305 in amount of $393,093.00 On September 8 2008 I Grailing Carter filed and objection to the objection to expunging Claim # 10305 of Case # 07-11047.

Our credit cards are all max out and our bank account has been drain. We are over our heads in bills. I hoping since American Home Mortgage filing Chapter 11 Bankruptcy, The Honorable Christopher S. Sontchi and United States Bankruptcy Court for the District of Delaware to eliminate completely our loan so we can refinance our to finish the house were we plain to live out our days.. And we can live the Americans dream. Your help we be greatly appreciated

Thank You:

Grailing J Carter

Joyce Carter