**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re:  Docket No 5513 |

**CERTIFICATE OF NO OBJECTION REGARDING TENTH MONTHLY
APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME
MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2008
THROUGH JULY 31, 2008  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written

answer, objection or other responsive pleading to the *Tenth Monthly Application of BDO*

*Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of*

*American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of*

*Expenses for the Period July 1, 2008 through July 31, 2008 [Docket No. 5513]* (the

"Application") filed on August 22, 2008.  The undersigned further certifies that he has caused

the review of the Court's docket in these jointly administered cases and no answer, objection or

other responsive pleading to the Application appears thereon.  Pursuant to the Notice of

Application, objections to the Application were to be filed and served no later than September

11, 2008 at 4:00 p.m.

128189.01600/21722419v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay BDO Seidman, LLP $141,701.00, which represents 80% of the fees requested ($177,126.25) and $215.41 which represents 100% of the expenses requested in the Application for the period of July 1, 2008 through July 31, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    September 17, 2008                **BLANK ROME LLP**

By:  */s/ David W. Carickhoff*
        Bonnie Glantz Fatell (DE No. 3809)
        David W. Carickhoff (DE No. 3715)
        1201 Market Street, Suite 800
        Wilmington, DE  19801
        Telephone:  (302) 425-6400
        Facsimile:  (302) 425-6464

                and

        Mark S. Indelicato
        Mark T. Power
        Hahn & Hessen LLP
        488 Madison Avenue
        New York, NY  10022
        Telephone:  (212) 478-7200
        Facsimile:  (212) 478-7400

        *Co-Counsel for the Official Committee of Unsecured Creditors*

128189.01600/21722419v.1