**EXHIBIT B**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**May 1, 2008 to July 31, 2008**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 79.4 | 590.00 | 46,846.00 |
| DAVID E BERLINER | PARTNER | 159.0 | 575.00 | 91,425.00 |
| MICHELE MICHAELIS | DIRECTOR | 142.9 | 375.00 | 53,587.50 |
| MARK GOODENOW | DIRECTOR | 2.6 | 350.00 | 910.00 |
| MICHELE MICHAELIS | DIRECTOR | 234.0 | 350.00 | 81,900.00 |
| NAUSHON E VANDERHOOP | SENIOR | 19.6 | 185.00 | 3,626.00 |
| MATTHEW J STEWART | STAFF | 153.5 | 215.00 | 33,002.50 |
| KEVIN REINLE | STAFF | 123.3 | 190.00 | 23,427.00 |
| MATTHEW J STEWART | STAFF | 304.6 | 185.00 | 56,351.00 |
| KEVIN REINLE | STAFF | 301.0 | 175.00 | 52,675.00 |
| JASON M FRIEDMAN | STAFF | 83.0 | 150.00 | 12,450.00 |
| ALAINA D MASLER | STAFF | 64.1 | 150.00 | 9,615.00 |
| ALEXANDER R TEICHER | STAFF | 5.9 | 150.00 | 885.00 |
| WILLIAM WILEY | STAFF | 9.4 | 150.00 | 1,410.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 16.1 | 150.00 | 2,415.00 |
| | SUBTOTAL: | 1698.4 | | 470,525.00 |
| TRAVEL TIME: *Billed @ ½ rate* | | | | |
| MICHELE MICHAELIS | DIRECTOR | 6.0 | 187.50 | 1,125.00 |
| MATTHEW J STEWART | STAFF | 3.5 | 107.50 | 376.25 |
| | SUBTOTAL: | 9.5 | | 1,501.25 |
| | **TOTAL:** | **1707.9** | | **472,026.25** |

**EXHIBIT B**

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| A. | ACCOUNTS PAYABLE | 100.5 | 22,923.00 |

Reviewed claims summary report received from Kroll and compared to information provided by EPIQ Systems. Prepared analysis of claims and summary information for UCC based on updated information received. Researched and reviewed various omnibus objections to claims filed with the Court; created schedules regarding same.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| B. | TAX ISSUES | 0.8 | 311.00 |

Reviewed 2006 tax returns for potential tax issues.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| C. | LITIGATION CONSULTING | 225.3 | 54,663.50 |

Special investigative work related to potential litigation issues regarding UCC settlement with BofA. Reviewed settlement information received and prepared settlement comparison analyses. Reviewed information received on REO status and prepared analyses for UCC. Reviewed numerous documents and created index of documents received from counsel regarding the Committee's investigation.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| D. | ASSET SALE/AUCTION | 56.6 | 18,337.50 |

Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of loans; sale of assets, including Bank, Unencumbered loans, and Melville building and updated construction loan information. Created analyses for UCC regarding various updated information received. Reviewed draft of stock purchase agreement from bidder for AH Bank. Reviewed draft of asset purchase agreement from bidder for AH Bank.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| E. | MEETINGS - DEBTOR | 163.5 | 51,611.50 |

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information; budget issues; Schedule G (Servicing Business Reconciliation); case issues; status of asset sales; proposal and settlement negotiations with BofA; strategy and sale of loans; construction loan information; intercompany transactions; substantive consolidation issues; employee retention; headcount intercompany transactions; substantive consolidation issues; Liquidation Plan; expense allocation methodology; and other open issues.

**EXHIBIT B**

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| F. | REPORT PREPARATION | 456.5 | 130,607.50 |

Preparation and review of various reports to the Creditors' Committee regarding construction loan and other asset sales status, sale of real estate, substantive consolidation issues, intercompany accounts, Liquidation Plan issues, professional fee analysis, budget and liquidity issues, updated claims information, employee headcount, payroll issues and other open issues.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| G. | MEETINGS OF CREDITORS | 35.3 | 12,722.00 |

Preparation for and attendance at Creditors' Committee meetings and/or conference calls where the financial condition of the Debtors, various reports to the Committee, asset sales, Liquidation Plan issues and other open case issues were reviewed and discussed.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| H. | BUSINESS ANALYSIS | 557.2 | 143,781.00 |

Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports and other financial results. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Reviewed and analyzed updated Schedule G information (Servicing Business Reconciliation). Reviewed and analyzed plan asset model prepared by Debtors. Reviewed and analyzed employee headcount, budget, payroll expense projections and other issues. Reviewed and analyzed employee retention and contract issues. Reviewed and/or analyzed intercompany transactions, substantive consolidation issues expense allocation methodology, general ledger and balance issues and asset recovery. Prepared Liquidity analysis and allocation model. Reviewed and analyzed Debtors' check register. Reviewed and updated analysis regarding professional fee information. Reviewed employee and payroll related data. Reviewed drafts of Chapter 11 Plans of Liquidation. Findings were conveyed to Counsel and the Committee.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| I. | COUNSEL DISCUSSIONS & COURT HEARINGS | 58.3 | 25,879.00 |

Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, asset sales/auctions; Committee report preparation and meetings; business analyses; information requests and various other open case issues.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| J. | FEE APPLICATIONS / MONTHLY STATEMENTS | 40.8 | 9,023.00 |

Preparation and review of monthly data for submission to the Debtor. Preparation and review of BDO's Seventh Monthly Application for the period April 1, 2008 through April 30, 2008.

**EXHIBIT B**

|    |                           | HOURS | AMOUNT |
|----|---------------------------|-------|--------|
| K. | CASE ADMINISTRATION       | 3.6   | 666.00 |

Prepared supplemental affidavit regarding BDO's disinterestedness. Organized and collaborated engagement documents.

|    |           | HOURS | AMOUNT |
|----|-----------|-------|--------|
|    | **SUBTOTAL:** | **1,698.4** | **470,525.00** |
| L. | TRAVEL TIME | 9.5 | 1,501.25 |

Professional time expended on travel, billed at one half the hourly rate of each professional.

|    |           | HOURS | AMOUNT |
|----|-----------|-------|--------|
|    | **SUBTOTAL:** | **9.5** | **1,501.25** |
|    | **TOTAL:**    | **1,707.9** | **$472,026.25** |

**EXHIBIT C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
May 1, 2008 through July 31, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation — 142.60
   b. Lodging
   c. Meals — 34.43

7. OUTSIDE SERVICES

8. LOCAL MEALS — 97.82

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE — 49.00
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS

**TOTAL** — **$323.85**

1