AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
JUNE 1 - 30, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $650.00 | 0.50 | $325.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $610.00 | 2.40 | $1,464.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $580.00 | 0.80 | $464.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $430.00 | 30.70 | $13,201.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $290.00 | 3.30 | $957.00 |
| Senese, K. | Paralegal | $225.00 | 30.70 | $6,907.50 |
| Kowalczyk, M. | Paralegal | $220.00 | 0.30 | $66.00 |
| Grand Total: | | | 68.70 | $23,384.50 |
| Blended Rate: | | | | 340.39 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
JUNE 1 - 30, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 19.30 | $4,591.50 |
| 2 | Other Professionals' Fee/Employment Issues | 10.10 | $3,040.50 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 7.40 | $3,038.50 |
| 5 | Committee Business and Meetings | 5.00 | $2,561.50 |
| 6 | Case Administration | 5.90 | $1,819.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.70 | $239.50 |
| 8 | Employee Benefits/General Labor | 0.40 | $172.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 1.00 | $409.50 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | 0.40 | $172.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.60 | $237.50 |
| 13 | Stay Relief Issues | 1.40 | $540.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 7.10 | $2,971.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 9.40 | $3,591.00 |
| | **TOTALS** | **68.70** | **$23,384.50** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
JUNE 1 - 30, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Facsimile | In-House @ $.35/page | $48.00 |
| Reproduction of Documents | In-House @ $.10/copy | $658.30 |
| Courier and Express Services | Federal Express | $145.73 |
| Record/Docket Searches | | $606.40 |
| **TOTAL** | | **$1,458.43** |