# EXHIBIT A

# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### JUNE 1 - 30, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 19.30 | $4,591.50 |
| 2 | Other Professionals' Fee/Employment Issues | 10.10 | $3,040.50 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 7.40 | $3,038.50 |
| 5 | Committee Business and Meetings | 5.00 | $2,561.50 |
| 6 | Case Administration | 5.90 | $1,819.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.70 | $239.50 |
| 8 | Employee Benefits/General Labor | 0.40 | $172.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 1.00 | $409.50 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | 0.40 | $172.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.60 | $237.50 |
| 13 | Stay Relief Issues | 1.40 | $540.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 7.10 | $2,971.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 9.40 | $3,591.00 |
| | **TOTALS** | **68.70** | **$23,384.50** |

# Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  01 | | | | |
| Jun 02 08 | RE-WORK CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SEVENTH MONTHLY FEE APPLICATION (MODIFY VOLUNTARY REDUCTION LANGUAGE) PER COMMENTS BY D. CARICKHOFF | SENESE | 0.20 | $45.00 |
| Jun 02 08 | REVISE, FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SEVENTH MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 02 08 | REVIEW AND REVISE CNO FOR BLANK ROME'S FEBRUARY FEE APPLICATION | CARICKHOFF | 0.20 | $86.00 |
| Jun 03 08 | REVIEW, EDIT AND CODE BLANK ROME'S MARCH 2008 PROFORMA/TIME NARRATIVE DETAILS | SENESE | 1.60 | $360.00 |
| Jun 03 08 | REVIEW, EDIT AND CODE BLANK ROME'S APRIL 2008 PROFORMA/TIME NARRATIVE DETAILS | SENESE | 1.10 | $247.50 |
| Jun 03 08 | PREPARE INITIAL DRAFT OF BLANK ROME'S EIGHTH (MARCH 08) MONTHLY FEE APPLICATION | SENESE | 0.70 | $157.50 |
| Jun 03 08 | PREPARE INITIAL DRAFT OF BLANK ROME'S NINTH MONTHLY (APRIL 08) FEE APPLICATION | SENESE | 0.30 | $67.50 |
| Jun 06 08 | RESPOND TO E-MAIL FROM C. BONILLA (KROLL ZOLFO) REQUESTING A COPY OF THE CNO FILED IN CONNECTION WITH BLANK ROME'S FEBRUARY MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 06 08 | CONTINUE DRAFTING BLANK ROME'S MARCH MONTHLY FEE APPLICATION | SENESE | 0.80 | $180.00 |
| Jun 06 08 | CONTINUE PREPARATION OF BLANK ROME'S APRIL MONTHLY FEE APPLICATION | SENESE | 0.80 | $180.00 |
| Jun 06 08 | REVIEW AND REVISE BLANK ROME MONTHLY FEE APPLICATION | CARICKHOFF | 0.40 | $172.00 |
