**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07- 11047 (CSS) |
| HOLDINGS, INC. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: D.I. No. 2112** |

**AMENDED[1] NOTICE OF APPEARANCE, REQUEST FOR**
**SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq.,** and **Ira M. Levee, Esq.,** and the law firm of **Lowenstein Sandler PC,** hereby enter their appearance as bankruptcy counsel, and **Christopher P. Simon, Esq.,** and the law firm of **Cross & Simon, LLC,** hereby enter their appearance as Delaware bankruptcy counsel, and **Steven B. Singer, Esq., Avi Josefson, Esq.** and **Matthew C. Moehlman, Esq.,** and the law firm of **Bernstein Litowitz Berger & Grossmann LLP,** and **Jeffrey C. Block, Esq., Kathleen M. Donovan-Maher, Esq.,** and **Autumn W. Smith, Esq.,** and the law firm of **Berman DeValerio Pease Tabacco Burt & Pucillo, LLP,** hereby enter their appearance as co-lead counsel, to Lead Plaintiffs in the securities class action entitled *In re American Home Mortgage Securities Litigation,* Case No. 07-MD-1898 (TCP), pending in the United States District Court for the Eastern District of New York, on behalf of the putative Class (the "Class") of investors who purchased or otherwise acquired common or preferred shares of stock of American Home Mortgage Investment Corp., one of the Debtors herein, during the Class Period described in the Securities Litigation, including purchasers of securities pursuant or traceable to certain registration statements issued in connection with two offerings, and request that copies of all pleadings and other papers

---

[1]  This Amended Notice of Appearance amends Docket Entry No. 2112, filed November 20, 2007.

(however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
E-mail:  metkin@lowenstein.com
ilevee@lowenstein.com

Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
Cross & Simon LLC
P.O. Box 1380
913 North Market St., 11th Floor
Wilmington, Delaware 19899-1380
302.777.4200 (Telephone)
302.777.4224 (Facsimile)
E-mail: csimon@crosslaw.com
kmann@crosslaw.com

Steven B. Singer, Esq.
Avi Josefson, Esq.
Matthew C. Moehlman, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
212.554-1400 (Telephone)
212.554.1444 (Facsimile)
Email: steven@blbglaw.com
avi@blbglaw.com
mattm@blbglaw.com

Jeffrey C. Block, Esq.
Kathleen M. Donovan-Maher, Esq.
Autumn Smith, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, Massachusetts 02109
617.542.8300 (Telephone)
617.542.1194 (Facsimile)
Email: jblock@bermanesq.com
      kdonovan-maher@bermanesq.com
      asmith@bermanesq.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the

Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all

orders and notices, including but not limited to applications, motions, petitions, pleadings,

requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of

affairs, operating reports and plans, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or

otherwise. This Notice of Appearance shall not constitute a submission by the Lead Plaintiffs or

the putative Class to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned

requests inclusion thereon.

Dated: September 19, 2008           CROSS & SIMON LLC
       Wilmington, Delaware

                                    By: _____
                                        Christopher P. Simon (Bar No. 3967)
                                        Kevin S. Mann (Bar No. 4576)
                                        913 North Market St., 11th Floor
                                        P.O. Box 1380
                                        Wilmington, Delaware 19899-1380
                                        302.777.4200 (Telephone)
                                        302.777.4244 (Facsimile)

                                        *Delaware Counsel to Lead Plaintiffs and the
                                        Putative Class*

                                        - and -

-3-

Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL 9958)
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy counsel to the Lead Plaintiffs*
*and the Putative Class*

Steven B. Singer, Esq.
Avi Josefson, Esq.
Matthew C. Moehlman, Esq.
Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
212.554.1400 (Telephone)
212.554.1444 (Facsimile)

Jeffrey C. Block, Esq.
Kathleen M. Donovan-Maher, Esq.
Autumn Smith, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo, LLP
One Liberty Square
Boston, Massachusetts 02109
617.542.8300 (Telephone)
617.542.1194 (Facsimile)

*Co-lead counsel to Lead Plaintiffs and the*
*Putative Class*