**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.<br><br>Debtors. | Chapter 11<br><br>Case No. 07- 11047 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. No. 3263 |

**AMENDED[1] VERIFIED STATEMENT OF COUNSEL**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

In compliance with Fed. R. Bankr. P. 2019(a), attorneys for the Lead Plaintiffs in the securities class action entitled *In re American Home Mortgage Securities Litigation*, Case No. 07-MD-1898 (TCP) (the "Securities Litigation"), pending in the United States District Court for the Eastern District of New York (the "District Court") and filed on behalf of all persons or entities (collectively, the "Class") who purchased or otherwise acquired common and preferred shares of stock of American Home Mortgage Investment Corp. ("American Home" or the "Debtor") on the open market, during the period from July 19, 2005 through August 6, 2007, inclusive (the "Class Period"), including all persons who purchased or otherwise acquired such shares pursuant or traceable to the registration statements issued in connection with an offering of 9 million shares on August 9, 2005 at $32.50 per share and an offer of 4 million shares on April 30, 2007 at approximately $24 per share, and who were damaged thereby, state the following:

    1.    On March 19, 2008, the District Court entered an Order (a copy of the March 19, 2008 Order is annexed hereto as Exhibit A) appointing the Teachers' Retirement System of

---

[1] This Verified Statement of Counsel pursuant to Bankruptcy Rule 2019(a) amends Docket Entry No. 3263 filed on March 13, 2008.

Oklahoma and the Oklahoma Police Pension and Retirement System as Lead Plaintiffs and consolidating approximately eighteen (18) securities class action complaints pending in the District Court alleging violations by the Debtor and certain current and/or former officers and directors, underwriters and auditors of the Debtor (the "Non-Debtor Defendants") of certain federal securities laws, including Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, and Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (collectively the "Securities Laws"), which caused damages (the "Claim") to the Lead Plaintiffs and the putative Class. The amount of the Claim is not yet determined.

2. On June 3, 2008, Lead Plaintiffs filed the Consolidated Amended Class Action Complaint in the District Court.

3. Pursuant to the dictates of 11 U.S.C. § 362(a), the Debtor is not named as a defendant in the Securities Litigation. The Securities Litigation is, however, proceeding against the Non-Debtor Defendants.

4. Lead Plaintiffs and the putative Class are creditors, equity holders and parties in interest by virtue of the fact that they lost millions of dollars as result of their purchases or acquisitions of the Debtor's securities.

5. Pursuant to the March 19, 2008 Order, the District Court approved Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein") and Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman") as Co-Lead Counsel in the Securities Litigation. *See* Exhibit A.

6. Bernstein maintains offices at 1285 Avenue of the Americas, New York, New York 10019, and Berman maintains offices at One Liberty Square, Boston, Massachusetts 02109.

7. As Co-Lead Counsel, Bernstein and Berman will prosecute, on behalf of the Lead Plaintiffs and the putative Class, any and all claims against the Debtors and the Non-Debtor

-3-

Defendants for violations of the Securities Laws, and will pursue all avenues in these bankruptcy proceedings to protect the rights of the Lead Plaintiffs and the putative Class. In furtherance of their duties as Co-Lead Counsel, Bernstein and Berman retained the law firm of Lowenstein Sandler PC, with offices at 65 Livingston Avenue, Roseland, New Jersey 07068, as bankruptcy counsel to represent the Lead Plaintiffs and the putative Class herein. Cross & Simon LLC, with offices at 913 N. Market Street, 11th Floor, Wilmington, Delaware, has been retained as local Delaware counsel to the Lead Plaintiffs and the putative Class.

8. All claims against the Debtors asserted or to be asserted herein by the Lead Plaintiffs and the putative Class were incurred on or before the date on which the Debtors filed their petitions for relief under Chapter 11 of the United States Bankruptcy Code and arose from violations of the Securities Laws. To the best of the undersigned's knowledge, no person associated with any law firm involved herein has any interest in or claim against the Debtor.

9. The above-named counsel are authorized to represent the Lead Plaintiffs herein

10. Counsel expressly reserves the right to supplement and/or amend this Statement in any respect. Submission of this Statement does not constitute the consent of the Lead Plaintiffs or the putative Class to the jurisdiction of this Court for any purpose other than with respect to this Statement.

Dated: September 19, 2008
Wilmington, Delaware

CROSS & SIMON LLC

By: _____
Christopher P. Simon (Bar No. 3967)
Kevin S. Mann (Bar No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)

*Delaware Counsel to Lead Plaintiff and the Putative Class*

- and -

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (ME-0570)
Ira M. Levee, Esq. (IL-9958)
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to the Lead Plaintiffs and the Putative Class*

Steven B. Singer, Esq.
Avi Josefson, Esq.
Matthew C. Moehlman, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
212.554.1400 (Telephone)
212.554.1444 (Facsimile)

Jeffrey C. Block, Esq.
Kathleen M. Donovan-Maher, Esq.
Autumn Smith, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo, LLP
One Liberty Square
Boston, Massachusetts 02109
617.542.8300 (Telephone)
617.542.1194 (Facsimile)

*Co-Lead Counsel to Lead Plaintiffs and the Putative Class*

I verify under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2008

/s/ Ira M. Levee
    Ira M. Levee