# Exhibit  A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ELLIOTT GREENBERG, and on behalf of others
similarly situated,

              Plaintiff,

     - against -                         07-CV-03152 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOSHUA F. HAFRON, and on behalf of others
similarly situated,

              Plaintiff,

     - against -                         07-CV-03184 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER (1) CONSOLIDATING ALL RELATED ACTIONS; (2) APPOINTING LEAD PLAINTIFFS; (3) APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL; AND (4) ESTABLISHING A BRIEFING SCHEDULE

1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CLAUDE REESE, and on behalf of others
similarly situated,

            Plaintiff,

     - against -                  07-CV-03186 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JAMES RAMOS, and on behalf of others
similarly situated,

            Plaintiff,

     - against -                  07-CV-03191 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GAIL FIALKOV, and on behalf of others
similarly situated,

            Plaintiff,

     - against -                  07-CV-03193 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., and MICHAEL
STRAUSS,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RICHARD NIELAND, and on behalf of others
similarly situated,

                   Plaintiff,

       - against -                     07-CV-03194 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
YUK YING LUI, and on behalf of others
similarly situated,

                   Plaintiff,

       - against -                     07-CV-03198 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RANDY STARK, and on behalf of others
similarly situated,

                   Plaintiff,

       - against -                     07-CV-03227 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

3

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GEORGE BLAKE, and on behalf of others
similarly situated,

        Plaintiff,

    - against -               07-CV-03237 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM RANIOLO and MARIE RANIOLO,
and on behalf of others similarly situated,

        Plaintiff,

    - against -               07-CV-03243 (TCP)

MICHAEL STRAUSS
and STEPHEN HOZIE,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RICHARD ABRAHAM, and on behalf of others
similarly situated,

        Plaintiff,

    - against -               07-CV-03248 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

4

------------------------------------X
MARK HOLLINGSWORTH,
and on behalf of others similarly situated,

              Plaintiff,

    - against -                          07-CV-03259 (TCP)

MICHAEL STRAUSS
and STEPHEN HOZIE,

              Defendants.
------------------------------------X
KENNETH BRUCE, and on behalf of others
similarly situated,

              Plaintiff,

    - against -                          07-CV-03306 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

              Defendants.
------------------------------------X
DAVID SCHEALL, and on behalf of others
similarly situated,

              Plaintiff,

    - against -                          07-CV-03315 (TCP)

MICHAEL STRAUSS,

              Defendants.
------------------------------------X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LARRY MASSUNG, and on behalf of others
similarly situated,

        Plaintiff,

    - against -                    07-CV-03350 (TCP)

AMERICAN HOME MORTGAGE
INVESTMENT CORP., MICHAEL STRAUSS,
and STEPHEN HOZIE,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KT INVESTMENTS, LLC, and on behalf of others
similarly situated,

        Plaintiff,

    - against -                    07-CV-03388 (TCP)

MICHAEL STRAUSS, NICHOLAS MARFINO,
MICHAEL MCMANUS, JR., CATHLEEN RAFFEALI,
JOHN JOHNSTON, IRVING THAU, KRISTAN
SALOVAARA, and STEPHEN HOZIE,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTHUR S.K. FONG, and on behalf of others
similarly situated,

        Plaintiff,

    - against -                    07-CV-03540 (TCP)

MICHAEL STRAUSS
and STEPHEN HOZIE,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DANA MARLIN, and on behalf of others
similarly situated,

           Plaintiff,

    - against -                07-CV-03580 (TCP)

CITIGROUP GLOBAL MARKETS, INC.,
DELOITTE & TOUCHE LLP, ROBERT
BERNSTEIN, STEPHEN HOZIE, JOHN
JOHNSTON, NICHOLAS MARFINO,
MICHAEL MCMANUS JR, CATHLEEN
RAFAELI, KENNETH SLOSSER, MICHAEL
STRAUSS, KRISTAN SALOVAARA, and
IRVING THAU,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUSTIN TUTTLEMAN and ALBERT
BRANDEL, and on behalf of others
similarly situated,

           Plaintiff,

    - against -                07-CV-80793 (TCP)

JOHN JOHNSTON, MICHAEL
MCMANUS, CATHLEEN RAFELLI,
KRISTAN SALOVAARA, MICHAEL
STRAUSS, NICHOLAS MARFINO,
IRVING THAU, STEPHEN HOZIE,
and CITIGROUP GLOBAL MARKETS INC.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

7

PLATT, District Judge.

