IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: September 19, 2008
      Wilmington, Delaware

    /s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

American Home Mortgage Holdings, Inc.  
538 Broadhollow Road  
Melville, NY 11747  

Bonnie Glantz Fatell  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801  

Rebecca L. Booth  
Morgan, Lewis & Bockius LLP  
1701 Market St  
Philadelphia, PA 19103-2921  

United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899  

Edward J. Kosmowski  
Joel A. Waite  
Young, Conway, Stargatt & Taylor  
The Brandywine Bldg.  
100 West Street, 17th Floor  
P.O. Box 391 Wilmington, DE 19899