IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS,                              :  Bankruptcy Case No. 07-11047-CSS
INC., a Delaware Corporation, et al.,                         :
                                                              :  Jointly Administered
                  Debtors.                                    :
------------------------------------------------------------  :
AMERICAN HOME MORTGAGE HOLDINGS,                              x
INC., a Delaware Corporation, et al.,                         :
                                                              :
                  Appellants,                                 :
                                                              :
          v.                                                  :
                                                              :  Civil Action No. 08-411-JJF
MCLAIN PARTNERS II, LLC,                                      :
                                                              :
                  Appellee.                                   :
------------------------------------------------------------  x
```

## ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED, that this appeal is dismissed.

Dated: September 16, 2008

Judge Joseph J. Farnan, Jr.
United States District Judge

DB02:7365397.1                                                                                    066585.1001