# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)
*Movant:* Aurora Loan Services
*D&G Reference: 218744*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0125518472 | Adela T Perez | 12/11/2006 | $980,000.00 | $1,150,166.25 | $725,000.00 | 1525 Palancia Ave<br>Coral Gables, FL 33146 |
| 0125516526 | Algier Bryant | 08/09/2006 | $367,200.00 | $390,540.60 | $420,000.00 | 2143 Chesterfield Lo<br>Chesapeake, VA 23323 |
| 0120081856 | Antonio Reynolds | 03/17/2006 | $57,057.13 | $62,165.24 | $75,000.00 | 938 W 116Th Pl<br>Chicago, IL 60643 |
| 0117914911 | Christopher P Shumway | 07/14/2005 | $90,671.83 | $97,068.14 | $133,000.00 | 46 Gant Cir<br>Streamwood, IL 60107 |
| 0120996707 | Carlos Pelaez | 05/11/2006 | $175,000.00 | $191,394.70 | $120,000.00 | 60 Robert St<br>Bridgeport, CT 06606 |
| 0120017090 | Deoraine Yudeopersaud | 03/01/2006 | $322,000.00 | $386,607.02 | $375,000.00 | 956 E 231St St<br>Bronx, NY 10462 |
| 0125517359 | Dolores Contini | 8/24/2006 | $412,429.68 | $492,419.45 | $430,000.00 | 66 Parish St<br>Staten Island, IL 10314 |
| 0018909762 | Donald P Watern | 11/04/2004 | $160,500.00 | $172,772.11 | $210,000.00 | 7553 W Pepper Ridge Rd<br>Tucson, AZ 85743 |
| 0125013359 | Dusan Malacina | 07/03/2007 | $1,320,000.00 | $1,389,583.37 | $1,290,000.00 | 2320 W Charleston St<br>Chicago, IL 60647 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **0120077516** | Edgardo Rodriguez/ Lourdes Rodriguez | 10/19/2005 | $192,000.00 | $204,368.21 | $114,800.00 | 215 Foxtail Dr Greenacres, FL 33415 |
| **0125518126** | Edita Basic | 12/05/2006 | $520,000.00 | $623,381.77 | $160,000.00 | 1200 Brickell Bay Dr Miami, FL 33131 |
| **0124988221** | Edwin Rosapapan/Fe Rosapapan | 07/11/2007 | $238,226.57 | $255,148.94 | $130,000.00 | 6616 Omega Dr San Diego, CA 92139 |
| **0117912634** | Eram A Rasheed | 09/14/2005 | $82,500.00 | $88,581.41 | $122,000.00 | 17 A Kingery Quarter Willowbrook, IL 60527 |
| **0117910927** | Eram A Rasheed | 7/19/2005 | $101,500.00 | $108,106.17 | $136,000.00 | 17 A Kingery Quarter Hinsdale, IL 60521 |
| **0117912642** | Eram A Rasheed | 9/14/2005 | $73,500.00 | $77,907.32 | $85,500.00 | 16 W540 Lake Dr 9 Willowbrook, IL 60527 |
| **0033144171** | Erasmo Suarez | 08/07/2006 | $535,334.19 | $587,389.49 | $480,000.00 | 1825 SW 12Th Ave Miami, FL 33129 |
| **0118628338** | Estercila Quintanilla | 11/02/2005 | $279,600.80 | $301,311.58 | $235,000.00 | 53 William St Brentwood, NY 11717 |
| **0125518456** | Federico Medina | 12/18/2006 | $1,382,500.00 | $1,519,809.54 | $1,050,000.00 | 7940 Hawthorne Ave Miami Beach, FL 33141 |
| **0125518142** | Jagdash Jewth | 11/10/2006 | $315,000.00 | $367,630.28 | $310,000.00 | 2705 Portchester Ct Kissimmee, FL 34744 |
| **0124993460** | Jason A Hanson | 07/14/2006 | $70,392.78 | $71,073.83 | $100,000.00 | 217 Red Lake Ave NW Bagley, MN 56621 |
