IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
                        Debtors.                                 :  Ref. Docket No. 5566
---------------------------------------------------------------- x

### DEBTORS' LIMITED OBJECTION WITH RESPECT TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE [DOCKET NO. 5566]

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this limited objection (the "Objection") with respect to the motion for relief from stay [D.I. 5566] (the "Motions") filed by Citi Residential Lending, Inc. (the "Movant") seeking relief related to the Movant's senior mortgage interest in certain real property (the "Property") and a potential foreclosure upon the Property in which the Debtors allegedly have a junior mortgage interest.

With respect to a future foreclosure upon the Property for which the Debtors may have a junior interest, the Debtors generally consent to the relief sought in the Motion and are willing to stipulate that "cause" for relief from the stay exists within the meaning of 11 U.S.C. § 362(d)(1).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:7313079.2                                                                              066585.1001

However, the Debtors have reviewed the proposed form of order (the "Proposed Order") and object to the Motion to assert that certain language should be included to clarify that nothing in the Proposed Order affects the automatic stay in effect for other purposes, e.g., to protect any surplus from the foreclosure sales that might inure to the Debtors' account. Moreover, the Proposed Order should not constitute a determination that the Debtors hold any interest or equity in the Property or estop the Debtors from asserting or denying that they hold any interest in the Property. The Debtors reserve all rights with respect to the Properties, including, but not limited to, the Debtors' right to protect their interests under applicable non-bankruptcy law.

This Objection is further without prejudice to the Debtors' rights with respect to the factual allegations in the Motion including, but not limited to, whether the Debtors have any equity in the property or the appropriate appraisal values of the Property asserted therein. Nothing herein shall be construed to waive any or all claims the Debtors may have against the Movant.

Dated:   Wilmington, Delaware
         September 22, 2008

          YOUNG CONAWAY STARGATT &
          TAYLOR, LLP

          /s/ Margaret B. Whiteman
          James L. Patton, Jr. (No. 2202)
          Pauline K. Morgan (No. 3650)
          Matthew B. Lunn (No. 4119)
          Margaret B. Whiteman (No. 4652)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and Debtors in Possession