# EXHIBIT I

**Declaration of Puneet Agrawal**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
:
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :    Jointly Administered
                                                                   :
    Debtors.                                    :
------------------------------------------------------------------- x

## DECLARATION OF PUNEET AGRAWAL IN SUPPORT OF
## DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS
## PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
## BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Puneet Agrawal, pursuant to 28 U.S.C. § 1746, declare:

1.    I am a manager for Kroll Zolfo Cooper, LLC, the court-approved financial advisor for the above-captioned debtors and debtors in possession (the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Nineteenth (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.    Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases. The claims

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate

personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq"). These

efforts resulted in the identification of the "No Liability Claims," "Multiple Debtor Claims,"

"Modified Amount Claims," "Reclassified Claims," "Reclassified Wrong Debtor Claims,"

"Modified Amount Wrong Debtor Claims," "Modified Amount Reclassified Claims," "Modified

Amount Reclassified Wrong Debtor Claims," and "Insufficient Documentation Claims" as

defined in the Objection and identified respectively in Exhibits A, B, C, D, E, F, G, H, and I to

the Proposed Order.

3.    The information contained in Exhibits A, B, C, D, E, F, G, H, and I to the

Proposed Order is true and correct to the best of my knowledge.

4.    The Debtors have reviewed their books and records and determined that they have

no record of any liability on account of the claims identified in Exhibit A to the Proposed Order.

Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek

to expunge and disallow in full the No Liability Claims.

5.    The Debtors have reviewed their books and records and determined that the

claimants asserting the claims identified in Exhibit B to the Proposed Order filed identical claims

against multiple Debtors. The Debtors have determined that these claims are duplicative of other

claims that were filed against the correct Debtor. Therefore, the Debtors seek to expunge and

disallow in full the Multiple Debtor Claims.

6.    The Debtors have reviewed their books and records and determined that the

claims identified in Exhibit C to the Proposed Order should be modified to the amounts listed in

Exhibit C. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the

Debtors seek to expunge and disallow in part the Modified Amount Claims.

7.     The Debtors have reviewed their books and records and determined that the claims identified in <u>Exhibit D</u> to the Proposed Order should be reclassified to different priority levels as indicated in <u>Exhibit D</u>.  Accordingly, to prevent these claims from receiving undue priority, the Debtors seek to reclassify the Reclassified Claims.

8.     The Debtors have reviewed their books and records and determined that the claims identified in <u>Exhibit E</u> to the Proposed Order should be reclassified to different priority levels, as indicated in <u>Exhibit E</u>, and reassigned to a different case number.  Accordingly, to prevent these claims from receiving undue priority and recovery from the wrong Debtors, the Debtors seek to reclassify and reassign the Reclassified Wrong Debtor Claims.

9.     The Debtors have reviewed their books and records and determined that the claims identified in <u>Exhibit F</u> to the Proposed Order should be modified to the amounts listed in <u>Exhibit F</u> and reassigned to the new case numbers listed in <u>Exhibit F</u>.  Accordingly, to prevent the claimants from receiving an unwarranted recovery against the wrong Debtors, the Debtors seek to expunge and disallow in part and reassign the Modified Amount Wrong Debtor Claims.

10.     The Debtors have reviewed their books and records and determined that the claims identified in <u>Exhibit G</u> to the Proposed Order should be modified to the amounts listed in <u>Exhibit G</u> and reclassified to the new priority levels listed in <u>Exhibit G</u>.  Accordingly, to prevent the claimants from receiving an unwarranted recovery at the wrong priority level, the Debtors seek to expunge and disallow in part and reassign the Modified Amount Reclassified Claims.

11.     The Debtors have reviewed their books and records and determined that the claims identified in <u>Exhibit H</u> to the Proposed Order should be modified to the amounts listed in <u>Exhibit H</u>, reclassified as indicated in <u>Exhibit H</u>, and reassigned to the new case numbers listed in <u>Exhibit H</u>.  Accordingly, to prevent the claimants from receiving an unwarranted recovery at the wrong priority level and against the wrong Debtors, the Debtors seek to expunge and

disallow in part, reclassify, and reassign the Modified Amount Reclassified Wrong Debtor Claims.

12.     The Debtors have determined based upon a review of the claims docket and the claims identified on <u>Exhibit I</u> to the Proposed Order that such claims were filed without sufficient documentation or alleged facts and the claimants have failed to provide additional requested documentation.  Accordingly, the Debtors seek to expunge and disallow in full the Insufficient Documentation Claims.

