# EXHIBIT XI

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                           :   Chapter 11

                                                : 

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]                 :

                                              :   Jointly Administered

        Debtors.                             : 

                                              :   **Ref. Docket No. _____**

---------------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the nineteenth omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E, F, G, H, and I hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]       All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby modified by either decreasing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in Exhibit D; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit E are hereby reclassified as general unsecured claims and reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit F are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit F, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit F; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit G are hereby (i) modified by increasing or reducing the amounts to the dollar values listed under the column

titled "Modified Amount" in Exhibit G, and (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit G; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit H are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit H, (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit H; and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit H; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit I are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Exhibit A
## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BARLOW, MONIQUE<br>6499 S DAFFODIL WAY<br>WEST JORDAN, UT 84084 | 3228 | 11/26/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | 1909 | 11/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350,000.00 (U)<br>$350,000.00 (T) | Claim for Management Evaluation Bonus.  Per the terms of claimant's employment contract, payment of this bonus was discretionary in its entirety. |
| BIGLIN, JAMES<br>824 SUGAR VALLEY CT<br>ST. PETERS, MO 63376 | 2417 | 11/16/07 | No Case | - (S)<br>- (A)<br>$4,166.67 (P)<br>- (U)<br>$4,166.67 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| BILICKI, EUGENE<br>36 JULIAN ST<br>HICKSVILLE, NY 11801 | 985 | 9/18/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,207.32 (U)<br>$18,157.32 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | 430 | 9/10/07 | No Case | - (S)<br>- (A)<br>$8,817.00 (P)<br>- (U)<br>$8,817.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| BROWN, CHANTEL<br>6333 KING LOUIS DRIVE<br>ALEXANDRIA, VA 22312 | 1451 | 10/5/07 | No Case | - (S)<br>- (A)<br>$9,207.88 (P)<br>- (U)<br>$9,207.88 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| BUTTS, LEE ANN<br>9901 RED TWIG PL<br>FORT WAYNE, IN 46804 | 2357 | 11/16/07 | No Case | - (S)<br>- (A)<br>$6,538.48 (P)<br>- (U)<br>$6,538.48 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |

## — Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BYLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | 499 | 9/10/07 | No Case | - (S)<br>- (A)<br>$18,360.00 (P)<br>- (U)<br>$18,360.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| CARROLL, MATTHEW<br>744 MAIN ST<br>FARMINGDALE, NY 11735 | 1660 | 10/19/07 | 07-11047 | - (S)<br>- (A)<br>$7,064.00 (P)<br>$638.40 (U)<br>$7,702.40 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract |
| COCHRAN, TERRENCE<br>2218 INDIANA AVE #1-F<br>SAINT LOUIS, MO 63104 | 8830 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| COURTNEY, TERRESA K.<br>2012 WILSON FARM CT.<br>CHESTERFIELD, MO 63005 | 1469 | 10/9/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$27,500.00 (U)<br>$27,500.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| HAMILTON, SALLY J.<br>20-B WILLIAM ST<br>GLEN COVE, NY 11542 | 754 | 9/14/07 | No Case | - (S)<br>- (A)<br>$49,230.76 (P)<br>- (U)<br>$49,230.76 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 6297, which alleges a claim in the amount of $59,199.78 under case number 07-11051. |
| HANCE, NICOLE R.<br>129 ROYALLBROOK LANE<br>OFALLON, MO 63368 | 2175 | 11/14/07 | No Case | - (S)<br>- (A)<br>$2,153.60 (P)<br>$11,666.67 (U)<br>$13,820.27 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Related claim for vacation time allowed |
| HEFNER, KENNETH R.<br>30 MULHOLLAND CT<br>MISSION VIEJO, CA 92692 | 721 | 9/13/07 | No Case | - (S)<br>- (A)<br>$46,154.64 (P)<br>- (U)<br>$46,154.64 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to vacation time payout per terms of employment contract |
| HUFF, CANDI J.<br>339 HEDGE HOLLOW COVE<br>DRAPER, UT 84020 | 891 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$30,781.98 (P)<br>- (U)<br>$30,781.98 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| JOHNSON, EILEEN<br>36 LAUREL PLACE<br>BETHPAGE, NY 11714 | 4198 | 12/3/07 | No Case | - (S)<br>- (A)<br>$7,150.00 (P)<br>- (U)<br>$7,150.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KEIM, GISELLE 4986 BOTANICAL AVE SAINT LOUIS, MO 63110 | 2642 | 11/19/07 | No Case | - (S) $7,000.00 (P) - (U) $7,000.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| KOTHARY, MANISH 444 WASHINGTON BLVD STE 6238 JERSEY CITY, NJ 07310 | 8999 | 1/11/08 | No Case | - (S) - (A) - (P) $772,300.00 (U) $772,300.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 9051, which alleges a claim in the amount of $2,866,841 against an unspecified Debtor. |
| LAMEIRAO, VALDEMAR M 1 FELDBERG DRIVE MONTICELLO, NY 12701 | 7562 | 1/7/08 | No Case | - (S) - (A) $12,526.85 (P) - (U) $12,526.85 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Equity portion of claim not allowed |
| LATTANZA, EMANUEL 138 THUNDER RD HOLBROOK, NY 11741 | 8374 | 1/10/08 | 07-11051 | - (S) - (A) $34,249.80 (P) - (U) $34,249.80 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| MARTIN, MAYLA L. 206 MADISON ST WARWICK, RI 02888 | 978 | 9/18/07 | 07-11051 | - (S) - (A) $7,970.34 (P) - (U) $7,970.34 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| MASSELLA, RALPH A. 528 HILTON AVENUE CATONSVILLE, MD 21228 | 8146 | 1/7/08 | 07-11051 | - (S) - (A) $10,950.00 (P) $50,000.00 (U) $60,950.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 8148, which alleges a claim in the amount of $292,255.78 under case number 07-11051. |
| MASSELLA, RALPH A. 528 HILTON AVENUE CATONSVILLE, MD 21228-5817 | 8147 | 1/7/08 | 07-11051 | - (S) - (A) $10,950.00 (P) $42,200.00 (U) $53,150.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 8148, which alleges a claim in the amount of $292,255.78 under case number 07-11051. |
| MERCER, ROBERT 6311 MAIDEN LANE BETHESDA, MD 20817-5609 | 8463 | 1/10/08 | 07-11047 | - (S) $2,276.35 (P) $124,921.65 (U) $127,198.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 8464, which alleges a claim in the amount of $127,198.00 under case number 07-11051. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MOHSENZADEH, HOLLY<br>1415 SILVERLINDEN CT<br>FORT WAYNE, IN 46804 | 5245 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,275.12 (U)<br>$14,225.12 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| OLAFSSON, THOMAS<br>55 COTTAGE FARM RD.<br>BROOKLINE, MA 02446 | 10346 | 4/30/08 | No Case | $786,401.20 (S)<br>- (A)<br>$366,360.15 (P)<br>$48,807.40 (U)<br>$1,201,568.75 (T) | Claim arises out of construction loan agreement. Claimant stated in loan application that the house was for his own residence and therefore he is not entitled to alleged $400,000 in lost profits. Claimant failed to provide documentation or support for a |
| RAJCHEL, JOHN<br>202 S. SCHUYLKILL AV<br>NORRISTOWN, PA 19403 | 8511 | 1/10/08 | No Case | - (S)<br>$48,801.50 (P)<br>- (U)<br>$48,801.50 (T) | Not entitled to vacation pay per Debtors' employee policy for sales employees. Not entitled to receipt of taxes because they will be paid to the appropriate taxing authorities |
| ROYAL BANK OF SCOTLAND PLC C/O GREENWICH CAPITAL MARKETS, INC<br>600 STEAMBOAT ROAD<br>GREENWICH, CT 06830 | 8955 | 1/11/08 | 07-11051 | Unspecified* | Claim is related to an agreement whereby American Home Mortgage Corp. purchased options from claimant. No liability against the Debtors arises out of this agreement. |
| STAGNER, ROY<br>5 RITA PL<br>FARMINGDALE, NY 11735 | 786 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$4,945.02 (U)<br>$15,895.02 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to sick and personal time payout per terms of employment contract. Related claim for vacation time allowed |
| SYKES, THADDEUS<br>2003 CRIMSON MEADOWS DR.<br>O'FALLON, MO 63366 | 7411 | 1/7/08 | No Case | - (S)<br>- (A)<br>$9,166.00 (P)<br>- (U)<br>$9,166.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | 8113 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$27,500.00 (P)<br>- (U)<br>$27,500.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| WALLACE, DIANA L.<br>16769 LYONHURST CIRCLE<br>NORTHVILLE, MI 48168 | 1339 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$39,230.40 (P)<br>- (U)<br>$39,230.40 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| WANG, ELI JOSHUA<br>7702 ARDMORE DR<br>O'FALLEN, MO 63368 | 742 | 9/13/07 | No Case | - (S)<br>$10,950.00 (P)<br>$383.33 (U)<br>$11,333.33 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |

————— Objectionable Claims —————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WENINSKI, MICHELLE A. 41 WINSTON DR BRENTWOOD, NY 11717 | 673 | 9/12/07 | No Case | - (S)<br>- (A)<br>$9,367.16 (P)<br>- (U)<br>$9,367.16 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| **Totals:** | | **34 Claims** | | $786,401.20 (S)<br>- (A)<br>$835,723.56 (P)<br>$1,443,844.91 (U)<br>$3,065,969.67 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Multiple Debtor Claims

### —— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVC CO. ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY FLASTER/GREENBERG PC EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL PHILADELPHIA, PA 19103 | 9205 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>$24,287.31 (P)<br>- (U)<br>$24,287.31 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9204) was asserted against the correct Debtor. |
| JORDAN, CHERYL S. 125 HALESITE DR SOUND BEACH, NY 11789 | 10404 | 5/19/08 | 07-11047 | - (S)<br>- (A)<br>$1,819.13 (P)<br>- (U)<br>$1,819.13 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#201) was asserted against the correct Debtor. |
| **Totals:** | **2 Claims** | | | - (S)<br>- (A)<br>$26,106.44 (P)<br>- (U)<br>$26,106.44 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Modified Amount Claims**

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ANDERSON, LOIS B<br>9268 BROWN RD<br>ELK GROVE, CA 95624 | 7610 | 1/7/08 | 07-11051 | - (S)<br>$1,520.00 (P)<br>- (U)<br>$1,520.00 (T) | - (S)<br>- (A)<br>$1,320.00 (P)<br>- (U)<br>$1,320.00 (T) | Modified to match Debtors' books and records |
| BRIGGS, TONYA<br>8400 ADAGIO WAY<br>CITRUS HEIGHTS, CA 95621 | 1567 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$22,490.00 (P)<br>- (U)<br>$22,490.00 (T) | - (S)<br>- (A)<br>$7,701.21 (P)<br>- (U)<br>$7,701.21 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Reduced for allowed vacation, sick and personal time |
| CHIRAYIL, MARTHA A<br>54 ANDREA ST.<br>WEST BABYLON, NY 11704 | 8461 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$17,182.00 (P)<br>$16,154.65 (U)<br>$33,336.65 (T) | $.00 (S)<br>- (A)<br>$6,608.65 (P)<br>- (U)<br>$6,608.65 (T) | Modified to match Debtors' books and records for vacation payout |
| DEVINE, SUZANNE C<br>8709 WINGARD ROAD<br>WAXHAW, NC 28173 | 6966 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$127,274.10 (U)<br>$138,224.10 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$123,354.61 (U)<br>$134,304.61 (T) | Modified deferred compensation amount to match Debtors' books and records |
| GEIGER, STACEY<br>7413 MOLITOR COURT<br>RIO LINDA, CA 95673 | 1656 | 10/19/07 | 07-11051 | - (S)<br>- (A)<br>$17,826.36 (P)<br>- (U)<br>$17,826.36 (T) | - (S)<br>- (A)<br>$4,153.84 (P)<br>- (U)<br>$4,153.84 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Reduced for allowed vacation time |
| GERRITY, SEAN<br>2631 HEATHERSTONE DR<br>SAN RAFAEL, CA 94903 | 6978 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$985,560.13 (U)<br>$996,510.13 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$951,489.66 (U)<br>$962,439.66 (T) | Modified deferred compensation amount to match Debtors' books and records. Debtors have no record commissions are owed and no support was provided by the claimant |
| GIANCOLA, KAREN<br>57 MILL RD<br>FARMINGDALE, NY 11735 | 2969 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$81,170.92 (P)<br>- (U)<br>$81,170.92 (T) | - (S)<br>- (A)<br>$4,776.92 (P)<br>- (U)<br>$4,776.92 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HAMILTON, SALLY<br>20B WILLIAM ST<br>GLEN COVE, NY 11542 | 6297 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$59,199.78 (P)<br>- (U)<br>$59,199.78 (T) | $.00 (S)<br>- (A)<br>$6,610.00 (P)<br>$9,969.02 (U)<br>$16,579.02 (T) | The Debtors' books and records show liability for vacation payout and reimbursement of moving expenses. Claimant is not entitled to severance payments asserted because severance is conditioned on the execution of general release per the claimant's employ |
| HARRIS, CYNTHIA<br>29 CORNERSTONE CT<br>DOYLESTOWN, PA 18901 | 655 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$697.52 (U)<br>$11,647.52 (T) | - (S)<br>- (A)<br>$1,997.44 (P)<br>- (U)<br>$1,997.44 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per the Debtors' employee policy. |
| HOUSTON, TRUXTUN CRAIN JR.<br>PO BOX 59<br>BUTLER, MD 21023 | 7735 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$124,389.72 (U)<br>$135,339.72 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$83,734.50 (U)<br>$94,684.50 (T) | Modified deferred compensation amount to match Debtors' books and records |
| JACOBY MURAD, SUSAN L<br>5133 TOP SEED COURT<br>CHARLOTTE, NC 28226 | 6120 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$3,788.56 (P)<br>- (U)<br>$3,788.56 (T) | - (S)<br>- (A)<br>$1,647.42 (P)<br>- (U)<br>$1,647.42 (T) | Modified to match Debtors' books and records |
| KELLER, ROCCA (RINA)<br>7321 N OLEANDER AVE<br>CHICAGO, IL 60631 | 6720 | 12/31/07 | 07-11051 | - (S)<br>$5,000.00 (A)<br>- (P)<br>$28,871.07 (U)<br>$33,871.07 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$17,379.04 (U)<br>$28,329.04 (T) | Modified deferred compensation amount to match Debtors' books and records |
