# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | Bankruptcy Case No. 07-11047-CSS |
| Debtors. | Jointly Administered |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | |
| Appellants, | |
| v. | |
| MCLAIN PARTNERS II, LLC, | Civil Action No. 08-411-JJF |
| Appellee. | |

## ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED, that this appeal is dismissed.

Dated: September 16, 2008

Judge Joseph J. Farnan, Jr.
United States District Judge

DB02:7365397.1                                                                  066585.1001