IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. No. 5558

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 5558

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Eleventh Monthly Application of Allen & Overy, LLP, Special Regulatory Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period July 1, 2008 through July 31, 2008 (the "Application"). The Court's docket which was last updated September 23, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than September 18, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($202,159.60) of requested fees ($252,699.50) and 100% of requested expenses ($384,060.38) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       September 23, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Kenneth J. Enos
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Kenneth J. Enos (No. 4544)
                Patrick A. Jackson (No. 4976)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession