IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that true and correct copies of the following was served on September 19, 2008 as evidenced by the attached Certificates of Service of Nick Bowen.

- First Set of Interrogatories to Debtors Regarding American Home Mortgage Servicing, Inc.'s Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim
- First Request for Production of Documents to Debtors Regarding American Home Mortgage Servicing, Inc.'s Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim

Dated: September 23, 2008
      Wilmington, Delaware

GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

and

JONES DAY
Daniel P. Winikka
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

Counsel for American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing First Request for Production of Documents has been sent by overnight mail and e-mail, this 19th day of September 2008 as follows:

John T. Dorsey
Erin Edwards
Patrick Jackson
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Counsel for Debtors and Debtors in Possession

Bonnie Glantz Fatell
David W. Carickhoff
Blank Rome
1201 Market Street, Ste. 800
Wilmington, DE 19801

Mark S. Indelicato
Mark T. Power
Hahn and Hessen
488 Madison Avenue
New York, New York 10022

Counsel for the Official Committee of Unsecured Creditors



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing First Set of Interrogatories has been sent by overnight mail and e-mail, this 19th day of September 2008 as follows:

John T. Dorsey
Erin Edwards
Patrick Jackson
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Counsel for Debtors and Debtors in Possession

Bonnie Glantz Fatell
David W. Carickhoff
Blank Rome
1201 Market Street, Ste. 800
Wilmington, DE  19801

Mark S. Indelicato
Mark T. Power
Hahn and Hessen
488 Madison Avenue
New York, New York  10022

Counsel for the Official Committee of Unsecured Creditors