IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*[1], | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to Drew & Rogers, Inc., and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

Mark J. Politan, Esquire
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000
201-489-1536
mpolitan@coleschotz.com

Patrick J. Reilley, Esquire
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302-295-4888
302-652-3117 (fax)
preilley@coleschotz.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal

---

[1] The Debtors are the following: American Home Mortgage Holdings, Inc.,; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; Great Oak Abstract Corp.

or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, electronic mail or otherwise, in these cases.

Dated: September 24, 2008

                         COLE, SCHOTZ, MEISEL,
                         FORMAN & LEONARD, P.A.

By: _____
      Patrick J. Reilley (No. 4451)
      1000 N. West Street, Suite 1200
      Wilmington, DE 19801
      Telephone: (302) 295-4888

and

Mark J. Politan, Esquire
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000

Counsel for Drew & Rogers, Inc.

-2-