IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
          Debtors.                                                     :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.   I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On August 29, 2008, I caused to be served the "Supplemental Declaration of Puneet Agrawal in Support of Debtor's Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1", dated August 29, 2008 [Docket No.5562], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
4th day of September, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20__

T:\Clients\AHM\Affidavits\Agrawal Declaration_aff 8-29-08.doc

**EXHIBIT A**

```
TIME: 14:14:09                          AMERICAN HOME MORTGAGE HOLDINGS INC.                               PAGE:    1
DATE: 09/03/08                                  AHM SUPPLEMENT (8/29/08)

Name                            Address
ASNICAR, MICHELLE               9825 BLUE LAKE DR FOLSOM CA 95630
BALFOUR, ROBIN                  1315 N WALNUT AVE ARLINGTON HEIGHTS IL 60004
BERGUM, STAN, JR.               5190 RANCHO MADERA ROAD SAN DIEGO CA 92130
COCHRAN, JOY A.                 P O BOX 367 # 531 PINE BLUFFS WY 82082
CRISANTY, AL                    8440 SPRUCE MEADOW LN GRANITE BAY CA 95746
DICKSON, JULIE J.               3229 WOODGATE TRAIL FORT WAYNE IN 46804
EVANICHKO, MOLLIE               6227 GLENCAIRN CIR GALLOWAY OH 43119
FIDDLER, THOMAS                 13 AVERILL COURT NORTH BARRINGTON IL 60010
FISHER, KAREN A.                5295 S HARLAN WAY LITTLETON CO 80123
FRAZER, ANNA ELIZABETH          1712 ESCALONA DR SANTA CRUZ CA 95060
GREENER, TERESA                 2710 E SHORE DR PORTAGE MI 49002
HEFNER, KENNETH R.              30 MULHOLLAND CT MISSION VIEJO CA 92692
HOUSTON, T. CRAIN               PO BOX 59 3029 BLACK ROCK RD BUTLER MD 21023
JAMESON, JEFFREY W (JEFF)       494 EL CAMINO DEL MAR LAGUNA BEACH CA 92651
JARRETT, CHRISTINE              1234 EDWARDS CIR RAYMORE MO 64083
JOHNSTON, JOHN A.               23 CHAMPNEY PL. LAGUNA NIGUEL CA 92677
JOHNSTON, THOMAS R              23 CHAMPNEY PLACE LAGUNA NIGUEL CA 92677
KALMONSON, MICHAEL              7 FAIR ELMS LAGUNA NIGUEL CA 92677
KIRBY, DAVID S.                 2 FOXHILL IRVINE CA 92604
LEVINE, NANCY                   23905 WOODWAY RD BEACHWOOD OH 44122
MANGLARDI, JOHN A.              301 MIDWAY ISLAND CLEARWATER BEACH FL 33767
MCAMIS, MARK E.                 1413 MOORGATE DRIVE KNOXVILLE TN 37922
MCGAHA, JUDY A.                 328 POSSUM PATH LOUISVILLE KY 40214
MORA, ROSA M.                   731 VISTA ISLES DR # 1528 SUNRISE FL 33325
MORBECK, AMY                    5307 W 165TH TERRACE STILWELL KS 66085
MURALIDHARAN, MALATHY           140 15 HOLLY AVE 5D FLUSHING NY 11355
O'BRANOVICH, ROBERT             2854 EVERGREEN WAY ELLICOTT CITY MD 21042
PEDERSEN, TAMMY                 8840 HARPERS GLEN CT JACKSONVILLE FL 32256
POND, LINDA E.                  17229 PARSONS RD BEAVERDAM VA 23015
SEUS, SHERYL A                  4508 GARDEN CLUB ST HIGH POINT NC 27265
SWEENEY, ROBERT                 696 WOODBINE DR. CARMEL IN 46033
SYMONS, CECILIA                 46595 CHALMERS MACOMB MI 48044
THOMPSON, KIMBERLY M.           612 CENTRAL ST #203 KANSAS CITY MO 64105
WAGNER, BARBARA L.              6196 FOXVIEW AVE NW CANTON OH 44718
WEILBURG, DONNA                 37045 HEIFNER PL TUCSON AZ 85735
WEINHEIMER, TRACEY K.           2291 AIRPORT RD GREENFIELD IA 50849
WHEELER, MICHAEL JAMES          9180 LOS LAGOS CIRCLE GRANITE BAY CA 95746

Total Number of Records Printed    37
```

EPIQ BANKRUPTCY SOLUTIONS, LLC