EXHIBIT "E"

First American
Residential Value View

**Broker Price Opinion**

## ORDER INFORMATION

| INSPECTION DATE | CLIENT | ORDERED FOR | FARVV ORDER | LOAN NO |
|---|---|---|---|---|
| 3/29/2008 | Option One Mortgage Corporatic 488 | OOMC User | 3035385 | 0017988072 |

| MORTGAGEE | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| DAVID BITZER | 5940 PARK CREST DR | CHINO HILLS | CA | 91709 |

| SERVICE PROVIDED | BROKER NAME/PHONE |
|---|---|
| Exterior | LAZARO MORALES      (909)910-5449 |

**DISCLOSURE**

This is a comparative market analysis, and not an appraisal. This report is not intended to be, nor should be, relied upon as a complete appraisal of value. This analysis has not been completed by a licensed appraiser, nor has it been performed in accordance with the Uniform Standards of Professional Appraisal Practice. First American Residential Value View has provided this opinion of value as one tool that may be used, along with other data, in the analysis of this property.

## PROPERTY INFORMATION

| NO. UNITS | TYPE | STYLE | LOT ACRES | GLA SQ FT | ROOMS | BR/BA | BSMT | GARAGE CARPORT | AGE YRS | VIEW | POOL/SPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SFD | Contemp | .15 | 2,699 | 8 | 3  3 | No | 3 CAR Gar Atl | 10 | t | no |

| CURRENTLY LISTED | LISTED IN LAST 12 MOS | LIST PRICE (IF LISTED) | LIST COMPANY (IF LISTED) | LIST COMPANY PHONE (IF LISTED) | DOM |
|---|---|---|---|---|---|
| No | No | $ | | | |

| TRANSFERRED OWNERSHIP IN LAST 12 MOS | SALE DATE (IF SOLD LAST 12 MOS) | SALE PRICE (IF SOLD LAST 12 MOS) | MARKET RENT (MONTHLY) | Previous List Price |
|---|---|---|---|---|
| | | $ | $ 2,500 | $ |

| VACANT | SECURED (IF VACANT) | CONDO/PUD | HOA FEES | OWNER OCCUPIED | DEVELOPMENT NAME |
|---|---|---|---|---|---|
| Occupied By Unkr | | No | $       PER | % | |

| CURB APPEAL | PROPERTY MAINTENANCE | LANDSCAPE & LAWN | CONFORMITY TO NEIGHBORHOOD | CONDITION |
|---|---|---|---|---|
| Good | Good | Good | Good | Good |

| GUEST HOUSE | GUEST HOUSE SQ FT | GUEST BSMT SQ FT | LAND VALUE |
|---|---|---|---|
| No | | | $ 233,000 |

## NEIGHBORHOOD INFORMATION

| HOMES IN AREA ARE | HOMES IN DIRECT COMPETITION | PRICE RANGE | SUPPLY/DEMAND | ENVIRONMENTAL ISSUES |
|---|---|---|---|---|
| Similar | 6 | $ 340,000  TO $ 450,000 | Decreasing | Yes |

| LOCATION | CRIME | NEIGHBORHOOD TREND | HOMES IN THIS MARKET ARE | | |
|---|---|---|---|---|---|
| Suburban | Low | Stable | Depreciating | AT A RATE OF | 1 % PER MONTH |

## COMPARABLE SALES

| ADDRESS | PROX MILES | GLA SQ FT | BR/BA | COND | POOL/VIEW | TYPE/STYLE | LOT SIZE | BSMT | GARAGE CARPORT | AGE | SALE DATE | DOM | LIST PRICE | SALE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6380 VIA DEL RANCHO | 0.81 | 2,610 | 5  3 | Good | N T | SFD Contemp | .16 | No | 3 CAR Gar Atl | 10 | 12/17/2007 | 108 | $627,000 | $570,000 |
| 16613 QUAIL COUNTRY | 1.08 | 2,830 | 5  3 | Good | N T | SFD Contemp | .16 | No | 3 CAR Gar Atl | 11 | 3/26/2008 | 29 | $649,000 | $640,000 |
| 16870 TAMARIND CT | 0.93 | 3,100 | 5  3 | Good | O T | SFD Contemp | .16 | No | 3 CAR Gar Atl | 11 | 03/12/2008 | 168 | $714,000 | $705,000 |

| COMP 1 COMMENTS | REMODEL UPGRADES ON KITCHEN | MLS | 107119889 |
|---|---|---|---|
| COMP 2 COMMENTS | CUSTOM FLOORING | MLS | H088030598 |
| COMP 3 COMMENTS | NEW CUSTOM PAINT UPGRADES , REMODEL BATHS ROOM | MLS | C07121081 |

