IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                : Chapter 11
                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                : Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                     :
                                                      : Jointly Administered
                                    Debtors.          ::
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on September 10, 2008, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5450]

Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5451]

_____
Debbie Laskin

   SWORN TO AND SUBSCRIBED before me this 25th day of September, 2008.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

Paul Deck
BW-0041, SCID
1000 Follies Road
Dallas, PA 19612

By First Class Mail