IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that LaSalle Bank National Association, as Trustee ("LaSalle Bank"), hereby enters its appearance in the above-captioned cases by and through its counsel, Alston & Bird LLP and Werb & Sullivan, and such counsel hereby request, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| Regina A. Iorii, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: 302-652-1100<br>Facsimile: 302-652-1111<br>riorii@werbsullivan.com | J. William Boone, Esquire<br>Bess M. Parrish, Esquire<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>Bill.Boone@alston.com<br>Bess.Parrish@alston.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery,

telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which LaSalle Bank is or may be entitled.

Dated: September 25, 2008	WERB & SULLIVAN

/s/ Regina A. Iorii
Regina A. Iorii (I.D. #2600)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE  19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
riorii@werbsullivan.com

-and-

ALSTON & BIRD, LLP
J. William Boone
Bess M. Parrish
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Bill.Boone@alston.com
Bess.Parrish@alston.com

Attorneys for LaSalle Bank National
Association, as Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2008, I caused a copy of the foregoing to be served upon the following counsel of record by United States mail, first class, postage prepaid.

/s/ Regina A. Iorii
Regina A. Iorii (#2600)

| | |
|---|---|
| James L. Patton, Jr., Esquire<br>Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(Debtors and Debtors-in-Possession) | Mark S. Indelicato, Esquire<br>Mark T. Power, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>(Official Committee of Unsecured Creditors) |
| Victoria A. Counihan, Esquire<br>Sandra G.M. Selzer, Esquire<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(WLR Recovery Fund III, as Lender and Administrative Agent) | Joseph M. McMahon, Esquire<br>Office of the United States trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>I. Lewis H. Grimm, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>(WLR Recovery Fund III, L.P., as Lender and Administrative Agent) | Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(Official Committee of Unsecured Creditors) |