# EXHIBIT A
**In re: American Home Mortgage, et al.**
**C.A. No. 07-11047 CSS**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 1927319545 | Benjamin Lenendusky | February 9, 2007 | $392,000.00 | $428,060.86 | $329,000.00 | 14836 Water Locust Drive Orlando, FL 32828 |
| 1927385109 | Luis A Stilano Colon | May 17, 2007 | $1,351,000.00 | $1,457,434.30 | $1,040,000.00 | 7449 Gathering Court Reunion, FL 34747 |