# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware corporation, et al.,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## MOTION FOR ADMISSION PRO HAC VICE OF J. WILLIAM BOONE

I, Regina A. Iorii, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move for the admission pro hac vice of J. William Boone, Esq., of the law firm Alston & Bird LLP, to represent Wells Fargo Bank, National Association in this action. The Admittee is admitted, practicing, and in good standing in the State of Georgia, the United States Court of Appeals for the 11th Circuit and the United States District Courts for the Northern and Middle Districts of Georgia and the District of Columbia.

Dated: September 25, 2008

WERB & SULLIVAN

_/s/ Regina A. Iorii_
Regina A. Iorii (I.D. No. 2600)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
riorii@werbsullivan.com

I, J. William Boone, Esq., certify that I am eligible for admission pro hac vice to this Court, am admitted, practicing, and in good standing in the jurisdictions shown in the paragraph above, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: September 25, 2008

J. William Boone
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7282
Facsimile: (404) 253-8494
Bill.Boone@alston.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## ORDER FOR ADMISSION PRO HAC VICE

It is hereby ordered that counsel's Motion for the Admission Pro Hac Vice of J. William Boone, Esquire is **GRANTED**.

                                                                  _____
                                                                  Christopher S. Sontchi
                                                                  United States Bankruptcy Judge

Dated: September ___, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of September, 2008, I caused a copy of the foregoing to be served upon the following counsel of record by United States mail, first class, postage prepaid.

                                        /s/ Regina A. Iorii
                                        Regina A. Iorii (#2600)

| | |
|---|---|
| James L. Patton, Jr., Esquire<br>Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(Debtors and Debtors-in-Possession) | Mark S. Indelicato, Esquire<br>Mark T. Power, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY  10022<br>(Official Committee of Unsecured Creditors) |
| Victoria A. Counihan, Esquire<br>Sandra G.M. Selzer, Esquire<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br>(WLR Recovery Fund III, as Lender and Administrative Agent) | Joseph M. McMahon, Esquire<br>Office of the United States trustee<br>844 King Street, Suite 2207<br>Wilmington, DE  19801 |
| Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>I. Lewis H. Grimm, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>(WLR Recovery Fund III, L.P., as Lender and Administrative Agent) | Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801<br>(Official Committee of Unsecured Creditors) |