**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **AMERICAN HOME MORTGAGE** ) | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, a Delaware Corporation, et al.,** ) | |
| ) | **Jointly Administered** |
| **Debtors.** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2008, a true and correct copy of the Response of Nomura Credit & Capital, Inc. to Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 was served upon all parties registered to the Court's Electronic Case Filing System and upon Debtors' counsel by electronic mail at the following electronic addresses:

| Debtors' Counsel | Electronic Address |
|---|---|
| James L. Patton, Jr. | jpatton@ycst.com |
| Pauline K. Morgan | pmorgan@ycst.com |
| Edward J. Kosmowski | ekosmowski@ycst.com |
| Kara Hammond Coyle | kcoyle@ycst.com |
| Nathan D. Grow | ngrow@ycst.com |

                                                  */s/ Courtney M. Rogers*
                                          Courtney M. Rogers (SDNY - CR 9906)
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          666 Fifth Avenue
                                          New York, New York  10103
                                          Telephone: (212) 506-5000
                                          Facsimile: (212) 506-5151

                                          *Counsel for Nomura Credit & Capital, Inc.*