IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> **AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware corporation, et al., <br><br> Debtors. | **Chapter 11** <br><br> **Case No. 07-11047 (CSS)** <br><br> **Jointly Administered** |

### ORDER FOR ADMISSION PRO HAC VICE

It is hereby ordered that counsel's Motion for the Admission Pro Hac Vice of J. William Boone, Esquire is **GRANTED**.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: September 25, 2008