**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| AMERICAN HOME MORTGAGE | * | Case No.: 07-11047(CSS) |
| HOLDING INC. et all, | * | |
| Debtor(s). | * | **Hearing: October 2, 2008 at 11:00 a.m.** |

\*\*\*\*\*\*\*\*\*\*\*

## **CERTIFICATE OF NO OBJECTION**
*(Relates to Docket Reference #: 5697)*

EMC Mortgage Corporation (hereinafter "Movant"), by its undersigned counsel, hereby gives notice of the following:

1. Movant filed a Motion for Relief from the Automatic Stay on September 9, 2008 with regards 8600 West Charleston Blvd., #1161, Las Vegas, NV 89117. The Motion was served to the Debtor, Debtor's Counsel, the United States Trustee and the Official Committee of Unsecured Creditors via regular mail on the date the Motion was filed.

2. The Notice of the Motion states, "If you fail to respond in accordance with this notice, the relief demanded by the Motion will be granted." The Notice provides that a response to the Motion needs to be filed with the Court by September 25, 2008. September 26, 2008, no response has been filed by the Debtor or any other interested person.

3. Accordingly, Movant respectfully requests that the Court enter the Proposed Order Terminating Automatic Stay.

Date: September 26, 2008             Respectfully submitted,

                                     Morris|Hardwick|Schneider

                                     /s/ *Lisa R. Hatfiled*_____
                                     Lisa R. Hatfield (DE No. 4967)
                                     284 East Main Street
                                     Newark, DE 19711
                                     (302) 444-4602
                                     (866) 503-4930 (toll free)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2008, copies of the foregoing Certificate of No Objection was served upon the parties listed on the below in the manner stated:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

VIA US MAIL
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

        Respectfully submitted,

        Morris|Hardwick|Schneider

        <u>/s/ *Lisa R. Hatfiled*      </u>
        Lisa R. Hatfield (DE No. 4967)
        284 East Main Street
        Newark, DE 19711
        (302) 444-4602
        (866) 503-4930 (toll free)