**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------
In re:                                    )
                                          ) Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                    )
HOLDINGS, INC., a Delaware Corp., et. al., ) Jointly Administered
                                          )
          Debtors.                        )
                                          ) Related Doc No. 6102
---------------------------------------------------------------

## DECLARATION OF SERVICE

I, Eric M. Davis, hereby certify that on the 24th day of September, 2008, I caused the **Limited Objection Of Waterfield Shareholder LLC And Union Federal Bank Of Indianapolis To Approval Of Disclosure Statement With Respect To The Chapter 11 Plan Of Liquidation For The Debtors Dated As Of August 15, 2008** (Docket No. 6102) to be served on the parties listed on Exhibit A attached hereto, by first-class mail, unless otherwise indicated thereon.

/s/ Eric M. Davis
Eric M. Davis (I.D. No. 3621)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000 (telephone)
(302) 651-3001 (facsimile)

1

**EXHIBIT A**

## SERVICE LIST

Young Conaway Stargatt & Taylor, LLP
Attn: James L. Patton & Robert Brady
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
**(via Hand Delivery)**

Kroll Zolfo Cooper LLC
Attn: Kevin Nystrom
900 Third Avenue
New York, NY 10022

Hahn & Hessen LLP
Attn: Mark S. Indelicato & Mark T. Power
488 Madison Avenue
New York, NY 10022

Blank Rome LLP
Attn: Bonnie Glantz Fatell
1201 Market Street
Suite 800
Wilmington, DE 19801
**(via Hand Delivery)**

United States Trustee Office
Attn: Joseph J. McMahon
844 King Street
Suite 2207, Lockbox #35
Wilmington, DE 19801
**(via Hand Delivery)**