Mr. Edward D. Ekas
153 Norman Dr.
Cranberry Twp, PA 16066-4231

SEPT. 15, 2008

CLERK OF THE BANKRUPTCY COURT
824 N. MARKET ST. - 3RD FLOOR
WILMINGTON, DELAWARE 19801

I, EDWARD D. EKAS, DO HEREBY SUBMIT THIS "SECOND SET" OF CONFIRMATION NOTICES AS MY OBJECTION TO APPROVAL OF THE DISCLOSURE STATEMENT.

TRADE DATE 5-1-2006 AND 12-8-2006
TOTAL SHARES - 1000
PRICE PER SHARE - $35.00
TOTAL CLAIM $35,000.00

SINCERELY YOURS,

Edward D. Ekas

IN RE:
AMERICAN HOME MORTGAGE - AHM
CHAPTER 11
CASE NO. 07-11047 (CSS)
JOINTLY ADMINISTERED

ConfirmationDetailsPrint



**Scottrade** — *More broker for your money.*

Send To Printer

EDWARD D EKAS TR
BETTY JANE EKAS TR
EDWARD D & BETTY JANE EKAS TRUST
U/A DTD 10/24/94
153 NORMAN DR
CRANBERRY TOWNSHIP PA 16066-4231

| Account # | Trade # | CUSIP Number | Security Description | Settlement Date | Office |
|---|---|---|---|---|---|
| 28312083 | 0121B5R1 | 02660R107 | AMERICAN HOME MTG INV CORP | 5/4/2006 | 371 |

| Symbol | Quantity | | AT* | Cap* | AI* | Trade Date | | Coupon |
|---|---|---|---|---|---|---|---|---|
| AHM | 140 | | 1 | 4 | | 1/2006 | | % |

BOUGHT

| Price | Principal | Commission | State Tax | Misc. Fee* | Trans Fee | Misc | Interest | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 35.12 | 4,916.80 | 29.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,946.60 |

IN ACCORDANCE WITH YOUR INSTRUCTIONS WE ARE CONFIRMING THE ABOVE UNSOLICITED TRANSACTION(S) FOR YOUR ACCOUNT, SUBJECT TO TERMS LISTED BELOW. PLEASE RETAIN THIS CONFIRMATION FOR TAX PURPOSES. NOTIFY SCOTTRADE IMMEDIATELY IF ANY INFORMATION CONTAINED IN THIS CONFIRMATION IS NOT CORRECT. THE AGREEMENT CONTROLLING THIS TRANSACTION AND THE EXPLANATION OF THE SYMBOLS ARE PRINTED BELOW.

## AGREEMENT

It is agreed between Scottrade, Inc. (#ch34;Scottrade#ch34;) and the Customer that:

1. All transactions are subject to the rules and regulations of the US Securities and Exchange Commission, the Federal Reserve Board, the Financial Industry Regulatory Authority, or any Market Center, Clearing Agency, or regulatory authority that may have jurisdiction over this transaction.
2. All securities carried in a margin account may at any time be hypothecated and commingled with securities carried for the account of other customers and loaned or pledged by Scottrade for a sum not to exceed 140% of the aggregate indebtedness of that margin account.
3. The Customer agrees to deliver securities sold and payment for securities bought to Scottrade no later than the settlement date. Otherwise, the securities may be bought in or sold out at the discretion of Scottrade. Failure to meet settlement may also result in the cancellation of this transaction or additional charges added to the account. Customer agrees to accept any liability resulting from any failure to complete the transaction. Pending full payment on purchase, securities may be hypothecated and commingled with other securities so purchased until payment is received.
4. On purchases the name of the seller, and on sales the name of the purchaser, date and time of transaction, as well as any additional remuneration received by Scottrade

## EXPLANATION OF CODED SYMBOLS

AT* - ACCOUNT TYPE
0. Broker Dealer
1. Cash
2. General Margin
3. Short
4. Special Subscription

CAP* - CAPACITY IN WHICH THE FIRM ACTED
1. As Agent for you we have sold or bought this security.
2. As Principal we have sold to you or bought from you this security.
3. As Agent for another we have sold to you or bought from you this security.
4. As Agent for both buyer and seller.
5. As Principal with agency commission charged.

