Deborah J. Kreiter
16727 Bold Venture Drive
Leesburg, VA 20176

703 777 1472



September 16, 2008

Mr. Michael Strauss
CEO, American Home Mortgage Servicing
520 Broadhollow Road
Melville, NY 11747

Mr. Peter E Raskind
Chairman, President and CEO, National City Corporation
National City Center
1900 East Ninth Street
Cleveland, OH 44114

RE: AHMSI Loan Number 0030749972, National City Loan Number 4489618320844922-letter from Deborah Kreiter to Michael Strauss and Peter Raskind dated August 12, 2008

Dear Sirs,

On August 14, 2008, you each received a certified/return receipt letter from me regarding the above referenced mortgage loans. Unfortunately, I have not received a response from either of you or any other responsible individual at American Home Mortgage Servings Inc. (AHMSI) or National City Corporation.

As such, I am writing once again, and copying other interested parties, in an effort to elevate this important issue. I realize that a U.S. Trustee appointed committee, from the Department of Justice's bankruptcy arm, is also involved in asset management for American Home Mortgage. However, I was unable to locate direct contact information regarding these individuals.

As I have explained in the attached letter, I am requesting loan modifications that keep my family in our home and maintain these loans as performing assets.

It is difficult to coordinate efforts between two lenders. It is impossible when both lenders fail to manage the request. This is not in my best interest nor is it in the best interest of the mortgage note holders. Delays, such as this, only serve to intensify the negative impact of the financial crisis that began, for me, with the bankruptcy filing of American Home Mortgage. Furthermore, it unnecessarily threatens the depositors of National City Bank and further threatens the asset value of American Home Mortgage.

As such, I remain in need of your time and attention to this important matter.

Sincerely,

Deborah J Kreiter

Enclosures: Copy of August 12, 2008 letter as referenced
Copy of signed return receipts dated August 14, 2008

CC:

The Honorable Christopher S Sontchi
United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

Mr. John C Dugan
Comptroller of the Currency
Admin. Of National Banks
Washington, DC 20219

Mr. Wilbur L Ross Jr.
WL Ross & Co. LLC
1166 Avenue of the Americas
New York, NY 10036

Mr. Stephen F Cooper
Kroll Zolfo Cooper
1166 Avenue of the Americas
New York, NY 10036

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Strauss
   CEO American
   Home Mortgage
   520 Broadhollow Rd
   Melville NY 11747

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    8/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 0150 0002 3017 6075

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter Rastind
National City
1900 East Ninth St
Cleveland OH
44114

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 8/14/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

7008 0150 0002 3017 6044

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

***Deborah J. Kreiter***
*16727 Bold Venture Drive*
*Leesburg, VA 20176*
*Telephone (703) 777 1472*
*Fax (571) 766-2161*
*Email Address:* **dkreiter@aol.com**

August 12, 2008

Mr. Michael Strauss
CEO, American Home Mortgage Servicing
520 Broadhollow Road
Melville, NY 11747

Mr. Peter E Raskind
Chairman, President and CEO, National City Corporation
National City Center
1900 East Ninth Street
Cleveland, Ohio 44114

Subject:   AHMSI Loan Number 0030749972, National City Number 4489618320844922
Property Address: 16727 Bold Venture Drive, Leesburg, VA 20176

Dear Sirs:

American Home Mortgage Servicing, Inc. (AHMSI) is the first trust service provider regarding the mortgage for our home located at 16727 Bold Venture Drive, Leesburg, VA 20176. National City is the second trust service provider for the above-referenced property.

Since the middle of 2007, the United States has experienced an unprecedented mortgage lending and real estate crisis that is adversely impacting the entire U.S. economy. As a result of this unprecedented mortgage lending and real estate crisis, the United States Congress enacted legislation urging mortgage lenders and homeowners to work together to renegotiate loan terms to avoid homeowner foreclosure and mitigate further financial institution losses. As you know, losses attributed to non-performing assets in the form of foreclosed properties has resulted in the failure of numerous large, medium, and small financial institutions in the last year.

Our home located at 16727 Bold Venture Drive, Leesburg, Virginia 20176, is my primary residence where my husband and two children reside. This is our family home and we plan on living in this home for a long period. I have tendered all monthly payments and currently I am not late on any payment. However, as a result of events beyond my control, I must reduce the overall monthly mortgage payments or I will not be able to satisfy my monthly payment obligations and will be forced to relinquish the property.

1

If I relinquish the property, my family will lose its home. Moreover, both AHMSI and National City will gain a non-performing asset that will result in the loss of hundreds of thousands of dollars. There is no reason for this to be the result when we have an opportunity to mitigate the loss to your companies and the harm to my family.

