Matthew Liang
1797 Kanapu'u Drive
Kailua, HI 96734
(808) 222-1689

September 15, 2008

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Attn:  General Counsel

Subject:  in re:  American Home Mortgage Holdings - Case No. 07-11047 (CSS); Claim #10111

To General Counsel:

Original documentation submitted by Claimant to Debtors is sufficient to support basis for claim #10111.
There is no other additional information available other than the documents provided by the Debtors
before it filed for Chapter 11 bankruptcy.  Debtors have liability for the amounts alleged.  Claimant asks
general counsel for dismissal of Debtor's objection with prejudice.

If you have any questions, please write or call me at (808) 222-1689.

Regards,

Matthew Liang

Cc:
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| | ) | **Objection Deadline: September 25, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: October 2, 2008 at 11:00 a.m. (ET)** |

AHM OB17 9/2/2008 (merge2.txnum2) 4000202803  EPIQ Use - 11

LIANG, MATTHEW
1797 KANAPUU DR
KAILUA, HI 96734

# NOTICE OF DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:  LIANG, MATTHEW
      1797 KANAPUU DR
      KAILUA, HI 96734

**Basis For Objection:**  Insufficient Documentation Claim: Claimant failed to provide documentation sufficient to support claim

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 10111 | $134,000.00 |

Claimant has not responded to multiple communications from the Debtors for additional information

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Seventeenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto.  The Debtors hereby object to your claim listed above in the "Claim to be Expunged" row because this claim was filed without sufficient supporting documentation or facts to support a legal basis for a claim.  Based on your claim and any documentation filed with your claim, the Debtors submit that they have no liability for any amounts alleged.  The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before September 25, 2008 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 2, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 2, 2008
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession