**TO:** Federal Bankruptcy Judge Christopher S. Sontchi  Sept. 20, 2008
United States Bankruptcy Court
District of Delaware
824 Market St.
5th Floor, Courtroom No. 6
Wilmington, DE. 19801

**FROM:** Paul M. Deck, BW-0041
SCI-Dallas
1000 Follies Rd.
Dallas, Penna. 18612-9515

RE: AMERICAN HOME MORTGAGE CORP. V. DECK, PAUL M.
    CASE NO. 07-11047 (CSS)

Dear Judge Sontchi;

Your Honor, on or about August 26, 2008, I filed an "OBJECT AND REJECTION OF DISCLOSURE STATEMENT IN IT'S ENTIRETY AND ORDER MANDATING DEBTORS TO FURNISH APPLICANT WITH COPY OF DISCLOSURE STATEMENT" with attached 'Proof of Service' and 'Order' with the Clerk's Office. I also sent a true and correct copy to the Debtor's attorneys in this matter.

I would like to know the status of my petition in this matter. I know that there was to be an approval hearing listed for Sept. 15, 2008. I have written to the Debtor's attorneys (Young, Conaway, Stargatt and Taylor-The Brandywine Build., 1000 West St. 17th Floor, Wilmington, DE. 19801) and asked them their intentions in this matter but as of today's date, I haven't received a response.

I'd appreciate any assistance that you might extend to me in this matter. I close for now thanking you in advance, awaiting your reply, I remain.


cc:PMD/file
    Attorney For Debtor

Cordially,
Paul M. Deck