IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
        Debtors.                                    :
------------------------------------------------------------------- x  Ref. Docket Nos. 5095 & 5310

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 12, 2008, I caused to be served the "Notice of Selection of Vantium Capital Markets, L.P. as Stalking Horse Bidder and Filing of Stalking Horse Bid ", dated August 12, 2008 [Docket No.5367] by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit A and by email to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _____
                                                    Angharad Bowdler

Sworn to before me this

__14th___ day of August, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\Notice of Stalking Horse Bidder.Confidential._aff 8-14-08.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 406 PARTNERS | ATTN: MATT RUPPEL, 1415 SOUTH MAIN STREET, SALT LAKE CITY, UT 84115 |
| ABN AMRO | ATTN: PETER ROESKE, 55 EAST 52ND ST., NEW YORK, NY 10055 |
| ACCESS FINANCIAL GROUP | ATTN: JON PERLET, 5650 GREENWOOD PLAZA BLVD., STE 214, GREENWOOD VILLAGE, CO 80111 |
| AFFILIATED FINANCIAL GROUP | ATTN: THOMAS O'HARA, 5690 DTC BOULEVARD, STE 4006, ENGLEWOOD, CO 80111 |
| AFFINITY BANK | ATTN: DAVE MAHAN, 625 E. SANTA CLARA STREET, STE 100, VENTURA, CA 93001 |
| AFFINITY BANK | ATTN: LAURA HERNANDEZ, 625 E. SANTA CLARA ST. STE 100, VENTURA, CA 93001 |
| AFFINITY BANK | ATTN: SCOTT THOMAS, 101 SOUTH CHESTNUT STREET, VENTURA, CA 93001 |
| AMERICAN HOME BANK | ATTN: A. R. MILLER, 3840 HEMPLAND ROAD, MOUNTVILLE, PA 17554 |
| AMERICAN HOME BANK | ATTN: BETH BOSSART, 3840 HEMPLAND BLVD, MOUNTVILLE, PA 17554 |
| AMERICAN MORTGAGE CAPITAL GROUP LLC | ATTN: STEVE THOMAS, 2333 WAUKEGAN ROAD SUITE 175, BANNOCKBURN, IL 60015 |
| AMERICAN RESIDENTIAL EQUITIES | ATTN: JEFF DROTT, 848 BRICKELL AVE. THE PENTHOUSE, MIAMI, FL 33131 |
| AMTRUST BANK | ATTN: KIMON ZAVERDINOS, 1801 E. 9TH ST. STE. 200, CLEVELAND, OH 44114 |
| ANNALY | ATTN: RON KAZEL, 1211 AVENUE OF THE AMERICAS STE. 2902, NEW YORK, NY 10036 |
| ANVAR CAPITAL MANAGEMENT INC. | ATTN: MICHAEL ANVAR, 16501 VENTURA BLVD. SUITE 406, ENCINO, CA 91436 |
| ARBOR RESIDENTIAL MORTGAGE | ATTN: MICHAEL S. ORFE, 150 EAST 52ND STREET, SUITE 2005, NEW YORK, NY 10022 |
| ARCH BAY GROUP | ATTN: ANDY ZHU, 19500 JAMBOREE ROAD, IRVINE, CA 92612 |
| ARGENT | ATTN: CHRIS STEVENS, 521 5TH AVE, NEW YORK, NY 10175 |
| ASSOCIATES ASSET MANAGEMENT | ATTN: MICHELLE MOSES, 895 DOVE ST., 3RD FLOOR, NEWPORT BEACH, CA 92660 |
| ASSOCIATES FINANCIAL SOLUTIONS | ATTN: TOMMY TRAN, 8333 RIDGE POINT DR. STE. 150, IRVING, TX 75063 |
| BANK OF AMERICA | ATTN: LENNY WELLENIUS, 100 NORTH TRYON ST., 23RD FL., CHARLOTTE, NC 28255 |
| BANK OF AMERICA | ATTN: JOHN SCARRONE, 100 NORTH TRYON ST., 23RD FL., CHARLOTTE, NC 28255 |
| BANK OF AMERICA | ATTN: RAMON GEORGE, 1201 MAIN STREET, DALLAS, TX 75202 |
| BARCLAYS | ATTN: MICHAEL DRYDEN, 200 PARK AVE. 7TH FL., NEW YORK, NY 10166 |
| BAYVIEW | ATTN: JOSEPH C. MOYER, 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL | ATTN: JIM FRATANGELO, 4425 PONCE DE LEON BLVD., 5TH FL., CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL | ATTN: PETER LAPOINTE, 4425 PONCE DE LEON BLVD., 5TH FL., CORAL GABLES, FL 33146 |
| BB & T | ATTN: ANDREW T. BALL, 2713 FOREST HILLS RD SW, WILSON, NC 27893 |
| BEAL BANK | ATTN: MOLLY CURL, 6000 LEGACY DRIVE, PLANO, TX 75024 |
| BEAR STEARNS | ATTN: STEVE CORN, 383 MADISON AVE., NEW YORK, NY 10179 |
| BELTWAY CAPITAL | ATTN: JEFF DROTT, 3055 LEBANON PIKE, BUILDING II, SUITE 2201, NASHVILLE, TN 37214 |
| BELTWAY CAPITAL | ATTN: RANDY FREY, 3055 LEBANON PIKE, BLDG II, STE 2201, NASHVILLE, TN 37214 |
| BELTWAY CAPITAL | ATTN: H. CHRISTOPHER FERRELL, 3055 LEBANON PIKE, BLDG II, STE 2201, NASHVILLE, TN 37214 |
| BNP PARIBAS | ATTN: KEN CAMPBELL, 499 PARK AVE., NEW YORK, NY 10022 |
| C-BASS | ATTN: LYNNE RAPPAPORT, 335 MADISON AVE., NEW YORK, NY 10017 |
| CALCAGNO AND ASSOCIATES | ATTN: PASQUALE CALCAGNO, 213 SOUTH AVENUE EAST, CRANFORD, NJ 07016 |
