IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**<br>**AMERICAN HOME MORTGAGE HOLDINGS, INC., et. al.**<br>Debtor. | **Chapter 11**<br>**Case No.: 07-11047 (CSS)**<br>**Jointly Administered** |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq., hereby certify that on the 26th day of September 2008, I caused a true and correct copy of the **RESPONSE OF GRAND WAILEA RESORT HOTEL & SPA TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULES 3007-1** to be served upon the addressees listed below in the manner indicated.

**VIA HAND DELIVERY AND E-MAIL**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Kara Hammond Coyle, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
E-mail:  jpatton@ycst.com
pmorgan@ycst.com
ekosmowski@ycst.com
kcoyle@ycst.com
ngrow@ycst.com

By:  /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

9/26/08 3:59 PM