IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et. al.<br><br>Debtor. | Chapter 11<br><br>Case No.: 07-11047 (CSS)<br><br>Jointly Administered<br><br>RE: Docket No. 6135 |

**EXHIBIT A TO RESPONSE OF GRAND WAILEA RESORT HOTEL & SPA TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULES 3007-1**

Dated: September 29, 2008
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     Kimberly E. C. Lawson (No. 3966)
     1201 Market Street
     Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: kgwynne@reedsmith.com
            klawson@reedsmith.com

and

David J. Harris
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, Tennessee 38103
Telephone: (901) 524-5120
Facsimile: (901) 524-5024
E-mail: dharris@bpjlaw.com

Counsel for Grand Wailea
Resort Hotel & Spa

«ACCOUNT»
June 15, 2006
Page 2



### Grand Wailea Resort
HOTEL & SPA®
Maui, Hawaii

## CONTRACT
## BETWEEN
## GRAND WAILEA RESORT HOTEL & SPA
## AND
### American Home Mortgage Corp.
### June 15, 2006

| | |
|---|---|
| DATES OF EVENT: | April 11 – 20, 2008 |
| GROUP NAME: | American Home Mortgage Corp.<br>7142 Columbia Gateway Dr.<br>Columbia, MD 21046 |
| PHONE:<br>FAX: | 410-872-2184<br>866-573-8383 |
| AGENCY: | Meeting Management Services, Inc.<br>David McKennon<br>1201 New Jersey Avenue NW<br>Washington, DC 20001 |
| AGENT PHONE:<br>AGENT FAX: | 202-624-1777<br>856-234-8099 |

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT»
June 15, 2006
Page 3

Pursuant to this contract, once accepted, **American Home Mortgage Corp.** will hold a meeting at Grand Wailea Resort Hotel & Spa ®) ("Resort").

**1.0   MEETING DATES AND GUEST ROOM BLOCK**

Once this contract is accepted, we will remove from our inventory and consider sold to you for your use room nights pursuant to the following arrival and departure pattern:

|  | Fri 04/11 | Sat 04/12 | Sun 04/13 | Mon 04/14 | Tue 04/15 | Wed 04/16 | Thu 04/17 | Fri 04/18 | Sat 04/19 | Sun 04/20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Run of House | 17 | 22 | 277 | 277 | 277 | 277 | 277 | 7 | 2 | - |
| 1-BR Alii Suite | 0 | 12 | 12 | 12 | 12 | 12 | 12 | 0 | 0 | - |
| 1-BR Alii Suite (Comp) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | - |
| 1-BR Deluxe Suite | 0 | 2 | 2 | 2 | 2 | 2 | 2 | 0 | 0 | - |
| 1-BR Deluxe Suite (Comp) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | - |
| Staff Rooms | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | - |
| Total Rooms | 24 | 45 | 300 | 300 | 300 | 300 | 300 | 14 | 9 | c/o |

Total Room Nights: 1592

**2.0   GUEST ROOM RATES:**

Rates for your meeting (excluding the Daily Resort Charge) are confirmed as follows:

| Room | Single Rate | Double Rate |
|---|---|---|
| Run of House | $350.00 | $350.00 |
| Twelve (12) 1-bedroom Alii Suites | $850.00 | $850.00 |
| Two (2) 1-bedroom Deluxe Suites | $1,500.00 | $1,500.00 |
| One (1) 1-bedroom Deluxe Suite | COMP | COMP |
| One (1) 1-bedroom Alii Suite | COMP | COMP |
| Staff Rooms | $225.00 | $225.00 |

These rates are European plan (no meals included) rates. There is a $50 per person/per night charge for more than 2 persons in any room, with a maximum of 4 persons per room. No charge for children 17 years of age and younger staying in the same room with parents utilizing existing bedding. In the Napua Tower, there is a $100 per person/per night charge for more than 2 persons in any rooms (with a maximum of 3 adults per room) and a $75 per person/per night charge for additional children, age 13-17 years, a $50 per person/per night charge for children, age 5-12 years (with a maximum of 4 persons per room).

Room rates quoted above are subject to tax, which is currently 11.416%, and are commissionable to Meeting Management Services, Inc. at 10.0 % of revenue generated from room rates on room nights actually occupied by your attendees and paid for at the full contract rate or higher. Commission will be paid after your Master Account is settled in full. Staff Rooms are non-commissionable.

