# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**ORDER TERMINATING THE AUTOMATIC
STAY UNDER SECTION 362(a) OF THE BANKRUPTCY CODE
TO PERMIT THE COMMENCEMENT OR CONTINUATION OF ANY ACT TO
EXERCISE ANY RIGHTS AND REMEDIES UPON INTERESTS IN REAL PROPERTY**
*(relates to Docket No. _____)*

UPON CONSIDERATION OF the Motion for Blanket Relief from Automatic Stay (Docket No. _____) (the "Motion") filed by various parties (collectively, "Movants") in the above-referenced case, and any response to the Motion; the Court having determined that the relief requested in the Motions is appropriate under the circumstances, and it appearing that no other or further notice is required; and after due notice and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is GRANTED as set forth more fully hereinbelow. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. Pursuant to 11 U.S.C. § 362(d), to the extent that the automatic stay and/or any injunction(s) may otherwise be applicable, any party is hereby granted relief from the automatic stay and such injunction(s), and the automatic stay and such injunction(s) are terminated, with respect to any interest in real property which may now be or some time in the past have been deemed to be property ("Real Property") of American Home Mortgage Holdings, Inc. and/or its debtor affiliates (the "Debtors"). Any party is hereby permitted to exercise its rights, if any,

under applicable non-bankruptcy law against any Real Property, including but not limited to the foreclosure of any mortgage, deed of trust, or other interest or encumbrance thereupon.

3. Nothing in this order (i) shall constitute a determination that any of the Debtors holds any interest in Real Property, (ii) shall estop the Debtors from denying that they hold any interest in Real Property, or (iii) shall constitute a determination as to the validity, priority, or amount of any claim secured by Real Property asserted by any party.

4. The relief granted in this order shall not affect any substantive or procedural requirements for the exercise of rights and remedies against Real Property under applicable non-bankruptcy law.

5. The relief granted in this order shall apply without further order of the Court. Any party seeking an order specific to a particular property or particular properties may, but shall not be required to, file a proposed order under certification of counsel, which shall be served only upon counsel for the Debtors and the Committee in these cases (except to the extent such parties waive the right to receive notice or cease to exist). A proposed order may refer to more than one property regardless of whether the holders of interests in such properties may be different.

6. The Clerk of the Court shall place a notation on the docket for these Chapter 11 cases providing that: "The Court has granted relief from the automatic stay for all parties to exercise any applicable rights and remedies against real property under applicable non-bankruptcy law. Parties are directed to Docket No. ___ for a copy of such order."

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Date:_____    _____
     Wilmington, Delaware    HONORABLE CHRISTOPHER S. SONTCHI
                                                       UNITED STATES BANKRUPTCY JUDGE