IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2008, copies of the foregoing Motion for Blanket Relief for Automatic Stay were served upon the parties listed on the attached matrix in the manner stated.

Dated: September 29, 2008              /s/ **Adam Hiller**
       Wilmington, Delaware           Adam Hiller (DE No. 4105)
                                            Draper & Goldberg, PLLC
                                            1500 North French Street, 2nd Floor
                                            Wilmington, Delaware 19801
                                            (302) 339-8776 telephone
                                            (302) 213-0043 facsimile

VIA FIRST-CLASS MAIL
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

VIA HAND DELIVERY
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

VIA HAND DELIVERY
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

VIA HAND DELIVERY
Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

VIA FIRST -CLASS MAIL
Rebecca L. Booth
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921