| | |
|---|---|
| 1 | Cara J. Hagan, Bar No. 146665 |
|   | Bryn C. Ma, Bar No. 249620 |
| 2 | HAGAN & ASSOCIATES |
|   | 110 E. Wilshire Avenue, Suite 405 |
| 3 | Fullerton, California 92832 |
| 4 | Telephone: (714) 526-3377 |
|   | Facsimile: (714) 526-3317 |
| 5 | |
| 6 | Attorneys for FRANKLIN PACIFIC FINANCE, LLLP |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | CASE NO. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | |
| et al., | ) | |
| | ) | **RESPONSE OF FRANKLIN PACIFIC** |
| Debtors. | ) | **FINANCE TO DEBTOR'S CLAIM/** |
| | ) | **OBJECTION TO CLAIM NO. 2891** |
| | ) | |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Franklin Pacific Finance, LLLP ("FPF") submits this response to Debtor's claim/objection to their Claim No. 2891. Debtor has shown no evidence to date that the payments for the months of June and July were actually made. As such, FPF has no evidence to support the reduction in the amount of the claim.

Moreover, that portion of the claim that was for rent during the period prior to the turnover of the property to the Landlord should be considered administrative and given the appropriate priority in payment.

///

///

///

Absent specific evidence which demonstrates that payments have been paid and that said payments actually received by FPF, there should be no adjustments to the claim as stated.

DATED: September 24, 2008

HAGAN & ASSOCIATES

By: 
CARA J. HAGAN
BRYN C. MA
Attorneys for FRANKLIN PACIFIC FINANCE, LLLP

## PROOF OF SERVICE BY MAIL - FEDERAL/COPY
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 110 E. Wilshire Avenue, Suite 405, Fullerton, California 92832.

On September 24, 2008, I served the foregoing document described as **RESPONSE OF FRANKLIN PACIFIC FINANCE TO DEBTOR'S CLAIM/OBJECTION TO CLAIM NO. 2891** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE MAILING LIST ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE**

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Fullerton, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 24, 2008, at Fullerton, California.

_____
M. Jane Alcala

| | |
|---|---|
| 1 | **MAILING LIST** |
| 2 | |
| 3 | James L. Patton, Jr., Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 West Street, 17th Floor |
| 4 | Wilmington, Delaware 19801 |
| 5 | Brett Barragate, Esq.<br>901 Lakeside Avenue, North Point |
| 6 | Cleveland, OH 44114 |
| 7 | Bonnie Glantz Fatell, Esq.<br>1201 Market Street, Suite 800 |
| 8 | Wilmington, DE 19801 |
| 9 | Joseph M. McMahon, Esq.<br>Office of the United States Trustee |
| 10 | J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35 |
| 11 | Wilmington, DE 19801 |
| 12 | Margot B. Schonholtz, Esq.<br>Kaye Scholer, LLP |
| 13 | 425 Park Avenue<br>New York, NY 10022 |
| 14 | |
| 15 | Victoria Counihan, Esq.<br>The Nemours Building<br>1007 North Orange Street, Suite 1200 |
| 16 | Wilmington, DE 19801 |
| 17 | Mark Indelicato, Esq.<br>Hahn & Hessen LLP |
| 18 | 488 Madison Avenue, 14th and 15th Floor<br>New York, NY 10022 |
| 19 | |
| 20 | Laurie S. Silverstein, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street, 6th Floor |
| 21 | P.O. Box 951<br>Wilmington, DE 19899 |
| 22 | |
| 23 | Daniel P. Winikka, Esq.<br>Jones Day<br>2727 North Harwood Street |
| 24 | Dallas, TX 75201 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4

Response of FPF to Debtor's Claim/Objection to Claim No. 2891