**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. Nos. 5591 |
| Debtors, | ) |

## CERTIFICATION OF COUNSEL

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about September 5, 2008 Whittington & Aulgur, counsel for Chase Home Loan Servicing, LLC, filed a Motion for Relief from the Automatic Stay (the "Motion") due to defaults in the mortgage payments by the Borrowers, as listed on Exhibit A attached hereto.

2. On September 22, 2008 American Homes Mortgage Holdings, Inc. and its affiliated Debtors filed a timely protective response to the Motions Ref. No. 6005 (the "Reservation of Rights"), reserving the Debtors' rights but not objecting to the relief requested in the Motion.

3. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to either of the Motions. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to either of the Motions appears thereon. Pursuant to the notice filed in connection with the two motions, objection to the Motions were to be filed and served no later than September 25, 2008.

The undersigned respectfully requests that the order for the motion attached hereto be entered at the convenience of the Court.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street., Suite 206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661

Dated: September 29, 2008        Attorneys for Chase Home Loan Servicing, LLC