**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, et al., | ) ) ) ) ) | Case No. 07-11051 Chapter 11 Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 29th day of September, 2008 that service of the **Certification of Counsel** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Ana Serna & Santiago Serna
4019 Navigator Way
Kissimmee, FL  34746
*Borrower*

Sandy Zarraga
7872 Sugar View Court
Orlando, FL  32819
*Borrower*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

        WHITTINGTON & AULGUR

        /s/ Kristi J. Doughty
        Robert T. Aulgur, Jr.(No.165)
        Kristi J. Doughty (No. 3826)
        651 N. Broad Street, Suite 206
        P.O. Box 1040
        Middletown, DE 19709-1040
        (302) 378-1661
        Attorney for Movant