IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| American Home Mortgage, et al., | ) Case No. 07-11047 <br> ) Chapter 11 <br> ) Jointly Administered <br> ) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 29th day of September, 2008 that service of the **Certification of Counsel** and **proposed Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

**Jose and Elia Zavala**
**219 6th Street**
**Greenfield, CA 93927**

Gianni Miranda
3211 Tice Creek Way
Sacramento, CA 95833
*Borrower*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Phillip Moses
Jacquelyn Moses
1435 20th Street
Oceano, CA 93445
*Borrower*

Andrea M. Carlson
1125 NW 9th Avenue, Apt. 303
Portland, OR 97209
*Borrower*

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr.(No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant