# EXHIBIT A
**In re:  American Home Mortgage, et al.**
**C.A. No. 07-11047**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 12281761 | Andrea M. Carlson | August 10, 2005 | $160,800.00 | $165,362.79 | $275,000.00 | 1125 NW 9th Avenue Apt. 303 00Portland, OR 97209 |
| 770825246 | Gianni Miranda | October 20, 2006 | $316,700.00 | $341,078.22 | $275,000.00 | 3211 Tice Creek Way Sacramento, CA 95833 |
| 12264167 | Phillip Moses Jacquelyn Moses | August 3, 2005 | $258,000.00 | $279,060.47 | $79,900.00 | 1435 20th Street Oceano, CA 93445 |
| 12264993 | Jose A. Zavala Elia Zavala | September 7, 2005 | $292,000.00 | $300,568.00 | $125,000.00 | 249 Nantucket Way King City, CA 93930 |