AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
JULY 1 - 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $650.00 | 1.0 | $650.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $610.00 | 1.4 | $854.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $455.00 | 1.4 | $637.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $430.00 | 12.5 | $5,375.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $290.00 | 2.4 | $696.00 |
| Senese, K. | Paralegal | $225.00 | 15.0 | $3,375.00 |
| Moody, T. | Paralegal | $200.00 | 1.5 | $300.00 |
| Grand Total: | | | 35.2 | $11,887.00 |
| Blended Rate: | | | | 337.70 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
JULY 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 6.6 | $1,751.50 |
| 2 | Other Professionals' Fee/Employment Issues | 7.3 | $2,029.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.6 | $302.00 |
| 4 | Claims Analysis and Objections | 2.8 | $999.00 |
| 5 | Committee Business and Meetings | 3.2 | $1,442.00 |
| 6 | Case Administration | 3.9 | $982.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.2 | $45.00 |
| 8 | Employee Benefits/General Labor | 0.1 | $22.50 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.4 | $172.00 |
| 10 | Financing Issues | 2.1 | $1,114.00 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.4 | $605.00 |
| 13 | Stay Relief Issues | 0.6 | $217.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 2.0 | $834.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 4.0 | $1,371.50 |
| | **TOTALS** | **35.2** | **$11,887.00** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
JULY 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Reproduction of Documents | In-House @ $.10/copy | $172.80 |
|  | Contracted Photocopying - Parcels | $500.43 |
| Courier and Express Services | Federal Express | $103.69 |
| Record/Docket Searches |  | $251.92 |
| **TOTAL** |  | **$1,028.84** |