## AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### JULY 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 6.6 | $1,751.50 |
| 2 | Other Professionals' Fee/Employment Issues | 7.3 | $2,029.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.6 | $302.00 |
| 4 | Claims Analysis and Objections | 2.8 | $999.00 |
| 5 | Committee Business and Meetings | 3.2 | $1,442.00 |
| 6 | Case Administration | 3.9 | $982.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.2 | $45.00 |
| 8 | Employee Benefits/General Labor | 0.1 | $22.50 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.4 | $172.00 |
| 10 | Financing Issues | 2.1 | $1,114.00 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.4 | $605.00 |
| 13 | Stay Relief Issues | 0.6 | $217.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 2.0 | $834.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 4.0 | $1,371.50 |
| | **TOTALS** | **35.2** | **$11,887.00** |

**Project Code 1**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 01 | | | | |
| Jul 02 08 | PREPARE INITIAL DRAFT OF BLANK ROME'S MAY 2008 MONTHLY FEE APPLICATION | SENESE | 0.20 | $45.00 |
| Jul 11 08 | REVIEW CURRENT DOCKET TO CONFIRM THAT NO OBJECTIONS FILED TO BLANK ROME'S EIGHTH AND NINTH MONTHLY FEE APPLICATIONS; DRAFT RESPECTIVE CERTIFICATES OF NO OBJECTION; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL; E-FILE | SENESE | 0.30 | $67.50 |
| Jul 11 08 | REVIEW AND REVISE CNOS FOR BLANK ROME'S MARCH AND APRIL FEE APPLICATIONS | CARICKHOFF | 0.20 | $86.00 |
| Jul 14 08 | PREPARE BLANK ROME'S MAY 2008 MONTHLY FEE APPLICATION | SENESE | 2.40 | $540.00 |
| Jul 14 08 | REVIEW, EDIT AND CODE APRIL 2008 TIME NARRATIVES | SENESE | 0.30 | $67.50 |
| Jul 18 08 | REVIEW REVISED EXHIBIT SHEETS (MAY 2008); FINALIZE DRAFT OF BLANK ROME'S TENTH MONTHLY FEE APPLICATION; DISTRIBUTE FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.60 | $135.00 |
| Jul 22 08 | REVISIONS TO BLANK ROME'S MAY FEE APPLICATION | CARICKHOFF | 0.40 | $172.00 |
| Jul 23 08 | TELEPHONE FROM D. CARICKHOFF REGARDING FORM OF BLANK ROME'S TENTH MONTHLY FEE APPLICATION AND APPROVAL FOR E-FILING SAME | SENESE | 0.10 | $22.50 |
| Jul 23 08 | FINALIZE, FORMAT AND E-FILE BLANK ROME'S TENTH MONTHLY FEE APPLICATION; SERVICE OF THE APPLICATION PACKAGE UPON THE REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Jul 23 08 | REVIEW REVISED EXHIBIT SHEETS; REFORMAT EXHIBITS FOR E-FILING PURPOSE; REVISE BLANK ROME'S TENTH MONTHLY APPLICATION | SENESE | 0.30 | $67.50 |
| Jul 23 08 | FINALIZE BLANK ROME'S MAY FEE APPLICATION | CARICKHOFF | 0.70 | $301.00 |
| Jul 28 08 | DRAFT BLANK ROME'S JUNE 2008 MONTHLY FEE APPLICATION | SENESE | 0.30 | $67.50 |
| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $1,751.50 | 6.60 | |

