AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
JULY 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Reproduction of Documents | In-House @ $.10/copy | $172.80 |
|  | Contracted Photocopying - Parcels | $500.43 |
| Courier and Express Services | Federal Express | $103.69 |
| Record/Docket Searches |  | $251.92 |
| **TOTAL** |  | **$1,028.84** |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781506 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781507 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781508 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781509 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781510 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781511 |
| PACERPG | 19 | 0.08 | $1.52 | DOCKET SEARCHES | 5781512 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781513 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781514 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781515 |
| PACERPG | 15 | 0.08 | $1.20 | DOCKET SEARCHES | 5781516 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781504 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781505 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781458 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781459 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781460 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781461 |
| PACERPG | 19 | 0.08 | $1.52 | DOCKET SEARCHES | 5781462 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781463 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781464 |
| PACERPG | 8 | 0.08 | $0.64 | DOCKET SEARCHES | 5781465 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781466 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781467 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781468 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781469 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781470 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781471 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781472 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781473 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781474 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781475 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781476 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781477 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781478 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781479 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781480 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781481 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781482 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781483 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781484 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781485 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781486 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781487 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781488 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781489 |
| PACERPG | 21 | 0.08 | $1.68 | DOCKET SEARCHES | 5781490 |
| PACERPG | 20 | 0.08 | $1.60 | DOCKET SEARCHES | 5781491 |
| PACERPG | 15 | 0.08 | $1.20 | DOCKET SEARCHES | 5781492 |
| PACERPG | 18 | 0.08 | $1.44 | DOCKET SEARCHES | 5781493 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781494 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781495 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781496 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781497 |
| PACERPG | 9 | 0.08 | $0.72 | DOCKET SEARCHES | 5781498 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 19 | 0.08 | $1.52 | DOCKET SEARCHES | 5781499 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781500 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781501 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781502 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781503 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781340 |
| 25 | 1 | 8.12 | $8.12 | FEDERAL EXPRESS<br>Invoice:   280964807<br>Tracking: 957906673991<br>Name:     MARGOT SCHONHOLTZ<br>Company:  KAYE SCHOLER LLP<br>Address1: 425 PARK AVENUE<br>City,St,Z: NEW YORK CITY, NY  10022<br>Reference: BLANK REF# 128189-01600 | 5742223 |
| 25 | 1 | 8.12 | $8.12 | FEDERAL EXPRESS<br>Invoice:   280964807<br>Tracking: 957906674005<br>Name:     ALAN HORN<br>Company:  AMERICAN HOME MORTGAGE HOLDING<br>Address1: 538 BROADHOLLOW ROAD<br>City,St,Z: MELVILLE, NY  11747<br>Reference: BLANK REF# 128189-01600 | 5742224 |
| 25 | 1 | 8.12 | $8.12 | FEDERAL EXPRESS<br>Invoice:   280964807<br>Tracking: 957906674016<br>Name:     JEFFERY LEVINE<br>Company:  MILESTONE ADVISORS, LLC<br>Address1: 1775 EYE  STREET, NW<br>City,St,Z: WASHINGTON, DC  20006<br>Reference: BLANK REF# 128189-01600 | 5742225 |
| 25 | 1 | 8.12 | $8.12 | FEDERAL EXPRESS<br>Invoice:   280964807<br>Tracking: 957906674027<br>Name:     CORRINE BALL<br>Company:  JONES DAY<br>Address1: 222 EAST 41 ST STREET<br>City,St,Z: NEW YORK CITY, NY  10017<br>Reference: BLANK REF# 128189-01600 | 5742226 |
| 33 | 1 | 106.67 | $106.67 | CONTRACTED PHOTOCOPYING Tammy Moody1 doc service via first class mail & FEDEX... #5023 create FEDEX labels using clients account112378 | 5751033 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| 33 | 1 | 393.76 | $393.76 | CONTRACTED PHOTOCOPYING Tammy Moody1 doc service via first class mail #5023112377 | 5751034 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781341 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781342 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781343 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781344 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781345 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781346 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781347 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781348 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781349 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781350 |
| PACERPG | 27 | 0.08 | $2.16 | DOCKET SEARCHES | 5781351 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781352 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781353 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781354 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781355 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781356 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781357 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781358 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781359 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781360 |
| PACERPG | 8 | 0.08 | $0.64 | DOCKET SEARCHES | 5781361 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781362 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781363 |
