AMERICAN HOME MORTGAGE COMPANY
May 1, 2008 through May 31, 2008

Attachment B

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 0.30 | $184.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 $650.00 | 1.80 1.50 | $1,080.00 $975.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $580.00 | 0.80 | $464.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 $610.00 | 4.20 3.80 | $2,436.00 $2,318.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $455.00 | 1.40 | $637.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 $430.00 | 38.10 43.23 | $16,002.00 $18,576.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $275.00 $290.00 | 6.70 5.70 | $1,842.50 $1,653.00 |
| Senese, K. | Paralegal | $225.00 | 68.10 | $15,322.50 |
| Kowalczyk, M. | Paralegal | $220.00 | 0.30 | $66.00 |
| Moody, T. | Paralegal | $200.00 | 1.50 | $300.00 |
| Grand Total: | | | **178.23** | **$61,856.50** |
| Blended Rate: | | | | $347.06 |

# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### MAY 1 - JULY 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 27.90 | $6,743.50 |
| 2 | Other Professionals' Fee/Employment Issues | 30.43 | $9,108.50 |
| 3 | Executory Contracts and Unexpired Leases | 1.00 | $450.50 |
| 4 | Claims Analysis and Objections | 17.80 | $6,895.00 |
| 5 | Committee Business and Meetings | 15.40 | $6,877.50 |
| 6 | Case Administration | 19.10 | $4,982.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.50 | $517.00 |
| 8 | Employee Benefits/General Labor | 0.50 | $194.50 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 7.70 | $3,227.50 |
| 10 | Financing Issues | 2.10 | $1,114.00 |
| 11 | Regulatory Matters | 0.40 | $172.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 6.50 | $3,404.50 |
| 13 | Stay Relief Issues | 4.10 | $1,386.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.20 | $84.00 |
| 17 | Hearings - Attendance/Preparation | 18.30 | $7,645.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | 2.20 | $924.00 |
| 21 | Adversary Litigation | 23.10 | $8,130.50 |
| | **TOTALS** | **178.23** | **$61,856.50** |

## AMERICAN HOME MORTGAGE COMPANY
### EXPENSE SUMMARY
### MAY 1 - JULY 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Facsimile | In-House @ $.35/page | $48.00 |
| Long Distance Telephone | In-House @ $.24/minute | $5.07 |
| Reproduction of Documents | In-House @ $.10/copy | $1,013.00 |
| | Contracted Photocopying - Parcels | $500.43 |
| Record/Docket Searches | | $1,181.68 |
| Westlaw | | $37.92 |
| Courier and Express Services | Federal Express | $425.55 |
| Hand Delivery | Parcels | $15.00 |
| Travel Expense | D. Carickhoff | $312.00 |
| **TOTAL** | | **$3,538.65** |