AMERICAN HOME MORTGAGE COMPANY
May 1, 2008 through July 31, 2008

Exhibit A

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 0.30 | $184.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00<br>$650.00 | 1.80<br>1.50 | $1,080.00<br>$975.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $580.00 | 0.80 | $464.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00<br>$610.00 | 4.20<br>3.80 | $2,436.00<br>$2,318.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $455.00 | 1.40 | $637.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00<br>$430.00 | 38.10<br>43.23 | $16,002.00<br>$18,576.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $275.00<br>$290.00 | 6.70<br>5.70 | $1,842.50<br>$1,653.00 |
| Senese, K. | Paralegal | $225.00 | 68.10 | $15,322.50 |
| Kowalczyk, M. | Paralegal | $220.00 | 0.30 | $66.00 |
| Moody, T. | Paralegal | $200.00 | 1.50 | $300.00 |
| Grand Total: | | | 178.23 | $61,856.50 |
| Blended Rate: | | | | $347.06 |