AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
MAY 1 - JULY 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 27.90 | $6,743.50 |
| 2 | Other Professionals' Fee/Employment Issues | 30.43 | $9,108.50 |
| 3 | Executory Contracts and Unexpired Leases | 1.00 | $450.50 |
| 4 | Claims Analysis and Objections | 17.80 | $6,895.00 |
| 5 | Committee Business and Meetings | 15.40 | $6,877.50 |
| 6 | Case Administration | 19.10 | $4,982.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.50 | $517.00 |
| 8 | Employee Benefits/General Labor | 0.50 | $194.50 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 7.70 | $3,227.50 |
| 10 | Financing Issues | 2.10 | $1,114.00 |
| 11 | Regulatory Matters | 0.40 | $172.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 6.50 | $3,404.50 |
| 13 | Stay Relief Issues | 4.10 | $1,386.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.20 | $84.00 |
| 17 | Hearings - Attendance/Preparation | 18.30 | $7,645.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | 2.20 | $924.00 |
| 21 | Adversary Litigation | 23.10 | $8,130.50 |
| | **TOTALS** | 178.23 | $61,856.50 |