AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
MAY 1 - JULY 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Facsimile | In-House @ $.35/page | $48.00 |
| Long Distance Telephone | In-House @ $.24/minute | $5.07 |
| Reproduction of Documents | In-House @ $.10/copy | $1,013.00 |
|  | Contracted Photocopying - Parcels | $500.43 |
| Record/Docket Searches |  | $1,181.68 |
| Westlaw |  | $37.92 |
| Courier and Express Services | Federal Express | $425.55 |
| Hand Delivery | Parcels | $15.00 |
| Travel Expense | D. Carickhoff | $312.00 |
| **TOTAL** |  | **$3,538.65** |