IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Re: D.I. 5675** |
| Debtors. ) | |
| _____ ) | |

## JOINDER OF PENNY D. MONTAGUE IN SUPPORT OF MOTION FOR ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

Penny D. Montague, through counsel, joins and supports the pending Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Motion")[1] and states as follows:

1. Penny D. Montague is a widow and the sole caregiver for her autistic son. Her home in Beaverton, Oregon is her family's only asset. In June of 2007, Ms. Montague consolidated her existing first and second loans into a pay option ARM from American Home Lending. She did so, she claims, at the urging of an out-of-state mortgage broker who aggressively and persistently pushed her to refinance with their company.

2. The broker allegedly induced Ms. Montague by telling her that the loan would enable her to pay off unsecured debt and make low monthly payments. She says that the broker told her it would be no problem for her to refinance into another loan in a few years. Ms. Montague also claims that the broker did not explain that the affordable minimum payment would cause the loan to negatively amortize, and that the fully-amortizing payment on the same loan would require her to pay hundreds of dollars more each month than her existing loans. She cannot afford the fully-amortizing payment.

---

[1] Undersigned counsel represents Ms. Montague solely in connection with the Motion and not with respect to her underlying claims or any other matters.

3. Ms. Montague claims that in the fifteen months that she has had the American Home loan, she has lost $8099.63 in home equity due to negative amortization. The loan carries a three-year pre-payment penalty for refinancing. The Oregon Law Center filed suit on Ms. Montague's behalf against American Home in the United States District Court for the District of Oregon in June of 2008 and only recently received notice of the pending bankruptcy. Therefore, she has not filed a proof of claim.

WHEREFORE, Penny D. Montague respectfully requests that the Court enter an order granting the Motion.

Dated: September 30, 2008

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242
    -and-
Linda A. Singer
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

- and -

GILBERT RANDOLPH LLP
Stephen A. Weisbrod
W. Hunter Winstead
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Attorneys for Penny D. Montague

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2008, a copy of the foregoing was sent in the manner indicated to:

<u>By Electronic Mail & Hand Delivery</u>

Robert S. Brady, Esquire
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801
rbrady@ycst.com
mwhiteman@ycst.com

Joseph J. McMahon, Jr, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
fatell@blankrome.com
carickhoff@blankrome.com

<u>By Electronic Mail & Facsimile</u>

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com
Fax: (212) 478-7400

_____
Thomas G. Macauley (ID No. 3411)