IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | **Re: D.I. 5675** |
| Debtors. | ) | |
| | ) | |

**JOINDER OF FLORENCE DANDRIDGE IN SUPPORT OF MOTION FOR ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE**

Florence Dandridge, through counsel, joins and supports the pending Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Motion")[1] and states as follows:

1. Florence Dandridge is a 66 year old retired woman living on a fixed income. She purchased her home in Staten Island, New York in 1996. She alleges that she received a call from a broker, who offered to refinance her mortgage to a lower interest rate. Ms. Dandridge claims that she was told the loan would be a fixed-rate mortgage. Instead, she was given a payment option ARM from American Home Mortgage.

2. Ms. Dandridge alleges that the loan disclosures made it appear that she would have monthly principal and interest payments of $837, and that the interest rate was 1.9%. In fact the 1.9% interest rate lasted for only two weeks, and the $837 monthly payment would not cover even the interest accruing on the loan. After two weeks the interest rate reset to 7.514% for one month, then to the Treasury Rate plus 2.85%. The loan also included a three-year prepayment penalty.

---

[1] Undersigned counsel represents Ms. Dandridge solely in connection with the Motion and not with respect to her underlying claims or any other matters.

3.   Ms. Dandridge says that she was never told that her loan would negatively amortize or that the monthly mortgage payments of $837 would not even cover the accruing interest.

4.   Even though Ms. Dandridge gave the broker documentation of her income, the income figures on her loan application were over twice her real income. Ms. Dandridge has never missed a payment on the loan, but cannot afford more than the minimum payment. In just two years, her mortgage principal has increased by over $20,000, from $281,250 to $301,115. She will soon hit the 110% threshold at which point the loan will recast to a fully amortizing payment. Once this occurs, she will be unable to make mortgage payments and will face foreclosure.

5.   Although she has not filed an action against American Home due to its pending bankruptcy case, Ms. Dandridge has claims against American Home Mortgage under the Truth In Lending Act for failing to disclose material terms of the mortgage; under the Real Estate Settlement Procedures Act for paying the broker a "kickback" of $6,938; and under New York's Deceptive Practices Act for charging inflated closing costs and extending a loan based on the value of Ms. Dandridge's home rather than her ability to repay it.

6.   Ms. Dandridge has not filed a proof of claim in this case.

1991349.1
1991577.1
1992227.1

WHEREFORE, Florence Dandridge respectfully requests that the Court enter an order granting the Motion.

Dated: September 30, 2008

          ZUCKERMAN SPAEDER LLP

          */s/ Thomas G. Macauley*

          Thomas G. Macauley (ID No. 3411)
          919 Market Street, Suite 990
          Wilmington, DE 19801
          Telephone: (302) 427-0400
          Facsimile: (302) 427-8242

          -and-

          Linda A. Singer
          1800 M Street, NW, Suite 1000
          Washington, DC 20036
          Telephone: (202) 778-1800
          Facsimile: (202) 822-8106

          - and -

          GILBERT RANDOLPH LLP
          Stephen A. Weisbrod
          W. Hunter Winstead
          1100 New York Avenue, NW, Suite 700
          Washington, DC 20005
          Telephone: (202) 772-1962
          Facsimile: (202) 772-3962

          Attorneys for Florence Dandridge

1991349.1
1991577.1
1991577.1
1992227.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2008, a copy of the foregoing was sent in the manner indicated to:

<u>By Electronic Mail & Hand Delivery</u>

Robert S. Brady, Esquire
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801
rbrady@ycst.com
mwhiteman@ycst.com

Joseph J. McMahon, Jr, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
fatell@blankrome.com
carickhoff@blankrome.com

<u>By Electronic Mail & Facsimile</u>

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com
Fax: (212) 478-7400

_____
Thomas G. Macauley (ID No. 3411)