# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Re: D.I. 5675** |
| Debtors. ) | |
| ) | |

## JOINDER OF GRACIE GRAVES IN SUPPORT OF MOTION FOR ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

Gracie Graves, through counsel, joins and supports the pending Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Motion")[1] and states as follows:

1.  Gracie Graves has lived in her home in Washington, DC since 1972. Now in her 70s, she lives on a modest pension and Social Security income.

2.  Mrs. Graves, and her late husband Herman, received a solicitation by mail offering to lower the monthly payments on their house. Concerned about their rising debt and ability to manage a recent adjustable rate mortgage, they called the number on the advertisement. The next day, a broker came to their home and had them fill out an application. The Graves allege that the broker told them that their new monthly payment would be $706, over $150 per month less than what they were currently paying.

3.  However, when they got their first monthly statement, the Graves learned that the full amortizing payment on the loan was $1800, roughly double their previous mortgage payment. Like many other American Home borrowers, the Graves had received a payment option ARM with a one

---

[1] Undersigned counsel represents the Graves solely in connection with the Motion and not with respect to their underlying claims or any other matters.

month 1% teaser rate and a prepayment penalty. Ms. Graves claims that she and her husband telephoned their broker but were told that the brokerage had gone out of business.

4. The broker received a yield spread premium of $10,320 for the Graves' mortgage.

5. The Graves filed a lawsuit against American Home and others alleging violations of the District of Columbia's consumer protection laws and the federal Truth in Lending Act, seeking, among other things, actual and punitive damages and rescission of the loan.

6. The Graves did not file a proof of claim in the American Home Bankruptcy.

WHEREFORE, Gracie Graves respectfully requests that the Court enter an order granting the Motion.

Dated: September 30, 2008

ZUCKERMAN SPAEDER LLP

_/s/ Thomas G. Macauley_
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242
    -and-
Linda A. Singer
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

- and -

GILBERT RANDOLPH LLP
Stephen A. Weisbrod
W. Hunter Winstead
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Attorneys for Gracie Graves

1991346.1
1992224.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2008, a copy of the foregoing was sent in the manner indicated to:

<u>By Electronic Mail & Hand Delivery</u>

Robert S. Brady, Esquire
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801
rbrady@ycst.com
mwhiteman@ycst.com

Joseph J. McMahon, Jr, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
fatell@blankrome.com
carickhoff@blankrome.com

<u>By Electronic Mail & Facsimile</u>

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com
Fax: (212) 478-7400

_____
Thomas G. Macauley (ID No. 3411)