## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | **Re: D.I. 5675** |
| Debtors. | ) | |
| | ) | |

### JOINDER OF MONA DOBBEN IN SUPPORT OF MOTION FOR ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

Mona Dobben, through counsel, joins and supports the pending Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Motion")[1] and states as follows:

1.     Mona Dobben is a 68 year old senior citizen who resides in Sun City, Arizona. In April 2007, a broker with an allegedly revoked license sold her an American Home pay option ARM mortgage loan secured by a house located in Palmdale, CA.

2.     After the interest rate on the pay option ARM jumped, American Home sought to foreclose on the Palmdale house, but allegedly without giving notice to Ms. Dobben at her residence in Sun City.

3.     Ms. Dobben believes that her Palmdale house is currently part of American Homes' REO inventory. She is proceeding *pro se* and without the assistance of counsel in seeking to lift the automatic stay to allow her to commence an action against American Home in federal court in California.

---

[1] Undersigned counsel represents Ms. Dobben solely in connection with the Motion and not with respect to her underlying claims or any other matters.

WHEREFORE, Mona Dobben respectfully requests that the Court enter an order granting the Motion.

Dated:  September 30, 2008

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 427-0400
Facsimile:  (302) 427-8242
    -and-
Linda A. Singer
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

- and -

GILBERT RANDOLPH LLP
Stephen A. Weisbrod
W. Hunter Winstead
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-1962
Facsimile:  (202) 772-3962

Attorneys for Mona Dobben

1991405.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2008, a copy of the foregoing was sent in

the manner indicated to:

By Electronic Mail & Hand Delivery

Robert S. Brady, Esquire
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801
rbrady@ycst.com
mwhiteman@ycst.com

Joseph J. McMahon, Jr, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
fatell@blankrome.com
carickhoff@blankrome.com

By Electronic Mail & Facsimile

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com
Fax:  (212) 478-7400

Thomas G. Macauley (ID No. 3411)