## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Re: D.I. 5675** |
| Debtors. ) | |
| _____) | |

### JOINDER OF JOHNNY AND LINDA CULPEPPER
### IN SUPPORT OF MOTION FOR ORDER
### APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS
### PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

Johnny and Linda Culpepper, through counsel, join and support the pending Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Motion")[1] and state as follows:

1.  Johnny and Linda Culpepper, of Chicago, allege that they fell victim to a mortgage rescue fraud. In 2006, they received $7,000 in cash from their borrower and had their mortgage and water bill paid off, for a total of approximately $54,000 for their three-story house and apartment. They also were promised, they claim, that their home would be renovated, and were told to move out while the work was done. A week after they left, their home was transferred to a straw buyer, who obtained $425,000 in mortgages from American Home Mortgage. They have lost equity of approximately $365,000.

2.  The Legal Assistance Foundation of Metropolitan Chicago, which is defending the Culpeppers in a foreclosure action against them, has asserted that the mortgage was *void ab initio* and, in the alternative, that they have an equitable mortgage, entitling them to possession of the property and a right of repurchase.

---

[1] Undersigned counsel represents the Culpeppers solely in connection with the Motion and not with respect to their underlying claims or any other matters.

1991347.1

WHEREFORE, Johnny and Linda Culpepper respectfully request that the Court enter an order granting the Motion.

Dated: September 30, 2008

        ZUCKERMAN SPAEDER LLP

        */s/ Thomas G. Macauley*
        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        Wilmington, DE 19801
        Telephone: (302) 427-0400
        Facsimile: (302) 427-8242
            -and-
        Linda A. Singer
        1800 M Street, NW, Suite 1000
        Washington, DC 20036
        Telephone: (202) 778-1800
        Facsimile: (202) 822-8106

        - and -

        GILBERT RANDOLPH LLP
        Stephen A. Weisbrod
        W. Hunter Winstead
        1100 New York Avenue, NW, Suite 700
        Washington, DC 20005
        Telephone: (202) 772-1962
        Facsimile: (202) 772-3962

        Attorneys for Johnny and Linda Culpepper

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2008, a copy of the foregoing was sent in the manner indicated to:

By Electronic Mail & Hand Delivery

Robert S. Brady, Esquire
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801
rbrady@ycst.com
mwhiteman@ycst.com

Joseph J. McMahon, Jr, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
fatell@blankrome.com
carickhoff@blankrome.com

By Electronic Mail & Facsimile

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com
Fax: (212) 478-7400

Thomas G. Macauley (ID No. 3411)