IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | **Related Docket Nos. 5554 and 5451** |
| | ) | |
| | ) | |

**RESPONSE AND RESERVATION OF RIGHTS OF BANK OF AMERICA, N.A.,
AS ADMINISTRATIVE AGENT, TO DEBTORS' MOTION FOR AN ORDER
(I) APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING
PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES
TO ACCEPT OR REJECT THE PLAN, INCLUDING (A) APPROVING
FORM AND MANNER OF SOLICITATION PROCEDURES, (B) APPROVING
THE FORM AND NOTICE OF THE CONFIRMATION HEARING,
(C) ESTABLISHING RECORD DATE AND APPROVING PROCEDURES
FOR DISTRIBUTION OF SOLICITATION PACKAGES, (D) APPROVING
FORMS OF BALLOTS, (E) ESTABLISHING DEADLINE FOR RECEIPT
OF BALLOTS, AND (F) APPROVING PROCEDURES FOR VOTE
TABULATIONS; (III) ESTABLISHING DEADLINE AND PROCEDURES
FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN,
AND (IV) GRANTING RELATED RELIEF**

Bank of America, N.A., as administrative agent (the "Administrative Agent") for itself and certain other banking and financial institutions as pre-petition secured lenders (the "Secured Parties") under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006 (the "Credit Agreement"), by its undersigned attorneys, hereby submits this response and reservation of rights (the "Response") with respect to the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A) Approving Form and Manner of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

*Solicitation Procedures, (B) Approving the Form and Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan, and (IV) Granting Related Relief* (the "Motion") [Docket No. 5554].

## BACKGROUND

1. On August 15, 2008, the Debtors filed their *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* [Docket No. 5451] (the "Disclosure Statement"). On the same date, the Debtors filed their *Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008* [Docket No. 5450] (the "Plan"). The Debtors filed the Motion on August 28, 2008.

2. On September 5, 2008, counsel for the Administrative Agent provided counsel for the Debtors with substantive written comments to both the Plan and Disclosure Statement. Thereafter, Debtors' counsel advised the Administrative Agent's counsel that some comments would be incorporated and others would require further discussion and/or analysis. Despite the passage of almost a month since those comments were provided and numerous inquiries by the Administrative Agent, the Debtors have yet to provide the Administrative Agent with a revised Disclosure Statement. The Debtors have informed the Administrative Agent that they intend to file the revised Disclosure Statement today (two days before the hearing).

## RESPONSE AND RESERVATION OF RIGHTS

3. It is impossible to foresee whether the Administrative Agent will have

2

objections to the Disclosure Statement when the Administrative Agent has yet to see a revised draft. Nevertheless, the Debtors insist that they will proceed with the Disclosure Statement hearing on October 2. As a result, the Administrative Agent is compelled to file this Response to preserve its right to raise at the hearing any objections that it may have to the Disclosure Statement. To the extent that the Administrative Agent is unable to complete its review of the forthcoming revised draft and identify its objections, if any, prior to the hearing, the Administrative Agent reserves the right to request a brief adjournment and supplement this Response if necessary.[2]

Dated: September 30, 2008
      Wilmington, Delaware

                                POTTER ANDERSON & CORROON LLP

                                By: _____
                                Laurie Selber Silverstein (DE Bar 2396)
                                Gabriel R. MacConaill (DE Bar 4734)
                                P. O. Box 951
                                1313 N. Market Street, 6th Floor
                                Wilmington, Delaware 19899
                                (302) 984-6000
                                    - and -
                                KAYE SCHOLER LLP
                                Margot B. Schonholtz
                                Ana M. Alfonso
                                Kaye Scholer LLP
                                425 Park Avenue
                                New York, NY 10022

                                *Counsel for Bank of America, N.A. as*
                                *Administrative Agent under that certain Second*
                                *Amended and Restated Credit Agreement, dated*
                                *as of August 10, 2006*

Pac#884796

---

[2] The Administrative Agent will reserve its objections to the Plan, if any, until the deadline for objections to Plan confirmation.

3