## CERTIFICATE OF SERVICE

I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 30th day of August, 2008, I caused a true and correct copy of the within **Response And Reservation Of Rights Of Bank Of America, N.A., As Administrative Agent, To Debtors' Motion For An Order (I) Approving The Disclosure Statement; (II) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject The Plan, Including (A) Approving Form And Manner Of Solicitation Procedures, (B) Approving The Form And Notice Of The Confirmation Hearing, (C) Establishing Record Date And Approving Procedures For Distribution Of Solicitation Packages, (D) Approving Forms Of Ballots, (E) Establishing Deadline For Receipt Of Ballots, And (F) Approving Procedures For Vote Tabulations; (III) Establishing Deadline And Procedures For Filing Objections To Confirmation Of The Plan, And (IV) Granting Related Relief** to be served on the following parties in the manner indicated below:

**VIA HAND DELIVERY**
James L. Patton, Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA EMAIL/AND FIRST CLASS MAIL**
Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Quinn Emanuel Urquhart Oliver
& Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

**VIA EMAIL/AND FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**VIA EMAIL/AND FIRST CLASS MAIL**
Kevin Nystrom
Kroll Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Gabriel R. MacConaill

Pac#884786