# EXHIBIT "E"

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | | ACCT NUM | | AGENT NAME | | | DIST FROM SUBJECT |
|---|---|---|---|---|---|---|---|
| MARTINEZ BAHENA | | 0012312425 | | | | | 2 Miles |

| ADDRESS | | | CITY | | STATE | ZIP |
|---|---|---|---|---|---|---|
| 1051 ROCK SPRINGS RD APT 212 | | | ESCONDIDO | | CA | 92026 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** **See Addendum**

### VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 180,000 | $ 185,000 | 90-120 Days |
| AS-REPAIRED | VALUE (90-120 DAY) $ 180,000 | RECOMMENDED LIST PRICE (90-120 DAY) $ 185,000 | TYPICAL MARKETING TIME 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

### LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ 259,900 | $ | | unk | |

LISTING COMMENTS

### SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | | SLIDE AREA? | No |
|---|---|---|---|---|---|---|
| Condo | 2-St Conv | 28 | Average | | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|---|
| MAIN 1082  UP | 6    3    2 | SQ FT    100% FINISHED | | ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | OBSERVED |
|---|---|---|---|
| 00 | 1 CAR Carport | Average | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| In-Ground | | Public | Sewer | | | |

| EXTERIOR IMPROVEMENTS | MOBILE HOME MAKE/MODEL/VIN (If Applicable) |
|---|---|
| porch | |

**EXTERIOR COMMENTS**
Subject property overall condition appears average.

**INTERIOR COMMENTS (Interior Orders)**

### COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

**EXTERIOR**

| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS: No apparent exterior repairs needed as of the inspection date.

**INTERIOR**

| CLEANING | | $ | STRUCTURE | | $ |
|---|---|---|---|---|---|
| PAINT | | $ | CARPETS/FLOORING | | $ |
| KITCHEN/APPLIANCES | | $ | BATHROOMS | | $ |
| UTILITIES | | $ | OTHER | | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $    0**

### EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

| MOLD/MILDEW | | MOLD/MILDEW COMMENTS | | | | | |
|---|---|---|---|---|---|---|---|

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | Yes | Yes |
| ENGINEER | STRUCTURAL | ROOF |
| Yes | Yes | Yes |
| OTHER | | |
| All inspections would be typically recommended. | | |

### ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 3,035 | unkn | unkn |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| 200 | 50 |

**HOA INFO (If applicable)**

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 200 | monthly | | Common area |

| CONTACT | | PHONE |
|---|---|---|
| P & K Condo | | 760-746-9127 |

ADDRESS

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| ELIZABETH HIRST | (760)877-0513 | 5/20/2008 |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)

Subject property neighborhood located within close proximity to major public services such as employment, schools, shopping, and access to the freeway system.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | No | WHY? | | |
|---|---|---|---|---|
| FINANCING REQUIRED TO SELL SUBJECT | Yes | | SPECIAL FINANCING PROGRAMS AVAILABLE Conventional | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | | FHA/VA Yes | CONV Yes | |

## MARKET CONDITIONS AND COMPETING LISTINGS
(These listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: Declining | IS THERE A SEASONAL MARKET? No | EXPLAIN | |
|---|---|---|---|
| | PRESENT NUMBER OF MARKET AREA LISTINGS 11 | PRICE RANGE FROM $ 80,000 | TO $ |
| | PRESENT NUMBER OF COMPARABLE LISTINGS 5 | PRICE RANGE FROM $ 99,000 | TO $ 139,753 |

| AVG MKT TIME UNSOLD LISTINGS 124 / AVG MKT TIME SOLD LISTINGS 75 | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) Seller to pay buyer's closing cost. |
|---|---|
| IS THERE NEW HOME CONSTRUCTION? No | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS |

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1051 ROCK SPRINGS RD UNIT 136 | 0.05 | $ 119,000 | 69 | UP MAIN 928 BSMT GLA 928 | TOT RMS 5 BDRMS 2 BATHS 2 | Average | 28 | 00 |

Comp 1 equal subject for bath count, age, carport parking, community pool. Inferior for bedroom count, GLA.

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1051 ROCK SPRINGS RD UNIT 215 | 0.01 | $ 125,000 | 67 | UP MAIN 1082 BSMT GLA 1,082 | TOT RMS 6 BDRMS 3 BATHS 2 | Average | 28 | 00 |

Comp 2 equal subject for bedroom and bath count, GLA, age, carport parking, community pool.

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1051 ROCK SPRINGS RD UNIT 208 | 0.01 | $ 139,753 | 90 | UP MAIN 1082 BSMT GLA 1,082 | TOT RMS 6 BDRMS 3 BATHS 2 | Average | 28 | 00 |

Comp 3 equal subject for bedroom and bath count, GLA, age, carport parking, community pool.

## SOLD COMPS SUPPORTING YOUR VALUE
(These are required – use most comparable available)

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 241 ESPANAS GLN SALE DATE 04/24/2008 | 0.65 | LIST $ 169,900 SALE $ 160,000 | 20 | UP MAIN 1248 BSMT GLA 1,248 | TOT RMS 6 BDRMS 2 BATHS 1.5 | Average | 29 | 0.01 DATA SOURCE MLS |

Comp 1 equal subject for age, carport parking, community pool, condition..Inferior for bedroom and bath count.Superior for GLA.

