# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

GEORGETOWN, DELAWARE
MIDDLETOWN, DELAWARE
NEW YORK, NEW YORK

WWW.YOUNGCONAWAY.COM

DIRECT DIAL:
DIRECT FAX:

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
MICHAEL S. NEIBURG
     (PA & NJ ONLY)
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MICHAEL P. STAFFORD
RICHARD J. THOMAS
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

September 17, 2008

Wells Fargo Bank, N.A.
Wells Fargo Funding, Inc.
c/o Sidley Austin LLP
Attn: Paul S. Caruso, Esq
One South Dearborn St.
Chicago, IL 60603

Re:   In re American Home Mortgage Holdings, Inc., et al., Case No. 07-11047 (CSS)
      Estimation of EPD/Breach Claims for Plan Voting Purposes

Dear counsel:

You are receiving this letter because your client has (or may have) asserted claims against one or more Debtors relating to provisions in loan sale agreements requiring the Debtor-seller to repurchase loans (i) for which there has been a breach of certain representations and warranties (a "Breach of Warranty Claim") or (ii) for which the borrower defaulted in payment within a specified period of time after sale of the loan (an "EPD Claim" and, collectively with Breach of Warranty Claims, "EPD/Breach Claims").

On August 28, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed a motion [Docket No. 5554] (the "Motion") seeking, among other things, to establish a procedure for the estimation and allowance of EPD/Breach Claims *solely* for the limited purpose of tabulating votes on the Debtors' chapter 11 plan of liquidation (the "Plan," and such procedure, the "EPD/Breach Tabulation Rules"). Under the proposed EPD/Breach Tabulation Rules, holders of EPD/Breach Claims are required to respond to a preliminary informational questionnaire (the "Questionnaire"), a copy of which was attached as Exhibit E to the Motion, by **September 30, 2008**. You were previously served with the Motion and its exhibits, including the Questionnaire.

## YOUNG CONAWAY STARGATT & TAYLOR, LLP
September 17, 2008
Page 2

Your client's response to the Questionnaire is essential for the Debtors to provide the most accurate estimate of the amount, if any, of their asserted EPD/Breach Claims that is potentially allowable under the Plan. For your convenience, an additional copy of the Questionnaire is enclosed herein. Please submit the completed Questionnaire and supporting documentation to Kroll Zolfo Cooper, Attn: Puneet Agrawal, 1166 Sixth Avenue, New York, NY, 10036. **If your client anticipates having difficulties assembling the information and documentation necessary to respond to the Questionnaire by the proposed September 30, 2008, deadline, please have them contact Mr. Agrawal directly at pagrawal@kroll.com or (917) 364-8825 as soon as possible to discuss a reasonable alternative schedule.**

Best Regards,

Patrick A. Jackson

Enclosure

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

NOTE: The purpose of this form is to gather information to facilitate estimation of EPD Claims[1] and Breach of Warranty Claims[2] for the limited purposes of voting on the Chapter 11 Plan of Liquidation of the Debtors filed August 15, 2008 [Docket No. 5450] (as the same may be subsequently amended, the "Plan"). While this form requests similar information as will be requested in the EPD/Breach Claims Questionnaire[3] to be filed with the Plan Supplement Documents, the EPD/Breach Claims Questionnaire may require different or additional information, and submission of this form does not constitute submission of the EPD/Breach Claims Questionnaire for purposes of the Plan.

CLAIMANT MUST PROVIDE A SEPARATE FORM FOR EACH LEGAL ENTITY FILING A CLAIM.

PART I – Background Information. Please correct any information from the cover letter that is incomplete or incorrect.

**Claimant** _____

**Address** _____
_____
_____

**Contact** _____

**Contact's Phone** _____

**Contact's Email** _____

**Filed Claim Number** _____

Is there any related/affiliated legal entity filing a claim?     ☐ Yes     ☐ No
If so, provide the name, affiliation, nature of relationship to the Claimant, and whether any portion of this claim is duplicative.

