## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 30th day of September, 2008, I caused a true and correct copy of the **Supplement Statement of Wells Fargo Funding, Inc. (1) In Support of Wells Fargo Funding, Inc.'s Objection to Debtors' Disclosure Statement and Solicitation Procedures Motion and (2) In Opposition to Letter Directed to Wells Fargo Funding, Inc.** to be served upon the individuals set forth below in the manner indicated.

Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**VIA TELEFAX AND FIRST CLASS MAIL**
Kevin Nystrom, Esquire
Kroll Zolfo Cooper LLC
900 Third Avenue
New York, NY  10022

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

#638200