**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al, | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

**NOTICE OF MOTION FOR RELIEF FROM STAY**

**TO:**   American Home Mortgage Holdings, Inc.          Office of the U. S. Trustee
         538 Broadhollow Road                            844 King Street, RM 2207
         Melville, NY 11747                              Lockbox #35
                                                         Wilmington, DE 19899-0035

         Donald J. Bowman, Jr., Esquire                  Bonnie Glantz Fatell, Esquire
         YOUNG CONAWAY STARGATT & TAYLOR                 BLANK ROME LLP
         1000 West Street, 17th Floor                    1201 Market Street, Suite 800
         Wilmington, DE 19801                            Wilmington, DE 19801

All other parties shall be served by ECF by the Court.

PLEASE TAKE NOTICE that Regions Bank dba Regions Mortgage (Movant) Motion for Relief from Stay is scheduled to be heard before the Honorable Christopher S. Sontchi, on **Wednesday, November 12, 2008 at 10:00 am.**

Any objection to the attached Motion must be filed with the court on or before November 5, 2008, with a copy forwarded to moving counsel: Adam R. Elgart, Esquire, John G. Mulford, Esquire, Mattleman, Weinroth & Miller, 200 Continental Drive, Ste 215, Newark, DE 19713.

MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *9/30/08*          BY: _/s/ Adam R. Elgart_
                          Adam R. Elgart, Esquire, I.D. No. 3372
                          John G. Mulford, Esquire, I.D. No. 0168
                          200 Continental Drive, Suite 215
                          Newark, DE 19713
                          (302) 731-8349
                          Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al. | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

**MOTION FOR RELIEF FROM STAY**

Regions Bank dba Regions Mortgage ("Regions ") (Movant), by and through its undersigned attorneys, Mattleman, Weinroth & Miller, P.C., and pursuant to 11 U.S.C. §362(d) and Federal Rules of Bankruptcy Procedure 4001 and 9014, hereby moves this Court to allow Movant to foreclose on its mortgage against certain real property in which the Debtor, American Home Mortgage Holdings, Inc., et al, has a possible security interest. In support of this Motion, Movant respectfully represents as follows:

**PARTIES**

1. The Debtor in this matter include a number of entities which filed voluntary petitions for relief under Chapter 11 of Title 11 of the U.S. B.C. on August 6, 2007.

2. Regions is a holder of a perfected secured claim against property located at 12291 Tideswell Mill Court, Woodbridge, Virginia 22192 (the "Mortgaged Premises").

**JURISDICTION AND VENUE**

3. This court has jurisdiction of this motion pursuant to 28 U.S.C. §1334(b).

4. This motion is a contested matter under Rule 9014 of the Federal Rules of Bankruptcy Procedure and is a core matter properly heard by this court pursuant to 28 U.S.C. §157(b)(2)(G).

5. Venue of this motion is proper in this court pursuant to 28 U.S.C. §1409(a).

**BACKGROUND**

6.      On March 6, 2007, Rukhsana Tabassum ("the Borrower"), executed and delivered a first mortgage for the principal sum of $825,000.00 and a second mortgage to secure a loan for the principal sum of $275,000.00, both in favor of MERS as nominee for American Brokers Conduit.

7.      American Brokers Conduit is listed as a business entity of the Debtor.

8.      The first mortgage was acquired by, transferred and/or assigned to Regions Bank dba Regions Mortgage.

9.      The Borrower defaulted on said Mortgage and subsequent to filing the complaint in foreclosure, Movant learned that American Home Mortgage Holdings, Inc., which is listed as a second lienholder, had filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. The mortgage represents a second lien against the Mortgaged Premises.  A copy of the Chain of Title Worksheet is attached hereto as Exhibit "A".

10.     The total amount due to Regions on the first priority mortgage as of June 12, 2008 is $939,345.32.  A true copy of the payoff statement for this mortgage loan is attached hereto as Exhibit "B".

11.      A Broker Price Opinion for the Mortgaged Premises dated December 10, 2007 sets forth a fair market "as is" value at $610,000.00, a copy of which is attached hereto as Exhibit "C". Clearly there is no equity in the Mortgaged Premises and it is not necessary to Debtor's rehabilitation in this case.

**RELIEF REQUESTED**

12.     Regions requests relief from the automatic stay to allow Movant to continue the foreclosure on its Mortgage against the Property because of the foregoing default and because there is no equity in the Mortgaged Premises and Regions' security interest is not adequately protected.

13.     Movant respectfully requests this Court enter an Order modifying the automatic stay under section 362 of the bankruptcy code with respect to the Mortgaged Premises so as to permit Regions to foreclose on its mortgage and allow Movant or any other purchaser at Sheriff's Sale to take legal action for enforcement of its right to possession of said premises.

14.     Movant has cause to have relief effective immediately and such relief should not be subject to the ten (10) day period set forth in Bankruptcy Rule 4001(a)(3), as Movant will incur substantial additional costs and expenses by the imposition of said ten (10) day period.

**WHEREFORE**, Regions prays that the Court will terminate the automatic stay of 11 U.S.C. §362(a) with respect to the Mortgaged Premises as to allow Movant to foreclose on its Mortgage against the Property; and permit Movant to name the Debtor as a defendant in its foreclosure action and enter a judgment accordingly.

MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *9/30/08*

_/s/ Adam R. Elgart_
Adam R. Elgart, Esquire, I.D. No. 3372
John G. Mulford, Esquire, I.D. No. 0168
200 Continental Drive
Suite 215
Newark, DE 19713
(302) 731-8349
Attorney for the Movant