# EXHIBIT "A"

**TOP NOTCH TITLE, LLC**
216 Business Park Drive  Virginia Beach, VA 23462
Office (757) 457-4216
Fax (757) 490-7406
Toll Free Fax (888) 822-8343
**CHAIN OF TITLE WORKSHEET**

ABSTRACTOR: DR
1 of 2
DATE: 7/30/07
EFF/DATE: 7/22

PROPERTY ADDRESS: same as order __Y__ ___N COUNTY/CITY: PW

## TAX INFO & ASSESSMENTS

LAND: 196,100
BUILDING: 640,300
TOTAL: 836,400
TAX TYPE: R/E
TAX YEAR: 2007
TAX ID #: 8193-35-7066
PAID___ OPEN___ DELINQUENT _X_ DUE DATE___ AMOUNT 3902.64
QUARTER 1ST__ 2ND__ 3RD__ 4TH__ HALF 1ST__ $X 2^{ND}$__ YEARLY__

## DEED INFORMATION

GRANTOR: FARIBA KHAN; NAJAF A. KHAN
GRANTEE: RUKHSANA TABASSUM

LEGAL DESCRIPTION: LOT 48 BLOCK___ SECTION___ PLAT___
SUBDIVISION: COVENTRY GLEN  CONSIDERATION: 1,100,000
BK&PG/INST# 200703670028673  DATED: 3/6/07  RECORDED: 3/7/07
P/D 20060324005 0486,  2ND DEED - 200606300983354

## TRUST INFORMATION

LENDER: AMERICAN BROKERS CONDUIT
TRUSTEE: GARY ZELL
BORROWER: S.A.D.
#2
BK&PG/INST#: 200703670028674  DATED: 3/6/07  RECORDED: 3/7/07
AMOUNT: 825,000  MATURITY: 3/1/37  OPEN END: YES__ NO__
ASSIGNED TO:
BK&PG/INST#_____ DATED:_____ RECORDED:_____

## TRUST INFORMATION

LENDER: AMERICAN BROKER CONDUIT
TRUSTEE: GARY ZELL
BORROWER: S.A.D.
#3
BK&PG/INST#: 200703670028675  DATED: 3/6/07  RECORDED: 3/7/07
AMOUNT: 275,000  MATURITY: 3/1/22  OPEN END: YES__ NO__
ASSIGNED TO:
BK&PG/INST#_____ DATED:_____ RECORDED:_____

**JUDGMENTS/LIEN** NO _X_ YES___ ( SEE NEXT SHEET)
**UCC/CHANCERY** NO _X_ YES___ (SEE NOTE PAGE IF YES)

**TOP NOTCH TITLE, LLC**
216 Business Park Drive  Virginia Beach, VA 23462
Office (757) 457-4216
Fax (757) 490-7406
Toll Free Fax (888) 822-8343     2 of 2
**CHAIN OF TITLE WORKSHEET**

ABSTRACTOR:_____

DATE:_____
EFF/DATE:_____

PROPERTY ADDRESS: same as order ___Y ____N  COUNTY/CITY:_____

*TAX INFO & ASSESSMENTS*

LAND:_____          TAX TYPE:_____
BUILDING:_____      TAX YEAR:_____
TOTAL:_____         TAX ID #:_____
PAID____ OPEN____ DELINQUENT____ DUE DATE____ AMOUNT_____
QUARTER 1ST__ 2ND__ 3RD__ 4TH__   HALF 1ST__ 2ND__ YEARLY__

*DEED INFORMATION*

GRANTOR:_____
GRANTEE:_____

LEGAL DESCRIPTION: LOT____ BLOCK____ SECTION____ PLAT____
SUBDIVISION:_____   CONSIDERATION:_____
BK&PG/INST#_____ DATED:_____ RECORDED:_____

*TRUST INFORMATION*

LENDER: SATISH A. AMIN
TRUSTEE: MARTIN MOORADIAN, ESQ
#1  BORROWER: OR
BK&PG/INST#: 200606300098354  DATED: 6/16/06  RECORDED: 6/30/06
AMOUNT: 16,500  MATURITY: 6/15/07  OPEN END: YES___ NO ✓
ASSIGNED TO:_____
BK&PG/INST#_____ DATED:_____ RECORDED:_____

*TRUST INFORMATION*

LENDER:_____
TRUSTEE:_____
BORROWER:_____
BK&PG/INST#:_____ DATED:_____ RECORDED:_____
AMOUNT:_____ MATURITY:_____ OPEN END: YES___ NO___
ASSIGNED TO:_____
BK&PG/INST#_____ DATED:_____ RECORDED:_____

*JUDGMENTS/LIEN* NO___ YES___ ( SEE NEXT SHEET)
*UCC/CHANCERY* NO___ YES___ (SEE NOTE PAGE IF YES)