# EXHIBIT "B"

Case # - 2740061
Case Type - Motion For Relief (Chapter 11)
Loan # - 1896018198
Reference # -
Borrower - RUKHSANA TABASSUM
Property State - VIRGINIA

## Debt Information

September 24, 2008

### 5 Records

#### Totals

| | |
|---|---|
| Principal Balance | $825,000.00 |
| Accrued Interest | $97,478.08 |
| Deferred Interest | $0.00 |
| Accrued Late Charge | $4,675.00 |
| NSF Fees | $0.00 |
| Corporate Advances | $2,249.74 |
| Escrow Advance | $9,900.00 |
| Pro Rata MIP/PMI | $0.00 |
| (Escrow Balance) | $0.00 |
| (Restricted Escrow) | $0.00 |
| (Suspense) | $0.00 |
| Pending Expenses/Fees | $0.00 |
| Other | $42.50 |
| Total | $939,345.32 |

#### Details

| Detail Name | Date | Type | No. | Amount | Total |
|---|---|---|---|---|---|
| Accrued Interest | | Accrued Interest | 1 | $97,478.08 | $97,478.08 |
| Accrued Late Charges | | Additional Late Charges | 1 | $4,675.00 | $4,675.00 |
| Corporate Advances | | Corporate Advances | 1 | $2,249.74 | $2,249.74 |
| Escrow Advance | | Escrow Advance | 1 | $9,900.00 | $9,900.00 |
| Other | | Other Fees | 1 | $42.50 | $42.50 |

1 of 1