# EXHIBIT "C"

**ClearCapital**

Drive-by BPO Form
12291 TIDESWELL MILL, WOODBRIDGE, VA 22192

| Address: | 12291 TIDESWELL MILL WOODBRIDGE VA 22192 | | | | |
|---|---|---|---|---|---|
| Borrower Name: | RUKHSANA TABASSUM | | Inspection Date: | 12/10/2007 | Delivery Date: 12/10/2007 |
| Loan Number: | 1896018198  APN: unknown | | Property ID: | 1868599 | Order ID: 368430 |
| Order Tracking ID: 1896018198 | Tracking ID 1: 1896018198 | | Tracking ID 2: n/a | | Tracking ID 3: n/a |

### I. General Conditions

| Property Type: | SFR |
|---|---|
| Occupancy: | Occupied |
| Property Condition: | Good |
| Estimated Exterior Repair Cost: | |
| Estimated Interior Repair Cost: | |
| Total Estimated Repairs: | 0 |
| Condition Comments: | This is a very large colonial home on a quiet street. It has an open porch in front and backs to woods. It does not appear to be in need of repair. The grounds are neat and well kept. This is an REO driven market. |
| HOA? Yes  Association Name:  Phone:  Monthly Fees: $ () | |

### II. Subject Sales & Listing History

Current Listing Status: Subject is not currently listed.

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| | 03/07/2007 | $ 0 | $ 1,100,000 | |
| | 03/29/2006 | $ 0 | $ 907,815 | |

### III. Neighborhood & Market Data

| Location Type: | Suburban | Local Economy Is: Stable |
|---|---|---|
| Sales Price in this Neighborhood: | Low : $750,000   High :$1,100,000 | |
| Market for this type of property has: | Decreased 20 % in the past 6 months. | |
| Normal Marketing Days: | <180 | |
| Neighborhood Comments: | This is a very nice neighborhood close to I95 and VRE for commuting to Washington DC. It is close to Fort Belvoir and Potomac Mills Mall as well as regional parks and recreation centers. The local schools are very good. | |

### IV. Current Listings

| | Subject | Listing #1 | Listing #2 | Listing #3 * |
|---|---|---|---|---|
| Street Address | 12291 TIDESWELL MILL WOODBRIDGE, VA | 12239 Tideswell Mill Ct WOODBRIDGE, VA | 12295 Tideswell Mill Ln WOODBRIDGE, VA | 4304 Stratton Farm CT WOODBRIDGE, VA |
| Zip Code | 22192 | 22192 | 22192 | 22192 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. [2] | | 0.15 [1] | 0.01 [1] | 0.12 [1] |
| List Price $ | | $849,000 | $950,000 | $999,999 |
| Days on Mkt. | | 75 | 90 | 90 |
| Age | 2 | 2 | 2 | 2 |
| Condition | Good | Good | Good | Good |
| Style/Design | 3 Stories Colonial | 3 Stories Colonial | 3 Stories Colonial | 3 Stories Colonial |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 5122 | 4647 | 4513 | 4807 |
| Bdrm/F Bths/½ Bths | 5/4/1 | 4/3/1 | 4/3/1 | 4/3/1 |
| Total Room # | 11 | 9 | 9 | 9 |
| Garage Style/Stalls | Attached 2 Car(s) | Attached 2 Car(s) | Attached 2 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 75% | 75% |
| Pool/Spa | | | | |
| Lot Size | .31 Ac. | .32 Ac. | .31 Ac. | .44 Ac. |
| Other | | | | |

* Listing #3 is the most comparable listing to the subject.

Comments (why the comparable listing is superior or inferior to the subject).
Listing #1: Similar home with library, hardwood floors, cherry cabinets, granite counters-REO listing
Listing #2: Similar home with tray ceilings, hardwood floors, granite countertops, ss appliances
Listing #3: Most comparable with hardwood floors, gourmet kitchen, granite counters, on a cul de sac

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon as-is sale price.

1

### V. Recent Sales

| | Subject | Sold #1 | Sold #2 * | Sold #3 |
|---|---|---|---|---|
| Street Address | 12291 TIDESWELL MILL | 12308 Tideswell Mill Ct | 11524 Summit Ridge Ct | 14012 Ermine Ct |
| | WOODBRIDGE, VA | WOODBRIDGE, VA | MANASSAS, VA | WOODBRIDGE, VA |
| Zip Code | 22192 | 22192 | 20112 | 22193 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. [?] | | 0.10 [1] | 5.40 [1] | 2.68 [1] |
| List Price $ | | $619,900 | $760,000 | $599,999 |
| Sale Price $ | | $620,000 | $637,500 | $585,000 |
| Type of Financing | | Conventional | Conventional | Conventional |
| Date of Sale | | 8/31/2007 | 11/16/2007 | 8/8/2007 |
| Days on Mkt. | | 146 | 116 | 131 |
| Age (# of Years) | 2 | 2 | 4 | 3 |
| Condition | Good | Good | Good | Good |
| Style/Design | 3 Stories Colonial | 3 Stories Colonial | 3 Stories Colonial | 3 Stories Colonial |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 5122 | 3960 | 4435 | 5220 |
| Bdrm/F Bths/½ Bths | 5/4/1 | 4/3/1 | 5/4/1 | 7/4/2 |
| Total Room # | 11 | 9 | 11 | 12 |
| Garage Style/Stalls | Attached 2 Car(s) | Attached 2 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 100% | 100% |
| Pool/Spa | | | | |
| Lot Size | .31 Ac. | .33 Ac. | 3.53 Ac. | .53 Ac. |
| Other | | | | |
| Adjustment $+/− (See notes below) | | −$15,000 | +$0 | −$17,500 |
| Adjusted Value | | $605,000 | $637,500 | $567,500 |

* recent sale #2 is the most comparable Sale to the subject.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject.)
Sold #1: Smaller home with no amenities listed-REO sale-$15000 subsidy
Sold #2: Similar home with large lot and gourmet kitchen, garnite counters, deck-REO sale
Sold #3: Most comparable with upgraded wood floors, arched entries, separate in-law suite with second full kitchen- gave $17,550 subsidy

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon As-Is Value.

### VI. Marketing Strategy

| | "As-is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| Suggested List Price: | $610,000 | $635,000 | I averaged the three sold comps after deducting the subsidies. |
| Sale Price: | $610,000 | $635,000 | |
| * Clear Capital Reviewer's Value Opinion: | $610,000 | $635,000 | |

*Please see Clear Capital Quality Assurance Comments Addendum

### VII. Clear Capital Quality Assurance Comments Addendum

| | "As-Is" Value | "Repaired" Value | Reviewer Notes: |
|---|---|---|---|
| Reviewer's Value Opinion: | $610,000 | $635,000 | We agree with the broker's value. Comp differences relative to the subject have been appropriately identified and adjusted for, supporting the final value conclusion. |

2