**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc. et al. | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Winifred Gomes, certify that I am not less than 18 years of age; that service of this Notice of Motion and Motion for Relief from Stay and supporting documentation was made by first class mail, postage pre-paid and/or CM/ECF Notification in accordance with BR 7004 on the following parties and entities listed herein:

TO:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Office of the U. S. Trustee
844 King Street, RM 2207
Lockbox #35
Wilmington, DE 19899-0035

Donald J. Bowman, Jr., Esquire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

_9/30/08_                                              _/s/ Winifred Gomes_
Date                                                          Signature

---

Adam R. Elgart, Esquire, I.D. No. 3372
John G. Mulford, Esquire, I.D. No. 0168
Mattleman, Weinroth & Miller
200 Continental Drive, Ste 215
Newark, DE 19713
(302) 731-8349