# EXHIBIT A

**Exhibit A**

**Duplicate Claims**

|  | | Objectionable Claims | | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV. DANA MCRAE, COUNTY COUNSEL 701 OCEAN STREET, ROOM 150 SANTA CRUZ, CA 95060 | 6557 | 12/31/07 | 07-11047 | $26,115.66 (S) - (A) $26,115.66 (P) $3,022.41 (U) $29,138.07 (T) | | 6309 | 12/24/07 | 07-11047 | $26,115.66 (S) - (A) $26,115.66 (P) $3,022.41 (U) $29,138.07 (T) | |
| REVAL.COM, INC. 100 BROADWAY, 22ND FLOOR NEW YORK, NY 10005 | 10459 | 8/11/08 | 07-11048 | - (S) - (A) - (P) $83,158.50 (U) $83,158.50 (T) | | 2952 | 11/21/07 | 07-11048 | - (S) - (A) - (P) $83,158.50 (U) $83,158.50 (T) | |
| Totals: | | 2 Claim | | $26,115.66 (S) - (A) $26,115.66 (P) $86,180.91 (U) $112,296.57 (T) | | | | | $26,115.66 (S) - (A) $26,115.66 (P) $86,180.91 (U) $112,296.57 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM, MD 21094 | 1082 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$232,195.90 (P)<br>$29,645.89 (U)<br>$261,841.79 (T) | 10127 | 3/21/08 | 07-11047 | - (S)<br>- (A)<br>$233,195.90 (P)<br>$29,645.89 (U)<br>$262,841.79 (T) |
| EMC CORPORATION ATTN PHYLLIS A HAYES, RMS, AGENT C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM, MD 21094 | 1241 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$212,761.31 (P)<br>- (U)<br>$212,761.31 (T) | 10127 | 3/21/08 | 07-11047 | - (S)<br>- (A)<br>$233,195.90 (P)<br>$29,645.89 (U)<br>$262,841.79 (T) |
| MASSELLA, RALPH 528 HILTON AVE CATONSVILLE, MD 21228 | 652 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$198,000.00 (P)<br>- (U)<br>$198,000.00 (T) | 8148 | 1/7/08 | 07-11051 | - (S)<br>$10,950.00 (A)<br>$197,055.78 (P)<br>- (U)<br>$208,005.78 (T) |
| **Totals:** | **3 Claims** | | | - (S)<br>- (A)<br>$642,957.21 (P)<br>$29,645.89 (U)<br>$672,603.10 (T) | | | | - (S)<br>- (A)<br>$477,341.80 (P)<br>$256,347.56 (U)<br>$733,689.36 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Equity Claims

## ——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SPURRIER, VANCE O. 7069 VALLEY TRAILS DRIVE PLEASANTON, CA 94588 | 5417 | 12/13/07 | Unspecified | - (S) - (A) $64,102.36 (P) $64,102.36 (U) $64,102.36 (T) |
| **Totals:** | **1 Claim** | | | - (S) - (A) $64,102.36 (P) $64,102.36 (U) $64,102.36 (T) |

(S) – Secured
(A) – Administrative
(P) – Priority
(U) – Unsecured
(T) – Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Wrong Debtor Claims**

|  | Objectionable Claims |  |  | New Case Number |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Case Number |
| HAWLEY, ROBIN B.<br>505 STEINHOUR RD<br>YORK HAVEN, PA 17370 | 1491 | 10/10/07 | 07-11047 | - (S)<br>- (A)<br>$10,597.92 (P)<br>- (U)<br>$10,597.92 (T) | 07-11051 |
| HOMES & LANE MAGAZINE SW MONTANA<br>ATTN DEE TIANO, PRES.<br>57 UPPER RAINBOW RD<br>BOZEMAN, MT 59718 | 874 | 9/17/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$1,053.32 (U)<br>$1,053.32 (T) | 07-11051 |
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | 1215 | 9/25/07 | 07-11050 | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11051 |

**Totals:** 3 Claims

- (S)<br>- (A)<br>$10,597.92 (P)<br>$1,403.32 (U)<br>$12,001.24 (T)

(S) - Secured<br>(A) - Administrative<br>(P) - Priority<br>(U) - Unsecured<br>(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Exhibit E**

**Satisfied Claims**

### ———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GREENBURGH SCHOOLS #7<br>ATTN DAVID C DWINELL<br>177 HILLSIDE AVE<br>GREENBURG, NY 10607 | 4126 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$105,468.92 (P)<br>- (U)<br>$105,468.92 (T) | Taxes have been paid (1/23/08) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., SUITE 10-200<br>DETROIT, MI 48202 | 9661 | 1/15/08 | 07-11051 | - (S)<br>- (A)<br>$57,809.30 (P)<br>- (U)<br>$57,809.30 (T) | Taxes have been paid (12/18/07 and 3/7/08) |
| **Totals:** | | 2 Claim | | - (S)<br>- (A)<br>$164,278.22 (P)<br>- (U)<br>$164,278.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Exhibit F**

**No Documentation Claims**

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BLACKMON, BARRY L.<br>P.O. BOX 516<br>ROANOKE RAPIDS, NC 27870 | 2403 | 11/16/07 | 07-11051 | $35,000.00 (S)<br>- (A)<br>$140,000.00 (P)<br>- (U)<br>$175,000.00 (T) | Debtors have no record of outstanding amounts owed to claimant. Claimant failed to provide documents to support claim. |
| DELBARBA, JOHN P.<br>302 LITTLE QUARRY ROAD<br>GAITHERBURG, MD 20878 | 10107 | 3/17/08 | Unspecified | $115,000.00 (S)<br>- (A)<br>$521,000.00 (P)<br>$508,800.00 (U)<br>$636,000.00 (T) | Claimant has not responded to multiple communications from the Debtors for additional information |
| DUNITZ, JERI A.<br>1205 S. 15TH AVENUE<br>NEWTON, IA 50208-4365 | 8257 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$50,799.80 (P)<br>- (U)<br>$50,799.80 (T) | Claimant has not responded to communications requesting additional information |
| DUNITZ, JERI A. & KAHN, GARY S. CO TTEES<br>SIDNEY M. DUNITZ FAMILY TRUST<br>DTD 5/24/94<br>1205 S. 15TH AVE. W.<br>NEWTON, IA 50208-4365 | 8256 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$74,301.85 (P)<br>- (U)<br>$74,301.85 (T) | Claimant has not responded to communications requesting additional information |
| KAHN, CHESTER<br>PO BOX 845<br>LINCOLN, NH 03251 | 9735 | 1/18/08 | Unspecified | - (S)<br>- (A)<br>$30,000.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Debtors have no record of outstanding amounts owed to claimant. Claimant failed to provide documents to support claim. |
| KENDRICK, ROBERT<br>26012 MISTY WAY DR<br>FORT MILL, SC 29708 | 10109 | 3/17/08 | Unspecified | $216,710.60 (S)<br>- (A)<br>$80,000.00 (P)<br>- (U)<br>$216,710.60 (T) | Claimant has not responded to multiple communications from the Debtors for additional information |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | 6 Claim | | | $366,710.50 (S) | |
| | | | | - (A) | |
| | | | | $896,101.65 (P) | |
| | | | | $538,800.00 (U) | |
| | | | | $1,182,812.25 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.