# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 01, 2008 02:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matter:*

Teleconference

**R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

Teleconference held.
Judge Sontchi continues the scheduled 10/2/08 hearing until 10/8/08 at 9 AM.
And if necessary the hearing will reconvene on 10/10/08 at 12 PM.