**SIGN - IN - SHEET**

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)
COURTROOM LOCATION: 6
DATE: 10/1/2008 @ 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Indelicato    (telephonic) | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Linda Singer    (telephonic) Thomas Macauley    (telephonic) | Zuckerman Spaeder | Proposed Counsel for the Borrowers Committee |
| Sean Beach Robert Brady    (telephonic) | Young Conaway Stargatt & Taylor | American Home Mortgage |
| Joseph McMahon    (telephonic) | UST | UST |
| Stephen Weisbrod    (telephonic) | Gilbert Heintz & Randolph | Proposed Counsel for the Borrowers Committee |
| Laurie Selber Silverstein Gabriel MacConaill    (telephonic) | Potter Anderson & Corroon | Bank of America |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |