IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]              :
                                                :   Jointly Administered
                                                :
        Debtors.                                :
------------------------------------------------------------------ x
```

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 2, 2008 AT 11:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.     Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

   Objection Deadline:   November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

   Related Document:

   a)     Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

   Objections Filed:   None

   Status: This matter has been resolved in part. The remainder of this matter will be adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

066585.1001

2.  Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

   Objection Deadline:   December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

   Related Document:

       a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

   Objections Filed:

       b)    Informal Response of the Debtors

   Status: This matter will be adjourned by agreement to October 22, 2008 at 10:00 a.m.

3.  CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

   Objection Deadline:   January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

   Objections Filed:

       a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

   Status: This matter will be adjourned to October 22, 2008 at 10:00 a.m.

4.  Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

   Objection Deadline:   February 21, 2008 at 4:00 p.m., extended to September 8, 2008 for the Debtors and Committee

   Objections Filed:    None to date

   Status: This matter will be will be adjourned by agreement to November 12, 2008 at 10:00 a.m.

DB02:7355320.2                                                          066585.1001

5.  Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

    Response Deadline:    April 24, 2008 at 4:00 p.m.

    Responses Filed:    See Exhibit A, attached

    Related Document:

    a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to October 22, 2008 at 10:00 a.m.

6.  Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

    Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

    Objections Filed:

    a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5602, 9/8/08]

    b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

    Status: This matter will be adjourned by agreement to October 22, 2008 at 10:00 a.m.

7.  Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

    Response Deadline:    May 20, 2008 at 4:00 p.m.

    Related Documents:

    a)    Notice of Submission of Copies of Proofs of Claims [D.I. 4040, 5/14/08]

b)      Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:      See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to October 22, 2008 at 10:00 a.m.

8.      Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

a)      Notice of Submission of Copies of Proofs of Claim [D.I. 4041, 5/14/08]

b)      Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:      See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to October 22, 2008 at 10:00 a.m.

9.      Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)      Notice of Submission of Claim [D.I. 4300, 5/29/08]

b)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:      See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to October 22, 2008 at 10:00 a.m.

10.     Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Notice of Submission of Claim [D.I. 4301, 5/29/08]

b)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to October 22, 2008 at 10:00 a.m.

11.    Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Documents:

a)    Notice of Submission of Copies of Proofs of Claim [D.I. 5301, 8/4/08]

b)    Order Sustaining Debtors' Twelfth Omnibus Objection (Non-Substantive) to Claims [D.I. 5461, 8/18/08]

Responses Filed:    See Exhibit H, attached

Status: This matter will be adjourned to October 22, 2008 at 10:00 a.m.

12.    Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to September 26, 2008 at 4:00 p.m.

Related Document:

a)    Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed: None to date.

DB02:7355320.2    066585.1001

Status: This matter will be adjourned by agreement to October 22, 2008 at 10:00 a.m.

13.     Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

      a)    Notice of Submission of Copies of Proofs of Claim [D.I. 4975, 7/3/08]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to October 22, 2008 at 10:00 a.m.

14.     Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

      a)    Notice of Submission of Copies of Proofs of Claim [D.I. 4976, 7/3/08]

Responses Filed:    See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to October 22, 2008 at 10:00 a.m.

15.     Pre-Trial Conference: *Community Development Administration and M&T Bank v. American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-50633]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019.  This matter will be adjourned to October 22, 2008 at 10:00 a.m.

16.     Pre-Trial Conference: *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

6

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned to October 22, 2008 at 10:00 a.m.

17.   Pre-Trial Conference: *American Home Mortgage Corp., d/b/a American Brokers Conduit, v. Attorneys' Title Insurance Fund, Inc.* [Adv. No. 08-51039]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned to October 22, 2008 at 10:00 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

18.   Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5568, 8/15/08]

Objection Deadline:   September 25, 2008 at 4:00 p.m.

Related Document:

   a)   Certificate of No Objection [D.I. 6145, 9/29/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL

19.   Motion for Relief from Stay – First Lien Foreclosures [See Schedule 1, attached]

Objection Deadline:   September 25, 2008 at 4:00 p.m.

Objections Filed:   See Schedule 1, attached

Status: Certifications of Counsel have been filed.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD

20.   Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:   August 11, 2008 at 4:00 p.m.

Related Documents:

7

a)     Notice of Submission of Copies of Proofs of Claim [D.I. 5302, 8/4/08]

b)     Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5463, 8/18/08]

c)     Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

Responses Filed:     See Exhibit I, attached

Status: This matter is adjourned except as otherwise noted on Exhibit I.

