IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                                       §  SS:
NEW CASTLE COUNTY  §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 25th day of September 2008, she caused copies of the following to be served upon the attached Service List via Hand Delivery upon Local Counsel and via First Class, U.S. Mail on Out of Town Counsel.

- Reply to Objection of Microsoft to Proposed Purchaser's Cure Amount [Docket No. 6114]

Dated: September 25, 2008

_/s/ Elizabeth C. Thomas_
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County aforesaid, on
the day and year aforesaid.

_/s/ Polly Huntoon_
Notary Public

[Notary Seal: POLLY JEAN HUNTOON, MY COMMISSION EXPIRES JULY 13, 2010, NOTARY PUBLIC STATE OF DELAWARE]

Robert Brady, Esq.
Pauline K. Morgan, Esq.
Sean Beach, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19801
(Debtors' Counsel)

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(Bank of America)

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

Joseph Shickich, Jr., Esq.
Riddell Williams PS
1001 4th Avenue
Suite 4500
Seattle WA 98154
(Counsel to Microsoft)

Jami Nimeroff, Esq.
Brown Stone Nimeroff, LLC
4 E 8th Street
Suite 400
Wilmington DE 19801
(Counsel to Microsoft)