# EXHIBIT A

**MATTER :**      87601-00001 AHM REGULATORY MATTERS
**CURRENCY :**    USD

**INVOICE :**     5716601
**DATE :**       September 25, 2008

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 08/01/08  Jessica Prahl | 0.80 | 188.00 | B110 | Logged and filed recent productions the SEC and DOJ; organized Creditors Committee productions, per J. Kupfer. |
| 08/01/08  Jessica Prahl | 1.50 | 352.50 | B110 | Retrieved and printed documents from production for N. Mitchell. |
| 08/01/08  Jessica Prahl | 2.00 | 470.00 | B110 | Edited Kwaschyn privilege log, per J. Kupfer. |
| 08/01/08  Christopher Redlich | 6.00 | 1,410.00 | B110 | Supervised electronic document productions and creating of privelege logs. |
| 08/01/08  Ben Crum | 3.00 | 585.00 | B110 | Update priv. log |
| 08/04/08  Ben Crum | 4.00 | 780.00 | B110 | Updating priv. log |
| 08/04/08  Jessica Prahl | 1.30 | 305.50 | B110 | Logged DOJ and Creditors Committee productions; per J. Kupfer. |
| 08/04/08  Latasha Cardona | 2.00 | 320.00 | B110 | Correspondence Binder updates. |
| 08/05/08  Jessica Prahl | 1.50 | 352.50 | B110 | Edited and redlined external production log; prepared same for production to the SEC, per J. Kupfer. |
| 08/05/08  Latasha Cardona | 4.00 | 640.00 | B110 | Created new correspondence binders and distributed them to associates who work on the AHM case. |
| 08/06/08  Christopher Redlich | 6.00 | 1,410.00 | B110 | Supervised electronic document productions for SEC. |
| 08/06/08  Christopher Redlich | 1.00 | 235.00 | B110 | Discussions with vendors |
| 08/06/08  Latasha Cardona | 2.00 | 320.00 | B110 | Correspondence Binder updates. |
| 08/06/08  Jodi Pittell | 4.00 | 980.00 | B110 | Updating Johnson privileged log. Updating all production logs with new ranges. |
| 08/07/08  Christopher Redlich | 8.00 | 1,880.00 | B110 | Supervised electronic document productions for the SEC. |
| 08/08/08  Jessica Prahl | 2.70 | 634.50 | B110 | Edited and proofread internal and external production logs, per J. Kupfer. |
| 08/13/08  Jessica Prahl | 1.50 | 352.50 | B110 | Edited production logs; updated case room files with latest productions, per J. Kupfer. |
| 08/14/08  Jessica Prahl | 2.10 | 493.50 | B110 | Organizing "margin call" emails in production for N. Reilly; preparing set to be scanned by vendor for inclusion in database; communicated with Ikon and C. Redlich regarding same. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/14/08  Jodi Pittell | 3.00 | 735.00 | B110 | Discuss outside director materials processing for review with attorneys. Reboxing custodian materials for delivery to vendor for copying and scanning. Arranging with vendor for pickup and processing of materials. |
| 08/15/08  Jessica Prahl | 0.50 | 117.50 | B110 | Updated production logs and filed most recent productions to SEC and Creditor's Committee in case room, per N. Reilly. |
| 08/15/08  Jodi Pittell | 3.00 | 735.00 | B110 | Updating all production logs with two latest production ranges and descriptions. Also, conforming logs. |
| 08/17/08  Jodi Pittell | 4.00 | 980.00 | B110 | Pulling list of documents from cds and hard drives at request of N. Mitchell. |
| 08/18/08  Jessica Prahl | 1.20 | 282.00 | B110 | Updated caseroom files with latest productions, per S. Mehta. |
| 08/18/08  Latasha Cardona | 1.00 | 160.00 | B110 | Correspondence binder updates. |
| 08/18/08  Jodi Pittell | 10.00 | 2,450.00 | B110 | Pulling documents from production materials for attorneys. Reviewing documents in CaseVault database. Updating production logs. |
| 08/19/08  Latasha Cardona | 6.00 | 960.00 | B110 | Helping Jodi with reviewing AHM documents. Also finished Correspondence Binder updates. |
| 08/21/08  Jessica Prahl | 0.70 | 164.50 | B110 | Retrieved and organized production documents for review by S. Mehta. |
| 08/21/08  Latasha Cardona | 1.00 | 160.00 | B110 | Helped Swati with a small binder project. |
| 08/21/08  Mark Mattson | 1.50 | 315.00 | B110 | Prepared redactions per S. Mehta. |
| 08/21/08  Jodi Pittell | 5.00 | 1,225.00 | B110 | Redactions in Board of Directors packets in preparation for production of Outside Director materials. |
| 08/22/08  Mark Mattson | 2.00 | 420.00 | B110 | Prepared redactions and quality-checked production log per S. Mehta. |
| 08/22/08  Jodi Pittell | 2.00 | 490.00 | B110 | Pulling attachments to Bevilaqua emails. |
| 08/25/08  Christopher Redlich | 2.00 | 470.00 | B110 | Conducted QC of production set to be provided to SEC. |
| 08/25/08  Jessica Prahl | 0.50 | 117.50 | B110 | Retrieved and printed attachments to emails for S. Mehta. |
| 08/25/08  Mark Mattson | 5.00 | 1,050.00 | B110 | Prepared documents/exhibits per S. Mehta for filing. |
| 08/26/08  Mark Mattson | 7.00 | 1,470.00 | B110 | Prepared documents/exhibits per S. Mehta for filing. |
| 08/27/08  Latasha Cardona | 3.00 | 480.00 | B110 | AHM Correspondence Binder Updates |
| 08/27/08  Mark Mattson | 6.00 | 1,260.00 | B110 | Prepared documents/exhibits per S. Mehta for filing. |
| 08/28/08  Mark Mattson | 5.00 | 1,050.00 | B110 | Prepared documents/exhibits per S. Mehta for filing. Redacted documents. Reviewed and |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | copy checked documents in production. |
| 08/28/08  Jodi Pittell | 4.00 | 980.00 | B110 | Updating various production logs with information pertaining to past weeks rounds of production. |
| 08/29/08  Mark Mattson | 4.00 | 840.00 | B110 | Prepared documents/exhibits per S. Mehta for filing. Redacted documents. Reviewed and copy checked documents in production. |
| 08/29/08  Jodi Pittell | 3.50 | 857.50 | B110 | Finalizing redactions and review of potentially privileged Board of Directors Meeting documents from files of Outside Directors |
| *******  TOTAL CODE B110: | 134.30 | 29,478.00 | | |

Fee/Employment Applications

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/07/08  Pamela Chepiga | 0.30 | 255.00 | B160 | Attention to emails re: billing and payment issues, including organizing telephonic participation in quarterly bankruptcy court fee hearing. |
| 08/18/08  Nicholas Mitchell | 0.50 | 175.00 | B160 | Participation in a call with the bankruptcy court regarding our outstanding fee applications. |
| 08/25/08  Nathan Reilly | 2.20 | 1,287.00 | B160 | Attention to fee application. |
| 08/26/08  Nathan Reilly | 2.00 | 1,170.00 | B160 | Continue draft of fee application. |
| 08/27/08  Nathan Reilly | 5.40 | 3,159.00 | B160 | Continue work on July fee application. |
| 08/28/08  Nathan Reilly | 2.60 | 1,521.00 | B160 | Finalize fee application for filing. |
| *******  TOTAL CODE B160: | 13.00 | 7,567.00 | | |

Other Contested Matters

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/27/08  Toby Mann | 0.80 | 156.00 | B190 | Hand delivery to Sherman & Sterling LLP for N. Reilly. |
| *******  TOTAL CODE B190: | 0.80 | 156.00 | | |

