IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :   Jointly Administered
         Debtors.                                                         :
                                                                          :   Ref. Nos. 5497
------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL TO
APPLICATION RE: DOCKET NO. 5497**

On August 19, 2008, Kroll Zolfo Cooper, LLC ("Kroll"), Restructuring Specialists for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *Twelfth Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2008 Through July 31, 2008* (the "Application") [*see* Docket No. 5497].  By the Application, Kroll sought approval of $474,358.50 in fees (the "Fees") and $26,519.99 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper, LLC, Stephen F. Cooper and Kevin Nystrom* (the "Retention Order") [*see* Docket No. 606].  Objections to the relief requested in the Application were due to be filed by September 8, 2008.  As of the date hereof, no objections have been filed to the Application.  However, Kroll realized they had inadvertently charged the Debtors' estates $26,970.00 for fees associated with time billed by Mr. Steven Cooper.  Kroll had previously agreed not to charge for Steven Cooper's time after June 30, 2008.  Therefore, the Fees are adjusted to the amount of $447,388.50 (the "Adjusted Fees") and the Expenses

remain in the amount of $26,519.99.  The Court's docket which was last updated September 25, 2008, reflects that no objections to the Application have been filed.

Accordingly, pursuant to the Retention Order the Debtors are now authorized to pay 100% of the Adjusted Fees ($447,388.50) and 100% of the Expenses ($26,519.99) on an interim basis without further Court order.

Dated: Wilmington, Delaware
September 26, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession