UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**MOTION AND ORDER GRANTING**
**ADMISSION PRO HAC VICE**

Thomas G. Macauley ("Movant"), a member in good standing of the Bar of the State of Delaware and an attorney admitted to practice before the United States District Court for the District of Delaware, hereby moves this Court for an order permitting Stephen A. Weisbrod ("Admittee") to appear and practice pro hac vice before the United States Bankruptcy Court for the District of Delaware to represent individual borrowers moving for the appointment of an Official Borrowers Committee (and such a Committee if appointed) in the above-captioned chapter 11 cases. Admittee is a member in good standing of the Bars of the States of Illinois, New York and District of Columbia.

Dated: Wilmington, Delaware
September 30, 2008

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

1991333.1  # 6170

10-1-08

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. He also certifies that he is generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. He further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Stephen A. Weisbrod
GILBERT RANDOLPH LLP
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Motion granted.

Dated: October __, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

1993333.1