# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10/2/2008 @ 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Allan Landis | JPMorgan Chase | Landis Rath & Cobb |
| Matthew McGuire | " | " |
| Sandra Selzer | Greenberg Traurig | WLR Recovery Fund III |
| Gabriel McConaill | Potter Anderson & Corroon | Bank of America |
| Sean Beach | Young Conaway Stargatt & Taylor | Debtors |
| Nathan Grow | " | " |
| David Carickhoff | Blank Rome | |
| Connor Bifferato | | Creditors Committee |
| | | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.