# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HOUSTON, T. CRAIN<br>PO BOX 59<br>3029 BLACK ROCK RD<br>BUTLER, MD 21023 | 730 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$90,448.36 (P)<br>- (U)<br>$90,448.36 (T) | Claim is for claimant's 401k balance. Claimant is able to obtain this amount by requesting a distribution from Schwab. The Debtors do not have control of his 401K plan account balance under federal law |
| LAMB, CARL<br>20 ARONIMINK LANE<br>PINEHURST, NC 28374 | 1600 | 9/17/07 | 07-11051 | $1,978.00 (S)<br>$11,177.47 (A)<br>- (P)<br>- (U)<br>$13,155.47 (T) | Debtors' records indicate loans were not funded by the Debtors and therefore no commissions are due. |
| MASSELLA, RALPH<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | 651 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | Claimant is not entitled to pay for unused vacation time per the Debtors' vacation policy because claimant is a sales employee. |
| MCGUIRE, MARIANNE<br>952 SYLVIA DR<br>WEATHERFORD, TX 76086 | 402 | 9/7/07 | Unspecified | - (S)<br>- (A)<br>$15,631.23 (P)<br>- (U)<br>$15,631.23 (T) | Claim is for alleged unpaid bonus. Claimant is not entitled to bonus per the terms of his employment agreement because he was not employed on the scheduled date of payment. |
| PACE, DON<br>248 PARKWOOD ST<br>RONKONKOMA, NY 11779 | 1333 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>$11,579.17 (P)<br>- (U)<br>$11,579.17 (T) | Claimant was retained by the Debtors and all obligations have been satisfied. |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | 349 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$37,869.09 (P)<br>- (U)<br>$37,869.09 (T) | Claim is for alleged unpaid bonus. Claimant is not entitled to bonus per the terms of his employment agreement because he was not employed on the scheduled date of payment. |
| TULLY, MATTHEW<br>2206 MCNAB AVE<br>LONG BEACH, CA 90815 | 669 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$40,192.00 (P)<br>- (U)<br>$40,192.00 (T) | Claimant is not entitled to pay for unused vacation time per the Debtors' vacation policy because claimant is a sales employee. |

