IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Ref. Docket Nos. 5181, 5463 and 5920
---------------------------------------------------------------- x

**ORDER (THIRD) SUSTAINING DEBTORS' THIRTEENTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the thirteenth omnibus (substantive) objection [Docket No. 4029] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having already entered a first order [Docket No. 5463] (the "First Order") and a second order [Docket No. 5920] sustaining the Objection; and the Objection having been adjourned with respect to the claims of Donna Melli [POC No. 6815], Waldner's Business Environments, Inc. [POC No. 1741] and American Corporate Record Center, Inc. [POC No. 8520]; and Donna Melli having filed a response to the Objection [Docket No. 5456]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

ORDERED that the claims of the claims of Donna Melli [POC No. 6815], Waldner's Business Environments, Inc. [POC No. 1741] and American Corporate Record Center, Inc. [POC No. 8520] are hereby disallowed and expunged in their entirety; and it is further

ORDERED, that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
October 2, 2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE