September 26, 2008

United States Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE 19801

Re:      American Home Mortgage Servicing
Account No.:      1001480372
Property Address:   22345 E. Via Del Palo
                    Queen Creek, AZ 85242

Bankruptcy Case Number: 07-11050 (CSS)

To whom it may concern:

I must bring to your attention how American Home Mortgage Servicing (AHMS) has handled our mortgage. I am well aware that AHMS had filed bankruptcy and during this period of time, I tried to work with them to come to a solution to the problem that I foresaw happening with my mortgage. My mortgage is an Option ARM and I knew at the time it was going to come due in November 2008 that I would not be able to afford the payment. In April 2008, I contacted AHMS regarding this and was advised to provide them with a Loss Mitigation Statement, which I did.

As of this date, I have contacted AHMS on many occasions, both by telephone and by letter, asking them to work with me on a solution for my situation in an effort to save my credit but my calls and letters were unanswered. Six months later, I am unable to make my mortgage. It seems that as soon as there was an agreement with the bankruptcy court and AHMS, my situation did not matter. I did everything they told me to do to try to resolve this situation but AHMS would not work with me.

Below was my request was to AHMS:

- I have a buyer who will buy the house for the original cost of the loan. However, this same buyer would rather buy this house for the average cost of the home as per the Buyer MLS listing attached. I understand that American Home Mortgage Servicing will be out of all of the interest it would have made had this loan continued on this way, but in reality, we would both be winners. My credit will be saved and American Home Servicing will not have to lose money by selling this home as a bank-owned home.
- I am requesting that American Home Mortgage Servicing forego any prepayment penalty that would be charged as a result of getting out of this loan before the two years are up.

United States Bankruptcy Court
Re: American Home Mortgage Servicing
September 27, 2008
Page Two


I know there is nothing that can be done now but I think it is important for you to understand that with my situation, AMHS is willing to sell my house as bank-owned property (comps are now $130,000) instead of having me finance my original mortgage of $240,000. It makes no sense to me.

Sincerely,

*Laura Rawlings*

Laura Rawlings
2348 W. Impala Avenue
Mesa, AZ 85202
H: 480-730-6682
C: 480-452-9549


cc:    American Home Mortgage Servicing
       ATTN: LOSS MITIGATION DEPARTMENT
       P.O. Box 631730
       Irving, TX 75063-1730