IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                         Debtors.                                :
                                                                 :   Ref No.: 510 & 779
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION, INTER ALIA, LEASE REJECTION, SURRENDER OF PREMISES AND ABANDONMENT OF PROPERTY (5911 KINGSTOWNE VILLATE PARKWAY, FAIRFAX COUNTY, VIRGINIA)**

On August 30, 2007, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Second Motion for an Order, Pursuant to Sections 105, 364 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment [Docket No. 510] (the "Motion"). By the Motion, the Debtors requested, among other things, an order authorizing the rejection of all equipment leases other than those leases relating to equipment located in the properties identified on Exhibit B to the Motion.

BP Kingstown Office Building K LLC (the "Landlord") raised an informal objection to the Motion (the "Objection").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Following good faith negotiations, the Debtors and the Landlord have reached a resolution with respect to the Motion and the Objection which is set forth in the consensual form of order and stipulation (the "Stipulation and Order") attached hereto as Exhibit A. The Stipulation and Order was shared with the Committee. The Committee provided comments, which were incorporated, and has informed the Debtors that it does not have an objection to the Stipulation and Order.

Accordingly, the Debtors respectfully request that the Court enter the Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware  
October 3, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)  
Joel A. Waite (No. 2925)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Margaret B. Whiteman (No. 4652)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600

Counsel for the Debtors and  
Debtors in Possession