EXHIBIT A

DB02:7426069.1    066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                   :  Jointly Administered
                    Debtors.                                       :
                                                                   :  Ref No.: 510 & 779
------------------------------------------------------------------ x

## ORDER APPROVING STIPULATION, INTER ALIA, LEASE REJECTION, SURRENDER OF PREMISES AND ABANDONMENT OF PROPERTY (5911 KINGSTOWNE VILLAGE PARKWAY, FAIRFAX COUNTY, VIRGINIA)

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), for an order pursuant to sections 105(a), 365(a), and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), (i) authorizing the Debtors to reject the Office Leases and the Rejected Equipment Leases (the "Rejected Leases") and (ii) abandon certain of the FF&E; and the Court being satisfied that the rejection of the Rejected Leases and the abandonment of certain of the FF&E is in the best interests of the Debtors, their estates and creditors and is a proper exercise of the Debtors' business judgment; and pursuant to the Stipulation, Inter Alia, Lease Rejection, Surrender of Premises and Abandonment of Property (5911 Kingstowne Village Parkway, Fairfax County, Virginia), (the "Stipulation") it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Stipulation in the form attached hereto as Exhibit 1 is approved; and it is further

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       October ___, 2008

                                                                   Christopher S. Sontchi
                                                                   United States Bankruptcy Judge

EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           *    Chapter 11
                                                                 *
**AMERICAN HOME MORTGAGE**                                       *    Case No. 07-11047-CSS
**HOLDINGS, INC.**, a Delaware corporation, et al.,[1]           *
                                                                 *    Jointly Administered
              Debtors.                                           *
---------------------------------------------------------------- x    **Ref Docket Nos. 510 & 779.**


STIPULATION REGARDING, INTER ALIA, LEASE
REJECTION, SURRENDER OF PREMISES AND ABANDONMENT OF PROPERTY
(5911 KINGSTOWNE VILLAGE PARKWAY, FAIRFAX COUNTY, VIRGINIA)

This Stipulation Regarding, Inter Alia, Lease Rejection, Surrender of Premises and Abandonment of Property (the "Stipulation") is entered into by and between American Home Mortgage Corp. (the "Debtor") and its affiliated debtors and debtors in possession (collectively, the "Debtors") and BP Kingstowne Office Building K LLC (the "Landlord"), and is based on the following facts:

A. **The Chapter 11 Cases**

1. The Debtors commenced the above-captioned chapter 11 cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") on August 6, 2007 (the "Petition Date"). The Debtors continue to operate their business and manage its affairs as a debtor in possession pursuant to section 1107 and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1

**B.    The Lease**

2.    The Debtor and the Landlord are parties to a Deed of Lease, dated July 18, 2006 (the "Lease") pursuant to which the Debtor leased approximately 3,877 rentable square feet of non-residential real property in the building having an address of 5911 Kingstowne Village Parkway, Suite 130, in Kingstowne, Virginia (the "Premises") from Landlord. The Lease provides for monthly base rent in the amount of $10,661.75 (increasing to $10,981.60 effective December 1, 2007), plus certain pass-through costs including operating expenses and real estate taxes (together, "Rent"). As security for its obligations under the Lease, the Debtor provided a cash security deposit in the amount of $10,661.75 (the "Security Deposit"). The Lease has an expiration date of September 1, 2011.

3.    The Debtor did not pay rent under the Lease for August, 2007.

**C.    The Rejection Motion**

4.    On or about August 30, 2007, the Debtors filed the Debtors' Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment (D.I. 510) (the "Motion"). In the Motion, the Debtors sought, among other things, the authority to reject the Lease as of August 31, 2007 and the authority to abandon certain furniture, fixtures and equipment ("FF&E") on the subject premises.

5.    After the Debtors filed the Motion, the Landlord raised an informal limited objection to the Motion. The Debtor and the Landlord subsequently engaged in discussions regarding the rejection of the Lease, and have reached the agreement set forth herein.

6.    On September 18, 2007, the Court entered an Order authorizing and approving the Debtors' rejection of the Lease, effective as of August 31, 2007 (the "Effective Date of

Rejection") (D.I. 779)

7. On March 15, 2008, the Debtors removed the remaining FF&E from the Premises.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

A. The Debtor shall pay to Landlord: (i) pro rata rent under the Lease, in the amount of **$8,598.19**, for the twenty-five (25) days in August, 2007 between the Petition Date and the Effective Date of Rejection; (ii) pro rata rent under the Lease in the amount of **$70,243.73** for the six months and fifteen (15) days between the Effective Date of Rejection and the date upon which the FF&E were removed from the Premises, and shall pay such amount by check within ten business days of the entry of an order approving this Stipulation to the undersigned counsel for the Landlord (the "Pro Rata Rent Payment").

B. Upon payment of the Pro Rata Rent Payment, the Landlord hereby releases and forever discharges the Debtors of and from any and all claims related to the Lease that may be asserted as administrative claims pursuant to sections 365 or 503 of the Bankruptcy Code.

C. Section 362 of the Bankruptcy Code shall be modified solely to permit the Landlord (i) to exercise its right to terminate the Lease effective as of the date of the entry of an order approving this Stipulation and (ii) to apply the Security Deposit to the Debtor's damages for rejection/breach of the Lease.

D. The Debtors shall submit this Stipulation to the Bankruptcy Court for approval and the parties shall in good faith seek to obtain approval of the Stipulation by the Bankruptcy Court in a timely fashion.

E. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same

instrument.

[SIGNATURE PAGE FOLLOWS]

Dated: _____, 2008
Wilmington, Delaware

James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Donald J. Bowman, Jr. Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

Dated: _____, 2008
Wilmington, Delaware

William J. Burnett, Esquire (ID No. 4078)
Flaster/Greenberg P.C.
913 Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 351-1910

-and-

J. David Folds, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 496-7521

ATTORNEY FOR BP KINGSTOWNE OFFICE BUILDING K LLC