IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    : Jointly Administered
         Debtors.                                   :
                                                    : Ref. Docket No. 5447
------------------------------------------------------------------------ x

### CERTIFICATE OF COUNSEL SUBMITTING AN ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On August 15, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5447] (the "Objection"). A hearing on the Objection was scheduled for September 15, 2008, but was continued until October 2, 2008. At the hearing on October 2, 2008, the Court requested that the Debtors submit a revised form of order sustaining the Objection reflecting the adjournment of the Objection with respect to several individual claims that were discussed at the hearing. A revised form of order (the "Revised Order") is attached hereto as Exhibit 1, and a blackline showing changes made to the original form of order without the exhibits is attached hereto as Exhibit 2. The Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: October 3, 2008
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *signature*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession