IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :    Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 8, 2008 AT 9:30 A.M. (ET)

1.  Certain Individuals' Motion for Order Appointing an Official Committee of Borrowers [D.I. 5675, 9/9/08]

    Objection Deadline:     September 25, 2008 at 8:30 a.m., extended for the Debtors to September 25, 2008 at 9:00 p.m.

    Objections/Responses Filed:

    a)  Objection of the Official Committee of Unsecured Creditors to the Motion for Order Appointing an Official Committee of Borrowers Filed by Movants Tilton Jack, Grace Mullins, Mr. and Mrs. Christopher Bilek, Sam Acquisto, Delena LaMacchia and Paula Rush [D.I. 6112, 9/25/08]

    b)  Debtors' Objection to the Motion for Order Appointing Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code [D.I. 6115, 9/25/08]

    c)  Joinder of Penny D. Montague in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6147, 9/30/08]

    d)  Joinder of Florence Dandridge in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6148, 9/30/08]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

    e)    Joinder of Gracie Gravies in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6149, 9/30/08]

    f)    Joinder of Mona Dobben in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6150, 9/30/08]

    g)    Joinder of Johnny and Linda Culpepper in Support of Motion for Order Appointing an Official Committee of Borrowers [D.I. 6151, 9/30/08]

Status: This matter will be going forward.

2.    Disclosure Statement Hearing

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended for the U.S. Trustee to September 10, 2008

Related Documents:

    a)    Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5450, 8/15/08]

    b)    Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5451, 8/15/08]

    c)    Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of September 30, 2008 [D.I. 6154, 9/30/08]

    d)    Blackline of Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of September 30, 2008 [D.I. 6155, 9/30/08]

    e)    Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of September 30, 2008 [D.I. 6156, 9/30/08]

    f)    Blackline of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of September 30, 2008 [D.I. 6157, 9/30/08]

Objections Filed:

    g)    Response of Gregory Sheffield [D.I. 5523, 8/27/08]

    h)    Response of Angelo Ferricane [D.I. 5541, 8/27/08]

    i)    Response of David A. Blate [D.I. 5547, 9/8/08]

j)  Objection of David Crowe [D.I. 5597, 9/3/08]

k)  Paul Deck's Objection and Rejection of Disclosure Statement in its Entirety and Order Mandating Debtors to Furnish Applicant with Copy of Disclosure Statement [D.I. 5598, 9/8/08]

l)  Response of Erik Fleishner [D.I. 5599, 9/8/08]

m)  Objection of Certain California Taxing Authorities [D.I. 5612, 9/8/08]

n)  Objection of Wells Fargo Funding, Inc. to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5614, 9/8/08]

o)  CitiMortgage, Inc.'s Objection to Approval of Disclosure Statement with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5619, 9/9/08]

p)  Lead Plaintiffs' Objection to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5672, 9/9/08]

q)  Deutsche Bank National Trust Co.'s Joinder in Objection of Wells Fargo Financial Funding Inc. [D.I. 5728, 9/9/08]

r)  Joinder of County of Nevada, California as Part of the California Taxing Authorities to the Objection to Disclosure Statement by California Taxing Authorities [D.I. 5730, 9/9/08]

s)  Limited Objection of ACE Group of Companies to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 [D.I. 5787, 9/10/08]

t)  Joinder of EMC Mortgage Corporation to Wells Fargo Funding, Inc.'s Objection to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5788, 9/10/08]

u)  Objection of JPMorgan Chase Bank, National Association to (I) Proposed Disclosure Statement for Debtors' Chapter 11 Plan of Liquidation and (II)

|      | Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes [D.I. 5795, 9/10/08] |
|------|---|
| v)   | Response of Stan Bergum [D.I. 5817, 9/11/08] |
| w)   | Objection of James Youngman [D.I. 5820, 9/11/08] |
| x)   | Response of Gary and Karen Grundy [D.I. 5824, 9/11/08] |
| y)   | Response of Sunshine Custom Cleaning [D.I. 5827, 9/11/08] |
| z)   | Paula Rush's Objection to the Adequacy of the Disclosure Statement [D.I. 5828, 9/11/08] |
| aa)  | Objection to Disclosure Statement by Mark and Irene White [5829, 9/11/08] |
| bb)  | Objection to Disclosure Statement by Kristin Wolf [D.I. 5831, 9/11/08] |
| cc)  | Joinder of County of Yuba, California as Part of California Taxing Authorities to the Objection to Disclosure Statement by California Taxing Authorities [D.I. 5872, 9/15/08] |
| dd)  | Limited Objection of Waterfield Shareholder LLC and Union Federal Bank of Indianapolis to Approval of Disclosure Statement with Respect to the Chapter 11 Plan of Liquidation for the Debtors Dated as of August 15, 2008 [D.I. 6102, 9/24/08] |
| ee)  | Response of Edward Ekas [D.I. 6120, 9/26/08 |
| ff)  | Response of Paul Deck [D.I. 6124, 9/26/08] |
| gg)  | Response of Joe Sgavicchio [D.I. TBD] |
| hh)  | Response of Sherly Fealey [D.I. TBD] |
| ii)  | Response of Town of Pine Knoll Shores [D.I. TBD} |
| jj)  | Informal Response of Countrywide |
| kk)  | Informal Response of SEC |
| ll)  | Informal Response of IRS |
| mm)  | Informal Response of U.S. Trustee |
| nn)  | Informal Response of Northwest Trustee |

        oo)       Informal Response of CSFB

        pp)       Informal Response of Calyon New York Branch

Status: This matter will be going forward.

3. Debtors' Motion Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan, and (IV) Granting Related Relief [D.I. 5554, 8/15/08]

    Objection Deadline:    September 8, 2008 at 4:00 p.m., extended for the U.S. Trustee to September 10, 2008

    Objections Filed:

        a)       Objection of Wells Fargo Funding, Inc. to (I) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Liquidation of the Debtors Dated as of August 15, 2008 and (II) Debtors' Motion for Order Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and Seeking Related Relief [D.I. 5614, 9/8/08]

    b)    Response and Reservation of Rights of Bank of America, N.A., as Administrative Agent, to the Debtors' Motion Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan, and (IV) Granting Related Relief [D.I. 6152, 9/30/08]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
October 6, 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Sean M. Beach
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*