**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket Nos. 3466 and 5610** |

**CERTIFICATE OF COUNSEL SUBMITTING A FORM OF ORDER SUSTAINING MOTION OF GIL QUENTIN ALVAREZ FOR LEAVE TO FILE LATE PROOF OF CLAIM**

On March 25, 2008, Gil Quentin Alvarez filed a motion for leave to file a late proof of claim [Docket No. 3466] in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). On September 8, 2008, the Debtors filed a reservation of rights stating that they did not agree with many of the statements in the Motion, but nevertheless consented to the relief requested [Docket No. 5610]. Mr. Alvarez opposes any reservation of rights by Debtors but agrees with Debtors consenting to the relief requested. Mr. Alvarez and the Debtors have agreed to work in good faith to resolve Mr. Alvarez's claim in a manner that is satisfactory to both parties.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

At the hearing on the Motion held on September 15, 2008, Mr. Alvarez informed the Court that since the Debtors filed a reservation of rights stating that they did not agree with many of the statements in the Motion, Mr. Alvarez asked the Court to direct Debtors counsel to instruct the Debtors not to destroy any documents relevant to Mr. Alvarez's claim. The Debtors' counsel informed the Court that no documents relevant to this matter would be or have been destroyed. The Court then asked counsel to the Debtors to work with Mr. Alvarez in submitting a form of order sustaining the Motion. The Debtors hereby certify that counsel to the Debtors and Mr. Alvarez have communicated and agreed upon the form of order attached hereto as Exhibit A, and request that the Court enter this order at its earliest convenience.

Dated: October 7, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Ref. Docket No. 3466** |

**ORDER SUSTAINING MOTION OF GIL QUENTIN ALVAREZ**
**FOR LEAVE TO FILE LATE PROOF OF CLAIM**

Upon consideration of the motion (the "Motion") of Gil Quentin Alvarez for leave to file a late proof of claim in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"); and the Debtors having filed a reservation of rights as to the Motion [Docket No. 5610] to which Mr. Alvarez opposes but agrees with Debtors having consented to the relief requested; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Motion is sufficient, and that no other or further notice need be provided; and it appearing based on the Motion and the exhibits attached thereto that the relief is warranted; and in consideration that no objections to the Motion were filed; and sufficient cause appearing thereof; it is hereby:

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that Mr. Alvarez's proof of claim shall be, and hereby is, deemed timely filed; and it is further

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that the Debtors and Mr. Alvarez will work together in good faith to resolve Mr. Alvarez's claim in a manner that is satisfactory to both parties; and it is further

ORDERED that no documents relevant to Mr. Alvarez's claim will be destroyed or altered by the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
October ___, 2008

_________________________________
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE