

MARTIN O'MALLEY, Governor
ANTHONY G. BROWN, Lt. Governor
THOMAS E. PEREZ, Secretary

DLLR Home Page • http://www.dllr.state.md.us
DLLR E-mail • mddllr@dllr.state.md.us

October 7, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, DE 19801

Mr. Joseph J. McMahon, Jr, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Dear Judge Sontchi and Mr. McMahon:

    I write to you to let you know of Maryland's interest in ensuring that borrowers have an opportunity to be able to press their claims and to seek appropriate relief against bankrupt mortgage lenders.

    Maryland, like many other states, has been hit with a wave of foreclosures; thousands more will no doubt follow. These foreclosures have had a devastating impact on our residents and our communities. We know from our deep experience in investigating and responding to mortgage abuse in Maryland that too many lenders have broken the law and too many borrowers have been their victims.

    Several mortgage lenders -- such as American Home Mortgage and New Century, to name two of the largest -- that did significant lending in Maryland are already in bankruptcy, and other lenders may follow. Borrowers who were victims of unfair, deceptive or other unlawful practices, many of whose homes and life savings hang in the balance, should have at least the same chance as any other creditor or claimant to be heard and to seek compensation from their lender. That process should be free of conflicts of interest that might prevent a fair resolution of their claims.

    Maryland has been a leader nationally in reigning in predatory mortgage lending and supporting homeowners facing foreclosure. We want to make sure that there is an opportunity for those who already have been victimized to seek justice. I hope that the Court and the United States Trustee's Office will take the available steps to make sure that borrowers are represented in the Chapter 11 process.

Sincerely,

*Thos. E. Perez*

**500 N. Calvert Street, Room 401**
**Baltimore, Maryland 21202**

**410-230-6004 Phone    Fax 410-333-0853**
**TTY USERS, CALL VIA THE MARYLAND**
**RELAY SERVICE**

*Keeping Maryland Working and Safe*   Rev. 1/15/03