UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE | | |
| HOLDINGS, INC., a Delaware corporation | : | |
| *et al.,* [1] | | |
|  | : | Case Number 07-11047 (CSS) |
| Debtors. | | (Jointly Administered) |
|  | : | |

**Hearing Date: October 8, 2008 at 9:00 A.M.**

**STATEMENT OF THE UNITED STATES TRUSTEE TO THE MOTION FOR AN ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE
(DOCKET ENTRY # 5675)**

In response to the motion for an order appointing an official committee of borrowers pursuant to section 1102(a)(2) of the Bankruptcy Code (the "Motion"), Roberta A. DeAngelis, Acting United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, submits:

Initially, recent developments impacting both the housing market and, more broadly, the nation's economy have affected the lives of many United States citizens. The U.S. Trustee is sympathetic to the circumstances confronting current/former homeowners like the borrowers who have moved for appointment of an official committee to represent their interests. The moving

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

borrowers are consumer-stakeholders in these chapter 11 bankruptcy cases whose interests as creditors arguably benefit the most from representation by official committees; absent estate funding to protect their interests as creditors, many borrowers in circumstances like those described in the Motion would not be able to afford counsel.

A party seeking appointment of an official committee in a chapter 11 case must show how its discrete interest within the Bankruptcy Code's distributive scheme is not being adequately represented by the Official Committee of Unsecured Creditors.  Accordingly, courts which have directed the formation of one or more committees in addition to the Creditors' Committee have generally found that the moving creditors (i) have a distinct priority of entitlement to estate property which conflicts with the interests of general unsecured creditors, (ii) do not have an adequate "voice" in the case, and (iii) need the extraordinary remedy of an official committee to adequately represent their interests.

Among the factors which courts consider in determining whether committee formation is necessary to ensure "adequate representation" of creditors, the critical factor in these cases is the purpose(s) which the proposed committee will serve.  To the extent that the Borrowers can demonstrate that their "class" has a distinct interest in ensuring the proper administration of the Debtors' estates for the collective benefit of borrowers, formation of an official committee may be appropriate to protect that interest in connection with the disclosure statement and plan process. To date, the Borrowers have not sufficiently demonstrated how the Debtors' estates, checked by the Creditors' Committee, have failed to adequately protect their interests in <u>estate</u> property (as distinguished from protecting the borrowers' individual causes of action).

2

The U.S. Trustee reserves the right to be heard at the close of the evidence/argument.

Respectfully submitted,

**ROBERTA A. DeANGELIS**
**ACTING UNITED STATES TRUSTEE**

BY:  /s/ Joseph J. McMahon, Jr.
             Joseph J. McMahon, Jr., Esquire (# 4819)
             Trial Attorney
             United States Department of Justice
             Office of the United States Trustee
             J. Caleb Boggs Federal Building
             844 King Street, Room 2207, Lockbox 35
             Wilmington, DE  19801
             (302) 573-6491
             (302) 573-6497 (Fax)

Date:  October 7, 2008