# EXHIBIT A

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
09/23/2008
Account No:    98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 1,376.90 | 3,633.00 | 0.00 | -494.90 | $4,515.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

Page: 1
09/23/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-092M
Statement No:    8

Attn: Alan Horn

Cauthorne

Previous Balance                                      $1,376.90

|  |  | Hours |
|---|---|---|
| 07/16/2008<br>DMS | review draft discovery responses (0.3); teleconference with D. Cuthbertson (0.2); send memo to M. Morelle re: discovery issues (0.2); | 0.70 |
| 08/01/2008<br>DMS | telephone conference with M. Morelle (.2); draft discovery responses (1.0); send to M. Morelle and attorney defending American Home (.1); | 1.30 |
| 08/02/2008<br>DMS | telephone conference with M. Morelle (0.2); revise draft discovery responses and send to M. Morelle and D. Cuthbertson (0.7); | 0.90 |
| 08/04/2008<br>SBV | review and edit responses to interrogatories and document requests (.9); email correspondence to M. Morelle re: discovery responses (.1); telephone conference with M. Morelle re: responsive documents (.2); review AHM documents (.6); telephone calls to/from D. Cuthbertson re: discovery responses (.1); | 1.90 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
09/23/2008

.American Home Mortgage

Account No:    98077-092M
Statement No:    8

Cauthorne

Hours

08/05/2008
SBV    telephone conference with M. Witherspoon re: discovery
responses (.1); telephone calls to/from M. Morelle re:
discovery responses (.1);    0.20

08/06/2008
SBV    email correspondence to and from M. Morelle re:
responses to interrogatories and document requests
(.2); telephone conference with M. Morelle, L. Ogden
and M. Witherspoon re: revisions to responses to
interrogatories and document requests (1.1); email
correspondence to M. Witherspoon re: correspondence
with title insurer (.1);    1.40

08/07/2008
SBV    review M. Witherspoon's revised responses to
interrogatories & document requests (.2); review M.
Morelle's revised responses to interrogatories &
document requests (.2); review email correspondence
from D. Cuthbertson re: discovery responses (.2); review
final responses to interrogatories & document requests
(.1);    0.70

08/26/2008
DMS    review and revise draft of confidential mediation
statement (.9);    0.90

08/28/2008
DMS    respond to inquiry from counsel re: supplemental
responses to AHM's discovery requests (.9); review draft
of confidential settlement conference statement (.3);    1.20

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
09/23/2008
Account No:    98077-092M
Statement No:    8

Cauthorne

| | | Hours | |
|---|---|---|---|
| 08/29/2008 | | | |
| DMS | review correspondence from counsel (.3); review correspondence from M. Morelle (.2); telephone conference with M. Morelle (.2); | 0.70 | |
| | For Current Services Rendered | 9.90 | 3,633.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 5.70 | $420.00 | $2,394.00 |
| Sandra B. Vipond | 4.20 | 295.00 | 1,239.00 |
| Total Current Work | | | 3,633.00 |

| | | | |
|---|---|---|---|
| 08/22/2008 | Payment - Thank you. | | -230.30 |
| 08/22/2008 | Payment - Thank you. | | -264.60 |
| | Total Payments | | -494.90 |
| | Balance Due | | $4,515.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     JULY - AUGUST     2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
09/23/2008
Account No:       98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-001 General Representation | 0.00 | 0.00 | $0.00 |
| 98077-046 SEC v. NJ Affordable Homes | 178.50 | 0.00 | $178.50 |
| 98077-061 Arkansas Condos | 457.50 | 67.09 | $524.59 |
| 98077-066 Johnson v. Wheeler | 324.50 | 0.00 | $324.50 |
| 98077-068 First American Title Insurance Co. | 7,000.00 | 2,493.56 | $9,493.56 |
| 98077-073 Sohmer | 306.00 | 0.00 | $306.00 |
| 98077-079 Rush v. American Home | 688.50 | 0.00 | $688.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
09/23/2008
Account No:       98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-089 Post Petition Representation | 21,686.50 | 498.96 | $22,185.46 |
| | 30,641.50 | 3,059.61 | $33,701.11 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

