# EXHIBIT B

DB02:6292330.5    066585.1001

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC  20005
United States

Voice:   202-546-5468
Fax:     202-408-9528

Invoice Number: 25123

Invoice Date: Jun 30, 2008

Page: 1

Sold To:
Ms. Hazel Berkoh
Weiner, Brodsky et al
1300 19th St., NW  5th Fl
Washington,, DC  20036-1609

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 98077.068  OK Hay | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 1009 | Hand Deliver | 6/13/08 | 7/30/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 246 pages scanned @ .11/image | | 27.06 |
| | | 246 electronic bates labels embedded @ .035/number (AHM-FATCO 006397-006643) | | 8.61 |
| | | 5 CD's burned w/custom labels @ $15/CD | | 75.00 |

Check/Credit Memo No: 15247

Subtotal: 110.67
Sales Tax: 6.36
Total Invoice Amount: 117.03
Payment/Credit Applied:
TOTAL: 117.03

# EXHIBIT C

B 3/4
7/14/08
OK to pay
98077.06

NEWELL & HARGRAVES
Attorneys at Law
P.O. Box 1620
Hot Springs, AR  7190

Invoice submitted to:
American Home Mortgage Corp.
c/o Mr. Bruce Alexander
1300 19th Street, N.W.
Fifth Floor
Washington D.C. 20036-1609


July 09, 2008
In Reference To:  American Home Mortgage Corp. vs. Brown Appraisal Services,
                  Inc., et al

Invoice #11

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 6/9/2008 CBN | Letter to clerk forwarding Stipulated Judgment Against Defendants IMS and Gray for entry. | 0.25 |  |
|  | For professional services rendered | 0.25 | $56.25 |

Additional Charges :

| Photocopies |  | 5.00 |
|---|---|---|
| Postage |  | 2.86 |
| Total costs |  | $7.86 |
| Total amount of this bill |  | $64.11 |
| Previous balance |  | $225.00 |
| Balance due |  | $289.11 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Newell, Burt | 0.25 | 225.00 | $56.25 |


2089

# BRAVERMAN KASKEY

A PROFESSIONAL CORPORATION  
ATTORNEYS AT LAW

ONE LIBERTY PLACE, 56TH FLOOR  
PHILADELPHIA, PA 19103-7334  
PH (215) 575-3800   FX (215) 575-3801

Weiner Brodski Sidman Kider PC  
5th Floor  
1300 Nineteenth Street, NW  
Washington, DC  20036-1609

Statement Date:   07/17/2008  
Statement No.           226  
Account No.     70050.025

American Home vs. Fist Mortgage – Fraud, Breach of Contract

| Date | | Description | | |
|---|---|---|---|---|
| 05/30/2008 PJL | | Review correspondence. | 0.10 | |
| 06/04/2008 PJL | | Review correspondence. | 0.10 | |
| 06/06/2008 PJL | | Review correspondence. | 0.30 | |
| 06/09/2008 PJL | | Review correspondence. | 0.10 | |
| 06/10/2008 PJL | | Review correspondence. | 0.10 | |
| 06/12/2008 PJL | | Review correspondence. | 0.20 | |
| 06/17/2008 PJL | | Review correspondence. | 0.10 | |
| 06/25/2008 PJL | | Review correspondence. | 0.10 | |
| | | For Current Services Rendered | 1.10 | 302.50 |

Out-of-pocket expenses:

| | | |
|---|---|---|
| Duplicating | | 33.75 |
| Total Expenses Thru 06/30/2008 | | 33.75 |

| | |
|---|---|
| Weiner Brodski Sidman Kider PC | Page: 2 |
| | July 17, 2008 |
| | File No: 70050-025M |
| | Statement No: 226 |

| | |
|---|---|
| Total Current Work | (336.25) |
| Previous Balance | $7,849.60 |
| Balance Due | $8,185.85 |

When making a payment, kindly refer to the above account number to ensure proper credit to your account.  Thank you.

# BRAVERMAN KASKEY

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

ONE LIBERTY PLACE, 56TH FLOOR
PHILADELPHIA, PA 19103-7334
PH (215) 575-3800   FX (215) 575-3801

Weiner Brodski Sidman Kider PC
5th Floor
1300 Nineteenth Street, NW
Washington, DC 20036-1609

Statement Date:   08/08/2008
Statement No.   227
Account No.   70050.025

American Home vs. Fist Mortgage - Fraud, Breach of Contract

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2008 | PJL | Review correspondence. | 0.10 | |
| 07/03/2008 | PJL | Review correspondence. | 0.10 | |
| 07/11/2008 | PJL | Review correspondence. | 0.10 | |
| 07/16/2008 | DJM | Review rules of procedure regarding stipulations; prepare and e-file Joint Stipulation of Dismissal in District of NJ. | 0.80 | |
| | PJL | Review correspondence, file stipulation re: dismissal. | 0.30 | |
| 07/17/2008 | PJL | Call from client; call to D.S.; call to court re: stp. | 0.40 | |
| 07/18/2008 | PJL | Call from court; review correspondence. | 0.20 | |
| | | For Current Services Rendered | 2.00 | 406.00 |

Out-of-pocket expenses:

| | |
|---|---|
| Duplicating | 6.00 |
| Total Expenses Thru 07/31/2008 | 6.00 |
| Total Current Work | 412.00 |
| Previous Balance | $8,185.85 |

|  |  |
|---|---|
| Weiner Brodski Sidman Kider PC | Page: 2 |
|  | August 08, 2008 |
|  | File No:      70050-025M |
|  | Statement No:           227 |

| Balance Due | $8,597.85 |
|---|---|

When making a payment, kindly refer to the above account number to ensure proper credit to your account.  Thank you.