## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                  :    Chapter 11

                         :

AMERICAN HOME MORTGAGE    :    Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]

                         :    Jointly Administered

             Debtors.        :    **Ref. Docket No. 5554**

-------------------------------------------------------------- x

### NOTICE OF FILING REVISED PROPOSED FORM OF ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, INCLUDING (A) APPROVING FORM AND MANNER OF SOLICITATION PACKAGES, (B) APPROVING THE FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING, (C) ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR DISTRIBUTION OF SOLICITATION PACKAGES, (D) APPROVING FORMS OF BALLOTS, (E) ESTABLISHING DEADLINE FOR RECEIPT OF BALLOTS, AND (F) APPROVING PROCEDURES FOR VOTE TABULATIONS; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN; AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on August 28, 2008, the above-captioned

debtors and debtors in possession filed the Debtors' Motion for Order (I) Approving the

Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to

Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Packages,

(B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing

---

[1]    The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief [D.I. 5554] (the "Solicitation Motion"). The Debtors filed a proposed form of order (the "Solicitation Order") contemporaneously with the Solicitation Procedures Motion.

PLEASE TAKE FURTHER NOTICE that, on October 7, 2008, the Debtors filed a revised form of the Solicitation Order (the "Revised Solicitation Order") and all exhibits related thereto.

Attached hereto as Exhibit 1 is the Revised Solicitation Order and all exhibits related thereto. A comparison of the Solicitation Order and the Revised Solicitation Order is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that these proposed forms of order are subject to further modification.

Dated: Wilmington, Delaware
October 7, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Margaretw_

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:7440454.1                                                      066585.1001

# **Exhibit 1**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x  Chapter 11

In re:                                                       :
                                                             : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              : Jointly Administered
                                                             :
                      Debtors.[1]                            : **Docket Ref. No. 5554**

------------------------------------------------------------ x

### ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, INCLUDING (A) APPROVING FORM AND MANNER OF SOLICITATION PACKAGES, (B) APPROVING THE FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING, (C) ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR DISTRIBUTION OF SOLICITATION PACKAGES, (D) APPROVING FORMS OF BALLOTS, (E) ESTABLISHING DEADLINE FOR RECEIPT OF BALLOTS, AND (F) APPROVING PROCEDURES FOR VOTE TABULATIONS; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN; AND (IV) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors

and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to

sections 1125 and 1126 of title 11 of the United States Code (the "Bankruptcy Code"), Rules

2002, 3016, 3017 and 3020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and Rules 3017-1(a) and 3017-1(b) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Unless otherwise defined in herein, all capitalized terms shall have the respective meanings ascribed to them in the Motion.

Rules"), (i) approving the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement"); (ii) establishing procedures for solicitation and tabulation of votes to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as the same may be further amended, modified or supplemented from time to time, the "Plan") including (a) approving the form and manner of the solicitation packages, (b) approving the form and manner of notice of the Confirmation Hearing, (c) establishing a record date and approving procedures for distributing solicitation packages, (d) approving the forms of ballots, (e) establishing the deadline for the receipt of ballots, and (f) approving procedures for tabulating acceptances and rejections of the Plan; (iii) establishing the deadline and procedures for filing objections to confirmation of the Plan; and (iv) granting related relief; and it appearing that adequate and sufficient notice of the Motion has been given under the circumstances; and it further appearing that adequate and sufficient notice, pursuant to Bankruptcy Rule 2002(b), of the hearing to approve the Disclosure Statement has been given; and after due deliberation and upon the Court's determination that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties in interest; and sufficient cause appearing thereof, it is

<strong>HEREBY ORDERED THAT:</strong>

1.    The Motion is granted.

2.    The Disclosure Statement is approved as containing adequate information within the meaning of section 1125 of the Bankruptcy Code.

DB02:7146211.6                    066585.1001

3.      The Debtors shall mail or caused to be mailed to Holders of Claims entitled to vote on the Plan no later than October 20, 2008 a solicitation package containing: (a) written notice (the "Confirmation Hearing Notice"), substantially in the form annexed hereto as Exhibit A, of (i) the Court's approval of the Disclosure Statement, (ii) the deadline for voting on the Plan, (iii) the date of the Confirmation Hearing, and (iv) the deadline and procedures for filing objections to the confirmation of the Plan, which Confirmation Hearing Notice is approved; (b) the Plan in pdf format on a CD-Rom; (c) the Disclosure Statement, substantially in the form approved by the Court, in pdf format on a CD-Rom; (d) the appropriate ballot (substantially in the form annexed hereto as Exhibits B-1 through B-30 and ballot return envelope; and (e) such other information as the Court may direct or approve (collectively, the "Solicitation Package"). The Solicitation Package and the manner of service of the Solicitation Package satisfies the requirements of Bankruptcy Rule 3017(d).

4.      The Debtors shall mail or cause to be mailed to each of the known counterparties to the Deemed Rejected Executory Contracts a Confirmation Hearing Notice and the Disclosure Statement and Plan in pdf format on a CD-Rom.

5.      Pursuant to Bankruptcy Rule 3017(d), the Debtors are not required to transmit a Solicitation Package to the Non-Voting Parties. The Debtors shall mail or cause to be mailed to each Non-Voting Party within fifteen (15) days after the entry of this Order, the Non-Voting Creditor Notice substantially in the form attached hereto as Exhibit C.

6.      The Debtors shall publish notice (the "Publication Notice"), substantially in the form annexed hereto as Exhibit D, in the Wall Street Journal within fifteen (15) days after the entry of this Order.

7.      October 8, 2008 is established as the record date (the "Record Date") for the purposes of determining the creditors and interest holders entitled to receive the Solicitation Package or the Non-Voting Creditor Notice and to vote on the Plan.

8.      Epiq Bankruptcy Solutions, LLC ("Epiq" or the "Balloting Agent") shall tabulate the ballots and certify to the Court the results of the balloting.

9.      The Debtors are permitted to dispense with the mailing of Solicitation Packages or Non-Voting Creditor Notices to addresses and entities to which the notice of the Disclosure Statement hearing was returned by the United States Postal Service as undeliverable, unless the Debtors are provided with an accurate address.

10.     The Ballots, substantially in the form annexed hereto as Exhibits B-1 through B-30 are hereby approved.

11.     All Ballots must be properly executed, completed and delivered to the Balloting Agent by (i) first class mail in the return envelope provided with the Ballots to Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115 or (ii) overnight mail or hand delivery to Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that the Ballots are received on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"), unless extended by the Debtors.  Ballots cast by facsimile, email or other electronic transmission will not be counted unless approved in advance by the Debtors in writing.

12.     For purposes of voting on the Plan, the amount of a claim held by a creditor or the number of any interests held by an interest holder shall be determined pursuant to the following guidelines:

4

a.   The amount of the claim listed in a Debtor's schedule of liabilities if (i) such claim is not scheduled as contingent, unliquidated, undetermined or disputed and (ii) no proof of claim has been timely filed (or otherwise deemed timely filed by the Court under applicable law);

b.   The noncontingent and liquidated amount specified in a proof of claim timely filed with the Court or Epiq (or otherwise deemed timely filed by the Court under applicable law) to the extent the proof of claim is not the subject of an objection filed prior to October 31, 2008 provided that if such an objection is filed, but the amount has been resolved pursuant to a stipulation or order entered by the Court, the voting amount shall be the amount set forth in such stipulation or order;

c.   The amount temporarily allowed in accordance with the EPD/Breach Claim Tabulation Rules (as defined below).

d.   The amount temporarily allowed by the Court for voting purposes, pursuant to Bankruptcy Rule 3018(a), provided that a motion is brought, notice is provided and a hearing is held prior to the Confirmation Hearing, in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules;

e.   Except as otherwise provided in subsection (c) and (d) hereof, with respect to ballots cast by parties whose claims (i) are not listed on a Debtor's schedule of liabilities or (ii) are listed therein as disputed, contingent and/or unliquidated, but who have timely filed proofs of claim in unliquidated or unknown amounts that are not the subject of an objection filed before the commencement of the Confirmation Hearing, such ballots shall be counted in determining whether the numerosity requirement of section 1126(c) of the Bankruptcy Code has been met, but shall not be counted in determining whether the aggregate claim amount requirement has been met.

13.   The Debtors may object to any claim (as defined in section 101(5) of the Bankruptcy Code) solely for Plan voting purposes by filing a determination motion (the "Determination Motion") no later than eighteen (18) days prior to the Voting Deadline with the Court. Responses, if any, to the Determination Motion shall be filed no later than five (5) business days prior to the hearing on the Determination Motion. The Court will conduct a hearing on any Determination Motion at the Confirmation Hearing or such earlier time as may be

scheduled by the Court. If a Determination Motion is filed, the ruling by the Court on the

Determination Motion shall be considered a ruling with respect to the allowance of the claim(s)

under Bankruptcy Rule 3018 and such claim(s) shall be counted, for voting purposes only, in the

amount determined by the Court. The filing of a Determination Motion or a ruling by the Court

thereon, shall not affect the Debtors', or the Plan Trustee's upon the Effective Date of the Plan,

right or ability to later object to such claim(s) for any other purposes, including distribution

under the Plan.

14.    Creditors seeking to have a claim temporarily allowed for purposes of

voting to accept or reject the Plan pursuant to Bankruptcy Rule 3018(a) must file a motion (the

"Claims Estimation Motion") for such relief no later fourteen (14) days prior to the Voting

Deadline. The Court will schedule a hearing on such motion for a date prior to the Confirmation

Hearing.

15.    EPD/Breach Claims shall be temporarily allowed, solely for purposes of

voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on

account of, any EPD/Breach Claim and without prejudice to the rights of the Debtors in any

other context, in accordance with the following rules (the "EPD/Breach Claim Tabulation

Rules"):

    a.    The Debtors shall have served each known Holder of an EPD/Breach Claim with a Preliminary Informational Questionnaire (each, a "Questionnaire," substantially in the form attached hereto as Exhibit E) on or before September 18, 2008;

    b.    Each Holder of an EPD/Breach Claim must supply the information requested by the Debtors in the Questionnaire on or before October 16, 2008;

    c.    If a Holder of an EPD/Breach Claim fails to provide the Debtors with the information requested in the Questionnaire and the Debtors are otherwise unable to estimate the amount of damages for such EPD/Breach Claim including, utilizing to the extent

possible, the EPD/Breach Protocol set forth in the Plan, absent further order of the Court pursuant to the procedures identified herein, the EPD/Breach Claim shall be temporarily allowed for voting purposes only in the amount of $1.00;

d.    If the Holder of an EPD/Breach Claim provides the Debtors with the information requested in the Questionnaire or the Debtors are otherwise able to estimate the amount of damages for such EPD/Breach Claim, then the Debtors shall file, on or before October 27, 2008, and serve on each Holder of an EPD/Breach Claim a schedule listing the EPD/Breach Claim amount that will be temporarily allowed solely for voting purposes (the "EPD/Breach Claim Voting Amount");

e.    If the Holder of an EPD/Breach Claim disputes the EPD/Breach Claim Voting Amount, then such Holder must file and serve an objection no later than November 14, 2008, which objection may be resolved by stipulation with the Debtors or by the Court at the Confirmation Hearing (or such other date as is set by the Court); any such objection shall initiate a contested matter under Bankruptcy Rule 9014, and the respective burdens on the parties shall be the same as those applicable to a motion brought under Bankruptcy Rule 3018(a);

f.    If the Holder of an EPD/Breach Claim does not object to the EPD/Breach Claim Voting Amount, such Holder shall be deemed to have consented to having its EPD/Breach Claim temporarily allowed for voting purposes in the EPD/Breach Claim Voting Amount, but shall not be deemed to have waived any other rights in respect of the validity of its EPD/Breach Claim;

g.    The EPD/Breach Claim Voting Amount shall not be deemed to be a substantive objection to, or estimation of, any EPD/Breach Claim, and nothing in the EPD/Breach Claim Tabulation Rules impairs or otherwise affects the Debtors' or the Committee's rights to object to or estimate EPD/Breach Claims or any other Claims.

