IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

--------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket Nos.  See Schedule 1, attached**

## DEBTORS' RESERVATION OF RIGHTS AS TO CERTAIN MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

The debtors and debtors in possession in the above captioned cases (collectively,

the "Debtors") hereby file this reservation of rights (the "Reservation of Rights") with respect to

certain motions for relief from stay (the "Motions") filed by mortgagees (the "Senior

Mortgagees") seeking to foreclose upon real property (the "Property") in which the Debtors have

(or may have) a junior mortgage interest, see Schedule 1, attached.

The Debtors generally consent to the relief sought in the Motions and are willing

to stipulate that "cause" for relief from the stay exists within the meaning of 11 U.S.C.

§ 362(d)(1).

The Debtors have reviewed the proposed forms of order (the "Proposed Orders")

and note that nothing in the proposed orders affect the automatic stay in effect for other

purposes, e.g., to protect any surplus from the foreclosure sales that might inure to the Debtors'

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

account.  Moreover, the Proposed Orders do not constitute a determination that the Debtors hold

any interest in the Property or estop the Debtors from denying that they hold any interest in the

Property.

## RESERVATION OF RIGHTS

Consistent with the terms of the Proposed Orders, the Debtors reserve all rights

with respect to the Properties, including, but not limited to, the Debtors' right to protect their

interests under applicable non-bankruptcy law.

Dated:    Wilmington, Delaware
          October 7, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP


                              /s/ Margaret B. Whiteman
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Margaret B. Whiteman (No. 4652)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession

## Schedule 1

| Docket No., Date | Movant-Senior Mortgagee | Real Property Location |
|---|---|---|
| 5621, 9/9/08 | Bank of New York | 240 James Street, Escondido, CA |
| 5622, 9/9/08 | Bank of New York | 12994 Wintersun Way, Riverside, CA |
| 5623, 9/9/08 | HSBC Bank, N.A. | 1355 Loma Avenue, Long Beach, CA |
| 5624, 9/9/08 | Bank of New York | 41438 Wood Rock Way, Centreville, VA |
| 5625, 9/9/08 | Bank of New York | 16 Carlsbad Drive, Stafford, VA |
| 5626, 9/9/08 | Bank of New York | 22 Artist Lake Drive, Middle Island, NY |
| 5627, 9/9/08 | Bank of New York | 10020 Gander Court, Fredericksburg, VA |
| 5628, 9/9/08 | Bank of New York | 228 Artist Lake Drive, Middle Island, NY |
| 5629, 9/9/08 | Bank of New York | 535 N. Michigan Ave., Apt. 2414, Chicago, IL |
| 5630, 9/9/08 | Bank of New York | 8731 Elm Dr., Des Plaines, IL |
| 5631, 9/9/08 | Bank of New York | 5719 S. St. Louis Ave., Chicago, IL |
| 5632, 9/9/08 | HSBC Bank USA, National Association | 10510 Milton Road, Valley Springs, CA |
| 5633, 9/9/08 | Bank of New York | 15857 Sapphire Street, Victorville, CA |
| 5634, 9/9/08 | Bank of New York | 3670 Asbury Circle, Corona, CA |
| 5635, 9/9/08 | CHL and/or MERS | 29767 Fox Creek Dr., Sun City, CA |
| 5636, 9/9/08 | Bank of New York | 1507 West Orange Avenue, El Entro, CA |
| 5637, 9/9/08 | Bank of New York | 5022 Jalisco Avenue, Coachella, CA |
| 5638, 9/9/08 | Bank of New York | 761 South Imperial Ave., Brawley, CA |
| 5639, 9/9/08 | Bank of New York | 3985 Hollyhock Lane, National City, CA |
| 5641, 9/9/08 | HSBC Bank USA, N.A. | 48679 Valley Forge Drive, Macomb, MI |
| 5642, 9/9/08 | HSBC Bank USA, N.A. | 7 Parrott Street, Vallejo, CA |
| 5644, 9/9/08 | HSBC Bank USA, N.A. | 9656 Elmview Drive, Oakland, Ca |
| 5645, 9/9/08 | HSBC Bank USA, National Association | 1348 Stallion Street, Ranson, WV |
| 5646, 9/9/08 | Bank of New York | 21931 Tower Heights Rd., Cresteline, CA |
| 5647, 9/9/08 | CitiMortgage, Inc. | 3434 Golden Sage Drive, North Las Vegas, NV |
| 5649, 9/9/08 | U.S. Bank National Association | 2203 Cedar Garden Drive, Orlando, FL |
| 5650, 9/9/08 | Bank of New York | 107 Goldthorn Way, Sterling, VA |
| 5651, 9/9/08 | Bank of New York | 7866 Apache Ridge Ct., #4-4, Manassas, VA |
| 5652, 9/9/08 | HSBC Bank USA, National Association | 3353 Lady Catherine Circle, Triangle, VA |
| 5653, 9/9/08 | Bank of New York | 297 Macdougal Street, Brooklyn, NY |
| 5654, 9/9/08 | Bank of New York | 9842 Town Lane, Manassas, VA |
| 5655, 9/9/08 | CHL and/or MERS | 1162 Market Street, Yuba City, CA |
| 5656, 9/9/08 | CHL and/or MERS | 9818 Chestnut Avenue North, Brooklyn Park, MN |
| 5657, 9/9/08 | Countrywide Home Loans, Inc. | 3439 N. Kedzie Ave., Chicago, IL |
| 5658, 9/9/08 | Countrywide Home Loans, Inc. | 2817 Market St., Oakland, CA |
| 5659, 9/9/08 | Countrywide Home Loans, Inc. | 28 South Euston Road, West Hempstead, NY |
| 5660, 9/9/08 | CHL and/or MERS | 2494 Eutaw Road, Holly Hill, SC |
| 5661, 9/9/08 | Bank of New York | 3812 Lindermann Avenue, Racine, WI |
| 5662, 9/9/08 | Bank of New York | 5836 Waveland Ave., Chicago, IL |
| 5663, 9/9/08 | Bank of New York | 455 Banfil St., St. Paul, MN |
| 5664, 9/9/08 | Bank of New York | 7581 Pine St., Manassas, VA |
| 5665, 9/9/08 | Bank of New York | 11468 Willows Green, Glen Allen, VA |

