IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1] : | Jointly Administered |
| : | |
| Debtors. : | |
| ------------------------------------------------------------------ x | |

## NOTICE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable by the Federal Rules of Bankruptcy Procedure 7026 and 7030, the above-captioned Debtors will take the deposition upon oral examination of JPMorgan Chase Bank, National Association ("JPMC") regarding the subject matters set forth in <u>Schedule A</u> to this Notice, in connection with JPMC's Motion for Relief from the Automatic Stay, Pursuant to 11 U.S.C. §362(d), to Foreclose on Mortgage Loans (the "Motion"). The deposition shall commence at 10:00 a.m. (ET) on November 7, 2008, at the offices of Young Conaway Stargatt & Taylor, LLP, the Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.[2] The deposition will be taken pursuant to all applicable rules of the Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("<u>AHM Servicing</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Or at another date, time and location as agreed upon by the parties.

before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

Dated: October 7, 2008         YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Erin Edwards*
John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Facsimile: (302) 571-1253
*Counsel to the Debtors*

# **SCHEDULE A**

# **DEFINITIONS**

A. "Collateral" shall mean the portion of the Debtors' assets that have not been sold pursuant to an order of the Bankruptcy Court in which JPMC contends it holds security interests in and liens upon pursuant to the 1/06 Credit Agreement and/or any other applicable agreement.

B. "Communication" as used herein shall mean any document, oral statement, meeting or conference, formal or informal, at any time or place and under any circumstances whatsoever, whereby information of any nature was stated, written, recorded or in any manner transmitted or transferred.

C. "1/06 Credit Agreement" shall mean that certain 1/06 Senior Secured Credit Agreement (as subsequently amended, supplemented and extended) regarding the $150 million senior, secured revolving warehouse facility dated January 24, 2006 between American Home Mortgage Investment Corp., American Home Mortgage Corporation and JPMC as Administrative Agent and Sole Lender.

D. "Indebtedness" refers to the amount owed by the Debtors to JPMC under the 1/06 Credit Agreement.

E. "Petition Date" shall mean August 6, 2007.

F. "Potential Purchaser(s)" shall mean any persons who submitted an offer, any proposal or expression of interest to purchase all or any portion of the Warehouse Loans.

G.      "Warehouse Loans" refers to Single-family Collateral, Manufactured Home Loan Collateral, Construction/Permanent Loan Collateral and Underperforming Loan Collateral, and Residential Lot Loan Collateral and Subprime Loan Collateral (as all of these terms are defined in the Warehouse Facility Documents, collectively, the Warehouse Loans").

H.      "You" and "Yours" means and refers to JPMC, as defined above.

**TOPICS**

1.      The value of the Warehouse Loans and the methodologies used to determine or estimate the current and/or future value of the Warehouse Loans.

2.      All discussions, plans or strategies of JPMC to market, sell or otherwise dispose of all or any portion of the Warehouse Loans from the Petition Date to the present.

3.      Your communications with Potential Purchasers regarding the Warehouse Loans.

4.      Your contention that it would be more advantageous from an economic perspective to sell the Warehouse Loans now versus holding the Warehouse Loans for later sale.

5.      Your contention that the Warehouse Loans have decreased in value since the Petition Date.

6.      Your contention that the value of the Warehouse Loans will continue to deteriorate into the future.

7.      Your contention that the Debtors lack equity in the Warehouse Loans and the Other Collateral.

8. All Collateral You contend secures the Debtors' Indebtedness under the 1/06 Credit Agreement.

9. The current amount of Your claim against the Debtors.

10. The responses of JPMC to the Debtors' First Set of Interrogatories.

11. The collection, review and preparation of the documents produced by JPMC in response to the Debtors' First Requests for Production of Documents.