**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE | * | Case No.:  07-11047(CSS) |
| HOLDING INC., | * | Chapter 11 |
| Debtor. | * | |
| | * | |
| | * | |
| | ******************** | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 8, 2008, copies of the foregoing Motion

for Relief from Automatic Stay Under § 361 of the Bankruptcy Code; Notice of Motion;

and proposed Order were served upon the parties listed on the below in the manner

stated:

<u>VIA US MAIL</u>
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

VIA US MAIL
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney  for Plaintiff

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

Respectfully submitted,

MORRIS|HARDWICK|SCHNEIDER

/s/ *Lisa R. Hatfiled*_____
Lisa R. Hatfield (DE No. 4967)
284 East Main Street
Newark, Delaware 19711
(302) 444-4602
(866) 503-4930 (toll free)