IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   :  Jointly Administered
            Debtors.                                               :
------------------------------------------------------------------
                                                                   :
AMERICAN HOME MORTGAGE CORP.,                                      :
                                                                   :
            Plaintiff,                                             :
                                                                   :
v.                                                                 :
                                                                   :  Adv. Proc. No.
BEKINS MOVING SOLUTIONS, INC.,                                     :
                                                                   :
            Defendant.                                             :
                                                                   :

## COMPLAINT

Plaintiff, American Home Mortgage Corp. ("AHM"), by and through its undersigned counsel, Young Conaway Stargatt & Taylor, LLP, hereby brings this action against defendant, Bekins Moving Solutions, Inc. ("Bekins"), and in support thereof respectfully avers as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

3. The causes of action alleged in all counts of this Complaint are non-core proceedings under 28 U.S.C. § 157(b).

4. This proceeding relates to the jointly administered cases styled <u>In re: American Home Mortgage Investment Corp., et al.</u>, Case No. 07-11047 (CSS) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") before the Honorable Christopher S. Sontchi.

5. The voluntary petitions commencing these chapter 11 proceedings were filed on August 6, 2007 (the "Petition Date").

## PARTIES

6. AHM, prior to the Petition Date, was in the business of originating mortgage loans for the wholesale mortgage market. AHM maintained offices throughout the United States.

7. Bekins is a corporation with offices located at 6300 Valley View Street, Buena Park, CA 90620.

8. Bekins, at all times relevant hereto, was in the business of providing moving services.

## FACTS

9. By agreement dated August 24, 2007, Bekins agreed to provide certain moving services to AHM. A true and correct copy of the agreement is attached hereto and made a part hereof as Exhibit :"A" (the "Agreement").

10. Pursuant to the terms of the Agreement, AHM was required to pay a retainer in the amount of $300,000.00 "to be held for the term of the project" (the "Retainer").

11. AHM transmitted the Retainer by wire transfers to Bekins on August 24, 2007.

12. The Agreement further provides that the Retainer will be returned to AHM "30 days after the end of the project when all outstanding invoices have been paid the retainer will be returned."

13. The "project" referenced in the Agreement has long been concluded.

14. All invoices issued by Bekins pursuant to the Agreement have been paid by AHM.

15. The last payment made to Bekins that was due under the Agreement was on May 1, 2008.

16. Bekins has not indicated, demanded or otherwise sent any notices, invoices or other payment requests to AHM no amount remains outstanding and/or unpaid.

17. AHM has made repeated demands for the return of the Retainer held by Bekins.

18. Bekins has repeatedly failed to respond to requests and demands for the return of the Retainer.

19. The latest demand was by letter sent to Bekins on September 18, 2008. Bekins failed to respond to the demand and failed and/or refused to turn over the Retainer.

## Count I

### Turnover of Property of the Estate

20. All allegations contained in Paragraphs 1-19, supra, are expressly incorporated herein by reference.

21. The Retainer constitutes property of AHM's bankruptcy estate pursuant to 11 U.S.C. § 363.

22. Bekins has no claim of right to any portion of the Retainer.

3

23. Bekins should be compelled to deliver the Retainer, or the value of the Retainer, to AHM for the benefit of its estate pursuant to 11 U.S.C. § 542(a).

## Count II

### Breach of Agreement

24. All allegations set forth in Paragraphs 1-23, supra, are expressly incorporated herein by reference.

25. Bekins has failed to pay over the Retainer to AHM in direct contravention of the provisions of the Agreement.

26. Bekins has therefore breached the Agreement and AHM is entitled to damages occasioned by such breach in the amount of the Retainer, interest and attorney's fees.

WHEREFORE, Plaintiff demands judgment in its favor and against Defendant for the sum of $300,000.00 together with costs, pre and post judgment interest from September 18, 2008 and reasonable attorney's fees on Counts I and II of the Complaint.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Pauline K. Morgan (No. 3650)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
(302) 571-1253
pmorgan@ycst.com / ccrowther@ycst.com

Counsel for the Plaintiff

Dated: October 8, 2008