**EXHIBIT "A"**

**THIS AGREEMENT IS ENTERED INTO BETWEEN**

**BEKINS MOVING SOLUTIONS, INC ("BEKINS")**
6300 Valley View Street
Buena Park, CA 90620

**AND**

**AMERICAN HOME MORTGAGE CORP ("AHM")**
538 Broad Hollow Road
Melville, NY 11747

**FOR CONTRACT CARRIAGE OF**

**OFFICE EFFECTS**

**MOVING BETWEEN POINTS IN THE
UNITED STATES**

**SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS
TO WHICH ALL PARTIES AGREE:**

American Home Mortgage          August 19, 2007                          Page 1

## INTERSTATE OPERATING AUTHORITY: MC-492126

## BROKERAGE LICENSE NUMBER: MC-492126

## PRICING FORMAT

Based on actual local time and materials and interstate transportation rates and applicable DOT surcharges. All charges will be based on actual services performed per the terms described herein and the pricing schedule A attached. The following rates and charges will apply for services performed:

## LABOR

Current Local Market Rates

## SERVICES TO BE PERFORMED

Bekins will coordinate the removal of ALL paper documents, media (discs, tapes, etc.), files, and equipment including all laptop computers, personal computers, telephones, telephone switches and related computer equipment, which are to be disconnected by Bekins, from AHM's offices as per direction of AHM's authorized representative.

- Paper documents, files, media shall be boxed in "banker" boxes
- Equipment shall be packed in "Speed Paks", with like kind equipment consolidated together
- Copiers shall be shrink-wrapped and remain upright at all times during shipping.
- All boxes, and shrink-wrapped equipment shall be properly labeled with the address of the location from which they are being removed.

Bekins will make all efforts to complete the pick at all locations before 9/1. Packing, Palletizing, Shrink-Wrapping, Loading and Unloading, Transportation All services to be performed at current local market rates.

## SHIPPING

The AHM property removed from AHM offices shall be consolidated by Bekins into over the road trucks with air ride suspensions. Bekins will make every effort to consolidate contents onto 53 foot trucks, loaded to its maximum allowable capacity. The AHM property will be transported to AHM at 538 Broadhollow Road, Melville, NY 11747 or a different address as authorized by AHM.

## FUEL SURCHARGE

American Home Mortgage          August 19, 2007                    Page 2

A fuel surcharge, will apply to all net transportation charges including, but not limited to, linehaul transportation and pick-up and delivery from storage. The "national U.S. average fuel price", as determined above, will be applied as provided by the provisions of the Fuel Cost Price Adjustment (Surcharge), published in Item 16 of STB BVLC 412. The resulting charge is in addition to all other applicable transportation charges. The fuel surcharge shall not exceed 13% of the transportation fees.

**STORAGE**

Estimated charges at this time for storage in Bekins facilities and warehouse handling.

$14 per pallet, Warehouse Labor, in and out
$14 per pallet, Storage

*These rates are in effect as of the Date of Agreement above. These rates are non-discountable. Rates may change during the course of this agreement due to market conditions in various areas of the country and agreements made to facilitate service. Applicable fees will be based on the rates in effect on the Order Date of the shipment.*

*Any additional services requested or required, i.e. locksmiths, electricians and other third parties and additional services required to service the shipment will be added to the final invoice.*

**TERM OF AGREEMENT**

The term of this agreement shall be for **three (3) months** from the date Bekins Moving Solutions, Inc. receives the signed documents.. Either party may terminate this agreement without cause and without penalty upon thirty (30) days written notice to the other party. In the event that termination notice is given by American Home Mortgage Corp., all outstanding invoices for shipments previously tendered will become due and payable within 10 days of Bekins Moving Solutions, Inc. receiving such notice, subject to the late payment penalty as specified in the payment terms.

Under no circumstances, shall Bekins or any agent, vendor, affiliate or other third party participating in the performance of the services as per this agreement retain any AHM property or delay the shipment of AHM property, unless authorized to do so by an authorized representative of AHM

**INSURANCE**

American Home Mortgage              August 19, 2007                          Page 3

Fax #:   866-615-0740

Fax #:   866-615-0740

Bekins is required during the term of this agreement, to maintain Liability insurance of $4 million Aggregate and $1 million per occurance, evidence of which is attached as an exhibit to this agreement. Bekins must produce an insurance certificate (hand delivered or faxed to the Landlord) prior to beginning work at any AHM office. Such certificate must include landlord and AHM as insured parties.
**Transit Coverage for loss or damage shall be based on $.30 per pound per article. Additional coverage for high value shipments is available on request.**

### REPORTING

Bekins, where feasible, will immediately upon arrival to each pickup site (AHM office) prepare an inventory list which shall be transmitted to AHM. AHM shall give instructions within 1 hour of receipt of the inventory list as to what equipment (if any) should be left behind in the office.
Bekins will provide a weekly performance report for the purpose of monitoring:
• Volume of traffic moved (from what location it was moved from, where the AHM property in custody is located at the time, and where and when the AHM property has been or is projected to be delivered at the receiving end)
• AHM property in custody and stored at our facilities

### BILLING

Bekins will provide complete and accurate billing weekly from the date of shipment delivery.

### PAYMENT TERMS

American Home Mortgage will provide a retainer in the amount of $300,000 to be held for the term of the project. 30 days after the end of the project when all outstanding invoices have been paid the retainer will be returned.

All credit must be approved by Bekins. If credit is not approved, satisfactory payment arrangements must be finalized prior to pick-up. When extending credit, American Home Mortgage agrees to pay Bekins' invoice within ten (10) days from invoice date. Payments not received within **ten (10) days from invoice date** will be charged interest at a rate of 1.5% per 30 day period.

### NOTICE

Notice required to be given under this Agreement shall be sent by fax or first class mail, postage prepaid to the persons and at the addresses as set forth in this agreement.

American Home Mortgage            August 19, 2007                    Page 4

**ORDER OF PRECEDENCE**
This Agreement supersedes any and all existing Agreements between said parties.

(Signed) _____ Date: 8-24-07

Jim Jentges
Bekins Moving Solutions, Inc.


(Signed) _____ Date: _____


American Home Mortgage Corp

The rates and charges in this agreement will be null and void if this agreement is not signed and returned to Bekins Moving Solutions, Inc. within thirty (30) days from August 19, 2007.

### Pricing Schedule

**Packing**
| | |
|---|---|
| D" Container | 40.00 |
| "E" Container | 34.00 |
| Speed Pack | 15.00 |
| Commercial/File Box | 3.00 |

**Trans Charges**

200.00 *

\* per linear ft. up to 18' of truck

Over '18 ft of trailer is more cost effective to ship Truckload rates of @

Truckload rates of @     2.20 *
                        2.40 *

\* depending on Geographical location

Fuel Surcharge will apply on all transportation charges

between  8%
and     13%

Van and two rate of

98.00 *

Extra man     38.00 *

*in high labor cost areas (i.e. NY and other large Metro areas) in some cases rates can vary up to 30%
*we will however do our utmost to control costs in these and all geographical locations.