IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹                    :
                                                                    :   Jointly Administered
                                                                    :
                       Debtors.                                     :
                                                                    :
                                                                    :
                                                                    x
-------------------------------------------------------------------
```

### NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on October 7, 2008, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the parties listed on Exhibit A in the manner indicated:

NOTICE OF 30(b)(6) DEPOSITION [DOCKET NO. 6200]

DEBTORS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION IN CONNECTION WITH ITS MOTION FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. 362(d), TO FORECLOSE ON MORTGAGE LOANS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

PLEASE TAKE FURTHER NOTICE that on October 8, 2008, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the parties listed on Exhibit B in the manner indicated:

**NOTICE OF 30(b)(6) DEPOSITION [DOCKET NO. 6200]**

**DEBTORS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION IN CONNECTION WITH ITS MOTION FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. 362(d), TO FORECLOSE ON MORTGAGE LOANS**

Dated: Wilmington, Delaware
October 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*