## EXHIBIT A

DB02:7444738.1                                                                                          066585.1001

EXHIBIT A

## SERVICE LIST
## 10/7/2008

Thomas H. Grace, Esq
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*Via Electronic Mail*

Adam G. Landis, Esq
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Via Electronic Mail*