## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service were served this 8th day of October, 2008, upon the following parties as indicated:

Erin Edwards (No. 4392)

3

**SERVICE LIST**
**10/8/2008**

Thomas H. Grace, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*Via First Class Mail*

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Via Hand Delivery*