# EXHIBIT A

**SERVICE LIST**
**10/7/2008**

Steven D. Stennett, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
sstennett@jonesday.com
(WLR Recovery)
*Via Electronic Mail*