## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service of Discovery Material were served this 8th day of October, 2008, upon the following parties as indicated:

*Sharon M. Zieg*
Sharon M. Zieg (No. 4196)

**SERVICE LIST**
**10/8/2008**

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
*Hand Delivery*

Steven D. Stennett, Esq.
Daniel P. Winikka, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
(WLR Recovery)
*First Class Mail*