UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :   Jointly Administered
                    Debtors.                                 :
                                                             :
------------------------------------------------------------x   Re: **D.I. 5675**

## CERTIFICATION OF COUNSEL

I, Thomas G. Macauley, a partner at Zuckerman Spaeder LLP and counsel to certain individuals, hereby certify as follows:

1. On September 9, 2008, certain borrower individuals, joined subsequently by others (collectively the "Movants"), filed their "Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code" (the "Motion").

2. At Wednesday's hearing on the Motion, the Court granted the Motion for the reasons stated on the record and requested a form of order on that basis.

3. The attached proposed order grants the Motion and has been reviewed by counsel for the Debtors and the Creditors' Committee as well as the Office of the United States Trustee.

2002923.1

WHEREFORE, the Movants respectfully request that the Court enter the attached proposed order.

Dated: Wilmington, Delaware
October 10, 2008

> ZUCKERMAN SPAEDER LLP
>
> */s/ Thomas G. Macauley*
>
> Thomas G. Macauley (ID No. 3411)
> 919 Market Street, Suite 990
> Wilmington, DE 19801
> Telephone: (302) 427-0400
> Facsimile: (302) 427-8242
>
> Attorneys for Movants