## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2008, a copy of the foregoing was served by facsimile to:

Robert S. Brady, Esquire
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801
Fax: (302) 571-1253

Joseph J. McMahon, Jr, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Fax: (302) 573-6491

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Fax: (212) 478-7400

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Fax: (302) 425-6464

_____
Thomas G. Macauley (ID No. 3411)