# EXHIBIT VII

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
            Debtors.                                                   :
                                                                       :   Ref. Docket No. _____
---------------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' TWENTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twentieth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, and E hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u>, <u>D</u> and <u>E</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit C</u> are hereby reassigned to the new case numbers listed on <u>Exhibit C</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
November __, 2008

                              CHRISTOPHER S. SONTCHI
                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Exhibit A

## Duplicate Claims

| Name/Address of Claimant | Objectionable Claims ||||  Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | 1761 | 10/22/07 | 07-11047 | $5,113.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.51 (T) | 1661 | 10/19/07 | 07-11047 | $5,113.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.51 (T) |
| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | 3464 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>$1,804.09 (P)<br>- (U)<br>$1,804.09 (T) | 3870 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>$1,804.09 (P)<br>- (U)<br>$1,804.09 (T) |
| RBC CENTURA BANK<br>ATTN ALICE CHAMBERS<br>MORTGAGE LOANS<br>PO BOX 700<br>ROCKY MOUNT, NC 27802 | 633 | 10/11/07 | 07-11051 | - (S)<br>- (A)<br>$1,189.99 (P)<br>- (U)<br>$1,189.99 (T) | 2961 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,189.79 (P)<br>- (U)<br>$1,189.79 (T) |
| WANAQUE BOROUGH<br>ATTN ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | 4898 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) | 4883 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) |
| WANAQUE BOROUGH<br>ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | 5339 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) | 4883 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) |
| Totals: | 5 Claims | | | $5,113.51 (S)<br>- (A)<br>$3,146.72 (P)<br>- (U)<br>$8,260.23 (T) | | | | $5,113.51 (S)<br>- (A)<br>$3,146.52 (P)<br>- (U)<br>$8,260.03 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Equity Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BASHA, SOUAD<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021 | 10393 | 5/12/08 | 07-11047 | $24,087.00 (S)<br>- (A)<br>- (P)<br>$24,087.00 (U)<br>$24,087.00 (T) |
| Totals: | 1 Claim | | | $24,087.00 (S)<br>- (A)<br>- (P)<br>$24,087.00 (U)<br>$24,087.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

Exhibit C

Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| BISHOP WHITE & MARSHALL, P.S.<br>ATTN WILLIAM L. BISHOP, ATTORNEY<br>720 OLIVE WAY # 1301<br>SEATTLE, WA 98111 | 5834 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$819.32 (U)<br>$819.32 (T) | 07-11050 |
| COLORADO INVESTORS REAL ESTATE SVCS, LLC<br>ATTN: GENE ZACHMAN<br>1630 A 30TH STREET, # 601<br>BOULDER, CO 80301 | 5932 | 12/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$81.54 (U)<br>$81.54 (T) | 07-11050 |
| DAVIS BROWN KOEHN SHORS & ROBERTS<br>ATTN MATTHEW E. LAUGHLIN, SHAREHOLDER<br>THE FINANCIAL CENTER<br>666 WALNUT ST., STE., 2500<br>DES MOINES, IA 50309-3989 | 7667 | 1/8/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$11,004.03 (U)<br>$11,004.03 (T) | 07-11050 |
| EAST WEST HOLDINGS, LLC<br>LEILA AMISS E. PAPE, ESQUIRE<br>REES BROOME, PC<br>8133 LEESBURG PIKE, 9TH FLOOR<br>VIENNA, VA 22182 | 1898 | 11/5/07 | 07-11047 | $14,454.70 (S)<br>- (A)<br>- (P)<br>$27,928.28 (U)<br>$42,382.98 (T) | 07-11051 |
| HARKWELL, RICHARD<br>12808 BRIGHTON WOODS DR.<br>ST. LOUIS, MO 63131 | 2213 | 11/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$514,423.08 (U)<br>$514,423.08 (T) | 07-11051 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | 9449 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$81.35 (U)<br>$81.35 (T) | 07-11050 |
| HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC<br>ATTN: JAMES E. PATTEN<br>2 CLOVERHILL COURT<br>ST. PETERS, MO 63376 | 6237 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$19,882.62 (U)<br>$19,882.62 (T) | 07-11050 |

