# EXHIBIT X

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                :
                                                :   Jointly Administered
                                                :
        Debtors.                                :   Ref. Docket No. _____
------------------------------------------------------------------ x
```

### ORDER SUSTAINING DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twenty-first omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E, F, G, and H hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit B are hereby modified by either decreasing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit B; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reclassified as general unsecured claims and reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit D; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit E are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit E, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit F are hereby (i) modified by increasing or reducing the amounts to the dollar values listed under the column

titled "Modified Amount" in <u>Exhibit F</u>, and (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in <u>Exhibit F</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit G</u> are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit G</u>, (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in <u>Exhibit G</u>; and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in <u>Exhibit G</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit H</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      November ___, 2008

                                        _____
                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

066585.1001

## Exhibit A
### No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND<br>ATTN: BOBBI WALLACE CHARNEY<br>BANKRUPTCY ADMINISTRATOR<br>P.O. BOX 2700, M.S. 1103<br>ANNAPOLIS, MD 21404 | 8684 | 1/11/08 | 07-11047 | $2,728.91 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,728.91 (T) | Loan paid off in full on 10/16/07. Debtor holds no liability for 2008 taxes |
| BARRINGTON TOWN<br>JOANN S KRUPSKI<br>DEPUTY TAX COLLECTOR<br>41 PROVINCE<br>BARRINGTON, NH 03825 | 9502 | 1/14/08 | No Case | Unspecified* | Taxes related to one parcel have been paid. The loan associated with the other parcel was sold to WAMU on 6/24/05 |
| BERKELEY COUNTY TAX COLLECTOR<br>ATTN: VIRGINIA R. HAMILTON<br>P.O. BOX 6122<br>MONCKS CORNER, SC 29461 | 6109 | 12/21/07 | 07-11047 | $1,612.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,612.08 (T) | Claim is not against any of the AHM debtor entities |
| CANTERBURY TOWN<br>ATTN CHERYL A. GORDON, TAX COLLECTOR<br>P.O. BOX 500<br>CANTERBURY, NH 03224 | 5342 | 12/11/07 | No Case | Unspecified* | Claim is not against any of the AHM debtor entities |
| CASWELL COUNTY<br>ATTN: VIRGINIA E. MCINTYRE<br>PO BOX 204<br>YANCYVILLE, NC 27379 | 10383 | 5/5/08 | No Case | $661.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$661.80 (T) | Loan paid off on 1/07. To the extent the Debtors held 2007 taxes in escrow, such amounts were paid. Outstanding amounts are not obligations of the Debtors. |
| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | 6640 | 12/31/07 | 07-11050 | $1,772.64 (S)<br>- (A)<br>$1,857.57 (P)<br>- (U)<br>$1,772.64 (T) | Taxes pertain to 2008 taxes and are currently serviced by AHM SVI 3. Liability is not against the Debtors |
| CITY OF MIDLAND<br>ATTN JAMES O. BRANSON III, CITY ATTORNEY<br>333 W. ELLSWORTH STREET<br>MIDLAND, MI 48640 | 1529 | 10/9/07 | 07-11047 | $256.87 (S)<br>- (A)<br>$30.55 (P)<br>- (U)<br>$287.42 (T) | Taxes paid on 8/3/07. The sewer bill is a non-escrow item and is the liability of the borrower, not the Debtors |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CLAYTON COUNTY TAX COMMISSIONER<br>ATTN TERRY L BASKIN, TAX COMMISSIONER<br>CLAYTON COUNTY ADMINISTRATION, ANNEX 3<br>121 S MCDONOUGH ST, 2ND FL<br>JONESBORO, GA 30236 | 3934 | 11/30/07 | 07-11050 | (S) -<br>(A) -<br>(P) $854.69<br>(U) -<br>(T) $854.69 | The entire amount of the tax claim is the obligation of the borrower, not the Debtors |
