## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

     Debtors.

---------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket No. 5447**

### ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E, F, G, H, and I hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained as modified herein; and it is further

ORDERED that the Objection to the proofs of claim filed by Joseph Dionisio [POC No. 3240], Ray Palen [POC No. 2340], California Cleaning Concepts [POC No. 2114], Kenneth R. Hefner [POC No. 10242], McDonald Hopkins LLC [POC No. 9624], Tammy L. Pederson [POC No. 183], Shervonne Powell [POC No. 10340], T. Crain Houston [POC No. 729], Beverly Creswell [POC No. 8497], John Johnston [POC Nos. 7961 and 8772], Michael Kalmonson [POC No. 708], Michael Wheeler [POC No. 7319], OfficeMax [POC No. 9838], Robin Balfour [POC No. 931], Grailing J. Carter [POC No. 10305], Joshua E. Kappelman [POC No. 2420], Judie McGaha [POC No. 527], Keith Wesolowski [POC No. 6963], Julie Miller [POC No. 8805], Mary Ann Anderson [POC No. 1574], Richard Harkwell [POC No. 2213], Thomas J. Perkins [POC No. 1285], and Lisa M. Schreiber [POC No. 775] is hereby adjourned; and it is further

ORDERED that the Debtors have withdrawn the Objection solely with respect to the proofs of claim filed by Betty Johns [POC Nos. 2600, 2601, 2602 and 2603] and the Department of the Treasury [POC No. 1366] and reserve the right to object to these claims on any grounds in a future objection; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby modified by either increasing, decreasing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit D</u> are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in <u>Exhibit D</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit E</u> are hereby reclassified as general unsecured claims and reassigned to the case numbers listed under the column titled "New Case Number" in <u>Exhibit E</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit F</u> are hereby (i) modified by increasing, reducing, or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit F</u>, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in <u>Exhibit F</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit G</u> are hereby (i) modified by increasing or reducing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit G</u>, and (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in <u>Exhibit G</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit H</u> are hereby (i) modified by increasing, reducing, or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit H</u>, (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in <u>Exhibit H</u>; and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in <u>Exhibit H</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit I are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
     October _10_, 2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE