# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ASBRA, JEREMY<br>19835 GABILAN ROAD<br>PERRIS, CA 92505 | 1811 | 10/31/07 | 07-11051 | $64,450.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$64,450.00 (T) | Loan was fully disbursed and converted to a permanent loan on 03/01/08. Obligation to fund final installment was met |
| ASNICAR, MICHELLE<br>9825 BLUE LAKE DR<br>FOLSOM, CA 95630 | 279 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$1,840.00 (P)<br>$1,840.00 (U)<br>$1,840.00 (T) | Claimant not entitled to vacation payout per terms of employment contract |
| BARSA SYSTEMS DISTRIBUTION INC<br>2900 WESTCHESTER AVE<br>PURCHASE, NY 10577 | 9821 | 1/28/08 | 07-11051 | Unspecified* | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 615, which alleges a claim in the amount of $114,180.39 under case number 07-11051. |
| BRONW, IVY YVONNE<br>14703 FOXFIELD LN<br>FONTANA, CA 92336 | 653 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$704.00 (P)<br>- (U)<br>$704.00 (T) | Claimant has no unused vacation time per debtor's books and records |
| BURKE, ANDREW P<br>3710 N WAYNE AVE<br>2ND FLOOR<br>CHICAGO, IL 60613 | 5657 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,646.15 (P)<br>- (U)<br>$1,646.15 (T) | Claimant has no outstanding vacation time per debtor's books and records |
| CARD, THERESA<br>2813 BOULDER RIDGE TR<br>MILFORD, MI 48380 | 7754 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$384.62 (U)<br>$384.62 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 1052, which alleges a claim in the amount of $5,061.90. |
| COCHRAN, JOY A.<br>P O BOX 367<br># 531<br>PINE BLUFFS, WY 82082 | 4283 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$3,461.33 (P)<br>- (U)<br>$3,461.33 (T) | Claimant not entitled to vacation payout per terms of employment contract |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>PO BOX 306<br>FORT LUPTON, CO 80621 | 121 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | Debtor has no record of appraised property on file |
| CRISANTY, AL<br>8440 SPRUCE MEADOW LN<br>GRANITE BAY, CA 95746 | 1908 | 11/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$713,210.00 (U)<br>$713,210.00 (T) | Not entitled to compensation per terms of contract |
| DICKSON, JULIE J.<br>3229 WOODGATE TRAIL<br>FORT WAYNE, IN 46804 | 833 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) | No amounts are owed per terms of employment contract |
| DOODY, MARY BETH<br>7N354 WESTVIEW CT<br>SAINT CHARLES, IL 60175 | 8857 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$1,980.72 (P)<br>- (U)<br>$1,980.72 (T) | Claimant has no unused vacation time per debtor's books and records |
| EVANICHKO, MOLLIE<br>6227 GLENCAIRN CIR<br>GALLOWAY, OH 43119 | 501 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$796.80 (P)<br>- (U)<br>$796.80 (T) | Claimant not entitled to sick and personal time payout per terms of employment contract |
| FIDDLER, THOMAS<br>13 AVERILL COURT<br>NORTH BARRINGTON, IL 60010 | 1318 | 9/28/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$61,587.40 (U)<br>$61,587.40 (T) | Not entitled to compensation per terms of contract |
| FISHER, KAREN A.<br>5295 S HARLAN WAY<br>LITTLETON, CO 80123 | 548 | 9/11/07 | Unspecified | - (S)<br>- (A)<br>$1,456.00 (P)<br>- (U)<br>$1,456.00 (T) | Claimant not entitled to sick and personal time payout per terms of employment contract |
| FRANCIS, JERRY JAMES JR<br>1316 SCHOOL STREET<br>FOLSOM, CA 95630 | 10316 | 4/29/08 | Unspecified | $210,625.64 (S)<br>- (A)<br>- (P)<br>$9,264.50 (U)<br>$219,890.14 (T) | Borrower's construction loan is currently in default (past maturity date) and the debtor is not obligated to extend the terms of the construction loan agreement |
| FRAZER, ANNA ELIZABETH<br>1712 ESCALONA DR<br>SANTA CRUZ, CA 95060 | 503 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$2,560.00 (P)<br>- (U)<br>$2,560.00 (T) | Claimant not entitled to vacation, sick or personal time payout per terms of employment contract |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GREENER, TERESA<br>2710 E SHORE DR<br>PORTAGE, MI 49002 | 343 | 9/5/07 | 07-11047 | -(S)<br>-(A)<br>$1,200.00 (P)<br>-(U)<br>$1,200.00 (T) | Claimant has no unused vacation time per debtor's books and records |
