# EXHIBIT B

## Exhibit B
### Multiple Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| 1ST APPRAISAL SOURCE<br>332 E STATE RT 4 STE 1<br>PARAMUS, NJ 076525116 | 8835 | 1/11/08 | 07-11053 | $4,470.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$4,470.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8834) was asserted against the correct Debtor. |
| BARSA CONSULTING GROUP<br>2900 WESTCHESTER AVE<br>PURCHASE, NY 10577 | 9819 | 1/28/08 | Unspecified | $114,180.39<br>$114,180.39 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#615) was asserted against the correct Debtor. |
| BARSA CONSULTING GROUP, LLC<br>2900 WESTCHESTER AVE<br>PURCHASE, NY 10577 | 9818 | 1/28/08 | Unspecified | $114,180.39<br>$114,180.39 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#615) was asserted against the correct Debtor. |
| BARSA CONSULTING GROUP, LLC<br>2900 WESTCHESTER AVE<br>STE 103<br>PURCHASE, NY 10577 | 9820 | 1/28/08 | Unspecified | $114,180.39<br>$114,180.39 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#615) was asserted against the correct Debtor. |
| BARSA COUNSULTING GROUP<br>2900 WESTCHESTER AVE<br>PURCHASE, NY 10577 | 9817 | 1/28/08 | Unspecified | $114,180.39<br>$114,180.39 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#615) was asserted against the correct Debtor. |
| JAMES B. CROWE & ASS LTD<br>426 OAKDALE AVE<br>GLENCOE, IL 60022 | 1701 | 10/22/07 | 07-11047 | $1,775.00<br>$1,775.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7581) was asserted against the correct Debtor. |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | 903 | 9/17/07 | 07-11050 | $20,000.00<br>$20,000.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#820) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | 916 | 9/17/07 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#920) was asserted against the correct Debtor. |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | 917 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#920) was asserted against the correct Debtor. |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | 918 | 9/17/07 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#920) was asserted against the correct Debtor. |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | 919 | 9/17/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#920) was asserted against the correct Debtor. |
| MARKETWISE ADVISORS, LLC<br>C/O JACOB A. BROWN, ESQ.<br>AKERMAN SENTERFITT<br>50 NORTH LAURA STREET, SUITE 2500<br>JACKSONVILLE, FL 32202 | 1566 | 10/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$218,503.44 (U)<br>$218,503.44 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1565) was asserted against the correct Debtor. |
| MCDONALD HOPKINS LLC<br>RONALD L. BERGUM C/O SEAN D. MALLOY ATTY<br>600 SUPERIOR AVE, SUITE 2100 EAST<br>CLEVELAND, OH 44114 | 9625 | 1/15/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,182,183.96 (U)<br>$3,193,133.96 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9624) was asserted against the correct Debtor. |
| OHIO DEPARTMENT OF TAXATION<br>TAX COMMISSIONER<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 1743 | 10/17/07 | 07-11047 | - (S)<br>- (A)<br>$266,403.27 (P)<br>- (U)<br>$266,403.27 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1804) was asserted against the correct Debtor. |
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | 10358 | 4/29/08 | 07-11054 | - (S)<br>- (A)<br>$2,425.00 (P)<br>- (U)<br>$2,828,849.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#10361) was asserted against the correct Debtor. |
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | 10359 | 4/29/08 | 07-11053 | - (S)<br>- (A)<br>$2,425.00 (P)<br>- (U)<br>$2,828,849.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#10361) was asserted against the correct Debtor. |

———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | 10360 | 4/29/08 | 07-11052 | $2,425.00<br>$2,828,849.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#10361) was asserted against the correct Debtor. |
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | 10362 | 4/29/08 | 07-11048 | $2,425.00<br>$2,828,849.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#10361) was asserted against the correct Debtor. |
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | 10363 | 4/29/08 | 07-11050 | $2,425.00<br>$2,828,849.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#10361) was asserted against the correct Debtor. |
| SIMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | 10357 | 4/29/08 | 07-11047 | $2,425.00<br>$2,828,849.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#10361) was asserted against the correct Debtor. |
| TOP NOTCH APPRAISALS - 10000023447<br>ATTN JIM KLIEGL<br>OWNER<br>8780 19TH ST. #277<br>ALTA LOMA, CA 91701 | 605 | 9/5/07 | 07-11047 | $4,754.00<br>$4,754.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1256) was asserted against the correct Debtor. |
| ZC REAL ESTATE TAX SOLUTIONS LIMITED<br>ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL<br>210 INTERSTATE NORTH PARKWAY, NW<br>SUITE 400<br>ATLANTA, GA 30339 | 7560 | 1/7/08 | 07-11053 | $1,125,804.15<br>$1,125,804.15 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7561) was asserted against the correct Debtor. |
| Totals: | 22 Claims | | | $302,902.27<br>$5,083,213.11<br>$22,344,659.38 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.