# EXHIBIT C

# Exhibit C

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| AGER, CRYSTAL M<br>10015 NE 200TH ST<br>BOTHELL, WA 98011-2483 | 2833 | 11/20/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$646.15 (P)<br>- (U)<br>$646.15 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| ALAIMO, VINCENZO<br>156 9TH ST<br>BETHPAGE, NY 11714 | 6540 | 12/28/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$4,660.82 (U)<br>$4,660.82 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| ALLSTAR COMMUNICATIONS INC<br>ATTN BRENDA BATEMAN, A/R<br>PO BOX 933022<br>ATLANTA, GA 31193 | 4011 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$15,957.93 (P)<br>$15,957.93 (U)<br>$15,957.93 (T) | - (S)<br>- (A)<br>- (P)<br>$15,957.93 (U)<br>$15,957.93 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| BAILEY, JASON<br>698 WEATHERSTONE WAY<br>SAN MARCOS, CA 92078 | 4133 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$4,230.77 (P)<br>- (U)<br>$4,230.77 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| BAKER, RUBY M<br>777 COUNTYLINE RD<br>APT 24B<br>AMITYVILLE, NY 11701 | 7018 | 1/4/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,038.46 (P)<br>- (U)<br>$1,038.46 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| BARRERAS, DESIREE M<br>10912 ARBOR RIDGE DR<br>TAMPA, FL 33624 | 2794 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,523.09 (P)<br>- (U)<br>$1,523.09 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| BATEMAN, LAURA<br>15970 S WILSON RD.<br>OREGON CITY, OR 97045 | 7438 | 1/7/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$657.69 (P)<br>- (U)<br>$657.69 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

― Objectionable Claims ―

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BEKEART APPRAISAL SERVICES<br>DOROTHY R BEKEART DBA<br>4636 IWAENA LOOP<br>KAPAA, HI 96746 | 937 | 9/17/07 | 07-11053 | - (S)<br>- (A)<br>$500.00 (P)<br>$500.00 (U)<br>$500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| BERGUM, STAN, JR.<br>5190 RANCHO MADERA ROAD<br>SAN DIEGO, CA 92130 | 7638 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$238,629.00 (U)<br>$249,579.44 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$145,008.85 (U)<br>$155,958.85 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| BETBEZE, DEBORAH B<br>52 SHADY OAKS DR.<br>COVINGTON, LA 70433 | 5222 | 12/11/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,384.62 (P)<br>- (U)<br>$1,384.62 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| BEVILLE, PAULINE<br>3146 LEBANON AVENUE<br>ZION, IL 60099 | 7440 | 1/7/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,774.08 (U)<br>$1,774.08 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| BIANCHI, KATIE G<br>216 CORONADO AVE<br>ROSEVILLE, CA 95678 | 5561 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$6,422.00 (U)<br>$17,372.58 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$6,422.00 (U)<br>$17,372.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| BOSTON PROPERTIES LIMITED PARTNERSHIP<br>C/O J. DAVID FOLDS<br>DLA PIPER US LLP<br>500 8TH ST. NW<br>WASHINGTON, DC 20004 | 8483 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$196,522.26 (U)<br>$196,522.26 (T) | - (S)<br>- (A)<br>- (P)<br>$146,585.00 (U)<br>$146,585.00 (T) | The Debtors and the claimant have agreed upon the modified amount. |
| CARDEN, JAMES P<br>57 CHESTNUT STREET<br>MASSAPEQUA, NY 11758 | 6805 | 1/2/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$375.16 (P)<br>- (U)<br>$375.16 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| CARVER WOODS EXEC. CTR LLC<br>5101 CREEK ROAD, SUITE 3<br>CINCINNATI, OH 452423931 | 8735 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$9,790.26 (U)<br>$9,790.26 (T) | - (S)<br>- (A)<br>- (P)<br>$8,790.26 (U)<br>$8,790.26 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| CLEMENTE, KELLY<br>245 QUEBEC RD<br>ISLAND PARK, NY 11558 | 6231 | 12/24/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$942.31 (U)<br>$942.31 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| COLEMAN, TRACY<br>6 HUBBARD ST<br>BAY SHORE, NY 11706 | 3091 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$633.39 (P)<br>- (U)<br>$633.39 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| COM BELL SYSTEMS<br>ATTN PAT SANTORO<br>561 ACORN ST STE C<br>DEER PARK, NY 11729 | 2447 | 11/16/07 | 07-11051 | $1,200.00 (S)<br>- (A)<br>- (P)<br>$6,595.98 (U)<br>$7,795.98 (T) | - (S)<br>- (A)<br>- (P)<br>$6,595.98 (U)<br>$6,595.98 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| CROCKETT, JUANITA C<br>55 DOWD AVE, U-12<br>CANTON, CT 06019 | 4771 | 12/7/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$281.25 (P)<br>- (U)<br>$281.25 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| CUMMINGS PROPERTIES, LLC<br>CRAIG J. ZIADY, ESQ.<br>200 WEST CUMMINGS PARK<br>WOBURN, MA 01801 | 1765 | 10/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$6,067.53 (U)<br>$6,067.53 (T) | - (S)<br>- (A)<br>- (P)<br>$1,067.53 (U)<br>$1,067.53 (T) | The Debtors and the claimant have agreed upon the modified amount. |
| DALY, KAREN<br>6038 N. OVERHILL<br>CHICAGO, IL 60631 | 2811 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$634.62 (P)<br>- (U)<br>$634.62 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| DEWALD, KAREN<br>114 CABANA DRIVE<br>MOORESVILLE, NC 28117 | 4856 | 12/10/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,361.72 (P)<br>- (U)<br>$1,361.72 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| DICOSTANZO, CHRISTINE<br>PO BOX 243<br>HUNTINGTON STA, NY 11746 | 7890 | 1/9/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,461.52 (P)<br>- (U)<br>$2,461.52 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| ELLIS, TERESA<br>3901 EASTRIDGE CT<br>MONROE, NC 28110 | 2390 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$968.60 (P)<br>- (U)<br>$968.60 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| FERNANDEZ, STEPHANIE D<br>1120 ELM DR<br>NOVATO, CA 949453110 | 3004 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$832.83 (P)<br>- (U)<br>$832.83 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| FISHER, COURTNEY A.<br>F/K/A COURTNEY CARTEAUX<br>10608 KNOLLTON RUN<br>FORT WAYNE, IN 46818 | 7180 | 1/7/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$740.38 (U)<br>$740.38 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| FOOTE, CASEY<br>3695 CHESTNUT ST<br>CLARKSTON, MI 48348 | 4050 | 11/30/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$562.69 (P)<br>- (U)<br>$562.69 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| FORTE, CAROLYN S (SUE)<br>5N621 JENS JENSEN LN<br>SAINT CHARLES, IL 60175 | 2599 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| FRANCO, CHRIS A<br>5409 RUTLEDGE CT.<br>THE COLONY, TX 75056 | 5767 | 12/18/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$553.85 (P)<br>- (U)<br>$553.85 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| GEORGAS, RACHAEL<br>4873 CARNOUSTIE COURT<br>SUMMERVILLE, SC 29485 | 8351 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$575.92 (P)<br>- (U)<br>$575.92 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| GUIDA, ALICE E<br>77 HAYES ST<br>GARDEN CITY, NY 11530 | 8078 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$484.62 (P)<br>- (U)<br>$484.62 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| HACKFORD, JULIE<br>154 EAGLE GLEN DR<br>WOODSTOCK, GA 30189 | 6020 | 12/14/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,153.85 (U)<br>$1,153.85 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| HAMILTON APPRAISAL SERVICES, INC.<br>ATTN REBECCA DAVEY, OFFICE MANAGER<br>802 GRAHAM ROAD<br>CUYAHOGA FALLS, OH 44221 | 9248 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,950.00 (U)<br>$1,950.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,350.00 (U)<br>$1,350.