# EXHIBIT D

# Exhibit D

## Reclassified Claims

| Name/Address of Claimant | Objectionable Claims | | | | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| BETTY AUTON-BECK, APLC<br>300 E STATE ST, STE 200<br>REDLANDS, CA 92373 | 6037 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,422.83 (P)<br>- (U)<br>$1,422.83 (T) | $1,422.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,422.83 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| CAPPUCCIO TRUST<br>ATTN JUDITH A. MORGAN, CO-TRUSTEE<br>659 ABREGO STREET<br>SUITE # 4<br>MONTEREY, CA 93940 | 2266 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$2,300.00 (P)<br>- (U)<br>$2,300.00 (T) | - (S)<br>- (A)<br>$1,929.03 (P)<br>$370.97 (U)<br>$2,300.00 (T) | Total amount of claim not entitled to priority under section 507 of the Bankruptcy Code |
| CROWE, JAMES B.<br>425 OAKDALE AV<br>GLENCOE, IL 60022 | 7581 | 1/7/08 | 07-11053 | - (S)<br>- (A)<br>$1,775.00 (P)<br>- (U)<br>$1,775.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,775.00 (U)<br>$1,775.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| REGIONAL REAL ESTATE APPRAISAL SERVICE<br>ATTN PRESIDENT<br>117 ROUTE 9W<br>HAVERSTRAW, NY 10927 | 77 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$5,975.00 (P)<br>- (U)<br>$5,975.00 (T) | - (S)<br>- (A)<br>- (P)<br>$5,975.00 (U)<br>$5,975.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| TOP NOTCH APPRAISALS - 1000023447<br>ATTN JIM KLIEGL<br>OWNER<br>8780 19TH ST, #277<br>ALTA LOMA, CA 91701 | 1256 | 9/24/07 | 07-11053 | - (S)<br>- (A)<br>$4,754.00 (P)<br>- (U)<br>$4,754.00 (T) | - (S)<br>- (A)<br>- (P)<br>$4,754.00 (U)<br>$4,754.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| WEST MICHIGAN APPRAISAL<br>ATTN MELANIE J. PERRY, PRESIDENT<br>821 W SOUTH ST<br>KALAMAZOO, MI 49007 | 2796 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$1,575.00 (P)<br>- (U)<br>$1,575.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,575.00 (U)<br>$1,575.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |

―――― Objectionable Claims ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 6 Claims | | - (S)<br>- (A)<br>$17,801.83 (P)<br>- (U)<br>$17,801.83 (T) | $1,422.83 (S)<br>- (A)<br>$1,929.03 (P)<br>$14,449.97 (U)<br>$17,801.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.