# EXHIBIT E

## Exhibit E

### Reclassified Wrong Debtor Claims

|  |  |  | Objectionable Claim | | | | |
|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
| BANNER-WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | 2249 | 11/15/07 | Unspecified | - (S)<br>- (A)<br>$2,450.00 (P)<br>- (U)<br>$2,450.00 (T) | 07-11053 | - (S)<br>- (A)<br>$2,450.00 (U)<br>$2,450.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code. |
| WILLIAMS TRANSFER & STORAGE<br>ATTN KIRK PHILLIPS, SALES MANAGER<br>621 EAST PRESIDENT AVE<br>TUPELO, MS 38801 | 4583 | 12/5/07 | Unspecified | - (S)<br>- (A)<br>$104,240.79 (P)<br>$24,253.37 (U)<br>$128,494.16 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$128,494.16 (U)<br>$128,494.16 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$106,690.79 (P)<br>$24,253.37 (U)<br>$130,944.16 (T) | | - (S)<br>- (A)<br>- (P)<br>$130,944.16 (U)<br>$130,944.16 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.