# EXHIBIT F

# Exhibit F

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim ||||| New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | | |
| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | 831 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$1,938.44 (P)<br>- (U)<br>$1,938.44 (T) | 07-11051 | - (S)<br>- (A)<br>$550.05 (P)<br>- (U)<br>$550.05 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| BEKEART APPRAISAL SERVICES<br>DOROTHY R BEKEART DBA<br>4836 IWAENA LOOP<br>KAPAA, HI 96746 | 936 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,800.00 (P)<br>$1,800.00 (U)<br>$1,800.00 (T) | 07-11053 | - (S)<br>- (A)<br>$1,800.00 (P)<br>$1,800.00 (U)<br>$1,800.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| CRISANTY, AL<br>8440 SPRUCE MEADOW LN<br>GRANITE BAY, CA 95746 | 1904 | 1/16/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,007,793.34 (U)<br>$3,007,793.34 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,930,206.66 (U)<br>$2,930,206.66 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| CUMMINGS PROPERTIES, LLC<br>CRAIG J. ZIADY, ESQ.<br>200 WEST CUMMINGS PARK<br>WOBURN, MA 01801 | 1764 | 10/23/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$48,521.40 (U)<br>$48,521.40 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$41,021.40 (U)<br>$41,021.40 (T) | The Debtors and the claimant have agreed upon the modified amount. |
| ESCOBEDO, GERMAN<br>56 11 212TH ST<br>BAYSIDE, NY 11362 | 910 | 9/17/07 | Unspecified | Unspecified* | 07-11051 | - (S)<br>- (A)<br>$1,830.77 (P)<br>- (U)<br>$1,830.77 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| FIELDS, BEVERLY L.<br>2105 GOODWIN LANE<br>NORTH WALES, PA 19454 | 1714 | 10/22/07 | Unspecified | - (S)<br>- (A)<br>$2,708.00 (P)<br>$2,708.00 (U)<br>$2,708.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| HALL, MONICA M<br>27603 GERRY LANE<br>SYCAMORE, IL 60178 | 10108 | 3/17/08 | Unspecified | Unspecified* | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$630.00 (U)<br>$630.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| JOHNSTON, JOHN A.<br>23-CHAMPNEY PL<br>LAGUNA NIGUEL, CA 92677 | 7852 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$757,598.63 (U)<br>$757,598.63 (T) | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$750,351.20 (U)<br>$750,351.20 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| KELLEY, JOCELYN<br>2799 JOYCE AVE<br>COLUMBUS, OH 43211 | 1139 | 9/21/07 | Unspecified | - (S)<br>- (A)<br>$1,300.00 (P)<br>$1,300.00 (U)<br>$1,300.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,300.00 (P)<br>- (U)<br>$1,300.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |
| KELLY, STEPHEN<br>1133 GOLDEN LAKES BLVD<br>APT 822<br>WEST PALM BEACH, FL 33411 | 1503 | 10/11/07 | Unspecified | Unspecified* | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,084.65 (U)<br>$1,084.65 (T) | Pursuant to the Debtors' books and records, the claim should be fixed at the modified amount. |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | 10022 | 3/4/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$1,228.00 (U)<br>$1,228.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$625.00 (U)<br>$625.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| PARTAP, HIMANSHU<br>24 STRATFORD CT<br>BELLMORE, NY 11710 | 460 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$7,000.00 (P)<br>- (U)<br>$7,000.00 (T) | 07-11051 | - (S)<br>- (A)<br>$3,750.00 (P)<br>- (U)<br>$3,750.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| PERKINS, HEIDI J.<br>265 BLUE VALLEY RD SE<br>LANCASTER, OH 43130 | 383 | 9/7/07 | Unspecified | - (S)<br>- (A)<br>$1,050.00 (P)<br>- (U)<br>$1,050.00 (T) | 07-11051 | - (S)<br>- (A)<br>$840.00 (P)<br>- (U)<br>$840.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| POLEK, KELLY<br>614 BAY GREEN DR<br>ARNOLD, MD 21012 | 411 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$461.54 (P)<br>- (U)<br>$461.54 (T) | 07-11051 | - (S)<br>- (A)<br>$303.15 (P)<br>- (U)<br>$303.15 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| RAMESH, ANNISHA<br>805 WINDMILL AVE<br>WEST BABYLON, NY 11704 | 677 | 9/12/07 | Unspecified | - (S)<br>- (A)<br>$1,857.00 (P)<br>- (U)<br>$1,857.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,713.79 (P)<br>- (U)<br>$1,713.79 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claim has been satisfied in part. |

