# EXHIBIT G

# Exhibit G

## Modified Amount Reclassified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| 1ST APPRAISAL SOURCE<br>ATTN: MAGGIE ROMAN, OFFICE MANAGER<br>322 ROUTE 4 EAST<br>SOUTH LOBBY<br>PARAMUS, NJ 07652 | 8834 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$4,470.00 (P)<br>- (U)<br>$4,470.00 (T) | - (S)<br>- (A)<br>- (P)<br>$4,220.00 (U)<br>$4,220.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| CARTRIDGE WORLD<br>ATTN KRISTY BOWMAN, OWNER<br>3055 N RESERVE ST<br>STE B<br>MISSOULA, MT 59808 | 2897 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$767.96 (P)<br>$767.96 (U)<br>$767.96 (T) | - (S)<br>- (A)<br>- (P)<br>$489.99 (U)<br>$489.99 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| DEPODESTA, DAVID J.<br>22325 STERLING HIGHWAY<br>NINILCHIK, AK 99639 | 5836 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$45,981.07 (U)<br>$45,981.07 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$33,821.03 (U)<br>$44,771.03 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| DEROSA, JEREMY<br>1435 BLUEBIRD<br>CANYON DR<br>LAGUNA BEACH, CA 92651 | 3319 | 11/26/07 | 07-11051 | $3,576.92 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,576.92 (T) | - (S)<br>- (A)<br>- (P)<br>$33,694.72 (U)<br>$33,694.72 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| EASON, DANIEL<br>10655 CHANDON<br>PLACE<br>HIGHLANDS RANCH, CO 80126 | 4637 | 12/6/07 | 07-11051 | $12,072.64 (S)<br>- (A)<br>$12,074.64 (P)<br>$429.19 (U)<br>$12,501.83 (T) | - (S)<br>- (A)<br>$9,403.50 (P)<br>$2,076.92 (U)<br>$11,480.42 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| GEIGER, STEVEN D.<br>4720 95TH ST<br>URBANDALE, IA 50322 | 406 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$106,575.37 (P)<br>- (U)<br>$106,575.37 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$81,544.06 (U)<br>$92,494.06 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| KAULEN, LISA<br>PO BOX 50131<br>BELLEVUE, WA 98015 | 1739 | 10/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$38,000.00 (U)<br>$38,000.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$43,814.88 (U)<br>$54,764.88 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| KAYCEE LLC<br>ATTN GARY ERICKSON, MGR<br>1295 KELLY JOHNSON BLVD<br>SUITE 230<br>COLORADO SPRINGS, CO 80920 | 8051 | 1/9/08 | 07-11051 | $52,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$52,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$42,283.81 (U)<br>$42,283.81 (T) | Debtor and claimant have agreed upon the reduced amount |
| KUHN, ASHLEY<br>46 BUCKSKIN LN<br>SELDEN, NY 11784 | 7000 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) | - (S)<br>- (A)<br>- (P)<br>$320.00 (U)<br>$320.00 (T) | Pursuant to the Debtors' books and records, the claim should be reprioritized and adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| MEYER, RICHARD<br>3734 BLUFF DR<br>LEWIS CENTER, OH 43035 | 1994 | 11/13/07 | 07-11051 | $28,799.82 (S)<br>- (A)<br>- (P)<br>$782.77 (U)<br>$29,582.59 (T) | - (S)<br>- (A)<br>- (P)<br>$28,225.59 (U)<br>$28,225.59 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| REMAX<br>102 1ST ST SE<br>BONDURANT, IA 50035 | 2373 | 11/16/07 | 07-11051 | $4,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Claimant asserted claim for a bounced check but failed to provide any evidence. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| SHINN, VICKI LOMBARDI<br>23 ROANWOOD DRIVE<br>ROLLING HILLS EST, CA 90274 | 8552 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$15,956.00 (U)<br>$26,906.00 (T) | - (S)<br>- (A)<br>- (P)<br>$27,031.37 (U)<br>$27,031.37 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| WATER PLANT INVESTMENTS, LLC<br>ATTN MR. MARK HUTTON<br>5644 BAY SIDE DRIVE<br>ORLANDO, FL 32819 | 1869 | 11/2/07 | 07-11051 | $118,097.62 (S)<br>- (A)<br>- (P)<br>$10,626.49 (U)<br>$128,724.11 (T) | - (S)<br>- (A)<br>- (P)<br>$121,811.35 (U)<br>$121,811.35 (T) | The Debtors and the claimant have agreed upon the modified amount. |
| Totals: | 13 Claims | | | $100,449.38 (S)<br>$118,097.62 (A)<br>$135,437.97 (P)<br>$112,543.48 (U)<br>$463,685.85 (T) | - (S)<br>- (A)<br>$42,253.50 (P)<br>$421,333.72 (U)<br>$463,587.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.