# EXHIBIT H

# Exhibit H

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| AQUINO, RODOLFO V., III<br>1543 KEM WAY<br>WALNUT, CA 91789 | 706 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,554.83 (U)<br>$2,554.83 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| BAKER & ASSOCIATES<br>PO BOX 2285<br>MECHANICSVILLE, VA 231160013 | 2973 | 11/21/07 | Unspecified | - (S)<br>- (A)<br>$3,100.00 (P)<br>- (U)<br>$3,100.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$475.00 (U)<br>$475.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| CHAN WA, IVAN<br>P.O. BOX 23017<br>HONOLULU, HI 96827 | 8969 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$13,144.00 (P)<br>- (U)<br>$13,144.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$6,465.00 (U)<br>$6,465.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRL<br>ROBBINSVILLE, NJ 08691 | 715 | 9/13/07 | Unspecified | - (S)<br>- (A)<br>$179,106.80 (P)<br>- (U)<br>$179,106.80 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$171,511.95 (U)<br>$182,461.95 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| DOCUSYSTEMS<br>ATTN CEO<br>1000 HWY 501 E<br>MYRTLE BEACH, SC 29578 | 5470 | 12/14/07 | Unspecified | - (S)<br>- (A)<br>$420.94 (P)<br>- (U)<br>$420.94 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$251.69 (U)<br>$251.69 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | 645 | 9/11/07 | 07-11047 | - (S)<br>- (A)<br>$293,669.64 (P)<br>- (U)<br>$293,669.64 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$282,431.53 (U)<br>$293,381.53 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ELITE APPRAISAL<br>25000 AVENUE STANFORD #111<br>VALENCIA, CA 913551224 | 5067 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$2,800.00 (P)<br>- (U)<br>$2,800.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,450.00 (U)<br>$2,450.00 (T) | Pursuant to the Debtors' books and records, the claim amount should be adjusted to the modified amount. |
| HURVITZ, MARCY<br>42 MONET CT<br>MIDDLE ISLAND, NY 11953 | 1862 | 11/1/07 | Unspecified | - (S)<br>- (A)<br>$3,400.00 (P)<br>- (U)<br>$3,400.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,353.85 (U)<br>$2,353.85 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| KARANOVICH, MARK<br>39621 FOXGLOVE CT<br>LOVETTSVILLE, VA 20180 | 774 | 9/14/07 | Unspecified | - (S)<br>- (A)<br>$21,421.63 (P)<br>- (U)<br>$21,421.63 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$13,576.84 (U)<br>$24,526.84 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| KEISTER, JOHN<br>2117 CHRISTIAN ST.<br>BALTIMORE, MD 21223 | 1700 | 10/22/07 | Unspecified | $3,366.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,366.83 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,422.83 (U)<br>$1,422.83 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| MANGIARDI, JOHN A.<br>301 MIDWAY ISLAND<br>CLEARWATER, FL 33767 | 510 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$112,789.93 (U)<br>$112,789.93 (T) | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$72,839.93 (U)<br>$83,789.93 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| MCELROY, KATHY M<br>759 LONGWOOD ROAD<br>LEXINGTON, KY 40503 | 2311 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$785.00 (U)<br>$785.00 (T) | 07-11051 | - (S)<br>- (A)<br>$485.00 (P)<br>- (U)<br>$485.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| MERRILL, WILLIAM W.<br>759 LUCAS AVE EXT<br>HURLEY, NY 12443 | 1012 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$8,989.56 (P)<br>- (U)<br>$8,989.56 (T) | 07-11051 | - (S)<br>- (A)<br>$9,999.96 (P)<br>$427.74 (U)<br>$10,427.70 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | 1187 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$659.95 (P)<br>- (U)<br>$659.95 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$522.30 (U)<br>$522.30 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ORTIZ-CLIFFORD, SANDRA<br>344 TREMONT RD<br>LINDENHURST, NY 11757 | 7812 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>$261.18 (P)<br>- (U)<br>$261.18 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$173.65 (U)<br>$173.65 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. Claimant is not entitled to sick and personal time payout. |
