# EXHIBIT I

Exhibit I

Insufficient Documentation Claims

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BELMER, AARON<br>3101 WISMER AVE<br>ST. LOUIS, MO 63114 | 2499 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. Claimant has failed to provide requested information. |
| GRAY, JAMES K.<br>2424 ENCHANTED FOREST LN<br>VIRGINIA BEACH, VA 23453 | 1712 | 10/22/07 | Unspecified | - (S)<br>- (A)<br>$1,660.00 (P)<br>- (U)<br>$1,660.00 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. Claimant has failed to provide requested information. |
| WORRALL, TRACY SEAN<br>16 VICTORIA CT<br>REISTERSTOWN, MD 21136 | 126 | 8/28/07 | Unspecified | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. Claimant has failed to provide requested information. |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$14,110.00 (P)<br>- (U)<br>$14,110.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

† The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.