IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
        Debtors.                                                 :
                                                                 :  Ref. Docket No. 3466
---------------------------------------------------------------- x

## ORDER SUSTAINING MOTION OF GIL QUENTIN ALVAREZ
## FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon consideration of the motion (the "Motion") of Gil Quentin Alvarez for leave to file a late proof of claim in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"); and the Debtors having filed a reservation of rights as to the Motion [Docket No. 5610] to which Mr. Alvarez opposes but agrees with Debtors having consented to the relief requested; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Motion is sufficient, and that no other or further notice need be provided; and it appearing based on the Motion and the exhibits attached thereto that the relief is warranted; and in consideration that no objections to the Motion were filed; and sufficient cause appearing thereof; it is hereby:

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that Mr. Alvarez's proof of claim shall be, and hereby is, deemed timely filed; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:7377458.1                                                                                    066585.1001

2

ORDERED that the Debtors and Mr. Alvarez will work together in good faith to resolve Mr. Alvarez's claim in a manner that is satisfactory to both parties; and it is further

ORDERED that no documents relevant to Mr. Alvarez's claim will be destroyed or altered by the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
October 10, 2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE