IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                   :
                                                  :    Jointly Administered
        Debtors.                                  :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 15, 2008, I caused to be served:

    a)  A creditor specific Customized Exhibit to Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

    b)  Notice of Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated August 15, 2008, to which is attached, "Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated August 15, 2008, [Docket No. 5446], (the "Fourteenth Omni")

by causing true and correct copies, enclosed in postage prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B"

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
20TH day of August, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\14th Omnibus Objection _aff 8-13-08.doc

# Exhibit "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: September 8, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: September 15, 2008 at 10:00 a.m. (ET) |
| | ) |

AHM OB14 8/15/2008 (merge2.txnum2) 4000082437 EPIQ Use - 1

AAR APPRAISALS
PO BOX 567
ATTN ROBERT L KINNIEBREW
WILLINGBORO, NJ 08046

## NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: AAR APPRAISALS | Basis For Objection: | Duplicative | |
|---|---|---|---|
| PO BOX 567 | | **Claim Number** | **Claim Amount** |
| ATTN ROBERT L KINNIEBREW | **Claim to be Expunged** | 6604 | $300.00 |
| WILLINGBORO, NJ 08046 | **Surviving Claim** | 6722 | $300.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as duplicative or amended. The Objection seeks to alter your rights by disallowing your above-listed claim in the "Claim to be Expunged" row, but does not seek to alter your claim listed in the "Surviving Claim" row.

Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

Exhibit "B"

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

AAR APPRAISALS
PO BOX 567
ATTN ROBERT L KINNIEBREW
WILLINGBORO, NJ 08046

ALLY, MOHAMED SAYYID
4527 INGHAM RD
OWINGS MILLS, MD 21117

AQUINO, RODOLFO V., III
1543 KEM WAY
WALNUT, CA 91789

BANNER WILLIAMS APPRAISERS INC
CRYSTAL PEEPLES
6443 OLD BRANCH AVE
CAMP SPRINGS, MD 20748

BIRDS AND EXOTICS ANIMAL CARE
ATTN KERRY BATEMAN
OFFICE MANAGER
814 JOHNNIE DODDS BLVD
MOUNT PLEASANT, SC 29464

BLACKS, ISSAC
80 CENTERWOOD ST.
W. BABYLON, NY 11704

BOSTON PROPETIES LIMITED PARTNERSHIP
C/O J. DAVID FOLDS
DLA PIPER US LLP
500 8TH ST. NW
WASHINGTON, DC 20004

BRADSHAW, STACY A
16616 199TH PL NE
WOODINVILLE, WA 98072

BURDMAN, CHARLES E.
18 ROBIN TERRACE
MASSAPEQUA PARK, NY 11762

CARTRIDGE WORLD
ATTN KRISTY BOWMAN, OWNER
3055 N RESERVE ST
STE B
MISSOULA, MT 59808

CHALSON, STEVEN
11 CHESTNUT AVE
PATCHOGUE, NY 11772

CHUDGAN, BHARTI
96 CARAMEL RD
COMMACK, NY 11725

COMMERCIAL AGENCY, THE
ATTN LEE KENNEDY, COLLECTION MANAGER
C/O LIONINC.COM
PO BOX 23909
PORTLAND, OR 97219

CONCEPT APPRAISAL SERVICES
6486 WARRIORS RUN
LITTLETON, CO 801259254

CONCEPT APPRAISAL SERVICES
CONNIE ESBENSON
6486 WARRIORS RUN
LITTLETON, CO 801259254

CONCEPT APPRAISAL SERVICES
CONNIE ESBENSON
PO BOX 306
FORT LUPTON, CO 80621

CORREA, PATRICIA E.
501 W MAIN ST APT 1-G
STAMFORD, CT 06902

CREDIT SUISSE FIRST BOST MORTGAGE
CAPITAL, LLC - ATTN CHRISTOPHER MARCUS
WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE, BRUCE KAISERMAN
11 MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC - ATTN CHRISTOPHER MARCUS
WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by August 15, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

CREDIT SUISSE FIRST BOSTON MORTGAGE
CHRISTOPHER MARCUS
WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

CREDIT SUISSE FIRST BOSTON MORTGAGE FAPITAL LLC - ATTN CHRISTOPHER MARCUS
WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

