IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>　　　　　　　　　　Debtors. | : Chapter 11<br>: No. 07-11047 (CSS)<br>: Jointly Administered<br>: **Hearing Date: 11/12/08 @ 10:00**<br>:　**a.m.**<br>: **Objection Deadline:11/5/08**<br>: |

## NOTICE OF MOTION

TO:   ALL PERSONS ON THE ATTACHED LIST

　　American Lien Fund, L.P., by and through its undersigned counsel, has filed a Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay.

　　HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 12, 2008 AT 10:00 A.M.

　　You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five business days before the hearing date.

　　At the same time, you must also serve a copy of the response upon movant's attorney:

John C. Phillips, Jr. Esquire
David A. Bilson, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
302.655.4200
302.655-4210 (fax)

　　The hearing date specified above may be a preliminary hearing, or may be consolidated with the final hearing, as determined by the Court.

　　The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to the relevant facts such as value of the property, and the extent and validity of any security instrument.

PHILLIPS, GOLDMAN & SPENCE, P.A.


/s/John C. Phillips, Jr.
---
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Counsel to American Lien Fund, L.P.

Date:      October 13, 2008