# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:   AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : Chapter 11 |
|  | : |
|  | : No. 07-11047 (CSS) |
|  | : |
|  | : Jointly Administered |
| Debtors. | : |

## AFFIDAVIT OF CHAD COOPER

Personally appeared before me, an officer duly authorized by law to administer oaths, Chad Cooper, who, after first being duly sworn, did depose and state as follows:

1.    My name is Chad Cooper and I am employed with Vesta Holdings.  My current title with Vesta Holdings is *Vice President*.  I am competent in all respects to give this Affidavit and I give this Affidavit based upon my personal knowledge and based upon the business records of Vesta Holdings maintained by me.

2.    Prior to September of 2007, Vesta Holdings was the holder of certain writs of fieri facias for delinquent City of Atlanta, Georgia and Fulton County, Georgia property taxes for tax year 2002 (the "Fi. Fas.") due and owing against that certain real property known as 138 Little Street, S.W., such property having been assigned Tax Parcel ID No. 14-0054-0005-112-4 by the office of the Tax Assessor of Fulton County, Georgia (the "Property").

3.    During 2007 and pursuant to O.C.G.A. § 48-4-40, *et seq.*, Vesta Holdings placed the Fi. Fas. in the hands of the Sheriff of Fulton County for collection by levy and sale of the Property.

4.    The Property was sold at a tax sale by the Sheriff of Fulton County on September 4, 2007 (the "Tax Sale").

5.    On April 4, 2007, Pendergast & Jones, P.C. accessed Vesta Holding's online payoff website in order to obtain a payoff for the Fi. Fas.  The payoff amount obtained by Pendergast & Jones, P.C. was $2,098.58, and that payoff amount was good through May 5, 2007.  Had the amount of $2,098.58 been paid to Vesta Holdings on or before May 5, 2007, the Fi. Fas. would have been satisfied and the Property would not have been sold at the Tax Sale.

FURTHER AFFIANT SAYETH NOT

_____
CHAD COOPER

Sworn to and subscribed before me
this 25th day of September, 2008.

_____
Notary Public

[Notarial Seal]

Notary Public, Fulton County, Georgia
My Commission Expires November 18, 2008

2