# EXHIBIT 2

# Fulton County Sheriff's Office

MYRON E. FREEMAN, SHERIFF





SHERIFF'S ENTRY OF SERVICE

DATE: JUNE 25, 2007

File Number: 0907-21490
Parcel ID:  14-0054-0005-112-4

GEORGIA, FULTON COUNTY
The State of Georgia, Fulton
County and/or the City of Atlanta

Plaintiff

Name and Address of Party to be served

138 LITTLE ST

Vs.
14-0054-0005-112-4

138 LITTLE ST

Defendant

## SHERIFF'S ENTRY OF SERVICE

I have this day served the above styled Notice of Execution of Tax Levy on the defendant(s) by posting a copy of the same to the door of the premises designated therein and by depositing a true copy of same in the United States Mail; First Class in an envelope addressed to said property.

**Affiant further states that this writ was served as indicated below.**

_____PERSONAL- I have this date served_____
personally with a copy of the within action and summons.

___✓___TACKED NOTICE TO PROPERTY OR PLACE OF ABODE
VANCANT HOME OR PROPERTY _____

_____Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This __27__ day of __June__ , 20_07_.

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

_____ Notary Public, Fulton County, Georgia
NOTARY PUBLIC                  My Commission Expires Feb. 18, 2008
(Notary Seal)