# EXHIBIT 3

# Fulton County Sheriff's Office
# Myron E. Freeman, Sheriff



**DELINQUENT TAXES**
Sheriff's Notice to Owner of Warranty Deed,
Security Deed or Mortgage
20 Day Notice

July 20, 2007
Parcel ID#: 14-0054-0005-112-4
Sheriff's Sale No. 0907-21490

To: RESIDENT/TENANT/OCCUPANT (Defendant in Fi Fa and / or Record Owner) AND Any Resident, Tenant, or Occupant of the herein described property:

Notice is hereby given to **AHM MORTGAGE** as the owner or interested party of a certain Warranty Deed Security Deed or other document, recorded in the office of the Clerk of Superior Court in Deed Book 43862, Page **666**, of the County of Fulton, State of Georgia, that there are now due and unpaid taxes for the year(s) **2002** amounting to $1,284.67 with accrued cost of $1,097.77 for which a tax execution has been issued and levy has been made upon the following described land **138 LITTLE ST** owned by **LLOYD NELSON** and embraced within Fulton County and that the property will be advertised for sale unless the taxes are paid within 20 days from the delivery of this notice as provided by law.

PROPERTY DESCRIBED TO WRIT:
All that parcel of land being in Fulton County described as follows: Dist. **14**, Land Lot **54**, Plat and Deed are a part hereof excluding rights-of-way and easements. Improved property known as **138 LITTLE ST** and Tax Parcel I.D. **14-0054-0005-112-4** per records of the Tax Commissioner and Tax Assessor, levied on 6/25/07. The amount now due is $2,505.47 as of 7/20/07 and is good through 8/5/07, the amount will vary depending on the cost of advertisement to satisfy certain City, State, and County Fieri Facias for tax, interest and legal costs for year(s) **2002**. Writs of Fieri Facias (FiFa) have been issued by the Fulton County Tax Commissioner against the aforementioned described property for state, county, city and school taxes as applicable for the year(s) **2002**. These FiFas in the amount of $1,284.67 have been transferred to **VESTA HOLDINGS** as NOMINEE for **HEARTWOOD 16, INC.** Additional information can be obtained by calling the Fulton County Sheriff's Office at (404) 730-5119 or (404) 893-0611.

The said property will be advertised for sale unless the taxes are paid within 20 days from the delivery of this notice as provided by law. The aforementioned property on this date 6/25/07 is now levied and served. The sale of the property shall be executed by the Sheriff of Fulton County on the **first Tuesday in September, 9/4/07**, between the hours of 10:00 A.M. and 4:00 P.M. at public outcry, unless all amounts due with these FiFas are paid beforehand by **cashiers check, payable to the Fulton County Sheriff's Office, at 185 Central Avenue Suite T.G. 500, Atlanta, Georgia 30303.**

The above referenced sale will proceed unless a timely order from a court of competent jurisdiction is obtained stopping or enjoining the Sheriff from conducting the sale. You are hereby advised to consult with your personal attorney regarding any and all options you may have with regards to this notice.

MYRON E.FREEMAN, Sheriff
Fulton County

# Fulton County Sheriff's Office
# Myron E. Freeman, Sheriff



**DELINQUENT TAXES**
**Sheriff's Notice to Owner of Warranty Deed,**
**Security Deed or Mortgage**
20 Day Notice

July 20, 2007
Parcel ID#: 14-0054-0005-112-4
Sheriff's Sale No. 0907-21490

To: RESIDENT/TENANT/OCCUPANT (Defendant in Fi Fa and / or Record Owner) AND Any Resident, Tenant, or Occupant of the herein described property:

Notice is hereby given to **MERS** as the owner or interested party of a certain Warranty Deed Security Deed or other document, recorded in the office of the Clerk of Superior Court in Deed Book **43862, Page 666**, of the County of Fulton, State of Georgia, that there are now due and unpaid taxes for the year(s) **2002** amounting to **$1,284.67** with accrued cost of **$1,097.77** for which a tax execution has been issued and levy has been made upon the following described land **138 LITTLE ST** owned by **LLOYD NELSON** and embraced within Fulton County and that the property will be advertised for sale unless the taxes are paid within 20 days from the delivery of this notice as provided by law.

PROPERTY DESCRIBED TO WRIT:
All that parcel of land being in Fulton County described as follows: Dist. 14, Land Lot 54, Plat and Deed are a part hereof excluding rights-of-way and easements. Improved property known as **138 LITTLE ST** and Tax Parcel I.D. **14-0054-0005-112-4** per records of the Tax Commissioner and Tax Assessor, levied on 6/25/07. The amount now due is $2,505.47 as of 7/20/07 and is good through 8/5/07, the amount will vary depending on the cost of advertisement to satisfy certain City, State, and County Fieri Facias for tax, interest and legal costs for year(s) 2002. Writs of Fieri Facias (FiFa) have been issued by the Fulton County Tax Commissioner against the aforementioned described property for state, county, city and school taxes as applicable for the year(s) 2002. These FiFas in the amount of **$1,284.67** have been transferred to **VESTA HOLDINGS** as **NOMINEE** for **HEARTWOOD 16, INC.** Additional information can be obtained by calling the Fulton County Sheriff's Office at (404) 730-5119 or (404) 893-0611.

The said property will be advertised for sale unless the taxes are paid within 20 days from the delivery of this notice as provided by law. The aforementioned property on this date 6/25/07 is now levied and served. The sale of the property shall be executed by the Sheriff of Fulton County on the **first Tuesday in September, 9/4/07**, between the hours of 10:00 A.M. and 4:00 P.M. at public outcry, unless all amounts due with these FiFas are paid beforehand by **cashiers check, payable to the Fulton County Sheriff's Office, at 185 Central Avenue Suite T.G. 500, Atlanta, Georgia 30303.**

**The above referenced sale will proceed unless a timely order from a court of competent jurisdiction is obtained stopping or enjoining the Sheriff from conducting the sale. You are hereby advised to consult with your personal attorney regarding any and all options you may have with regards to this notice.**

*Myron E Freeman*
_____

MYRON E. FREEMAN, Sheriff
Fulton County