# EXHIBIT 4

# Fulton County Sheriff's Office
## MYRON E. FREEMAN, SHERIFF



**DELINQUENT TAXES**
**Sheriff's Notice to Owner of Warranty Deed,**
**Security Deed or Mortgage**
**10-Day Notice**

August 24, 2007
Parcel ID#: 14-0054-0005-112-4
Sheriff's Sale No. 0907-21490

To: RESIDENT / TENANT / OCCUPANT (Defendant in Fi Fa and / or Record Owner) AND Any Resident, Tenant, or Occupant of the herein described property:

Per Georgia Law (**OCGA 48-4-1**), this office hereby gives final notice to **AHM MORTGAGE** as owner or interested party of a certain Warranty Deed, Security Deed or other document, recorded in the office of the Clerk of Superior Court in Deed Book 43862, Page 666, of the County of Fulton, State of Georgia. Writs of Fieri Facias (FI FA) have been issued by the Fulton County Tax Commissioner's Office against the herein described property for state, county, city and school taxes for the year(s) 2002. The Total Due for these FI FA as of 8/24/07 is $2,700.94 and is good through 9/4/07. The listed owner is **LLOYD NELSON**.

PROPERTY DESCRIBED TO WRIT:

All that parcel of land being in Fulton County described as follows: Dist. 14, Land Lot 54, Book 43862, Page 666, Plat and Deed are a part hereof excluding rights-of-way and easements. The Improved property is known as **138 LITTLE ST SE** and Tax Parcel I.D. 14-0054-0005-112-4 per records of the Tax Commissioner and Tax Assessor. Levied on 6/25/07 for the amount of $2,430.00 to satisfy certain City, State, and County Fieri Facias for tax, interest and legal costs for year(s) 2002. Additional information can be obtained by calling the Fulton County Sheriff's Office at (404) 730-5119 or (404) 893-0611.

These FI FA must be satisfied by 9:00 A.M. on the first Tuesday in September, 9/4/07 by a cashiers check, payable to the Fulton County Sheriff's Office at 185 Central Avenue, Atlanta, Georgia 30303, Suite T.G.-500, or the property described within will be sold at public outcry to the highest bidder for cash, before the Superior Courthouse steps in Fulton County, Georgia, between the hours of 10:00 A.M. and 4:00 P.M.

The above referenced sale will proceed unless a timely order from a court of competent jurisdiction is obtained stopping or enjoining the Sheriff from conducting the sale. You are hereby advised to consult with your personal attorney regarding any and all options you may have with regards to this notice.

MYRON E. FREEMAN, SHERIFF
FULTON COUNTY

# Fulton County Sheriff's Office
## MYRON E. FREEMAN, SHERIFF



### DELINQUENT TAXES
### Sheriff's Notice to Owner of Warranty Deed,
### Security Deed or Mortgage
### 10-Day Notice

August 24, 2007
Parcel ID#: 14-0054-0005-112-4
Sheriff's Sale No.  0907-21490

To:  RESIDENT / TENANT / OCCUPANT (Defendant in Fi Fa and / or Record Owner) AND Any Resident, Tenant, or Occupant of the herein described property:

Per Georgia Law (**OCGA 48-4-1**), this office hereby gives final notice to **MERS**  as owner or interested party of a certain Warranty Deed, Security Deed or other document, recorded in the office of the Clerk of Superior Court in Deed Book 43862, Page 666, of the County of Fulton, State of Georgia. Writs of Fieri Facias (FI FA) have been issued by the Fulton County Tax Commissioner's Office against the herein described property for state, county, city and school taxes for the year(s) **2002**. The Total Due for these FI FA as of 8/24/07 is **$2,700.94** and is good through **9/4/07**. The listed owner is **LLOYD NELSON**.

PROPERTY DESCRIBED TO WRIT:

All that parcel of land being in Fulton County described as follows: Dist. 14, Land Lot 54, Book 43862, Page 666, Plat and Deed are a part hereof excluding rights-of-way and easements. The Improved property is known as **138 LITTLE ST SE** and Tax Parcel I.D. **14-0054-0005-112-4** per records of the Tax Commissioner and Tax Assessor. Levied on 6/25/07 for the amount of **$2,430.00** to satisfy certain City, State, and County Fieri Facias for tax, interest and legal costs for year(s) **2002**. Additional information can be obtained by calling the Fulton County Sheriff's Office at (404) 730-5119 or (404) 893-0611.

These FI FA must be satisfied by 9:00 A.M. on the first Tuesday in September, 9/4/07 by a cashiers check, payable to the Fulton County Sheriff's Office at 185 Central Avenue, Atlanta, Georgia 30303, Suite T.G.-500, or the property described within will be sold at public outcry to the highest bidder for cash, before the Superior Courthouse steps in Fulton County, Georgia, between the hours of 10:00 A.M. and 4:00 P.M.

The above referenced sale will proceed unless a timely order from a court of competent jurisdiction is obtained stopping or enjoining the Sheriff from conducting the sale. You are hereby advised to consult with your personal attorney regarding any and all options you may have with regards to this notice.

MYRON E. FREEMAN, SHERIFF
FULTON COUNTY