# EXHIBIT 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., Debtors. | : Chapter 11<br>:<br>: No. 07-11047 (CSS)<br>:<br>: Jointly Administered<br>: |

## AFFIDAVIT OF ROGER FINNEGAN

Personally appeared before me, an officer duly authorized by law to administer oaths, Roger Finnegan, who, after first being duly sworn, did depose and state as follows:

1. My name is Roger Finnegan and I have been employed by and president of Georgia Lien Services, Inc. ("Georgia Lien") since 1996. I am authorized and competent in all respects to give this Affidavit and I give this Affidavit based upon my personal knowledge and based upon the records maintained by Georgia Lien in the ordinary course of its business.

2. Georgia Lien has acted as the servicing agent for American Lien Fund, L.P. ("American Lien") in the State of Georgia for over 3 years, and continues to act in that capacity today. Georgia Lien performs all due diligence, direct buying opportunities, and servicing in connection with real properties purchased by American Lien in the State of Georgia.

3.  On September 4, 2007, the Sheriff of Fulton County, Georgia put the property located at 138 Little Street, Atlanta, Fulton County, Georgia (the "Property") up for bid at a public tax sale. Georgia Lien successfully bid on American Lien's behalf at the tax sale and purchased the Property on American Lien's behalf with a winning bid of $141,000.

4.  The Sheriff issued a tax deed to the Property to American Lien, which Georgia Lien recorded on American Lien's behalf on October 12, 2007.

5.  Since the tax sale, Georgia Lien has made various payments on American Lien's behalf in order to carry and maintain the Property, including paying the city and county taxes for the 2008 tax year.

6.  Georgia Lien did not become aware that debtor American Home Mortgage Servicing, Inc. ("AHM") had filed a bankruptcy petition in the above-captioned matter until July 7, 2008, when American Lien's counsel received and transmitted to me a letter from AHM's counsel claiming, among other things, that the tax sale was invalid as a matter of law due to the automatic stay. I forwarded that letter to American Lien.

[CONTINUED ON NEXT PAGE]

FURTHER AFFIANT SAYETH NOT

*[signature]*
ROGER FINNEGAN

Sworn to and subscribed before me
this 10 day of OCTOBER, 2008.

*[signature]*
Notary Public

**KEITH F. MAYHEW**
Notary Public, State of Florida
Commission# DD525750
My comm. expires Mar. 06, 2010

3