# EXHIBIT 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., Debtors. | : Chapter 11<br>:<br>: No. 07-11047 (CSS)<br>:<br>: Jointly Administered<br>: |

## AFFIDAVIT OF ROBERT MAHAR

Personally appeared before me, an officer duly authorized by law to administer oaths, Robert Mahar, who, after first being duly sworn, did depose and state as follows:

1. My name is Robert Mahar and I am the managing director of American Lien Fund, L.P. ("American Lien"). I am authorized and competent in all respects to give this Affidavit and I give this Affidavit based upon my personal knowledge and based upon the records maintained by American Lien in the ordinary course of its business.

2. Georgia Lien Services, Inc. ("Georgia Lien") has acted as the servicing agent for American Lien in the State of Georgia for over 3 years, and continues to act in that capacity today. Georgia Lien performs all due diligence, direct buying opportunities, and servicing in connection with real properties purchased by American Lien in the State of Georgia. In that capacity, Georgia Lien purchased on behalf of American Lien the property located at 138

Little Street, Atlanta, Fulton County, Georgia (the "Property") at a September 4, 2007 public tax sale held by the Sheriff of Fulton County, Georgia.

3. On or about May 2, 2008, debtor American Home Mortgage Servicing, Inc. ("AHM") filed a lawsuit against American Lien in the Superior Court of Fulton County, Georgia in a case styled as <u>American Home Mortgage Servicing, Inc. v. American Lien Fund, LP</u>, Civil Action File No. 2008 CV 150122 (the "State Court Action"). In that lawsuit, AHM claims that it is the rightful owner of the Property.

4. On or about July 7, 2008, American Lien received from Georgia Lien a copy of a July 2, 2008 letter (the "Letter") to American Lien's counsel in the State Court Action from AHM's counsel in the State Court Action. In the Letter, AHM counsel's claimed, among other things, that AHM was in bankruptcy when American Lien purchased the Property and that the September 4, 2007 tax sale was invalid as a matter of law due to the automatic stay.

5. American Lien was not aware of AHM's pending bankruptcy at any time prior to its receipt of the Letter on or about July 7, 2008.

[CONTINUED ON NEXT PAGE]

FURTHER AFFIANT SAYETH NOT

_____
ROBERT MAHAR

Sworn to and subscribed before me
this **10** day of **OCTOBER**, 2008.

_____
Notary Public

KEITH F. MAYHEW
Notary Public, State of Florida
Commission# DD525750
My comm. expires Mar. 06, 2010

3