# EXHIBIT 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., <br><br> Debtors. | : Chapter 11 <br> : <br> : No. 07-11047 (CSS) <br> : <br> : Jointly Administered <br> : |

### AFFIDAVIT OF BRADLEY A. HUTCHINS

Personally appeared before me, an officer duly authorized by law to administer oaths, Bradley A. Hutchins, who, after first being duly sworn, did depose and state as follows:

1. My name is Bradley A. Hutchins. I am a member of the law firm of Proctor Hutchins. I am admitted to practice law in the State of Georgia, and am a member in good standing of the bar of the State of Georgia. I represent American Lien Fund, L.P. ("American Lien") in a lawsuit filed on or about May 2, 2008 by American Home Mortgage Servicing, Inc. ("AHM") against American Lien in the Superior Court of Fulton County, Georgia in a case styled as <u>American Home Mortgage Servicing, Inc. v. American Lien Fund, LP</u>, Civil Action File No. 2008 CV 150122 (the "State Court Action"). I am authorized and competent in all respects to give this Affidavit, and I give this Affidavit based upon my personal knowledge and

based upon the records maintained by Proctor Hutchins in the ordinary course of its business.

2. On July 7, 2008, I received a letter (the "Letter") dated July 2, 2008 from AHM's counsel in the State Court Action in which he claimed, among other things, that AHM was in bankruptcy when American Lien purchased the property located at 138 Little Street, Atlanta, Fulton County, Georgia at a September 4, 2007 public tax sale, and that the tax sale was invalid as a matter of law due to the automatic stay. I forwarded a copy of the Letter to Roger Finnegan, who is the president of Georgia Lien Services, Inc., which is the servicing agent for American Lien in connection with real properties purchased by American Lien in the State of Georgia.

3. I was not aware at any time prior to my receipt of the Letter on July 7, 2008 that AHM had filed a bankruptcy petition.

FURTHER AFFIANT SAYETH NOT

_____
BRADLEY A. HUTCHINS

Sworn to and subscribed before me
this 10th day of October, 2008.

_____
Notary Public

[Notarial Seal]

2