IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : Chapter 11 <br> : <br> : No. 07-11047 (CSS) <br> : <br> : Jointly Administered |
| Debtors. | : |

**ORDER**

On this _____ day of _____, 2008, the Court having considered the Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaims (the "Motion"), it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the automatic stay in this proceeding is hereby annulled to retroactively authorize the September 4, 2007 tax sale of the property located at 138 Little Street, Atlanta, Fulton County, Georgia (the "Property") to American Lien Fund, L.P.

It is further ORDERED that the automatic stay in this proceeding is hereby lifted to permit American Lien Fund, L.P. to take all measures in the case pending before the Superior Court of Fulton County, Georgia, <u>American Home Mortgage Servicing, Inc. v. American Lien Fund, LP</u>, Civil Action File No. 2008 CV 150122, as may be necessary for

American Lien to present, defend, prosecute, and protect its interests in the Property, including but not limited to prosecuting any counterclaims American Lien Fund, L.P. has or might have in that lawsuit.

_____<br>Bankruptcy Judge