**CERTIFICATE OF SERVICE**

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on October 13, 2008, I caused a copy of the foregoing *Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay* to be served upon those persons appearing on the attached 2002 service list, via U.S. First Class Mail, pre-paid.

Under penalty of perjury, I certify the foregoing to be true and correct.

*[signature]*
CELESTE A. HARTMAN

James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

William P. Bowden, Esquire
Don Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Charles J. Brown, III, Esquire
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE  19801

Michael Busenkell, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Victoria Counihan, Esquire
Sandra Selzer, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Donna Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Teresa K.D. Currier, Esquire
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Kimberly E. Lawson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Joseph O'Neil, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Russell C. Silberglied, Esquire
Christopher Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Christina Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE 19899

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis lLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Steven M. Yoder, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Eric M. Davis, Esquire
Jason M. Liberi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Alan Horn, Esquire
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Benjamin C. Ackerly, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Rick B. Antonoff, Esquire
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Lee S Attanasio, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Eric Lopez Schnabel, Esquire
Dorsey & Whitney (Delaware) LLP
1105 N. Market Street, 16th Floor
Wilmington, DE 19801

Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

David G. Aelvoet, Esquire
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

John Ashmead, Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins
  & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Brett Barragate, Esquire
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH  44114

Louis L. Benza, Esquire
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South – 6th Floor
Brooklyn, NY  11201

Brian W. Bisignani, Esquire
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Mark A. Broude, Esquire
John W. Weiss, Esquire
David Stewart, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

Paul S. Caruso, Esquire
Jessica Knowles, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Ling Chow
Andrew Pickering
Assured Guaranty
1325 Avenue of the Americas
New York, NY  10019

Matthew A. Clemente, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Ronald L. Cohen, Esquire
Arlene R. Alves, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Enid M. Colson, Esquire
Liner Yankelevitz Sunshine
   & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024

Douglas R. Davis, Esquire
Kelley Cornish, Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Leo T. Crowley, Esquire
Margot Erlich, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068-1791

Douglas Davis, Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

John Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

J. David Folds, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Samuel B. Garber, Esquire
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Ian Gershengorn, Esquire
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Arnold Gulkowitz, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Alyssa D. Englund, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Frederick D. Holden, Jr. Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive – MS 202
McLean, VA 22102

Lisa G. Laukitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Scott K. Levine, Esquire
Platzer Swergold Karlin Levine
  Goldberg & Jaslow
1065 Avenue of the Americas
New York, NY  10018

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates
  Ellis LLP
599 Lexington Avenue
New York, NY  10022

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY  10022

Kathleen O'Connell, Esquire
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA  30308

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY  10166-0136

James M. Liston, Esquire
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA  02110

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY  10022

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108

Larry J. Nyhan, Esquire
Matthew Clemente, Esquire
David Hall, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

John Philip, Esquire
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN  38117

Thomas J. Polis, Esquire
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Catherine Steege, Esquire
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

Erica Ryland, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Andrew Silverstein, Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Richard Stern, Esquire
Michael Luskin, Esquire
Luskin, Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY 10017

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

Brad R. Godshall, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Bruce Wilson, Esquire
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

Doria Bachenheimer, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Nancy Connery, Esquire
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY 10165

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax
  Collector
819 U.S. 301 Blvd. West.
P.O. Box 25300
Bradenton, FL 34206-5300

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena
  & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W – MC 3501
Seattle, WA 98101

Alison Conn, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Quinn, Emanuel, Urquhart, Oliver
  & Hedges, LLP
51 Madison Avenue
New York, NY 10010

Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA 95865

| | |
|---|---|
| Joseph F. Falcone, III<br>Director, Counsel<br>Natixis Real Estate Capital, Inc.<br>9 West 57th Street, 35th Floor<br>New York, NY 10019 | Joseph Cioffi, Esquire<br>Miles Baum, Esquire<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, NY 10019 |
| David W. Stack<br>Senior Vice President<br>ABN AMRO Bank N.V.<br>55 East 52nd Street, 2nd Floor<br>New York, NY 100055 | Richard L. Canel, Jr., Esquire<br>Spector Gadon & Rosen, P.C.<br>1635 Market Street, 7th Floor<br>Philadelphia, PA 19103 |
| Peter D. Bilowz, Esquire<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Madeleine C. Wanslee, Esquire<br>Gust Rosenfeld P.L.C.<br>201 E. Washington Street, Suite 800<br>Phoenix, AZ 85004-2327 |
| American Express Travel Related Svcs Co. Inc. Corp. Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| NNN F Four Resource Square, LLC<br>c/o John H. Capitano, Esquire<br>Kennedy Covington Lobdell & Hickman<br>214 N. Tryon Street, 47th Floor<br>Charlotte, NC 28202 | Arnold Gulkowitz, Esquire<br>Brian E. Goldberg, Esquire<br>Dickstein Shapiro LLP<br>1177 Avenue of the Americas<br>New York, NY 10022 |
| Nancy F. Loftus, Esquire<br>Assistant County Attorney<br>Office of the County Attorney<br>12000 Government Center Pkwy, #Suite 549<br>Fairfax, VA 22035 | Stefanie Birbrower Greer, Esquire<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| Thomas J. Leanse, Esquire<br>Dustin P. Branch, Esquire<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Hollie N. Hawn, Esquire<br>Broward County Attorney's Office<br>Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301 |

Donald D. Farlow, Esquire
Burns, Wall, Smith and Mueller, P.C.
303 E. 17th Avenue, #800
Denver, CO 80203-1260

Janice D. Newell, Esquire
Deputy Prosecuting Attorney
200 W. Front Street, 1st Floor
Boise, ID 83702

Margaret Lumsden, Esquire
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424

Katherine A. Constantine, Esquire
Charles F. Sawyer, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

S. James Wallace, Esquire
Griffith, McCague & Wallace, P.C.
707 Grant Street, 38th Floor
Pittsburgh, PA 15219

EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

Steven W. Kelly, Esquire
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Karen J. Stapleton, Esquire
Assistant County Attorney
County of Loudoun, Virginia
One Harrison Street, S.E., 5th Floor
P.O. Box 7000
Leesburg, VA 20177

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Geoffrey S. Aaronson, Esquire
Geoffrey S. Aaronson, P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131

R. Frederick Linfesty
Iron Mountain Information Management, Inc.
745 Atlantia Avenue
Boston, MA 02111

Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan Kletzkin
  & Ochsman, PLLC
1101 Seventeenth St., N.W., Suite 700
Washington, D.C. 20036-4704

Robert H. Rosenbaum, Esquire
M. Evam Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Patrick J. Reilley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Philip Carnes, President
Philip Carnes & Associates, Inc.
4939 Lower Roswell Road, Suite 103
Marietta, GA 30068

William Novotny, Esquire
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 N. Central Avneue, Suite 200
Phoenix, AZ 85012-2705

A. Michelle Hart, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Robert A. Trodella, Jr., Esquire
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Gary Ginsburg, Esquire
Gary Meltzer, Esquire
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
The Chancery
Mineola, NYU 11501

Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067

Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Shawn G. Rice, Esquire
Rice & Gotzmer s.c.
605 N. 8th Street, Suite 350
Sheboygan, WI 53081

Sean D. Malloy, Esquire
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Eric J. Gorman, Esquire
Felicia G. Perlman, Esquire
Justin L. Heather, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326

Lella Amiss E. Pape, Esquire
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA 22182

Jonathan R. Winnick, Esquire
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Jacob A. Brown, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202

Michael B. Reynolds
Joe Coleman
Eric Pezold
Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626

Flora Garcia, Deputy Treasurer
Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Michael S. Margoli, Esquire
Moss Codilis L.L.P.
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO 80111

Jonathan B. Alter, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Lee J. Mondshein, Esquire
7600 Jericho Turnpike
Woodbury, NY 11797

Lisa C. McLauglin, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Talley F. Parker, Jr.
Parker & Marks, P.C.
1333 Corporate Drive, Suite 209
Irving, Texas 75038

James L. Hardy
Galaxy Associates, LLC
1220 Ensenada Avenue
Laguna Beach, CA 92651

Zachary Mosner, Esq.
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126

Shawn B. Rediger, Esq.
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Rebecca L. Booth, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Craig J. Ziady, Esq.
Cummings Properties, LLC
200 West Cummings Park
Woburn, Massachusetts 01801

Christine A. Roberts, Esq.
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

James D. Heaney
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, New York 10017

Rosa Dominy, Bankruptcy Administration
Ikon Financial Solutions
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Richard F. Holley, Esq.
Ogonna M. Atamoh, Esq.
Santoro, Driggs, Walch, Kearney, Holley & Thompson
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Douglas Badaszewski
PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ 07960

