IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
---------------------------------------------------------------- x

**TWELFTH MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD JULY 1, 2008 THROUGH JULY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | July 1, 2008 through July 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $414.21 |

This is an: __X__ interim  ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $200,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $200,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | $200,000.00 | $911.16 |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | $200,000.00 | $1,397.45 |
| 6/23/08- #4764 | 4/1/2008 – 4/30/08 | $200,000.00 | $4,424.39 | $160,000.00 | $4,424.39 |
| 8/27/08- #5548 | 5/1/2008 – 5/31/08 | $200,000.00 | $9,811.81 | $160,000.00 | $9,811.81 |
| 8/27/08- #5549 | 6/1/2008 – 6/30/08 | $200,000.00 | $55.70 | $160,000.00 | $55.70 |

## AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
## SUMMARY OF HOURS WORKED BY PROFESSIONAL
## FOR THE PERIOD JULY 1, 2008 THROUGH JULY 31, 2008

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 40.5 |
| Darryl Conway | Analyst | 48.0 |
| Richard Young | Associate | 10.0 |
| **Total** | | **98.5** |

## AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROJECY CODE
### FOR THE PERIOD JULY 1, 2008 THROUGH JULY 31, 2008

| Project Code | Description of Activity | Hours |
|---|---|---|
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 26.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 72.5 |
|  |  | **98.5** |

# AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
## INTERIM EXPENSE SUMMARY
## FOR THE PERIOD JULY 1, 2008 THROUGH JULY 31, 2008

| Expense Category | Amount |
|---|---|
| Meals | $48.00 |
| Teleconference | 11.29 |
| Taxi | 14.00 |
| Office Supplies | 90.86 |
| Courier | 250.06 |
| Total | $414.21 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
           Debtors.                                                    :
---------------------------------------------------------------------- x

## TWELFTH MONTHLY APPLICATION OF
## MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
## FOR THE
## DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE INTERIM PERIOD JULY 1, 2008 THROUGH JULY 31, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $414.21 for the interim period July 1, 2008 through July 31, 2008 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for July 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $414.21. The total compensation and expense reimbursement sought in this fee application is $200,414.21.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

5. A detailed description of services rendered by Milestone by professional during the Interim Fee Period, summarized by Project code, and the number of hours expended in

performing such services are set forth in Exhibit A. During this Interim Fee Period, on behalf of the Debtors, Milestone provided customary financial advisory and investment banking services to the Debtor while handling follow on matters related to prior transactions; worked on the sale of American Home Bank ("AHM Bank"); and responded to due diligence requests from prospective acquirers.

6. Conference calls were held with prospective acquirers, attorneys and management in relation to the sale of AHM Bank. These calls discussed various legal and tax issues and terms of the Stock Purchase Agreement.

7. During the month Milestone professionals coordinated a new sale of loan pools. In this regard, we responded to questions; distributed non disclosure agreements; posted and maintained documents in the online data room; and distributed loan sale materials to prospective purchasers.

8. Milestone responded to and fulfilled due diligence requests received from various parties and maintained information in the online data room.

## DISBURSEMENTS

Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $414.21. This disbursement sum is broken down into categories of charges, including, telephone and teleconference, and express couriers. A complete review of expenses incurred by category for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

9. Investment bankers and analysts of Milestone have expended a total of 98.5 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

10. Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. This Application covers the Interim Fee Period July 1, 2008 through July 31, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $414.21 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
October 10, 2008

MILESTONE ADVISORS LLC

_____
Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1. I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2. I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 10 day of October 2008.

