IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------ x | | |

**THIRTEENTH MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | August 1, 2008 through August 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $861.36 |

This is an:  __X__ interim   ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $200,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $200,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | $200,000.00 | $911.16 |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | $200,000.00 | $1,397.45 |
| 6/23/08- #4764 | 4/1/2008 – 4/30/08 | $200,000.00 | $4,424.39 | $160,000.00 | $4,424.39 |
| 8/27/08- #5548 | 5/1/2008 – 5/31/08 | $200,000.00 | $9,811.81 | $160,000.00 | $9,811.81 |
| 8/27/08- #5549 | 6/1/2008 – 6/30/08 | $200,000.00 | $55.70 | $160,000.00 | $55.70 |
| 10/10/08- | 7/1/2008 – 7/31/08 | $200,000.00 | $414.21 | | |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 43.0 |
| Darryl Conway | Analyst | 66.1 |
| Richard Young | Associate | 11.5 |
| **Total** | | **120.6** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROJECY CODE**
**FOR THE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| Project Code | Description of Activity | Hours |
|---|---|---|
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 2.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 19.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 99.6 |
| | | **120.6** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**INTERIM EXPENSE SUMMARY**
**FOR THE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| Expense Category | Amount |
|---|---|
| Teleconference | $61.06 |
| Meals | 79.60 |
| Taxi | 26.00 |
| Office Supplies | 32.76 |
| Courier | 661.94 |
| Total | $861.36 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
        Debtors.                                                    :
---------------------------------------------------------------- x

### THIRTEENTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $861.36 for the interim period August 1, 2008 through August 31, 2008 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for August 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $861.36. The total compensation and expense reimbursement sought in this fee application is $200,861.36.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

5. A detailed description of services rendered by Milestone by professional during the Interim Fee Period, summarized by Project code, and the number of hours expended in

performing such services are set forth in Exhibit A. During this Interim Fee Period, on behalf of the Debtors, Milestone provided customary financial advisory and investment banking services to the Debtor while handling follow on matters related to prior transactions; worked on the sale of American Home Bank ("AHM Bank"); and responded to due diligence requests from prospective acquirers.

6. Conference calls were held with prospective acquirers, attorneys and management in relation to the sale of AHM Bank. These calls discussed various legal and tax issues and terms of the Stock Purchase Agreement.

7. During the month Milestone professionals coordinated the sale of pool of loans; responding to questions and requests for data; distribution and negotiation of non disclosure agreements; posted and maintained documents in the online data room; and distributed loan sale materials to prospective purchasers.

8. Milestone responded to and fulfilled due diligence requests received from various parties and maintained information in the online data room.

## DISBURSEMENTS

Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $861.36. This disbursement sum is broken down into categories of charges, including, telephone and teleconference, and express couriers. A complete review of expenses incurred by category for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

9. Investment bankers and analysts of Milestone have expended a total of 120.6 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

10.    Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

11.    In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period August 1, 2008 through August 31, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $861.36 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
October 10, 2008

MILESTONE ADVISORS LLC

Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and
Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE   )

)     SS:

NEW CASTLE COUNTY   )

        Eugene S. Weil, after being duly sworn according to law, deposes and says:

        1.     I am a Managing Director and President in the applicant firm, Milestone

Advisors LLC and have been employed by the applicant firm since 2001.

        2.     I have personally performed many of the professional services rendered by

Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar

with all other work performed on behalf of the professionals in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the

best of my knowledge, information and belief.

                                      _____

                                        EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 10 day of October 2008.

