IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                :   Chapter 11
                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]          :
                                    :   Jointly Administered
      Debtors.                       :
------------------------------------------------------------------- x

Objection Deadline: November 3, 2008 at
4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
Milestone Advisors, LLC.

        The **Fifth Monthly Application of PricewaterhouseCoopers LLP as Tax
Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and
Reimbursement of Expenses Incurred for the Interim Period August 1, 2008 through
August 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application
seeks allowance of interim fees in the amount of $48,781.50 and interim expenses in the amount
of $0.00.

        Objections to the Application, if any, are required to be filed on or before
**November 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United
States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon) and, PricewaterhouseCoopers LLP, 300 Madison Avenue, New York, NY 10017 (Attn: Thomas Geppel)

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      October 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s / Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## FIFTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008

| Name of Applicant: | PricewaterhouseCoopers LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2008 through August 31, 2008[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $48,781.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:    _X_ monthly    __ interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

The total time expended for fee application preparation is approximately 9.60 hours and the corresponding compensation requested is approximately $2,727.50.[3]

## SUMMARY OF FEE APPLICATIONS

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 [4624] | 02/14/2008- 03/31/2008 | $66,589.50 | $0.00 | 07/09/08 [5025] | Pending | Pending | Pending |
| 2 | 06/10/2008 [4625] | 04/01/2008- 04/30/2008 | $29,661.50 | $0.00 | 07/09/08 [5026] | Pending | Pending | Pending |
| 3 | 07/02/2008 [4973] | 05/01/2008- 05/31/2008 | $13,985.00 | $0.00 | 07/31/08 [5284] | Pending | Pending | Pending |
| 4 | 08/21/2008 [5514] | 06/01/2008- 07/31/2008 | $21,969.00 | $0.00 | 09/16/08 [5940] | Pending | Pending | Pending |
| 5 | [TBD] | 08/01/2008- 08/31/2008 | $48,781.50 | $0.00 | | Pending | Pending | Pending |
| Total | | | $180,986.50 | $0.00 | | | | |

This is the fifth fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 83.30 | $41,289.00 |
| Real Estate Investment Trust Compliance | 13.00 | $4,765.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *96.30* | *$46,054.00* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 9.60 | $2,727.50 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *9.60* | *$2,727.50* |
| **Grand Total Hours for August 2008** | **105.90** | **$48,781.50** |

---

[3] This fee application was completed in September 2008 and the corresponding hours and fees will be billed to the Debtors within that monthly fee invoice.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | Jointly Administered |
| Debtors. | **Objection Deadline: October 22, 2008** <br> **Hearing Date:  TBD** |

## SUPPLEMENT TO THE FIFTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Fifth

Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services

Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in

Possession for the period August 1, 2008 through August 31, 2008 (the "Application"), pursuant

to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et

seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the

Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code (the

"Administrative Order"), and the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees

pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim

allowance and payment of compensation for tax advising services performed and expenses incurred

during the period commencing August 1, 2008 through August 31, 2008 (the "Compensation

Period"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1.      On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court

a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate

its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.      The Debtors' cases have been consolidated for procedural purposes only and are

being jointly administered pursuant to an order of this Court.

3.      On August 14, 2007, the United States Trustee for the District of Delaware

appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or

examiner has been appointed.

4.      On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order*

*Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment*

*and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc*

2

*to April 1, 2008* (the "Employment Application"). PricewaterhouseCoopers was requested by the Debtors based upon the wealth of experience in providing accounting, tax and advisory services in various restructurings and reorganizations and historically provided tax advisory services to the Debtors.

     5.     On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of the Bankruptcy Code Authorizing Debtors' Employment and Retention of PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008* (the "Retention Order")

## RELIEF REQUESTED

     6.     On September 3, 2007, this Court entered the Administrative Order. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests. If an objection to a professional's request is not filed and served within twenty (20) days, the professional may file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay such professional an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

     7.     Furthermore, the Administrative Order provides that professionals are to file and service upon notice parties an interim request (an "Interim Fee Application") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Interim Fee Application.

