IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

          Debtor.

Chapter 11
Case No. 07-11047-CSS

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on October 15, 2008, copies of the foregoing Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under § 362 of the Bankruptcy Code were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: October 15, 2008
      Wilmington, Delaware

   **/s/ Maria Aprile Sawczuk**
Adam Hiller    (DE No. 4105)
Maria Aprile Sawczuk (DE No. 3320)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Rebecca L. Booth
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899