# EXHIBIT A

In re American Home Holdings, Inc., *et al.,* Case Nos. 07-11047-CSS (Chap. 11), *et seq.*

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5621 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 | 240 James Street<br>Escondido, CA 92027 |
| 5622 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 12994 Wintersun Way<br>Riverside, CA 92503 |
| 5623 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates And/Or MERS As Appropriate | 1355 Loma Avenue #304<br>Long Beach, CA 90804 |
| 5624 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 41438 Wood Rock Way<br>Centreville, VA 20121 |
| 5625 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19CB And/Or MERS As Appropriate | 16 Carlsbad Drive<br>Stafford, VA 22554 |
| 5626 | Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass-Through Certificates, Series 2005-J14 And/Or MERS As Appropriate | 22 Artist Lake Drive<br>Middle Island, NY 11953 |
| 5627 | Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass-Through Certificates, Series 2005-J14 And/Or MERS As Appropriate | 10020 Gander Court<br>Fredericksburg, VA 22407 |
| 5628 | Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass-Through Certificates, Series 2005-J14 And/Or MERS As Appropriate | 228 Artist Lake Drive<br>Middle Island, NY 11953 |
| 5629 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 535 N. Michigan Ave Apt. 2414<br>Chicago, IL 60611 |

| **Docket Nos.** | **Movant** | **Property Address** |
|---|---|---|
| 5630 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC2 Mortgage Pass-Through Certificates, Series 2006-OC2 And/Or MERS As Appropriate | 8731 Elm Dr. Des Plaines, IL 60016 |
| 5631 | The Bank Of New York As Trustee For The Certificate Holders CWMBS Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 5719 S St. Louis Ave. Chicago, IL 60629 |
| 5632 | HSBC Bank USA, National Association, As Trustee For The Holders Of The Certificates Issued By Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR1 And/Or MERS As Appropriate | 10510 Milton Road Valley Springs, CA 95252 |
| 5633 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 15857 Sapphire Street Victorville, CA 92394 |
| 5634 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 3670 Asbury Circle Corona, CA 92882 |
| 5635 | CHL and/or MERS as appropriate | 29767 Fox Creek Dr. Sun City, CA 92586 |
| 5636 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC8, Mortgage Pass-Through Certificates, Series 2006-OC8 And/Or MERS As Appropriate | 1507 West Orange Ave. El Centro, CA 92243 |
| 5637 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 5022 Jalisco Avenue Coachella, CA 92236 |
| 5638 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3 And/Or MERS As Appropriate | 761 South Imperial Ave. Brawley, CA 92227 |
| 5639 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB2 Mortgage Pass-Through Certificates, Series 2006-HYB2 And/Or MERS As Appropriate | 3985 Hollyhock Lane National City, CA 91950 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5641 | HSBC Bank USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-ASAP1, Asset Backed Pass-Through Certificates | 7 Parrott Street Vallejo, CA 94590 |
| 5642 | HSBC Bank USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP6, Asset Backed Pass-Through Certificates | 48679 Valley Forge Drive Macomb, MI 48044 |
| 5644 | HSBC Bank USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-ASAP2, Asset Backed Pass-Through Certificates | 9656 Elmview Drive Oakland, CA 94603 |
| 5645 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 And/Or MERS As Appropriate | 3812 Lindermann Ave. Racine, WI 53405 |
| 5646 | U.S. Bank National Association, As Trustee For The Certificate Holders Of CSMC 2007-3 | 2203 Cedar Garden Dr. Orlando, FL 32824 |
| 5649 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 And/Or MERS As Appropriate | 7866 Apache Ridge Ct. #4-4 Manassas, VA 20109 |
| 5650 | HSBC Bank USA, National Association, As Trustee For The Holders Of The Certificates Issued By Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR1 And/Or MERS As Appropriate | 3353 Lady Catherine Cir. Triangle, VA 22172 |
| 5651 | The Bank Of New York As Trustee For The Benefit Of Alternative Loan Trust 2007-J1 Mortgage Pass-Through Certificates, Series 2007-J1 And/Or MERS As Appropriate | 297 Macdougal Street Brooklyn, NY 11233 |
| 5652 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC8, Mortgage Pass-Through Certificates, Series 2006-OC8 And/Or MERS As Appropriate | 9842 Town Lane Manassas, VA 20110 |
