October 9, 2008     Case No. 07-11047 (CSS)
                    (American Home Mortgage Holdings, Inc. (Debtor))
                    (Jeffrey A. Harmon (Claimant))

To:  United States Bankruptcy Court for the District of Deleware
     824 Market Street
     3rd floor
     Wilmington, DE 19801

From: Jeffrey Harmon
      6554 South Kearney Circle
      Centennial, CO 80111

RE: Response/Dispute to "NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1"

1. Debtor claims Claimant has no claim under the WARN Act. As a regional credit manager, claimant was a corporate employee, reporting directly to the Melville, NY office, and falls under the protection of the WARN Act as a "state dislocated" employee, and due 60-days of regular salary, equating to $16,666.67.

2. Debtor claims Claimant has no claim to his pro-rated annual bonus. As a part of claimants compensation package, claimant was due a bonus equivalent to 15% of his annual salary of $100,000, equating to a bonus of $15,000/year. (See attached employment contract.) Claimant performed all duties and responsibilities consistent with the policies procedures, and practices of the company until employment was discontinued due to no fault of his own, and is owed the pro-rated bonus for the 8-months served, equating to $10,000. Debtor set a precedence for paying out the pro-rated bonus when the pro-rated bonus was paid for the 5-months claimant performed his duties of his position from August 1, 2006 through December 31, 2006.

3. No other modifications to this claim will be disputed.

_[signature]_                                10-9-2008

Jeffrey A. Harmon - Claimant                 Date



**American Brokers Conduit**
Your Partner in Success

July 17, 2006

Mr. Jeffrey Harmon
6554 South Kearney Circle
Centennial, CO 80111

Dear Jeffrey:

I am pleased to offer you a new assignment with American Brokers Conduit, a division of American Home Mortgage (the "Company"). This letter sets forth the key terms and conditions of your continued employment with the Company.

You will be employed as a Regional Credit Manager, Western Division commencing on August 1, 2006, and you will report to Colleen Devine, VP, Chief Wholesale Credit Manager. You are expected to devote all your business time and attention to your duties, and perform your duties and responsibilities consistent with the policies, procedures and practices of the Company.

You will be paid an annual salary of $100,000.00, less applicable taxes and other appropriate withholdings, which will be paid to you in accordance with the Company's payroll practices.

In addition, you will be eligible to receive an annual bonus (the "Bonus"), the amount of which will be determined by the Company based on an evaluation of your overall performance during the year. The targeted amount of the Bonus will be 15% of your base salary, but the amount awarded, if any, may be less or greater than the targeted amount in the sole discretion of the Company. The Bonus for a given year will be paid on the first available pay date in April of the succeeding year. You will earn and receive the Bonus only if you are employed with the Company as of the scheduled payment date.

You will continue to be eligible to participate in such benefit programs that the Company may from time to time maintain for employees of your level. These benefits include Health, Dental, and Vision, as well as 401(k), life insurance, short and long term disability, and flexible spending accounts. Your participation in such benefit programs may be subject to applicable waiting periods, and the Company may modify, substitute, or eliminate such benefits in its discretion.

You will also continue to be eligible to receive vacation and sick/personal benefits. Your accrual and/or use of vacation and sick/personal days will be governed by the Company's policies, procedures, and practices.

You will remain an employee-at-will. This means that either you or the Company may end your employment at any time, with or without cause, and with or without notice.

Your employment also remains contingent upon your having and maintaining authorization to work in the United States.

Should you choose to accept this offer, please confirm by signing and returning this letter to me.

JMH

I look forward to having you take on this new role on our team.

Sincerely,

*Colleen Devine*
Colleen Devine
VP, Chief Wholesale Credit Manager

Agreed and accepted.

*Jeffrey Harman*     07-18-2006
Jeffrey Harman          Date