October 8, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

In Re: American Home Mortgage Holdings, Inc., Delaware Corporation, et al.
Case No. 07-11047 (CSS)
Claim #670800

Dear Judge Sontchi:

I am writing in response to the "Notice of Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," which I received, as a claimant in the above-cited case.

As a former employee of American Home Mortgage (the Debtors), I am submitting this letter as my response to the "Objection."

Please accept the attached documentation as my re-assertion that I am entitled to the originally submitted claim amount, based on the attached proof of salary and hours owed to me by American Home Mortgage (the Debtor) for unused sick/personal days and unused vacation days.

Thank you for your consideration in this matter.

Sincerely,
DD Halpern

193 N. Albany Avenue
Massapequa, NY 11758
516-313-9541 (mobile)
516-454-8185 (home)


Enclosures


cc: Counsel for the Debtors
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801

## CLIENT QUESTIONNAIRE - AMERICAN HOME MORTGAGE

Please provide us with the following information:

Your Name __DD Halpern__    Address __193 N. Albany Ave, Massapequa, NY 11758__

Your Telephone / Cell phone __516-313-9541__

Your position and title at AHM __Marketing Specialist__

The address of the facility at which you worked: __35 Pinelawn Rd, Melville, NY 11747__

Date of hire: __Sept. 26, 2005__

Date of termination: __Aug. 3, 2007__

State the approximate total number of employees at the facility where you worked prior to the mass layoff or plant closing: __17 (The marketing dept, which I was part of, was located at this "satellite" office, ~~~~~~~ due to lack of room for us in the main building)__

State the total approximate number of employees terminated at the facility at which you worked and the approximate date(s) of their terminations: __1,500 ?__   __on or about Aug 3 2007__

Please return the Questionnaire in the enclosed envelope or fax to:

612-215-6870
or
212-977-4005

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

In Re:
American Home Mortgage Holdings, Inc., et al.
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held
Case No. of Debtor

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

DD Halpern
193 N. Albany Ave.
Massapequa, NY 11758

Telephone number: 516-313-9541
Email Address: Tropicgal44@yahoo.com

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces  ☐ amends a previously filed claim, dated: ____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other _Unused vacation days + unused sick days_ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 1 0 1 0
   Unpaid compensation for services performed
   from _____ to _____
   (date)     (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. **Total Amount of Claim at Time Case Filed:** $ ___— ___ + ___— ___ + _2311.11_ = $_2311.11_
   (unsecured nonpriority) (secured) (unsecured priority) (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _2311.11_
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   THIS SPACE IS FOR COURT USE ONLY

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 12/26/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

_[signature]_ DD Halpern

**Accrual Balances and Projections**

Use the browser's Print command to print this page.

**Date Selected:** 8/02/2007  
**Name:** Halpern, Dd  

**Printed:** 8/02/2007  
**ID:** R4F0024495

| Accrual Code | Accrual Type | Period Ending Balance | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance w/o Proj. Credits |
|---|---|---|---|---|---|---|---|
| Carry Over Vacation | Hour | 0.0 | 8/02/2007 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sick Personal | Hour | 30.0 | 8/02/2007 | 0.0 | 0.0 | 30.0 | 30.0 |
| Vacation | Hour | 22.0 | 8/02/2007 | 0.0 | 0.0 | 22.0 | 22.0 |

**Earnings Statement** 

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 06/16/2007
Period Ending: 06/30/2007
Pay Date: 07/10/2007

00000005202
DD HALPERN
193 N ALBANY AVE
MASSAPEQUA, NY 11758

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 4
 NY: 4

Social Security Number: XXX-XX-1010

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3333.33 | 60.00 | 3,333.33 | 42,999.96 |
| Sick | | 15.00 | | |
| Retro | | | | 432.48 |
| **Gross Pay** | | | **$3,333.33** | 44,503.21 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -458.88 | | 6,270.76 |
| Social Security Tax | -203.94 | | 2,723.68 |
| Medicare Tax | -47.69 | | 636.99 |
| NY State Income Tax | -163.75 | | 2,209.79 |
| NY SUI/SDI Tax | -1.30 | | 16.90 |
| Other | | | |
| Checking | -2,213.70 | | |
| Dental Pre-Tax | -19.07* | | 247.91 |
| Ins Pretax Epr | -25.00* | | 325.00 |
| 401K | -200.00* | | 2,167.22 |
| T & E Reemburs | | | -79.72 |
| **Net Pay** | | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,089.26



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000275291
Pay date: 07/10/2007

Deposited to the account of
DD HALPERN

| account number | transit ABA | amount |
|---|---|---|
| 706436309 | 2214 7577 | $2,213.70 |

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

NON-NEGOTIABLE



Re:  Case No. 07-11047 (CSS)
     Claim #6708

For:
DD Halpern
193 N. Albany Ave.
Massapequa, NY 11758

Note: Copies of AHM Earnings Statement and Accrual Balances and Projections are attached as reference.

**Breakdown of salary into hourly wage – indicating amount owed to me for unused vacation and sick/personal days:**

Bi-weekly Salary:  $3,333.33 ($1,666.665 per week)

$1,666.665 ÷ 37.5 hour work week = $44.444 per hour wage

Sick/Personal days owed to me = 30 hours
30 hours x 44.444 per hour = $1,333.32

Vacation days owed to me = 22 hours
22 hours x 44.444 per hour = $977.768

$1333.32      (Sick/Personal)
 977.768      (Vacation)
_____

$2,311.088  Total owed to me

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  )
  )  Chapter 11
AMERICAN HOME MORTGAGE  )
HOLDINGS, INC., Delaware corporation, et al.,  )  Case No. 07-11047 (CSS)
  )
Debtors.  )  Jointly Administered
  )
  )
  )
  )  Objection Deadline: October 15, 2008 at 4:00 p.m. (ET)
AHM OB19 9/22/2008 (merge2.bxnum2) 4000099164 EPIQ Use - 38  )  Hearing Date: October 22, 2008 at 10:00 a.m. (ET)

HALPERN, DD
193 N. ALBANY AVE.
MASSAPEQUA, NY 11758

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: HALPERN, DD
193 N. ALBANY AVE.
MASSAPEQUA, NY 11758

**Basis For Objection:** Modified Amount Wrong Debtor Claim: Debtors' books and records show claim should be modified and reassigned to another case number

| Claim to be Reduced and Reassigned | Claim # | New Case # | Claim Amount | Modified Amount |
|---|---|---|---|---|
|  | 6708 | 07-11051 | Priority - $2,311.11 | Priority - $812.31 |

Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by modifying the amount of your claim as indicated above in the "Modified Amount" column listed above and by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before October 15, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON OCTOBER 22, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
→ Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession