**Response to Notice of Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1.**

**Regarding: Claim 2353 for Paul Parotti**

1) Regarding my claim for deferred compensation in the amount of $26,866.15, this was the balance according to the last statement I received from The Newport Group as of September 2007 (Exhibit 1 attached). The Newport Group was the custodian selected and retained by the Debtors. Furthermore, as evidenced by my respective final pay stubs for the calendar years 2006 and 2007, I contributed a total of $24,779.67 to my deferred compensation (Exhibit 2 attached). Because all records I have were provided by the Debtors' and their vendors I would assume there is no dispute as to their accuracy.

2) Regarding my claim for unreimbursed business expense amounts of $282.43, I followed the correct claims protocol as identified in the Debtors' online posting and submitted my reimbursement request on 8/31/07 (Exhibit 3 attached). These expenses were a result of my frequent business travel, and I had previously been reimbursed for all such expenses over a period of approximately 5 years without issue.

3) Regarding the Debtors' claim that I am not entitled to vacation pay because I was a "sales employee," there was nothing in my employment contract indicating whether I was a sales or non-sales employee. My contract specifically identifies me as an Assistant Vice President (A.V.P.) (Exhibit 4 attached), which according to the company handbook (Exhibit 5 attached) qualified me as officer, in which case I would be entitled to three to four weeks of vacation annually, depending on my tenure. The employee handbook does state that "full time commissioned employees" are not entitled to vacation pay, but that classification did not apply to me because 1) I fit into the separate specific vacation category Debtors created for officers (including Assistant Vice Presidents), 2) my employment contract stipulated that my compensation was based on bonus overrides and made no references to any commissions (that my pay stubs reflected commission pay is immaterial as it was inconsistent with and subsequent to my fully executed employment agreement), 3) My pay structure included a minimum guaranteed annual compensation of $140,000, which is inherently inconsistent with a commission structure and 4) during my tenure as an A.V.P. I took a vacation and was paid in full. Other officers in my department also took vacations and were paid in full. No discussions of "unpaid time off" were ever utilized by my supervisor, Steve Somerman, at any time. I was told I was eligible for vacation time throughout my tenure, and I relied on these statements.