# Exhibit 1

# Account Summary

**Reporting Period:**
**7/1/2007 - 9/30/2007**

American Home Mortgage Holdings, Inc.



**Paul Parotti**
1502 Clay St.
Newport Beach, CA 92663-5333

**Social Security Number**
***-**-4520

**Status**
Active

*The personal rate of return is the dollar-weighted compounded rate of return of your individual account and your entire account balance over the time period of this report. This method takes into account when and how much you invest, as well as the performance of the funds in which you invest. Past results do not predict future results.*

### Activity Summary

| | Beginning Balance | Contributions & Other Credits | Withdrawals & Other Debits | Transfers | Earnings Gain/Loss | Ending Balance |
|---|---|---|---|---|---|---|
| Model Portfolio - Aggressive | 25,184.08 | 1,425.56 | 0.00 | 0.00 | 256.51 | 26,866.15 |
| **Totals** | **25,184.08** | **1,425.56** | **0.00** | **0.00** | **256.51** | **26,866.15** |

Details of credits and debits are on the following page.

**Current Balance by Asset Type**

- Model Portfolio - Aggressive 100%
- Total 100%

### Investment Summary

| | Your Investment Elections | Beginning Share Price | Beginning Share Balance | Beginning Market Value | Ending Share Price | Ending Share Balance | Ending Market Value |
|---|---|---|---|---|---|---|---|
| Model Portfolio - Aggressive | 100% | 15.067 | 1,671.471 | 25,184.08 | 15.215 | 1,765.759 | 26,866.15 |

Your account balance and the returns on your account are based on the investment options you have selected. To maintain the benefits of the Plan, you do not directly own the underlying securities or any other assets of American Home Mortgage Holdings, Inc. Please review the information on your statement and notify your plan sponsor of any questions or corrections. If you do not notify your plan sponsor, we will assume the information on this statement is correct. Corrections will be reflected on a subsequent statement.