# Exhibit 2

PAYROLL ACCOUNT  
538 BROADHOLLOW RD  
MELVILLE NY 11747

Period Beginning:     08/01/2007  
Period Ending:        08/03/2007  
Pay Date:             08/08/2007

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal:  0  
  CA:  0

PAUL PAROTTI  
1502 CLAY ST  
NEWPORT BEACH, CA 92663

Social Security Number: XXX-XX-4520

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| lg | | | 1,606.15 | |
| Regular | | | | 11,600.00 |
| Appraisal Fees | | | | 750.00 |
| Commission | | | | 75,291.85 |
| Gross Pay | | | | 89,248.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -229.76 | 15,168.40 |
| | Social Security Tax | -99.58 | 5,442.99 |
| | Medicare Tax | -23.29 | 1,272.96 |
| | CA State Income Tax | -51.99 | 4,649.44 |
| | CA SUI/SDI Tax | | 500.33 |

Other  
| | | |
|---|---|---|
| Appraisal | | 750.00 |
| Dental Pre-Tax | | 286.05 |
| Ins Pretax Epr | | 375.00 |
| Ltd Epr | | 466.06 |
| Nq Dfcmp Base | | 580.00 |
| Nq Dfcmp Comm | | 7,604.19 |
| Pretax Vision | | 46.80 |
| Short Term Dis | | 143.10 |
| T & E Reemburs | | -8,176.83 |
| 401K | | 12,276.28 |

Your federal taxable wages this period are  
$1,606.15

© 2000 ADP, Inc.

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

| | |
|---|---|
| Period Beginning: | 12/01/2006 |
| Period Ending: | 12/15/2006 |
| Pay Date: | 12/22/2006 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  CA: 2

PAUL PAROTTI
1502 CLAY ST
NEWPORT BEACH, CA 92663

Social Security Number: XXX-XX-4520

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 86.67 | | |
| Awards | | | 200.00 | 200.00 |
| Commission | | | 13,877.23 | 185,602.55 |
| Gross Pay | | | | 185,802.55 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -3,426.17 | | 41,906.14 |
| Medicare Tax | -203.21 | | 2,686.92 |
| CA State Income Tax | -1,051.27 | | 12,798.11 |
| CA SUI/SDI Tax | | | 635.34 |
| Social Security Tax | | | 5,840.40 |
| **Other** | | | |
| Awards | -200.00 | | 200.00 |
| Dental Pre-Tax | -18.68* | | 149.44 |
| Ins Pretax Epr | -43.50* | | 348.00 |
| Ltd Epr | -58.82 | | 748.30 |
| Nq Dfcmp Comm | -1,387.72* | | 15,595.48 |
| Short Term Dis | -15.14 | | 149.93 |
| T&E Payback | | | 751.67 |
| 401K | | | 15,000.00 |
| **Adjustment** | | | |
| T & E Reemburs | +675.97 | | |
| Net Pay | | | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $12,627.33