# Exhibit 3

completed application to High Mark Life within 30 days of your
termination date. High Mark Life will contact the Benefits department to obtain employer information.

Q.     What about the Flexible Spending Accounts?
A.     The FSA will terminate as of your termination date. Any expenses incurred while you were employed will be re
amount you contributed. You have until October 31, 2007 to submit those claims.

If you are eligible for COBRA under the healthcare FSA, you can continue to contribute into your healthcare FSA :
basis after your employment terminates and for the rest of 2007. If you elect to continue your healthcare FSA acco
you must pay the post-tax COBRA premiums directly to ADP. You will be eligible to use the money in the acc
incur after your termination date through the month that your healthcare FSA COBRA coverage terminates. If yo
COBRA from the healthcare FSA, you will be receiving a separate COBRA notification for the healthcare FSA. Y
COBRA under the healthcare FSA if the amount of the COBRA premiums that you will be required to pay for CO
healthcare FSA for the rest of 2007 (including the 2% administrative charge) is less than the amount of the benefits
from the healthcare FSA for the balance of 2007.

Q.     What happens to disability?
A.     Short-term and long-term disability coverage will end on the last day of employment. These plans are not converti
Disability questions/claims can be directed to Karen Ullman and Courtney Dwyer or email HR Benefits@american

Q.     Can I still use the Employee Assistance Program (EAP)?
A.     Terminated employees and their family members may use Employee Assistance Program services through August
the EAP at 800-865-1044.

## BUSINESS EXPENSES
Q.     How do I submit unpaid business expenses?
A.     Mail your receipts to the following:

American Home Mortgage
Attn: Danis Taveras/Accounting Dept.
538 Broadhollow Rd.
Melville, NY 11738

Employees with American Express Corporate Cards are reminded that they are responsible for all personal expense
cards. Only eligible documented business expenses will be considered for reimbursement.

## POTENTIAL CLASS ACTIONS
Q.     I have been contacted about joining a class action against AHM involving the WARN Act. What is this about?
A.     The Worker Adjustment and Retraining Notification Act (WARN) Act is a federal law that requires employers in c
to provide notification 60 calendar days in advance of plant closings and mass layoffs. Under certain situations, an
permitted to provide less than 60 days notice, such as when the layoffs are caused by business circumstances that w
foreseeable at the time the notice normally would be required. The Company believes its layoffs were conducted in
law. Several former employees, however, have filed a complaint on their own behalf and on behalf of others alleg
was a violation of the WARN Act. If you were laid off you may be contacted about joining this lawsuit, but you ar
at this point to join. If you believe your layoff was not in accordance with the WARN Act you may file a claim.

## BANKRUPTCY CLAIMS PROCESS
Q.     What is the process for filing a claim?
A.     Claim forms and filings instructions are available in the Online Bankruptcy Information section of AHM's restructu
www.americanhm.com. However, you may not need to file a claim. In the next few weeks, American Home Mortg
list of debts with the bankruptcy court called the Debtor's Schedules of Assets and Liabilities. Access to these sche
available through the Americanhm.com website, via the 'Online Bankruptcy Information' link. If you are owed mo
should be listed by name in the schedules, with an amount that AHM believes is owed to you. American Home Mo
to you a pre-printed, customized Proof of Claim Form that ties to the debtor's schedules of liabilities. If you agree v
in the schedule of liabilities, you most likely will not need to file a claim. If you are not listed or disagree with the
will need to file a claim form.

Q.     How much will I be paid?
A.     The amount of payment on any claim will depend on the amount of remaining assets of the company which will be
various claimants as required by the Bankruptcy Code. American Home Mortgage is required to file a chapter 11 p
propose to pay creditors a certain percentage of their claims in accordance with the Bankruptcy Code. The chapter

August 31, 2007

Attn: Danis Taveras

RE:     Expense Reimbursement

Dear Ms. Taveras,

I am requesting reimbursement for the enclosed hotel receipt for $282.43.  This was originally part of an expense report titled "Ed's Barry Habib Events."  The receipt was not originally sent in a format that was acceptable to AHM and I was asked by T & E to resubmit that portion of the report.  I did as was requested but I never received reimbursement.  Please mail the reimbursement check to my attention at the following address:

1502 Clay St.
Newport Beach, CA 92663.

Thank you for your help!

Sincerely,


Paul Parotti

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| **145** ROOM | **PAROTTI/PAUL** NAME | **239.00** RATE | **DUPLICATE** DEPART | **18:47** TIME | **ACCT#** **1962** |
| **NSDB** TYPE | | | **07/17/07** ARRIVE | TIME | |

**AXXXXXXXXXXXXX2000**

ROOM CLERK    ADDRESS    PAYMENT

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 07/17 | TELECOMM  TELECOM | 9.95 | | |
| 07/17 | ROOM          145, 1 | 239.00 | | |
| 07/17 | ROOMTAX    145, 1 | 17.33 | | |
| 07/17 | TOURFEE    145, 1 | .24 | | |
| 07/17 | BID FEE    145, 1 | 1.00 | | |
| 07/18 | STIXX      2890 145 | 14.91 | | |
| 07/18 | CCARD-AX | | 282.43 | |
| | AXXXXXXXXXXXXX2000 | | | |
| | | | | .00 |



**SAN RAMON**

2600 Bishop Drive
San Ramon, California 94583
(925) 867 9200
Marriott.com/OAKSR

his statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. If the credit card company, for whatever reason, does not make payment on this account, you will remain solely responsible for the total amount due. If your charge constitute MATERIAL DATE 30 days or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees

6-2955C
Rev. 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



## PERSONAL CARDS

Site Help | Search | Contact Us | Log Out  ■ **VIEW ACCOUNTS**

HOME | PERSONAL CARDS | FINANCIAL SERVICES | TRAVEL | SMALL BUSINESS | CORPORATIONS | MERCHANTS

Summary of Accounts    Card Benefits    Shopping    Entertainment    Prepaid Cards    Apply for a Card

**CARD ACTIVITY** For PAUL A PAROTTI        **Learn About Your New Online Features**

TrueEarnings Card - 12000

Card: TrueEarnings Card          12000

Time Period: Recent Activity          Jul 2, 2007 to Present

Display: All Transactions

Search Transactions:

⊞ Additional Search Options

Closing Date: Aug 1, 2007

Learn About Your New Online Features
- View Your Billing Statement
- Print Options
- Download Card Activity
- View Year End Summary

To display the selections above, click **VIEW RESULTS**

## TRANSACTION DETAIL

LIST VIEW        GRAPH VIEW

Activity for  PAUL A PAROTTI -12000

⊞ Show or ⊟ Hide all details

First | Previous        Displaying 1-7 of 7 Transactions        Next | Last

| Date | Description | Amount |
|---|---|---|
| 07/19/2007 | MARRIOTT 337M2SANRMNSAM RAMON CA 1962 LODGING Reference No: 320072000200194394 More Detail | 282.43 |

First | Previous        Page 1 of 1        Next | Last

Dispute a Charge/Check Dispute Status        Transfer a Balance

Charges: 405.1
Credits: 0.0
Payments: -1,743.0

**PAY BILL**

## SUMMARY