# Exhibit 5

An employee who must be absent for an extended period of time due to an illness or off-the-job injury, may be eligible for benefits under a state mandated short-term disability plan. Eligibility varies by location. Please contact your Regional Director of Human Resources for more details.

American Home Mortgage offers leaves of absence in accordance with the Family and Medical Leave Act (please refer to the Company's Family and Medical Leave Act policy in this handbook).

## VACATION

*The following vacation policy goes into effect January 1, 2003; however, no employee employed by the Company on December 31, 2002 will receive less vacation time in the future than they currently receive today. All employees who had a vacation benefit on December 31, 2002 greater than the benefits in the following schedule will be "grandfathered" and will not lose vacation time as a result of the following policy.*

Only full-time non-exempt, full-time commissioned (time away as described below), and full-time exempt employees and part-time employees working a minimum of 30 hours per week (excluding Assistant Vice President's and above) are eligible for vacation benefits described. Effective January 1, 2003, American Home Mortgage's vacation benefits will be as follows:

Only employees hired on or before June 30th of any year will be eligible for vacation during that calendar year.

Each January employees (provided they are eligible in accordance with the first paragraph of this section) will receive vacation time as outlined below:

- Two weeks per year          1-5 years of service
- Three weeks per year        6-10 years of service
- Four weeks per year         10 years of service

Full-time commissioned employees will be eligible for time away from the office consistent with the service schedule above and will be paid commission but not vacation pay. All officers (Assistant Vice President and above) hired before June 30th of any year are eligible for three (3) weeks vacation for each year and will receive vacation time as outlined below:

- Three weeks per year
- Four weeks per year
- Five weeks per year

1-5 years of service

Over 5 years of service

15 years of service for Senior Vice Presidents and above

New employees who have used and are paid for any vacation during their first six (6) months of employment and who subsequently resign within the first six (6) months will be considered not to have earned this time, and the Company will deduct the time from their final paycheck.

*All vacation time must be used during the year in which it is earned except that in situations where an employee cannot use all of his or her vacation time during the year it was earned due to business demands, the employee may carry over a maximum of one week of unused vacation time into the next calendar year.* *Any carried over vacation time must be used within the first quarter of the following year. Under no circumstances will employees be paid for unused vacation time.*

Procedure to Schedule Vacation

a) Employees eligible for vacation should submit vacation requests to their supervisors. The Company will attempt to accommodate vacation requests. However, the approval or denial of vacation requests is within the sole discretion of the Company. Non-exempt employees may request time off in half (½) or full day increments only.

b) Vacations must be planned early, *with a minimum of two weeks advance notice*, to allow supervisors time to provide appropriate coverage for vacationing employees.

c) Impermissible Requests for Vacation. Vacation time may not be used before it is earned. Using a vacation before the period the time is earned is considered borrowing from future vacation accrual and is not allowed.

d) Termination of Employment. Upon cessation of employment, employees will be compensated for unused vacation time as follows:

- Employees who are eligible to receive two weeks paid vacation and who resign within the first six months of the year are eligible to be paid for up to one week of vacation upon termination less any used vacation through the termination date. Employees who

terminate in the second half of the year are eligible for up to two weeks vacation pay less any used vacation time that year.

- Employees on a three or four week schedule whose employment is terminating will be eligible for payout of vacation according to the following schedule: 50% of annual vacation allotment paid if the termination occurs in the first half of the year. If termination occurs during second half of the year, the maximum payout will be equal to the lesser amount of two weeks of unused vacation time or $6,000.

- Employees must provide two weeks written notice of resignation to the Company to be eligible to receive payment of unused and earned vacation time, except as otherwise provided by state law. Once an employee gives notice of termination, the Company does not permit vacation time to be taken as paid days off during the two-week termination period. This is a critical timeframe in which the terminating employee is needed to assist in a smooth transition.

## SICK AND PERSONAL DAYS

*The following sick and personal day policy goes into effect January 1, 2003; however, no employee working at the company on December 31, 2002 will receive less sick and personal days in the future than they currently receive today. All employees who have an annual allowance of more than seven sick and personal days on December 31, 2002 will be "grandfathered" and will not lose sick and personal days as a result of the following policy.*

All regular full time exempt and full time non-exempt employees who were employees of the company on January 1 of a given year will receive seven paid Sick / Personal Days for that calendar year. The sick and personal days will become available on January 1 and are to be used throughout the year for sick and personal time off. Non-exempt employees may take personal / sick time in half (½) day or full day increments.

Full time exempt and full time non-exempt employees who were not employees of the company on January 1 (new hires) will receive one Sick / Personal Day for every 1.71 months of completed employment continuing through December 31. <u>Employees, who have used all of their sick / personal days and, are subsequently absent, will not be paid for unworked time (additional absence).</u>