UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,  Chapter 11
INC., et al.

                                                                Case No. 07-11047 (CSS)

                 Debtor.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on October 15, 2008, I served a copy of the attached *RESPONSE OF BARON O'BRIEN TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1* on the parties listed on the attached service list via first class mail.

                                                                James E. Huggett, Esquire (#3956)

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Kara Hammond Coyle, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark Idelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen, LLP
488 Madison Ave, 14th and 15th Floors
New York, NY 10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801