UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,   Chapter 11
INC., et al.
                                   Case No. 07-11047 (CSS)
            Debtor.
------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on October 15, 2008, I served a copy of the attached *RESPONSE OF MICHAEL WHEELER TO DEBTORS' FIFTEENTH, EIGHTEENTH AND NINETEENTH OMNIBUS OBJECTIONS TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1* on the parties listed on the attached service list via first class mail.

                                    _____
                                    James E. Huggett, Esquire (#3956)

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Kara Hammond Coyle, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark Idelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen, LLP
488 Madison Ave, 14th and 15th Floors
New York, NY 10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801