# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
x                                                              Chapter 11
                                                               :
In re:                                                         : Case No. 07-11047 (CSS)
                                                               : (Jointly Administered)
American Home Mortgage Holdings, Inc., *et al,* [1]            :
                                                               Re: Docket Nos.: 6138
                                                               :
Debtors.

## ORDER PROVIDING THAT PARTIES SEEKING TO COMMENCE OR CONTINUE ANY ACTION TO FORECLOSE UPON A MORTGAGE LIEN LISTED IN THE NAME OF THE DEBTORS ARE NOT REQUIRED TO FILE MOTIONS TO LIFT THE AUTOMATIC STAY UNDER SECTION 362(D) OF THE BANKRUPTCY CODE

Upon the motion dated September 29, 2008, (the "Motion") of various servicers/mortgagees[2] (collectively, the "Movants"), by and through their counsel, for the entry of an order providing that parties seeking to commence or continue any act to exercise any rights and remedies upon interests in real property listed in the name of the Debtors are not required to file motions to lift the automatic stay under section 362(d) of the Bankruptcy Code; and upon the response dated October 15, 2008 of the Official Committee of Unsecured Creditors in the above-captioned cases; and sufficient notice having been provided and no other or further notice being required; and a hearing having been held on October 22, 2008; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2] The Stay Movants consist of Bank of America, N.A., Litton Loan Servicing, L.P., Ocwen Loan Servicing, LLC, Residential Credit Solutions, Inc., Saxon Mortgage Services, Inc., Wachovia, and Wells Fargo Home Mortgage.

1. The Motion is GRANTED in part and DENIED in part as set forth more fully hereinbelow. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. Pursuant to 11 U.S.C. § 362(d), to the extent that the automatic stay and/or any injunction(s) may otherwise be applicable, any party is hereby granted relief from the automatic stay and such injunction(s), and the automatic stay and such injunctions(s) are terminated, with respect to any interest in real property arising out of the Debtors' loan origination and servicing operating business which may now or sometime in the past have been deemed to be property of the Debtors ("Real Property"). Any party is hereby permitted to exercise their rights, if any, under applicable non-bankruptcy law against any Real Property, including but not limited to the foreclosure of any mortgage, deed of trust, or other interest or encumbrance thereupon.

3. Nothing in this order (i) shall constitute a determination that any of the Debtors holds any interest in Real Property, (ii) shall estop the Debtors from denying that they hold any interest in Real Property, or (iii) shall constitute a determination as to the validity, priority, or amount of any claim secured by Real Property asserted by any party.

4. The relief granted in this order shall not affect any substantive or procedural requirements for the exercise of rights and remedies against Real Property under applicable non-bankruptcy law, including but not limited to the requirement to give notice to any party.

5. The relief granted in this order shall apply without further order of the Court. Any party seeking to exercise its non-bankruptcy rights and remedies against Real Property shall not file a motion for relief from the automatic stay and shall not serve any documents related thereto upon the Debtors, the Committee or their respective counsel in these cases. Such professionals are hereby authorized to dispose of and discard all such foreclosure/extinguishment

pleadings and documents served upon them prior to or following the entry of this order. In the event a party nevertheless files a motion for relief from the stay in these chapter 11 cases, such a motion shall be deemed moot and will not be granted or otherwise entertained by this Court.

6. Movants' request in the Motion for a mechanism to obtain an order specific to a particular property or particular properties is denied.

7. The Clerk of the Court shall place a notation on the docket for these chapter 11 cases providing that: "The Court has granted relief from the automatic stay for parties to exercise any applicable rights and remedies against Real Property under applicable non-bankruptcy law. Parties seeking to exercise their non-bankruptcy rights and remedies against Real Property are ordered not to file motions for relief from the automatic stay. Parties are directed to Docket No. ___ for a copy of such order."

8. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: _____, 2008
Wilmington, Delaware

                                             THE HONORABLE CHRISTOPHER S. SONTCHI
                                             UNITED STATES BANKRUPTCY JUDGE