# MANAGEMENT *advisors*
### i n t e r n a t i o n a l

EXECUTIVE SEARCH CONSULTANTS

October 14, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:   Filing of Response to Objection
      (American Home Mortgage Holdings, Inc.)
      Claim No: 10482
      Claim Amount: $25,000.00
      Bar Date: January 11, 2008
      Date of Filing: August 25, 2008

May the United States Bankruptcy Court for the District of Delaware be advised that Management Advisors International, Inc. is responding to the objection of debtors, American Home Mortgage Holdings, Inc.

Our client, Mr. Rick Brown, was hired by American Home Mortgage at 111 Pacifica, Suite 305, Irvine, California as a Retail Branch Manager. When our company initially received the *Notice of Bar Dates for Filing of Proofs of Claim* regarding the Chapter 11 filing of American Home Mortgage, we were informed by the management of American Home Mortgage that he never began employment and as a result we did not respond. After the deadline for filing, we learned that Mr. Brown did in fact begin employment with American Home Mortgage on 8/1/07 and one week later the company filed for bankruptcy. Therefore in August 2008 we initiated our claim after learning of the true facts surrounding Mr. Rick Brown's employment.

Management Advisors International, Inc., in good faith, provided the requested person for the position of Retail Branch Manager. Not until he arrived at his new position did he know of the Chapter 11 Bankruptcy.

It is our hope that the erroneous information provided to us by American Home Mortgage, causing our initial non-action, will not deter the court from allowing our claim to be submitted. Many hours of hard work has been lost as well as the commission for placement of Mr. Brown. Mr. Brown has also suffered unjustly, leaving his prior position in good faith to go to an undisclosed non-position with American Home Mortgage.

Enclosed is a copy of the original invoice for the placement of Mr. Rick Brown along with a copy of the Objection Deadline Notice.

We respectfully submit our Response to the Objection.

Sincerely,

William J. Castell, Jr.
President and CEO


Cc:   Young Conaway Stargatt & Taylor, LLP
      James L. Patton, Jr. (No. 2202)
      Pauline K. Morgan (No. 3650)
      Edward J. Kosmowski (No. 3849)
      Kara Hammond Coyle (No. 4410)
      Nathan D. Grow (No. 5014)



**Management Advisors International, Inc.**
PO Box 3708
Hickory, NC 28603-3708

(828) 324-5772
(828) 324-4831 Fax

**INVOICE**

EXECUTIVE SEARCH CONSULTANTS

**Mr. Drew Waterhouse**
**Senior Vice President**
**American Home Mortgage**
111 Pacifica, Suite 305
Irvine, CA 92618

| | |
|---|---|
| Invoice Number: | **3911** |
| Invoice Date: | August 1, 2007 |
| Terms: | **Net Due Upon Receipt** |
| Federal ID #: | 59-2205492 |
| Account Executive: | Eric Levin |
| Branch Office: | Hickory, NC |

We appreciate your business.

| Position | Hiring Authority | Candidate | Start Date |
|---|---|---|---|
| Retail Branch Manager | Jose Hidalgo | Rick Brown | 8/1/07 |

Details:

Branch Manager - $25,000

| | |
|---|---|
| Total Amount Due: | $25,000.00 |

---

Important: Detach and Return This Portion With Your Payment.
To ensure proper credit, please write your invoice number on your check.

American Home Mortgage
111 Pacifica, Suite 305
Irvine, CA 92618

Inv #: 3911

Make check payable and remit to:

**Total Amount Due:**
**$25,000.00**

Thank you for using
Management Advisors International, Inc.

**Management Advisors International, Inc.**
Post Office Box 3708
Hickory, NC 28603-3708

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: October 15, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: October 22, 2008 at 10:00 a.m. (ET) |

AHM OB18 9/22/2008 (merge2.txnum2) 4000209490  EPIQ Use - 40

MANAGEMENT ADVISORS INTERNAL
PO BOX 3708
HICKORY, NC  28603-3708

## NOTICE OF DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** MANAGEMENT ADVISORS INTERNAL
PO BOX 3708
HICKORY, NC  28603-3708

**Basis For Objection:** Late Filed Claim - Claim was filed after the bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| **Claim to be Expunged** | 10482 | $25,000.00 | January 11, 2008 | August 25, 2008 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The claim listed above in the "Claim to be Expunged" row was filed after the bar date, January 11, 2008 at 4:00 p.m. (ET). As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

Responses to the Objection, if any, must be filed on or before October 15, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON OCTOBER 22, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession