IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.,*<br>                                    Debtors. | Chapter 11<br>Case Nos. 07-11047 (CSS)<br><br>Related D.I. No. 2465 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BY
AND AMONG THE DEBTORS AND IRON MOUNTAIN INFORMATION
MANAGEMENT, INC. REGARDING ADMINISTRATIVE CLAIMS**

The undersigned, counsel for Iron Mountain Information Management, Inc., hereby certifies that the Debtor has approved the terms in the attached *Stipulation By and Among the Debtors and Iron Mountain Information Management, Inc. Regarding Administrative Claims* (the "Stipulation") attached hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that the Court enter the Order approving the Stipulation and attached hereto as Exhibit "B".


Dated: October 16, 2008         ARCHER & GREINER, P.C.


                                /s/ Charles J. Brown, III
                                Charles J. Brown, III (Bar No. 3368)
                                300 Delaware Avenue, Suite 1370
                                Wilmington, DE 19801
                                Telephone: (302) 356-6621
                                Fax: (302) 777-4352

                                *Attorneys for Iron Mountain Information
                                Management, Inc.*

3611755v1

# EXHIBIT 'A'

3611755v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              : Jointly Administered
Debtors.                                                      :
                                                              : Ref. Docket No.: 2465
------------------------------------------------------------- x

## STIPULATION BY AND AMONG THE DEBTORS AND
## IRON MOUNTAIN INFORMATION MANAGEMENT, INC. REGARDING
## ADMINISTRATIVE CLAIMS

This Stipulation (the "Stipulation") is entered into by and among the above-captioned debtors and debtors in possession (the "Debtors"), and Iron Mountain Information Management, Inc. ("Iron Mountain" and together with the Debtors, the "Parties").

## RECITALS

WHEREAS on August 6, 2007 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under title 11 of chapter 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS prior to and subsequent to the Petition Date, the Debtors have maintained various accounts with Iron Mountain for document and data storage and document shredding at various locations throughout the United States, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

WHEREAS on or about December 20, 2007, Iron Mountain filed its Motion to Compel Payment of Administrative Expenses [Docket No.2465] (the "Motion to Compel"). By the Motion to Compel, Iron Mountain asserted administrative expense claims in the amount of $140,208.99, plus interest and costs (the "Asserted Administrative Claim") for alleged postpetition services performed prior to December 17, 2007;

WHEREAS the Debtors dispute the validity and extent of the Asserted Administrative Claim;

WHEREAS on or about January 7, 2008, the Debtors wired $128,471.07 (the "Administrative Claim Payment") as partial payment for the Asserted Administrative Claim. The Debtors reserved the right to request a return of any fees determined to be on account of prepetition services and/or to offset such amounts with future postpetition invoices;

WHEREAS the Parties desire to resolve matters with respect to the Asserted Administrative Claim and the Motion to Compel.

**NOW, THEREFORE**, in consideration of the foregoing, the Parties hereby **STIPULATE AND AGREE** to the following:

1. The terms of this Stipulation are effective as of the date it is approved by this Court (the "Effective Date").

2. Iron Mountain shall be granted an administrative claim against American Home Mortgage Corp. ("AHMC") (Case No: 07-11051) in the amount of $7,500.00 (the "Administrative Claim Amount") in full satisfaction of all services performed by Iron Mountain between August 6, 2007 and December 17, 2007.

3. AHMC will use commercially reasonable efforts to pay the Administrative Claim Amount within ten (10) business days after the Effective Date, but in no event later than thirty (30) days after the Effective Date.

4. Upon payment of the Administrative Claim Amount, Iron Mountain will withdraw its Motion to Compel.

5. This Stipulation shall not prejudice or affect the Debtors' right to object or otherwise contest Claim No. 3852 or to assert further actions against Iron Mountain, including, but not limited to, actions under chapter 5 of the Bankruptcy Code, nor shall it prejudice or affect the Iron Mountain's rights to contest, defend, or otherwise respond to the Debtors' objections or actions.

6. This Stipulation shall not prejudice or affect Iron Mountain's right to file an administrative claim for the cost of services provided after December 17, 2007 or otherwise prejudice any cure claim or pre-petition claim of Iron Mountain, nor shall it prejudice or affect the Debtors' right to contest, defend, or otherwise respond to Iron Mountain's claims.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

8. Upon approval by this Court, this Stipulation shall be binding on and inure to the benefit of the Parties and their respective heirs and assigns.

9. This Stipulation may be executed in one or more counterparts, all of which taken together shall constitute one and the same instrument.

10. By executing this Stipulation, the Parties represent that each has the full authority to enter into the Stipulation.

AGREED AND ACCEPTED BY:

Dated:   Wilmington, Delaware
         October ___, 2008

<div style="margin-left: 40%">

**AMERICAN HOME MORTGAGE CORP.**

By: _____

Print: _Bret W Fernandes_

Its: _Director of Restructuring_

Date: _10/15/08_


**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**

By: _____

Print: _Charles J Brown_

Its: _Attorney_

Date: _10/6/08_

</div>

DB02:7320162.1                              4

# EXHIBIT 'B'

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[2]                              :
                                                                : Jointly Administered
        Debtors.                                                :
                                                                : Ref. Docket No.: _____
---------------------------------------------------------------- x

### ORDER APPROVING STIPULATION BETWEEN AMERICAN HOME MORTGAGE CORP. AND IRON MOUNTAIN INFORMATION MANAGEMENT, INC. REGARDING ADMINISTRATIVE CLAIMS

Upon consideration of the Stipulation Between American Home Mortgage Corp. and Iron Mountain Information Management, Inc. Regarding Administrative Claims (the "Stipulation") attached hereto as Exhibit A, and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the parties, their officers, employees and agents are authorized to take, or refrain from taking, any and all acts as are necessary or desirable to implement and effectuate the relief granted herein; and it is further

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that this Court shall retain jurisdiction over the parties hereto, the Stipulation and this Order, including, without limitation for the purposes of interpreting, implementing and enforcing their terms and conditions and the terms and conditions of any document arising thereunder.

Dated:
      Wilmington, Delaware

                                      THE HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing *Certification of Counsel* to be served via facsimile and CM/ECF upon the following:

Margaret B. Whiteman, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
Facsimile:  571-1253

Dated:  October 16, 2008                                           */s/ Charles J. Brown, III*
                                                                                    Charles J. Brown, III (No. 3368)

3611755v1