IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq.<br><br>Objections due by: November 3, 2008, 4:00 p.m.<br>Hearing Date: November 12, 2008 at 2:00 p.m. |

**NOTICE OF MOTION OF LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-7 TRUST**
**FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:   Parties listed on the Certificate of Service

   LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-7 Trust has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 37-28 97th St., Corona, NY 11368.

   **HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 12, 2008 AT 2:00 P.M.**

   You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion) on or before November 3, 2008 at 4:00 p.m. Eastern Time.  At the same time, you must also serve a copy of the response upon movant's attorneys:

>    Adam Hiller, Esquire
>    Maria Aprile Sawczuk, Esquire
>    Draper & Goldberg, PLLC
>    1500 North French Street, 2nd Floor
>    Wilmington, Delaware 19801
>    (302) 339-8776 telephone

   The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

   The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

*Movant: LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-7 Trust*
*D&G Reference: 219844*
*Property Address: 37-28 97th St., Corona, NY 11368*

-2-

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: October 16, 2008<br>Wilmington, Delaware | Respectfully submitted,<br><br>DRAPER & GOLDBERG, PLLC<br><br> /s/ **Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>Maria Aprile Sawczuk (DE No. 3320)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 339-8776 telephone<br>(302) 213-0043 facsimile<br><br>*Attorneys for Movant* |