IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :  Jointly Administered
                                                                :
                    Debtors.                                    :  Ref. Docket No. 5943
                                                                :
---------------------------------------------------------------- :
                                                                x

## CERTIFICATION OF COUNSEL REGARDING FOURTH INTERIM FEE REQUEST OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES: DOCKET NO. 5943

On September 16, 2008, Young Conaway Stargatt & Taylor, LLP ("YCST"), counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP for Compensation and Reimbursement of Expenses for the Period May 1, 2008 through July 31, 2008* (the "Request") [*see* Docket No. 5943]. By the Request, YCST sought interim approval of $1,566,007.00 in fees (the "Fees") and $172,606.38 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "Compensation Procedures Order") [*see* Docket No. 547]. Objections to the relief requested in the Application were due to be filed by October 6, 2008 (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

A hearing to consider the Request will be held on October 22, 2008 at 10:00 a.m. A hearing to consider the Third Interim Fee Request was held on August 18, 2008. At that time, the Court requested additional information regarding certain fee entries by professionals of YCST. Fee Applications for the months of May through June were filed prior to the August 18, 2008 hearing. Based on the comments by the Court at that hearing regarding certain fee entries of professionals of YCST, attached hereto as Exhibit A are the revised entries for the period May 1, 2008 through June 30, 2008.

Dated: Wilmington, Delaware
October 16, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession