**Exhibit A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
(800) 253-2234 (DE ONLY)

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**    American Home Mortgage Investment Corp.                                    06/19/2008

Alan B. Horn
538 Broadhollow Road
Melville, NY 11747

File No. 066585.1001

For Professional Services Rendered For:                                        Bill No.  40316016

**American Home Mortgage Investment Corp.**
**Billing Period Through May 31, 2008**

| | | |
|---|---|---|
| Total Fees......................................................................................... | $ | 632,685.00 |
| Total Expenses ................................................................................. | | 73,756.58 |
| Total............................................................... | $ | 706,441.58 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
File No. 066585.1001          Invoice No. 40316016                    06-19-2008

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/05/08 | Review and revise BofA issues/claims memorandum (2.0) and work with Patton re: same (.3) | SBEAC | B011 | 2.30 |
| 05/06/08 | Research (1.6) , drafting (1.7) and multiple correspondence (.3) and meetings with Zieg, Brady, Coyle and Grear (.5) re: BofA/Servicing Sale claims and issues memorandum | SBEAC | B011 | 4.10 |
| 05/09/08 | Draft memo re: BofA open issues (2.4), multiple correspondence (.2) and teleconferences/meetings with Taylor, Fernandes, Brady, Grear re: same (1.1) | SBEAC | B011 | 3.70 |
| 05/12/08 | Draft BofA settlement and litigation options memorandum (1.6), multiple correspondence from and to Taylor, Fernandes, Grear (.3) and work with Brady re: same (.2) and research re: cram-up issues (1.1) | SBEAC | B011 | 3.20 |

DB02:7473334.1                                                      066585.1001

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600
(800) 253-2234 (DE ONLY)

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**    American Home Mortgage Investment Corp.                     07/23/2008

Alan B. Horn
538 Broadhollow Road
Melville, NY 11747

File No. 066585.1001

For Professional Services Rendered For:                     Bill No.  40316912

**American Home Mortgage Investment Corp.**
**Billing Period Through June 30, 2008**

| | | |
|---|---:|---:|
| Total Fees................................................................................................ | $ | 529,795.00 |
| Total Expenses......................................................................................... | | 55,598.68 |
| Total.......................................................... | $ | 585,393.68 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

American Home Mortgage Investment Corp.
File No. 066585.1001                         Invoice No. 40316912                         07-23-2008

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/24/08 | Witness preparation of Semple (1.3) and Burzenski (2.8), review documents related to retention, return and destruction of mortgage loan files (1.8), teleconference with Freddie Mac counsel (.5), multiple correspondence to and from objectors and Ross (.2), work with Whiteman and Brady (.3) re: contested hearing on document destruction motion | SBEAC | B002 | 6.90 |
| 06/25/08 | Further witness preparation (.9), revise testimony questions (1.8) and draft argument (2.1) re: contested document destruction hearing | SBEAC | B002 | 4.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/20/08 | Review documents re: document destruction, retention and return issues in preparation for contested hearing (3.4) and work with Whiteman re: same (.2) | SBEAC | B006 | 3.60 |
| 06/23/08 | Multiple correspondence (.2) and teleconferences with Whiteman and creditors (.5), review documents (.7) and conferences with witnesses (1.1) in connection with document destruction motion and preparation for contested hearing | SBEAC | B006 | 2.50 |
| 06/26/08 | Review and revise documents (1.8), multiple correspondence to and from client and Grear (.3) re: non-performing loan sale issues | SBEAC | B006 | 2.10 |
| 06/27/08 | Teleconference with Grear, Vuolo, Pasternak, Fernandes and Lunn (.5), review and revise APA and sale motion (1.3), followup with Grear (.1) and followup with Fernandes (.2) re: sale of unencumbered non-performing loans | SBEAC | B006 | 2.10 |

066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

American Home Mortgage Investment Corp.
File No. 066585.1001          Invoice No. 40316912          07-23-2008

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/27/08 | Multiple review and revisions to Calyon settlement stipulation (2.2) and teleconferences with Tecce and Fernandes re: same (.4) | SBEAC | B007 | 2.60 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/04/08 | Multiple correspondence to and from Taylor, Zieg, Patton, Lunn, Brady, Wampler, Schonholtz and Alfonso re: BofA settlement (.5), Calyon settlement (.3) and Natixis litigation and potential settlement (.3) and review and revise term sheets and documents re: same (1.6) | SBEAC | B011 | 2.70 |
| 06/05/08 | Review and revise Calyon settlement Term Sheet (1.8), multiple teleconferences with Harbour, Taylor and Rice re: term sheet (1.0) | SBEAC | B011 | 2.80 |
| 06/20/08 | Review and revise Calyon settlement stipulation (.6), JPM issues list (.7) and BofA settlement stipulation (1.1) and multiple correspondence re: same (.2) | SBEAC | B011 | 2.60 |
| 06/26/08 | Calyon settlement issues, including: multiple review and revisions to settlement stipulation (1.5); teleconferences with Ackerly, Harbour, Tecce, Fernandes and Taylor (1.1), review Calyon POCs and other documents (.6) and work with Coyle re: drafting 9019 motion (.1) | SBEAC | B011 | 3.30 |

DB02:7473360.1          066585.1001