# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on October 15, 2008, a copy of the following document:

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S FIRST SET OF DISCOVERY REQUESTS IN CONNECTION WITH ITS MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSE ON MORTGAGE LOANS**

was caused to be served upon the parties identified below in the manner indicated.

John T. Dorsey, Esq.
Sharon M. Zieg, Esq.
Erin Edwards, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Debtors)
*Electronic Mail & Hand Delivery*

Dated: Wilmington, Delaware
       October 17, 2008

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone:   (302) 467-4400
Facsimile:   (302) 467-4450

- and –

519.005-22516.DOC

LOCKE LORD BISSELL & LIDDELL LLP
Thomas H. Grace
W. Steven Bryant
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone:    (713) 226-1200
Facsimile:    (713) 223-3717

Counsel to JPMorgan Chase Bank,
National Association

519.005-22516.DOC