## CERTIFICATE OF SERVICE

I, James S. Green, Jr., hereby certify that I am not less than 18 years of age, and that on the 17th day of October, 2008, I caused a copy of the foregoing **Notice of Service of Discovery Material** to be served upon the parties identified below in the manner indicated.

John T. Dorsey, Esq.
Sharon M. Zieg, Esq.
Erin Edwards, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Debtors)
*Hand Delivery*

Dated: October 17, 2008

James S. Green, Jr. (No. 4406)