IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[2]                              :
                                                                : Jointly Administered
        Debtors.                                                :
                                                                : Ref. Docket No.: 2465
---------------------------------------------------------------- x

### ORDER APPROVING STIPULATION BETWEEN AMERICAN HOME MORTGAGE CORP. AND IRON MOUNTAIN INFORMATION MANAGEMENT, INC. REGARDING ADMINISTRATIVE CLAIMS

Upon consideration of the Stipulation Between American Home Mortgage Corp. and Iron Mountain Information Management, Inc. Regarding Administrative Claims (the "Stipulation") attached hereto as Exhibit A, and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the parties, their officers, employees and agents are authorized to take, or refrain from taking, any and all acts as are necessary or desirable to implement and effectuate the relief granted herein; and it is further

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that this Court shall retain jurisdiction over the parties hereto, the Stipulation and this Order, including, without limitation for the purposes of interpreting, implementing and enforcing their terms and conditions and the terms and conditions of any document arising thereunder.

Dated: 10/17/08
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE