IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE : Chapter 11
HOLDINGS, INC., a Delaware :
Corporation, et al., :
　　　　　　　　　　　　　　　　　 :
　　　　　Debtors. : Bankruptcy Case No. 07-11047-CSS
　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　 : Jointly Administered
_____ :
　　　　　　　　　　　　　　　　　 :
DB STRUCTURED PRODUCTS, INC., :
　　　　　　　　　　　　　　　　　 :
　　　　　Appellant, :
　　　　　　　　　　　　　　　　　 :
　　v. : Civil Action No. 07-0773-JJF
　　　　　　　　　　　　　　　　　 :
AMERICAN HOME MORTGAGE :
HOLDINGS, INC., a Delaware :
Corporation, et al., :
　　　　　　　　　　　　　　　　　 :
　　　　　Appellees. :

**O R D E R**

WHEREAS, after hearing Oral Argument concerning the appeal in the above-captioned matter;

IT IS HEREBY ORDERED that this action is **REMANDED** to the Bankruptcy Court for consideration of the issues raised on appeal.

October 16, 2008
　　　Date

　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE