IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :   Jointly Administered
        Debtors.                                    :
-------------------------------------------------------------------- x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 22. 2008 AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.  Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

    Objection Deadline:  November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

    Related Document:

    a)  Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

    Objections Filed:  None

    Status: This matter has been resolved in part. The remainder of this matter will be adjourned to a date and time to be determined.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

Objections Filed:

a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

Status: This matter will be will be adjourned to November 12, 2008 at 10:00 a.m.

3.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to September 8, 2008 for the Debtors and Committee

Objections Filed:    None to date

Status: This matter will be will be adjourned by agreement to November 12, 2008 at 10:00 a.m.

4.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

Response Deadline:    April 24, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit A, attached

Related Document:

a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

5.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5602, 9/8/08]

b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

Status: This matter will be adjourned by agreement to November 25, 2008 at 10:00 a.m.

6.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Documents:

a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

7.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

8.     Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

   a)     Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:     See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

9.     Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

   a)     Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:     See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

066585.1001

10.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

11.  Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

12.  Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5461, 8/18/08]

Responses Filed:     See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

13.   Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Objection Deadline:   September 8, 2008 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

Objections Filed:     Please see Exhibit J, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

14.   Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:   September 8, 2008 at 4:00 p.m., extended to October 31, 2008 at 4:00 p.m.

Related Document:

a)     Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed: None to date.

Status: This matter will be adjourned by agreement to November 12, 2008 at 10:00 a.m.

DB02:7380202.1                                                                          066585.1001

15.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Objection Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

> a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Objections Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to November 12, 2008 at 10:00 a.m.

16.    Pre-Trial Conference: *Community Development Administration and M&T Bank v. American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-50633]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019.  This matter will be adjourned by agreement to November 12, 2008 at 10:00 a.m.

17.    Pre-Trial Conference: *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019.  This matter will be adjourned by agreement to November 12, 2008 at 10:00 a.m.

18.    Pre-Trial Conference: *American Home Mortgage Corp., d/b/a American Brokers Conduit, v. Attorneys' Title Insurance Fund, Inc.* [Adv. No. 08-51039]

Status: The parties have reached a settlement of the matter and are in the process of documenting the settlement to present it to the Court for approval pursuant to Fed. R. Bank. P. 9019.  This matter will be adjourned by agreement to November 12, 2008 at 10:00 a.m.

DB02:7380202.1                                                                              066585.1001

**UNCONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL**

19.    Motion for Relief from Stay – First Lien Foreclosures [See Schedule 1, attached]

   Objection Deadline:    October 2, 2008 at 4:00 p.m. and October 15, 2008 at 4:00 p.m.

   Objections Filed:    See Schedule 1, attached

   Status: Certifications of Counsel have been filed.  No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

20.    Interim Fee Requests.  Please refer to Schedule 2, attached.

   Objection Deadline:    October 6, 2008 at 4:00 p.m.

   Objections Filed:    None

   Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

21.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]
   Response Deadline:    August 11, 2008 at 4:00 p.m.

   Related Document:

   a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5463, 8/18/08]

   b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

   c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

   Responses Filed:    See Exhibit I, attached

   Status: This matter is adjourned except as otherwise noted on Exhibit I.  The Debtors will submit a consensual form order resolving the objection to the claim of Luxury Mortgage.

22.  Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6008, 9/22/08]

Objection Deadline: October 15, 2008 at 4:00 p.m.

Objections Filed:    See Exhibit L, attached

Status: This matter will be going forward except as otherwise noted on Exhibit L.

23.  Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Objection Deadline:   October 15, 2008 at 4:00 p.m.

Related Document:

a)     Notice of Submission of Claims [D.I. 6206, 10/10/08]

Objections Filed:    See Exhibit M, attached

Status: This matter will be going forward except as otherwise noted on Exhibit M.

24.  Various Servicers/Mortgagees' Motion for Blanket Relief from the Automatic Stay [D.I. 6138, 9/29/08]

Objection Deadline:   October 15, 2008 at 4:00 p.m.

Objections Filed:

a)     Debtors' Limited Objection with Respect to Motion for Blanket Relief from Automatic Stay [D.I. 6228, 10/15/08]

b)     Objection of the Official Committee of Unsecured Creditors to the Motion for Blanket Relief from the Automatic Stay [D.I. 6238, 10/16/08]

Status: This matter will be going forward.

