# EXHIBIT A
**In re:  American Home Mortgage, et al.**
**C.A. No. 07-11047 CSS**

| LOAN NO. | MORTGAGORS | LOAN DATE | ORIGINAL LOAN AMOUNT | CURRENT PAYOFF | CURRENT VALUE | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|
| 770807780 | Jason E. Jacoby | August 11, 2006 | $290,400.00 | $314,051.94 | $180,000.00 | 5300 Fireside Ranch Ave. Las Vegas, NV 89131 |
| 12294188 | Nilesh Maharaj | February 7, 2006 | $213,500.00 | $228,406.54 | $205,000.00 | 1821 W. Hazelton Avenue Stockton, CA 95203 |