EXHIBIT "B"

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

3. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF **$51,100.00**, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **AUGUST 18, 2006** IN BOOK **20060818** AS INSTRUMENT NO. **0003181** OF OFFICIAL RECORDS.

DATED: **AUGUST 11, 2006.**
TRUSTOR: **JASON E JACOBY, SHERI L JACOBY, HUSBAND AND WIFE AS JOINT TENANTS.**
TRUSTEE: **LANDAMERICA LAWYERS TITLE.**
BENEFICIARY: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR**
LENDER: **AMERICAN HOME MORTGAGE.**

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER **07-11047**.

**NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.**

Policy No CAFR10939-0939-0001-0000167750-FNTIC-2006-06

## SCHEDULE B

## PART II

In addition to the matters set forth in Part I of this Schedule, the title to the estate or interest in the land described or referred to in Schedule A is subject to the following matters, if any be shown, but the Company insures that these matters are subordinate to the lien or charge of the insured mortgage upon the estate or interest:

1. **A deed of trust** to secure an indebtedness in the amount shown below, and any other obligations secured thereby

    Amount:         $91,500.00
    Dated:          February 8, 2006
    Trustor:        Nilesh Maharaj, an unmarried man
    Trustee:        Fidelity National Title Company
    Beneficiary:    Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit, and Lender's successors and assigns
    Loan No.:       0001154500
    Recorded:       February 24, 2006, Instrument No. 2006-042448, of Official Records

4