IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11
In re:                                                              :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                  :   Jointly Administered
                                                                    :
                                Debtors.                            :   **Hearing Date: TBD**
                                                                    :   **Objection Deadline: TBD**
------------------------------------------------------------------- x

## DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME FOR FILING A NOTICE OF APPEAL FROM THE ORDER GRANTING MOTION FOR AN ORDER APPOINTING OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby move this Court (the "Motion to Extend") for an order extending the time for filing a notice of appeal from the *Order Granting Motion for an Order Appointing Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code* [Docket No. 6220] (the "Order"). In support of this Motion to Extend, the Debtors respectfully represent as follows:

1. On September 9, 2008, certain borrowers (collectively, the "Movants") filed their *Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code*, [Docket. No. 5675] (the "Motion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2. On September 25, 2008, the Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee") filed their respective objections to the Motion [Docket Nos. 6115 and 6112, respectively] (collectively, the "Objections").

3. A hearing on the Motion and the Objections was held on October 8, 2008, after which the Court, on October 10, 2008, entered the Order, which granted the Motion and scheduled a status conference regarding the appointment of a borrowers' committee on October 22, 2008. Among the potential topics reserved for discussion at the status conference are the scope of the borrowers' committee's appointment and the budgetary limitations, if any, to which the borrowers' committee will be subject.

4. Pursuant to Fed. R. Bankr. P. 8002, the time for filing a Notice of Appeal from the Order (the "Notice") expires on October 20, 2008. However, absent guidance as to the scope of the borrowers' committee's appointment and the budget, if any, to which it will be subject, the Debtors and the Creditors' Committee are unable to determine at this time whether an appeal from the Order is in the best interests of the Debtors' estates and creditors.

5. Pursuant to Fed. R. Bankr. P. 8002(c), on written motion, the Court may extend the time within which to file a notice of appeal for at least twenty days after the expiration of the time for filing a notice of appeal. Accordingly, the Debtors respectfully request that the time for filing a notice of appeal be extended to permit the Debtors and the Creditors' Committee to evaluate whether an appeal from the Order would be in the best interests of the Debtors' estates and creditors.

6. Notice of this Motion to Shorten will be provided to the United States Trustee, counsel for the Movants, and counsel for the Creditors' Committee. The Debtors submit that no other or further notice is necessary under the circumstances.

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto, extending the time for filing a notice of appeal from the Order until November 9, 2008, and granting the Debtors such other and further relief as is just and appropriate.

Dated: October 20, 2008
      Wilmington, Delaware

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ *signature*

                        Robert S. Brady (No. 2847)
                        Sean M. Beach (No. 4070)
                        Patrick A. Jackson (No. 4976)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession