IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x : Chapter 11
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE :
HOLDINGS, INC., a Delaware corporation, et al.,[2] : Jointly Administered
:
Debtors. : Ref. Docket No. ____
---------------------------------------------------------------- x

**ORDER EXTENDING THE TIME FOR FILING A NOTICE OF APPEAL FROM
THE ORDER GRANTING MOTION FOR AN ORDER APPOINTING OFFICIAL
COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE
BANKRUPTCY CODE**

AND NOW, this ____ day of _____, 2008, upon the motion (the "Motion") of the above-captioned debtors and debtors in possession for entry of an order extending the time for filing a notice of appeal from the *Order Appointing Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code* [Docket No. 6220] (the "Order"); and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that, pursuant to Fed. R. Bankr. P. 8002(c)(1), the time for filing a notice of appeal from the Order is hereby extended through and including November 9, 2008.

Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.