## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047(CSS) |
| HOLDINGS INC., a Delaware | : | |
| corporation, et al. | : | Jointly Administered |
| | : | Related Docket No. 6281 |
| Debtors. | : | |

### ORDER SCHEDULING STATUS CONFERENCE, PURSUANT TO 11 U.S.C.§105(d)

The Court having received the Order of the United States District Court for the District of Delaware (the "District Court") remanding to this Court the appeal in *DB Structured Products, Inc. v. American Home Mortgage Holdings, Inc., et al.*, Civ. Action No. 07-0773-JJF;

IT IS HEREBY ORDERED that a status conference, pursuant to 11 U.S.C.§105(d), regarding the remand, shall be held on December 8, 2008 at 10:00 a.m. in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801; and it is further Ordered that

As soon as practicable, the parties to the appeal shall provide Chambers with copies of the briefs filed in the District Court and the transcript of the oral argument held on October 16, 2008 before the District Court; and it is further Ordered that

The parties to the appeal shall file and serve a status report, including a recitation of the issues that have been remanded to this Court and a recommendation for how the Court should proceed to resolve those issues, by no later than December 1, 2008. No further submissions relating to the remand shall be made to the Court prior to the status conference.

_____
Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: October 20, 2008
cc: Robert S. Brady, Esquire[1]

---

[1] Counsel is to distribute a copy of this Order on all interested parties and file a Certificate of Service with the Court.