IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                                                                 :
                    Debtors.                                     :
                                                                 :
                                                                 :
                                                               x
---------------------------------------------------------------

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on October 20, 2008, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the parties listed on Exhibit A in the manner indicated:

- **DEBTORS RESPONSES AND OBJECTIONS TO AMERICAN HOME MORTGAGE SERVICING, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEBTORS REGARDING AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION FOR AN ORDER GRANTING THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

- **DEBTORS RESPONSES AND OBJECTIONS TO AMERICAN HOME MORTGAGE SERVICING, INC.'S FIRST SET OF INTERROGATORIES TO DEBTORS REGARDING AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION FOR AN ORDER GRANTING THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM**

Dated: Wilmington, Delaware  
October 21, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
John T. Dorsey (No. 2988)  
Sharon M. Zieg (No. 4196)  
Erin Edwards (No. 4392)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*