# EXHIBIT A
## 10/20/08

**BY E-MAIL AND FIRST CLASS MAIL**
Keith C. McDole
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
E-mail: kcmcdole@jonesday.com
E-mail: dpwinikka@jonesday.com

**BY E-MAIL AND HAND DELIVERY**
Victoria W. Counihan
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
E-mail: counihanv@gtlaw.com