IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

        Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE
BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED
AT 1534 WEST RUE JAMES PLACE, PALATINE, IL 60067**
*(relates to Docket Nos. 6017)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section
362 of the Bankruptcy Code with Respect to Real Property Located at 1534 West Rue James
Place, Palatine, IL 60067 (the "Motion") filed by US Bank National Association, as Trustee for
the Holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 200 Check ("Movant"),
and any response thereto; the Court having determined that (A) the Court has jurisdiction over
the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28
U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the
limited parties stated on the Certificate of Service is adequate under the circumstances; and the
Court having further determined that cause exists to grant Movant relief from the automatic stay
with respect to Movant's exercise of any rights and remedies against the real property located at
1534 West Rue James Place, Palatine, IL 60067 (the "Property") under applicable non-
bankruptcy law; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED.** All capitalized
terms not otherwise defined herein shall have the respective meanings set forth in the Motion;
and it is further

*Movant: US Bank National Association, as Trustee for the Holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 200 Check*
*D&G Reference: 218705*
*Property Address: 1534 West Rue James Place, Palatine, IL 60067*

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: _10-20-08_
Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

-2-