BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**



October 10, 2008

DELAWARE (WIL) U.S. BANKRUPTCY COURT
CLERK'S OFFICE - WILMINGTON DIV.
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DELAWARE 19801



Dear Clerk:

    Re:        HOMEGATE SETTLEMENT SERVICES, INC.
    Bankruptcy No:  0711053
    EIN:        200167491
    SSN:

On October 26, 2007, we furnished you with a Proof of Claim in the amount of $200.00.

Since the filing of our claim, a remittance or additional information was received satisfying all liabilities listed on our Proof of Claim.

In view of the above information, kindly accept this letter as your authority to withdraw our claim.

                Sincerely,

                /s/James M. Foster, Chief
                Bankruptcy Division
                Telephone: 717-772-2981

cc: