IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x   Chapter 11

In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                 :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                    :   Jointly Administered
                                                                      :
                                    Debtors.                          :   **Ref. Docket No. 5943, 5950, 6146**
-------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING INTERIM FEE REQUESTS REGARDING PROFESSIONALS

The above captioned debtors (the "Debtors") and the Official Committee of

Unsecured Creditors filed certain interim fee requests [D.I. 5943, 5950 & 6146] ("Fee

Requests") of the professionals in the above-captioned chapter 11 cases (collectively, the

"Professionals") for allowance of compensation and reimbursement of expenses.  A hearing to

consider the Fee Requests is scheduled for October 22, 2008 at 10:00 a.m.

### *Remainder of Page Left Blank By Intention*

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

The Court has advised counsel to the Debtors that, after review and consideration of the Fee Requests, the Court is willing to approve the Fee Requests as filed and without need for a hearing.  Accordingly, attached hereto as <u>Exhibit 1</u> is a proposed order approving the Fee Requests (the "<u>Interim Fee Order</u>").  The Debtors respectfully request that the Court enter the Interim Fee Order at its earliest convenience.

Dated: Wilmington, Delaware       YOUNG CONAWAY STARGATT & TAYLOR, LLP
       October 21, 2008

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and Debtors in Possession