**Exhibit 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., ¹            :
                                                              :   Jointly Administered
         Debtors.                                             :
                                                              :   Ref. Nos. 5943, 5950, 6146
------------------------------------------------------------ x
```

## ORDER APPROVING INTERIM FEE REQUESTS REGARDING PROFESSIONALS

Upon consideration of the interim fee requests ("Fee Requests") of the professionals in

the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached

hereto as Exhibit A, for allowance of compensation and reimbursement of expenses (collectively, the

"Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 330,

331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule 2016

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied; and it

further appearing that the fees and expenses incurred were reasonable and necessary; and that notices

of the Fee Requests were appropriate; and after due deliberation and sufficient good cause appearing

therefor; it is hereby

ORDERED, that the Fee Requests are hereby APPROVED in the amounts set forth in

Exhibit A; and it is further

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American
Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp.,
("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability
company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a
New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747,
except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are allowed, on an interim basis, the reimbursement of reasonable and necessary expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: _____, 2008
       Wilmington, Delaware

                                         _____
                                         Christopher S. Sontchi
                                         United States Bankruptcy Judge

# EXHIBIT A

**Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08 6/20/08 4755 | 632,685.00 | 73,756.58 |
| 6/1/08-6/30/08 7/24/08 5199 | 529,795.00 | 55,598.68 |
| 7/1/08-7/31/08 9/3/08 5577 | 403,527.00 | 43,251.12 |
| Totals | 1,566,007.00 | 172,606.38 |

**Fourth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/30/08 6/17/08 4660 | 55,855.00 | 2,920.07 |
| 5/1/08-5/31/08 7/22/08 5191 | 40,307.00 | 7,460.42 |
| 6/1/08-6/30/08 8/28/08 5553 | 33,338.00 | 10,737.28 |
| Totals | 129,500.00 | 21,117.77 |

**Fourth Interim Fee Application of Adorno & Yoss LLP, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/11/08<br>8/14/08<br>5403 | 105,553.00 | 96,759.94 |
| Totals | 105,553.00 | 96,759.94 |

066585.1001

**Fourth Interim Fee Request of Cadwalader, Wickersham & Taft LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-7/31/08<br>9/12/08<br>5854 | 198,689.00 | 610.91 |
| Totals | 198,689.00 | 610.91 |

**Fourth Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08 6/27/08 4924 | 196,602.00 | 350,447.45 |
| 6/1/08-6/30/08 7/25/08 5244 | 234,515.00 | 559,205.26 |
| 7/1/08-7/31/08 8/29/08 5558 | 252,699.50 | 384,060.38 |
| Totals | 683,816.50 | 1,293,713.09 |

**Fourth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08<br>8/21/08<br>5512 | 210,227.00 | 7,320.78 |
| 6/1/08-6/30/08<br>9/12/08<br>5855 | 233,945.75 | 3,513.35 |
| 7/1/08-7/31/08<br>9/12/08<br>5856 | 124,699.50 | 8,811.09 |
| Totals | 568,872.25 | 19,645.22 |

**Fourth Interim Fee Request of Weltman, Weinberg & Reis Co. LPA, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/30/08<br>6/25/08<br>4908 | 21,694.50 | 22,760.46 |
| Totals | 21,694.50 | 22,760.46 |

**Fourth Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/30/08<br>6/23/08<br>4764 | 200,000.00 | 4,424.39 |
| 5/1/08-5/31/08<br>8/27/08<br>5548 | 200,000.00 | 9,811.81 |
| 6/1/08-6/30/08<br>8/27/08<br>5549 | 200,000.00 | 55.70 |
| Totals | 600,000.00 | 14,291.90 |

066585.1001

**Third Interim Fee Request of Cohn, Goldberg & Deutsch, LLC., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/11/08<br>6/27/08<br>4925 | 30,525.00 | 43,146.83 |
| Totals | 30,525.00 | 43,146.83 |

**Third Interim Fee Request of Samuel I. White, P.C., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/08-2/29/08<br>7/2/08<br>4970 | 49,155.00 | 193,689.78 |
| 3/1/08-3/31/08<br>7/2/08<br>4971 | 42,975.00 | 84,665.64 |
| 4/1/08-4/11/08<br>7/2/08<br>4972 | 33,200.00 | 62,919.38 |
| Totals | 125,330.00 | 341,274.80 |

**Second Interim Fee Request of PricewaterhouseCoopers Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08<br>7/2/08<br>4973 | 13,985.00 | 0.00 |
| 6/1/08-7/31/08<br>8/22/08<br>5514 | 21,969.00 | 0.00 |
| Totals | 35,954.00 | 0.00 |

**Second Interim Fee Request of Robert J. Hopp, LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 12/1/07-12/31/07<br>7/15/08<br>5077 | 22,100.00 | 72,272.70 |
| Totals | 22,100.00 | 72,272.70 |

066585.1001

**First Interim Fee Request of Codilis & Associates, P.C.**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 12/1/07-12/31/07<br>8/8/08<br>5342 | 141,473.00 | 84,803.10 |
| 1/1/08-1/31/08<br>8/8/08<br>5343 | 89,215.00 | 119,680.63 |
| 2/1/08-2/29/08<br>8/8/08<br>5344 | 106,592.50 | 83,533.00 |
| 3/1/08-3/31/08<br>8/8/08<br>5345 | 70,305.00 | 88,922.75 |
| 4/1/08-4/11/08<br>8/8/08<br>5346 | 7,310.00 | 15,167.80 |
| Totals | 414,895.50 | 392,107.28 |

**Fourth Interim Fee Request of Blank Rome LLP, Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08, 7/23/08 5198 | 26,585.00 | 1,051.38 |
| 6/1/08-6/30/08, 9/18/08 5951 | 23,384.50 | 1,458.43 |
| 7/1/08-7/31/08, 9/29/08 6144 | 11,887.00 | 1,028.84 |
| Totals | 61,856.50 | 3,538.65 |

**Third Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08, 7/9/08 5023 | 155,589.00 | 95.44 |
| 6/1/08-6/30/08, 7/23/08 5196 | 139,311.00 | 13.00 |
| 7/1/08-7/31/08, 8/22/08 5513 | 177,126.25 | 215.41 |
| Totals | 472,026.25 | 323.85 |