**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.,* | : Case No. 07-11047 (CSS) |
| | : |
| | : NOTICE OF APPOINTMENT OF |
| Debtors. | : COMMITTEE OF BORROWERS |
| _____ | : |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Borrowers in connection with the above-captioned cases:

1. **Sam Acquisto**, Attn: Michael P. Roland, Consumer Law Center, P.A., 537 10th Street West, Bradenton, FL 34205, Phone: 941-761-0363, Fax: 941-748-4282

2. **Christopher Bilek**, Attn: Keith J. Keogh, Esquire, Law Offices of Keith J. Keogh, Ltd., 227 West Monroe Street, Suite 2000, Chicago, IL 60606, Phone: 312-726-1092, Fax: 312-726-1093

3. **Florence Dandridge**, Attn: Margaret Becker, Esquire, Staten Island Legal Services, 36 Richmond Terrace, Room # 205, Staten Island, NY 10301, Phone: 718-233-6480, Fax: 718-448-2264

4. **Gracie Graves**, Attn: Rawle Andrews, Esquire, AARP Legal Counsel for the Elderly, 601 E Street, NW, A4-410, Washington, D.C. 20049, Phone: 202-434-2158, Fax: 202-434-6464

5. **Delena Sigmon Lamacchia**, Cherryville, NC 28021

6. **Penny Montague**, Attn: Hope Del Carlo, Esquire, Oregon Law Center, 921 SW Washington Street, Suite 516, Portland, OR 97205, Phone: 503-473-8319, Fax: 503-295-0676

7. **Paula Rush**, Churchville, MD 21028

ROBERTA A. DeANGELIS
Acting United States Trustee, Region 3

/s/ Joseph J. McMahon, Jr. for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: October 21, 2008

Attorney assigned to these cases: Joseph J. McMahon, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors' counsel: Robert S. Brady, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253.