IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
       Debtors.                                                  :
                                                                 :   Ref. Docket No. 6008
---------------------------------------------------------------- x

**CERTIFICATE OF COUNSEL SUBMITTING A REVISED FORM OF ORDER
SUSTAINING THE DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 22, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3008] (the "Objection"). The Debtors received responses to the Objection from Management Advisors International, Inc. [Docket No. 6239] and Joseph Bartolotta. In light of the responses received, the Debtors wish to withdraw their objection to the proof of claim of Management Advisors International, Inc. [POC No. 10482] and request that the hearing be adjourned with respect to the proof of claim of Joseph W. Bartolotta [POC No. 6930].

A revised form of order (the "Revised Order") reflecting the withdrawal and adjournment discussed above is attached hereto as Exhibit A. A blackline showing differences between the form of order filed with the Objection and the Revised Order is attached hereto as

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Exhibit B. As the Court has indicated that it has no other questions or concerns with respect to the relief requested in the Objection, the Debtors respectfully request that the Court enter the Revised Order sustaining the Objection at its earliest convenience.

Dated: October 22, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession