**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
          Debtors.                                                       :
                                                                         : Ref. Docket No. 6008
------------------------------------------------------------------------ x

## ORDER SUSTAINING DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighteenth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, and D hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

DB02:7390303.3                                                                                          066585.1001

ORDERED that the Objection is sustained as modified herein; and it is further

ORDERED that the Objection is hereby adjourned solely with respect to the proof of claim filed by Joseph W. Bartolotta [POC No. 6930]; and it is further

ORDERED that the Debtors have withdrawn the Objection solely with respect to the proof of claim filed by Management Advisors International, Inc. [POC No. 10482]; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A, B, and D are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby reassigned to the new case numbers listed on Exhibit C; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Exhibit A

### Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | 10403 | 5/19/08 | 07-11053 | - (S)<br>- (A)<br>$1,653.85 (P)<br>- (U)<br>$1,653.85 (T) | 8098 | 1/10/08 | 07-11053 | - (S)<br>- (A)<br>$1,653.85 (P)<br>- (U)<br>$1,653.85 (T) |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | 10436 | 7/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | 10434 | 7/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T) |
| WHEELER, MICHAEL JAMES<br>9180 LOS LAGOS CIRCLE<br>GRANITE BAY, CA 95746 | 983 | 9/18/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) | 7613 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$12,603.85 (P)<br>$613,131.73 (U)<br>$625,735.58 (T) | | | | - (S)<br>- (A)<br>$12,603.85 (P)<br>$613,131.73 (U)<br>$625,735.58 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Amended Claims**

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WETZEL, THOMAS<br>276 S 9TH ST<br>LINDENHURST, NY 11757 | 235 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$2,151.63 (P)<br>- (U)<br>$2,151.63 (T) | 6928 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$3,151.68 (P)<br>- (U)<br>$3,151.68 (T) |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$2,151.63 (P)<br>- (U)<br>$2,151.63 (T) | | | | - (S)<br>- (A)<br>$3,151.68 (P)<br>- (U)<br>$3,151.68 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| BALFOUR, ROBIN<br>1315 N WALNUT AVE<br>ARLINGTON HEIGHTS, IL 60004 | 931 | 9/17/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$32,591.62 (U)<br>$43,541.62 (T) | 07-11051 |
| CHATZIANTONIOU, TASO<br>37-37 REGATTA PL<br>DOUGLASTON, NY 11363 | 384 | 9/7/07 | No Case | - (S)<br>- (A)<br>$3,111.12 (P)<br>- (U)<br>$3,111.12 (T) | 07-11051 |
| CLARK, MICHAEL D.<br>47 N CHESTERFIELD RD<br>COLUMBUS, OH 43209 | 323 | 9/4/07 | No Case | - (S)<br>- (A)<br>$738.56 (P)<br>- (U)<br>$738.56 (T) | 07-11051 |
| CUEVAS, SERGIO C.<br>109 CENTENNIAL AVE<br>CRANFORD, NJ 07016 | 220 | 8/31/07 | No Case | - (S)<br>- (A)<br>$908.40 (P)<br>- (U)<br>$908.40 (T) | 07-11051 |
| DAUENHEIMER, JEAN<br>3 VAN ORDEN ROAD<br>MILTON, NY 12547 | 1299 | 9/28/07 | No Case | - (S)<br>- (A)<br>$2,877.25 (P)<br>- (U)<br>$2,877.25 (T) | 07-11051 |
| DAVID, JAMES<br>303 BRIDGE RD<br>HAUPPAUGE, NY 11788 | 788 | 9/14/07 | No Case | - (S)<br>- (A)<br>$3,503.08 (P)<br>- (U)<br>$3,503.08 (T) | 07-11051 |
| DAVID-SWAN, DAWN<br>9020 169TH ST APT 3A<br>JAMAICA, NY 11432 | 131 | 8/29/07 | No Case | - (S)<br>- (A)<br>$615.30 (P)<br>- (U)<br>$615.30 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | | | New Case Number |
|---|---|---|---|---|---|---|---|---|
| | | | | (S) | (A) | (P) | (U) | (T) | Case Number |
| DEJOHN, SHARLEEN<br>8706 SNOWGOOSE LANE<br>FORT WAYNE, IN 46825 | 508 | 9/10/07 | 07-11047 | -<br>-<br>$1,288.46<br>-<br>$1,288.46 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| DEWALD, KAREN<br>114 CABANA DR<br>MOORESVILLE, NC 28117 | 110 | 8/28/07 | No Case | -<br>-<br>$1,361.72<br>-<br>$1,361.72 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| GRULLON, MICHELLE<br>17 LINDEN ST<br>MANHASSET, NY 11030 | 681 | 9/12/07 | No Case | -<br>-<br>$2,849.85<br>-<br>$2,849.85 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| GUSTAVSON, JENNIFER<br>27A ERLAND ROAD<br>STONY BROOK, NY 11790 | 1377 | 10/2/07 | No Case | -<br>-<br>$283.05<br>-<br>$283.05 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| HAGAN, RAYMOND<br>20 SENECA DR<br>HANOVER, PA 17331 | 537 | 9/10/07 | 07-11047 | -<br>-<br>$4,615.36<br>-<br>$4,615.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| HALL, TREASA R.<br>1 PINE ACRE DR<br>SMITHTOWN, NY 11787 | 1015 | 9/19/07 | No Case | -<br>-<br>$7,937.50<br>-<br>$7,937.50 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| HANSEN, AMANDA<br>154 JACK LONDON DR<br>SANTA ROSA, CA 95409 | 457 | 9/10/07 | No Case | -<br>-<br>$610.56<br>-<br>$610.56 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| HARDING, JEANNETTE E.<br>2909 RURAL HILL CT<br>MATTHEWS, NC 28105 | 1232 | 9/26/07 | 07-11047 | -<br>-<br>$923.08<br>-<br>$923.08 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| IALACCI, DOLORES<br>1 PETER ST<br>CORAM, NY 11727 | 680 | 9/12/07 | 07-11047 | -<br>-<br>$830.70<br>-<br>$830.70 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims ||| New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| JACKSON, PHYLLIS M.<br>10205 BURGUNDY DR<br>FRISCO, TX 75035 | 1970 | 11/9/07 | 07-11047 | 07-11051 |
| | | | - (S)<br>- (A)<br>$583.33 (P)<br>- (U)<br>$583.33 (T) | |
| MCKEAN, TYLER<br>2755 STONEBRIDGE CT<br>MARYVILLE, IL 62062 | 1192 | 9/24/07 | 07-11047 | 07-11051 |
| | | | - (S)<br>- (A)<br>$1,454.40 (P)<br>- (U)<br>$1,454.40 (T) | |
| MUELLER, KATHLEEN M.<br>302 16TH AVE<br>BALTIMORE, MD 21225 | 418 | 9/10/07 | No Case | 07-11051 |
| | | | - (S)<br>- (A)<br>$3,230.76 (P)<br>- (U)<br>$3,230.76 (T) | |
| PEARCE, JOAN M.<br>3634 SWEETGRASS LANE<br>CHARLOTTE, NC 28226 | 1380 | 10/2/07 | 07-11047 | 07-11051 |
| | | | - (S)<br>- (A)<br>$3,333.33 (P)<br>- (U)<br>$3,333.33 (T) | |
| PMC INVESTIGATIONS AND SECURITY INC<br>ATTN JOHN CELENTARO, PRESIDENT<br>80 EAST OLD COUNTRY RD<br>MINEOLA, NY 11501 | 3997 | 11/30/07 | No Case | 07-11051 |
| | | | - (S)<br>- (A)<br>- (P)<br>$5,431.25 (U)<br>$5,431.25 (T) | |
| Totals: | 21 Claims ||| |
| | | | - (S)<br>- (A)<br>$52,005.81 (P)<br>$38,022.87 (U)<br>$90,028.68 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

