IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: **Ref. Docket No. 6009**

**CERTIFICATE OF COUNSEL SUBMITTING A REVISED FORM OF ORDER SUSTAINING THE DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 22, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6009] (the "Objection"). The Debtors received formal or informal responses to the Objection from Eric Segall [Docket No. 6230], Jeffrey Harmon [Docket No. 6231], DD Halpern [Docket No. 6232], Paul Parotti [Docket No. 6233], Baron O'Brien [Docket No. 6235], David Roberts [Docket No. 6236], Michael Wheeler [Docket No. 6237], Royal Bank of Scotland PLC, American Express Travel Related Svc. Co., Joseph Bartolotta and Paul Knag, Jr. In light of the responses received, the Debtors request that the hearing on the Objection be adjourned with respect to the proofs of claim filed by Eric Segall [POC No. 7365], Jeffery A. Harmon

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[POC No. 302], DD Halpern [POC No. 6708],[2] Paul Parotti [POC No. 2353], Baron O'Brien [POC No. 6650], and American Express Travel Related SVC Co. [POC No. 9205]. Furthermore, the Debtors will submit a separate form of order resolving the Objection with respect to the proof of claim filed by Royal Bank of Scotland PLC ("RBS") [POC No. 8956].[3] The Debtors wish to withdraw the Objection solely with respect to the proofs of claim filed by Michael Wheeler [POC No. 7613], David Roberts [POC No. 7093], and Joseph Bartolotta, [POC No. 1909].[4] Finally, the Debtors, in consultation with counsel to Paul Knag, Jr., have determined that Mr. Knag's $10,000 claim should be reclassified such that $3,450 of Mr. Knag's claim is entitled to priority and the remaining $6,550 is general unsecured.

A revised form of order (the "Revised Order") reflecting the changes discussed above is attached hereto as Exhibit A. A blackline showing differences between the form of order filed with the Objection and the Revised Order is attached hereto as Exhibit B. As the Court has indicated that it has no other questions or concerns with respect to the relief requested in the Objection, the Debtors respectfully request that the Court enter the Revised Order sustaining the Objection at its earliest convenience.

---

[2] In the agenda of matters scheduled for hearing on October 22, 2008 [Docket No. 6282] (the "Agenda"), the Debtors noted that the Objection would be going forward with respect to the proof of claim filed by Ms. Halpern. However, the Debtors and Ms. Halpern have subsequently decided that it would be preferable to adjourn the Objection with respect to Ms. Halpern's proof of claim.

[3] In the Agenda, the Debtors noted that the Objection would be going forward with respect to the proof of claim filed by RBS. However, the Debtors subsequently decided that they would work with RBS to submit a form of order resolving the Objection with respect to RBS's proof of claim.

[4] In the Agenda, the Debtors noted that the Objection would be adjourned with respect to Mr. Bartolotta's proof of claim. However, the Debtors subsequently decided that they would instead withdraw the Objection with respect to Mr. Bartolotta's proof of claim.

Dated: October 22, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *signature*
_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession