# Exhibit A

American Home Mortgage Holdings, et al (Case 07-11047)   Exhibit A-1
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period September 1, 2008 through September 30, 2008**

| Project Category and Task Code | Hours | Total Fees |
|---|---:|---:|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 44.10 | $23,084.50 |
| Real Estate Investment Trust Compliance | 37.00 | $17,965.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *81.10* | *$41,049.50* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 9.70 | $2,602.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *9.70* | *$2,602.50* |
| **Grand Total Hours for September 2008** | **90.80** | **$43,652.00** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)           Exhibit A-2
PricewaterhouseCoopers LLP - Tax Advisor
Summary of Professionals
For the Period September 1, 2008 through September 30, 2008

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| *Partner* | | | |
| Jill M Hemphill | $700 | 8.00 | $5,600.00 |
| Mitchel Aeder | $700 | 4.40 | $3,080.00 |
| Richard Daniele | $700 | 14.00 | $9,800.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 2.00 | $1,170.00 |
| *Director* | | | |
| Gregory Fetter | $485 | 2.50 | $1,212.50 |
| Iris M Kitamura | $485 | 2.50 | $1,212.50 |
| Michael Truscott | $485 | 20.50 | $9,942.50 |
| Robert Godwin | $485 | 2.00 | $970.00 |
| Robert J McDermott | $485 | 2.50 | $1,212.50 |
| *Manager* | | | |
| Andre Ferguson | $380 | 4.00 | $1,520.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 2.40 | $960.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 10.20 | $2,907.00 |
| Emily Nell Cole | $285 | 8.50 | $2,422.50 |
| *Associate (Bankruptcy)* | | | |
| Subashi M Stendahl | $225 | 7.30 | $1,642.50 |
| **Grand Total Hours and Fees for September 2008** | | **90.80** | **$43,652.00** |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period September 1, 2008 through September 30, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 9/1/2008 | Richard Daniele | Partner | Review of the 2007 federal tax workpapers and returns. | $700.00 | 5.00 | $3,500.00 |
| 9/2/2008 | Andre Ferguson | Manager | Contact states for possible refund opportunities resulting from the acquisition of the Waterfield Financial. | $380.00 | 1.00 | $380.00 |
| 9/2/2008 | Richard Daniele | Partner | Review of the 2007 federal tax workpapers and returns. | $700.00 | 3.00 | $2,100.00 |
| 9/3/2008 | Andre Ferguson | Manager | Contact states for possible refund opportunities resulting from the acquisition of the Waterfield Financial. | $380.00 | 1.00 | $380.00 |
| 9/3/2008 | Mitchel Aeder | Partner | Conference call with S. Seoylimezien, C. Grear regarding purchase price allocation on mortgage services sale. | $700.00 | 1.00 | $700.00 |
| 9/3/2008 | Richard Daniele | Partner | Review of the 2007 federal tax workpapers and returns. | $700.00 | 4.00 | $2,800.00 |
| 9/3/2008 | Richard Daniele | Partner | Continued the review of the 2007 federal tax workpapers and returns. | $700.00 | 1.00 | $700.00 |
| 9/3/2008 | Robert Godwin | Director | Prepare, review and research purchase price allocation on mortgage services sale. | $485.00 | 1.00 | $485.00 |
| 9/3/2008 | Robert Godwin | Director | Conference call with S. Seoylimezien, C. Grear regarding purchase price allocation on mortgage services sale. | $485.00 | 1.00 | $485.00 |
| 9/4/2008 | Andre Ferguson | Manager | Contact states for possible refund opportunities resulting from the acquisition of the Waterfield Financial. | $380.00 | 1.00 | $380.00 |
| 9/4/2008 | Christos Vorillas | Senior Associate | Discussions with Greg Fetter (PwC) and client for Ohio, NJ, and NY reconciliation. | $285.00 | 0.70 | $199.50 |

