IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,               :
                                                              :   Jointly Administered
          Debtors.                                            :
                                                              :   Ref. Docket No. 5791 and 6153
------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION AND AGREED SCHEDULING ORDER RELATING TO MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), TO FORECLOSURE ON MORTGAGE LOANS**

On September 10, 2008, JPMorgan Chase Bank, a National Association ("JPMC") filed the Motion of JPMorgan Chase Bank, National Association for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on Mortgage Loans (D.I. 5791) (the "Motion").

On September 30, 2008, the above-captioned Debtors (the "Debtors") filed the Debtors' Preliminary Objection to the Motion of JPMorgan Chase Bank, National Association for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on Mortgage Loans (D.I. 6153) (the "Preliminary Objection").

On October 2, 2008, the Debtors and the JPMC (collectively, the "Parties") appeared before the Court for a scheduling conference regarding the Motion (the "Hearing").

At the request of JPMC, the evidentiary hearing on this matter has been rescheduled for December 15, 2008 at 11:00 a.m. (the "Evidentiary Hearing").

The Parties have conferred and agreed, subject to Court approval, to the terms of a proposed Scheduling Order (the "Scheduling Order") which shall govern the discovery and other deadlines related to the evidentiary hearing on the Motion. A copy of the proposed Scheduling Order is attached hereto as Exhibit A.

The Debtors respectfully request that the Court enter the Scheduling Order at its earliest convenience without further notice or hearing.

Dated:  Wilmington, Delaware
   October 22, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988 )
Sharon M. Zieg (No. 4196)
Erin D. Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors-in-Possession*