# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :    Jointly Administered
                      Debtors.                               :
                                                             :    Docket Ref. Nos. 5791 and 6153
------------------------------------------------------------ x

STIPULATION AND AGREED SCHEDULING ORDER RELATING TO
MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO
11 U.S.C. § 362(d), TO FORECLOSURE ON MORTGAGE LOANS

The above–captioned Debtors (the "Debtors") and JPMorgan Chase Bank, a National Association ("JPMC" and collectively with the Debtors, the "Parties") hereby stipulate and agree that the following schedule shall govern the discovery and other deadlines related to the evidentiary hearing on the Motion of JPMorgan Chase Bank, National Association for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on Mortgage Loans (the "Motion"):

1. Written Discovery. The Parties shall serve all interrogatories, requests for production of documents and requests for admissions (the "Written Discovery") no later than **October 15, 2008**. The Parties shall serve all responses to Written Discovery so as to be received within twenty-five (25) days after being served with the Written Discovery (the "Written Discovery Deadline"). As set forth in Del. Bankr. L.R. 7026-3 (c) and (e) the Parties shall identify their "e-discovery liaison" and reach an agreement as to the method of searching, and the words, terms, and phrases to be searched no later than October 24, 2008.

2. Expert Reports and Discovery. Expert reports must be served so as to be received on or before **November 19, 2008**. Rebuttal expert reports must be served so as to be

received on or before **November 26, 2008**. Expert reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B).

3. <u>Depositions</u>. All fact and expert depositions shall be completed no later than **December 5, 2008**.

4. <u>Witnesses and Exhibits</u>. The Parties shall exchange final witness and exhibits lists as set forth in Fed. R. Civ. P. 26(a)(3) no later than **December 10, 2008**.

5. <u>Pre-Trial Briefs</u>. The parties shall file pre-trial briefs no later than **December 10, 2008**.

6. <u>Joint Pre-Trial Memorandum</u>. A joint pre-trial memorandum as set forth in the *General Order Re: Pre-Trial Procedures in Adversary Proceedings Set for Trial Before Judge Christopher S. Sontchi* shall be filed and delivered to chambers by **December 8, 2008**.

7. <u>Hearing.</u> An evidentiary hearing on the Motion shall commence on **December 15, 2008 at 11:00 a.m.** (the "<u>Hearing</u>").

8. <u>Modifications to this Schedule</u>. Deadlines contained in this Stipulation and Scheduling Order may be extended by Court order, if necessary, or other than with respect to the deadlines related to submission of pre-trial briefs and the joint pre-trial memorandum, by agreement of the parties without approval of the Court; provided, however, in the event a modification affects the hearing date, the Parties shall immediately inform the Court and request that a new hearing date be set at the Court's convenience.

9. <u>Service</u>. Service of all pleadings, affidavits and other documents required to be served under this Stipulation shall be served via electronic mail and overnight, express delivery on respective counsel for the Parties listed below.

7463959_3

10. This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation and Scheduling Order.

October 22, 2008  
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Sharon M. Zieg*
John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors and Debtors in Possession*

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

**LOCKE LORD BISSELL & LIDDELL LLP**
Thomas H. Grace
W. Steven Bryant
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

*Counsel for JPMorgan Chase Bank, National Association*

SO ORDERED THIS ____ DAY OF OCTOBER, 2008.

BY THE COURT:

_____
CHRISTOPHER S. SONTCHI
U.S. BANKRUPTCY JUDGE

7463959_3