B

```
                                                  United Van Lines
                                                  FED. ID #43-1881277

   CRYE-LEIKE RELOCATION MNGT           United Van Lines, LLC
   ATTN: CRYE-LEIKE HQ                  One United Drive
   6525 QUAIL HOLLOW                    Fenton, MO 63026-1350
   MEMPHIS,  TN  38120                  636-326-3100

FOR CUSTOMER: CRYE-LEIKE RELOCATION MNGT
                                                  0191 00288 7    01    07/30/07
P.O. NO.

         SHIPMENT OF HOUSEHOLD GOODS

     MS SALLY HAMILTON              SNTA ANA        CA    GLN COVE         NY

         KR40-3          6320        6320          XX            XXXXX
Tariff No.         XXXX Miles           /       TRANSPORTATION   Per Cwt.   12439.97

     11   DISH PACKS              @  95.56         1051.16
     19   CARTON 1 1/2 CU. FT.    @  22.88          434.72
     15   CARTONS 3 CU. FT.       @  34.60          519.00
     11   CARTONS 4 1/2 CU. FT.   @  42.19          464.09
      1   CARTONS 6 CU. FT.       @  48.26           48.26
      8   WARDROBE CTN            @  46.89          375.12
      2   QUEEN/KING MATTRESS     @  66.20          132.40
     13   CORR MIRROR CTN         @  83.12         1080.56
      2   OTHER CARTON            @  35.68           71.36
          TOTAL PACKING                                           4176.67

      2   QUEEN/KING MATTRESS     @  16.55           33.10
      2   CORR MIRROR CTN         @  20.78           41.56
          TOTAL UNPACKING                                           74.66

      1   ORIG SERV CHRG                6320 LBS
      1   DEST SERV CHRG                6320 LBS
   6320   AUX SERV
   6320   AUX SERV
          REMOVE FRIG FROM HSE TO GARAGE
      2   HRS EXTRA LABOR                    1 MEN
          TOTAL ACCESSORIALS                   03/HR   148.06
                                                                  4431.61

   5100.39  FUEL SURCHG-TRANS     @  6.0000%        306.02
   5100.39  INS RELATED REVENUE   @  2.00%          102.01
            CRATING
            ADV 3RD PARTY CHRGS                     566.00

            * * * CONTINUED NEXT PAGE * * *
```

Remit $ _____ if payment postmarked by _____
Remit $ _____ if payment postmarked after _____

TO INSURE PROPER CREDIT PLEASE RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| INVOICE NO. | |
| NET DUE | 1911 |
| | 1911 |
| LATE CHARGE | |
| TOTAL CHARGES | 6300-01 |

*final mnt to relocation a* (handwritten left margin)

*AHM* (handwritten)



22304 NETWORK PLACE
CHICAGO, IL  60673-1223

CRYE-LEIKE RELOCATION MNGT
ATTN: CRYE-LEIKE HQ
6525 QUAIL HOLLOW
MEMPHIS, TN 38120

FOR CUSTOMER: CRYE-LEIKE RELOCATION MNGT

FED. ID #43-1081477

United Van Lines, LLC
One United Drive
Fenton, MO 63026-1350
636-326-3100

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 0191 00288 7 | 01 | 07/30/07 |

PO NO:

SHIPMENT OF HOUSEHOLD GOODS FOR:

| Name | From | State | To | State |
|---|---|---|---|---|
| MS SALLY HAMILTON | SNTA ANA | CA | GLN COVE | NY |

Tariff No. XXXX  Miles XXXX  Lbs. XX  XXXX

UNCRATING AND ASSEMBLY
ADV 3RD PARTY CHRGS                    334.60
SERVICES EXCLUDED FROM DISC                    1308.63

SUBTOTAL: SERVICES SUBJECT TO BTM LINE DISCOUNT    21122.91
LESS: 59.00 % BOTTOM LINE DISCOUNT              12462.52
      SERVICES EXCLUDED FROM DISCOUNTING          1308.63

NET TOTAL:                                        9969.02

TOTAL CHARGES: 9969.02

Remit $ 10068.71  if payment postmarked by  08/29/07
Remit $            if payment postmarked after

TO INSURE PROPER CREDIT PLEASE RETURN THIS STUB WITH PAYMENT

| INVOICE NO. | |
|---|---|
| 0191 00288 7 | 01 NATL |
| NET DUE | |
| 9969.02 | 1911 |
| | 1911 |
| LATE CHARGE | |
| 99.69 | |
| | 6300-01 |
| TOTAL CHARGES | |
| 10068.71 | |

CRYE-LEIKE RELOCATION MNGT
ATTN: CRYE-LEIKE HQ
6525 QUAIL HOLLOW
MEMPHIS, TN 38120