C

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

UNITED VAN LINES, LLC,

    Plaintiff,

V.

CRYE-LEIKE, INC., RICKY PINEDA,
KATRINA SMITH, NATHAN MERRILL,
MICHAEL SUROWIEC, HENRY LI,
SALLY HAMILTON and DOUGLAS ADAIR,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV 07 5013

HURLEY, J.

LINDSAY, M.J.

TO: (Name and address of Defendant)

Sally Hamilton
20 B William Street
Glen Cove, NY 11542

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GEORGE W. WRIGHT & ASSOCIATES, LLC
88 Pine Street, 7th Floor
New York, New York 10005-1801

*[handwritten: 12-29-07 date of service; 2-27-08 deadline]*

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK _[signature]_

(By) DEPUTY CLERK

DATE DEC 0 4 2007

*[handwritten: 1/6 emailed Doug Adair, cinic Ernie Fox]*

⚜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                     Date                     *Signature of Server*

                                           _____
                                           *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 03 2007 ★

BROOKLYN OFFICE

CV 07 5013

UNITED VAN LINES, LLC,

    Plaintiff,

    - against --

CRYE-LEIKE, INC., RICKY PINEDA, KATRINA SMITH, NATHAN MERRILL, MICHAEL SUROWIEC, HENRY LI, SALLY HAMILTON and DOUGLAS ADAIR,

    Defendants.

COMPLAINT

LINDSAY, M.J.

Plaintiff, UNITED VAN LINES, LLC ("UNITED"), as and for a Complaint against defendants, CRYE-LEIKE, INC., RICKY PINEDA, KATRINA SMITH, NATHAN MERRILL, MICHAEL SUROWIEC, HENRY LI, SALLY HAMILTON and DOUGLAS ADAIR, alleges upon information and belief as follows:

### JURISDICTION AND VENUE

1. This action involves collection of interstate transportation charges for a shipment moving in interstate commerce and arises under the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. §§ 13701, 13702, 13704, 13706 and 14705.

2. Original federal jurisdiction is conferred over this action by 28 U.S.C. Sections 1331 and 1337(a) as an action arising under the ICCTA regardless of the sum in controversy Thurston Motor Lines, Inc. v. Rand, 460 U.S. 533 (1983).

3. At all relevant times defendants maintained places of residence within this District and the interstate transportation contracts at issue were substantially performed by UNITED within this District.

## PARTIES

4. Plaintiff UNITED is a Missouri corporation with its principal office and place of business located in Fenton, Missouri and engaged in business as a motor carrier of household goods and special commodities in interstate commerce.

5. During all times mentioned herein, CRYE-LEIKE, INC. was and is a Tennessee corporation with an office and principal place of business located at 6525 Quail Hollow Pine, Memphis, TN 38120 and does business and/or transacts business within this District.

5. During all times mentioned herein, RICKY PINEDA was or is a resident of the State of New York with a place of residence in Northport, NY.

6. During all times mentioned herein, KATRINA SMITH was or is a resident of the State of New York with a place of residence in Glen Cove, NY.

7. During all times mentioned herein, NATHAN MERRILL was or is a resident of the State of New York with a place of residence at 7 William Street, East Northport, NY 11731.

8. During all times mentioned herein, MICHAEL SUROWIEC was or is a resident of the State of New York with a place of residence at 39 Cotter Street, W. Islip, NY 11795.

9. During all times mentioned herein, HENRY LI was or is a resident of the State of New York with a place of residence at 19 Maglie Drive, Hicksville, NY 11801.

2

10. During all times mentioned herein, SALLY HAMILTON was or is a resident of the State of New York with a place of residence at 20 B William Street, Glen Cove, NY 11542.

11. During all times mentioned herein, DOUGLAS ADAIR was or is a resident of the State of New York with a place of residence at 49 Sandy Hill Road, Oyster Bay, NY 11771.

## COUNT I

### Breach of Interstate Transportation Contracts

12. Plaintiff repeats and realleges each and every allegation set forth in paragraphs "1" through "11" as though the same were fully set forth at length herein.

13. In or about July and August 2007, defendants, as shippers and/or consignees, requested UNITED to provide interstate transportation of defendants' household goods from various places of origin to places of destination within the State of New York and this District, pursuant to UNITED's Uniform Household Goods Bills of Lading and Freight Bills ("Bills of Lading").

14. UNITED's transportation and related services to defendants were performed in accordance with the aforesaid Bills of Lading and UNITED's Tariffs and/or rate schedules incorporated therein.

15. Despite due demand, defendants have failed and neglected to pay the total amount of $60,000.00 which remains due and owing to UNITED under the aforesaid Bills of Lading.

3

## COUNT II

### Account Stated

*R+R*     16.    Plaintiff repeats and realleges each and every allegation set forth in paragraphs "1" through "15" as though the same were fully set forth at length herein.

*OK!*     17.    UNITED has forwarded to defendants certain Invoices covering plaintiff's interstate transportation and related charges with respect to defendants' shipments.

*D*     18.    Defendants received and retained UNITED's Invoices without protest or objection to this accuracy and validity.

*D*     19.    By virtue of the foregoing, defendants ~~are liable~~ and indebted to UNITED based on accounts rendered and stated in the total amount of $60,000.00.

*[handwritten marginalia]*

### COUNT III

### Quasi-Contract

*R+R*     20.    Plaintiff repeats and realleges each and every allegation set forth in paragraphs "1" through "19" as though the same were fully set forth at length herein.

*D*     21.    As a result of the foregoing, UNITED has provided interstate transportation services to defendants which defendants accepted and, accordingly, defendants are liable to UNITED under theories of quantum meruit and/or unjust enrichment.

WHEREFORE, plaintiff, UNITED VAN LINES, LLC demands judgment against defendants, CRYE-LEIKE, RELOCATION SERVICES, RICKY PINEDA, KATRINA SMITH, NATHAN MERRILL, MICHAEL SUROWIEC, HENRY LI, SALLY HAMILTON and DOUGLAS ADAIR, in the total sum of $60,000.00 together with interest, attorneys' fees, and costs and such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        November 30, 2007

                                    GEORGE W. WRIGHT & ASSOCIATES, LLC

                              BY:  _____
                                    GEORGE W. WRIGHT (GWW/6957)
                                    Attorneys for Plaintiff
                                    88 Pine Street, 7th Floor
                                    New York, NY  10005-1801
                                    (212) 483-0971

                                    483-8260