1  BRADLEY & KAREN DIEPHOLZ
2  PRO-PER
3  4301 EAST REDFIELD ROAD
4  PHOENIX, AZ 85032
5  PH 480-229-1416
6
7
8                    **UNITED STATES BANKRUPTCY COURT**
9
10            **IN AND FOR THE DISTRICT OF DELAWARE**
11
12  In Re:                              )
13                                      )        In Proceedings Under Chapter 11
14  American Home Mortgage Holdings, Inc.  )
15                                      )        Case No. 07-bk-11047
16            Debtors                   )
17                                      )        Motion to Set Deadline
18  _____ )
19

20          Brad and Karen Diepholz, in pro per, hereby request that this Court set a

21  deadline for the filing of an objection to their Proof of Claim by Debtor or that, in the

22  alternative, the claim be allowed as a set off against any moneys owed by Movants to

23  Debtor.  Movants live in Scottsdale, Arizona and request that any oral arguments on

24  this Motion be held telephonically and that any evidentiary hearing be held in Phoenix,

25  as it would be a hardship for Debtors to attend a trial in Delaware and all of the

26  witnesses who will testify herein live in the Phoenix area.  Movants incorporate by

27  reference the attached Memorandum of Points and Authorities.

28
29          Respectfully submitted this __14th__ day of __October__ 2008,
30
31

Brad Diepholz                          Karen Diepholz

## MEMORANDUM OF POINTS AND AUTHORITIES

Movants entered into a contract with American Home Mortgage to finance the construction of their home in Scottsdale, Arizona.    American Home Mortgage committed to provide construction financing in the principal amount of $1,020,000 at 7.375% interest (loan number/unit: 1394138001) and permanent financing of $1,020,000 at 7.375% interest, upon completion of the construction with monthly payments to be $6,268.75.    Construction commenced in October, 2006.    American Home Mortgage defaulted in its payment obligations in August 2007, when it failed to timely fund draw requests.  We were advised that the company could not fund the loan.  We were later told that funding would resume, but due to the delays in funding and the uncertainty of funding, we have not been able to get subcontractors and suppliers to come back to the job site.  Debtor has not been able to timely provide funding and has told us that it will not be able to fund the permanent financing when the construction is ultimately completed.  We have not been able to replace the funding except at extremely high rates, which we cannot afford.

We filed a proof of claim in this case on or before April 11, 2008, in which we set forth the specific damages that we have suffered as a result of the delays and breaches

1    of performance by American Home Mortgage.  We have sent, through our attorney,

2    numerous letters to Debtor explaining the basis for our damages claim.  We have tried,

3    in good faith, to negotiate a settlement with the Debtor but have been unable to do so.

4    At no time has American Home Mortgage disputed our damages calculations.

5    Damages continue to accrue, as we continue to make interest payments on the

6    construction loan.

7         Our construction loan was for the principal amount of $1,020,000 at 7.375% and

8    the permanent financing was to be 7.375% on October 1, 2008, with monthly payments

9    of $6,268.75.  Prior to default, American Home Mortgage had funded $763,536.64 of the

10   construction loan, leaving $256,463.40 left.  We cannot complete the house for that

11   amount of money because of the delays caused by the gap in funding.  We have

12   suffered damage to the property and will have much higher construction costs and

13   interest charges when we are able to complete the job.  We will need to borrow more

14   money to complete the job.  American Home Mortgage cannot fund the rest of the

15   construction costs and cannot provide us with permanent financing.  Although they

16   have offered to finance the rest of the original loan, because of their defaults, we cannot

17   complete the house for that sum or within the time constraints they stipulated.

18        We are attaching hereto the proof of claim that we filed as well as copies of

19   correspondence to American Home Mortgage setting forth our claims for damage and

20   explaining the defaults of American Home Mortgage. (Attached hereto as Exhibits A &

B).  The Debtor has not objected to our claim.  We need to move forward to complete our construction on the house.  We may be unable to move into it because of these delays and the damage it has done to us.  We are entitled to have this matter heard as soon as possible so we can know where we stand.  We have tried to settle this matter, but cannot come to an agreement with American Home Mortgage.  We request that the Debtor be ordered to immediately file its objection to our claim, if it has one.  In the alternative, we request that the Court allow our claim as a set off against the amount which we have taken as construction funding.  We would like this matter heard as soon as possible and request that any objection to our claim be filed with fifteen days and that this matter move forward to a final hearing in Arizona.


Respectfully submitted this 14th day of October 2008,


Brad Diepholz                          Karen Diepholz


A copy of the foregoing was mailed
this 14th day of October, 2008, to:

American Home Mortgage Holdings, Inc.
American Home Mortgage Claims Processing
P.O. Box 5076
FDR Station
New York, NY 10150-5076

1  Young Conaway Stargatt & Taylor, LLP
2  The Brandywine Bldg.
3  1000 West Street, 17th Floor
4  PO Box 391
5  Wilmington, DE 19899-0391
6  Debtors' Restructuring Counsel
7
8  Office of the United States Trustee
9  Joseph M. McMahon, Esq
10 J. Caleb Boggs Federal Building
11 844 King Street, Suite 2207 - Lockbox #35
12 Wilmington, DE 19801
13
14 Karen Gowins
15 Sr. Vice President Construction Lending
16 American Home Mortgage
17 538 Broadhollow Rd.
18 Melville, N.Y. 11747
19
20
21
22
23
24 Bradley Diepholz, Movant
25
26
27
28
29
30
31
32
33