# *EXHIBIT B*

## HIRSCH LAW OFFICE, P.C.
5020 E. Shea Boulevard, Suite 150
Scottsdale, Arizona 85254
(602) 996-9544
(480) 505-9696
Facsimile (480) 505-9707

LAWRENCE D. HIRSCH
*Certified Bankruptcy Specialist*
Attorney for Creditor

DEBTOR:        American Home Mortgage Holdings, Inc.
BK CASE NO.:   07-11047  District of Delaware
CREDITOR:      Bradley & Karen Diepholz
DATE:          04/11/2008

### ITEMIZED STATEMENT OF INTEREST AND CHARGES

| | |
|---|---:|
| 1. Additional costs to complete house, including repair of damage | $ 122,260.00 |
| 2. Additional sales taxes on #1 | 9,660.00 |
| 3. Additional interest payments on original loan (09/01/07-04/01/08) | 23,847.25 |
| 4. Interest lost by using own funds (172,600.00) to fund construction | 5,178.00 |
| 5. Higher interest on take out loan (2 years interest) | 224,000.00 |
| 6. Additional costs to hire replacement general contractor | 100,000.00 |
| 7. Attorney fees and costs | 30,000.00 |

TOTAL    $ 514945.25

**BRADLY & KAREN DIEPHOLZ**
25680 WRANGLER
SCOTTSDALE, ARIZONA

| | ORIG. BUDGET | 11% AVERAGE | REPAIRS | TOTAL | AHM Paid | BALANCE |
|---|---:|---:|---:|---:|---:|---:|
| FRAMING | 158,000 | 17380 | 14000 | 189,380 | 158,000 | 31,380 |
| FINISH CARPENTRY | 10,000 | 1100 | | 11,100 | | 11,100 |
| PLUMBING | 38,500 | 4235 | | 42,735 | 32,725 | 10,010 |
| ELECTRICAL | 22,800 | 2508 | | 25,308 | 22,800 | 2,508 |
| HVAC | 25,750 | 2832.5 | | 28,583 | 14,162.50 | 14,420 |
| STUCCO | 35,455 | 3900.05 | | 39,355 | 17,727.50 | 21,628 |
| MASONRY | 20,000 | 2200 | | 22,200 | 10,000 | 12,200 |
| ROOFING | 23,300 | 2563 | 8,500 | 34,363 | 11,650 | 22,713 |
| INSULATION | 10,000 | 1100 | 2,245 | 13,345 | 8,999.39 | 4,346 |
| DRYWALL | 33,764 | 3714.04 | | 37,478 | 25,254.11 | 12,224 |
| WINDOWS | 10,000 | 1100 | | 11,100 | 10,000 | 1,100 |
| INTERIOR DOORS | 7,000 | 770 | | 7,770 | 6,999.98 | 770 |
| EXTERIOR DOORS | 19,000 | 2090 | | 21,090 | 19,000 | 2,090 |
| FIRE SPRINKLERS | 5,000 | 550 | | 5,550 | 5,000 | 550 |
| FIREPLACES | 9,000 | 990 | | 9,990 | 9,000 | 990 |
| IRON WORK | 5,000 | 550 | | 5,550 | 5,000 | 550 |
| GRADING | | | 4,500 | 4,500 | | 4,500 |
| PAINTING | 25,000 | 2750 | | 27,750 | | 27,750 |
| HARD FLOORING | 30,600 | 3366 | | 33,966 | 15,000 | 18,966 |
| CABINETS | 40,000 | 4400 | | 44,400 | 20,000 | 24,400 |
| COUNTER TOPS | 20,000 | 2200 | | 22,200 | | 22,200 |
| FINISH MATERIALS | 7,000 | 770 | | 7,770 | | 7,770 |
| HARDWARE | 8,000 | 880 | | 8,880 | 8,000 | 880 |
| PLUMBING FIXTURES | 13,000 | 1430 | | 14,430 | 6,500 | 7,930 |
| ELECTRICAL FIXTURES | 5,000 | 550 | | 5,550 | 2,500 | 3,050 |
| APPLIANCES | 40,000 | 4400 | | 44,400 | 20,000 | 24,400 |
| CARPETING | 30,000 | 3300 | | 33,300 | | 33,300 |
| SUPERVISION | 55,000 | | | 55,000 | | 55,000 |
| TOTALS | 706,169 | 71,629 | 29,245 | 807,043 | 428,318 | 378,724 |
| SALES TAX | | | | 63,756.36 | | |
| GRAND TOTAL | | | | 870,799 | | |
| LEGAL FEES | | | | ???????? | | |

