# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 22, 2008 10:00 AM    CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | JENNIFER PASIERB |

### Matters:

1) Omnibus
   **R / M #:**   0 / 0

2) Interim Fee Applications
   **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

   Hearing held.

      Counsel to submit order under certification of counsel.