**SIGN - IN - SHEET**

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10/22/2008 @ 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Hiller | Draper & Goldberg | Various Servicers |
| Marc Phillips | Connolly Bove Lodge & Hutz | WLR Pings Funding |
| Sandra Selzer | Greenberg Traurig | WLR Recovery Fund |
| Mark Indelicato | Hahn & Hessen | Committee |
| Gabriel McLorwin | Potter Anderson & Corroon | Bank of America |
| Thomas Macauley | Zuckerman Spaeder | Borrowers |
| Stephen Weisbrod | Gilbert Oshinsky LLP | Borrowers |
| Sean Beach | Young Conaway Stargatt & Taylor | Debtors |
| Regina A. Iorii | Werb & Sullivan | LaSalle Bank, N.A. |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Kimberly EClauson | Reed Smith LLP | Hiltonhouse |
| Eric Lopez Schnabel | Dorsey | U.S. Bank |
| Jim Hagsett | Margolis Edelstein | Roberts, Wheeler, O'Brien |
| Joseph J. McMahon | USDOJ | U.S. Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**