Huzvaak Alam Limzerwala
5208 Chablis Court
Fort Wayne, IN 46845

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Date: October 13th, 2008

Re: American Home Mortgage Holdings, Inc.  Chapter 11.  Case No. 07-11047 (CSS).

Dear Sirs/Madams,

I am writing to object to the filing of the **Debtors' Eighteenth Omibus (Non-substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1**. I am deeply sorry for missing the deadline and find myself at the mercy of the court. I believe that my claim (claim# 10406) to my wages will not be denied.

Respectfully,

*[signature]*
Huzvaak A. Limzerwala.