# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
### DETAIL OF SERVICES RENDERED BY PROJECT CODE
### FOR THE PERIOD SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 9/1/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Nelligan, John | 9/1/2008 | 106 | 1.5 | Various calls w/Counsel and Kroll |
| Nelligan, John | 9/2/2008 | 106 | 2.0 | Conference call w/Kroll, Management to discuss 1145 plan |
| Young, Richard | 9/3/2008 | 104 | 2.0 | Prepared bid comparison and sent bidder additional follow up information |
| Nelligan, John | 9/3/2008 | 106 | 1.0 | Call w/Kroll and Counsel |
| Young, Richard | 9/4/2008 | 104 | 2.0 | Prepared bid comparison and sent bidder additional follow up information |
| Nelligan, John | 9/4/2008 | 106 | 0.5 | Call w/Kroll to update on Prospective Buyer |
| Nelligan, John | 9/4/2008 | 104 | 1.0 | Due diligence follow up w/Buyer |
| Young, Richard | 9/5/2008 | 104 | 1.0 | Prepared bid comparison and sent bidder additional follow up information |
| Nelligan, John | 9/5/2008 | 106 | 1.0 | Various call w/Kroll |
| Nelligan, John | 9/5/2008 | 106 | 0.5 | Calls w/AH Bank Management |
| Nelligan, John | 9/8/2008 | 104 | 2.0 | Review Buyer preliminary Business Plan |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 9/8/2008 | 106 | 1.0 | Internal Milestone call to discuss transaction and status |
| Young, Richard | 9/8/2008 | 104 | 1.5 | Sent additional materials to M2 Capital; call with Kroll to review M2 bid |
| Nelligan, John | 9/9/2008 | 106 | 0.5 | Various call w/Kroll and Management |
| Nelligan, John | 9/9/2008 | 104 | 2.0 | Tax due diligence follow up |
| Young, Richard | 9/10/2008 | 104 | 1.0 | Updated M2 offer anlysis and built UCC presentation |
| Nelligan, John | 9/10/2008 | 104 | 1.5 | Update call with Propspective Buyer to review business plan |
| Nelligan, John | 9/10/2008 | 106 | 1.0 | Call w/Kroll and Counsel |
| Nelligan, John | 9/10/2008 | 106 | 1.0 | Calls w/AH Bank Management |
| Nelligan, John | 9/11/2008 | 106 | 0.5 | Calls w/AH Bank Management |
| Nelligan, John | 9/11/2008 | 106 | 1.0 | Call w/Kroll and UCC Counsel |
| Nelligan, John | 9/11/2008 | 106 | 0.5 | Calls w/Kroll |
| Nelligan, John | 9/12/2008 | 106 | 0.5 | Call w/Kroll to update on Prospective Buyer |
| Nelligan, John | 9/12/2008 | 106 | 1.0 | Review AH Bank August Financials |
| Nelligan, John | 9/15/2008 | 104 | 1.5 | Due diligence follow up w/Buyer |
| Nelligan, John | 9/15/2008 | 106 | 1.0 | Various call w/Kroll |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 9/15/2008 | 106 | 1.0 | Calls w/AH Bank Management |
| Young, Richard | 9/16/2008 | 104 | 1.0 | Worked with parent to provide M2 Capital 2007 tax documents; review of deferred tax asset |
| Nelligan, John | 9/16/2008 | 104 | 1.0 | Follow up on due diligence requests |
| Nelligan, John | 9/16/2008 | 106 | 1.0 | Internal Milestone call to discuss transaction and status |
| Young, Richard | 9/17/2008 | 104 | 0.5 | Distributed M2 Capital documents |
| Nelligan, John | 9/17/2008 | 106 | 1.0 | Calls w/Kroll and Counsel to discuss standstill language |
| Nelligan, John | 9/17/2008 | 106 | 1.5 | Various call w/Kroll and Management |
| Nelligan, John | 9/18/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Nelligan, John | 9/18/2008 | 104 | 1.5 | Various calls with Propspective Buyer |
| Nelligan, John | 9/19/2008 | 106 | 2.0 | Reviewed Draft of Stand-still agreement Language |
| Nelligan, John | 9/19/2008 | 106 | 0.5 | Various call w/Kroll |
| Nelligan, John | 9/22/2008 | 106 | 1.0 | Internal Milestone call to discuss transaction and status |
| Nelligan, John | 9/22/2008 | 106 | 3.0 | Various calls w/Counsel to discuss exclusivity language |
| Nelligan, John | 9/22/2008 | 106 | 1.0 | Call w/Buyer regarding standstill-agreement language |
| Nelligan, John | 9/22/2008 | 106 | 1.0 | Calls w/Kroll |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 9/23/2008 | 106 | 1.0 | Various call w/Kroll and Management |
| Nelligan, John | 9/23/2008 | 106 | 1.0 | Internal Milestone call to discuss transaction and status |
| Young, Richard | 9/24/2008 | 104 | 0.5 | Outbound call to potential buyer; sent files to M2; discussion with management |
| Nelligan, John | 9/24/2008 | 104 | 1.0 | Update call with Propspective Buyer |
| Nelligan, John | 9/25/2008 | 106 | 2.0 | AH Bank Board Call |
| Nelligan, John | 9/25/2008 | 106 | 1.5 | Call w/Kroll to follow up after Board conference call |
| Nelligan, John | 9/25/2008 | 106 | 1.5 | Prepare for Board Call |
| Nelligan, John | 9/25/2008 | 106 | 0.5 | Call w/AH Bank Management |
| Nelligan, John | 9/26/2008 | 104 | 1.0 | Respond to due diligence request from Prospective buyer |
| Nelligan, John | 9/26/2008 | 106 | 0.5 | Internal Milestone call to discuss transaction and status |
| Nelligan, John | 9/29/2008 | 106 | 0.5 | Call w/Kroll to update on Buyer status |
| Nelligan, John | 9/29/2008 | 106 | 1.0 | Coordinated signature pages on standstill Agreement w/Buyer and Kroll |
| Nelligan, John | 9/29/2008 | 106 | 3.0 | Review Buyer business plan |
| Nelligan, John | 9/29/2008 | 106 | 1.0 | Call w/Buyer to discuss business plan |
| Nelligan, John | 9/30/2008 | 106 | 0.5 | Call w/AH Bank management |
| **Total Hours:** | | | 64.5 | |