Kenneth R. Hefner
30 Mulholland Court
Mission Viejo, CA 92692



October 15, 2008

United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
Attn: Judge Christopher S. Sontchi

RE: Case No. 07-11047 (CSS)

Dear Judge Sontchi,

This letter is being sent to inform you that I received a telephone call from Mr. Nathan Grow of Young Conaway Stargatt and Taylor on Thursday, October 10th, 2008. Mr. Grow advised me that he represented American Home Mortgage (AHM) and was calling to inform me that neither he nor his client felt there was any merit to my claim against AHM, a claim which is currently under review in your court.

In spite of the fact that Mr. Grow initiated the call, he seemed to be unfamiliar with the details of my case, in fact when I posed a question to him about the California Labor Law, he asked me if I had worked for AHM in the State of California. At that point I advised Mr. Grow that was employed for over 4 years at AHM's West Coast Headquarters in Irvine, California, and that on the day I was laid off by AHM, the company had promised me, in the form of a "WARN Notification" package, a full pay-out of my unused time-off. This package was given to me by my Supervisor, Steve Somerman, and I was asked to sign for the package to acknowledge receipt. Mr. Grow advised that he was unaware of the existence of such a notification package from AHM, and asked me to forward him a copy.

Subsequent to our telephone conversation and pursuant to his request, I faxed Mr. Grow the following documents, copies of which I am including with this letter:
1. Copy of FAX cover sheet sent to Mr. Grow (exhibit I)
2. Copy of the e-mail from AHM's Human Resources Manger, Joanne Stephanik, with attached documents stating that AHM would give all employees a pay-out of their unused vacation. (exhibit II)
(I am also including a copy of the e-mail I received from Mr. Grow (exhibit III). Please include these exhibits as part of my rebuttal to the "claim of objection" by AHM).

Further, Mr. Grow and I discussed the fact that I had been advised by AHM's Human Resources Administrator, Mary Stadelman, that a clerical error had led to me being incorrectly classified as a "commissioned" sales person and this was the cause for my vacation pay-out to be denied. Apparently ADP payroll company had inaccurately been using the term "commissions" on my pay stubs to report my "bonus" (aka: "bonus override") earnings and thus my name was

placed on the list of "Loan Officers", a group of employees that was not eligible for paid time off. As indicated by the documentation that I have already submitted to your court, I was never employed by AHM as a Loan Officer and was not paid by AHM on a commission basis. I was employed by AHM as a full-time, salaried, exempt, employee and, according to AHM's company policy, am entitled to pay-out of unused vacation and sick/personal time. My Grow advised that he "would discuss this with his client" and call me back, but I have yet to hear back from him on this matter.

In retrospect, it may have been inappropriate for me to speak with Mr. Grow at all, so I am advising you of this event now. I apologize if speaking to Mr. Grow violates some sort of court rule, but I am not an attorney and thus do not have a sophisticated understanding of court procedures. Regardless, I trust that you will see the merit in my claim and order AHM to pay me those monies which they owe me.

I thank you, in advance, for your time and consideration in this matter.

Sincerely,

Kenneth R. Hefner
(949) 322-8823

Exhibit I



# KENNETH R. HEFNER

## DATE: OCTOBER 10, 2008

Send to: **Nathan Grow**

Fax Number: **(302) 576-3313**

Number of Pages, Including Cover: **6**

❑ URGENT          ❑ REPLY ASAP          ❑ PLEASE COMMENT          ❑ PLEASE REVIEW          ❑ FOR YOUR INFORMATION

COMMENTS:

As requested...please find two separate documents, both issued as attachments to the e-mail from Joanne Stephanik on the day of the lay-offs, which indicate that "earned but unused vacation" would be paid out. Further, Company policy dictated that employees who did not use their sick / personal days would receive a "cash reward".

Please call me at your convenience on my cell phone at (949) 322-8823 if you need to discuss further.

Kenneth R. Hefner
30 Mulholland Court, Mission Viejo, CA  92692
phone number  |  (949) 322-8823
e-mail address  |  bwshake@cox.net

Exhibit II

Steven Somerman

---

| | |
|---|---|
| **From:** | Joanne Stephanik |
| **Sent:** | Friday, August 03, 2007 8:56 AM |
| **To:** | Pamela Cochrane; Devin Daniels; Chuck DeMarti; Jeremy DeRosa; Earl Durham; Liz Hinshaw; Steve Horrocks; Colleen Johnson; Daniel Manginelli Sr.; Veronica Narrow; Dana Newsom; Steven Somerman; Shane Stanton; Drew Waterhouse; Stephanie L. Sill |
| **Subject:** | FW: WARN Notifications & Information for Employees |
| **Attachments:** | EMPLOYEE INFORMATION SUMMARY.pdf; IPAY.pdf; WARN Acknowledgment.xls; Frequently Asked Questions Upon Termination.doc; AHM - WARN Notice to employees_111 Pacifica_Irvine.DOC |

---

Dear Manager:

To ensure compliance with the Worker Adjustment and Retraining Notification (WARN) Act, your employees must be provided with a WARN notice.

