IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :   Jointly Administered
                                    Debtors.                           ::
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Troy Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on October 22, 2008, he caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

    Sixth Monthly Application of PricewaterhouseCoopers LLP as Tax Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period September 1, 2008 through September 30, 2008 [Docket No. 6412]

    Fourteenth Monthly Application of Milestone Advisors LLC as Financial Advisor and Investment Banker for the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During the Period from September 1, 2008 through September 30, 2008 [Docket No. 6420]

                                                      /s/ Troy M. Bollman
                                                      Troy Bollman

      SWORN TO AND SUBSCRIBED before me this 22 day of October, 2008.

                                                        /s/ Debbie E. Laskin
                                                        Notary Public

                                                  DEBBIE E. LASKIN
                                                   NOTARY PUBLIC
                                                 STATE OF DELAWARE
                                         My Commission Expires Dec. 21, 2008

## SERVICE LIST
## 10/22/2008

Victoria Counihan, Esq.  
Sandra Selzer, Esq.  
Greenberg Traurig  
The Nemours Building  
1007 North Orange Street, Suite 1200  
Wilmington, DE 19801  
(WLR Recovery)  
*Hand Delivery*

Mark Indelicato, Esq.  
Mark Power, Esq.  
Jeffrey L. Schwartz, Esq.  
Edward L. Schnitzer, Esq.  
Hahn & Hessen LLP  
488 Madison Avenue, 14th and 15th Floor  
New York, NY 10022  
(Official Committee of Unsecured Creditors)  
*First Class Mail*

Joseph M. McMahon, Esq.  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 King Street, Suite 2207 - Lockbox #35  
Wilmington, DE 19801  
*Hand Delivery*

Laurie S. Silverstein, Esq.  
Gabriel R. MacConaill, Esq.  
Potter Anderson & Corroon LLP  
1313 N. Market Street, 6th Floor  
P.O. Box 951  
Wilmington, DE 19899  
(Bank of America)  
*Hand Delivery*

Bonnie Glantz Fatell, Esq.  
David W. Carickhoff, Esq.  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801  
Official Committee of Unsecured Creditors  
*Hand Delivery*

Jeffery Levine  
Milestone Advisors LLC  
1775 Eye Street, NW, Suite 800  
Washington, DC 20006  
*First Class Mail*

Margot B. Schonholtz, Esq.  
Myron Kirschbaum, Esq.  
Scott D. Talmadge, Esq.  
W. Stewart Wallace, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3596  
(Bank of America)  
*First Class Mail*

Scott D. Talmadge, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022  
(Bank of America)  
*First Class Mail*