IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                    :    Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :    Jointly Administered
        Debtors.                                                          :
--------------------------------------------------------------------------- x

**FOURTEENTH MONTHLY APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | September 1, 2008 through September 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $458,977.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $31,806.03 |

This is an:   __X__  interim   ____  final application

This application includes 3.00 hours and $1,420.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 11/2/07; 1776 | 8/6/07-8/31/07 | 1,464,663.50 | 77,888.86 | 1,464,663.50 | 77,888.86 |
| 11/16/07; 2068 | 9/1/07-9/30/07 | 1,869,288.50 | 91,455.66 | 1,869,288.50 | 91,455.66 |
| 12/12/07; 2375 | 10/1/07-10/31/07 | 2,003,648.00 | 170,103.16 | 2,003,648.00 | 170,103.16 |
| 2/1/08 2870 | 11/1/07-11/30/07 | 984,999.50 | 162,512.71 | 984,999.50 | 162,512.71 |
| 3/4/08 3149 | 12/1/07-12/31/07 | 697,878.50 | 73,194.22 | 697,878.50 | 73,194.22 |
| 3/13/08 3273 | 1/1/08-1/31/08 | 1,061,822.00 | 71,502.73 | 1,061,822.00 | 71,502.73 |
| 4/4/08 3532 | 2/1/08-2/29/08 | 790,957.50 | 129,737.02 | 790,957.50 | 129,737.02 |
| 4/25/08 3863 | 3/1/08-3/31/08 | 884,012.50 | 59,626.95 | 884,012.50 | 59,626.95 |
| 5/30/08 4320 | 4/1/08-4/30/08 | 993,848.50 | 178,501.20 | 993,848.50 | 178,501.20 |
| 6/20/08 4755 | 5/1/08-5/31/08 | 632,685.00 | 73,756.58 | Pending | Pending |
| 7/24/08 5199 | 6/1/08-6/30/08 | 529,795.00 | 55,598.68 | Pending | Pending |
| 9/3/08 5577 | 7/1/08-7/31/08 | 403,527.00 | 43,251.12 | Pending | Pending |
| 10/2/08 6180 | 8/1/08-8/31/08 | 318,228.50 | 39,593.00 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | 750.00 | 126.80 | 95,100.00 |
| Norman M. Powell | Partner since 2006.  Joined firm as a partner in 2006.  Member of the DE Bar since 1990. | 560.00 | 0.20 | 112.00 |
| Craig D. Grear | Partner since 2000.  Joined firm as an associate in 1996. Member of DE Bar since 1990. | 560.00 | 22.20 | 12,432.00 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990.  Member of the NY Bar since 2007. | 560.00 | 46.80 | 26,208.00 |
| Pauline K. Morgan | Partner since 2000.  Joined firm as an associate in 1997. Member of PA and NJ Bars since 1987.  Member of DE Bar since 1997.  Member of the NY Bar since 2007. | 545.00 | 3.00 | 1,635.00 |
| John T. Dorsey | Partner since 2004.  Joined firm as special counsel in 2003.  Member of DE Bar since 1991. | 530.00 | 48.30 | 25,599.00 |
| Curtis J. Crowther | Special Counsel 2006. Joined the firm as an associate in 2001.  Member of DE and PA Bars since 1994. | 440.00 | 9.70 | 4,268.00 |
| Seth J. Reidenberg | Joined the firm as an associate in 2001. Member of the DE Bar since 1997. | 425.00 | 8.60 | 3,655.00 |
| Timothy J. Snyder | Partner since 1991.  Joined firm as an associate in 1985. Member of DE Bar since 1985 and PA Bar since 1981 | 425.00 | 1.90 | 807.50 |

