IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                         : **Ref. Docket Nos. 6009, 6410**
------------------------------------------------------------------------ x

### CERTIFICATE OF COUNSEL SUBMITTING A SECOND REVISED FORM OF ORDER SUSTAINING THE DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On September 22, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6009] (the "Objection"). The Debtors filed a certificate of counsel [Docket No. 6410] with a revised form of order on Wednesday, October 22, 2008 prior to the hearing on the Objection held the same day. At the hearing on the Objection, the Debtors determined that they should adjourn the hearing with respect to the proofs of claim filed by Sally Hamilton [POC Nos. 754 and 6297].

A revised form of order (the "Revised Order") reflecting the change discussed above is attached hereto as Exhibit A. A blackline showing differences between the form of order filed with the Objection and the Revised Order (including the adjournment as to Ms.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Hamilton's proofs of claim) is attached hereto as <u>Exhibit B</u>.  The Debtors respectfully request that the Court enter the Revised Order sustaining the Objection at its earliest convenience.

Dated: October 22, 2008
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature/*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession