# EXHIBIT A

**Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08<br>6/20/08<br>4755 | 632,685.00 | 73,756.58 |
| 6/1/08-6/30/08<br>7/24/08<br>5199 | 529,795.00 | 55,598.68 |
| 7/1/08-7/31/08<br>9/3/08<br>5577 | 403,527.00 | 43,251.12 |
| Totals | 1,566,007.00 | 172,606.38 |

066585.1001

**Fourth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/30/08 <br> 6/17/08 <br> 4660 | 55,855.00 | 2,920.07 |
| 5/1/08-5/31/08 <br> 7/22/08 <br> 5191 | 40,307.00 | 7,460.42 |
| 6/1/08-6/30/08 <br> 8/28/08 <br> 5553 | 33,338.00 | 10,737.28 |
| Totals | 129,500.00 | 21,117.77 |

**Fourth Interim Fee Application of Adorno & Yoss LLP, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/11/08 8/14/08 5403 | 105,553.00 | 96,759.94 |
| Totals | 105,553.00 | 96,759.94 |

**Fourth Interim Fee Request of Cadwalader, Wickersham & Taft LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-7/31/08 9/12/08 5854 | 198,689.00 | 610.91 |
| Totals | 198,689.00 | 610.91 |

**Fourth Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 5/1/08-5/31/08<br>6/27/08<br>4924 | 196,602.00 | 350,447.45 |
| 6/1/08-6/30/08<br>7/25/08<br>5244 | 234,515.00 | 559,205.26 |
| 7/1/08-7/31/08<br>8/29/08<br>5558 | 252,699.50 | 384,060.38 |
| Totals | 683,816.50 | 1,293,713.09 |

066585.1001

**Fourth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08 8/21/08 5512 | 210,227.00 | 7,320.78 |
| 6/1/08-6/30/08 9/12/08 5855 | 233,945.75 | 3,513.35 |
| 7/1/08-7/31/08 9/12/08 5856 | 124,699.50 | 8,811.09 |
| Totals | 568,872.25 | 19,645.22 |

**Fourth Interim Fee Request of Weltman, Weinberg & Reis Co. LPA, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/30/08<br>6/25/08<br>4908 | 21,694.50 | 22,760.46 |
| Totals | 21,694.50 | 22,760.46 |

**Fourth Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/30/08 6/23/08 4764 | 200,000.00 | 4,424.39 |
| 5/1/08-5/31/08 8/27/08 5548 | 200,000.00 | 9,811.81 |
| 6/1/08-6/30/08 8/27/08 5549 | 200,000.00 | 55.70 |
| Totals | 600,000.00 | 14,291.90 |

066585.1001

**Third Interim Fee Request of Cohn, Goldberg & Deutsch, LLC., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/08-4/11/08<br>6/27/08<br>4925 | 30,525.00 | 43,146.83 |
| Totals | 30,525.00 | 43,146.83 |

066585.1001

**Third Interim Fee Request of Samuel I. White, P.C., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/08-2/29/08<br>7/2/08<br>4970 | 49,155.00 | 193,689.78 |
| 3/1/08-3/31/08<br>7/2/08<br>4971 | 42,975.00 | 84,665.64 |
| 4/1/08-4/11/08<br>7/2/08<br>4972 | 33,200.00 | 62,919.38 |
| Totals | 125,330.00 | 341,274.80 |

**Second Interim Fee Request of PricewaterhouseCoopers Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08<br>7/2/08<br>4973 | 13,985.00 | 0.00 |
| 6/1/08-7/31/08<br>8/22/08<br>5514 | 21,969.00 | 0.00 |
| Totals | 35,954.00 | 0.00 |

**Second Interim Fee Request of Robert J. Hopp, LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 12/1/07-12/31/07<br>7/15/08<br>5077 | 22,100.00 | 72,272.70 |
| Totals | 22,100.00 | 72,272.70 |

**First Interim Fee Request of Codilis & Associates, P.C.**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 12/1/07-12/31/07 8/8/08 5342 | 141,473.00 | 84,803.10 |
| 1/1/08-1/31/08 8/8/08 5343 | 89,215.00 | 119,680.63 |
| 2/1/08-2/29/08 8/8/08 5344 | 106,592.50 | 83,533.00 |
| 3/1/08-3/31/08 8/8/08 5345 | 70,305.00 | 88,922.75 |
| 4/1/08-4/11/08 8/8/08 5346 | 7,310.00 | 15,167.80 |
| Totals | 414,895.50 | 392,107.28 |

**Fourth Interim Fee Request of Blank Rome LLP, Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08, 7/23/08 5198 | 26,585.00 | 1,051.38 |
| 6/1/08-6/30/08, 9/18/08 5951 | 23,384.50 | 1,458.43 |
| 7/1/08-7/31/08, 9/29/08 6144 | 11,887.00 | 1,028.84 |
| Totals | 61,856.50 | 3,538.65 |

**Third Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/08-5/31/08, 7/9/08 5023 | 155,589.00 | 95.44 |
| 6/1/08-6/30/08, 7/23/08 5196 | 139,311.00 | 13.00 |
| 7/1/08-7/31/08, 8/22/08 5513 | 177,126.25 | 215.41 |
| Totals | 472,026.25 | 323.85 |