IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
                                                                       :
                                                                       :   **Ref. Docket Nos. 5181, 5378,**
        Debtors.                                                       :   **5463, 5920, and 6179**
---------------------------------------------------------------------- x

### CERTIFICATE OF COUNSEL REGARDING THE DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On July 18, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection").[2] In the Objection, the Debtors requested the expungement of a proof of claim [POC No. 1736] ("Claim 1736") filed by Luxury Mortgage Corp. ("Luxury Mortgage") against American Home Mortgage Holdings, Inc. in the amount of $575,000.00, unsecured. Luxury Mortgage filed a response to the Objection [Docket No. 5378], and the Objection was adjourned with respect to Claim 1736.

The Debtors and Luxury Mortgage have come to an agreement that Claim 1736 should be allowed in the unsecured amount of $27,190.00 and reassigned to case number 07-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] The Court has already entered a first order [Docket No. 5463], second order [Docket No. 5920], and third order [Docket No. 6179] sustaining the Objection.

11051 (American Home Mortgage Corp.). Therefore, the Debtors respectfully request that the Court enter an order in the form attached hereto as <u>Exhibit A</u> to adjust Claim 1736 as agreed upon by the Debtors and Luxury Mortgage.

Dated: October 23, 2008
       Wilmington, Delaware

                           YOUNG CONAWAY STARGATT & TAYLOR, LLP

                           /s/
                           James L. Patton, Jr. (No. 2202)
                           Pauline K. Morgan (No. 3650)
                           Sean M. Beach (No. 4070)
                           Margaret B. Whiteman (No. 4652)
                           Nathan D. Grow (No. 5014)
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           Wilmington, Delaware 19801
                           Telephone: (302) 571-6756
                           Facsimile: (302) 571-1253

                           Counsel to the Debtors and Debtors in Possession