# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   **Ref. Docket Nos. 5181, 5378,**
---------------------------------------------------------------------- x   **5463, 5920, and 6179**

### FOURTH ORDER SUSTAINING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirteenth omnibus (substantive) objection [Docket No. 5181] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), and the Court having already entered a first order [Docket No. 5463], second order [Docket No. 5920], and third order [Docket No. 6179] sustaining the Objection; and Luxury Mortgage Corp. ("Luxury Mortgage") having filed a response to the Objection [Docket No. 5378]; and the Objection having been adjourned with respect to Luxury Mortgage's proof of claim [POC No. 1736] ("Claim 1736"); and the Debtors and Luxury Mortgage having come to an agreement regarding the appropriate treatment of the Proof of Claim; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the amount of Claim 1736 is hereby reduced from $575,000.00 to $27,190.00, unsecured; and it is further

ORDERED that Claim 1736 is hereby reassigned to case number 07-11051 (American Home Mortgage Corp.); and it is further

ORDERED that this Court shall retain jurisdiction over any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      October ___, 2008

                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE