IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
           Debtors.                                              :
                                                                 : Ref. Docket No. 3879
---------------------------------------------------------------- x

### NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 3879] (the "Objection") solely with respect to the following proofs of claim located in Exhibit G to the proposed order attached to the Objection, without prejudice to the Debtors' right to object to these proofs of claim on any and all grounds.

| Claim No. | Claimant |
|---|---|
| 9743 | Business Images & Graphics Inc. |
| 9744 | Brian R. Fiore |
| 9896 | Philip A. Braun |
| 9747 | Bob Charles Coston |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: October 23, 2008
      Wilmington, Delaware

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                         /s/ *signature*

                         James L. Patton, Jr. (No. 2202)
                         Pauline K. Morgan (No. 3650)
                         Sean M. Beach (No. 4070)
                         Margaret B. Whiteman (No. 4652)
                         Nathan D. Grow (No. 5014)
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6756
                         Facsimile: (302) 571-1253

                         Counsel to the Debtors and Debtors in Possession