IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) Notice of Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated August 15, 2008, to which is attached, "Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-I", dated August 15, 2008, [Docket No. 5447], (the "Fifteenth Omni")

by causing true and correct copies, enclosed in postage prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
20TH day of August, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\15th Omnibus Objection_aff 8-15-08.doc

# Exhibit "A"

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | **Case No. 07-11047 (CSS)** |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |
| ) | **Objection Deadline: September 8, 2008 at 4:00 p.m. (ET)** |
| ) | **Hearing Date: September 15, 2008 at 10:00 a.m. (ET)** |
| ) | |

AHM OB15 8/15/2008 (merge2.txnum2) 4000008000 EPIQ Use - 1

1ST APPRAISAL SOURCE
ATTN: MAGGIE ROMAN, OFFICE MANAGER
322 ROUTE 4 EAST
SOUTH LOBBY
PARAMUS, NJ 07652

## NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** 1ST APPRAISAL SOURCE
ATTN: MAGGIE ROMAN, OFFICE MANAGER
322 ROUTE 4 EAST
SOUTH LOBBY
PARAMUS, NJ 07652

**Basis For Objection:** Debtors' books and records show amount of claim should be modified and reclassified

| | Claim Number | Claim Amount | Modified Amount |
|---|---|---|---|
| **Claim to be Reduced** | 8834 | Priority - $4,470.00 | Unsecured - $4,220.00 |

Pursuant to the Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507 of the Bankruptcy Code.

    The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. Additionally, the Debtors have determined that your claim should be reclassified as indicated above in the "Modified Amount" column. The Objection seeks to alter your rights by modifying the amount of your claim and by reclassifying your claim.

    Responses to the Objection, if any, must be filed on or before **September 8, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 15, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2008
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# Exhibit "B"

