IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**CERTIFICATION OF COUNSEL
REGARDING ORDER TERMINATING THE AUTOMATIC
STAY UNDER SECTION 362(a) OF THE BANKRUPTCY CODE
TO PERMIT THE COMMENCEMENT OR CONTINUATION OF ACTS TO
EXERCISE RIGHTS AND REMEDIES UPON INTERESTS IN REAL PROPERTY**
*(relates to Docket Nos. 6138, 6228 & 6238)*

Adam Hiller, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the Court as follows:

1. On September 29, 2008, various servicers filed a Motion for Blanket Relief from Automatic Stay (Docket No. 6138) (the "Motion").

2. American Home Mortgage Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") filed timely objections to the Motion.

3. At the October 22, 2008 hearing, the Court directed that the parties prepare a revised form of order to conform to the Court's ruling on the Motion and the objections thereto.

4. Attached hereto as **Exhibit A** is a form of order that the parties propose in compliance with the Court's directions at the hearing (the "Proposed Order"). I have communicated with counsel for the Debtors, Sean Beach, and counsel for the Committee, Mark Indelicato, the parties have agreed that the form of the Proposed Order is acceptable as a matter of form.

5.    The Court directed that the parties use the Debtors' proposed form of order as the template against which the directed revisions should be made. Therefore, for the Court's convenience, attached as **Exhibit B** is a redline of the Proposed Order against the competing form of order attached to the Debtors' objection to the Motion.

6.    The parties therefore request that the Court enter the Proposed Order at the Court's earliest convenience.

Dated: October 24, 2008     Respectfully submitted,
Wilmington, Delaware

DRAPER & GOLDBERG, PLLC


 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Maria Aprile Sawczuk (DE No. 3320)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile