IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 24, 2008, copies of the foregoing Certification of Counsel Regarding Order Terminating The Automatic Stay Under Section 362(A) Of The Bankruptcy Code To Permit The Commencement Or Continuation Of Acts To Exercise Rights And Remedies Upon Interests In Real Property were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: October 24, 2008          **/s/ Adam Hiller**
      Wilmington, Delaware          Adam Hiller (DE No. 4105)
                                           Maria Aprile Sawczuk (DE No. 3320)
                                           Draper & Goldberg, PLLC
                                           1500 North French Street, 2nd Floor
                                           Wilmington, Delaware 19801
                                           (302) 339-8776 telephone
                                           (302) 213-0043 facsimile

-2-

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox # 35<br>Wilmington, DE 19899 |
| Bonnie Glantz Fatell<br>David W. Carickhoff<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Rebecca L. Booth<br>Morgan, Lewis & Bockius LLP<br>1701 Market St<br>Philadelphia, PA 19103-2921 |
| Edward J. Kosmowski<br>Joel A. Waite<br>Sean Beach<br>Young, Conway, Stargatt & Taylor<br>The Brandywine Bldg.<br>100 West Street, 17th Floor<br>P.O. Box 391 Wilmington, DE 19899 | Mark S. Indelicato<br>Edward L. Schnitzer<br>Hahn & Hessen LLP<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022 |