# EXHIBIT A

Exhibit A

No Liability Claims

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BARLOW, MONIQUE<br>6499 S DAFFODIL WAY<br>WEST JORDAN, UT 84084 | 3228 | 11/26/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| BIGLIN, JAMES<br>824 SUGAR VALLEY CT<br>ST. PETERS, MO 63376 | 2417 | 11/16/07 | No Case | - (S)<br>- (A)<br>$4,166.67 (P)<br>- (U)<br>$4,166.67 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| BILICKI, EUGENE<br>36 JULIAN ST<br>HICKSVILLE, NY 11801 | 985 | 9/18/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,207.32 (U)<br>$18,157.32 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | 490 | 9/10/07 | No Case | - (S)<br>- (A)<br>$8,817.00 (P)<br>- (U)<br>$8,817.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| BROWN, CHANTEL<br>6333 KING LOUIS DRIVE<br>ALEXANDRIA, VA 22312 | 1451 | 10/5/07 | No Case | - (S)<br>- (A)<br>$9,207.88 (P)<br>- (U)<br>$9,207.88 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| BUTTS, LEE ANN<br>9901 RED TWIG PL<br>FORT WAYNE, IN 46804 | 2357 | 11/16/07 | No Case | - (S)<br>- (A)<br>$6,538.48 (P)<br>- (U)<br>$6,538.48 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | 499 | 9/10/07 | No Case | - (S)<br>- (A)<br>$18,360.00 (P)<br>- (U)<br>$18,360.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CARROLL, MATTHEW<br>744 MAIN ST<br>FARMINGDALE, NY 11735 | 1660 | 10/19/07 | 07-11047 | -(S)<br>-(A)<br>$7,064.00 (P)<br>$638.40 (U)<br>$7,702.40 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract |
| COCHRAN, TERRENCE<br>2218 INDIANA AVE #1-F<br>SAINT LOUIS, MO 63104 | 8830 | 1/11/08 | 07-11051 | -(S)<br>$10,950.00 (P)<br>-(U)<br>$10,950.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| COURTNEY, TERRESA K.<br>2012 WILSON FARM CT.<br>CHESTERFIELD, MO 63005 | 1469 | 10/9/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$27,500.00 (U)<br>$27,500.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| HANCE, NICOLE R.<br>129 ROYALLBROOK LANE<br>OFALLON, MO 63368 | 2175 | 11/14/07 | No Case | -(S)<br>$2,153.60 (A)<br>$11,665.67 (U)<br>$13,820.27 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Related claim for vacation time allowed |
| HEFNER, KENNETH R.<br>30 MULHOLLAND CT<br>MISSION VIEJO, CA 92692 | 721 | 9/13/07 | No Case | -(S)<br>-(A)<br>$46,154.64 (P)<br>-(U)<br>$46,154.64 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to vacation time payout per terms of employment contract |
| HUFF, CANDI J.<br>339 HEDGE HOLLOW COVE<br>DRAPER, UT 84020 | 891 | 9/17/07 | 07-11051 | -(S)<br>-(A)<br>$30,781.98 (P)<br>-(U)<br>$30,781.98 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| JOHNSON, EILEEN<br>36 LAUREL PLACE<br>BETHPAGE, NY 11714 | 4198 | 12/3/07 | No Case | -(S)<br>-(A)<br>$7,150.00 (P)<br>-(U)<br>$7,150.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| KEIM, GISELLE<br>4986 BOTANICAL AVE<br>SAINT LOUIS, MO 63110 | 2642 | 11/19/07 | No Case | -(S)<br>-(A)<br>$7,000.00 (P)<br>-(U)<br>$7,000.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| KOTHARY, MANISH<br>444 WASHINGTON BLVD<br>STE 6238<br>JERSEY CITY, NJ 07310 | 8999 | 1/1/08 | No Case | -(S)<br>-(A)<br>-(P)<br>$772,300.00 (U)<br>$772,300.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 9051, which alleges a claim in the amount of $2,866,841 against an unspecified Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| LAMERRAO, VALDEMAR M<br>1 FELDBERG DRIVE<br>MONTICELLO, NY 12701 | 7562 | 1/7/08 | No Case | - (S)<br>- (A)<br>$12,526.85 (P)<br>- (U)<br>$12,526.85 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Equity portion of claim not allowed |
