# EXHIBIT A

## Exhibit A

### Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JORDAN, CHERYL S. 123 HALESITE DR SOUND BEACH, NY 11789 | 10403 | 5/19/08 | 07-11053 | -(S)<br>-(A)<br>$1,653.85 (P)<br>-(U)<br>$1,653.85 (T) | 8026 | 1/10/08 | 07-11053 | -(S)<br>-(A)<br>$1,653.85 (P)<br>-(U)<br>$1,653.85 (T) |
| MORACE, MARK A. ALAN H SCHORR & ASSOCIATES 5 SPLIT ROCK DRIVE CHERRY HILL, NJ 08003 | 10435 | 7/19/08 | 07-11047 | -(S)<br>-(A)<br>-(P)<br>$250,000.00 (U)<br>$250,000.00 (T) | 10434 | 7/14/08 | 07-11047 | -(S)<br>-(A)<br>-(P)<br>$250,000.00 (U)<br>$250,000.00 (T) |
| WHEELER, MICHAEL JAMES 9190 LOS LAGOS CIRCLE GRANITE BAY, CA 95746 | 963 | 9/18/07 | 07-11047 | -(S)<br>-(A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) | 7613 | 1/7/08 | 07-11051 | -(S)<br>-(A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) |
| **Totals:** | **3 Claims** | | | -(S)<br>-(A)<br>$12,603.85 (P)<br>$613,131.73 (U)<br>$625,735.58 (T) | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| WETZEL, THOMAS 275 S 9TH ST LINDENHURST, NY 11757 | 235 | 9/4/07 | 07-11051 | - (S) - (A) $2,151.63 (P) - (U) $2,151.63 (T) | 6928 | 1/9/08 | 07-11051 | - (S) - (A) $3,151.68 (P) - (U) $3,151.68 (T) | |
| Totals: | 1 Claim | | | - (S) - (A) $2,151.63 (P) - (U) $2,151.63 (T) | | | | - (S) - (A) $3,151.68 (P) - (U) $3,151.68 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "\$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| BALFOUR, ROBIN<br>1315 N WALNUT AVE<br>ARLINGTON HEIGHTS, IL 60004 | 931 | 9/17/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$32,591.62 (U)<br>$43,541.62 (T) | 07-11051 |
| CHATZIANTONIOU, TASO<br>37-37 REGATTA PL<br>DOUGLASTON, NY 11363 | 384 | 9/7/07 | No Case | - (S)<br>- (A)<br>$3,111.12 (P)<br>- (U)<br>$3,111.12 (T) | 07-11051 |
| CLARK, MICHAEL D.<br>47 N CHESTERFIELD RD<br>COLUMBUS, OH 43209 | 323 | 9/4/07 | No Case | - (S)<br>- (A)<br>$738.56 (P)<br>- (U)<br>$738.56 (T) | 07-11051 |
| CUEVAS, SERGIO C.<br>109 CENTENNIAL AVE<br>CRANFORD, NJ 07016 | 220 | 8/31/07 | No Case | - (S)<br>- (A)<br>$908.40 (P)<br>- (U)<br>$908.40 (T) | 07-11051 |
| DAUENHEIMER, JEAN<br>3 VAN ORDEN ROAD<br>MILTON, NY 12547 | 1289 | 9/28/07 | No Case | - (S)<br>- (A)<br>$2,877.25 (P)<br>- (U)<br>$2,877.25 (T) | 07-11051 |
| DAVID, JAMES<br>303 BRIDGE RD<br>HAUPPAUGE, NY 11788 | 768 | 9/14/07 | No Case | - (S)<br>- (A)<br>$3,503.08 (P)<br>- (U)<br>$3,503.08 (T) | 07-11051 |
| DAVID-SWAN, DAWN<br>9020 169TH ST APT 3A<br>JAMAICA, NY 11432 | 131 | 8/29/07 | No Case | - (S)<br>- (A)<br>$615.30 (P)<br>- (U)<br>$615.30 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number<br>Case Number |
|---|---|---|---|---|---|
| DEJOHN, SHARLEEN<br>8706 SNOWGOOSE LANE<br>FORT WAYNE, IN 46825 | 508 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,288.46 (P)<br>- (U)<br>$1,288.46 (T) | 07-11051 |
| DEWALD, KAREN<br>114 CABANA DR<br>MOORESVILLE, NC 28117 | 110 | 8/28/07 | No Case | - (S)<br>- (A)<br>$1,361.72 (P)<br>- (U)<br>$1,361.72 (T) | 07-11051 |
| GRULLON, MICHELLE<br>17 LINDEN ST<br>MANHASSET, NY 11030 | 681 | 9/12/07 | No Case | - (S)<br>- (A)<br>$2,849.85 (P)<br>- (U)<br>$2,849.85 (T) | 07-11051 |
| GUSTAVSON, JENNIFER<br>27A ERLAND ROAD<br>STONY BROOK, NY 11790 | 1377 | 10/2/07 | No Case | - (S)<br>- (A)<br>$283.05 (P)<br>- (U)<br>$283.05 (T) | 07-11051 |
| HAGAN, RAYMOND<br>20 SENECA DR<br>HANOVER, PA 17331 | 537 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$4,615.36 (P)<br>- (U)<br>$4,615.36 (T) | 07-11051 |
| HALL, TREASA R.<br>1 PINE ACRE DR<br>SMITHTOWN, NY 11787 | 1015 | 9/19/07 | No Case | - (S)<br>- (A)<br>$7,937.50 (P)<br>- (U)<br>$7,937.50 (T) | 07-11051 |
| HANSEN, AMANDA<br>154 JACK LONDON DR<br>SANTA ROSA, CA 95409 | 457 | 9/10/07 | No Case | - (S)<br>- (A)<br>$610.56 (P)<br>- (U)<br>$610.56 (T) | 07-11051 |
| HARDING, JEANNETTE E.<br>2806 RURAL HILL CT<br>MATTHEWS, NC 28105 | 1232 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | 07-11051 |
| IALACCI, DOLORES<br>1 PETER ST<br>CORAM, NY 11727 | 680 | 9/12/07 | 07-11047 | - (S)<br>- (A)<br>$830.70 (P)<br>- (U)<br>$830.70 (T) | 07-11051 |

