# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 10/28/2008
Case: 07−11047−CSS     Form ID: ntc     Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr     Quantum
    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     American Home Mortgage Holdings, Inc.     538 Broadhollow Road     Melville, NY 11747
aty     Donald J. Bowman, Jr.     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty     Edward J. Kosmowski     Young, Conaway, Stargatt &Taylor     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899
aty     Edwin J. Harron     Young, Conaway, Stargatt &Taylor     The Brandywine Building     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Erin Edwards     Young, Conaway, Stargatt &Taylor     The Brandywine Building     17th Floor     1000 West Street     Wilmington, DE 19801
aty     Joel A. Waite     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Kara Hammond Coyle     Young Conaway Stargatt &Taylor LLP     1000 West St., 17th Floor     Brandywine Building     Wilmington, DE 19801
aty     Kenneth J. Enos     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty     Margaret B. Whiteman     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty     Matthew Barry Lunn     Young, Conaway, Stargatt &Taylor     The Brandywine Building, 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty     Nathan D. Grow     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg.     17th Floor     Wilmington, DE 19801−0391
aty     Patrick A. Jackson     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg 17th Fl,1000 West St     Wilmington, DE 19801
aty     Pauline K. Morgan     Young, Conaway, Stargatt &Taylor     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Quinn Emanuel     Quinn Emanuel Urquhart Oliver &Hedges
aty     Robert S. Brady     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Sean Matthew Beach     Young, Conaway, Stargatt &Taylor     The Brandywine Building, 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty     Sharon M Zieg     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg., 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty     Travis N. Turner     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg., 17th Fl.     1000 West Street     Wilmington, DE 19801
    TOTAL: 18