IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x   Chapter 11
In re:                                                         :
                                                               :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                         :
HOLDINGS, INC., a Delaware corporation, et al.,[1]             :   Jointly Administered
                                                               :
                    Debtors.                                   :
                                                               :   Docket Ref. No. ___
---------------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 1121(d) FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD WITHIN WHICH TO SOLICIT ACCEPTANCES TO THEIR CHAPTER 11 PLAN

Upon the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above captioned Chapter 11 cases (collectively, the "Debtors") for entry of an order pursuant to 11 U.S.C. § 1121(d) extending the Debtors' exclusive period in which to solicit acceptances of the Debtors' Chapter 11 Plan of Liquidation (the "Plan") through and including January 27, 2009; and it appearing that the relief requested therein is in the best interest of the Debtors, their estates and creditors; and due and proper notice having been given under the circumstances; and it appearing that this is a core proceeding under 28 U.S.C. § 157(b)(2); it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

- 2 -

ORDERED, that the Exclusive Solicitation Period of the Debtors' to solicit acceptances of the Debtors' Plan in these Chapter 11 cases shall be extended by ninety (90) days, through and including January 27, 2009; and it is further

ORDERED, that nothing in this Order shall prejudice the Debtors' right to seek additional extensions of the Exclusive Solicitation Period from this Court; and it is further

ORDERED, that that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
       November ___, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge