IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) |
| Corporation, et al.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. 3947** |

**NOTICE OF PARTICULAR MATTERS WHERE
HENNIGAN, BENNETT & DORMAN LLP REPRESENTS
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that pursuant to the Order Authorizing Employment of Hennigan, Bennett & Dorman LLP, as Special Conflicts Counsel to the Official Committee of Unsecured Creditors *Nun Pro Tunc* as of March 3, 2008, entered on May 2, 2008 [Docket No. 3947] (the "Order"), Hennigan, Bennett & Dorman LLP ("HBD"), hereby provides notice that it is currently representing, as special conflicts counsel, the Official Committee of Unsecured Creditors (the "Committee") with respect to the following matters:

- Matters in which the Committee is adverse to JPMorgan Chase Bank, N.A., and/or its affiliates.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

**PLEASE TAKE FURTHER NOTICE** that as required by the Order, HBD is concurrently servicing this Notice on the United States Trustee.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 29, 2008 | BIFFERATO GENTILOTTI LLC<br><br>*/s/ signature/*<br>_____<br>Ian Connor Bifferato (No. 3273)<br>Garvan F. McDaniel (No. 4167)<br>800 N. King Street, First Floor<br>Wilmington, DE 19801<br>(302) 429-1900<br><br>-and-<br><br>HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>Michael A. Morris<br>Joshua D. Morse<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200<br><br>*Special Conflicts Counsel to the*<br>*Official Committee of Unsecured Creditors* |