## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing Notice of Particular Matters where was forwarded this 29th day of October, 2008, by hand delivery upon the following:

Joseph J. McMahon, Jr., Esq.
United States Department of Justice
Office of the United States Trustee
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19899-0035

                                                                       Garvan F. McDaniel (#4167)