**EXHIBIT A**

<u>AHM - Fee Application Preparation/Fee Issues</u>

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/10/08 | HLD | Reviewed and prepared Exhibit A to QE's July fee application | 1.80 |
| 08/11/08 | HLD | Reviewed/revised QE's may fee application (.7); Reviewed vendor correspondence and expense issues re same (.6). | 1.30 |
| 08/12/08 | HLD | Reviewed/revised QE's may fee application, meetings and emails re same, certification re same. | 2.40 |
| 08/14/08 | HLD | Coordinate telephonic appearance at interim hearing on QE's February, March, and April fee applications (.6); Review and execute pro hac motion (.3). | 0.90 |
| 08/18/08 | HLD | Prepare for QE's interim fee application hearing (.9); attend same (.7); draft QE's June fee application, emails with Lacroix re same (1.3). | 2.90 |
| 08/20/08 | ML4 | Prepare QE's June fee application | 3.60 |
| 08/21/08 | HLD | Revise/finalize QE's may fee application, review/calendar objection deadlines re same (.6); Review status of payment of interim fees to QE (.8). | 1.40 |
| 08/21/08 | ML4 | Prepare QE's June Fee Application | 4.20 |
| 08/22/08 | ML4 | Prepare QE's June Fee Application | 3.20 |
| 08/26/08 | HLD | TCs/emails/confs with M. Lacroix re draft of AHM June fee application (.8); draft AHM June fee application (.4). | 1.20 |
| 08/26/08 | ML4 | Prepare QE's June Fee Application | 2.10 |
| 08/27/08 | ML4 | Prepare QE's June fee application | 2.20 |
| | | Total Hours | 27.20 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Harrison L. Denman | HLD | Associate | 11.90 | 375.00 | 4,462.50 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Martine Lacroix | ML4 | Paralegal | 15.30 | 235.00 | 3,595.50 |

5

AHM - Insurance Issues
---

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/08 | DRL | Review settlement agreement and email with Morelle. | 0.60 |
| 08/01/08 | KAG | Review and draft settlement agreement and stipulation. | 1.00 |
| 08/08/08 | DRL | Telephone conference with R. Rice re: Triad settlement and case status. | 0.50 |
| 08/28/08 | KAG | Review and correspondence regarding subpoena and deposition notice of D. Loeffler. | 0.80 |
| 08/29/08 | KAG | Correspondence regarding discovery status. | 0.10 |
| | | Total Hours | 3.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Duane R. Lyons | DRL | Partner | 1.10 | 760.00 | 836.00 |
| Kristelia A. Garcia | KAG | Associate | 1.90 | 400.00 | 760.00 |

## AHM - Lender Claims

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/04/08 | HLD | Reviewed Lehman appeal issues, reviewed pleadings re same (.6); TC/emails Sakamoto re update on Wells Fargo litigation; Lehman appeal issues. (.6). | 1.20 |
| 08/05/08 | HLD | TC/email with Sakamoto re open issues in Wells litigation. | 0.50 |
| 08/06/08 | HLD | TC Sakamoto re Wells Fargo litigation hearing, reviewed argument outline re same. | 0.80 |
| 08/07/08 | JCT | Review Judge's decision on certification in Lehman and next steps | 0.50 |
| 08/08/08 | JCT | Review next steps in Lehman appeal; emails with clients re same | 0.30 |
| 08/11/08 | JCT | Review next steps in Lehman appeal regarding certification | 0.30 |
| 08/12/08 | JCT | Review Lehman response on certification and outline new motion for District Court (1.3); draft new motion (1.5) | 2.80 |
| 08/13/08 | JCT | Revise Lehman brief to District Court | 0.40 |
| 08/15/08 | JCT | Revise District Court Certification request | 4.70 |
| 08/16/08 | JCT | Revise Lehman certification request to District Court | 2.80 |
| 08/18/08 | JCT | Finalize Lehman Certification Request for filing in Delaware District Court (.7); review status of BofA litigation with S. Beach (YCST) (.2) | 0.90 |
| 08/20/08 | HLD | Reviewed status of Wells litigation, emails re same with S Sakamoto (AHM) and JCT. | 0.30 |
| 08/20/08 | JCT | Review status of Lehman action and Wells Action with S. Sakamoto (.1); review request of Lehman for extension of time to respond (.1) | 0.20 |
|  |  | Total Hours | 15.70 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| James C. Tecce | JCT | Counsel | 12.90 | 605.00 | 7,804.50 |
| Harrison L. Denman | HLD | Associate | 2.80 | 375.00 | 1,050.00 |

8