**EXHIBIT B**

Summary by Expenses Incurred
(August 1, 2008 through August 31, 2008)

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 8/01/08 | Express mail | $43.73 |
| 8/04/08 | Document Reproduction | $2.80 |
| 8/07/08 | Client Meal, H. Denman on 7/1/08 | $17.51 |
| 8/07/08 | Client Meal, H. Denman on 7/10/08 | $27.51 |
| 8/07/08 | Client Meal, H. Denman on 6/30/08 | $23.39 |
| 8/11/08 | Deposition Transcript - Deposition on 6/6/08 | $235.75 |
| 8/12/08 | Telephone | $7.54 |
| 8/18/08 | Deposition Transcript - Deposition on 6/4/08 | $1,294.45 |
| 8/20/08 | Client Meal, H. Denman on 7/22/08 | $28.15 |
| 8/22/08 | Professional Services, Evidentiary Consulting on 8/06/08 | $1,785.00 |
| 8/22/08 | Client Meal, H. Denman on 6/3/08 | $27.00 |
| 8/29/08 | Deposition Meal - Deposition on 6/26/2008 | $44.59 |
| 8/31/08 | Westlaw | $413.73 |
|  | **TOTAL** | **$3,951.15** |