# EXHIBIT A

MATTER: 87601-00001 AHM REGULATORY MATTERS
CURRENCY: USD

INVOICE: 5716874
DATE: October 23, 2008

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 09/02/08 Christopher Redlich | 3.50 | 822.50 | B110 | Supervised creation of a Production set for Creditors Committee. |
| 09/02/08 Christopher Redlich | 2.50 | 587.50 | B110 | Database Management for document productions. |
| 09/02/08 Mark Mattson | 6.00 | 1,260.00 | B110 | Prepared and Quality-checked Privilege logs. |
| 09/02/08 Jodi Pittell | 8.00 | 1,960.00 | B110 | Converting emails addresses to proper names in the Racanelli privileged log. |
| 09/02/08 Ben Crum | 4.00 | 780.00 | B110 | Clean up and format Neer-Tate priv. log spreadsheet |
| 09/02/08 Ben Crum | 4.00 | 780.00 | B110 | Reviewing documents related to updates of the production log. |
| 09/03/08 Jessica Prahl | 1.00 | 235.00 | B110 | Updated production logs to reflect request for return of inadvertently produced privilege documents, per N. Mitchell. |
| 09/03/08 Mark Mattson | 6.50 | 1,365.00 | B110 | Prepared and Quality-checked Privilege logs. |
| 09/03/08 Jodi Pittell | 4.00 | 980.00 | B110 | Finishing up clean up of Racanelli privilege log. Starting update of Parrinelli privilege log. |
| 09/03/08 Ben Crum | 8.00 | 1,560.00 | B110 | Clean up and format Neer-Tate priv. log spreadsheet |
| 09/03/08 Christopher Redlich | 3.00 | 705.00 | B110 | Supervised creation of a Production set for Creditors Committee. |
| 09/03/08 Christopher Redlich | 1.00 | 235.00 | B110 | AHM Team meeting |
| 09/04/08 Jessica Prahl | 1.80 | 423.00 | B110 | Updating production logs to reflect request for return of inadvertently produced documents, per N. Mitchell; updating production logs to reflect D.O.J. productions, per J. Kupfer; retrieving documents to be produced to Creditor's Committee, per N. Reilly. |
| 09/04/08 Christopher Redlich | 4.00 | 940.00 | B110 | Supervised creation of a Production set for Creditors Committee. |
| 09/04/08 Christopher Redlich | 4.00 | 940.00 | B110 | Database Management for AHM document productions. |
| 09/04/08 Mark Mattson | 7.50 | 1,575.00 | B110 | Prepared and Quality-checked Privilege logs. Copy-checked and redacted documents. |
| 09/04/08 Jodi Pittell | 8.00 | 1,960.00 | B110 | Clean up of Creditors Commitee Privilege log at request of N. Mitchell. Continuation of clean |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 09/11/08 Latasha Cardona | 4.50 | 720.00 | B110 | Updated Priv logs for Judah Kupfer. |
| 09/11/08 Ben Crum | 3.00 | 585.00 | B110 | Clean up of Loeffler Priv. Log. |
| 09/11/08 Ben Crum | 4.00 | 780.00 | B110 | Review of time entries on AHM bill. |
| 09/11/08 Jodi Pittell | 7.00 | 1,715.00 | B110 | Clean up of D. Kwaschyn privilege log at request of attorney J. Kupfer. |
| 09/12/08 Ben Crum | 4.00 | 780.00 | B110 | Billing review of time entries on AHM bill. |
| 09/12/08 Ben Crum | 2.00 | 390.00 | B110 | Clean up Loeffler priv. log |
| 09/12/08 Jodi Pittell | 3.00 | 735.00 | B110 | Clean up of D. Kwaschyn privilege log at request of attorney J. Kupfer. |
| 09/12/08 Christopher Redlich | 1.00 | 235.00 | B110 | Case Meeting with AHM team. |
| 09/12/08 Christopher Redlich | 2.50 | 587.50 | B110 | Creation of Priv Logs. |
| 09/12/08 Latasha Cardona | 6.00 | 960.00 | B110 | Continued to update Priviledge Logs for Judah Kupfer. |
| 09/15/08 Latasha Cardona | 1.50 | 240.00 | B110 | Continued to update Priviledge Logs for Judah Kupfer and sent my final product to DPC for further alterations. |
| 09/15/08 Jodi Pittell | 5.00 | 1,225.00 | B110 | Working on cleaning up the Pace privilege log. |
| 09/15/08 Ben Crum | 4.00 | 780.00 | B110 | Clean up of Loeffler Priv Log |
| 09/15/08 Christopher Redlich | 2.50 | 587.50 | B110 | Review of vender invoices. |
| 09/16/08 Christopher Redlich | 1.30 | 305.50 | B110 | AHM meeting |
