# EXHIBIT B

## Summary of Expenses Incurred
### (September 1, 2008 – September 30, 2008)[1]

| Date Incurred | Expense | Amount |
| --- | --- | --- |
| 03/21/08 | E-discovery | $2,287.50 |
| 06/23/08 | Car Travel | $65.64 |
| 06/27/08 | Contract Attorney Fee | $3,746.85 |
| 07/27/08 | Contract Attorney Fee | $3,000.01 |
| 08/01/08 | Courier Charges | $14.39 |
| 08/01/08 | Courier Charges | $57.11 |
| 08/03/08 | Contract Attorney Fee | $3,000.01 |
| 08/05/08 | Car Travel | $65.13 |
| 08/06/08 | Car Travel | $50.85 |
| 08/07/08 | Car Travel | $50.85 |
| 08/07/08 | Electronic Legal Research | $9.92 |
| 08/07/08 | Electronic Legal Research | $104.38 |
| 08/12/08 | Car Travel | $50.85 |
| 08/14/08 | Car Travel | $58.91 |
| 08/16/08 | Telephone Charges | $2.99 |
| 08/17/08 | Telephone Charges | $11.96 |
| 08/18/08 | Telephone Charges | $5.98 |
| 08/18/08 | Telephone Charges | $32.89 |
| 08/18/08 | Telephone Charges | $5.98 |
| 08/18/08 | Telephone Charges | $164.12 |
| 08/19/08 | Telephone Charges | $2.99 |
| 08/19/08 | Telephone Charges | $5.98 |
| 08/19/08 | Telephone Charges | $2.99 |
| 08/19/08 | Telephone Charges | $11.96 |
| 08/19/08 | Telephone Charges | $5.98 |
| 08/19/08 | Telephone Charges | $2.99 |
| 08/19/08 | Telephone Charges | $26.91 |
| 08/20/08 | Telephone Charges | $11.96 |
| 08/20/08 | Telephone Charges | $2.99 |
| 08/20/08 | Telephone Charges | $2.99 |
| 08/20/08 | Telephone Charges | $8.97 |
| 08/21/08 | Working Meal | $30.00 |
| 08/21/08 | Car Travel | $65.43 |
| 08/27/08 | Courier Charges | $14.61 |
| 08/28/08 | Courier Charges | $12.39 |
| 08/29/08 | E-discovery | $10,075.00 |
| 08/29/08 | E-discovery | $33,325.00 |
| 08/29/08 | E-discovery | $15,500.00 |
| 08/29/08 | E-discovery | $45,725.00 |
| 08/29/08 | E-discovery | $41,075.00 |
| 09/01/08 | Telephone Conference | $19.67 |
| 09/01/08 | Telephone Conference | $8.97 |
| 09/01/08 | Telephone Conference | $37.73 |
| 09/02/08 | Document Reproduction | $0.60 |
| 09/02/08 | Document Reproduction | $2.00 |
| 09/02/08 | Document Reproduction | $1.00 |

---

[1] Expenses for dates prior to September 1, 2008 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in September.

