IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
        Debtors.                                                :
-------------------------------------------------------------------- x

## FIRST INTERIM APPLICATION OF KILPATRICK STOCKTON LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD DECEMBER 15, 2007 THROUGH SEPTEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP) |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | December 15, 2007 |
| Period for which compensation and reimbursement is sought: | December 15, 2007 through September 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $    46,816.25 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $      238.40 |

This is an: __X__ interim ___ final application

This application includes 2.50 hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses($) | Fees | Expenses |

Kilpatrick Stockton LLP has not filed any previous applications for allowance of compensation and reimbursement of expenses incurred.

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Paul M. Aguggia | Partner since May 2008. Joined Kilpatrick Stockton as Partner in May 2008. Previously, Partner in Muldoon Murphy & Aguggia LLP from November 1998 to May 2008. Member of New York Bar since 1988 and District of Columbia Bar since 1989. | $495 (2007)  $520 (2008) | See Exhibit A | See Exhibit A |
| Christina M. Gattuso | Partner since May 2008. Joined Kilpatrick Stockton LLP as Partner in May 2008. Previously, Partner in Muldoon Murphy & Aguggia LLP from June 1996 to May 2008. Member of Maryland Bar since 1984 and District of Columbia Bar since 1995. | $415 (2007)  $435 (2008) | See Exhibit A | See Exhibit A |
| Susan M. Boscarino | Paralegal. Joined Kilpatrick Stockton as a Paralegal in May 2008. Previously, Paralegal at Muldoon Murphy & Aguggia from April 2004 to May 2008; at Stradley Ronon Stevens & Young LLC from March 200 to March 2004; and at Housley Kantarian & Bronstein, P.C. from June 1990 to March 2000. | $195 (2008) | See Exhibit A | See Exhibit A |
| **Grand Total:** | | | **104.75** | **$ 46,816.25** |
| **Blended Rate:** | | | | |

US2008 435195.1

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| General Bank Regulatory | 68.50 | $30,251.25 |
| Sale of Thrift | 36.25 | 16,565.00 |
| | | |
| TOTALS | 104.75 | $46,816.25 |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Reproduction Charges | $   16.50 |
| Long Distance Telephone | 120.17 |
| Federal Express | 18.07 |
| Delivery/Courier | 9.46 |
| Federal Reserve Board FOIA Expense | 12.00 |
| Office of Thrift Supervision FOIA Expense | 68.00 |
| **TOTAL** | **$238.40** |

