# EXHIBIT A

Client Number: 3343    **American Home Mortgage Holdings, Inc.**

February 14, 2008
Invoice #18,715

Professional Services Rendered during the Period: 1/1/1950 – 1/31/2008

Matter: 0519
**Sale of Thrift**

| Billing Employee: | 0135 | Paul M. Aguggia |
| Responsible Employee: | 0135 | Paul M. Aguggia |
| Originating Employee: | 0135 | Paul M. Aguggia |
| Alternate Employee: | 0172 | Christina M. Gattuso |

**2007 Billing Rates**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 0135 | PMA | Paul M. Aguggia | $495.00 |
| 0172 | CMG | Christina M. Gattuso | $415.00 |

**2008 Billing Rates**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 0135 | PMA | Paul M. Aguggia | $520.00 |
| 0172 | CMG | Christina M. Gattuso | $435.00 |

Detail Time / Expense by Employee

**Working Attorney:    0135    Paul M. Aguggia**

| Description | Trans Type | Trans Date | Work/ Employee | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| AHM conf call re: strategy and status matters | T | 12/14/2007 | 0135/PMA | $495.00 | .75 | $ 371.25 |
| Follow up with CMG | T | 12/14/2007 | 0135/PMA | $495.00 | .25 | 123.75 |
| TC w/ Dunham re: OTS matters and coordination | T | 12/19/2007 | 0135/PMA | $495.00 | .25 | 123.75 |
| Call to OTS re: introduction; C w/ CMG | T | 12/19/2007 | 0135/PMA | $495.00 | .25 | 123.75 |
| TC w/ MT and follow up OTS call | T | 12/19/2007 | 0135/PMA | $495.00 | .25 | 123.75 |
| TC w/ Weill re: updates | T | 12/19/2007 | 0135/PMA | $495.00 | .25 | 123.75 |
| Purchase agreement review | T | 01/03/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| C w/ CMG | T | 01/03/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| CC re: purchase agreement | T | 01/04/2008 | 0135/PMA | $520.00 | 1.00 | 520.00 |
| Prepare for CC | T | 01/04/2008 | 0135/PMA | $520.00 | .75 | 390.00 |

US2008 465518.1

Client Number: 3343    American Home Mortgage Holdings, Inc.

February 14, 2008
Invoice #18,715

| Description | Trans Type | Trans Date | Work/ Employee | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| C w/ CMG | T | 01/04/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| TC w/ Taylor re: status and regulatory follow up re: Wilbur | T | 01/09/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| TC w/ Weill/Taylor re: deal structure issues | T | 01/09/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| Research and analysis of issues w/ CMG re: holding company issues | T | 01/09/2008 | 0135/PMA | $520.00 | .50 | 260.00 |
| Review FHLB opinion re: holding co issue | T | 01/09/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| TC w/ Weill/Taylor re: research results and structure | T | 01/09/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| C w/ CMG re: status | T | 01/10/2008 | 0135/PMA | $520.00 | .50 | 260.00 |
| C w/ CMG re: regulatory structure matters | T | 01/11/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| C w/ GW/JN re: OTS matters | T | 01/14/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| Review regs re: proposed Wilbur structure | T | 01/14/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| C w/ CMG re: call to Thatcher Proffitt | T | 01/14/2008 | 0135/PMA | $520.00 | .50 | 260.00 |
| TC w/ MT; T w/ Horn | T | 01/16/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| Follow up call w/ MT and Horn | T | 01/16/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| C w/ CMG | T | 01/16/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| TC w/ MT; update re: OTS call (A. Horn), structural alternatives | T | 01/17/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| Follow up w/ CMG | T | 01/17/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| Conf w/ CMG | T | 12/11/2007 | 0135/PMA | $495.00 | .25 | 123.75 |
| Conf w/ CMG re: agreement | T | 12/17/2007 | 0135/PMA | $495.00 | .25 | 123.75 |
| Review JLL information for structural alternatives and internal discussions | T | 01/23/2008 | 0135/PMA | $520.00 | .75 | 390.00 |
| Follow up matters re: JLL structure; OTS issue | T | 01/23/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| Review and discuss SLHCA provisions per Weill/Taylor | T | 01/08/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| C w/ CMG | T | 01/08/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| TC w/ Weill/Taylor; follow and analysis re: CIC and HC issues | T | 01/08/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| **Total for Employee:   0135** | | | | | **11.25** | **$ 5,787.50** |
| **Working Attorney:   0172   Christina M. Gattuso** | | | | | | |
| C-PMA | T | 12/11/2007 | 0172/CMG | $415.00 | .25 | $  103.75 |
| Conference call re: status of transaction | T | 12/11/2007 | 0172/CMG | $415.00 | .50 | 207.50 |
| Email re: retention application | T | 12/28/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| C-PMA re: status and reg. issues | T | 12/12/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| Conference call | T | 12/14/2007 | 0172/CMG | $415.00 | .50 | 207.50 |
| Conf. with PMA | T | 12/14/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| Review agreement | T | 12/17/2007 | 0172/CMG | $415.00 | 1.25 | 518.75 |

