# EXHIBIT B

US2008 435195.1


# KILPATRICK STOCKTON LLP
Attorneys at Law

## INVOICE OF OTHER CHARGES (EXPENSES)

**January 2008**

| | |
|---|---|
| Federal Reserve Board FOIA Expense | $ 12.00 |
| Document Reproduction (Qty. 3) | $   .30 |

**February 2008**

| | |
|---|---|
| Federal Express | $ 18.07 |
| Telephone Expense (January) | $ 120.17 |

**March 2008**

No Expenses

**April 2008**

No Expense

**May 2008**

No Expenses

**June 2008**

| | |
|---|---|
| Document Reproduction (Qty. 5) | $   .50 |

**July 2008**

| | |
|---|---|
| Document Reproduction (Qty. 7) | $   .70 |

**August 2008**

| | |
|---|---|
| Document Reproduction (Qty. 8) | $   .80 |
| ZOOM Delivery of DC | $ 9.46 |
| Office of Thrift Supervision FOIA Request | $ 68.00 |

**September 2008**

| | |
|---|---|
| Document Reproduction (Qty. 84) | $ 8.40 |
| **TOTAL** | **$238.40** |

US2008 466441.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM