# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage | ) | Case No. 07-11047 BLS |
| | ) | Chapter 11 |
| | ) | Ref. No. 6103 |
| Debtor, | ) | |

## NOTICE OF WITHDRAWAL OF MOTION OF OPTION ONE MORTGAGE CORPORATION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1) FOR LACK OF ADEQUATE PROTECTION

Option One Mortgage Corporation, the Movant, by and through its attorneys, Whittington & Aulgur, hereby withdraws without prejudice its Motion for Relief from Automatic Stay Pursuant to 11 U.S.C.§362(d)(1) for Lack of Adequate Protection filed on September 24, 2008.

WHITTINGTON & AULGUR

By:  /s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
Middletown, DE 19709
(302) 378-1661
Attorney for Option One Mortgage Corporation

Date:  October 30, 2008