IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage | ) | Case No. 07-11047 BLS |
| | ) | Chapter 11 |
| | ) | Ref. No. 6103 |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 30th day of October, A.D. 2009 that one true copy of a **Notice of Withdrawal of Motion for Relief from Automatic Stay Pursuant to 11 U.S.C.§362(d)(1) for Lack of Adequate Protection** was delivered electronically and (via) First Class Mail:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

David Bitzer
5940 Park Crest Drive
Chino Hills, CA 91709
*Borrower*

                              By:   /s/ Kristi J. Doughty
                                        Kristi J. Doughty (No. 3826)
                                        651 N. Broad Street, Suite 206
                                        Middletown, DE 19709
                                        (302) 378-1661
                                        Attorney for Option One Mortgage Corporation