# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 10/30/2008 |
| Case: 07−11047−CSS | Form ID: ntc | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      Quantum

                                                                                                                                             TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV

                                                                                                                                             TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      American Home Mortgage Holdings, Inc.      538 Broadhollow Road      Melville, NY 11747
aty      Donald J. Bowman, Jr.      Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty      Edward J. Kosmowski      Young, Conaway, Stargatt &Taylor      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899
aty      Edwin J. Harron      Young, Conaway, Stargatt &Taylor      The Brandywine Building      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Erin Edwards      Young, Conaway, Stargatt &Taylor      The Brandywine Building      17th Floor      1000 West Street      Wilmington, DE 19801
aty      Joel A. Waite      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Kara Hammond Coyle      Young Conaway Stargatt &Taylor LLP      1000 West St., 17th Floor      Brandywine Building      Wilmington, DE 19801
aty      Kenneth J. Enos      Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty      Margaret B. Whiteman      Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty      Matthew Barry Lunn      Young, Conaway, Stargatt &Taylor      The Brandywine Building, 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty      Nathan D. Grow      Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg.      17th Floor      Wilmington, DE 19801−0391
aty      Patrick A. Jackson      Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg 17th Fl,1000 West St      Wilmington, DE 19801
aty      Pauline K. Morgan      Young, Conaway, Stargatt &Taylor      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Quinn Emanuel      Quinn Emanuel Urquhart Oliver &Hedges
aty      Robert S. Brady      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Sean Matthew Beach      Young, Conaway, Stargatt &Taylor      The Brandywine Building, 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty      Sharon M Zieg      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg., 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty      Travis N. Turner      Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg., 17th Fl.      1000 West Street      Wilmington, DE 19801

                                                                                                                                    TOTAL: 18