## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
  **EIN:** 13–4066303

**Chapter:** 11

*Case No.*: 07–11047–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

  A transcript of the proceeding held on 10/22/08 was filed on 10/30/08 . The following deadlines apply:

  The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/20/08 .

  If a request for redaction is filed, the redacted transcript is due 12/1/08 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/28/09 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

                                                    Clerk of Court

Date: 10/30/08

(ntc)