IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.,*<br>                              Debtors. | Chapter 11<br>Case Nos. 07-11047 (CSS)<br><br>**Related D.I. No. 2465 & 2502** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Iron Mountain Information Management, Inc. ("Iron Mountain) hereby withdraws its *Motion to Compel Payment of Administrative Claims* filed at D.I. No. 2465 (filed 12/20/07) (the "Motion"), with the proposed form of Order filed at D.I. No. 2502 (filed 12/21/07).

This withdrawal is strictly limited to D.I. Nos. 2465 and 2502 only, and should not be construed as a waiver of any rights of Iron Mountain. Iron Mountain reserves all of its rights, including but not limited to *Iron Mountain's Second Motion to Compel Payment of Administrative Expenses* [D.I. No. 6460, filed 10/24/08].

Dated: October 30, 2008                              ARCHER & GREINER, P.C.

                                                                */s/ Charles J. Brown, III*
                                                                Charles J. Brown, III (Bar No. 3368)
                                                                300 Delaware Avenue, Suite 1370
                                                                Wilmington, DE 19801
                                                                Telephone: (302) 356-6621
                                                                Fax: (302) 777-4352

                                                                *Attorneys for Iron Mountain Information Management, Inc.*

3639296v1

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing document to be served via CM/ECF and first class mail, postage prepaid upon the following:

Donald J. Bowman, Jr., Esq.
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Debtor)*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*(Counsel to Committee)*

                                                            /s/ Charles J. Brown, III
                                                            Charles J. Brown, III (# 3368)

Dated: October 30, 2008