IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :   Jointly Administered
                                                                :
                    Debtors.                                    :   Ref. Nos. 5675 & 6220
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING SUPPLEMENTAL ORDER CONCERNING APPOINTMENT OF OFFICIAL COMMITTEE OF BORROWERS

The undersigned hereby certifies as follows:

1. On September 9, 2008, certain individuals filed a *Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code*, [Docket. No. 5675] (the "Motion").

2. On September 25, 2008, the Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee") filed their respective objections to the Motion [Docket Nos. 6115 and 6112, respectively] (collectively, the "Objections").

3. A hearing on the Motion and the Objections was held on October 8, 2008, after which the Court, on October 10, 2008, entered an order [Docket No. 6220] (the "Original Order") directing the Office of the United States Trustee (the "UST") to appoint an Official Borrowers' Committee and scheduling a status conference for October 22, 2008, at which time

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

the Court would consider the scope of the Borrowers' Committee's appointment and other limitations.

4. On October 20, 2008, the Debtors filed a motion [Docket No. 6285] (the "Motion to Extend Notice of Appeal") to extend the time within which to file a notice of appeal from the Original Order.

5. By notice dated October 21, 2008 [Docket No. 6407], the UST appointed a Borrowers' Committee consisting of Sam Acquisito, Christopher Bilek, Florence Dandridge, Gracie Graves, Delena Sigmon Lamacchia, Penny Montague, and Paula Rush.

6. At the status conference on October 22, 2008, the Court made certain rulings as to the scope of the Borrowers' Committee's appointment, the budget to which the Borrowers' Committee would be subject, and the scheduling of a hearing to consider the adequacy of the disclosure statement concerning the Debtors' chapter 11 plan of liquidation. The Court directed the parties to confer and submit a form of order, styled as a supplement to the Original Order, embodying these rulings.

7. The Debtors have conferred with counsel for the UST, the Creditors' Committee, and the Borrowers' Committee on a proposed form of order (the "Supplemental Order"), which is attached hereto as Exhibit A, and each party has consented to the form of Supplemental Order. Upon entry of the Supplemental Order, the Debtors will withdraw their Motion to Extend Notice of Appeal.

WHEREFORE, the Debtors respectfully request the Court enter the Supplemental Order at its earliest convenience, without further notice or hearing.

Dated: October __, 2008
      Wilmington, Delaware

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      */s/ Sean Beach*
                                      Robert S. Brady (No. 2847)
                                      Sean M. Beach (No. 4070)
                                      Patrick A. Jackson (No. 4976)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and
                                      Debtors in Possession