EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x   Chapter 11
In re:                                                        :
                                                              :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :   Jointly Administered
                                                              :
                              Debtors.                        :   Ref. Docket Nos. 5675 & 6220
                                                              :
------------------------------------------------------------- x
```

## SUPPLEMENTAL ORDER CONCERNING ORDER GRANTING MOTION FOR AN ORDER APPOINTING OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

The Court having previously entered an order (the "Original Order") dated October 10, 2008, granting the motion (the "Motion") of certain individuals,[2] pursuant to section 1102(a)(2) of the Bankruptcy Code for the appointment of an Official Committee of Borrowers in these chapter 11 cases; and the Office of the United States Trustee (the "UST") having appointed an Official Committee of Borrowers (the "Borrowers' Committee") by notice dated October 21, 2008;[3] and after a status conference on October 22, 2008, prior to an initial meeting of the Borrowers Committee; and based on the record of these chapter 11 cases; it is hereby

ORDERED that this Order shall supplement the Original Order, which remains in full force and effect as of the date it was entered; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] The movants are Mr. Tilton Jack, Ms. Grace Mullins, Mr. and Mrs. Christopher Bilek, Mr. Sam Acquisito, Ms. Delena Lamacchia, and Ms. Paula Rush, who were subsequently joined by Mrs. Grace Graves, Ms. Florence Dandridge, Ms. Penny Montague, Ms. Mona Dobben, and Mr. and Mrs. John Culpepper.

[3] The Borrowers' Committee members are Mr. Sam Acquisito, Mr. Christopher Bilek, Ms. Florence Dandridge, Ms. Grace Graves, Ms. Delena Lamacchia, Ms. Penny Montague, and Ms. Paula Rush.

ORDERED that this Order is without prejudice to the rights of the Borrowers Committee to seek to supplement, modify or amend this Order on notice to the Debtors, the Creditors' Committee and the Office of the United States Trustee; and it further

ORDERED that, absent the consent of the Debtors and the Creditors' Committee the scope of the Borrowers' Committee's rights and responsibilities shall be limited to (i) matters relating to the chapter 11 plan and disclosure statement, (ii) global stay relief on behalf of all borrowers in connection with foreclosure actions, and (iii) any issues relating to the appointment of the Borrowers Committee and administrative matters incidental to the foregoing; and it is further

ORDERED that the Borrowers' Committee shall not be authorized to retain any professionals other than counsel; and it is further

ORDERED that the compensation and reimbursement of expenses of counsel for the Borrowers' Committee from the estates shall be capped at $250,000; and it is further

ORDERED that the *Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan, and (IV) Granting Related Relief* (the "Disclosure/Solicitation Motion") shall be scheduled for hearing on November 25, 2008, at 10:00 a.m., with a spillover date of November 26, 2008, to the extent necessary; and it is further

ORDERED that the deadline for the Borrowers' Committee to object to the Disclosure/Solicitation Motion shall be November 20, 2008, at 5:00 p.m.; and it is further

ORDERED that the hearing on the Disclosure/Solicitation Motion shall not be further adjourned absent the consent of the Debtors and the Creditors' Committee; and it is further

ORDERED that the Court retains jurisdiction over all matters relating to the interpretation and enforcement of this Order.

Dated: October __, 2008

                                                Christopher S. Sontchi
                                                United States Bankruptcy Judge