IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
    Debtors.                                                       :
                                                                   : **Ref. Docket No. 6009**
------------------------------------------------------------------ x

**CERTIFICATE OF COUNSEL SUBMITTING FORM OF ORDER SUSTAINING THE DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 22, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6009] (the "Objection"). The Debtors received an informal response to the Objection from Royal Bank of Scotland Plc ("RBS") [POC No. 8956].

A hearing was held regarding the Objection on October 22, 2008. At that time the Debtors advised the Court that they would continue negotiations with RBS to resolve their informal response to the Objection. The Debtors and RBS have resolved their issues regarding the Objection as it relates to the Proof of Claim. The Committee has reviewed the Proposed Order (as defined below) and consents to the relief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A proposed form of order (the "Proposed Order") reflecting the resolution is attached hereto as Exhibit A. The Debtors respectfully request that the Court enter the Proposed Order sustaining the Objection at its earliest convenience.

Dated: October 30, 2008
       Wilmington, Delaware

                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                    /s/ Sean T. Beach
                    James L. Patton, Jr. (No. 2202)
                    Pauline K. Morgan (No. 3650)
                    Sean T. Beach (No. 4070)
                    Kara Hammond Coyle (No. 4410)
                    Nathan D. Grow (No. 5014)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware  19801
                    Telephone: (302) 571-6756
                    Facsimile: (302) 571-1253

                    Counsel to the Debtors and Debtors in Possession