IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 11 |
| AMERICAN HOME MORTGAGE | * | |
| HOLDINGS, INC., et al. | * | |
| | * | CASE NO. 07-11047(CSS) |
| | * | |
| Debtor. | * | |
| | * | |

**GEORGIA DEPARTMENT OF REVENUE'S
RESPONSE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO
PROOFS OF CLAIM**

COMES NOW, the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia and responds to the Debtors' Twentieth Omnibus Objection to Proofs of Claim as follows:

The Debtors have objected to the Department of Revenue's proof of claim in the amount of $167,154.02. The Georgia Department of Revenue filed an original proof of claim in this case in the amount of $167,154.02. Much of the Revenue Department's proof of claim was estimated due to the failure of the Debtors to file tax returns for various pre-petition periods. Since the Department filed its proof of claim, the Debtors have filed their delinquent returns. The Revenue Department anticipates filing an amended proof of claim in the amount of $1,804.02. The amended proof of claim will include an unsecured priority claim of $1,176.48 and a general unsecured claim of $627.54.

WHEREFORE, the Georgia Department of Revenue respectfully requests that its proof of claim be allowed as it will be amended and that it be granted such relief as the Court deems just and proper.

2

This 31st of October, 2008.

    Respectfully submitted,

    THURBERT E. BAKER    033887
    Attorney General

    R. O. LERER    446962
    Deputy Attorney General


    /s/ W. Wright Banks, Jr.
    W. WRIGHT BANKS, JR.    036156
    Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

W. WRIGHT BANKS, JR.
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 651-6247
Fax:  (404) 657-3239

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the foregoing GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO TWENTIETH OMNIBUS OBJECTION TO PROOF OF CLAIM upon:

>Nathan D. Grow, Esq.
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 31st day of October, 2008.

>/s/ W. Wright Banks, Jr.
>W. WRIGHT BANKS, JR.
>Senior Assistant Attorney General