## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re:        :    Chapter 11

            :

AMERICAN HOME MORTGAGE   :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,         :
a Delaware corporation, et al.,    :    Jointly Administered

            :

    Debtors.        :    **Sale Procedures Hearing Date:  November 12, 2008 at  4:00 p.m. (ET)**

            :    **(Requested)**
            :    **Sale Procedures Objection Deadline: November 5, 2008 at 4:00 p.m. (ET)**
            :    **Sale Motion Hearing Date: December 8, 2008 at 10:00 a.m. (ET)**

------------------------------------------------------- x    **Sale Motion Objection Deadline: December 1, 2008 at 4:00 p.m. (ET)**

### NOTICE OF MOTION

TO:     (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE DEBTORS' POSTPETITION LENDER; (IV) ALL PARTIES WHO ARE KNOWN TO POSSESS OR ASSERT A SECURED CLAIM AGAINST THE SECOND LIEN ASSETS; (V) THE INTERNAL REVENUE SERVICE; (VI) THE U.S. SECURITIES AND EXCHANGE COMMISSION; AND (VII) ALL POTENTIAL PURCHASERS KNOWN TO THE DEBTORS; AND (VIII) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(B)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the **Motion of the Debtors for Order: (a)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Second Lien Assets; (iii) Approving Form and  Manner of Notice Thereof; and (iv) Granting Related Relief; and (b)(i) Authorizing the Sale of the Second Lien Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving the Asset Purchase Agreement Thereto; and (iii) Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 5, 2008 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

          

A HEARING ON THIS MATTER WILL BE HELD ON **NOVEMBER 12, 2008 AT 4:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
_10/31_, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

066585.1001