**EXHIBIT A TO SALE PROCEDURES ORDER**

Sale Procedures
(Attached to the Motion as <u>Exhibit B</u>)

**EXHIBIT B TO SALE PROCEDURES ORDER**

Notice of Bid Deadlines and Sale
(Attached to the Motion as <u>Exhibit C</u>)