UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                  :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware                              :
corporation, et al.,[1]                                 :   Jointly Administered
                                                        :
        Debtors.                                        :
------------------------------------------------------- x

**DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE FOR MOTION OF THE DEBTORS FOR ORDER: (I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN SECOND LIEN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby move (the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), for the entry of an order shortening the time for notice for Motion of the Debtors for Order, (i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Second Lien Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Related Relief (the "Sale Procedures Motion").[2] In support of the Motion to Shorten, the Debtors respectfully represent as follows:

1. Local Rule 9006-1(c)(i) provides for a sixteen (16) day notice period, if service is completed by overnight delivery, prior to the hearing on a sale procedures motion that does not contain any request for authority to pay expense reimbursements or breakup fees. See, Del. Bankr. L.R. 9006-1(c). Further, Local Rule 9006-1(e) provides that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice. See, Del. Bankr. L.R. 9006-1(e).

2. The Debtors submit that there is sufficient cause to justify shortening the notice period by three (3) days for the hearing on approval of the relief requested in the Sale Procedures Motion. Importantly, the Sale Procedures Motion does not request the authority to pay any expense reimbursement or breakup fee and does not seek the authority to name a stalking horse bidder. As more particularly set forth in the Sale Procedures Motion, prior to filing these bankruptcy cases, the Debtors are owners of certain Second Lien Assets. By the Sale Procedures Motion, the Debtors seek the approval of standard procedures to sell the Second Lien Assets, described in the Sale Procedures Motion, pursuant to an open auction process. In the Debtors' business judgment, the proposed sale procedures represent the best way in which to maximize the value of the Second Lien Assets while keeping transaction costs low. Because the bid procedures are relatively simple, the Debtors propose that the notice period be shortened so that the bid procedures may be approved and auction can take place promptly.

3. Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Sale

---

[2] All capitalized terms used, but not defined herein, shall have the meanings given to them in the Sale Motion.

Procedures Motion. Accordingly, the Debtor requests that a hearing on the relief requested in the Sale Motion be scheduled for November 12, 2008 at 4:00 p.m. (ET), with objections due on or before 4:00 p.m. (ET) on November 7, 2008. In light of the shortened notice period, the Debtor will serve the Sale Procedures Motion via Federal Express, overnight delivery, fax or email, on (i) the United States Trustee for the District of Delaware, (ii) counsel to the Committee, (iii) counsel to the DIP Lender, (iv) all parties who are known to possess or assert a secured claim against the Second Lien Assets (v) the Internal Revenue Service, (vi) the U.S. Securities and Exchange Commission, (vii) all potential purchasers known to the Debtors, and (viii) all parties entitled to notice under Local Rule 2002-1(B).

    4. If the relief requested herein is granted, the Debtors will also serve a copy of the order entered by the Court on (i) the United States Trustee for the District of Delaware, (ii) counsel to the Committee, (iii) counsel to the DIP Lender, (iv) all parties who are known to possess or assert a secured claim against the Second Lien Assets (v) the Internal Revenue Service, (vi) the U.S. Securities and Exchange Commission, (vii) all potential purchasers known to the Debtors, and (viii) all parties entitled to notice under Local Rule 2002-1(B).

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated: Wilmington, Delaware
October 31, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Seal_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession