UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x
In re:                                           : Chapter 11
                                                 :
AMERICAN HOME MORTGAGE                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware                       :
corporation, et al.,[1]                          : Jointly Administered
                                                 :
       Debtors.                                  : Ref. Docket Nos. _____ & _____
------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE FOR MOTION OF
THE DEBTORS FOR ORDER: (I) APPROVING SALE PROCEDURES;
(II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN SECOND
LIEN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND OTHER INTERESTS; (III) APPROVING FORM AND MANNER
OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Sale Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Sale Motion.

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Sale Procedures Motion shall be heard on November 12, 2008 at 4:00 p.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Sale Motion shall be filed and served no later than 4:00 p.m. (ET) on November 7, 2008; and it is further

ORDERED, that the Debtors, shall serve this order on (i) the United States Trustee for the District of Delaware, (ii) counsel to the Committee, (iii) counsel to the DIP Lender, (iv) all parties who are known to possess or assert a secured claim against the Second Lien Assets (v) the Internal Revenue Service, (vi) the U.S. Securities and Exchange Commission, (vii) all potential purchasers known to the Debtors, and (viii) all parties entitled to notice under Local Rule 2002-1(B); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge