IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

## NOTICE OF SERVICE SUBPOENA

**PLEASE TAKE NOTICE** that on October 31, 2008, JPMorgan Chase Bank, National Association caused a subpoena to be served upon Kroll Zolfo Cooper LLC

This Notice of Service was served upon the parties identified on the attached service list in the manner indicated thereon.

Dated: November 3, 2008
Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

LOCKE LORD BISSELL & LIDDELL LLP
Thomas H. Grace
W. Steven Bryant
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717

*Counsel to JPMorgan Chase Bank,
National Association*

519.005-22780.DOC

**VIA HAND DELIVERY**
James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA HAND DELIVERY**
Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, 1st Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**VIA REGULAR MAIL**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**VIA REGULAR MAIL**
Steven D. Stennett, Esq.
Daniel P. Winikka, Esq.
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

**VIA REGULAR MAIL**
Bruce Bennett, Esq.
Michael A. Morris, Esq.
Joshua D. Morse, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

**VIA EMAIL & PROCESS SERVER**
American Home Mortgage Servicing, Inc.
f/k/a AH Mortgage Acquisition co., Inc.
c/o The Corporation Trust Company as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**VIA EMAIL & PROCESS SERVER**
To: Kroll Zolfo Cooper LLC
Attn: Elizabeth S. Kardos, Esq. or Officer or Director of Kroll Zolfo Cooper LLC
101 Eisenhower Parkway
Roseland, NJ 07068

519.005-22781.DOC