IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :  Jointly Administered
         Debtors.                                                   :
                                                                    :  **Ref. Docket No. 6200**
------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 6200

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Notice of 30(b)(6) Deposition filed on October 8, 2008 at Docket No. 6200.

Dated: Wilmington, Delaware                YOUNG CONAWAY STARGATT & TAYLOR, LLP
       November 3, 2008

                                           _____
                                           John T. Dorsey (No. 2988)
                                           Sharon M. Zieg (No. 4196)
                                           Erin Edwards (No. 4392)
                                           The Brandywine Building
                                           1000 West Street, 17th Floor
                                           Wilmington, Delaware 19801
                                           Telephone: (302) 571-6600
                                           Facsimile: (302) 571-1253

                                           *Counsel for Debtors and Debtors in Possession*

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:7524232.1                                                                              066585.1001