## Schedule 1

| Docket No., Date | Movant-Senior Mortgagee | Real Property Location |
|---|---|---|
| 6158, 9/30/08 | CitiMortgage, Inc. | 1051 Rock Springs Road, Escondido, CA |
| 6165, 9/30/08 | Regions Bank | 12291 Tideswell Mill Court, Woodbridge, VA |
| 6201, 10/8/08 | EMC Mortgage Corporation | 7719 Hardwood Place, Springfield, VA |
| 6241, 10/16/08 | U.S. Bank N.A. | 8660 Sylvan Avenue, Riverside, CA |
| 6242, 10/16/08 | Bank of New York | 518 Morris Park Avenue, Bronx, NY |
| 6243, 10/16/08 | Indymac Bank F.S.B. | 2549 WIldcate Ridge Road, Sevierville, TN |
| 6244, 10/16/08 | Citigroup Global Markets Realty Corp. | 17081 Teak Court, Morgan Hill, CA |
| 6245, 10/16/08 | Wells Fargo Bank, NA | 2586 Robert Trent Jones, Orlando, FL |
| 6246, 10/16/08 | US Bank National Association | 5125 West Reno Avenue, Las Vegas, NV |
| 6247, 10/16/08 | LaSalle Bank NA | 647 Darkwood Avenue, Ocoee, FL |
| 6248, 10/16/08 | LaSalle Bank NA | 740 Nettle Road, Chatsworth, GA |
| 6249, 10/16/08 | PHH Mortgage Corporation | 13819 Visions Drive, La Miranda, CA |
| 6250, 10/16/08 | Bank of America | 3215 SW 2nd Court, Deerfield, FL |
| 6261, 10/16/08 | Wells Fargo Bank, NA, dba America's Servicing Co. | 4335 North Central Park Avenue, Chicago, IL |
| 6262, 10/16/08 | HSBC Bank, N.A. | 31733 Mddlebrook Lane, Menifee, CA |
| 6263, 10/16/08 | LaSalle Bank NA | 37-28 97th St., Corona, NY |
| 6264, 10/16/08 | Bank of America NA | 9222 Lost Fields Court, Bristow, VA |
| 6283, 10/20/08 | Citimortgage, Inc. | See Exhibit A to Motion |