# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------x
:
:
American Home Mortgage Holdings, Inc., et al.,   :
:
      Debtors.   :   Case No. 07-11047 (CSS)
:   Jointly Administered
:   Related Docket Entries: 6009
:
:
:
:
:
------------------------------------x

## AGREED ORDER SUSTAINING AND MODIFYING DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO CLAIM 8955

Upon consideration of the nineteenth omnibus (substantive) claims objection (the "Objection") of the above-captioned debtors and debtors-in-possession (the "Debtors"), as it relates specifically to claim number 8955 (the "Claim") filed on behalf of Royal Bank of Scotland Plc ("RBS"), which Claim relates primarily to certain interest-rate cap transactions between RBS and one or more Debtors and/or their non-debtor affiliates, and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; and it appearing that RBS made informal response to the Objection; and it appearing that RBS and the Debtors have resolved their issues regarding the Objection as it relates to the Claim, including whether the Transaction (as defined below) counterparties were Debtors or non-debtors; and based upon the representations of the parties, and based on the parties' agreement for purposes of resolving the Objection that the transactions pertaining to reference numbers IRG 16185646, IRG 16185651, IRG 16191559, IRG 16251190 and IRG 16251189 are entered into between American Home Bank, a federal savings association

organized under the laws of the United States of America ("AH Bank") and RBS (collectively, the "Transactions"), it is hereby

ORDERED that except as modified or otherwise set forth herein, the Objection is sustained with respect to the Claim, and hereby disallowed and expunged pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007; and it is further

ORDERED that with respect to the Transactions, any settlements, close outs, or similar transactions (and payments related thereto) are authorized to be effectuated, whether or not already effectuated and made, with payment for such transactions to be made by RBS to AH Bank, and the Debtors shall not seek duplicate settlement or close-out (or related payment) in respect of the Transactions; and it is further

ORDERED that upon payment in connection with any Transaction, RBS shall have no further obligation to the Debtors or their estates with respect to the same Transaction; and it is further

ORDERED that the Debtors reserve the right to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or relating to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
~~October __, 2008~~
11/4/08

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE