October 23, 2008


U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd floor
Wilmington, Delaware 19801


RE:  Case #07-11047 (CCS)
      American Home Mortgage/Connie L. Zinter
      Claim Number 2488
      Response to Objection


To whom it may concern,

Attached please find documentation in response to the objection to prove that the debor's records are in error:  "Debor's books and records indicate this loan did not close and no fees are due"

This loan and transaction closed as documented by the following:

Copy of Certified Final Hud One indicating loan fee (and various other fees) paid to
      American Home Mortgage
Copy of Recorded Deed
Copy of King County Records indicating the Deed of Trust recording behind the
      Deed recording

Please review and accept as proof to satisfy objection.  Thank you.



Sincerely,



Connie L. Zinter
206-287-5788
206-362-9246

cc:  Young Conaway Stargatt & Taylor, LLP

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| | ) | |
| AHM OB21 10/10/2008 (merge2.txnum2) 4000059553 EPIQ Use - 94 | ) | **Objection Deadline: November 5, 2008 at 4:00 p.m. (ET)**<br>**Hearing Date: November 12, 2008 at 10:00 a.m. (ET)** |

ZINTER, CONNIE L
2149 N 128TH ST
SEATTLE, WA  98133

## NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, <u>BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1</u>

**TO:** ZINTER, CONNIE L
2149 N 128TH ST
SEATTLE, WA  98133

**Basis For Objection:** No Liability Claim

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 2488 | $1,012.50 |

Debtors' books and records indicate this loan did not close and no fees are due

     The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto.  The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim.  The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

     Responses to the Objection, if any, must be filed on or before **November 5, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

     A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 10, 2008
     Wilmington, Delaware

                                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                    Nathan D. Grow (No. 5014)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware  19801
                                    Telephone: (302) 571-6756
                                    Facsimile: (302) 571-1253

                                    Counsel to the Debtors and Debtors in Possession

OMB No. 2502-0265

| A   U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B.    TYPE    OF    LOAN |
|---|---|
| SETTLEMENT STATEMENT | 1. ☐ FHA   2. ☐ FHMA   3. ☒ CONV UNINS<br>4. ☐ VA   5. ☐ CONV INS |
| | 6. FILE NUMBER       7. LOAN NUMBER<br>07-407-BS           010-109497 |
| | 8. MORTGAGE INS. CASE NO |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME & ADDRESS OF BORROWER:** Jessica A. Dietz
911 N 73rd Street #406, Seattle, WA 98103

**E. NAME & ADDRESS OF SELLER:** Shannon L. Messenger and David J. Messenger
9120 NE 21st Place, Clyde Hill, WA 98004

**F. NAME & ADDRESS OF LENDER:** Pacific Crest Savings Bank
3500 188th Street SW #121, Lynnwood, WA 98037

**G. PROPERTY LOCATION:** 911 N 73rd Street #406, Seattle, WA 98103

**H. SETTLEMENT AGENT:** EscrowLink, Ltd.
**PLACE OF SETTLEMENT:** 907 North 47th Street, Seattle, WA 98103 (206) 633-1921

