IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) Case No. 07-11047 (CSS) |
| A Delaware Corporation, et. al.[1] | ) |
| | ) Jointly Administered |

### CREDITOR'S RESPONSE TO DEBTORS OBJECTION

Come now the Creditor, Yarling & Robinson, by counsel, Charles F. Robinson, Jr., and for its response to Debtor's Objection says that it has no objections to the granting of the proposed order granting relief requested. Creditor further advises the Court that it will not appear at the hearing scheduled to be held on November 12, 2008.

Respectfully submitted,

Charles F. Robinson, Jr., #10669-49
Counsel for Yarling & Robinson

YARLING & ROBINSON
Market Square Center, Suite 1535
151 N. Delaware Street
Indianapolis, Indiana 46204
Telephone: (317) 262-8800

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland Corporation (3914; American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc., a Maryland Corporation (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corp., a New York Corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the following counsel of record by United States first class mail, postage prepaid this 27th day of October, 2008:

YOUNG CONAWAY STRGATT & TAYLOR
The Brandywine Building
1000 West Street
17th Floor
Wilmington, Delaware 19801

_____
Charles F. Robinson, Jr.