IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware Corporation, et al.,

Debtors.

CHAPTER 11

CASE NO.: 07-11047 CSS

Jointly Administered

Objection Deadline: November 5, 2008 at 4:00 p.m. (ET)
Hearing Date: November 12, 2008 at 10:00 a.m. (ET)

## RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The New York State Department of Taxation and Finance ("DTF"), by and through New York State Attorney General Andrew M. Cuomo, responds to the Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") as follows:

1. The Objection challenges Claim No. 9842 in the amount of $856,217.24 filed by DTF in Case No. 07-11051, and Claim No. 9971 in the amount of $237,287.95 filed in Case No. 07-11054.

2. The Debtors object to Claim No. 9842 on the grounds that it is duplicative of Claim No. 10461 DTF agrees. However, Claim No. 10461 was filed after the governmental bar date. If Claim No. 9842 is disallowed in this proceeding as duplicative, the Debtors could then challenge Claim No. 10461 in a subsequent objection on the grounds that it was not timely filed. Therefore, to avoid the unjust result of having both claims disallowed, DTF will consent to

withdrawing Claim No. 10461, leaving Claim No. 9842 as the surviving claim.

3. With respect to Claim No. 9971, DTF consents that this claim be disallowed.

Dated: October 31, 2008
      Albany, New York

                          Respectfully submitted,
                          Andrew M. Cuomo
                          Attorney General of the State of New York

                          By: _____
                          Norman P. Fivel
                          Assistant Attorney General
                          Civil Recoveries Bureau
                          The Capitol
                          Albany, New York   12224-0341
                          Telephone: (518) 474-6842
                          Facsimile: (518) 408-2057
                          Email: Norman.Fivel@oag.state.ny.us

TO:    Young, Conaway, Stargatt & Taylor, LLP
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE   19801

          Office of the United States Trustee
          844 King Street, Suite 2313
          Lockbox 35
          Wilmington, DE   19801

"Printed on Recycled Paper"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware Corporation, et al.,

Debtors.

CHAPTER 11

CASE NO.: 07-11047 CSS

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, a true copy of this Response by the New York State Department of Taxation and Finance to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 was served by regular, first class mail on all parties listed below:

Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE  19801

Dated: October 31, 2008
       Albany, New York

Norman P. Fivel