IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                            :      Chapter 11
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                   :
                                                  :      Jointly Administered
        Debtors.                                  :
------------------------------------------------------x
```

### AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      ANGHARAD BOWDLER, being duly sworn, deposes and says:

      1.     I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

      2.     On October 21, 2008, I caused to be served true and correct copies of the "Notice of Agenda of Matters Scheduled for Hearing on October 22. 2008 at 10:00 A.M. (ET)," dated October 20, 2008 [Docket No. 6282], enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on Exhibit A annexed hereto and by first class mail to those parties listed on Exhibit B annexed hereto.

      3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              Anghard Bowdler

Sworn to before me this
23rd day of October, 2008

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 11 22 2011

**EXHIBIT A**

AHM AOM (10/20/08) (MERGE2.DBF, TXNUM2)
                    **** 4000099164 ****
HALPERN, DD
193 N. ALBANY AVE.
MASSAPEQUA NY 11758

AHM AOM (10/20/08) (MERGE2.DBF, TXNUM2)
                    **** 4000001735 ****
LUXURY MORTGAGE CORP
ATTN CB MCDONALD
ONE LANDMARK SQUARE SUITE 100
STAMFORD CT 06905

AHM AOM (10/20/08) (MERGE2.DBF, TXNUM2)
                    **** 4000100928 ****
ROYAL BANK OF SCOTLAND PLC C/O
GREENWICH CAPITAL MARKETS, INC
600 STEAMBOAT ROAD
GREENWICH CT 06830

# EXHIBIT B

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADKINS, THOMAS E. JR. | 8298 WOODGROVE RD, JACKSONVILLE, FL 32256 |
| ALBRECHT, MARSHA | 837 N. MAPLE AVE., PALATINE, IL 60067 |
| AMERICAN EXPRESS TRAVEL RELATED SVC CO. | ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY, FLASTER/GREENBERG PC, EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL, PHILADELPHIA, PA 19103 |
| ANDERSON, MARY ANN | 1450 SANDPEBBLE # 103, WHEELING, IL 60090 |
| ANDREWS, AUDREY M. | 2829 OAKLAND DR, KALAMAZOO, MI 49008 |
| BALFOUR, ROBIN | 1315 N WALNUT AVE, ARLINGTON HEIGHTS, IL 60004 |
| BARTOLOTTA, JOSEPH W. | 23 HIGH RIDGE RD, WARWICK, NY 10990 |
| BERGUM, STAN, JR. | 5190 RANCHO MADERA ROAD, SAN DIEGO, CA 92130 |
| BOXER, MINDA | 12904 SW 107 CT, MIAMI, FL 33176 |
| BRAUN, PHILIP A. | 18 PINECONE LN, COMMACK, NY 11725 |
| BUSINESS IMAGES & GRAPHICS INC | ATTN RICKY HALL, PRESIDENT, 308 W MULBERRY, SEARCY, AR 72143 |
