IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
    Debtors.                                                   :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2008, I caused to be served true and correct copies of the "Notice of Partial Withdrawal of Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," dated October 23, 2008, [Docket No. 6451], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
29th day of October, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\Partial Withdrawal 15_Aff_10-23-08.doc

# EXHIBIT A

TIME: 18:00:39
DATE: 10/23/08

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM PARTIAL WTH (10/23/08)

PAGE:  1

| Name | Address |
|---|---|
| HARKWELL, RICHARD | 12808 BRIGHTON WOODS DR. ST. LOUIS MO 63131 |
| HEFNER, KENNETH R. | 30 MULHOLLAND CT MISSION VIEJO CA 92692 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC