IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :    Jointly Administered
        Debtors.                                    :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2008, I caused to be served true and correct copies of the "Notice of Partial Withdrawal of Debtors' Tenth Omnibus (non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," dated October 23, 2008, [Docket No. [6450], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
29th day of October, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\Partial Withdrawal 10_Aff_10-23-08.doc

# EXHIBIT A

TIME: 18:14:02
DATE: 10/23/08
PAGE: 1

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM 4661 PARTIAL WTH (10/23/08)

| Name | Address | | |
|---|---|---|---|
| MUNDY APPRAISALS | ATTN DELBERT WILLIAM MUNDY | 11427 N 12TH WAY PHOENIX AZ 85023 | |
| SUNSHINE CUSTOM CLEANING SERVICE | 6005 IRENE DR HOFFMAN ESTATES IL 60192 | | |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC