IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :   Jointly Administered
    Debtors.                                        :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2008, I caused to be served true and correct copies of the "Notice of Partial Withdrawal of Debtors' Fifth Omnibus (non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," dated October 23, 2008, [Docket No. [6449], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              _____
                                                      Angharad Bowdler

Sworn to before me this
____ day of October, 2008

_____
Notary Public

             STEPHANIE A. GASKIN
         NOTARY PUBLIC - STATE OF NEW YORK
                 NO. 01GA6150011
            QUALIFIED IN NEW YORK COUNTY
         MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\AHM\Affidavits\Partial Withdrawal 5_Aff_10-23-08.doc

**EXHIBIT A**

```
TIME: 18:01:20                            AMERICAN HOME MORTGAGE HOLDINGS INC.                                PAGE:   1
DATE: 10/23/08                               AHM 3879 PARTIAL WTH (10/23/08)

Name                              Address
BRAUN, PHILIP A.                  18 PINECONE LN COMMACK NY 11725
BUSINESS IMAGES & GRAPHICS INC    ATTN RICKY HALL, PRESIDENT 308 W MULBERRY SEARCY AR 72143
COSTON, BOB CHARLES               620 GOLDVINCH ST SE KNOXVILLE TN 37920
FIORE, BRIAN R                    37A KATIE CT MAHOPAC NY 10541


Total Number of Records Printed   4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC