IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | * |
| | * Case No. 07-11047-CSS |
| **AMERICAN HOME MORTGAGE** | * Chapter 11 |
| **HOLDINGS, INC.,** *et al,* | * Jointly Administered |
| | * |
| Debtors. | * Hearing Date: November 12, 2008 at 10:00 a.m. |
| _____x | |

**LIMITED OBJECTION OF THE TRUSTEES OF MALL ROAD TRUST TO DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**
(Related to Docket No. 6216)

The Trustees of Mall Road Trust[1] (the "Claimant"), through counsel, hereby file this limited objection to the Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") and respectfully state as follows:

1. Claimant, as landlord, and American Home Mortgage Corp. (the "Debtor") as tenant, were parties to a certain Lease dated as of March 1, 2005 for the use of a portion of the fourth floor of the building known as 10 Burlington Mall Road, Burlington, Massachusetts (the "Premises"). The Lease had an expiration date of February 29, 2008 (the "Expiration Date"). As security for its obligations under the Lease, the Debtor provided a cash security deposit in the amount of $24,237.

2. By a Sublease Agreement (the "Sublease") dated August 8, 2006, the Debtor, as sublandlord, subleased a portion of the Premises to Airwide Solutions, Inc. (the "Sublessee").

---

[1] Mortimer B. Zuckerman and Edward H. Linde, Trustee of Mall Road Trust under Declaration of Trust dated October 11, 1983, recorded with the Middlesex South District Registry of Deeds in Book 15270, Page 558 as amended by instrument dated October 30, 1997 and recorded with said Registry in Book 27863, Page 351, but not individually.

1

3. The Debtors commenced the above-captioned chapter 11 cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") on August 6, 2007 (the "Petition Date").

4. On or about September 27, 2007, the Debtors filed the Debtors' Fourth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment (the "Motion to Reject"). On October 17, 2007, the Court entered an order authorizing the Debtor to reject the Lease effective as of September 30, 2007 (the "Effective Date of Rejection").

5. On January 10, 2008, Claimant filed a proof of claim (filed as Claim No. 8484) (the "Original Claim") asserting a claim for damages arising out of the Debtor's rejection/breach of the Lease in the amount of $20,497.43. As set forth in the attachments to the Original Claim, the Original Claim credited the Debtor with certain amounts that were due from the Sublessee for the period between the Effective Date of Rejection and the Expiration Date.

6. On or about October 10, 2008, the Debtor filed the Objection in which it seeks to reclassify the Original Claim as a secured claim in the amount of $20,497.43.

## Limited Objection

7. On or about November 6, 2008, Claimant filed an amendment to the Original Claim (the "Amended Claim"). As detailed in the Amended Claim, the Sublessee did not pay all amounts that were due under the Sublease for the period between the Effective Date of Rejection and the Expiration Date. The amended amount of damages arising out of the Debtor's rejection/breach of the Lease is $36,709.34.

8. The Amended Claim is prima facie evidence of a claim in the amount of

$36,709.34, of which $24,237 is secured by the security deposit.

9. The Objection should be overruled and the Claimant's claim should be treated as an allowed secured claim in the amount of $24,237, with the remaining $11,472.34 allowed as a general unsecured claim.

Respectfully submitted,

Dated: November 6, 2008
      Wilmington, Delaware

_____
William J. Burnett, Esquire (ID No. 4078)
Flaster/Greenberg P.C.
913 Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 351-1910

-and-

J. David Folds, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20004
Telephone: (202) 496-7521

ATTORNEYS FOR CLAIMANT

DC:50583845.1