## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC.**, *et al.* | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of November 2008, a true and correct copy of the foregoing Limited Objection of the Trustees of Mall Road Trust to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 was served via regular first-class mail, postage prepaid, upon the party listed below.

Matthew Barry Lunn
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899

Date: November 6, 2008

/s/ William J. Burnett
William J. Burnett, Esquire (ID No. 4078)
Flaster/Greenberg P.C.
913 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 351-1910