**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 6158 |
| Debtors, | ) |

## CERTIFICATION OF COUNSEL

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about September 30, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed a Motion for Relief from the Automatic Stay ("Motion") due to defaults in the mortgage payments by the Borrower, Guillermo A. Martinez Bahena, Ref. No 6158.

2. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice filed in connection with the motion, any objection to the Motion was to be filed and served no later than November 5, 2008.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street., Suite 206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661

Dated:  November 6, 2008        Attorneys for Citimortgage, Inc.