**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 6th day of November, 2008 that service of the **Certification of Counsel** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Guillermo A. Martinez Bahena
1051 Rock Springs Road
Escondido, CA 92026
*Borrower*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant