IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
| | |
|---|---|
| In re: | Chapter 11 |
| | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-11047 (CSS) Jointly Administered |
| | |
| Debtors. | **Re: Docket Nos. 2791 and 6506** |

---------------------------------------------------------------X

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO THE DEBTORS' OBJECTION TO MOTION
OF NATIONAL CITY CAPITAL COMMERCIAL
CORPORATION FOR ENTRY OF ORDER GRANTING
ALLOWANCE AND PAYMENT OF
POST-PETITION RENT AS AN ADMINISTRATIVE EXPENSE
PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned co-counsel, hereby joins the Debtors' Objection [Docket No. 6506] (the "Objection") to the Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-petition Rent as an Administrative Expense Pursuant to 11 U.S.C § 503(b)(1)(A) [Docket No. 2791] (the "Motion") and in support thereof represents as follows:

**JOINDER**

1.   The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to be heard before this court with regard to the Motion.

2.   As set forth in the Objection, the Motion should be denied because

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

703159.002-1529406.1
128189.01600/40177439v.1

National City Capital Commercial Corporation ("National City") is not entitled to an administrative claim pursuant to Payment Plan Agreement No. 4728 (the "Agreement") because (i) the Agreement is a prepetition agreement; (ii) the Agreement is not a postpetition transaction merely because the Agreement's final installment payment came due postpetition; and (iii) the Debtors' estates received no additional rights or value from National City that did not exist as of the Petition Date.

      3.      For these reasons, and for the reasons set forth in the Objection, the Committee objects to the relief sought in the Motion.

*[Remainder of this page was intentionally left blank]*

- 3 -

WHEREFORE, the Committee respectfully requests that the Court sustain the Objection, deny the Motion, and grant any further relief as the Court may deem just and proper.

Dated: November 6, 2008

        BLANK ROME LLP

        By:*/s/ David W. Carickhoff*
           Bonnie Glantz Fatell (No. 3809)
           David W. Carickhoff (No. 3715)
           1201 Market Street, Suite 800
           Wilmington, Delaware 19801
           (302) 425-6400 - Telephone
           (302) 425-6464 - Facsimile

           - and -

        HAHN & HESSEN LLP
        488 Madison Avenue
        New York, New York 10022
        (212) 478-7200 - Telephone
        (212) 478-7400 - Facsimile
        Attn:  Mark S. Indelicato
                Edward L. Schnitzer

        Co-Counsel to the Official Committee
        of Unsecured Creditors of American Home
        Mortgage Holdings, Inc., *et al*.