# CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on November 6, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

- **JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION TO MOTION OF NATIONAL CITY CAPITAL COMMERCIAL CORPORATION FOR ENTRY OF ORDER GRANTING ALLOWANCE AND PAYMENT OF POST-PETITION RENT AS AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

*/s/David W. Carickhoff*
David W. Carickhoff (No. 3715)

128189/01600/21735808v1

2

<u>SERVICE LIST – ALL VIA E-MAIL</u>

Jeffrey S. Cianciulli, Esquire
**Weir & Partners**
1339 Chestnut Street, Suite 500
Philadelphia, PA 19109
jcianciulli@weirpartners.com
*Counsel for National City Capital Commercial Corporation*

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Joseph McMahon, Esquire
**Office of the United States Trustee**
844 King Street, Room 2313
Wilmington, DE  19801
Joseph.mcmahon@usdoj.gov

128189/01600/21735808v1