IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x    Chapter 11

In re:                                       :

                                         :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE          :
HOLDINGS, INC., a Delaware corporation, et  :    Jointly Administered
al.,                                     :

                                         :    **Hearing Date: December 10, 2008 at 2:00 p.m.**
                     Debtors.[1]      x

----------------------------------------------------------

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for

December 8, 2008 at 10:00 a.m. has been re-scheduled to December 10, 2008 at 2:00 p.m.

Any matters previously scheduled for the hearing on December 8, 2008 will now

be heard on December 10, 2008 at 2:00 p.m.

Dated:  Wilmington, Delaware
         November 6, 2008

                                       YOUNG CONAWAY STARGATT & TAYLOR,
                                       LLP
                                       */s/ Sean T. Beach*
                                       James L. Patton, Jr. (No. 2202)
                                       Robert S. Brady (No. 2847)
                                       Pauline K. Morgan (No. 3650)
                                       Sean M. Beach (No. 4070)
                                       Matthew B. Lunn (No. 4119)
                                       Patrick A. Jackson (No. 4976)
                                       The Brandywine Building
                                       1000 West Street, 17th Floor
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession