**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. Nos. 6283 |
| Debtors, | ) |

**CERTIFICATION OF COUNSEL**

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1.  On or about October 20, 2008 Whittington & Aulgur, counsel for CitiMortgage, Inc. filed a Motion for Relief from the Automatic Stay (the "Motion") due to defaults in the mortgage payments by the Borrowers, as listed on Exhibit A attached hereto.

2.  On November 4, 2008 American Homes Mortgage Holdings, Inc. and its affiliated Debtors filed a timely protective response to the Motion ("Reservation of Rights"), reserving the Debtors' rights but not objecting to the relief requested in the Motion.

3.  Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to either of the Motion.  The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the notice filed in connection with the motion, any objection to the Motion was to be filed and served no later than November 5, 2008.

The undersigned respectfully requests that the order for the motion attached hereto be entered at the convenience of the Court.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street., Suite 206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661

Dated: November 6, 2008          Attorneys for CitiMortgage, Inc.