**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :   Jointly Administered
        Debtors.                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

**CERTIFICATION OF ELIZABETH S. KARDOS IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FED.R.BANKR.P. 2014(a) FOR AN ORDER AUTHORIZING THE NUNC PRO TUNC APPROVAL OF THE REPLACEMENT OF KROLL ZOLFO COOPER LLC BY ZOLFO COOPER, LLC, SUCCESSOR IN INTEREST TO KROLL ZOLFO COOPER LLC**

**ELIZABETH S. KARDOS**, hereby certifies as follows:

1.  I am the General Counsel of Zolfo Cooper, LLC. I make this Certification to disclose the ownership change of Kroll Zolfo Cooper LLC ("KZC"), in support of entry of an Order seeking approval of the replacement of KZC by Zolfo Cooper, LLC ("ZC") nunc pro tunc to November 1, 2008, and to supplement prior disclosures made by KZC in this matter.

2.  On October 31, 2008, certain senior employees of KZC consummated the management buy out of KZC from Kroll, Inc., KZC's parent company. Pursuant to the transaction, KZC management purchased the entire business from Kroll Inc. and, therefore, all of KZC's pretransaction functions and all of KZC's employees who were employed immediately prior to the transaction closing became employees of ZC. Accordingly, there is no interruption in the delivery of services to the Debtor.

3. Pursuant to the transaction documents, KZC has or will change its name to "Zolfo Cooper, LLC" from "Kroll Zolfo Cooper LLC", and at a later date thereafter, KZC will surrender the name "Kroll Zolfo Cooper LLC". In the interim, KZC has filed a Registration of Alternate Name and is doing business under the name Zolfo Cooper, LLC ("ZC").

4. In furtherance of the original Affidavit of Stephen F. Cooper in Support of Debtors' Application for Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom dated August 2007 (the "Cooper Affidavit") and the previous supplemental affidavits (the "Supplemental Affidavits" and, collectively with the Cooper Affidavit, the "Disclosures"), I hereby supplement the disclosures that were made in the prior Disclosures.

5. As this Court is aware, prior to October 31, 2008, KZC was owned by Kroll, Inc., which, in turn was owned by the Marsh & McLennan Companies ("MMC"). Therefore, KZC has made prior relationship disclosures in this matter of KZC, Kroll and in some instances MMC and MMC's non-Kroll affiliates. As such, all of the KZC (now ZC) relationship disclosures have heretofore been made. In fact, insofar as relationship disclosures have been made of Kroll and other MMC affiliates, many of the previously disclosed relationships are no longer applicable given the change in ownership of KZC. KZC does not believe that any additional disclosures are required at this time, as a result of the above noted transaction; however, KZC acknowledges its continuing obligation to supplement KZC's prior Disclosures.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
Elizabeth S. Kardos
General Counsel

Dated: Roseland, New Jersey
November 5, 2008