**<u>EXHIBIT B</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             : Jointly Administered
    Debtors.                                                 :
                                                             : **Ref. Docket No. \_\_\_\_**
------------------------------------------------------------ x

### ORDER AUTHORIZING AND APPROVING THE REPLACEMENT
### OF KROLL ZOLFO COOPER LLC BY ZOLFO COOPER, LLC

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order, pursuant to sections 105(a) and 363 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing and approving the replacement of Kroll Zolfo Cooper LLC ("KZC") by Zolfo Cooper, LLC ("ZC"), successor in interest to KZC, in connection with the agreement between the Debtors and Stephen F. Cooper ("Cooper"), Kevin Nystrom ("Nystrom") and KZC (as modified, the "Agreement"); and upon the Certification of Elizabeth S. Kardos in support of the Motion, a copy of which is annexed as Exhibit A to the Motion; and due and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and it appearing that ZC neither holds nor represents any interest adverse to the Debtors, its creditors or the estates; and it appearing that ZC is "disinterested," as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Motion is in the best interest of the estates and their creditors; after due deliberation and sufficient cause appearing therefor, it is hereby

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED that the Motion is granted; and it is further

ORDERED that replacement of KZC by ZC is authorized and approved, effective as of November 1, 2008; and it is further

ORDERED that, except as set forth herein with respect to the Agreement between the Debtors and Cooper, Nystrom and ZC in place of KZC, to provide management services to the Debtors, the provisions this Court's prior Orders appearing at Docket Nos. 606, 3521, and 4859 are incorporated herein by reference and shall remain in full force and effect; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge