IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
                                    Debtors.        :
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       November 6, 2008

                                     /s/ Sean T. Beach
                                     James L. Patton, Jr. (No. 2202)
                                     Robert S. Brady (No. 2847)
                                     Joel A. Waite (No. 2925)
                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Matthew B. Lunn (No. 4119)
                                     Kara Hammond Coyle (No. 4410)
                                     Kenneth J. Enos (No. 4544)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Counsel for Debtors and
                                     Debtors in Possession