IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                : Jointly Administered
                            Debtors.                            :
---------------------------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

January 13, 2008 at 11:00 a.m. – Interim Fee Requests

January 27, 2008 at 10:00 a.m.

February 6, 2008 at 2:00 p.m.

February 20, 2008 at 10:00 a.m.

March 18, 2008 at 10:00 a.m.

Dated: November ____, 2008
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02:6987501.2                                                                               066585.1001