IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :  Jointly Administered
                                                                :
                        Debtors.[1]                             :  **Hearing Date: November 25, 2008 at 10:00 a.m. (ET) and**
---------------------------------------------------------------- x **November 26, 2008 at 10:00 a.m.**

## RENOTICE OF HEARING TO CONSIDER
## THE ADEQUACY OF DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE THAT** on August 15, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware *The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 8, 2008* (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of October 8, 2008* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **November 25, 2008 at 10:00 a.m. (ET) and November 26, 2008 at 10:00 a.m. (ET)** convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** the objection deadline has passed and is extended for the Borrowers' Committee only until November 20, 2008 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and the Disclosure Statement may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
November 6, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP
                              /s/ Patrick A. Jackson
                              James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession