IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., <u>et al.</u>,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, <u>et seq.</u> |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF
FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates toDocketNos. 6241, 6242, 6243, 6244, 6245, 6246, 6247, 6248,
6249, 6250, 6261, 6262, 6263, 6264, & 6493)*

Adam Hiller, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the

Court as follows:

1.      Between October 16, 2008 and October 16, 2008, the undersigned, on behalf of

numerous clients, filed each of the motions for relief from the automatic stay listed on **Exhibit A**

hereto (the "Motions").

2.      American Homes Mortgage Holdings, Inc. and its affiliated debtors in the above-

captioned case(the "Debtors"), filed a timely prtoective response to each of the Motions (Docket

No. 6493) (the "Reservation of Rights") reserving the Debtors' rights but not objection to the

relief requested in the Motions.[1]

---

[1] **The Reservation of Rights does not refernece the motion filed at Docket NO. 6493, but the movant of that
motion acknowledges that the Debtors have not waived any rights by comitting it.**

3.      Attached hereto as collective **Exhibit B** is a compilation of the orders submitted

in connection with each of the Motions.  The undersigned respectfully requests that each of the

orders attached hereto collectively as **Exhibit B** be entered at the convenience of the Court.


Dated: November 6, 2008                          Respectfully submitted,
        Wilmington, Delaware

                                                 DRAPER & GOLDBERG, PLLC


                                                  **/s/Adam Hiller**
                                                 Adam Hiller      (DE No. 4105)
                                                 1500 North French Street, 2nd Floor
                                                 Wilmington, Delaware 19801
                                                 (302) 339-8776 telephone
                                                 (302) 213-0043 facsimile