# EXHIBIT A

In re American Home Holdings, Inc., *et al.,* Case Nos. 07-11047-CSS (Chap. 11), *et seq.*

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 6241 | U.S. Bank N.A. in its capacity as Trustee for the Registered Holders of Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE8, Asset Backed Pass-Through Certificates, Series 2004-HE8 | 8660 Sylvan Avenue<br>Riverside, CA 92503 |
| 6242 | The Bank Of New York As Trustee For The Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 And/Or MERS As Appropriate | 518 Morris Park Avenue<br>Bronx, NY 10460 |
| 6243 | IndyMac Bank F.S.B. | 2549 Wildcat Ridge Rd.<br>Sevierville, TN 37862 |
| 6244 | Citigroup Global Markets Realty Corp. | 17081 Teak Court<br>Morgan Hill, CA 95037 |
| 6245 | Wells Fargo Bank, NA | 2586 Robert Trent Jones<br>Orlando, FL 32835 |
| 6246 | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-6 | 5125 West Reno Avenue<br>Las Vegas, NV 89118 |
| 6247 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 647 Darkwood Ave.<br>Ocoee, FL 34761 |
| 6248 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 740 Nettle Rd.<br>Chatsworth, GA 30705 |
| 6249 | PHH Mortgage Corporation | 13819 Visions Drive<br>La Mirada, CA 90638 |
| 6250 | Bank of America N.A | 3215 SW. 2nd Court<br>Deerfield, FL 33442 |
| 6261 | Wells Fargo Bank, NA DBA America's Servicing Co. | 4335 North Central Park Avenue<br>Chicago, IL 60618 |
| 6262 | HSBC Bank, N.A., As Trustee For The Holders Of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates And/Or MERS As Appropriate | 31733 Middlebrook Lane<br>Menifee, CA 92584 |
| 6263 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-7 Trust | 37-28 97th St.<br>Corona, NY 11368 |
| 6264 | Bank of America NA | 9222 Lost Fields Courts<br>Bristow, VA 20136 |