# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road            **Chapter:** 11
Melville, NY 11747
  **EIN:** 13–4066303

*Case No.*: 07–11047–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 10/8/08 was filed on 11/7/08 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/28/08 .

If a request for redaction is filed, the redacted transcript is due 12/8/08 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/5/09 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

*David D. Bird*

Clerk of Court

Date: 11/7/08

(ntc)