# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 11/7/2008 |
| Case: 07−11047−CSS | Form ID: ntc | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr        Quantum

                                  TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV

                                  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      American Home Mortgage Holdings, Inc.    538 Broadhollow Road    Melville, NY 11747
aty     Donald J. Bowman, Jr.    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty     Edward J. Kosmowski    Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899
aty     Edwin J. Harron    Young, Conaway, Stargatt &Taylor    The Brandywine Building    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty     Erin Edwards    Young, Conaway, Stargatt &Taylor    The Brandywine Building    17th Floor    1000 West Street    Wilmington, DE 19801
aty     Joel A. Waite    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty     Kara Hammond Coyle    Young Conaway Stargatt &Taylor LLP    1000 West St., 17th Floor    Brandywine Building    Wilmington, DE 19801
aty     Kenneth J. Enos    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty     Margaret B. Whiteman    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty     Matthew Barry Lunn    Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty     Nathan D. Grow    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg.    17th Floor    Wilmington, DE 19801−0391
aty     Patrick A. Jackson    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg 17th Fl,1000 West St    Wilmington, DE 19801
aty     Pauline K. Morgan    Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty     Quinn Emanuel    Quinn Emanuel Urquhart Oliver &Hedges
aty     Robert S. Brady    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty     Sean Matthew Beach    Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty     Sharon M Zieg    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg., 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty     Travis N. Turner    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg., 17th Fl.    1000 West Street    Wilmington, DE 19801

                                TOTAL: 18