IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                   :    Chapter 11
                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                       :
                                                         :    Jointly Administered
                                                         :
        Debtors.                                         :
------------------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 12, 2008 AT 4:00 P.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
        from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and
                               Committee

        Related Document:

            a)      Order Approving and Authorizing the Settlement Agreement by and
                    Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                    Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:      None

        Status: This matter has been resolved in part. The remainder of this matter will be
                adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.      CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to
        Release Loan Documents [D.I. 2515, 12/27/07]

        Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00
                               p.m.

        Objections Filed:

              a)      Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic
                      Stay and Compel the Debtors to Release Loan Documents [D.I. 2635,
                      1/9/08]

        Status: This matter will be will be adjourned to November 25, 2008 at 10:00 a.m.

3.      Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
        [D.I. 3474, 3/28/08]

        Response Deadline:    April 24, 2008 at 4:00 p.m.

        Responses Filed:      See Exhibit A, attached

        Related Document:

              a)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to
                      Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                      Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit A, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

4.      Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim
        Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the
                               Committee to September 8, 2008 at 4:00 p.m.

        Objections Filed:

              a)      Debtors' Limited Objection to Motion of AT&T Requesting Allowance
                      and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §
                      503(b) [D.I. 5602, 9/8/08]

              b)      Limited Joinder of Official Committee of Unsecured Creditors to Debtors'
                      Limited Objection to Motion of AT&T Requesting Allowance and

066585.1001

Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

Status: This matter will be adjourned to November 25, 2008 at 10:00 a.m.

5.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Documents:

a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

6.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

7.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

8.   Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:   June 4, 2008 at 4:00 p.m.

Related Documents:

a)   Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:   See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

9.   Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:   July 10, 2008 at 4:00 p.m.

Related Document:

a)   Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:   See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

10.   Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:   July 10, 2008 at 4:00 p.m.

Related Document:

DB02:7506346.1                                                                                    066585.1001

   a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to
         Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
         Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit G, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to
         the remainder of the relief requested and the remaining responses set forth on
         Exhibit G, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

11.   Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 5180, 7/18/08]

      Response Deadline:    August 11, 2008 at 4:00 p.m.

      Related Document:

         a)    Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to
               Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
               Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5461, 8/18/08]

      Responses Filed:    See Exhibit H, attached

      Status:  An Order has been entered that partially sustains the Objection.  With respect to
               the remainder of the relief requested and the remaining responses set forth on
               Exhibit H, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

12.   Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 5181, 7/18/08]
      Response Deadline:    August 11, 2008 at 4:00 p.m.

      Related Document:

         a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to
               Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
               Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

         b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection
               (Substantive) to Claims [D.I. 5920, 9/15/08]

         c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection
               (Substantive) to Claims [D.I. 6179, 10/2/08]

      Responses Filed:    See Exhibit I, attached

066585.1001

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

13.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 6217, 10/10/08]

Objections Filed:    Please see Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

14.    Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

Related Document:

a)    Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed: None to date

Status: This matter will be adjourned by agreement to November 25, 2008 at 10:00 a.m.

15. Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

    Objection Deadline: September 25, 2008 at 4:00 p.m.

    Related Document:

    a)  Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

    Objections Filed: See Exhibit K, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to December 10, 2008 at 2:00 p.m.

16. Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

    Objection Deadline: October 15, 2008 at 4:00 p.m.

    Related Document:

    a)  Notice of Submission of Claims [D.I. 6206, 10/10/08]

    b)  Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

    c)  Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

    Objections Filed: See Exhibit M, attached

    Status: Orders have been entered that partially sustain the Objection. The remainder of this matter will be adjourned to December 10, 2008 at 2:00 p.m.

17. Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

    Objection Deadline: November 5, 1008 at 4:00 p.m., extended to November 7, 2008

    Objections Filed: None

    Status: This matter is adjourned by agreement to November 25, 2008 at 10:00 a.m.

DB02:7506346.1                                                          066585.1001

18.  Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
     Administrative Expenses [D.I. 6460, 10/25/08]

     Objection Deadline:  November 5, 2008 at 4:00 p.m., extended to December 1, 2008 at
                          4:00 p.m.

     Objections Filed:    None to date

     Status: This matter will be adjourned by agreement to December 10, 2008 at 2:00 p.m.

19.  Pre-Trial Conference: *Community Development Administration and M&T Bank v.
     American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real
     Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and
     Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-
     50633]

     Status: The parties have reached a settlement of the matter and are in the process of
             documenting the settlement to present it to the Court for approval pursuant to Fed.
             R. Bank. P. 9019.  This matter will be adjourned to December 10, 2008 at 2:00
             p.m.

20.  Pre-Trial Conference:  *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc.
     v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

     Status: The parties have reached a settlement of the matter and are in the process of
             documenting the settlement to present it to the Court for approval pursuant to Fed.
             R. Bank. P. 9019.  This matter will be adjourned to December 10, 2008 at 2:00
             p.m.

