Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD. 21037

November 4, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, DE. 19801

RE: Case No. 07-11047 (CSS)
    New Case # 07-11053
    Claim # 2871

Dear Honorable Christopher S. Sontchi:

I am in receipt of the letter forwarded to me on October 10, 2008 which claims American Home Mortgage disagrees with the claim filed in Bankruptcy Court by Residential Appraisal Service for $2,550. American Home Mortgage is stating this is a Wrong Debtor Claim and that the Modified Amount should be $1,400. I disagree with this claim and will be present for a hearing on November 12, 2008.

Enclosed the court will find a copy of each out standing Invoice with a breakdown of the Date, Service Rendered, Property Address, American Home Mortgage Branch along with the American Home Mortgage Loan Officer(s) who requested our services. There are 13 such Invoices in total for $2,550. American Home Mortgage did forward a payment for some of the Invoices but the check bounced and never cleared. Therefore, the invoices are properly noted and up to date. I have also sent a duplicate package to the Debtors; Young Conaway Stargatt & Taylor, LLP; Nathan D. Grow (No. 5014), The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE. 19801.

Sincerely,

Steven J. McAdams
Residential Appraisal Service / Review Appraiser

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) Objection Deadline: November 5, 2008 at 4:00 p.m. (ET) |
| AHM OB21 10/10/2008 (merge2.txnum2) 4000039844 EPIQ Use - 71 | ) Hearing Date: November 12, 2008 at 10:00 a.m. (ET) |

RESIDENTIAL APPRAISAL SERVICE
3303 MULBERRY ST
ATTN: STEVEN J MCADAMS
EDGEWATER, MD 21037

## NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** RESIDENTIAL APPRAISAL SERVICE
3303 MULBERRY ST
ATTN: STEVEN J MCADAMS
EDGEWATER, MD 21037

**Basis For Objection:** Modified Amount Reclassified Wrong Debtor Claim: Debtors' books and records show amount of claim should be modified, reclassified and reassigned to a new case number

| Claim to be Reduced and Reassigned | Claim # | New Case # | Claim Amount | Modified Amount |
|---|---|---|---|---|
| | 2871 | 07-11053 | Priority - $2,550.00 | Unsecured - $1,400.00 |

Debtors' books and records indicate this claim was partially satisfied. No basis for priority exists under section 507 of the Bankruptcy Code.

    The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified, Reclassified Amount" column. Additionally, the Debtors have determined that your claim should be reclassified as indicated above in the "Modified, Reclassified Amount" column and reassigned to the case number listed above in the "New Case Number" column. The Objection seeks to alter your rights by modifying the amount of your claim, by reclassifying your claim and by reassigning it to a new case number.

    Responses to the Objection, if any, must be filed on or before **November 5, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 10, 2008
       Wilmington, Delaware

                                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                            Nathan D. Grow (No. 5014)
                                                             The Brandywine Building
                                                             1000 West Street, 17th Floor
                                                             Wilmington, Delaware 19801
                                                             Telephone: (302) 571-6756

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ ResidentialAppraisalService.net
Telephone Number: (410)798-8200        Fax Number: (410)798-8227

**TO:**
Michael Clow
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

Telephone Number: (800) 795-2377    Fax Number: (800) 301-8034
Alternate Number: 410-267-9723    E-Mail: appraisalorders@homegatesen

# INVOICE

**INVOICE NUMBER**
06-12005

**DATE**
12/4/2006

**REFERENCE**
| | |
|---|---|
| Internal Order #: | 06-12005 |
| Lender Case #: | 0005037313 |
| Client File #: | |
| Main File # on form: | 06-12005 |
| Other File # on form: | 06-12005 |
| Federal Tax ID: | 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 |
| Employer ID: | |

**DESCRIPTION**

Lender: American Home Mortgage        Client: American Home Mortgage
Purchaser/Borrower: Saravia/Wright
Property Address: 11315 Gunpowder Drive
City: Fort Washington
County: Prince Georges        State: MD        Zip: 20744
Legal Description: Lot 37, Block O, Subdivision "Aragona Village"

**FEES**                                                                                    **AMOUNT**

Full Appraisal                                                                               400.00

Full Appraisal                                                     **SUBTOTAL**              400.00

**PAYMENTS**                                                                              **AMOUNT**

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ResidentialAppraisalService.net
Telephone Number: (410)798-8200    Fax Number: (410)798-8227

**TO:**
Rob Mercer
American Home Mortgage
7474 Greenway Center Drive, Suite 600
Greenbelt, MD 20770

Telephone Number: (301) 345-0525    Fax Number: (866) 866-2187
Alternate Number:    E-Mail: DayleAnn.Koch@AmericanHm.

