# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2008

Page: 1
11/06/2008

American Home Mortgage
538 Broadhollow Road          Account No:        98077M
Melville  NY  11747

Attn: Carlo Colagiacomo

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-046 SEC v. NJ Affordable Homes | | | |
|  | 378.00 | 0.00 | $378.00 |
| 98077-068 First American Title Insurance Co. | | | |
|  | 0.00 | 222.79 | $222.79 |
| 98077-089 Post Petition Representation | | | |
|  | 5,013.00 | 399.44 | $5,412.44 |
|  | 5,391.00 | 622.23 | $6,013.23 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2008

Page: 1
11/06/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-046M
Statement No:    33

Attn: Carlo Colagiacomo

SEC v. NJ Affordable Homes

| | | | Hours | |
|---|---|---|---|---|
| 09/15/2008 | | | | |
| | DMS | review demand from RFC re: second lien loans (.4); send memo to C. Colagiacomo (.1); | 0.50 | |
| 09/30/2008 | | | | |
| | DMS | telephone conference with H. Ryder re: AHM loans (.4); | 0.40 | |
| | | For Current Services Rendered | 0.90 | 378.00 |
| | | Total Current Work | | 378.00 |
| | | Balance Due | | $378.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2008

|  |  |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 11/06/2008 |
| Melville NY 11747 | Account No:  98077-068M |
|  | Statement No:  22 |

Attn: Carlo Colagiacomo

First American Title Insurance Co.

| | |
|---|---|
| Lexis/Westlaw Research | 222.79 |
| Total Expenses Posted Through 09/30/2008 | 222.79 |
| Total Current Work | 222.79 |
| Balance Due | $222.79 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2008

| | |
|---|---|
| | Page: 1 |
| American Home Mortgage | 11/06/2008 |
| 538 Broadhollow Road | Account No:    98077-089M |
| Melville NY 11747 | Statement No:    17 |

Attn: Carlo Colagiacomo

Post Petition Representation

| | | | Hours |
|---|---|---|---|
| 09/02/2008 | | | |
| | MMJ | prepare GA and SD personal information forms for B. Fernandes (0.4); draft memo to B. Fernandes and C. Colagiacomo re: same (0.7); | 1.10 |
| | HJR | telephone call from MS regulator re: notification transition request (0.3); prepare licensing summary (0.1); draft email to C. Colagiacomo re: same (0.1); | 1.40 |
| 09/03/2008 | | | |
| | MMJ | prepare AZ and WI annual report filings (0.4); telephone call to ID regulator re: pin number for annual report (0.2); draft e-mail to C. Colagiacomo re: ID annual report filing instructions (0.2); | 0.80 |
| | HJR | prepare MS NMLS license transition app. (0.4); draft email to C. Colagiacomo re: same (0.3); draft email to C. Colagiacomo re: surety bonding requirements (0.8); | 1.50 |
| | SBV | telephone calls to/from C. Colagiacomo re: status of new cases (.1); | 0.10 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
11/06/2008
Account No:   98077-089M
Statement No:            17

American Home Mortgage

Post Petition Representation

| | | Hours |
|---|---|---|
| **09/04/2008** | | |
| MMJ | prepare AZ and WY Annual Reports (0.7); draft e-mail to C. Colagiacomo re: same (0.3); | 1.00 |
| **09/08/2008** | | |
| MMJ | draft e-mail to C. Colagiacomo re: MI name change (0.2); | 0.20 |
| HJR | review email to outside counsel re: CA license surrender (0.1); | 0.10 |
| **09/11/2008** | | |
| MMJ | prepare VA annual report (0.3); draft e-mail to C. Colagiacomo re: same (0.2); | 0.50 |
| HJR | review/draft emails to D. Robertson, J. Kalas re: CA and MI name changes (0.2); confer with D. Souders re: AHM SV, Inc. regulatory actions (0.2); | 0.40 |
| SBV | telephone conference with C. Colagiacomo re: status of new cases (.2); | 0.20 |
| **09/12/2008** | | |
| HJR | telephone call to GA regulator re: officer change (0.3); | 0.30 |
| DMS | teleconference with C. Colagiacomo re: new cases (.3); send memo to M. Whiteman with new cases (.2); | 0.50 |
| **09/15/2008** | | |
| MMJ | send e-mail to C. Colagiacomo re: upcoming filings (0.2); telephone call from C. Colagiacomo re: same (0.3); prepare KS State Certification forms (1.0); | 1.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
11/06/2008
Account No:    98077-089M
Statement No:              17