| Jun 09 08 | TELEPHONE FROM H. ROSCOE; REVIEW AND BEGIN CODING/EDITING MAY PROFORMA/TIME NARRATIVES | SENESE | 0.20 | $45.00 |
| Jun 09 08 | E-MAIL EXCHANGES WITH H. ROSCOE; REVIEW REVISED MARCH EXHIBIT SHEETS AFTER ADDITIONAL CHANGES BY J. STORERO | SENESE | 0.10 | $22.50 |
| Jun 09 08 | CONTINUE PREPARATION OF BLANK ROME'S APRIL MONTHLY FEE APPLICATION | SENESE | 1.30 | $292.50 |
| Jun 09 08 | CONTINUE PREPARATION OF BLANK ROME'S MARCH MONTHLY FEE APPLICATION | SENESE | 1.60 | $360.00 |
| Jun 10 08 | CONTINUE PREPARATION OF BLANK ROME'S EIGHTH MONTHLY FEE APPLICATION | SENESE | 1.10 | $247.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Jun 10 08 | CONTINUE PREPARATION OF BLANK ROME'S NINTH MONTHLY FEE APPLICATION | SENESE | 1.30 | $292.50 |
| Jun 10 08 | REVIEW AND EDIT/CODE MAY'S TIME NARRATIVES | SENESE | 0.70 | $157.50 |
| Jun 11 08 | INITIAL PREPARATION OF BLANK ROME'S TENTH MONTHLY FEE APPLICATION | SENESE | 0.30 | $67.50 |
| Jun 12 08 | E-MAIL EXCHANGE WITH B. FATELL; PREPARE FOR SERVICE OF NOTICE OF BLANK ROME'S MONTHLY (IES) UPON ALL PARTIES UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.10 | $22.50 |
| Jun 13 08 | CONTINUE PREPARATION OF BLANK ROME'S MARCH 08 FEE APPLICATION | SENESE | 0.20 | $45.00 |
| Jun 13 08 | CONTINUE PREPARATION OF BLANK ROME'S APRIL 08 MONTHLY FEE APPLICATION | SENESE | 0.20 | $45.00 |
| Jun 16 08 | DRAFT BLANK ROME'S THIRD INTERIM FEE APPLICATION (FEB 08 THROUGH APRIL 08) | SENESE | 1.60 | $360.00 |
| Jun 17 08 | FINALIZE, FORMAT AND E-FILE BLANK ROME'S MARCH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON THE REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.50 | $112.50 |
| Jun 17 08 | FINALIZE, FORMAT AND E-FILE BLANK ROME'S APRIL MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON THE REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.50 | $112.50 |
| Jun 17 08 | FINALIZE, FORMAT AND E-FILE BLANK ROME'S THIRD INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON THE REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.50 | $112.50 |
| Jun 18 08 | REVIEW AND EDIT FEE APPLICATIONS | FATELL | 0.30 | $195.00 |
| Jun 19 08 | E-MAIL TO H. ROSCOE INQUIRING AS TO STATUS OF EXHIBITS FOR BLANK ROME'S THIRD INTERIM FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 19 08 | REVIEW INTERIM FEE APPLICATION EXHIBITS; FINALIZE BLANK ROME'S INTERIM FEE APPLICATION AND DISTRIBUTE TO B. FATELL FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.40 | $90.00 |

```
Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE
```