WHEREAS:

A  Upon consideration of the motions filed by Plaintiffs for consolidation of the above-captioned actions, for appointment as Lead Plaintiff, and for approval of selection of Lead Counsel, and

B.  Defendants have not taken a position with respect to the Lead Plaintiff and Lead Counsel motion;

IT IS HEREBY ORDERED:

A.  Consolidation

1.  The above-captioned actions are hereby consolidated for all purposes, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (hereinafter "Consolidated Action").

B.  Caption & Master Files

2. Every pleading in the Consolidated Action shall have the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IN RE AMERICAN HOME MORTGAGE
SECURITIES LITIGATION                                07-MD-1898 (TCP)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THIS DOCUMENT RELATES TO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

8

(a) When a paper is intended to be applicable to all of the actions consolidated herein, the words "All Class Actions" shall appear after the words "This Document Relates To:" in the caption set forth above; and

(b) When a paper is intended to be applicable to some but not all of the consolidated actions, the Court's docket number for each individual action to which the paper applies and last name of the named Plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption set forth above.

3. A Master File is hereby established for this consolidated proceeding. The Master File docket number is 07-MD-1898 (TCP). The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. An original of this Order shall be filed by the Court in the Master File, and the Clerk shall mail a copy of this Order to counsel in the Consolidated Action.

5. The Clerk shall administratively close all of the actions listed above, other than 07-MD-1898 (TCP).

C. Newly-Filed Or Transferred Actions

6. When a case that arises out of the same subject matter of the Consolidated Action is hereafter filed in this Court or transferred from another Court, the Clerk shall:

(a) File a copy of this Order in the separate file for such action,

(b) Mail a copy of this Order to the attorneys for the Plaintiff(s) in the

newly-filed or transferred case and to any Defendant(s) in the newly-filed or transferred case, and

(c) Make the appropriate entry in the Master Docket for the Consolidated Action.

7. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

D. Appointment of Lead Plaintiffs and Approval of Lead Counsel

8. Pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995, the Teachers' Retirement System of Oklahoma and the Oklahoma Police Pension & Retirement System ("Oklahoma Retirement Systems") are appointed to serve as Lead Plaintiffs. The Oklahoma Retirement Systems have the largest financial interest of any proper lead plaintiff group. The two entities which make up the Oklahoma Retirement Systems are governed by an overlapping statutory framework and are supervised in common by the Oklahoma State Pension

10

Commission. No other movant group is able to demonstrate a similar level of cohesiveness. As such, the Teachers' Retirement System of Oklahoma and the Oklahoma Police Pension & Retirement System may aggregate their losses resulting in the highest alleged financial loss of any other movant.

9. The Oklahoma Retirement Systems' selection of counsel is approved, and Bernstein Litowitz Berger & Grossmann LLP and Berman DeValerio Pease Tabacco Burt & Pucillio are appointed as Co-Lead Counsel.

E. Filing of the Consolidated Amended Complaint

10. Lead Plaintiffs shall serve and file a Consolidated Amended Complaint with this Court within sixty (60) days of entry of this Order.

F. Defendants' Responsive Pleadings

11. The Defendants shall serve an answer or otherwise respond to the Consolidated Amended Complaint within sixty (60) days of service of the Consolidated Amended Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Judge Platt's Individual Practices, Lead Plaintiffs shall exchange a brief in opposition to any motion to dismiss within sixty (60) days of receipt of Defendants' motion, and Defendants shall exchange any reply within twenty (20) days of receipt of Lead Plaintiffs' brief in opposition.

G. Exchange of Papers

12. Exchange of Defendants' papers relating to "All Class Actions" need be

11

made solely with Co-Lead Plaintiffs' Counsel; exchange of papers relating to some, but not all, of the actions consolidated herein shall be made with Co-Lead Plaintiff's Counsel as well as counsel for the Plaintiff(s) that are party to the individual action(s) to which the papers relate. On completion of all exchanges, all papers should be filed by the Movant in accordance with Judge Platt's Individual Rules.

     H. <u>Other Provisions</u>

     13. No provision in this Order shall have the effect of making any person, firm, or corporation a party unless he, she, or it has been served in accordance with the Federal Rules of Civil Procedure. Neither this Order nor any prior Order entered herein shall affect Defendants' right to contest class certification or any element thereof, or Plaintiff's right to assert any position in favor of class certification or any element thereof.

SO ORDERED.

                                      /s/
                                      Thomas C. Platt, U.S.D.J.

Dated:     Central Islip, New York
          March 19, 2008