| **0117913475** | Jorge O Medina | 09/09/2005 | $111,650.00 | $118,464.03 | $160,000.00 | 2247 S 10Th Ave Broadview, IL 60155 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **0120078977** | Julie Jackson | 12/29/2005 | $64,124.25 | $66,002.41 | $64,700.00 | 1326 Bellview Rd<br>Rockmart, GA 30153 |
| **0125012245** | Kim L Betts | 2/12/2007 | $880,000.00 | $932,664.22 | $920,000.00 | 1050 High Pt Dr<br>Atlanta, GA 30306 |
| **0120730924** | Kimberly Getty | 04/24/2006 | $160,000.00 | $204,219.01 | $94,000.00 | 11941 -43 S Emerald A<br>Chicago, IL 60628 |
| **0125013631** | Krzystof Bogucki | 07/18/2007 | $716,000.00 | $763,190.38 | $310,000.00 | 1113 S Birch St<br>Mount Prospect, IL 60056 |
| **0125518613** | Luis M Aguilar | 12/29/2006 | $1,347,500.00 | $1,534,590.56 | $1,250,000.00 | 1375 Daytonia Rd<br>Miami Beach, FL 33141 |
| **0118625078** | Malgorzata Mysliwiec | 11/11/2005 | $272,192.50 | $301,218.14 | $290,000.00 | 5152 S Massasoit Ave<br>Chicago, IL 60638 |
| **0118627520** | Maria C Campos | 11/23/2005 | $376,000.00 | $459,910.25 | $340,000.00 | 7433 W 60Th Pl<br>Summit Argo, IL  60501 |
| **0118625078** | Malgorzata Mysliwiec | 11/11/2005 | $272,192.50 | $301,218.14 | $290,000.00 | 5152 S Massasoit Ave<br>Chicago, IL 60638 |
| **0124977836** | Mark A Bonds | 06/25/2007 | $143,997.46 | $154,696.49 | $95,000.00 | 9313 S Wentworth Ave<br>Chicago, IL 60620 |
| **0117915231** | Oscar A Escobar | 07/13/2005 | $262,481.67 | $292,460.12 | $140,000.00 | 14817 Elmwood Dr<br>Woodbridge, VA 22193 |
| **0118625953** | Stacy O Law | 10/05/2005 | $321,600.00 | $388,476.04 | $359,000.00 | 3002 Stone Column WA<br>Buford, GA 30519 |
| **0118627363** | Steven A Steele | 11/15/2005 | $290,346.67 | $317,262.92 | $366,750.00 | 102 Walkers Cove<br>Chester, VA 23831 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **0117924860** | Timothy Hackmann | 07/15/2005 | $245,000.00 | $264,454.28 | $285,000.00 | 5105 Countryridge LN<br>Salida, CA 95368 |
| **0125013169** | Tom Gjokaj | 06/28/2007 | $447,300.00 | $486,229.54 | $420,000.00 | 1426 Holland St<br>Birmingham, MI 48009 |
| **0125517599** | Van H Nguyen | 09/22/2006 | $644,900.00 | $751,504.34 | $475,000.00 | 12225 Sour Gum Ct<br>Gainesville, VA  20155 |
| **0125012211** | Michael O Huggins | 2/6/2007 | $836,730.00 | $908,413.09 | $545,000.00 | 314 E 17th ST<br>Chicago, IL 60616 |
| **0120019872** | Benji Romero | 2/27/2006 | $213,458.00 | $230,947.95 | $145,000.00 | 2334 W Tanner Ranch  RD<br>Queen Creek, AZ 85242 |
| **0125013722** | Debra Cooper | 8/21/2006 | $132,153.00 | $145,853.29 | $85,000.00 | 627 E 160TH CT<br>South Holland, IL 60473 |
| **01250021084** | Eula Dial | 3/13/2006 | $186,194 | $194,515 | $111,000 | 3320 Spinnaker 17A<br> Detroit, MI 48207 |
| **0125516427** | Stephen Goldberg | 4/16/2007 | $360,278 | $425,394 | $350,000 | 9530 Shadow LN<br>Fort Pierce, FL 34951 |
| **0120016241** | Roxana Ordonez | 2/25/2006 | $152,950 | $166,282 | $124,000 | 722 Ana Raquel Ave<br> North Las Vegas, NV 89031 |
| **0125005488** | David L Morgan | 4/16/2007 | $436,000 | $457,090 | $295,000 | 20421 N Canyon Whisper<br>Surprisem, AZ 85387 |