13.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2008

Puneet Agrawal
Manager
Kroll Zolfo Cooper, LLC

# EXHIBIT II

**Notice for Claimants Listed in <u>Exhibit A</u> of the Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: October 22, 2008 at 10:00 a.m. (ET)** |

------------------------------------------------------------------- x

**NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION**
**TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,**
**BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO: [Claimant's Name
    and Address]

**Basis for Objection:** No Liability Claim

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Expunged Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

              **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
              James L. Patton, Jr. (No. 2202)
              Pauline K. Morgan (No. 3650)
              Edward J. Kosmowski (No. 3849)
              Kara Hammond Coyle (No. 4410)
              Nathan D. Grow (No. 5014)
              The Brandywine Building
              1000 West Street, 17th Floor
              Wilmington, Delaware  19801
              Telephone: (302) 571-6756
              Facsimile: (302) 571-1253

              Counsel to the Debtors and Debtors in Possession

# EXHIBIT III

**Notice for Claimants Listed in <u>Exhibit B</u> of the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
                                         :
In re:                                   :   Chapter 11
                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]       :
                                         :   Jointly Administered
                                         :
     Debtors.                            :   Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)
                                         :   Hearing Date: October 22, 2008 at 10:00 a.m. (ET)
------------------------------------------------------------- x
```

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: [Claimant's Name
      and Address]

**Basis for Objection:** <u>Multiple Debtor Claim</u> - Identical claims against multiple Debtors

|  | Claim Number | Claim Amount |
|---|---|---|
| **Expunged Claim:** | [Claim Number] | [Claim Amount] |
| **Surviving Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto.  The Debtors seek by this Objection to disallow the claim listed above because you have filed identical claims against multiple Debtors.  The Debtors have determined, after review of their books and records, that the claim listed in the "Expunged Claim" row was filed against the wrong Debtor, and the claim listed in the "Surviving Claim" row above was filed against the correct Debtor.  The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT IV

**Notice for Claimants Listed in <u>Exhibit C</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :    Jointly Administered
                                                          :
Debtors.                                                  :    **Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)**
                                                          :    **Hearing Date: October 22, 2008 at 10:00 a.m. (ET)**

------------------------------------------------------------ x

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** [Claimant's Name        **Basis for Objection:**     <u>Modified Amount Claim</u> - Debtors' books and records
and Address]                                                 show a modified amount of liability

| Claim Number [Claim Number] | Date Filed [Date Filed] | Case Number [Case Number] | Total Amount Claimed [Amount] [Priority level] | Modified Amount [Amount] [Priority level] |
|---|---|---|---|---|

[Comment]

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. The Objection seeks to alter your rights by modifying the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

066585.1001

# EXHIBIT V

**Notice for Claimants Listed in <u>Exhibit D</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
                                          :
In re:                                    :   Chapter 11
                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]        :
                                          :   Jointly Administered
                                          :
         Debtors.                         :   Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)
                                          :   Hearing Date: October 22, 2008 at 10:00 a.m. (ET)
------------------------------------------------------------- x
```

### NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: [Claimant's Name and Address]    **Basis for Objection:**    <u>Reclassified Claim</u> - Debtors' books and records show claim should be reclassified

| Claim Number<br>[Claim Number] | Date Filed<br>[Date Filed] | Case Number<br>[Case Number] | Total Amount Claimed<br>[Amount]<br>[Priority level] | Reclassified Amount<br>[Amount]<br>[Priority level] |
|---|---|---|---|---|

[Comment]

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto.  The Debtors have determined, after review of their books and records, that your claim should be reclassified as indicated above in the column titled "Reclassified Amount."  The Objection seeks to alter your rights by reclassifying the priority level of your claim.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT VI

**Notice for Claimants Listed in <u>Exhibit E</u> of the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
```
In re:                                              :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :    Jointly Administered
        Debtors.                                    :
                                                    :    **Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)**
                                                    :    **Hearing Date: October 22, 2008 at 10:00 a.m. (ET)**
```
----------------------------------------------------------------- x
```

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** [Claimant's Name and Address]     **Basis for Objection:**    <u>Reclassified Wrong Debtor Claim</u> - Debtors' books and records show claim should be reclassified and reassigned to a new case number

| Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Reclassified Amount |
|---|---|---|---|---|---|
| [Claim Number] | [Date Filed] | [Case Number] | [New Case Number] | [Amount] [Priority level] | [Amount] [Priority level] |
| [Comment] | | | | | |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have determined, after review of their books and records, that your claim should be reclassified as indicated above in the column titled "Reclassified Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by reclassifying and reassigning your claim as detailed above.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
   Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Edward J. Kosmowski (No. 3849)
        Kara Hammond Coyle (No. 4410)
        Nathan D. Grow (No. 5014)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19801
        Telephone: (302) 571-6756
        Facsimile: (302) 571-1253

        Counsel to the Debtors and Debtors in Possession

# EXHIBIT VII

**Notice for Claimants Listed in <u>Exhibit F</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
```
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                :
                                                  :   Jointly Administered
        Debtors.                                  :
                                                  :   **Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)**
                                                  :   **Hearing Date: October 22, 2008 at 10:00 a.m. (ET)**
```
------------------------------------------------------------ x
```