| LYTLE, JODY<br>310 REDROME CIRCLE W<br>BRIDGEVILLE, PA 15017 | 3643 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$1,505.84 (P)<br>$1,505.84 (U)<br>$1,504.84 (T) | - (S)<br>- (A)<br>$1,505.84 (P)<br>- (U)<br>$1,505.84 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| MACO, JOHN<br>5495 MAIN ST<br>STRATFORD, CT 06614 | 6626 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$10,000.00 (P)<br>$80,546.00 (U)<br>$90,546.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$48,658.00 (U)<br>$59,608.00 (T) | Reduced to match the Debtors' books and records. Business expenses and severance are allowable. Not eligible for vacation pay per the Debtors' policy for sales employees. Not eligible for bonus because the claimant was not employed on the scheduled date |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MAHONEY, MICHAEL<br>1408 CROOKED PINE DR<br>MOUNT PLEASANT, SC 29466 | 1204 | 9/25/07 | 07-11051 | - (S)<br>- (A)<br>$1,750.00 (P)<br>- (U)<br>$1,750.00 (T) | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Modified to match Debtors' books and records |
| MALONSON, BARBARA J<br>25247 MADRONE<br>COURT<br>VOLCANO, CA 95689 | 2322 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$1,776.92 (P)<br>$9,264.40 (U)<br>$9,264.40 (T) | - (S)<br>- (A)<br>$1,776.92 (P)<br>- (U)<br>$1,776.92 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| MCCARTHY, CAROL<br>174 UNION AVE<br>HOLBROOK, NY 11741 | 5951 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$3,457.90 (P)<br>- (U)<br>$3,457.90 (T) | - (S)<br>- (A)<br>$3,303.85 (P)<br>- (U)<br>$3,303.85 (T) | Modified to match Debtors' books and records |
| MCFARLAND, PATRICIA<br>7181 PLEASANT ST<br>LOUDON, NH 03307 | 179 | 8/30/07 | 07-11051 | - (S)<br>- (A)<br>$32,011.00 (P)<br>- (U)<br>$32,011.00 (T) | - (S)<br>- (A)<br>$2,441.03 (P)<br>- (U)<br>$2,441.03 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to personal time payout per terms of employment contract. No bonus is due per debtor's books and records. Reduced for allowed vacation time |
| MILO, RAGIN<br>529 8TH AVE<br>NEW HYDE PARK, NY 11040 | 1336 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$10,086.95 (P)<br>- (U)<br>$10,086.95 (T) | - (S)<br>- (A)<br>$8,923.08 (P)<br>- (U)<br>$8,923.08 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| MINGST, GRAHAM<br>14 CORNELL AVE<br>HICKSVILLE, NY 11801 | 212 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>$5,300.00 (P)<br>- (U)<br>$5,300.00 (T) | - (S)<br>- (A)<br>$4,403.08 (P)<br>- (U)<br>$4,403.08 (T) | Modified to match Debtors' books and records |
| MIRSKY, GREGORY N.<br>27 CORTELYOU RD<br>MERRICK, NY 11566-3725 | 800 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,038.46 (P)<br>- (U)<br>$3,038.46 (T) | - (S)<br>- (A)<br>$1,153.85 (P)<br>- (U)<br>$1,153.85 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| OBRIEN, BARON<br>2550 FIFTH AVE #167<br>SAN DIEGO, CA  92103 | 6650 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$243,316.15 (U)<br>$254,266.15 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$133,692.10 (U)<br>$144,642.10 (T) | Modified to match Debtors' books and records for allowable deferred compensation, commissions and business expenses |
| ORTEGA, KARI<br>359 PHYLLIS AVE<br>ROCHELLE, IL  61068 | 2430 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$3,489.36 (P)<br>$42.95 (U)<br>$3,532.31 (T) | - (S)<br>- (A)<br>$840.00 (P)<br>$.00 (U)<br>$840.00 (T) | Modified to match Debtors' books and records |
| PAROTTI, PAUL<br>1502 CLAY ST<br>NEWPORT BEACH, CA  92663 | 2353 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$37,816.15 (P)<br>$15,816.66 (U)<br>$53,632.81 (T) | $.00 (S)<br>$6,761.93 (A)<br>$19,438.64 (U)<br>$26,200.57 (T) | Modified deferred compensation and business expense amounts to match Debtors' books and records. Not entitled to vacation pay per debtor's employee policy for sales employees |
| POMBRA, DEEPALI<br>2019 COURT N DRIVE<br>MELVILLE, NY  11747 | 390 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$2,437.50 (P)<br>- (U)<br>$2,437.50 (T) | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | Modified to match Debtors' books and records |
| PUDENZ, MARY E.<br>1060 2ND ST CT<br>WAUKEE, IA  50263 | 1472 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$4,980.00 (P)<br>- (U)<br>$4,980.00 (T) | - (S)<br>- (A)<br>$4,902.13 (P)<br>- (U)<br>$4,902.13 (T) | Modified to match Debtors' books and records |
| ROBERTS, DAVID<br>323 THOMAS RD<br>SEVERNA PARK, MD  21146 | 7093 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$353,440.18 (U)<br>$364,390.18 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$341,821.92 (U)<br>$352,771.92 (T) | Modified deferred compensation amount to match Debtors' books and records |
| SCHOOLFIELD, MATTHEW B<br>11817 KENNON RIDGE LANE<br>HUNTERSVILLE, NC  28078 | 7022 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$72,725.93 (U)<br>$83,675.93 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,142.51 (U)<br>$19,092.51 (T) | Modified deferred compensation amount to match Debtors' books and records. Claimant received commissions payment on August 7, 2007 for commissions earned to date. No additional commissions are due per Debtors' books and records |
| SEDOTTO, BONNIE<br>116 KETRIDGE ST<br>WEST BABYLON, NY  11704 | 8325 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$2,369.40 (P)<br>- (U)<br>$2,369.40 (T) | - (S)<br>- (A)<br>$2,153.85 (P)<br>- (U)<br>$2,153.85 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SEGALL, ERIC<br>5914 LE SAGE AVE<br>WOODLAND HILLS, CA 91367 | 7365 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$38,857.69 (U)<br>$49,807.69 (T) | - (S)<br>- (A)<br>$3,557.69 (P)<br>$0.00 (U)<br>$3,557.69 (T) | Vacation amount modified to match the Debtors' books and records and moving expenses have been allowed. Claimant is not entitled to severance payments asserted because severance is conditioned on the execution of general release per the claimant's employ |
| SHEARER, LYLE<br>4441 CLIPPER DR<br>DISCOVERY BAY, CA 94505 | 7215 | 1/7/08 | 07-11051 | $6,464.41 (S)<br>- (A)<br>$6,464.41 (P)<br>$223,561.02 (U)<br>$230,025.43 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$225,123.64 (U)<br>$225,123.64 (T) | Modified deferred compensation amount to match Debtors' books and records |
| SOMERMAN, STEVEN<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 6437 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$749,136.68 (U)<br>$760,086.68 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$713,614.31 (U)<br>$724,564.31 (T) | Modified deferred compensation and commissions amounts to match Debtors' books and records. Not entitled to vacation pay per Debtors' employee policy for sales employees |
| TRAPANOTTO, TIMOTHY<br>17 CRESTWOOD DR<br>FORT SALONGA, NY 11768 | 7909 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$4,417.07 (P)<br>$4,417.07 (U)<br>$4,417.07 (T) | - (S)<br>- (A)<br>$4,417.07 (P)<br>- (U)<br>$4,417.07 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| VAZQUEZ, EVANIA<br>320 NASSAU RD<br>APT 102<br>HUNTINGTON, NY 11743 | 5629 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$253.80 (P)<br>$253.80 (U)<br>$255.80 (T) | - (S)<br>- (A)<br>$253.80 (P)<br>- (U)<br>$253.80 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | 487 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$6,416.66 (P)<br>- (U)<br>$6,416.66 (T) | - (S)<br>- (A)<br>$5,923.08 (P)<br>- (U)<br>$5,923.08 (T) | Modified to match Debtors' books and records |
| VENEGAS, CANDACE<br>960 BANNOCK CT<br>CONCORD, CA 94518 | 866 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$740.38 (P)<br>$740.38 (U)<br>$740.38 (T) | - (S)<br>- (A)<br>$740.38 (P)<br>- (U)<br>$740.38 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| WHEELER, MICHAEL J/SVP+RN<br>9180 LOS LAGOS CIRCLE<br>GRANITE BAY, CA 95746 | 7613 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$359,428.28 (U)<br>$370,378.28 (T) | Reduced to match Debtors' books and records. Deferred compensation amounts allowable, however not entitled to vacation time because the claimant was a sales employee |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ZELL, GARY S.<br>8300 ARMETALE LN<br>FAIRFAX STATION, VA  22039 | 1288 | 9/27/07 | 07-11051 | $347,000.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$86,450.00 (U)<br>$444,400.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$338,202.94 (U)<br>$349,152.94 (T) | Modified deferred compensation amount to match Debtors' books and records. No support found or provided to substantiate profit bonus |
| **Totals:** | | 38 Claims | | $357,881.48 (S)<br>- (A)<br>$466,939.42 (P)<br>$3,526,153.67 (U)<br>$4,331,400.08 (T) | $.00 (S)<br>- (A)<br>$212,073.06 (P)<br>$3,374,049.17 (U)<br>$3,586,122.23 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D
## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| ANDERSON, BIRGIT T.<br>PO BOX 2163<br>WINTER PARK, FL 32790 | 1056 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$10,500.00 (P)<br>- (U)<br>$10,500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$10,500.00 (U)<br>$10,500.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| GOLE, SUSAN<br>10550 W ALEXANDER RD # 2018<br>LAS VEGAS, NV 89129 | 333 | 9/5/07 | 07-11051 | - (S)<br>- (A)<br>$6,347.59 (P)<br>- (U)<br>$6,347.59 (T) | - (S)<br>- (A)<br>$5,180.34 (P)<br>$1,167.25 (U)<br>$6,347.59 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 1813 | 10/26/07 | 07-11051 | - (S)<br>- (A)<br>$49,739.74 (P)<br>- (U)<br>$49,739.74 (T) | - (S)<br>- (A)<br>- (P)<br>$49,739.74 (U)<br>$49,739.74 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$66,587.33 (P)<br>- (U)<br>$66,587.33 (T) | - (S)<br>- (A)<br>$5,180.34 (P)<br>$61,406.99 (U)<br>$66,587.33 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Reclassified Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | | | |
| KNAG, PAUL JR. 60 E 9TH ST # 505 NEW YORK, NY 10003 | 746 | 9/13/07 | 07-11047 | - (S) - (A) $10,000.00 (P) - (U) $10,000.00 (T) | | 07-11051 | - (S) - (A) $2,500.00 (P) $7,500.00 (U) $10,000.00 (T) | (S) No basis for priority claim (A) exists under section 507 of (P) the Bankruptcy Code |
| **Totals:** | 1 Claim | | | - (S) - (A) $10,000.00 (P) - (U) $10,000.00 (T) | | | - (S) - (A) $2,500.00 (P) $7,500.00 (U) $10,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Exhibit F
### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Objectionable Claim | | | |
| BARRETT, JAMES<br>1467 THIES DR<br>PASADENA, MD 21122 | 927 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$7,500.01 (P)<br>- (U)<br>$7,500.01 (T) | 07-11051 | - (S)<br>- (A)<br>$7,384.62 (P)<br>- (U)<br>$7,384.62 (T) | Modified to match Debtors' books and records |
| CARD, THERESA<br>2913 BOULDER RIDGE<br>MILFORD, MI 48380 | 1052 | 9/20/07 | No Case | - (S)<br>- (A)<br>$5,061.90 (P)<br>- (U)<br>$5,061.90 (T) | 07-11051 | - (S)<br>- (A)<br>$384.62 (P)<br>- (U)<br>$384.62 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| CHALSON, STEVEN<br>11 CHESTNUT AVE<br>PATCHOGUE, NY 11772 | 820 | 9/17/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$13,716.54 (U)<br>$24,666.54 (T) | 07-11051 | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| CLAPPER, LAURA<br>3770 BONNYBRIDGE PL<br>ELLICOTT CITY, MD 21043 | 429 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$2,990.16 (P)<br>- (U)<br>$2,990.16 (T) | 07-11051 | - (S)<br>- (A)<br>$2,893.85 (P)<br>- (U)<br>$2,893.85 (T) | Modified to match Debtors' books and records |
| CUMMINGS, SUSAN<br>19 PEPPERMILL CT<br>COMMACK, NY 11725 | 3082 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>$961.54 (P)<br>- (U)<br>$961.54 (T) | 07-11051 | - (S)<br>- (A)<br>$769.23 (P)<br>- (U)<br>$769.23 (T) | Modified to match Debtors' books and records |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| DANIEL, KATHRYN M 3081 LINDALE AVE ORLANDO, FL 32814 | 6976 | 1/3/08 | 07-11053 | - (S) <br> - (A) <br> $2,600.00 (P) <br> - (U) <br> $2,600.00 (T) | 07-11051 | - (S) <br> - (A) <br> $1,400.00 (P) <br> - (U) <br> $1,400.00 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| DANIELS, JACK A. 46 E HEALTH ST BALTIMORE, MD 21230 | 1009 | 9/19/07 | No Case | - (S) <br> - (A) <br> $983.00 (P) <br> $983.00 (U) <br> $983.00 (T) | 07-11051 | - (S) <br> - (A) <br> $894.42 (P) <br> $894.42 (U) <br> $894.42 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| DAVIDSON, REBECCA 2304 FERNRIDGE LN MATTHEWS, NC 28105 | 1149 | 9/24/07 | No Case | - (S) <br> - (A) <br> $1,589.16 (P) <br> - (U) <br> $1,589.16 (T) | 07-11051 | - (S) <br> - (A) <br> $836.54 (P) <br> - (U) <br> $836.54 (T) | Modified to match Debtors' books and records |
| DEMACOPOULOS, VASILIOS 21-32 43RD ST ASTORIA, NY 11105 | 878 | 9/17/07 | No Case | - (S) <br> - (A) <br> $2,457.75 (P) <br> - (U) <br> $2,457.75 (T) | 07-11051 | - (S) <br> - (A) <br> $982.95 (P) <br> - (U) <br> $982.95 (T) | Modified to match Debtors' books and records |
| DEVINE, COLLEEN 982 THOMPSON DR BAY SHORE, NY 11706 | 446 | 9/10/07 | 07-11047 | - (S) <br> - (A) <br> $22,987.18 (P) <br> $22,987.18 (U) <br> $22,987.18 (T) | 07-11051 | - (S) <br> - (A) <br> $4,653.85 (P) <br> $4,653.85 (U) <br> $4,653.85 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| DICKSON, JULIE J. 3229 WOODGATE TRAIL FORT WAYNE, IN 46804 | 834 | 9/17/07 | 07-11047 | - (S) <br> - (A) <br> $1,507.69 (P) <br> - (U) <br> $1,507.69 (T) | 07-11051 | - (S) <br> - (A) <br> $1,130.77 (P) <br> - (U) <br> $1,130.77 (T) | Modified to match Debtors' books and records |
| DURHAM, EARL 30 CALLE RANCHERA RANCHO SANTA MARGARITA, CA 92688 | 697 | 9/13/07 | No Case | - (S) <br> - (A) <br> $23,568.00 (P) <br> $23,568.00 (U) <br> $23,568.00 (T) | 07-11051 | - (S) <br> - (A) <br> $10,950.00 (P) <br> $7,707.69 (U) <br> $18,657.69 (T) | Modified to match Debtors' books and records for vacation payout |
| GRZAN, LORETTA 57 EARL RD MELVILLE, NY 11747 | 661 | 9/12/07 | No Case | - (S) <br> - (A) <br> $21,200.00 (P) <br> - (U) <br> $21,200.00 (T) | 07-11051 | - (S) <br> - (A) <br> $6,115.00 (P) <br> - (U) <br> $6,115.00 (T) | Modified to match Debtors' books and records for vacation time payable |

—————— Objectionable Claim ——————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| HAAS, RHONDA L.<br>1116 E MARCO POLO RD<br>PHOENIX, AZ 85024 | 768 | 9/14/07 | No Case | - (S)<br>- (A)<br>$2,735.30 (P)<br>- (U)<br>$2,735.30 (T) | 07-11051 | - (S)<br>- (A)<br>$1,389.23 (P)<br>- (U)<br>$1,389.23 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| HALL, DIANE<br>2421 CLOVERFIELD CT<br>FORT WAYNE, IN 46808 | 1355 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$656.24 (P)<br>- (U)<br>$656.24 (T) | 07-11051 | - (S)<br>- (A)<br>$555.32 (P)<br>- (U)<br>$555.32 (T) | Modified to match Debtors' books and records |
| HALL, LOUISE<br>116 SCHULTZ RD<br>MANORVILLE, NY 11949 | 1006 | 9/19/07 | No Case | - (S)<br>- (A)<br>$4,958.36 (P)<br>- (U)<br>$4,958.36 (T) | 07-11051 | - (S)<br>- (A)<br>$3,230.77 (P)<br>- (U)<br>$3,230.77 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| HALPERN, DD<br>193 N. ALBANY AVE.<br>MASSAPEQUA, NY 11758 | 6708 | 12/31/07 | No Case | - (S)<br>- (A)<br>$2,311.11 (P)<br>- (U)<br>$2,311.11 (T) | 07-11051 | - (S)<br>- (A)<br>$812.31 (P)<br>- (U)<br>$812.31 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| HARMON, JEFFREY A.<br>6554 S KEARNEY CIR<br>CENTENNIAL, CO 80111 | 302 | 9/4/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$22,639.74 (U)<br>$33,589.74 (T) | 07-11051 | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to personal time payout per terms of employment contract. No bonus is due per debtor's books and records. Reduced for allowed vacation time |
| HAUG, KATHLEEN A.<br>6365 MILLSTONE CIRCLE<br>NEW PORT RICHEY, FL 34655 | 1437 | 10/5/07 | No Case | - (S)<br>- (A)<br>$2,067.20 (P)<br>- (U)<br>$2,067.20 (T) | 07-11051 | - (S)<br>- (A)<br>$1,216.11 (P)<br>- (U)<br>$1,216.11 (T) | Modified to match Debtors' books and records |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| MAURO, STEVEN<br>48 RIVERDALE AVE<br>MASSAPEQUA, NY 11758 | 1340 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$12,884.00 (P)<br>- (U)<br>$12,884.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,562.89 (P)<br>- (U)<br>$1,562.89 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| RALEY, ANNETTE<br>PO BOX 165551<br>IRVING, TX 75016 | 1161 | 9/24/07 | No Case | - (S)<br>- (A)<br>$8,166.66 (P)<br>- (U)<br>$8,166.66 (T) | 07-11051 | - (S)<br>- (A)<br>$5,653.85 (P)<br>- (U)<br>$5,653.85 (T) | Modified to match Debtors' books and records |
| SPRINT NEXTEL<br>ATTN ABBY LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 9837 | 1/22/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$159,722.36 (U)<br>$159,722.36 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$159,264.01 (U)<br>$159,264.01 (T) | Modified to match Debtors' books and records |
| STRUZZIERI, ALEX M.<br>3950 DAVID PLACE<br>SEAFORD, NY 11783 | 1713 | 10/22/07 | No Case | - (S)<br>- (A)<br>$5,480.77 (P)<br>- (U)<br>$5,480.77 (T) | 07-11051 | - (S)<br>- (A)<br>$5,115.39 (P)<br>- (U)<br>$5,115.39 (T) | Modified to match Debtors' books and records |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 192 | 8/30/07 | No Case | - (S)<br>- (A)<br>$972.00 (P)<br>$972.00 (U)<br>$972.00 (T) | 07-11051 | - (S)<br>- (A)<br>$972.00 (P)<br>$972.00 (U)<br>$972.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| **Totals:** | 24 Claims | | | - (S)<br>- (A)<br>$132,550.85 (P)<br>$223,478.57 (U)<br>$351,616.67 (T) | | - (S)<br>- (A)<br>$66,596.02 (P)<br>$166,971.70 (U)<br>$233,567.72 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

# Exhibit G

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| LIVIAN, DARIUS D<br>455 CANYON DEL REY BLVD<br># 337<br>MONTEREY, CA 93940 | 5391 | 12/13/07 | 07-11051 | $47,651.00 (S)<br>- (A)<br>$15,715.00 (P)<br>$15,715.00 (U)<br>$63,366.00 (T) | - (S)<br>- (A)<br>$5,485.97 (P)<br>$56,827.55 (U)<br>$62,313.52 (T) | Modified deferred compensation amount to match Debtors' books and records |
| PERRY, JOHN TODD<br>3216 MORRIS FARM DRIVE<br>JAMESTOWN, NC 27282 | 1277 | 9/27/07 | 07-11051 | - (S)<br>- (A)<br>$4,485.96 (P)<br>- (U)<br>$4,485.96 (T) | - (S)<br>- (A)<br>$2,617.38 (P)<br>$1,660.00 (U)<br>$4,267.38 (T) | Modified to match Debtors' books and records |
| UHLEN-HOPP, CRISTINE (CRIS)<br>17025 COLONIAL PARK DR<br>MONUMENT, CO 80132 | 6217 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$2,299.71 (P)<br>- (U)<br>$2,299.71 (T) | - (S)<br>- (A)<br>$712.50 (P)<br>$1,592.98 (U)<br>$2,305.48 (T) | Modified deferred compensation amount to match Debtors' books and records |
| **Totals:** | **3 Claims** | | | $47,651.00 (S)<br>- (A)<br>$22,500.67 (P)<br>$15,715.00 (U)<br>$70,151.67 (T) | - (S)<br>- (A)<br>$8,815.85 (P)<br>$60,070.53 (U)<br>$68,886.38 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

## Exhibit H
## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| OFFICEMAX ATTN ANNE FULLER CREDIT SUPERVISOR 263 SHUMAN BLVD NAPERVILLE, IL 60563-1255 | 9838 | 1/23/08 | 07-11047 | $91,187.86 (S) - (A) - (P) $113,652.30 (U) $204,840.20 (T) | 07-11051 | - (S) - (A) $91,187.86 (P) $113,652.30 (U) $204,840.16 (T) | Modified to match Debtors' books and records |
| RUBIN, JEFF ALL PRO MORTGAGE 6600 N ANDREWS AVE SUITE FT LAUDERDALE, FL | 513 | 9/10/07 | No Case | - (S) - (A) $59,986.25 (P) - (U) $59,986.25 (T) | 07-11052 | - (S) - (A) - (P) $10,000.00 (U) $10,000.00 (T) | Claimant asserts that he is owed a payout of profits under a joint venture agreement. Claimant is not entitled to payout because under the terms of a series agreement, profits are calculated on an annual basis. No profits were realized for 2007. |
| **Totals:** | | | **2 Claims** | $91,187.86 (S) - (A) $59,986.25 (P) $113,652.30 (U) $264,826.45 (T) | | - (S) - (A) $91,187.86 (P) $123,652.30 (U) $214,840.16 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Printed on 9/19/2008 at 4:3:37PM

# EXHIBIT I

# Exhibit I

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | 201 | 8/30/07 | No Case | - (S)<br>- (A)<br>$1,819.13 (P)<br>- (U)<br>$1,819.13 (T) | Claimant has failed to provide additional documentation after multiple requests. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$1,819.13 (P)<br>- (U)<br>$1,819.13 (T) | |

**— Objectionable Claims —**

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.