## COMPARABLE LISTINGS

| ADDRESS | PROX MILES | GLA SQ FT | BR/BA | COND | POOL/VIEW | TYPE/STYLE | LOT SIZE | BSMT | GARAGE CARPORT | AGE | LIST DATE | DOM | ORIG LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5645 PINE AVE | 0.66 | 2,900 | 5  3 | Good | no t | SFD Contemp | .15 | Yes | 3 CAR Gar Atl | 10 | 03/01/2008 | 29 | $609,000 | $609,000 |
| 6204 PARK CREST DR | 0.32 | 3,400 | 5  3 | Good | NO T | SFD Contemp | .16 | No | 3 CAR Gar Atl | 10 | 3/06/2008 | 26 | $499,900 | $479,000 |
| 17283 EASTVIEW DR | 0.34 | 2,999 | 4  3 | Good | N T | SFD Contemp | .16 | No | 6 CAR Gar Atl | 10 | 02/01/2008 | 61 | $550,000 | $550,000 |

| COMP 1 COMMENTS | xellent condition newe carpet custom cabinets | MLS | h08031034 |
|---|---|---|---|
| COMP 2 COMMENTS | REO NEED REPAIRS | MLS | c080334565 |
| COMP 3 COMMENTS | TILE FLOORS , STUCCO EXTERIOR , CUSTOM FLOORS | MLS | I08014182 |

## INTERIOR INFORMATION

| GAINED INTERIOR ACCESS | VERIFIED ROOM CT & SQ FT | INTERIOR CONDITION |
|---|---|---|
| | | |

## PRICE OPINION & COMMENTS

**POSITIVE/NEGATIVE FEATURES**
GOOD QUIET AREA CENTRALLY LOCATED TO SHOPS AND EZ ACCESS TO 71 FWY..

| RECOMMENDED REPAIRS/IMPROVEMENTS | REPAIR EST |
|---|---|
| NONE | $ 0 |

| NORMAL MARKET (DAYS) | AS-IS | 30-DAY QUICK SALE | AS-IS LOW VALUE | AS-IS HIGH VALUE | AS-IS FINAL VALUE | AS-IS LIST |
|---|---|---|---|---|---|---|
| 124 | | $ 645,000 | $ 645,000 | $ 645,000 | $ 645,000 | $ 645,000 |
| | AS-REPAIRED | | AS-REPAIRED LOW VALUE $ 645,000 | AS-REPAIRED HIGH-VALUE $ 645,000 | FOV AS REPAIRED $ 645,000 | AS-REPAIRED LIST $ 645,000 |

**COMMENTS/ADDENDUM**
BASED ON MLS CVOMPS AND ATX RECORDS

**QUALITY REVIEW REMARKS**
BASED ON MLS COMPS. QC: Subject Information and Photos matches with Prior.

BPO3S3L     FARVV     COPYRIGHT 2002  ALL RIGHTS RESERVED  REV 2003-07

*First American*
*Residential Value View*

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0017988072 | 185246 | 3035385 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| DAVID BITZER | 5940 PARK CREST DR | CHINO HILLS, CA 91709 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject - Other
st sign





**First American Residential Value View**

Photos

| ACCOUNT NUMBER<br>0017988072 | TRACKING NUMBER<br>185246 | | FARVV ORDER NO.<br>3035385 |
|---|---|---|---|
| NAME<br>DAVID BITZER | ADDRESS<br>5940 PARK CREST DR | CITY, STATE, ZIP<br>CHINO HILLS, CA 91709 | |
| PHOTOS COMMENT | | | |

Street View



Listing 1 (5645 PINE AVE)



Listing 2 (6204 PARK CREST DR)



First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0017988072 | 185246 | 3035385 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| DAVID BITZER | 5940 PARK CREST DR | CHINO HILLS, CA 91709 |
| PHOTOS COMMENT | | |

Listing 3 (17283 EASTVIEW DR)



Sold 1 (6380 VIA DEL RANCHO)



Sold 2 (16613 QUAIL COUNTRY AVE)



Account #: 0017988072   Tracking #: 185246


First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0017988072 | 185246 | | 3035385 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| DAVID BITZER | 5940 PARK CREST DR | CHINO HILLS, CA  91709 | |
| PHOTOS COMMENT | | | |

Sold 3 (16870 TAMARIND CT)



NATIONWIDE PROPERTY VALUATION SERVICES
# Source One Services Corporation                              Map

| ACCOUNT NUMBER | TRACKING NUMBER | | SOURCE ONE ORDER NO. |
|---|---|---|---|
| 0017988072 | 185246 | | 3035385 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| DAVID BITZER | 5940 PARK CREST DR | CHINO HILLS, CA 91709 | |



Map Scale: 1 Inch = 0.33 Miles

**⌐ Subject Property**
5940 PARK CREST DR
CHINO HILLS, CA 91709

**❶ Comp. Listing 1**
5645 PINE AVE
CHINO HILLS, CA 91709
Dist From Subject: 0.66 Miles

**❷ Comp. Listing 2**
6204 PARK CREST DR
CHINO HILLS, CA 91709
Dist From Subject: 0.32 Miles

**❸ Comp. Listing 3**
17283 EASTVIEW DR
CHINO HILLS, CA 91709
Dist From Subject: 0.34 Miles

**❶ Closed Sale 1**
6380 VIA DEL RANCHO
CHINO HILLS, CA 91709
Dist From Subject: 0.81 Miles

**❷ Closed Sale 2**
16613 QUAIL COUNTRY AVE
CHINO HILLS, CA 91709
Dist From Subject: 1.08 Miles

**❸ Closed Sale 3**
16870 TAMARIND CT
CHINO HILLS, CA 91709
Dist From Subject: 0.93 Miles