AI* - ACCOUNT INSTRUCTIONS
BUYS
1. Transfer and mail security to customer
2. Hold security
3. Safekeep security in customer name
4. Safekeep security in street name
5. Special written instructions
SELLS
J. Hold funds in account
K. Mail check to customer on receipt of security
L. Apply proceeds to purchase
M. Special written instructions

ConfirmationDetailsPrint



# Scottrade®
*More broker for your money.*

**Send To Printer**

EDWARD D EKAS TR
BETTY JANE EKAS TR
EDWARD D & BETTY JANE EKAS TRUST
U/A DTD 10/24/94
153 NORMAN DR
CRANBERRY TOWNSHIP PA 16066-4231

| Symbol | Account # | Trade # | AT* | Cap* | AI* | Trade Date | Settlement Date | Office |
|---|---|---|---|---|---|---|---|---|
| AHM | 28312083 | 0121B5R3 | 1 | 1 | 4 | 5/1/2006 | 5/4/2006 | 371 |

| | Quantity | CUSIP Number | Security Description | | | | Coupon |
|---|---|---|---|---|---|---|---|
| You BOUGHT | 300 | 02660R107 | AMERICAN HOME MTG INV CORP | | | | % |

| Price | Principal | Commission | State Tax | Misc. Fee* | Trans Fee | Misc | Interest | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 35.19 | 10,557.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,563.00 |

IN ACCORDANCE WITH YOUR INSTRUCTIONS WE ARE CONFIRMING THE ABOVE UNSOLICITED TRANSACTION(S) FOR YOUR ACCOUNT, SUBJECT TO TERMS LISTED BELOW. PLEASE RETAIN THIS CONFIRMATION FOR TAX PURPOSES. NOTIFY SCOTTRADE IMMEDIATELY IF ANY INFORMATION CONTAINED IN THIS CONFIRMATION IS NOT CORRECT. THE AGREEMENT CONTROLLING THIS TRANSACTION AND THE EXPLANATION OF THE SYMBOLS ARE PRINTED BELOW.

## AGREEMENT

It is agreed between Scottrade, Inc. (#ch34;Scottrade#ch34;) and the Customer that:

1. All transactions are subject to the rules and regulations of the US Securities and Exchange Commission, the Federal Reserve Board, the Financial Industry Regulatory Authority, or any Market Center, Clearing Agency, or regulatory authority that may have jurisdiction over this transaction.
2. All securities carried in a margin account may at any time be hypothecated and commingled with securities carried for the account of other customers and loaned or pledged by Scottrade for a sum not to exceed 140% of the aggregate indebtedness of that margin account.
3. The Customer agrees to deliver securities sold and payment for securities bought to Scottrade no later than the settlement date. Otherwise, the securities may be bought in or sold out at the discretion of Scottrade. Failure to meet settlement may also result in the cancellation of this transaction or additional charges added to the account. Customer agrees to accept any liability resulting from any failure to complete the transaction. Pending full payment on purchase, securities may be hypothecated and commingled with other securities so purchased until payment is received.
4. On purchases the name of the seller, and on sales the name of the purchaser, date and time of transaction, as well as any additional remuneration received by Scottrade

## EXPLANATION OF CODED SYMBOLS

AT* - ACCOUNT TYPE
0. Broker Dealer
1. Cash
2. General Margin
3. Short
4. Special Subscription

CAP* - CAPACITY IN WHICH THE FIRM ACTED
1. As Agent for you we have sold or bought this security.
2. As Principal we have sold to you or bought from you this security.
3. As Agent for another we have sold to you or bought from you this security.
4. As Agent for both buyer and seller.
5. As Principal with agency commission charged.

AI* - ACCOUNT INSTRUCTIONS
BUYS
1. Transfer and mail security to customer
2. Hold security
3. Safekeep security in customer name
4. Safekeep security in street name
5. Special written instructions
SELLS
J. Hold funds in account
K. Mail check to customer on receipt of security
L. Apply proceeds to purchase
M. Special written instructions

Case 07-11047-CSS   Doc 6120   Filed 09/18/08   Page 4 of 4

ConfirmationDetailsPrint

📧 **Send To Printer**

EDWARD D EKAS TR
BETTY JANE EKAS TR
EDWARD D & BETTY JANE EKAS TRUST
U/A DTD 10/24/94
153 NORMAN DR
CRANBERRY TOWNSHIP PA 16066-4231



## Scottrade
*More broker for your money.*

| Account # | Trade # | AT* | Cap* | AI* | Trade Date | Settlement Date | Office |
|---|---|---|---|---|---|---|---|
| 28312083 | 0342CJQ2 | 1 | 1 | 4 | 12/12/2006 | 12/13/2006 | 371 |

| | CUSIP Number | Security Description | | | | | Coupon |
|---|---|---|---|---|---|---|---|
| | 02660R107 | AMERICAN HOME MTG INV CORP | | | | | % |

| Price | Commission | State Tax | Misc. Fee* | Trans Fee | Misc | Interest | Net Amount |
|---|---|---|---|---|---|---|---|
| $25.00 | $8.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $9,638.20 |

Principal: $9,600.00
Quantity: illegible

IN ACCORDANCE WITH YOUR INSTRUCTIONS WE ARE CONFIRMING THE ABOVE UNSOLICITED TRANSACTION(S) FOR YOUR ACCOUNT, SUBJECT TO TERMS LISTED BELOW. PLEASE RETAIN THIS CONFIRMATION FOR TAX PURPOSES. NOTIFY SCOTTRADE IMMEDIATELY IF ANY INFORMATION CONTAINED IN THIS CONFIRMATION IS NOT CORRECT. THE AGREEMENT CONTROLLING THIS TRANSACTION AND THE EXPLANATION OF THE SYMBOLS ARE PRINTED BELOW.

### AGREEMENT

**It is agreed between Scottrade, Inc. (#ch34;Scottrade#ch34;) and the Customer that:**

1. All transactions are subject to the rules and regulations of the US Securities and Exchange Commission, the Federal Reserve Board, the Financial Industry Regulatory Authority, or any Market Center, Clearing Agency, or regulatory authority that may have jurisdiction over this transaction.
2. All securities carried in a margin account may at any time be hypothecated and commingled with securities carried for the account of other customers and loaned or pledged by Scottrade for a sum not to exceed 140% of the aggregate indebtedness of that margin account.
3. The Customer agrees to deliver securities sold and payment for securities bought to Scottrade no later than the settlement date. Otherwise, the securities may be bought in or sold out at the discretion of Scottrade. Failure to meet settlement may also result in the cancellation of this transaction or additional charges added to the account. Customer agrees to accept any liability resulting from any failure to complete the transaction. Pending full payment on purchase, securities may be hypothecated and commingled with other securities so purchased until payment is received.
4. On purchases the name of the seller, and on sales the name of the purchaser, date and time of transaction, as well as any additional remuneration received by Scottrade will be furnished upon written request of the Customer.

### EXPLANATION OF CODED SYMBOLS

**AT*** - ACCOUNT TYPE
0. Broker Dealer
1. Cash
2. General Margin
3. Short
4. Special Subscription

**CAP*** - CAPACITY IN WHICH THE FIRM ACTED
1. As Agent for you we have sold or bought this security.
2. As Principal we have sold to you or bought from you this security.
3. As Agent for another we have sold to you or bought from you this security.
4. As Agent for both buyer and seller.
5. As Principal with agency commission charged.

**AI*** - ACCOUNT INSTRUCTIONS
BUYS
1. Transfer and mail security to customer
2. Hold security
3. Safekeep security in customer name
4. Safekeep security in street name
5. Special written instructions
SELLS
J. Hold funds in account
K. Mail check to customer on receipt of security
L. Apply proceeds to purchase
M. Special written instructions

http://clientwebview.scottrade.com/clientwebview/myaccount/ConfirmationDetailsPrint.aspx?Mode=PrinterFriendly&recordID... 9/11/2008

Page 1 of 2