The following are the events and reasons that necessitated this request to modify the terms of my first trust loan with AHMSI and second trust loan with National City. I have been a licensed mortgage broker/lender in several jurisdictions throughout the United States. In 2003, my partner and I created a company, Z&S Financial Marketing, L.L.C. – National Mortgage Advisors, L.L.C. My company provided residential mortgage brokerage services throughout the United States with offices in California, Nevada, Virginia, Maryland, and Arizona.

In 2006, my company developed a strong wholesale relationship with American Broker Conduit (ABC), at the time a subsidiary of American Home Mortgage (AHM). In the summer of 2007, my company was settling between $8,000,000.00 - $10,000,000.00 per month in residential mortgage loans with ABC. During the end of July to middle August 2007 period, my company had settled ABC loans whereby we earned approximately $600,000.00 in commission fees. However, as a result of the cessation of ABC business, without any prior notification, ABC failed to fund the loans that we had settled and I never received my company's $600,000.00 in earned fee commission. Furthermore, at that juncture, my company had more than $30,000,000.00 in mortgage loans in the ABC pipeline that were about to settle. The expected fee to be earned from our ABC pipeline was in excess of $1,200,000.00.

The cessation of ABC business and the failure of ABC to tender my earned commission fees, significantly harmed my company and me personally. Moreover, I was forced to access my personal National City line of credit in the amount of $397,113.97 to pay personal and company commitments that were unfunded due to the ABC/AHM bankruptcy filing and failure to pay my earned commission fees. It was never my intent to utilize the National City line of credit in this manner or for these purposes. However, in order to honor my obligations, I had no other choice.

I have dramatically reorganized my business to accommodate for the devastation encountered by the loss of revenue. Although we are currently generating strong income, as a result of the additional debt from accessing my National City home equity line of credit in the amount of $397,113.97, I am unable to service the current monthly payments attributed to both the first and second trusts.

A recent letter from National City indicated that the property has an AVM value of $1,220,000.00. While this AVM is questionable, it is clear that a short sale, deed in lieu of payment, or foreclosure will lead to a substantial loss for all parties concerned. In the event of a short sale, National City will not receive any repayment of the $397,113.97 debt and AHMSI will lose at least $301,977. In the event of a foreclosure, National City will not receive any repayment and AHMSI will lose, at a minimum, $425,000. Thus, it

is imperative for us to work together to mitigate the loss that we will all experience if I am unable to satisfy my monthly payments. There is no reason for any of the parties to experience a loss due to this situation.

The following is my proposed loss mitigation strategy that will benefit all parties concerned. AHMSI has a first trust in the amount of $1,399,977.48. The note provides for an interest only monthly payment based on a 5.375% interest rate. Based on the terms of the note, my current monthly interest only payment is $6,270.73 plus an escrow payment of $1,626.46. Total monthly payment is $7,897.19. The National City second trust currently has a debt amount of $397,113.97. The note provides for an interest only payment based on a 5% annual rate of interest. The current payment is approximately $1,700.00.

I propose a modification of the AHMSI note to a fixed interest only payment based on a 3.5% interest rate. The 3.5% interest rate shall remain in effect for the remaining term of the loan. This will result in a monthly payment of $5,709.73 ($4,083.27 plus $1626.46 escrow). I also propose a modification of the National City second trust note to a fixed interest only payment based on a 3.5% interest rate. The 3.5% interest rate shall remain in effect for the remaining term of the loan. This will result in a monthly interest only payment of $1,158.25. In addition, I request a two month deferment/extension to the terms of both notes to enable me to have the next two months to clear other existing business debt incurred as a result of the financial devastation experienced after last summer.

It is important to remember that there are significant benefits to my proposed loan modification for all parties. The benefit for both AHMSI and National City is that a performing asset will remain on the company books as opposed to the unnecessary creation of a non-performing asset that will result in hundreds of thousands of dollars in losses for both companies. The proposal is in the best interest of the shareholders of both companies through the mitigation of loss. The proposal is also in the best interests of my family by affording us the opportunity to remain in our home and remain a part of a community and school system that has benefitted our children.

A modification will mitigate the significant loss that will result from a foreclosure, short sale, or deed in lieu of payment and enable AHMSI and National City to retain the performing status attributed to both of these assets. It should be noted that I am only proposing a modification to the interest to be earned by each company. It is critical to emphasize that my proposal does not reduce the principal balance of either loan although, in accordance with the AVM report supplied by National City and current market conditions, there is strong evidence that that the property has experienced a substantial reduction in value.

While we are all victims of this mortgage/real estate crisis, it is imperative that we work together to mitigate losses and damage. Thank you for your careful and personal consideration of this proposal. I shall be away on personal family business between August 17, 2008, and September 2, 2008. Thus, if you respond to my proposal between

those dates, please expect my response after September 2, 2008.   Please contact me to discuss this matter as soon as possible.  Thank you for your assistance and your consideration.

          Sincerely,

          Deborah J. Kreiter