| CARLTON ADVISORY SERVICES | ATTN: JUSTIN PIASECKI, 400 VILLIAGE SQUARE CROSSING STE. 3A, PALM BEACH GARDENS, FL 33410 |
| CENTERBRIDGE | ATTN: LANCE WEST, 375 PARK AVE., 12TH FL, NEW YORK, NY 10152 |
| CENTURY BANK | ATTN: WILLIAM J. ALBANESE, 1680 FRUITVILLE RD., SARASOTA, FL 34236 |
| CHEVY CHASE BANK FSB | ATTN: BRAD HARVEY, 15 ENTERPRISE STE. 520, ALISO VIEJO, CA 92656 |
| CHRYSALIS CAPITAL PARTNERS | ATTN: JOHN BUCK, 2929 ARCH ST., PHILADELPHIA, PA 19104 |
| CITADEL | ATTN: YANNICK MATHIEU, 131 SOUTH DEARBORN ST., CHICAGO, IL 60603 |
| CITIGROUP | ATTN: ALLYSON COOPER, 390 GREENWICH ST., 4TH FL, NEW YORK, NY 10013 |
| CITIGROUP | ATTN: ANNETTE CRADER, 390 GREENWICH ST., 4TH FL, NEW YORK, NY 10013 |
| CITIGROUP | ATTN: NORM FITZGERALD, 390 GREENWICH ST., 4TH FL, NEW YORK, NY 10013 |
| CITIGROUP | ATTN: BRAD BRUNTS, 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368 |
| CITIGROUP | ATTN: JON HODGE, 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368 |

| Claim Name | Address Information |
|---|---|
| CITIMORTGAGE | ATTN: WILLIAM BECKMAN, 1000 TECHNOLOGY DR., O'FALLON, MO 63368 |
| CITIMORTGAGE | ATTN: JAY SPENCE, 316 BIG CANYON DRIVE, MT. SHASTA, CA 96067 |
| CLEARVIEW CAPITAL | ATTN: GERARD BAMBRICK, 1445 EAST PUTNAM AVE., OLD GREENWICH, CT 06870 |
| COLONIAL NATIONAL MORTGAGE, | A DIVISION OF COLONIAL SAVINGS, F.A., ATTN: CONNIE LATIMER GAY, 2626 WEST FWY, FORT WORTH, TX 76102 |
| CONSTRUCTIONLENDING.COM | ATTN: JEFFREY THORNE, P.O. BOX 5641, EL DORADO HILLS, CA 95762 |
| CONSTRUCTIONLOANS.COM | ATTN: FRANK VILLELLI, 2312 AQUA HILL ROAD, FALLBROOK, CA 92028 |
| CONSTRUCTIONLOANS.COM | ATTN: JACQUES MOLYNEUX, 2312 AQUA HILL ROAD, FALLBROOK, CA 92028 |
| COUNTRYWIDE | ATTN: BARRY PYLE, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: RAMIN AMIRI, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: PADDY DELEPINE, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: SUSAN SLOAT, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: TAD DAHLKE, 4500 PARK GRANADA, CALABASAS, CA 91302 |
| COUNTRYWIDE BANK | ATTN: TOM HALLOCK, 6303 OWNESMOUTH OM - 150, WOODLAND HILLS, CA 91367 |
| CRAIG HOVER | 575 WEST CHANDLER BLVD. STE 220, CHANDLER, AZ 85225 |
| CREDIT SUISSE | ATTN: BRUCE KAISERMAN, ONE MADISON AVENUE, 9TH FLOOR, NEW YORK, NY 10010 |
| DE SHAW | ATTN: DANIEL POSNER, 39TH FL., TOWER 45, 120 WEST 45TH ST., NEW YORK, NY 10036 |
| DEUTSCHE BANK | ATTN: JULIANNA SPENCER, 60 WALL STREET, |
| DEUTSCHE BANK | ATTN: DAVID FONTANILLA, 60 WALL STREET, NEW YORK, NY 10005 |
| DOVENMUEHLE MORTGAGE, INC. | ATTN: DAVID ALLISON, 1 CORPORATE DR., LAKE ZURICH, IL 60047 |
| DURHAM ASSET MANAGEMENT | ATTN: CHAPMAN SYME, 680 5TH AVE., 22ND FL, NEW YORK, NY 10019 |
| ECC CAPITAL | ATTN: ROQUE A. SANTI, 2040 MAIN STREET SUITE 800, IRVINE, CA 92614 |
| ELLINGTON MANAGEMENT GROUP, LLC | ATTN: TINO MARTINS, 53 FOREST AVENUE, OLD GREENWICH, CT 06870 |
| EMC MORTGAGE CORPORATION | ATTN: RAVIND KARAMSINGH, 383 MADISON AVENUE, NEW YORK, NY 10179 |
| EMC MORTGAGE CORPORATION | ATTN: CHRISTOPHER BERGEN, 2780 LAKE VISTA DR, LEWISVILLE, TX 75067 |
| EMC MORTGAGE CORPORATION | ATTN: DEBBIE RICH, 2400 LAKE VISTA DR, LEWISVILLE, TX 75067 |
| EQUIFIN | ATTN: CHRIS VALENTINE, 7 TIMES SQUARE, STE. 2106, NEW YORK, NY 10036 |
| EVERBANK | ATTN: BLAKE WILSON, 8200 NATIONS WAY, JACKSONVILLE, FL 32256 |
| FAY FINANCIAL | ATTN: JANNA S. LEWIS, ESQ., 2028 N CLEVELAND AVE., SUITE A, CHICAGO, IL 60614 |
| FBR | 1001 NINETEENTH ST. NORTH, ARLINGTON, VA 22209 |
| FELIX MENDELSON | 21918 LOMITA AVENUE, CUPERTINO, CA 95014 |
| FIDELITY NATIONAL TITLE - CDS | ATTN: HARRY WESTFALL, 40 N. CENTRAL AVENUE, STE 2850, PHOENIX, AZ 85004 |
| FINANCE BOSTON | ATTN: FERGAL WOODS, 1 STATE STREET, 14TH FLOOR, BOSTON, MA 02109 |
| FIRST AMERICAN CAPITAL | ATTN: JOHN KRIGSMAN, 7286 SIENA WAY, BOULDER, CO 80301 |
| FIRST HORIZON HOME LOAN CORPORATION | ATTN: PETER J. SCIANDRA, 4000 HORIZON WAY, IRVING, TX 75063 |
| FIRST UNITED MORTGAGE | ATTN: PAUL RADZWILLOWICZ, 8678 W SPRING MOUNTAIN RD., STE. 130, LAS VEGAS, NV 89117 |
| FIX FUNDING | ATTN: BRYAN FRITZ, 12240 INWOOD ROAD, SUITE 405, DALLAS, TX 75244 |
| FORTRESS | ATTN: STEPHEN WARK, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| FORTRESS | ATTN: PETE SMITH, 1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| FORTRESS | ATTN: STEPHEN WARK, 1345 AVE OF THE AMERICA'S, 46TH FL, NEW YORK, NY 10105 |
| FORTRESS CREDIT CORP/RESTORATION CAPITAL | ATTN: LARRY SMITH, 112 BARTON RD., STOW, MA 01775 |
| FRANKLIN CREDIT MANAGEMENT | ATTN: BOB BALSAMO, 101 HUDSON ST. 25TH FL., JERSEY CITY, NJ 07302 |
| FRANKLIN CREDIT MANAGEMENT | ATTN: STEVE HAGUE, 101 HUDSON ST. 25TH FL., JERSEY CITY, NJ 07302 |
| FREEDOM MORTGAGE CORPORATION | ATTN: JANE C. KING, 21 CORPORATE DR., CLIFTON PARK, NY 12065 |
| FREEWAVE INVESTMENTS | ATTN: LEWIS KESTEN, 142 TARA DR., EAST HILLS, NY 11576 |
| FREMONT BANK | ATTN: BRADFORD L. ANDERSON, 39150 FREMONT BLVD, FEMONT, CA 94538 |
| G8 CAPITAL | ATTN: DARYL SCOTT SCHWARTZ, 999 CORPORATE DR. SUITE 215, LADERA RANCH, CA 92694 |
| GENESEE CAPITAL PARTNERS, INC | ATTN: JASON LOPEZ, 260 NEWPORT CENTER DRIVE SUITE 304, NEWPORT BEACH, CA 92660 |

| Claim Name | Address Information |
|---|---|
| GLOBAL ASSET HOLDING CORP | ATTN: TIM CRAWFORD, 11130 MAYNARD PL., HOUSTON, TX 77064 |
| GMAC | ATTN: MIKE WOLPER, 100 WITMER RD., HORSHAM, PA 19044 |
| GMAC | ATTN: DEB SEVERSON, 7501 WISCONSIN AVE., STE. 900, BETHESDA, MD 20814 |
| GMAC | ATTN: DIANE WOLD, 7501 WISCONSIN AVE., STE. 900, BETHESDA, MD 20814 |
| GMAC | ATTN: RYAN JOSEPH, 7501 WISCONSIN AVE., STE. 900, BETHESDA, MD 20814 |
| GMAC MORTGAGE | ATTN: JAMES HAYDEN, 100 WITMAR RD, HORSHAM, PA 19044 |
| GOLDEN PROPERTIES | ATTN: TIM GOLDEN, 2300 MAIN ST., STE. 900, KANSAS CITY, MO 64108 |
| GOLDMAN SACHS | ATTN: RON TARANTINO, 85 BROAD STREET, NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: BRIAN KELLY, 85 BROAD ST., NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: HOWARD ALTARESCU, 85 BROAD ST., NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: JULIA BALDT, 85 BROAD ST., NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: RONNET GLEZER, 85 BROAD ST., NEW YORK, NY 10004 |
| GREATER MORTGAGE CORP | ATTN: NAGGI ANEHIN, 17 SQUADRON BLVD., STE. 316, NEW CITY, NY 10956 |
| GREENBERG TRAURIG, LLP | ATTN: DAVID Y. WOLNERMAN, 200 PARK AVENUE, NEW YORK, NY 10166 |
| GRP FINC'L SVCS (SALLIE MAE) | ATTN: CLIFF KAHAN, 445 HAMILTON AVENUE, 8TH FLOOR, WHITE PLAINS, NY 10601 |
| HOME SERVICING LLC | ATTN: ROSS HURT, 10525 N. OAK HILLS PARKWAY, BATON ROUGE, LA 70810 |
| HOMESTREET BANK | ATTN: JEFF TODHUNTER, 2000 TWO UNION SQUARE, SEATTLE, WA 98101 |
| HSBC | ATTN: DAN WILDE, 452 FIFTH AVE., 25TH FL, NEW YORK, NY 10018 |
| HSBC | ATTN: ROBERT GRECO, 452 FIFTH AVE., 25TH FL, NEW YORK, NY 10018 |
| HSBC BANK USA | ATTN: EDWARD J. BAKER, 2929 WALDEN AVE, DEPEW, NY 14043 |
| ICAP | ATTN: MICHAEL D. FEENEY, 1100 HARBOR SIDE FINANCIAL CNTR, PLZ 5, 12TH FL, JERSEY CITY, NJ 07311 |
| IMPAC | ATTN: DIANE KEANE, 19500 JAMBOREE RD., IRVINE, CA 92612 |
| IMPAC | ATTN: TONI ADAMS, 19500 JAMBOREE RD., IRVINE, CA 92612 |
| INDYMAC | ATTN: ROGER MCMILLAN, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: ADAM CHENG, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: ALEXANDER THAI, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: ANDREW ROSS, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: CHAU NGUYEN, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: LINDA BOUR, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC | ATTN: MARTY RICHARDSON, 888 EAST WALNUT ST., PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: JOSEPH V. FIERRO, 1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| INDYMAC BANK | ATTN: STEVEN B. SCHNALL, 1301 AVENUE OF THE AMERICAS 7TH FLOOR, NEW YORK, NY 10019 |
| INDYMAC BANK | ATTN: DAN HOPPES, 888 E. WALNUT ST., PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: JIM FRASER, 888 E. WALNUT ST, PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: ROGER MCMILLIAN, 3300 E. GUASTI ROAD, ONTARIO, CA 91761 |
| INSOURCE FINANCIAL SERVICES | ATTN: DIANE LADUCA, 1160 E. JERICHO TURNPIKE, SUITE 217, HUNTINGTON, NY 11743 |
| JAYMES FINANCIAL, INC. | ATTN: RON DAHLKE, 13069 ST. ANDREWS COURT, WOODBRIDGE, VA 22192 |
| JEC FAMILY LP | ATTN: JIM COHEN, 5389 S. KIRKMAN RD., STE. 206, ORLANDO, FL 32819 |
| JP MORGAN | ATTN: TANYA DOOLEY, 270 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10017 |
| JP MORGAN | ATTN: DONALD MAYSZAK, 270 PARK AVE, NEW YORK, NY 10017 |
| JP MORGAN | ATTN: TOM TOMEO, 270 PARK AVE, NEW YORK, NY 10017 |
| JP MORGAN (FIXED INCOME DEPARTMENT) | ATTN: ROBERT R. DURDEN, 383 MADISON AVENUE, NEW YORK, NY 10179 |
| JP MORGAN CHASE | ATTN: WILLIAM C. BUELL, 270 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10017 |
| JP MORGAN CHASE | ATTN: TODD R. CASSAN, 270 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10017 |
| JP MORGAN CHASE | ATTN: AMY C. MARCUSSEN, 6465 S. GREENWOOD PLAZA BLVD. STE 900, CENTENNIAL, CO 80111 |
| KEYBANK REAL ESTATE CAPITAL | ATTN: KEVIN ALEXANDER, 4900 TIEDMAN RD., CLEVELAND, OH 44144 |
| KONDAUR CAPITAL CORPORATION | ATTN: JON R. DAURIO, ESQ, 2677 NORTH MAIN STREET, SUITE 550, SANTA ANA, CA |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KONDAUR CAPITAL CORPORATION | 92705 |
| LAWRENCE MARAN | ATTN: LAWRENCE MARAN, 205 WEST 89TH STREET, NEW YORK, NY 10024 |
| LEHMAN | ATTN: MARK HITTNER, 745 7TH AVENUE, NEW YORK, NY 10019 |
| LEHMAN | ATTN: MIKE PETRUCELLI, 745 SEVENTH AVE., NEW YORK, NY 10019 |
| LEHMAN | ATTN: TOM LUGLIO, 745 SEVENTH AVE., NEW YORK, NY 10019 |
| LEHMAN | ATTN: RICHARD M. DALESSIO, 745 7TH AVENUE, NEW YORK, NY 10019 |
| M AND T BANK | ATTN: TOD EDWARDS, 2270 ERIN COURT, LANCASTER, PA 17601 |
| MAR GROUP | ATTN: DAVID BRECHER, 2607 NOSTRAND AVE, BROOKLYN, NY 11210 |
| MARATHON | ATTN: MICHAEL O'HANLON, 461 FIFTH AVE., 10TH FL, NEW YORK, NY 10017 |
| MARATHON ASSET MANAGEMENT | ATTN: JORDAN M. EPSTEIN, 461 FIFTH AVENUE, 14TH FLOOR, NEW YORK, NY 10017 |
| MCM CAPITAL | ATTN: LAURA GEORGE, 4905 DEL RAY AVENUE SUITE 401, BETHESDA, MD 20814 |
| MERRILL LYNCH | ATTN: TYLER GARROW, 4 WORLD FINANCIAL CENTER, NEW YORK, NY 10080 |
| MHR FUND | ATTN: MARK ROSENBERG, 40 WEST 57TH STREET, THIRTY-THIRD FLOOR, NEW YORK, NY 10019 |
| MIDAS FINANCIAL GROUP | ATTN: PAUL SLAZAS, 9265 GOLDEN GATE AVE., ORANGEVAIL, CA 95662 |
| MORGAN STANLEY | ATTN: VAN CUSHNY, 1585 BROADWAY, FLOOR 02, NEW YORK, NY 10036 |
| MORGAN STANLEY | ATTN: ALVIN SARABANCHONG, 1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY | ATTN: DANIELLE HYDE, 1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY CREDIT CORP. | ATTN: KIMBERLY FINKEL, 2500 LAKE COOK ROAD, BLDG 2-GL, RIVERWOODS, IL 60015 |
| MORGAN STANLEY CREDIT CORP. | ATTN: RANDY BOYD, 2500 LAKE COOK RD. BLDG 2-GL, RIVERWOODS, IL 60015 |
| MOUNTAINVIEW | ATTN: BRANDON WATTS, 6320 CANOGA AVE, SUITE 1511, CANOGA PARK, CA 91367 |
| MOUNTAINVIEW CAPITAL | ATTN: CHRIS ROOKER, 700 17TH ST., SUITE 1000, DENVER, CO 80202 |
| NATIONAL ASSET DIRECT | ATTN: RAY SCHALK, 13500 EVENING CREEK DR. NORTH, SUITE 120, SAN DIEGO, CA 92129 |
| NATIONAL ASSET DIRECT, INC | CAPITAL MARKETS, ATTN: LOUIS A. AMAYA, 8429 CORTE FRAGATA, SAN DIEGO, CA 92129 |
| NATIONAL ASSOCIATION OF | RESIDENTIAL CONSTRUCTION LENDERS, ATTN: RICK NIRK, 5445 DTC PARKWAY P-4, GREENWOOD VILLAGE, CO 80111 |
| NATIONAL CITY MORTGAGE | ATTN: ANDREW MCRILL, 1900 EAST NINTH ST., CLEVELAND, OH 44114 |
| NATIONAL CITY MORTGAGE | ATTN: MARY RIGBY, 1900 EAST NINTH ST., CLEVELAND, OH 44114 |
| NATIONAL CITY MORTGAGE COMPANY | ATTN: THEODORE TOZER, 3232 NEWMARK DR., MIAMISBURG, OH 45342 |
| NAUTILUS CAPITAL | ATTN: JEFF WARD, 211 EAST BUTLER RD, STE. A-1, MAULDIN, SC 29662 |
| NELLIS CORP. | ATTN: SUZANNE BAGHERI, 6001 MONTROSE RD #600, ROCKVILLE, MD 80852 |
| NEW SOUTH FEDERAL SAVINGS BANK | ATTN: DAVID MEWBOURNE, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 |
| NOMURA GROUP | ATTN: SUSAN BECKA, 2 WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| OCWEN FINANCIAL CORPORATION | ATTN: RODNEY MOSS, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409 |
| ORIX | ATTN: VIVIAN GU, 1717 MAIN ST., STE. 900, DALLAS, TX 75201 |
| PATRIOT NATIONAL BANK | ATTN: MARCUS N. ZAVATTARO, 1177 SUMMER STREET, 2ND FLOOR, STAMFORD, CT 06975 |
| PLANET FINANCIAL GROUP | ATTN: PETER CROUCHLEY, 55 HILTON AVENUE, GARDEN CITY, NY 11530 |
| POPULAR MORTGAGE SERVICING, INC. | ATTN: JOHN CESARONE, 121 WOODCREST ROAD, CHERRY HILL, NJ 08003 |
| PREFERRED ASSET MANAGEMENT | ATTN: BRIAN SAFIAN, 572 PEACH ST. PARKWAY STE. 102, CUMMING, GA 30041 |
| PREFERRED PORTFOLIO | ATTN: BOB LEE, 100 WEST ROAD STE. 300, TOWSON, MD 21204 |
| PULTE MORTGAGE, LLC | ATTN: JEFF S. MORAN, 7475 S. JOLIET ST., ENGLEWOOD, CO 80112 |
| PYLON PROPERTY GROUP | ATTN: ARCHANA SIVADASAN, 7 EAST 75TH STREET, 4THŸ FLOOR, NEW YORK, NY 10021 |
| RANIERI PARTNERS | ATTN: ANTHONY BESHARA, 590 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| RBS GREENWICH CAPITAL | ATTN: JAY LEVINE, 600 STEAMBOAT RD., GREENWICH, CT 06830 |
| RBS GREENWICH CAPITAL | ATTN: JOHAN EVELAND, 600 STEAMBOAT RD., GREENWICH, CT 06830 |
| RBS GREENWICH CAPITAL | ATTN: JOHN ANDERSON, 600 STEAMBOAT RD., GREENWICH, CT 06830 |
| REGIONS BANK | ATTN: WENDELL BURKES, 400 EMBASSY ROW, STE 210, ATLANTA, GA 30328 |
| REPUBLIC MORTGAGE HOME LOANS | ATTN: CARLYLE KNUDSEN, 4516 S. 700 E. #300, SALT LAKE CITY, UT 84107 |
| REPUBLIC MORTGAGE HOME LOANS | ATTN: SCOTT LEISHMAN, 4516 S. 700 E. #300, SALT LAKE CITY, UT 84107 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS | ATTN: DARREN HADLOCK, 7 TIMES SQUARE, SUITE 2106, NEW YORK, NY 10036 |
| RESIDENTIAL MORTGAGE SOLUTIONS | ATTN: JACK LEVI, 2800 28TH ST., STE. 102, SANTA MONICA, CA 90405 |
| RESOLUTION CAPITAL ADVISORS | ATTN: JAMES CISNEROS, 1749 REGAL ROW, SUITE 120, DALLAS, TX 75234 |
| RESOLUTION CAPITAL ADVISORS | ATTN: ERIC GREEN, 1750 REGAL ROW, SUITE 120, DALLAS, TX 75235 |
| RLJ ENTERPRISES | ATTN: MARK STAMM, 1050 CONNECTICUT AVE. NW, 4TH FL, WASHINGTON, DC 20036 |
| ROOSEVELT MANAGEMENT COMPANY | ATTN: PETE BARKEY, 1540 BROADWAY, 1606, NEW YORK, NY 10036 |
| SANTA CLARA VALLEY BANK | ATTN: CHARLES ELLIOTT, 901 E. MAIN STREET, SANTA PAULA, CA 93060 |
| SBC GLOBAL | ATTN: JUNE YI, 5364 WALDO PLACE, LOS ANGELES, CA 90041 |
| SBC GLOBAL | ATTN: MARTY RICHARDSON, 5364 WALDO PLACE, LOS ANGELES, CA 90041 |
| SECURED ASSET MANAGEMENT LLC | ATTN: LARRY CLINE, 182 W. ALLENDALE AVE, ALLENDALE, NJ 07401 |
| SELENE FINANCE | ATTN: BILL BELL, 9990 RICHMOND AVE STE 100, HOUSTON, TX 77042 |
| SGI CONSTRUCTION MANAGEMENT | ATTN: KARIM NASSAB, 199 S. HUDSON AVE., PASADENA, CA 91101 |
| SHERMAN | ATTN: MASON POPE, 200 MEETING ST. STE. 206, CHARLSTON, SC 29401 |
| SIGNATURE BANK | ATTN: DEBRA EANNEL, 565 FIFTH AVE., NEW YORK, NY 10017 |
| SILVERSTONE INVESTMENT GROUP, INC. | ATTN: AMIR FATHI, 23679 CALABASAS RD., STE. 777, CALABASAS, CA 91302 |
| SIMIO & JONES LAW | ATTN: WILL JONES, 13 BADGER DR., LIVINGSTON, NJ 07039 |
| SKADDEN | ATTN: RAY NAGUIAT, 300 SOUTH GRAND AVENUE, SUITE 3500, LOS ANGELES, CA 90071 |
| SN CAPITAL MARKETS | ATTN: ROD SCHUTLER, 700 17TH ST., SUITE 1000, DENVER, CO 80202 |
| SN SERVICING CORP | ATTN: DAVID POLLIO, 402 AMHERST STREET, SUITE 402, NASHUA, NH 03063 |
| SN SERVICING CORP | ATTN: JIM LANAGAN, 323 5TH ST., EUREKA, CA 95501 |
| SOUTHPAW ASSET MANAGEMENT LP | ATTN: CHRISTOPHER CHAICE, 4 GREENWICH OFFICE PARK, GREENWICH, CT 06831 |
| SOVERIGN BANCORP, INC. | ATTN: BRENDAN DUGAN, 1500 MARKET STREET, PHILADELPHIA, PA 19102 |
| STEEL MOUNTAIN | ATTN: REED GILLIS, 3910 S. WADSWORTH BLVD., STE. 150, LAKEWOOD, CO 80227 |
| STONE PIGMAN WALTHER WITTMAN LLC | ATTN: JOSEPH L. CAVERLY, 546 CARONDELET STREET, NEW ORLEANS, LA 70130-3588 |
| STRATEGIC VALUE PARTNERS, LLC | ATTN: PIERRE CHUNG, 80 FIELD POINT ROAD, GREENWICH, CT 06830 |
| STREAMLINE CONSULTING | ATTN: PAUL J. FIUMARNO, 37212 MERIDIAN AVENUE, DADE COUNTY, FL 33525 |
| SUMMIT INVESTMENT MANAGEMENT | ATTN: HEATHER OLSON, 1700 LINCOLN STREET, SUITE 2150, DENVER, CO 80203 |
| SUMMIT INVESTMENT MANAGEMENT | ATTN: LARRY GRANTHAM, 1700 LINCOLN STREET, SUITE 2150, DENVER, CO 80203 |
| SUNTRUST MORTGAGE INC. | ATTN: ANTHONY TUCK REED, 901 SEMMES AVENUE, RICHMOND, VA 23224 |
| SYNOVUS MORTGAGE CORP. | ATTN: MICHAEL L. PADALINO, 2204 LAKESHORE DR. STE 325, BIRMINGHAM, AL 35209 |
| TAYLOR, BEAN & WHITAKER | ATTN: LEE FARKAS, 101 NE 2 STREET, OCALA, FL 34470 |
| THE SEAPORT GROUP | ATTN: EVAN KESTENBERG, 1560 LENOX AVE, SUITE 301, MIAMI BEACH, FL 33139 |
| TIERONE BANK | ATTN: DAVID HARTMAN, 2625 140TH STREET, OMAHA, NE 68144 |
| TOWNEBANK | ATTN: WAYNE HUMPHREYS, 1312 GREENBRIER PARKWAY, CHESAPEAKE, VA 23320 |
| U.S. BANK HOME MORTGAGE | ATTN: RICHARD A. ANESHANSEL, 1550 AMERICAN BLVD. E STE. 880, BLOOMINGTON, MN 55425 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: EDWIN D. JENKINS, 800 NICOLLET MALL, MINNEAPOLIS, MN 55402 |
| UBS | ATTN: RICK ANTONOFF, 1540 BROADWAY, NEW YORK, NY 10036 |
| UBS | ATTN: PAM WALPOLE, 299 PARK AVE., NEW YORK, NY 10171 |
| UBS | ATTN: CHRISTINE TURNER, 299 PARK AVE., NEW YORK, NY 10171 |
| UBS | ATTN: NEIL DOOLAN, 299 PARK AVE., NEW YORK, NY 10171 |
| VARDE PARTNERS | ATTN: SEAN HUNDTOFFE, 8500 NORMANDALE LAKE BLVD. SUITE 1570, MINNEAPOLIS, MN 55437 |
| VISIONARY FUNDING | ATTN: JEFF JOHNSON, 3535 PEACHTREE RD., STE. 520 - 125, ATLANTA, GA 30326 |
| WASHINGTON FEDERAL | ATTN: JACK JACOBS, 425 PIKE STREET, SEATTLE, WA 98101 |
| WASHINGTON MUTUAL | ATTN: CARL SAXE, 1301 3RD AVE, SEATTLE, WA 98101 |
| WCRSI, LLC | ATTN: BRUCE HASKINS, 17011 BEACH BLVD. #300, HUNTINGTON BEACH, CA 92647 |
| WELLS FARGO | ATTN: JOSH BALES, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| WELLS FARGO | ATTN: STACEY KRIEG, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WELLS FARGO | ATTN: STEVEN DAY, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| WELLS FARGO | ATTN: TIMOTHY ANDREW, 420 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| WELLS FARGO HOME MORTGAGE | ATTN: MIKE CHAPELLE, 2701 WELLS FARGO WAY, MAC X9901-08T, MINNEAPOLIS, MN 55467 |
| WELLS FARGO HOME MORTGAGE | ATTN: GLENN MCCABE, 2701 WELLS FARGO WAY, MAC: X9901-08T, MINNEAPOLIS, MN 55647 |
| WELLS FARGO HOME MORTGAGE | ATTN: JOHN SWAY, 4475 EXECUTIVE DRIVE, 2ND FLOOR, SAN DIEGO, CA 92121 |
| WEST PARTNERS, LLC | ATTN: CHAD SANDSTEDT, 6005 HIDDEN VALLEY RD., STE. 290, CARLSBAD, CA 92011 |
| WEXFORD CAPITAL LLC | ATTN: MAGGIE ZHANG, 411 WEST PUTNAM AVENUE, GREENWICH, CT 06830 |
| WINTER GROUP | ATTN: RICH WINTER, 45 ROCKEFELLER PLAZA, SUITE 420, NEW YORK, NY 10111 |

**Total Creditor Count 241**

**EXHIBIT B**

aabdullah@icpcapital.com
aagarwal@starkinvestments.com
aball@bbandt.com
achoi@fivemilecapital.com
adam.cheng@indymacbank.com
adam.d.glassner@bankofamerica.com
adam.deyoung@nationstarmail.com
Adrianne.Dicker@morganstanley.com
alamalfa@bdo.com
alexander.thai@indymacbank.com
allyson.d.cooper@citigroup.com
Alvin.Sarabanchong@morganstanley.com
amber.krupacs@vmf.com
amir.fathi@ssiginc.com
amorley@sandptrs.com
amy.c.marcussen@chase.com
amy.sunshine@morganstanley.com
Andrew.McRill@NCMC.com
andrew.ross@indymacbank.com
anish@sfg.com
annette.crader@citigroup.com
anthony.reed@suntrust.com
anthonyb@ranieripartners.com
aoffutt@fay-financial.com
apinkesz@aol.com
arie.dahan@sowood.com
armiller@bankahb.com
as@pylonprop.com
astuckey@firefightersusa.com
azhu@ArchBayGroup.com
azrimsek@att.net
barry_pyle@countrywide.com
bbalsamo@franklincredit.com
bbossart@bankahb.com
bd@faralloncapital.com
bdugan@sovereignbank.com
benk@peakcapgroup.com
benk@peakcapgroup.com
bharvey@chevychasebank.net
bhaskins@wcrsi.com
bhoughto@lehman.com
Bill.Bell@selenefinance.com
bill.poulos@americas.bnpparibas.com
blake.wilson@everbank.com
bob.magee@citadelgroup.com
brad.brunts@citi.com
bradford.anderson@fremontbank.com
brent@azcapitalsolutions.com
Brian.Kelly@gs.com
brian.tortorella@ubs.com
brooktilley@gmail.com
bruce.kaiserman@credit-suisse.com
Bryan.Fritz@fixfunding.com
bsafian@visifi.com
bseibel@chevychasebank.net
bsewell@saverscommunity.com

bwatts@mvcg.com
Carl.saxe@wamu.net
cbastable@dkpartners.com
cbergen@bear.com
cferrell@beltwaycapital.com
charles@scvbank.com
chau.nguyen@indymacbank.com
chris.ullrich@wachovia.com
Christine.Turner@UBS.com
ckahan@grpfs.com
cknudsen@repmtg.com
clippincott@lakelinecapmgt.com
clong@ccgmcorp.com
cojot@ellington.com
connieg@colonialsavings.com
Craig.Avallone@ubs.com
crhover@earthlink.net
crooker@sncmllc.com
csandstedt@westpartners.com
cstevens@argenttrading.com
csyme@durhamllc.com
cvalentine@equifincapital.com
dan.hoppes@indymacbank.com
Daniel.Dufresne@citadelgroup.com
daniel.posner@deshaw.com
Daniel.Wilde@us.hsbc.com
Danielle.Hyde@morganstanley.com
darren.fulco@carringtoncap.com
david.allison@dmicorp.com
david.booker@us.calyon.com
david.chang@sgcib.com
david.fontanilla@db.com
david.hartman@tieronebank.com
david.pawlowski@americas.bnpparibas.com
dbrecher@fmm.com
ddoyle@harboram.com
deannel@signatureny.com
debra.severson@gmacrfc.com
DHadlock@residentialcredit.com
Diane.Keane@impaccompanies.com
dladuca@grpfs.com
DLaDuca@insourcefs.com
dmahan@affinitybank.com
dmewborne@newsouthfederal.com
donald.j.mayszak@jpmorgan.com
dpeskin@verticallend.com
DPollio@snsc.com
drich@bear.com
dschwartz@g8cap.com
dscott@islandcitypartners.com
dstanland@newalliancebank.com
DStein@scottlawrence.com
duherek@amortgageloan.net
Edward.Goodall@dandrewstrategies.com
edward.j.baker@us.hsbc.com
edwin.jenkins@usbank.com

ehammar23@hotmail.com
ekestenberg@theseaportgroup.com
Eric.Green@rtresolutions.com
fcollins@goodhillpartners.com
FelixMendelson@aol.com
freewave@optonline.net
ftv2@constructionloans.com
fwoods@financeboston.com
gabe.sunshine@brcap.com
gbambrick@clearviewcapitalgroup.com
geraldine.acuna@brcap.com
getmoremoney@msn.com
ggraham@fortress.com
gkirastoulis17@aol.com
glenn.mccabe@wellsfargo.com
globalassetholdings@gmail.com
goldenprops@yahoo.com
hakan.beygo@wellsfargo.com
harry.westfall@fnf.com
hench.lemaistre@carringtoncap.com
holson@summit-investment.com
howard.altarescu@gs.com
jack.jacobs@washingtonfederal.com
james.fraser@imb.com
James.Lieblich@dkib.com
James_Cisneros@rescapadvisors.com
jamescohensr@gmail.com
jason@gcvapitalpartners.com
jasoncbrothers@gmail.com
Jay.Levine@gcm.com
jay.spence@citicorp.com
jay.t.wampler@bankofamerica.com
jaymesfinancial@comcast.net
jbabb@bofasecurities.com
jbuck@ccpfund.com
jcaverly@stonepigman.com
jdaurio@kondaur.com
jdrott@arenow.com
jdrott@hermitagefunding.net
Jeff.Baum@suntrustrh.com
jeff.johnson@visifi.com
jeff.moran@pulte.com
jeff.t.willoughby@bankofamerica.com
jeff.todhunter@homestreet.com
jeffrey@constructionlending.com
jepstein@marathonfund.com
jetter@uhmcfl.com
jgoodman@bealbank.com
jim.fraser@indymacbank.com
JimFratangelo@bftg.com
jjacobs@silverpointcapital.com
jking@fhmc.com
jkronsberg@cyruscapital.com
jlanagan@snsc.com
jlewis@fay-financial.com
jlopez@geneseecapital.net

JMoment@FarallonCapital.com
joel.shook@c-bass.com
JoeMoyer@bayviewfinancial.com
Johan.Eveland@gcm.com
John.Anderson@gcm.com
john.cesarone@popularms.com
john.napoli@db.com
John.Scarrone@bankofamerica.com
john.sway@wellsfargo.com
John.Wellenius@bofasecurities.com
jon.hodge@citimortgage.com
jon@accmtg.com
jonathan.reese@tdbanknorth.com
jonk@facapital.net
joseph.fierro@indymacbank.com
josephc@cremac.com
josephc@cremac.com
Josh.D.Bales@wellsfargo.com
jpiasecki@carltongroup.com
jpm@constructionloans.com
jpr@johnranic.com
jpress@marathonfund.com
jtrenkle@rmalending.com
juanita.l.deane-warner@bankofamerica.com
Julia.Baldt@gs.com
julianna.spencer@db.com
junie155@yahoo.com
justin.zakocs@wachovia.com
jvannostrand@furtherlane.com
jverschleiser@bear.com
jward@nautiluscapital.com
keith.silverstein@cm.natixis.com
ken.campbell@americas.bnpparibas.com
kimberly.finkel@msdwcredit.com
knassab@sgicm.com
kplee1234@aol.com
kzavverdinos@amtrust.com
LAC@securedassetmgmt.com
lamaya@nationalassetdirect.com
lance@assetmanagementllc.com
lance@assetmanagementllc.com
lars.holskjaer@uk.mizuho-sc.com
levi@residentialms.com
lfarkas@taylorbean.com
LGeorge@mcmcap.com
lgordon@fbr.com
LGrantham@summit-investment.com
lhernandex@affinitybank.com
linda.bour@indymac.com
LMHCAPITAL@aol.com
LMHCMG@AOL.COM
Lsmith@restorationcapital.net
luism@assetsr.com
lwest@centerbridge.com
Lynne.Rappaport@c-bass.com
manvar@nationwidewholesale.net

marc.flamino@gs.com
marensteinberg@jcrcapital.com
mark.hittner@lehman.com
Mark.Odonnell@rbsgc.com
mark.sorensen@carval.com
martins@ELLINGTON.com
marty.richardson@indymacbank.com
martyrichardson@sbcglobal.net
mary.rigby@ncmc.com
mcmiller@lehman.com
mcurl@bealservice.com
mhittner@lehman.com
michael.dente@gs.com
Michael.Dryden@barclayscapital.com
michael.feeney@us.icap.com
michael.lipke@cadleco.com
Michael.Riela@lw.com
michael.wolper@gmacm.com
michael_aneiro@freddiemac.com
michaelpadalino@synovus.com
michaely@cremac.com
mike.chapelle@wellsfargo.com
mlevine@ellington.com
mmalbari@dbzco.com
Mmaster@MasterRES.com
mmoses@associatesassetmanagement.com
mohanlon@marathonfund.com
morfe@arbor.com
Mortgage_Investor@att.net
mpetruce@lehman.com
mpope@sfg.com
mrosenberg@mhrfund.com
mruppel@406partners.com
mstamm@urbantrustbank.com
mstein@corusbank.com
msterling@bear.com
mtrickey@bglp.com
muriel.brunken@db.com
mwold@rfc.com
mzavattaro@pnbk.com
nancy.kolod@creditmaxteam.com
neil.doolan@ubs.com
norm.fitzgerald@citigroup.com
nyh@greatermortgage.com
ochaudhry@sandptrs.com
pamela.walpole@ubs.com
parker.douglas@abnamro.com
Patricia_Delepine@countrywide.com
paula.rosen@morganstanley.com
pbarkey@rooseveltmc.com
pcalcagno@justice.com
pchung@svpglobal.com
pcrouchley@planetfg.com
peter.roeske@abnamro.com
PeterLaPointe@bayviewfinancial.com

pfiumano@streamlineconsultinginc.com
philip.robinson@wachovia.com
pradz@westcoastfinances.com
psalwin@lehman.com
pschendel@goodhillpartners.com
psciandra@firsthorizon.com
psmith@fortressinv.com
raj.m.kothari@jpmorgan.com
ramin_amiri@countrywide.com
ramon.george@bankofamerica.com
randy.appleyard@citi.com
randy.boyd@msdwcredit.com
rfrey@hermitagefunding.net
rich.winter@thewintergrp.com
richard.aneshansel@usbank.com
richard.dalessio@lehman.com
richard.delgado@ocwen.com
rick.antonoff@pillsburylaw.com
rick.prewitt@gsslg.com
Rishi_Bansal@ml.com
rkaramsingh@bear.com
rkazel@annaly.com
rldmls@aol.com
rmai@varde.com
rnaguiat@skadden.com
robert.greco@us.hsbc.com
robert.imperato@gmail.com
robert.imperato@isgn.com
Robert.R.Durden@jpmchase.com
rodney.moss@ocwen.com
roger.mcmillan@indymacbank.com
roger.mcmillian@indymacbank.com
ron.tarantino@gs.com
ronnet.glezer@gs.com
rossh@hsllc.net
rrieder@lehman.com;
rsanti@ecccapital.com
rschalk@nationalassetdirect.com
RSchaper@FarallonCapital.com
rschluter@SNCMLLC.com
rwnirk@narcl.org
ryan.joseph@gmacrfc.com
sami.mesrour@barclaysglobal.com
sbagheri@nelliscorp.com
sbecka@us.nomura.com
SBurse@sovereignbank.com
scorn@bear.com
serkan.erikci@wachovia.com
seth.robbins@brcap.com
sgelin@palfi.net
sgriffin@hegemoncapital.com
sgurley@marathonfund.com
shague@franklincredit.com
shawn.fagan@citadelgroup.com
shayan_salahuddin@fanniemae.com
shundtofte@varde.com

sleishman@repmtg.com
stacey.krieg@wellsfargo.com
Steve.Thomas@AMCGLLC.com
steven.m.day@wellsfargo.com
steven.schnall@indymacbank.com
Stevens@ApolloLP.Com
Stevens@ApolloLP.Com
sthomas@affinitybank.com
susan_lonergan@ml.com
susan_sloat@countrywide.com
swark@fortress.com
swark@fortress.com
szhang@wexford.com
tad_dahlke@countrywide.com
tahoma14@aol.com
tanya.e.dooley@jpmchase.com
tanya.e.dooley@jpmchase.com
tczech@suminvest.com
tedwards@mandtbank.com
theodore.tozer@ncmc.com
thomas.elliot@wamu.net
Thomas_Dinnegan@Countrywide.Com
thomas_hallock@countrywide.com
Timothy.Andrew@wellsfargo.com
tjp@securedassetmgmt.com
tluglio@lehman.com
todd.r.cassan@jpmchase.com
tohara@afg-co.com
tom.serie@carval.com
Tom.Tomeo@jpmorgan.com
Toni.Adams@impaccompanies.com
topomaran@gmail.com
trowe@steelmc.com
ttran@associatesfinancial.com
tyler_garrow@ml.com
tyler_garrow@ml.com
Van.Cushny@morganstanley.com
vgu@orix.com
victoria.kiehl@citigroup.com
walbanese@centurybankfl.com
wayne.humphreys@townebank.com
wbrown@sandptrs.com
wendell.burks@regions.com
william.beckman@citicorp.com
william.c.buell@jpmchase.com
william.erbey@ocwen.com
wjones@simiojoneslaw.com
WolnermanD@gtlaw.com
wwachtel@yorkcapital.com
yannick.mathieu@citadelgroup.com