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT»
June 15, 2006
Page 4

Your group rates will be honored for your attendees three (3) days before group arrival and three (3) days after group departure based on space and rate availability. If Group will not be paying for pre- and post-night stays, each reservation for such stays will require a non-refundable prepayment by credit card no later than thirty-(30) days prior to arrival.

### 3.0    DAILY RESORT CHARGE, PORTERAGE, HOUSEKEEPING GRATUITY

In addition to the rates set forth above, there will be a daily Resort Charge of $20.00 (taxable) per room, per night, which includes:

A flower Lei greeting upon arrival; A welcome Mai Tai punch (non-alcoholic) at the designated check-in area; Unlimited local, toll-free, and credit card calls (no access fee); Coffee or tea in guest rooms; Nightly turndown service; Unlimited use of Spa Grande's Fitness Center featuring cardiovascular and strength training equipment; Participation in Sunrise Power Walks, and Yoga classes; Admission to twice-daily scuba clinics and water aerobics; Participation in scheduled Art and Garden tours featuring the works of Botero, Leger, Picasso and Warhol; Use of self parking facilities; Shuttle service to scheduled stops throughout the Wailea area (twice each hour); In-room high speed internet access (128K); Use of the water features to include water slides, water elevator, whirlpools and rope swing.

The following porterage and housekeeping gratuity and charge will be added to the room rate:

| | |
|---|---|
| Porterage - Baggage Handling | $10.00 per person, roundtrip |
| Housekeeping Daily Gratuity | $ 3.00 per room and/or $6.00 per suite |
| Golf Bag Porterage (if used) | $ 3.00 per bag, roundtrip |
| Overnight Valet Parking (if used) | $15.00 per car, per night. |

Group shall be solely and fully responsible for informing its attendees of these fees, gratuities and charges and that they are separate and distinct from the room rate and from taxes. Group may not, in any printed materials regarding the meeting or in any other manner, lump these fees, gratuities and charges into any category such as tax or room rate. It shall be the Group's sole responsibility to disclose clearly and conspicuously to attendees, in advance of booking and making reservations for rooms supplied by Resort, any and all taxes specified by Resort herein and any and all resort charges, fees and gratuities specified herein.

### 4.0    SPECIAL CONSIDERATIONS:

**Complimentary Accommodations**
The resort will provide one (1) complimentary room night, at the Run of House group room rate, on a cumulative basis, for each fifty (50) room nights actually occupied by attendees of **American Home Mortgage Corp.** and paid for at the full contract rate or higher. The resort shall credit **American Home Mortgage Corp.'s** Master Account for the total number of complimentary accommodations accrued by **American Home Mortgage Corp.** at the conclusion of your meeting.

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT»
June 15, 2006
Page 5

The resort will provide seven (7) staff rooms per night, at a discounted rate of $225.00 per room, per night from April 11 to April 19, 2008. The resort will require a rooming list with the staff names thirty (30) days prior to the Group's arrival date. Revenue received from staff rooms will not be considered as room revenue derived from your meeting for purposed of calculating any attrition payment due. Staff rooms will not be considered in calculating your entitlement to complimentary rooms.

- The Resort will provide one (1) complimentary one bedroom Deluxe Suite for six nights. Each additional night will be at $1,500.00 per night.
- The Resort will provide two (2) one bedroom Deluxe Suites for six nights at $1,500.00 per night.
- The Resort will provide one (1) complimentary one bedroom Alii Suite for six nights, and provide the second connecting room at the staff room rate of $225.00. Each additional night will be at $1,075.00 per night.
- The Resort will provide three (3) one bedroom Alii Suites for six nights at the group rate of $350.00 per night. Each additional night will be at $850.00 per night.
- The Resort will provide nine (9) one bedroom Alii Suites at a rate of $850.00 per night.
- The Resort will provide one (1) one bedroom Deluxe Suite at the staff rate of $225.00
- The Resort will guarantee five upgrades to Napua Ocean View rooms at group rate.
- The Resort will provide six (6) complimentary VIP welcome amenities, Hotel selection.
- The Resort will provide six (6) complimentary VIP transportations to/from the airport and hotel.
- The Resort will provide four (4) changing rooms for day of departure, April 18, 2008, at the staff room rate of $225.00.
- The Resort will provide five (5) rooms for three (3) nights complimentary for a site visit for planning purposes to occur within one year of the program date.

5.0  ROOM RESERVATION PROCEDURES

From the moment this contract is accepted, we will be holding your contracted guest room block for the use of your attendees. The resort has no obligation to provide room nights beyond those contained in the room block.

In order to assign individuals to specific rooms, room reservations will be required. A rooming list is required in order to facilitate your attendees' accommodations, and it must be provided to the resort forty-five (45) days prior to your arrival date. This list should include guest name, home or business address, email address (if any), requested type of room, requested bed type (i.e. king, queen/queen, or suites) check-in and check-out dates, preference for smoking or non-smoking room, and VIP status. Any requests for special room arrangements should be indicated on the rooming list. The Resort does not confirm reservations to the individual in writing.

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT»
June 15, 2006
Page 6

Forty-five (45) days prior to your arrival date, all room nights which have not been reserved as described above will be deemed to be room nights which your group will not use, and they will become subject to the attrition provisions herein. Such room nights will at that date be returned to the resort's general inventory. Reservation requests from your attendees received less than forty-five (45) days prior to your arrival date will be accepted on a space available basis at the higher of the contract rate or rate available at that time. Should such requests be accepted, such room nights will be credited to your block for purposes of any calculation of attrition.

### 6.0     CHECK-IN / CHECK-OUT

Guest accommodations will be available after 3:00 pm on arrival day and reserved until 12:00 pm on departure day. The Resort would appreciate receiving flight arrival times for your group, if available. Any attendee wishing special consideration for late checkout should inquire at the front desk on the day of departure. Should the Resort allow for late check-out, it may impose a half day rate.

### 7.0     GUEST ROOM CHARGES

It is our understanding that room, tax, porterage, the daily resort charge, and maid gratuities will be charged to the master account. In order to be able to access the ancillary services of the resort, each guest will be required to present a valid credit card upon check-in, on which an amount of sufficient pre-authorization can be obtained to cover the anticipated use of the resort's ancillary services, and we require each guest's home/business address and e-mail address.

### 7.1     AMERICANS WITH DISABILITIES ACT

The Grand Wailea Resort Hotel & Spa represents and **American Home Mortgage Corp.**, based on such representation, acknowledges that beginning on January 1, 1992 and continuing thereafter in accordance with the compliance dates established or required under Title III of the Americans With Disabilities Act and the regulations promulgated thereunder ("ADA") the Grand Wailea Resort facilities being rented to **American Home Mortgage Corp.** under this Agreement, its guest rooms and common areas will be in compliance with the public accommodation requirements of the ADA. To assist with our planning efforts, please note all requests for ADA guest rooms and any auxiliary aids on your rooming list.

### 8.0     FOOD & BEVERAGE / MEETING REQUIREMENTS

Though we usually charge for usage of our function space, the Resort will provide all of the function space you require in accordance with the schedule of events which is described below on a complimentary basis in recognition of the revenue we will derive from the provision of room nights and food and beverage services and ancillary services hereunder. The Resort reserves the right to adjust function space at the reservations due date based on attendance at levels lower than contracted with discussions and written approval of **American Home Mortgage Corp..** Please ensure that the schedule below includes all space

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT»
June 15, 2006
Page 7

necessary to accommodate set-up and break-down times, all audio-visual needs, head tables and displays.

Should you desire additional food and beverage services and/or meeting space beyond that specified in the schedule of events below, please advise us as soon as possible so that we may attempt to secure such additional space for your use. The Resort reserves the right to make reasonable substitutions in meeting and banquet rooms and/or menu selections with written approval by **American Home Mortgage Corp.** Diagrams and identification of the resort's meeting space to be used for your meeting may not be disseminated by the group without the Resort's prior approval.

Your final menu selections must be made no later than 30 days prior to your arrival. In the event you do not meet this deadline, be advised that menu prices will be increased by the Resort to reflect the increased cost of obtaining and transporting food to the Resort on short notice.

Once this contract is executed, no event detailed in *Schedule of Events* below shall be moved off-property.

## SCHEDULE OF EVENTS

| Date | Start Time | End Time | Description | Setup | Room | Agr |
|---|---|---|---|---|---|---|
| **Friday** | | | | | | |
| 4/11/2008 | 8:00 AM | 3:59 AM | Office | Existing Set-up | Protea & Prefunction | 8 |
| **Saturday** | | | | | | |
| 4/12/2008 | 4:00 AM | 3:59 AM | Office | Existing Set-up | Protea & Prefunction | 8 |
| **Sunday** | | | | | | |
| 4/13/2008 | 4:00 AM | 3:59 AM | Office | Office | Protea & Prefunction | 8 |
| 4/13/2008 | 4:00 AM | 3:59 AM | Hospitality Suite | Existing | Tsunami | 300 |
| 4/13/2008 | 6:00 AM | 3:59 AM | General Session Hold | Theatre-Rear Screen | Haleakala 123 Gardens 123 | 600 |
| 4/13/2008 | 6:00 AM | 3:59 AM | Meeting | Existing Set-up | Silversword & Prefunction | 12 |
| 4/13/2008 | 6:00 AM | 3:59 AM | Registration | Existing Set-up | Group Entrance | 4 |
| 4/13/2008 | 12:00 PM | 6:00 PM | Reception Setup | Exisiting Set-up | Molokini Garden/ Wailea Beach | 600 |
| 4/13/2008 | 6:00 PM | 10:00 PM | Reception | Cocktail Rounds | Molokini Garden/ Wailea Beach | 600 |
| 4/13/2008 | 6:00 PM | 10:00 PM | Backup | Space Hold | Haleakala 1 Gardens 1 | 600 |
| **Monday** | | | | | | |
| 4/14/2008 | 4:00 AM | 3:59 AM | Meeting | Office | Protea & Prefunction | 8 |
| 4/14/2008 | 4:00 AM | 3:59 AM | Hospitality | Existing | Tsunami | 300 |
| 4/14/2008 | 4:00 AM | 3:59 AM | General Session Hold | Theatre-Rear Screen | Haleakala 123 Gardens 123 | 600 |
| 4/14/2008 | 4:00 AM | 3:59 AM | Meeting | Existing Set-up | Silversword & Prefunction | 12 |
| 4/14/2008 | 4:00 AM | 3:59 AM | Registration | Existing Set-up | Group Entrance | 4 |
| 4/13/2008 | 12:00 PM | 6:00 PM | Reception Setup | Exisiting Set-up | Molokini Garden/ Wailea Beach | 600 |
| 4/14/2008 | 6:00 PM | 10:00 PM | Dinner | Rounds of 10 | Molokini Gardens/Wailea Beach | 600 |
| 4/14/2008 | 6:00 PM | 10:00 PM | Backup | Rounds of 10 | Haleakala 1 Gardens 1 | 600 |
| **Tuesday** | | | | | | |
| 4/15/2008 | 4:00 AM | 3:59 AM | Office | Office | Protea & Prefunction | 8 |
| 4/15/2008 | 4:00 AM | 3:59 AM | General Session Hold | Existing Set-up | Haleakala 123 Gardens 123 | 600 |

Group Representative Initials ___
Resort Representative Initials ___

«ACCOUNT»
June 15, 2006
Page 8

| Date | Start Time | End Time | Description | Setup | Room | Agr |
|---|---|---|---|---|---|---|
| 4/15/2008 | 4:00 AM | 3:59 AM | Hospitality | Existing | Tsunami | 300 |
| 4/15/2008 | 4:00 AM | 3:59 AM | Meeting | Existing Set-up | Silversword & Prefunction | 12 |
| 4/15/2008 | 7:00 AM | 11:00 AM | Continental Breakfast (On Flow) | Rounds | Haleakala Gardens 123 | 600 |
| Wednesday | | | | | | |
| 4/16/2008 | 4:00 AM | 3:59 AM | Office | Office | Protea & Prefunction | 8 |
| 4/16/2008 | 4:00 AM | 3:59 AM | General Session Hold | Theatre-Rear Screen | Haleakala 123 Gardens 123 | 600 |
| 4/16/2008 | 4:00 AM | 3:59 AM | Hospitality | Existing | Tsunami | 300 |
| 4/16/2008 | 4:00 AM | 3:59 AM | Meeting | Existing Set-up | Silversword & Prefunction | 12 |
| 4/16/2008 | 7:00 AM | 10:00 AM | Continental Breakfast (On Flow) | Rounds | Haleakala Gardens 123 | 600 |
| 4/16/2008 | 11:00 AM | 2:00 PM | Meeting | Conference | Ilima12Pre12 | 20 |
| 4/16/2008 | 4:00 AM | 3:59 AM | Dinner | Cocktail Rounds | Haleakala Ballroom & Gardens | 600 |
| 4/16/2008 | 4:00 AM | 3:59 AM | Office | Space Hold | Hibiscus & Prefunction | |
| 4/16/2008 | 11:00 AM | 2:00 PM | Meeting | Conference | Plumeria12Pre12 | 30 |
| 4/16/2008 | 2:00 PM | 11:59 PM | Green Room | Conference | Maile23Pre23 | 24 |
| 4/16/2008 | 2:00 PM | 3:59 AM | Gala Set Up | Hold Space | Haleakala Ballroom & Gardens | |
| 4/16/2008 | 7:00 AM | 7:30 AM | Reception | Rounds | Haleakala Ballroom & Gardens | 600 |
| 4/16/2008 | 7:00 PM | 11:59 PM | Dinner | Rounds | Haleakala Ballroom & Gardens | 600 |
| Thursday | | | | | | |
| 4/17/2008 | 4:00 AM | 3:59 AM | Office | Office | Protea & Prefunction | 8 |
| 4/17/2008 | 4:00 AM | 3:59 AM | Hospitality | Existing | Tsunami | 300 |
| 4/17/2008 | 4:00 AM | 3:59 AM | General Session Hold Teardown | Rounds | Haleakala 123/Gardens 123 | 600 |
| 4/17/2008 | 4:00 AM | 3:59 AM | Meeting | Existing Set-up | Silversword & Prefunction | 12 |
| 4/17/2008 | 7:00 AM | 10:00 AM | Continental Breakfast | Rounds | Haleakala Gardens 123 | 600 |
| Friday | | | | | | |
| 4/18/2008 | 4:00 AM | 3:59 AM | Office | Existing Set-up | Protea & Prefunction | 8 |
| 4/18/2008 | 4:00 AM | 3:59 AM | Meeting | Existing Set-up | Silversword & Prefunction | 12 |
| 4/18/2008 | 7:00 AM | 2:00 PM | Breakfast/Brunch | Existing Set-up | Haleakala Gardens 123 | 600 |

## 9.0   ROOM BLOCK AND SERVICES COMMITMENT

When you contract for a block of rooms and meeting facilities and for food and beverage services, those room nights, facilities and services are removed from our inventory and considered sold to you, and the resort makes financial plans based upon the revenues it expects to achieve from your full performance of the contract. It is impossible for the resort to know in advance whether or under what circumstances or at what rates it would be able to resell your contracted room nights, services or facilities if you do not use them, either as the result of a cancellation of your meeting or as the result of less than contracted room block usage or less than contracted usage of food and beverage functions ("attrition"). In most instances, when groups do not use their contracted room nights or services, the resort is unable to resell those room nights or services and even when room nights or services are resold, they are generally not resold at the same rates, may be resold to groups which would

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT»
June 15, 2006
Page 9

have utilized the resort at another time, are not resold to groups that have the same needs as the original group, etc. Even when rooms or services may be resold, it is costly to re-market the rooms and facilities, and such efforts divert the attention of our sales staff from selling the resort's rooms and facilities at other times. While your room block has been held out of our inventory, we may have turned away more lucrative groups in order to meet our commitment to you.

For all these reasons and others, we agree that in the event of cancellation or attrition, the following charges, which represent a reasonable effort on behalf of the resort to establish its loss prospectively, shall be due as liquidated damages. Because the resort reasonably expects to derive revenue from your meeting above and beyond that revenue derived from the provision of room nights and food and beverage services, and because it is difficult to estimate the actual revenue which may be derived from your meeting, the amounts due as and for liquidated damages are intended to compensate the resort for all of its losses associated with cancellation and/or attrition except those losses associated with any failure to make full use of exhibit space, which is addressed separately in the attachment hereto, and which shall be due in addition to the liquidated damage amount set forth herein.

**10.0 ANTICIPATED ROOM NIGHT AND BANQUET FOOD AND BEVERAGE REVENUE FIGURES**

At this time, the resort is holding 1592 room nights for your use over the contracted dates, which, including the Daily Resort Charge, will generate total revenues of $610,097.00. Planned banquet food and beverage revenue is $308,700.00. These figures shall be referred to herein as the "Anticipated Room Night and Banquet Food and Beverage Revenue Figures." All food and beverage is subject to a 21% service charge. All revenue figures are net and not inclusive of taxes, service charge or commissions.

**11.0 ATTRITION**

We agree to allow for a ten percent (10%) reduction in each of the "Anticipated Room Night and Banquet Food and Beverage Revenue Figures", provided that you make a written request for that reduction between now and forty-five (45) days prior to your arrival date. At the conclusion of your meeting, we will subtract the rooms revenue derived from your meeting and the amount of any permissible attrition you have taken from the Anticipated Room Night Revenue Figure set forth above. Any remaining amount will be posted as a charge to your Master Account, plus applicable taxes. Additionally, at the conclusion of your meeting, we will subtract the banquet food and beverage revenue derived from your meeting and the amount of any permissible attrition you have taken from the Anticipated Banquet Food and Beverage Revenue Figure set forth above. Any remaining amount will be posted as a charge to your Master Account, plus applicable taxes and service charges.

At the reservations due date, as established above, we will calculate the amount of room attrition which we anticipate will be due. We will advise you of that amount shortly thereafter, and that amount will be due immediately upon receipt of our inv      n receipt

Group Represe       ials 
Resort Represe      lals

«ACCOUNT»
June 15, 2006
Page 10

of your payment, that amount will be credited to your Master Account and will be applied to the final calculation of rooms and food and beverage attrition upon the conclusion of your meeting.

At the conclusion of American Home Mortgage Corp.'s event, Resort will review final occupancy during the event and credit American Home Mortgage Corp. for any rooms paid for in attrition which would result in the hotel achieving an occupancy level higher then 100%, on a per night basis multiplied by the Run of House rate less 25% for management fees to resell the hotel rooms.

For example: Hotel was short 20 hotel rooms to be 100% occupied and American Home Mortgage Corp. paid for 30 hotel rooms in attrition. American Home Mortgage Corp. will be credited 10 hotel rooms multiplied by the Run of House group rate less 25% for management fees.

### 12.0  CANCELLATION

In the event of a group cancellation occurring 0 to 90 days prior to arrival, liquidated damages in the amount of ninety (90%) percent of the "Anticipated Room Night and Banquet Food and Beverage Revenue Figures" will be due, plus applicable taxes and service charges ($798,261.30).

In the event of a group cancellation occurring 91 to 180 days prior to arrival, liquidated damages in the amount of eighty (80%) percent of the "Anticipated Room Night and Banquet Food and Beverage Revenue Figures" will be due, plus applicable taxes and service charges ($709,565.60).

In the event of a group cancellation occurring 181 to 365 days prior to arrival, liquidated damages in the amount of seventy-five (75%) percent of the "Anticipated Room Night and Banquet Food and Beverage Revenue Figures" will be due, plus applicable taxes and service charges ($665,217.75).

In the event of a group cancellation occurring between the time of acceptance of this contract and 366 days prior to arrival, liquidated damages in the amount of fifty (50%) percent of the "Anticipated Room Night and Banquet Food and Beverage Revenue Figures" will be due, plus applicable taxes and service charges ($443,478.50).

### 13.0  FORCE MAJEURE

No damages shall be due for a failure of performance occurring due to Acts of God, war, terrorist act, government regulation, riots, quarantines, disaster, or strikes, any one of which make performance impossible.

### 14.0  GOLF AND TE[REDACTED]

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT».
June 15, 2006
Page 11

We will be happy to assist you in making arrangements for golf and tennis at nearby facilities, subject to availability. These arrangements may require you to enter into a separate contract with the facility.

## 14.1  SPA SERVICES

We understand that activities may be a portion of your program and that the spa appointments may be needed, but will be done solely on an individual basis. Due to the demand for our state-of-the-art spa facilities and advance group commitments, we cannot guarantee specific dates or times. To better service your group, we encourage advance arrangements. Individuals within the group who desire to make use of the spa services should make appointments direct by calling 1-800-772-1933. For your convenience, an eighteen percent (18%) gratuity is added to the retail price of all spa services and all charges/cancellations will be handled on an individual basis unless otherwise instructed.

## 15.0  BILLING PROCEDURES AND DEPOSIT SCHEDULE

Please complete a direct bill application and return it to our Accounting Department within thirty (30) days after you receive a fully-executed copy of this contract so that we may attempt to approve credit for any additional charges for your meeting. In the event that credit is not requested or is not approved, pre-payment of your total estimated Master Account will be due prior to your arrival, in accordance with a schedule as detailed below

| Date | Deposit Due |
|---|---|
| Upon return of signed contract to resort | $ 57,825.70 |
| 60 days prior to the main arrival date | $ 631,136.50 |
| 45 days prior to the main arrival date | $ 389,088.13 |

Under such circumstance, failure to remit the appropriate pre-payment on a timely basis will be considered a cancellation by the group and the group shall be liable for amounts as described in the cancellation provisions.

The following items shall be charged to the Master Account: sleeping rooms, tax, Daily Resort Charge, porterage fees, banquet food and beverage charges, attrition charges, meeting space rental charges (if any), cancellation charges, and any other charges billed to the Master Account at the request of the authorized representative of the group, as designated by the group in advance of the commencement of the meeting. Moreover, all third party charges for services and/or supplies, not directly supplied by the Resort and billed to the Master Account at the request of the Group, will be subject to a handling fee of three percent (3%) of all third party charges placed on the Master Account. Group further agrees that should there be any charges associated with use of the grounds, function space, facilities and services of the Resort by its vendors, these charges shall be posted to the Master Account.

A final bill, containing receipts and other back-up information, will be mailed to the Group within fourteen (14) days of the Group's departure. Master account charges may only be paid

Group Representative Initials ___
Resort Representative Initials ___

«ACCOUNT»
June 15, 2006
Page 12

in the form of cash, check or bank transfer. All master account charges not paid within thirty (30) days of the billing date will bear interest at the lower of the rate of 1.5% per month, compounded monthly, if permissible by law, or the highest rate permissible by law. Should the resort, in its sole discretion, deem collection action necessary in regard to outstanding balances hereunder, all costs associated with that collection action, including attorney's fees, shall be posted to the master account.

Individual guest accounts are payable at check-out by cash or credit card.

The deposits and payments outlined in the table below are due as indicated. Thirty (30) days prior to your event, the resort will review the account and pre-payment for all amounts exceeding the following schedule will be due at no later than twenty-one (21) days prior to arrival. The deposits and payments will be applied to your master account in the form of credits.

| Date | Deposit Due |
|---|---|
| Upon return of signed contract to resort | $ 57,825.70 |
| 60 days prior to the main arrival date | $ 631,136.50 |
| 45 days prior to the main arrival date | $ 389,088.13 |

These deposits shall be due in addition to the amount of any required pre-payment for estimated rooms attrition, as noted herein.

Please make your deposit payments by check payable to Grand Wailea Resort Hotel & Spa and mail to: 3850 Wailea Alanui, Wailea, HI 96753, Attention: Accounting Department.

**16.0 OUTSIDE CONTRACTORS**

The Resort offers all services necessary for a successful meeting. However, if Group finds it necessary to use outside services, any companies, firms, agencies, individuals and groups hired by or on behalf of Group shall be subject to prior approval of the Resort, which shall not be unreasonably withheld or delayed. Upon prior reasonable notice to the Resort from Group, Resort shall cooperate with such contractors and provide them with facilities at the premises to the extent that the use and occupancy of the facilities by the contractor does not interfere with the use and enjoyment of the Resort premises by other guests and members of the Resort. Group's contracts with its contractors will all specify that contractor and the group will indemnify and hold CNL Grand Wailea Resort, LP., 90210 Management Company LLC, and CNL Resort Lodging Tenant Corp. harmless from any and all damages or liabilities, which may arise by such Contractors or through their use.

**17.0 INSURANCE AND INDEMNIFICATION**

Resort and Group each agree to carry and maintain and provide evidence of liability and other insurance in amounts sufficient to provide coverage against any claims arising from

Group Representative Initials ____
Resort Representative Initials ____

«ACCOUNT»
June 15, 2006
Page 13

any activities arising out of or resulting from the respective obligations pursuant to this contract. Group's insurance policy shall include Resort, CNL Grand Wailea Resort, 90210 Management Company LLC, and CNL Resort Lodging Tenant Corp. as additional insureds. Damage to the Resort premises by the Group or appointed contractors will be the Group's responsibility. Group will accept full responsibility for any damages resulting from any action or omission of their individual attendees in conjunction with organized group activities. The Resort is not responsible for any loss or damage no matter how caused, to any samples, displays, properties, or personal effects brought into the Resort, and/or for the loss of equipment, exhibits or other materials left in meeting rooms.

The Resort reserves the right to approve all outside contractors hired for use by the Group in the Resort, and may have a list of approved contractors and vendors. The Resort must be notified in advance of any proposed vendor. The Resort reserves the right to advance approval of all specifications, including electrical requirements, from all outside contractors, and to charge a fee for outside services brought into the Resort. The Group and/or outside contractors must provide proof of worker's compensation insurance for employees who will work on Resort premises and proof of adequate general liability coverage for the Group and/or outside contractors' activities while on Resort's premises, and must comply with all other similar requirements the Resort deems appropriate, in its sole discretion, regarding use of function space, facilities and use of Resort services.

## 17.1 INDEMNIFICATION

The Resort shall indemnify, defend and hold harmless the Group and its officers, directors, partners, agents, members and employees from and against any and all demands, claims, damages to persons or property, losses and liabilities, including reasonable attorney's fees (collectively "Claims") arising out of or caused by the Resort's negligence in connection with the provision of services or the use of the Resort facilities, except to the extent and percentage attributable to the Groups' or its members', agents', employees', or Exhibitors' negligence. The Resort shall not have waived or be deemed to have waived, by reason of this paragraph, any defense, which it may have with respect to such claims.

The Group shall indemnify, defend and hold harmless Resort, CNL Grand Wailea Resort, 90210 Management Company LLC, and CNL Resort Lodging Tenant Corp. and their officers, directors, partners, agents, members and employees from and against any and all demands, claims, damages to persons or property, losses and liabilities, including reasonable attorney's fees (collectively "Claims") arising out of or caused by the Group's negligence and/or its members', agents', employees', independent contractors' or Exhibitors' negligence in connection with the use of the Resort facilities, except to the extent and percentage attributable to the Resort's negligence. The Group shall not have waived or be deemed to have waived, by reason of this paragraph, any defense, which it may have with respect to such claims.

## 18.0 RESORT POLICIES

Group Representative Initials _____
Resort Representative Initials _____

«ACCOUNT»
June 15, 2006
Page 14

Logo: The Group shall not use the name, trademark or logo or any other proprietary designation of the resort in any advertising or promotional material without the prior written permission of the Resort. Group shall comply with the terms and conditions required by the Resort for such use. Resort shall not use the name, trademark or logo or any other proprietary designation of American Home Mortgage Corp., or any of its affiliates, in any advertising or promotional material without the prior written permission of American Home Mortgage Corp.

Utilities: All electrical services and utilities, including phone and riggings, must be contracted for through the Resort's Convention Services Department.

Signage: Signs and banners are not allowed in the resort's public areas. In regard to the group's meeting space, all signs must be professionally printed and their placement and posting be pre-approved by the Convention Services Department. Nothing shall be posted, nailed, screwed or otherwise attached to walls, floors, or other parts of the building or furniture. Distribution of gummed stickers or labels is strictly prohibited.

Outdoor Event Curfew: The Wailea Community Association requires that all outdoor functions conclude no later than 10:00 PM. Additionally, all staging and sound amplification must be oriented towards the ocean.

## 19.0 AUTHORITY

The persons signing the agreement on behalf of Resort and **American Home Mortgage Corp.** each warrant that they are authorized to make agreements and to bind their principals to this agreement.

## 20.0 MISCELLANEOUS PROVISIONS

This contract is made and to be performed in Wailea, Hawaii, and shall be governed by and construed in accordance with Hawaii law. By executing this agreement, Resort and **American Home Mortgage Corp.** each consent to the exercise of personal jurisdiction over it by the courts of the State of Hawaii. The parties waive any rights that they may have to a trial by jury of any matter related to this Agreement. In the event of litigation arising from or associated with this contract, the parties agree that the prevailing party therein shall recover its attorneys' fees and costs incurred therein, and that the provisions of HRS §607-14 or any other provision to the contrary shall not govern.

This contract is the entire agreement between the parties, superseding all prior proposals both oral and written, negotiations, representations, commitments and other communications between the parties, and may only be supplemented or changed in writing, signed by a representative of the Group and the Resort's General Manager. No representative of the Resort has been or is authorized to make any representation, which varies from the express terms of this contract, though this contract may be supplemented or amended in writing. Group may not assign any benefits arising under or associated in any way with this contract

Group Representative Initials _CK_
Resort Representative Initials _W_

«ACCOUNT»
June 15, 2006
Page 15

without prior written consent of Resort. No food and/or beverage of any kind will be permitted to be brought into the Resort, or any suite used as a hospitality suite, by the Group or any of the Group's guests.

**21.0   ACCEPTANCE**

This contract shall be deemed accepted only after it has been signed by a representative of the Group and thereafter signed by a representative of the Resort. Acceptance may be made by facsimile transmission and this contract may be executed in one or more counterparts, each of which when fully executed, shall be deemed to be an original, and all of which shall be deemed to be the same agreement.

We look forward to working with you and to hosting a memorable meeting.

By American Home Mortgage Corp.'s authorized representative:

_____   Date: June 15, 2006
Alan Horn
**Executive Vice President
American Home Mortgage Corp.**

By the authorized representative of 90210 Management Company LLC, as authorized agent for CNL Resort Lodging Tenant Corp., d.b.a. Grand Wailea Resort Hotel & Spa ®

_____   Date: 6/15/06
Erin Ennis
National Sales Manager

_____   Date: 6-29-6
Pepper Dombroski
Director of Group Sales

*Mahalo!*

Group Representative Initials ____
Resort Representative Initials ____