**Project Code 2**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  02 | | | | |
| Jul 01 08 | REVIEW AND DISTRIBUTE MONTHLY FEE APPLICATIONS FILED ON BEHALF OF CERTAIN OF DEBTORS' PROFESSIONALS | SENESE | 0.10 | $22.50 |
| Jul 01 08 | REVIEW FEE APPLICATIONS BY ORDINARY COURSE PROFESSIONALS | STEWART | 1.00 | $290.00 |
| Jul 03 08 | REVIEW DEBTORS' LIMITED OBJECTION TO NORTHWEST TRUSTEE'S QUARTERLY FEE APPLICATION COVERING FEBRUARY 1 TO APRIL 30, 2008 | CARICKHOFF | 0.20 | $86.00 |
| Jul 06 08 | REVIEW AND DISTRIBUTE MONTHLY FEE APPLICATIONS FILED ON BEHALF OF CERTAIN OF DEBTORS' PROFESSIONALS | SENESE | 0.10 | $22.50 |
| Jul 07 08 | E-MAIL REGARDING FEE APPLICATIONS | FATELL | 0.10 | $65.00 |
| Jul 07 08 | REVIEW FEE APPLICATIONS FOR ORDINARY COURSE PROFESSIONALS | STEWART | 0.50 | $145.00 |
| Jul 09 08 | REVIEW BDO'S PREVIOUSLY FILED FEE APPLICATIONS; PREPARE BDO'S 8TH MONTHLY FEE APPLICATION PAPERS; REVISE SAME | MOODY | 0.70 | $140.00 |
| Jul 09 08 | REVISE, SCAN, E-FILE, COORDINATE AND FINALIZE SERVICE OF BDO'S 8TH MONTHLY FEE APPLICATION | MOODY | 0.80 | $160.00 |
| Jul 09 08 | REVIEW BDO MAY FEE APPLICATION | CARICKHOFF | 0.30 | $129.00 |
| Jul 09 08 | REVIEW FEE APPLICATIONS FOR ORDINARY COURSE PROFESSIONALS | STEWART | 0.70 | $203.00 |
| Jul 11 08 | E-MAIL EXCHANGES WITH J. SMITH (HAHN); REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO HAHN & HESSEN'S SEVENTH, EIGHTH AND NINTH MONTHLY FEE APPLICATIONS; DRAFT THE RESPECTIVE CERTIFICATES OF NO OBJECTION; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL; E-FILE | SENESE | 0.70 | $157.50 |
| Jul 11 08 | REVIEW AND REVISE CNOS FOR HAHN & HESSEN'S FEBRUARY, MARCH & APRIL FEE APPLICATIONS | CARICKHOFF | 0.30 | $129.00 |
| Jul 23 08 | REVIEW BDO'S NINTH MONTHLY FEE APPLICATION; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.30 | $67.50 |
| Jul 23 08 | FINALIZE, FORMAT AND E-FILE BDO'S NINTH MONTHLY FEE APPLICATION; SERVICE OF THE APPLICATION PACKAGE UPON THE REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 | SENESE | 0.80 | $180.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | SERVICE LIST VIA FIRST CLASS MAIL | | | |
| Jul 23 08 | REVIEW BDO'S 9TH MONTHLY FEE APPLICATION AND EXECUTE NOTICE REGARDING SAME | CARICKHOFF | 0.30 | $129.00 |
| Jul 29 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX (FEE APPLICATIONS OF BDO AND CERTAIN OF DEBTORS' PROFESSIONALS) | SENESE | 0.20 | $45.00 |
| Jul 29 08 | REVIEW FEE APPLICATIONS BY ORDINARY COURSE PROFESSIONALS | STEWART | 0.20 | $58.00 |

PROJECT CODE TOTALS   02                        TOTAL VALUE:    $2,029.00      7.30

# Project Code 3

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 03 | | | | |
| Jul 29 08 | REVIEW AND EXECUTE STIPULATION REGARDING STRAUSS TERMINATION | FATELL | 0.20 | $130.00 |
| Jul 29 08 | REVIEW MOTION TO APPROVE SETTLEMENT INVOLVING REJECTION OF STRAUSS EMPLOYMENT AGREEMENT | CARICKHOFF | 0.40 | $172.00 |
| PROJECT CODE TOTALS 03 | TOTAL VALUE: | $302.00 | 0.60 | |

# Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  04 | | | | |
| Jul 02 08 | SCAN RESPONSES TO CLAIM OBJECTIONS | CARICKHOFF | 0.40 | $172.00 |
| Jul 06 08 | REVIEW AND DISTRIBUTE NUMEROUS OBJECTIONS/RESPONSES TO DEBTORS' OBJECTIONS TO CLAIMS | SENESE | 0.20 | $45.00 |
| Jul 09 08 | SCAN RESPONSES TO CLAIM OBJECTIONS | CARICKHOFF | 0.40 | $172.00 |
| Jul 15 08 | REVIEW AND DISTRIBUTE NUMEROUS OBJECTIONS, RESPONSES TO DEBTORS' OBJECTION TO CLAIMS | SENESE | 0.30 | $67.50 |
| Jul 18 08 | REVIEW AND DISTRIBUTE ORDER APPROVING DEBTORS' TENTH AND ELEVENTH OMNIBUS OBJECTION TO CLAIMS, TOGETHER WITH EXTENSIVE EXHIBIT DOCUMENTATION FOR EACH | SENESE | 0.20 | $45.00 |
| Jul 22 08 | REVIEW AND DISTRIBUTE DEBTORS' TWELFTH AND THIRTEENTH OMNIBUS OBJECTIONS TO CLAIMS; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATE/TIME | SENESE | 0.20 | $45.00 |
| Jul 22 08 | REVIEW 12TH AND 13TH OMNIBUS OBJECTIONS TO CLAIMS | CARICKHOFF | 0.80 | $344.00 |
| Jul 30 08 | SCAN RESPONSES TO OMNIBUS CLAIM OBJECTIONS | CARICKHOFF | 0.20 | $86.00 |
| Jul 31 08 | REVIEW AND DISTRIBUTE SEVERAL OBJECTIONS/RESPONSES TO CERTAIN OF DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS | SENESE | 0.10 | $22.50 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  04 | | TOTAL VALUE: | $999.00 | 2.80 |

# Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 05 | | | | |
| Jul 02 08 | WEEKLY COMMITTEE MEETING | CARICKHOFF | 1.10 | $473.00 |
| Jul 22 08 | REVIEW BDO'S JULY 17, 2008 REPORT TO COMMITTEE | CARICKHOFF | 0.50 | $215.00 |
| Jul 31 08 | REVIEW BDO REPORT TO COMMITTEE | FATELL | 0.30 | $195.00 |
| Jul 31 08 | REVIEW BDO MEMO TO COMMITTEE (.4); TELECONFERENCE WITH COMMITTEE REGARDING PLAN AND SALE OF THRIFT AND UNENCUMBERED LOANS (0.9) | CARICKHOFF | 1.30 | $559.00 |

PROJECT CODE TOTALS  05                    TOTAL VALUE:    $1,442.00        3.20

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| Jul 01 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Jul 01 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Jul 03 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.60 | $135.00 |
| Jul 03 08 | REVIEW CO-COUNSEL SUMMARY OF VARIOUS MOTIONS | CARICKHOFF | 0.40 | $172.00 |
| Jul 06 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.10 | $22.50 |
| Jul 10 08 | REVIEW AND DISTRIBUTE THE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Jul 15 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.10 | $22.50 |
| Jul 16 08 | E-MAILS TO AND FROM B. FATELL REGARDING OMNIBUS HEARING | STAIB | 0.10 | $45.50 |
| Jul 18 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Jul 18 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF RECENTLY FILED REQUESTS FOR SERVICE OF PAPERS | SENESE | 0.20 | $45.00 |
| Jul 18 08 | REVIEW AND DISTRIBUTE TRANSCRIPT FOR JUNE 25, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Jul 22 08 | UPDATE AND DISTRIBUTE CALENDAR OF CRITICAL DATES AND EVENTS | SENESE | 0.20 | $45.00 |
| Jul 22 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |
| Jul 28 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Jul 31 08 | RETRIEVE AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Jul 31 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Jul 31 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.20 | $45.00 |
| PROJECT CODE TOTALS  06 | TOTAL VALUE: | $982.50 | 3.90 | |

# Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:   07 | | | | |
| Jul 10 08 | REVIEW AND DISTRIBUTE EACH OF THE DEBTOR'S MAY 2008 MONTHLY OPERATING REPORT | SENESE | 0.20 | $45.00 |

| PROJECT CODE TOTALS   07 | TOTAL VALUE: | $45.00 | 0.20 |
|---|---|---|---|

# Project Code 8

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|

PROJECT CODE: 08
| Jul 18 08 | REVIEW AND DISTRIBUTE DEBTORS' MOTION FOR AUTHORITY TO USE CERTAIN ESTATE FUNDS; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |

| PROJECT CODE TOTALS  08 | | TOTAL VALUE: | $22.50 | 0.10 |

# Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 09 | | | | |
| Jul 21 08 | REVIEW MOTION TO ALLOW USE OF CERTAIN ESTATE FUNDS SET ASIDE FOR CREDITORS AS A RESULT OF THE COMMITTEE AND BANK OF AMERICA SETTLEMENT | CARICKHOFF | 0.40 | $172.00 |
| PROJECT CODE TOTALS 09 | TOTAL VALUE: | $172.00 | 0.40 | |

# Project Code 10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  10 | | | | |
| Jul 15 08 | REVIEW AGREEMENT | STORERO | 0.60 | $366.00 |
| Jul 16 08 | REVIEW AGREEMENT REGARDING SALE OF THRIFT; E-MAIL D. GRUBMAN | STORERO | 0.80 | $488.00 |
| Jul 21 08 | REVIEW MOTION TO APPROVE SETTLEMENT WITH BANK OF AMERICA, DEBTORS AND COMMITTEE | CARICKHOFF | 0.50 | $215.00 |
| Jul 22 08 | REVIEW AND DISTRIBUTE (I) MOTION TO APPROVE SETTLEMENT BETWEEN DEBTOR, COMMITTEE AND BANK OF AMERICA, TOGETHER WITH A MOTION TO SHORTEN REGARDING SAME, AND (II) JOINT MOTION TO FILE PORTIONS OF THE STIPULATION/SETTLEMENT UNDER SEAL; UPDATE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATE/TIME | SENESE | 0.20 | $45.00 |

| PROJECT CODE TOTALS   10 | | TOTAL VALUE: | $1,114.00 | 2.10 |
|------|--|--|--|--|

# Project Code 12

.

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  12 | | | | |
| Jul 02 08 | TELECONFERENCE WITH S. KUHN REGARDING INTEREST ON FL PROPERTY SUBJECT TO FORECLOSURE; E-MAIL R. BARTLEY REGARDING SAME | CARICKHOFF | 0.20 | $86.00 |
| Jul 06 08 | REVIEW AND DISTRIBUTE MOTION FOR PRIVATE SALE OF CERTAIN UNENCUMBERED NON-PERFORMING LOANS; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS | SENESE | 0.10 | $22.50 |
| Jul 10 08 | REVIEW REPORT TO COMMITTEE AND E-MAIL D. CARICKHOFF REGARDING SALE OF THRIFT | FATELL | 0.20 | $130.00 |
| Jul 18 08 | REVIEW AND DISTRIBUTE DEBTORS' MOTION FOR SALE OF CERTAIN MORTGAGE LOANS (DKT. 5095); UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT OBJECTION DEADLINE AND HEADING DATE/TIME | SENESE | 0.10 | $22.50 |
| Jul 21 08 | REVIEW DEBTORS' MOTION TO APPROVE SALE PROCEDURES AND RELATED RELIEF IN CONNECTION WITH THE SALE OF THEIR REMAINING PERFORMING MORTGAGE LOANS | CARICKHOFF | 0.60 | $258.00 |
| Jul 28 08 | TELECONFERENCE WITH D. WITHEROWE REGARDING INTEREST IN REO PROPERTIES IN CA | CARICKHOFF | 0.20 | $86.00 |
| PROJECT CODE TOTALS  12 | TOTAL VALUE: | $605.00 | 1.40 | |

# Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 13 | | | | |
| Jul 02 08 | REVIEW RUSSMANN MOTION FOR STAY RELIEF TO PROCEED WITH PREDATORY LENDING ACTION IN ED VA | CARICKHOFF | 0.40 | $172.00 |
| Jul 06 08 | REVIEW AND DISTRIBUTE MOTION FOR RELIEF FILED ON BEHALF OF BUD RUSSMAN; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE / TIME | SENESE | 0.10 | $22.50 |
| Jul 31 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF; UPDATE CALENDAR TO REFLECT OBJECTION DEADLINE(S) AND HEARING DATES/TIME | SENESE | 0.10 | $22.50 |

| PROJECT CODE TOTALS  13 | TOTAL VALUE: | $217.00 | 0.60 |
|---|---|---|---|

# Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 17 | | | | |
| Jul 15 08 | REVIEW HEARING AGENDA AND E-MAIL HAHN AND HESSEN REGARDING SAME | FATELL | 0.20 | $130.00 |
| Jul 15 08 | REVIEW AND DISTRIBUTE AGENDA FOR JULY 17, 2008 HEARING, TOGETHER WITH EXHIBITS AND RELIEF STAY CHART; INITIAL PREPARATION FOR SAME | SENESE | 0.20 | $45.00 |
| Jul 15 08 | E-MAIL EXCHANGE WITH E. SCHNITZER IN PREPARATION FOR JULY 17, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Jul 16 08 | PREPARATION FOR JULY 17, 2008 HEARING; REVIEW AND DISTRIBUTE AMENDED AGENDA | SENESE | 0.20 | $45.00 |
| Jul 17 08 | ATTEND OMNIBUS HEARING | STAIB | 1.30 | $591.50 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $834.00 | 2.00 | |

# Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|

PROJECT CODE:  21

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Jul 02 08 | REVIEW OPINION IN BROADHOLLOW LITIGATION DISMISSING CERTAIN CLAIMS FOR LACK OF STANDING AND DENYING REQUEST FOR ABSTENTION | CARICKHOFF | 0.80 | $344.00 |
| Jul 02 08 | REVIEW ORDER GRANTING MOTION TO AMEND ORDER ON MOTION TO DISMISS CLAIMS IN LEHMAN BROS. LITIGATION; UPDATE LITIGATION SUMMARY | CARICKHOFF | 0.30 | $129.00 |
| Jul 10 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING, TOGETHER WITH A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.80 | $180.00 |
| Jul 21 08 | REVIEW MOTION TO APPROVE DEBTORS' SETTLEMENT REGARDING PHASE II OF TRIAL WITH CALYON | CARICKHOFF | 0.50 | $215.00 |
| Jul 22 08 | REVIEW AND DISTRIBUTE MOTION TO APPROVE STIPULATION WITH CALYON NEW YORK BRANCH, TOGETHER WITH A COPY OF THE FULLY EXECUTED STIPULATION AND MOTION TO SHORTEN SAME; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Jul 22 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING, TOGETHER WITH A COPY OF CERTAIN IMAGES LISTED THEREON | SENESE | 0.80 | $180.00 |
| Jul 22 08 | REVIEW DEBTORS' NOTICE OF APPEAL TO 3D CIRCUIT IN LEHMAN ACTION AND REQUEST FOR CERTIFICATION OF DIRECT APPEAL TO 3D CIRCUIT | CARICKHOFF | 0.70 | $301.00 |

| | | | | |
|------|-----------|------------|-------|----------------|
| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $1,371.50 | 4.00 | |