| PACERPG | 10 | 0.08 | $0.80 | DOCKET SEARCHES | 5781364 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781365 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781366 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781367 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781368 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781369 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781370 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781371 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781372 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781373 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781381 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781382 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781383 |
| PACERPG | 10 | 0.08 | $0.80 | DOCKET SEARCHES | 5781384 |
| PACERPG | 9 | 0.08 | $0.72 | DOCKET SEARCHES | 5781385 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781386 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781387 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781388 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781389 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781390 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781391 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781392 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781393 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781394 |
| PACERPG | 10 | 0.08 | $0.80 | DOCKET SEARCHES | 5781395 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781396 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781397 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781398 |
| PACERPG | 11 | 0.08 | $0.88 | DOCKET SEARCHES | 5781399 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781400 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781401 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781402 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781403 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781404 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781405 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781406 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781407 |
| PACERPG | 21 | 0.08 | $1.68 | DOCKET SEARCHES | 5781408 |
| PACERPG | 24 | 0.08 | $1.92 | DOCKET SEARCHES | 5781409 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781410 |
| PACERPG | 24 | 0.08 | $1.92 | DOCKET SEARCHES | 5781411 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781412 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781413 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781414 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781415 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781416 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781417 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781418 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781419 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781420 |
| PACERPG | 20 | 0.08 | $1.60 | DOCKET SEARCHES | 5781421 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781422 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781423 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781424 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781425 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781426 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781427 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781428 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781429 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781430 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781431 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781432 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781433 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781434 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781435 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781436 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781437 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781438 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781439 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781440 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781441 |
| PACERPG | 15 | 0.08 | $1.20 | DOCKET SEARCHES | 5781442 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781443 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781444 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781445 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781446 |
| PACERPG | 12 | 0.08 | $0.96 | DOCKET SEARCHES | 5781447 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781448 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781449 |
| PACERPG | 9 | 0.08 | $0.72 | DOCKET SEARCHES | 5781450 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781451 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781452 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781453 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781454 |
| PACERPG | 16 | 0.08 | $1.28 | DOCKET SEARCHES | 5781455 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781456 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781457 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781374 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781375 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781376 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781377 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781378 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781379 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781380 |
| 30 | 8 | 0.1 | $0.80 | REPRODUCTION OF DOCUMENTS | 5742752 |
| 30 | 3 | 0.1 | $0.30 | REPRODUCTION OF DOCUMENTS | 5742753 |
| 25 | 1 | 8.12 | $8.12 | FEDERAL EXPRESS<br>Invoice:  282199606<br>Tracking:  790051676801<br>Name:    Edward Schnitzer<br>Company:  Hahn & Hessen LLP<br>Address1:  488 Madison Ave<br>City,St,Z: NEW YORK CITY, NY  10022<br>Reference: 128189.01600 | 5752617 |
| 30 | 36 | 0.1 | $3.60 | REPRODUCTION OF DOCUMENTS | 5735592 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781656 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781657 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781658 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781659 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781660 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781661 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781662 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781663 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781664 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781665 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781666 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781667 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781668 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781669 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781670 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781671 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781672 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781673 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781674 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781675 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781676 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781677 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781678 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781679 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781680 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781681 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781682 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781683 |
| PACERPG | 17 | 0.08 | $1.36 | DOCKET SEARCHES | 5781684 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781685 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781686 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781687 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781688 |
| PACERPG | 12 | 0.08 | $0.96 | DOCKET SEARCHES | 5781689 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781690 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781691 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781692 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781693 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781694 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781695 |
| PACERPG | 17 | 0.08 | $1.36 | DOCKET SEARCHES | 5781696 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781697 |
| PACERPG | 17 | 0.08 | $1.36 | DOCKET SEARCHES | 5781698 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781699 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781700 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781701 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781702 |
| PACERPG | 11 | 0.08 | $0.88 | DOCKET SEARCHES | 5781703 |
| PACERPG | 17 | 0.08 | $1.36 | DOCKET SEARCHES | 5781704 |
| PACERPG | 22 | 0.08 | $1.76 | DOCKET SEARCHES | 5781705 |
| PACERPG | 14 | 0.08 | $1.12 | DOCKET SEARCHES | 5781706 |
| PACERPG | 18 | 0.08 | $1.44 | DOCKET SEARCHES | 5781707 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781708 |
| PACERPG | 12 | 0.08 | $0.96 | DOCKET SEARCHES | 5781709 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781710 |
| PACERPG | 23 | 0.08 | $1.84 | DOCKET SEARCHES | 5781561 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781611 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781612 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781613 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781614 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781615 |
| PACERPG | 18 | 0.08 | $1.44 | DOCKET SEARCHES | 5781616 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781617 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 28 | 0.08 | $2.24 | DOCKET SEARCHES | 5781618 |
| PACERPG | 10 | 0.08 | $0.80 | DOCKET SEARCHES | 5781619 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781620 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781621 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781622 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781623 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781624 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781625 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781626 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781627 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781628 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781629 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781630 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781631 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781632 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781633 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781634 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781635 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781636 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781637 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781638 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781639 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781640 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781641 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781642 |
| PACERPG | 19 | 0.08 | $1.52 | DOCKET SEARCHES | 5781643 |
| PACERPG | 20 | 0.08 | $1.60 | DOCKET SEARCHES | 5781644 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 20 | 0.08 | $1.60 | DOCKET SEARCHES | 5781645 |
| PACERPG | 10 | 0.08 | $0.80 | DOCKET SEARCHES | 5781646 |
| PACERPG | 13 | 0.08 | $1.04 | DOCKET SEARCHES | 5781647 |
| PACERPG | 12 | 0.08 | $0.96 | DOCKET SEARCHES | 5781648 |
| PACERPG | 11 | 0.08 | $0.88 | DOCKET SEARCHES | 5781649 |
| PACERPG | 13 | 0.08 | $1.04 | DOCKET SEARCHES | 5781650 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781651 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781652 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781653 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781654 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781655 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781562 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781563 |
| PACERPG | 24 | 0.08 | $1.92 | DOCKET SEARCHES | 5781564 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781565 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781566 |
| PACERPG | 8 | 0.08 | $0.64 | DOCKET SEARCHES | 5781567 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781568 |
| PACERPG | 22 | 0.08 | $1.76 | DOCKET SEARCHES | 5781569 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781570 |
| PACERPG | 10 | 0.08 | $0.80 | DOCKET SEARCHES | 5781571 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781572 |
| PACERPG | 29 | 0.08 | $2.32 | DOCKET SEARCHES | 5781573 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781574 |
| PACERPG | 15 | 0.08 | $1.20 | DOCKET SEARCHES | 5781575 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781576 |
| PACERPG | 13 | 0.08 | $1.04 | DOCKET SEARCHES | 5781577 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781578 |
| PACERPG | 22 | 0.08 | $1.76 | DOCKET SEARCHES | 5781579 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781580 |
| PACERPG | 24 | 0.08 | $1.92 | DOCKET SEARCHES | 5781581 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781582 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781583 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781584 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781585 |
| PACERPG | 11 | 0.08 | $0.88 | DOCKET SEARCHES | 5781586 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781587 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781588 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781589 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781590 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781591 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781592 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781593 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781594 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781595 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781596 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781597 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781598 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781599 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781600 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781601 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781602 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781603 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781604 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781605 |
| PACERPG | 8 | 0.08 | $0.64 | DOCKET SEARCHES | 5781606 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781607 |
| PACERPG | 27 | 0.08 | $2.16 | DOCKET SEARCHES | 5781608 |
| PACERPG | 17 | 0.08 | $1.36 | DOCKET SEARCHES | 5781609 |
| PACERPG | 12 | 0.08 | $0.96 | DOCKET SEARCHES | 5781610 |
| 30 | 837 | 0.1 | $83.70 | REPRODUCTION OF DOCUMENTS | 5753607 |
| 30 | 844 | 0.1 | $84.40 | REPRODUCTION OF DOCUMENTS | 5753608 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking:  790057751198<br>Name:     Joseph McMahon<br>Company:  United States Trustee Program<br>Address1: 844 King St<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5757429 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking:  790057751382<br>Name:     Mark Indelicato<br>Company:  Hahn & Hessen LLP<br>Address1: 488 Madison Ave<br>City,St,Z: NEW YORK CITY, NY  10022<br>Reference: 128189.01600 | 5757430 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking:  790549881328<br>Name:     James Patton<br>Company:  Young Conaway Stargatt & Taylo<br>Address1: 1000 N West St<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5757431 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking:  790549881957<br>Name:     Margot Schonholtz<br>Company:  Kaye Scholer LLP<br>Address1: 425 Park Ave | 5757432 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking: 791110128253<br>Name:   Alan Horn, Esq<br>Company:   American Home Mortgage<br>Address1: 538 Broadhollow Rd<br>City,St,Z: MELVILLE, NY  11747<br>Reference: 128189.01600 | 5757433 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking: 791110128996<br>Name:   Jeffrey Levine<br>Company:   Milestone Advisors, LLC<br>Address1: 1775 Eye St NW<br>City,St,Z: WASHINGTON, DC  20006<br>Reference: 128189.01600 | 5757434 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking: 798484840751<br>Name:   Corinne  Ball<br>Company:   Jones Day<br>Address1: 222 E 41st St<br>City,St,Z: NEW YORK CITY, NY  10017<br>Reference: 128189.01600 | 5757435 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking: 798984804746<br>Name:   Laurie Silverstein<br>Company:   Potter Anderson & Corroon LLP<br>Address1: Hercules Plz<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5757436 |
| 25 | 1 | 7.01 | $7.01 | FEDERAL EXPRESS<br>Invoice:  283427605<br>Tracking: 798984805525<br>Name:   Victoria Counihan<br>Company:   Greenberg Traurig LLP<br>Address1: 1007 N Orange St<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5757437 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781545 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781546 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781547 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781548 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781549 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781550 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781551 |
| PACERPG | 15 | 0.08 | $1.20 | DOCKET SEARCHES | 5781552 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781553 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781554 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781555 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781556 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781557 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781558 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781559 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781560 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781544 |
| PACERPG | 30 | 0.08 | $2.40 | DOCKET SEARCHES | 5781517 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781518 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781519 |
| PACERPG | 11 | 0.08 | $0.88 | DOCKET SEARCHES | 5781520 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781521 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781522 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781523 |
| PACERPG | 15 | 0.08 | $1.20 | DOCKET SEARCHES | 5781524 |
| PACERPG | 23 | 0.08 | $1.84 | DOCKET SEARCHES | 5781525 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781526 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781527 |

| Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781528 |
| PACERPG | 5 | 0.08 | $0.40 | DOCKET SEARCHES | 5781529 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781530 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781531 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781532 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781533 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781534 |
| PACERPG | 1 | 0.08 | $0.08 | DOCKET SEARCHES | 5781535 |
| PACERPG | 4 | 0.08 | $0.32 | DOCKET SEARCHES | 5781536 |
| PACERPG | 9 | 0.08 | $0.72 | DOCKET SEARCHES | 5781537 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781538 |
| PACERPG | 2 | 0.08 | $0.16 | DOCKET SEARCHES | 5781539 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781540 |
| PACERPG | 7 | 0.08 | $0.56 | DOCKET SEARCHES | 5781541 |
| PACERPG | 12 | 0.08 | $0.96 | DOCKET SEARCHES | 5781542 |
| PACERPG | 6 | 0.08 | $0.48 | DOCKET SEARCHES | 5781543 |
| PACERPG | 3 | 0.08 | $0.24 | DOCKET SEARCHES | 5781711 |
| | | | **$1,028.84** | 393 records | |
| | | | **$1,028.84** | | |