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1043 N BROADWAY UNIT A SALE DATE 04/07/2008 | 0.79 | LIST $ 175,000 SALE $ 175,000 | 223 | UP MAIN 900 BSMT GLA 900 | TOT RMS 6 BDRMS 2 BATHS 2 | Good | 33 | 00 DATA SOURCE MLS |

Comp 2 equal subject for bath count, age, community pool. Inferior for bedroom count, GLA. Superior for garage space, condition.

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1122 N BROADWAY UNIT B SALE DATE 12/06/2007 | 0.8 | LIST $ 237,000 SALE $ 237,000 | 129 | UP MAIN 1200 BSMT GLA 1,200 | TOT RMS 6 BDRMS 3 BATHS 2 | Good | 28 | 00 DATA SOURCE MLS |

Comp 3 equal subject for bedroom and bath count, age, carport parking, community pool. Superior for GLA, concessions, condition.

## BPO ADDENDUM

| PROPERTY TYPE Condo | STYLE 2-St Conv | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS Owner Occupied |
|---|---|---|---|

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS Slow | EMPLOYMENT CONDITIONS Stable | PROPERTY VALUES Declining | PREDOMINANT OCCUPANCY Owner | VACANCY RATE 0 to 5% | REO/BOARDED 5 to 10% | VANDALISM RISK Moderate |
|---|---|---|---|---|---|---|

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| Subject property exterior appears average condition. | No apparent exterior repairs needed as of the inspection date. Subject complex overall condition appears average. |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 3 % | $ 5,400 | $ 1,300 | $ 475 | $ 125 | $ 3,035 | $ |

| REP NAME/FIRM/PHONE ELIZABETH HIRST | (760)877-0513 | DATE 5/20/2008 |
|---|---|---|

Subject market area reo driven at the time of inspection. No Arms Length Transactions for closed sales comparables available as of the inspection date. Closed sales and active listing prices are broad in range this is common for this market.No lot size available for subject or most comparables due to plat maps show no individual measurements per each unit.

First American
Residential Value View

Photos

| ACCOUNT NUMBER 0012312425 | TRACKING NUMBER 051920JB | | FARVV ORDER NO. 3198429 |
|---|---|---|---|
| NAME MARTINEZ BAHENA | ADDRESS 1051 ROCK SPRINGS RD APT 212 | CITY, STATE, ZIP ESCONDIDO, CA 92026 | |
| PHOTOS COMMENT | | | |

Subject Front



Subject House Number



Subject House Number



First American
Residential Value View

Photos

| ACCOUNT NUMBER 0012312425 | TRACKING NUMBER 051920JB | | FARVV ORDER NO. 3198429 |
|---|---|---|---|
| NAME MARTINEZ BAHENA | ADDRESS 1051 ROCK SPRINGS RD APT 212 | CITY, STATE, ZIP ESCONDIDO, CA 92026 | |
| PHOTOS COMMENT | | | |

Street View



Sold 1 (241 ESPANAS GLN)



Sold 2 (1043 N BROADWAY UNIT A)





First American
*Residential Value View*

Photos

| ACCOUNT NUMBER 0012312425 | TRACKING NUMBER 051920JB | | FARVV ORDER NO. 3198429 |
|---|---|---|---|
| NAME MARTINEZ BAHENA | ADDRESS 1051 ROCK SPRINGS RD APT 212 | CITY, STATE, ZIP ESCONDIDO, CA  92026 | |
| PHOTOS COMMENT | | | |

Sold 3 (1122 N BROADWAY UNIT B)



SourceNet™                                                                    Map

| ACCOUNT NUMBER 0012312425 | TRACKING NUMBER 051920JB | | FARVV ORDER NO. 3198429 |
|---|---|---|---|
| NAME MARTINEZ BAHENA | ADDRESS 1051 ROCK SPRINGS RD APT 212 | CITY, STATE, ZIP ESCONDIDO, CA 92026 | |



Map Scale: 1 Inch = 0.16 Miles

⚑ **Subject Property**
1051 ROCK SPRINGS RD APT 212
ESCONDIDO, CA 92026

**❶ Comp. Listing 1**
1051 ROCK SPRINGS RD UNIT 136
ESCONDIDO, CA 92026
Dist From Subject: 0 Miles

**❷ Comp. Listing 2**
1051 ROCK SPRINGS RD UNIT 215
ESCONDIDO, CA 92026
Dist From Subject: 0 Miles

**❸ Comp. Listing 3**
1051 ROCK SPRINGS RD UNIT 208
ESCONDIDO, CA 92026
Dist From Subject: 0 Miles

**❶ Closed Sale 1**
241 ESPANAS GLN
ESCONDIDO, CA 92026
Dist From Subject: 0.65 Miles

**❷ Closed Sale 2**
1043 N BROADWAY UNIT A
ESCONDIDO, CA 92026
Dist From Subject: 0.79 Miles

**❸ Closed Sale 3**
1122 N BROADWAY UNIT B
CA 92026
Dist From Subject: 0.8 Miles