_____
_____
_____

Types of claim asserted: (check all that apply)

☐ EPD Claim
☐ Noncontingent Breach of Warranty Claim
☐ Contingent Breach of Warranty Claim
☐ Other (describe below):

_____
_____
_____

---

[1] An "EPD Claim" is any claim arising from any provision or provisions in a loan purchase agreement that obligated a Debtor entity to repurchase a loan if the borrower defaulted on a payment due within either a specified period of time or a specified number of payments after the loan was sold (an "early payment default" or "EPD"). The EPD repurchase obligations are typically set forth as stand-alone provisions or among the representations and warranties in loan purchase agreements. Any EPD repurchase obligations contained in a loan purchase agreement in any form are treated as EPD Claims.
[2] A "Breach of Warranty Claim" is a claim for breach of a representation or warranty arising under any provision or provisions of a loan purchase agreement with respect to a given loan (other than any loan for which an EPD Claim is asserted). Breach of Warranty Claims are "non-contingent" with respect to any loans on account of which an actual breach is asserted, and are "contingent" with respect to any loans on account of which an actual breach is not asserted, but may potentially be asserted in the future.
[3] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

---

**PART II** – Information and Documentation Required for All EPD/Breach Claims

For each loan purchase transaction(s) which resulted in an asserted claim provide in (live) electronic spreadsheet or data base format the following information.

This information will be used to estimate damages with respect to asserted breaches of representations and warranties on loans purchased from the any Debtor entity (hereinafter, individually or collectively, as the context may require, "AHM"), <u>including contingent, unliquidated claims for breaches that have yet to be asserted by you.</u>

- Date of the loan purchase transaction giving rise to the claim(s)[4] _____
- Purchase price paid in each sale transaction _____
- Number of loans in each sale transaction _____
- Did you have any holdback of the purchase price?    ☐ Yes    ☐ No
  - If yes, provide the amount. _____
  - Provide all documents related to the sale and respective closing date.

| Document Name | Closing Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each loan included in this population of loans purchased, provide the following:

- AHM Loan Number [Note: Providing the AHM Loan Number is essential for an accurate estimation of your Claim.]

- Borrower name

- The unpaid principal balance ("UPB") as of date of loan sale by AHM

- The UPB as of July 31, 2008, or <u>if</u> (i) you sold the loan or related real-estate owned ("REO") prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, <u>then</u> as of the date of such sale/foreclosure

- If the loan was foreclosed or sold, or if REO was sold, the date of such sale/foreclosure and the amount of any net sale/foreclosure proceeds received

- If you were not the original purchaser from AHM, identify the entity that sold the loan to you and certify under penalty of perjury that you have the right to assert EPD/Breach Claims for this loan

- If you no longer own the loan, provide the date of the sale, the identity of the purchaser and certify under penalty of perjury that you retained the right to assert EPD/Breach Claims for this loan

- The AHM entity you assert is liable on your claim [Note: If you assert that more than one AHM entity is liable for such claim, provide all documents or evidence that you believe supports this assertion.]

- Copy of master loan purchase agreement (or similar document) pursuant to which the loan was sold by AHM.

---

[4] If you assert claims arising from more than one sale transaction, provide the requested information with respect to each such transaction.

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

---

**PART III** – Information for Loans on Which You Assert an EPD Claim or Noncontingent Breach of Warranty Claim.

Estimation of EPD Claims and noncontingent Breach of Warranty claims entails different considerations than estimating contingent Breach of Warranty Claims. Thus, you must provide a somewhat different set of data for EPD Claims and noncontingent Breach of Warranty claims.

All data is to be provided in electronic ("live") spreadsheet or data base format.

For each loan for which you assert an EPD Claim or **noncontingent** Breach of Warranty Claim:

- All data set forth in Part II hereof

- The date of the borrower default on account of which such claim is asserted.

- Identification of loan purchase agreement pursuant to which the loan was sold by AHM with a copy of the relevant provisions establishing the right to payment from AHM

- The borrower payment history through July 31, 2008.

- The status of the loan as of July 31, 2008, or if (i) you sold the loan or related real-estate owned ("REO") prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, then as of the date of such sale/foreclosure:

    ☐ Current
    ☐ 31-60 days delinquent
    ☐ 61-90 days delinquent
    ☐ 91 days or more delinquent

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

## VERIFICATION

STATE/COMMONWEALTH OF _____

COUNTY OF _____

_____, being duly sworn, deposes and says:

I am the _____ of _____, the claimant submitting the attached claim
        *(Position)*                 *(Claimant/Entity)*
("Claimant"), and have held that position since _____. I have read the foregoing Preliminary
                                      *(Start Date at Position)*
Informational Questionnaire for Parties Asserting EPD/Breach Claims and know the contents thereof, and believe the information

contained on such form, and related exhibits or appendices, submitted by Claimant to be true based upon the records and documents of

Claimant.


Dated: _____, 2008

_____
      *(Signature)*


Sworn to before me this

_____ day of _____, 2008

Notary Public

My Commission Expires : _____

Seal _____