21.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Objection Deadline:     September 8, 2008 at 4:00 p.m.

Related Document:

a)     Notice of Submission of Claims [D.I. 5561, 8/29/08]

Objections Filed:     Please see Exhibit J, attached

Status: This matter is going forward except as otherwise noted on Exhibit J.

22.     Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Objection Deadline:     September 25, 2008 at 4:00 p.m.

Objections Filed:  See Exhibit K, attached

Status: The responses listed on Exhibit K will be adjourned to October 22, 2008 at 10:00 a.m.  The remainder of this matter will be going forward.

23.     Certain Individuals' Motion for Order Appointing an Official Committee of Borrowers [D.I. 5675, 9/9/08]

Objection Deadline:          September 25, 2008 at 8:30 a.m., extended for the Debtors to September 25, 2008 at 9:00 p.m.

DB02:7355320.2

066585.1001

Objections/Responses Filed:

a)    Objection of the Official Committee of Unsecured Creditors to the Motion for Order Appointing an Official Committee of Borrowers Filed by Movants Tilton Jack, Grace Mullins, Mr. and Mrs. Christopher Bilek, Sam Acquisto, Delena LaMacchia and Paula Rush [D.I. 6112, 9/25/08]

b)    Debtors' Objection to the Motion for Order Appointing Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code [D.I. 6115, 9/25/08]

c)    Joinder of Penny D. Montague in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6147, 9/30/08]

d)    Joinder of Florence Dandridge in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6148, 9/30/08]

e)    Joinder of Gracie Gravies in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6149, 9/30/08]

f)    Joinder of Mona Dobben in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6150, 9/30/08]

g)    Joinder of  Johnny and Linda Culpepper in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6151, 9/30/08]

Status: **This matter has been adjourned at the Court's request to October 8, 2008 at 9:00 a.m.  The Court has indicated that the hearing will conclude by 2:30 p.m.**

24.    Motion of JPMorgan Chase Bank, National Association for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on Mortgage Loans [D.I. 5791, 9/10/08]

Objection Deadline:    September 25, 2008 at 4:00 p.m., extended for the Debtors to September 29, 2008

Objections Filed:

a)    Response of the Official Committee of Unsecured Creditors to Motion of JPMorgan Chase Bank, National Association for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on Mortgage Loans [D.I. 6140, 9/29/08]

b)    Debtors' Preliminary Objection to the Motion of JPMorgan Chase Bank, National Association for Relief from the Automatic Stay [D.I. 6153, 9/30/08]

Status: This matter will be going forward as a scheduling conference.

9

25.    Disclosure Statement Hearing

      Objection Deadline:    September 8, 2008 at 4:00 p.m., extended for the U.S. Trustee to
                              September 10, 2008

Related Documents:

      a)    Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15,
           2008 [D.I. 5450, 8/15/08]

      b)    Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code
           with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated
           as of August 15, 2008 [D.I. 5451, 8/15/08]

      c)    Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of
           September 30, 2008 [D.I. 6154, 9/30/08]

      d)    Blackline of Amended Chapter 11 Plan of Liquidation of the Debtors
           Dated as of September 30, 2008 [D.I. 6155, 9/30/08]

      e)    Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code
           with Respect to the Amended Chapter 11 Plan of Liquidation of the
           Debtors Dated as of September 30, 2008 [D.I. 6156, 9/30/08]

      f)    Blackline of Disclosure Statement Pursuant to Section 1125 of the
           Bankruptcy Code with Respect to the Amended Chapter 11 Plan of
           Liquidation of the Debtors Dated as of September 30, 2008 [D.I. 6157,
           9/30/08]

Objections Filed:

      g)    Response of Gregory Sheffield [D.I. 5523, 8/27/08]

      h)    Response of Angelo Ferricane [D.I. 5541, 8/27/08]

      i)    Response of David A. Blate [D.I. 5547, 9/8/08]

      j)    Objection of David Crowe [D.I. 5597, 9/3/08]

      k)    Paul Deck's Objection and Rejection of Disclosure Statement in its
           Entirety and Order Mandating Debtors to Furnish Applicant with Copy of
           Disclosure Statement [D.I. 5598, 9/8/08]

      l)    Response of Erik Fleishner [D.I. 5599, 9/8/08]

      m)    Objection of Certain California Taxing Authorities [D.I. 5612, 9/8/08]

n)      Objection of Wells Fargo Funding, Inc. to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5614, 9/8/08]

o)      CitiMortgage, Inc.'s Objection to Approval of Disclosure Statement with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5619, 9/9/08]

p)      Lead Plaintiffs' Objection to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5672, 9/9/08]

q)      Deutsche Bank National Trust Co.'s Joinder in Objection of Wells Fargo Financial Funding Inc. [D.I. 5728, 9/9/08]

r)      Joinder of County of Nevada, California as Part of the California Taxing Authorities to the Objection to Disclosure Statement by California Taxing Authorities [D.I. 5730, 9/9/08]

s)      Limited Objection of ACE Group of Companies to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5787, 9/10/08]

t)      Joinder of EMC Mortgage Corporation to Wells Fargo Funding, Inc.'s Objection to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5788, 9/10/08]

u)      Objection of JPMorgan Chase Bank, National Association to (I) Proposed Disclosure Statement for Debtors' Chapter 11 Plan of Liquidation and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes [D.I. 5795, 9/10/08]

v)      Response of Stan Bergum [D.I. 5817, 9/11/08]

w)      Objection of James Youngman [D.I. 5820, 9/11/08]

x)      Response of Gary and Karen Grundy [D.I. 5824, 9/11/08]

y)      Response of Sunshine Custom  Cleaning [D.I. 5827, 9/11/08]

z)    Paula Rush's Objection to the Adequacy of the Disclosure Statement [D.I. 5828, 9/11/08]

aa)    Objection to Disclosure Statement by Mark and Irene White [5829, 9/11/08]

bb)    Objection to Disclosure Statement by Kristin Wolf [D.I. 5831, 9/11/08]

cc)    Joinder of County of Yuba, California as Part of California Taxing Authorities to the Objection to Disclosure Statement by California Taxing Authorities [D.I. 5872, 9/15/08]

dd)    Limited Objection of Waterfield Shareholder LLC and Union Federal Bank of Indianapolis to Approval of Disclosure Statement with Respect to the Chapter 11 Plan of Liquidation for the Debtors Dated as of August 15, 2008 [D.I. 6102, 9/24/08]

ee)    Response of Edward Ekas [D.I. 6120, 9/26/08

ff)    Response of Paul Deck [D.I. 6124, 9/26/08]

gg)    Response of Joe Sgavicchio [D.I. TBD]

hh)    Response of Sherly Fealey [D.I. TBD]

ii)    Response of Town of Pine Knoll Shores [D.I. TBD}

Status: **This matter has been adjourned at the Court's request to October 8, 2008 at 9:00 a.m. The Court has indicated that the hearing will conclude by 2:30 p.m.**

26.    Debtors' Motion Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan, and (IV) Granting Related Relief [D.I. 5554, 8/15/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended for the U.S. Trustee to September 10, 2008

Objections Filed:

a)    Objection of Wells Fargo Funding, Inc. to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15,

12

2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5614, 9/8/08]

b)       Response and Reservation of Rights of Bank of America, N.A., as Administrative Agent, to the Debtors' Motion Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan, and (IV) Granting Related Relief  [D.I. 6152, 9/30/08]

**Status: This matter has been adjourned at the Court's request to October 8, 2008 at 9:00 a.m.  The Court has indicated that the hearing will conclude by 2:30 p.m.**

27.      Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code to Retain Traxi LLC as Special Litigation Financial Advisors for the Debtors Nunc Pro Tunc to September 10, 2008 [D.I. 5843, 9/11/08]

Objection Deadline:    September 25, 2008 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be going forward.  The Debtors are in discussions regarding the Committee's concerns with the retention.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 30, 2008 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ Sean M. Beach<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No 2847)<br>Pauline K. Morgan (No. 3650)<br>Sean M. Beach (No. 4070)<br>Matthew B. Lunn (No. 4119)<br>Margaret B. Whiteman (No. 4652)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for Debtors and Debtors in Possession* |

    

## Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Marsha Albrecht | 3757, 4/21/08 | Adjourned to October 22, 2008 at 10:00 a.m. |

## Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Hopkins & Company | 4089, 5/20/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Brian Fiore | 4093, 5/20/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Philip Braun | 4126, 5/22/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Bob Coston | 4127, 5/22/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Indira Misir |  | Adjourned to October 22, 2008 at 10:00 a.m. |

DB02:7355320.2

066585.1001

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Matthew and Melanie Hernandez | 4090, 5/16/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Karen Gravely-Robinson |  | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Hardin County |  | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Deborah Mills |  | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to October 22, 2008 at 10:00 a.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to October 22, 2008 at 10:00 a.m. |

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Souderton Area School District |  | Adjourned to October 22, 2008 at 10:00 a.m. |
|  | Spring-Ford Area School District |  | Adjourned to October 22, 2008 at 10:00 a.m. |

DB02:7355320.2

066585.1001

### Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Sunshine Custom Cleaning, Inc. | 5015, 7/9/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Delbert Mundy | 5019, 7/9/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Samuel A. Case | 5054, 7/9/08 | Adjourned to October 22, 2008 at 10:00 a.m. |

### Exhibit G, Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kathleen Heck | 5016, 7/9/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Thomas Furey | 5056, 7/14/08 | Adjourned to October 22, 2008 at 10:00 a.m. |

### Exhibit H, Twelfth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Kruse Way, LLC | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Meadows Lake Oswego | | Adjourned to October 22, 2008 at 10:00 a.m. |

### Exhibit I, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | David Nerland | 5320 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Countrywide | 5337, 8/8/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Luxury Mortgage Corp. | 5378, 8/13/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | David Holan | | Adjourned to October 22, 2008 at 10:00 a.m. |
| a | Donna Melli | 5456, 8/15/08 | Going forward |
| | Nomura Credit & Capital | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Mithcell Eininger | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Thomas Adkins, Jr. | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Kevin Kerr | | Adjourned to October 22, 2008 at 10:00 a.m. |
| b | Waldners Business Environments Inc. | | Going forward |
| | Katherine Lalime | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | GE Money Bank | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Terri Crites | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Lonnie Watkins | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | William Farnan | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Jon Lucas | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Thomas Guinta | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Joseph Spinelli, Jr. | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Charles Doyle | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Linda Larsen | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | George T. Matthews | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Calvin Kammeyer | | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Minda Boxer | | Adjourned to October 22, 2008 at 10:00 a.m. |
| c | American Corporate Records | | Going forward |

**Exhibit J, Fifteenth Omnibus Objection**

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Joseph Dionisio | 5521, 8/21/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Ray Palen | 5522, 8/22/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Joshua Kappelman | 5546, 8/26/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Kenneth R. Hefner | 5600, 9/4/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Betty Johns | 5580, 9/2/08 | The Objection is withdrawn |
| a | Nancy Levine | 5601, 9/5/08 | Going forward |
|   | Tammy Pederson | 5794, 9/8/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Ronald Bergum | 5608, 9/8/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Shervonne Powell | 5814, 9/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | I. Crain Houston | 5822, 9/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| b | Rachael Georgas | 5826, 9/9/08 | Going forward |
|   | Beverly Creswell | 5815, 9/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | John Johnston | 5818, 9/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Michael Kalmonson | 5816, 9/11/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Grailing Carter | 5947, 9/17/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Department of Treasury |  | The Objection is withdrawn |
|   | Office Max |  | Adjourned to October 22, 2008 at 10:00 a.m. |
|   | Robin Balfour |  | Adjourned to October 22, 2008 at 10:00 a.m. |

DB02:7355320.2

066585.1001

## Exhibit K, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Matthew Liang | 6122, 9/26/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Robert Sweeney | 6123, 9/26/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to October 22, 2008 at 10:00 a.m. |
| | American Express Travel Related Services | | Adjourned to October 22, 2008 at 10:00 a.m. |

DB02:7355320.2                                                                 066585.1001

**Schedule 1**

**MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATE OF NO OBJECTION**

|   | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 1 | 5566, 9/2/08 | Citi Residential Lending, Inc. | 1326 Eastwood Dr., Aurora, IL | Limited Objection, 6004, 9/22/08 | Certification of Counsel, 6116, 9/26/08 | A Certification of Counsel has been filed. No hearing required. |
| 2 | 5570, 9/3/08 | CitiMortgage, Inc. | See Exhibit | Reservation of Rights, 6005, 9/22/08 | Certification of Counsel, 6143, 9/29/08 | A Certification of Counsel has been filed. No hearing required. |
| 3 | 5591, 9/5/08 | Chase Home Loan Servicing, LLC | See Exhibit | Reservation of Rights, 6005, 9/22/08 | Certification of Counsel, 6142, 9/29/08 | A Certification of Counsel has been filed. No hearing required. |
| 4 | 5697, 9/9/08 | EMC Mortgage Corporation | 8600 West Charleston Blvd., Las Vegas, NV | Reservation of Rights, 6005, 9/22/08 | Certificate of No Objection, 6118, 9/26/08 | A Certificate of No Objection has been filed. No hearing required. |
| 5 | 5841, 9/11/08 | Chase Home Loan Servicing, LLC | See Exhibit | Reservation of Rights, 6005, 9/22/08 | Certification of Counsel, 6141, 9/29/08 | A Certification of Counsel has been filed. No hearing required. |

DB02:7355320.2

066585.1001