Fact Investigation / Development

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/05/08  Robert Knuts | 1.50 | 1,140.00 | L110 | Follow up on organizing document production efforts to meet August deadline set by SEC; meetings with colleagues to accomplish same; analysis of documents produced to SEC |
| 08/06/08  Robert Knuts | 2.40 | 1,824.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas; follow-up communications with colleagues concerning August production deadline |
| 08/07/08  Robert Knuts | 1.80 | 1,368.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |
| 08/08/08  Robert Knuts | 2.70 | 2,052.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/11/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |
| 08/13/08  Robert Knuts | 2.40 | 1,824.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |
| 08/14/08  Robert Knuts | 1.80 | 1,368.00 | L110 | Analyze documents in production to SEC; communications with colleagues concerning status of efforts to meet August deadline |
| 08/15/08  Robert Knuts | 2.50 | 1,900.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |
| 08/26/08  Robert Knuts | 2.30 | 1,748.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |
| 08/27/08  Robert Knuts | 2.80 | 2,128.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |
| 08/28/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Analysis of documents being produced to SEC in response to subpoenas |
| *******  TOTAL CODE L110: | 24.60 | 18,696.00 | | |

Analysis / Strategy

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/04/08  Judah I. Kupfer | 1.60 | 560.00 | L120 | Met with other attorneys regarding case issues and tasks. |
| 08/04/08  Nathan Reilly | 0.60 | 351.00 | L120 | Meeting with P. Chepiga, P. Hynes and A. Davies re: case status/ |
| 08/05/08  Judah I. Kupfer | 1.10 | 385.00 | L120 | Met with attorneys to discuss case issues. |
| 08/06/08  Judah I. Kupfer | 2.30 | 805.00 | L120 | Met/corresponded with other attorneys and IT regarding issues relating to document production/review. |
| 08/07/08  Judah I. Kupfer | 1.00 | 350.00 | L120 | Met and corresponded with other attorneys regarding case issues. |
| 08/08/08  Judah I. Kupfer | 0.80 | 280.00 | L120 | Met with attorneys and contract attorneys to discuss cases issues and progress. |
| 08/11/08  Judah I. Kupfer | 1.30 | 455.00 | L120 | Met with attorneys to discuss document review issues and tasks. |
| 08/12/08  Judah I. Kupfer | 0.50 | 175.00 | L120 | Met with attorneys to discuss case issues and tasks. |
| 08/13/08  Judah I. Kupfer | 1.50 | 525.00 | L120 | Met and corresponded with attorneys regarding case issues and tasks. |
| 08/14/08  Judah I. Kupfer | 2.30 | 805.00 | L120 | Met and corresponded with attorneys regarding case issues and tasks. |
| 08/14/08  Swati Mehta | 2.90 | 1,015.00 | L120 | Speak with N. Reilly, N. Mitchell, J. Kupfer, O. Alterman and C. Redlich about privilege logs, production schedule, and review of board of directors materials. Email and meeting with the same. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/15/08  Swati Mehta | 3.00 | 1,050.00 | L120 | Speak with N. Reilly, N. Mitchell, J. Kupfer, O. Alterman, and C. Redlich about document review, production schedule, and Bevilacqua searches for inadvertently produced documents. Email and meeting with the same. |
| 08/26/08  Nicholas Mitchell | 0.90 | 315.00 | L120 | Discussions and correspondence with N. Reilly and others re: document requests from Shearman and Sterling. |
| 08/28/08  Nathan Reilly | 0.50 | 292.50 | L120 | Call with AHM counsel and bankruptcy consultants. |
| *******  TOTAL CODE L120: | 20.30 | 7,363.50 | | |
| **Other Case Assessment, Development & Admin** | | | | |
| 08/04/08  Pamela Chepiga | 0.30 | 255.00 | L190 | 2 telephone conferences with counsel for senior AHM managers re: regulatory matter. |
| 08/04/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Internal A&O conferences re: regulatory developments. |
| 08/04/08  Pamela Chepiga | 1.00 | 850.00 | L190 | Review of report of investigation of NY Commission of Investigation. |
| 08/04/08  Pamela Chepiga | 1.00 | 850.00 | L190 | Document review. |
| 08/05/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Internal A&O strategy conference re: report of NY State Commission of Investigation. |
| 08/05/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Attention to emails with YCST (Patton and Beach) re: SEC. |
| 08/05/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Internal A&O conference re: plan of liquidation and document retention issues. |
| 08/05/08  Pamela Chepiga | 0.70 | 595.00 | L190 | Document review. |
| 08/07/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Attention to email of SEC inquiry re: production schedule. |
| 08/11/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Internal update/status conference with R. Knuts and N. Reilly. |
| 08/12/08  Nathan Reilly | 1.00 | 585.00 | L190 | Participate in conference call with SEC re; bankruptcy issues. |
| 08/12/08  Pamela Chepiga | 0.90 | 765.00 | L190 | Telephone conference with SEC, Young Conaway and A&O re: status of proposed plan of liquidation and financial issues. |
| 08/12/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with N. Reilly re: update on production. |
| 08/12/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with CWT re: subpoena and privilege issues. |
| 08/12/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with STB re: subpoena and privilege issues. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/13/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with R. Knuts and N. Reilly re: privilege issues. |
| 08/13/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Review of Delaware case law re: privilege. |
| 08/14/08  Judah I. Kupfer | 0.40 | 140.00 | L190 | Drafted letter to individual counsel. |
| 08/14/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with R. Knuts re: new SEC request. |
| 08/14/08  Nathan Reilly | 1.20 | 702.00 | L190 | E-mail with B. Brichta; phone call with B. Brichta re: SEC request. |
| 08/15/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with N. Reilly re: update on electronic production and new subpoena. |
| 08/15/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Attention to CWT privilege issues. |
| 08/15/08  Judah I. Kupfer | 1.00 | 350.00 | L190 | Corresponded with individual counsel. |
| 08/18/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Attendance at Bankruptcy Court conference via telephonic link and review of quarterly submissions in prep therefore. |
| 08/19/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Attention to internal emails re: production to creditors committee of AHM managers emails. |
| 08/19/08  Pamela Chepiga | 1.50 | 1,275.00 | L190 | Review Chapter 11 plan of liquidation of debtors and disclosure statement. |
| 08/19/08  Pamela Chepiga | 0.50 | 425.00 | L190 | Review of documents re: privilege issues. |
| 08/20/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with R. Knuts re: privilege documents. |
| 08/20/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Conference call with creditors committee/vendors re: email production. |
| 08/21/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Document review. |
| 08/21/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Confrence with S. Mehta and N. Mitchell re: document review. |
| 08/22/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Emails and telephone conferences with D. Koff (CWT) re: privilege issues. |
| 08/28/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Telephone conference with Kroll and M. Morelle re: response to new SEC subpoena. |
| ******* TOTAL CODE L190: | 17.40 | 13,507.00 | | |

Document Production

| | | | | |
|---|---|---|---|---|
| 08/01/08  Judah I. Kupfer | 2.60 | 910.00 | L320 | Supervised document review, distributed assignments and answered questions. |
| 08/01/08  Judah I. Kupfer | 2.00 | 700.00 | L320 | Logged privileged documents and made redactions. |
| 08/01/08  Nicholas Mitchell | 2.10 | 735.00 | L320 | Review of documents in connection with requests by the SEC. |
| 08/01/08  Nicholas Mitchell | 2.60 | 910.00 | L320 | Review of privilege log related to documents withheld from production to the SEC. |
| 08/01/08  Nicholas Mitchell | 2.40 | 840.00 | L320 | Supervising contract attorneys, including |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | assigning documents for their review and answering their questions. |
| 08/01/08  Nathan Reilly | 0.80 | 468.00 | L320 | Draft production cover letters to SEC and DOJ. |
| 08/04/08  Judah I. Kupfer | 5.10 | 1,785.00 | L320 | Corresponded and managed document review and other case issues. |
| 08/04/08  Judah I. Kupfer | 2.50 | 875.00 | L320 | Logged privileged documents. Redacted documents. |
| 08/04/08  Swati Mehta | 0.90 | 315.00 | L320 | Meeting with C. Redlich, N. Reilly, N. Mitchell, and J. Kupfer about document review and production. Email with the same. |
| 08/04/08  Nathan Reilly | 0.50 | 292.50 | L320 | Call with SEC re: document production. |
| 08/04/08  Nathan Reilly | 0.30 | 175.50 | L320 | Call with R. Knuts re: document production issues. |
| 08/04/08  Nathan Reilly | 0.80 | 468.00 | L320 | Meeting with review team re: production schedule. |
| 08/04/08  Nathan Reilly | 0.30 | 175.50 | L320 | Draft e-mail to V. Sherman. |
| 08/05/08  Judah I. Kupfer | 8.10 | 2,835.00 | L320 | Logged documents and made redactions and prepared privilege and production logs for production. |
| 08/05/08  Judah I. Kupfer | 2.00 | 700.00 | L320 | Supervised document review and answered questions from contract attorneys. |
| 08/05/08  Swati Mehta | 6.00 | 2,100.00 | L320 | Review of privileged documents and redactions for custodian Neer. |
| 08/05/08  Swati Mehta | 2.20 | 770.00 | L320 | Meeting with C. Redlich, N. Reilly, N. Mitchell, and J. Kupfer about document review and production. Email with the same. |
| 08/05/08  Nicholas Mitchell | 1.10 | 385.00 | L320 | Internal meeting and discussions of document review, contract attorney staffing and related matters. |
| 08/05/08  Nicholas Mitchell | 4.10 | 1,435.00 | L320 | Redaction of privileged information from documents to be produced to the SEC. |
| 08/05/08  Nicholas Mitchell | 2.80 | 980.00 | L320 | Review of documents in connection with production to the SEC. |
| 08/05/08  Nicholas Mitchell | 1.80 | 630.00 | L320 | Supervising contract attorneys, including dealing with personnel issues, assigning documents for their review and answering their questions. |
| 08/05/08  Nathan Reilly | 5.80 | 3,393.00 | L320 | Attention to privilege and redactions of emails for production to SEC, |
| 08/05/08  Owen Alterman | 5.10 | 2,193.00 | L320 | Document review of material to be produced to the SEC. |
| 08/06/08  Judah I. Kupfer | 2.50 | 875.00 | L320 | Prepared privilege log and production log for production to SEC. |
| 08/06/08  Judah I. Kupfer | 1.50 | 525.00 | L320 | Supervised contract attorney document review. |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | Answered questions and distributed assignments. |
| 08/06/08  Judah I. Kupfer | 4.00 | 1,400.00 | L320 | Redacted privileged documents. |
| 08/06/08  Nathan Reilly | 0.60 | 351.00 | L320 | Meeting with team re: document production issues. |
| 08/06/08  Nathan Reilly | 0.40 | 234.00 | L320 | E-mail with C. Redlich, attention to Creditor Committee issues. |
| 08/06/08  Nathan Reilly | 0.60 | 351.00 | L320 | Draft cover letter to SEC. |
| 08/06/08  Nathan Reilly | 0.40 | 234.00 | L320 | Attention to production log. |
| 08/06/08  Nathan Reilly | 7.60 | 4,446.00 | L320 | Attention to e-mails for privilege and redaction for production to SEC. |
| 08/06/08  Swati Mehta | 1.30 | 455.00 | L320 | Review of privileged documents and redactions for custodian Neer. |
| 08/06/08  Swati Mehta | 1.60 | 560.00 | L320 | Speak with N. Reilly, N. Mitchell, J. Kupfer, C. Redlich, and O. Alterman about document review and production. Meeting and email with the same. |
| 08/06/08  Nicholas Mitchell | 3.10 | 1,085.00 | L320 | Redacted privileged information from documents to be produced to the SEC. |
| 08/06/08  Nicholas Mitchell | 2.10 | 735.00 | L320 | Supervised contract attorneys, including assigning documents for their review and answering their questions. |
| 08/06/08  Owen Alterman | 8.60 | 3,698.00 | L320 | Document review of material to be produced to the SEC. |
| 08/07/08  Judah I. Kupfer | 0.60 | 210.00 | L320 | Prepared privilege and production logs for production to the SEC. |
| 08/07/08  Judah I. Kupfer | 2.30 | 805.00 | L320 | Supervised, answered questions and corresponded with contract attorneys regarding document review. Answered questions and distributed assignments. |
| 08/07/08  Judah I. Kupfer | 5.50 | 1,925.00 | L320 | Reviewed documents for privilege and redacted documents. |
| 08/07/08  Nicholas Mitchell | 2.30 | 805.00 | L320 | Supervised contract attorneys, including assigning work for their review and answering their questions about document coding. |
| 08/07/08  Nathan Reilly | 0.50 | 292.50 | L320 | Finalize production cover letter to SEC. |
| 08/07/08  Nathan Reilly | 7.20 | 4,212.00 | L320 | Meeting with document review team; attention to privilege and redacted documents. |
| 08/07/08  Owen Alterman | 6.00 | 2,580.00 | L320 | Document review of material to be produced to the SEC. |
| 08/07/08  Swati Mehta | 2.10 | 735.00 | L320 | Speak with N. Reilly, N. Mitchell, J. Kupfer, and C. Redlich about document review and production. Meeting and email with the same. |
| 08/08/08  Judah I. Kupfer | 5.30 | 1,855.00 | L320 | Redacted documents and reviewed documents |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | for privilege. |
| 08/08/08  Judah I. Kupfer | 1.00 | 350.00 | L320 | Supervised document review including distributing assignments to contract attorneys and answering their questions. |
| 08/08/08  Nicholas Mitchell | 2.60 | 910.00 | L320 | Supervising contract attorneys, including assigning documents for their review and answering their questions about document coding. |
| 08/08/08  Nathan Reilly | 9.00 | 5,265.00 | L320 | Attention to document review issues; communicate with reviewers re: review questions; communication with vendors; review of privileged and redaction materials. |
| 08/08/08  Nathan Reilly | 0.30 | 175.50 | L320 | Communicate with former AHM employee re: document issues. |
| 08/08/08  Nathan Reilly | 0.30 | 175.50 | L320 | Finalize production cover letter to SEC. |
| 08/08/08  Owen Alterman | 7.30 | 3,139.00 | L320 | Document review of material to be produced to the SEC. |
| 08/08/08  Swati Mehta | 3.90 | 1,365.00 | L320 | Review of privileged documents for custodian Loeffler. Redactions for custodian Loeffler. |
| 08/08/08  Swati Mehta | 1.80 | 630.00 | L320 | Speak with N. Reilly, N. Mitchell, J. Kupfer, and C. Redlich about document review and production. Email with the same. |
| 08/09/08  Nicholas Mitchell | 4.60 | 1,610.00 | L320 | Redaction of privileged material from documents to be produced to the SEC. |
| 08/09/08  Nicholas Mitchell | 3.10 | 1,085.00 | L320 | Supervising contract lawyers, including assigning documents for their review and answering their questions about document coding. |
| 08/09/08  Nicholas Mitchell | 1.10 | 385.00 | L320 | Internal discussions regarding status of the document review, tasks to be completed and time targets for individual tasks. |
| 08/09/08  Nicholas Mitchell | 1.20 | 420.00 | L320 | Review of emails in connection with production to the SEC. |
| 08/09/08  Nathan Reilly | 0.80 | 468.00 | L320 | E-mail communication with vendor and review team re: document review issues. |
| 08/09/08  Owen Alterman | 5.60 | 2,408.00 | L320 | Document review of material to be produced to the SEC. |
| 08/10/08  Nicholas Mitchell | 2.00 | 700.00 | L320 | Redaction of privileged information from documents to be produced to the SEC. |
| 08/10/08  Judah I. Kupfer | 4.50 | 1,575.00 | L320 | Reviewed privileged documents and made redactions to privileged documents. |
| 08/10/08  Nathan Reilly | 6.80 | 3,978.00 | L320 | Attention to document production issues and review of privilege and redaction materials. |
| 08/10/08  Owen Alterman | 3.90 | 1,677.00 | L320 | Document review of material to be produced to |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | the SEC. |
| 08/10/08  Swati Mehta | 3.50 | 1,225.00 | L320 | Manage assignments for contract attorneys (review of privileged and redaction documents for custodian Loeffler). Answer questions from contract attorneys. |
| 08/10/08  Swati Mehta | 8.30 | 2,905.00 | L320 | Review of privileged and redaction documents for custodian Loeffler. Redactions for custodian Loeffler. |
| 08/10/08  Swati Mehta | 2.20 | 770.00 | L320 | Email with N. Mitchell, J. Kupfer, and N. Reilly about document review and production. Speak with N. Reilly and J. Kupfer. Speak with contract attorneys about assignments and questions. |
| 08/11/08  Judah I. Kupfer | 6.00 | 2,100.00 | L320 | Reviewed documents for privilege and redacted privileged documents. |
| 08/11/08  Nathan Reilly | 6.60 | 3,861.00 | L320 | Attention to privilege and redacted material; communicate with review team re: open issues. |
| 08/11/08  Nathan Reilly | 0.80 | 468.00 | L320 | Draft cover letter to SEC re: document production' e-mail with Staff re: same. |
| 08/11/08  Nicholas Mitchell | 1.80 | 630.00 | L320 | Dealing with contract attorney personnel issues, including meeting with contract attorneys and discussions with contract attorney service provider. |
| 08/11/08  Nicholas Mitchell | 2.70 | 945.00 | L320 | Review of documents in connection with production of materials to the SEC. |
| 08/11/08  Nicholas Mitchell | 2.40 | 840.00 | L320 | Review of privileged material in connection with preparation of a privilege log for production to the SEC. |
| 08/11/08  Owen Alterman | 3.40 | 1,462.00 | L320 | Document review of material to be produced to the SEC. |
| 08/11/08  Swati Mehta | 3.00 | 1,050.00 | L320 | Manage assignments for contract attorneys, including, answer questions about privilege and redactions, deal with personnel issues in relation to contract attorneys, deal with technical issues such as bad pdfs on Catalyst, and work on final privilege search for Kwaschyn. |
| 08/11/08  Swati Mehta | 3.50 | 1,225.00 | L320 | Attention to document production issues, including review of Loeffler privileged and redacted documents, process redactions, review of documents that contract attorneys questioned or had technical problems with and review of results from Kwaschyn privilege check. |
| 08/11/08  Swati Mehta | 3.80 | 1,330.00 | L320 | Speak with N. Reilly, C. Redlich, N. Mitchell, O. Alterman, and J. Kupfer about document review and production schedule. Email and |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | meeting with the same. |
| 08/12/08  Nathan Reilly | 6.20 | 3,627.00 | L320 | Attention to privilege materials; communicate with review team re: open issues. |
| 08/12/08  Nathan Reilly | 0.30 | 175.50 | L320 | Phone call with P. Chepiga and outside counsel. |
| 08/12/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | Meeting to discuss production status and issues related to the document review. |
| 08/12/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | Internal emails related to contract attorney personnel issues. |
| 08/12/08  Nicholas Mitchell | 6.40 | 2,240.00 | L320 | Redaction of privileged information from documents to be produced to the SEC and review of associated documents. |
| 08/12/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | Supervising contract attorneys, including assigning documents for their review. |
| 08/12/08  Judah I. Kupfer | 7.00 | 2,450.00 | L320 | Reviewed and redacted privileged documents. |
| 08/12/08  Owen Alterman | 8.10 | 3,483.00 | L320 | Document review of material to produced to the SEC. |
| 08/12/08  Swati Mehta | 2.80 | 980.00 | L320 | Manage assignments for contract attorneys. |
| 08/12/08  Swati Mehta | 3.60 | 1,260.00 | L320 | Attention to document production, including review of Kwaschyn privileged and redaction documents, process redactions, and review documents that contract attorneys had questions about or technical issues with. |
| 08/12/08  Swati Mehta | 1.60 | 560.00 | L320 | Speak with N. Reilly, N. Mitchell, J. Kupfer, O. Alterman, and C. Redlich about document review and production schedule. Email and meeting with the same. |
| 08/13/08  Judah I. Kupfer | 2.00 | 700.00 | L320 | Reviewed privileged documents. |
| 08/13/08  Nicholas Mitchell | 3.10 | 1,085.00 | L320 | Review of privileged material in connection with production of documents to the SEC. |
| 08/13/08  Nicholas Mitchell | 1.10 | 385.00 | L320 | Coordinating with C. Redlich to have privilege logs generated, in excel format, for several email custodians. |
| 08/13/08  Nicholas Mitchell | 2.40 | 840.00 | L320 | Supervising contract attorneys, including assigning materials for their review, answering their questions about individual documents and dealing with personnel issues. |
| 08/13/08  Nicholas Mitchell | 1.40 | 490.00 | L320 | Coordinating with D. Rivera (data vendor) regarding technical issues in the database used for document review. |
| 08/13/08  Owen Alterman | 4.90 | 2,107.00 | L320 | Document review of material to be produced to the SEC. |
| 08/13/08  Swati Mehta | 4.70 | 1,645.00 | L320 | Deal with personnel issues in relation to contract attorneys and managing the document |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | review. |
| 08/13/08  Swati Mehta | 2.50 | 875.00 | L320 | Review of Kwaschyn privileged and redaction documents. |
| 08/13/08  Swati Mehta | 2.40 | 840.00 | L320 | Speak with N. Reilly, O. Alterman, N. Mitchell, J. Kupfer, and C. Redlich about document review and production schedule. Email and meeting with the same. |
| 08/13/08  Nathan Reilly | 5.80 | 3,393.00 | L320 | Attention to document production issues; e-mail and calls throughout the day re: remaining email productions; attend internal team meeting. |
| 08/14/08  Judah I. Kupfer | 1.30 | 455.00 | L320 | Redacted privileged information from documents in preparation for production. |
| 08/14/08  Nicholas Mitchell | 0.90 | 315.00 | L320 | Discussions with Update Legal, company providing contract attorneys, re: personnel issues related to the review. |
| 08/14/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Coordinating with C. Redlich re: compiling and editing of privilege logs to be produced to the SEC. |
| 08/14/08  Nicholas Mitchell | 3.80 | 1,330.00 | L320 | Review of privileged documents to be withheld from email production to the SEC. |
| 08/14/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Participated in conference call with data vendor re: regulatory production deadlines and review of production chart discussed during same. |
| 08/14/08  Owen Alterman | 2.40 | 1,032.00 | L320 | Document review; meetings to discuss process. |
| 08/14/08  Swati Mehta | 2.60 | 910.00 | L320 | Attention to document review, including manage assignments for contract attorneys, assign clean up of privilege logs and explain how to write narratives, and deal with personnel issues in relation to contract attorneys. |
| 08/14/08  Swati Mehta | 1.10 | 385.00 | L320 | Review of conflicts in Kwaschyn. Review of privilege log narratives. |
| 08/14/08  Nathan Reilly | 5.20 | 3,042.00 | L320 | Attention to document production issues including calls with vendor; e-mails with same, internal team meetings; finalize production cover letter to Creditors Committee. |
| 08/15/08  Owen Alterman | 2.20 | 946.00 | L320 | Meetings to discuss document review, management of process with vendor BIA; checked previous round of document review. |
| 08/15/08  Swati Mehta | 5.70 | 1,995.00 | L320 | Attention to document prodcution issues, including to speak with vendors about searches for documents in relation to Bevilacqua and dealing with technical problems with Catalyst |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | and CaseVault sites. |
| 08/15/08  Swati Mehta | 6.00 | 2,100.00 | L320 | Review of documents in relation to Bevilacqua search. Review of documents that contract attorneys had questions about. |
| 08/15/08  Nicholas Mitchell | 4.10 | 1,435.00 | L320 | Review of potentially-privileged materials brought up in a search of emails produced to the SEC to address a potential inadvertent production issue. |
| 08/15/08  Nicholas Mitchell | 2.30 | 805.00 | L320 | Supervising contract attorneys, including assigning materials for their review and answering their questions about document coding. |
| 08/15/08  Nathan Reilly | 0.60 | 351.00 | L320 | E-mail with vendors re: production searches. |
| 08/15/08  Nathan Reilly | 5.80 | 3,393.00 | L320 | Communicate with vendors and A&O team re: privilege issue and outstanding email productions, including conference call. |
| 08/16/08  Swati Mehta | 1.00 | 350.00 | L320 | Review of potentially privileged documents in relation to Bevilacqua. |
| 08/16/08  Swati Mehta | 0.30 | 105.00 | L320 | Speak with N. Mitchell about review of potentially privileged documents in relation to the Bevilacqua searches. Email. |
| 08/16/08  Nicholas Mitchell | 4.60 | 1,610.00 | L320 | Review of potentially-privileged materials that were produced to the SEC in connection with ongoing document review. |
| 08/16/08  Nicholas Mitchell | 1.80 | 630.00 | L320 | Preparation of excel spreadsheets to identify materials that need to be printed for review and analysis; coordinating with J. Pittel and A. Novick re: printing of same. |
| 08/16/08  Nicholas Mitchell | 2.60 | 910.00 | L320 | Supervising contract lawyers, including assigning documents for their review and managing their review of documents. |
| 08/18/08  Swati Mehta | 3.30 | 1,155.00 | L320 | Attention to document production issues, including manage assignments for contract attorneys, put together binders of inadvertently produced documents from Bevilacqua search, organize materials to send to R. Knuts and draft letter to SEC regarding inadvertently produced documents. |
| 08/18/08  Swati Mehta | 3.90 | 1,365.00 | L320 | Review of inadvertently produced documents from Bevilacqua search. |
| 08/18/08  Swati Mehta | 1.80 | 630.00 | L320 | Speak with N. Mitchell about document review, production schedule, and Bevilacqua search. Call with O. Alterman, C. Redlich, N. Reilly and N. Mitchell about document review and production schedule. Meeting with P. Chepiga and N. Mitchell about findings from |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | Bevilacqua search of inadvertently produced documents. |
| 08/18/08  Nicholas Mitchell | 1.30 | 455.00 | L320 | Internal correspondence, including calls and emails, regarding anticipated schedule for production of emails to the SEC and adjustments to same. |
| 08/18/08  Nicholas Mitchell | 0.80 | 280.00 | L320 | Call with data vendor to discuss schedule for production of documents. |
| 08/18/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Correspondence with counsel to AHM Creditors' Committee re: materials for production to committee; internal coordination re: producing same. |
| 08/18/08  Nicholas Mitchell | 2.40 | 840.00 | L320 | Review of documents for privilege in connection with preparation of a privilege log. |
| 08/18/08  Owen Alterman | 1.60 | 688.00 | L320 | Coordination with vendor re document production. |
| 08/19/08  Swati Mehta | 2.60 | 910.00 | L320 | Draft letter to SEC regarding inadvertent production of documents in relation to Bevilacqua. (15 mins) Quality control check of productions to be sent to the SEC. (2 hours, 15 mins) |
| 08/19/08  Swati Mehta | 2.00 | 700.00 | L320 | Review of board of directors materials. |
| 08/19/08  Swati Mehta | 1.80 | 630.00 | L320 | Speak with N. Mitchell, N. Reilly, O. Alterman, and C. Redlich about document review and production schedule. Conference call and email with the same. |
| 08/19/08  Nicholas Mitchell | 1.90 | 665.00 | L320 | Correspondence and discussions with counsel to Creditors Committee and others re: production of emails to Creditors Committee and resolving potential metadata issues with same. |
| 08/19/08  Nicholas Mitchell | 0.40 | 140.00 | L320 | Prepared email to Shearman and Sterling re: representaiton of Rebecca Brichta. |
| 08/19/08  Nicholas Mitchell | 0.60 | 210.00 | L320 | Corrspondence with data vendor re: SEC data delivery specifications; relay of substance of these discussion to counsel for Creditors Committee. |
| 08/19/08  Nicholas Mitchell | 2.80 | 980.00 | L320 | Review of documents for privilege in connection with the preparation of a privilege log for the SEC. |
| 08/19/08  Owen Alterman | 2.00 | 860.00 | L320 | Coordination with vendor and A&O team re document production. |
| 08/20/08  Nicholas Mitchell | 1.40 | 490.00 | L320 | Correspondence with counsel to Creditors' Committee re: data production issues. |
| 08/20/08  Nicholas Mitchell | 0.90 | 315.00 | L320 | Conference call with counsel to Creditors' |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | Committee and data vendor re: data production issues. |
| 08/20/08  Nicholas Mitchell | 1.90 | 665.00 | L320 | Internal discussions and emails re: production of emails to Creditors' Committee and resolving technical issues with same. |
| 08/20/08  Nicholas Mitchell | 2.10 | 735.00 | L320 | Supervising contract attorneys, including assigning material for their review and answering their questions about individual documents. |
| 08/20/08  Owen Alterman | 1.00 | 430.00 | L320 | Coordination with vendor re document production. |
| 08/20/08  Swati Mehta | 4.20 | 1,470.00 | L320 | Attention to document production issues, including quality control check of productions received from vendor,  draft production cover letter to SEC and organize sending productions to SEC and manage privilege log assignments for contract attorneys. |
| 08/20/08  Swati Mehta | 1.00 | 350.00 | L320 | Review of Board of Directors materials. |
| 08/20/08  Swati Mehta | 1.50 | 525.00 | L320 | Speak with N. Mitchell and O. Alterman regarding document review and production schedule. Email with N. Reilly, C. Redlich, and R. Knuts. Conference call with vendor. |
| 08/21/08  Swati Mehta | 6.20 | 2,170.00 | L320 | Attention to document production issues, including manage assignments for contract attorneys, QC, draft letter and organize sending and organize discussion regarding inadvertent production of Bevilacqua materials and related clawback request. |
| 08/21/08  Swati Mehta | 5.10 | 1,785.00 | L320 | Attention to document production issues, including review of board of directors materials, review of documents inadvertently produced for potential clawback request and review of documents on privilege log to answer questions from contract attorneys. |
| 08/21/08  Swati Mehta | 1.80 | 630.00 | L320 | Speak with N. Mitchell, O. Alterman, and P. Chepiga about document review, production schedule, and inadvertent production. Speak with J. Pittell and J. Prahl in relation to paralegal assistance. Email with C. Redlich, N. Reilly, R. Knuts, and the same. |
| 08/21/08  Owen Alterman | 1.30 | 559.00 | L320 | Coordination with vendor re document production. |
| 08/21/08  Nicholas Mitchell | 2.10 | 735.00 | L320 | Internal coordination, including discussions and emails, regarding production of materials to the Creditors' Committee. |
| 08/21/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Coordination with Hahn and Hessen, counsel to |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | the Creditors Committee, regarding production of emails and addressing technical issues regarding same. |
| 08/21/08  Nicholas Mitchell | 1.80 | 630.00 | L320 | Supervising contract attorneys, including assigning work for their review and answering their questions about individual documents. |
| 08/22/08  Owen Alterman | 1.30 | 559.00 | L320 | Coordination with vendor re document production. |
| 08/22/08  Swati Mehta | 4.90 | 1,715.00 | L320 | Attention to document production issues, including manage assignments for contract attorneys, QC, draft letter and organize sending, organize productions and clawback of inadvertently produced Bevilacqua materials. |
| 08/22/08  Swati Mehta | 0.50 | 175.00 | L320 | Review of materials that may have been inadvertently withheld for privilege and which may need to be supplementally produced. |
| 08/22/08  Swati Mehta | 1.30 | 455.00 | L320 | Speak with O. Alterman about document review and production schedule. Email with N. Reilly, C. Redlich, and B. Knuts about the same, review of board materials, and inadvertent production. Speak with J. Pittell about paralegal assistance. Conference call with vendor. |
| 08/23/08  Owen Alterman | 0.80 | 344.00 | L320 | Coordination with vendor re document production. |
| 08/23/08  Swati Mehta | 0.40 | 140.00 | L320 | Speak with O. Alterman about productions. Email with the same and vendor regarding productions. |
| 08/24/08  Owen Alterman | 0.40 | 172.00 | L320 | Coordination with vendor re document production. |
| 08/24/08  Swati Mehta | 0.40 | 140.00 | L320 | Speak with O. Alterman about productions. Email with the same and vendor. |
| 08/25/08  Owen Alterman | 0.30 | 129.00 | L320 | Coordination with Nathan Reilly and Chris Redlich re document production. |
| 08/25/08  Nathan Reilly | 2.70 | 1,579.50 | L320 | Communication with document vendors re: production schedule and issues. |
| 08/25/08  Swati Mehta | 1.30 | 455.00 | L320 | Manage assignment of privilege logs for contract attorneys and answer questions. |
| 08/25/08  Swati Mehta | 6.20 | 2,170.00 | L320 | Review of Board of Directors materials. |
| 08/25/08  Swati Mehta | 1.20 | 420.00 | L320 | Speak with C. Redlich, N. Reilly, O. Alterman, J. Pittell, and B. Knuts about document review, production schedule, and inadvertent production. Email with the same. Conference call with vendor. |
| 08/26/08  Nathan Reilly | 1.20 | 702.00 | L320 | Communicate with individual counsel re: |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | documents. |
| 08/26/08  Nathan Reilly | 2.40 | 1,404.00 | L320 | Draft production cover letter to SEC; communicate with vendors re: production issues. |
| 08/26/08  Nathan Reilly | 0.80 | 468.00 | L320 | Review new SEC request; communicate with M. Morelle. |
| 08/26/08  Nathan Reilly | 0.60 | 351.00 | L320 | Communicate with vendors re: privilege issues. |
| 08/26/08  Swati Mehta | 1.10 | 385.00 | L320 | Attention to document productions issues, including manage assignment of privilege logs for contract attorneys and organize clawback of inadvertently produced documents. |
| 08/26/08  Swati Mehta | 3.30 | 1,155.00 | L320 | Review of board of directors materials. |
| 08/26/08  Swati Mehta | 1.60 | 560.00 | L320 | Speak with N. Reilly, C. Redlich, and O. Alterman about document review and production. Conference call with vendor. Email with the same and P. Chepiga |
| 08/27/08  Nathan Reilly | 1.80 | 1,053.00 | L320 | Draft production cover letter to SEC; call with e-discovery vendor; attention to Creditors Committee production. |
| 08/27/08  Swati Mehta | 0.30 | 105.00 | L320 | Manage assignment of privilege logs to contract attorneys. Answer questions. |
| 08/27/08  Swati Mehta | 0.50 | 175.00 | L320 | Speak with C. Redlich, N. Reilly, and O. Alterman about document review and production. Conference call with vendor. Email with the same. |
| 08/28/08  Nathan Reilly | 0.40 | 234.00 | L320 | Draft cover letter to SEC. |
| 08/28/08  Nathan Reilly | 1.20 | 702.00 | L320 | Draft cover letter to Creditors Committee; communication with Creditors Committee counsel re: documents. |
| 08/28/08  Nathan Reilly | 1.40 | 819.00 | L320 | Communicate with individual counsel re: document production issues. |
| 08/28/08  Swati Mehta | 2.60 | 910.00 | L320 | Manage assignment of privilege logs to contract attorneys. Assign review of emails from Cadwalader. Wrap up for the end of the project. |
| 08/28/08  Swati Mehta | 0.40 | 140.00 | L320 | Speak with N. Reilly, C. Redlich, B. Knuts, and O. Alterman about document review and production. Email with the same. Conference call with vendor. |
| 08/29/08  Nathan Reilly | 0.80 | 468.00 | L320 | Attention to Creditors' Committee document requests. |
| 08/29/08  Nathan Reilly | 0.60 | 351.00 | L320 | Communicate with individual counsel re: document productions. |
| 08/29/08  Nathan Reilly | 2.60 | 1,521.00 | L320 | Attention to documents for privilege issues. |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 08/29/08  Nicholas Mitchell | 0.80 | 280.00 | L320 | Review of additional request for documents by the SEC. |
| 08/29/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | Reviewing emails related to the document production. |
| 08/31/08  Judah I. Kupfer | 2.00 | 700.00 | L320 | Read emails and corresponded regarding case tasks and status. |
| *******  TOTAL CODE L320: | 474.40 | 192,674.00 | | |

**MATTER :**     87601-00001 AHM REGULATORY MATTERS
**CURRENCY :**   USD

**INVOICE :**    5716601
**DATE :**       September 25, 2008

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (B110)  Case Administration | 134.30 | 29,478.00 |
| (B160)  Fee/Employment Applications | 13.00 | 7,567.00 |
| (B190)  Other Contested Matters | 0.80 | 156.00 |
| (L110)  Fact Investigation / Development | 24.60 | 18,696.00 |
| (L120)  Analysis / Strategy | 20.30 | 7,363.50 |
| (L190)  Other Case Assessment, Development & Admin | 17.40 | 13,507.00 |
| (L320)  Document Production | 474.40 | 192,674.00 |
| | | |
| GRAND TOTAL | 684.80 | 269,441.50 |

# EXHIBIT B

**Summary of Expenses Incurred**
**(August 1, 2008 – August 31, 2008)[1]**

| Date Incurred | Expense | Amount |
|---|---|---|
| 06/09/2008 | Courier / Federal Express | $7.00 |
| 06/25/2008 | Courier / Federal Express | $30.50 |
| 06/30/2008 | E-discovery | $28,678.13 |
| 06/30/2008 | E-discovery | $19,760.00 |
| 06/30/2008 | Contract Attorney Fee | $361.54 |
| 07/01/2008 | Electronic Legal Research | $129.59 |
| 07/07/2008 | Electronic Legal Research | $799.56 |
| 07/14/2008 | Contract Attorney Fee | $2,710.11 |
| 07/21/2008 | Telephone Charges | $0.31 |
| 07/24/2008 | Telephone Charges | $0.09 |
| 07/25/2008 | Telephone Charges | $0.39 |
| 07/28/2008 | Working Meals | $26.95 |
| 07/28/2008 | Working Meals | $16.48 |
| 07/28/2008 | Working Meals | $25.83 |
| 07/28/2008 | Telephone Charges | $0.29 |
| 07/30/2008 | E-discovery | $230.00 |
| 07/30/2008 | Working Meals | $11.04 |
| 07/31/2008 | E-discovery | $28,162.50 |
| 07/31/2008 | Working Meals | $21.46 |
| 08/01/2008 | Document Reproduction | $0.40 |
| 08/01/2008 | Document Reproduction | $0.40 |
| 08/01/2008 | Contract Attorney Fees | $2,010.00 |
| 08/01/2008 | Contract Attorney Fees | $3,570.00 |
| 08/01/2008 | Contract Attorney Fees | $2,715.00 |
| 08/01/2008 | Contract Attorney Fees | $3,135.00 |
| 08/01/2008 | Contract Attorney Fees | $3,600.00 |
| 08/01/2008 | Contract Attorney Fees | $3,945.00 |
| 08/01/2008 | Contract Attorney Fees | $3,480.00 |
| 08/01/2008 | Contract Attorney Fees | $3,870.00 |
| 08/01/2008 | Contract Attorney Fees | $3,300.00 |
| 08/01/2008 | Contract Attorney Fees | $3,885.00 |
| 08/01/2008 | Contract Attorney Fees | $4,290.00 |
| 08/04/2008 | Working Meals | $14.76 |
| 08/04/2008 | Working Meals | $14.03 |
| 08/04/2008 | Working Meals | $22.52 |
| 08/04/2008 | Document Reproduction | $0.80 |
| 08/04/2008 | Document Reproduction | $3.40 |
| 08/04/2008 | Document Reproduction | $1.00 |
| 08/04/2008 | Document Reproduction | $17.20 |
| 08/04/2008 | Document Reproduction | $1.40 |
| 08/04/2008 | Document Reproduction | $1.20 |

---

[1]    A number of expenses incurred prior to August 1, 2008, and not previously submitted to the Court, have been included here.

| | | |
|---|---|---|
| 08/04/2008 | Document Reproduction | $1.40 |
| 08/04/2008 | Document Reproduction | $2.80 |
| 08/05/2008 | Working Meals | $25.33 |
| 08/05/2008 | Working Meals | $23.15 |
| 08/05/2008 | Document Reproduction | $15.10 |
| 08/05/2008 | Document Reproduction | $21.20 |
| 08/05/2008 | Document Reproduction | $9.80 |
| 08/05/2008 | Document Reproduction | $7.90 |
| 08/05/2008 | Document Reproduction | $10.00 |
| 08/05/2008 | Document Reproduction | $28.50 |
| 08/05/2008 | Document Reproduction | $6.00 |
| 08/05/2008 | Document Reproduction | $7.90 |
| 08/06/2008 | Working Meals | $20.88 |
| 08/06/2008 | Working Meals | $30.64 |
| 08/06/2008 | Document Reproduction | $99.00 |
| 08/06/2008 | Document Reproduction | $0.40 |
| 08/06/2008 | Document Reproduction | $7.90 |
| 08/06/2008 | Document Reproduction | $23.10 |
| 08/06/2008 | Document Reproduction | $1.10 |
| 08/06/2008 | Document Reproduction | $1.60 |
| 08/06/2008 | Car Travel | $27.54 |
| 08/06/2008 | Car Travel | $65.43 |
| 08/06/2008 | Car Travel | $44.88 |
| 08/07/2008 | Courier / Federal Express | $14.61 |
| 08/07/2008 | Working Meals | $30.10 |
| 08/07/2008 | Document Reproduction | $0.40 |
| 08/08/2008 | Courier / Federal Express | $12.39 |
| 08/08/2008 | Document Reproduction | $0.60 |
| 08/08/2008 | Document Reproduction | $1.00 |
| 08/09/2008 | Working Meals | $20.30 |
| 08/10/2008 | Document Reproduction | $2.40 |
| 08/10/2008 | Document Reproduction | $2.30 |
| 08/10/2008 | Document Reproduction | $2.30 |
| 08/10/2008 | Car Travel | $51.77 |
| 08/11/2008 | Courier / Federal Express | $12.39 |
| 08/11/2008 | Working Meals | $19.77 |
| 08/11/2008 | Document Reproduction | $0.40 |
| 08/11/2008 | Document Reproduction | $2.00 |
| 08/11/2008 | Telephone Charges | $0.41 |
| 08/13/2008 | Facsimile Charges | $2.00 |
| 08/14/2008 | Courier / Federal Express | $10.69 |
| 08/14/2008 | Courier / Federal Express | $12.39 |
| 08/14/2008 | Document Reproduction | $1.20 |
| 08/14/2008 | Document Reproduction | $0.20 |
| 08/14/2008 | Document Reproduction | $0.20 |
| 08/14/2008 | Document Reproduction | $8.10 |
| 08/14/2008 | Document Reproduction | $51.90 |
| 08/14/2008 | Document Reproduction | $12.90 |
| 08/14/2008 | Document Reproduction | $0.60 |

| | | |
|---|---|---|
| 08/14/2008 | Document Reproduction | $2.40 |
| 08/14/2008 | Document Reproduction | $1.80 |
| 08/14/2008 | Document Reproduction | $3.30 |
| 08/14/2008 | Document Reproduction | $3.30 |
| 08/14/2008 | Document Reproduction | $60.40 |
| 08/14/2008 | Document Reproduction | $3.30 |
| 08/14/2008 | Telephone Charges | $22.58 |
| 08/14/2008 | Telephone Charges | $0.09 |
| 08/15/2008 | Car Travel | $37.00 |
| 08/15/2008 | Car Travel | $11.80 |
| 08/15/2008 | Courier / Federal Express | $12.39 |
| 08/15/2008 | Document Reproduction | $5.80 |
| 08/15/2008 | Document Reproduction | $3.00 |
| 08/15/2008 | Telephone Charges | $27.19 |
| 08/15/2008 | Working Meal | $30.00 |
| 08/16/2008 | Working Meals | $17.09 |
| 08/16/2008 | Telephone Charges | $0.09 |
| 08/17/2008 | Document Reproduction | $1.20 |
| 08/17/2008 | Document Reproduction | $8.60 |
| 08/17/2008 | Document Reproduction | $6.00 |
| 08/17/2008 | Document Reproduction | $1.20 |
| 08/17/2008 | Contract Attorney Fee | $2,925.00 |
| 08/17/2008 | Contract Attorney Fee | $2,925.00 |
| 08/17/2008 | Contract Attorney Fee | $2,805.00 |
| 08/17/2008 | Contract Attorney Fee | $3,060.00 |
| 08/17/2008 | Contract Attorney Fee | $3,105.00 |
| 08/17/2008 | Contract Attorney Fee | $2,700.00 |
| 08/17/2008 | Contract Attorney Fee | $1,890.00 |
| 08/17/2008 | Contract Attorney Fee | $1,545.00 |
| 08/17/2008 | Contract Attorney Fee | $1,590.00 |
| 08/17/2008 | Contract Attorney Fee | $1,455.00 |
| 08/17/2008 | Contract Attorney Fee | $3,060.00 |
| 08/18/2008 | Courier / Federal Express | $23.16 |
| 08/18/2008 | Working Meals | $27.94 |
| 08/18/2008 | Document Reproduction | $0.60 |
| 08/18/2008 | Document Reproduction | $1.80 |
| 08/18/2008 | Document Reproduction | $1.20 |
| 08/18/2008 | Document Reproduction | $3.60 |
| 08/18/2008 | Document Reproduction | $0.40 |
| 08/18/2008 | Document Reproduction | $2.40 |
| 08/18/2008 | Document Reproduction | $10.40 |
| 08/18/2008 | Document Reproduction | $1.20 |
| 08/18/2008 | Document Reproduction | $2.00 |
| 08/18/2008 | Document Reproduction | $1.10 |
| 08/18/2008 | Document Reproduction | $12.20 |
| 08/18/2008 | Document Reproduction | $9.50 |
| 08/18/2008 | Document Reproduction | $5.00 |
| 08/18/2008 | Document Reproduction | $5.30 |
| 08/18/2008 | Document Reproduction | $1.00 |

| | | |
|---|---|---|
| 08/18/2008 | Document Reproduction | $5.30 |
| 08/18/2008 | Document Reproduction | $7.10 |
| 08/18/2008 | Document Reproduction | $7.40 |
| 08/18/2008 | Car Travel | $65.43 |
| 08/18/2008 | Telephone Charges | $0.09 |
| 08/18/2008 | E-discovery | $3,048.03 |
| 08/18/2008 | E-discovery | $187.60 |
| 08/19/2008 | Document Reproduction | $0.80 |
| 08/19/2008 | Telephone Charges | $0.12 |
| 08/19/2008 | Telephone Charges | $0.09 |
| 08/20/2008 | Document Reproduction | $2.20 |
| 08/20/2008 | Document Reproduction | $2.20 |
| 08/20/2008 | Document Reproduction | $2.80 |
| 08/20/2008 | Document Reproduction | $3.30 |
| 08/20/2008 | Document Reproduction | $1.00 |
| 08/20/2008 | Document Reproduction | $3.30 |
| 08/20/2008 | Document Reproduction | $3.90 |
| 08/20/2008 | Document Reproduction | $1.10 |
| 08/20/2008 | Document Reproduction | $2.20 |
| 08/20/2008 | Document Reproduction | $3.10 |
| 08/20/2008 | Document Reproduction | $11.60 |
| 08/20/2008 | Document Reproduction | $6.00 |
| 08/20/2008 | Document Reproduction | $1.10 |
| 08/20/2008 | Document Reproduction | $2.80 |
| 08/20/2008 | Document Reproduction | $2.30 |
| 08/20/2008 | Document Reproduction | $2.30 |
| 08/20/2008 | Document Reproduction | $4.10 |
| 08/20/2008 | Document Reproduction | $1.60 |
| 08/20/2008 | Document Reproduction | $1.00 |
| 08/20/2008 | Document Reproduction | $3.90 |
| 08/20/2008 | Document Reproduction | $3.80 |
| 08/20/2008 | Document Reproduction | $1.10 |
| 08/20/2008 | Document Reproduction | $6.00 |
| 08/20/2008 | Document Reproduction | $3.30 |
| 08/20/2008 | Document Reproduction | $2.10 |
| 08/20/2008 | Document Reproduction | $1.30 |
| 08/20/2008 | Document Reproduction | $5.20 |
| 08/20/2008 | Document Reproduction | $6.90 |
| 08/20/2008 | Document Reproduction | $6.90 |
| 08/20/2008 | Document Reproduction | $2.10 |
| 08/20/2008 | Document Reproduction | $5.20 |
| 08/20/2008 | Document Reproduction | $3.80 |
| 08/20/2008 | Document Reproduction | $33.60 |
| 08/20/2008 | Document Reproduction | $12.60 |
| 08/20/2008 | Document Reproduction | $1.30 |
| 08/20/2008 | Document Reproduction | $12.50 |
| 08/20/2008 | Document Reproduction | $2.10 |
| 08/20/2008 | Document Reproduction | $2.40 |
| 08/20/2008 | Document Reproduction | $1.80 |

| 08/20/2008 | Document Reproduction | $11.40 |
|---|---|---|
| 08/20/2008 | Document Reproduction | $1.20 |
| 08/20/2008 | Telephone Charges | $25.28 |
| 08/20/2008 | Telephone Charges | $0.09 |
| 08/20/2008 | E-discovery | $3,380.00 |
| 08/20/2008 | Car Travel | $114.28 |
| 08/21/2008 | Document Reproduction | $0.10 |
| 08/21/2008 | Document Reproduction | $1.70 |
| 08/21/2008 | Document Reproduction | $2.10 |
| 08/21/2008 | Document Reproduction | $1.20 |
| 08/21/2008 | Document Reproduction | $3.10 |
| 08/21/2008 | Document Reproduction | $3.70 |
| 08/21/2008 | Document Reproduction | $1.20 |
| 08/21/2008 | Document Reproduction | $1.40 |
| 08/21/2008 | Document Reproduction | $1.30 |
| 08/21/2008 | Document Reproduction | $1.40 |
| 08/21/2008 | Document Reproduction | $3.70 |
| 08/21/2008 | Document Reproduction | $57.20 |
| 08/21/2008 | Document Reproduction | $1.10 |
| 08/21/2008 | Document Reproduction | $1.70 |
| 08/21/2008 | Document Reproduction | $1.20 |
| 08/21/2008 | Document Reproduction | $5.20 |
| 08/21/2008 | Document Reproduction | $2.10 |
| 08/21/2008 | Document Reproduction | $4.50 |
| 08/21/2008 | Document Reproduction | $4.40 |
| 08/21/2008 | Document Reproduction | $4.50 |
| 08/21/2008 | Car Travel | $8.10 |
| 08/22/2008 | Courier / Federal Express | $12.39 |
| 08/22/2008 | Facsimile Charges | $3.00 |
| 08/22/2008 | Facsimile Charges | $1.00 |
| 08/22/2008 | Document Reproduction | $4.10 |
| 08/22/2008 | Document Reproduction | $4.00 |
| 08/22/2008 | E-discovery | $275.27 |
| 08/24/2008 | Contract Attorney Fee | $2,880.00 |
| 08/24/2008 | Contract Attorney Fee | $2,820.00 |
| 08/24/2008 | Contract Attorney Fee | $2,700.00 |
| 08/24/2008 | Contract Attorney Fee | $2,415.00 |
| 08/24/2008 | Contract Attorney Fee | $2,955.00 |
| 08/24/2008 | Contract Attorney Fee | $2,820.00 |
| 08/24/2008 | Contract Attorney Fee | $3,000.00 |
| 08/24/2008 | Contract Attorney Fee | $2,520.00 |
| 08/25/2008 | Document Reproduction | $9.00 |
| 08/25/2008 | Document Reproduction | $0.20 |
| 08/25/2008 | Document Reproduction | $0.20 |
| 08/25/2008 | Document Reproduction | $1.00 |
| 08/25/2008 | Document Reproduction | $0.40 |
| 08/25/2008 | Document Reproduction | $0.40 |
| 08/25/2008 | Document Reproduction | $0.80 |
| 08/25/2008 | Document Reproduction | $2.80 |

| | | |
|---|---|---|
| 08/25/2008 | Document Reproduction | $0.30 |
| 08/25/2008 | Document Reproduction | $0.80 |
| 08/25/2008 | Document Reproduction | $0.30 |
| 08/25/2008 | Document Reproduction | $13.00 |
| 08/25/2008 | Document Reproduction | $9.40 |
| 08/25/2008 | Document Reproduction | $9.00 |
| 08/25/2008 | Document Reproduction | $8.20 |
| 08/25/2008 | Document Reproduction | $2.00 |
| 08/25/2008 | Document Reproduction | $2.00 |
| 08/25/2008 | E-discovery | $880.00 |
| 08/26/2008 | Courier / Federal Express | $14.61 |
| 08/26/2008 | Document Reproduction | $3.90 |
| 08/26/2008 | Document Reproduction | $0.40 |
| 08/26/2008 | Document Reproduction | $0.40 |
| 08/26/2008 | Document Reproduction | $5.20 |
| 08/26/2008 | Document Reproduction | $1.50 |
| 08/26/2008 | Document Reproduction | $1.60 |
| 08/26/2008 | Document Reproduction | $3.20 |
| 08/26/2008 | Document Reproduction | $29.10 |
| 08/26/2008 | Document Reproduction | $2.10 |
| 08/26/2008 | E-discovery | $224.23 |
| 08/26/2008 | E-discovery | $4,486.73 |
| 08/27/2008 | Document Reproduction | $0.20 |
| 08/27/2008 | Document Reproduction | $4.30 |
| 08/27/2008 | Document Reproduction | $0.40 |
| 08/27/2008 | Document Reproduction | $8.80 |
| 08/27/2008 | Document Reproduction | $1.00 |
| 08/27/2008 | Document Reproduction | $2.10 |
| 08/28/2008 | Working Meals | $23.10 |
| 08/28/2008 | Document Reproduction | $1.70 |
| 08/28/2008 | Document Reproduction | $0.40 |
| 08/28/2008 | Document Reproduction | $60.90 |
| 08/28/2008 | Document Reproduction | $0.20 |
| 08/28/2008 | Document Reproduction | $0.10 |
| 08/28/2008 | Document Reproduction | $0.10 |
| 08/28/2008 | Document Reproduction | $1.00 |
| 08/28/2008 | Document Reproduction | $1.40 |
| 08/28/2008 | Document Reproduction | $1.70 |
| 08/28/2008 | Document Reproduction | $1.10 |
| 08/28/2008 | Telephone Charges | $0.12 |
| 08/29/2008 | Document Reproduction | $46.50 |
| 08/29/2008 | Document Reproduction | $8.40 |
| 08/29/2008 | Document Reproduction | $0.10 |
| 08/29/2008 | Document Reproduction | $0.70 |
| 08/29/2008 | Document Reproduction | $0.20 |
| 08/29/2008 | Document Reproduction | $4.00 |
| 08/29/2008 | Telephone Charges | $0.09 |
| 08/29/2008 | E-discovery | $28,356.25 |
| 08/29/2008 | E-discovery | $1,550.00 |

| 08/29/2008 | E-discovery | $1,550.00 |
|---|---|---|
| 08/29/2008 | E-discovery | $7,750.00 |
| 08/29/2008 | E-discovery | $775.00 |
| 08/29/2008 | E-discovery | $3,875.00 |
| 08/30/2008 | Contract Attorney Fees | $2,100.00 |
| 08/30/2008 | Contract Attorney Fees | $3,000.00 |
| 08/30/2008 | Contract Attorney Fees | $2,880.00 |
| 08/30/2008 | Contract Attorney Fees | $3,000.00 |
| 08/30/2008 | Contract Attorney Fees | $3,000.00 |
| 08/30/2008 | Contract Attorney Fees | $3,000.00 |
| 08/30/2008 | Contract Attorney Fees | $3,000.00 |
| 08/30/2008 | Contract Attorney Fees | $2,625.00 |
| 08/30/2008 | Contract Attorney Fees | $3,000.00 |
| 08/31/2008 | Contract Attorney Fees | $2,850.00 |
| 08/31/2008 | Contract Attorney Fees | $2,535.00 |
| 08/31/2008 | Contract Attorney Fees | $2,820.00 |
| 08/31/2008 | Contract Attorney Fees | $2,880.00 |
| 08/31/2008 | Contract Attorney Fees | $2,790.00 |
| 08/31/2008 | Contract Attorney Fees | $3,000.00 |
| 08/31/2008 | Contract Attorney Fees | $2,730.00 |
| 08/31/2008 | Contract Attorney Fees | $2,925.00 |
|  |  |  |
|  | **TOTAL** | **$274,454.38** |