———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 7 Claims | | $1,978.00 (S)<br>- (A)<br>$256,897.32 (P)<br>- (U)<br>$258,875.32 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HATCH, DOUGLAS A (DOUG)<br>2944 CIMINI COURT<br>HENDERSON, NV 89052 | 3080 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$80,000.00 (P)<br>- (U)<br>$80,000.00 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | Reduced to match Debtors' books and records. No documentation provided to support commission claim |
| RESPONSE COMPANIES<br>ATTN MARVIN MORAN<br>23 EAST 39TH STREET<br>NEW YORK, NY 10016 | 1961 | 11/9/07 | 07-11051 | - (S)<br>- (A)<br>$28,583.91 (P)<br>$28,583.91 (U)<br>$28,583.91 (T) | - (S)<br>- (A)<br>- (P)<br>$28,583.91 (U)<br>$28,583.91 (T) | Claimant's asserted claims at different priority levels do not add up to the total asserted amount of claim. |
| SHERATON COLUMBIA<br>ATTN SCOTT HERMANI, DIRECTOR OF FINANCE<br>10207 WINCOPIN CIRCLE<br>COLUMBIA, MD 21044 | 5720 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$28,226.34 (P)<br>$28,226.34 (U)<br>$28,226.34 (T) | - (S)<br>- (A)<br>- (P)<br>$22,846.44 (U)<br>$22,846.44 (T) | Reduced to match Debtor's books and records. Claimant has agreed with reduced amount |
| Totals: | 3 Claim | | | - (S)<br>- (A)<br>$136,810.25 (P)<br>$56,810.25 (U)<br>$136,810.25 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>$51,430.35 (U)<br>$54,430.35 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Reclassified Amount | | Comments |
|---|---|---|---|---|---|---|---|---|
| MANOJ SHARMA<br>17 LORRQAINE CT<br>NORTHPORT, NY 11768 | 6051 | 12/21/07 | 07-11051 | $24,702.50 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | $24,702.50<br>$24,702.50 | -(S)<br>-(A)<br>-(P)<br>(U)<br>(T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| MKM REALTY TRUST II<br>C/O CAROLE LITTMAN<br>300 CONGRESS STREET<br>QUINCY, MA 02169 | 9140 | 1/11/08 | 07-11051 | $80,600.79<br>$80,600.79 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | $80,601.00<br>$80,601.00 | -(S)<br>-(A)<br>-(P)<br>(U)<br>(T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| SWANNER, MARGARET<br>4245 NIPOMO AVE<br>LAKEWOOD, CA 90713 | 111 | 8/23/07 | 07-11051 | $12,980.00<br>$12,980.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | $10,950.00<br>$2,030.00<br>$12,980.00 | -(S)<br>-(A)<br>(P)<br>(U)<br>(T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |
| Totals: | 3 Claim | | | $118,283.29<br>$118,283.29 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | $10,950.00<br>$107,333.50<br>$118,283.50 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reclassified Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ADKINS, THOMAS E. JR.<br>8298 WOODGROVE RD<br>JACKSONVILLE, FL 32256 | 1315 | 9/28/07 | Unspecified | - (S)<br>- (A)<br>$200,000.00 (P)<br>- (U)<br>$200,000.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$189,050.00 (U)<br>$200,000.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| JOHNSON, COLLEEN<br>39 CALLE MARAVILLA<br>SAN CLEMENTE, CA 92673 | 693 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$20,368.82 (P)<br>- (U)<br>$20,368.82 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$9,418.82 (U)<br>$20,368.82 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |
| RADIN, JOHN C.<br>PO BOX 314<br>FAIRFAX STATION, VA 22039 | 1601 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$82,200.00 (P)<br>- (U)<br>$82,200.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$71,250.00 (U)<br>$82,200.00 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |
| RICHARD MICHAEL GROUP, INC.<br>ATTN NICHOLAS KLIMASKI, VP<br>55 W MONROE STE 2660<br>CHICAGO, IL 60614 | 269 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$11,433.78 (P)<br>$7,500.00 (U)<br>$18,933.78 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$18,933.78 (U)<br>$18,933.78 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| WEISSINGER, CHRISTINE A.<br>3121 CORTE LINDA<br>NEWPORT BEACH, CA 92660 | 1779 | 10/26/07 | Unspecified | - (S)<br>- (A)<br>$16,564.80 (P)<br>- (U)<br>$16,564.80 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$5,614.80 (U)<br>$16,564.80 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code. |
| **Totals:** | **5 Claims** | | | - (S)<br>- (A)<br>$330,567.40 (P)<br>$7,500.00 (U)<br>$338,067.40 (T) | | - (S)<br>- (A)<br>$43,800.00 (P)<br>$294,267.40 (U)<br>$338,067.40 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

066585.1001

# EXHIBIT E

DB02:7228886.3

## Exhibit E

### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | 1188 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$12,000.00 (P)<br>- (U)<br>$12,000.00 (T) | 07-11051 | - (S)<br>- (A)<br>$7,720.00 (P)<br>- (U)<br>$7,720.00 (T) | Reduced to match Debtors' books and records |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$12,000.00 (P)<br>- (U)<br>$12,000.00 (T) | | - (S)<br>- (A)<br>$7,720.00 (P)<br>- (U)<br>$7,720.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

DB02:7228886.3

066585.1001

# Exhibit F

## Insufficient Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COOK, RUSSELL W.<br>7501 TULE SPRINGS RD STE 100<br>LAS VEGAS, NV 891316149 | 10101 | 3/14/08 | Unspecified | $203,000.00 (S)<br>- (A)<br>$50,000.00 (P)<br>$88,000.00 (U)<br>$291,000.00 (T) | Claimant has failed to provide additional documentation after multiple requests. |
| Totals: | | | 1 Claim | $203,000.00 (S)<br>- (A)<br>$50,000.00 (P)<br>$88,000.00 (U)<br>$291,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.