General Representation

|  |  | Page: 1 |
|---|---|---|
|  |  | 09/23/2008 |
|  | Account No: | 98077-001M |
|  | Statement No: | 105 |

Your trust account #1 balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $0.00 |
| 09/09/2008 | Deposit - reim from Thomson Hine | 2,116.25 |
|  | Closing Balance | $2,116.25 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
09/23/2008
Account No:    98077-046M
Statement No:    32

SEC v. NJ Affordable Homes

|  |  | Hours |  |
|---|---|---|---|
| 08/05/2008 |  |  |  |
| NWH | review docket sheet for updates, any activity in Amherst adversary action (.3) email to ABC re: whether St. Mary property has been liquidated, completing title claim against Stuart Title (.2) email to D. Souders re: status of same (.2); | 0.70 |  |
|  | For Current Services Rendered | 0.70 | 178.50 |
|  | Total Current Work |  | 178.50 |
|  | Balance Due |  | $178.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

Page: 1
09/23/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-061M
Statement No:    27

Attn: Alan Horn

Arkansas Condos

|  |  | Hours |  |
|---|---|---|---|
| 07/23/2008 | | | |
| MEH | draft motion, memo and proposed order for dismissal as to BHS & Thompson under Rule 41(a) (1.5); | 1.50 | |
| 07/28/2008 | | | |
| HOB | prepare and organize documents for electronic filing with Court (.7); | 0.70 | |
| 07/29/2008 | | | |
| HOB | prepare and organize documents to be forwarded to parties on certificate of service (.3); | 0.30 | |
| | For Current Services Rendered | 2.50 | 457.50 |

| | |
|---|---|
| Photocopy Expenses | 1.80 |
| Postage Expenses | 1.18 |
| Local Counsel Fees | 64.11 |
| Total Expenses Posted Through 08/31/2008 | 67.09 |
| Total Current Work | 524.59 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH Street, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
09/23/2008
Account No:   98077-061M
Statement No:              27

Arkansas Condos

Balance Due                                                    $524.59

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

| | |
|---|---|
| | Page: 1 |
| | 09/23/2008 |
| Account No: | 98077-066M |
| Statement No: | 26 |

Johnson v. Wheeler

| | | | Hours | |
|---|---|---|---|---|
| 07/07/2008 | | | | |
| KDT | emails with Jacksons' counsel re: forebearance of foreclosure (0.1); | | 0.10 | |
| 07/16/2008 | | | | |
| KDT | email from borrowers' counsel re: workout (0.1); research current status of loan and communications with client re: workout (0.2); email to client requesting contact in servicing (0.1); email to opposing counsel re: status (0.1); telephone call from client re: status of loan (0.1); telephone call from client re: referral to loss mitigator (0.1); | | 0.70 | |
| 07/17/2008 | | | | |
| KDT | email to opposing counsel referring Jacksons to loss mitigation (0.1); email to client re: same (0.1); email from opposing counsel re: referral (0.1); | | 0.30 | |
| | For Current Services Rendered | | 1.10 | 324.50 |
| | Total Current Work | | | 324.50 |
| | Balance Due | | | $324.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Johnson v. Wheeler

Page: 2
09/23/2008
Account No:   98077-066M
Statement No:          26

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
tel 202 628 2000
fax 202 628 2011
Federal Tax ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

Page: 1
09/23/2008
American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-068M
Statement No:    21

Attn: Alan Horn

First American Title Insurance Co.

| | | Hours |
|---|---|---|
| **07/01/2008** | | |
| DMS | teleconference with R. Hardman (0.5); send memo to client re: status of case (0.5); finalize responses to discovery from Otlowski (0.9); | 1.90 |
| VTL | review, revise and supplement responses to Otlowski's first set of interrogatories; | 1.30 |
| **07/02/2008** | | |
| DMS | teleconference with D. Tarta (0.5); teleconference with S. Charles re: depositions and discovery issues (0.5); | 1.00 |
| **07/07/2008** | | |
| KDT | multiple emails re: depositions of D. Tarta and S. Charles (0.2); review email to R. Hardman re: case strategy (0.1); review interrogatory responses to First American (0.2); review email to R. Hardman re: ownership of loans (0.1); analyze loan ownership (0.3); review letter from First American outlining of perceived infirmities in AHM's interrogatory responses (0.2); analysis of issues presented in letter and development of responses thereto (3.4); | 4.50 |
| **07/08/2008** | | |
| KDT | review and analyze discovery correspondence from First | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
09/23/2008
American Home Mortgage

Account No:    98077-068M
Statement No:          21

First American Title Insurance Co.

|  |  | Hours |
|---|---|---|
| | American (0.6); research references to K. Yurcak, disclosed in initial disclosures by Neuman (0.4); deposition planning for 4 upcoming depositions (0.3); | 1.30 |
| 07/09/2008 KDT | receipt/reviews of letter from First America re: further alleged deficiencies with AHM production (0.2); review and analyze second request for production from First American (0.4); research re: limitations on depositions (1.1); | 1.70 |
| 07/10/2008 DMS | telephone conference with M. Morelle (0.5); send memo to M. Morelle with loans at issue (0.2); | 0.70 |
| 07/11/2008 KDT | research limitations on corporate depositions (2.1); research standard for limits on numbers of depositions (0.6); document review in support of upcoming depositions (3.2); preparation for Otlowski deposition (1.3); email from opposing counsel re: deposition dates (0.1); receipt/review of Edelman/Fialk deposition transcripts (0.6); | 7.90 |
| 07/15/2008 DMS | teleconference with R. Grundlock re: dismissal (0.2); review and finalize stipulation of dismissal (0.3); | 0.50 |
| KDT | multiple emails with counsel re: dismissal of case (0.2); research and draft stipulation of dismissal without prejudice (0.5); | 0.70 |
| 07/16/2008 DMS | finalize and file notice of dismissal (0.2); teleconference with American Home witnesses re: discovery and | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 3
09/23/2008
Account No: 98077-068M
Statement No: 21

| | Hours | |
|---|---|---|
| depositions (0.2); send memo to client (0.1); | 0.50 | |
| For Current Services Rendered | 22.00 | 7,000.00 |

| | |
|---|---|
| Photocopy Expenses | 8.70 |
| Copy Expenses | 117.03 |
| Postage Expenses | 3.51 |
| Court Reporter/Transcript Fees | 1,562.25 |
| Lexis/Westlaw Research | 53.82 |
| Local Counsel Fees | 748.25 |
| Total Expenses Posted Through 08/31/2008 | 2,493.56 |
| Total Current Work | 9,493.56 |
| Balance Due | $9,493.56 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:       JULY - AUGUST      2008

| | |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 09/23/2008 |
| Melville NY 11747 | Account No:   98077-073M |
| | Statement No:   20 |

Attn: Alan Horn

Sohmer

| | | Hours |
|---|---|---|
| 07/08/2008 NWH | review email from title company appointed counsel re: Foreros not opting into settlement on Butterfield property, how to proceed (.3); | 0.30 |
| 07/31/2008 NWH | email from/to lender's counsel re: joint motion for extension of time to object to dischargeability (.1); email to/from local counsel re: same (.1); review proposed motion (.1); | 0.30 |
| 08/05/2008 NWH | review email from title company appointed counsel re: status of [putative homeowners opting in to settlement, Forero loan, Forero's request to Trustee to take title to the property, subject to liens (.3); review stipulation between Forero and Trustee re: deeding property back to Foreros (.2); review options with regard to Goff property (.1); | 0.60 |

|  |  |  |
|---|---|---|
| For Current Services Rendered | 1.20 | 306.00 |
| Total Current Work | | 306.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

09/23/2008

American Home Mortgage

Account No:   98077-073M
Statement No:          20

Sohmer

Balance Due                                              $306.00

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

Page: 1
09/23/2008
Account No:    98077-079M
Statement No:    14

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Rush v. American Home

| | | Hours | |
|---|---|---|---|
| 07/02/2008 | | | |
| NWH | review P. Rush's motion to lift stay in District Maryland case (.7); outline issues/questions re: same (.5); telephone conference with D. Souders and bankruptcy counsel re: response to same (.5); | 1.70 | |
| 07/03/2008 | | | |
| NWH | telephone call to/message for E. Edwards re: responding to motion to lift stay in Rush matter (.1); telephone call to K. Enos re: status of foreclosure (.1); | 0.20 | |
| 07/07/2008 | | | |
| NWH | telephone call from bankruptcy counsel re: response to P. Rush's motion to lift stay (.2); review reservation of rights filed re: same (.2); | 0.40 | |
| 08/04/2008 | | | |
| NWH | review bankruptcy docket re: motion to lift stay for Rush matter to proceed (.2); review docket in Rush matter re: same (.2); | 0.40 | |
| | For Current Services Rendered | 2.70 | 688.50 |
| | Total Current Work | | 688.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

| | | |
|---|---|---|
| | | Page: 2 |
| American Home Mortgage | | 09/23/2008 |
| | Account No: | 98077-079M |
| | Statement No: | 14 |
| Rush v. American Home | | |

Balance Due                                                $688.50

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JULY - AUGUST    2008

Page: 1
09/23/2008
American Home Mortgage          Account No:    98077-089M
538 Broadhollow Road            Statement No:          16
Melville NY 11747

Attn: Alan Horn

**Post Petition Representation**

|  |  | Hours |
|---|---|---|
| **07/01/2008** | | |
| MMJ | update Annual Renewal Chart (5.0); | 5.00 |
| DMS | draft letter to C. Parker, DC Department of Banking re: reporting requests (0.5); review monthly operating reports for production to DC Department of Banking (0.9); | 1.40 |
| **07/02/2008** | | |
| MMJ | update annual renewal Chart (1.9); draft timeline of annual reports/renewals due (0.9); draft e-mail to C. Colagiacomo re: annual renewal chart (1.0); telephone call from C. Colagiacomo re: GA name change and OH annual report (0.2); | 4.00 |
| HJR | telephone call to/telephone call from MI regulator re: license surrender issue (0.2); confer with M. Jewett re: annual reporting questions, OH annual report issue (0.4); | 0.60 |
| **07/03/2008** | | |
| MMJ | update annual renewal Chart (0.4); | 0.40 |
| HJR | review license and foreign qualification renewal matrix (1.4); confer with M. Jewett re: same (0.2); | 1.60 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
09/23/2008
Account No:    98077-089M
Statement No:    16

Post Petition Representation

|  |  |  | Hours |
|---|---|---|---:|
| **07/07/2008** | | | |
| | MMJ | prepare GA name change notification and supporting documentation (0.7); | 0.70 |
| | HJR | review letter to GA regulator re: name change (0.1); | 0.10 |
| **07/08/2008** | | | |
| | HJR | draft letter to OH regulator re: annual report filing (0.7); draft email to C. Colagiacomo re: same (0.1); | 0.80 |
| | MMJ | finalize and submit GA name change notification (0.1); prepare MA Third Party Loan Servicer License Renewal Application and supporting documentation (1.0); prepare IL Annual Report (0.5); | 1.60 |
| **07/10/2008** | | | |
| | VTL | review and analysis of invoices in support of WBSK's Tenth Fee Application (0.4); | 0.40 |
| **07/11/2008** | | | |
| | VTL | preparation of WBSK's Tenth Fee Application (1.4); meeting with P. Williamson regarding status of payments on past fee applications to update information on WBSK's Tenth Fee Application (0.4); | 1.80 |
| **07/14/2008** | | | |
| | MMJ | prepare MI name change forms (0.6); draft e-mail to C. Colagiacomo re: same (0.1); | 0.70 |
| | HJR | review email to C. Colagiacomo re: MI name change filing (0.3); | 0.30 |
| | VTL | revise and supplement WBSK's Tenth Fee Application (0.2); electronic correspondence with M. Whiteman regarding WBSK's Tenth Fee Application (0.1); | 0.30 |
| **07/15/2008** | | | |
| | HJR | review/revise letter to OH regulator re: annual reporting | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
09/23/2008
Account No:    98077-089M
Statement No:           16

Post Petition Representation

| | | Hours |
|---|---|---|
| | requirement; finalized and submitted same; draft email to C. Colagiacomo re: same (0.4) | 0.40 |
| **07/16/2008** | | |
| HJR | telephone call to MD regulator re: license surrender (0.1); | 0.10 |
| **07/17/2008** | | |
| MMJ | telephone call to C. Colagiacomo re: MI and SD name change notifications (0.2); draft e-mail to C. Colagiacomo re: CA contact information (0.1); prepare MA license renewal application (0.4); | 0.70 |
| HJR | telephone call from MD regulator re: name change and license surrender issues (0.4); | 0.40 |
| **07/18/2008** | | |
| HJR | telephone call to/telephone call from NH regulator re: failure to submit NH licensing information; (0.4); | 0.40 |
| **07/21/2008** | | |
| HJR | prepare NJ lost license affidavits (0.4); draft email to C. Colagiacomo re: same (0.4); review AHM SV, Inc. licenses re: license surrender (0.4); review email to GA regulator re: name change (0.3); draft letter to NH regulator re: punitive action - license surrender (0.7); | 2.20 |
| **07/22/2008** | | |
| HJR | confer with M. Jewett re: licensing issues pertaining to CA name change, OH license surrender, GA name change (0.3); | 0.30 |
| VTL | review docket for status of WBSK's Tenth Fee Application (0.1); review and analysis of various orders pertaining to terms of payment for authorized ordinary course professionals (0.5); | 0.60 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 4
09/23/2008
Account No:   98077-089M
Statement No:   16

| | | Hours |
|---|---|---|
| MMJ | telephone call to GA regulator re: name change notification (0.2); draft e-mail to C. Colagiacomo re: OH renewal (0.2); | 0.20 |
| **07/23/2008** | | |
| MMJ | telephone call to CA, GA, ME, MA, TN, UT regulators re: license surrender (1.4); draft e-mail to TN regulator re: same (0.2); review information submitted to CA regulator re: name change (0.4); | 2.00 |
| HJR | draft letter to NJ regulator re: lost license affidavits (0.4); | 0.40 |
| **07/24/2008** | | |
| HJR | draft letter to NH regulator re: AHM Acceptance license surrender (3.9); draft email to C. Colagiacomo re: same (0.2); | 4.40 |
| DMS | review correspondence from New Hampshire re: surrender of license by American Home Acceptance Inc. (0.2); research suspension procedures (0.3); draft notice of appeal (0.3); telephone conference with New Hampshire counsel re: filing notice of appeal (0.3); | 1.10 |
| **07/25/2008** | | |
| BEA | prepare for and message to M. Morrelle re: settlement issues; | 0.30 |
| DMS | draft and finalize affidavit in support of fee petition (0.9); send to D. Bowman (0.1); draft and revise notice of appeal to New Hampshire Banking Department (0.5); | 1.50 |
| HJR | review/revise letter to NH regulator re: appeal of penalty in connection with license surrender (0.1); telephone call from C. Colagiacomo re: same (0.3); | 1.30 |
| **07/29/2008** | | |
| DMS | prepare fee petition (0.7); | 0.70 |
| HJR | draft letter to MA regulator re: license surrender (1.0); | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 5
09/23/2008
Account No:    98077-089M
Statement No:    16

|  |  | Hours |
|---|---|---|
| | review/draft email to J. Kalas re: same (0.2); | 1.20 |

**07/30/2008**

MMJ — prepare KS Mortgage Company License Application and supporting documentation (2.7); draft memo to C. Colagiacomo re: same (0.5); request publication of NH legal notices for American Home Mortgage Servicing and American Home Mortgage Acceptance (0.6);  **3.80**

HJR — review/draft email to ME regulator re: license surrender (0.2); prepare ME lost license affidavit (0.2); draft email to C. Colagiacomo re: same (0.2); review KS license app (0.5); draft email to C. Colagiacomo re: same (0.7);  **1.80**

**07/31/2008**

MMJ — draft legal notices to be printed in NH newspaper for American Home Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc. (0.5).  **0.50**

VTL — electronic correspondence from B. Anemone regarding expense summary (0.1); review and analysis of WBSK's Tenth Fee Application for information requested by B. Anemone (0.1); telephone conference with B. Anemone regarding WBSK's Tenth Fee Application (0.1); meeting with H. Berkoh regarding backup for expense summary on WBSK's Tenth Fee Application (0.2); meeting with K. Ball regarding backup for expense summary on WBSK's Tenth Fee Application (0.3);  **0.80**

HJR — draft email to J. Kalas re: MA complaints (0.2); review email to MA regulator re: same (0.1);  **0.30**

**08/01/2008**

VTL — review backup for expense summary on WBSK's Tenth Fee Application for submission to trustee's office (.3); electronic correspondence to B. Anemone regarding backup for expense summary on WBSK's Tenth Fee

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

|  |  | Page: 6 |
|---|---|---|
|  |  | 09/23/2008 |
|  | Account No: | 98077-089M |
|  | Statement No: | 16 |

|  |  | Hours |
|---|---|---|
|  | Application (.1); | 0.40 |
| HJR | draft email to S. Alagna re: MA complaints; (0.2); | 0.20 |

**08/04/2008**

| MMJ | telephone call to NH Union Leader re: legal notices for American Home Mortgage Acceptance and American Home Mortgage Servicing, Inc. license surrenders (0.3); telephone call to CA regulator re: license surrender follow-up (0.4); draft e-mail to CA regulator re: same (0.3); finalize and submit MI name change notification (0.9); draft e-mail to C. Colagiacomo re: same (0.2); telephone call to GA regulator re: name change notification (0.5); | 2.60 |
|---|---|---|
| HJR | review email to KS regulator re: licensing issue (0.1); telephone call to KS regulator re: same (0.2); review/draft emails to C. Colagiacomo re: KS license app (0.2); review email to C. Colagiacomo re: MI name change (0.3); | 0.80 |

**08/05/2008**

| HJR | telephone call from KS regulator re: request for license app. (0.3); prepare NMLS login information for C. Colagiacomo (0.2); draft email to C. Colagiacomo re: same (0.2); telephone call to C. Colagiacomo re: same, KS licensing issue (0.2); | 0.90 |
|---|---|---|
| MMJ | update GA forms re: name change notification (1.2); telephone call to TN regulator re: license surrender follow-up (0.1); | 1.30 |

**08/06/2008**

| HJR | telephone call to C. Colagiacomo re: KS licensing inquiry (0.2); | 0.20 |
|---|---|---|
| MMJ | telephone call from C. Colagiacomo re: KS application (0.2); | 0.20 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 7
09/23/2008
Account No:    98077-089M
Statement No:    16

Hours

**08/07/2008**

MMJ     telephone call to MA regulator re: license surrender (0.3);     0.30

HJR     draft email to KS regulator re: license app. request (0.1); draft email to C. Colagiacomo re: same (0.1); KS surety bond (0.1);     0.30

**08/08/2008**

HJR     draft letter to KS regulator re: withdrawal of license app; (0.3);     0.30

SBV     review Beall complaint (.2); review court docket (.1); email correspondence to and from E. Spett re status (.2);     0.50

**08/11/2008**

MMJ     telephone call to MA regulator re: license surrender and renewal (0.3);     0.30

**08/14/2008**

HJR     draft letter to NE regulator re: officer change (1.2); draft letters to AR, GA, TN, MI regulators re: same (0.5); telephone calls to/telephone calls from C. Colagiacomo re: same (0.3); review/draft email to J. Kalas re: same (0.3);     2.30

**08/17/2008**

HJR     review KS license app (0.4);     0.40

**08/18/2008**

MMJ     update, finalize and submit KS application and supporting documentation (2.1); telephone call to C. Colagiacomo re: MU1 Disclosure questions (0.1); draft e-mail to C. Colagiacomo re: same (0.1); update GA

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 8

American Home Mortgage

09/23/2008
Account No:    98077-089M
Statement No:            16

Post Petition Representation

| | | Hours |
|---|---|---|
| | name change forms (0.4); draft e-mail to GA regulator re: same (0.3); | 3.10 |
| SBV | research various state and federal court dockets re: new cases referred by client (2.6); | 2.60 |
| HJR | review KS license app (0.4); review GA name change related app; (0.3); | 0.70 |
| **08/19/2008** | | |
| MMJ | draft e-mail to C. Colagiacomo re: MU1 Disclosure questions (0.1); telephone call to TN regulator re: license surrender follow-up (0.2); | 0.30 |
| SBV | continue researching various state and federal court dockets re: new cases referred by client (1.2); review pleadings and other documents to ascertain case status and upcoming deadlines (3.4) prepare case summaries (2.3); | 6.90 |
| HJR | review/draft email to C. Colagiacomo re: NH surrender process (0.1); | 0.10 |
| DMS | review new adversary complaint from Maryland Bankruptcy court (.9); telephone conference with C. Colagiacomo (.2); send chart with cases to C. Colagiacomo (.3); | 1.40 |
| **08/20/2008** | | |
| DMS | review complaints sent by C. Colagiacomo (1.2); telephone conference with S. Vipond and C. Colagiacomo re: status of pending litigation (.5); | 1.70 |
| SBV | telephone conference with C. Colagiacomo and D. Souders re: status of new cases referred by client (.5); | 0.50 |
| BEA | analysis of complaint. motion for summary judgment by co-defendant and opposition by trustee (1.0); prepare notes (.2); | 1.20 |
| VTL | review billing invoices for conformity to required format in support of WBSK's 11th Fee Application (.3); gather | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 9
09/23/2008
Account No:   98077-089M
Statement No:          16

Post Petition Representation

| | | Hours |
|---|---|---:|
| JDS | and review back up documentation for expenses in support of WBSK's 11th Fee Application (.7); | 1.00 |
| | telephone calls to/from NJ regulator re: abandoned loan files (.2); telephone calls to/from M. Morelle re: same (.3); | 0.50 |
| **08/21/2008** | | |
| BEA | draft answer for MERS (1.4); telephone call and message to attorney for co-defendant (.2); | 1.60 |
| VTL | meeting with D. Souders and P. Williamson regarding back up documentation for expenses in support of WBSK's 11th Fee Application (.3); | 0.30 |
| **08/22/2008** | | |
| BEA | draft answer for MERS (.7); | 0.70 |
| **08/25/2008** | | |
| VTL | meeting with K. Ball regarding CNO and reconciliation of fees paid in WBSK's Tenth Fee Application (.4); preparation of WBSK's 11th Fee Application (1.9); | 2.30 |
| **08/28/2008** | | |
| HJR | review/file GA per loan fee report (0.2); review IL annual report (0.2); research VA annual reporting requirements (0.1); | 0.50 |
| BEA | telephone conference with client re: representation of MERS (.4); revise suggestion of bankruptcy and answer for MERS (.4); messages to and telephone conference with J. Patry of MERS re: representation and deadline (.3); telephone conference with attorney for SunTrust re: status (.2); telephone conference with R. Anderson re: representation issues(.5); | 1.80 |
| MMJ | prepare IL Annual Report Form (0.3); review list of upcoming filings (0.1); draft e-mail to H. Richards re: | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 10
09/23/2008
Account No:    98077-089M
Statement No:    16

| | | Hours | |
|---|---|---|---|
| | same (0.2); telephone call to MS regulator re: transition to NMLS (0.2); | 0.90 | |
| 08/29/2008 | | | |
| BEA | telephone conference with bankruptcy counsel (.4); telephone conference with Chapter 13 trustee (.5); | 0.90 | |
| SBV | review status of new cases (.6); prepare waivers of service re: Beall matter (.3); prepare correspondence to Beall opposing counsel re: waivers of service (.2); | 1.10 | |
| HJR | telephone calls to MS regulator re: NMLS transition request (0.5); telephone call to NMLS call center re: same (0.5); telephone calls to C. Colagiacomo re: same (0.3); prepare MS transfer request (0.2); | 1.50 | |
| | For Current Services Rendered | 87.70 | 21,686.50 |

| | |
|---|---|
| Photocopy Expenses | 306.40 |
| Express Mail/Federal Express Charges | 191.56 |
| Postage Expenses | 1.00 |
| Total Expenses Posted Through 08/31/2008 | 498.96 |
| Total Current Work | 22,185.46 |
| Balance Due | $22,185.46 |

Your trust account #1 balance is

Opening Balance                                            $250.00

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 11

American Home Mortgage

09/23/2008

Account No:    98077-089M

Statement No:    16

Post Petition Representation

Closing Balance                                    $250.00

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.