16.    The following voting procedures and standard assumptions shall be used in tabulating the Ballots:

a.    For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code, separate claims held by a single creditor in a particular class will be aggregated as if such creditor held one claim against the Debtors in such class, and the votes related to such claims will be treated as a single vote to accept or reject the Plan.

7

b.      Creditors or interest holders must vote all of their claims or interests within a particular class either to accept or reject the Plan and may not split their vote.  Accordingly, a ballot (or multiple ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will not be counted.

c.      Ballots that fail to indicate an acceptance or rejection of the Plan or that indicate both acceptance and rejection of the Plan, but which are otherwise properly executed and received prior to the Voting Deadline, will not be counted.

d.      Only ballots that are timely received with signatures will be counted.  Unsigned ballots will not be counted.

e.      Ballots postmarked prior to the Voting Deadline, but received after the Voting Deadline, will not be counted.

f.      Ballots which are illegible, or contain insufficient information to permit the identification of the creditor, will not be counted.

g.      Whenever a creditor or interest holder casts more than one ballot voting the same claim or interest prior to the Voting Deadline, the last ballot received prior to the Voting Deadline shall be deemed to reflect the voter's intent and supersede any prior ballots.

h.      If a creditor simultaneously casts inconsistent duplicate ballots, with respect to the same claim, such ballots shall not be counted.

i.      Each creditor shall be deemed to have voted the full amount of its claim.  Unless otherwise ordered by the Court, questions as to the validity, form, eligibility (including time of receipt), acceptance, and revocation or withdrawal of ballots shall be determined by the Balloting Agent and the Debtors, which determination shall be final and binding.

17.     Any objection, comment or response to confirmation of the Plan (including any supporting memoranda) must be in writing, served on the parties identified below, and filed with the Court, together with proof of service, such that the foregoing are received by such parties and the Court on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time).  The Court shall consider only timely filed written objections.  All objections not timely

8

filed and served in accordance with the provisions of this Motion are hereby deemed waived. Objections to confirmation of the Plan should provide proposed language to remedy such objections and shall be served on the following parties:  (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).

18.     Any party supporting the Plan shall be afforded an opportunity to file a response to any objection to confirmation of the Plan, prior to the Confirmation Hearing.

19.     A hearing shall be held before this Court on November 25, 2008 at 10:00 a.m. (prevailing Eastern Time), at the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., 5th Floor, Wilmington, Delaware 19801, or as soon thereafter as counsel can be heard, to consider confirmation of the Plan (the "Confirmation Hearing").  To the extent that additional time is needed, the Confirmation Hearing will continue on November 26, 2008 at 10:00 a.m. (prevailing Eastern Time).

20.     The Confirmation Hearing may be adjourned from time to time without further notice to creditors and other parties-in-interest by an announcement of the adjourned date at the Confirmation Hearing of any adjournment thereof or an appropriate filing with the Court.

9

21.    Prior to mailing the Disclosure Statement, Solicitation Packages, or Non-Voting Creditor Notices, the Debtors may fill in any missing dates and other information, correct any typographical errors and make such other non-material, non-substantive changes as they deem appropriate.

22.    This Court shall retain jurisdiction over all matters related to or arising from the Motion or the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
　　　　October _____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

Confirmation Hearing Notice

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x Chapter 11

In re:                                                                    :

                                                                          : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                                     :

HOLDINGS, INC., a Delaware corporation, et al.,                           : Jointly Administered

                                    Debtors.[1]                           : Voting Deadline: November 14, 2008 at 4:00 p.m. (ET)
                                                                          : Objection Deadline: November 14, 2008 at 4:00 p.m. (ET)
                                                                          : Confirmation Hearing: November 25, 2008 at 10:00 a.m. (ET)

------------------------------------------------------------------------- x

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) DEADLINE FOR VOTING
ON THE PLAN, (III) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND
(IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:     HOLDERS OF CLAIMS IN CLASSES 1B(1) et seq., 1C(1), 1C(2), 1C(3), 2B(1)(a) et seq., 2B(2), 2B(3),
2C(1), 2C(2), 2C(3), 3B(1)(a) et seq., 3B(2), 3C(1), 3C(2), 4B(1)(a) et seq., 4B(2), 4C(1), 4C(2), 5B(1)(a) et
seq., 5B(2), 5B(3), 5B(4), 5C(1), 5C(2), 6B(1) et seq., 6C, 7B(1) et seq., 7C, 8B(1) et seq., and 8C

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     1.     YOUR VOTE IS BEING SOLICITED IN CONNECTION WITH THE AMENDED CHAPTER 11
PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008 (THE "PLAN").[2] YOU SHOULD
CAREFULLY REVIEW THE MATERIAL SET FORTH IN THE DISCLOSURE STATEMENT ENCLOSED
HEREWITH (AND IN THE EXHIBITS ATTACHED THERETO) IN ORDER TO MAKE AN INDEPENDENT
DETERMINATION AS TO WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN.

**APPROVAL OF DISCLOSURE STATEMENT**

     2.     By Order dated [•], 2008, (the "Disclosure Statement Order"), the United States Bankruptcy Court for
the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement Pursuant to Section 1125 of the
Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7,
2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure
Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the
United States Code (the "Bankruptcy Code").

**DEADLINE FOR VOTING ON THE PLAN**

     3.     By the Disclosure Statement Order, the Bankruptcy Court established **November 14, 2008 at 4:00
p.m. (prevailing Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan
must be received.  To be counted, your orginal ballot (which is enclosed herewith) must actually be **received** on or
before the Voting Deadline by Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:  (i) by
regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station,
P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy
Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New
York 10017. Ballots cast by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings
(6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home
Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage
Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York
corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a
New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

## CONFIRMATION HEARING

4.      On November 25, 2008 at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard, a hearing (the "Confirmation Hearing") will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 to consider confirmation of the Plan, as the same may be amended or modified, and for such other and further relief as may be just. To the extent that additional time is needed, the Confirmation Hearing will continue on November 26, 2008 at 10:00 am (prevailing Eastern Time). The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or an appropriate filing with the Bankruptcy Court. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

## EXCULPATION AND INJUNCTIONS

5.      The Plan contains the exculpation and injunction provisions set forth below:

**Except as otherwise expressly provided in this Plan, the documents executed pursuant to this Plan, or the Confirmation Order, on and after the Effective Date, all Persons who have held, currently hold, or may hold Claims against or Interests in the Debtors or the Estates that arose prior to the Effective Date (including but not limited to states and other governmental units, and any state official, employee, or other entity acting in an individual or official capacity on behalf of any state or other governmental units) are permanently enjoined from, on account of such Claims or Interests: (i) commencing or continuing in any manner, directly or indirectly, any action or other proceeding against any Protected Party or any property of any Protected Party; (ii) enforcing, attaching, executing, collecting, or recovering in any manner, directly or indirectly, any judgment, award, decree, or order against any Protected Party or any property of any Protected Party; (iii) creating, perfecting, or enforcing, directly or indirectly, any lien or encumbrance of any kind against any Protected Party or any property of any Protected Party; (iv) asserting or effecting, directly or indirectly, any setoff, right of subrogation, or recoupment of any kind against obligation due to any Protected Party or any property of any Protected Party; and (v) taking any act, in any manner, in any place whatsoever, that does not conform to, comply with, or that is inconsistent with any provision of this Plan. Any Person injured by any willful violation of such injunction may recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages from the willful violator. Nothing contained in this Article 12 shall enjoin or prohibit (i) the Holder of a Disputed Claim from litigating its right to seek to have such Disputed Claim declared an Allowed Claim and paid in accordance with the distribution provisions of this Plan, (ii) the interpretation or enforcement by any party in interest of any of the obligations of the Debtors, the Plan Trustee, or the Plan Trust under this Plan, or (iii) the borrower(s) under any Mortgage Loan against whom a foreclosure action is commenced by or on behalf of any Protected Party from asserting and prosecuting, in such action, any claims and defenses preserved under Article 8E(6) of this Plan. The Confirmation Order also shall constitute an injunction enjoining any Person from enforcing or attempting to enforce any Claim or Cause of Action against any Protected Party or any property of any Protected Party based on, arising from or related to any failure to pay, or make provision for payment of, any amount payable with respect to any Priority Tax Claim on which the payments due under Article 4 of this Plan have been made or are not yet due under Article 4 of this Plan.**

Unless otherwise provided herein or in the Confirmation Order, all injunctions or stays provided for in the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, this Plan, by orders of the Bankruptcy Court, or otherwise, and extant on the Confirmation Date, shall remain in full force and effect until the later of (i) entry of the Final Decree or (ii) the dissolution of the Plan Trust, provided, however, that on and after the Effective Date, the automatic stay under § 362 of the Bankruptcy Code shall be deemed lifted to the extent necessary to permit the borrower(s) under any Mortgage Loan against whom a foreclosure action is commenced from asserting and prosecuting, in such action, any claims and defenses preserved under Article 8E(6) of this Plan.

On and after the Effective Date, none of the Exculpated Parties shall have or incur any liability for, and each Exculpated Party is hereby released from, any claim, cause of action or liability to any other Exculpated Party, to any Holder of a Claim or Interest, or to any other party in interest, for any act or omission that occurred during the Chapter 11 Cases or in connection with the preparation and filing of the Chapter 11 Cases, the formulation, negotiation, and/or pursuit of confirmation of this Plan, the consummation of this Plan, and/or the administration of this Plan and/or the property to be distributed under this Plan, except for claims,

causes of action or liabilities arising from the gross negligence, willful misconduct or fraud of any Exculpated Party, in each case subject to determination of such by final order of a court of competent jurisdiction and provided that any Exculpated Party shall be entitled to reasonably rely upon the advice of counsel with respect to its duties and responsibilities (if any) under this Plan and such reasonable reliance shall constitute an absolute defense to any such claim, cause of action, or liability. Without limiting the generality of the foregoing, each Exculpated Party shall be entitled to and granted the protections and benefits of section 1125(e) of the Bankruptcy Code. No provision of this Plan or the Disclosure Statement shall be deemed to act or release any claims, Causes of Action or liabilities that the Plan Trust, the Estates, or any party in interest may have against or to any Person for any act, omission, or failure to act that occurred prior to the Petition Date other than in connection with the preparation and filing of the Chapter 11 Cases, nor shall any provision of this Plan be deemed to act to release any Avoidance Actions.

Except as otherwise provided in § 1141(d)(3) of the Bankruptcy Code, on and after the Confirmation Date, the provisions of the Plan shall bind any Holder of a Claim against, or Interest in, the Debtors, the Estates and their respective successors or assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan, whether or not such Holder has accepted the Plan and whether or not the Holder has filed a Claim. The rights, benefits and obligations of any Person named or referred to in the Plan, whose actions may be required to effectuate the terms of the Plan, shall be binding on and shall inure to the benefit of any heir, executor, administrator, successor or assign of such Person (including, without limitation, any trustee appointed for the Debtors under chapters 7 or 11 of the Bankruptcy Code).

## DEADLINE FOR OBJECTIONS TO CONFIRMATION OF THE PLAN

6.       Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall: (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be **received** on or before **November 14, 2008 at 4:00 p.m. (prevailing Eastern Time)**, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon). Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

Dated: Wilmington, Delaware
      [•], 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## **EXHIBIT B-1**

CLASS 1B(1) BALLOT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x Chapter 11

In re:                                  :

                                      : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE          :

HOLDINGS, INC., a Delaware corporation, et al.,   : Jointly Administered

                                        :

                    Debtors.[1]      :

-------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 1B(1): MISCELLANEOUS SECURED CLAIMS AGAINST AHM HOLDINGS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through American Home Mortgage Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 1B(1) Miscellaneous Secured Claim against AHM Holdings**, in the amount set forth below, votes to (check <u>one</u> box):

☐   **Accept** the Plan.             ☐   **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7191697.1                                                              066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

<table>
<tr><td>If by United States Postal Service:<br>    Epiq Bankruptcy Solutions, LLC<br>    Attn.: American Home Mortgage Balloting Processing<br>    P.O. Box 5115, FDR Station<br>    New York, New York 10150-5115</td><td>If by Overnight Carrier or Hand Delivery:<br>    Epiq Bankruptcy Solutions, LLC<br>    Attn.: American Home Mortgage Balloting Processing<br>    757 Third Avenue, 3rd Floor<br>    New York, New York 10017</td></tr>
</table>

        **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1B(1) Miscellaneous Secured Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 1B(1) Miscellaneous Secured Claim against AHM Holdings.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

## **EXHIBIT B-2**

CLASS 1C(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x  Chapter 11
                                                     :
In re:                                                  : Case No. 07-11047 (CSS)
                                                   :
AMERICAN HOME MORTGAGE              :
HOLDINGS, INC., a Delaware corporation, et al.,   : Jointly Administered
                                                   :
                       Debtors.[1]                 :
-------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 1C(1):   UNSECURED CLAIMS AGAINST AHM HOLDINGS OTHER THAN
THE BofA SYNDICATE UNSECURED CLAIM AND THE
SUBORDINATED TRUST PREFERRED CLAIMS**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY
RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 1C(1) Unsecured Claim against AHM Holdings other than the
BofA Syndicate Unsecured Claim and the Subordinated Trust Preferred Claims**, in the amount set forth below, votes to
(check <u>one</u> box):

☐    **Accept** the Plan.                    ☐    **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

**Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 1C(1) Unsecured Claim against AHM Holdings other than the BofA Syndicate Unsecured Claim and the Subordinated Trust Preferred Claims and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 1C(1) Unsecured Claim against AHM Holdings other than the BofA Syndicate Unsecured Claim or Subordinated Trust Preferred Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been temporarily allowed **solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**<u>EXHIBIT B-3</u>**

CLASS 1C(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x Chapter 11

In re:                                                              :
                                                                   : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,                    : Jointly Administered
                                                                   :
                                        Debtors.[1]                 :
-------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 1C(2): BofA SYNDICATE UNSECURED CLAIM AGAINST AHM HOLDINGS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 1C(2) BofA Syndicate Unsecured Claim against AHM Holdings**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.                     ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7191697.1                                      066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

**Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1C(2) BofA Syndicate Unsecured Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 1C(2) BofA Syndicate Unsecured Claim against AHM Holdings**.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7191697.1                                                                                                                    066585.1001

## **EXHIBIT B-4**

CLASS 1C(3) BALLOT

DB02:7191697.1

066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x  Chapter 11

In re:                              :

                                 : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE          :

HOLDINGS, INC., a Delaware corporation, et al.,     : Jointly Administered

                                 :

                     Debtors.[1]        :

-------------------------------------------------------------------- x

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

#### CLASS 1C(3):  SUBORDINATED TRUST PREFERRED CLAIMS AGAINST AHM HOLDINGS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 1C(3) Subordinated Trust Preferred Claim against AHM Holdings**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.                    ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

    **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1C(3) Subordinated Trust Preferred Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 1C(3) Subordinated Trust Preferred Claim against AHM Holdings.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**EXHIBIT B-5**

CLASS 2B(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x   Chapter 11

In re:                                                                        :
                                                                              : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                         :
HOLDINGS, INC., a Delaware corporation, et al.,                               : Jointly Administered
                                                                              :
                                                    Debtors.[1]               :
------------------------------------------------------------------------ x

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

#### CLASS 2B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM INVESTMENT

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Bankruptcy Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.**  The undersigned, a holder of a **Class 2B(1) Miscellaneous Secured Claim against AHM Investment**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.                    ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## <u>VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT</u>

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2B(1) Miscellaneous Secured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 2B(1) Miscellaneous Secured Claim against AHM Investment.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3. ·    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-6**

CLASS 2B(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x Chapter 11

In re:                                                       :
                                                             : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              : Jointly Administered
                                                             :
                                       Debtors.[1]           :
------------------------------------------------------------ x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 2B(2):  BofA SYNDICATE SECURED CLAIM AGAINST AHM INVESTMENT

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 14, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Bankruptcy Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2B(2) BofA Syndicate Secured Claim against AHM Investment**, in the amount set forth below, votes to (check <u>one</u> box):

      ☐     **Accept** the Plan.        ☐     **Reject** the Plan.

Creditor: _____    Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

6

     066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2B(2) BofA Syndicate Secured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2B(2) BofA Syndicate Secured Claim against AHM Investment.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

# EXHIBIT B-7

CLASS 2B(3) BALLOT

DB02:7193056.2                                                    066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x Chapter 11

In re:                                                       :
                                                             : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              : Jointly Administered
                                                             :
                                      Debtors.[1]             :
------------------------------------------------------------ x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 2B(3):  JPM SECURED CLAIM AGAINST AHM INVESTMENT

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE _ACTUALLY RECEIVED_ BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount _and_ more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 _et seq._ (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. _Ballots submitted by facsimile, email or other electronic transmission will not be counted._

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2B(3) JPM Secured Claim against AHM Investment**, in the amount
set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.           ☐     **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193056.2                                                    066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

       **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.      If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 2B(3) JPM Secured Claim against AHM Investment and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 2B(3) JPM Secured Claim against AHM Investment.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-8**

CLASS 2C(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x  Chapter 11

In re:                                                              :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,                    :  Jointly Administered
                                                                   :
                                         Debtors.[1]                :
-------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 2C(1):  UNSECURED CLAIMS AGAINST AHM INVESTMENT OTHER THAN THE BofA SYNDICATE UNSECURED CLAIM AND THE SUBORDINATED TRUST PREFERRED CLAIMS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE _ACTUALLY RECEIVED_ BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount _and_ more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2C(1) Unsecured Claim against AHM Investment other than the
BofA Syndicate Unsecured Claim and the Subordinated Trust Preferred Claims**, in the amount set forth below, votes to
(check <u>one</u> box):

☐     **Accept** the Plan.                    ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

      **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2C(1) Unsecured Claim against AHM Investment other than the BofA Syndicate Unsecured Claim and the Subordinated Trust Preferred Claims and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 2C(1) Unsecured Claim against AHM Investment other than the BofA Syndicate Unsecured Claim and the Subordinated Trust Preferred Claims.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been *temporarily allowed solely for purposes of voting* to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-9**

CLASS 2C(2) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------- x  Chapter 11

In re:                                                          :
                                                               :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                :  Jointly Administered
                                                               :
                                                               :
                                    Debtors.[1]                :
-------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 2C(2):  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM INVESTMENT**

---

THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE **ACTUALLY**
**RECEIVED** BY THIS DEADLINE IN ORDER TO BE COUNTED.

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2C(2) BofA Syndicate Unsecured Claim against AHM Investment,** in the amount set forth below, votes to (check <u>one</u> box):

☐ **Accept** the Plan. ☐ **Reject** the Plan.

Creditor: _____ Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193056.2 066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

    **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2C(2) BofA Syndicate Unsecured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2C(2) BofA Syndicate Unsecured Claim against AHM Investment.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193056.2                                                                                                                    066585.1001

## **EXHIBIT B-10**

CLASS 2C(3) BALLOT

DB02:7193056.2

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x  Chapter 11

In re:                                                            :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                            :
HOLDINGS, INC., a Delaware corporation, et al.,                  :  Jointly Administered
                                                                 :
                                                                 :
                                     Debtors.[1]                 :
------------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 2C(3):  SUBORDINATED TRUST PREFERRED CLAIMS AGAINST AHM
INVESTMENT**

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE **ACTUALLY
> RECEIVED** BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 2C(3) Subordinated Trust Preferred Claim against AHM Investment**, in the amount set forth below, votes to (check <u>one</u> box):

☐ **Accept** the Plan. ☐ **Reject** the Plan.

Creditor: _____   Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193056.2                                                                                                    066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.      If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 2C(3) Subordinated Trust Preferred Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 2C(3) Subordinated Trust Preferred Claim against AHM Investment.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.      .Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193056.2                                                                                                     066585.1001

## **EXHIBIT B-11**

CLASS 3B(1) BALLOT

066585.1001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x  Chapter 11
                                                        :
In re:                                                  :
                                                        :  Case No. 07-11047 (CSS)
                                                        :
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., a Delaware corporation, et al.,         :  Jointly Administered
                                                        :
                                                        :
                                Debtors.¹               :
------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 3B(1):   MISCELLANEOUS SECURED CLAIMS AGAINST AHM ACCEPTANCE**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY
RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

**<u>VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT</u>**

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| | |
|---|---|
| If by United States Postal Service:<br>    Epiq Bankruptcy Solutions, LLC<br>    Attn.: American Home Mortgage Balloting Processing<br>    P.O. Box 5115, FDR Station<br>    New York, New York 10150-5115 | If by Overnight Carrier or Hand Delivery:<br>    Epiq Bankruptcy Solutions, LLC<br>    Attn.: American Home Mortgage Balloting Processing<br>    757 Third Avenue, 3rd Floor<br>    New York, New York 10017 |

        **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

**EXHIBIT B-12**

CLASS 3B(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x Chapter 11

In re:                                                        :
                                                             : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              : Jointly Administered
                                                             :
                                                             :
                              Debtors.[1]                    :
------------------------------------------------------------ x

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

#### CLASS 3B(2):  BofA SYNDICATE SECURED CLAIM AGAINST AHM ACCEPTANCE

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 3B(2) BofA Syndicate Secured Claim against AHM Acceptance**, in
the amount set forth below, votes to (check <u>one</u> box):

☐      **Accept** the Plan.            ☐      **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.　　　In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

　　　　**Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.　　　If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3B(2) BofA Syndicate Secured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3B(2) BofA Syndicate Secured Claim against AHM Acceptance.  You** must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.　　　Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.　　　The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.　　　If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.　　　NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.　　　PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.　　　IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

# **EXHIBIT B-13**

CLASS 3C(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x Chapter 11

In re:                                                            :

                                                                 : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                            :

HOLDINGS, INC., a Delaware corporation, et al.,                  : Jointly Administered

                                                                 :

                               Debtors.[1]                :

------------------------------------------------------------------ x

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

#### CLASS 3C(1):  UNSECURED CLAIMS AGAINST AHM ACCEPTANCE OTHER THAN
#### THE BofA SYNDICATE UNSECURED CLAIM

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE _ACTUALLY_
> _RECEIVED_ BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 3C(1) Unsecured Claim against AHM Acceptance other than the
BofA Syndicate Unsecured Claim,** in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.          ☐     **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3C(1) Unsecured Claim against AHM Acceptance other than the BofA Syndicate Unsecured Claim and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3C(1) Unsecured Claim against AHM Acceptance other than the BofA Syndicate Unsecured Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193308.2                                                                                                                    066585.1001

# EXHIBIT B-14

CLASS 3C(2) BALLOT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x  Chapter 11
                                                   :
In re:                                             :
                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                             :
HOLDINGS, INC., a Delaware corporation, et al.,    :  Jointly Administered
                                                   :
                                                   :
                              Debtors.¹            :
-------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 3C(2):  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM ACCEPTANCE

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE _ACTUALLY RECEIVED_ BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount _and_ more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 _et seq._ (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 3C(2) BofA Syndicate Unsecured Claim against AHM
Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:

    Epiq Bankruptcy Solutions, LLC

    Attn.: American Home Mortgage Balloting Processing

    P.O. Box 5115, FDR Station

    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:

    Epiq Bankruptcy Solutions, LLC

    Attn.: American Home Mortgage Balloting Processing

    757 Third Avenue, 3rd Floor

    New York, New York 10017

      **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.    If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3C(2) BofA Syndicate Unsecured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3C(2) BofA Syndicate Unsecured Claim against AHM Acceptance.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.    The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.    If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.    PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.    IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**EXHIBIT B-15**

CLASS 4B(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x Chapter 11

In re:                                                                              :
                                                                                    : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                               :
HOLDINGS, INC., a Delaware corporation, et al.,                                     : Jointly Administered
                                                                                    :
                                                            Debtors.[1]             :
-------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 4B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM SV

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").   Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 4B(1) Miscellaneous Secured Claim against AHM SV**, in the amount set forth below, votes to (check one box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193322.2                                    066585.1001

## <u>VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT</u>

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

<table>
<tr><td>If by United States Postal Service:</td><td>If by Overnight Carrier or Hand Delivery:</td></tr>
<tr><td>Epiq Bankruptcy Solutions, LLC</td><td>Epiq Bankruptcy Solutions, LLC</td></tr>
<tr><td>Attn.: American Home Mortgage Balloting Processing</td><td>Attn.: American Home Mortgage Balloting Processing</td></tr>
<tr><td>P.O. Box 5115, FDR Station</td><td>757 Third Avenue, 3rd Floor</td></tr>
<tr><td>New York, New York 10150-5115</td><td>New York, New York 10017</td></tr>
</table>

        **Ballots must be *received*** by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "**Voting Deadline**"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u> If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4B(1) Miscellaneous Secured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 4B(1) Miscellaneous Secured Claim against AHM SV.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193322.2                                                                                           066585.1001

# EXHIBIT B-16

CLASS 4B(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x  Chapter 11

In re: : 

: Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE :
HOLDINGS, INC., a Delaware corporation, et al., : Jointly Administered

:

Debtors.[1] :

-------------------------------------------------------------------- x

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

#### CLASS 4B(2):  BofA SYNDICATE SECURED CLAIM AGAINST AHM SV

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 4B(2) BofA Syndicate Secured Claim against AHM SV**, in the
amount set forth below, votes to (check <u>one</u> box):

☐   **Accept** the Plan.            ☐   **Reject** the Plan.

Creditor: _____      Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193322.2                                                      066585.1001

## <u>VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT</u>

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

If by United States Postal Service:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   P.O. Box 5115, FDR Station
   New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   757 Third Avenue, 3rd Floor
   New York, New York 10017

     **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted</u>.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4B(2) BofA Syndicate Secured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 4B(2) BofA Syndicate Secured Claim against AHM SV.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

        066585.1001

**EXHIBIT B-17**

CLASS 4C(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x Chapter 11

In re:                                                          :
                                                               : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                 : Jointly Administered
                                                               :
                            Debtors.[1]                         :
---------------------------------------------------------------- x

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

#### CLASS 4C(1):   UNSECURED CLAIMS AGAINST AHM SV OTHER THAN THE
#### BofA SYNDICATE UNSECURED CLAIM

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 4C(1) Unsecured Claim against AHM SV other than the BofA
Syndicate Unsecured Claim,** in the amount set forth below, votes to (check <u>one</u> box):

☐　　**Accept** the Plan.　　　　☐　　**Reject** the Plan.

Creditor: _____.　　Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193322.2　　　　　　　　　　　　　　　　066585.1001

**<u>VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT</u>**

1.    In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be *received*** by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>").  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.    If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 4C(1) Unsecured Claim against AHM SV other than the BofA Syndicate Unsecured Claim and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 4C(1) Unsecured Claim against AHM SV other than the BofA Syndicate Unsecured Claim.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.    The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.    If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.    PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.    IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

**EXHIBIT B-18**

CLASS 4C(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x Chapter 11

In re:                                                       :
                                                             : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              : Jointly Administered
                                                             :
                                    Debtors.[1]               :
------------------------------------------------------------ x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 4C(2): BofA SYNDICATE UNSECURED CLAIM AGAINST AHM SV

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 4C(2) BofA Syndicate Unsecured Claim against AHM SV**, in the
amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan. ☐     **Reject** the Plan.

Creditor: _____ Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193322.2                                                                                     066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
| --- | --- |
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

           **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4C(2) BofA Syndicate Unsecured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 4C(2) BofA Syndicate Unsecured Claim against AHM SV.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193322.2                                                                                          066585.1001

**EXHIBIT B-19**

CLASS 5B(1) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------ x  Chapter 11
                                                                   :
In re:                                                             :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,                   :  Jointly Administered
                                                                   :
                                                                   :
                                    Debtors.¹                      :
                                                                   :
------------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 5B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM CORP.**

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY</u>
> <u>RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5B(1) Miscellaneous Secured Claim against AHM Corp.,** in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.                    ☐     **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.          In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

        **Ballots must be *received*** by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "**Voting Deadline**").  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.          If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5B(1) Miscellaneous Secured Claim against AHM Corp. and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.**

3.          Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.          The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.          If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.          NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.          PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.          IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

**<u>EXHIBIT B-20</u>**

CLASS 5B(2) BALLOT

DB02:7193328.2

066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x  Chapter 11
                                                         :
In re:                                                   :
                                                         :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                    :
HOLDINGS, INC., a Delaware corporation, et al.,          :  Jointly Administered
                                                         :
                                                         :
                                  Debtors.¹              :
                                                         :
-------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

#### CLASS 5B(2):   PNB SECURED CLAIM AGAINST AHM CORP.

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE _ACTUALLY RECEIVED_ BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount _and_ more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 _et seq._ (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5B(2) PNB Secured Claim against AHM Corp.**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.            ☐    **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| | |
|---|---|
| If by United States Postal Service:<br>   Epiq Bankruptcy Solutions, LLC<br>   Attn.: American Home Mortgage Balloting Processing<br>   P.O. Box 5115, FDR Station<br>   New York, New York 10150-5115 | If by Overnight Carrier or Hand Delivery:<br>   Epiq Bankruptcy Solutions, LLC<br>   Attn.: American Home Mortgage Balloting Processing<br>   757 Third Avenue, 3rd Floor<br>   New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5B(2) PNB Secured Claim against AHM Corp. and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5B(2) PNB Secured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193328.2                                                                                          066585.1001

**EXHIBIT B-21**

CLASS 5B(3) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x  Chapter 11

In re:                                                                    :

                                                                          : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                                     :

HOLDINGS, INC., a Delaware corporation, et al.,                           : Jointly Administered

                                                                          :

                                          Debtors.[1]                     :

------------------------------------------------------------------------ x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 5B(3):  BofA SYNDICATE SECURED CLAIM AGAINST AHM CORP.

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5B(3) BofA Syndicate Secured Claim against AHM Corp.,** in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.              ☐    **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193328.2                                    066585.1001

## <u>VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT</u>

1.  In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

<table>
<tr><td>If by United States Postal Service:</td><td>If by Overnight Carrier or Hand Delivery:</td></tr>
<tr><td>Epiq Bankruptcy Solutions, LLC<br>Attn.: American Home Mortgage Balloting Processing<br>P.O. Box 5115, FDR Station<br>New York, New York 10150-5115</td><td>Epiq Bankruptcy Solutions, LLC<br>Attn.: American Home Mortgage Balloting Processing<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017</td></tr>
</table>

**Ballots must be *received*** by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "**<u>Voting Deadline</u>**"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u> If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.  If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5B(3) BofA Syndicate Secured Claim against AHM Corp. and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 5B(3) BofA Syndicate Secured Claim against AHM Corp.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.  Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.  The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.  If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.  NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.  PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.  IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193328.2                                                                                    066585.1001

**EXHIBIT B-22**

CLASS 5B(4) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------- x  Chapter 11

In re:                                                                :

                                                                      : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                                 :
HOLDINGS, INC., a Delaware corporation, et al.,                       : Jointly Administered

                                                                      :
                                       Debtors.[1]                    :

-------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 5B(4):   JPM SECURED CLAIM AGAINST AHM CORP.**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME).   YOUR BALLOT MUST BE <u>ACTUALLY
RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com — click on "American Home Mortgage").   Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.   In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.   You should review the Disclosure Statement and the Plan before you vote.   You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").   If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 5B(4) JPM Secured Claim against AHM Corp.**, in the amount set
forth below, votes to (check <u>one</u> box):

☐        **Accept** the Plan.                    ☐        **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193328.2                                                                                                066585.1001

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:                          If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC                         Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing     Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station                             757 Third Avenue, 3rd Floor
    New York, New York 10150-5115                          New York, New York 10017

      **Ballots must be** *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5B(4) JPM Secured Claim against AHM Corp. and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5B(4) JPM Secured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193328.2                                                                    066585.1001

**EXHIBIT B-23**

CLASS 5C(1) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x  Chapter 11

In re:                                                                              :

                                                                                    :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                               :

HOLDINGS, INC., a Delaware corporation, et al.,            :  Jointly Administered

                                                                                    :

Debtors.[1]                                                             :

------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 5C(1):   UNSECURED CLAIMS AGAINST AHM CORP. OTHER THAN THE**
**BofA SYNDICATE UNSECURED CLAIM**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008**
> **AT 4:00 P.M. (PREVAILING EASTERN TIME).   YOUR BALLOT MUST BE ACTUALLY**
> **RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.**  The undersigned, a holder of a **Class 5C(1) Unsecured Claim against AHM Corp. other than the BofA Syndicate Unsecured Claim**, in the amount set forth below, votes to (check <u>one</u> box):

      ☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____    Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

 

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193328.2                              066585.1001

<u>**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**</u>

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

         **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u> If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5C(1) Unsecured Claim against AHM Corp. other than the BofA Syndicate Unsecured Claim and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 5C(1) Unsecured Claim against AHM Corp. other than the BofA Syndicate Unsecured Claim.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**EXHIBIT B-24**

CLASS 5C(2) BALLOT

066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x  Chapter 11

In re:                                                              :

                                                                   :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,                    :  Jointly Administered

                                                                   :

                     Debtors.[1]                                   :

-------------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008

### CLASS 5C(2):  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM CORP.

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 5C(2) BofA Syndicate Unsecured Claim against AHM Corp.**, in the amount set forth below, votes to (check <u>one</u> box):

☐   **Accept** the Plan.          ☐   **Reject** the Plan.

Creditor: _____   Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

**Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5C(2) BofA Syndicate Unsecured Claim against AHM Corp. and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5C(2) BofA Syndicate Unsecured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193328.2                                                                                    066585.1001

**EXHIBIT B-25**

CLASS 6B(1) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x  Chapter 11

In re:                                                          :
                                                                : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                 : Jointly Administered
                                                                :
                                                                :
                                       Debtors.[1]              :
------------------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

CLASS 6B(1):   MISCELLANEOUS SECURED CLAIMS AGAINST AHM VENTURES

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY
RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com — click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 6B(1) Miscellaneous Secured Claim against AHM Ventures**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.                    ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193336.2                                                                066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

<table>
<tr><td>If by United States Postal Service:</td><td>If by Overnight Carrier or Hand Delivery:</td></tr>
<tr><td>Epiq Bankruptcy Solutions, LLC<br>Attn.: American Home Mortgage Balloting Processing<br>P.O. Box 5115, FDR Station<br>New York, New York 10150-5115</td><td>Epiq Bankruptcy Solutions, LLC<br>Attn.: American Home Mortgage Balloting Processing<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017</td></tr>
</table>

**Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures and a Class 7B(1) Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193336.2                                                                                                                  066585.1001

**EXHIBIT B-26**

CLASS 6C BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------- x Chapter 11

In re:                                          :
                                                : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                           :
HOLDINGS, INC., a Delaware corporation, et al., : Jointly Administered
                                                :
                                                :
                    Debtors.[1]                 :
-------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 6C:    UNSECURED CLAIMS AGAINST AHM VENTURES**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY
> RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 6C Unsecured Claim against AHM Ventures**, in the amount set forth below, votes to (check <u>one</u> box):

&#9633;    **Accept** the Plan.                    &#9633;    **Reject** the Plan.

Creditor: _____    Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193336.2                                                                 066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 6C Unsecured Claim against AHM Ventures and a Class 7B(1) Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 6C Unsecured Claim against AHM Ventures.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**EXHIBIT B-27**

CLASS 7B(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x  Chapter 11

In re:                                                                    :
                                                                          :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                     :
HOLDINGS, INC., a Delaware corporation, et al.,                           :  Jointly Administered
                                                                          :
                                                                          :
                                        Debtors.[1]                       :
------------------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

CLASS 7B(1):   MISCELLANEOUS SECURED CLAIMS AGAINST HOMEGATE

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY
RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com — click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
> THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote**.  The undersigned, a holder of a **Class 7B(1) Miscellaneous Secured Claim against Homegate**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.          ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193337.2                                                                    066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

          **Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 7B(1) Miscellaneous Secured Claim against Homegate and a Class 8B(1) Miscellaneous Secured Claim against Great Oak) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 7B(1) Miscellaneous Secured Claim against Homegate.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**EXHIBIT B-28**

CLASS 7C BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x  Chapter 11

In re:                                                            :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                            :
HOLDINGS, INC., a Delaware corporation, et al.,                   :  Jointly Administered
                                                                 :
                                                                 :
                                    Debtors.[1]                   :
------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 7C:    UNSECURED CLAIMS AGAINST HOMEGATE**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 7C Unsecured Claim against Homegate**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193337.2                                                                                    066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

<table>
<tr><td>If by United States Postal Service:</td><td>If by Overnight Carrier or Hand Delivery:</td></tr>
<tr><td>Epiq Bankruptcy Solutions, LLC</td><td>Epiq Bankruptcy Solutions, LLC</td></tr>
<tr><td>Attn.: American Home Mortgage Balloting Processing</td><td>Attn.: American Home Mortgage Balloting Processing</td></tr>
<tr><td>P.O. Box 5115, FDR Station</td><td>757 Third Avenue, 3rd Floor</td></tr>
<tr><td>New York, New York 10150-5115</td><td>New York, New York 10017</td></tr>
</table>

**Ballots must be** *received* **by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2. If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 7C Unsecured Claim against Homegate and a Class 8B(1) Miscellaneous Secured Claim against Great Oak) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 7C Unsecured Claim against Homegate.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3. Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4. The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5. If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6. NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7. PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8. IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193337.2              066585.1001

## **EXHIBIT B-29**

CLASS 8B(1) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x  Chapter 11

In re:                                                                                                :
                                                                                                          :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                 :
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,                    :  Jointly Administered
                                                                                                          :
                                                                                                          :
                                               Debtors.[1]                               :
---------------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

**CLASS 8B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST GREAT OAK**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008**
**AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY</u>**
**<u>RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et seq.</u> (the "<u>Bankruptcy Code</u>").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, a holder of a **Class 8B(1) Miscellaneous Secured Claim against Great Oak**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.         ☐    **Reject** the Plan.

Creditor: _____    Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

        066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be _received_ by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (_e.g.,_ you hold a Class 8B(1) Miscellaneous Secured Claim against Great Oak and a Class 7B(1) Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 8B(1) Miscellaneous Secured Claim against Great Oak.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (_e.g.,_ the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL _NOT_ ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR  THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

**EXHIBIT B-30**

CLASS 8C BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x Chapter 11

In re:                                                                    :
                                                                          : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                     :
HOLDINGS, INC., a Delaware corporation, et al.,                           : Jointly Administered
                                                                          :
                                                                          :
                Debtors.[1]                                               :
------------------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF OCTOBER 7, 2008**

CLASS 8(C):    UNSECURED CLAIMS AGAINST GREAT OAK

---

THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON NOVEMBER 14, 2008
AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 8C Unsecured Claim against Great Oak**, in the amount set forth below, votes to (check <u>one</u> box):

&#9633;   **Accept** the Plan.          &#9633;   **Reject** the Plan.

Creditor: _____       Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
      Epiq Bankruptcy Solutions, LLC
      Attn.: American Home Mortgage Balloting Processing
      P.O. Box 5115, FDR Station
      New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
      Epiq Bankruptcy Solutions, LLC
      Attn.: American Home Mortgage Balloting Processing
      757 Third Avenue, 3rd Floor
      New York, New York 10017

**Ballots must be *received* by the Balloting Agent on or before November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.,* you hold a Class 8C Unsecured Claim against Great Oak and a Class 7B(1) Miscellaneous Secured Claim against Homegate) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 8C Unsecured Claim against Great Oak.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than October 31, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193340.2                                                                                                                          066585.1001

# **EXHIBIT C**

Non-Voting Creditor Notice

066585.1001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                 :   Jointly Administered
                                                                :
                                Debtors.¹                        :   Voting Deadline: November 14, 2008 at 4:00 p.m. (ET)
                                                                :   Objection Deadline: November 14, 2008 at 4:00 p.m. (ET)
---------------------------------------------------------------- x   Confirmation Hearing: November 25, 2008 at 10:00 a.m. (ET)
```

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO**
**CONSIDER CONFIRMATION OF THE PLAN, AND (III) DEADLINE FOR FILING**
**OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:     ALL UNIMPAIRED CREDITORS OF THE DEBTORS AND EQUITY INTEREST HOLDERS NOT
        ENTITLED TO VOTE ON THE PLAN

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**APPROVAL OF DISCLOSURE STATEMENT**

1.      By Order dated [•], 2008, (the "Disclosure Statement Order"), the United States Bankruptcy Court
for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement Pursuant to Section 1125
of the Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of
October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the
"Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of
title 11 of the United States Code (the "Bankruptcy Code").

**CONFIRMATION HEARING**

2.      On **November 25, 2008 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as
counsel may be heard, a hearing (the "Confirmation Hearing") will be held before the Honorable Christopher S.
Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington,
Delaware 19801 to consider confirmation of The Chapter 11 Plan of Liquidation of the Debtors Dated as of August
15, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan").²
To the extent that additional time is needed, the Confirmation Hearing will continue on November 26, 2008 at 10:00
a.m. (prevailing Eastern Time). The Confirmation Hearing may be adjourned from time to time without further
notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court
at the Confirmation Hearing or any adjournment thereof or an appropriate filing with the Bankruptcy Court. The
Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the
Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM
Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home
Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a
New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability
company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract
Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville,
New York 11747.

² All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

## ENTITLEMENT TO VOTE ON THE PLAN

3.      In accordance with the terms of the Plan and the Bankruptcy Code, holders of claims against the Debtors that are impaired by the Plan are entitled to vote on the Plan; however, holders of interests that will receive no distribution under the Plan are deemed to have rejected the Plan and will not be entitled to vote.  Holders of claims that are unimpaired by the Plan are deemed to have accepted the Plan and are not entitled to vote on the Plan.

4.      October 8, 2008 has been established by the Bankruptcy Court as the record date for determining the creditors and interest holders entitled to receive solicitation or notice materials.

5.      You are receiving this Notice because you are either an unimpaired creditor or equity holder of the Debtors and therefore not entitled to vote on the Plan.

## SUMMARY OF PLAN TREATMENT OF CLAIMS AND INTERESTS

6.      The Plan proposes to modify the rights of certain creditors and equity holders of the Debtors.  The classification and treatment of Claims and Interests under the Plan is summarized below:

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| CLASS(ES) | DESCRIPTION | TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3] | ESTIMATED % RECOVERY |
| n/a | DIP Facility Claims | Paid in full in Cash (or in a manner otherwise permitted or required pursuant to the terms of the DIP Facility and the DIP Loan Agreement). | 100% |
| n/a | Administrative Claims against all Debtors | Paid in Cash equal to the Allowed amount of such Claim, which shall not include any interest, penalty, or premium. | 100% |
| n/a | Priority Tax Claims against all Debtors | Paid in Cash equal to the Allowed Amount of such Claim, which shall not include any penalty or premium, (a) in full on the Effective Date, or (b) in equal payments made on or before the last Business Day of every fiscal quarter after the Effective Date, over a period not exceeding five years after the assessment of the tax on which such Claim is based, totaling the principal amount of such Claim, plus interest on any outstanding balance, calculated from the Effective Date at a rate to be determined pursuant to section 511 of the Bankruptcy Code. | 100% |
| 1A, 2A, 3A, 4A, 5A, 6A, 7A, and 8A | Priority Claims against all Debtors | Paid in Cash equal to the Allowed amount of such Claim, which shall not include any interest, penalty, or premium. | 100% |

---

[3]  The treatment of any Allowed Claim within a Class is subject to any agreement between the Holder of such Allowed Claim and the Debtors (if before the Effective Date) or the Plan Trustee (if after the Effective Date) which provides treatment of such Allowed Claim on terms no less favorable to the Debtors than the treatment provided in the Plan.

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| **CLASS(ES)** | **DESCRIPTION** | **TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3]** | **ESTIMATED % RECOVERY** |
| 1B(1) *et seq.*, 2B(1)(a) *et seq.*, 3B(1)(a) *et seq.*, 4B(1)(a) *et seq.*, 5B(1)(a) *et seq.*, 6B(1) *et seq.*, 7B(1) *et seq.*, and 8B(1) *et seq.* | Miscellaneous Secured Claims against all Debtors | At the option of the Plan Trustee: (a) reinstated in full, leaving unaffected the Holder of such Claim's legal, equitable, and/or contractual rights, (b) paid in Cash up to the Allowed amount of such Claim, (c) satisfied in whole or in part by the transfer of all or any portion of the Assets securing such Claim, (d) paid in deferred Cash payments having a present value on the Effective Date equal to the Allowed amount of the Claim that is not otherwise satisfied as of the Effective Date, provided that the Holder of such Claim shall retain its Lien in any Assets securing the Claim, or (e) such other treatment as would provide the "indubitable equivalent" of the Allowed Claim | 100% |
| 2B(2), 3B(2), 4B(2) and 5B(3) | BofA Syndicate Secured Claim against AHM Investment, AHM Acceptance, AHM SV, and AHM Corp. | Treated in accordance with the BofA Global Settlement Stipulation | 100% |
| 5B(2) | PNB Secured Claim against AHM Corp. | At the option of the Plan Trustee: (a) reinstated in full, leaving unaffected the Holder of such Claim's legal, equitable, and/or contractual rights, (b) paid in Cash up to the Allowed amount of such Claim, (c) satisfied in whole or in part by the transfer of all or any portion of the Assets securing such Claim, (d) paid in deferred Cash payments having a present value on the Effective Date equal to the Allowed amount of the Claim that is not otherwise satisfied as of the Effective Date, provided that the Holder of such Claim shall retain its Lien in any Assets securing the Claim, or (e) such other treatment as would provide the "indubitable equivalent" of the Allowed Claim | 100% |
| 3B(3), 4B(3), and 5B(5) | Travelers Secured Claim against AHM Acceptance, AHM SV, and AHM Corp. | Treated in accordance with the Travelers Stipulation | 100% |

3

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| **CLASS(ES)** | **DESCRIPTION** | **TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3]** | **ESTIMATED % RECOVERY** |
| 2B(3) and 5B(4) | JPM Secured Claim against AHM Investment and AHM Corp. | At the option of the Plan Trustee, (a) paid in Cash up to the Allowed amount of such Claim, (b) paid up to the Allowed amount of such Claim from the proceeds from the sale or other disposition of all or any portion of the Assets securing the Allowed Claim, after deducting the reasonable, necessary costs and expenses of preserving and disposing of such Assets; (c) satisfied in full or in part by the return of all or any portion of the Assets securing such Allowed JPM Secured Claim; (d) satisfied in full or in part by execution of the JPM Plan Note, as described more particularly in the Plan, or (e) such other treatment as will provide the "indubitable equivalent" of the Allowed Claim. | 100% |
| 1C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim and Subordinated Trust Preferred Claims) against AHM Holdings | Paid a Pro Rata share of the Net Distributable Assets of the AHM Holdings Estate | 5.86%[4] |
| 2C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim and Subordinated Trust Preferred Claims) against AHM Investment | Paid a Pro Rata share of the Net Distributable Assets of the AHM Investment Estate | 0.83%[5] |

---

[4]  Estimated recovery percentage assumes all Allowed Unsecured Claims against AHM Holdings constitute Senior Unsecured Claims entitled to the benefits of subordination under the Subordinated Trust Preferred Indentures.  To the extent any Allowed Unsecured Claim against AHM Holdings is not a Senior Unsecured Claim: (i) the Holder of such Claim may recover less than the amount reflected in this table, because such Holder will not be entitled to receive any portion of the distributions made on account of Allowed Subordinated Trust Preferred Claims against AHM Holdings pursuant to the Senior Unsecured Claim Procedure set forth in Article 4I(3) of the Plan; and (ii) the Holders of Senior Unsecured Claims against AHM Holdings may recover more than the amount reflected in this table because such Holders will be entitled to a Pro Rata share of distributions made on account of Allowed Subordinated Trust Preferred Claims against AHM Holdings pursuant to the Senior Unsecured Claim Procedure set forth in Article 4I(3) of the Plan.

[5]  Estimated recovery percentage assumes all Allowed Unsecured Claims against AHM Investment constitute Senior Unsecured Claims entitled to the benefits of subordination under the Subordinated Trust Preferred Indentures.  To the extent any Allowed Unsecured Claim against AHM Investment is not a Senior Unsecured Claim: (i) the Holder of such Claim may recover less than the amount reflected in this table, because such Holder will not be entitled to receive any portion of the distributions made on account of Allowed Subordinated Trust Preferred Claims against AHM Investment pursuant to the Senior Unsecured Claim Procedure set forth in Article 4I(3) of the Plan; and (ii) the Holders of Senior Unsecured Claims against AHM Investment may recover more than the amount reflected in this table because such Holders will be entitled to a Pro Rata share of distributions made on account of Allowed Subordinated Trust Preferred Claims against AHM Investment pursuant to the Senior Unsecured Claim Procedure set forth in Article 4I(3) of the Plan.

| Summary of Classification and Treatment of Claims and Interests under the Plan | | | |
|---|---|---|---|
| **CLASS(ES)** | **DESCRIPTION** | **TREATMENT OF ALLOWED CLAIMS WITHIN CLASS**[3] | **ESTIMATED % RECOVERY** |
| 3C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim) against AHM Acceptance | Paid a Pro Rata share of the Net Distributable Assets of the AHM Acceptance Estate | 0.72% |
| 4C(1) | Unsecured Claims (other than the BofA Syndicate Unsecured Claim) against AHM SV | Paid a Pro Rata share of the Net Distributable Assets of the AHM SV Estate | 0.11% |
| 5C(1) | Unsecured Claims (other than BofA Syndicate Unsecured Claim) against AHM Corp. | Paid a Pro Rata share of the Net Distributable Assets of the AHM Corp. Estate | 1.06% |
| 6C | Unsecured Claims against AHM Ventures | Paid a Pro Rata share of the Net Distributable Assets of the AHM Ventures Estate | 2.22% |
| 7C | Unsecured Claims against Homegate | Paid a Pro Rata share of the Net Distributable Assets of the Homegate Estate | 0.75% |
| 8C | Unsecured Claims against Great Oak | Paid a Pro Rata share of the Net Distributable Assets of the Great Oak Estate | 1.77% |
| 1C(2) | BofA Syndicate Unsecured Claim against AHM Holdings | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Holdings Estate | 5.53%[6] |
| 2C(2) | BofA Syndicate Unsecured Claim against AHM Investment | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Investment Estate | 0.51%[7] |

[6] Estimated recovery percentage assumes all Allowed Unsecured Claims against AHM Holdings constitute Senior Unsecured Claims entitled to the benefits of subordination under the Subordinated Trust Preferred Indentures. To the extent any Allowed Unsecured Claim against AHM Holdings is not a Senior Unsecured Claim, the Holder(s) of the Allowed BofA Syndicate Unsecured Claim(s) against AHM Holdings may recover more than the amount reflected in this table because such Holder(s) will be entitled to a Pro Rata share of distributions made on account of Allowed Subordinated Trust Preferred Claims against AHM Holdings pursuant to the Senior Unsecured Claim Procedure set forth in Article 4I(3) of the Plan.

[7] Estimated recovery percentage assumes all Allowed Unsecured Claims against AHM Investment constitute Senior Unsecured Claims entitled to the benefits of subordination under the Subordinated Trust Preferred Indentures. To the extent any Allowed Unsecured Claim against AHM Investment is not a Senior Unsecured Claim, the Holder(s) of the Allowed BofA Syndicate Unsecured Claim(s) against AHM Investment may recover more than the amount reflected in this table because such Holder(s) will be entitled to a Pro Rata share of distributions made on account of Allowed Subordinated Trust Preferred Claims against AHM Investment pursuant to the Senior Unsecured Claim Procedure set forth in Article 4I(3) of the Plan.

DB02:7124132.6                                                                                                      066585.1001

| | Summary of Classification and Treatment of Claims and Interests under the Plan | | |
|---|---|---|---|
| **CLASS(ES)** | **DESCRIPTION** | **TREATMENT OF ALLOWED CLAIMS WITHIN CLASS[3]** | **ESTIMATED % RECOVERY** |
| 3C(2) | BofA Syndicate Unsecured Claim against AHM Acceptance | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Acceptance Estate | 0.39% |
| 4C(2) | BofA Syndicate Unsecured Claim against AHM SV | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM SV Estate | 0% |
| 5C(2) | BofA Syndicate Unsecured Claim against AHM Corp. | Subject to all provisions of the BofA Global Settlement Stipulation and BofA/Committee Stipulation, paid a Pro Rata share of the BofA Syndicate Net Distributable Assets of the AHM Corp. Estate | 0.74% |
| 1C(3) and 2C(3) | Subordinated Trust Preferred Claims against AHM Holdings and AHM Investment | Paid a Pro Rata share of the Net Distributable Assets of the AHM Holdings and AHM Investment Estates, respectively, subject to the Senior Unsecured Claims Procedure | 0%[8] |
| 1D, 2D, 3D, 4D, 5D, 6D, 7D, and 8D | Subordinated Claims against all Debtors | Holders of such Claims will neither retain nor receive any property on account of such Claims | 0% |
| 1E, 2E, 3E, 4E, 5E, 6E, 7E, and 8E | Interests in all Debtors | Holders of such Interests will neither retain nor receive any property on account of such Interests | 0% |

## EXCULPATION AND INJUNCTIONS

7.    The Plan contains the exculpation and injunction provisions set forth below:

Except as otherwise expressly provided in this Plan, the documents executed pursuant to this Plan, or the Confirmation Order, on and after the Effective Date, all Persons who have held, currently hold, or may hold Claims against or Interests in the Debtors or the Estates that arose prior to the Effective Date (including but not limited to states and other governmental units, and any state official, employee, or other entity acting in an individual or official capacity on behalf of any state or other governmental units) are permanently enjoined from, on account of such Claims or Interests: (i) commencing or continuing in any manner, directly or indirectly, any action or other proceeding against any Protected Party or any property of any Protected Party; (ii) enforcing, attaching, executing, collecting, or recovering in any manner, directly or

---

[8]  Recovery estimate based on assumption that distributions made on account of Subordinated Trust Preferred Claims will be paid over to Holders of Senior Unsecured Claims pursuant to the Senior Unsecured Claims Procedure.

DB02:7124132.6                                                                                    066585.1001

indirectly, any judgment, award, decree, or order against any Protected Party or any property of any Protected Party; (iii) creating, perfecting, or enforcing, directly or indirectly, any lien or encumbrance of any kind against any Protected Party or any property of any Protected Party; (iv) asserting or effecting, directly or indirectly, any setoff, right of subrogation, or recoupment of any kind against any obligation due to any Protected Party or any property of any Protected Party; and (v) taking any act, in any manner, in any place whatsoever, that does not conform to, comply with, or that is inconsistent with any provision of this Plan. Any Person injured by any willful violation of such injunction may recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages from the willful violator. Nothing contained in this Article 12 shall enjoin or prohibit (i) the Holder of a Disputed Claim from litigating its right to seek to have such Disputed Claim declared an Allowed Claim and paid in accordance with the distribution provisions of this Plan, (ii) the interpretation or enforcement by any party in interest of any of the obligations of the Debtors, the Plan Trustee, or the Plan Trust under this Plan, or (iii) the borrower(s) under any Mortgage Loan against whom a foreclosure action is commenced by or on behalf of any Protected Party from asserting and prosecuting, in such action, any claims and defenses preserved under Article 8E(6) of this Plan. The Confirmation Order also shall constitute an injunction enjoining any Person from enforcing or attempting to enforce any Claim or Cause of Action against any Protected Party or any property of any Protected Party based on, arising from or related to any failure to pay, or make provision for payment of, any amount payable with respect to any Priority Tax Claim on which the payments due under Article 4 of this Plan have been made or are not yet due under Article 4 of this Plan.

Unless otherwise provided herein or in the Confirmation Order, all injunctions or stays provided for in the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, this Plan, by orders of the Bankruptcy Court, or otherwise, and extant on the Confirmation Date, shall remain in full force and effect until the later of (i) entry of the Final Decree or (ii) the dissolution of the Plan Trust, provided, however, that on and after the Effective Date, the automatic stay under § 362 of the Bankruptcy Code shall be deemed lifted to the extent necessary to permit the borrower(s) under any Mortgage Loan against whom a foreclosure action is commenced from asserting and prosecuting, in such action, any claims and defenses preserved under Article 8E(6) of this Plan.

On and after the Effective Date, none of the Exculpated Parties shall have or incur any liability for, and each Exculpated Party is hereby released from, any claim, cause of action or liability to any other Exculpated Party, to any Holder of a Claim or Interest, or to any other party in interest, for any act or omission that occurred during the Chapter 11 Cases or in connection with the preparation and filing of the Chapter 11 Cases, the formulation, negotiation, and/or pursuit of confirmation of this Plan, the consummation of this Plan, and/or the administration of this Plan and/or the property to be distributed under this Plan, except for claims, causes of action or liabilities arising from the gross negligence, willful misconduct or fraud of any Exculpated Party, in each case subject to determination of such by final order of a court of competent jurisdiction and provided that any Exculpated Party shall be entitled to reasonably rely upon the advice of counsel with respect to its duties and responsibilities (if any) under this Plan and such reasonable reliance shall constitute an absolute defense to any such claim, cause of action, or liability. Without limiting the generality of the foregoing, each Exculpated Party shall be entitled to and granted the protections and benefits of section 1125(e) of the Bankruptcy Code. No provision of this Plan or the Disclosure Statement shall be deemed to act or release any claims, Causes of Action or liabilities that the Plan Trust, the Estates, or any party in interest may have against or to any Person for any act, omission, or failure to act that occurred prior to the Petition Date other than in connection with the preparation and filing of the Chapter 11 Cases, nor shall any provision of this Plan be deemed to act to release any Avoidance Actions.

Except as otherwise provided in § 1141(d)(3) of the Bankruptcy Code, on and after the Confirmation Date, the provisions of the Plan shall bind any Holder of a Claim against, or Interest in, the Debtors, the Estates and their respective successors or assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan, whether or not such Holder has accepted the Plan and whether or not the Holder has filed a Claim. The rights, benefits and obligations of any Person named or referred to in the Plan, whose actions may be required to effectuate the terms of the Plan, shall be binding on and shall inure to the benefit of any heir, executor, administrator, successor or assign of such Person (including, without limitation, any trustee appointed for the Debtors under chapters 7 or 11 of the Bankruptcy Code).

## DEADLINE FOR OBJECTIONS TO CONFIRMATION OF THE PLAN

8.    Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall: (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be **received** on or before **November 14, 2008 at 4:00 p.m. (prevailing Eastern Time)**, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).  Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

## COPIES OF THE PLAN AND DISCLOSURE STATEMENT

9.    The Disclosure Statement and the Plan are on file with the clerk of the Bankruptcy Court, and copies of the same may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
      [•], 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

# **EXHIBIT D**

Publication Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x Chapter 11

In re:
                                      : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE           :
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,     : Jointly Administered
                                        :

                Debtors.[1]        : Voting Deadline: November 14, 2008 at 4:00 p.m. (ET)
                                       : Objection Deadline: November 14, 2008 at 4:00 p.m. (ET)
------------------------------------------------------------------------ x Confirmation Hearing: November 25, 2008 at 10:00 a.m. (ET)

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO
CONSIDER CONFIRMATION OF THE PLAN, AND (III) DEADLINE FOR FILING
<u>OBJECTIONS TO CONFIRMATION OF THE PLAN</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1.       By Order dated [•], 2008, (the "<u>Disclosure Statement Order</u>"), the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Disclosure Statement</u>") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

      2.       By the Disclosure Statement Order, the Bankruptcy Court established **November 14, 2008 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Voting Deadline</u>") as the deadline by which ballots accepting or rejecting The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 7, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>")[2] must be received. To be counted, your orginal ballot (which is enclosed herewith) must actually be **received** on or before the Voting Deadline by Epiq Bankruptcy Solutions LLC (the "<u>Balloting Agent</u>") at the following address:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017. <u>Ballots cast by facsimile, email or other electronic transmission will not be counted</u>.

      3.       On **November 25, 2008 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "<u>Confirmation Hearing</u>") will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 to consider confirmation of the Plan, as the same may be amended or modified, and for such other and further relief as may be just.  To the extent that additional time is needed, the Confirmation Hearing will continue on November 26, 2008 at 10:00 a.m. (prevailing Eastern Time).  The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or an appropriate filing with the Bankruptcy Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

                                                        

4.    The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

5.    Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall:  (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be **received** on or before **November 14, 2008 at 4:00 p.m. (prevailing Eastern Time**), upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).  Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

6.    The Disclosure Statement and the Plan are on file with the clerk of the Bankruptcy Court, and copies of the same may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
      [•], 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

**<u>EXHIBIT E</u>**

Questionnaire

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

---

<u>NOTE</u>:  The purpose of this form is to gather information to facilitate estimation of EPD Claims[1] and Breach of Warranty Claims[2] for the limited purposes of voting on the Chapter 11 Plan of Liquidation of the Debtors filed August 15, 2008 [Docket No. 5450] (as the same may be subsequently amended, the "<u>Plan</u>").  While this form requests similar information as will be requested in the EPD/Breach Claims Questionnaire[3] to be filed with the Plan Supplement Documents, the EPD/Breach Claims Questionnaire may require different or additional information, and submission of this form <u>does not</u> constitute submission of the EPD/Breach Claims Questionnaire for purposes of the Plan.

**CLAIMANT MUST PROVIDE A SEPARATE FORM FOR EACH LEGAL ENTITY FILING A CLAIM.**

<u>PART I</u> – Background Information.  Please correct any information from the cover letter that is incomplete or incorrect.

**Claimant** _____

**Address** _____

_____

_____

**Contact** _____

**Contact's Phone** _____

**Contact's Email** _____

**Filed Claim Number** _____

Is there any related/affiliated legal entity filing a claim?          □ Yes          □ No
    If so, provide the name, affiliation, nature of relationship to the Claimant, and whether any portion of this claim is duplicative.

_____

_____

_____

Types of claim asserted:  (check all that apply)

□ EPD Claim
□ Noncontingent Breach of Warranty Claim
□ Contingent Breach of Warranty Claim
□ Other (describe below):

_____

_____

_____

---

[1] An "<u>EPD Claim</u>" is any claim arising from any provision or provisions in a loan purchase agreement that obligated a Debtor entity to repurchase a loan if the borrower defaulted on a payment due within either a specified period of time or a specified number of payments after the loan was sold (an "early payment default" or "EPD").  The EPD repurchase obligations are typically set forth as stand-alone provisions or among the representations and warranties in loan purchase agreements.  Any EPD repurchase obligations contained in a loan purchase agreement in any form are treated as EPD Claims.
[2] A "<u>Breach of Warranty Claim</u>" is a claim for breach of a representation or warranty arising under any provision or provisions of a loan purchase agreement with respect to a given loan (other than any loan for which an EPD Claim is asserted).  Breach of Warranty Claims are "non-contingent" with respect to any loans on account of which an actual breach is asserted, and are "contingent" with respect to any loans on account of which an actual breach is not asserted, but may potentially be asserted in the future.
[3] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

---

**PART II** – Information and Documentation Required for All EPD/Breach Claims

**For each loan purchase transaction(s) which resulted in an asserted claim provide in (live) electronic spreadsheet or data base format the following information.**

This information will be used to estimate damages with respect to asserted **breaches** of representations and warranties on loans purchased from the any Debtor entity (hereinafter, individually or collectively, as the context may require, "**AHM**"), including contingent, unliquidated claims for breaches that have yet to be asserted by you.

- ☒ Date of the loan purchase transaction giving rise to the claim(s)[4] _____
- ☒ Purchase price paid in each sale transaction _____
- ☒ Number of loans in each sale transaction _____
- ☒ Did you have any holdback of the purchase price?    ☐ Yes    ☐ No
  - If yes, provide the amount. _____
  - Provide all documents related to the sale and respective closing date.

| Document Name | Closing Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each loan included in this population of loans purchased, provide the following:

- AHM Loan Number [Note: Providing the AHM Loan Number is essential for an accurate estimation of your Claim.]

- Borrower name

- The unpaid principal balance ("<u>UPB</u>") as of date of loan sale by AHM

- The UPB as of July 31, 2008, or <u>if</u> (i) you sold the loan or related real-estate owned ("<u>REO</u>") prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, <u>then</u> as of the date of such sale/foreclosure

- If the loan was foreclosed or sold, or if REO was sold, the date of such sale/foreclosure and the amount of any net sale/foreclosure proceeds received

- If you were not the original purchaser from AHM, identify the entity that sold the loan to you and certify under penalty of perjury that you have the right to assert EPD/Breach Claims for this loan

- If you no longer own the loan, provide the date of the sale, the identity of the purchaser and certify under penalty of perjury that you retained the right to assert EPD/Breach Claims for this loan

- The AHM entity you assert is liable on your claim [Note: If you assert that more than one AHM entity is liable for such claim, provide all documents or evidence that you believe supports this assertion.]

- Copy of master loan purchase agreement (or similar document) pursuant to which the loan was sold by AHM.

---

[4] If you assert claims arising from more than one sale transaction, provide the requested information with respect to each such transaction.

DB02:6833951.1                                                          066585.1001

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

---

**PART III** – **Information for Loans on Which You Assert an EPD Claim or Noncontingent Breach of Warranty Claim.**

Estimation of EPD Claims and noncontingent Breach of Warranty claims entails different considerations than estimating contingent Breach of Warranty Claims. Thus, you must provide a somewhat different set of data for EPD Claims and noncontingent Breach of Warranty claims.

All data is to be provided in electronic ("live") spreadsheet or data base format.

For each loan for which you assert an **EPD Claim** or **noncontingent** Breach of Warranty Claim:

- All data set forth in Part II hereof

- The date of the borrower default on account of which such claim is asserted.

- Identification of loan purchase agreement pursuant to which the loan was sold by AHM with a copy of the relevant provisions establishing the right to payment from AHM

- The borrower payment history through July 31, 2008.

- The status of the loan as of July 31, 2008, or if (i) you sold the loan or related real-estate owned ("REO") prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, then as of the date of such sale/foreclosure:

    □ Current
    □ 31-60 days delinquent
    □ 61-90 days delinquent
    □ 91 days or more delinquent

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
Preliminary Informational Questionnaire for Parties Asserting EPD/Breach Claims

## VERIFICATION

STATE/COMMONWEALTH OF _____

COUNTY OF _____

_____, being duly sworn, deposes and says:


I am the _____ of _____, the claimant submitting the attached claim
          *(Position)*                                *(Claimant/Entity)*

("Claimant"), and have held that position since _____. I have read the foregoing Preliminary
                                            *(Start Date at Position)*

Informational Questionnaire for Parties Asserting EPD/Breach Claims and know the contents thereof, and believe the information

contained on such form, and related exhibits or appendices, submitted by Claimant to be true based upon the records and documents of

Claimant.


Dated: _____, 2008


_____
       *(Signature)*


Sworn to before me this

_____ day of _____, 2008


Notary Public

My Commission Expires _____

Seal _____

066585.1001

**Exhibit 2**

066585.1001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x  Chapter 11
In re:                                                        :
                                                              : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              : Jointly Administered
                                                              :
                              Debtors.¹                        : **Docket Ref. No. ——5554**
------------------------------------------------------------- x
```

**ORDER (I) APPROVING THE DISCLOSURE STATEMENT;**
**(II) ESTABLISHING PROCEDURES FOR SOLICITATION AND**
**TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, INCLUDING (A)**
**APPROVING FORM AND MANNER OF SOLICITATION PACKAGES, (B) APPROVING**
**THE FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING, (C)**
**ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR**
**DISTRIBUTION OF SOLICITATION PACKAGES, (D) APPROVING FORMS OF**
**BALLOTS, (E) ESTABLISHING DEADLINE FOR RECEIPT OF BALLOTS, AND (F)**
**APPROVING PROCEDURES FOR VOTE TABULATIONS; (III) ESTABLISHING**
**DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION**
**OF THE PLAN; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")² of the above-captioned debtors

and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to

sections 1125 and 1126 of title 11 of the United States Code (the "Bankruptcy Code"), Rules

2002, 3016, 3017 and 3020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and Rules 3017-1(a) and 3017-1(b) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation
(7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home
Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement
Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a
New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747.☐
² Unless otherwise defined in herein, all capitalized terms shall have the respective meanings ascribed to them in
the Motion.

Rules"), (i) approving the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy

Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of

~~August 15,~~October 7, 2008 (including all exhibits thereto and as amended, modified or

supplemented from time to time, the "Disclosure Statement"); (ii) establishing procedures for

solicitation and tabulation of votes to accept or reject The Amended Chapter 11 Plan of

Liquidation of the Debtors Dated as of ~~August 15,~~October 7, 2008 (including all exhibits thereto

and as the same may be further amended, modified or supplemented from time to time, the

"Plan") including (a) approving the form and manner of the solicitation packages, (b) approving

the form and manner of notice of the Confirmation Hearing, (c) establishing a record date and

approving procedures for distributing solicitation packages, (d) approving the forms of ballots,

(e) establishing the deadline for the receipt of ballots, and (f) approving procedures for tabulating

acceptances and rejections of the Plan; (iii) establishing the deadline and procedures for filing

objections to confirmation of the Plan; and (iv) granting related relief; and it appearing that

adequate and sufficient notice of the Motion has been given under the circumstances; and it

further appearing that adequate and sufficient notice, pursuant to Bankruptcy Rule 2002(b), of

the hearing to approve the Disclosure Statement has been given; and after due deliberation and

upon the Court's determination that the relief requested in the Motion is in the best interests of

the Debtors, their estates, creditors and other parties in interest; and sufficient cause appearing

thereof, it is

**HEREBY ORDERED THAT**:

1.      The Motion is granted.

2.      The Disclosure Statement is approved as containing adequate information

within the meaning of section 1125 of the Bankruptcy Code.

2

3.      The Debtors shall mail or caused to be mailed to Holders of Claims entitled to vote on the Plan no later than ~~September 24,~~October 20, 2008 a solicitation package containing:  (a) written notice (the "Confirmation Hearing Notice"), substantially in the form annexed hereto as Exhibit A, of (i) the Court's approval of the Disclosure Statement, (ii) the deadline for voting on the Plan, (iii) the date of the Confirmation Hearing, and (iv) the deadline and procedures for filing objections to the confirmation of the Plan, which Confirmation Hearing Notice is approved; (b) the Plan in pdf format on a CD-Rom; (c) the Disclosure Statement, substantially in the form approved by the Court, in pdf format on a CD-Rom; (d) the appropriate ballot (substantially in the form annexed hereto as Exhibits B-1 through ~~B-28~~B-30 and ballot return envelope; and (e) such other information as the Court may direct or approve (collectively, the "Solicitation Package").  The Solicitation Package and the manner of service of the Solicitation Package satisfies the requirements of Bankruptcy Rule 3017(d).

4.      The Debtors shall mail or cause to be mailed to each of the known counterparties to the Deemed Rejected Executory Contracts a Confirmation Hearing Notice and the Disclosure Statement and Plan in pdf format on a CD-Rom.

5.      Pursuant to Bankruptcy Rule 3017(d), the Debtors are not required to transmit a Solicitation Package to the Non-Voting Parties.  The Debtors shall mail or cause to be mailed to each Non-Voting Party within fifteen (15) days after the entry of this Order, the Non-Voting Creditor Notice substantially in the form attached hereto as Exhibit C.

6.      The Debtors shall publish notice (the "Publication Notice"), substantially in the form annexed hereto as Exhibit D, in the Wall Street Journal within fifteen (15) days after the entry of this Order.

066585.1001

7.     ~~September 15,~~October 8, 2008 is established as the record date (the "Record Date") for the purposes of determining the creditors and interest holders entitled to receive the Solicitation Package or the Non-Voting Creditor Notice and to vote on the Plan.

8.     Epiq Bankruptcy Solutions, LLC ("Epiq" or the "Balloting Agent") shall tabulate the ballots and certify to the Court the results of the balloting.

9.     The Debtors are permitted to dispense with the mailing of Solicitation Packages or Non-Voting Creditor Notices to addresses and entities to which the notice of the Disclosure Statement hearing was returned by the United States Postal Service as undeliverable, unless the Debtors are provided with an accurate address.

10.     The Ballots, substantially in the form annexed hereto as Exhibits B-1 through B-~~28~~30 are hereby approved.

11.     All Ballots must be properly executed, completed and delivered to the Balloting Agent by (i) first class mail in the return envelope provided with the Ballots to Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115 or (ii) overnight mail or hand delivery to Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that the Ballots are received on or before ~~October 24,~~November 14, 2008 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"), unless extended by the Debtors.  Ballots cast by facsimile, email or other electronic transmission will not be counted unless approved in advance by the Debtors in writing.

12.     For purposes of voting on the Plan, the amount of a claim held by a creditor or the number of any interests held by an interest holder shall be determined pursuant to the following guidelines:

4

066585.1001

a.  The amount of the claim listed in a Debtor's schedule of liabilities if (i) such claim is not scheduled as contingent, unliquidated, undetermined or disputed and (ii) no proof of claim has been timely filed (or otherwise deemed timely filed by the Court under applicable law);

b.  The noncontingent and liquidated amount specified in a proof of claim timely filed with the Court or Epiq (or otherwise deemed timely filed by the Court under applicable law) to the extent the proof of claim is not the subject of an objection filed prior to October 6,31, 2008 provided that if such an objection is filed, but the amount has been resolved pursuant to a stipulation or order entered by the Court, the voting amount shall be the amount set forth in such stipulation or order;

c.  The amount temporarily allowed in accordance with the EPD/Breach Claim Tabulation Rules (as defined below).

d.  The amount temporarily allowed by the Court for voting purposes, pursuant to Bankruptcy Rule 3018(a), provided that a motion is brought, notice is provided and a hearing is held prior to the Confirmation Hearing, in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules;

e.  Except as otherwise provided in subsection (c) and (d) hereof, with respect to ballots cast by parties whose claims (i) are not listed on a Debtor's schedule of liabilities or (ii) are listed therein as disputed, contingent and/or unliquidated, but who have timely filed proofs of claim in unliquidated or unknown amounts that are not the subject of an objection filed before the commencement of the Confirmation Hearing, such ballots shall be counted in determining whether the numerosity requirement of section 1126(c) of the Bankruptcy Code has been met, but shall not be counted in determining whether the aggregate claim amount requirement has been met.

13.    The Debtors may object to any claim (as defined in section 101(5) of the Bankruptcy Code) solely for Plan voting purposes by filing a determination motion (the "Determination Motion") no later than eighteen (18) days prior to the Voting Deadline with the Court. Responses, if any, to the Determination Motion shall be filed no later than five (5) business days prior to the hearing on the Determination Motion. The Court will conduct a

5

hearing on any Determination Motion at the Confirmation Hearing or such earlier time as may be

scheduled by the Court.  If a Determination Motion is filed, the ruling by the Court on the

Determination Motion shall be considered a ruling with respect to the allowance of the claim(s)

under Bankruptcy Rule 3018 and such claim(s) shall be counted, for voting purposes only, in the

amount determined by the Court.  The filing of a Determination Motion or a ruling by the Court

thereon, shall not affect the Debtors', or the Plan Trustee's upon the Effective Date of the Plan,

right or ability to later object to such claim(s) for any other purposes, including distribution under

the Plan.

      14.    Creditors seeking to have a claim temporarily allowed for purposes of

voting to accept or reject the Plan pursuant to Bankruptcy Rule 3018(a) must file a motion (the

"Claims Estimation Motion") for such relief no later fourteen (14) days prior to the Voting

Deadline.  The Court will schedule a hearing on such motion for a date prior to the Confirmation

Hearing.

      15.   EPD/Breach Claims shall be temporarily allowed, solely for purposes of

voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on

account of, any EPD/Breach Claim and without prejudice to the rights of the Debtors in any other

context, in accordance with the following rules (the "EPD/Breach Claim Tabulation Rules"):

    a.    The Debtors shall have served each known Holder of an
EPD/Breach Claim with a Preliminary Informational Questionnaire
(each, a "Questionnaire," substantially in the form attached hereto
as Exhibit E) on or before September ~~5,~~18, 2008;

    b.    Each Holder of an EPD/Breach Claim must supply the information
requested by the Debtors in the Questionnaire on or before
~~September 30,~~October 16, 2008;

    c.    If a Holder of an EPD/Breach Claim fails to provide the Debtors
with the information requested in the Questionnaire and the
Debtors are otherwise unable to estimate the amount of damages
for such EPD/Breach Claim including, utilizing to the extent

                 066585.1001

possible, the EPD/Breach Protocol set forth in the Plan, absent further order of the Court pursuant to the procedures identified herein, the EPD/Breach Claim shall be temporarily allowed for voting purposes only in the amount of $1.00;

d.  If the Holder of an EPD/Breach Claim provides the Debtors with the information requested in the Questionnaire or the Debtors are otherwise able to estimate the amount of damages for such EPD/Breach Claim, then the Debtors shall file, on or before October ~~10,~~27, 2008, and serve on each Holder of an EPD/Breach Claim a schedule listing the EPD/Breach Claim amount that will be temporarily allowed solely for voting purposes (the "EPD/Breach Claim Voting Amount");

e.  If the Holder of an EPD/Breach Claim disputes the EPD/Breach Claim Voting Amount, then such Holder must file and serve an objection no later than ~~October 24,~~November 14, 2008, which objection may be resolved by stipulation with the Debtors or by the Court at the Confirmation Hearing (or such other date as is set by the Court); any such objection shall initiate a contested matter under Bankruptcy Rule 9014, and the respective burdens on the parties shall be the same as those applicable to a motion brought under Bankruptcy Rule 3018(a);

f.  If the Holder of an EPD/Breach Claim does not object to the EPD/Breach Claim Voting Amount, such Holder shall be deemed to have consented to having its EPD/Breach Claim temporarily allowed for voting purposes in the EPD/Breach Claim Voting Amount, but shall not be deemed to have waived any other rights in respect of the validity of its EPD/Breach Claim;

g.  The EPD/Breach Claim Voting Amount shall not be deemed to be a substantive objection to, or estimation of, any EPD/Breach Claim, and nothing in the EPD/Breach Claim Tabulation Rules impairs or otherwise affects the Debtors' or the Committee's rights to object to or estimate EPD/Breach Claims or any other Claims.

16.  The following voting procedures and standard assumptions shall be used in tabulating the Ballots:

a.  For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code, separate claims held by a single creditor in a particular class will be aggregated as if such creditor held one claim against the Debtors in such class, and the votes related to such claims will be treated as a single vote to accept or reject the Plan.

7

b.  Creditors or interest holders must vote all of their claims or interests within a particular class either to accept or reject the Plan and may not split their vote. Accordingly, a ballot (or multiple ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will not be counted.

c.  Ballots that fail to indicate an acceptance or rejection of the Plan or that indicate both acceptance and rejection of the Plan, but which are otherwise properly executed and received prior to the Voting Deadline, will not be counted.

d.  Only ballots that are timely received with signatures will be counted. Unsigned ballots will not be counted.

e.  Ballots postmarked prior to the Voting Deadline, but received after the Voting Deadline, will not be counted.

f.  Ballots which are illegible, or contain insufficient information to permit the identification of the creditor, will not be counted.

g.  Whenever a creditor or interest holder casts more than one ballot voting the same claim or interest prior to the Voting Deadline, the last ballot received prior to the Voting Deadline shall be deemed to reflect the voter's intent and supersede any prior ballots.

h.  If a creditor simultaneously casts inconsistent duplicate ballots, with respect to the same claim, such ballots shall not be counted.

i.  Each creditor shall be deemed to have voted the full amount of its claim. Unless otherwise ordered by the Court, questions as to the validity, form, eligibility (including time of receipt), acceptance, and revocation or withdrawal of ballots shall be determined by the Balloting Agent and the Debtors, which determination shall be final and binding.

17.  Any objection, comment or response to confirmation of the Plan (including any supporting memoranda) must be in writing, served on the parties identified below, and filed with the Court, together with proof of service, such that the foregoing are received by such parties and the Court on or before ~~October 24,~~November 14, 2008 at 4:00 p.m. (prevailing Eastern Time). The Court shall consider only timely filed written objections. All objections not

8

timely filed and served in accordance with the provisions of this Motion are hereby deemed

waived.  Objections to confirmation of the Plan should provide proposed language to remedy

such objections and shall be served on the following parties:  (i) Young Conaway Stargatt &

Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391,

(Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo

Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret

Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022

(Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite

800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Committee; and

(iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox

#35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon).

18.    Any party supporting the Plan shall be afforded an opportunity to file a

response to any objection to confirmation of the Plan, prior to the Confirmation Hearing.

19.    A hearing shall be held before this Court on November ~~12,~~25, 2008 at

10:00 a.m. (prevailing Eastern Time), at the United States Bankruptcy Court for the District of

Delaware, 824 N. Market St., 5th Floor, Wilmington, Delaware 19801, or as soon thereafter as

counsel can be heard, to consider confirmation of the Plan (the "Confirmation Hearing").  To the

extent that additional time is needed, the Confirmation Hearing will continue on November 26,

2008 at 10:00 a.m. (prevailing Eastern Time).

20.    The Confirmation Hearing may be adjourned from time to time without

further notice to creditors and other parties-in-interest by an announcement of the adjourned date

at the Confirmation Hearing of any adjournment thereof or an appropriate filing with the Court.

9

21.    Prior to mailing the Disclosure Statement, Solicitation Packages, or Non-Voting Creditor Notices, the Debtors may fill in any missing dates and other information, correct any typographical errors and make such other non-material, non-substantive changes as they deem appropriate._

22.    This Court shall retain jurisdiction over all matters related to or arising from the Motion or the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
        September October _____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge

DB02:7146211.5 7146211.6                                  066585.1001

Document comparison done by Workshare DeltaView on Tuesday, October 07, 2008 4:49:32 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/7146211/5 |
| Document 2 | interwovenSite://WSDMS/DB02/7146211/6 |
| Rendering set | standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 22 |
| Deletions | 21 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 43 |