| Docket No., Date | Movant-Senior Mortgagee | Real Property Location |
|---|---|---|
| 5666, 9/9/08 | Bank of New York | 12101 Hunter Hill Way, #A&B, El Paso, TX |
| 5667, 9/9/08 | Bank of New York | 23117 Camino Dr., Galveston, TX |
| 5668, 9/9/08 | LaSalle Bank, N.A. | 11172 Orion Ave., Mission Hills, CA |
| 5669, 9/9/08 | HSBC Bank, N.A. | 314 South Michigan Street, Redlands, CA |
| 5670, 9/9/08 | Bank of New York | 13842 Via Real, Desert Hot Spring, CA |
| 5671, 9/9/08 | CHL and/or MERS | 5873 Trellis Court, Powder Springs, GA |
| 5673, 9/9/08 | Countrywide Home Loans | 12629 Fireside Lake Road, New Auburn, WI |
| 5674, 9/9/08 | Bank of New York | 3245 Carolyn Circle, Oceanside, CA |
| 5676, 9/9/08 | Bank of New York | 27693 Via Real, Romoland, CA |
| 5677, 9/9/08 | Countrywide Home Loans and/or MERS | 8782 Galty Way, Sacramento, CA |
| 5678, 9/9/08 | HSBC Bank USA, N.A. | Multiple properties |
| 5680, 9/9/08 | Countrywide Home Loans and/or MERS | 5640 Riverside Drive, #8, Chino, CA |
| 5681, 9/9/08 | HSBC Bank USA, N.A. | See Exhibit A |
| 5682, 9/9/08 | Countrywide Home Loans and/or MERS | 704 Fownes Ct., Bakersfield, CA |
| 5683, 9/9/08 | Bank of New York | 11921 Taylor Street, Riverside, CA |
| 5684, 9/9/08 | HSBC Bank USA, N.A. | Multiple properties |
| 5685, 9/9/08 | U.S. Bank National Association | 1224 Wild Horse Drive, Heber, CA |
| 5687, 9/9/08 | Bank of New York | 12983 Acacia Avenue, Desert Hot Springs, CA |
| 5688, 9/9/08 | Bank of New York | 26415 Santa Andrea Street, Loma Linda, CA |
| 5689, 9/9/08 | Bank of New York | 9337 Emily Street, Elk Grove, CA |
| 5690, 9/9/08 | Bank of New York | 1589 Buckeye Drive, El Cajon, CA |
| 5691, 9/9/08 | Bank of New York | 25241 Todd Drive, Moreno Valley, CA |
| 5692, 9/9/08 | Bank of New York | 2827 Skyline Drive, Lemon Grove, CA |
| 5693, 9/9/08 | Bank of New York | 7916 Granite Park Street, Bakersfield, CA |
| 5694, 9/9/08 | HSBC Bank, N.A. | 7374 Cassidy Road, Valley Spring, CA |
| 5695, 9/9/08 | HSBC Bank USA, N.A. | 3954 Roxton Ave., Los Angeles, CA |
| 5696, 9/9/08 | Countrywide Home Loans, Inc. | 625 S. Dale St., Anaheim, CA |
| 5699, 9/9/08 | HSBC Bank USA, N.A. | 12561 Kenwood Lane, Tustin, CA |
| 5700, 9/9/08 | Bank of New York | 4655 Calle Del Palo, Oceanside, CA |
| 5701, 9/9/08 | Bank of New York | 937 Kenwood Street, Inglewood, CA |
| 5702, 9/9/08 | Bank of New York | 1900 Glendon Court, Bakersfield, CA |
| 5703, 9/9/08 | Bank of New York | 639 East 7th St., National City, CA |
| 5704, 9/9/08 | Bank of New York | 2154 Corona Ave., Norco, CA |
| 5712, 9/9/08 | HSBC Bank, N.A. | 355-355 ½ East 62nd St., Los Angeles, CA |
| 5729, 9/9/08 | LaSalle Bank N.A. | 4986 Crooked Stick Way, Las Vegas, NV |
| 5956, 9/19/08 | Bank of America, National Association | 3011 Southern Avenue, Temple Hills, MD |
| 5957, 9/19/08 | Citigroup Global Markets Realty Corp. | 4315 Basil Leave Avenue, North Las Vegas, NV |
| 5958, 9/19/08 | Citigroup Global Markets Realty Corp. | 10610 South Perry Avenue, Chicago, IL |
| 5959, 9/19/08 | U.S. Bank National Association | 1104 Alexander court, Streamwood, IL |

| Docket No., Date | Movant-Senior Mortgagee | Real Property Location |
|---|---|---|
| 5960, 9/19/08 | US Bank National Association | 2126 Tanglewood Drive, Sarasota, FL |
| 5961, 9/19/08 | Deutsche Bank National Trust Company | 2921 Scratch Gravel Road, Marion, VA |
| 5962, 9/19/08 | Deutsche Bank National Trust Company | 14250 Northwest 22nd Avenue, Opa Locka, FL |
| 5963, 9/19/08 | U.S. Bank National Association | 14632 Bridgeport Circle, Magalia, CA |
| 5964, 9/19/08 | U.S. Bank National Association | 8474 Summer Breeze Lane, Springfield, VA |
| 5965, 9/19/08 | Citigroup Global Markets Realty Corp. | 1704 West Marie Street, Pasco, WA |
| 5976, 9/19/08 | Wells Fargo Bank, NA | 56 West Corriente, Queen Creek, AZ |
| 5977, 9/19/08 | Citigroup Global Markets Realty Corp. | 7217 49th Place East, Palmetto, FL |
| 5978, 9/19/08 | U.S. Bank National Association | 6644 Carnation Avenue, Sacramento, CA |
| 5979, 9/19/08 | HSBC Bank USA, National Association | 1913 Weekend Lane, Odessa, FL |
| 5980, 9/19/08 | REO Properties Corp. | 40-18 70th Street, Woodside, NY |
| 5981, 9/19/08 | HSBC Bank USA, National Association | 8542 South Normal Avenue, Chicago, IL |
| 5982, 9/19/08 | U.S. Bank National Association | 5805 Supra Place, Riverdale, MD |
| 5983, 9/19/08 | U.S. Bank National Association | 6504 Bridle Path Drive, Matteson, IL |
| 5984, 9/19/08 | U.S. Bank National Association | 324 Chadwick Acres, Sneads Ferry, NC |
| 5985, 9/19/08 | HSBC Bank USA | 5309 Gilchrist Street, Naples, FL |
| 6002, 9/22/08 | Aurora Loans Services | Multiple properties |
| 6013, 9/24/08 | Wells Fargo Bank, N.A. | 10939 Hellebore Road, Charlotte, NC |
| 6014, 9/24/08 | HSBC Bank USA | 1752 West Joseph Street, Yuba City, CA |
| 6015, 9/24/08 | HSBC Bank USA, National Association | 5661 Riverside Drive, Coral Springs, FL |
| 6016, 9/24/08 | HSBC Bank USA, National Association | 2751 South Ocean Drive, Hollywood, FL |
| 6017, 9/24/08 | US Bank National Association | 1534 West Rue James Place, Palatine, IL |
| 6018, 9/24/08 | US Bank National Association | 16970 Marygold Avenue, Fontana, CA |
| 6019, 9/24/08 | HSBC Bank USA, National Association | 5142 Spring Branch Blvd., Dumfries, VA |

| Docket No., Date | Movant-Senior Mortgagee | Real Property Location |
|---|---|---|
| 6020, 9/24/08 | HSBC Bank USA, National Association | 6631 Greene Street, Hollywood, FL |
| 6021, 9/24/08 | HSBC Bank USA, National Association | 5152 Brooketree Drive, Charlotte, NC |
| 6022, 9/24/08 | US Bank National Association | 14756 North 138th Lane, Surprise, AZ |
| 6023, 9/24/08 | US Bank National Association | 10311 Club Circle, Tampa, FL |
| 6024, 9/24/08 | US Bank National Association | 8618 Beekman Place, Alexandria, VA |
| 6025, 9/24/08 | HSBC Bank USA, National Association | 337 Pershing Street, Dunedin, FL |
| 6026, 9/24/08 | Deutsche Bank National Trust Company | 2319 Golden Chapel Road, Odenton, MD |
| 6027, 9/24/08 | Deutsche Bank National Trust Company | 1181 Wycoff Avenue, Jacksonville, FL |
| 6028, 9/24/08 | U.S. Bank National Association | 6495 East Stacy Street, Florence, AZ |
| 6029, 9/24/08 | U.S. Bank National Association | 1680 Slash Pine Place, Oviedo, PL |
| 6030, 9/24/08 | U.S. Bank National Association | 7764 Maple Drive, Maple Falls, WA |
| 6031, 9/24/08 | Wells Fargo Bank, NA | 327 Pershing Street, Dunedin, FL |
| 6032, 9/24/08 | Wells Fargo Bank, NA | 21599 Oleander Avenue, Perris, CA |
| 6033, 9/24/08 | Quantum Servicing Corporation | 7717 Marth Court, Edina, MN |
| 6034, 9/24/08 | US Bank National Association | 815-817 Capitol Avenue, Bridgeport, CT |
| 6035, 9/24/08 | US Bank National Association | 1907 East Camino Miraval, Tucson, AZ |
| 6036, 9/24/08 | LaSalle Bank National Association | 11752 Puerto Real Road, Fontana, CA |
| 6037, 9/24/08 | HSBC Bank USA, National Association | 14821 Hanover Pike, Carroll County, MD |
| 6038, 9/24/08 | HSBC Bank USA, National Association | 5345 Lorilawn Drive, Orlando, FL |
| 6039, 9/24/08 | US Bank National Association | 26309 80th Drive East, Myakka City, FL |
| 6040, 9/24/08 | HSBC Bank USA, National Association | 5227 North Reserve Avenue, Chicago, IL |
| 6041, 9/24/08 | U.S. Bank National Association | 32-38 80th Street, East Elmhurst, NY |
| 6042, 9/24/08 | US Bank National Association | 260 Northeast 60 Street, Fort Lauderdale, FL |
| 6043, 9/24/08 | Wells Fargo Bank, NA | 303 Rain Water Way, Glen Burnie, MD |

| Docket No., Date | Movant-Senior Mortgagee | Real Property Location |
|---|---|---|
| 6044, 9/24/08 | U.S. Bank National Association | 68 Danforth Avenue, Jersey City, NJ |
| 6045, 9/24/08 | Citigroup Global Markets Realty Corp. | 7824 Cloverdale Drive, Waxhaw, NC |
| 6046, 9/24/08 | HSBC Bank USA, National Association | 401 South Grove Avenue, Unit 3E Oak Park, IA |
| 6047, 9/24/08 | Wells Fargo Bank, NA America's Servicing Company | 2084 Via Alba, Palm Desert, CA |
| 6048, 9/24/08 | HSBC Bank USA, National Association | 7539 East Capri Avenue, Mesa, AZ |
| 6049, 9/24/08 | US Bank National Association | 3608 Wild Willow Street, Las Vegas, NV |
| 6050, 9/24/08 | US Bank National Association | 3912 North Harlem Avenue, Chicago, IL |
| 6051, 9/24/08 | HSBC Bank USA, National Association | 42-711 Corvado Street, Indio, CA |
| 6052, 9/24/08 | Citigroup Global Markets Realty Corp. | 43017 Lago Stella Place, Ashburn, VA |
| 6053, 9/24/08 | US Bank National Association | 13578 Adrian Court, Woodbridge, VA |
| 6054, 9/24/08 | Option One Mortgage Corporation | 5940 Park Crest Drive, Chino Hills, CA |
| 6107, 9/24/08 | Chase Home Loan Servicing, LLC | Multiple properties |