## Objectionable Claims / New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Amount | New Case Number |
|---|---|---|---|---|---|
| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | 8278 | 1/10/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$4,330.55 (U)<br>$4,330.55 (T) | 07-11050 |
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | 2603 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11051 |
| LAW OFFICE OF DANIEL C CONSUEGRA<br>ATTN: DANIEL C. CONSUEGRA<br>9204 KING PALM DRIVE<br>TAMPA, FL 33619 | 8393 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$46,807.30 (U)<br>$46,807.30 (T) | 07-11050 |
| NATIONWIDE TITLE CLEARING INC<br>2100 ALT. 19 NORTH<br>ATTN ERIKA LANCE SVP ADMIN<br>PALM HARBOR, FL 34683 | 3587 | 11/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,635.48 (U)<br>$9,635.48 (T) | 07-11050 |
| RABBITT, PITZER & SNODGRASS PC<br>ATTNY AT LAW<br>100 SOUTH FOURTH STREET, STE 400<br>ST. LOUIS, MO 63102-1821 | 6636 | 12/31/07 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$16,704.58 (U)<br>$16,704.58 (T) | 07-11050 |
| SAFEGUARD PROPERTIES<br>650 SAFEGUARD PLAZA<br>BROOKLYN HEIGHTS, OH 44131 | 5706 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68,458.94 (U)<br>$68,458.94 (T) | 07-11050 |
| WILSON & ASSOCIATES<br>1521 MERRILL DRIVE<br>SUITE D-220<br>ATTN CHRISTOPHER L PALMER<br>LITTLE ROCK, AR 72211 | 7373 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$11,790.15 (U)<br>$11,790.15 (T) | 07-11050 |
| YARLING & ROBINSON<br>ATTN CHARLES F. ROBINSON, JR.<br>MARKET SQUARE CENTER, STE 1535<br>151 NORTH DELAWARE STREET<br>INDIANAPOLIS, IN 46204 | 8879 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$18,731.54 (U)<br>$18,731.54 (T) | 07-11050 |

## Objectionable Claims — New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| **Totals:** | 15 Claims | | | $14,454.70 (S)<br>- (A)<br>- (P)<br>$751,028.76 (U)<br>$765,483.46 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Satisfied Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ARELLANO, FERNANDO C. JR.<br>6811 RUSSELFIELD LN<br>HOUSTON, TX 77049 | 1357 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$11,000.00 (P)<br>$11,000.00 (U)<br>$11,000.00 (T) | Debtors' books and records indicate these amounts were returned in November of 2007 |
| BUTTE COUNTY TREASURER/TAX COLLECTOR<br>ATT STEPHANIE BROWN DEPUTY TAX COLLECTOR<br>25 COUNTY CENTER DR<br>BUTTE VALLEY, CA 95965 | 9833 | 1/18/08 | 07-11047 | $1,079.72 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,079.72 (T) | Taxes paid on 3/07/08 |
| CALIDO BAY HOMEOWNERS ASSOCIATION<br>C/O LAW OFFICE OF WANDEN P TREANOR<br>1744 LINCOLN AVENUE<br>SAN RAFAEL, CA 94901 | 8968 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$3,595.62 (U)<br>$3,595.62 (T) | The Debtors' books and records indicate that the claimed fees were paid. |
| CITY OF DESOTO<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 161 | 8/27/07 | 07-11050 | $1,309.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,309.00 (T) | Property taxes claimed have been paid in full through the normal course of business |
| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY AT LAW<br>PO BOX 2084<br>KNOXVILLE, TN 37901 | 1365 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$281.82 (P)<br>- (U)<br>$281.82 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| CITY OF MESQUITE AND MESQUITE ISD<br>ATTN GARY ALLMON GRIMES<br>SCHUERENBERG & GRIMES<br>120 W MAIN STE 201<br>MESQUITE, TX 75149 | 1122 | 9/21/07 | 07-11047 | $1,938.55 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,938.55 (T) | Taxes paid on 12/31/07 |
| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | 1661 | 10/19/07 | 07-11047 | $5,113.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.51 (T) | Property taxes claimed have been paid in full through the normal course of business |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV.<br>DANA MCRAE, COUNTY COUNSEL<br>701 OCEAN STREET, ROOM 150<br>SANTA CRUZ, CA 95060 | 6309 | 12/24/07 | 07-11047 | $26,115.66 (S)<br>- (A)<br>$26,115.66 (P)<br>$3,022.41 (U)<br>$29,138.07 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| DESOTO ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 160 | 8/27/07 | 07-11050 | $3,300.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,300.00 (T) | Property taxes claimed have been paid in full through the normal course of business |
| DOLORES COUNTY<br>ATTN JAMIE STIASNY<br>PO BOX 421<br>DOVE CREEK, CO 81324 | 7240 | 1/7/08 | 07-11050 | - (S)<br>- (A)<br>$373.82 (P)<br>- (U)<br>$373.82 (T) | Debtor has confirmed that taxes have been paid |
| DURHAM COUNTY TAX COLLECTOR<br>ATTN BECKY W. SMITH, BANKRUPTCY AGENT<br>PO BOX 3397<br>DURHAM, NC 27702-3090 | 3370 | 11/26/07 | 07-11050 | $825.04 (S)<br>- (A)<br>$93.08 (P)<br>- (U)<br>$918.12 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| FLAGLER COUNTY TAX COLLECTOR<br>SUZANNE JOHNSTON<br>P.O. BOX 846<br>BUNNELL, FL 32210 | 6128 | 12/21/07 | 07-11050 | $1,787.23 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,787.23 (T) | Taxes paid on 3/17/08 |
| FREMONT TWP     151<br>ATTN PATTI J. SHINN<br>2512 E. GALBRAITH LINE RD<br>YALE, MI 48097 | 3123 | 11/23/07 | No Case | - (S)<br>- (A)<br>$534.92 (P)<br>- (U)<br>$534.92 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| GREEVILLE CITY<br>TAX COLLECTOR<br>JEFFERY NIEBAUER<br>111 S. WASHINGTON STREET, PO BOX 875<br>GREEVILLE, NC 27835 | 6082 | 12/21/07 | 07-11050 | $671.30 (S)<br>- (A)<br>- (P)<br>- (U)<br>$671.30 (T) | Taxes paid on 3/31/08 |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | 9869 | 2/1/08 | No Case | - (S)<br>- (A)<br>$899.22 (P)<br>- (U)<br>$899.22 (T) | Taxes paid on 2/29/08 |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | 9870 | 2/1/08 | No Case | - (S)<br>- (A)<br>$1,665.46 (P)<br>- (U)<br>$1,665.46 (T) | Taxes paid on 2/29/08 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KOOTENAI COUNTY TREASURER<br>ATTN JETHELYN HARRINGTON, CIVIL ATTORNEY<br>C/O KOOTENAI COUNTY LEGAL SERVICES<br>PO BOX 9000<br>COEUR D ALENE, ID 83816-9000 | 9570 | 1/14/08 | 07-11050 | $1,307.86 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,307.86 (T) | Taxes paid on 6/17/08 |
| LENAWEE COUNTY TREASURER<br>MARILYN J. WOODS<br>301 N. MAIN<br>ADRIAN, MI 49221 | 5623 | 12/18/07 | No Case | $2,963.34 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,963.34 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| METROPOLITAN GOVERNMENT TRUSTEE<br>ATTN ANDREW D. MCCLANAHAN, ASST ATTORNEY<br>METROPOLITAN DEPT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 4169 | 12/3/07 | 07-11047 | $1,842.22 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,842.22 (T) | Taxes paid on 12/12/07 |
| OAK ISLAND TOWN<br>OAK ISLAND TAX OFC<br>4601 E.OAK ISLAND DR<br>ATTN SHEILA M BELL TAX COLLECTOR<br>OAK ISLAND, NC 28465 | 3579 | 11/27/07 | No Case | $310.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$310.98 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| PEND OREILLE COUNTY<br>PEND OREILLE CO TAX OFC<br>CHARLOTTE L DEMLOW, TREASURER<br>PO BOX 5080<br>NEWPORT, WA 99156 | 2678 | 11/19/07 | 07-11051 | $3,684.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,684.24 (T) | Property taxes claimed have been paid in full through the normal course of business |
| PICKENS COUNTY<br>ATTN J STEVE GRAVELY, DELQ TAX COLLECTOR<br>222 MCDANIEL AVE B6<br>PICKENS, SC 29671 | 9763 | 1/22/08 | No Case | - (S)<br>- (A)<br>$186.67 (P)<br>- (U)<br>$186.67 (T) | Taxes paid on 3/06/08 |
| PLYMOUTH PARK TAX SERVICES LLC<br>ATTN DOUGLAS BADASZEWSKI<br>35 AIRPORT RD, STE 150<br>MORRISTOWN, NJ 07960 | 3629 | 11/26/07 | 07-11050 | $4,130.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,130.36 (T) | Taxes paid on November of 2007 |
| POLK COUNTY TAX OFFICE<br>ATTN SUSAN DIRKS, CHIEF TAX CLERK<br>850 MAIN STREET<br>DALLAS, OR 97338 | 7273 | 1/7/08 | No Case | $888.07 (S)<br>- (A)<br>- (P)<br>- (U)<br>$888.07 (T) | Taxes paid on 11/5/08 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PUSTYLNIK, MICHAEL<br>1224 KNOLLWOOD RD.<br>DEERFIELD, IL 60015 | 5989 | 12/20/07 | 07-11050 | - (S)<br>- (A)<br>$694.63 (P)<br>- (U)<br>$694.63 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |

Totals: 25 Claims

$57,267.08 (S)
- (A)
$41,845.28 (P)
$17,618.03 (U)
$79,614.73 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FBC MORTGAGE, LLC<br>JOE NUNZIATA<br>201 S. ORANGE AVE # 1000<br>ORLANDO, FL 32801 | 1539 | 10/12/07 | No Case | - (S)<br>- (A)<br>$1,054.00 (P)<br>- (U)<br>$1,054.00 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| HARRISON, WILLIAM T.<br>2112 GALLOWAY<br>LIVERMORE, CA 94551 | 7452 | 1/7/08 | No Case | - (S)<br>- (A)<br>$664.29 (P)<br>- (U)<br>$664.29 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| INDEPENDENT TITLE<br>4331 N FEDERAL HWY<br>FT LAUDERDALE, FL 33308 | 6021 | 12/14/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$200,000.00 (U)<br>$205,000.00 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| MACDOWELL, VALERIE H. & LOUIS G. III<br>481 SAILFISH COVE<br>SATELLITE BEACH, FL 32937 | 5430 | 12/13/07 | 07-11048 | - (S)<br>- (A)<br>$1,640.00 (P)<br>$1,640.00 (U)<br>$1,640.00 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>$8,358.29 (P)<br>$201,640.00 (U)<br>$208,358.29 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.