| CULPEPER COUNTY<br>P.O. BOX 1447<br>CULPEPER, VA 22701 | 10168 | 3/31/08 | No Case | (S) $1,728.16<br>(A) -<br>(P) -<br>(U) -<br>(T) $1,728.16 | Loan sold to Deutsche Bank on 2/16/05. 2007 taxes are not the Debtors' obligation |
| GEORGIA DEPARTMENT OF REVENUE<br>ATTN EUNICE NICHOLSON, REVENUE AGENT<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 6416 | 12/26/07 | 07-11051 | (S) -<br>(A) -<br>(P) $166,526.48<br>(U) $627.54<br>(T) $167,154.02 | Claim for 2007 taxes. No taxes are due based on 2007 return filed on 9/15/08. |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046 | 9867 | 2/1/08 | No Case | (S) -<br>(A) -<br>(P) $3,679.95<br>(U) -<br>(T) $3,679.95 | Loan sold to FNMA in 2004. 2007 taxes are not the Debtors' obligation |
| HAMPTON TOWN<br>ATTN HARRY BAUM JR. - TAX COLLECTOR<br>P.O. BOX 94<br>HAMPTON, CT 06247 | 2206 | 11/15/07 | No Case | (S) $822.25<br>(A) -<br>(P) -<br>(U) -<br>(T) $822.25 | Loan sold to Midland Mortgage and all taxes claimed should be redirected to that party. |
| LAMA, CHOG TSERING<br>4110 CAROL DRIVE #A5<br>FULLERTON, CA 92833 | 10092 | 3/13/08 | No Case | (S) $254,400.00<br>(A) -<br>(P) $1,538.24<br>(U) -<br>(T) $255,938.24 | Claim related to the claimant's mortgage. The claimed amount is the amount owed by claimant, not an amount owed to the Claimant by the Debtors. |
| LETORT MORTGAGE GROUP INC<br>ATTN KARI DELANY, PRESIDENT<br>1701 SPRING ROAD<br>CARLISLE, PA 17013 | 2624 | 11/19/07 | No Case | (S) $382.06<br>(A) -<br>(P) $1,848.07<br>(U) -<br>(T) $2,230.13 | Debtors' books and records indicate this loan did not close and no fees are due |
| MADERA COUNTY<br>ATTN TRACY KENNEDY DESMOND, TREASURER<br>200 W 4TH ST. 2ND FLOOR<br>MADERA, CA 93639 | 9571 | 1/14/08 | No Case | (S) $1,984.87<br>(A) -<br>(P) -<br>(U) -<br>(T) $1,984.87 | The entire amount of the tax claim is the obligation of the borrower, not the debtor |
| MAJEWSKI, PAUL<br>73 STORM JIB CT<br>BERKELEY TOWNSHIP, NJ 08721 | 10291 | 4/28/08 | No Case | (S) -<br>(A) -<br>(P) $3,684.00<br>(U) -<br>(T) $3,684.00 | Claim for payment of escrowed property taxes. These taxes are being paid in the ordinary course of business. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9842 | 1/25/08 | 07-11051 | - (S)<br>- (A)<br>$855,967.24 (P)<br>$250.00 (U)<br>$856,217.24 (T) | The Debtors have reviewed their books and records and determined that this claim is similar and duplicative of claim 10461 which alleges a claim of $864,722.15 under case number 07-11051. |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9971 | 1/31/08 | 07-11054 | - (S)<br>- (A)<br>$237,037.95 (P)<br>$250.00 (U)<br>$237,287.95 (T) | Claim for taxes was based on premise that the Debtors are an insurance company. As the Debtors are not an insurance company, the claimant has affirmed to the Debtors that no taxes are due. |
| OCEAN CITY TOWN<br>ATTN: MARTHA BENNETT<br>OCEAN CITY TAX OFC<br>BOX 5000<br>OCEAN CITY, MD 21843 | 10426 | 6/30/08 | 07-11047 | $1,386.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,386.36 (T) | Taxes pertain to 2008 taxes and are currently serviced by AHM SVI 3. Liability is not against the Debtors |
| PAWTUCKET CITY<br>ATTN MICHAELA BOLANO<br>INTEGRATN SPECIALIST<br>PO BOX 1635<br>PROVIDENCE, RI 02901 | 6803 | 1/2/08 | 07-11050 | - (S)<br>- (A)<br>$1,901.16 (P)<br>- (U)<br>$1,901.16 (T) | Loan was sold to Bear Stears on 3/31/06. Taxes are not the liability of the Debtors |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1929 | 11/1/07 | 07-11051 | - (S)<br>- (A)<br>$676,625.89 (P)<br>$111.78 (U)<br>$676,737.67 (T) | Claim for 2006 taxes. No taxes are due per filed 2006 income tax return. |
| POWELL, LEROY D.<br>17670 NE CHEHALEM DR<br>NEWBERG, OR 971326619 | 10322 | 4/29/08 | No Case | - (S)<br>- (A)<br>$1,944.57 (P)<br>- (U)<br>$1,944.57 (T) | Claim for payment of escrowed property taxes. These taxes are being paid in the ordinary course of business. |
| REYNOLDS, JOSHUA D.<br>1192 LENOR WAY<br>SAN JOSE, CA 95128 | 10270 | 4/22/08 | 07-11050 | - (S)<br>- (A)<br>$2,736.56 (P)<br>- (U)<br>$2,736.56 (T) | Claim for payment of escrowed property taxes. These taxes are being paid in the ordinary course of business. |
| ROGERS TOWNSHIP<br>ATTN THOMAS RADKA, TREASURER<br>1660 HEYTHALER HWY<br>ROGERS CITY, MI 49779 | 4238 | 12/3/07 | No Case | Unspecified* | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | 3898 | 11/30/07 | No Case | $1,650.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,650.36 (T) | Claim is not against any of the AHM debtor entities |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | 3899 | 11/30/07 | No Case | $2,505.72 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,505.72 (T) | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | 3900 | 11/30/07 | No Case | $1,882.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,882.36 (T) | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | 3901 | 11/30/07 | No Case | $2,188.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,188.08 (T) | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | 3902 | 11/30/07 | No Case | $712.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$712.83 (T) | Claim is not against any of the AHM debtor entities |
| SOUTHERN HORIZON FINANCIAL GROUP, LLC<br>1000 COBB PLACE BLVD<br>BLDG 400 SUITE 410<br>ATTN CHRISTOPHER GOSS<br>KENNESAW, GA 30144 | 6566 | 12/31/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,222.50 (U)<br>$14,172.50 (T) | Debtors' books and records indicate this loan did not close and no fees are due |
| ZINTER, CONNIE L<br>2149 N 128TH ST<br>SEATTLE, WA 98133 | 2488 | 11/19/07 | No Case | - (S)<br>- (A)<br>$1,012.50 (P)<br>- (U)<br>$1,012.50 (T) | Debtors' books and records indicate this loan did not close and no fees are due |
| Totals: | 31 Claims | | | $276,675.35 (S)<br>- (A)<br>$1,968,195.42 (P)<br>$4,461.82 (U)<br>$2,247,475.02 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CLISE AGENCY TRUST<br>C/O M. OWEN GABRIELSSON<br>GRAHM & DUNN PC<br>2801 ALASKAN WAY, STE 300<br>SEATTLE, WA 98121-1128 | 7742 | 1/8/08 | 07-11051 | $3,127.41 (S)<br>- (A)<br>- (P)<br>$24,118.81 (U)<br>$27,246.22 (T) | $3,127.41 (S)<br>- (A)<br>- (P)<br>$20,991.40 (U)<br>$24,118.81 (T) | Claim includes a secured portion and an unsecured portion. The Debtors' books and records indicate that the claimant double counted the secured portion of $3127,41 in both the secured portion and the unsecured portion. Therefore, the unsecured portion should be reduced by $3127,41. |
| EDWARDS, RALPH<br>8814 FARGO RD # 115<br>RICHMOND, VA 23229 | 10 | 8/20/07 | 07-11053 | - (S)<br>- (A)<br>$2,280.00 (P)<br>$2,280.00 (U)<br>$2,280.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,280.00 (U)<br>$2,280.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| GAUL, FRANCESCA<br>PELICAN APPRAISALS<br>1300 15TH CT # 5<br>KEY WEST, FL 33040 | 728 | 9/13/07 | 07-11053 | - (S)<br>- (A)<br>$1,625.00 (P)<br>$1,625.00 (U)<br>$1,625.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,625.00 (U)<br>$1,625.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| GMAC MORTGAGE, LLC<br>C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL<br>465 SOUTH ST., STE 202<br>MORRISTOWN, NJ 07960 | 5996 | 12/20/07 | 07-11051 | $3,358.00 (S)<br>- (A)<br>- (P)<br>$43,654.00 (U)<br>$47,012.00 (T) | $3,358.00 (S)<br>- (A)<br>- (P)<br>$40,296.00 (U)<br>$43,654.00 (T) | Claim includes a secured portion and an unsecured portion. The Debtors' books and records indicate that the claimant double counted the secured portion of $3358.00 in both the secured portion and the unsecured portion. Therefore, the unsecured portion should be reduced by $3358.00. |
| JOHNS, BETTY<br>8628 HUFFINE LANE # 70<br>BOZEMAN, MT 59718 | 2600 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$175.00 (U)<br>$175.00 (T) | Modified to match Debtors' books and records |
| RILTTY APPRAISAL GROUP<br>ATTN W.A. STRICKLAND, PRESIDENT<br>PO BOX 19321<br>RALEIGH, NC 27619 | 3342 | 11/26/07 | 07-11053 | - (S)<br>- (A)<br>$4,170.00 (P)<br>$4,170.00 (U)<br>$4,170.00 (T) | - (S)<br>- (A)<br>- (P)<br>$4,170.00 (U)<br>$4,170.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| STAFFSOLVE<br>ATTN TERRI WINKLER, CONTROLLER<br>333 N SAM HOUSTON PKWY<br>STE 110<br>HOUSTON, TX 77060 | 5063 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$7,132.28 (P)<br>$7,132.28 (U)<br>$7,132.28 (T) | - (S)<br>- (A)<br>- (P)<br>$7,132.28 (U)<br>$7,132.28 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |

**Totals:**          7 Claims

| | Total Amount Claimed | Modified Amount |
|---|---|---|
| | $6,485.41 (S) | $6,485.41 (S) |
| | - (A) | - (A) |
| | $15,207.28 (P) | - (P) |
| | $82,980.09 (U) | $76,669.68 (U) |
| | $89,465.50 (T) | $83,155.09 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| ATLAS PRINCIPAL MORTGAGE, INC.<br>ATTN BRENDON R. PEARCE, COO<br>1710C PLUM LANE<br>REDLANDS, CA 92374 | 1870 | 11/1/07 | 07-11051 | $11,200.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,200.00 (T) | $5,600.00 (S)<br>- (A)<br>- (P)<br>$5,600.00 (U)<br>$11,200.00 (T) | Claim is secured by $5,600.00 security deposit currently in the landlord's possession. No basis for secured claim exists for the remainder of the claim under section 508 of the Bankruptcy Code. |
| AUSTIN, CHRISTINA AND AUSTIN<br>425 HIGHLAND DR<br>BELLINGHAM, WA 98225 | 330 | 9/5/07 | 07-11048 | - (S)<br>- (A)<br>$1,682.38 (P)<br>- (U)<br>$1,682.38 (T) | - (S)<br>- (A)<br>- (P)<br>$1,682.38 (U)<br>$1,682.38 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| B&G POTASH, INC.<br>DBA B&G REAL ESTATE APPRAISALS, LLC<br>ATTN BRUCE J POTASH<br>PO BOX 27<br>BELLVALE, NY 10912 | 1275 | 9/27/07 | 07-11053 | - (S)<br>- (A)<br>$4,520.00 (P)<br>- (U)<br>$4,520.00 (T) | - (S)<br>- (A)<br>- (P)<br>$4,520.00 (U)<br>$4,520.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| BARRAZA, RAFAEL<br>525 VICTORIA ST APT # 55<br>COSTA MESA, CA 92627 | 1576 | 10/15/07 | 07-11050 | - (S)<br>- (A)<br>$222.00 (P)<br>- (U)<br>$222.00 (T) | $222.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$222.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| CARLETON, ROBERT<br>C/O J. ALEXANDER WATT, ESQ.<br>P.O. BOX 881<br>BARNSTABLE, MA 02630 | 2134 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,425.00 (P)<br>$4,887.25 (U)<br>$7,321.25 (T) | - (S)<br>- (A)<br>- (P)<br>$7,321.25 (U)<br>$7,321.25 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| DEA APPRAISALS<br>ATTN JEROME T DEA, JR<br>10906 CARIBOU LANE<br>ORLAND PARK, IL 60467 | 7975 | 1/9/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$10,825.00 (U)<br>$10,825.00 (T) | - (S)<br>- (A)<br>- (P)<br>$10,825.00 (U)<br>$10,825.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| DIAMOND, VICTOR<br>C/O J. ALEXANDER WATT, ESQ.<br>P.O. BOX 881<br>BARNSTABLE, MA 02630 | 2136 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,425.00 (P)<br>$4,887.25 (U)<br>$7,321.25 (T) | - (S)<br>- (A)<br>- (P)<br>$7,321.25 (U)<br>$7,321.25 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |

Objectionable Claims

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| OSTROWSKI, MICHAEL J. C/O J. ALEXANDER WATT, ESQ. P.O. BOX 881 BARNSTABLE, MA 02630 | 2135 | 11/14/07 | 07-11051 | - (S) / - (A) / $2,425.00 (P) / $4,887.25 (U) / $7,321.25 (T) | - (S) / - (A) / - (P) / $7,321.25 (U) / $7,321.25 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| SHIELDS MARIANNE 2624 S HATCH SPOKANE, WA 99220 | 7863 | 1/9/08 | 07-11051 | - (S) / - (A) / $750.00 (P) / - (U) / $750.00 (T) | - (S) / - (A) / - (P) / $750.00 (U) / $750.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| STOCKTON, LINDA D. 504 W. ORCHARD LN. GREENWOOD, IN 46142 | 7765 | 1/8/08 | 07-11053 | - (S) / - (A) / $5,900.00 (P) / - (U) / $5,900.00 (T) | - (S) / - (A) / - (P) / $5,900.00 (U) / $5,900.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| TRUSTEES OF MALL ROAD TRUST C/O J. DAVID FOLDS DLA PIPER US LLP 500 8TH ST. NW WASHINGTON, DC 20004 | 8484 | 1/10/08 | 07-11051 | - (S) / - (A) / - (P) / $20,497.43 (U) / $20,497.43 (T) | $20,497.43 (S) / - (A) / - (P) / - (U) / $20,497.43 (T) | Claim is secured by a security deposit currently in the landlord's possession. |
| Totals: | 11 Claims | | | $11,200.00 (S) / - (A) / $31,174.38 (P) / $45,984.18 (U) / $77,560.56 (T) | $26,319.43 (S) / - (A) / - (P) / $51,241.13 (U) / $77,560.56 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Reclassified Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| A & A APPRAISAL, INC.<br>ATTN DAVID SCHRAMM<br>7800 COWICHE CANYON RD<br>YAKIMA, WA 98908 | 1045 | 9/19/07 | Unspecified | - (S)<br>- (A)<br>$2,550.00 (P)<br>- (U)<br>$2,550.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,550.00 (U)<br>$2,550.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| APPRAISALL<br>ATTN PRESIDENT<br>635 E. FIRST ST. SUITE 452<br>TUSTIN, CA 92780 | 1348 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$2,425.00 (P)<br>- (U)<br>$2,425.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,425.00 (U)<br>$2,425.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| CHAMBERLIN ASSOC. HOPYARD RD., L.P.<br>ATTN CHRISTINE CASTILLO<br>CORP. SECRETARY<br>5800 W LAS POSITAS BLVD., STE 34<br>PLEASANTON, CA 94588 | 1925 | 10/30/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$9,629.31 (U)<br>$9,629.31 (T) | 07-11051 | $9,629.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$9,629.31 (T) | Claim is secured by a security deposit currently in the landlord's possession. |
| CLIFFORD, SHERRY<br>APPRAISALS UNLIMITED<br>9834 HANS<br>ELK GROVE, CA 95624-2905 | 22 | 8/21/07 | Unspecified | - (S)<br>- (A)<br>$2,150.00 (P)<br>- (U)<br>$2,150.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| DOBSON APPRAISAL SERVICES<br>ATTN MARK DOBSON, PRESIDENT<br>3380 E CAMPBELL ROAD<br>GILBERT, AZ 85234 | 9210 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$9,385.00 (P)<br>- (U)<br>$9,385.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$9,385.00 (U)<br>$9,385.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| HUMETON, DAN<br>C/O CENTURY 21 MONEYWORLD<br>375 N. STEPHANIE, BLDG. 4<br>HENDERSON, NV 89014 | 8814 | 1/11/08 | No Case | - (S)<br>- (A)<br>$934.20 (P)<br>- (U)<br>$934.20 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$934.20 (U)<br>$934.20 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| LABELLA, PATRICK A. JR.<br>24 COUNTRY RIDGE DR<br>MONROE, CT 06468 | 4687 | 12/6/07 | Unspecified | - (S)<br>- (A)<br>$2,295.00 (P)<br>- (U)<br>$2,295.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,295.00 (U)<br>$2,295.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| LAROSA, VICTOR P<br>12910 E SUMMIT DR<br>SCOTTSDALE, AZ 85259 | 10027 | 3/6/08 | Unspecified | (S) -<br>(A) -<br>(P) $1,031.00<br>(U) -<br>(T) $1,031.00 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $1,031.00<br>(T) $1,031.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| LUSSIER, TRACY<br>4 OLD SUNDERLAND RD<br>MONTAGUE, MA 01351 | 351 | 9/6/07 | Unspecified | (S) -<br>(A) -<br>(P) $15,742.00<br>(U) -<br>(T) $15,742.00 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $15,742.00<br>(T) $15,742.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| MICHIGAN RESIDENTIAL APPRAISAL SVCS, LLC<br>ATTN LESLIE FORYS, OWNER<br>PO BOX 5305<br>PLYMOUTH, MI 48170 | 1976 | 11/12/07 | Unspecified | (S) -<br>(A) -<br>(P) $2,275.00<br>(U) -<br>(T) $2,275.00 | 07-11053 | (S) -<br>(A) -<br>(P) -<br>(U) $2,275.00<br>(T) $2,275.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| R. W. COZZA APPRAISALS CORP.<br>ATTN RON W. COZZA<br>APPRAISER<br>8934 W COUNTRY CLUB TR<br>PEORIA, AZ 85383 | 590 | 9/5/07 | 07-11047 | (S) -<br>(A) -<br>(P) $1,865.00<br>(U) -<br>(T) $1,865.00 | 07-11053 | (S) -<br>(A) -<br>(P) -<br>(U) $1,865.00<br>(T) $1,865.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| RBC CENTURA BANK<br>ATTN ALICE CHAMBERS<br>MORTGAGE LOANS<br>PO BOX 700<br>ROCKY MOUNT, NC 27802 | 2961 | 11/21/07 | 07-11051 | (S) -<br>(A) -<br>(P) $1,189.79<br>(U) -<br>(T) $1,189.79 | 07-11050 | (S) -<br>(A) -<br>(P) -<br>(U) $1,189.79<br>(T) $1,189.79 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| SALISBURY100 INC<br>ATTN MARK D BLADES, VP<br>5423 SAINT ANDREWS DR<br>SALISBURY, MD 218012466 | 3896 | 11/30/07 | No Case | (S) $85.00<br>(A) -<br>(P) $400.00<br>(U) -<br>(T) $485.00 | 07-11050 | (S) -<br>(A) -<br>(P) -<br>(U) $485.00<br>(T) $485.00 | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| SFM APPRAISALS<br>ATTN STEVEN F. MEISTER, OWNER<br>606 S PINE DR<br>FULLERTON, CA 92833 | 4211 | 12/3/07 | Unspecified | (S) -<br>(A) -<br>(P) $2,100.00<br>(U) -<br>(T) $2,100.00 | 07-11053 | (S) -<br>(A) -<br>(P) -<br>(U) $2,100.00<br>(T) $2,100.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| SILVER'S APPRAISAL SERVICE<br>ATTN DENNIS G SILVER<br>38 O'DONALD RD<br>ASHEVILLE, NC 28806 | 1046 | 9/19/07 | Unspecified | (S) -<br>(A) -<br>(P) $2,150.00<br>(U) -<br>(T) $2,150.00 | 07-11053 | (S) -<br>(A) -<br>(P) -<br>(U) $2,150.00<br>(T) $2,150.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |

─────── Objectionable Claim ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | 15 Claims | | | $85.00 (S)<br>- (A)<br>$46,091.99 (P)<br>$10,029.31 (U)<br>$56,206.30 (T) | | $9,629.31 (S)<br>- (A)<br>- (P)<br>$46,576.99 (U)<br>$56,206.30 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Exhibit E
### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| ANHOUSE APPRAISAL ATTN MICHAEL ANHOUSE, PRESIDENT 201 BRECKENRIDGE LN, STE 200 LOUISVILLE, KY 40207 | 4196 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>- (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| CAUSEY APPRAISAL SERVICE ATTN SARA E. CAUSEY 100 HACKNEY CIRCLE WILMINGTON, DE 19803 | 8384 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$4,496.00 (P)<br>$4,496.00 (U)<br>- (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,496.00 (U)<br>$4,496.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| COLDWELL BANKER ATTN: MARCIA GILES 4090 MISSION BOULEVARD SAN DIEGO, CA 92109 | 5253 | 12/11/07 | No Case | Unspecified* | 07-11050 | - (S)<br>- (A)<br>$37,500.00 (P)<br>$37,500.00 (U)<br>- (T) | The Debtors' books and records indicate that $37,500.00 is the appropriate amount of the claimed commissions. |
| CRISTENSEN, J. MARK APPRAISER 5433 S SKYLINE PKY OGDEN, UT 84403 | 441 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$1,740.00 (P)<br>$1,440.00 (U)<br>- (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,740.00 (U)<br>$1,740.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| CROSSON & KOROPP 2600 DENALI ST # 101 ANCHORAGE, AK 99503 | 2352 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>$2,775.00 (P)<br>$2,775.00 (U)<br>- (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$900.00 (U)<br>$900.00 (T) | Reduced to match Debtors' books and records |
| DALLAS COUNTY RECORDER LORI BELGARDE, DEPUTY RECORDER 701 COURT PO BOX 38 ADEL, IA 50003-0038 | 2389 | 11/16/07 | No Case | - (S)<br>- (A)<br>$52.00 (P)<br>$52.00 (U)<br>- (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$52.00 (U)<br>$52.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| D'ARGENIO & ASSOCIATES, INC. ATTN DENNIS D'ARGENIO P.O. BOX 149 ELDERSBURG, MD 21784 | 8048 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>$2,775.00 (P)<br>$2,775.00 (U)<br>- (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,775.00 (U)<br>$2,775.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| EXPRESS APPRAISAL SERVICES ATTN YOLANDA SMITH, OWNER 19451 JAMES CREEK COURT BROOKEVILLE, MD 20833 | 8811 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,175.00 (U)<br>$1,175.00 (T) | Debtors' books and records indicate this claim was partially satisfied |
| HAWLEY, DAVID R. 15389 HEMLOCK RT. RD CHAGRIN FALLS, OH 44022 | 1349 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>$1,775.00 (P)<br>$1,775.00 (U)<br>$1,775.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,775.00 (U)<br>$1,775.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| JASPER COUNTY ATTN STEPHEN H HOLT PO BOX 421 CARTHAGE, MO 64836 | 3870 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>$1,804.09 (P)<br>$1,804.09 (U)<br>$1,804.09 (T) | 07-11051 | - (S)<br>- (A)<br>$454.35 (P)<br>- (P)<br>$454.35 (T) | Debtors' books and records indicate all real estate taxes associate with this claim have been paid. |
| JOHNS, BETTY 8628 HUFFINE LANE # 70 BOZEMAN, MT 59748 | 2601 | 11/19/07 | Unspecified | Unspecified* | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$175.00 (U)<br>$175.00 (T) | Modified to match Debtors' books and records |
| JOHNS, BETTY 8628 HUFFINE LANE # 70 BOZEMAN, MT 59718 | 2602 | 11/19/07 | Unspecified | Unspecified* | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$175.00 (U)<br>$175.00 (T) | Modified to match Debtors' books and records |
| MOBILE REGISTER, THE LOCK BOX 1712 ATTN: JOYCE PRESNELL MOBILE, AL  36601 | 3784 | 11/29/07 | Unspecified | - (S)<br>- (A)<br>$1,535.00 (P)<br>$1,535.00 (U)<br>$1,535.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,535.00 (U)<br>$1,535.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| PRAIRIE PROFESSIONAL CENTRE JAMES M. JOYCE/LILLIG & THORSNESS, LTD 1900 SPRINT RD STE 200 OAK BROOK, IL  60523 | 3631 | 11/26/07 | All Cases | - (S)<br>- (A)<br>- (P)<br>$158,320.00 (U)<br>$158,320.00 (T) | | $3,650.00 (S)<br>- (A)<br>- (P)<br>$41,146.00 (U)<br>$44,796.00 (T) | Reduced to the claim amount calculated in accordance section 502(b)(6) of the Bankruptcy Code. Claim is partially secured by a $3,650.00 security deposit currently held by the landlord. |
| SUN LIFE ASSURANCE COMPANY OF CANDA C/O COLLIERS PNKARD C/O MICHAEL G MENKOWITZ/FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA  19103-3291 | 1748 | 10/19/07 | 07-11047 | - (S)<br>- (A)<br>$62,989.32 (P)<br>$62,989.32 (U)<br>$62,989.32 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$55,065.26 (U)<br>$55,065.26 (T) | Modified to match Debtors' books and records |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD  20678 | 4210 | 12/3/07 | 07-11047 | - (S)<br>- (A)<br>$2,081.00 (P)<br>$2,081.00 (U)<br>$2,081.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,081.00 (U)<br>$2,081.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| Totals: | 16 Claims | | | - (S)<br>- (A)<br>$24,033.09 (P)<br>$245,388.32 (U)<br>$247,492.41 (T) | | $3,650.00 (S)<br>- (A)<br>$464.35 (P)<br>$155,590.26 (U)<br>$159,694.61 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

066585.1001

# Exhibit F

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claims | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| HALL STONEBRIAR ONE ASSOCIATES, LTD. ATTN LAURIE D. BIDDLE 6801 GAYLORD PARKWAY SUITE 406 FRISCO, TX 75034 | 6374 | 12/24/07 | 07-11051 | - (S) - (A) - (P) $66,065.68 (U) $66,065.68 (T) | $5,154.38 (S) - (A) - (P) $25,657.36 (U) $30,811.74 (T) | Reduced to agreed upon amount with the claimant. Value of security deposit has been deducted from unsecured claim amount and reclassed to a secured amount. Secured claim exists in the form of a security deposit and currently resides with the landlord. |
| J. SCOTT KINNAMON & ASSOCIATES APPRAISAL SERVICES FOR HOMEGATE ATTN JOHN SCHOTT KINNAMON 29350 DOGWOOD VIEW DR CORDOVA, MD 21625 | 542 | 9/11/07 | 07-11053 | - (S) - (A) $3,700.00 (P) - (U) $3,700.00 (T) | - (S) - (A) - (P) $3,150.00 (U) $3,150.00 (T) | Reduced to match Debtors' books and records |
| PINE CREEK AGAWAM L.P. ATTN JEFFREY M STROLE, ASST VICE PRES. 380 UNION STREET WEST SPRINGFIELD, MA 01089 | 8492 | 1/10/08 | 07-11051 | - (S) - (A) - (P) $30,534.52 (U) $30,534.52 (T) | $1,332.00 (S) - (A) - (P) $19,452.73 (U) $20,784.73 (T) | Reduced to agreed upon amount with the claimant. Value of security deposit has been deducted from unsecured claim amount and reclassed to a secured amount. Secured claim exists in the form of a security deposit and currently resides with the landlord. |
| SC APPRAISAL SERVICES 74930 COUNTRY CLUB DR STE 540 PALM DESERT, CA 92260 | 526 | 9/10/07 | 07-11053 | - (S) - (A) $6,650.00 (P) - (U) $6,650.00 (T) | - (S) - (A) - (P) $5,900.00 (U) $5,900.00 (T) | Reduced to match Debtors' books and records |
| Totals: | 4 Claims | | | - (S) - (A) $10,350.00 (P) $96,600.20 (U) $106,950.20 (T) | $6,486.38 (S) - (A) - (P) $54,160.09 (U) $60,646.47 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

## Exhibit G
### Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Objectionable Claim Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| CASCADE APPRAISAL LLC<br>PO BOX 6187<br>BELLEVUE, WA 98008 | 272 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$3,970.00 (P)<br>- (U)<br>$3,970.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,870.00 (U)<br>$2,870.00 (T) | Reduced to match Debtors' books and records. No basis for priority exists under section 507 of the Bankruptcy Code. |
| HELMKAMP & SWIFT INC<br>ATTN MARK R.<br>2817 BAYWOOD TRAIL<br>FORT WAYNE, IN 46845 | 9251 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$3,300.00 (P)<br>- (U)<br>$3,300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,850.00 (U)<br>$2,850.00 (T) | Debtors' books and records indicate this claim was partially satisfied. No basis for priority exists under section 507 of the Bankruptcy Code. |
| HENDERSON APPRAISAL CO. INC.<br>5364 EHRLICH ROAD # 71<br>TAMPA, FL 33624 | 5703 | 12/18/07 | Unspecified | - (S)<br>- (A)<br>$4,900.00 (P)<br>- (U)<br>$4,900.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,600.00 (U)<br>$4,600.00 (T) | Reduced to match Debtors' books and records. No basis for priority exists under section 507 of the Bankruptcy Code. |
| MARK YOUNG APPRAISALS<br>ATTN MARK YOUNG<br>5 NEWMAN DR<br>BELLEVILLE, IL 62223 | 7760 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,350.00 (U)<br>$2,350.00 (T) | Debtors' books and records indicate this claim was partially satisfied. No basis for priority exists under section 507 of the Bankruptcy Code. |
| RESIDENTIAL APPRAISAL SERVICE<br>3303 MULBERRY ST<br>ATTN: STEVEN J MCADAMS<br>EDGEWATER, MD 21037 | 2871 | 11/20/07 | No Case | - (S)<br>- (A)<br>$2,550.00 (P)<br>- (U)<br>$2,550.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$1,400.00 (U)<br>$1,400.00 (T) | Debtors' books and records indicate this claim was partially satisfied. No basis for priority exists under section 507 of the Bankruptcy Code. |
| TYJ, ASSOCIATES, LP<br>132 JOHN ROBERT THOMAS DRIVE<br>EXTON, PA 19341 | 8186 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$69,000.00 (P)<br>- (U)<br>$69,000.00 (T) | 07-11051 | $3,000.00 (S)<br>- (A)<br>- (P)<br>$34,080.00 (U)<br>$37,080.00 (T) | Reduced to the claim amount calculated in accordance section 502(b)(6) of the Bankruptcy Code. Claim is partially secured by a $3,000.00 security deposit currently held by the landlord. No basis for priority exists under section 507 of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| WEVALUEIT, INC<br>ATTN SUSAN PRIORE, PRESIDENT<br>PO BOX 217<br>MOUNTAIN LAKES, NJ 07046-0217 | 7750 | 1/8/08 | Unspecified | - (S)<br>- (A)<br>$3,300.00 (P)<br>$4,832.80 (U)<br>$8,132.80 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$6,297.80 (U)<br>$6,297.80 (T) | Debtors' books and records indicate this claim was partially satisfied.  No basis for priority exists under section 507 of the Bankruptcy Code. |

| Totals: | 7 Claims | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | - (S)<br>- (A)<br>$90,020.00 (P)<br>$4,832.80 (U)<br>$94,852.80 (T) | | $3,000.00 (S)<br>- (A)<br>- (P)<br>$54,447.80 (U)<br>$57,447.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

# EXHIBIT H

# Exhibit H

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claims | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| CHARTER FUNDING A DBA OF FIRST MAGNUS FINANCIAL SE 3051 W. MAPLE LOOP DRIVE #125 LEHI, UT 84043 | 4174 | 12/3/07 | No Case | - (S) <br> - (A) <br> $2,032.50 (P) <br> - (U) <br> $2,032.50 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting additional information |
| KEY FINANCIAL COPORATION ATTN LYNN RUSHMORE, PRESIDENT 3631 131ST AVE N CLEARWATER, FL 33762 | 2553 | 11/19/07 | No Case | - (S) <br> - (A) <br> $10,950.00 (P) <br> $21,565.07 (U) <br> $32,515.07 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting additional information |
| VERMA, MAMTA 73605 HIGHWAY 111 PALM DESERT, CA 92260 | 10208 | 4/14/08 | No Case | - (S) <br> - (A) <br> $4,741.48 (P) <br> - (U) <br> $4,741.48 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting additional information |
| Totals: | 3 Claims | | | - (S) <br> - (A) <br> $17,723.98 (P) <br> $21,565.07 (U) <br> $39,289.05 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.