| HRONCHECK, MICHAEL<br>465 AMANDA PINES DRIVE<br>PARKER, CO 80138 | 10339 | 4/30/08 | Unspecified | $92,132.85 (S)<br>-(A)<br>-(P)<br>-(U)<br>$92,132.85 (T) | Not entitled to the remainder of the loan per terms of the construction agreement. Loan past maturity date |
| IBM CORPORATION - BARSA SYSTEMS<br>2900 WESTCHESTER AVENUE<br>PURCHASE, NY 10577 | 9816 | 1/28/08 | Unspecified | Unspecified* | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 615, which alleges a claim in the amount of $114,180.39 under case number 07-11051. |
| JAMESON, JEFFREY W (JEFF)<br>494 EL CAMINO DEL MAR<br>LAGUNA BEACH, CA 92651 | 2606 | 11/19/07 | Unspecified | -(S)<br>-(A)<br>$9,738.00 (P)<br>-(U)<br>$9,738.00 (T) | No amounts are owed to claimant per debtor's books and records |
| JANSEN, ELVA V.<br>9166 DAUCHY AVE<br>RIVERSIDE, CA 92508 | 119 | 8/28/07 | 07-11051 | -(S)<br>-(A)<br>$1,461.00 (P)<br>-(U)<br>$1,461.00 (T) | Debtor's books and records indicate no amounts are due for this loan because a broker check was not received |
| JARRETT, CHRISTINE<br>1234 EDWARDS CIR<br>RAYMORE, MO 64083 | 512 | 9/10/07 | Unspecified | -(S)<br>-(A)<br>$2,083.00 (P)<br>-(U)<br>$2,083.00 (T) | Claimant not entitled to vacation payout per terms of employment contract |
| JOHNSTON, THOMAS R<br>23 CHAMPNEY PLACE<br>LAGUNA NIGUEL, CA 92677 | 7845 | 1/9/08 | 07-11051 | Unspecified* | Claimant not entitled to vacation payout per terms of employment contract |
| KINNEBREW, ROBERT L.<br>PO BOX 567<br>WILLINGBORO, NJ 08046 | 6722 | 12/31/07 | 07-11047 | -(S)<br>-(A)<br>-(P)<br>$300.00 (U)<br>$300.00 (T) | Debtor has no record of appraised property on file |
| KIRBY, DAVID S.<br>2 FOXHILL<br>IRVINE, CA 92604 | 8406 | 1/10/08 | Unspecified | -(S)<br>-(A)<br>$4,827.59 (P)<br>-(U)<br>$4,827.59 (T) | Claimant has no unused vacation time per debtor's books and records |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KOONS, KEVIN L.<br>3609 CUMMINGS WAY<br>NORTH HIGHLANDS, CA 95660 | 10193 | 4/7/08 | Unspecified | $673,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$673,400.00 (T) | Debtor and claimant have come to an agreement whereby the claimant has waived any outstanding claims |
| MANGLARDI, JOHN A.<br>301 MIDWAY ISLAND<br>CLEARWATER BEACH, FL 33767 | 1319 | 9/28/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$61,587.40 (U)<br>$61,587.40 (T) | Not entitled to compensation per terms of contract |
| MCAMIS, MARK E.<br>1413 MOORGATE DRIVE<br>KNOXVILLE, TN 37922 | 5412 | 12/13/07 | Unspecified | - (S)<br>- (A)<br>$2,890.00 (P)<br>- (U)<br>$2,890.00 (T) | No amounts are owed per terms of employment contract |
| MCAULIFFE, MICHELLE<br>93 E BEVERLY HILL LEN<br>WOODBRIDGE, NJ 07095 | 1162 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>$2,192.00 (P)<br>- (U)<br>$2,192.00 (T) | Debtor's books and records indicate all owed earnings have been paid |
| MCCUISTION, ROBIN E.<br>6827 SE GOVE ST.<br>SNOQUALMIE, WA 98065 | 10184 | 4/4/08 | Unspecified | $252,930.68 (S)<br>- (A)<br>- (P)<br>- (U)<br>$252,930.68 (T) | Loan was converted to a permanent loan on 08/01/07. All obligations to fund final installments were met |
| MCMULLEN, RALPH M.<br>P.O. BOX 582<br>CATSKILL, NY 12414 | 10334 | 4/30/08 | Unspecified | $151,475.00 (S)<br>- (A)<br>$25,000.00 (P)<br>$25,000.00 (U)<br>$176,475.00 (T) | The terms of the construction loan contract mandated closure of a second loan. Loan paid in full 1/1/08 |
| MEYER, AARON JAMES<br>6474 GLENWOOD TRACE<br>ZIONSVILLE, IN 46077 | 116 | 8/28/07 | Unspecified | - (S)<br>- (A)<br>$2,441.45 (P)<br>- (U)<br>$2,441.45 (T) | Debtor's books and records indicate all owed earnings have been paid |
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | 792 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$9,800.00 (P)<br>- (U)<br>$9,800.00 (T) | No amounts are owed per terms of employment contract |
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | 793 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$4,872.00 (P)<br>- (U)<br>$4,872.00 (T) | No amounts are owed per terms of employment contract |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MORA, ROSA M.<br>731 VISTA ISLES DR # 1528<br>SUNRISE, FL 33325 | 4179 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$1,461.54 (P)<br>- (U)<br>$1,461.54 (T) | Claimant not entitled to sick and personal time payout per terms of employment contract |
| MORBECK, AMY<br>5307 W 185TH TERRACE<br>STILWELL, KS 66085 | 675 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>$3,384.62 (P)<br>- (U)<br>$3,384.62 (T) | Claimant not entitled to vacation payout per terms of employment contract |
| MURALIDHARAN, MALATHY<br>140 15 HOLLY AVE 5D<br>FLUSHING, NY 11355 | 2428 | 11/16/07 | Unspecified | Unspecified* | Claimant has no outstanding vacation time per debtor's books and records |
| O'BRANOVICH, ROBERT<br>2854 EVERGREEN WAY<br>ELLICOTT CITY, MD 21042 | 200 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,500.00 (U)<br>$12,500.00 (T) | Claimant not entitled to vacation payout |
| PENNINGTON, KATHLEEN<br>27 SLINGERLAND AVE<br>PEQUANNOCK, NJ 07440 | 996 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$8,704.94 (P)<br>- (U)<br>$8,704.94 (T) | No amounts are owed per terms of employment contract |
| POND, LINDA E.<br>17229 PARSONS RD<br>BEAVERDAM, VA 23015 | 781 | 9/14/07 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>$4,802.59 (U)<br>$15,752.59 (T) | Claimant not entitled to vacation payout per terms of employment contract |
| SEIBERT, STEPHANIE<br>98 BISHOP RD<br>WEST BABYLON, NY 11704 | 2645 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,535.17 (U)<br>$2,535.17 (T) | Claimant not entitled to sick and personal time payout per terms of employment contract. Related claim for vacation time allowed |
| SEUS, SHERYL A<br>4508 GARDEN CLUB ST<br>HIGH POINT, NC 27265 | 7478 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$352.00 (P)<br>- (U)<br>$352.00 (T) | Claimant not entitled to sick and personal time payout per terms of employment contract |
| SMITH, DOUG<br>4 AMWELL ROAD<br>RINGOES, NJ 08551 | 10186 | 4/4/08 | Unspecified | $117,111.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$117,111.06 (T) | Per debtor's books and records, no amounts are due and no evidence was provided to substantiate the claim |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| SWEENEY, ROBERT<br>696 WOODBINE DR.<br>CARMEL, IN 46033 | 7470 | 1/7/08 | 07-11051 | -<br>-<br>$9,375.00<br>-<br>$9,375.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant not entitled to vacation payout per terms of employment contract |
| SYMONS, CECILIA<br>46595 CHALMERS<br>MACOMB, MI 48044 | 1431 | 10/5/07 | Unspecified | -<br>-<br>$2,146.56<br>-<br>$2,146.56 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant not entitled to sick and personal time payout per terms of employment contract |
| THOMPSON, KIMBERLY M.<br>612 CENTRAL ST<br>#203<br>KANSAS CITY, MO 64105 | 401 | 9/7/07 | Unspecified | -<br>-<br>$2,088.00<br>-<br>$2,088.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant not entitled to vacation payout per terms of employment contract |
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 4396<br>TIMONIUM, MD 21094 | 1744 | 10/18/07 | 07-11048 | -<br>-<br>$3,482.01<br>-<br>$3,482.01 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 1391, which alleges a claim in the amount of $472,313.89 under case number 07-11047. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 193 | 8/30/07 | Unspecified | -<br>-<br>$756.00<br>$756.00<br>$756.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant not entitled to payment for sick and personal time |
| WEILBURG, DONNA<br>37045 HEIFNER PL<br>TUCSON, AZ 85735 | 801 | 9/14/07 | 07-11047 | -<br>-<br>$360.00<br>$360.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant not entitled to sick and personal time payout per terms of employment contract |
| WEINHEIMER, TRACEY K.<br>2291 AIRPORT RD<br>GREENFIELD, IA 50849 | 1073 | 9/20/07 | Unspecified | -<br>-<br>$230.80<br>-<br>$230.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant not entitled to sick and personal time payout per terms of employment contract |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 50 Claims | | $1,562,125.23 (S)<br>- (A)<br>$120,999.50 (P)<br>$897,934.69 (U)<br>$2,553,463.42 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

† The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.