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claim was paid in part on 5/23/07 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HARRIOTT, CHANTELL T<br>1078 PROSPECT PLACE<br>BROOKLYN, NY 11213 | 3105 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$929.55 (P)<br>- (U)<br>$929.55 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| HAZELTINE GATES LLC<br>ATTN JOHN B. GOODMAN, PRESIDENT<br>JOHN B. GOODMAN ENTERPRISES, INC.<br>1107 HAZELTINE BLVD., SUITE 200<br>CHASKA, MN 55318 | 6851 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$11,461.30 (U)<br>$11,461.30 (T) | - (S)<br>- (A)<br>- (P)<br>$319.55 (U)<br>$319.55 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claim was paid in part on on 10/5/07 |
| HENIG, DONALD<br>7 BARBERRY ROAD<br>WEST ISLIP, NY 11795 | 7651 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$2,414,368.35 (U)<br>$2,425,318.35 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,354,159.22 (U)<br>$1,365,109.22 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| HERMANCE, SCOTT C<br>1513 TILDEN AVE<br>FORT WAYNE, IN 46805 | 4487 | 12/4/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$587.86 (P)<br>- (U)<br>$587.86 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| HOSEIN, KORISHA<br>88-49 163 RD ST<br>JAMAICA, NY 11432 | 2807 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008<br>BOSTON, MA 02284-5008 | 8400 | 1/10/08 | 07-11051 | - (S)<br>$2,011.26 (A)<br>- (P)<br>$29,163.26 (U)<br>$31,174.52 (T) | - (S)<br>- (A)<br>- (P)<br>$29,163.26 (U)<br>$29,163.26 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. August rent was paid on 07/05/07 |
| IALACCI, DOLORES C<br>1680 THE HIDEOUT<br>LAKE ARIEL, PA 18436 | 7511 | 1/7/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$830.77 (P)<br>- (U)<br>$830.77 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| JAKELL, SHELLEY<br>1655 MAIN BLVD<br>SOUTH PARK TWP, PA 15129 | 3727 | 11/29/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,925.00 (P)<br>- (U)<br>$1,925.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | 7854 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$258,180.97 (U)<br>$258,180.97 (T) | - (S)<br>- (A)<br>- (P)<br>$203,177.00 (U)<br>$203,177.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| KALK, MARY<br>939 MEADOW LN<br>SYCAMORE, IL 60178 | 2421 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$960.00 (U)<br>$960.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| KEBLIN, REBECCA F.<br>C/O HALEY MATHEWS JONAS, ESQ.<br>13777 BALLANTYNE CORP. PLACE, STE. 320<br>CHARLOTTE, NC 28277 | 1635 | 10/16/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$63,492.37 (U)<br>$63,492.37 (T) | - (S)<br>- (A)<br>- (P)<br>$21,000.00 (U)<br>$21,000.00 (T) | The Debtors and the claimant have agreed upon the modified amount. |
| KENNAY, GEORGANN<br>1326 JANET<br>SYCAMORE, IL 60178 | 3316 | 11/26/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,692.24 (P)<br>- (U)<br>$1,692.24 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| KESLER, MOY T<br>720 SPRUCE DR<br>HOLBROOK, NY 11741 | 3064 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| KOHLER PROPERTIES<br>PO BOX 6<br>15 N. E. THIRD STREET<br>GRESHAM, OR 97030 | 2057 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$1,000.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| KOPPIE, JANE B<br>20558 BROAD RUN DR<br>STERLING, VA 20165 | 6602 | 12/31/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,851.20 (P)<br>- (U)<br>$1,851.20 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| LAMBIASE, GILDA A<br>7780 HIGHLANDS CIRCLE<br>MARGATE, FL 33063 | 8001 | 1/9/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,130.77 (P)<br>- (U)<br>$1,130.77 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| LATTANZA, EMANUEL<br>138 THUNDER RD<br>HOLBROOK, NY 11741 | 321 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$8,562.38 (P)<br>- (U)<br>$8,562.38 (T) | - (S)<br>- (A)<br>$7,903.85 (P)<br>- (U)<br>$7,903.85 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| LEBEUF, KATHLEEN A<br>220 AUGUSTINE DR<br>MARTINEZ, CA 945536602 | 2361 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$6,923.08 (P)<br>- (U)<br>$6,923.08 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| LEVINE, NANCY<br>23905 WOODWAY RD<br>BEACHWOOD, OH 44122 | 329 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$8,388.07 (P)<br>- (U)<br>$8,388.07 (T) | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| LITSEY, CHRISTINE M (TINA)<br>13811 NE AIRPORT DR<br>VANCOUVER, WA 98684 | 7471 | 1/7/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,538.46 (P)<br>- (U)<br>$1,538.46 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| MALDONADO, MARIA T<br>749 SUMMERWOOD AVE #9<br>DIAMOND BAR, CA 91789 | 6605 | 12/31/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,232.00 (P)<br>- (U)<br>$1,232.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| MARKETWISE ADVISORS, LLC<br>C/O JACOB A. BROWN, ESQ.<br>AKERMAN SENTERFITT<br>50 NORTH LAURA STREET, SUITE 2500<br>JACKSONVILLE, FL 32202 | 1565 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$218,503.44 (U)<br>$218,503.44 (T) | - (S)<br>- (A)<br>- (P)<br>$118,458.62 (U)<br>$118,458.62 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| MATHURA, MARSHA<br>2040 NW 62ND TERR<br>SUNRISE, FL 33313 | 2900 | 11/20/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$461.54 (P)<br>- (U)<br>$461.54 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| MATTHEOS, ARIANNY<br>31 HEYWARD ST<br>BRENTWOOD, NY 11717 | 3636 | 11/28/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$634.25 (P)<br>- (U)<br>$634.25 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| MAYO & BARBARA SOMMERMEYER<br>7425 VARDON WAY<br>FORT COLLINS, CO 80528 | 2376 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,817.76 (U)<br>$7,817.76 (T) | - (S)<br>- (A)<br>- (P)<br>$5,617.76 (U)<br>$5,617.76 (T) | The Debtors and the claimant have agreed upon the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MCNUTT, CATHERINE A<br>5610 MORSE AVE<br>JACKSONVILLE, FL 32244 | 6115 | 12/21/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$750.00 (U)<br>$750.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| MONROE, MICHELE<br>391 MORS AVE<br>WHEELING, IL 60090 | 437 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,231.75 (P)<br>- (U)<br>$3,231.75 (T) | - (S)<br>- (A)<br>$2,125.05 (P)<br>- (U)<br>$2,125.05 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claim was paid in part on 8/7/07 |
| MORRIS, CINDY<br>9116 CHRISTOPHER WREN DR<br>WEXFORD, PA 15090 | 5861 | 12/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,261.28 (P)<br>$2,261.28 (U)<br>$2,261.28 (T) | - (S)<br>- (A)<br>- (P)<br>$1,130.82 (U)<br>$1,130.82 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| NIETO, CRYSTAL<br>4529 REED ST<br>FORT WAYNE, IN 46806 | 7510 | 1/7/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$560.00 (P)<br>- (U)<br>$560.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| NINO, ANA V (VANESA)<br>1232 9TH ST<br>WEST BABYLON, NY 11704 | 7870 | 1/9/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,759.79 (P)<br>- (U)<br>$1,759.79 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| NOEL, JENNYAI EMI E<br>13 THOMAS DR<br>NORTH BABYLON, NY 11703 | 8323 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,064.54 (P)<br>- (U)<br>$1,064.54 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| OREAR, PAMELA<br>PO BOX 11686<br>CHARLOTTE, NC 28220 | 6972 | 1/3/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| ORELLANO, CHRISTINA (TINA)<br>941 TIMBERWOOD LANE<br>ALGONQUIN, IL 60102 | 8023 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,229.24 (U)<br>$2,229.24 (T) | - (S)<br>- (A)<br>- (P)<br>$80.77 (U)<br>$80.77 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| PELICAN II, LLC<br>MICHAEL WINE<br>1540 SE 8 STREET<br>DEERFIELD BEACH, FL 33441 | 7725 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$1,700.00 (P)<br>$1,700.00 (U)<br>$1,700.00 (T) | - (S)<br>- (A)<br>$1,700.00 (P)<br>- (U)<br>$1,700.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| RAMER, MICHELE R<br>4415 ARLINGTON AVE<br>FORT WAYNE, IN 46807 | 6732 | 12/31/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$402.88 (P)<br>- (U)<br>$402.88 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| REA, CRYSTAL<br>1038 NEVILLE ST<br>FOLLANSBEE, WV 26037 | 2189 | 11/15/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$613.84 (P)<br>- (U)<br>$613.84 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| RIVERA, EDWIN<br>3921 AZALEA CIR.<br>MAUMEE, OH 43537 | 7641 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$6,273.74 (P)<br>$23,437.82 (U)<br>$29,711.56 (T) | - (S)<br>- (A)<br>$6,273.74 (P)<br>$23,437.82 (U)<br>$29,711.56 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| ROMERO, YANAYRA<br>31 HEYWARD ST<br>BRENTWOOD, NY 11717 | 3707 | 11/28/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$517.95 (P)<br>- (U)<br>$517.95 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| ROTOLO, CAMILLE<br>957 N. GREENE AVE<br>LINDENHURST, NY 11757 | 5301 | 12/12/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$876.92 (P)<br>- (U)<br>$876.92 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| RYAN, SHERRY L<br>431 109TH AVE SE<br>BELLEVUE, WA 98004 | 3202 | 11/26/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$3,236.64 (P)<br>- (U)<br>$3,236.64 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SAUER, DARLENE A<br>411 N. MAIN ST.<br>MANCHESTER, PA 17345 | 5895 | 12/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,122.00 (P)<br>- (U)<br>$1,122.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SAVAGE, JILL<br>160 MAPLE COURT<br>COPIAGUE, NY 11726 | 5444 | 12/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,903.85 (P)<br>- (U)<br>$1,903.85 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SCHILL BERRY, DANIELLE K<br>431 CROSS RD<br>NORTH DARTMOUTH, MA 02747 | 5490 | 12/14/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SESSA, FRANCES M<br>7525 SUMMER BLOSSOM LANE<br>COLUMBIA, MD 21046 | 2037 | 11/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,176.92 (P)<br>- (U)<br>$1,176.92 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SHAW, GWENDOLYN (GWEN)<br>4822 W CONGRESS PKWY<br>CHICAGO, IL 60644 | 4306 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$420.00 (P)<br>- (U)<br>$420.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SIMMONS, DEBORAH A<br>216 E MCNUTT ST<br>HOUSTON, PA 15342 | 5818 | 12/18/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,824.23 (U)<br>$1,824.23 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SIMONE, DANIELLE S<br>407 RAFT AVE<br>HOLBROOK, NY 11741 | 6102 | 12/21/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,165.31 (U)<br>$1,165.31 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SIMONE, DANIELLE S<br>407 RAFT AVE<br>HOLBROOK, NY 11741 | 6103 | 12/21/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$865.38 (U)<br>$865.38 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SINGLETON, RACHEL A<br>112 TOWNHOUSE RD N<br>HUNTINGTON STATION, NY 11746 | 6143 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$995.19 (P)<br>- (U)<br>$995.19 (T) | - (S)<br>- (A)<br>$995.19 (P)<br>- (U)<br>$995.19 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SIPLIN, MAE F<br>603 ORANGE AVE<br>SANFORD, FL 32771 | 5050 | 12/10/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$942.31 (P)<br>- (U)<br>$942.31 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| SISCO GIVENS, PAULA<br>PO BOX 953<br>MOXEE, WA 98936 | 2773 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$580.13 (P)<br>- (U)<br>$580.13 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SYKES, THADDEUS<br>2003 CRIMSON<br>MEADOWS DRIVE<br>O FALLON, MO 63366 | 7461 | 1/7/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$4,163.46 (U)<br>$4,163.46 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| THOMAS, MIRA J<br>510 LYNN AVE<br>EAST NORTHPORT, NY 11731 | 2367 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$807.69 (P)<br>- (U)<br>$807.69 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| TULIAU, MALVINA Q (VINA)<br>7636 BOTANY BAY DR.<br>LAS VEGAS, NV 89128 | 4428 | 12/4/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,261.58 (P)<br>- (U)<br>$2,261.58 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| VAN EYKEN, DIANNE<br>684 COUNTY LINE RD<br>AMITYVILLE, NY 11701 | 6259 | 12/24/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$188.70 (P)<br>- (U)<br>$188.70 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| VANDERBILT APPRAISAL & CONSUL<br>770 LEXINGTON AVE RM 300<br>NEW YORK, NY 100658165 | 2749 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$27,365.00 (U)<br>$27,365.00 (T) | - (S)<br>- (A)<br>- (P)<br>$24,330.00 (U)<br>$24,330.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| VAY, LISA<br>8078 PHIRNE RD EAST<br>GLEN BURNIE, MD 21061 | 1278 | 9/27/07 | 07-11051 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) | - (S)<br>- (A)<br>$900.83 (P)<br>- (U)<br>$900.83 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| VELSOR, MIRTHA<br>61 25 156TH ST<br>2ND FLOOR<br>FLUSHING, NY 11367 | 6029 | 12/14/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,538.46 (P)<br>- (U)<br>$1,538.46 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| VENT, HELEN C.<br>11 LOWELL DRIVE<br>FARMINGDALE, NY 11735 | 2255 | 11/15/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$865.38 (P)<br>- (U)<br>$865.38 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| VENTURA, LEILAROSE C (LEILA)<br>3958 COYOTE<br>RIDGE COURT<br>LAS VEGAS, NV 89129 | 1998 | 11/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| WACO PROPERTIES, INC.<br>C/O C. RYAN MALONEY<br>FOLEY & LARDNER LLP<br>PO BOX 240<br>JACKSONVILLE, FL 32201-0240 | 6499 | 12/28/07 | 07-11051 | - (S)<br>$1,052.14 (A)<br>- (P)<br>$14,814.20 (U)<br>$15,866.44 (T) | - (S)<br>$1,052.14 (A)<br>- (P)<br>$14,814.20 (U)<br>$15,866.34 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| WAGNER, NANCY<br>35 ELM DR<br>FARMINGDALE, NY 11735 | 4274 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,211.54 (P)<br>- (U)<br>$2,211.54 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| WALKER, ANNIE<br>5792 E MONROE<br>LAS VEGAS, NV 89110 | 2008 | 11/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,292.31 (P)<br>- (U)<br>$1,292.31 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| WALLACE, DIANA L.<br>16769 LYONHURST CIRCLE<br>NORTHVILLE, MI 48168 | 1312 | 9/28/07 | 07-11051 | - (S)<br>- (A)<br>$10,134.52 (P)<br>- (U)<br>$10,134.52 (T) | - (S)<br>- (A)<br>$3,269.23 (P)<br>- (U)<br>$3,269.23 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| WATTERS, MARY E (MARY BETH)<br>27 BATTERSEA RD<br>BERLIN, MD 21811 | 4893 | 12/6/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,653.11 (P)<br>- (U)<br>$1,653.11 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| WHELAN, SUSAN<br>128 ADAMS WAY<br>SAYVILLE, NY 11782 | 6553 | 12/31/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$914.00 (P)<br>- (U)<br>$914.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| WHITE, EDWARD C<br>822 NORTHERN PKWY<br>UNIONDALE, NY 11553 | 5480 | 12/14/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$750.00 (P)<br>- (U)<br>$750.00 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |
| WISE, BARBARA A<br>8732 MARY LANE<br>JESSUP, MD 20794 | 4144 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,503.63 (P)<br>- (U)<br>$1,503.63 (T) | Pursuant to the Debtors' books and records, claim should be fixed at the modified amount. |

──────── Objectionable Claims ────────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 101 Claims | | $1,200.00 (S)<br>$3,063.40 (A)<br>$92,854.86 (P)<br>$3,558,229.95 (U)<br>$3,634,030.42 (T) | - (S)<br>$1,052.14 (A)<br>$131,832.19 (P)<br>$2,153,267.62 (U)<br>$2,286,151.95 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.