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| RENFRO, AIDAN<br>317 ROSE MARIE CT.<br>SAINT PETERS, MO 63376 | 421 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | 07-11051 | - (S)<br>- (A)<br>$1,661.44 (P)<br>- (U)<br>$1,661.44 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| RICHARDSON, REBECCA<br>4 E ILLINOIS ST<br>LEMONT, IL 60439 | 1154 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>$1,145.84 (P)<br>- (U)<br>$1,145.84 (T) | 07-11051 | - (S)<br>- (A)<br>$1,057.69 (P)<br>- (U)<br>$1,057.69 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| ROSENBERG, ROBIN<br>22 IVY ST APT 2A<br>FARMINGDALE, NY 11735 | 1077 | 9/12/07 | 07-11047 | - (S)<br>- (A)<br>$1,686.00 (P)<br>- (U)<br>$1,686.00 (T) | 07-11051 | - (S)<br>- (A)<br>$632.25 (P)<br>- (U)<br>$632.25 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| RYAN, MISTY<br>8206 SAKADEN PKWY<br>FORT WAYNE, IN 46825 | 505 | 8/10/07 | Unspecified | - (S)<br>- (A)<br>$2,583.33 (P)<br>- (U)<br>$2,583.33 (T) | 07-11051 | - (S)<br>- (A)<br>$961.54 (P)<br>- (U)<br>$961.54 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| SYNENKO, JENNIFER<br>16 HUGHES LN<br>NORTH BABYLON, NY 11703 | 312 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$1,300.00 (P)<br>- (U)<br>$1,300.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| TOWN & COUNTRY REAL ESTATE & APPRAISAL, INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | 1703 | 10/22/07 | All Cases | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$160.00 (U)<br>$160.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| VENNERS, MINDY<br>108 E ORCHARD HILLS DR.<br>ROCHELLE, IL 61068 | 1343 | 10/1/07 | Unspecified | - (S)<br>- (A)<br>$1,038.24 (P)<br>- (U)<br>$1,038.24 (T) | 07-11051 | - (S)<br>- (A)<br>$634.48 (P)<br>- (U)<br>$634.48 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| WARREN, AMY L<br>4717 S WAYNE<br>FORT WAYNE, IN 46807 | 292 | 9/4/07 | Unspecified | - (S)<br>- (A)<br>$1,344.00 (P)<br>- (U)<br>$1,344.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,125.00 (P)<br>- (U)<br>$1,125.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| WEHLER, AMANDA<br>6736 1/2 N. GLENWOOD # 3<br>CHICAGO, IL 60626 | 1884 | 11/5/07 | Unspecified | - (S)<br>- (A)<br>$846.15 (P)<br>$846.15 (U)<br>$846.15 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$846.15 (U)<br>$846.15 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted amount of the claim. |

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| WEISS, RICHARD<br>30 WILMOTH AVE<br>ARDSLEY, NY 10502 | 679 | 9/12/07 | Unspecified | Unspecified* | 07-11051 | - (S)<br>- (A)<br>$3,230.77 (P)<br>- (U)<br>$3,230.77 (T) | Pursuant to the Debtors' books and records, the claim should be fixed at the modified amount. |
| WILLIAMS, CHRISTINE G.<br>1715 AYR DR<br>NEW HAVEN, IN 46774 | 847 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$1,875.00 (P)<br>- (U)<br>$1,875.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,557.69 (P)<br>- (U)<br>$1,557.69 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| YEE, TODD<br>234 RIDGECREST DRIVE<br>KLAMATH FALLS, OR 97601 | 10190 | 4/7/08 | Unspecified | - (S)<br>- (A)<br>$1,775.00 (P)<br>- (U)<br>$1,775.00 (T) | 07-11051 | $1,175.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,175.00 (T) | Pursuant to the Debtors' books and records, claim should be adjusted to modified amount and reclassified. Claim is for fees paid, some of which are non-refundable. |
| ZIEGLER, PAUL<br>68 BAYSIDE PL<br>AMITYVILLE, NY 11701 | 921 | 9/17/07 | Unspecified | - (S)<br>- (A)<br>$9,450.00 (P)<br>- (U)<br>$9,450.00 (T) | 07-11051 | - (S)<br>- (A)<br>$6,978.46 (P)<br>- (U)<br>$6,978.46 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. |
| Totals: | 28 Claims | | | - (S)<br>- (A)<br>$54,185.46 (P)<br>$3,822,220.52 (U)<br>$3,856,801.83 (T) | | $1,175.00 (S)<br>- (A)<br>$29,327.08 (P)<br>$3,728,215.06 (U)<br>$3,758,717.14 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.