| PEREYRA, CHRISTIAN<br>37 26 54TH STREET<br>WOODSIDE, NY 11377 | 5462 | 12/14/07 | Unspecified | - (S)<br>- (A)<br>$1,954.50 (P)<br>- (U)<br>$1,954.50 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,759.05 (U)<br>$1,759.05 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. Claimant is not entitled to sick and personal time payout. |
| ROITER, CATHERINE<br>15538 SE 9TH STREET<br>BELLEVUE, WA 98007 | 1879 | 11/5/07 | Unspecified | - (S)<br>- (A)<br>$1,745.22 (P)<br>- (U)<br>$1,745.22 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$702.00 (U)<br>$702.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| RUTLEDGE, MARY ANN<br>2256 ELDERBERRY DRIVE<br>WESTBURY, NY 11590 | 1155 | 9/24/07 | Unspecified | - (S)<br>- (A)<br>$1,638.23 (P)<br>- (U)<br>$1,638.23 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,092.09 (U)<br>$1,092.09 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. |
| SANDOVAL, JEDGLEN<br>703 BROADWAY<br>BRENTWOOD, NY 11717 | 6677 | 12/31/07 | Unspecified | - (S)<br>- (A)<br>$499.87 (P)<br>- (U)<br>$499.87 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$208.00 (U)<br>$208.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount and reclassified. Claimant is not entitled to sick and personal time payout. |
| SCHOLLMEYER, LISA<br>493 CARLS PATH<br>DEER PARK, NY 11729 | 7766 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>$1,600.00 (P)<br>- (U)<br>$1,600.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$825.00 (U)<br>$825.00 (T) | Pursuant to the Debtors' books and records, the claim should be reprioritized and adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| SCHWARTZ, BRIAN<br>129 BRENNER AVE<br>BETHPAGE, NY 11714-4303 | 1792 | 10/29/07 | Unspecified | - (S)<br>- (A)<br>$1,276.05 (P)<br>- (U)<br>$1,276.05 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,157.69 (U)<br>$1,157.69 (T) | Pursuant to the Debtors' books and records, the claim should be reprioritized and adjusted to the modified amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| SOKOLOWSKI, DIANA<br>115 DAVIS AVE.<br>PORT JEFFERSON STATION, NY 11776 | 3652 | 11/28/07 | 07-11047 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$810.00 (U)<br>$810.00 (T) | Pursuant to the Debtors' books and records, the claim should be reprioritized and adjusted to the modified amount. |
| WARD, MARGARET<br>1161 CENTER GROVE ST<br>ORLANDO, FL 32839 | 4080 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$1,818.75 (P)<br>- (U)<br>$1,818.75 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$600.00 (U)<br>$600.00 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| WASHINGTON, ANDRE<br>27 BRADLEY STREET<br>3RD FLOOR<br>NAUGATUCK, CT 06770 | 6600 | 12/31/07 | Unspecified | - (S)<br>- (A)<br>$3,269.23 (P)<br>- (U)<br>$3,269.23 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,288.46 (U)<br>$2,288.46 (T) | Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| WESDORP, BENJAMIN M<br>3 HOOK RD. #63H<br>POUGHKEEPSIE, NY 12601 | 7425 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>$5,120.19 (P)<br>- (U)<br>$5,120.19 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,615.38 (U)<br>$4,615.38 (T) | Pursuant to the Debtors' books and records, the claim should be reprioritized and adjusted to the modified amount. Claimant is not entitled to sick and personal time payout. |
| YEE, TODD<br>234 RIDGECREST DRIVE<br>KLAMATH FALLS, OR 97601 | 10190 | 4/7/08 | Unspecified | - (S)<br>- (A)<br>$1,775.00 (P)<br>- (U)<br>$1,775.00 (T) | 07-11051 | $1,175.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,175.00 (T) | Pursuant to the Debtors' books and records, claim should be adjusted to the modified amount and reclassified. Claim is for fees paid, some of which are non-refundable. |
| **Totals:** | **26 Claims** | | | $3,366.83 (S)<br>- (A)<br>$551,870.74 (P)<br>$113,574.93 (U)<br>$668,812.50 (T) | | $1,175.00 (S)<br>- (A)<br>$54,284.96 (P)<br>$571,514.81 (U)<br>$626,974.77 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.