DANZILO, ANTHONY
2474 FREEPORT ST
WANTAGH, NY 11793

DAWSON, CARLTON R.
5989 EMMA CANNON ROAD
AYDEN, NC 28513

DIGAUDRO, MICHAEL
934 SOUTH 6TH ST
LINDENHURST, NY 11757

DILL, WILLMARY
921 WAKE TOWNE DR
RALEIGH, NC 27609

DILL, WILLMARY
921 WAKE TOWNE DR # 323
RALEIGH, NC 27609

DIONISIO, JOSEPH
79 OCEAN AVE
MASSAPEQUA PARK, NY 11762

DOUG GOURLEY CATERING
10516 MICKLAY
BOISE, ID 83704

DOUG GOURLEY CATERING
ATTN DOUGLAS GOURLEY, OWNER
10516 MICKLAY
BOISE, ID 83704

DUNSON, LATANYA
144-02 LINDEN BLVD
JAMAICA-QUEENS, NY 11436

DWAYNE LEMMON APPRAISAL SERVICE
ATTN DWAYNE LEMMON, APPRAISER
390 FM 1635
ATLANTA, TX 75551

DWAYNE LEMMON APPRAISAL SVC
390 F M 1635
ATLANTA, TX 75551

EQUIFAX
ATTN: ALTHEA BARNES, ACCTS RECEIVABLE
1100 ABERNATHY ROAD SUITE 300
MAIL DROP 52D
ATLANTA, GA 30328

FELCKOWSKI, LAWRENCE
22 MARLENE DRIVE
CHEEKTOWAGA, NY 14225

FIDDLER, THOMAS
13 AVERILL COURT
NORTH BARRINGTON, IL 60010

FIELDS, COTY
975 ABERDEEN AVE NE # A-101
RENTON, WA 98056

FISHER, KAREN A.
5295 S HARLAN WAY
LITTLETON, CO 80123

FROMMER, ERIC
8407 18TH AVE W 1-106
EVERETT, WA 98204

GETTINGS, THERESA
254 SHORELINE LOOP
MOORESVILLE, NC 28117

GIANNONE, LISA
PO BOX 75
HICKSVILLE, NY 11802

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by August 15, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

GOLDSTEIN, ADAM
42 SENECA DR
COMMACK, NY 11725

GRANITE TELECOMMUNICATIONS
ATTN THEODORE F. RODRIGUEZ, GENERAL COUNSEL
100 NEWPORT AVENUE EXT.
QUINCY, MA 02171

HAMILTON APPRAISAL SERV., INC
ATTN REBECCA A. DAVRY, OFFICE MGR.
802 GRAHAM RD.
CUYAHOGA FALLS, OH 44221

HARMONY HOMES R.E.
ATTN: DON NUSSER
1125 NANTUCKET PLACE
MODESTO, CA 95355

HAYES, SUSAN L.
15561 HAMMETT CT
MORENO VALLEY, CA 92555

HEITMAN GROUP, INC., THE
ATTN SHARON HEITMAN, PRESIDENT
2233 WILLAMETTE ST BLDG C
EUGENE, OR 97405

HEMME, CHRISTINE M
2415 GLORY DR
WATERFORD, PA 16441

HENRY, KYLE
147 W 15TH ST
DEER PARK, NY 11729

HERNANDEZ, ELENA
21 N 64TH DRIVE
PHOENIX, AZ 85043

HILLIARD, KATHRYN
PO BOX 560
FRANKLIN SQUARE, NY 11010

INTER-TEL TECHNOLOGIES, INC
C/O LEGAL DEPARTMENT - DIANE CLINE
7300 W BOSTON ST
CHANDLER, AZ 85226

JEROME, CAROLINE
241 NORWOOD AVE
NORTHPORT, NY 11768

KENNAY, GEORGANN
1326 JANET STREET
SYCAMORE, IL 60178

KINNIEBREW, ROBERT L.
PO BOX 567
WILLINGBORO, NJ 08046

KRISTIN JACOBSON APPRAISAL COMPANY
ATTN KRISTIN JACOBSON, OWNER
15 W SECOND ST
MORGAN HILL, CA 95037

LAWRENCE APPRAISAL GROUP
308 KAMEHAMEHA AVE, STE PH-3
HILO, HI 96720

LAWRENCE APPRAISAL GROUP HAWAII, INC.
308 KAMEHAMEHA AVE, STE PH-3
HILO, HI 96720

LILLEY, MAXIE
2070 FM 357
CORRIGAN, TX 75939

MAMMOLA, LAURA
158 HORIZON VIEW DR
FARMINGVILLE, NY 11738

MATTHEOS, ARIANNY
31 HEYWARD ST
BRENTWOOD, NY 11717

MCCANN, JONATHAN M.
6541 SAUNDERS ST #5D
REGO PARK, NY 11374

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by August 15, 2008 and sent to the following:

METCALF, ANNETTE
12003 W 84TH PL
ARVADA, CO 80005

MOINI, DENISE
12388 SW 52ND ST
COOPER CITY, FL 33330

MONTOYA, SUSANA
4850-10 DORSEY HALL DR
ELLICOTT CITY, MD 21042

MORACE, MARK A.
ALAN H SCHORR & ASSOCIATES PC
5 SPLIT ROCK DRIVE
CHERRY HILL, NJ 08003

MORRIS, CINDY L.
9000 CHRISTOPHER WREN DR
APT 116
WEXFORD, PA 15090

MUSCAT, CHARLENE D.
216 SHORESIDE DR
LEXINGTON, KY 40515

NAKAMURA, MICHAEL
5346 GRASSWOOD CIR
CONCORD, CA 94521

NAPOLI, CARMINE F
104 ADIRONDACK DR
SELDEN, NY 11784

NEAL, LINDSAY
3506 MAIN ST 2ND FL
MUNHALL, PA 15120

NIEHOFF, MARGUERITE T.
2 ELK RUN DR.
ST. PETERS, MO 63376

NUZZO, SHAWN P.
27A ERLAND ROAD
STONY BROOK, NY 11790

NWOSY, CHARLES
493 43RD STREET
LINDENHURST, NY 11757

OFFICE MAX
263 SHUMAN BLVD
NAPERVILLE, IL 60563

OFFICEMAX
ATTN ANNE FULLER
CREDIT SUPERVISOR
263 SHUMAN BLVD
NAPERVILLE, IL 60563-1255

ORELLANA, KIRK R.
6112 OVERBROOK LN
JOLIET, IL 60431

PASINI, RICHARD J.
PO BOX 82
HICKSVILLE, NY 11802-0082

PEPCO HLDINGS, INC
ATTN BANKRUPTCY DIV / MAIL STOP 84CP42
5 COLLINS DRIVE, SUITE 2133
CARNEYS POINT, NJ 08069

PETAK, JERRY L.
114 W COLE ST
MOUNT CARROLL, IL 61053

PETERSON, JILL A
8748 MCKENDREE RD
WESLEY CHAPEL, FL 33544

PROFESSIONAL RECOVERY GROUP, INC.
PO BOX 866
GOSHEN, NY 10924

REGIONAL R.E. APPRAISAL SERVICE LTD.
ATTN JOHN P. CALLANAN, PRES.
117 ROUTE 9W, STE 201
HAVERSTRAW, NY 10927

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

REVAK, KELLEY
805 WOODWARD ST
MCKEESPORT, PA 15132

ROBERTS, SUSAN D.
4334 DOWNS SQ
BELCAMP, MD 21017

RODRIGUEZ, RONALD E.
14848 DICKY ST
WHITTIER, CA 90604

ROESCH, JUDITH G.
4831 CONDOR ST
METAIRIE, LA 70001

ROSENZWEIG, CAROL
31 WILSON AVE
AMITYVILLE, NY 11701

ROSS, TONYA L.
1428 FRIENDLY AVE
PORTAGE, MI 49002

ROTHBERG LOGAN & WARSCO LLP
ATTN SUSAN E. TRENT, ATTORNEY
PO BOX 11647
FORT WAYNE, IN 46859-1647

ROTHBERG LOGAN & WARSCO LLP
ATTN: SUSAN E. TRENT
P.O. BOX 11647
FORT WAYNE, IN 46859-1647

RUSZKAY, CHRISTINE
1326 MARY JANE LANE
WEST CHESTER, PA 19380

SALERNO, GARY C.
105 CAYUGA PL
JERICHO, NY 11753

SALT LAKE COUNTY TREASURER
ATTN RAY LANCASTER
2001 SOUTH STATE STREET, # N1200
SALT LAKE CITY, UT 84190

SAUER, CHRISTINE
4176-B SOUTH MOBILE CIRCLE
AURORA, CO 80013

SBC YELLOW PAGES
ATTN MICHAEL PERRY, BANKRUPTCY
100 E. BIG BEAVER
TROY, MI 48083

SCHAEFFER, JAIME
307 JEFFERSON AVE
LINDEN, NJ 07036

SCOTT, BRIAN J. & LORI-ANN L.
6310 S PITTSBURG ST
SPOKANE, WA 99223

SECURITAS SECURITY SERVICES USA
ATTN BRIAN DE GUTIS, CREDIT MANAGER
2 CAMPUS DR
PARSIPPANY, NJ 07950

SIMON, LENNOX J.
11702 TRILLUM ST
MITCHELLVILLE, MD 20721

SINGH, BONITA N.
28 GABLES DR
HICKSVILLE, NY 11801

SKYPARK RPR ASSOCIATES II
2780 SKYPARK DRIVE
SUITE 202
TORRANCE, CA 90505

SMITH, FELICIA
609 HAMMOND ST
ROCKY MOUNT, NC 27804

SOMMER, NANCY K.
10235 N 31ST ST # 14
PHOENIX, AZ 85028

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SOUTHARD, JEANNA D.
4551 AMY SAYE WALK
ACWORTH, GA 30101

STAGNER, JESSICA
12818 PORTULACA
DRIVE UNIT F
SAINT LOUIS, MO 63146

STEWART, ALTHEA
64 IROQUOIS AVE
SELDE

SULLYFIELD MTC LLC, W&F MTC LLC & MTC TIC LLC - SUCCESSOR TO WRIT L.P.
JEFFREY S. ROMANICK - GROSS & ROMANICK
3975 UNIVERSITY DRIVE, SUITE 410
FAIRFAX, VA 22030

SUN LIFE ASSURANCE COMPANY OF CANADA
C/O COLLIERS PINKARD
C/O MICHAEL G MENKOWITZ, ESQUIRE
2000 MARKET STEET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

TOWN & COUNTRY REAL ESTATE & APPRAISAL, INC.
5404 YADKIN RD.
FAYETTEVILLE, NC 28303

TRUJILLO, ELIZABETH
951 ROSE AVE
DES PLAINES, IL 60016

TULIAU, MALVINA
7636 BOTANY BAY DR
LAS VEGAS, NV 89128

TYMA, LORRAINE
3 SUMMIT DRIVE
HOOKSETT, NH 03106

UNITED PARCEL SERVICE
C/O RMS BANKRUPTCY RECOVERY SERVICES
MARYBETH M. NEWELL
PO BOX 4396
TIMONIUM, MD 21094

VANDERBILT APPRAISAL
ATTN ANDREW FAUTLEY
PRINCIPAL/MANAGING PARTNER
770 LEXINGTON
NEW YORK, NY 10005

VANDERBILT APPRAISAL
BROWN HARRIS STEVENS
770 LEXINGTON AVENUE
ATTN BABETTE KROLIK
NEW YORK, NY 10021

VENNERS, MINDY
108 E ORCHARD HILLS DR.
ROCHELLE, IL 61068

VERIZON
ATTN SREYLAK BIN-HEMINGWAY
6415 BUSINESS CENTER DR
HIGHLANDS RANCH, CO 80126

VERIZON, INC
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

WA, IVAN CHAN
PO BOX 23017
HONOLULU, HI 86923

WANG, ELI J
7702 ARDMORE DRIVE
O FALLON, MO 63368

WEINHEIMER, TRACEY K.
2291 AIRPORT RD
GREENFIELD, IA 50849

WEST MICHIGAN APPRAISAL SERVICE, INC.
ATTN MELANIE J PERRY, PRESIDENT
821 W SOUTH ST
KALAMAZOO, MI 49007

WHEELER, SUSAN D.
3918 CROOKED OAK ST
NORTH LAS VEGAS, NV 89032

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

**NOTICE OF DEBTORS' FOURTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Notices mailed by August 15, 2008 and sent to the following:

WILSON, MIKKI
1821 N CAVALIER RD
LIBERTY LAKE, WA 99016

WISE, BARBARA
8732 MARY LN
JESSUP, MD 20794

WURTH, CORTNEY
PO BOX 202
BAINBRIDGE, PA 17502

YORK REAL ESTATE SERVICES
6931 WOODRIDGE DRIVE
AVON, IN 46123-8325

YORK, PHILLIP G.
6931 WOODRIDGE DRIVE
AVON, IN 46123

ZEZZE, CARMELA
P.O. BOX 158 67 KRIKOR DR
NORTH FALMOUTH, MA 02556

Total Parties: 132