Andrea L. Niedermeyer, Esq.
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Stuart Finestone, Esq.
Finestone & Morris, LLP
3340 Peachtree Road, NE
Suite 2540 Tower Place
Atlanta, Georgia 30326

Tina N. Moss, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022-4441

Martha E. Romero
Romero Law Firm
BMR Professional Building
Whittier, California 90601

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Thomas W. Corbett, Jr.
Carol E. Momjian
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, New York 11747

Stuart Berman, Esq.
Sean Handler, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

David E. McAllister, Esq.
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289

Steven R. Lefkofsky
Lefkofsky & Gorosh, PC
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169

Covington & Burling LLP
Susan Power Johnston
Amanda Weiss
The New York Times Building
620 Eighth Avenue
New York, New York 10018

Cooch and Taylor
Shelley A. Kinsella
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899

Wilmington Trust Company
Patrick Healy
1100 North Market Street
Rodney Square North
Wilmington, DE 19890-0001

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Prince Altee Thomas, Esq.
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

Sally E. Sobczyk, Esquire
Meghan M. Kelly, Esquire
Lucian B. Murley, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Christopher B. Mosley, Senior Assistant City Attorney
City of Fort Worth
City Attorney's Office
1000 Throckmorton Street
Fort Worth, Texas 76102

Richard A. Sheils, Jr., Esq.
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156

Charmen C. Avila
c/o Peter Spindel, Esq.
P.O. Box 166245
Miami, FL 33116-6245

Stephen D. Lerner, Esq.
Elliot M. Smith, Esq.
Squire, Sanders & Dempsey L.L.P.
221 E. Fourth Street, Suite 2900
Cincinnati, Ohio 45202

Michael A. Cox, Attorney General
Julius O. Curling, Assistant Attorney General
State of Michigan, Department of Treasury
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Karen L. Rowse-Oberle, Esq.
Thomas M. Hensel, Jr., Esq.
Butler, Butler & Rowse-Oberle, P.L.L.C.
24525 Harper Avenue, Suite Two
St. Clair Shores, MI 48080

Elena P. Lazarou, Esquire
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

Kelly W. Wright
Salt Lake District Attorney's Office
2001 South State Street, S-3600
Salt Lake City, Utah 84190-1210

Thomas J. Salerno, Esq.
Jordan A. Kroop, Esq.
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498

Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, Tennessee 37202-0207

Sherry D. Lowe, Esq.
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Merced County Tax Collector
Attn: Lorraine Gonzalez, Tax Collector Clerk I
2222 "M" Street
Merced, California 95340

Gaston P. Loomis, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Nicole C. Gazzo, Esq.
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY 14228

Jeffrey S. Cianciulli, Esq.
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899

Phyllis A. Hayes
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

Bank of America N.A.
475 Crosspoint Parkway
P.O. Box 9000
Getzville, New York 14068

Ralph M. Stone, Esq.
Thomas G. Ciarlone, Jr., Esq.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

K. Nuner
Nevada County Office of the Treasurer-Tax Collector
950 Maidu Avenue
P.O. Box 128
Nevada City, CA 95959

Jami B. Nimeroff
Brown Stone Nimeroff LLC
4 E. 8th Street, Ste. 400
Wilmington, DE 19801

David McCall, Esq.
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, Texas 75074

Charles D. Richmond, Esq.
2537 Via Pisa
Del Mar, CA 92014

Norman P. Fivel, Assistant Attorney General
Office of the New York State Attorney General
Civil Recoveries Bureau
The Capital
Albany, New York 12224

Marikae G. Toye, Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, New Jersey 08625

Litton Loan Servicing, LP
P.O. Box 829009
Dallas, Texas 75382-9009

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

Jon Krigsman
Managing Member
First American Capital V LLC.
7286 Siena Way
Boulder, Co 80301

William A. Hazelinetine, Esq.
Sullivan Hazeltine Allinson, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Erin K. Olson, Esq.
Law Office of Erin Olson PC
2014 NE Broadway
Portland, OR 97232-1511

J. William Boone, Esq.
Bess M. Parrish, Esq.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Steven B. Singer, Esq.
Avi Josefson, Esq.
Matthew C. Moehlman, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019

Regina A. Iorii, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

Mark J. Politan, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
Cross & Simon LLC
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380