_____
Notary Public
My Commission Expires:_____

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
### DETAIL OF SERVICES RENDERED BY PROJECT CODE
### FOR THE PERIOD JULY 1, 2008 THROUGH JULY 31, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 7/1/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Young, Richard | 7/1/2008 | 104 | 0.5 | Submitted hours |
| Nelligan, John | 7/1/2008 | 106 | 1.0 | Conference call w/Management, Kroll and counsel |
| Nelligan, John | 7/1/2008 | 104 | 2.5 | Various calls w/Prospective acquirors |
| Nelligan, John | 7/2/2008 | 104 | 1.0 | Conference call w/Propospective buyer to discuss due diligence concerns |
| Nelligan, John | 7/2/2008 | 104 | 1.0 | Conference call w/Management, Kroll and counsel |
| Young, Richard | 7/3/2008 | 104 | 0.5 | Supplied NDA to prospective bidder |
| Nelligan, John | 7/3/2008 | 104 | 0.5 | Conference call w/Prospective Buyer |
| Nelligan, John | 7/3/2008 | 106 | 0.5 | Call w/Kroll to update on Prospective Buyer |
| Nelligan, John | 7/3/2008 | 106 | 0.5 | Call with AH Bank Management |
| Young, Richard | 7/5/2008 | 104 | 0.5 | Worked with AHM on tax due diligence |
| Conway, Darryl | 7/7/2008 | 106 | 2.0 | AHM Performing Loan Sale; send documents to AHM from previous loan sale |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 7/7/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Nelligan, John | 7/7/2008 | 106 | 0.5 | Kroll stratgey call |
| Nelligan, John | 7/8/2008 | 106 | 1.0 | Conference call w/Kroll and counsel |
| Nelligan, John | 7/8/2008 | 106 | 0.5 | Call with AH Bank Management |
| Conway, Darryl | 7/9/2008 | 106 | 2.0 | AHM Performing Loan Sale; Post documents to the data room |
| Nelligan, John | 7/9/2008 | 106 | 1.0 | Review AH Bank Financials |
| Conway, Darryl | 7/10/2008 | 106 | 1.5 | AHM Performing Loan Sale; aggregate previous loan sale lists into a master contact list |
| Conway, Darryl | 7/10/2008 | 106 | 2.5 | AHM Performing Loan Sale; Field questions concerning loan sale |
| Conway, Darryl | 7/10/2008 | 106 | 3.5 | AHM Performing Loan Sale; Send out NDAs |
| Conway, Darryl | 7/10/2008 | 106 | 2.5 | AHM Performing Loan Sale; Post documents to the data room |
| Nelligan, John | 7/10/2008 | 106 | 0.5 | Call with AH Bank Management |
| Nelligan, John | 7/10/2008 | 106 | 0.5 | Call w/Kroll to update on Prospective Buyer |
| Nelligan, John | 7/11/2008 | 106 | 1.5 | Call w/counsel |
| Nelligan, John | 7/11/2008 | 106 | 0.5 | Various call w/Kroll and Management |
| Nelligan, John | 7/11/2008 | 106 | 0.5 | Various call w/Kroll |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 7/14/2008 | 106 | 1.5 | AHM Performing Loan Sale: Negotiate NDAs, field questions concerning NDAs |
| Conway, Darryl | 7/14/2008 | 106 | 3.0 | AHM Performing Loan Sale; grant access to the data room |
| Nelligan, John | 7/14/2008 | 106 | 1.0 | Conference call w/Management, Kroll and counsel |
| Nelligan, John | 7/15/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Young, Richard | 7/15/2008 | 104 | 0.5 | Provided updated DD files to a bidder |
| Nelligan, John | 7/16/2008 | 106 | 1.0 | Conference call w/Kroll and counsel |
| Young, Richard | 7/16/2008 | 104 | 0.5 | Worked disclosure schedules with counsel |
| Nelligan, John | 7/17/2008 | 106 | 0.5 | Call with AH Bank Management |
| Nelligan, John | 7/17/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Young, Richard | 7/17/2008 | 104 | 0.5 | Worked disclosure schedules with counsel |
| Nelligan, John | 7/18/2008 | 104 | 1.0 | Conference call w/Prospective Buyer |
| Conway, Darryl | 7/18/2008 | 106 | 1.5 | AHM Performing loan Sale; send out NDAs |
| Nelligan, John | 7/18/2008 | 104 | 2.5 | Review Propspective buyer business plan |
| Young, Richard | 7/18/2008 | 104 | 1.0 | Calls with counsel and a potential bidder |
| Conway, Darryl | 7/21/2008 | 106 | 2.5 | AHM Performing Loan Sale; Grant access to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
| --- | --- | --- | --- | --- |
| Conway, Darryl | 7/21/2008 | 106 | 3.0 | AHM Bank Sale: Prepare Final Bid Comparison Presentation |
| Conway, Darryl | 7/21/2008 | 106 | 2.5 | AHM Performing loan Sale; Send out NDAs, Negotiate NDAs, |
| Conway, Darryl | 7/21/2008 | 106 | 1.5 | AHM Performing Loan Sale; Field questions concerning loan sale |
| Nelligan, John | 7/21/2008 | 106 | 1.0 | Call w/Kroll to update on Prospective Buyer |
| Young, Richard | 7/21/2008 | 104 | 1.0 | Internal call to discuss the APA and finalize UCC presentation |
| Nelligan, John | 7/21/2008 | 104 | 1.0 | Conference call w/Prospective Buyer |
| Conway, Darryl | 7/22/2008 | 106 | 1.0 | AHM Performing loan Sale; grant access to the data room |
| Nelligan, John | 7/22/2008 | 104 | 1.5 | Calls with Prospective buyer |
| Nelligan, John | 7/22/2008 | 106 | 1.0 | Calls with AH Bank Management |
| Young, Richard | 7/22/2008 | 104 | 2.5 | Updated Sales Process Presentation for the UCC; reviewed DD materials |
| Conway, Darryl | 7/23/2008 | 106 | 2.5 | AHM Performing Loan Sale; Answer questions concerning NDAs, sale process |
| Nelligan, John | 7/23/2008 | 106 | 1.0 | Conference call w/Kroll and counsel |
| Young, Richard | 7/24/2008 | 104 | 1.0 | Provided financial information to prospective bidder; worked with counsel on disclosure schedules. |
| Nelligan, John | 7/24/2008 | 106 | 1.0 | Prepation for AH Bank Board Meeting |
| Nelligan, John | 7/24/2008 | 106 | 0.5 | Various call w/Kroll |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 7/24/2008 | 106 | 2.0 | AH Bank Board Meeting |
| Conway, Darryl | 7/24/2008 | 106 | 2.0 | AHM Performing Loan sale; send out NDAs, answer questions concerning process |
| Conway, Darryl | 7/25/2008 | 106 | 1.5 | AHM Performing Loan Sale; Field questions concerning loan sale process |
| Nelligan, John | 7/25/2008 | 104 | 2.0 | Conference call with Propospective Buyer to review tax liability |
| Young, Richard | 7/25/2008 | 104 | 0.5 | Worked with counsel on disclosure schedules |
| Conway, Darryl | 7/28/2008 | 106 | 1.5 | AHM Performing Loan Sale; Grant access to the data room |
| Young, Richard | 7/28/2008 | 104 | 0.5 | Worked with counsel on disclosure schedules |
| Nelligan, John | 7/28/2008 | 104 | 1.5 | Review Propspective buyer business plan |
| Nelligan, John | 7/28/2008 | 104 | 0.5 | Call w/ Accounts to discuss tax due diligence |
| Nelligan, John | 7/29/2008 | 106 | 1.5 | Review Parent tax status |
| Conway, Darryl | 7/29/2008 | 106 | 2.0 | AHM Performing Loan Sale; send out Notice to potential bidders |
| Nelligan, John | 7/29/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Conway, Darryl | 7/29/2008 | 106 | 1.5 | AHM Performing Loan Sale; grant access to the data room |
| Conway, Darryl | 7/30/2008 | 106 | 2.5 | AHM Performing Loan Sale; Negotiate NDAs |
| Conway, Darryl | 7/30/2008 | 106 | 1.5 | AHM Performing Loan Sale; grant access to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 7/30/2008 | 104 | 0.5 | Worked with prospective bidder and counsel on disclosure schedules |
| Nelligan, John | 7/30/2008 | 104 | 1.0 | Respond to due diligence request from Prospective buyer |
| Conway, Darryl | 7/31/2008 | 106 | 1.5 | AHM Performing loan Sale; Negotiate NDAs |
| Conway, Darryl | 7/31/2008 | 106 | 1.0 | AHM Performing Loan Sale; grant access to the data room |
| Nelligan, John | 7/31/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Nelligan, John | 7/31/2008 | 106 | 1.0 | Call w/Kroll to update on Prospective Buyer |
| Nelligan, John | 7/31/2008 | 106 | 1.0 | Conference call w/Management, Kroll and counsel |
| Nelligan, John | 7/31/2008 | 106 | 0.5 | Call w/AH Bank management |
| **Total Hours:** | | | 98.5 | |

# Exhibit B
# Milestone Advisors LLC
# Detail Expenses by Professional
# July 1, 2008 - July 31, 2008

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Meals | Conway, Darryl | 7/10/2008 | 16.00 | |
| Meals | Conway, Darryl | 7/21/2008 | 16.00 | |
| Meals | Conway, Darryl | 7/29/2008 | 16.00 | |
| Taxi | Conway, Darryl | 7/28/2008 | 14.00 | Office to Home |
| Office Supplies | Staples | 7/28/2008 | 90.86 | DVD's for duplication |
| Teleconference | Premier Global | 7/18/2008 | 11.29 | |
| Postage / Express | Fedex | 7/28/2008 | 29.42 | Victory Financial |
| Postage / Express | Fedex | 7/28/2008 | 57.89 | Global Financial |
| Postage / Express | Fedex | 7/29/2008 | 18.02 | Ellington Management |
| Postage / Express | Fedex | 7/30/2008 | 18.02 | Lehman Brothers |
| Postage / Express | Fedex | 7/30/2008 | 18.02 | JP Morgan |
| Postage / Express | Fedex | 7/30/2008 | 32.78 | First American Capital |
| Postage / Express | Fedex | 7/30/2008 | 18.02 | Roosevelt Company |
| Postage / Express | Fedex | 7/30/2008 | 26.09 | Bayview Financial |
| Postage / Express | Fedex | 7/30/2008 | 18.02 | Arbor Residential |
| Postage / Express | Fedex | 7/31/2008 | <u>13.78</u> | MCM Credit Opportunities |
| | | | 414.21 | |