PERI S. DONNER            _____
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012    Notary Public

                        My Commission Expires:_____

**EXHIBIT A**

**AMERICAN HOME MORTGAGE**
**MILESTONE ADVISORS, LLC**
**DETAIL OF SERVICES RENDERED BY PROJECT CODE**
**FOR THE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 8/1/2008 | 106 | 0.5 | Call w/AH Bank management |
| Conway, Darryl | 8/1/2008 | 106 | 1.5 | AHM Performing loan sale; post items to the data room |
| Conway, Darryl | 8/1/2008 | 106 | 1.5 | AHM Performing loan sale; field questions related to the sale |
| Nelligan, John | 8/1/2008 | 106 | 1.0 | Conference call w/Kroll and counsel |
| Conway, Darryl | 8/4/2008 | 106 | 1.5 | AHM Performing Loan Sale; send out collateral cds |
| Young, Richard | 8/4/2008 | 104 | 0.5 | Call with prospective stalking horse bidder |
| Nelligan, John | 8/4/2008 | 106 | 1.0 | All hands conference call to discuss buyer update |
| Nelligan, John | 8/4/2008 | 106 | 1.0 | Call w/ Kroll and Counsel |
| Nelligan, John | 8/5/2008 | 106 | 1.0 | Internal Milestone call to discuss transaction and status |
| Conway, Darryl | 8/5/2008 | 106 | 2.5 | AHM Performing loan sale; grant access to the data room |
| Conway, Darryl | 8/5/2008 | 106 | 1.5 | AHM performing loan sale; send out NDAs |
| Nelligan, John | 8/5/2008 | 104 | 1.0 | Update call with Propspective Buyer |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 8/5/2008 | 106 | 2.5 | AHM Performing Loan Sale; field data request questions |
| Young, Richard | 8/5/2008 | 104 | 0.5 | Call with prospective stalking horse bidder |
| Conway, Darryl | 8/6/2008 | 106 | 1.5 | AHM Performing loan sale; grant access to the data room |
| Conway, Darryl | 8/6/2008 | 106 | 2.5 | AHM Performing Loan Sale; field diligence requests |
| Conway, Darryl | 8/6/2008 | 106 | 1.5 | AHM Performing Loan Sale; post items to the data room |
| Conway, Darryl | 8/6/2008 | 106 | 1.5 | AHM Performing Loan Sale; Send out teaser and sales order to master list of 380 |
| Nelligan, John | 8/6/2008 | 104 | 0.5 | Call w/AH Auditors |
| Conway, Darryl | 8/6/2008 | 106 | 1.5 | AHM Performing loan sale; revisions to the NDA |
| Nelligan, John | 8/6/2008 | 106 | 0.5 | Call w/AH Bank management |
| Nelligan, John | 8/6/2008 | 106 | 0.5 | Various call w/Kroll |
| Conway, Darryl | 8/7/2008 | 106 | 1.0 | AHM Performing Loan Sale; send out NDA, negotiate |
| Conway, Darryl | 8/7/2008 | 106 | 1.5 | AHM Performing loan sale; grant access to the data room |
| Nelligan, John | 8/7/2008 | 104 | 2.0 | Conference call with Propospective Buyer to review tax liability |
| Young, Richard | 8/7/2008 | 104 | 0.5 | Call with prospective stalking horse bidder |
| Young, Richard | 8/8/2008 | 104 | 1.0 | Worked with Bank to get data for a prospective stalking horse bidder as well as updated timesheet |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 8/8/2008 | 106 | 2.0 | Board Meeting AH Bank |
| Nelligan, John | 8/8/2008 | 106 | 1.0 | Calls with AH Bank Management |
| Nelligan, John | 8/8/2008 | 106 | 0.5 | Calls with AH Kroll |
| Nelligan, John | 8/8/2008 | 106 | 1.0 | Prepare for Board Meeting |
| Conway, Darryl | 8/8/2008 | 106 | 1.5 | AHM Performing Loan Sale; field data requests |
| Conway, Darryl | 8/8/2008 | 106 | 1.5 | AHM Performing loan sale; post items to the data room |
| Conway, Darryl | 8/8/2008 | 106 | 1.5 | AHM Performing loan sale; send out NDA, negotiate |
| Conway, Darryl | 8/8/2008 | 106 | 1.0 | AHM Performing Loan Sale; send out collateral cds |
| Conway, Darryl | 8/10/2008 | 106 | 1.0 | AHM Performing Loan Sale; grant access to the data room |
| Conway, Darryl | 8/10/2008 | 106 | 1.0 | AHM Performing Loan Sale; send out collateral cds |
| Conway, Darryl | 8/10/2008 | 106 | 2.0 | AHM Performing loan sale; send out NDAs, negotiate NDAs |
| Conway, Darryl | 8/11/2008 | 106 | 1.5 | AHM Performing loan sale; grant access to the data room |
| Nelligan, John | 8/11/2008 | 106 | 1.5 | Review Propspective buyer business plan |
| Young, Richard | 8/11/2008 | 104 | 0.5 | Provided data to prospective bidder |
| Conway, Darryl | 8/11/2008 | 106 | 2.0 | AHM Performing Loan Sale; send out NDAs, negotiate |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 8/12/2008 | 106 | 2.0 | AHM Performing loan Sale; grant access to the data room |
| Conway, Darryl | 8/12/2008 | 106 | 1.5 | AHM Performing Loan Sale; send out NDAs, revise NDAs |
| Nelligan, John | 8/12/2008 | 106 | 1.5 | Review Parent tax status |
| Young, Richard | 8/12/2008 | 104 | 0.5 | Set-up calls for a prospective stalking horse bidder |
| Young, Richard | 8/13/2008 | 104 | 2.0 | Worked with Bank to get data for a prospective stalking horse bidder; call with PWC and bidder; call with bidder |
| Conway, Darryl | 8/13/2008 | 106 | 1.5 | AHM Performing loan sale;negotiate ndas |
| Conway, Darryl | 8/13/2008 | 106 | 1.0 | AHM Performing Loan Sale; negotiate NDAs |
| Conway, Darryl | 8/13/2008 | 106 | 2.5 | AHM Performing loan sale; contact all interested parties to offer reimbursement |
| Nelligan, John | 8/13/2008 | 106 | 1.0 | Prepare for Conference call |
| Nelligan, John | 8/13/2008 | 106 | 1.0 | Calls w/AH Bank Management |
| Nelligan, John | 8/13/2008 | 106 | 1.5 | Calls w/Kroll |
| Nelligan, John | 8/13/2008 | 106 | 1.5 | Conference call with Buyer, Kroll and AH Auditors to discuss tax due diligence |
| Young, Richard | 8/14/2008 | 104 | 0.5 | Provided data to prospective bidder |
| Nelligan, John | 8/14/2008 | 104 | 1.0 | Respond to due diligence request from Prospective buyer |
| Nelligan, John | 8/14/2008 | 106 | 0.5 | Call w/Kroll to update on Buyer status |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 8/14/2008 | 106 | 0.5 | Call w/AH Bank management |
| Nelligan, John | 8/14/2008 | 106 | 0.5 | Call w/Counsel |
| Nelligan, John | 8/14/2008 | 104 | 1.0 | Call w/Prospective acquiror |
| Conway, Darryl | 8/14/2008 | 106 | 1.6 | AHM Performing Loans; send out NDAs, negotiate |
| Conway, Darryl | 8/14/2008 | 106 | 1.0 | AHM Performing Loan Sale; grant access to the data room |
| Conway, Darryl | 8/15/2008 | 103 | 1.0 | AHM Bank; post documents to the data room |
| Conway, Darryl | 8/15/2008 | 106 | 1.5 | AHM Performing Loan sale; post items to the data room |
| Conway, Darryl | 8/15/2008 | 103 | 1.0 | AHM Bank; gather updated documents |
| Nelligan, John | 8/15/2008 | 106 | 0.5 | Respond to due diligence requests from Prospective buyer |
| Nelligan, John | 8/15/2008 | 106 | 1.0 | Call w/Kroll to update on Prospective Buyer |
| Young, Richard | 8/15/2008 | 104 | 1.5 | Worked with AHM to get data for prospective bidder, provided Bank data to bidder |
| Young, Richard | 8/16/2008 | 104 | 0.5 | Provided data to prospective bidder |
| Young, Richard | 8/18/2008 | 104 | 0.5 | Conference call with prospective bidder |
| Nelligan, John | 8/18/2008 | 106 | 1.0 | Conference call w/Management, Kroll and counsel |
| Nelligan, John | 8/18/2008 | 106 | 0.5 | Call w/AH Bank management |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 8/18/2008 | 106 | 1.0 | AHM Performing loan sale; facilitate diligence data requests |
| Nelligan, John | 8/18/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Conway, Darryl | 8/18/2008 | 106 | 1.5 | AHM Performing Loan Sale; continue to contact parties concerning diligence reimbursement |
| Nelligan, John | 8/19/2008 | 106 | 1.0 | Review AH Bank Financials |
| Young, Richard | 8/19/2008 | 104 | 1.0 | Conference call with prosective bidder; provided additional materials |
| Nelligan, John | 8/19/2008 | 106 | 0.5 | Calls w/Kroll |
| Conway, Darryl | 8/19/2008 | 106 | 1.0 | AHM Performing Loan Sale; negotiate NDAs |
| Nelligan, John | 8/20/2008 | 106 | 0.5 | Call w/Counsel |
| Young, Richard | 8/20/2008 | 104 | 1.0 | Conference call with prosective bidder; provided additional materials |
| Nelligan, John | 8/20/2008 | 106 | 0.5 | Call with AH Bank Management |
| Nelligan, John | 8/20/2008 | 104 | 1.0 | Call w/Prospective acquiror |
| Conway, Darryl | 8/20/2008 | 106 | 2.5 | AHM Performing Loan Sale; contact parties concerning diligence reimbursement |
| Conway, Darryl | 8/20/2008 | 106 | 1.5 | AHM Performing Loan Sale; negotiate NDAs |
| Conway, Darryl | 8/21/2008 | 106 | 0.5 | AHM Performing Loan Sale; grant access to the data room |
| Young, Richard | 8/21/2008 | 104 | 1.0 | Prepared updated liquidation scenario analysis |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 8/21/2008 | 106 | 0.5 | Call w/Kroll to update on Prospective Buyer |
| Conway, Darryl | 8/22/2008 | 106 | 1.0 | AHM Performing loan sale; prepare bid matrix, send out to committee |
| Conway, Darryl | 8/22/2008 | 106 | 1.5 | AHM Performing loan sale; email out bid requirements to interested parties |
| Nelligan, John | 8/22/2008 | 106 | 0.5 | Various call w/Kroll |
| Nelligan, John | 8/22/2008 | 106 | 1.0 | Internal Milestone call to discuss transaction and status |
| Conway, Darryl | 8/22/2008 | 106 | 1.5 | AHM Performing Loan Sale; contact parties expected to bid |
| Conway, Darryl | 8/22/2008 | 106 | 1.5 | AHM Performing loan sale; discuss extension with Credit Suisse |
| Conway, Darryl | 8/24/2008 | 106 | 1.0 | AHM Performing loan sale; conference call to discuss bids/ Credit Suisse extension |
| Nelligan, John | 8/25/2008 | 106 | 0.5 | Various call w/Kroll and Management |
| Nelligan, John | 8/25/2008 | 106 | 1.0 | Update call with Propspective Buyer |
| Conway, Darryl | 8/25/2008 | 106 | 2.0 | AHM Performing Loan sale; attempt to get Asset Management's bid complete |
| Nelligan, John | 8/26/2008 | 106 | 1.5 | Call w/counsel |
| Nelligan, John | 8/26/2008 | 104 | 1.0 | Various call with Propspective Buyer |
| Nelligan, John | 8/27/2008 | 106 | 1.0 | Conference call w/Management, Kroll and counsel |
| Nelligan, John | 8/27/2008 | 106 | 0.5 | Call with AH Bank Management |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 8/28/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Nelligan, John | 8/28/2008 | 106 | 0.5 | Call with AH Bank Management |
| Nelligan, John | 8/29/2008 | 106 | 1.0 | Update call with Propspective Buyer |
| Nelligan, John | 8/29/2008 | 106 | 1.0 | Conference call w/Kroll and counsel |
| Nelligan, John | 8/29/2008 | 106 | 0.5 | Call with AH Bank Management |
| **Total Hours:** | | | 120.6 | |

# Exhibit B
## Milestone Advisors LLC
### Detail Expenses by Professional
### August 1, 2008 - August 31, 2008

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Teleconference | Premier Global | 8/4/2008 | 6.65 | |
| Meals | Conway, Darryl | 8/5/2008 | 24.00 | McCormick and Schmidt's |
| Taxi | Conway, Darryl | 8/5/2008 | 13.00 | Office to Home |
| Teleconference | Premier Global | 8/5/2008 | 15.32 | |
| Postage / Express | Fedex | 8/5/2008 | 23.87 | Finance Boston |
| Meals | Conway, Darryl | 8/6/2008 | 18.00 | Café Asia |
| Taxi | Conway, Darryl | 8/6/2008 | 13.00 | Office to Home |
| Postage / Express | Fedex | 8/7/2008 | 23.87 | American Mortage Capital |
| Postage / Express | Fedex | 8/7/2008 | 18.29 | The Cadle Company |
| Postage / Express | Fedex | 8/7/2008 | 18.29 | Wexford Capital |
| Postage / Express | Fedex | 8/7/2008 | 31.33 | Residential Mortgage Solution |
| Postage / Express | Fedex | 8/7/2008 | 26.48 | SN Servicing Corp |
| Postage / Express | Fedex | 8/7/2008 | 13.99 | Mandn Properties |
| Postage / Express | Fedex | 8/7/2008 | 18.29 | Marathon Asset Mgmt |
| Postage / Express | Fedex | 8/8/2008 | 31.33 | Mortgage Acquisition Group |
| Postage / Express | Fedex | 8/11/2008 | 18.29 | Ranien Partners |
| Postage / Express | Fedex | 8/11/2008 | 35.35 | TMAC |
| Postage / Express | Fedex | 8/11/2008 | 21.99 | Citi-Group |
| Postage / Express | Fedex | 8/11/2008 | 26.97 | Fay Financial |
| Postage / Express | Fedex | 8/12/2008 | 31.33 | National Asset Direct |
| Postage / Express | Fedex | 8/12/2008 | 26.89 | Fay Financial |
| Postage / Express | Fedex | 8/12/2008 | 26.48 | Castle Peak Capital |
| Teleconference | Premier Global | 8/13/2008 | 20.52 | |
| Postage / Express | Fedex | 8/13/2008 | 21.99 | Citadel |
| Postage / Express | Fedex | 8/13/2008 | 21.99 | Roosevelt Company |
| Postage / Express | Fedex | 8/14/2008 | 32.47 | Resolution Capital Advisors |
| Postage / Express | Fedex | 8/14/2008 | 33.01 | Goldman Sachs |
| Postage / Express | Fedex | 8/14/2008 | 33.01 | Everbank |
| Postage / Express | Fedex | 8/14/2008 | 21.99 | Credit Suisse |
| Postage / Express | Fedex | 8/15/2008 | 21.99 | Schultze Asset Mgmt |
| Teleconference | Premier Global | 8/19/2008 | 18.57 | |
| Meals | Conway, Darryl | 8/20/2008 | 21.60 | Café Asia |
| Postage / Express | Fedex | 8/20/2008 | 21.99 | Residential Credit Solutions |
| Postage / Express | Fedex | 8/20/2008 | 29.91 | Askar Capital |
| Office Supplies | Staples | 8/21/2008 | 32.76 | DVD's for duplication |
| Meals | Conway, Darryl | 8/22/2008 | 16.00 | Café Asia |
| Postage / Express | Fedex | 8/26/2008 | 16.56 | Young Conaway |
| Postage / Express | Fedex | 8/27/2008 | 13.99 | Young Conaway |
| | | | 861.36 | |