     8.     PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in

these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PricewaterhouseCoopers during the covered period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- Exhibit A-1, provides a summary of the fees and expenses by project category;

- Exhibit A-2, provides the name and position of each professional, cumulative hours worked during the Compensation Period, hourly billing rates for the hourly compensation, and the corresponding fees requested;

- Exhibit A-3, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

## DESCRIPTION OF SERVICES RENDERED

9.      PricewaterhouseCoopers professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories.  These professional services are described below:

| Total Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 83.30 | $41,289.00 |
| Real Estate Investment Trust Compliance | 13.00 | $4,765.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *96.30* | *$46,054.00* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 9.60 | $2,727.50 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *9.60* | *$2,727.50* |
| **Grand Total Hours for August 2008** | **105.90** | **$48,781.50** |

4

## Tax Advisory Services

**Tax Consulting Services - 83.30 hours - $41,289.00**

10.    During the Compensation Period, PricewaterhouseCoopers professionals performed the following:

- Reviewed the mortgage recording tax credit claims prepared by AHM;

- Finalized letter to auditor on the Broker/Dealer activities and Great Oak;

- Submitted Forms CT-8 and CT-43;

- Finalized Conciliation request; and

- Preparation of employment tax refund claims.

**Real Estate AHM REIT Compliance - 13.00 hours - $4,765.00**

11.    During the Compensation Period, PricewaterhouseCoopers professionals performed a review of PBC workpapers; researched swaps and accretion accounts. Updated Federal and State tax returns and participated in meetings to discuss documentation and provide updates to the client.

## Bankruptcy Requirements and Obligations

**Monthly, Interim and Final Fee Applications - 9.60 hours - $2,727.50**

12.    PricewaterhouseCoopers bankruptcy professionals finalized the fourth fee application submission, prepared the necessary certificate of no objections for the fee statements and monitored the internal billings regarding the holdback cash collections.

## ALLOWANCE FOR COMPENSATION

13.    At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $48,781.50 in fees for professional services rendered by

5

PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, for a total of $39,025.20.

14.    PricewaterhouseCoopers charged and now requests those fees that are reasonable and customary and charged by most tax advisors in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

15.    This Application covers the period from August 1, 2008 through and including August 31, 2008. Although every effort was made to include all fees and expenses form the covered period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PricewaterhouseCoopers reserves the right to make further applications for allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

16.    No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the

6

Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

17.    To The best of their knowledge, PricewaterhouseCoopers believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the sum of $48,781.50 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $9,756.30, total fee award in the amount of $39,025.20; (b) reimbursement of actual and necessary expenses incurred in the sum of $0.00; and (c) such other and further relief as is just and proper.

Dated: October 2, 2008
New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

## VERIFICATION OF FEE APPLICATION

STATE OF _____        )
                                )  ss:
COUNTY OF _____        )

Thomas Geppel hereby respectfully certifies and verifies as follows:

1.    I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2.    I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 2 day of October 2008.

_____
Notary Public

My Commission Expires: 3/1/2011 _____

DAVID S. PREBUT
Notary Public, State of New York
No. 02PR6020246
Qualified in New York County
Commission Expires March 1, 2011

**American Home Mortgage Holdings, et al (Case 07-11047)**                    **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period August 1, 2008 through August 31, 2008**

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
|   Tax Consulting Services | 83.30 | $41,289.00 |
|   Real Estate Investment Trust Compliance | 13.00 | $4,765.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *96.30* | *$46,054.00* |
| | | |
| *Fee/Employment Applications* | | |
|   Monthly, Interim and Final Fee Applications | 9.60 | $2,727.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *9.60* | *$2,727.50* |
| **Grand Total Hours for August 2008** | **105.90** | **$48,781.50** |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**                    **Exhibit A-2**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Summary of Professionals**
**For the Period August 1, 2008 through August 31, 2008**

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| *Partner* | | | |
| Mitchel Aeder | $700 | 4.80 | $3,360.00 |
| Richard Daniele | $700 | 17.10 | $11,970.00 |
| Thomas Geppel | $700 | 2.00 | $1,400.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 5.00 | $2,925.00 |
| *Director* | | | |
| Gregory Fetter | $485 | 13.00 | $6,305.00 |
| Iris M Kitamura | $485 | 2.20 | $1,067.00 |
| Michael Truscott | $485 | 7.50 | $3,637.50 |
| Robert Godwin | $485 | 12.00 | $5,820.00 |
| *Manager* | | | |
| Andre Ferguson | $380 | 9.00 | $3,420.00 |
| Jennifer L. Deibel | $380 | 1.00 | $380.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 2.50 | $1,000.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 15.70 | $4,474.50 |
| *Associate* | | | |
| Emily Nell Cole | $205 | 5.50 | $1,127.50 |
| Susan L Lyons | $205 | 2.00 | $410.00 |
| *Associate (Bankruptcy)* | | | |
| Subashi M Stendahl | $225 | 6.60 | $1,485.00 |
| **Grand Total Hours and Fees for August 2008** | | **105.90** | **$48,781.50** |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period August 1, 2008 through August 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 7/22/2008 | Mitchel Aeder | Partner | Review re transfer tax on asset sale. | $700.00 | 0.40 | $280.00 |
| 8/1/2008 | Christos Vorillas | Senior Associate | Conference call with Susan, Greg and Bankruptcy consultants. | $285.00 | 1.00 | $285.00 |
| 8/1/2008 | Gregory Fetter | Director | Call from Susan on bank sale issues. Getting internal resources to work on the issue and to participate on conf. call with Susan and AHM bankruptcy representatives on issue. | $485.00 | 1.50 | $727.50 |
| 8/1/2008 | Iris M Kitamura | Director | Follow up on appeal. | $485.00 | 0.20 | $97.00 |
| 8/1/2008 | Richard Daniele | Partner | Addressing COD issue and NOL issues. | $700.00 | 1.50 | $1,050.00 |
| 8/4/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the status of the monthly fee statements and corresponding cash collections. | $400.00 | 0.50 | $200.00 |
| 8/4/2008 | Christos Vorillas | Senior Associate | Preparation for Conciliation Conference and preparing a POA for Ohio. | $285.00 | 2.00 | $570.00 |
| 8/4/2008 | Gregory Fetter | Director | Review of REIT returns. | $485.00 | 0.50 | $242.50 |
| 8/4/2008 | Mitchel Aeder | Partner | Teleconference with R Daniele (PWC) regarding COD tax issues. | $700.00 | 0.30 | $210.00 |
| 8/4/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Obtaining CNO's from Pacer and invoices from GFS. | $225.00 | 0.50 | $112.50 |
| 8/5/2008 | Christos Vorillas | Senior Associate | Preparation for conciliation conference on 8/6/08. | $285.00 | 4.50 | $1,282.50 |
| 8/5/2008 | John A Verde | Senior Managing Director | Preparation for NY conciliation conference, review of NY returns, auditor workpapers, IDR's and prior audit history. Discussions with client regarding business lines and activities by state. | $585.00 | 2.00 | $1,170.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period August 1, 2008 through August 31, 2008**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 8/5/2008 | Susan L Lyons | Associate | Prepared Ohio POA, and researched company 10-K to prepare for state audit. | $205.00 | 2.00 | $410.00 |
| 8/5/2008 | Thomas Geppel | Partner | Review of Employment Tax work. | $700.00 | 2.00 | $1,400.00 |
| 8/6/2008 | Christos Vorillas | Senior Associate | Conciliation Conference and review of workpapers for mortgage tax credit. | $285.00 | 4.50 | $1,282.50 |
| 8/6/2008 | John A Verde | Senior Managing Director | Discussions with NYS regarding mortgage recording tax credit support. Submission of additional support to NYS - review of submission. | $585.00 | 2.00 | $1,170.00 |
| 8/6/2008 | Mitchel Aeder | Partner | Conference call with B Fernandez (Kroll) & R Daniele (PWC) regarding tax issues on sale of business. | $700.00 | 0.40 | $280.00 |
| 8/6/2008 | Richard Daniele | Partner | Review Stock sale of AH Bank and NOL & COD issues. | $700.00 | 1.00 | $700.00 |
| 8/7/2008 | John A Verde | Senior Managing Director | Discussions with NYS regarding mortgage recording tax credit support. Submission of additional support to NYS - review of submission. | $585.00 | 1.00 | $585.00 |
| 8/7/2008 | Michael Truscott | Director | Review PBC tax workpapers. | $485.00 | 2.00 | $970.00 |
| 8/8/2008 | Gregory Fetter | Director | Begin review of the 2007 Tax Return. | $485.00 | 1.00 | $485.00 |
| 8/11/2008 | Andre Ferguson | Manager | Employment Tax refund and federal income tax review of subsidiary returns. | $380.00 | 2.00 | $760.00 |
| 8/11/2008 | Christos Vorillas | Senior Associate | Correspondence with client on Ohio POA. | $285.00 | 0.50 | $142.50 |
| 8/11/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Addition of July hours to consolidator and performed initial analysis of time descriptions. Sent emails for additional information and updated draft narrative. | $225.00 | 1.80 | $405.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period August 1, 2008 through August 31, 2008**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 8/12/2008 | Mitchel Aeder | Partner | Teleconference with B. Fernandez (Kroll) regarding tax issues raised by buyer. | $700.00 | 0.20 | $140.00 |
| 8/13/2008 | Andre Ferguson | Manager | Employment Tax refund and federal income tax review of subsidiary returns. | $380.00 | 1.00 | $380.00 |
| 8/13/2008 | Gregory Fetter | Director | Review of the federal and state refunds as a result of the Waterford acquisition. | $485.00 | 3.00 | $1,455.00 |
| 8/13/2008 | Iris M Kitamura | Director | Follow up with Chris on appeal & talk with NJ auditor. | $485.00 | 0.50 | $242.50 |
| 8/13/2008 | Mitchel Aeder | Partner | Conference call with J Nelligan (Milestone) & buyer regarding tax due diligence issues. | $700.00 | 1.60 | $1,120.00 |
| 8/14/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the June/July 2008 fee statement. | $400.00 | 0.70 | $280.00 |
| 8/14/2008 | Christos Vorillas | Senior Associate | Discussions with Client and John Verde on bundling activities in NYS. | $285.00 | 1.00 | $285.00 |
| 8/14/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Review PACER for the AHM third quarterly motion. | $225.00 | 0.80 | $180.00 |
| 8/14/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Review of Andrea Clark Smith's (PwC) July comments. | $225.00 | 0.20 | $45.00 |
| 8/15/2008 | Christos Vorillas | Senior Associate | Discussions with client and NIS auditor and Iris from Florham park office. | $285.00 | 2.20 | $627.00 |
| 8/15/2008 | Gregory Fetter | Director | Finalizing the federal and state refunds as a result of the Waterford acquisition. | $485.00 | 3.00 | $1,455.00 |
| 8/15/2008 | Iris M Kitamura | Director | Follow up audit information request for the auditor; call with the Paul O., NJ Division of Taxation; call with Christos V. regarding information. | $485.00 | 1.00 | $485.00 |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period August 1, 2008 through August 31, 2008**

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|-----------|
| 8/15/2008 | Michael Truscott | Director | Review workpapers and call with client. | $485.00 | 0.50 | $242.50 |
| 8/15/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Updating narrative and creating exhibits for 4th interim fee application. | $225.00 | 1.80 | $405.00 |
| 8/18/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the June/July 2008 fee statement. | $400.00 | 0.40 | $160.00 |
| 8/18/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the June/July 2008 fee statement. | $400.00 | 0.20 | $80.00 |
| 8/18/2008 | Iris M Kitamura | Director | Provide follow up information for auditor; discuss with Paul O. from the NJ Division of Taxation & confirm audit review date. | $485.00 | 0.50 | $242.50 |
| 8/18/2008 | Richard Daniele | Partner | Review of Mortgage Servicing Rights. | $700.00 | 1.00 | $700.00 |
| 8/18/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Updating narrative and exhibits based on Andrea Clark Smith's (PwC) review comments and changes. | $225.00 | 0.50 | $112.50 |
| 8/19/2008 | Gregory Fetter | Director | Refund preparation for client. | $485.00 | 2.00 | $970.00 |
| 8/19/2008 | Michael Truscott | Director | Tax workpaper review and respond to client e-mail regarding REIT status. | $485.00 | 1.00 | $485.00 |
| 8/19/2008 | Richard Daniele | Partner | Addressing AMT issues and providing feedback. | $700.00 | 1.00 | $700.00 |
| 8/20/2008 | Gregory Fetter | Director | Review of billing. | $485.00 | 0.50 | $242.50 |
| 8/20/2008 | Richard Daniele | Partner | Review contract for economic sale and asset allocation issues. | $700.00 | 2.00 | $1,400.00 |
| 8/21/2008 | Gregory Fetter | Director | Providing information to Rich Daniele to support fed tax return review. | $485.00 | 0.50 | $242.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
For the Period August 1, 2008 through August 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 8/21/2008 | Richard Daniele | Partner | Review contract and conference call regarding employment tax return. | $700.00 | 1.50 | $1,050.00 |
| 8/21/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Finalize fourth fee application, obtain signatures and distribute to counsel. | $225.00 | 0.30 | $67.50 |
| 8/22/2008 | Michael Truscott | Director | Discuss engagement with Emily C (PwC). | $485.00 | 0.50 | $242.50 |
| 8/22/2008 | Richard Daniele | Partner | Follow up with Mitch, Susan regarding status of employment tax return. | $700.00 | 1.50 | $1,050.00 |
| 8/22/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Drafting and submitting June and July GFS invoice. | $225.00 | 0.20 | $45.00 |
| 8/25/2008 | Michael Truscott | Director | Reviewing workpapers done by Emily C. (PwC). | $485.00 | 1.00 | $485.00 |
| 8/25/2008 | Richard Daniele | Partner | Review Employment Tax return. | $700.00 | 3.00 | $2,100.00 |
| 8/26/2008 | Gregory Fetter | Director | Continue review of the 2007 US federal tax return. | $485.00 | 1.00 | $485.00 |
| 8/26/2008 | Jennifer L. Deibel | Manager | Research Ohio Use Tax Amended Proof of Claim. Contact Rebecca Daum, ODOT Bankruptcy Division; Contact Cevan Sobeck, ODOT auditor. Internal correspondence regarding information determined from ODOT. | $380.00 | 1.00 | $380.00 |
| 8/26/2008 | Mitchel Aeder | Partner | Review APA regarding timing of sale of mortgage servicing business. | $700.00 | 1.50 | $1,050.00 |
| 8/26/2008 | Richard Daniele | Partner | Analysis of sale of subsidiary.. | $700.00 | 1.00 | $700.00 |
| 8/26/2008 | Robert Godwin | Director | Begin review of the 2007 Tax Return. | $485.00 | 2.00 | $970.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period August 1, 2008 through August 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 8/27/2008 | Andre Ferguson | Manager | Review of the 2006 Refund as a result of the acquisition of Waterfield. | $380.00 | 2.00 | $760.00 |
| 8/27/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review status of case/deliverables and update checklists appropriately. | $400.00 | 0.40 | $160.00 |
| 8/27/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the cash receipts documentation for 20% holdback. | $400.00 | 0.30 | $120.00 |
| 8/27/2008 | Emily Nell Cole | Associate | Review of workpapers PBC. | $205.00 | 2.50 | $512.50 |
| 8/27/2008 | Michael Truscott | Director | Reviewing workpapers done by Emily C. (PwC). | $485.00 | 2.00 | $970.00 |
| 8/27/2008 | Richard Daniele | Partner | Analysis of the Federal return review. | $700.00 | 2.00 | $1,400.00 |
| 8/27/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Draft 20% invoice for the Feb-April period and distribute to Mickey Young. | $225.00 | 0.50 | $112.50 |
| 8/28/2008 | Andre Ferguson | Manager | Review of 2006 Refund of Employment taxes from the acquisition of Waterfield. | $380.00 | 2.00 | $760.00 |
| 8/28/2008 | Emily Nell Cole | Associate | Review of PBC workpapers - research swaps and accretion accounts. | $205.00 | 3.00 | $615.00 |
| 8/28/2008 | Michael Truscott | Director | Discuss tax workpaper review with Emily C. (PwC). | $485.00 | 0.50 | $242.50 |
| 8/28/2008 | Mitchel Aeder | Partner | Call with client, C Grear, B Fernandes re timing of mortgage service sale. | $700.00 | 0.40 | $280.00 |
| 8/28/2008 | Richard Daniele | Partner | Conference call to discuss year of sale for subsidiary. | $700.00 | 1.10 | $770.00 |
| 8/29/2008 | Andre Ferguson | Manager | Review of 2006 Refund of Employment taxes from the acquisition of Waterfield. | $380.00 | 2.00 | $760.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period August 1, 2008 through August 31, 2008**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 8/29/2008 | Richard Daniele | Partner | Review of Employee Tax Return. | $700.00 | 0.50 | $350.00 |
| 8/29/2008 | Robert Godwin | Director | Review of the 2007 US federal from 1120 and related tax return workpapers for AHMC and selected subsidiaries performed at the request of Richard Daniele (PwC). | $485.00 | 3.50 | $1,697.50 |
| 8/30/2008 | Robert Godwin | Director | Continue review of the 2007 US federal tax return. | $485.00 | 1.50 | $727.50 |
| 8/31/2008 | Robert Godwin | Director | Complete the review of the 2007 US federal tax return. | $485.00 | 5.00 | $2,425.00 |
| **Grand Total Hours and Compensation for August 2008** | | | | | **105.90** | **$48,781.50** |