| 5653 | CHL And/Or MERS As Appropriate | 1162 Market Street Yuba City, CA 95991 |
| 5654 | CHL and/or MERS as Appropriate | 9818 Chestnut Avenue N Brooklyn Park, MN 55443 |
| 5655 | Countrywide Home Loans, Inc. For The Benefit Of NB Holdings Corporation And/Or MERS As Appropriate | 3439 N. Kedzie Ave. Chicago, IL 60618 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5656 | Countrywide Home Loans, Inc. For The Benefit Of NB Holdings Corporation And/Or MERS As Appropriate | 2817 Market St. Oakland, CA 94608 |
| 5657 | Countrywide Home Loans, Inc. For The Benefit Of NB Holdings Corporation And/Or MERS As Appropriate | 28 South Euston Road West Hempstead, NY 11552 |
| 5658 | CHL And/Or MERS As Appropriate | 2494 Eutaw Road Holly Hill, SC 29059 |
| 5659 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5 | 1348 Stallion Street Ranson, WV 25438 |
| 5660 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 21931 Tower Heights Rd. Cresteline, CA 92325 |
| 5661 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates And/Or MERS As Appropriate | 31733 Middlebrook Lane Menifee, CA 92584 |
| 5662 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 5836 Waveland Ave. Chicago, IL 60634 |
| 5663 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 455 Banfil St. St. Paul, MN 55102 |
| 5664 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 And/Or MERS As Appropriate | 7581 Pine St. Manassas, VA 20111 |
| 5665 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC2 Mortgage Pass-Through Certificates, Series 2006-OC2 And/Or MERS As Appropriate | 11468 Willows Green Glen Allen, VA 23059 |
| 5666 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC4, Mortgage Pass-Through Certificates, Series 2006-OC4 And/Or MERS As Appropriate | 12101 Hunter Hill Way #A&B El Paso, TX 79936 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5667 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 And/Or MERS As Appropriate | 23117 Camino Dr. Galveston, TX 77554 |
| 5668 | LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-WMC2 | 11172 Orion Ave. Mission Hills, CA 91345 |
| 5669 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates And/Or MERS As Appropriate | 314 South Michigan St Redlands, CA 92373 |
| 5670 | Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass-Through Certificates, Series 2005-J14 | 13842 Via Real Desert Hot Spring, CA 92240 |
| 5671 | CHL and/or MERS as appropriate | 5873 Trellis Court Powder Springs, GA 30127 |
| 5673 | Countrywide Home Loans | 12629 Fireside Lake Rd. New Auburn, WI 54757 |
| 5674 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC8,Mortgage Pass-Through Certificates, Series 2006-OC8 And/Or MERS As Appropriate | 3245 Carolyn Circle Oceanside, CA 92054 |
| 5676 | The Bank Of New York As Trustee For The Certificate holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 27693 Via Real Romoland, CA 92585 |
| 5677 | Countrywide Home Loans And/Or MERS As Appropriate | 8782 Galty Way Sacramento, CA 95828 |
| 5678 | HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP2, Asset Backed Pass-Through Certificates | Multiple Properties (see Exhibit A of Motion) |
| 5680 | Countrywide Home Loans And/Or MERS As Appropriate | 5640 Riverside Drive # 8 Chino, CA 91710 |
| 5681 | HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP3, Asset Backed Pass-Through Certificates | Multiple Properties (see Exhibit A of Motion) |
| 5682 | Countrywide Home Loans And/Or MERS As Appropriate | 704 Fownes Ct Bakersfield, CA 93307 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5683 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC8,Mortgage Pass-Through Certificates, Series 2006-OC8 And/Or MERS as Appropriate | 11921 Taylor Street Riverside, CA 92503 |
| 5684 | HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates | Multiple Properties (see Exhibit A of Motion) |
| 5685 | U.S. Bank National Association, As Trustee For the Holders Of CSAB 2007-1 And /Or MERS As Appropriate | 1224 Wild Horse Drive Heber, CA 92249 |
| 5687 | The Bank Of New York, As Indenture Trustee, For CWALT, Inc., GSC Alternative Loan Trust Notes, Series 2006-2 And/Or MERS As Appropriate | 12983 Acacia Avenue Desert Hot Springs, CA 92240 |
| 5688 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 And/Or MERS As Appropriate | 26415 Santa Andrea St. Loma Linda, CA 92354 |
| 5689 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 And/Or MERS As Appropriate | 9337 Emily Street Elk Grove, CA 95624 |
| 5690 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. Countrywide Home Loans Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 1589 Buckeye Drive El Cajon, CA 92021 |
| 5691 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 25241 Todd Drive Moreno Valley,CA 92553 |
| 5692 | The Bank Of New York As Trustee For The Certificate Holders CWMBS Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 2827 Skyline Drive Lemon Grove, CA 91945 |
| 5693 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 7916 Granite Park Street Bakersfield, CA 93313 |
| 5694 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-through Certificates And/Or MERS As Appropriate | 7374 Cassidy Road Valley Springs, CA 95252 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5695 | HSBC Bank USA, N. A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates And/Or MERS As Appropriate | 3954 Roxton Ave. Los Angeles, CA 90008 |
| 5696 | Countrywide Home Loans, Inc. For The Benefit Of E-Trade Bank | 625 S Dale St. Anaheim, CA 92804 |
| 5699 | HSBC Bank USA, N. A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates And/Or MERS As Appropriate | 12561 Kenwood Lane Tustin, CA 92780 |
| 5700 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 4655 Calle Del Palo Oceanside, CA 92057 |
| 5701 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 937 Kenwood Street Inglewood, CA 90301 |
| 5702 | The Bank Of New York As Trustee For The Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-Hyb 1 Mortgage Pass-Through Certificates, Series 2006-HYB1 And/Or MERS As Appropriate | 1900 Glendon Court Bakersfield, CA 93309 |
| 5703 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 And/Or MERS As Appropriate | 639 East 7th St. National City, CA 91950 |
| 5704 | The Bank Of New York As Trustee For The Certificate Holders CWABS, Inc. Mortgage-Backed Notes, Series 2006-1 And/Or MERS As Appropriate | 2154 Corona Ave. Norco, CA 92860 |
| 5712 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates And/Or MERS As Appropriate | 355-355 1/2 East 62nd St. Los Angeles, CA 90003 |
| 5729 | La Salle Bank N.A. As Trustee For Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR7 Trust | 4986 Crooked Stick Way Las Vegas, NV 89113 |
| 5956 | Bank of America, National Association | 3011 Southern Avenue Temple Hills, MD 20748 |
| 5957 | CitiGroup Global Markets Realty Corp. | 4315 Basil Leaf Avenue North Las Vegas, NV 89031 |
| 5958 | CitiGroup Global Markets Realty Corp. | 10610 South Perry Avenue Chicago, IL 60628 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5959 | U.S. Bank, National Association, as Trustee for CMLTI 2007-AR1 | 1104 Alexander Court Streamwood, IL 60107 |
| 5960 | US Bank National Association, as Trustee for CMLTI 2007-AR7 | 2126 Tanglewood Drive Sarasota, FL 34239 |
| 5961 | Deutsche Bank National Trust Company, as Trustee for HALO 2006-2 | 2921 Scratch Gravel Road Marion, VA 24354 |
| 5962 | Deutsche Bank National Trust Company, as Trustee for HALO 2006-2 | 14250 Northwest 22nd Avenue Opa Locka, FL 33054 |
| 5963 | U.S. Bank National Association, as Trustee for BAFC 2007-1 | 14632 Bridgeport Circle Magalia, CA 95954 |
| 5964 | U.S. Bank National Association, as Trustee for BAFC 2007-1 | 8474 Summer Breeze Lane Springfield, VA 22153 |
| 5965 | CitiGroup Global Markets Realty Corp. | 1704 West Marie Street Pasco, WA 99301 |
| 5976 | Wells Fargo Bank, NA | 56 West Corriente Queen Creek, AZ 85243 |
| 5977 | CitiGroup Global Markets Realty Corp. | 7217 49th Place East Palmetto, FL 34221 |
| 5978 | U.S. Bank, National Association, as Trustee for CMLTI 2007-AR1 | 6644 Carnation Avenue Sacramento, CA 95822 |
| 5979 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-BAR1 | 1913 Weekend Lane Odessa, FL 33556 |
| 5980 | REO Properties Corp. | 40-18 70th Street Woodside, NY 11377 |
| 5981 | HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2 | 8542 South Normal Avenue Chicago, IL 60620 |
| 5982 | U.S. Bank National Association, as Trustee for BAFC 2007-2 | 5805 Supra Place Riverdale, MD 20737 |
| 5983 | U.S. Bank National Association, as Trustee for BAFC 2007-4 | 6504 Bridle Path Drive Matteson, IL 60443 |
| 5984 | U.S. Bank National Association, as Trustee for BAFC 2007-3 | 324 Chadwick Acres Sneads Ferry, NC 28460 |
| 5985 | HSBC Bank USA, as Trustee for MANA 2007-AF1 | 5309 Gilchrist Street Naples, FL 34113 |
| 6002 | Aurora Loan Services | |
| 6013 | Wells Fargo Bank, N.A. | 10939 Hellebore Road Charlotte, NC 28213 |
| 6014 | HSBC Bank USA, as Trustee for BS ALT A 2005-3 | 1752 West Joseph Street Yuba City, CA 95993 |
| 6015 | HSBC Bank USA, National Association as Trustee for WFALT 2007-PA06 | 5661 Riverside Drive, Coral Springs, FL 33067 |
| 6016 | HSBC Bank USA, National Association as Trustee for WFALT 2007-PA06 | 2751 South Ocean Drive #PH-2S Hollywood, FL 33019 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 6017 | US Bank National Association, as Trustee for the Holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 200 Check | 1534 West Rue James Place Palatine, IL 60067 |
| 6018 | US Bank National Association, as Trustee for CMLTI 2007-10 | 16970 Marygold Avenue Fontana, CA 92335 |
| 6019 | HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-AF1 | 5142 Spring Branch Blvd. Dumfries, VA 22026 |
| 6020 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5 | 6631 Greene Street Hollywood, FL 33024 |
| 6021 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5 | 5152 Brooketree Drive Charlotte, NC 28208 |
| 6022 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-5 | 14756 North 138th Lane Surprise, AZ 85379 |
| 6023 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6 | 10311 Club Circle Tampa, FL 33618 |
| 6024 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 | 8618 Beekman Place Alexandria, VA 22309 |
| 6025 | HSBC Bank USA, National Association, as Trustee for NAAC Mortgage Pass-Through Certificates, Series 2007-1 | 337 Pershing Street Dunedin, FL 34698 |
| 6026 | Deutsche Bank National Trust Company, as Trustee for Mortgage Pass-Through Certificates Series 2006-2 | 2319 Golden Chapel Road Odenton, MD 21113 |
| 6027 | Deutsche Bank National Trust Company, as Trustee for Mortgage Pass-Through Certificates Series 2006-2 | 1181 Wycoff Avenue Jacksonville, FL 32206 |
| 6028 | U.S. Bank National Association, as Trustee for BAFC 2007-1 | 6495 East Stacy Street Florence, AZ 85232 |
| 6029 | U.S. Bank National Association, as Trustee for BAFC 2007-1 | 1680 Slash Pine Place Oviedo, FL 32765 |
| 6030 | U.S. Bank National Association, as Trustee for BAFC 2007-3 | 7764 Maple Drive Maple Falls, WA 98266 |
| 6031 | Wells Fargo Bank, NA | 327 Pershing Street Dunedin, FL 34698 |
| 6032 | Wells Fargo Bank, NA | 21599 Oleander Avenue Perris, CA 92570 |
| 6033 | Quantum Servicing Corporation | 7717 Marth Court Edina, MN 55439 |
| 6034 | US Bank National Association, as Trustee of the Banc of America Funding 2007-4 | 815-817 Capitol Avenue Bridgeport, CT 06606 |
| 6035 | US Bank National Association, as Trustee for Banc of America Funding Corporation 2006-G | 1907 East Camino Miraval, Tucson, AZ 85718 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 6036 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 | 11752 Puerto Real Road Fontana, CA 92337 |
| 6037 | HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR3 | 14821 Hanover Pike Carroll County, MD 21155 |
| 6038 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4 | 5345 Lorilawn Drive Orlando, FL 32818 |
| 6039 | US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3 | 26309 80th Drive East Myakka City, FL 34251 |
| 6040 | HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2 | 5227 North Reserve Avenue Chicago, IL 60654 |
| 6041 | U.S. Bank National Association, as Trustee for BAFC 2006-8T2 | 32-38 80th Street East Elmhurst, NY 11370 |
| 6042 | US Bank National Association, as Trustee for Banc of America Funding 2007-4 | 260 Northeast 60 Street Fort Lauderdale, FL 33334 |
| 6043 | Wells Fargo Bank, NA | 303 Rain Water Way Glen Burnie, MD 21060 |
| 6044 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Pass-Through Certificates Series 2007-6 | 68 Danforth Avenue Jersey City, NJ 07305 |
| 6045 | Citigroup Global Markets Realty Corp. | 7824 Cloverdale Drive Waxhaw, NC 28173 |
| 6046 | HSBC Bank USA, National Association, as Trustee for MANA 2007-A1 | 401 South Grove Avenue Unit # 3E, Oak Park, IA 60302 |
| 6047 | Wells Fargo Bank, NA America's Servicing Company | 2084 Via Alba Palm Desert, CA 92260 |
| 6048 | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB4 | 7539 East Capri Avenue Mesa, AZ 85208 |
| 6049 | US Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2204-2 | 3608 Wild Willow Street Las Vegas, NV 89129 |
| 6050 | US Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-2 | 3912 North Harlem Avenue Chicago, IL 60630 |
| 6051 | HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF2 | 42-711 Corvado Street Indio, CA 92201 |
| 6052 | CitiGroup Global Markets Realty Corp. | 43017 Lago Stella Place Ashburn, VA 20148 |
| 6053 | US Bank National Association, as Trustee for Banc of America Funding 2007-4 | 13578 Adrian Court Woodbridge, VA 22191 |

# EXHIBIT B