DB02:7380202.1                                    066585.1001

25.    Order Granting Motion for an Order Appointing Official Committee of Borrowers
       Pursuant to Section 1102(a)(2) of the Bankruptcy Code [D.I. 6220, 10/10/08]

       Status: This matter will be going forward with respect to: (i) a status conference
              regarding the appointment of the Borrowers Committee including, but not limited
              to, determining any limitations on the retention of Borrower Committee
              professionals; and (ii) scheduling a hearing to consider the Debtors' Disclosure
              Statement.

Dated:  Wilmington, Delaware                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        October 20, 2008

                                              /s/ Sean M. Beach
                                              James L. Patton, Jr. (No. 2202)
                                              Robert S. Brady (No 2847)
                                              Pauline K. Morgan (No. 3650)
                                              Sean M. Beach (No. 4070)
                                              Matthew B. Lunn (No. 4119)
                                              Margaret B. Whiteman (No. 4652)
                                              Nathan D. Grow (No. 5014)
                                              The Brandywine Building
                                              1000 West Street, 17th Floor
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 571-6600
                                              Facsimile: (302) 571-1253

                                              *Counsel for Debtors and Debtors in Possession*

DB02:7380202.1                                                        066585.1001

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Marsha Albrecht | 3757, 4/21/08 | The Objection is withdrawn |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Hopkins & Company | 4089, 5/20/08 | The Objection is withdrawn |
|  | Brian Fiore | 4093, 5/20/08 | The Objection is withdrawn |
|  | Philip Braun | 4126, 5/22/08 | The Objection is withdrawn |
|  | Bob Coston | 4127, 5/22/08 | The Objection is withdrawn |
|  | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Indira Misir |  | Adjourned to November 12, 2008 at 10:00 a.m. |

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Karen Gravely-Robinson |  | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Hardin County |  | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Deborah Mills |  | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to November 12, 2008 at 10:00 a.m. |

## Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to November 12, 2008 at 10:00 a.m. |

## Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Souderton Area School District |  | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Spring-Ford Area School District |  | Adjourned to November 12, 2008 at 10:00 a.m. |

## Exhibit F, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Audrey Andrews | 4984, 7/7/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Sunshine Custom Cleaning, Inc. | 5015, 7/9/08 | The Objection is withdrawn |
|  | Delbert Mundy | 5019, 7/9/08 | The Objection is withdrawn |
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned to November 12, 2008 at 10:00 a.m. |

## Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to November 12, 2008 at 10:00 a.m. |

DB02:7380202.1                                                          066585.1001

## Exhibit H, Twelfth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Kruse Way, LLC | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Meadows Lake Oswego | | Adjourned to November 12, 2008 at 10:00 a.m. |

## Exhibit I, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | David Nerland | 5320 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Countrywide | 5337, 8/8/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| d) | Luxury Mortgage Corp. | 5378, 8/13/08 | Going forward |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | David Holan | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Donna Melli | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Nomura Credit & Capital | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Mithcell Eininger | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Thomas Adkins, Jr. | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Kevin Kerr | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Katherine Lalime | | Adjourned to November 12, 2008 at 10:00 a.m. |
| | GE Money Bank | | Adjourned to November 12, 2008 at 10:00 a.m. |

DB02:7380202.1

066585.1001

| | | |
|---|---|---|
| | Terri Crites | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Lonnie Watkins | Adjourned to November 12, 2008 at 10:00 a.m. |
| | William Farnan | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Jon Lucas | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Thomas Guinta | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Joseph Spinelli, Jr. | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Charles Doyle | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Linda Larsen | Adjourned to November 12, 2008 at 10:00 a.m. |
| | George T. Matthews | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Calvin Kammeyer | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Minda Boxer | Adjourned to November 12, 2008 at 10:00 a.m. |

**Exhibit J, Fifteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Kenneth R. Hefner | 5600, 9/4/08 | The Objection is withdrawn. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |

| | | |
|---|---|---|
| I. Crain Houston | 5822, 9/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Beverly Creswell | 5815, 9/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| John Johnston | 5818, 9/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Michael Kalmonson | 5816, 9/11/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Grailing Carter | 5947, 9/17/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Office Max | | Adjourned to November 12, 2008 at 10:00 a.m. |
| Robin Balfour | | Adjourned to November 12, 2008 at 10:00 a.m. |
| Michael Wheeler | | Adjourned to November 12, 2008 at 10:00 a.m. |
| Keith Wesolowski | | Adjourned to November 12, 2008 at 10:00 a.m. |
| Mary Ann Anderson | | Adjourned to November 12, 2008 at 10:00 a.m. |
| Julie Miller | | Adjourned to November 12, 2008 at 10:00 a.m. |
| Richard Harkwell | | The Objection is withdrawn |
| Thomas J. Perkins | | Adjourned to November 12, 2008 at 10:00 a.m. |
| Lisa M. Schreiber | | Adjourned to November 12, 2008 at 10:00 a.m. |

**Exhibit K, Seventeenth Omnibus Objection**

| Claimant | Docket No., Date Filed | Status |
|---|---|---|
| Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Matthew Liang | 6122, 9/26/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Robert Sweeney | 6123, 9/26/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| American Express Travel Related Services | | Adjourned to November 12, 2008 at 10:00 a.m. |

## Exhibit L, Eighteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Management Advisors | 6239, 10/15/08 | The Objection is withdrawn. |
|  | Joseph Bartolotta |  | Adjourned to November 12, 2008 at 10:00 a.m. |

## Exhibit M, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
| b) | DD Halpern | 6232, 10/15/08 | Going forward |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Baron O'Brien | 6235, 10/15/08 | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | David Roberts | 6236, 10/15/08 | The Objection is withdrawn |
|  | Michael Wheeler | 6237, 10/15/08 | The Objection is withdrawn |
| c) | Royal Bank of Scotland PLC |  | Going forward |
|  | American Express Travel Related Svc. Co. |  | Adjourned to November 12, 2008 at 10:00 a.m. |
|  | Joseph Bartolotta |  | Adjourned to November 12, 2008 at 10:00 a.m. |

DB02:7380202.1                                                                066585.1001

**Schedule 1**

**MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATE OF NO OBJECTION**

|  | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 1 | 5621, 9/9/08 | Bank of New York | 240 James Street, Escondido, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 2 | 5622, 9/9/08 | Bank of New York | 12994 Wintersun Way, Riverside, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 3 | 5623, 9/9/08 | HSBC Bank, N.A. | 1355 Loma Avenue, Long Beach, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 4 | 5624, 9/9/08 | Bank of New York | 41438 Wood Rock Way, Centreville, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 5 | 5625, 9/9/08 | Bank of New York | 16 Carlsbad Drive, Stafford, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 6 | 5626, 9/9/08 | Bank of New York | 22 Artist Lake Drive, Middle Island, NY | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 7 | 5627, 9/9/08 | Bank of New York | 10020 Gander Court, Fredericksburg, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 8 | 5628, 9/9/08 | Bank of New York | 228 Artist Lake Drive, Middle Island, NY | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 9 | 5629, 9/9/08 | Bank of New York | 535 N. Michigan Ave., Apt. 2414, Chicago, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 10 | 5630, 9/9/08 | Bank of New York | 8731 Elm Dr., Des Plaines, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

DB02:7380202.1                                                                                          066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 11 | 5631, 9/9/08 | Bank of New York | 5719 S. St. Louis Ave., Chicago, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 12 | 5632, 9/9/08 | HSBC Bank USA, National Association | 10510 Milton Road, Valley Springs, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 13 | 5633, 9/9/08 | Bank of New York | 15857 Sapphire Street, Victorville, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 14 | 5634, 9/9/08 | Bank of New York | 3670 Asbury Circle, Corona, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 15 | 5635, 9/9/08 | CHL and/or MERS | 29767 Fox Creek Dr., Sun City, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 16 | 5636, 9/9/08 | Bank of New York | 1507 West Orange Avenue, El Entro, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 17 | 5637, 9/9/08 | Bank of New York | 5022 Jalisco Avenue, Coachella, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 18 | 5638, 9/9/08 | Bank of New York | 761 South Imperial Ave., Brawley, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 19 | 5639, 9/9/08 | Bank of New York | 3985 Hollyhock Lane, National City, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 20 | 5641, 9/9/08 | HSBC Bank USA, N.A. | 48679 Valley Forge Drive, Macomb, MI | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 21 | 5642, 9/9/08 | HSBC Bank USA, N.A. | 7 Parrott Street, Vallejo, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 22 | 5644, 9/9/08 | HSBC Bank USA, N.A. | 9656 Elmview Drive, Oakland, Ca | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 23 | 5645, 9/9/08 | HSBC Bank USA, National Association | 5645, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 24 | 5646, 9/9/08 | Bank of New York | 5646, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 25 | 5647, 9/9/08 | CitiMortgage, Inc. | 5647, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6273, 10/17/08 | No hearing is required. |
| 26 | 5649, 9/9/08 | U.S. Bank National Association | 5649, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 27 | 5650, 9/9/08 | Bank of New York | 5650, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 28 | 5651, 9/9/08 | Bank of New York | 5651, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 29 | 5652, 9/9/08 | HSBC Bank USA, National Association | 5652, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 30 | 5653, 9/9/08 | Bank of New York | 5653, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 31 | 5654, 9/9/08 | Bank of New York | 5654, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 32 | 5655, 9/9/08 | CHL and/or MERS | 5655, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 33 | 5656, 9/9/08 | CHL and/or MERS | 5656, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 34 | 5657, 9/9/08 | Countrywide Home Loans, Inc. | 5657, 9/9/08 | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 35 | 5658, 9/9/08 | Countrywide Home Loans, Inc. | 2817 Market St., Oakland, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 36 | 5659, 9/9/08 | Countrywide Home Loans, Inc. | 28 South Euston Road, West Hempstead, NY | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 37 | 5660, 9/9/08 | CHL and/or MERS | 2494 Eutaw Road, Holly Hill, SC | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 38 | 5661, 9/9/08 | Bank of New York | 3812 Lindermann Avenue, Racine, WI | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 39 | 5662, 9/9/08 | Bank of New York | 5836 Waveland Ave., Chicago, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 40 | 5663, 9/9/08 | Bank of New York | 455 Banfil St., St. Paul, MN | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 41 | 5664, 9/9/08 | Bank of New York | 7581 Pine St., Manassas, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 42 | 5665, 9/9/08 | Bank of New York | 11468 Willows Green, Glen Allen, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 43 | 5666, 9/9/08 | Bank of New York | 12101 Hunter Hill Way, #A&B, El Paso, TX | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 44 | 5667, 9/9/08 | Bank of New York | 23117 Camino Dr., Galveston, TX | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 45 | 5668, 9/9/08 | LaSalle Bank, N.A. | 11172 Orion Ave., Mission Hills, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 46 | 5669, 9/9/08 | HSBC Bank, N.A. | 314 South Michigan Street, Redlands, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 47 | 5670, 9/9/08 | Bank of New York | 13842 Via Real, Desert Hot Spring, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 48 | 5671, 9/9/08 | CHL and/or MERS | 5873 Trellis Court, Powder Springs, GA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 49 | 5673, 9/9/08 | Countrywide Home Loans | 12629 Fireside Lake Road, New Auburn, WI | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 50 | 5674, 9/9/08 | Bank of New York | 3245 Carolyn Circle, Oceanside, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 51 | 5676, 9/9/08 | Bank of New York | 27693 Via Real, Romoland, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 52 | 5677, 9/9/08 | Countrywide Home Loans and/or MERS | 8782 Galty Way, Sacramento, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 53 | 5678, 9/9/08 | HSBC Bank USA, N.A. | Multiple properties | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 54 | 5680, 9/9/08 | Countrywide Home Loans and/or MERS | 5640 Riverside Drive, #8, Chino, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 55 | 5681, 9/9/08 | HSBC Bank USA, N.A. | See Exhibit A | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 56 | 5682, 9/9/08 | Countrywide Home Loans and/or MERS | 704 Fownes Ct., Bakersfield, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 57 | 5683, 9/9/08 | Bank of New York | 11921 Taylor Street, Riverside, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 58 | 5684, 9/9/08 | HSBC Bank USA, N.A. | Multiple properties | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

DB02:7380202.1

066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 59 | 5685, 9/9/08 | U.S. Bank National Association | 1224 Wild Horse Drive, Heber, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 60 | 5687, 9/9/08 | Bank of New York | 12983 Acacia Avenue, Desert Hot Springs, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 61 | 5688, 9/9/08 | Bank of New York | 26415 Santa Andrea Street, Loma Linda, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 62 | 5689, 9/9/08 | Bank of New York | 9337 Emily Street, Elk Grove, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 63 | 5690, 9/9/08 | Bank of New York | 1589 Buckeye Drive, El Cajon, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 64 | 5691, 9/9/08 | Bank of New York | 25241 Todd Drive, Moreno Valley, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 65 | 5692, 9/9/08 | Bank of New York | 2827 Skyline Drive, Lemon Grove, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 66 | 5693, 9/9/08 | Bank of New York | 79136 Granite Park Street, Bakersfield, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 67 | 5694, 9/9/08 | HSBC Bank, N.A. | 7374 Cassidy Road, Valley Spring, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 68 | 5695, 9/9/08 | HSBC Bank USA, N.A. | 3954 Roxton Ave., Los Angeles, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 69 | 5696, 9/9/08 | Countrywide Home Loans, Inc. | 625 S. Dale St., Anaheim, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 70 | 5699, 9/9/08 | HSBC Bank USA, N.A. | 12561 Kenwood Lane, Tustin, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

DB02:7380202.1

066585.1001

|  | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 71 | 5700, 9/9/08 | Bank of New York | 4655 Calle Del Palo, Oceanside, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 72 | 5701, 9/9/08 | Bank of New York | 937 Kenwood Street, Inglewood, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 73 | 5702, 9/9/08 | Bank of New York | 1900 Glendon Court, Bakersfield, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 74 | 5703, 9/9/08 | Bank of New York | 639 East 7th St., National City, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 75 | 5704, 9/9/08 | Bank of New York | 2154 Corona Ave., Norco, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 76 | 5712, 9/9/08 | HSBC Bank, N.A. | 355-355 ½ East 62nd St., Los Angeles, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 77 | 5729, 9/9/08 | LaSalle Bank N.A. | 4986 Crooked Stick Way, Las Vegas, NV | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 78 | 5956, 9/19/08 | Bank of America, National Association | 3011 Southern Avenue, Temple Hills, MD | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 79 | 5957, 9/19/08 | Citigroup Global Markets Realty Corp. | 4315 Basil Leave Avenue, North Las Vegas, NV | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 80 | 5958, 9/19/08 | Citigroup Global Markets Realty Corp. | 10610 South Perry Avenue, Chicago, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 81 | 5959, 9/19/08 | U.S. Bank National Association | 1104 Alexander court, Streamwood, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 82 | 5960, 9/19/08 | US Bank National Assocation | 2126 Tanglewood Drive, Sarasota, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

DB02:7380202.1

066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 83 | 5961, 9/19/08 | Deutsche Bank National Trust Company | 2921 Scratch Gravel Road, Marion, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 84 | 5962, 9/19/08 | Deutsche Bank National Trust Company | 14250 Northwest 22nd Avenue, Opa Locka, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 85 | 5963, 9/19/08 | U.S. Bank National Association | 14632 Bridgeport Circle, Magalia, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 86 | 5964, 9/19/08 | U.S. Bank National Association | 8474 Summer Breeze Lane, Springfield, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 87 | 5965, 9/19/08 | Citigroup Global Markets Realty Corp. | 1704 West Marie Street, Pasco, WA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 88 | 5976, 9/19/08 | Wells Fargo Bank, NA | 56 West Corriente, Queen Creek, AZ | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 89 | 5977, 9/19/08 | Citigroup Global Markets Realty Corp. | 7217 49th Place East, Palmetto, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 90 | 5978, 9/19/08 | U.S. Bank National Association | 6644 Carnation Avenue, Sacramento, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 91 | 5979, 9/19/08 | HSBC Bank USA, National Association | 1913 Weekend Lane, Odessa, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 92 | 5980, 9/19/08 | REO Properties Corp. | 40-18 70th Street, Woodside, NY | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 93 | 5981, 9/19/08 | HSBC Bank USA, National Association | 8542 South Normal Avenue, Chicago, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 94 | 5982, 9/19/08 | U.S. Bank National Association | 5805 Supra Place, Riverdale, MD | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 95 | 5983, 9/19/08 | U.S. Bank National Association | 6504 Bridle Path Drive, Matteson, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 96 | 5984, 9/19/08 | U.S. Bank National Association | 324 Chadwick Acres, Sneads Ferry, NC | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 97 | 5985, 9/19/08 | HSBC Bank USA | 5309 Gilchrist Street, Naples, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 98 | 6002, 9/22/08 | Aurora Loans Services | Multiple properties | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 100 | 6013, 9/24/08 | Wells Fargo Bank, N.A. | 10939 Hellebore Road, Charlotte, NC | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 101 | 6014, 9/24/08 | HSBC Bank USA | 1752 West Joseph Street, Yuba City, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 102 | 6015, 9/24/08 | HSBC Bank USA, National Association | 5661 Riverside Drive, Coral Springs, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 103 | 6016, 9/24/08 | HSBC Bank USA, National Association | 2751 South Ocean Drive, Hollywood, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 104 | 6017, 9/24/08 | US Bank National Association | 1534 West Rue James Place, Palatine, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 105 | 6018, 9/24/08 | US Bank National Association | 16970 Marygold Avenue, Fontana, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 106 | 6019, 9/24/08 | HSBC Bank USA, National Association | 5142 Spring Branch Blvd., Dumfries, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 107 | 6020, 9/24/08 | HSBC Bank USA, National Association | 6631 Greene Street, Hollywood, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 108 | 6021, 9/24/08 | HSBC Bank USA, National Association | 5152 Brooketree Drive, Charlotte, NC | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 109 | 6022, 9/24/08 | US Bank National Association | 14756 North 138th Lane, Surprise, AZ | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 110 | 6023, 9/24/08 | US Bank National Association | 10311 Club Circle, Tampa, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 111 | 6024, 9/24/08 | US Bank National Association | 8618 Beekman Place, Alexandria, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| | 6025, 9/24/08 | HSBC Bank USA, National Association | 337 Pershing Street, Dunedin, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 112 | 6026, 9/24/08 | Deutsche Bank National Trust Company | 2319 Golden Chapel Road, Odenton, MD | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 113 | 6027, 9/24/08 | Deutsche Bank National Trust Company | 1181 Wycoff Avenue, Jacksonville, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 114 | 6028, 9/24/08 | U.S. Bank National Association | 6495 East Stacy Street, Florence, AZ | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 115 | 6029, 9/24/08 | U.S. Bank National Association | 1680 Slash Pine Place, Oviedo, PL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 116 | 6030, 9/24/08 | U.S. Bank National Association | 7764 Maple Drive, Maple Falls, WA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 117 | 6031, 9/24/08 | Wells Fargo Bank, NA | 327 Pershing Street, Dunedin, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 118 | 6032, 9/24/08 | Wells Fargo Bank, NA | 21599 Oleander Avenue, Perris, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

DB02:7380202.1                                                                              066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 119 | 6033, 9/24/08 | Quantum Servicing Corporation | 7717 Marth Court, Edina, MN | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 120 | 6034, 9/24/08 | US Bank National Association | 815-817 Capitol Avenue, Bridgeport, CT | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 121 | 6035, 9/24/08 | US Bank National Association | 1907 East Camino Miraval, Tucson, AZ | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 122 | 6036, 9/24/08 | LaSalle Bank National Association | 11752 Puerto Real Road, Fontana, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 123 | 6037, 9/24/08 | HSBC Bank USA, National Association | 14821 Hanover Pike, Carroll County, MD | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 124 | 6038, 9/24/08 | HSBC Bank USA, National Association | 5345 Lorilawn Drive, Orlando, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 125 | 6039, 9/24/08 | US Bank National Association | 26309 80th Drive East, Myakka City, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 126 | 6040, 9/24/08 | HSBC Bank USA, National Association | 5227 North Reserve Avenue, Chicago, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 127 | 6041, 9/24/08 | U.S. Bank National Association | 32-38 80th Street, East Elmhurst, NY | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 128 | 6042, 9/24/08 | US Bank National Association | 260 Northeast 60 Street, Fort Lauderdale, FL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 129 | 6043, 9/24/08 | Wells Fargo Bank, NA | 303 Rain Water Way, Glen Burnie, MD | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 130 | 6044, 9/24/08 | U.S. Bank National Association | 68 Danforth Avenue, Jersey City, NJ | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |

DB02:7380202.1

066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 131 | 6045, 9/24/08 | Citigroup Global Markets Realty Corp. | 7824 Cloverdale Drive, Waxhaw, NC | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 132 | 6046, 9/24/08 | HSBC Bank USA, National Association | 401 South Grove Avenue, Unit 3E Oak Park, IA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 133 | 6047, 9/24/08 | Wells Fargo Bank, NA America's Servicing Company | 2084 Via Alba, Palm Desert, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 134 | 6048, 9/24/08 | HSBC Bank USA, National Association | 7539 East Capri Avenue, Mesa, AZ | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 135 | 6049, 9/24/08 | US Bank National Association | 3608 Wild Willow Street, Las Vegas, NV | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 136 | 6050, 9/24/08 | US Bank National Association | 3912 North Harlem Avenue, Chicago, IL | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 137 | 6051, 9/24/08 | HSBC Bank USA, National Association | 42-711 Corvado Street, Indio, CA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 138 | 6052, 9/24/08 | Citigroup Global Markets Realty Corp. | 43017 Lago Stella Place, Ashburn, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 139 | 6053, 9/24/08 | US Bank National Association | 13578 Adrian Court, Woodbridge, VA | Reservation of Rights, 6195, 10/7/08 | 6229, 10/15/08 | No hearing is required. |
| 140 | 6103 9/24/08 | Option One Mortgage Corporation | 5940 Park Crest Drive, Chino Hills, CA | Reservation of Rights, 6195, 10/7/08 | 6272, 10/17/08 | No hearing is required. |
| 141 | 6107, 9/24/08 | Chase Home Loan Servicing, LLC | Multiple properties | Reservation of Rights, 6195, 10/7/08 | 6274, 10/17/08 | No hearing is required. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
--                                              :   Chapter 11
In re:                                          :
                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :
a Delaware corporation, et al.,²                :   Jointly Administered
                                                :
        Debtors.                                x
------------------------------------------------------------------- 
--
```

**Schedule 2**
**Index to Fee Applications**


A.      **Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to
        the Debtors for the Period May 1, 2008 through July 31, 2008 [D.I. 5943, 9/16/08]**

1.      Tenth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I.
        4755, 6/20/08]

2.      Certificate of No Objection [D.I. 5071, 7/14/08]

3.      Eleventh Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I.
        5199, 7/24/08]

4.      Certificate of No Objection [D.I. 5511, 8/21/08]

5.      Twelfth Fee Application for the Period July 1, 2008 through July 31, 2008 [D.I.
        5577, 9/3/08]

6.      Certificate of No Objection [D.I. 6113, 9/25/08]

---

² The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:7380202.1                                                              066585.1001

**B.** **Fourth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period May 1, 2008 through July 31, 2008 [D.I. 5943, 9/16/08]**

    1.    Fee Application for the Period May 1, 2008 through July 31, 2008 [D.I. 5854, 9/12/08]

    2.    Certificate of No Objection [D.I. 6188, 10/6/08]

**C.** **Fourth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period May 1, 2008 through July 31, 2008 [D.I. 5943, 9/16/08]**

    1.    Ninth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I. 4924, 6/27/08]

    2.    Certificate of No Objection [D.I. 5188, 7/21/08]

    3.    Tenth Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I. 5244, 7/25/08]

    4.    Certificate of No Objection [D.I. 5539, 8/26/08]

    5.    Eleventh Fee Application for the Period July 1, 2008 through July 31, 2008 [D.I. 5558, 8/29/08]

    6.    Certificate of No Objection [D.I. 6011, 9/23/08]

**D.** **Fourth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period May 1, 2008 through July 31, 2008 [D.I. 5943, 9/16/08]**

    1.    Tenth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I. 5512, 8/21/08]

    2.    Certificate of No Objection [D.I. 5853, 9/12/08]

    3.    Eleventh Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I. 5855, 9/12/08]

    4.    Certificate of No Objection [D.I. 6186, 10/6/08]

    5.    Twelfth Monthly Application for the Period July 1, 2008 through July 31, 2008 [D.I. 5856, 9/12/08]

    6.    Certificate of No Objection [D.I. 6187, 10/6/08]

DB02:7380202.1

066585.1001

E.    **Fourth Interim Fee Request of Milestone Advisors for the Period April 1, 2008 through June 30, 2008 [D.I. 5943, 9/16/08]**

    1.    Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4764, 6/23/08]

    2.    Certificate of No Objection [D.I. 5091, 7/16/08]

    3.    Tenth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I. 5548, 8/27/08]

    4.    Certificate of No Objection [D.I. 5986, 9/18/08]

    5.    Eleventh Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I. 5549, 8/27/08]

    6.    Certificate of No Objection [D.I. 5987, 9/19/08]

F.    **Fourth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period April 1, 2008 through June 30, 2008 [D.I. 5943, 9/16/08]**

    1.    Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4660, 6/17/08]

    2.    Certificate of No Objection [D.I. 5024, 7/9/08]

    3.    Tenth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I. 5191, 7/22/08]

    4.    Certificate of No Objection [D.I. 5509, 8/21/08]

    5.    Eleventh Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I. 5553, 8/28/08]

    6.    Certificate of No Objection [D.I. 5991, 9/19/08]

G.    **Fourth Interim Fee Request of Adorno & Yoss LLP, Ordinary Course Professional to the Debtors for the Period April 1, 2008 through April 11, 2008 [D.I. 5943, 9/16/08]**

    1.    Ninth Fee Application for the Period April 1, 2008 through April 11, 2008 [D.I. 5403, 8/14/08]

    2.    Certificate of No Objection [D.I. 5593, 9/5/08]

DB02:7380202.1    066585.1001

**H.**     **Fourth Interim Fee Request of Weltman, Weinberg & Reis, Ordinary Course Professional for the Debtors for the Period April 1, 2008 through April 30, 2008 [D.I. 5943, 9/16/08]**

   1.     Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4908, 6/25/08]

   2.     Certificate of No Objection [D.I. 5160, 7/17/08]

**I.**     **Third Interim Fee Request of Cohn, Goldberg & Deutsch, LLC, Ordinary Course Professional to the Debtors for the Period April 1, 2008 through April 30, 2008 [D.I. 5943, 9/16/08]**

   1.     Sixth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4925, 6/27/08]

   2.     Certificate of No Objection [D.I. 5285, 7/31/08]

**J.**     **Third Interim Fee Request of Samuel I. White, P.C., Ordinary Course Professional to the Debtors, for the Period February 1, 2008 through April 30, 2008 [D.I. 5943, 9/16/08]**

   1.     Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 4970, 7/2/08]

   2.     Certificate of No Objection [D.I. 5281, 7/31/08]

   3.     Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 4971, 7/2/08]

   4.     Certificate of No Objection [D.I. 5282, 7/31/08]

   5.     Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 4972, 7/2/08]

   6.     Certificate of No Objection [D.I. 5283, 7/31/08]

**K.**     **Second Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period May 1, 2008 through July 31, 2008 [D.I. 5943, 9/16/08]**

   1.     Third Fee Application for the Period May 1, 2008 through May 1, 2008 [D.I. 4973, 7/2/08]

   2.     Certificate of No Objection [D.I. 5284, 7/31/08]

   3.     Fourth Fee Application for the Period June 1, 2008 through July 31, 2008 [D.I. 5514, 8/22/08]

   4.     Certificate of No Objection [D.I. 5940, 9/16/08]

066585.1001

L.    **Second Interim Fee Request of Robert J. Hopp & Associates, LLC as Foreclosure Service Provider to the Debtors for the Period December 1, 2007 through December 31, 2007 [D.I. 5943, 9/16/08]**

    1.    Second Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 5077, 7/15/08]

    2.    Certificate of No Objection [D.I. 5355, 8/12/08]

M.    **Second Interim Fee Request of Codilis & Associates, P.C. as Foreclosure Service Provider to the Debtors for the Period December 1, 2007 through April 30, 2008 [D.I. 5943, 9/16/08]**

    1.    Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 5342, 8/8/08]

    2.    Certificate of No Objection [D.I. 5572, 9/3/08]

    3.    Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 5343, 8/8/08]

    4.    Certificate of No Objection [D.I. 5573, 9/3/08]

    5.    Seventh Fee Application for the Period February 1, 2008 through February 29, 2008 [D.I. 5344, 8/8/08]

    6.    Certificate of No Objection [D.I. 5574, 9/3/08]

    7.    Eighth Fee Application for the Period March 1, 2008 through March 31, 2008 [D.I. 5345, 8/8/08]

    8.    Certificate of No Objection [D.I. 5575, 9/3/08]

    9.    Ninth Fee Application for the Period April 1, 2008 through April 30, 2008 [D.I. 5346, 8/8/08]

    10.    Certificate of No Objection [D.I. 5576, 9/3/08]

N.    **Fourth Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 1, 2008 through July 31, 2008 [D.I. 6146, 9/29/08]**

    1.    Tenth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I. 5198, 7/23/08]

    2.    Certificate of No Objection [D.I. 5557, 8/29/08]

    3.    Eleventh Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I. 5951, 9/18/08]

DB02:7380202.1    066585.1001

4.     Twelfth Fee Application for the Period July 1, 2008 through July 31, 2008 [D.I. 6144, 9/29/08]

**O.     Fourth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 1, 2008 through July 31, 2008 [D.I. 5950, 9/18/08]**

1.     Eighth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I. 5023, 7/9/08]

2.     Certificate of No Objection [D.I. 5555, 8/29/08]

3.     Ninth Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I. 5196, 7/23/08]

4.     Certificate of No Objection [D.I. 5556, 8/29/08]

5.     Tenth Fee Application for the Period July 1, 2008 through July 31, 2008 [D.I. 5513, 8/22/08]

6.     Certificate of No Objection [D.I. 5949, 9/17/08]

DB02:7380202.1      066585.1001