DB02:7390303.3

066585.1001

# Exhibit D

## Late Filed Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Bar Date |
|---|---|---|---|---|---|---|
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10463 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10464 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10465 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10466 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10467 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10468 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10469 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10470 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$50.00 (U)<br>$50.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10471 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10472 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10473 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10474 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10475 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | January 11, 2008 |
| CABLEVISION<br>BANKRUPTCY, 3RD FLOOR<br>200 JERICHO QUADRANGLE<br>JERICHO, NY 11753 | 10451 | 8/12/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,943.84 (U)<br>$1,943.84 (T) | January 11, 2008 |
| CIMINO, MATTHEW T.<br>1047 ROUSSEAU DRIVE<br>WEBSTER, NY 14580 | 10415 | 6/9/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,094.54 (U)<br>$19,044.54 (T) | January 11, 2008 |
| COMMIATO, MARY T.<br>16439 BRAMBLING<br>HOUSTON, TX 77059 | 10485 | 9/3/08 | No Case | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CONSTANT, NADINE<br>113 BELMONT PKWY<br>HEMPSTEAD, NY 11550 | 10410 | 5/30/08 | 07-11051 | - (S)<br>- (A)<br>$1,961.54 (P)<br>- (U)<br>$1,961.54 (T) | January 11, 2008 |
| EMAGIC.COM, LLC<br>C/O ANTHONY J. CARONNA<br>PO BOX 488<br>MILWAUKEE, WI 53202 | 10421 | 6/19/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68,008.00 (U)<br>$68,008.00 (T) | January 11, 2008 |
| KIRSCH, ALAN<br>245 AVENUE C<br>NEW YORK, NY 10009-2515 | 10452 | 8/14/08 | 07-11047 | Unspecified* | January 11, 2008 |
| LIMZERWALA, HUZVAAK<br>5208 CHABLIS CT<br>FORT WAYNE, IN 46845 | 10406 | 5/22/08 | 07-11051 | - (S)<br>- (A)<br>$6,544.32 (P)<br>- (U)<br>$6,544.32 (T) | January 11, 2008 |
| YELLOW BOOK USA<br>C/O RMS BANKRUTPCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 10445 | 8/8/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,835.00 (U)<br>$18,835.00 (T) | January 11, 2008 |
| **Totals:** | **21 Claims** | | | - (S)<br>- (A)<br>$22,455.86 (P)<br>$100,981.38 (U)<br>$123,437.24 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
     Debtors.                                                      :
                                                                   :   Ref. Docket No. ~~~~~~ 6008
------------------------------------------------------------------ x

**ORDER SUSTAINING DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the eighteenth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, and D hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained <u>as modified herein</u>; and it is further

<u>ORDERED that the Objection is hereby adjourned solely with respect to the proof of claim filed by Joseph W. Bartolotta [POC No. 6930]; and it is further</u>

<u>ORDERED that the Debtors have withdrawn the Objection solely with respect to the proof of claim filed by Management Advisors International, Inc. [POC No. 10482]; and it is further</u>

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u>, and <u>D</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit C</u> are hereby reassigned to the new case numbers listed on <u>Exhibit C</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
           _____, 2008

                                                    _____
                                                    CHRISTOPHER S. SONTCHI
                                                    UNITED STATES BANKRUPTCY JUDGE

2