Page 1 of 6
Monday, October 20, 2008

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period September 1, 2008 through September 30, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 9/4/2008 | Emily Nell Cole | Senior Associate | Review of prepared-by-client workpapers with Mike Truscott (PwC). | $285.00 | 1.00 | $285.00 |
| 9/4/2008 | Michael Truscott | Director | Review and discuss tax workpapers with Emily Cole (PwC). | $485.00 | 1.00 | $485.00 |
| 9/5/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review preliminary August 2008 fee consolidator. | $400.00 | 0.70 | $280.00 |
| 9/5/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Continue the review of the August 2008 fee consolidator. | $400.00 | 0.50 | $200.00 |
| 9/5/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Update checklists and due dates for upcoming deliverables. | $400.00 | 0.10 | $40.00 |
| 9/5/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Review of August wip long text report and distribute emails for pending items. | $225.00 | 2.00 | $450.00 |
| 9/8/2008 | Emily Nell Cole | Senior Associate | Updated federal and state returns. | $285.00 | 5.00 | $1,425.00 |
| 9/8/2008 | Emily Nell Cole | Senior Associate | Discuss tax workpapers with Mike Truscott (PwC) and Susan Lyons (PwC). | $285.00 | 1.50 | $427.50 |
| 9/8/2008 | Michael Truscott | Director | Review tax workpapers and call with Susan Lyons (PwC). | $485.00 | 2.00 | $970.00 |
| 9/9/2008 | Andre Ferguson | Manager | Contact states for possible refund opportunities resulting from the acquisition of the Waterfield Financial. | $380.00 | 1.00 | $380.00 |
| 9/9/2008 | Mitchel Aeder | Partner | Review purchase price allocations. | $700.00 | 1.80 | $1,260.00 |
| 9/9/2008 | Richard Daniele | Partner | Review of the 2007 federal tax workpapers and returns. | $700.00 | 1.00 | $700.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period September 1, 2008 through September 30, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 9/10/2008 | Mitchel Aeder | Partner | Discussion with Client regarding purchase price allocation. | $700.00 | 1.30 | $910.00 |
| 9/10/2008 | Robert J McDermott | Director | Review determination of proper purchase price allocation treatment of purchased mortgage servicing rights. | $485.00 | 2.50 | $1,212.50 |
| 9/11/2008 | Emily Nell Cole | Senior Associate | Review tax return. | $285.00 | 1.00 | $285.00 |
| 9/11/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 2.00 | $970.00 |
| 9/11/2008 | Mitchel Aeder | Partner | Teleconference with B. Fernandez and S. Seoylemezien (AHM) regarding purchase price allocation. | $700.00 | 0.30 | $210.00 |
| 9/15/2008 | Subashi M Stendahl | Associate (Bankruptcy) | August analysis of new WBS time descriptions, updating narrative and addressing review comments. | $225.00 | 2.00 | $450.00 |
| 9/16/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Email communications with Debtors' counsel regarding CNO and invoice processing. | $400.00 | 0.30 | $120.00 |
| 9/16/2008 | Christos Vorillas | Senior Associate | Review of new information received from client. | $285.00 | 0.50 | $142.50 |
| 9/16/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Update August consolidator and narrative. | $225.00 | 1.70 | $382.50 |
| 9/17/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 1.50 | $727.50 |
| 9/18/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 1.00 | $485.00 |
| 9/19/2008 | Christos Vorillas | Senior Associate | Send correspondence to Susan Lyons (PwC) for information on audit in 2 weeks. | $285.00 | 0.20 | $57.00 |
| 9/19/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 1.00 | $485.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period September 1, 2008 through September 30, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 9/22/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the PACER (CNO for June/July) and corresponding invoice for distribution to client for payment. | $400.00 | 0.20 | $80.00 |
| 9/22/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Email communications with Gregory Fetter (PwC) and YCST regarding interim fee notices/hearings. | $400.00 | 0.10 | $40.00 |
| 9/22/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 2.00 | $970.00 |
| 9/22/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Email to Greg Fetter (PwC) regarding certificate of no objection for the 4th monthly and checking Pacer for the 2nd interim notice. | $225.00 | 0.30 | $67.50 |
| 9/23/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review draft August 2008 fee consolidator and corresponding narrative. | $400.00 | 0.50 | $200.00 |
| 9/23/2008 | Christos Vorillas | Senior Associate | Review of schedules sent from Susan Lyons (PwC). | $285.00 | 0.50 | $142.50 |
| 9/23/2008 | Jill M Hemphill | Partner | Continued to review tax workpapers. | $700.00 | 4.00 | $2,800.00 |
| 9/23/2008 | Jill M Hemphill | Partner | Review tax workpapers. | $700.00 | 4.00 | $2,800.00 |
| 9/23/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 2.00 | $970.00 |
| 9/23/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Review and making changes proposed by Andrea Clark Smith (PwC) prior to distributing the August Fee Application draft to Greg Fetter (PwC). | $225.00 | 1.30 | $292.50 |
| 9/24/2008 | Christos Vorillas | Senior Associate | Discussions with Client and auditors for pending NJ audit on Monday. Review of material received from client and forwarded to auditor for review. | $285.00 | 2.80 | $798.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period September 1, 2008 through September 30, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 9/24/2008 | Iris M Kitamura | Director | Discuss NJ audit with Chris Vorillas (PwC); review GL information for the NJ auditor; schedule meeting with auditor. | $485.00 | 1.00 | $485.00 |
| 9/24/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 4.00 | $1,940.00 |
| 9/25/2008 | Christos Vorillas | Senior Associate | Discussed NJ audit and AHMA refund claim with auditor. | $285.00 | 1.70 | $484.50 |
| 9/25/2008 | Gregory Fetter | Director | Discussion with Chris Vorillas (PwC) on NJ audit and status of NY audit. | $485.00 | 1.50 | $727.50 |
| 9/25/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 2.00 | $970.00 |
| 9/26/2008 | Christos Vorillas | Senior Associate | Discussions with Client concerning status of NJ audit and spoke with auditors in NY concerning the AHMA refund claim. Reviewed the information received by Client concerning receipts for the NJ sales and use tax audit. | $285.00 | 2.00 | $570.00 |
| 9/26/2008 | Iris M Kitamura | Director | Call with Chris Vorillas (PwC) regarding status of NJ audit request, information request for auditor, research regarding statutory requirements for producing documents for the auditor, and discussions with Jack Rothstein (PwC). | $485.00 | 1.50 | $727.50 |
| 9/26/2008 | John A Verde | Senior Managing Director | Follow-up on information requests for NYS audit, NYS Mortgage recording tax refunds, and ongoing NJ sales tax audit. | $585.00 | 2.00 | $1,170.00 |
| 9/29/2008 | Christos Vorillas | Senior Associate | Discussions with John Verde (PwC) and Greg Fetter (PwC) concerning NJ audit and AHMA's refund claim. | $285.00 | 0.30 | $85.50 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period September 1, 2008 through September 30, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 9/29/2008 | Gregory Fetter | Director | Update with Chris Vorillas (PwC) on NJ audit and discuss information for the auditor. | $485.00 | 1.00 | $485.00 |
| 9/30/2008 | Christos Vorillas | Senior Associate | Discussions with Client and John Verde (PwC) concerning the NY reconciliation and drafted letter for Client to sign concerning Great Oak not doing an insurance business. | $285.00 | 1.50 | $427.50 |
| 9/30/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 2.00 | $970.00 |
| Grand Total Hours and Compensation for September 2008 | | | | | 90.80 | $43,652.00 |

Exhibit A-4

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Expenditures by Professional
For the Period September 1, 2008 through September 30, 2008

| Expense Date | Personnel | Transaction Type | Description | Total Expenses |
|---|---|---|---|---|
| 9/13/2008 | Michael Truscott | Meals | Lunch at CINEMA CAFÉ with S. Tyler (AHM) and Emily Cole (PwC) to discuss tax return status. | $59.20 |
| 9/17/2008 | Michael Truscott | Meals | Dinner at SHABURI with J. Perrone (AHM) to discuss project status (original expense $135.42). | $100.00 |
| **Total Expenditures for September 2008** | | | | **$159.20** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.