# G C CONSULTANTS
CLYDE R. NEVILLE
3776 N. PLEASANT VIEW DRIVE
PRESCOTT VALLEY, ARIZONA
86314
928-420-3321

---

**TO WHOM IT MAY CONCERN:**
APRIL 2, 2008

    RE: PROJECT OVERVIEW FOR
        Bradley & Karen Diepholz
        25680 Wrangler
        Scottsdale, AZ.


The review of this project is based on the following:

1. The original quotes for the work to be accomplished by sub-contractors.

2. The effect the economy has had on material costs over the extended time for construction.

3. The effect the economy has had on the labor force costs over the extended time for construction.

4. The effect the economy has had on the lack of funding which directly affects item 2 & 3 above.

5. The loss of the contractor due to the extended time for construction.

6. The repair and/or replacement of finished work due to extended weather conditions for the extended time for the next phase.


**EXPLANATION OF ABOVE ITEMS**

1.     The economy was moving forward at a fairly good clip when the project was started. The sub-contractors were busy and scheduling was tight and was based on timely progress draws. Once the progress draws started slowing and with the Diepholz's not receiving what they had asked for it became harder to move forward.

2. The material costs have fluxuated quite a lot over the past few months. After reviewing most of these costs I have found the remaining items to be completed have an average increase close to 11% in the same materials.

3. The sub-contractors in the beginning of the project were scheduling the project out as much as 6 to 8 weeks. We were locked in to **their** schedule. Once they could not move forward as scheduled the Diepholz's were moved down the line. And now that the economy has worsened they have laid off many of their workers which moves the Diepholz's even further down their schedule.

4. The delay in funding has really hampered the Diepholz's ability to finish construction with their original budget and time line.

5 & 6. They speak for themselves.

**GENERAL NOTE:**

The owner, Brad Diepholz, has had to step in and take over the construction project in order to protect his family investment of a new residence. This has made it very difficult to hold down gainful employment.

Feel free to contact me at the above number if you have need of further explanation.

---

G C Consultants
Clyde R. Neville

# HIRSCH LAW OFFICE, P.C.
5020 E. Shea Boulevard, Suite 150
Scottsdale, Arizona 85254
(602) 996-9544
(480) 505-9696
Facsimile (480) 505-9707

Lawrence D. Hirsch
*Certified Bankruptcy Specialist*

Iva S. Hirsch
*Certified Family Law Specialist*

April 10, 2008

American Home Mortgage Claims Processing
P.O. Box 5076
FDR Station
New York, NY 10150-5076

Re:   Debtor:     American Home Mortgage Holdings, Inc.
      BK No.:     07-11047 District of Delaware
      Creditors:  Bradley D. Diepholz and Karen Diepholz
      Property:   25680 N. Wrangle Road, Scottsdale, Arizona 85255

Dear Claims Processing Center:

This firm represents Mr. and Mrs. Bradley Diepholz in their claim against American Home Mortgage Holdings, Inc. Please find enclosed an original and one copy of a Proof of Claim to be filed in the Chapter 11 Bankruptcy of American Home Mortgage and its subsidiaries.

Please enter the Proof of Claim and return to us a file stamped copy in the enclosed envelope. Should you have any questions, please contact us at the above number. Your assistance with this matter is appreciated.

Sincerely,

Linda Shanks
Legal Assistant to Lawrence D. Hirsch

LS/aa
enclosures

# HIRSCH LAW OFFICE, P.C.

5020 E. Shea Boulevard, Suite 150
Scottsdale, Arizona 85254
(602) 996-9544
(480) 505-9696
Facsimile (480) 505-9707

Lawrence D. Hirsch
*Certified Bankruptcy Specialist*

Iva S. Hirsch
*Certified Family Law Specialist*

April 10, 2008

Karen Gowins
Sr. Vice President Construction Lending
American Home Mortgage
538 Broadhollow Rd.
Melville, N.Y. 11747

Re:  Loan No.:    1394138
     Borrowers:   Bradley D. Diepholz and Karen Diepholz
     Property:    25680 N. Wrangle Road, Scottsdale, Arizona 85255

Dear Ms: Gowins;

    This firm has be retained by Mr. and Mrs. Diepholz to prepare and file a Proof of Claim in the Chapter 11 Bankruptcy Proceedings of American Home Mortgage and its subsidiaries. Mr. and Mrs. Diepholz have also requested that we discuss with you setoffs against the debt which you allege is due based upon the damages suffered by our clients as a result of the failure of AHM to timely and fully perform its duties under the terms of the construction loan.

    My clients borrowed construction funds in order to build a new home in October, 2006. My clients continued to receive construction draws as requested until July, 2007. In July, 2007 my clients began to have significant problems with receiving funding in a timely manner.

- On July 25, 2007, my clients requested a draw of $78,791.41.

- On August 7, 2007, my clients requested that an additional draw of $141,791.41 be approved. Mr. Diepholz also requested that his July 25th, 2007 request for draw be honored.

- Throughout August, 2007, my client called AHM approximately three times per week during the entire month of August. Representatives from your firm communicated that AHM was waiting for the Bankruptcy Court to determine if/when funding could resume.

- August 10, 2007, Subcontractors walked off the construction site and moved on to other jobs. Construction on framing, plumbing, roofing and low voltage ceased.

- August 31, 2008, received a portion of the July 25, 2007 request for draw. AMH shorted the draw by $69,057.90.

- September 26, 2007, received a portion of the August 7, 2007 request for draw. AHM shorted the draw by $103,541.44.

- September 26, 2007, clients requested and received line item budget and disbursement schedule from AHM. AHM had not been applying amounts to the schedule property, even though borrowers had been providing AHM with copies of all invoices on draw.

- October 1, 2007, client speaks with Joann Vlaun at AHM to try to find out what the problem is with the failure to fund the construction draws. Ms. Vlaunn said the lines are not right and that the borrowers were requesting draws against items that were already maxed out. She had no explanation for the line item errors.

- November 7, 2007, Teresa Hall called Mr. Deipholz and told him that AHM would extend the loan for six more months. She agreed that AHM would add another three months for the delay period in addition to the six months provided by the loan agreement. This extension was allegedly noted in their file, but Ms. Hall would not provide written confirmation, allegedly due to the Bankruptcy filing.

- November 14, 2007, clients request draw of $29,000 and receive it five days later.

- December, 2007, subcontractors finally return to job after they completed other job.

- AHM's delays in funding resulted in a four month suspension of construction.

AHM has failed to deal in good faith with my clients. Your February 15, 2008 and February 28, 2008 letters to them implied that it was their fault that the construction was not completed and that they were in default was disingenuous and borders upon consumer fraud. It is AHM and its continued failure to fund which has resulted in additional construction expenses due to the damages caused during the rainy season and due to weather. The construction loan market is very tight in Arizona. Unless and until their home is completed,

my clients cannot obtain a thirty year fixed rate loan as suggested in your February 28, 2008 letter. It is AHM which is in default and has left my clients in this financial predicament.

My clients have located a private lender who is willing to purchase the Promissory Note from you. The private lender is willing to pay $250,000 for the promissory note. The private lender is Ralph Gualteri. His attorney's name is Richard C. Cole, Jr., and he may be contacted at 602-997-6191. If this is acceptable to AHM, my client will contact Mr. Gualteri, and have him proceed to purchase the note from AHM. Once that transaction is completed, my client will execute any waiver of claims against AHM and will withdraw their proof of claim from the Bankruptcy.

I am enclosing a courtesy copy of the Proof of Claim, which we are filing with the Bankruptcy Court on behalf of the Mr. and Mrs. Diepholz. It itemizes all the costs and expenses which our clients have incurred as a result of the breach of contract by AHM. The amount of the damage claim is $515,000. These amounts would be setoff against the balance due on the note, which my clients believe to be approximately $773,000, leaving a remaining balance of approximately $258,000. I look forward to your immediate attention to this matter.

Very truly yours,

Lawrence D. Hirsch

LHD/ls
cc: Mr. and Mrs. Bradley Diepholz
Enclosures