Attached are the following documents:

1.  WARN Notice
2.  WARN Notice Acknowledgement Form
3.  Employee Information Summary and Benefit Plan Administrator Information Sheet
4.  Frequently Asked Questions (FAQ's)
5.  IPay Instructions

Please do the following:

1.  Print a copy of the WARN notice for <u>each</u> employee
2.  Print one (1) copy of the Acknowledgment form
3.  Print a copy of the Employee Information Summary for <u>each</u> employee
4.  Print a copy of the FAQ's for <u>each</u> employee
5.  Print IPay instructions for <u>each</u> employee
6.  Schedule group meeting with all employees
7.  Distribute WARN notice to each employee
8.  Request employee print and sign their name on the Acknowledgment form as they are leaving the meeting. If the employee refuses to sign the Acknowledgment form, write their name on the form and note, "refused to sign" in the Signature area.
9.  Distribute the following to each employee:
    a) Employee Information Summary/Benefit Plan Administrator Information Sheet
    b) FAQ
    c) IPay Instructions

10. Fax completed Acknowledgment form to 866-498-1655 before you leave today.

Please contact the Human Resources Department at (888) 474-2461 with any questions.

---

8/3/2007

  

Re: **NOTICE OF PERMANENT LAYOFF**

Dear Employee:

This is to inform you that due to circumstances beyond its control American Home Mortgage is conducting layoffs at its facility located at 111 Pacifica, Irvine, CA 92618. As a result of these layoffs, your employment must be terminated effective today, August 3, 2007. The Company expects your layoff to be permanent and that no bumping rights will exist.

The decision to conduct layoffs and our inability to provide advance notice was the result of a number of sudden and unanticipated events, including the unprecedented disruption in the credit markets which resulted in major write-downs of the company's loan and security portfolios. This event, unfortunately, resulted in margin calls with respect to the company's loans and left us unable to obtain financing to originate loans. In addition, the recent exercise of remedies by the warehouse lenders have left the company in a severe liquidity crisis.

We regret having to take this action because of its impact on you and the local community. Should you have any questions, please contact Karen Ullman; Martin Gennusa; Karen Cooper; Courtney Dwyer or Rob Neves at 538 Broadhollow Road; Melville, NY 11747 or by Telephone at (888) 474-2461.

Sincerely,

American Home Mortgage

MaryAnn Munson
SVP, Human Resources

DB02:6155519.1

000000.0

EMPLOYEE INFORMATION SUMMARY
PERMANENT EMPLOYEE LAYOFFS

*Vacation Payout*

I.  Wages/Salaries – July 16 – July 31

Payment of the August 10th payroll for hours worked during the period July 16 – July 31 is anticipated to be made on August 7. Earned but unused vacation will be paid with the August 7 payroll according to the accrual balances in the E-time system. Personal time is not paid out except where mandated by state law – there may be a delay in the receipt of personal time payments. Hours worked for August work days will be paid on August 7.

II.  Employee Benefits

A change to the policy governing the coverage end date became effective August 1, 2007. Coverage under American Home Mortgage employee benefit plans will end on the last day of employment.

Employees participating in medical, dental, and vision plans will be offered coverage under COBRA effective on the first day following their last day of employment. A COBRA notice will be sent from our COBRA administrator, ADP COBRA SERVICES within fourteen days of the date of termination as required by law. Employees with supplemental life insurance coverage may request conversion of that coverage by contacting the HR Department at 888-474-2461 to request a conversion application. Spouse life and child life coverage is not convertible.

III.  Disability Insurance

Short-term and long-term disability coverage will end on the last day of employment. These plans are not convertible or portable.

IV.  401(K) Plan

No 401(k) deferrals will be deducted from pay delivered on August 7. Employees participating in the 401(K) plan will become fully vested in their plan account balance effective on their termination date. Employees may request a distribution directly from Charles Schwab by calling (800) 724-7256. Employees may roll over their 401(k) accounts to a personal IRA or to a new employer's qualified plan account, or may elect to take a cash distribution following termination. Charles Schwab will send distribution packages to terminated plan participants at the home address listed on their account record. Terminated participants should request their distribution by October 31, 2007. Participants with loan balances will receive a Form 1099 by January 31, 2008 from Charles Schwab for filing with their 2007 Federal Income Tax return.

V.  Non-Qualified Deferred Compensation Plan

Participants in the Deferred Compensation Plan are not able to receive distributions from the Plan at this time. A separate communication will be sent to the participants of this plan when additional information is made available.

VI.  Flexible Spending Accounts

Participants in the Flex Spending plans may submit claims for medical and dependent care expenses incurred through August 3. The normal claim process should be followed for these reimbursements. Participants will have until October 31, 2007 to submit claims for expenses incurred between January 1, 2007 and their date of termination.

VII.  Business Expenses

Reimbursement requests may be submitted manually for eligible business expenses. There may be a delay in the delivery of eligible expenses. Employees with American Express Corporate Cards are reminded that they are responsible for all personal expenses charged to the cards. Only eligible documented business expenses will be considered for reimbursement.

VIII.  EMPLOYEE ASSISTANCE PROGRAM

Terminated employees and their family members may use Employee Assistance Program services through August 31, 2007. Contact the EAP at **800-865-1044**

# Frequently Asked Questions

**RECRUITING**

Q.    What locations are hiring if any?

A.    Presently, we are only hiring for Loan Servicing within AHM only and for American Home Bank as needed. All open positions can be found on our Career Site. Contact Trace Brigante for recruiting related questions.

**COMPENSATION**

Q.    Are we going to get paid on August 10TH?

A.    Pay will be delivered August 7th for the 7/16 -7/31 work period.

Q.    Are we going to get paid for working in August?

A.    Yes. You will be paid for hours worked in August.



Q.    Will we get paid out for unused vacation pay?

A.    Yes. You will be paid on August 7th.

Q.    When will retained employees get paid? Will it still be on the 10th and 25th?

A.    Yes.

Q.    How do managers process separations post August 2nd?

A.    Direction will be provided on August 6th.

Q.    Will I receive commissions I am due for funded loans? When will I receive them?

A.    Loans funded in July will be paid out. No loans have been funded in August.

Q.    Can I get unemployment? What is our Employer ID number?

A.    Yes. The EID can be found on your statement or W2. Contact Meredith Herfel at meredith.herfel@americanhm.com for unemployment insurance questions.

Q.    What reason do I use when filing for unemployment?

A.    Reduction in Force.

Q.    Where do I go for employment verifications?

A.    Fax them to  mary.stadelman@americanhm.com or fax to #631-622-2954.

Q.    Can I get references if needed?

A.    Per policy, we will provide information related to verifications of employment. The information includes - employment dates, position/title.

**HRIS**

Q.    Do I still need to use etime?

A.    Yes. Continue to use the system until further notice.

Q.    My etime manager is no longer here. Who will approve my time?

A.    Please continue to send timekeeping related questions to Etime Help.

## ACKNOWLEDGEMENT

I acknowledge that I have received a copy of The Worker Adjustment and Retraining Notification (WARN) Act provided to me by American Home Mortgage; American Brokers Conduit; HBL Mortgage on August 2,2007

| PRINT FULL NAME | SIGNATURE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Exhibit III

**Kenneth Hefner**

**From:** Hefner [bwshake@cox.net]
**Sent:** Thursday, October 09, 2008 5:06 PM
**To:** Kenneth Hefner
**Subject:** Fw: American Home Mortgage - objection to claim

Thank you,

Kenneth R. Hefner
bwshake@cox.net

Home: (949) 770-5232
Mobile: (949) 322-8823
Fax: (801) 761-0095
View my profile:
www.linkedin.com/in/kennethhefner

----- Original Message -----
From: "Grow, Nathan" <NGrow@ycst.com>
To: <bwshake@cox.net>
Sent: Thursday, October 09, 2008 2:53 PM
Subject: American Home Mortgage - objection to claim

Ken,

Following up on our phone call, I will get in touch with my client
regarding the merits of your claim and get back to you.  Thanks for
working with us to get this resolved.

Regards,

Nathan D. Grow
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6630
Facsimile: 302-576-3313
NGrow@ycst.com

To ensure compliance with requirements imposed by the Internal Revenue
Service in Circular 230 on tax practitioners, we inform you that, unless
we expressly state otherwise in this communication (including any
attachments), any federal tax advice contained in this communication is
not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing, or recommending to another party any transaction
or other matter addressed herein.
This message may contain confidential attorney-client communications or
other protected information.  If you believe you are not an intended
recipient (even if this message was sent to your e-mail address), you
may not use, copy, or retransmit it.  If you believe you received this
message by mistake, please notify us by return e-mail, and then delete
this message.  Thank you for your cooperation.

1