| | | | | |
|---|---|---|---|---|
| Edward J. Kosmowski | Joined firm as an associate in 1999. Member of DE, NJ and PA Bars since 1999. | 410.00 | 2.00 | 820.00 |
| Sean M. Beach | Joined firm as an associate in 2000. Member of DE Bar since 2001. Member of NY Bar since 2007. | 390.00 | 130.90 | 51,051.00 |
| Sharon M. Zieg | Joined firm as an associate in 2000. Member of NC Bar since 2000 and DE Bar since 2002. | 390.00 | 42.10 | 16,419.00 |
| Teresa A. Cheek | Partner since 1997. Joined firm as an associate in 1987. Member of DE Bar since 1988. | 375.00 | 3.70 | 1,387.50 |
| Scott A. Holt | Partner since 2004. Joined firm as an associate in 1995. Member of DE Bar since 1995. | 375.00 | 35.50 | 13,312.50 |
| Matthew B. Lunn | Joined the firm as an associate in 2001. Member of DE Bar since 2001. | 355.00 | 27.80 | 9,869.00 |
| John Kuffel | Joined the firm as an associate in 2004. Member of the DE Bar since 2004. | 310.00 | 21.00 | 6,510.00 |
| Donald J. Bowman | Joined the firm as an associates in 2004. Member of the DE Bar since 2003 | 305.00 | 23.30 | 7,106.50 |
| Erin Edwards | Joined firm as an associate in 2003. Member of the DE Bar since 2003. | 305.00 | 26.40 | 8,052.00 |
| Kara Hammond Coyle | Joined firm as an associate in 2003. Member of the DE Bar since 2003. | 305.00 | 14.00 | 4,270.00 |
| Maribeth Minella | Joined the firm as an associate in 2001. Member of the DE Bar since 2002. | 300.00 | 30.30 | 9,090.00 |
| James Gallagher | Joined firm as an associate in 2004. Member of the DE Bar since 2004. | 295.00 | 1.60 | 472.00 |
| Kenneth Enos | Joined firm as an associate in 2004. Member of the DE Bar since 2004. | 290.00 | 5.00 | 1,450.00 |

| | | | | |
|---|---|---|---|---|
| Margaret B. Whiteman | Joined firm as associate in 2004. Member of DE Bar since 2005. | 290.00 | 149.30 | 43,297.00 |
| Patrick Jackson | Joined firm as an associate in 2006. Member of the DE Bar since 2007. | 265.00 | 156.20 | 41,393.00 |
| Evangelos Kostoulas | Joined firm as an associate in 2007. | 265.00 | 8.70 | 2,305.50 |
| Nathan D. Grow | Joined firm as an associate in 2007. Member of the DE Bar since 2007 | 260.00 | 60.60 | 15,756.00 |
| Robert F. Poppiti | Joined firm as an associate in 2007. Member of the DE Bar since 2007. | 240.00 | 5.70 | 1,368.00 |
| Ryan Bartley | Joined firm as an associate in 2007. Member of DE Bar since 2007. | 240.00 | 23.40 | 5,616.00 |
| Kevin Garland | Joined firm as an associate in 2008. Member of DE Bar since 2008. | 240.00 | 7.20 | 1,728.00 |
| Lauren Hudecki | Joined firm as an associate in 2008. Member of DE Bar since 2008. | 240.00 | 24.70 | 5,928.00 |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2008. | 240.00 | 61.00 | 14,640.00 |
| William Gamgort | Joined firm as an associate in 2007. Member of the DE Bar since 2007 | 210.00 | 0.50 | 105.00 |
| Debbie Laskin | Paralegal | 200.00 | 66.10 | 13,220.00 |
| William DuBois | Tech. Services | 175.00 | 21.80 | 3,815.00 |
| John Meyer | Tech. Services | 165.00 | 1.50 | 247.50 |
| Casey Cathcart | Paralegal | 145.00 | 1.90 | 275.50 |
| Lisa Eden | Paralegal | 135.00 | 25.60 | 3,456.00 |
| Tracy Amoroso | Paralegal | 115.00 | 19.90 | 2,288.50 |
| Jill Randolph | Paralegal | 110.00 | 32.20 | 3,542.00 |
| Troy Bollman | Legal Assistant | 80.00 | 2.50 | 200.00 |
| Patsy Petlock | Clerk | 55.00 | 2.00 | 110.00 |
| Beth Gaffney | Clerk | 50.00 | 1.20 | 60.00 |
| **Grand Total:** | | | **1,303.10** | **458,977.00** |
| **Blended Rate:** | | **334.51** | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (1001) | 106.80 | 30,983.00 |
| Court Hearings (1002) | 43.50 | 11,784.00 |
| Cash Collateral/DIP Financing (1003) | 1.90 | 746.00 |
| Schedules & Statements, U.S. Trustee Reports (1004) | 1.80 | 522.50 |
| Lease/Executory Contract Issues (1005) | 11.40 | 3,585.50 |
| Use, Sale or Lease of Property (363 Issues) (1006) | 101.40 | 34,908.50 |
| Claims Analysis, Objections and Resolutions (1007) | 352.40 | 116,584.00 |
| Meetings (1008) | 13.40 | 7,226.00 |
| Stay Relief Matters (1009) | 41.40 | 10,848.00 |
| Other Adversary Proceedings (1011) | 63.90 | 21,023.50 |
| Plan and Disclosure Statement (1012) | 339.00 | 160,668.00 |
| Creditor Inquiries (1013) | 11.50 | 3,150.50 |
| Employee Matters (1015) | 173.00 | 45,610.00 |
| Asset Analysis (1016) | 1.00 | 322.00 |
| Retention of Professionals/Fee Issues (1017) | 34.20 | 7,330.50 |
| Fee Application Preparation (1018) | 3.00 | 1,420.00 |
| Travel | 3.50 | 2,265.00 |
| **TOTALS** | **1,303.10** | **458,977.00** |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Reproduction Charges | 19,130.00 |
| Long Distance Telephone | 960.32 |
| Federal Express | 759.68 |
| Facsimile | 2,313.00 |
| Miles | 9.36 |
| Air/Rail Travel | 1,452.00 |
| Staff Overtime | 52.00 |
| Deposition/Transcript | 369.05 |
| Delivery/Courier | 1,695.04 |
| Hotel/Lodging | 2,000.00 |
| Car/Bus/Subway Travel | 178.04 |
| Computerized Legal Research | 50.59 |
| Working Meals | 166.20 |
| Travel Meals | 155.50 |
| Litigation Support Charges | 606.57 |
| Teleconference/Video Conference | 75.00 |
| AP Fax | 359.50 |
| Postage | 1,474.18 |
| **TOTAL** | **$31,806.03** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
            Debtors.                                                :
------------------------------------------------------------------- x

**FOURTEENTH MONTHLY APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter

"YCS&T") hereby moves this Court for reasonable compensation for professional legal services

rendered as counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), in the amount of $458,977.00 together

with reimbursement for actual and necessary expenses incurred in the amount of $31,806.03 for the

interim period September 1, 2008 through September 30, 2008 (the "Interim Fee Period"). In

support of its Application, YCS&T respectfully represents as follows:

1.      YCS&T was employed under a general retainer to represent the Debtors as

bankruptcy counsel in connection with this chapter 11 case effective as of August 6, 2007, pursuant

to an Order entered by this Court on September 4, 2007. The Order authorized YCS&T to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by YCS&T were performed

for or on behalf of the Debtors.

## COMPENSATION PREVIOUSLY PAID

3.      YCS&T represented the Debtors in preparing for the filing of these chapter

11 cases and was paid pre-petition for those services.

## SUMMARY OF SERVICES RENDERED

4.      Attached hereto as Exhibit A is a detailed statement of fees incurred during

the Interim Fee Period showing the amount of $458,977.00 due for fees.  Exhibit B is a detailed

statement of expenses paid during the Interim Fee Period showing the amount of $31,806.03 for

reimbursement of expenses.

5.      The services rendered by YCS&T during the Interim Fee Period are grouped

into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services

relating to each category are identified, along with the number of hours for each individual and the

total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6.      YCS&T has incurred out-of-pocket disbursements during the Interim Fee

Period in the amount of $31,806.03.  This disbursement sum is broken down into categories of

charges, including, among other things, telephone and telecopier toll and other charges, mail and

express mail charges, special or hand delivery charges, document processing, photocopying

charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided

by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for

"working meals," computerized research, transcription costs, as well as non-ordinary overhead

expenses such as secretarial and other overtime.  A complete review by category of the expenses

incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

7.      Costs incurred for overtime and computer assisted research are not included

in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's

disbursements.  Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is

$.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related

long distance transmission charges), there is no charge for incoming telecopier transmissions and

there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.      Attorneys and paraprofessionals of YCS&T have expended a total of

1,303.10 hours in connection with this matter during the Interim Fee Period.

9.      The amount of time spent by each of these persons providing services to the

Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are

YCS&T's normal hourly rates of compensation for work of this character.  The reasonable value of

the services rendered by YCS&T for the Interim Fee Period as counsel for the Debtors in these

cases is $458,977.00.

10.      YCS&T believes that the time entries included in Exhibit A attached hereto

and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of

Local Rule 2016-2.

11.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount

requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c)  the

nature and extent of the services rendered, (d) the value of such services, and (e) the costs of

comparable services other than in a case under this title.

12.      This Application covers the Interim Fee Period September 1, 2008 through

September 30, 2008.

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $458,977.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $31,806.03 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
      October 22, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

VERIFICATION

STATE OF DELAWARE   )
                          )    SS:
NEW CASTLE COUNTY   )

        Pauline K. Morgan, Esquire, after being duly sworn according to law, deposes and

says:

        1.     I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP,

and have been admitted to the bar of the Supreme Court of Delaware since 1997.

        2.     I have personally performed many of the legal services rendered by Young

Conaway Stargatt & Taylor, LLP, as counsel to the  Debtors and am familiar with all other work

performed on behalf of the lawyers and paraprofessionals in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the

best of my knowledge, information and belief.

<br>

_Pauline K. Morgan_

PAULINE K. MORGAN

SWORN TO AND SUBSCRIBED before me this 22 day of October, 2008.

_Debbie Laskin_

Notary Public
My Commission Expires:_____

DEBBIE E  LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008