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

1ST APPRAISAL SOURCE
332 E STATE RT 4 STE 1
PARAMUS, NJ 076525116

1ST APPRAISAL SOURCE
ATTN: MAGGIE ROMAN, OFFICE MANAGER
322 ROUTE 4 EAST
SOUTH LOBBY
PARAMUS, NJ 07652

AGER, CRYSTAL M
10015 NE 200TH ST
BOTHELL, WA 980112483

ALAIMO, VINCENZO
156 9TH ST
BETHPAGE, NY 11714

ALLSTAR COMMUNICATIONS INC
ATTN BRENDA BATEMAN, A/R
PO BOX 933022
ATLANTA, GA 31193

ANDERSON, MARY ANN
1450 SANDPEBBLE # 103
WHEELING, IL 60090

ANELLI, CHRISTOPHER
30 BUSCH ST
HAUPPAUGE, NY 11788

AQUINO, RODOLFO V., III
1543 KEM WAY
WALNUT, CA 91789

ASBRA, JEREMY
19835 GABILAN ROAD
PERRIS, CA 92505

ASNICAR, MICHELLE
9825 BLUE LAKE DR
FOLSOM, CA 95630

BAILEY, JASON
698 WEATHERSTONE WAY
SAN MARCOS, CA 92078

BAKER & ASSOCIATES
PO BOX 2285
MECHANICSVILLE, VA 231160013

BAKER, RUBY M
777 COUNTYLINE RD
APT24B
AMITYVILLE, NY 11701

BALFOUR, ROBIN
1315 N WALNUT AVE
ARLINGTON HEIGHTS, IL 60004

BANNER-WILLIAMS APPRAISERS INC
CRYSTAL PEEPLES, CORPORATE TREASURER
6443 OLD BRANCH AVE
CAMP SPRINGS, MD 20748

BARRERAS, DESIREE M
10912 ARBOR RIDGE DR
TAMPA, FL 33624

BARSA CONSULTING GROUP
2900 WESTCHESTER AVE
PURCHASE, NY 10577

BARSA CONSULTING GROUP, LLC
2900 WESTCHESTER AVE
PURCHASE, NY 10577

BARSA CONSULTING GROUP, LLC
2900 WESTCHESTER AVE
STE 103
PURCHASE, NY 10577

BARSA COUNSULTING GROUP
2900 WESTCHESTER AVE
PURCHASE, NY 10577

BARSA SYSTEMS DISTRIBUTION INC
2900 WESTCHESTER AVE
PURCHASE, NY 10577

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

BATEMAN, LAURA
15970 S WILSON RD.
OREGON CITY, OR 97045

BEKEART APPRAISAL SERVICES
DOROTHY R BEKEART DBA
4636 IWAENA LOOP
KAPAA, HI 96746

BELMER, AARON
3101 WISMER AVE
ST. LOUIS, MO 63114

BERGUM, STAN, JR.
5190 RANCHO MADERA ROAD
SAN DIEGO, CA 92130

BETBEZE, DEBORAH B
52 SHADY OAKS DR.
COVINGTON, LA 70433

BETTY AUTON-BECK, APLC
300 E STATE ST, STE 200
REDLANDS, CA 92373

BEVILLE, PAULINE
3146 LEBANON AVENUE
ZION, IL 60099

BIANCHI, KATIE G
216 CORONADO AVE
ROSEVILLE, CA 95678

BOSTON PROPERTIES LIMITED
PARTNERSHIP
C/O J. DAVID FOLDS
DLA PIPER US LLP
500 8TH ST. NW
WASHINGTON, DC 20004

BRONW, IVY YVONNE
14703 FOXFIELD LN
FONTANA, CA 92336

BURKE, ANDREW P
3710 N WAYNE AVE
2ND FLOOR
CHICAGO, IL 60613

CALIFORNIA CLEANING CONCEPTS
ATTN JAMES E MASSICOTTE
635 BARSTOW
# 19
CLOVIS, CA 93612

CAPPUCCIO TRUST
ATTN JUDITH A. MORGAN, CO-TRUSTEE
659 ABREGO STREET
SUITE # 4
MONTEREY, CA 93940

CARD, THERESA
2913 BOULDER RIDGE TR
MILFORD, MI 48380

CARDEN, JAMES P
57 CHESTNUT STREET
MASSAPEQUA, NY 11758

CARTER, GRAILING J.
9863 BUCKNER ROAD
MANASSAS, VA 20110

CARTRIDGE WORLD
ATTN KRISTY BOWMAN, OWNER
3055 N RESERVE ST
STE B
MISSOULA, MT 59808

CARVER WOODS EXEC. CTR LLC
5101 CREEK ROAD, SUITE 3
CINCINNATI, OH 452423931

CHAN WA, IVAN
P.O. BOX 23017
HONOLULU, HI 96827

CLEMENTE, KELLY
245 QUEBEC RD
ISLAND PARK, NY 11558

COCHRAN, JOY A.
P O BOX 367
# 531
PINE BLUFFS, WY 82082

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

COLEMAN, TRACY
6 HUBBARD ST
BAY SHORE, NY 11706

COM BELL SYSTEMS
ATTN PAT SANTORO
561 ACORN ST STE C
DEER PARK, NY 11729

CONCEPT APPRAISAL SERVICES
CONNIE ESBENSON
PO BOX 306
FORT LUPTON, CO 80621

CRESWELL, BEVERLY L
1617 EAST CACHE LA POUDRE
COLORADO SPRINGS, CO 80909

CRISANTY, AL
8440 SPRUCE MEADOW LN
GRANITE BAY, CA 95746

CROCKETT, JUANITA C
55 DOWD AVE. U-12
CANTON, CT 06019

CROWE, JAMES B.
425 OAKDALE AV
GLENCOE, IL 60022

CUMMINGS PROPERTIES, LLC
CRAIG J. ZIADY, ESQ.
200 WEST CUMMINGS PARK
WOBURN, MA 01801

DALY, KAREN
6038 N. OVERHILL
CHICAGO, IL 60631

DENNIS, DENNIS J.
12 WILDFLOWER TRL
ROBBINSVILLE, NJ 08691

DEPARTMENT OF THE TREASURY
RICHARD RUSSELL, ADVISOR, INSOLVENCY
GR4
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA
BALTIMORE, MD 21201

DEPODESTA, DAVID J.
22325 STERLING HIGHWAY
NINILCHIK, AK 99639

DEROSA, JEREMY
1435 BLUEBIRD CANYON DR
LAGUNA BEACH, CA 92651

DEWALD, KAREN
114 CABANA DRIVE
MOORESVILLE, NC 28117

DICKSON, JULIE J.
3229 WOODGATE TRAIL
FORT WAYNE, IN 46804

DICOSTANZO, CHRISTINE
PO BOX 243
HUNTINGTON STA, NY 11746

DIONISIO, JOSEPH
79 OCEAN AVE
MASSAPEQUA PARK, NY 11762

DOCUSYSTEMS
ATTN CEO
1000 HWY 501 E
MYRTLE BEACH, SC 29578

DOODY, MARY BETH
7N354 WESTVIEW CT
SAINT CHARLES, IL 60175

EASON, DANIEL
10655 CHANDON PLACE
HIGHLANDS RANCH, CO 80126

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

ELITE APPRAISAL
25000 AVENUE STANFORD #111
VALENCIA, CA 913551224

ELLIS, TERESA
3901 EASTRIDGE CT
MONROE, NC 28110

ESCOBEDO, GERMAN
56 11 212TH ST
BAYSIDE, NY 11362

EVANICHKO, MOLLIE
6227 GLENCAIRN CIR
GALLOWAY, OH 43119

FERNANDEZ, STEPHANIE D
1120 ELM DR
NOVATO, CA 949453110

FIDDLER, THOMAS
13 AVERILL COURT
NORTH BARRINGTON, IL 60010

FIELDS, BEVERLY L
2106 GOODWIN LANE
NORTH WALES, PA 19454

FISHER, COURTNEY A.
F/K/A COURTNEY CARTEAUX
10608 KNOLLTON RUN
FORT WAYNE, IN 46818

FISHER, KAREN A.
5295 S HARLAN WAY
LITTLETON, CO 80123

FOOTE, CASEY
3695 CHESTNUT ST
CLARKSTON, MI 48348

FORTE, CAROLYN S (SUE)
5N621 JENS JENSEN LN
SAINT CHARLES, IL 60175

FRANCIS, JERRY JAMES JR
1316 SCHOOL STREET
FOLSOM, CA 95630

FRANCO, CHRIS A
5409 RUTLEDGE CT.
THE COLONY, TX 75056

FRAZER, ANNA ELIZABETH
1712 ESCALONA DR
SANTA CRUZ, CA 95060

GEIGER, STEVEN D.
4720 95TH ST
URBANDALE, IA 50322

GEORGAS, RACHAEL
4873 CARNOUSTIE COURT
SUMMERVILLE, SC 29485

GRAY, JAMES K.
2424 ENCHANTED FOREST LN
VIRGINIA BEACH, VA 23453

GREENER, TERESA
2710 E SHORE DR
PORTAGE, MI 49002

GUIDA, ALICE E
77 HAYES ST
GARDEN CITY, NY 11530

HACKFORD, JULIE
154 EAGLE GLEN DR
WOODSTOCK, GA 30189

HALL, MONICA M
27603 GERRY LANE
SYCAMORE, IL 60178

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

HAMILTON APPRAISAL SERVICES, INC.
ATTN REBECCA DAVEY, OFFICE MANAGER
802 GRAHAM ROAD
CUYAHOGA FALLS, OH 44221

HARKWELL, RICHARD
12808 BRIGHTON WOODS DR.
ST. LOUIS, MO 63131

HARKWELL, RICHARD
JOHN D. DEMMY, ESQ.
STEVENS & LEE, P.C.
1105 N. MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

HARRIOTT, CHANTELL T
1078 PROSPECT PLACE
BROOKLYN, NY 11213

HAZELTINE GATES LLC
ATTN JOHN B. GOODMAN, PRESIDENT
JOHN B. GOODMAN ENTERPRISES, INC.
1107 HAZELTINE BLVD., SUITE 200
CHASKA, MN 55318

HEFNER, KENNETH R.
30 MULHOLLAND CT
MISSION VIEJO, CA 92692

HENIG, DONALD
7 BARBERRY ROAD
WEST ISLIP, NY 11795

HERMANCE, SCOTT C
1513 TILDEN AVE
FORT WAYNE, IN 46805

HOSEIN, KORISHA
88-49 163 RD ST
JAMAICA, NY 11432

HOUSTON, T. CRAIN
PO BOX 59
3029 BLACK ROCK RD
BUTLER, MD 21023

HRONCHECK, MICHAEL
465 AMANDA PINES DRIVE
PARKER, CO 80138

HUB PROPERTIES TRUST
ATTN JENNIFER B. CLARK, SENIOR VP
PO BOX 84-5008
BOSTON, MA 02284-5008

HURVITZ, MARCY
42 MONET CT
MIDDLE ISLAND, NY 11953

IALACCI, DOLORES C
1680 THE HIDEOUT
LAKE ARIEL, PA 18436

IBM CORPORATION - BARSA SYSTEMS
2900 WESTCHESTER AVENUE
PURCHASE, NY 10577

JAKELL, SHELLEY
1655 MAIN BLVD
SOUTH PARK TWP, PA 15129

JAMES B. CROWE & ASS LTD
426 OAKDALE AVE
GLENCOE, IL 60022

JAMESON, JEFFREY W (JEFF)
494 EL CAMINO DEL MAR
LAGUNA BEACH, CA 92651

JANSEN, ELVA V.
9166 DAUCHY AVE
RIVERSIDE, CA 92508

JARRETT, CHRISTINE
1234 EDWARDS CIR
RAYMORE, MO 64083

JEROME, CAROLINE
241 NORWOOD AVE
NORTHPORT, NY 11768

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by August 15, 2008 and sent to the following:

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59718

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59748

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59718

JOHNS, BETTY
C/O INDYMAC BANK
2616 W MAIN ST # D
BOZEMAN, MT 59718

JOHNSTON, JOHN A.
23 CHAMPNEY PL.
LAGUNA NIGUEL, CA 92677

JOHNSTON, THOMAS R
23 CHAMPNEY PLACE
LAGUNA NIGUEL, CA 92677

KALK, MARY
939 MEADOW LN
SYCAMORE, IL 60178

KALMONSON, MICHAEL
7 FAIR ELMS
LAGUNA NIGUEL, CA 92677

KAPPELMAN, JOSHUA
1089 HIGH VALLEY LANE
SHILO, IL 62221

KARANOVICH, MARK
39821 FOXGLOVE CT
LOVETTSVILLE, VA 20180

KAULEN, LISA
PO BOX 50131
BELLEVUE, WA 98015

KAYCEE LLC
ATTN GARY ERICKSON, MGR
1295 KELLY JOHNSON BLVD
SUITE 230
COLORADO SPRINGS, CO 80920

KEBLIN, REBECCA F.
C/O HALEY MATHEWS JONAS, ESQ.
13777 BALLANTYNE CORP. PLACE, STE. 320
CHARLOTTE, NC 28277

KEISTER, JOHN
2117 CHRISTIAN ST.
BALTIMORE, MD 21223

KELLEY, JOCELYN
2799 JOYCE AVE
COLUMBUS, OH 43211

KELLY, STEPHEN
1133 GOLDEN LAKES BLVD
APT 822
WEST PALM BEACH, FL 33411

KENNAY, GEORGANN
1326 JANET
SYCAMORE, IL 60178

KESLER, MOY T
720 SPRUCE DR
HOLBROOK, NY 11741

KINNIEBREW, ROBERT L.
PO BOX 567
WILLINGBORO, NJ 08046

KIRBY, DAVID S.
2 FOXHILL
IRVINE, CA 92604

KOHLER PROPERTIES
PO BOX 6
15 N. E. THIRD STREET
GRESHAM, OR 97030

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by August 15, 2008 and sent to the following:

KOONS, KEVIN L.
3609 CUMMINGS WAY
NORTH HIGHLANDS, CA 95660

KOPPIE, JANE B
20558 BROAD RUN DR
STERLING, VA 20165

KUHN, ASHLEY
46 BUCKSKIN LN
SELDEN, NY 11784

LAMBIASE, GILDA A
7780 HIGHLANDS CIRCLE
MARGATE, FL 33063

LATTANZA, EMANUEL
138 THUNDER RD
HOLBROOK, NY 11741

LAWRENCE APPRAISAL GROUP
308 KAMEHAMEHA AVE, STE PH-3
HILO, HI 96720

LEBEUF, KATHLEEN A
220 AUGUSTINE DR
MARTINEZ, CA 945536602

LEVINE, NANCY
23905 WOODWAY RD
BEACHWOOD, OH 44122

LITSEY, CHRISTINE M (TINA)
13811 NE AIRPORT DR
VANCOUVER, WA 98684

MALDONADO, MARIA T
749 SUMMERWOOD AVE #9
DIAMOND BAR, CA 91789

MANGLARDI, JOHN A.
301 MIDWAY ISLAND
CLEARWATER, FL 33767

MANGLARDI, JOHN A.
301 MIDWAY ISLAND
CLEARWATER BEACH, FL 33767

MARKETWISE ADVISORS, LLC
C/O JACOB A. BROWN, ESQ.
AKERMAN SENTERFITT
50 NORTH LAURA STREET, SUITE 2500
JACKSONVILLE, FL 32202

MATHURA, MARSHA
2040 NW 62ND TERR
SUNRISE, FL 33313

MATTHEOS, ARIANNY
31 HEYWARD ST
BRENTWOOD, NY 11717

MAYO & BARBARA SOMMERMEYER
7425 VARDON WAY
FORT COLLINS, CO 80528

MCAMIS, MARK E.
1413 MOORGATE DRIVE
KNOXVILLE, TN 37922

MCAULIFFE, MICHELLE
93 E BEVERLY HILL LEN
WOODBRIDGE, NJ 07095

MCCUISTION, ROBIN E.
6827 SE GOVE ST.
SNOQUALMIE, WA 98065

MCDONALD HOPKINS LLC
RONALD L. BERGUM C/O SEAN D. MALLOY ATTY
600 SUPERIOR AVE, SUITE 2100 EAST
CLEVELAND, OH 44114

MCELROY, KATHY M
759 LONGWOOD ROAD
LEXINGTON, KY 40503

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

**NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Notices mailed by August 15, 2008 and sent to the following:

MCGAHA, JUDY A.
328 POSSUM PATH
LOUISVILLE, KY 40214

MCMULLEN, RALPH M.
P.O. BOX 582
CATSKILL, NY 12414

MCNUTT, CATHERINE A
5610 MORSE AVE
JACKSONVILLE, FL 32244

MERRILL, WILLIAM W.
759 LUCAS AVE EXT
HURLEY, NY 12443

MEYER, AARON JAMES
6474 GLENWOOD TRACE
ZIONSVILLE, IN 46077

MEYER, RICHARD
3734 BLUFF DR
LEWIS CENTER, OH 43035

MEYER, ROBERT L.
PO BOX 593
POINT PLEASANT BEACH, NJ 08742

MILLER, JULIE
12212 ORVILLINA DRIVE
SANTA ANA, CA 92705

MONROE, MICHELE
391 MORS AVE
WHEELING, IL 60090

MORA, ROSA M.
731 VISTA ISLES DR # 1528
SUNRISE, FL 33325

MORBECK, AMY
5307 W 165TH TERRACE
STILWELL, KS 66085

MORRIS, CINDY
9116 CHRISTOPHER WREN DR
WEXFORD, PA 15090

MURALIDHARAN, MALATHY
140 15 HOLLY AVE 5D
FLUSHING, NY 11355

NIETO, CRYSTAL
4529 REED ST
FORT WAYNE, IN 46806

NINO, ANA V (VANESA)
1232 9TH ST
WEST BABYLON, NY 11704

NOEL, JENNYAI EMI E
13 THOMAS DR
NORTH BABYLON, NY 11703

O'BRANOVICH, ROBERT
2854 EVERGREEN WAY
ELLICOTT CITY, MD 21042

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

OFFICEMAX
ATTN ANNE FULLER
CREDIT SUPERVISOR
263 SHUMAN BLVD
NAPERVILLE, IL 60563-1255

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR
EXECUTIVE ADMINISTRATOR
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
TAX COMMISSIONER
PO BOX 530
COLUMBUS, OH 43216-0530

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**

**NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Notices mailed by August 15, 2008 and sent to the following:

OREAR, PAMELA
PO BOX 11686
CHARLOTTE, NC 28220

ORELLANO, CHRISTINA (TINA)
941 TIMBERWOOD LANE
ALGONQUIN, IL 60102

ORTIZ-CLIFFORD, SANDRA
344 TREMONT RD
LINDENHURST, NY 11757

PALEN, RAYMOND J (RAY)
23 FRANCO AVE
SELDEN, NY 11784

PARTAP, HIMANSHU
24 STRATFORD CT
BELLMORE, NY 11710

PEDERSEN, TAMMY
8840 HARPERS GLEN CT
JACKSONVILLE, FL 32256

PELICAN II, LLC
MICHAEL WINE
1540 SE 8 STREET
DEERFIELD BEACH, FL 33441

PENNINGTON, KATHLEEN
27 SLINGERLAND AVE
PEQUANNOCK, NJ 07440

PEREYRA, CHRISTIAN
37 26 54TH STREET
WOODSIDE, NY 11377

PERKINS, HEIDI J.
265 BLUE VALLEY RD SE
LANCASTER, OH 43130

PERKINS, THOMAS J.
1009 OLD COUNTRY RD
ELMSFORD, NY 10523

POLEK, KELLY
614 BAY GREEN DR
ARNOLD, MD 21012

POND, LINDA E.
17229 PARSONS RD
BEAVERDAM, VA 23015

POWELL, SHERVONNE
18902 MILLS CHOICE RD, #4
GAITHERSBURG, MD 20886

POWELL, SHERVONNE
C/O ELLEN OPPER-WEINER
3 BETHESDA METRO CENTER
SUITE 700
BETHESDA, MD 20814

RAMER, MICHELE R
4415 ARLINGTON AVE
FORT WAYNE, IN 46807

RAMESH, ANNISHA
805 WINDMILL AVE
WEST BABYLON, NY 11704

REA, CRYSTAL
1038 NEVILLE ST
FOLLANSBEE, WV 26037

REGIONAL REAL ESTATE APPRAISAL SERVICE
ATTN PRESIDENT
117 ROUTE 9W
HAVERSTRAW, NY 10927

REMAX
102 1ST ST SE
BONDURANT, IA 50035

RENFRO, AIDAN
317 ROSE MARIE CT.
SAINT PETERS, MO 63376

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by August 15, 2008 and sent to the following:

RICHARDSON, REBECCA
4 E ILLINOIS ST
LEMONT, IL 60439

RIVERA, EDWIN
3921 AZALEA CIR.
MAUMEE, OH 43537

ROITER, CATHERINE
15538 SE 9TH STREET
BELLEVUE, WA 98007

ROMERO, YANAYRA
31 HEYWARD ST
BRENTWOOD, NY 11717

ROSENBERG, ROBIN
22 IVY ST APT 2A
FARMINGDALE, NY 11735

ROTOLO, CAMILLE
957 N. GREENE AVE
LINDENHURST, NY 11757

RUTLEDGE, MARY ANN
2256 ELDERBERRY DRIVE
WESTBURY, NY 11590

RYAN, MISTY
8206 SAKADEN PKWY
FORT WAYNE, IN 46825

RYAN, SHERRY L
431 109TH AVE SE
BELLEVUE, WA 98004

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

SAMINI, KEYVAN
NASO & SAMINI
A PROFESSIONAL LAW CORPORATION
8001 IRVINE CENTER DRIVE SUITE 1000
IRVINE, CA 92618

SAMINI, KEYVAN
NASO & SAMINI
A PROFESSIONAL LAW CORPORATION
8001 IRVINE CENTER DRIVE SUITE 1090
IRVINE, CA 92618

SANDOVAL, JEDGLEN
703 BROADWAY
BRENTWOOD, NY 11717

SAUER, DARLENE A
411 N. MAIN ST.
MANCHESTER, PA 17345

SAVAGE, JILL
160 MAPLE COURT
COPIAGUE, NY 11726

SCHILL BERRY, DANIELLE K
431 CROSS RD
NORTH DARTMOUTH, MA 02747

SCHOLLMEYER, LISA
493 CARLLS PATH
DEER PARK, NY 11729

SCHREIBER, LISA M.
39821 FOXGLOVE CT
LOVETTSVILLE, VA 20180

SCHWARTZ, BRIAN
129 BRENNER AVE
BETHPAGE, NY 117144303

SEIBERT, STEPHANIE
98 BISHOP RD
WEST BABYLON, NY 11704

SESSA, FRANCES M
7525 SUMMER BLOSSOM LANE
COLUMBIA, MD 21046

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by August 15, 2008 and sent to the following:

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SEUS, SHERYL A
4508 GARDEN CLUB ST
HIGH POINT, NC 27265

SHAW, GWENDOLYN (GWEN)
4822 W CONGRESS PKWY
CHICAGO, IL 60644

SHINN, VICKI LOMBARDI
23 ROANWOOD DRIVE
ROLLING HILLS EST, CA 90274

SIMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

SIMINI, KEYVAN
NASO & SAMINI
A PROFESSIONAL LAW CORPORATION
8001 IRVINE CENTER DRIVE SUITE 1090
IRVINE, CA 92618

SIMMONS, DEBORAH A
216 E MCNUTT ST
HOUSTON, PA 15342

SIMONE, DANIELLE S
407 RAFT AVE
HOLBROOK, NY 11741

SINGLETON, RACHEL A
112 TOWNHOUSE RD N
HUNTINGTON STATION, NY 11746

SIPLIN, MAE F
603 ORANGE AVE
SANFORD, FL 32771

SISCO GIVENS, PAULA
PO BOX 953
MOXEE, WA 98936

SMITH, DOUG
4 AMWELL ROAD
RINGOES, NJ 08551

SOKOLOWSKI, DIANA
115 DAVIS AVE.
PORT JEFFERSON STATION, NY 11776

SWEENEY, ROBERT
696 WOODBINE DR.
CARMEL, IN 46033

SYKES, THADDEUS
2003 CRIMSON
MEADOWS DRIVE
O FALLON, MO 63366

SYMONS, CECILIA
46595 CHALMERS
MACOMB, MI 48044

SYNENKO, JENNIFER
16 HUGHES LN
NORTH BABYLON, NY 11703

THOMAS, MIRA J
510 LYNN AVE
EAST NORTHPORT, NY 11731

THOMPSON, KIMBERLY M.
612 CENTRAL ST
#203
KANSAS CITY, MO 64105

TOP NOTCH APPRAISALS - 1000023447
ATTN JIM KLIEGL
OWNER
8780 19TH ST, #277
ALTA LOMA, CA 91701

TOWN & COUNTRY REAL ESTATE &
APPRAISAL,
INC.
5404 YADKIN RD.
FAYETTEVILLE, NC 28303

TULIAU, MALVINA Q (VINA)
7636 BOTANY BAY DR.
LAS VEGAS, NV 89128

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by August 15, 2008 and sent to the following:

UNITED PARCEL SERVICE
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 4396
TIMONIUM, MD 21094

VAY, LISA
8078 PHIRNE RD EAST
GLEN BURNIE, MD 21061

VENT, HELEN C.
11 LOWELL DRIVE
FARMINGDALE, NY 11735

WAGNER, BARBARA L.
6196 FOXVIEW AVE NW
CANTON, OH 44718

WALLACE, DIANA L.
16769 LYONHURST CIRCLE
NORTHVILLE, MI 48168

WASHINGTON, ANDRE
27 BRADLEY STREET
3RD FLOOR
NAUGATUCK, CT 06770

WATTERS, MARY E (MARY BETH)
27 BATTERSEA RD
BERLIN, MD 21811

VAN EYKEN, DIANNE
684 COUNTY LINE RD
AMITYVILLE, NY 11701

VELSOR, MIRTHA
61 25 156TH ST
2ND FLOOR
FLUSHING, NY 11367

VENTURA, LEILAROSE C (LEILA)
3958 COYOTE
RIDGE COURT
LAS VEGAS, NV 89129

WAGNER, NANCY
35 ELM DR
FARMINGDALE, NY 11735

WARD, MARGARET
1161 CENTER GROVE ST
ORLANDO, FL 32839

WATER PLANT INVESTMENTS, LLC
ATTN MR. MARK HUTTON
5644 BAY SIDE DRIVE
ORLANDO, FL 32819

WEHLER, AMANDA
6736 1/2 N. GLENWOOD # 3
CHICAGO, IL 60626

VANDERBILT APPRAISAL & CONSUL
770 LEXINGTON AVE RM 300
NEW YORK, NY 100658165

VENNERS, MINDY
108 E ORCHARD HILLS DR.
ROCHELLE, IL 61068

WACO PROPERTIES, INC.
C/O C. RYAN MALONEY
FOLEY & LARDNER LLP
PO BOX 240
JACKSONVILLE, FL 32201-0240

WALKER, ANNIE
5792 E MONROE
LAS VEGAS, NV 89110

WARREN, AMY L.
4717 S WAYNE
FORT WAYNE, IN 46807

WATER PLANT INVESTMENTS, LLC
RYAN E. DAVIS, ESQUIRE
PO BOX 1391
ORLANDO, FL 32802-1391

WEILBURG, DONNA
37045 HEIFNER PL
TUCSON, AZ 85735

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by August 15, 2008 and sent to the following:

WEINHEIMER, TRACEY K.
2291 AIRPORT RD
GREENFIELD, IA  50849

WEISS, RICHARD
30 WILMOTH AVE
ARDSLEY, NY  10502

WESDORP, BENJAMIN M
3 HOOK RD. #63H
POUGHKEEPSIE, NY  12601

WESOLOWSKI, KEITH M
405 W 7TH STREET
#510
CHARLOTTE, NC  282020

WEST MICHIGAN APPRAISAL
ATTN MELANIE J. PERRY, PRESIDENT
821 W SOUTH ST
KALAMAZOO, MI  49007

WHEELER, MICHAEL JAMES
9180 LOS LAGOS CIRCLE
GRANITE BAY, CA  95746

WHELAN, SUSAN
128 ADAMS WAY
SAYVILLE, NY  11782

WHITE, EDWARD C
822 NORTHERN PKWY
UNIONDALE, NY  11553

WILLIAMS TRANSFER & STORAGE
ATTN KIRK PHILLIPS, SALES MANAGER
621 EAST PRESIDENT AVE
TUPELO, MS  38801

WILLIAMS, CHRISTINE G.
1715 AYR DR
NEW HAVEN, IN  46774

WISE, BARBARA A
8732 MARY LANE
JESSUP, MD  20794

WORRALL, TRACY SEAN
16 VICTORIA CT
REISTERSTOWN, MD  21136

YEE, TODD
234 RIDGECREST DRIVE
KLAMATH FALLS, OR  97601

ZC REAL ESTATE TAX SOLUTIONS LIMITED
ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL
210 INTERSTATE NORTH PARKWAY, NW
SUITE 400
ATLANTA, GA  30339

ZC REAL ESTATE TAX SOLUTIONS LIMITED
C/O HUNTON & WILLIAMS LLP
ATTN: RICHARD P. NORTON, ESQ.
SCOTT H. BERNSTEIN, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

ZIEGLER, PAUL
68 BAYSIDE PL
AMITYVILLE, NY  11701

Total Parties: 268