| LATTANZA, EMANUEL<br>138 THUNDER RD<br>HOLBROOK, NY 11741 | 8374 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$34,249.80 (P)<br>- (U)<br>$34,249.80 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| MARTIN, MAYLA L.<br>206 MADISON ST<br>WARWICK, RI 02888 | 978 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$7,970.34 (P)<br>- (U)<br>$7,970.34 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| MASSELLA, RALPH A.<br>528 HILTON AVENUE<br>CATONSVILLE, MD 21228 | 8146 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$50,000.00 (U)<br>$60,950.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 8148, which alleges a claim in the amount of $292,255.78 under case number 07-11051. |
| MASSELLA, RALPH A.<br>528 HILTON AVENUE<br>CATONSVILLE, MD 21228-5817 | 8147 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$42,200.00 (U)<br>$53,150.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 8148, which alleges a claim in the amount of $292,255.78 under case number 07-11051. |
| MERCER, ROBERT<br>6311 MAIDEN LANE<br>BETHESDA, MD 20817-5909 | 8463 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>$2,276.35 (P)<br>$124,921.65 (U)<br>$127,198.00 (T) | The Debtors have reviewed their books and records and determined that this claim is similar to claim number 8464, which alleges a claim in the amount of $127,198.00 under case number 07-11051. |
| MOHSENZADEH, HOLLY<br>1415 SILVERLINDEN CT<br>FORT WAYNE, IN 46804 | 5245 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$3,275.12 (U)<br>$14,225.12 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| OLAFSSON, THOMAS<br>55 COTTAGE FARM RD.<br>BROOKLINE, MA 02446 | 10346 | 4/30/08 | No Case | $786,401.20 (S)<br>- (A)<br>$366,360.15 (P)<br>$48,807.40 (U)<br>$1,201,568.75 (T) | Claim arises out of construction loan agreement. Claimant stated in loan application that the house was for his own residence and therefore he is not entitled to alleged $400,000 in lost profits. Claimant failed to provide documentation or support for a |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RAJCHEL, JOHN<br>202 S. SCHUYLKILL AV<br>NORRISTOWN, PA 19403 | 8511 | 1/10/08 | No Case | - (S)<br>- (A)<br>$48,801.50 (P)<br>- (U)<br>$48,801.50 (T) | Not entitled to vacation pay per Debtors' employee policy for sales employees. Not entitled to receipt of taxes because they will all be paid to the appropriate taxing authorities |
| STAGNER, ROY<br>5 RITA PL<br>FARMINGDALE, NY 11735 | 786 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$4,945.02 (U)<br>$15,895.02 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to sick and personal time payout per terms of employment contract. Related claim for vacation time allowed |
| SYKES, THADDEUS<br>2903 CRIMSON MEADOWS DR.<br>O'FALLON, MO 63366 | 7411 | 1/7/08 | No Case | - (S)<br>- (A)<br>$9,166.00 (P)<br>- (U)<br>$9,166.00 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | 8113 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$27,500.00 (P)<br>- (U)<br>$27,500.00 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| WALLACE, DIANA L.<br>16769 LYONHURST CIRCLE<br>NORTHVILLE, MI 48168 | 1339 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$39,230.40 (P)<br>- (U)<br>$39,230.40 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |
| WANG, ELI JOSHUA<br>7702 ARDMORE DR<br>O'FALLEN, MO 63368 | 742 | 9/13/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$383.33 (U)<br>$11,333.33 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility |
| WENINSKI, MICHELLE A.<br>41 WINSTON DR<br>BRENTWOOD, NY 11717 | 673 | 9/12/07 | No Case | - (S)<br>- (A)<br>$9,367.16 (P)<br>- (U)<br>$9,367.16 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 31 Claims | | $786,401.20 (S) | |
| | | | | - (A) | |
| | | | | $786,492.80 (P) | |
| | | | | $1,093,844.91 (U) | |
| | | | | $2,666,738.91 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Multiple Debtor Claims**

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| JORDAN, CHERYL S.<br>125 HALESITE DR.<br>SOUND BEACH, NY 11789 | 10404 | 5/19/08 | 07-11047 | - (S)<br>- (A)<br>$1,819.13 (P)<br>- (U)<br>$1,819.13 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#201) was asserted against the correct Debtor. |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$1,819.13 (P)<br>- (U)<br>$1,819.13 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C
## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ANDERSON, LOIS B<br>9288 BROWN RD<br>ELK GROVE, CA 95624 | 7610 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,520.00 (P)<br>- (U)<br>$1,520.00 (T) | - (S)<br>- (A)<br>$1,320.00 (P)<br>- (U)<br>$1,320.00 (T) | - (S) Modified to match Debtors' books and<br>records |
| BRIGGS, TONYA<br>8400 ADAGIO WAY<br>CITRUS HEIGHTS, CA 95621 | 1567 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$22,490.00 (P)<br>- (U)<br>$22,490.00 (T) | - (S)<br>- (A)<br>$7,701.21 (P)<br>- (U)<br>$7,701.21 (T) | - (S) Claimant asserts claim under the<br>- (A) WARN Act, however, the WARN Act<br>- (P) does not apply because claimant did<br>- (U) not work at an eligible affected facility.<br>- (T) Reduced for allowed vacation, sick<br>and personal time |
| CHIRAYIL, MARTHA A<br>54 ANDREA ST.<br>WEST BABYLON, NY 11704 | 8461 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$17,182.00 (P)<br>$16,154.65 (U)<br>$33,336.65 (T) | $.00 (S)<br>- (A)<br>$6,608.65 (P)<br>- (U)<br>$6,608.65 (T) | - (S) Modified to match Debtors' books and<br>- (A) records for vacation payout |
| DEVINE, SUZANNE C<br>8709 WINGARD ROAD<br>WAXHAW, NC 28173 | 6956 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$127,274.10 (U)<br>$138,224.10 (T) | - (S) Modified deferred compensation<br>- (A) amount to match Debtors' books and<br>$10,950.00 (P) records<br>$123,354.61 (U)<br>$134,304.61 (T) | |
| GEIGER, STACEY<br>7413 MOJTOR COURT<br>RIO LINDA, CA 95673 | 1656 | 10/19/07 | 07-11051 | - (S)<br>- (A)<br>$17,826.36 (P)<br>- (U)<br>$17,826.36 (T) | - (S) Claimant asserts claim under the<br>- (A) WARN Act, however, the WARN Act<br>$4,153.84 (P) does not apply because claimant did<br>- (U) not work at an eligible affected facility.<br>$4,153.84 (T) Reduced for allowed vacation time |
| GERRITY, SEAN<br>2631 HEATHERSTONE DR<br>SAN RAFAEL, CA 94903 | 6978 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$985,560.13 (U)<br>$996,510.13 (T) | - (S) Modified deferred compensation<br>- (A) amount to match Debtors' books and<br>$10,950.00 (P) records. Debtors have no record<br>$951,489.66 (U) commissions are owed and no<br>$962,439.66 (T) support was provided by the claimant |
| GIANCOLA, KAREN<br>57 MILL RD<br>FARMINGDALE, NY 11735 | 2969 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$81,170.92 (P)<br>- (U)<br>$81,170.92 (T) | - (S) Claim is duplicative of adversary<br>- (A) proceeding 07-51688 (CSS) in which<br>$4,776.92 (P) claimant is a member of the plaintiff<br>- (U) class. Claimant not entitled to sick<br>$4,776.92 (T) and personal time payout per terms of<br>employment contract. Reduced for<br>allowed vacation time |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HARRIS, CYNTHIA<br>29 CORNERSTONE CT<br>DOYLESTOWN, PA 18901 | 665 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$697.52 (U)<br>$11,647.52 (T) | - (S)<br>- (A)<br>$1,997.44 (P)<br>- (U)<br>$1,997.44 (T) | (S) Modified to match the Debtors' books<br>(A) and records. Claimant is not entitled<br>(P) to sick and personal leave payout per<br>(U) the Debtors' employee policy. |
| HOUSTON, TRUXTUN CRAIN JR.<br>PO BOX 59<br>BUTLER, MD 21023 | 7735 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$124,389.72 (U)<br>$135,339.72 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$83,734.50 (U)<br>$94,684.50 (T) | (S) Modified deferred compensation<br>(A) amount to match Debtors' books and<br>(P) records |
| JACOBY MURAD, SUSAN L<br>5133 TOP SEED COURT<br>CHARLOTTE, NC 28226 | 6120 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$3,788.56 (P)<br>- (U)<br>$3,788.56 (T) | - (S)<br>- (A)<br>$1,647.42 (P)<br>- (U)<br>$1,647.42 (T) | (S) Modified to match Debtors' books and<br>(A) records |
| KELLER, ROCCA (RINA)<br>7321 N OLEANDER AVE<br>CHICAGO, IL 60631 | 6720 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$5,000.00 (P)<br>$28,871.07 (U)<br>$33,871.07 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$17,379.04 (U)<br>$28,329.04 (T) | (S) Modified deferred compensation<br>(A) amount to match Debtors' books and<br>(P) records |
| LYTLE, JODY<br>310 REDROME CIRCLE W<br>BRIDGEVILLE, PA 15017 | 3643 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$1,505.84 (P)<br>$1,505.84 (U)<br>$1,504.84 (T) | - (S)<br>- (A)<br>$1,505.84 (P)<br>- (U)<br>$1,505.84 (T) | (S) Claimant's asserted claims at various<br>(A) priority levels do not add up to the<br>(P) total asserted value of the claim. |
| MACO, JOHN<br>5495 MAIN ST<br>STRATFORD, CT 06614 | 6626 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$10,000.00 (P)<br>$80,546.00 (U)<br>$90,546.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$48,658.00 (U)<br>$59,608.00 (T) | (S) Reduced to match the Debtors' books<br>(A) and records. Business expenses and<br>(P) severance are allowable. Not eligible<br>(U) for vacation pay per the Debtors'<br>(T) policy for sales employees. Not<br>eligible for bonus because the<br>claimant was not employed on the<br>scheduled date |
| MAHONEY, MICHAEL<br>1408 CROOKED PINE DR<br>MOUNT PLEASANT, SC 29466 | 1204 | 9/25/07 | 07-11051 | - (S)<br>- (A)<br>$1,750.00 (P)<br>- (U)<br>$1,750.00 (T) | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | (S) Modified to match Debtors' books and<br>(A) records |

--- Objectionable Claims ---

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MALONSON, BARBARA J<br>25247 MADRONE<br>COURT<br>VOLCANO, CA 95689 | 2322 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$1,776.92 (P)<br>$9,264.40 (U)<br>$9,264.40 (T) | - (S)<br>- (A)<br>$1,776.92 (P)<br>- (U)<br>$1,776.92 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| MCCARTHY, CAROL<br>174 UNION AVE<br>HOLBROOK, NY 11741 | 5951 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$3,457.90 (P)<br>- (U)<br>$3,457.90 (T) | - (S)<br>- (A)<br>$3,303.85 (P)<br>- (U)<br>$3,303.85 (T) | Modified to match Debtors' books and records |
| MCFARLAND, PATRICIA<br>7181 PLEASANT ST<br>LOUDON, NH 03307 | 179 | 8/30/07 | 07-11051 | - (S)<br>- (A)<br>$32,011.00 (P)<br>- (U)<br>$32,011.00 (T) | - (S)<br>- (A)<br>$2,441.03 (P)<br>- (U)<br>$2,441.03 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to personal time payout per terms of employment contract. No bonus is due per debtor's books and records. Reduced for allowed vacation time |
| MILO, RAGIN<br>529 8TH AVE<br>NEW HYDE PARK, NY 11040 | 1336 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$10,086.95 (P)<br>- (U)<br>$10,086.95 (T) | - (S)<br>- (A)<br>$8,923.08 (P)<br>- (U)<br>$8,923.08 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| MINGST, GRAHAM<br>14 CORNELL AVE<br>HICKSVILLE, NY 11801 | 212 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>$5,300.00 (P)<br>- (U)<br>$5,300.00 (T) | - (S)<br>- (A)<br>$4,403.08 (P)<br>- (U)<br>$4,403.08 (T) | Modified to match Debtors' books and records |
| MIRSKY, GREGORY N.<br>27 CORTELYOU RD<br>MERRICK, NY 11566-3725 | 900 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,038.46 (P)<br>- (U)<br>$3,038.46 (T) | - (S)<br>- (A)<br>$1,153.85 (P)<br>- (U)<br>$1,153.85 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| ORTEGA, KARI<br>359 PHYLLIS AVE<br>ROCHELLE, IL 61068 | 2430 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$3,489.36 (P)<br>$42.95 (U)<br>$3,532.31 (T) | - (S)<br>- (A)<br>$840.00 (P)<br>$.00 (U)<br>$840.00 (T) | Modified to match Debtors' books and records |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| POMBRA, DEEPALI<br>2019 COURT N DRIVE<br>MELVILLE, NY 11747 | 390 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$2,437.50 (P)<br>- (U)<br>$2,437.50 (T) | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | Modified to match Debtors' books and records |
| PUDENZ, MARY E.<br>1060 2ND ST CT<br>WAUKEE, IA 50263 | 1472 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$4,980.00 (P)<br>- (U)<br>$4,980.00 (T) | - (S)<br>- (A)<br>$4,902.13 (P)<br>- (U)<br>$4,902.13 (T) | Modified to match Debtors' books and records |
| SCHOOLFIELD, MATTHEW B<br>11817 KENNON RIDGE LANE<br>HUNTERSVILLE, NC 28078 | 7022 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$72,725.93 (U)<br>$83,675.93 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,142.51 (U)<br>$19,092.51 (T) | Modified deferred compensation amount to match Debtors' books and records. Claimant received commissions payment on August 7, 2007 for commissions earned to date. No additional commissions are due per Debtors' books and records |
| SEDOTTO, BONNIE<br>116 KETRIDGE ST<br>WEST BABYLON, NY 11704 | 8325 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$2,369.40 (P)<br>- (U)<br>$2,369.40 (T) | - (S)<br>- (A)<br>$2,153.85 (P)<br>- (U)<br>$2,153.85 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| SHEARER, LYLE<br>4441 CLIPPER DR<br>DISCOVERY BAY, CA 94505 | 7215 | 1/7/08 | 07-11051 | $6,464.41 (S)<br>- (A)<br>$6,464.41 (P)<br>$223,561.02 (U)<br>$230,025.43 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$225,123.64 (U)<br>$225,123.64 (T) | Modified deferred compensation amount to match Debtors' books and records |
| SOMERMAN, STEVEN<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 8437 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$749,136.68 (U)<br>$760,086.68 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$713,614.31 (U)<br>$724,564.31 (T) | Modified deferred compensation and commissions amounts to match Debtors' books and records. Not entitled to vacation pay per Debtors' employee policy for sales employees |
| TRAPANOTTO, TIMOTHY<br>17 CRESTWOOD DR<br>FORT SALONGA, NY 11768 | 7909 | 1/9/08 | 07-11051 | $4,417.07 (S)<br>- (A)<br>$4,417.07 (P)<br>$4,417.07 (U)<br>$4,417.07 (T) | - (S)<br>- (A)<br>$4,417.07 (P)<br>- (U)<br>$4,417.07 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| VAZQUEZ, EVANIA<br>320 NASSAU RD<br>APT 102<br>HUNTINGTON, NY 11743 | 5629 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$253.80 (P)<br>$253.80 (U)<br>$255.50 (T) | - (S)<br>- (A)<br>$253.80 (P)<br>- (U)<br>$253.80 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | 487 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$6,416.66 (P)<br>- (U)<br>$6,416.66 (T) | - (S)<br>- (A)<br>$5,923.08 (P)<br>- (U)<br>$5,923.08 (T) | - (S) Modified to match Debtors' books and<br>- (A) records |
| VENEGAS, CANDACE<br>950 BANNOCK CT<br>CONCORD, CA 94518 | 866 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$740.38 (P)<br>$740.38 (U)<br>$740.38 (T) | - (S)<br>- (A)<br>$740.38 (P)<br>- (U)<br>$740.38 (T) | - (S) Claimant's asserted claims at various<br>- (A) priority levels do not add up to the<br>- (P) total asserted value of the claim. |
| ZELL, GARY S.<br>8300 ARMETALE LN<br>FAIRFAX STATION, VA 22039 | 1288 | 9/27/07 | 07-11051 | $347,000.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$86,450.00 (U)<br>$444,400.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$338,202.94 (U)<br>$349,152.94 (T) | - (S) Modified deferred compensation<br>- (A) amount to match Debtors' books and<br>(P) records. No support found or provided<br>(U) to substantiate profit bonus |
| Totals: | 32 Claims | | | $357,881.48 (S)<br>- (A)<br>$326,123.49 (P)<br>$2,511,691.26 (U)<br>$3,176,021.74 (T) | $.00 (S)<br>- (A)<br>$162,293.44 (P)<br>$2,609,699.21 (U)<br>$2,571,992.65 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| ANDERSON, BIRGIT T. PO BOX 2183 WINTER PARK, FL 32790 | 1056 | 9/20/07 | 07-11061 | - (S) - (A) $10,500.00 (P) - (U) $10,500.00 (T) | - (S) - (A) $10,500.00 (U) $10,500.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| GOLE, SUSAN 10560 W ALEXANDER RD # 2018 LAS VEGAS, NV 89129 | 333 | 9/5/07 | 07-11051 | - (S) - (A) $6,347.59 (P) - (U) $6,347.59 (T) | - (S) $5,180.34 (A) - (P) $1,167.25 (U) $6,347.59 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| PITNEY BOWES CREDIT CORPORATION ATTN RECOVERY DEPT 27 WATERVIEW DR SHELTON, CT 06484-4361 | 1513 | 10/26/07 | 07-11051 | - (S) - (A) $49,739.74 (P) - (U) $49,739.74 (T) | - (S) $48,733.74 (A) - (P) $1,406.59 (U) $49,739.74 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| Totals: | 3 Claims | | | - (S) - (A) $66,587.33 (P) - (U) $66,587.33 (T) | - (S) $5,180.34 (A) $61,406.59 (U) $66,587.33 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Exhibit E**

**Reclassified Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claim | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
| KNAG, PAUL JR. 60 E 9TH ST # 505 NEW YORK, NY 10003 | 746 | 9/13/07 | 07-11047 | - (S) - (A) $10,000.00 (P) - (U) $10,000.00 (T) | 07-11051 | - (S) - (A) $3,450.00 (P) $6,550.00 (U) $10,000.00 (T) | (S) No basis for priority claim exists under section 507 of the Bankruptcy Code |
| **Totals:** | 1 Claim | | | - (S) - (A) $10,000.00 (P) - (U) $10,000.00 (T) | | - (S) - (A) $3,450.00 (P) $6,550.00 (U) $10,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

Exhibit F

Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | **Objectionable Claim** | | | | |
| BARRETT, JAMES<br>1487 THIES DR<br>PASADENA, MD 21122 | 927 | 9/17/07 | 07-11047 | -(S)<br>-(A)<br>$7,500.01 (P)<br>-(U)<br>$7,500.01 (T) | 07-11051 | -(S) Modified to match Debtors'<br>-(A) books and records<br>$7,384.62 (P)<br>-(U)<br>$7,384.62 (T) | Modified to match Debtors' books and records |
| CARD, THERESA<br>2913 BOULDER RIDGE<br>MILFORD, MI 48380 | 1052 | 8/20/07 | No Case | -(S)<br>-(A)<br>$5,061.90 (P)<br>-(U)<br>$5,061.90 (T) | 07-11051 | -(S)<br>-(A)<br>$384.62 (P)<br>-(U)<br>$384.62 (T) | Claimant asserts claim under the WARN Act, however, the WARN Act does not apply because claimant did not work at an eligible affected facility. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| CHALSON, STEVEN<br>11 CHESTNUT AVE<br>PATCHOGUE, NY 11772 | 820 | 9/17/07 | No Case | -(S)<br>-(A)<br>$10,950.00 (P)<br>$13,716.54 (U)<br>$24,666.54 (T) | 07-11051 | -(S)<br>-(A)<br>$3,846.15 (P)<br>-(U)<br>$3,846.15 (T) | Claim is duplicative of adversary proceeding 07-51688 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| CLAPPER, LAURA<br>3770 BONNYBRIDGE PL<br>ELLICOTT CITY, MD 21043 | 429 | 9/10/07 | 07-11047 | -(S)<br>-(A)<br>$2,990.16 (P)<br>-(U)<br>$2,990.16 (T) | 07-11051 | -(S) Modified to match Debtors'<br>-(A) books and records<br>$2,893.85 (P)<br>-(U)<br>$2,893.85 (T) | Modified to match Debtors' books and records |
| CUMMINGS, SUSAN<br>19 PEPPERMILL CT<br>COMMACK, NY 11725 | 3082 | 11/23/07 | 07-11047 | -(S)<br>-(A)<br>$961.54 (P)<br>-(U)<br>$961.54 (T) | 07-11051 | -(S) Modified to match Debtors'<br>-(A) books and records<br>$769.23 (P)<br>-(U)<br>$769.23 (T) | Modified to match Debtors' books and records |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| DANIEL, KATHRYN M<br>3081 LINDALE AVE<br>ORLANDO, FL 32814 | 6976 | 1/3/08 | 07-11053 | 07-11051 | - (S)<br>- (A)<br>$2,600.00 (P)<br>- (U)<br>$2,600.00 (T) | - (S)<br>- (A)<br>$1,400.00 (P)<br>- (U)<br>$1,400.00 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| DANIELS, JACK A<br>46 E HEALTH ST<br>BALTIMORE, MD 21230 | 1009 | 9/19/07 | No Case | 07-11051 | - (S)<br>- (A)<br>$983.00 (P)<br>- (U)<br>$983.00 (T) | - (S)<br>- (A)<br>$894.42 (P)<br>- (U)<br>$894.42 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| DAVIDSON, REBECCA<br>2304 FERNRIDGE LN<br>MATTHEWS, NC 28105 | 1149 | 9/24/07 | No Case | 07-11051 | - (S)<br>- (A)<br>$1,589.18 (P)<br>- (U)<br>$1,589.18 (T) | - (S)<br>- (A)<br>$636.54 (P)<br>- (U)<br>$836.54 (T) | Modified to match Debtors' books and records |
| DEMACOPOULOS, VASILIOS<br>21-32 43RD ST<br>ASTORIA, NY 11105 | 878 | 9/17/07 | No Case | 07-11051 | - (S)<br>- (A)<br>$2,457.75 (P)<br>- (U)<br>$2,457.75 (T) | - (S)<br>- (A)<br>$982.95 (P)<br>- (U)<br>$982.95 (T) | Modified to match Debtors' books and records |
| DEVINE, COLLEEN<br>982 THOMPSON DR<br>BAY SHORE, NY 11706 | 446 | 9/10/07 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>(P)<br>$22,987.18 (U)<br>$22,987.18 (T) | - (S)<br>$4,653.86 (A)<br>(P)<br>- (U)<br>$4,653.86 (T) | Claim is duplicative of adversary proceeding 07-51686 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| DICKSON, JULIE J<br>3229 WOODGATE TRAIL<br>FORT WAYNE, IN 46804 | 834 | 9/17/07 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>$1,507.69 (P)<br>- (U)<br>$1,507.69 (T) | - (S)<br>- (A)<br>$1,130.77 (P)<br>- (U)<br>$1,130.77 (T) | Modified to match Debtors' books and records |
| DURHAM, EARL<br>30 CALLE RANCHERA<br>RANCHO SANTA MARGARITA, CA 92688 | 697 | 9/13/07 | No Case | 07-11051 | - (S)<br>- (A)<br>$23,568.00 (P)<br>- (U)<br>$23,568.00 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,707.69 (U)<br>$18,657.69 (T) | Modified to match Debtors' books and records for vacation payout |
| GRZAN, LORETTA<br>57 EARL RD<br>MELVILLE, NY 11747 | 661 | 9/12/07 | No Case | 07-11051 | - (S)<br>- (A)<br>$21,200.00 (P)<br>- (U)<br>$21,200.00 (T) | - (S)<br>- (A)<br>$6,115.00 (P)<br>- (U)<br>$6,115.00 (T) | Modified to match Debtors' books and records for vacation items payable |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| HAAS, RHONDA L<br>1116 E MARCO POLO RD<br>PHOENIX, AZ 85024 | 768 | 9/14/07 | No Case | -(S)<br>-(A)<br>$2,735.30 (P)<br>-(U)<br>$2,735.30 (T) | 07-11051 | -(S)<br>-(A)<br>$1,389.23 (P)<br>-(U)<br>$1,389.23 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| HALL, DIANE<br>2421 CLOVERFIELD CT<br>FORT WAYNE, IN 46808 | 1355 | 10/1/07 | 07-11047 | -(S)<br>-(A)<br>$656.24 (P)<br>-(U)<br>$656.24 (T) | 07-11051 | -(S)<br>-(A)<br>$555.32 (P)<br>-(U)<br>$555.32 (T) | Modified to match Debtors' books and records |
| HALL, LOUISE<br>116 SCHULTZ RD<br>MANORVILLE, NY 11949 | 1006 | 9/19/07 | No Case | -(S)<br>-(A)<br>$4,956.36 (P)<br>-(U)<br>$4,956.36 (T) | 07-11051 | -(S)<br>-(A)<br>$3,230.77 (P)<br>-(U)<br>$3,230.77 (T) | Modified to match the Debtors' books and records. Claimant is not entitled to sick and personal leave payout per employee policy. |
| HAUG, KATHLEEN A.<br>6365 MILLSTONE CIRCLE<br>NEW PORT RICHEY, FL 34655 | 1437 | 10/5/07 | No Case | -(S)<br>-(A)<br>$2,067.20 (P)<br>-(U)<br>$2,067.20 (T) | 07-11051 | -(S)<br>-(A)<br>$1,216.11 (P)<br>-(U)<br>$1,216.11 (T) | Modified to match Debtors' books and records |
| MAURO, STEVEN<br>46 RIVERDALE AVE<br>MASSAPEQUA, NY 11758 | 1340 | 10/1/07 | 07-11047 | -(S)<br>-(A)<br>$12,864.00 (P)<br>-(U)<br>$12,864.00 (T) | 07-11051 | -(S)<br>-(A)<br>$1,562.89 (P)<br>-(U)<br>$1,562.89 (T) | Claim is duplicative of adversary proceeding 07-51636 (CSS) in which claimant is a member of the plaintiff class. Claimant not entitled to sick and personal time payout per terms of employment contract. Reduced for allowed vacation time |
| RALEY, ANNETTE<br>PO BOX 165551<br>IRVING, TX 75016 | 1161 | 9/24/07 | No Case | -(S)<br>-(A)<br>$8,166.66 (P)<br>-(U)<br>$8,166.66 (T) | 07-11051 | -(S)<br>-(A)<br>$5,653.85 (P)<br>-(U)<br>$5,653.85 (T) | Modified to match Debtors' books and records |
| SPRINT NEXTEL<br>ATTN ABBY LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 9837 | 1/22/08 | 07-11048 | -(S)<br>-(A)<br>$159,722.36 (P)<br>-(U)<br>$159,722.36 (T) | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$159,264.01 (U)<br>$159,264.01 (T) | Modified to match Debtors' books and records |
| STRUZZIERI, ALEX M.<br>3850 DAVID PLACE<br>SEAFORD, NY 11783 | 1713 | 10/22/07 | No Case | -(S)<br>-(A)<br>$5,480.77 (P)<br>-(U)<br>$5,480.77 (T) | 07-11051 | -(S)<br>-(A)<br>$5,115.39 (P)<br>-(U)<br>$5,115.39 (T) | Modified to match Debtors' books and records |

─────── Objectionable Claim ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| WAGNER, BARBARA L.<br>5196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 192 | 8/30/07 | No Case | - (S)<br>- (A)<br>$972.00 (P)<br>$972.00 (U)<br>$972.00 (T) | 07-11051 | - (S)<br>- (A)<br>$972.00 (P)<br>$972.00 (U)<br>$972.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| Totals: | 22 Claims | | | - (S)<br>- (A)<br>$119,283.74 (P)<br>$200,838.83 (U)<br>$315,715.82 (T) | | - (S)<br>- (A)<br>$61,937.56 (P)<br>$166,971.70 (U)<br>$228,909.26 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

066585.1001

**Exhibit G**

**Modified Amount Reclassified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | | | **Objectionable Claims** | | | |
| LIVIAN, DARIUS D<br>455 CANYON DEL REY BLVD<br># 337<br>MONTEREY, CA 93940 | 5391 | 12/13/07 | 07-11051 | $47,651.00 (S)<br>- (A)<br>$15,715.00 (P)<br>$15,715.00 (U)<br>$93,366.00 (T) | - (S)<br>- (A)<br>$5,485.97 (P)<br>$36,827.55 (U)<br>$62,313.52 (T) | - (S) Modified deferred compensation<br>- (A) amount to match Debtors' books and<br>records |
| PERRY, JOHN TODD<br>3216 MORRIS FARM DRIVE<br>JAMESTOWN, NC 27282 | 1277 | 9/27/07 | 07-11051 | - (S)<br>- (A)<br>$4,485.96 (P)<br>- (U)<br>$4,485.96 (T) | - (S) Modified to match Debtors' books and<br>- (A) records<br>$2,617.38 (P)<br>$1,650.00 (U)<br>$4,267.38 (T) | |
| UHLENHOPP, CRISTINE (CRIS)<br>17025 COLONIAL PARK DR<br>MONUMENT, CO 80132 | 6217 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$2,298.71 (P)<br>- (U)<br>$2,299.71 (T) | - (S) Modified deferred compensation<br>- (A) amount to match Debtors' books and<br>$712.50 (P) records<br>$1,592.96 (U)<br>$2,305.46 (T) | |
| **Totals:** | **3 Claims** | | | $47,651.00 (S)<br>- (A)<br>$22,500.67 (P)<br>$15,715.00 (U)<br>$70,151.67 (T) | - (S)<br>- (A)<br>$8,815.85 (P)<br>$60,070.53 (U)<br>$68,886.38 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on
the proof of claim form.

# EXHIBIT H

## Exhibit H

### Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claim Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| OFFICEMAX ATTN ANNE FULLER CREDIT SUPERVISOR 263 SHUMAN BLVD NAPERVILLE, IL 60563-1255 | 9636 | 1/23/08 | 07-11047 | $91,187.86 (S) - (A) - (P) $113,652.30 (U) $204,840.16 (T) | 07-11051 | - (S) - (A) $91,187.86 (P) $113,652.30 (U) $204,840.16 (T) | Modified to match Debtors' books and records |
| RUBIN, JEFF ALL PRO MORTGAGE 6600 N ANDREWS AVE SUITE FT LAUDERDALE, FL | 513 | 8/10/07 | No Case | - (S) - (A) $59,986.25 (P) - (U) $59,986.25 (T) | 07-11052 | - (S) - (A) - (P) $10,000.00 (U) $10,000.00 (T) | Claimant asserts that he is owed a payout of profits under a joint venture agreement. Claimant is not entitled to payout because under the terms of a series agreement, profits are calculated on an annual basis. No profits were realized for 2007. |
| Totals: | 2 Claims | | | $91,187.86 (S) - (A) $59,986.25 (P) $113,652.30 (U) $264,826.46 (T) | | - (S) - (A) $91,187.86 (P) $123,652.30 (U) $214,840.16 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT I

Exhibit I

Insufficient Documentation Claims

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | 201 | 8/30/07 | No Case | - (S)<br>- (A)<br>$1,819.13 (P)<br>- (U)<br>$1,819.13 (T) | Claimant has failed to provide additional documentation after multiple requests. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$1,819.13 (P)<br>- (U)<br>$1,819.13 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.