## Objectionable Claims — New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| JACKSON, PHYLLIS M.<br>10205 BURGUNDY DR<br>FRISCO, TX 75035 | 1970 | 11/9/07 | 07-11047 | - (S)<br>- (A)<br>$583.33 (P)<br>- (U)<br>$583.33 (T) | 07-11051 |
| MCKEAN, TYLER<br>2755 STONEBRIDGE CT<br>MARYVILLE, IL 62062 | 1192 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$1,454.40 (P)<br>- (U)<br>$1,454.40 (T) | 07-11051 |
| MUELLER, KATHLEEN M.<br>302 16TH AVE<br>BALTIMORE, MD 21225 | 418 | 9/10/07 | No Case | - (S)<br>- (A)<br>$3,230.76 (P)<br>- (U)<br>$3,230.76 (T) | 07-11051 |
| PEARCE, JOAN M.<br>3634 SWEETGRASS LANE<br>CHARLOTTE, NC 28226 | 1380 | 10/2/07 | 07-11047 | - (S)<br>- (A)<br>$3,333.33 (P)<br>- (U)<br>$3,333.33 (T) | 07-11051 |
| FMC INVESTIGATIONS AND SECURITY INC<br>ATTN JOHN CELENTARO, PRESIDENT<br>60 EAST OLD COUNTRY RD<br>MINEOLA, NY 11501 | 3997 | 11/30/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,431.25 (U)<br>$5,431.25 (T) | 07-11051 |
| **Totals:** | 21 Claims | | | - (S)<br>- (A)<br>$52,005.81 (P)<br>$38,022.67 (U)<br>$90,028.68 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Late Filed Claims**

| | | | Objectionable Claims | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10463 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10464 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10465 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10466 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10467 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10468 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10469 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10470 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$50.00 (U)<br>$50.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10471 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10472 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10473 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10474 | 8/22/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | January 11, 2008 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | 10475 | 8/22/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,943.84 (U)<br>$1,943.84 (T) | January 11, 2008 |
| CABLEVISION<br>BANKRUPTCY, 3RD FLOOR<br>200 JERICHO QUADRANGLE<br>JERICHO, NY 11753 | 10451 | 8/12/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,943.84 (U)<br>$1,943.84 (T) | January 11, 2008 |
| CIMINO, MATTHEW T.<br>1047 ROUSSEAU DRIVE<br>WEBSTER, NY 14580 | 10415 | 6/9/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,094.54 (U)<br>$19,044.54 (T) | January 11, 2008 |
| COMMIATO, MARY T.<br>16439 BRAMBLING<br>HOUSTON, TX 77059 | 10485 | 9/3/08 | No Case | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | January 11, 2008 |

## ─── Objectionable Claims ───

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CONSTANT, NADINE<br>113 BELMONT PKWY<br>HEMPSTEAD, NY 11550 | 10410 | 5/30/08 | 07-11051 | - (S)<br>- (A)<br>$1,961.54 (P)<br>- (U)<br>$1,961.54 (T) | January 11, 2008 |
| EMAGIC.COM, LLC<br>C/O ANTHONY J. CARONNA<br>PO BOX 488<br>MILWAUKEE, WI 53202 | 10421 | 6/19/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68,008.00 (U)<br>$68,008.00 (T) | January 11, 2008 |
| KIRSCH, ALAN<br>245 AVENUE C<br>NEW YORK, NY 10009-2515 | 10452 | 8/14/08 | 07-11047 | Unspecified* | January 11, 2008 |
| LIMZERWALA, HUZAAAK<br>5208 CHABLIS CT<br>FORT WAYNE, IN 46845 | 10408 | 5/22/08 | 07-11051 | - (S)<br>- (A)<br>$6,544.32 (P)<br>- (U)<br>$6,544.32 (T) | January 11, 2008 |
| YELLOW BOOK USA<br>C/O RMS BANKRUTPCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 10445 | 8/8/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,835.00 (U)<br>$18,835.00 (T) | January 11, 2008 |
| **Totals:** | **21 Claims** | | | - (S)<br>- (A)<br>$22,466.86 (P)<br>$100,961.38 (U)<br>$123,437.24 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.