| 09/16/08 Christopher Redlich | 2.50 | 587.50 | B110 | Creation of AHM priv. logs. |
| 09/16/08 Christopher Redlich | 2.00 | 470.00 | B110 | Creation of AHM priv. logs. |
| 09/16/08 Latasha Cardona | 4.50 | 720.00 | B110 | Quality Check the Friedman Priv Log after DPC finished the hard return portion of the project. |
| 09/16/08 Jodi Pittell | 5.00 | 1,225.00 | B110 | Finishing clean up of Pace log. Assisting with removal of Citigroup documents at request of their counsel Cadwalader, as per B. Knuts instructions. |
| 09/17/08 Christopher Redlich | 2.50 | 587.50 | B110 | Data extraction at client site |
| 09/17/08 Christopher Redlich | 1.90 | 446.50 | B110 | Creation of AHM Priv Logs. |
| 09/17/08 Christopher Redlich | 0.20 | 47.00 | B110 | Call with IKON |
| 09/18/08 Ben Crum | 7.00 | 1,365.00 | B110 | Cleaning up Kwaschyn, Loeffler and Racanelli Priv. Logs |
| 09/18/08 Mark Mattson | 1.00 | 210.00 | B110 | Prepared and Quality-checked Privilege logs. |
| 09/18/08 Jessica Prahl | 3.00 | 705.00 | B110 | Edited description field of email privilege logs, per J. Kupfer. |
| 09/18/08 Latasha Cardona | 4.50 | 720.00 | B110 | Review and edit Friedman privilege log, per instructions from J. Kupfer. |
| 09/19/08 Ben Crum | 2.00 | 390.00 | B110 | Redactions and copies, per S. Mehta |
| 09/19/08 Jessica Prahl | 3.00 | 705.00 | B110 | Edited descriptions of privilege logs, per J. Kupfer. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | contained in responsive documents; further analysis of documents responsive to recent requests from SEC and Creditors' committee |
| 09/12/08  Robert Knuts | 1.30 | 988.00 | L110 | Analysis of documents responsive to recent requests from SEC and Creditors' Committee; internal conferences concerning documents relevant to interview of D. Greenbaum |
| 09/15/08  Robert Knuts | 1.40 | 1,064.00 | L110 | Further analysis of documents potentially responsive to recent SEC and Crditors' committee requests |
| 09/16/08  Robert Knuts | 1.30 | 988.00 | L110 | Internal communications concerning analysis of documents potentially responsive to recent requests from SEC and Creditors' Committee; review certain possibly responsive documents |
| 09/17/08  Robert Knuts | 2.00 | 1,520.00 | L110 | Analysis of documents potentially responsive to SEC and Creditors' committee recent requests; internal conferences concerning requests for documents by counsel for certain former employees |
| 09/17/08  Robert Knuts | 0.30 | 228.00 | L110 | Telephone calls with SEC staff and other counsel concerning SEC staff's interest in conducting interview of N. Parinelli and related representation issues |
| 09/18/08  Robert Knuts | 2.80 | 2,128.00 | L110 | Analysis of potentially responsive documents; internal communications concerning additional steps to be taken by Company in response to SEC and Creditors' Committee requests; communications with company in-house counsel concerning same |
| 09/29/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Analyze current status of compliance with SEC document requests and recent subpoena; meeting with P. Chepiga, N. Mitchell concerning document production issues |
| 09/30/08  Robert Knuts | 1.80 | 1,368.00 | L110 | Analysis of SEC subpoena, review of existing documents produced to SEC and related issues |
| ******   TOTAL CODE L110: | 30.00 | 22,800.00 | | |

Analysis / Strategy

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 09/02/08  Judah I. Kupfer | 2.00 | 700.00 | L120 | Met with other attorneys to discuss various case issues/tasks. |
| 09/02/08  Nathan Reilly | 1.00 | 585.00 | L120 | Meeting with AHM team re: case status and next steps. |
| 09/09/08  Judah I. Kupfer | 1.00 | 350.00 | L120 | Met with other attorneys regarding case issues. |
| 09/10/08  Judah I. Kupfer | 1.00 | 350.00 | L120 | Met with attorneys and IT to discuss various case issues. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 09/16/08  Judah I. Kupfer | 0.80 | 280.00 | L120 | Met with attorneys to discuss issues of case. |
| *******  TOTAL CODE L120: | 5.80 | 2,265.00 | | |
| **Document / File Management** | | | | |
| 09/02/08  Robert Knuts | 1.20 | 912.00 | L140 | Telephone call with M. Morelli concerning privilege issues involving production of documents by CWT; send email regarding same; review of privilege log; communications with CWT representatives regarding same |
| *******  TOTAL CODE L140: | 1.20 | 912.00 | | |
| **Other Case Assessment, Development & Admin** | | | | |
| 09/02/08  Judah I. Kupfer | 0.50 | 175.00 | L190 | Drafted letter to individual counsel to accompany production. |
| 09/02/08  Judah I. Kupfer | 1.30 | 455.00 | L190 | Drafted letter to DOJ to accompany production. |
| 09/02/08  Pamela Chepiga | 0.80 | 680.00 | L190 | Internal A&O meeting re: update on SEC production coordinating responses to new SEC subpoena and bankruptcy court developments. |
| 09/03/08  Judah I. Kupfer | 1.00 | 350.00 | L190 | Drafted letters and followed up re DOJ correspondence and individual counsel. |
| 09/03/08  Pamela Chepiga | 0.70 | 595.00 | L190 | Telephone conference with YCST (J. Patton & S. Beach) re: finalization of a plan and its impact on our representation. |
| 09/04/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts and N. Reilly re: CWT privilege questions. |
| 09/04/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Attention to CWT email re: privilege log. |
| 09/08/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts re: update on status of SEC and creditors committee productions. |
| 09/09/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for senior manager re: documents/plan of liquidation. |
| 09/09/08  Pamela Chepiga | 0.50 | 425.00 | L190 | Document review. |
| 09/10/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Meeting with J. Kupfer and J. Pittell re: production of privilege logs. |
| 09/10/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Meeting with R. Knuts re: productions mechanics. |
| 09/12/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Internal A&O conference re: status of productions, preparation of privilege logs and pending SEC/creditor committee requests. |
| 09/16/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with Kroll re: documents and developments. |
| 09/16/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for former |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | senior manager re: SEC request. |
| 09/17/08  Pamela Chepiga | 0.50 | 425.00 | L190 | Telephone conference with counsel for former AHM senior managers re: new SEC requests and related issues. |
| 09/17/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for former AHM senior manager re: document production. |
| 09/18/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Bob Knuts re: document request. |
| 09/18/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for former AHM senior manager re: documents. |
| 09/19/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference iwth SEC. |
| 09/19/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Email R. Knuts re: SEC call. |
| 09/22/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Review draft letter to SEC. |
| 09/22/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with N. Mitchell re: draft letter. |
| 09/22/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Email R. Knuts re: status of SEC requests. |
| 09/23/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with S. Mehta re document production to creditors committee. |
| 09/25/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with YCST (S. Beach) re: Creditor Committee and SEC production requests and insurance issues. |
| 09/25/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Conference with C. Redlich and N. Mitchell to review status of production to Creditors Committee and prep for call with Creditors Committee. |
| 09/25/08  Pamela Chepiga | 0.50 | 425.00 | L190 | Conference call with Creditors Committee (Hahn & Hessen/Malatak) re: document production requests. |
| 09/25/08  Pamela Chepiga | 0.50 | 425.00 | L190 | Review of today's SEC subpoena. |
| 09/25/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with counsel for former AHM employee re: subpoena request. |
| 09/25/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with counsel for former AHM senior manager re: subpoena request. |
| 09/26/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Telephone conference with Kroll/YCST/AHM re: process/procedures for responding to new SEC and creditor Committee requests for document production. |
| 09/26/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with N. Mitchell to review outstanding creditor committee and SEC document requests in prep for call with Kroll/YCST/AHM. |
| 09/26/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with J. Kupfer to review privilege issues in response to creditor committee 9/4/08 letter. |
| 09/26/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Emails and telephone conferences with N. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | Mitchell and C. Redlich re: estimate for creditors committee on 2008 email production costs. |
| 09/26/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conferences and emails with YCST (S. Beach and M. Whiteman) re: insurance carriers and claims notification. |
| 09/29/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Attention to YCST notification letter to insurers and related documents. |
| 09/29/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Internal A&O coordinating conference (R. Knuts, C. Redlich and N. Mitchell) re: compliance with SEC and creditors committee document requests. |
| 09/30/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for former AHM senior manager re: SEC request. |
| *******  TOTAL CODE L190: | 14.20 | 10,670.00 | | |

Discovery

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 09/25/08  Kurt Vellek | 0.20 | 47.00 | L300 | Run background/phone number search for N. Mitchell. |
| *******  TOTAL CODE L300: | 0.20 | 47.00 | | |

Document Production

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 09/02/08  Judah I. Kupfer | 2.00 | 700.00 | L320 | Managed various tasks relating to creation of privilege logs. |
| 09/02/08  Swati Mehta | 2.80 | 980.00 | L320 | Manage assignment of privilege logs to contract attorneys. |
| 09/02/08  Swati Mehta | 1.50 | 525.00 | L320 | Speak with N. Mitchell, J. Kupfer, N. Reilly and C. Redlich about document review and production. Email with the same. |
| 09/02/08  Nathan Reilly | 0.80 | 468.00 | L320 | Team meeting re: document review issues and next steps. |
| 09/02/08  Nicholas Mitchell | 1.00 | 350.00 | L320 | Team meeting to discuss various open assignments and issues related to outstanding document requests. |
| 09/03/08  Judah I. Kupfer | 1.50 | 525.00 | L320 | Managed cleanup of privilege logs in preparation for production. Made necessary changes to privilege logs. |
| 09/03/08  Swati Mehta | 2.30 | 805.00 | L320 | Manage assignment of privilege logs to contract attorneys. |
| 09/03/08  Swati Mehta | 1.90 | 665.00 | L320 | Review of potentially inadvertently produced documents with reference to Bevilacqua or communication with Bevilacqua. |
| 09/03/08  Swati Mehta | 2.60 | 910.00 | L320 | Speak with N. Mitchell, J. Kupfer, N. Reilly, B. Knuts, C. Redlich, and J. Prahl about |

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | document review, document production, privilege and production logs, and requests from creditors' committee. Email with the same. |
| 09/03/08 Nathan Reilly | 2.00 | 1,170.00 | L320 | Call with A. Miller; attention to draft privilege log.. |
| 09/03/08 Nathan Reilly | 0.30 | 175.50 | L320 | E-mail with counsel for former employee. |
| 09/03/08 Nathan Reilly | 0.30 | 175.50 | L320 | E-mail re: DOJ production letter. |
| 09/03/08 Nicholas Mitchell | 1.30 | 455.00 | L320 | Coordinating edits to the privilege log to be produced to the SEC. |
| 09/04/08 Nathan Reilly | 2.70 | 1,579.50 | L320 | Call with A. Miller; attention to draft privilege log; discuss document with R. Knuts and P. Chepiga. |
| 09/04/08 Nathan Reilly | 0.80 | 468.00 | L320 | Review document request from Creditors Committee. |
| 09/04/08 Judah I. Kupfer | 4.00 | 1,400.00 | L320 | Reviewed and edited privilege logs. |
| 09/04/08 Nicholas Mitchell | 2.80 | 980.00 | L320 | Performing work on document production logs to be produced to the SEC, including assigning work to and supervising paralegals making changes to the logs. |
| 09/04/08 Nicholas Mitchell | 1.00 | 350.00 | L320 | Coordinating with company that provides contract attorneys re: personnel issues. |
| 09/04/08 Swati Mehta | 5.80 | 2,030.00 | L320 | Attention to document productions, including: Inadvertent production letter to SEC and Creditors' Committee, Production of newly redacted documents to SEC and Creditors' Committee. Organize priv log files from contract attorneys and send to C. Redlich. |
| 09/04/08 Swati Mehta | 0.50 | 175.00 | L320 | Review of responsive documents to be removed from privilege logs and supplementally produced. |
| 09/04/08 Swati Mehta | 0.80 | 280.00 | L320 | Speak with N. Mitchell, J. Kupfer, B. Knuts, and C. Redlich about document review and production. Email with the same. |
| 09/05/08 Judah I. Kupfer | 3.30 | 1,155.00 | L320 | Edited privilege logs in preparation for production to SEC. |
| 09/05/08 Judah I. Kupfer | 2.30 | 805.00 | L320 | Reviewed for privilege documents provided by AHM Board of Directors. |
| 09/05/08 Nicholas Mitchell | 2.40 | 840.00 | L320 | Coordinating production of materials to the Creditors' Committee, including compiling materials and drafting cover letter/attachments. |
| 09/05/08 Nicholas Mitchell | 2.60 | 910.00 | L320 | Performed work on privilege log to be produced to the Creditors' Committee. |
| 09/05/08 Swati Mehta | 1.30 | 455.00 | L320 | Create summary of inadvertently produced documents and reason for production. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | Inadvertent production letter to DOJ. |
| 09/05/08 Swati Mehta | 1.90 | 665.00 | L320 | Review of responsive documents to be pulled from priv logs and supplementally produced. |
| 09/05/08 Swati Mehta | 1.40 | 490.00 | L320 | Speak with N. Mitchell, C. Redlich, N. Reilly and J. Kupfer about document review and production. Email with the same, B. Knuts, and P. Hynes. |
| 09/08/08 Judah I. Kupfer | 4.30 | 1,505.00 | L320 | Prepared privilege logs in anticipation of production to SEC. |
| 09/08/08 Nicholas Mitchell | 3.20 | 1,120.00 | L320 | Coordinating production of responsive materials to the Creditors' Committee in response to their document requests. |
| 09/08/08 Nicholas Mitchell | 0.50 | 175.00 | L320 | Internal discussions with IT department and S. Mehta re: PCs used by contract lawyers reviewing documents in connection with the SEC subpoenas. |
| 09/09/08 Judah I. Kupfer | 1.10 | 385.00 | L320 | Managed preparation of privilege log. |
| 09/09/08 Nicholas Mitchell | 2.80 | 980.00 | L320 | Production of documents requested by Shearman and Sterling related to their representation of Becky Brichta. |
| 09/09/08 Nicholas Mitchell | 2.60 | 910.00 | L320 | Coordinating the production of emails to the Creditors' Committee in response to a request for documents. |
| 09/09/08 Swati Mehta | 0.30 | 105.00 | L320 | Manage paralegal work on redactions and organization of board of directors materials. |
| 09/09/08 Swati Mehta | 8.60 | 3,010.00 | L320 | Review of board of directors materials. Organize conference room for review of materials by partners. |
| 09/09/08 Swati Mehta | 1.00 | 350.00 | L320 | Meeting with N. Mitchell, J. Kupfer, and C. Redlich about document review and production. Email with the same. |
| 09/10/08 Judah I. Kupfer | 3.50 | 1,225.00 | L320 | Edited and arranged for production of privilege log. |
| 09/10/08 Swati Mehta | 4.50 | 1,575.00 | L320 | Review of board materials. Redactions of board materials. Organize conference room for review of board materials by partners. |
| 09/10/08 Swati Mehta | 0.90 | 315.00 | L320 | Speak with N. Mitchell, J. Kupfer, C. Redlich, B. Knuts, and P. Hynes about document review and production. Email with the same. |
| 09/11/08 Judah I. Kupfer | 3.90 | 1,365.00 | L320 | Coordinated production of privilege log. |
| 09/11/08 Nicholas Mitchell | 1.10 | 385.00 | L320 | Coordinating with paralegals re: production of documents to the SEC. |
| 09/11/08 Nicholas Mitchell | 1.40 | 490.00 | L320 | Coordinating production of documents to the Creditors' Committee. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 09/11/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | Internal discussions re: fee/expense estimates to be provided to Kroll. |
| 09/11/08  Swati Mehta | 0.60 | 210.00 | L320 | Priv log for inadvertently produced documents in relation to Bevilacqua search. |
| 09/11/08  Swati Mehta | 0.80 | 280.00 | L320 | Speak with J. Kupfer, N. Mitchell, C. Redlich, and B. Knuts about document review and production. Email with the same. |
| 09/12/08  Nathan Reilly | 0.80 | 468.00 | L320 | Attention to document production issues. |
| 09/12/08  Judah I. Kupfer | 6.00 | 2,100.00 | L320 | Edited various privilege logs in preparation for production. Determined whether documents were privileged. |
| 09/12/08  Nicholas Mitchell | 0.80 | 280.00 | L320 | AHM team meeting to discuss document production and other issues related to SEC investigation. |
| 09/12/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | Meeting with P. Chepiga, B. Knuts, N. Reilly to discuss outstanding issues related to the SEC investigation. |
| 09/12/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Preparing draft fee estimate for coming months to be sent to Kroll and internal discussion of same. |
| 09/12/08  Nicholas Mitchell | 1.90 | 665.00 | L320 | Internal discussion of a request for documents received from Shearman and Sterling. |
| 09/12/08  Nicholas Mitchell | 0.90 | 315.00 | L320 | Review of draft privilege log to be provided to the Creditors' Committee. |
| 09/12/08  Swati Mehta | 2.40 | 840.00 | L320 | Review of board of directors materials. |
| 09/12/08  Swati Mehta | 1.10 | 385.00 | L320 | Speak with J. Kupfer, N. Mitchell, B. Knuts, P. Hynes and C. Redlich about document review and production. Email with the same. |
| 09/15/08  Judah I. Kupfer | 6.50 | 2,275.00 | L320 | Prepared privilege log in anticipation of production to the SEC. |
| 09/15/08  Swati Mehta | 0.40 | 140.00 | L320 | Manage review and production of board of directors materials. Arrange for priv logs to be created. |
| 09/15/08  Swati Mehta | 0.50 | 175.00 | L320 | Review of board of directors materials. |
| 09/15/08  Swati Mehta | 0.60 | 210.00 | L320 | Speak with N. Mitchell, J. Kupfer, C. Redlich, and B. Knuts about document review, document production, and priv logs. Email with the same. |
| 09/15/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Attention to privilege log to be produced to SEC. |
| 09/15/08  Nicholas Mitchell | 0.40 | 140.00 | L320 | Call with S. Martinez (Kroll) and C. Colgiacomo (AHM) related to document production issues. |
| 09/16/08  Judah I. Kupfer | 6.90 | 2,415.00 | L320 | Prepared privilege log for production. Edited |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | entries and checked the status of privilege calls. |
| 09/16/08  Swati Mehta | 0.30 | 105.00 | L320 | Speak with N. Mitchell, J. Kupfer, and C. Redlich about document review and production. Email with the same. |
| 09/16/08  Nicholas Mitchell | 1.10 | 385.00 | L320 | Reviewed a draft privilege log to be provided to the SEC. |
| 09/16/08  Nicholas Mitchell | 0.70 | 245.00 | L320 | Participated in a team meeting to discuss various issues related to the creation of privilege logs and other issues in the representation. |
| 09/16/08  Nicholas Mitchell | 1.50 | 525.00 | L320 | Participated in a conference call with Kroll related to the document production and reviewing materials in preparation. |
| 09/16/08  Nicholas Mitchell | 2.10 | 735.00 | L320 | Attention to production of documents to the Creditors' Committee; transmission of same to Creditors' Committee counsel. |
| 09/17/08  Judah I. Kupfer | 7.00 | 2,450.00 | L320 | Determined whether documents were privileged. Edited privilege log in anticipation of production to the SEC. |
| 09/17/08  Nicholas Mitchell | 1.00 | 350.00 | L320 | Attention to correspondence with another party's counsel. |
| 09/17/08  Nicholas Mitchell | 1.40 | 490.00 | L320 | Attention to document request from another party's counsel. |
| 09/18/08  Judah I. Kupfer | 3.00 | 1,050.00 | L320 | Prepared privilege log for production to the SEC. Determined whether documents were privileged. |
| 09/18/08  Swati Mehta | 0.20 | 70.00 | L320 | Find documents which were inadvertently sent to Allen & Overy LLP by Cadawalader. |
| 09/18/08  Swati Mehta | 1.30 | 455.00 | L320 | Speak with N. Mitchell, C. Redlich and N. Reilly about document production and request from Cadawalader to destroy documents inadvertently sent to Allen & Overy LLP. Speak with P. Hynes and B. Knuts about production of board of directors materials. |
| 09/18/08  Nicholas Mitchell | 0.80 | 280.00 | L320 | Correspondence with counsel for other represented parties. |
| 09/18/08  Nicholas Mitchell | 2.10 | 735.00 | L320 | Review of documents related to the investigation by the SEC. |
| 09/18/08  Nicholas Mitchell | 1.80 | 630.00 | L320 | Review of document request letter from the Creditors' Committee and internal discussion re: same. |
| 09/19/08  Swati Mehta | 0.50 | 175.00 | L320 | Review of handwritten notes by M. McManus in board of director materials in order to organize a call with M. McManus and P. Hynes to discuss. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 09/19/08  Swati Mehta | 0.70 | 245.00 | L320 | Redactions of Kwaschyn hard copy board of directors materials. |
| 09/19/08  Swati Mehta | 0.50 | 175.00 | L320 | Email with P. Hynes, B. Knuts, N. Mitchell, and C. Redlich about document review, document production, and board of directors materials. Email with M. McManus about his handwritten notes to confirm dates. |
| 09/19/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | Call with C. Colagiacomo related to document requests. |
| 09/19/08  Nicholas Mitchell | 1.20 | 420.00 | L320 | Correspondence with counsel for another represented party related to their requests for documents. Internal discussion of same. |
| 09/19/08  Nicholas Mitchell | 1.10 | 385.00 | L320 | Coordinating with C. Redlich re: response to document request from Shearman and Sterling. |
| 09/19/08  Nicholas Mitchell | 1.30 | 455.00 | L320 | Review of documents related to the SEC's ongoing investigation. |
| 09/22/08  Swati Mehta | 5.10 | 1,785.00 | L320 | Review of personnel files in response to Creditors' Committee document request. |
| 09/22/08  Swati Mehta | 2.30 | 805.00 | L320 | Email with C. Redlich, N. Mitchell, J. Kupfer, B. Knuts, P. Chepiga, and P. Hynes about document review and production, board of directors materials, and creditors' committee request. Speak to M. McManus about his handwritten notes to confirm dates. |
| 09/22/08  Judah I. Kupfer | 8.00 | 2,800.00 | L320 | Determined whether documents were privileged and edited privilege log. |
| 09/22/08  Nicholas Mitchell | 0.80 | 280.00 | L320 | Team meeting to discuss various outstanding matters related to the document production. |
| 09/22/08  Nicholas Mitchell | 1.30 | 455.00 | L320 | Internal discussion and conference calls with discussion of issues related to document production and correspondence with other counsel. |
| 09/22/08  Nicholas Mitchell | 0.40 | 140.00 | L320 | Call with V. Sherman to discuss production of documents to the SEC Staff. |
| 09/22/08  Nicholas Mitchell | 1.10 | 385.00 | L320 | Editing and redrafting production letter to V. Sherman, with internal discussion re: same. |
| 09/22/08  Nicholas Mitchell | 1.90 | 665.00 | L320 | Attention to SEC document production, with internal discussion re: response to latest document request and technical issues related to privilege logs. |
| 09/23/08  Swati Mehta | 0.90 | 315.00 | L320 | Manage production of board of directors materials. |
| 09/23/08  Swati Mehta | 2.20 | 770.00 | L320 | Review of board of directors materials. |
| 09/23/08  Swati Mehta | 1.70 | 595.00 | L320 | Speak with N. Mitchell, C. Redlich, and P. Hynes about document review, production and |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | data issues and the preparation of materials to be produced to the committee. |
| 09/25/08  Nicholas Mitchell | 2.80 | 980.00 | L320 | Receipt of new subpoena from the SEC and analysis of same. |
| 09/25/08  Nicholas Mitchell | 2.10 | 735.00 | L320 | Attention to new SEC subpoena, including internal discussions and correspondence with Young Conaway and Kroll Zolfo. |
| 09/26/08  Nicholas Mitchell | 1.50 | 525.00 | L320 | Call with Young Conaway re: new SEC subpoena and Creditors' Committee document requests. Review of materials related to same. |
| 09/26/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Attention to request from Creditors' Committee for cost estimate for producing 2006 emails. Consultation with colleagues and preparation of said estimate. |
| 09/26/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Attention to correspondence from counsel to R. Brichta/N. Parinelli related to their requests for documents. |
| 09/26/08  Nicholas Mitchell | 0.80 | 280.00 | L320 | Reading submission by Young Conaway to insurance carriers. |
| 09/26/08  Judah I. Kupfer | 2.20 | 770.00 | L320 | Prepared response to Creditors Committee inquiry. |
| 09/29/08  Nicholas Mitchell | 2.50 | 875.00 | L320 | Attention to new SEC subpoena, including internal discussions and correspondence with C. Colagiacomo at AHM. |
| 09/29/08  Nicholas Mitchell | 0.50 | 175.00 | L320 | AHM team meeting to discuss status of response to new SEC subpoena. |
| 09/29/08  Nicholas Mitchell | 1.30 | 455.00 | L320 | Supervising the production of requested documents to the Creditors' Committee. |
| 09/30/08  Nicholas Mitchell | 1.90 | 665.00 | L320 | Attention to response to new SEC subpoena, including internal and external correspondence related documents available for production. |
| 09/30/08  Nicholas Mitchell | 1.60 | 560.00 | L320 | Reviewing and preparing documents to be transmitted to counsel for N. Parinelli. |
| *******  TOTAL CODE L320: | 226.00 | 81,009.50 | | |

MATTER :     87601-00001 AHM REGULATORY MATTERS
CURRENCY :   USD

INVOICE :    5716874
DATE :       October 23, 2008

| Summary by Activity Code | Hours | Amount |
|---|---:|---:|
| (B110) Case Administration | 353.30 | 75,148.00 |
| (B160) Fee/Employment Applications | 11.30 | 4,275.50 |
| (L110) Fact Investigation / Development | 30.00 | 22,800.00 |
| (L120) Analysis / Strategy | 5.80 | 2,265.00 |
| (L140) Document / File Management | 1.20 | 912.00 |
| (L190) Other Case Assessment, Development & Admin | 14.20 | 10,670.00 |
| (L300) Discovery | 0.20 | 47.00 |
| (L320) Document Production | 226.00 | 81,009.50 |
| GRAND TOTAL | 642.00 | 197,127.00 |