4171920

| | | |
|---|---|---|
| 09/02/08 | Document Reproduction | $1.70 |
| 09/02/08 | Document Reproduction | $1.40 |
| 09/02/08 | Document Reproduction | $1.00 |
| 09/02/08 | Document Reproduction | $1.40 |
| 09/02/08 | Document Reproduction | $1.70 |
| 09/02/08 | Document Reproduction | $4.00 |
| 09/03/08 | Courier Charges | $12.39 |
| 09/03/08 | Courier Charges | $18.92 |
| 09/03/08 | Facsimile Charges | $2.00 |
| 09/03/08 | Working Meal | $13.77 |
| 09/03/08 | Document Reproduction | $1.40 |
| 09/03/08 | Document Reproduction | $1.90 |
| 09/03/08 | Document Reproduction | $3.40 |
| 09/03/08 | Document Reproduction | $1.90 |
| 09/03/08 | Document Reproduction | $2.90 |
| 09/03/08 | Document Reproduction | $72.60 |
| 09/03/08 | Document Reproduction | $1.40 |
| 09/03/08 | Document Reproduction | $1.40 |
| 09/03/08 | Document Reproduction | $1.40 |
| 09/03/08 | Document Reproduction | $1.40 |
| 09/03/08 | Document Reproduction | $1.40 |
| 09/03/08 | Document Reproduction | $1.10 |
| 09/03/08 | Telephone Charges | $0.68 |
| 09/04/08 | External Consulting Services | $600.00 |
| 09/04/08 | Courier Charges | $54.27 |
| 09/04/08 | Courier Charges | $54.27 |
| 09/04/08 | Document Reproduction | $0.10 |
| 09/04/08 | Document Reproduction | $25.10 |
| 09/04/08 | Document Reproduction | $1.50 |
| 09/04/08 | Document Reproduction | $48.20 |
| 09/04/08 | Working Meal | $30.00 |
| 09/05/08 | Courier Charges | $54.27 |
| 09/05/08 | Document Reproduction | $14.90 |
| 09/05/08 | Document Reproduction | $12.90 |
| 09/05/08 | Document Reproduction | $4.40 |
| 09/05/08 | Document Reproduction | $33.60 |
| 09/05/08 | Document Reproduction | $33.60 |
| 09/05/08 | Document Reproduction | $8.10 |
| 09/05/08 | Document Reproduction | $28.00 |
| 09/05/08 | Document Reproduction | $8.10 |
| 09/05/08 | Document Reproduction | $32.90 |
| 09/05/08 | Document Reproduction | $1.50 |
| 09/05/08 | Document Reproduction | $4.40 |
| 09/05/08 | Document Reproduction | $4.00 |
| 09/05/08 | Document Reproduction | $1.00 |
| 09/05/08 | Document Reproduction | $2.50 |
| 09/05/08 | Document Reproduction | $2.50 |
| 09/05/08 | Document Reproduction | $4.60 |
| 09/05/08 | Document Reproduction | $1.00 |
| 09/05/08 | Document Reproduction | $1.00 |
| 09/05/08 | Document Reproduction | $51.70 |
| 09/05/08 | E-discovery | $370.34 |

| | | |
|---|---|---|
| 09/07/08 | Contract Attorney Fee | $540.00 |
| 09/07/08 | Contract Attorney Fee | $1,530.00 |
| 09/07/08 | Contract Attorney Fee | $1,110.00 |
| 09/07/08 | Contract Attorney Fee | $1,170.00 |
| 09/07/08 | Contract Attorney Fee | $480.00 |
| 09/07/08 | Contract Attorney Fee | $1,800.00 |
| 09/08/08 | Document Reproduction | $1.20 |
| 09/08/08 | E-discovery | $277.40 |
| 09/08/08 | E-discovery | $628.58 |
| 09/09/08 | Document Reproduction | $1.70 |
| 09/09/08 | Document Reproduction | $0.70 |
| 09/09/08 | Document Reproduction | $6.90 |
| 09/09/08 | Document Reproduction | $15.00 |
| 09/09/08 | Document Reproduction | $0.20 |
| 09/09/08 | Document Reproduction | $9.40 |
| 09/09/08 | Document Reproduction | $1.50 |
| 09/09/08 | Document Reproduction | $0.20 |
| 09/09/08 | Document Reproduction | $0.10 |
| 09/09/08 | Document Reproduction | $0.70 |
| 09/09/08 | Document Reproduction | $8.60 |
| 09/09/08 | Document Reproduction | $2.70 |
| 09/09/08 | Document Reproduction | $2.90 |
| 09/09/08 | Document Reproduction | $1.00 |
| 09/09/08 | Document Reproduction | $1.40 |
| 09/09/08 | Document Reproduction | $3.80 |
| 09/10/08 | Document Reproduction | $0.50 |
| 09/10/08 | Document Reproduction | $1.40 |
| 09/10/08 | Document Reproduction | $0.10 |
| 09/10/08 | Document Reproduction | $1.30 |
| 09/10/08 | Document Reproduction | $1.20 |
| 09/10/08 | Document Reproduction | $0.20 |
| 09/10/08 | Document Reproduction | $0.30 |
| 09/10/08 | Document Reproduction | $0.30 |
| 09/10/08 | Document Reproduction | $0.30 |
| 09/10/08 | Document Reproduction | $0.10 |
| 09/10/08 | Document Reproduction | $0.10 |
| 09/10/08 | Document Reproduction | $1.50 |
| 09/10/08 | Document Reproduction | $1.00 |
| 09/10/08 | Document Reproduction | $1.50 |
| 09/10/08 | Working Meal | $37.67 |
| 09/11/08 | Document Reproduction | $0.30 |
| 09/11/08 | Document Reproduction | $18.90 |
| 09/11/08 | Document Reproduction | $25.80 |
| 09/11/08 | Document Reproduction | $7.00 |
| 09/11/08 | Document Reproduction | $0.30 |
| 09/11/08 | Document Reproduction | $0.30 |
| 09/11/08 | Document Reproduction | $0.70 |
| 09/11/08 | Document Reproduction | $1.00 |
| 09/11/08 | Document Reproduction | $1.20 |
| 09/11/08 | Document Reproduction | $1.70 |
| 09/12/08 | Document Reproduction | $14.40 |
| 09/12/08 | Document Reproduction | $1.00 |

4171920

| Date | Description | Amount |
|---|---|---|
| 09/12/08 | Telephone Charges | $0.09 |
| 09/12/08 | Telephone Charges | $0.09 |
| 09/12/08 | Telephone Charges | $0.09 |
| 09/13/08 | Telephone Charges | $0.13 |
| 09/15/08 | Document Reproduction | $0.10 |
| 09/15/08 | Document Reproduction | $1.80 |
| 09/15/08 | Document Reproduction | $1.00 |
| 09/16/08 | Working Meal | $30.33 |
| 09/16/08 | Document Reproduction | $1.40 |
| 09/16/08 | Working Meal | $42.85 |
| 09/16/08 | Car Travel | $105.00 |
| 09/16/08 | E-discovery | $1,381.78 |
| 09/17/08 | Document Reproduction | $1.10 |
| 09/17/08 | Document Reproduction | $3.80 |
| 09/17/08 | Telephone Charges | $0.18 |
| 09/18/07 | Document Reproduction | $1.20 |
| 09/18/07 | Document Reproduction | $1.80 |
| 09/18/07 | Document Reproduction | $1.00 |
| 09/18/07 | Document Reproduction | $1.00 |
| 09/18/07 | Document Reproduction | $1.80 |
| 09/18/07 | Document Reproduction | $1.70 |
| 09/19/08 | Facsimile Charges | $3.00 |
| 09/19/08 | Facsimile Charges | $1.00 |
| 09/19/08 | Facsimile Charges | $11.00 |
| 09/19/08 | Document Reproduction | $1.80 |
| 09/19/08 | Document Reproduction | $1.10 |
| 09/19/08 | Telephone Charges | $0.22 |
| 09/19/08 | Telephone Charges | $0.22 |
| 09/20/08 | Document Reproduction | $1.40 |
| 09/20/08 | Document Reproduction | $9.40 |
| 09/22/08 | Facsimile Charges | $3.00 |
| 09/22/08 | Working Meal | $17.10 |
| 09/22/08 | Document Reproduction | $0.20 |
| 09/22/08 | Document Reproduction | $0.20 |
| 09/22/08 | Document Reproduction | $7.40 |
| 09/22/08 | Document Reproduction | $2.60 |
| 09/22/08 | Document Reproduction | $4.00 |
| 09/22/08 | Document Reproduction | $12.70 |
| 09/22/08 | Document Reproduction | $4.70 |
| 09/22/08 | Document Reproduction | $6.40 |
| 09/22/08 | Document Reproduction | $1.00 |
| 09/22/08 | Document Reproduction | $6.50 |
| 09/22/08 | Document Reproduction | $7.30 |
| 09/22/08 | Document Reproduction | $1.20 |
| 09/22/08 | Document Reproduction | $9.20 |
| 09/22/08 | Document Reproduction | $4.80 |
| 09/22/08 | Document Reproduction | $1.20 |
| 09/22/08 | Document Reproduction | $1.80 |
| 09/22/08 | Document Reproduction | $6.30 |
| 09/22/08 | Car Travel | $66.05 |
| 09/22/08 | Telephone Charges | $0.09 |
| 09/22/08 | Telephone Charges | $0.13 |

4171920

| Date | Description | Amount |
|---|---|---|
| 09/23/08 | Working Meal | $25.56 |
| 09/23/08 | Working Meal | $24.53 |
| 09/23/08 | Document Reproduction | $1.90 |
| 09/24/08 | Document Reproduction | $1.20 |
| 09/24/08 | Document Reproduction | $4.10 |
| 09/24/08 | Document Reproduction | $1.40 |
| 09/24/08 | Document Reproduction | $1.60 |
| 09/24/08 | Telephone Charges | $0.20 |
| 09/24/08 | Telephone Charges | $0.09 |
| 09/24/08 | E-discovery | $2,113.31 |
| 09/25/08 | Working Meal | $11.04 |
| 09/25/08 | Document Reproduction | $7.00 |
| 09/25/08 | Document Reproduction | $1.10 |
| 09/25/08 | Document Reproduction | $1.10 |
| 09/25/08 | Document Reproduction | $9.40 |
| 09/25/08 | Telephone Charges | $2.58 |
| 09/25/08 | Telephone Charges | $0.13 |
| 09/25/08 | Telephone Charges | $0.13 |
| 09/25/08 | Telephone Charges | $0.09 |
| 09/25/08 | Telephone Charges | $0.09 |
| 09/25/08 | Telephone Charges | $0.13 |
| 09/26/08 | Document Reproduction | $0.50 |
| 09/26/08 | Document Reproduction | $0.20 |
| 09/26/08 | Document Reproduction | $1.10 |
| 09/26/08 | Document Reproduction | $1.20 |
| 09/26/08 | Document Reproduction | $1.10 |
| 09/26/08 | Document Reproduction | $7.10 |
| 09/26/08 | Document Reproduction | $7.10 |
| 09/26/08 | Telephone Charges | $0.09 |
| 09/26/08 | Telephone Charges | $0.13 |
| 09/29/08 | Courier Charges | $16.42 |
| 09/29/08 | Courier Charges | $12.39 |
| 09/29/08 | Courier Charges | $12.39 |
| 09/29/08 | Courier Charges | $12.39 |
| 09/29/08 | Document Reproduction | $48.10 |
| 09/29/08 | Document Reproduction | $8.30 |
| 09/29/08 | Document Reproduction | $0.60 |
| 09/29/08 | Document Reproduction | $1.40 |
| 09/29/08 | Document Reproduction | $6.20 |
| 09/29/08 | Document Reproduction | $8.30 |
| 09/29/08 | Document Reproduction | $1.10 |
| 09/29/08 | Document Reproduction | $4.20 |
| 09/29/08 | Document Reproduction | $1.40 |
| 09/29/08 | Document Reproduction | $1.60 |
| 09/29/08 | Document Reproduction | $5.50 |
| 09/30/08 | Telephone Charges | $0.67 |
| 09/30/08 | Telephone Charges | $0.90 |
| 09/30/08 | Document Reproduction | $16.00 |
| 09/30/08 | Document Reproduction | $10.40 |
| 09/30/08 | Document Reproduction | $1.30 |
| 09/30/08 | Document Reproduction | $1.40 |
| 09/30/08 | Document Reproduction | $1.40 |

4171920

| 09/30/08 | Document Reproduction | $1.90 |
| --- | --- | --- |
| 09/30/08 | Document Reproduction | $1.40 |
| 09/30/08 | Document Reproduction | $1.40 |
| 09/30/08 | Document Reproduction | $8.30 |
| 09/30/08 | Document Reproduction | $6.10 |
| 09/30/08 | Contract Attorney Fee | $4,753.45 |
| | | |
| | TOTAL | $177,060.75 |

4171920