US2008 435195.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
In re:                                             :   Chapter 11
                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                    :
                                                   :   Jointly Administered
       Debtors.                                    :
-------------------------------------------------- x
```

### FIRST INTERIM APPLICATION OF
### KILPATRICK STOCKTON LLP AS COUNSEL FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH SEPTEMBER 30, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Kilpatrick Stockton LLP (formerly Muldoon Murphy &

Aguggia LLP) (hereinafter referred to as "KS") hereby moves this Court for reasonable

compensation for professional legal services rendered as counsel to American Home Mortgage

Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the

"Debtors"), in the amount of $46,816.25 together with reimbursement for actual and necessary

expenses incurred in the amount of $238.40. More specifically, KS seeks (i) approval of

compensation previously paid for the period from December 15, 2007 through February 29, 2008

(the "Previous Fee Period"), in the amount of $17,172.39 and (ii) approval of the compensation and

reimbursement of expenses for the interim period March 1, 2008 through September 30, 2008 (the

"Interim Fee Period", and together with the Previous Fee Period, the "Fee Periods"), in the total

amount of $29,643.86. In support of its Application, KS respectfully represents as follows:

## PRELIMINARY STATEMENT

The Debtors originally retained the firm of Muldoon Murphy & Aguggia LLP ("MMA") to advise the Debtors in connection with the sale of their wholly owned thrift bank. During the course of its engagement, MMA submitted invoices to the Debtors for the Previous Fee Period which the Debtors inadvertently paid. In May of 2008, MMA merged with KS, retaining the name Kilpatrick Stockton LLP. KS has brought the instant application for approval of the funds already paid in the Previous Fee Period and seeks further approval of the fees and expenses incurred on behalf of the Debtors for the Interim Period. KS is aware that these fees are subject to disgorgement until obtaining Court approval of such payments.

## RETENTION

1.      MMA has been employed by the Debtors since December 2007 to represent the Debtors as bank regulatory counsel in connection with their sale of American Home Bank. MMA's retention was approved effective as of December 15, 2007 by Order of this Court dated January 10, 2008 [Docket No. 2663]. The Order authorized MMA to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by MMA and KS were performed for or on behalf of the Debtors.

## COMPENSATION PREVIOUSLY PAID

3.      Prior to the filing of this application and subsequent to the approval of its retention by the Bankruptcy Court, KS's predecessor, Muldoon Murphy & Aguggia LLP, submitted certain invoices to the Debtors for services rendered during the Previous Fee Period. Following receipt of invoices for the Previous Fee Period, the Debtors paid MMA compensation in the amount of $17,172.39 (the "Previously Paid Funds") on account of such invoices.

4.      Upon consultation with counsel to the Debtors, KS was informed that all payments from the Debtors, including the Previously Paid Funds, were required to be approved by the Court before the Debtors were authorized to make such payment.  Accordingly, the instant applications seeks approval of the Previously Paid Funds.

5.      Other than payment of the Previously Paid Funds, neither KS nor its predecessor Muldoon Murphy & Aguggia LLP have received compensation from the Debtors post-petition.

## SUMMARY OF SERVICES RENDERED FOR THE INTERIM FEE PERIOD

6.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Periods in the amount of $46,816.25.  Exhibit B is a detailed statement of expenses in the amount of $238.40 all of which was incurred during the Interim Fee Period.

7.      The services rendered by KS during the Fee Periods are grouped into the categories set forth in Exhibit A.  The attorneys who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

8.      KS has incurred out-of-pocket disbursements during the Fee Periods in the amount of $238.40.  This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as

secretarial and other overtime.  A complete review by category of the expenses incurred for the Fee

Periods may be found in Exhibit B.

9.      Costs incurred for overtime and computer assisted research are not included

in KS's normal hourly billing rates and, therefore, are itemized and included in KS's disbursements.

Pursuant to Local Rule 2016-2, KS represents that its rate for duplication is $0.10 per page, its rate

for outgoing telecopier transmissions is $0.25 per page (excluding related long distance

transmission charges), and it does not charge for incoming telecopier transmissions.

## VALUATION OF SERVICES

10.      Attorneys and paralegals of KS have expended a total of 104.75 hours in

connection with this matter during the Fee Periods.

11.      The amount of time spent by each of these persons providing services to the

Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are

KS's normal hourly rates of compensation for work of this character.  The reasonable value of the

services rendered by KS for the Fee Periods as counsel for the Debtors in these cases is $46,816.25.

12.      KS believes that the time entries included in Exhibit A attached hereto and

the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of

Local Rule 2016-2.

13.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount

requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c)  the

nature and extent of the services rendered, (d) the value of such services, and (e) the costs of

comparable services other than in a case under this title.

14.      This Application covers the Fee Periods from December 15, 2007 through

September 30, 2008.

WHEREFORE, KS requests that allowance be made to it in the sum of $46,816.25 as compensation for necessary professional services rendered to the Debtors for the Fee Periods, and the sum of $238.40 for reimbursement of actual necessary costs and expenses incurred during the Fee Periods, and further requests such other and further relief as this Court may deem just and proper.

Dated: Washington, DC
_____10-28-08_____, 2008

KILPATRICK STOCKTON LLP

_____

Paul M. Aguggia
Christina M. Gattuso
607 14th Street, NW
Suite 900
Washington, DC  20005
Telephone: (202) 508-5800
Facsimile: (202) 508-5858

Counsel for Debtors and
Debtors in Possession

## VERIFICATION OF FEE APPLICATION

STATE OF DELAWARE    )
                         )    SS:

NEW CASTLE COUNTY   )

            Christina M. Gattuso, Esquire, after being duly sworn according to law, deposes and

says:

            1.      I am a Partner in the applicant firm, Kilpatrick Stockton LLP.

            2.      I have personally performed many of the legal services rendered by

Kilpatrick Stockton LLP, as counsel to the Debtors and am familiar with all other work performed

on behalf of the lawyers and paraprofessionals in the firm.

            3.      The facts set forth in the foregoing Application are true and correct to the

best of my knowledge, information and belief.

                                              CHRISTINA M. GATTUSO

SWORN TO AND SUBSCRIBED before me this _28_ day of October, 2008.

                         _Maria J. Ames_____

                         Notary Public

My Commission Expires: **Maria T. Ames**
                             **Notary Public, District of Columbia**
                             **My Commission Expires 9/30/2012**

US2008 435195.1

DECLARATION

       Christina M. Gattuso, Esquire, after being duly sworn according to law, declares and says:

      1.     I am a partner in the applicant firm, Kilpatrick Stockton LLP, and prior to May 7, 2008 was a partner in the firm of Muldoon Murphy & Aguggia LLP ("MMA").

      2.     On May 7, 2008, MMA merged with and into Kilpatrick Stock LLP ("KS").

      3.     Prior to the merger, Paul M. Aguggia and I were the only partners of MMA who were working on the matters related to the Debtors. Since the merger of MMA and KS, Paul Aguggia and I have continued to provide services to the Debtors as partners with KS.

_____
Christina M. Gattuso

SWORN TO AND SUBSCRIBED before me this _28_ day of October, 2008.

_____
Notary Public
My Commission Expires: _____
Maria T. Ames
Notary Public, District of Columbia
My Commission Expires 9/30/2012

US2008 435195.1