US2008 465538.1

Client Number: 3343   American Home Mortgage Holdings, Inc.

February 14, 2008
Invoice #18,715

| Description | Trans Type | Trans Date | Work/Employee | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| C-PMA | T | 12/17/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| D-letter to AHM | T | 12/17/2007 | 0172/CMG | $415.00 | .50 | 207.50 |
| C-PMA re: call to Bank, engagement letter | T | 12/18/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| C-PMA; call to Lou Dunham | T | 12/19/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| Review petition for response | T | 12/27/2007 | 0172/CMG | $415.00 | 1.25 | 518.75 |
| C-attorneys re: conflicts | T | 12/27/2007 | 0172/CMG | $415.00 | .75 | 311.25 |
| T-Ryan Bartley | T | 12/27/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| Emails re: petition for MMA representation | T | 12/28/2007 | 0172/CMG | $415.00 | .25 | 103.75 |
| Research bank regulatory issues w/ acq -- JLL | T | 01/14/2008 | 0172/CMG | $435.00 | .50 | 217.50 |
| T-FRB | T | 01/15/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gene Weill re: JLL | T | 01/15/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| C-PMA | T | 01/16/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Email to FRB re: JLL comments | T | 01/16/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| C-PMA re: potential distribution of Bank | T | 01/17/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gerry Comizio re: structure | T | 01/14/2008 | 0172/CMG | $435.00 | .50 | 217.50 |
| C-PMA | T | 01/14/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Mitch Taylor re: various matters | T | 01/14/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gene Weill re: BHC issues | T | 01/14/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gerry Comizio, PMA re: Wilbur transaction | T | 01/11/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gerry Comizio | T | 01/10/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gene Weill re: WR structure issues | T | 01/10/2008 | 0172/CMG | $435.00 | .50 | 217.50 |
| T-Mitch Taylor/Gene Weill | T | 01/10/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Conference call w/ parties re: structure | T | 01/10/2008 | 0172/CMG | $435.00 | 1.75 | 761.25 |
| C-PMA | T | 01/09/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gerry Comizio re: Wilbur transaction | T | 01/09/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Review control regulations | T | 01/09/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Call w/ Gene | T | 01/09/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| C-PMA re: LLP concentration issues | T | 01/08/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Review LLP concentration issues | T | 01/08/2008 | 0172/CMG | $435.00 | .50 | 217.50 |
| Review revised SPA | T | 01/07/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Draft inserts for SPA | T | 01/04/2008 | 0172/CMG | $435.00 | 1.00 | 435.00 |
| C-PMA | T | 01/04/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Conference call re: SPA | T | 01/04/2008 | 0172/CMG | $435.00 | 2.00 | 870.00 |
| C-PMA re: MMA comments | T | 01/03/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Review JLL conditions | T | 01/22/2008 | 0172/CMG | $435.00 | .50 | 217.50 |
| T-Mitch Taylor | T | 01/22/2008 | 0172/CMG | $435.00 | .50 | 217.50 |

US2008 465538.1

Client Number:  3343     <u>American Home Mortgage Holdings, Inc.</u>

February 14, 2008
Invoice #18,715

| Description | Trans Type | Trans Date | Work/ Employee | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Email re: JLL transaction | T | 01/22/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-FRB re: JLL transaction | T | 01/22/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-call to OTS re: structure questions | T | 01/23/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gerry Comizio re: regulatory questions on structure | T | 01/23/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| C-PMA | T | 01/23/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Emails re: responses to Mitch Taylor | T | 01/23/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Discussion w/ Gerry Comizio | T | 01/23/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gene Weill | T | 01/25/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gene Weill re: structure of transaction | T | 01/28/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Call to Kevin Corcoran (OTS) re: proposed structure | T | 01/28/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Gene Weill re: business plan | T | 01/29/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T w/ OTS re: structure | T | 01/29/2008 | 0172/CMG | $435.00 | .50 | 217.50 |
| Review SPA as revised | T | 01/30/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Email Mitch Taylor, Gene Weill re: dividend w/ OTS | T | 01/30/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Review revised SPA | T | 01/30/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| **Total for Employee:  0172** | | | | | 23.25 | $ 9,973.75 |
| **Matter Total Fees** | | | | | 34.50 | $15,761.25 |

Client Number: 3343    <u>**American Home Mortgage Holdings, Inc.**</u>

March 10, 2008
Invoice #18,810

Matter: 0519
**Sale of Thrift**

Professional Services Rendered during the Period: 2/1/2008 – 2/29/2008

Billing Employee: 0135 Paul M. Aguggia
Responsible Employee: 0135 Paul M. Aguggia
Originating Employee: 0135 Paul M. Aguggia
Alternate Employee: 0172 Christina M. Gattuso

**2008 Billing Rates**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 0135 | PMA | Paul M. Aguggia | $520.00 |
| 0172 | CMG | Christina M. Gattuso | $435.00 |

Detail Time / Expense by Employee

| Description | Trans Type | Trans Date | Work/Employee | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| **Working Attorney:   0135   Paul M. Aguggia** | | | | | | |
| C w/ CMG re: status and revised agreement | T | 02/01/2008 | 0135/PMA | $520.00 | .25 | $130.00 |
| C w/ CMG re: status of agreement | T | 02/25/2008 | 0135/PMA | $520.00 | .25 | 130.00 |
| **Total for Employee:   0135** | | | | | **.50** | **$260.00** |
| **Working Attorney:   0172   Christina M. Gattuso** | | | | | | |
| C w/ PMA re: revised agreement | T | 02/01/2008 | 0172/CMG | $435.00 | .25 | $108.75 |
| C w/ PMA re: status of agreement | T | 02/25/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| **Total for Employee:   0172** | | | | | **.50** | **$217.50** |
| **Matter Total Fees** | | | | | **1.00** | **$477.50** |

US2008 465538.1

Client Number: 3343    **American Home Mortgage Holdings, Inc.**

March 10, 2008
Invoice #18,810

Professional Services Rendered during the Period: 2/1/2008 – 2/29/2008

Matter:    0700
           **General Bank Regulatory**

| Billing Employee: | 0135 | Paul M. Aguggia |
| Responsible Employee: | 0135 | Paul M. Aguggia |
| Originating Employee: | 0135 | Paul M. Aguggia |
| Alternate Employee: | 0172 | Christina M. Gattuso |

**2008 Billing Rates**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 0135 | PMA | Paul M. Aguggia | $520.00 |
| 0172 | CMG | Christina M. Gattuso | $435.00 |

Detail Time / Expense by Employee

| Description | Trans Type | Trans Date | Work/Employee | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| **Working Attorney:  0135  Paul M. Aguggia** | | | | | | |
| C w/ CMG re: SPA and status matters | T | 02/05/2008 | 0135/PMA | $520.00 | .25 | $130.00 |
| **Total for Employee: 0135** | | | | | **.25** | **$130.00** |
| **Working Attorney:  0172  Christina M. Gattuso** | | | | | | |
| Review SPA | T | 02/05/2008 | 0172/CMG | $435.00 | .25 | $108.75 |
| Conf w/ PMA re: SPA | T | 02/05/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Cornizio re: WL Ross | T | 02/19/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Review fee schedule | T | 02/20/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| T-Carmen @ Kroll | T | 02/21/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| Prepare estimate for Kroll | T | 02/21/2008 | 0172/CMG | $435.00 | .25 | 108.75 |
| **Total for Employee: 0172** | | | | | **1.50** | **$652.50** |
| **Matter Total Fees** | | | | | **1.75** | **$782.50** |

US2008 465538.1

Client Number: 3343    **American Home Mortgage Holdings, Inc.**

Professional Services Rendered during the Period: 3/1/2008 – 3/31/2008

**NONE**

US2008 465538.1

Client Number: 60214  **American Home Mortgage Holdings, Inc.**

June 23, 2008
Invoice #10992613

Professional Services Rendered during the Period: 4/1/2008 – 5/31/2008

Matter: **363245**
**General Bank Regulatory**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 2700 | PMA | Paul M. Aguggia | $520.00 |
| 2723 | CMG | Christina M. Gattuso | $435.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Working Attorney: 2700 Paul M. Aguggia** | | | |
| 4/29/2008 | TC w/ Mitch Taylor re: status and dividend | .25 | $ 130.00 |
| 4/30/2008 | C-CMG re: cap dist | .25 | 130.00 |
| 5/1/2008 | TC w/ Mitch Taylor; C w/ CMG | .25 | 130.00 |
| 5/2/2008 | C w/ CMG | .25 | 130.00 |
| 5/5/2008 | C w/ CMG re: OTS app and projections re: capital | .25 | 130.00 |
| 5/5/2008 | C w/ CMG | .25 | 130.00 |
| 5/23/2008 | Conference with Milestone Advisors | .25 | 130.00 |
| 5/27/2008 | Conference with CMG | .25 | 130.00 |
| **Total for Employee: 2700** | | **2.00** | **$1,040.00** |
| **Working Attorney: 2723 Christina M. Gattuso** | | | |
| 4/16/2008 | Email C. Bonilla | .25 | $ 108.75 |
| 4/24/2008 | Email C. Bonilla | .25 | 108.75 |
| 4/29/2008 | Email PMA re: dividend | .25 | 108.75 |
| 4/30/2008 | C-PMA re: capital distribution | .25 | 108.75 |
| 4/30/2008 | T-J. Nelligan re: usury laws | .25 | 108.75 |
| 4/30/2008 | Research usury laws | .25 | 108.75 |
| 4/30/2008 | Emails w/ J. Nelligan | .25 | 108.75 |
| 5/1/2008 | T-Mitch Taylor; C-PMA | .25 | 108.75 |
| 5/2/2008 | Calls re: possible dividend | .75 | 326.25 |
| 5/2/2008 | C-PMA | .25 | 108.75 |
| 5/5/2008 | Email to C. Bonilla | .25 | 108.75 |
| 5/5/2008 | Review capital projections | .25 | 108.75 |
| 5/5/2008 | Conference call re: possible dividend | .75 | 326.25 |
| 5/5/2008 | C-PMA | .25 | 108.75 |
| 5/19/2008 | Telephone conference with working group re: SPA | .75 | 326.25 |
| 5/19/2008 | Review SPA | .75 | 326.25 |
| 5/22/2008 | Review revised SPA | 1.00 | 435.00 |
| 5/22/2008 | Review email correspondence on SPA | .25 | 108.75 |
| 5/22/2008 | Conference call on SPA | 1.25 | 543.75 |
| 5/27/2008 | Interoffice conferences | .25 | 108.75 |
| 5/27/2008 | T-John Nelligan | .25 | 108.75 |
| 5/29/2008 | Review escrow agreement and bid | .50 | 217.50 |
| 5/30/2008 | Review revised escrow and bid | .50 | 217.50 |
| **Total for Employee: 0172** | | **10.00** | **$4,350.00** |

**Matter (363245) Total Fees** $5,390.00

US2008 465538.1

Client Number: 60214  **American Home Mortgage Holdings, Inc.**

July 9, 2008
Invoice #10994464

Professional Services Rendered during the Period: 6/1/2008 – 6/30/2008

Matter: **363245**
**General Bank Regulatory**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 2700 | PMA | Paul M. Aguggia | $520.00 |
| 2723 | CMG | Christina M. Gattuso | $435.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Working Attorney:** | **2700   Paul M. Aguggia** | | |
| 6/5/2008 | Review Matlin document and conference with Ms. Gattuso | .75 | 390.00 |
| 6/5/2008 | Questions regarding Matlin document | .25 | 130.00 |
| 6/8/2008 | Complete review of Matlin Patterson submission and Elias memo | .75 | 390.00 |
| 6/9/2008 | Update conference with CMG | .25 | 130.00 |
| 6/10/2008 | Discussions with CMG re: Matlin | .25 | 130.00 |
| 6/11/2008 | T w/ CMG re: OTS matters | .25 | 130.00 |
| **Total for Employee:** | **2700** | **2.50** | **$1,300.00** |
| **Working Attorney:** | **2723   Christina M. Gattuso** | | |
| 6/4/2008 | Review emails re: Matlin bid | .25 | 108.75 |
| 6/5/2008 | Review revised SPA | 1.00 | 435.00 |
| 6/5/2008 | T w/ Mr. Weisman and Mr. Nelligan | .25 | 108.75 |
| 6/6/2008 | Conference Call re: Matlin bid | 2.00 | 870.00 |
| 6/6/2008 | Revise SPA | .50 | 217.50 |
| 6/9/2008 | Review structure of bid | .25 | 108.75 |
| 6/10/2008 | Conference Call re: Matlin | .75 | 326.25 |
| 6/10/2008 | Emails re: bid | .25 | 108.75 |
| 6/11/2008 | Telephone conference with attorneys on SPA | .75 | 326.25 |
| 6/11/2008 | Interoffice conferences re: structure | .25 | 108.75 |
| 6/11/2008 | D-language re: conditions | .50 | 217.50 |
| 6/11/2008 | Review question on loan | .25 | 108.75 |
| 6/12/2008 | Conference call with working group on transaction | .75 | 326.25 |
| 6/12/2008 | Review revised SPA | .25 | 108.75 |
| 6/12/2008 | Research DIP issue for Mitch Taylor | .25 | 108.75 |
| 6/13/2008 | Conference call with OTS on DIP | .25 | 108.75 |
| 6/13/2008 | Conference call with Goldman Sachs on DIP | .25 | 108.75 |
| 6/13/2008 | Telephone with Mr. Nelligan | .25 | 108.75 |
| 6/13/2008 | Emails on Goldman Sachs DIP issue | .25 | 108.75 |
| 6/16/2008 | Telephone call with Elias Matz on Matlin | .50 | 217.50 |
| 6/16/2008 | Review merger agreement language | .50 | 217.50 |
| 6/17/2008 | Email with Mr .Nelligan regarding MP comments to SPA | .25 | 108.75 |
| 6/18/2008 | Telephone conference with Mr. Soukenik (Elias Matz) re: SILO structure | .50 | 217.50 |
| 6/19/2008 | Review disclosure schedules | .50 | 217.50 |
| 6/19/2008 | Review email correspondence on SPA | .50 | 217.50 |
| 6/23/2008 | Email regarding revisions to SPA | .25 | 108.75 |
| 6/23/2008 | Review DIP lender questions | .25 | 108.75 |
| 6/24/2008 | Telephone call with Goldman Sachs regarding DIP loan | .25 | 108.75 |
| 6/24/2008 | Telephone call with USB regarding DIP | .25 | 108.75 |
| 6/24/2008 | Review revised SPA | .50 | 217.50 |
| 6/24/2008 | Telephone call with Mr. Taylor | .50 | 217.50 |
| 6/24/2008 | Telephone call with Sullivan & Cromwell re: DIP question | .25 | 108.75 |

US2008 465538.1

Client Number:  60214  **American Home Mortgage Holdings, Inc.**

July 9, 2008
Invoice #10994464

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/25/2008 | Telephone call with OTS re: foreclosure provision of SLHC Act | .50 | 217.50 |
| 6/25/2008 | Telephone call with Elias Matz re: OTS position on 9.9% | .25 | 108.75 |
| **Total for Employee:**  0172 | | **15.00** | **$6,525.00** |
| **Matter (363245) Total Fees** | | | **$7,825.00** |

Client Number:  60214  **American Home Mortgage Holdings, Inc.**

July 9, 2008
Invoice #10994464

Matter:  **363244**
**Sale of Thrift**

| Empl | Initials | Name | Rate | |
|---|---|---|---|---|
| 2700 | PMA | Paul M. Aguggia | $520.00 | |
| 2723 | CMG | Christina M. Gattuso | $435.00 | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Working Attorney:** | **2723   Christina M. Gattuso** | | |
| 6/11/2008 | Conferences re: holding company questions | .50 | $217.50 |
| **Total for Employee:** | **2723** | .50 | 217.50 |
| **Matter (363244) Total Fees** | | | $217.50 |

US2008 465538.1

Client Number: 60214  **American Home Mortgage Holdings, Inc.**

August 6, 2008
Invoice #10999385

Professional Services Rendered during the Period: 7/1/2008 – 7/31/2008

Matter: **363245**
**General Bank Regulatory**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 2700 | PMA | Paul M. Aguggia | $520.00 |
| 2723 | CMG | Christina M. Gattuso | $435.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Working Attorney:** | **2700 Paul M. Aguggia** | | |
| 7/9/2008 | Update with CMG re: appeal and strategy | .25 | $ 130.00 |
| 7/24/2008 | Conference with CMG re: update | .25 | 130.00 |
| 7/28/2008 | Conference with CMG re: status | .25 | 130.00 |
| 7/30/2008 | Conference with CMG re: OTS phone conference | .25 | 130.00 |
| **Total for Employee:** | **2700** | **1.00** | **$ 520.00** |
| **Working Attorney:** | **2723 Christina M. Gattuso** | | |
| 7/1/2008 | Telephone call with Mr. Nelligan re: business plan | .25 | $ 108.75 |
| 7/2/2008 | Telephone call with Mr. Nelligan | .25 | 108.75 |
| 7/2/2008 | Telephone call with Mr. Bevan re: structure of acquisition | .50 | 217.50 |
| 7/3/2008 | Telephone call with Elias Matz on SPA | .50 | 217.50 |
| 7/3/2008 | Telephone call with Mr. Nelligan | .50 | 217.50 |
| 7/3/2008 | Conference call with Milestone/Kroll re: new acquisition structure | 1.00 | 435.00 |
| 7/7/2008 | Telephone calls with R. Bevan @ Elias Matz | 1.00 | 435.00 |
| 7/7/2008 | Telephone call with Mr. Gignac (OTS) | .50 | 217.50 |
| 7/7/2008 | Telephone call with Mr. Gerbick (OTS) | .25 | 108.75 |
| 7/7/2008 | Telephone call with Mr. Nelligan re: MP bid | .25 | 108.75 |
| 7/7/2008 | Review business plan of MP | 1.25 | 543.75 |
| 7/8/2008 | Conference call with Mr. Nelligan and Mr. Fernandez | .50 | 217.50 |
| 7/9/2008 | Review business plan from Mr. Bevan for MP | .75 | 326.25 |
| 7/9/2008 | Review sample APAs for revised structure | .25 | 108.75 |
| 7/9/2008 | Emails and conferences re: APAs for revised structure | .25 | 108.75 |
| 7/10/2008 | Call to FDIC on de novo charter for acquisition | .25 | 108.75 |
| 7/10/2008 | Telephone call with Mr. Bevan | .25 | 108.75 |
| 7/11/2008 | Conference call re: revised structure | .25 | 108.75 |
| 7/11/2008 | Telephone call with Mr. Weissman | .25 | 108.75 |
| 7/11/2008 | Telephone call with Mr. Nelligan | .25 | 108.75 |
| 7/11/2008 | Email to Mr. Bevan | .25 | 108.75 |
| 7/14/2008 | Review revised P&A | .50 | 217.50 |
| 7/14/2008 | Draft inserts for P&A | .50 | 217.50 |
| 7/14/2008 | Emails re: revised P&A | .25 | 108.75 |
| 7/14/2008 | Telephone call with FDIC on revised structure | .25 | 108.75 |
| 7/15/2008 | Call to FDIC re: de novo charter | .25 | 108.75 |
| 7/15/2008 | Call with Mr. Nelligan | .25 | 108.75 |
| 7/15/2008 | Review revised APA | .50 | 217.50 |
| 7/16/2008 | Telephone call with FDIC on revised structure | .25 | 108.75 |
| 7/17/2008 | Email with Mr. Bevan re: FDIC call | .25 | 108.75 |
| 7/17/2008 | Review Blank Rome comments on APA | .25 | 108.75 |
| 7/18/2008 | Telephone call with FDIC on timing under revised structure | .25 | 108.75 |
| 7/18/2008 | Telephone call with Elias Matz re: de novo charter | .50 | 217.50 |
| 7/21/2008 | Emails with Mr. Nelligan | .25 | 108.75 |
| 7/21/2008 | Review revised APA | .50 | 217.50 |

US2008 465538.1

Client Number: 60214 **American Home Mortgage Holdings, Inc.**

August 6, 2008
Invoice #10999385

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/21/2008 | Conference call re: revised APA | 1.00 | 435.00 |
| 7/22/2008 | Emails re: questions on APA | .25 | 108.75 |
| 7/22/2008 | Review matters relating to APA questions | .75 | 326.25 |
| 7/23/2008 | Telephone call with R. Bevan (Elias Matz) | .50 | 217.50 |
| 7/23/2008 | Review agreement language from R. Bevan | .25 | 108.75 |
| 7/23/2008 | Review FDIC issues with revised structure | .25 | 108.75 |
| 7/23/2008 | Telephone call with Mr. Weissman | .25 | 108.75 |
| 7/24/2008 | Board conference call re: various matters | 1.25 | 543.75 |
| 7/24/2008 | Telephone call with R. Bevan | .25 | 108.75 |
| 7/24/2008 | Review transition language for APA | .25 | 108.75 |
| 7/24/2008 | Conference w/ PMA | .25 | 108.75 |
| 7/25/2008 | Telephone call with R. Bevan | .25 | 108.75 |
| 7/25/2008 | Review PA as revised | .25 | 108.75 |
| 7/28/2008 | Board meeting of AHM, AHB re: P&A Agreement | 1.50 | 652.50 |
| 7/28/2008 | Phone call with Mr. Williams | .25 | 108.75 |
| 7/28/2008 | Review and revise transition language | .50 | 217.50 |
| 7/28/2008 | Phone call with R. Bevan | .25 | 108.75 |
| 7/28/2008 | Call with Mr. Nelligan | .25 | 108.75 |
| 7/28/2008 | Conference w/ PMA | .25 | 108.75 |
| 7/29/2008 | Telephone call with Mr. Weissman | .50 | 217.50 |
| 7/29/2008 | Telephone call with Mr. Nelligan | .25 | 108.75 |
| 7/29/2008 | Email w/ R. Bevan | .25 | 108.75 |
| 7/30/2008 | Review revised PA | .75 | 326.25 |
| 7/30/2008 | Conference call re: OTS meeting with MP | .50 | 217.50 |
| 7/30/2008 | Telephone call with J. Nelligan and B. Fernandez | .25 | 108.75 |
| 7/30/2008 | Telephone call with J. Nelligan | .25 | 108.75 |
| 7/30/2008 | Conference w/ PMA | .25 | 108.75 |
| 7/31/2008 | Telephone call with R. Bevan regarding MP status | .25 | 108.75 |

**Total for Employee:   0172**                                       26.25        $11,418.75

**Matter (363245) Total Fees**                                                    $11,938.75

US2008 465538.1

Client Number: 60214  **American Home Mortgage Holdings, Inc.**

September 25, 2008
Invoice #11011141

Professional Services Rendered during the Period: 8/1/2008 – 8/31/2008

Matter: **363245**
**General Bank Regulatory**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 2700 | PMA | Paul M. Aguggia | $520.00 |
| 2723 | CMG | Christina M. Gattuso | $435.00 |
| 2706 | SMB | Susan M. Boscarino | $195.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Working Attorney:** | **2700  Paul M. Aguggia** | | |
| 8/5/2008 | Update conference with CMG | .25 | $ 130.00 |
| 8/22/2008 | Draft dividend resolutions | .25 | 130.00 |
| 8/28/2008 | Conference w/ CMG re: fee application | .25 | 130.00 |
| **Total for Employee:** | **2700** | **.75** | **$ 390.00** |
| **Working Attorney:** | **2706  Susan M. Boscarino** | | |
| 8/7/2008 | File FOIA request for Plan of Voluntary Dissolution | .25 | $ 48.75 |
| 8/7/2008 | Arrange for payment to OTS for FOIA copy fees | .25 | 48.75 |
| **Total for Employee:** | **2706** | **.50** | **97.50** |
| **Working Attorney:** | **2723  Christina M. Gattuso** | | |
| 8/1/2008 | Telephone call with Mr. Nelligan | .25 | $ 108.75 |
| 8/1/2008 | Telephone call with R. Bevan | .25 | 108.75 |
| 8/4/2008 | Telephone call with Mr. Nelligan | .25 | 108.75 |
| 8/4/2008 | Conference call with Nelligan/Fernandez | .50 | 217.50 |
| 8/5/2008 | Conference w/ PMA | .25 | 108.75 |
| 8/6/2008 | Telephone call with Mr. Fernandez re: dividend | .25 | 108.75 |
| 8/7/2008 | Telephone call with Nelligan/Fernandez | .25 | 108.75 |
| 8/7/2008 | Interoffice conference with SMB re: plan of liquidation | .25 | 108.75 |
| 8/7/2008 | Draft dividend notice | .50 | 217.50 |
| 8/8/2008 | Review emails re: Bank board meeting | .25 | 108.75 |
| 8/12/2008 | Emails w/ Fernandez re: dividend | .25 | 108.75 |
| 8/13/2008 | Telephone call w/ Fernandez | .25 | 108.75 |
| 8/13/2008 | Review OTS regulations; plan of liquidation | .50 | 217.50 |
| 8/14/2008 | Telephone call with J. Nelligan re: OTS/MP meeting | .25 | 108.75 |
| 8/20/2008 | Telephone call with Mr. Fernandez | .25 | 108.75 |
| 8/21/2008 | Draft dividend resolutions | .25 | 108.75 |
| 8/21/2008 | Emails re: dividend resolutions | .25 | 108.75 |
| 8/22/2008 | Conference w/ PMA re: fee application | .25 | 108.75 |
| 8/28/2008 | Telephone call w/ R. Bartley | .25 | 108.75 |
| 8/28/2008 | Review documents from R. Bartley | .25 | 108.75 |
| 8/28/2008 | Conference w/ PMA re: fee application | .25 | 108.75 |
| 8/29/2008 | Email w/ Mr. Fernandez | .25 | 108.75 |
| 8/29/2008 | Review data from R. Bartley re: CT filing fees | .25 | 108.75 |
| **Total for Employee:** | **0172** | **6.50** | **$2,827.50** |
| **Matter (363245) Total Fees** | | | **$3,315.00** |

US2008 465538.1

Client Number: 60214   **American Home Mortgage Holdings, Inc.**

October 9, 2008
Invoice #11012768

Professional Services Rendered during the Period: 9/1/2008 – 9/30/2008

Matter:   **363245**
**General Bank Regulatory**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 2700 | PMA | Paul M. Aguggia | $520.00 |
| 2723 | CMG | Christina M. Gattuso | $435.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Working Attorney:** | **2700   Paul M. Aguggia** | | |
| 9/2/2008 | Review issue of documents and files and policies | .25 | $130.00 |
| **Total for Employee:** | **2700** | **.25** | **$ 130.00** |
| **Working Attorney:** | **2723   Christina M. Gattuso** | | |
| 9/2/2008 | Email w/ Fernandez | .25 | $ 108.75 |
| 9/9/2008 | Telephone call w/ Mr. Fernandez | .25 | 108.75 |
| 9/10/2008 | Email to Mr. Fernandez | .25 | 108.75 |
| 9/10/2008 | Telephone call w/ Mr. Fernandez | .25 | 108.75 |
| 9/19/2008 | Draft bankruptcy court fee documents | 1.00 | 435.00 |
| **Total for Employee:** | **0172** | **2.00** | **$ 870.00** |
| **Matter (363245) Total Fees** | | | **$1000.00** |

US2008 465538.1

Client Number: 60214  **American Home Mortgage Holdings, Inc.**

October 9, 2008
Invoice #11012768

Professional Services Rendered during the Period: 9/1/2008 – 9/30/2008

Matter: **363244**
**Sale of Thrift**

| Empl | Initials | Name | Rate |
|---|---|---|---|
| 2700 | PMA | Paul M. Aguggia | $520.00 |
| 2723 | CMG | Christina M. Gattuso | $435.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Working Attorney:** | **2723  Christina M. Gattuso** | | |
| 9/8/2008 | Telephone call w/ Mr. Fernandez re: possibility of trust holding thrift | .25 | $108.75 |
| **Total for Employee:** | **0172** | .25 | $108.75 |
| **Matter (363244) Total Fees** | | | $108.75 |

US2008 465538.1