**I. SETTLEMENT DATE:** 8/02/2007   Final

| J.    Summary of Borrower's Transaction | | K.    Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Sellers:** | |
| 101 Contract sales price | 225,000.00 | 401 Contract sales price | 225,000.00 |
| 102 Personal property | | 402 Personal property | |
| 103 Settlement charges to borrower (line 1400) | 4,918.26 | 403 | |
| 104 | | 404 | |
| 105 | | 405 | |
| | | | |
| | | | |
| | | | |
| **Adjustments For Items Paid By Seller In Advance:** | | **Adjustments For Items Paid By Seller In Advance:** | |
| 106 City/town taxes           to | | 406 City/town taxes           to | |
| 107 County taxes              to | | 407 County taxes              to | |
| 108 Assessments              to | | 408 Assessments              to | |
| 109 | | 409 | |
| 110 | | 410 | |
| 111 | | 411 | |
| 112 | | 412 | |
| 113 | | 413 | |
| 114 | | 414 | |
| 115 | | 415 | |
| 116 | | 416 | |
| **120. Gross Amount Due From Borrower:** | 229,918.26 | **420. Gross Amount Due To Seller:** | 225,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201 Deposit or earnest money | 10,000.00 | 501 Excess deposit (see instructions) | |
| 202 Principal amount of new loan(s) | 202,500.00 | 502 Settlement charges to seller (line 1400) | 19,307.12 |
| 203 Existing loan(s) taken subject to | | 503 Existing loan(s) taken subject to | |
| 204 Initial Deposit To Escrow | 17,448.84 | 504 Payoff 1st Mtg. Ln. World Savings | 91,976.40 |
| 205 | | 505 Payoff 2nd Mtg. Ln | |
| 206 | | 506 | |
| 207 | | 507 | |
| 208 | | 508 | |
| 209 | | 509 | |
| | | | |
| | | | |
| **Adjustments For Items Unpaid By Seller:** | | **Adjustments For Items Unpaid By Seller:** | |
| 210 City/town taxes           to | | 510 City/town taxes           to | |
| 211 County taxes   07/01/07  to 08/02/2007 | 153.19 | 511 County taxes   07/01/07  to 08/02/07 | 153.19 |
| 212 Assessments              to | | 512 Assessments              to | |
| 213 Association Dues 8/01/2007 to 8/03/2017 | 7.66 | 513 Association Dues 8/01/2007 to 8/02/2007 | 7.66 |
| 214 | | 514 | |
| 215 | | 515 | |
| 216 | | 516 | |
| 217 | | 517 | |
| 218 | | 518 | |
| 219 | | 519 | |
| | | | |
| **220. Total Paid By/For Borrower:** | 230,109.69 | **520. Total Reductions In Amount Due Seller:** | 111,244.37 |
| **300. Cash At Settlement From/To Borrower:** | | **600. Cash At Settlement From/To Seller:** | |
| 301 Gross amount due from borrower (line 120) | 229,918.26 | 601 Gross amount due to seller (line 420) | 225,000.00 |
| 302 Less amount paid by/for borrower (line 220) | 230,109.69 | 602 Less reductions in amount due seller (line 520) | 111,244.37 |
| **303. Cash (☐ FROM) (☒ TO) Borrower:** | 171.43 | **603. Cash (☒ TO) (☐ FROM) Seller:** | 113,755.63 |

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Pacific Crest Savings Bank

Previous Editions is Obsolete
Form No. 1581
A'86

Page 1 of 2

SB-4-3538-000-1
HUD-1 (3-86)
RESPA, HB 4305 2

**L.**  **SETTLEMENT   CHARGES**  — sw: 07-407-BS

| | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission:** Based On Price $ 225,000.00  @ 6.00 % = 13,500.00 | | |
| *Division of Commission (line 700) As Follows:* | | |
| 701. $ 6,750.00 to Lake and Company Real Estate | | |
| 702. $ 6,750.00 to Windermere R.E., Northgate | | |
| 703. Commission paid at settlement | | 13,500.00 |
| 704. | | |
| **800. Items Payable In Connection With Loan:** | | |
| 801. Loan Origination fee            % | | |
| 802. Loan Discount            % | | |
| 803. Appraisal fee to: American Home Mortgage | 325.00 | |
| 804. Credit report to: American Home Mortgage | 8.25 | |
| 805. Lender's inspection fee | | |
| 806. Mortgage insurance application fee to | | |
| 807. Assumption fee | | |
| 808. 1.000% Loan Fee To: American Home Mortgage | 2,025.00 | |
| 809. Processing Fee To: American Home Mortgage | 275.00 | |
| 810. Flood Determination To: First American Flood Data Serv | 19.00 | |
| 811. Tax Registration To: Pacific Crest Savings Bank | 78.00 | |
| 812. Deposit To: American Home Mortgage | (475.00) | |
| 813. Wire Fee To: Pacific Crest Savings Bank | 25.00 | |
| 814. Underwriting Fee To: Pacific Crest Savings Bank | 275.00 | |
| 815. | | |
| 816. | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | |
| 901. Interest from 8/02/2007 to 8/01/2007 @ $ 17.2700 /day (-1 days) | (37.27) | |
| 902. Mortgage insurance premium for   mo. to | | |
| 903. Hazard insurance premium for   1 yrs. to   TBD | | |
| 904. Flood insurance premium for   yrs. to | | |
| 905. | | |
| 906. | | |
| **1000. Reserves Deposited With Lender:** | | |
| 1001. Hazard insurance   0 months @ $   0.00 per month | | |
| 1002. Mortgage insurance   0 months @ $   0.00 per month | | |
| 1003. City property taxes   0 months @ $   0.00 per month | | |
| 1004. County property taxes   6 months @ $ 145.61 per month | 873.66 | |
| 1005. Annual assessments   0 months @ $   0.00 per month | | |
| 1006. Flood insurance   0 months @ $   0.00 per month | | |
| 1007.   0 months @ $   0.00 per month | | |
| 1008. Aggregate Adjustment | | |
| 1009. | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to EscrowLink, Ltd | 549.95 | 549.95 |
| 1102. Escrow Fee: $1,010.00 Sales Tax   $89.89 | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to     (includes above item Numbers:                ) | | |
| 1108. Title insurance to Pacific NW Title - Line 4     (includes above item Numbers:                ) | 546.68 | 728.54 |
| 1109. Lender's coverage $ 202,500.00 Premium: $502.00 Tax: $44.68 | | |
| 1110. Owner's coverage $ 225,000.00 Premium: $609.00 Tax: $59.54 | | |
| 1111. Courier Fees/FedEx Fee to EscrowLink, Ltd | 40.00 | 18.95 |
| 1112. Payoff Delivery to EscrowLink, Ltd | | 25.00 |
| 1113. | | |
| 1114. | | |
| **1200. Government Recording and Transfer Charges:** | | |
| 1201. Recording fees: Deed $ 42.00 ;Mortgage $ 60.00 ;Releases $ | 102.00 | |
| 1202. City/county tax/stamps: Deed $   ;Mortgage $ | | |
| 1203. State tax/Stamps: Deed $   ;Mortgage $ | | |
| 1204. Excise Tax to King County Recorder | | 4,010.00 |
| 1205. | | |
| **1300. Additional Settlement Charges:** | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. Reconveyance/Tracking Fee to Reconveyance Services | | 145.00 |
| 1304. Estimated Final Electric Bill to Seattle City Light | | 54.68 |
| 1305. Move in Fee to 911 Condominiums | 75.00 | |
| 1306. Move Out Fee to 911 Condominiums | | 75.00 |
| 1307. Association Dues-August to 911 Condominiums | 233.00 | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| 1311. | | |
| 1312. | | |
| 1313. | | |
| **1400. Total Settlement Charges** (enter on line 103, Section J and line 502, Section K) | 4,938.26 | 19,107.12 |



20070802000725
PACIFIC NW TII WD          41.00
PAGE001 OF 002
08/02/2007 11:33
KING COUNTY, WA

**E2302451**
08/02/2007 11:32
KING COUNTY, WA
TAX          $4,010.00
SALE         $225,000.00      PAGE001 OF 001

## Statutory Warranty Deed

THE GRANTOR Shannon L. Messenger and David J. Messenger, husband and wife, for adequate consideration in hand paid, conveys and warrants to Jessica A. Dietz, a single woman, the following described real estate, situated in the County of King, State of Washington:

Unit 406, 911, a condominium, according to the Condominium Declaration recorded under Recording Number 8603110433, and amendments thereto, if any, and in Volume 79 of Condominiums, page(s) 77 through 82, inclusive, in King County, Washington.

SUBJECT TO Easements, Restrictions and Reservations of Record as shown on Attachment A, which is incorporated by reference, without waiving, extending, tolling or renewing any applicable limitation or expiration period appearing in said Attachment.

Assessor's Tax Parcel Number(s): 609319-0230-06

Approved & Accepted:

_____
Jessica A. Dietz

Dated:    July 25, 2007

_____          _____
Shannon L. Messenger                          David J. Messenger

STATE OF    Washington
COUNTY OF   King                                }  SS.

I certify that I know or have satisfactory evidence that Shannon L. Messenger and David J. Messenger

is/are the person(s) who appeared before me, and said person(s) acknowledged that    he/she/they
signed this instrument and acknowledge it to be    his/her/their            free and voluntary act for the
uses and purposes mentioned in this instrument.

Dated:    7/27/07

_____
Notary Public in and for the State of Washington  98155
Residing at 18004 10th Ave NE Shoreline WA
My appointment expires:    12-04-2010

Escrow No.: 07-407-BS

## ATTACHMENT "A"

1. AN EASEMENT AFFECTING THE PORTION OF SAID PREMISES AND FOR THE
   PURPOSES STATED THEREIN, INCLUDING, BUT NOT LIMITED TO, THE
   FOLLOWING:

   IN FAVOR OF:           The City of Seattle
   PURPOSE:               Rock retaining wall

   DISCLOSED BY INSTRUMENT
   RECORDED:              December 27, 1967

   RECORDING NUMBER:      6283443

   AREA AFFECTED:         Portion of said condominium common
                          areas

2. RESTRICTIONS, REGULATIONS, REQUIREMENTS, EASEMENTS AND LIABILITY TO
   ASSESSMENTS CONTAINED IN CHAPTERS 64.32 AND 64.34 OF THE REVISED
   CODE OF WASHINGTON (CONDOMINIUMS) AND AMENDMENTS THERETO AND
   CONTAINED IN CONDOMINIUM DECLARATION

   RECORDED:              March 11, 1986
   RECORDING NUMBER:      8603110433

3. CONDOMINIUM SURVEY MAP AND PLANS

   RECORDED:              March 11, 1996
   RECORDING NUMBER:      8603110432

4. MEMORANDUM OF LEASE:

   LESSOR:                911 Condominium Association
   LESSEE:                ATCON Services, Inc.
   DATED:                 March 12, 1997
   RECORDED:              June 25, 1997
   RECORDING NUMBER:      9706251270

# King County
**Home** | **News** | **Services** | **Comments** | **Search**

## Recorder's Office

**Records and Licensing Services Division**
**Department of Executive Services**

## *Official Public Records*

### *Document Detail*
*Menu* · *New Search* · *Search Results* · *Help*

---

### Document Detail

| | |
|---|---|
| **Instrument Number:** | 20070802000726 |
| **Sequence #:** | 0 |
| **Date Received:** | 08/02/2007 11:33:24 AM |
| **Document Type:** | DEED OF TRUST |
| **Book:** | 000 |
| **Page:** | 000 |
| **Image:** | Not scanned or not available online |

### Grantors

DIETZ, JESSICA A

### Grantees

PACIFIC CREST SAVINGS BANK

### Legal Records

| # | Plat | Lot/Unit | Block/Building | Section | Township | Range | Q1 | Q2 | Tax Parcel | Freeform |
|---|------|----------|----------------|---------|----------|-------|----|----|-----------|----------|
| 1 | 911 | | | | | | | | 6093190230 | |

### Related Documents

None found

---

Recorders Office Home Page | Customer Service Questions

King County | News | Services | Comments | Search

Links to external sites do not constitute endorsements by King County.
By visiting this and other King County web pages,
you expressly agree to be bound by terms and conditions of the site.
The details.

---

Internet Public Access Module Version 3.1
Copyright © 2001 - 2003 Hart InterCivic, Inc. All Rights Reserved.

WebServ1