| BUSINESS IMAGES & GRAPHICS INC | HOPKINS & COMPANY, CPA, STACY HOPKIN, 202 N SPRING STREET, SEARCY, AR 72143 |
| CALIFORNIA CLEANING CONCEPTS | ATTN JAMES E MASSICOTTE, 635 BARSTOW, # 19, CLOVIS, CA 93612 |
| CARTER, GRAILING J. | 9863 BUCKNER ROAD, MANASSAS, VA 20110 |
| CASE, SAMUEL A | 419 SPINNAKER LANE, FORT COLLINS, CO 80525 |
| CONKLIN, CHRISTINE | 134 COMMACK RD, ISLIP, NY 11751 |
| COSTON, BOB CHARLES | 620 GOLDVINCH ST SE, KNOXVILLE, TN 37920 |
| COUNTRYWIDE BANK, F.S.B. | ATTN KATHLEEN CONTE, 4500 PARK GRANDA - MS CH-20, CALABASAS, CA 91302 |
| CRESWELL, BEVERLY L | 1617 EAST CACHE LA POUDRE, COLORADO SPRINGS, CO 80909 |
| CRITES, TERRI E | 6449 LAKEVIEW DRIVE, NINE MILE FALLS, WA 99026 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION, 1761 EAST ST ANDREW PLACE, SANTA ANA, CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | NIXON PEABODY LLP, C/O KRISTINE E BAILEY ESQ, 1 EMBARCADERO CENTER SUITE 1900, SAN FRANCISCO, CA 94111 |
| DIALAMERICA MARKETING, INC. | C/O CHARLES RABOLLI, JR., ESQ., CARLET, GARRISON, KLEIN & ZARETSKY, 1135 CLIFTON AVENUE, SUITE 104, CLIFTON, NJ 07013 |
| DIONISIO, JOSEPH | 79 OCEAN AVE, MASSAPEQUA PARK, NY 11762 |
| DOYLE, CHARLES P | 11 BEAR HILL ROAD, BROOKLINE, NH 03033 |
| DREW & ROGERS, INC. | ATTN MARK POLITAN, ESQ., COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, 25 MAIN STREET, PO BOX 800 - COURT PLZ N, HACKENSACK, NJ 07602-0800 |
| EININGER, MITCHELL | 26 GREENWOODS RD, OLD TAPPAN, NJ 07675 |
| FARNAN, WILLIAM P | 122 KNOLL WAY, JUPITER, FL 33477 |
| FINANCIAL GUARANTY INSURANCE COMPANY | BRUCE A. WILSON, ESQ., KUTAK ROCK LLP, 1650 FARNAM STREET, OMAHA, NE 68102-2186 |
| FIORE, BRIAN R | 37A KATIE CT, MAHOPAC, NY 10541 |
| FRANKLIN PACIFIC FINANCE, LLP | ATTN CARA J. HAGAN, ATTORNEY, HAGAN & ASSOCIATES, 110 E. WILSHIRE AVENUE, SUITE 405, FULLERTON, CA 92832 |
| FUREY, THOMAS | 6 MARVIN PLACE, BETHEL, CT 06801 |
| GE MONEY BANK/WMC MORTGAGE | ATTN SHARON L. MASON, VP OR LEGAL DEPT., 3100 THORNTON AVE, BURBANK, CA 91504 |
| GRAND WAILEA RESORT HOTEL & SPA | C/O DAVID J HARRIS, BURCH PORTER & JOHNSON PLLC, 130 N COURT AVE, MEMPHIS, TN 38103 |
| GRAVELY-ROBINSON, KAREN | C/O ROBERT A WILLIAMS, ESQ., COURTHOUSE SQUARE, 45 JONES STREET, MARTINSVILLE, VA 24112 |
| GUINTA, THOMAS J | 211 BEACON HILL ROAD, TRUMBULL, CT 06611 |
| HALPERN, DD | 193 N. ALBANY AVE., MASSAPEQUA, NY 11758 |
| HARDIN COUNTY | ATTN RYAH A. ZERBY, ASST PROSECUTOR, 1 COURTHOUSE SQ., STE 230, KENTON, OH 43326 |
| HARKWELL, RICHARD | JOHN D. DEMMY, ESQ., STEVENS & LEE, P.C., 1105 N. MARKET STREET, 7TH FLOOR, WILMINGTON, DE 19801 |
| HARKWELL, RICHARD | 12808 BRIGHTON WOODS DR., ST. LOUIS, MO 63131 |
| HARMON, JEFFREY A. | 6554 S KEARNEY CIR, CENTENNIAL, CO 80111 |
| HECK, KATHLEEN R | 30 HIDEAWAY LN, SPARTA, NJ 07871 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HEFNER, KENNETH R. | 30 MULHOLLAND CT,MISSION VIEJO, CA 92692 |
| HERNANDEZ, MATTHEW AND MELANIE | 2158 COTTONWOOD AVENUE,SAN JACINTO, CA 92582 |
| HOLAN, DAVID A | 47 BAY DR.,ITASCA, IL 60143 |
| HOUSTON, T. CRAIN | PO BOX 59,3029 BLACK ROCK RD,BUTLER, MD 21023 |
| INDYMAC BANK, F.S.B. | FREDERICK D. HOLDEN, JR.,ORRICK HERRINGTON & SUTCLIFFE LLP,405 HOWARD STREET,SAN FRANCISCO, CA 94105-2669 |
| JOHNSTON, JOHN A. | 23 CHAMPNEY PL.,LAGUNA NIGUEL, CA 92677 |
| KALMONSON, MICHAEL | 7 FAIR ELMS,LAGUNA NIGUEL, CA 92677 |
| KAMMEYER, CALVIN | 4850 DOCKSIDE DR 203,FORT MYERS, FL 33919 |
| KAPPELMAN, JOSHUA | 1089 HIGH VALLEY LANE,SHILOH, IL 62221 |
| KERR, KEVIN | 1614 MYRTLEWOOD ST.,COSTA MESA, CA 92626 |
| KRUSE WAY, LLC | DAVID M. WISEBLOOD, ESQ.,SEYFARTH SHAW LLP,560 MISSION STREET, SUITE 3100,SAN FRANCISCO, CA 94105 |
| LALIME, KATHERINE | 4040 8TH PL,VERO BEACH, FL 32960 |
| LARSEN, LINDA | 16252 TREASURE COVE,BULLARD, TX 75757 |
| LIANG, MATTHEW | 1797 KANAPUU DR,KAILUA, HI 96734 |
| LOFTIS, NORMAN | 3 DEERFIELD AVENUE,SAG HARBOR, NY 11963 |
| LOFTIS, NORMAN | ELIHU E. ALLINSON, III,SULLIVAN HAZELTINE ALLINSON LLC,4 EAST 8TH STREET, SUITE 400,WILMINGTON, DE 19801 |
| LUCAS, JON | 30 RUFFSTONE ROAD,GREENVILLE, RI 02828 |
| LUXURY MORTGAGE CORP | ATTN CB MCDONALD,ONE LANDMARK SQUARE SUITE 100,STAMFORD, CT 06905 |
| MANAGEMENT ADVISORS INTERNAL | PO BOX 3708,HICKORY, NC 28603-3708 |
| MARY ANNE LONG TRUST | P.O. BOX 166,O'FALLON, MO 63366-0166 |
| MATTHEWS, GEORGE T | 41986 KUDU CT,ALDIE, VA 20105 |
| MBIA INSURANCE CORPORATION | BRUCE A. WILSON, ESQ.,KUTAK ROCK LLP,1650 FARNAM STREET,OMAHA, NE 68102-2186 |
| MCDONALD HOPKINS LLC | RONALD L. BERGUM C/O SEAN D. MALLOY ATTY,600 SUPERIOR AVE, SUITE 2100 EAST,CLEVELAND, OH 44114 |
| MEADOWS LAKE OSWEGO | DAVID M. WISEBLOOD, ESQ.,SEYFARTH SHAW LLP,560 MISSION STREET, SUITE 3100,SAN FRANCISCO, CA 94105 |
| MELLI, DONNA | 119-42 80TH ROAD,KEW GARDENS, NY 11415 |
| MILLER, JULIE | 12212 ORVILLINA DRIVE,SANTA ANA, CA 92705 |
| MILLS, DEBORAH | 2679 PINE RIDGE ROAD,BRADLEY, CA 93426 |
| MISIR, INDIRA | 25 MILLSTONE DR.,BRAMPTON, ON LG4 RG2 CANADA |
| MUNDY APPRAISALS | ATTN DELBERT WILLIAM MUNDY,11427 N 12TH WAY,PHOENIX, AZ 85023 |
| NERLAND, DAVID E. | 9589 N 113TH WAY,SCOTTSDALE, AZ 85259-5868 |
| NOMURA CREDIT & CAPITAL, INC. | ATTN MARK BROWN PRESIDENT,2 WORLD FINANCIAL CTR, BUILDING B,NEW YORK, NY 10281 |
| NOMURA CREDIT & CAPITAL, INC. | RICHARD H WYONS ESQ,ORRICK HARRINGTON & SUTCLIFFE LLP,COLUMBIA CENTER,1152 15TH STREET NW,WASHINGTON, DC 20005-1706 |
| O'BRIEN, BARON | 2550 FIFTH AVE #167,SAN DIEGO, CA 92103 |
| OFFICEMAX | ATTN ANNE FULLER,CREDIT SUPERVISOR,263 SHUMAN BLVD,NAPERVILLE, IL 60563-1255 |
| PALEN, RAYMOND J (RAY) | 23 FRANCO AVE,SELDEN, NY 11784 |
| PAROTTI, PAUL | 1502 CLAY ST,NEWPORT BEACH, CA 92663 |
| PEDERSEN, TAMMY | 8840 HARPERS GLEN CT,JACKSONVILLE, FL 32256 |
| PERKINS, THOMAS J. | 1009 OLD COUNTRY RD,ELMSFORD, NY 10523 |
| POWELL, SHERVONNE | POWELL, SHERVONNE,C/O ELLEN OPPER-WEINER,3 BETHESDA METRO CENTER,SUITE 700,BETHESDA, MD 20814 |
| POWELL, SHERVONNE | 18902 MILLS CHOICE RD, #4,GAITHERSBURG, MD 20886 |
| RIGSBY, JUDITH | 100 CHACEY LN,WORTHINGTON, OH 43085 |
| ROBERTS, DAVID | 323 THOMAS RD,SEVERNA PARK, MD 21146 |
| ROYAL BANK OF SCOTLAND PLC C/O | GREENWICH CAPITAL MARKETS, INC,600 STEAMBOAT ROAD,GREENWICH, CT 06830 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ROYAL BANK OF SCOTLAND PLC C/O | BRIAN E. GOLDBERG, ESQ., DICKSTEIN SHAPIRO LLP, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| SCHREIBER, LISA M. | 39821 FOXGLOVE CT, LOVETTSVILLE, VA 20180 |
| SEGALL, ERIC | 5914 LE SAGE AVE, WOODLAND HILLS, CA 91367 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR, PRINCE ALTEE THOMAS, ESQUIRE, 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP, PHILADELPHIA, PA 19103-3291 |
| SPINELLI, JOSEPH R. JR. | 631 ELM ST., MONROE, CT 06468 |
| SPRING-FORD AREA SCHOOL DISTRICT | LIMERICK TOWNSHIP TAX COLLECTOR, PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD, 2000 MARKET STREET, 10TH FLOOR, PHILADELPHIA, PA 19103-3291 |
| SULLIVAN, ROBERT W | 3066 125TH AVE NE, BELLEVUE, WA 98005 |
| SUNSHINE CUSTOM CLEANING SERVICE | 6005 IRENE DR, HOFFMAN ESTATES, IL 60192 |
| SWEENEY, ROBERT | 696 WOODBINE DR., CARMEL, IN 46033 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER, U.S. BANK CORPORATE TRUST SERVICES, EP-MN-WS1D, 60 LIVINGSTON AVE, SAINT PAUL, MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | U.S. BANK NATIONAL ASSOCIATION, AS TTEE, ATTN KATHERINE CONSTANTINE, DORSEY & WHITNEY LLP, 50 SOUTH SIXTH ST, STE 1500, MINNEAPOLIS, MN 55402 |
| WATKINS, LONNIE R. | 885 BROADWALK CT, PALATINE, IL 60067 |
| WESOLOWSKI, KEITH M | 405 W 7TH STREET, #510, CHARLOTTE, NC 282020 |
| WHEELER, MICHAEL J/SVP+RN | 9180 LOS LAGOS, CIRCLE, GRANITE BAY, CA 95746 |

**Total Creditor Count 99**