21.  Pre-Trial Conference: *American Home Mortgage Corp., d/b/a American Brokers
     Conduit, v. Attorneys' Title Insurance Fund, Inc.* [Adv. No. 08-51039]

     Status: The parties have reached a settlement of the matter and are in the process of
             documenting the settlement to present it to the Court for approval pursuant to Fed.
             R. Bank. P. 9019.  This matter will be adjourned to December 8, 2008 at 10:00
             a.m.

## UNCONTESTED MATTERS - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL

22.  Motion for Relief from Stay – First Lien Foreclosures [See Schedule 1, attached]

     Objection Deadline:  November 5, 2008 at 4:00 p.m.

     Objections Filed:    See Schedule 1, attached

     Status: Certifications of Counsel have been filed.  No hearing is required.

8

## CONTESTED MATTERS GOING FORWARD

23.    Motion of National City Capital Commercial Corporation for Entry of Order Granting
Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to
11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to November 5, 2008 for
the Debtors and Committee

Objections Filed:

a)    Debtors' Objection to Motion of National City Capital Commercial
Corporation for Entry of Order Granting Allowance and Payment of Post-
Petition Rent as an Administrative Expenses Pursuant to 11 U.S.C. §
503(b)(1)(a) [D.I. 6506, 11/5/08]

b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors'
Objection to Motion of National City Capital Commercial Corporation for
Entry of Order Granting Allowance and Payment of Post-Petition Rent as
an Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I.
6520, 11/6/08]

Status: This matter will be will be going forward.

24.    Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 6008, 9/22/08]

Objection Deadline: October 15, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Eighteenth Omnibus (Non-Substantive)
Objection to Claims [D.I. 6463, 10/27/08]

Objections Filed:    See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection.  The remainder of
this matter will be adjourned to December 10, 2008 at 2:00 p.m. except as
otherwise noted on Exhibit L.

25.    Debtors' Twentieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6215, 10/10/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:    See Exhibit O, attached

Status: This matter will be going forward except as otherwise noted on Exhibit L.

26.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:    See Exhibit N, attached

Status: This matter will be going forward except as otherwise noted on Exhibit L.

27.    Motion of the Debtors for Order: (a)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Second Lien Assets; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (b)(i) Authorizing the Sale of the Second Lien Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving the Asset Purchase Agreement Thereto; and (iii) Granting Related Relief [D.I. 6486, 10/31/08]

Proposed Objection Deadline:    November 7, 2008 at 4:00 p.m.

Related Document:

a)    Order Shortening the Time for Notice for Motion of the Debtors for Order: (a)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Second Lien Assets; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (b)(i) Authorizing the Sale of the Second Lien Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving the Asset Purchase Agreement Thereto; and (iii) Granting Related Relief [D.I. 6494, 11/4/08]

Objections Filed:

a)    Informal Response of LaSalle Bank National Association

Status: This matter will be going forward.  The Debtors intend to Submit a revised form
of order to the Court at the hearing based on an informal response by LaSalle
Bank National Association.

Dated: Wilmington, Delaware
November 7, 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Sean M. Beach
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

11

## Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to December 10, 2008 at 2:00 p.m. |

## Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Indira Misir |  | Adjourned to December 10, 2008 at 2:00 p.m. |

## Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Karen Gravely-Robinson |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Hardin County |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Deborah Mills |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to December 10, 2008 at 2:00 p.m. |

## Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to December 10, 2008 at 2:00 p.m. |

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Souderton Area School District |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Spring-Ford Area School District |  | Adjourned to December 10, 2008 at 2:00 p.m. |

### Exhibit F, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Audrey Andrews | 4984, 7/7/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned to December 10, 2008 at 2:00 p.m. |

### Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to December 10, 2008 at 2:00 p.m. |

### Exhibit H, Twelfth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Kruse Way, LLC |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Meadows Lake Oswego |  | Adjourned to December 10, 2008 at 2:00 p.m. |

DB02:7506346.1

066585.1001

**Exhibit I, Thirteenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | David Nerland | 5320 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Countrywide | 5337, 8/8/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | FGIC | 5351, 8/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | David Holan |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Donna Melli |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Nomura Credit & Capital |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Mithcell Eininger |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Thomas Adkins, Jr. |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Kevin Kerr |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Katherine Lalime |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | GE Money Bank |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Terri Crites |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Lonnie Watkins |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | William Farnan |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Jon Lucas |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Thomas Guinta |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Joseph Spinelli, Jr. |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Charles Doyle |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Linda Larsen |  | Adjourned to December |

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | | | 10, 2008 at 2:00 p.m. |
| | George T. Matthews | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Calvin Kammeyer | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Minda Boxer | | Adjourned to December 10, 2008 at 2:00 p.m. |

### Exhibit J, Fifteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Grailing Carter | 5947, 9/17/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Office Max | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Robin Balfour | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Michael Wheeler | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Keith Wesolowski | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Mary Ann Anderson | | Adjourned to December |

15

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | | | 10, 2008 at 2:00 p.m. |
| | Julie Miller | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Thomas J. Perkins | | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Lisa M. Schreiber | | Adjourned to December 10, 2008 at 2:00 p.m. |

### Exhibit K, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Matthew Liang | 6122, 9/26/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Robert Sweeney | 6123, 9/26/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | American Express Travel Related Services | | Adjourned to December 10, 2008 at 2:00 p.m. |

### Exhibit L, Eighteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| a | Joseph Bartolotta | | Going forward |

### Exhibit M, Nineteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eric Segall | 6230, 10/15/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | DD Halpern | 6232, 10/15/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Paul Parotti | 6233, 10/15/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| | Baron O'Brien | 6235, 10/15/08 | Adjourned to December 10, 2008 at 2:00 p.m. |

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sally Hamilton | 6414, 10/22/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | American Express Travel Related Svc. Co. |  | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Joseph Bartolotta |  | The Objection is withdrawn |

### Exhibit N, Twentieth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| a | Yarling & Robinson | 6501, 11/3/08 | Going forward |

### Exhibit O, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| a | Georgia Department of Revenue | 6483, 10/31/08 | Going forward |
|  | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
|  | Connie Zinter | 5499, 11/5/08 | Adjourned to December 10, 2008 at 2:00 p.m. |
| b | New York Department of Finance | 6502, 11/5/08 | Going forward |
|  | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to December 10, 2008 at 2:00 p.m. |

DB02:7506346.1

066585.1001

**Schedule 1**

**MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATE OF NO OBJECTION**

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 1 | 6158, 9/30/08 | CitiMortgage, Inc. | 1051 Rock Springs Road, Escondido, CA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6525, 11/6/08 | No hearing is required. |
| 2 | 6165, 9/30/08 | Regions Bank | 12291 Tideswell Mill Court, Woodbridge, VA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6526, 11/6/08 | No hearing is required. |
| 3 | 6201, 10/8/08 | EMC Mortgage Corporation | 7719 Hardwood Place, Springfield, VA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certificate of No Objection , 6514, 11/6/08 | No hearing is required. |
| 4 | 6241, 10/16/08 | U.S. Bank N.A. | 8660 Sylvan Avenue, Riverside, CA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 5 | 6242, 10/16/08 | Bank of New York | 518 Morris Park Avenue, Bronx, NY | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 6 | 6243, 10/16/08 | Indymac Bank F.S.B. | 2549 WIldcate Ridge Road, Sevierville, TN | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 7 | 6244, 10/16/08 | Citigroup Global Markets Realty Corp. | 17081 Teak Court, Morgan Hill, CA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 8 | 6245, 10/16/08 | Wells Fargo Bank, NA | 2586 Robert Trent Jones, Orlando, FL | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 9 | 6246, 10/16/08 | US Bank National Association | 5125 West Reno Avenue, Las Vegas, NV | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |

DB02:7506346.1

066585.1001

| | Docket No., Date | Movant | Real Property Location | Responses, Docket No., Date | Certification of Counsel, Docket No., Date | Status |
|---|---|---|---|---|---|---|
| 10 | 6247, 10/16/08 | LaSalle Bank NA | 647 Darkwood Avenue, Ocoee, FL | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 11 | 6248, 10/16/08 | LaSalle Bank NA | 740 Nettle Road, Chatsworth, GA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 12 | 6249, 10/16/08 | PHH Mortgage Corporation | 13819 Visions Drive, La Miranda, CA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 13 | 6250, 10/16/08 | Bank of America | 3215 SW 2nd Court, Deerfield, FL | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 14 | 6261, 10/16/08 | Wells Fargo Bank, NA, dba America's Servicing Co. | 4335 North Central Park Avenue, Chicago, IL | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 15 | 6262, 10/16/08 | HSBC Bank, N.A. | 31733 Mddlebrook Lane, Menifee, CA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 16 | 6263, 10/16/08 | LaSalle Bank NA | 37-28 97th St., Corona, NY | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 17 | 6264, 10/16/08 | Bank of America NA | 9222 Lost Fields Court, Bristow, VA | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6258, 11/6/08 | No hearing is required. |
| 18 | 6283, 10/20/08 | Citimortgage, Inc. | See Exhibit A to Motion | Debtors' Reservation of Rights, 6493, 11/4/08 | Certification of Counsel, 6522, 11/6/08 | No hearing is required. |

DB02:7506346.1

066585.1001