**INVOICE NUMBER:** 07-02065
**DATE:** 2/16/2007

Internal Order #: 07-02065
Lender Case #:
Client File #:
Main File # on form: 07-02065
Other File # on form: a07-02065
Federal Tax ID: 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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage    Client: American Home Mortgage
Purchaser/Borrower: Perry, Ryan & Linda
Property Address: 1015 Lake Claire Drive
City: Annapolis
County: Anne Arundel    State: MD    Zip: 21401
Legal Description: IMPS Lot 17, Block AQ, Plat 9 of Cape Saint Claire

## FEES

| Description | Amount |
|---|---|
| URAR - Conv - Refinance | 375.00 |

Conv Appraisal    **SUBTOTAL**    375.00

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ResidentialAppraisalService.net
Telephone Number: (410)798-8200    Fax Number: (410)798-8227

**TO:**
Rob Mercer
American Home Mortgage
7474 Greenway Center Drive, Suite 600
Greenbelt, MD 20770

Telephone Number: (301) 345-0525    Fax Number: (866) 866-2187
Alternate Number:    E-Mail:

**INVOICE #:** 07-02094
**DATE:** 2/22/2007

| | |
|---|---|
| Internal Order #: | 07-02094 |
| Lender Case #: | 1644599 |
| Client File #: | |
| Main File # on form: | 07-02094 |
| Other File # on form: | 07-02094 |
| Federal Tax ID: | 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 |
| Employer ID: | |

## DESCRIPTION

Lender: American Home Mortgage
Purchaser/Borrower: Meehan, Kenneth & Sharon
Property Address: 2200 Hallow Lane
City: Bowie
County: Prince George's    State: MD    Zip: 20716
Client: American Home Mortgage
Legal Description: IMPS Lot 18, Block 192, Section 63 of Heather Hills

## FEES / AMOUNT

| Description | Amount |
|---|---|
| URAR - Conv - Refinance | 325.00 |
| 2nd Trip 2/23/2007 | 50.00 |

Full Appraisal    **SUBTOTAL**    375.00

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ ResidentialAppraisalService.net
Telephone Number: (410)798-8200     Fax Number: (410)798-8227

**TO:**
Jared Brenner
American Home Mortgage
7474 Greenway Center Drive
Suite 600
Greenbelt, MD 20770
Telephone Number: (301) 345-0525     Fax Number: (866) 646-8721
Alternate Number:                    E-Mail:

**INVOICE NUMBER:** 07-03123

**DATE:**

**REFERENCE**
Internal Order #: 07-03123
Lender Case #:
Client File #: 1645923
Main File # on form: 07-03123
Other File # on form: 07-03123
Federal Tax ID: 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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage
Purchaser/Borrower: Faulkner
Property Address: 2810 Herkimer Street
City: Baltimore
County:
Legal Description:

Client: American Home Mortgage

State: MD     Zip: 21230

## FEES | AMOUNT

| Description | Amount |
|---|---|
| Full Appraisal | 325.00 |

**SUBTOTAL** 325.00

## PAYMENTS | AMOUNT

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ ResidentialAppraisalService.net
Telephone Number: (410)798-8200      Fax Number: (410)798-8227

**TO:**
Robert Katula
American Home Mortgage
275 West Street, Suite 200
Annapolis, MD 21401

Telephone Number: (410) 267-9723      Fax Number: (866) 706-2399
Alternate Number: (866) 349-1809      E-Mail: AppraisalOrders@HomegateSe

# INVOICE

**INVOICE NUMBER**
07-05067

**DATE**
5/24/2007

**REFERENCE**
Internal Order #:  07-05067
Lender Case #:
Client File #:  1771140
Main File # on form:  241-7877923
Other File # on form:  07-05067
Federal Tax ID:  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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage
Purchaser/Borrower: Jones, Harley & Susan
Property Address: 1804 Severn Rd
City: Severn
County: Anne Arundel
Legal Description: IMPS Lot 5, Section 1 of Severn Ridge

Client: American Home Mortgage

State: MD     Zip: 21144-1002

## FEES                                                                                          AMOUNT

URAR - Conv - Refinance                                                                           375.00
7/13/2007 Convert to FHA                                                                          100.00

                                                                                      SUBTOTAL    475.00

## PAYMENTS                                                                                      AMOUNT

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ResidentialAppraisalService.net
Telephone Number: (410)798-8200      Fax Number: (410)798-8227

**TO:**
Rob Mercer
American Home Mortgage
7474 Greenway Center Drive, Suite 600
Greenbelt, MD 20770

Telephone Number: (301) 345-0525      Fax Number: (866) 866-2187
Alternate Number:      E-Mail: AppraisalOrders@HomegateServic

| | |
|---|---|
| INVOICE # | 07-05103 |
| INVOICE DATE | 5/23/2007 |
| Internal Order #: | 07-05103 |
| Lender Case #: | |
| Client File #: | 1786408 |
| Main File # on form: | 07-05103 |
| Other File # on form: | 1786408 |
| Federal Tax ID: | 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 |
| Employer ID: | |

## DESCRIPTION

Lender: American Home Mortgage            Client: American Home Mortgage
Purchaser/Borrower: Napierala, Kelly
Property Address: 1482 Carlyle Court
City: Crofton
County: Anne Arundel            State: MD            Zip: 21114
Legal Description: IMPS Unit 108, Bldg 19, Regime Lake Louise

## FEES                                              AMOUNT

| | |
|---|---|
| Condo - Purchase - RUSH | 375.00 |
| Appraisal Canceled as Contract Fell Through - | -375.00 |
| Trip Fee | 100.00 |

**SUBTOTAL**            100.00

## PAYMENTS                                         AMOUNT

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ ResidentialAppraisalService.net
Telephone Number: (410)798-8200   Fax Number: (410)798-8227

**INVOICE NUMBER:** 07-06010
**DATE:** 6/06/2007

**TO:**
Jared Brenner
American Home Mortgage
7474 Greenway Center Drive
Suite 600
Greenbelt, MD 20770
Telephone Number: (301) 345-0525   Fax Number: (866) 646-8721
Alternate Number:    E-Mail:

**REFERENCE**
Internal Order #: 07-06010
Lender Case #:
Client File #: 1799784
Main File # on form: 07-06010
Other File # on form: 1799784
Federal Tax ID: 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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage
Purchaser/Borrower: Maurice McFarland & Charlotte McFarland
Property Address: 8917 57th Avenue
City: Berwyn Heights
County: Prince George's    State: MD    Zip: 20740-4305
Client: American Home Mortgage
Legal Description: Lot 14, Block 26, Subdivision: Berwyn Heights

## FEES

| Description | Amount |
|---|---|
| Full Appraisal - | 375.00 |
| 2nd Trip - 6/12/2007 | 100.00 |

Full Appraisal    **SUBTOTAL**   475.00

## PAYMENTS    AMOUNT

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642

Telephone Number: 410-798-8200    Fax Number: 410-798-8227

**TO:**
Robert Katula
American Home Mortgage
275 West Street, Suite 200
Annapolis, MD 21401

Telephone Number: (410) 267-9723    Fax Number: (866) 706-2399
Alternate Number: (866) 349-1809    E-Mail: AppraisalOrders@HomegateSe

**INVOICE NUMBER:** 07-06140
**DATE:** 7/6/2007

**REFERENCE**
Internal Order #: 07-06140
Lender Case #:
Client File #: 1829429
Main File # on form: 07-06140
Other File # on form: 1829429
Federal Tax ID: 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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage
Purchaser/Borrower: Wheeler, Patrick
Property Address: 115 New Jersey Road
City: Stevensville
County: Queen Anne
Legal Description: IMPS Lots 24-26, Block H, Section 3

Client: American Home Mortgage

State: MD    Zip: 21666

## FEES | AMOUNT

FHA - Sale — 400.00

Full Appraisal

**SUBTOTAL** 400.00

## PAYMENTS | AMOUNT

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ ResidentialAppraisalService.net
Telephone Number: (410)798-8200    Fax Number: (410)798-8227

**TO:**
Michael Clow
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

Telephone Number: (800) 795-2377    Fax Number: (800) 301-8034
Alternate Number:    E-Mail: appraisalorders@homegatesen

07-07001

| | |
|---|---|
| Internal Order #: | 07-07001 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 249-5083839 |
| Other File # on form: | 1829767 |
| Federal Tax ID: | 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 |
| Employer ID: | |

## DESCRIPTION

Lender: American Home Mortgage    Client: American Home Mortgage
Purchaser/Borrower: Torki
Property Address: 9706 53rd Ave
City: College Park
County: Prince Georges    State: MD    Zip: 20740-1508
Legal Description: Lot 51, Block YOU, Subdivision "Hollywood"

## FEES                                                                                   AMOUNT

| | |
|---|---|
| Full Appraisal | 350.00 |

| | |
|---|---|
| Full Appraisal    **SUBTOTAL** | 350.00 |

## PAYMENTS                                                                                AMOUNT

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ResidentialAppraisalService.net
Telephone Number: (410)798-8200    Fax Number: (410)798-8227

**INVOICE NUMBER:** 07-07021
**DATE:** 7/11/2007

**TO:**
Michael Clow
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

Telephone Number: (800) 795-2377    Fax Number: (800) 301-8034
Alternate Number:    E-Mail: appraisalorders@homegatesen

**REFERENCE**
Internal Order #: 07-07021
Lender Case #: 1830572
Client File #:
Main File # on form: 07-07021
Other File # on form: 1830572
Federal Tax ID: 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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage    Client: American Home Mortgage
Purchaser/Borrower: Mohammad Forsaty
Property Address: 2 Hyacinth Court
City: Gaithersburg
County: Montgomery    State: MD    Zip: 20878
Legal Description: Impsunit 8-1 Par 2 Sec 2 Shady Grove Village

## FEES | AMOUNT

| Description | Amount |
|---|---|
| Full Appraisal | 375.00 |

| | |
|---|---|
| Full Appraisal | **SUBTOTAL** 375.00 |

**PAYMENTS** | **AMOUNT**

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642

Telephone Number: (410)798-8200  Fax Number: (410)798-8227

**TO:**
Michael Clow
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

Telephone Number:
Alternate Number: (800) 795-2377
Fax Number: (800) 301-8034
E-Mail: appraisalorders@homegatesen

**INVOICE NUMBER:** 07-07034
**DATE:** 7/11/2007

**REFERENCE**
Internal Order #: 07-07034
Lender Case #:
Client File #:
Main File # on form: 07-07034
Other File # on form: 1829767
Federal Tax ID: 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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage
Purchaser/Borrower: Torki
Property Address: 9706 53rd Avenue
City: College Park
County: Prince Georges
Legal Description:

Client: American Home Mortgage

State: MD    Zip: 20740

## FEES | AMOUNT

Final Inspection | 100.00

Final Inspection    **SUBTOTAL**    100.00

**PAYMENTS** | **AMOUNT**

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642

Telephone Number: (410)798-8200   Fax Number: (410)798-8227

**TO:**
Bob Katula
American Home Mortgage
275 West Street
Suite 200
Annapolis, Md 21401
Telephone Number: (410) 267-9723   Fax Number:
Alternate Number:   E-Mail: bkatula2@aol.com

07-07048

**Internal Order #:** 07-07048
**Lender Case #:**
**Client File #:**
**Main File # on form:** 1829429
**Other File # on form:**
**Federal Tax ID:** 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
**Employer ID:**

## DESCRIPTION

**Lender:** American Home Mortgage   **Client:** American Home Mortgage
**Purchaser/Borrower:** Wheeler
**Property Address:** 115 New Jersey Road
**City:** Stevensville
**County:** Quenn Anne   **State:** MD   **Zip:** 21666
**Legal Description:** Imps Lots 24-26, Block H, Section 3

## FEES | AMOUNT

Final Inspection — 100.00

Final Inspection   **SUBTOTAL**   100.00

**PAYMENTS**   AMOUNT

# INVOICE

**FROM:**
Steven J. McAdams, CREA
Residential Appraisal Service
3303 Mulberry Street
Edgewater, MD 21037-1642
Steve@ResidentialAppraisalService.net
Telephone Number: (410)798-8200    Fax Number: (410)798-8227

**TO:**
Rob Mercer
American Home Mortgage

Telephone Number: (301) 345-0525    Fax Number: (866) 646-8721
Alternate Number:    E-Mail:

**INVOICE NUMBER:** 07-07056
**DATE:** 7/25/2007

**REFERENCE**
Internal Order #: 07-07056
Lender Case #:
Client File #:
Main File # on form: 07-07056
Other File # on form: 1845940
Federal Tax ID: 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
Employer ID:

## DESCRIPTION

Lender: American Home Mortgage    Client: American Home Mortgage
Purchaser/Borrower: Bottner
Property Address: 2945 Cassidy Pl
City: Waldorf
County: Charles    State: MD    Zip: 20601-3766
Legal Description: Lot 9, Grid 4, Map 7, Parcel 398 " Somerset "

## FEES                                                                                     AMOUNT

| Description | Amount |
|---|---|
| Full Appraisal | 350.00 |

| | | |
|---|---|---|
| Full Appraisal | **SUBTOTAL** | 350.00 |

**PAYMENTS**                                                                                AMOUNT