|  |  |  | Hours |
|---|---|---|---|
| 09/16/2008 |  |  |  |
|  | MMJ | update KS certification forms (0.6); draft letters to state regulators re: same (0.9); | 1.50 |
|  | DMS | teleconference with counsel for RFC re: second lien loan (.3); send memo to M. Whitehead (.2); | 0.50 |
|  | HJR | draft email to MI regulator re: name and address change (0.2); review KS license app regulatory certification letters (0.3); | 0.50 |
| 09/17/2008 |  |  |  |
|  | DMS | review correspondence from South Brooklyn Legal Services regarding subpoena to AHM (.3); review loan file (.5); send memo to C. Colagiacomo re: subpoena (.2); | 1.00 |
| 09/19/2008 |  |  |  |
|  | HJR | draft email to D. Souders re: surety bond requirements (0.1); | 0.10 |
| 09/23/2008 |  |  |  |
|  | VTL | review invoices in support of WBSK's 12th Fee Application (.3); preparation of WBSK's 12th Fee Application (1.3); | 1.60 |
|  | DMS | draft letter to plaintiffs' counsel in the Jack case re: subpoena to American Home Mortgage Corp. (1.1); teleconference with S. Alegna at American Home (.3); teleconference with C. Colagiacomo at American Home (.2); review documents for production (.5); review and revise WBSK's 12th fee application (.5); | 2.60 |
|  | SBV | review and analyze complaint allegations re: strategy for responding to Beall |  |

WEINER BRODSKY SIDMAN KIDER PC·

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 4

American Home Mortgage

11/06/2008

Account No: 98077-089M

Statement No: 17

Post Petition Representation

| | | | Hours | |
|---|---|---|---|---|
| | | complaint on behalf of various AHM entities (1.8); | 1.80 | |
| 09/24/2008 | SBV | telephone conference with J. Bowman re: extension to respond to complaint (.1); prepare correspondence to J. Bowman re: extension to respond to complaint (.1); | 0.20 | |
| | | For Current Services Rendered | 19.40 | 5,013.00 |

| | |
|---|---|
| Photocopy Expenses | 16.30 |
| Express Mail/Federal Express Charges | 236.34 |
| Postage Expenses | 15.04 |
| Legal Notice Fees | 131.76 |
| Total Expenses Posted Through 09/30/2008 | 399.44 |
| Total Current Work | 5,412.44 |
| Balance Due | $5,412.44 |

Your trust account #1 balance is

| | |
|---|---|
| Opening Balance | $250.00 |
| Closing Balance | $250.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Carlo Colagiacomo

Page: 1
11/06/2008
Account No:        98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 4,515.00 | 168.00 | 0.00 | -882.00 | $3,801.00 |
| 98077-093 Beall v. ABC | | | | |
| 0.00 | 5,457.50 | 9.20 | 0.00 | $5,466.70 |
| 4,515.00 | 5,625.50 | 9.20 | -882.00 | $9,267.70 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Carlo Colagiacomo

|  |  |
|---|---|
|  | Page: 1 |
|  | 11/06/2008 |
| Account No: | 98077-092M |
| Statement No: | 9 |

Cauthorne

| | |
|---|---|
| Previous Balance | $4,515.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/11/2008 |  |  |  |  |
| | DMS | review settlement agreement (.2); | | |
| | | teleconference with C. Colagiacomo (.2); | 0.40 | |
| | | For Current Services Rendered | 0.40 | 168.00 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 0.40 | $420.00 | $168.00 |

| | |
|---|---|
| Total Current Work | 168.00 |

| | | |
|---|---|---|
| 09/26/2008 | Payment - Thank you. | -705.60 |
| 10/24/2008 | Payment - Thank you. | -176.40 |
| | Total Payments | -882.00 |
| | Balance Due | $3,801.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Cauthorne

Page: 2
11/06/2008
Account No:    98077-092M
Statement No:    9

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2008

Page: 1
11/06/2008

American Home Mortgage
538 Broadhollow Road                Account No:    98077-093M
Melville NY 11747                   Statement No:            1

Attn: Carlo Colagiacomo

Beall v. ABC

|  |  | | Hours |  |
|---|---|---|---|---|
| 09/26/2008 | | | | |
| KDT | analysis of complaint (.5); legal research for motion to dismiss (1.1); | | 1.60 | |
| 09/29/2008 | | | | |
| KDT | develop motion to dismiss (5.1); | | 8.40 | |
| 09/30/2008 | | | | |
| KDT | review motion to dismiss (1.0); research re: ECOA (1.5); research plaintiff's bankruptcy status (.4); research negligence (1.5); initial drafting of argument section (1.1); research equitable tolling (1.5); research re: RICO and yield spread premium (1.5); | | 8.50 | |
| | For Current Services Rendered | | 18.50 | 5,457.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kristin D. Thompson | 18.50 | $295.00 | $5,457.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

11/06/2008

Account No:    98077-093M

Statement No:                    1

Beall v. ABC

| | |
|---|---:|
| Photocopy Expenses | 9.20 |
| Total Expenses Posted Through 09/30/2008 | 9.20 |
| Total Current Work | 5,466.70 |
| Balance Due | $5,466.70 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.