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Jun 20 08 | REVISE PLEADINGS; COPY AND DISTRIBUTE | KOWALCZYK | 0.30 | $66.00 |
| Jun 20 08 | REVISE, FINALIZE, FORMAT AND E-FILE BLANK ROME'S NINTH MONTHLY FEE APPLICATION; SERVICE OF FEE APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Jun 20 08 | REVISE, FINALIZE, FORMAT AND E-FILE BLANK ROME'S THIRD INTERIM FEE APPLICATION; SERVICE OF FEE APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Jun 24 08 | REVIEW/UPDATE CALENDAR WITH RESPECT TO OBJECTION DEADLINE ON BLANK ROME'S INTERIM AND RELATED MONTHLIES (AND THE INTERIM AND MONTHLIES OF HAHN & HESSEN AND THE INTERIM OF BDO) | SENESE | 0.10 | $22.50 |

```
PROJECT CODE TOTALS  01                TOTAL VALUE:   $4,591.50      19.30
```

**Project Code 2**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:   02 | | | | |
| Jun 02 08 | REVIEW AND DISTRIBUTE MONTHLY FEE APPLICATIONS OF CERTAIN OF DEBTORS' PROFESSIONALS | SENESE | 0.10 | $22.50 |
| Jun 02 08 | REVIEW FEB., MARCH AND APRIL FEE APPLICATIONS OF ORLANS ASSOC. AND MARCH FEE APPLICATION OF WEINER BRODSKY | CARICKHOFF | 0.30 | $129.00 |
| Jun 02 08 | REVIEW BI-MONTHLY SUMMARY OF FEE APPLICATIONS | CARICKHOFF | 0.40 | $172.00 |
| Jun 04 08 | REVIEW KROLL ZOLFO COOPER APRIL FEE APPLICATION | CARICKHOFF | 0.40 | $172.00 |
| Jun 04 08 | REVIEW YOUNG CONAWAY'S APRIL FEE APPLICATION | CARICKHOFF | 0.40 | $172.00 |
| Jun 06 08 | REVIEW FEE APPLICATIONS BY ORDINARY COURSE PROFESSIONALS | STEWART | 2.50 | $725.00 |
| Jun 11 08 | REVIEW DOCKET TO CONFIRM NO OBJECTION FILED TO BDO'S SIXTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH REGARD TO SAME; DISTRIBUTE D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Jun 11 08 | REVIEW DOCKET TO CONFIRM NO OBJECTION FILED TO COMMITTEE'S FIRST EXPENSE REIMBURSEMENT APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH REGARD TO SAME; DISTRIBUTE D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Jun 12 08 | E-MAIL EXCHANGES WITH D. CARICKHOFF; FORMAT AND E-FILE BDO'S SUPPLEMENTAL AFFIDAVIT OF DISINTERESTEDNESS | SENESE | 0.20 | $45.00 |
| Jun 12 08 | TELEPHONE CALL FROM N. VANDERHOOP REGARDING TIMEFRAME/DEADLINE FOR FILING INTERIM FEE APPLICATIONS, FILING OF CNO, ETC. | SENESE | 0.10 | $22.50 |
| Jun 12 08 | FORMAT AND E-FILE A CERTIFICATE OF NO OBJECTION WITH REGARD TO BDO'S SIXTH MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 12 08 | PREPARE FOR SERVICE OF BDO'S SUPPLEMENTAL AFFIDAVIT OF DISINTERESTEDNESS UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.10 | $22.50 |
| Jun 12 08 | REVIEW AND EXECUTE CNOS FOR COMMITTEE MEMBERS' FIRST REQUEST FOR REIMBURSEMENT OF EXPENSES (.1) AND BDO'S MARCH MONTHLY FEE APPLICATION (.1) | CARICKHOFF | 0.20 | $86.00 |
| Jun 13 08 | REVIEW AND DISTRIBUTE A FEE APPLICATION FILED BY CERTAIN OF DEBTORS' PROFESSIONALS; UPDATE CALENDAR TO REFLECT THE RESPECTIVE OBJECTION | SENESE | 0.10 | $22.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | DEADLINES | | | |
| Jun 16 08 | EXECUTE AND OVERSEE NOTARIZATION OF AFFIDAVIT OF SERVICE WITH RESPECT TO BDO'S SUPPLEMENT AFFIDAVIT OF DISINTERESTEDNESS; DISTRIBUTE FOR E-FILING APPROVAL; E-FILE SAME | SENESE | 0.20 | $45.00 |
| Jun 16 08 | REVIEW BDO'S INTERIM FEE APPLICATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; DISTRIBUTE TO B. FATELL FOR E-FILING APPROVAL | SENESE | 0.30 | $67.50 |
| Jun 16 08 | TELEPHONE CALLS FROM J. SMITH (HAHN & HESSEN) REGARDING STATUS OF HAHN'S EIGHTH AND NINTH MONTHLY FEE APPLICATION AND ITS THIRD INTERIM, THE FILING DEADLINE FOR SAME AND TIME NEEDED FOR SERVICE | SENESE | 0.10 | $22.50 |
| Jun 16 08 | REVIEW AND DISTRIBUTE FEE APPLICATIONS FILED ON BEHALF OF CERTAIN OF DEBTORS' PROFESSIONALS; MODIFY CALENDAR TO REFLECT OBJECTION DEADLINE AND OR HEARING DATE AND TIME | SENESE | 0.20 | $45.00 |
| Jun 17 08 | FINALIZE, FORMAT AND E-FILE BDO'S THIRD INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON THE REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.30 | $67.50 |
| Jun 17 08 | E-MAIL EXCHANGE WITH J. SMITH REGARDING STATUS OF HAHN'S MONTHLY AND INTERIM FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 17 08 | REVIEW HAHN'S SEVENTH MONTHLY FEE APPLICATION AND EXHIBIT DOCUMENTATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; E-FILE; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.30 | $67.50 |
| Jun 17 08 | REVIEW HAHN'S EIGHTH MONTHLY FEE APPLICATION AND EXHIBIT DOCUMENTATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; E-FILE; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.30 | $67.50 |
| Jun 17 08 | REVIEW HAHN'S NINTH MONTHLY FEE APPLICATION AND EXHIBIT DOCUMENTATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; E-FILE; SERVICE OF APPLICATION PACKAGE UPON | SENESE | 0.30 | $67.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | | | |
| Jun 17 08 | REVIEW HAHN'S THIRD INTERIM FEE APPLICATION AND EXHIBIT DOCUMENTATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; E-FILE; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.30 | $67.50 |
| Jun 17 08 | REVISE NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO FTI'S THIRD INTERIM FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 18 08 | E-MAIL EXCHANGE WITH J. SMITH (HAHN) REGARDING STATUS OF FILING OF FEE APPLICATIONS | SENESE | 0.10 | $22.50 |
| Jun 19 08 | SCAN DEBTORS' PROFESSIONALS' FEE APPLICATIONS | CARICKHOFF | 0.60 | $258.00 |
| Jun 20 08 | REVIEW FEE APPLICATIONS OF ORDINARY COURSE PROFESSIONALS | STEWART | 0.30 | $87.00 |
| Jun 23 08 | REVIEW CURRENT DOCKET TO VERIFY NO OBJECTIONS FILED TO BDO'S SEVENTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SAME; DISTRIBUTE TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Jun 23 08 | REVIEW AND DISTRIBUTE FEE APPLICATION FILED ON BEHALF OF CERTAIN OF DEBTORS' PROFESSIONALS; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT RESPECTIVE OBJECTION DEADLINE(S) | SENESE | 0.10 | $22.50 |
| Jun 23 08 | REVIEW AND EXECUTE CNO FOR BDO'S APRIL MONTHLY FEE APPLICATION | CARICKHOFF | 0.10 | $43.00 |
| Jun 24 08 | REVISE, FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S SEVENTH MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 27 08 | REVIEW YCST'S MAY FEE APPLICATION | CARICKHOFF | 0.30 | $129.00 |
| Jun 30 08 | REVIEW FEE APPLICATIONS OF ORDINARY COURSE PROFESSIONALS | STEWART | 0.50 | $145.00 |

PROJECT CODE TOTALS  02              TOTAL VALUE:    $3,040.50    10.10

# Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 04 | | | | |
| Jun 04 08 | FINALIZE PRELIMINARY OBJECTION TO AH ACQUISITION'S MOTION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM AND E-MAILS WITH CO-COUNSEL REGARDING SAME | CARICKHOFF | 1.00 | $430.00 |
| Jun 09 08 | SCAN RESPONSES TO CLAIM OBJECTIONS | CARICKHOFF | 0.40 | $172.00 |
| Jun 12 08 | REVIEW NOTICE OF APPEAL OF ORDER ALLOWING MCLAIN PARTNERS AN ADMINISTRATIVE RENT CLAIM | CARICKHOFF | 0.20 | $86.00 |
| Jun 12 08 | REVIEW NORTHWEST TRUSTEE'S REPLY BRIEF REGARDING ALLOWANCE OF PRE-PETITION EXPENSES OF POST-PETITION PROFESSIONAL | CARICKHOFF | 0.40 | $172.00 |
| Jun 13 08 | SCAN RESPONSES TO NINTH OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.40 | $172.00 |
| Jun 16 08 | REVIEW AND DISTRIBUTE NUMEROUS RESPONSES TO DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS | SENESE | 0.20 | $45.00 |
| Jun 16 08 | SCAN RESPONSES TO 9TH OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.40 | $172.00 |
| Jun 18 08 | SCAN RESPONSES TO 9TH OMNIBUS CLAIM OBJECTION | CARICKHOFF | 0.40 | $172.00 |
| Jun 19 08 | REVIEW DEBTORS' 11TH OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.40 | $172.00 |
| Jun 19 08 | REVIEW DEBTORS' 10TH OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.40 | $172.00 |
| Jun 20 08 | FINALIZE AND FORMAT COMMITTEE'S OBJECTION TO HAGE MOTION; REVIEW UNDERLYING MOTION AND DRAFT CERTIFICATE OF SERVICE; E-FILE AND SERVE VIA FACSIMILE | SENESE | 0.50 | $112.50 |
| Jun 20 08 | FINALIZE OBJECTION TO HAGE MOTION TO FILE LATE PROOF OF CLAIM (INCLUDES E-MAILS WITH CO-COUNSEL REGARDING SAME) | CARICKHOFF | 0.80 | $344.00 |
| Jun 23 08 | SCAN RESPONSES TO CLAIM OBJECTIONS | CARICKHOFF | 0.40 | $172.00 |
| Jun 27 08 | REVIEW GMAC'S MOTION FOR ORDER OF CIVIL CONTEMPT AND COMPELLING DEBTORS TO COMPLY WITH PRIOR COURT ORDERS | CARICKHOFF | 0.40 | $172.00 |
| Jun 27 08 | REVIEW WATSON'S MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM | CARICKHOFF | 0.40 | $172.00 |
| Jun 27 08 | REVIEW MOTION OF VALENZUELAS TO CONDUCT 2004 EXAM OF DEBTORS IN CONNECTION WITH CLAIMS REGARDING UNFAIR LENDING PRACTICES AND ALLEGATIONS REGARDING FAILURE TO DISCLOSE | CARICKHOFF | 0.40 | $172.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|--|------------|-------|----------------|
| | CERTAIN LOAN TERMS | | | | |
| Jun 27 08 | REVIEW CHAVEZ MOTION FOR ORDER DEEMING CLAIMS TIMELY FILED | | CARICKHOFF | 0.30 | $129.00 |
| PROJECT CODE TOTALS  04 | | TOTAL VALUE:  $3,038.50 | | 7.40 | |

# Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  05 | | | | |
| Jun 05 08 | REVIEW M. POWER E-MAIL TO COMMITTEE REGARDING UPDATE ON PLAN PROCESS AND RELATED MATTERS | CARICKHOFF | 0.20 | $86.00 |
| Jun 10 08 | REVIEW HIGH LEVEL ISSUES; REVIEW E-MAIL AND E-MAIL D. GAMBURG | STORERO | 1.20 | $732.00 |
| Jun 11 08 | REVIEW AGREEMENT; ATTEND CONFERENCE CALL; CONFERENCE WITH D. GAMBURG | STORERO | 1.20 | $732.00 |
| Jun 12 08 | FORMAT AND E-FILE A CERTIFICATE OF NO OBJECTION WITH REGARD TO FIRST COMMITTEE MEMBER EXPENSE REIMBURSEMENT APPLICATION | SENESE | 0.10 | $22.50 |
| Jun 12 08 | REVIEW BDO MEMO (.6); COMMITTEE MEETING (1.2) | CARICKHOFF | 1.80 | $774.00 |
| Jun 19 08 | REVIEW CO-COUNSEL E-MAIL UPDATE TO COMMITTEE, INCLUDING LITIGATION SUMMARY | CARICKHOFF | 0.50 | $215.00 |
| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $2,561.50 | 5.00 | |

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| Jun 02 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.10 | $22.50 |
| Jun 02 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.10 | $22.50 |
| Jun 03 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Jun 04 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD MAY 12, 2008 | SENESE | 0.10 | $22.50 |
| Jun 04 08 | REVIEW DEBTORS' MOTION TO EXTEND TIME TO REMOVE ACTIONS | CARICKHOFF | 0.20 | $86.00 |
| Jun 05 08 | REVIEW ADVERSARY PROCEEDING CHART AND DISCUSS WITH D. CARICKHOFF | KELBON | 0.80 | $464.00 |
| Jun 05 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Jun 05 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Jun 12 08 | REVIEW DOCKET AND CALENDAR | FATELL | 0.20 | $130.00 |
| Jun 12 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Jun 12 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.50 | $112.50 |
| Jun 13 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.10 | $22.50 |
| Jun 16 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS IN LIGHT OF ORDER GRANTING SHORTENED NOTICE OF MOTION TO TERMINATE 401(K) PLAN AND PROCEDURES FOR DOING SAME | SENESE | 0.10 | $22.50 |
| Jun 16 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Jun 16 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.10 | $22.50 |
| Jun 18 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS | SENESE | 0.20 | $45.00 |
| Jun 19 08 | REVIEW CURRENT DOCKET | SENESE | 0.10 | $22.50 |
| Jun 23 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS BASED ON CURRENT DOCKET ENTRIES; FURTHER UPDATE CALENDAR IN LIGHT OF ADJOURNED MATTERS | SENESE | 0.40 | $90.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | REFLECTED ON AGENDA FOR 6-25-08 HEARING; DISTRIBUTE | | | |
| Jun 23 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Jun 23 08 | REVIEW AND RESPOND TO CREDITOR CALLS | CARICKHOFF | 0.20 | $86.00 |
| Jun 24 08 | REVIEW AND DISTRIBUTE TRANSCRIPT FOR HEARING HELD JUNE 11, 2008 | SENESE | 0.10 | $22.50 |
| Jun 24 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Jun 24 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS | SENESE | 0.10 | $22.50 |
| Jun 24 08 | TELECONFERENCE WITH G. MOSS REGARDING STATUS OF CASE GENERALLY | CARICKHOFF | 0.20 | $86.00 |
| Jun 26 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Jun 26 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |

PROJECT CODE TOTALS  06                   TOTAL VALUE:   $1,819.50      5.90

# Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  07 | | | | |
| Jun 05 08 | REVIEW AND DISTRIBUTE MOTION FOR AUTHORIZATION TO DESTROY CERTAIN LOAN FILES; MODIFY CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Jun 19 08 | SCAN OBJECTIONS TO DEBTORS' MOTION TO DESTROY CERTAIN LOAN DOCUMENT FILES | CARICKHOFF | 0.40 | $172.00 |
| Jun 26 08 | REVIEW AND DISTRIBUTE THE VARIOUS DEBTOR'S MONTHLY OPERATING REPORTS, EXCEPT FOR AMERICAN HOME MORTGAGE CORPORATION'S MONTHLY OPERATING REPORT, WHICH APPEARS TO HAVE BEEN UPLOADED IMPROPERLY | SENESE | 0.20 | $45.00 |

PROJECT CODE TOTALS  07                    TOTAL VALUE:    $239.50       0.70

# Project Code 8

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  08 | | | | |
| Jun 17 08 | REVIEW DEBTORS' MOTION TO TERMINATE 401K PLAN | CARICKHOFF | 0.40 | $172.00 |
| PROJECT CODE TOTALS  08 | TOTAL VALUE:          $172.00 | | 0.40 | |

# Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  09 | | | | |
| Jun 02 08 | REVIEW AND DISTRIBUTE MOTION TO EXTEND EXCLUSIVITY; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Jun 04 08 | REVIEW DEBTORS' MOTION TO EXTEND EXCLUSIVITY | CARICKHOFF | 0.60 | $258.00 |
| Jun 19 08 | REVIEW BANK OF AMERICA'S LIMITED OBJECTION TO EXCLUSIVITY EXTENSION | CARICKHOFF | 0.30 | $129.00 |

| PROJECT CODE TOTALS  09 | TOTAL VALUE: | $409.50 | 1.00 |
|-------------------------|--------------|---------|------|

# Project Code 11

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  11 | | | | |
| Jun 12 08 | REVIEW MOTION TO APPROVE SETTLEMENT WITH THE COMMISSIONER OF THE STATE OF CONNECTICUT DEPT. OF BANKING | CARICKHOFF | 0.40 | $172.00 |

| PROJECT CODE TOTALS  11 | TOTAL VALUE: | $172.00 | 0.40 |
|------|------|------|------|

# Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 12 | | | | |
| Jun 02 08 | TELECONFERENCE WITH F. WIENER REGARDING INTEREST IN CERTAIN REO PROPERTY | CARICKHOFF | 0.20 | $86.00 |
| Jun 03 08 | REVIEW AND RESPOND TO F. WIENER'S E-MAIL REGARDING REO PROPERTY IN BROOKLYN, NY | CARICKHOFF | 0.30 | $129.00 |
| Jun 24 08 | REVIEW AND DISTRIBUTE GMAC'S MOTION FOR CONTEMPT IN LIGHT OF DEBTORS' NON-DELIVERANCE OF CERTAIN LOAN FILES IN CONNECTION WITH PRIOR SALE OF LOANS; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |

| PROJECT CODE TOTALS   12 | TOTAL VALUE: | $237.50 | 0.60 |
|--------------------------|--------------|---------|------|

# Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:   13 | | | | |
| Jun 02 08 | REVIEW DRAPER & GOLDBERG CERTIFICATION OF COUNSEL REGARDING VARIOUS STAY RELIEF MOTIONS | CARICKHOFF | 0.20 | $86.00 |
| Jun 04 08 | REVIEW, E-FILE AND SERVE OBJECTION TO JACKSON MOTION FOR RELIEF | SENESE | 0.30 | $67.50 |
| Jun 17 08 | SCAN STAY RELIEF MOTIONS | CARICKHOFF | 0.30 | $129.00 |
| Jun 17 08 | REVIEW DEBTORS' LIMITED RESPONSE TO JO ANN JACKSON STAY RELIEF MOTION | CARICKHOFF | 0.20 | $86.00 |
| Jun 27 08 | REVIEW WATSON'S STAY RELIEF MOTION TO INITIATE SUIT AGAINST DEBTORS IN WASHINGTON STATE AND LIMITING RECOVERY TO INSURANCE PROCEEDS | CARICKHOFF | 0.40 | $172.00 |
| PROJECT CODE TOTALS   13 | TOTAL VALUE: | $540.50 | 1.40 | |

# Project Code 17

```
Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE
```

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| **PROJECT CODE: 17** | | | | |
| Jun 09 08 | REVIEW AND DISTRIBUTE AGENDA FOR JUNE 11, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Jun 10 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR HEARING ON JUNE 11, 2008 | SENESE | 0.10 | $22.50 |
| Jun 10 08 | REVIEW AGENDA AND AMENDED AGENDA FOR JUNE 11 HEARING | CARICKHOFF | 0.40 | $172.00 |
| Jun 11 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 1.40 | $602.00 |
| Jun 23 08 | REVIEW AND DISTRIBUTE AGENDA FOR 6-25-08 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.10 | $22.50 |
| Jun 23 08 | REVIEW AGENDA FOR HEARING ON JUNE 25; E-MAIL K. SENESE REGARDING HEARING | CARICKHOFF | 0.30 | $129.00 |
| Jun 24 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR JUNE 25, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Jun 24 08 | TELECONFERENCE WITH M. POWER TO PREPARE FOR JUNE 25, 2008 HEARING | CARICKHOFF | 0.20 | $86.00 |
| Jun 25 08 | PREPARE FOR AND ATTEND JUNE 25, 2008 OMNIBUS HEARING | CARICKHOFF | 4.40 | $1,892.00 |

```
PROJECT CODE TOTALS  17          TOTAL VALUE:   $2,971.00      7.10
```

# Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 21 | | | | |
| Jun 02 08 | REVIEW AND DISTRIBUTE MOTION TO EXTEND REMOVAL DEADLINE; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Jun 02 08 | REVIEW STATUS OF PENDING ADVERSARY PROCEEDINGS AND DRAFT MEMO REGARDING SAME | CARICKHOFF | 4.90 | $2,107.00 |
| Jun 03 08 | REVIEW DEBTORS' MOTION TO DISMISS MORGAN STANLEY COMPLAINT AS MOOT AND AS VIOLATIVE OF CLAIMS RESOLUTION PROCESS | CARICKHOFF | 0.40 | $172.00 |
| Jun 03 08 | UPDATE MEMO REGARDING SUMMARY OF ADVERSARY PROCEEDINGS | CARICKHOFF | 0.70 | $301.00 |
| Jun 05 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY | SENESE | 0.30 | $67.50 |
| Jun 05 08 | REVIEW STIPULATION OF DISMISSAL IN MORGAN STANLEY ACTION AND UPDATE STATUS MEMO | CARICKHOFF | 0.20 | $86.00 |
| Jun 12 08 | REVIEW CURRENT DOCKET FOR EACH ADVERSARY PROCEEDING; DISTRIBUTE CERTAIN CURRENT DOCKETS AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Jun 12 08 | REVIEW DEBTORS' ANSWER TO THIRD AMENDED COMPLAINT IN WARN ACT LITIGATION | CARICKHOFF | 0.20 | $86.00 |
| Jun 16 08 | E-MAIL EXCHANGES WITH B. FATELL; REVIEW CALYON DOCKET AND STIPULATION AND ORDER AMENDING ORIGINAL SCHEDULING ORDER WITH RESPECT TO PHASE II OF TRIAL; DISTRIBUTE STIP & ORDER TO B. FATELL FOR HER REVIEW OF SAME | SENESE | 0.20 | $45.00 |
| Jun 16 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT AMENDED DATES (CALYON SCHEDULING ORDER - PHASE II TRIAL) | SENESE | 0.10 | $22.50 |
| Jun 16 08 | REVIEW AND RESPOND TO E-MAIL REGARDING PHASE II TRIAL FOR CALYON ADVERSARY | CARICKHOFF | 0.20 | $86.00 |
| Jun 23 08 | REVIEW AND DISTRIBUTE COMPLAINT (AHM ET AL. V. ATTORNEYS' TITLE INSURANCE FUND) | SENESE | 0.10 | $22.50 |
| Jun 24 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING, TOGETHER WITH A COPY OF CERTAIN DOCUMENTS LISTED ON CERTAIN OF THE DOCKETS; MODIFY CALENDAR OF CRITICAL DATES AND EVENTS BASED ON THE CURRENT DOCKET ENTRIES | SENESE | 0.50 | $112.50 |
| Jun 25 08 | REVIEW PROPOSED CONFIDENTIALITY AGREEMENT FROM BEAR ENTITIES REGARDING: WELLS FARGO INTERPLEADER AND E-MAIL CO-COUNSEL REGARDING SAME | CARICKHOFF | 0.60 | $258.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Jun 26 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS FILED ON THE RESPECTIVE DOCKETS IN THE PENDING ADVERSARY PROCEEDINGS; UPDATE ADVERSARY PROCEEDING STATUS CHART TO REFLECT ANY UPDATES | SENESE | 0.50 | $112.50 |

PROJECT CODE TOTALS  21          TOTAL VALUE:   $3,591.00      9.40