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: [Claimant's Name        **Basis for Objection:**    Modified Amount Wrong Debtor Claim - Debtors' books
    and Address]                                        and records show amount of claim should be modified
                                                        and reassigned to a new case number

| Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Modified Amount |
|---|---|---|---|---|---|
| [Claim Number] | [Date Filed] | [Case Number] | [New Case Number] | [Amount] [Priority level] | [Amount] [Priority level] |
| [Comment] | | | | | |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by modifying the amount of your claim as indicated above in the "Modified Amount" column listed above and by reassigning your claim to the "New Case Number" listed above.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
      James L. Patton, Jr. (No. 2202)
      Pauline K. Morgan (No. 3650)
      Edward J. Kosmowski (No. 3849)
      Kara Hammond Coyle (No. 4410)
      Nathan D. Grow (No. 5014)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 571-6756
      Facsimile: (302) 571-1253

      Counsel to the Debtors and Debtors in Possession

066585.1001

# EXHIBIT VIII

**Notice for Claimants Listed in <u>Exhibit G</u> of the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :    Jointly Administered
                                                          :
    Debtors.                                              :    **Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)**
                                                          :    **Hearing Date: October 22, 2008 at 10:00 a.m. (ET)**

------------------------------------------------------------- x

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: [Claimant's Name and Address] | **Basis for Objection:** | <u>Modified Amount Reclassified Claim</u> - Debtors' books and records show amount of claim should be modified and reclassified |
| --- | --- | --- |

| Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified, Reclassified Amount |
| --- | --- | --- | --- | --- |
| [Claim Number] | [Date Filed] | [Case Number] | [Amount] [Priority level] | [Amount] [Priority level] |

[Comment]

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified, Reclassified Amount" column. Additionally, the Debtors have determined that your claim should be reclassified as indicated above in the "Modified, Reclassified Amount" column. The Objection seeks to alter your rights by modifying the amount of your claim and by reclassifying your claim.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT IX

**Notice for Claimants Listed in <u>Exhibit H</u> of the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
```

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)** |
| | : **Hearing Date: October 22, 2008 at 10:00 a.m. (ET)** |

```
------------------------------------------------------------- x
```

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: [Claimant's Name and Address] | **Basis for Objection:** | <u>Modified Amount Reclassified Wrong Debtor Claim</u> - Debtors' books and records show amount of claim should be modified, reclassified and reassigned to a new case number |
|---|---|---|

| Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Modified, Reclassified Amount |
|---|---|---|---|---|---|
| [Claim Number] | [Date Filed] | [Case Number] | [New Case Number] | [Amount] [Priority level] | [Amount] [Priority level] |
| [Comment] | | | | | |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified, Reclassified Amount" column. Additionally, the Debtors have determined that your claim should be reclassified as indicated above in the "Modified, Reclassified Amount" column and reassigned to the case number listed above in the "New Case Number" column. The Objection seeks to alter your rights by modifying the amount of your claim, by reclassifying your claim and by reassigning it to a new case number.

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

              **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
              James L. Patton, Jr. (No. 2202)
              Pauline K. Morgan (No. 3650)
              Edward J. Kosmowski (No. 3849)
              Kara Hammond Coyle (No. 4410)
              Nathan D. Grow (No. 5014)
              The Brandywine Building
              1000 West Street, 17th Floor
              Wilmington, Delaware  19801
              Telephone: (302) 571-6756
              Facsimile: (302) 571-1253

              Counsel to the Debtors and Debtors in Possession

# EXHIBIT X

**Notice for Claimants Listed in <u>Exhibit I</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                                    :    Chapter 11
                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,:    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]        :
                                          :    Jointly Administered
        Debtors.                          :
                                          :    **Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)**
                                          :    **Hearing Date: October 22, 2008 at 10:00 a.m. (ET)**

-------------------------------------------------------------- x

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: [Claimant's Name       **Basis for Objection:**      Insufficient Documentation Claim
      and Address]                                        **Claim Number**    **Claim Amount**
                           **Claim to be Expunged:**     [Claim Number]      [Claim Amount]

        The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to your claim listed above in the "Claim to be Expunged" row because this claim was filed without sufficient supporting documentation or facts to support a legal basis for a claim. Based on your claim and any documentation filed with your claim, the Debtors submit that they have no liability for any amounts alleged. The Objection seeks to alter your rights by disallowing the above-listed claim.

        Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

        At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:7387991.1                                                          066585.1001

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
     Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession