# EXHIBIT VIII

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :    Jointly Administered
                                                                 :
       Debtors.                                                  :
                                                                 :    **Ref. Docket No. _____**
----------------------------------------------------------------- x

**ORDER SUSTAINING DEBTORS' TWENTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the twenty-third omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E, and F hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit B are hereby modified by decreasing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit B; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reclassified as general unsecured claims and reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit D; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit E are hereby (i) modified by reducing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit E, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit F are hereby (i) modified by reducing the amounts to the dollar values listed under the column titled "Modified

Amount" in Exhibit F, and (ii) reclassified to the priority levels indicated in the column titled

"Modified Amount" in Exhibit F; and it is further

        ORDERED that the Debtors reserve the right to amend, modify or supplement

this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is

further

        ORDERED that the Debtors reserve the right to object to any of the Disputed

Claims on any grounds in future omnibus objections to claims; and it is further

        ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
       December ___, 2008

                                              _____
                                              CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A
## No Liability Claims

| | | | Objectionable Claims | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| DIXON, BRENDA S.<br>PO BOX 1932<br>SIERRA VISTA, AZ 85636 | 10197 | 4/10/08 | No Case | $285,600.00 (S)<br>- (A)<br>$2,096.26 (P)<br>$327.83 (U)<br>$288,024.09 (T) | Debtors' records indicate all taxes were paid on 4/22/08 and 10/22/07. Insurance was paid on 4/7/08. The secured portion of this claim represents the original loan amount the borrower owes the Debtors |
| LIVINGSTON COUNTY<br>ATTN DIANNE H HARDY, TREASURER<br>200 E GRAND RIVER AVE<br>HOWELL, MI 48843 | 10288 | 4/28/08 | No Case | $985.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$985.69 (T) | Claim for taxes related to property in Michigan. Debtors' records show no indication that they ever serviced a mortgage for this property. |
| NAPA COUNTY TAX COLLECTOR<br>NAPA COUNTY CENTRAL COLLECTIONS<br>1195 THIRD STREET RM 108<br>ATT SANDRA NEWBURN ACCOUNTING SPECIALIST<br>NAPA, CA 94559-3050 | 7402 | 1/7/08 | 07-11047 | $12,963.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$12,963.09 (T) | Debtors' records indicate the payment of claimed taxes is the borrower's responsibility |
| NAPA COUNTY TAX COLLECTOR<br>NAPA COUNTY CENTRAL COLLECTIONS<br>1195 THIRD STREET RM 108<br>ATT SANDRA NEWBURN ACCOUNTING SPECIALIST<br>NAPA, CA 94559-3050 | 7426 | 1/7/08 | 07-11047 | $8,118.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,118.20 (T) | Debtors' records indicate that loan was sold to GMAC on 10/13/06 and claimed taxes are not AHM's responsibility |
| SCOTT, LAURA E<br>10517 LIBERTY RD<br>RANDALLSTOWN, MD 21133 | 9039 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,060.00 (U)<br>$2,060.00 (T) | Debtors' records indicate no liability for claimed amounts. |
| **Totals:** | **5 Claims** | | | **$307,666.98 (S)**<br>**- (A)**<br>**$2,096.26 (P)**<br>**$2,387.83 (U)**<br>**$312,151.07 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B
## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CORNERSTONE APPRAISAL SERVICES, LLC<br>334 E KEARNEY PMB 174<br>SPRINGFIELD, MO 65803 | 2 | 8/16/07 | 07-11053 | - (S)<br>- (A)<br>$150.00 (P)<br>$150.00 (U)<br>$150.00 (T) | - (S)<br>- (A)<br>- (P)<br>$150.00 (U)<br>$150.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O. FREEDGOOD, MANAGING DIR.<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 8383 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$32,728.38 (U)<br>$32,728.38 (T) | - (S)<br>- (A)<br>- (P)<br>$2,055.55 (U)<br>$2,055.55 (T) | Modified to match Debtors' books and records. Fee portion of this claim has been satisfied |
| **Totals:** | **2 Claims** | | | - (S)<br>- (A)<br>$150.00 (P)<br>$32,878.38 (U)<br>$32,878.38 (T) | - (S)<br>- (A)<br>- (P)<br>$2,205.55 (U)<br>$2,205.55 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**
**Reclassified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| COASTAL BEND REAL ESTATE SVCS<br>ATTN RAULIE L. IRWIN, JR. - OWNER<br>PO BOX 1033<br>GOLIAD, TX 77963 | 3849 | 11/29/07 | 07-11053 | - (S)<br>- (A)<br>$50.00 (P)<br>- (U)<br>$50.00 (T) | - (S)<br>- (A)<br>- (P)<br>$50.00 (U)<br>$50.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| FIDELITY COURT ASSOCIATES<br>DANA S. PLON, ESQUIRE<br>SIRLIN GALLOGLY & LESSER, P.C.<br>1529 WALNUT STREET, SUITE 600<br>PHILADELPHIA, PA 19102 | 1526 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$115,039.80 (U)<br>$115,039.80 (T) | $8,428.50 (S)<br>- (A)<br>- (P)<br>$106,611.30 (U)<br>$115,039.80 (T) | Claim is secured by a $8,428.50 security deposit currently in the claimant's possession. |
| SERVICEMASTER MID STATE 2<br>ATTN JAMES SELETOS<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | 1334 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$44.91 (P)<br>$479.54 (U)<br>$524.45 (T) | - (S)<br>- (A)<br>- (P)<br>$524.45 (U)<br>$524.45 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| **Totals:** | | **3 Claims** | | - (S)<br>- (A)<br>$94.91 (P)<br>$115,519.34 (U)<br>$115,614.25 (T) | $8,428.50 (S)<br>- (A)<br>- (P)<br>$107,185.75 (U)<br>$115,614.25 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Reclassified Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | | |
| BN REAL ESTATE INC<br>6701 WASHINGTON BLVD UNIT B<br>ARLINGTON, VA 222131041 | 477 | 9/10/07 | No Case | - (S)<br>- (A)<br>$20.00 (P)<br>$375.00 (U)<br>$395.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$395.00 (U)<br>$395.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| CHEVALIER, KENNETH M.<br>3907 - 42ND ST.<br>DES MOINES, IA 50310 | 635 | 10/11/07 | No Case | - (S)<br>- (A)<br>$389.00 (P)<br>- (U)<br>$389.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$389.00 (U)<br>$389.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| DALEY, MICHAEL A.<br>1809 NE WATERFIELD VILLAGE CT<br>BLUE SPRINGS, MO 64014 | 403 | 9/7/07 | No Case | - (S)<br>- (A)<br>$148,018.42 (P)<br>- (U)<br>$148,018.42 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$137,068.42 (U)<br>$148,018.42 (T) | - (S) Pursuant to section 507(a)(4)<br>- (A) of the Bankruptcy Code, only<br>- (P) $10,950 of alleged claim is<br>entitled to priority |
| HOLLOWAY, MARK S.<br>7007 MARYLAND DR<br>URBANDALE, IA 50322 | 6015 | 12/14/07 | No Case | - (S)<br>- (A)<br>$406.61 (P)<br>- (U)<br>$406.61 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$406.61 (U)<br>$406.61 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| JOHNSON, PAUL J.<br>3 WESTFIELD LN<br>ROCKY RIVER, OH 44116 | 1272 | 9/27/07 | No Case | - (S)<br>- (A)<br>$44,900.00 (P)<br>- (U)<br>$44,900.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$33,950.00 (U)<br>$44,900.00 (T) | - (S) Pursuant to section 507(a)(4)<br>- (A) of the Bankruptcy Code, only<br>- (P) $10,950 of alleged claim is<br>entitled to priority |
| JVI<br>ATTN VICE PRESIDENT<br>951 MARKET PROMENADE AVE<br>STE 2101<br>LAKE MARY, FL 32746 | 8852 | 1/11/08 | No Case | - (S)<br>- (A)<br>$82,260.00 (P)<br>- (U)<br>$82,260.00 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$82,260.00 (U)<br>$82,260.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| MUNDY APPRAISALS<br>ATTN DELBERT WILLIAM MUNDY<br>11427 N 12TH WAY<br>PHOENIX, AZ 85023 | 10335 | 4/30/08 | 07-11047 | - (S)<br>- (A)<br>$2,475.00 (P)<br>- (U)<br>$2,475.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,475.00 (U)<br>$2,475.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| RE/MAX ADVANTAGE<br>ATTN: MIKE BARRY<br>166 SOUTH MAIN STREET<br>JONESBORO, GA 30236 | 3344 | 11/26/07 | No Case | - (S)<br>- (A)<br>$7,871.77 (P)<br>- (U)<br>$7,871.77 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$7,871.77 (U)<br>$7,871.77 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code<br>(U)<br>(T) |
| SCHREIBER, LISA M.<br>39821 FOXGLOVE CT<br>LOVETTSVILLE, VA 20180 | 7923 | 1/9/08 | No Case | - (S)<br>- (A)<br>$479,725.00 (P)<br>- (U)<br>$479,725.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$468,775.00 (U)<br>$479,725.00 (T) | - (S) Pursuant to section 507(a)(4)<br>- (A) of the Bankruptcy Code, only<br>$10,950 of alleged claim is<br>entitled to priority |
| **Totals:** | 9 Claims | | | - (S)<br>- (A)<br>$766,065.80 (P)<br>$375.00 (U)<br>$766,440.80 (T) | | - (S)<br>- (A)<br>$32,850.00 (P)<br>$733,590.80 (U)<br>$766,440.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E
## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| BERRY, JOHN A. <br> 16214 S 16TH LN <br> PHOENIX, AZ 85045-1725 | 256 | 9/4/07 | 07-11052 | - (S) <br> - (A) <br> $300.00 (P) <br> $300.00 (U) <br> $300.00 (T) | 07-11051 | - (S) <br> - (A) <br> $300.00 (P) <br> $300.00 (U) <br> $300.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| CLONINGER, WESLEY <br> 843 ESTUARY CT <br> ROCK HILL, SC 297328355 | 817 | 9/14/07 | No Case | - (S) <br> - (A) <br> $205.00 (P) <br> $205.00 (U) <br> $205.00 (T) | 07-11050 | - (S) <br> - (A) <br> $205.00 (P) <br> $205.00 (U) <br> $205.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| KAPPELMAN, JOSHUA E. <br> 1089 HIGH VALLEY LN <br> SHILOH, IL 62221 | 30 | 8/21/07 | 07-11047 | - (S) <br> - (A) <br> $2,440.00 (P) <br> - (U) <br> $2,440.00 (T) | 07-11051 | - (S) <br> - (A) <br> $619.00 (P) <br> - (U) <br> $619.00 (T) | Modified to match Debtors' books and records. Claim is partially duplicative with claim 188 and partially satisfied |
| SURVEY ASSOCIATES <br> ATTN LINDA LIVELY <br> PO BOX 17369 <br> SAN ANTONIO, TX 78217 | 2327 | 11/16/07 | No Case | - (S) <br> - (A) <br> $389.25 (P) <br> $389.25 (U) <br> $389.25 (T) | 07-11050 | - (S) <br> - (A) <br> $389.25 (P) <br> $389.25 (U) <br> $389.25 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| WELCHER, KENNETH <br> 135 CAMINO DEL SOL <br> SANTA CRUZ, CA 95065 | 2293 | 11/15/07 | No Case | - (S) <br> - (A) <br> $381.00 (P) <br> $381.00 (U) <br> $381.00 (T) | 07-11053 | - (S) <br> - (A) <br> $381.00 (P) <br> $381.00 (U) <br> $381.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| Totals: | 5 Claims | | | - (S) <br> - (A) <br> $3,715.25 (P) <br> $1,275.25 (U) <br> $3,715.25 (T) | | - (S) <br> - (A) <br> $619.00 (P) <br> $1,275.25 (U) <br> $1,894.25 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## Modified Amount Reclassified Claims

|  |  |  |  | Objectionable Claims |  |  |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| COACHELLA VALLEY APPRAISAL P.O. BOX 1173 PALM SPRINGS, CA 92263 | 2267 | 11/15/07 | 07-11053 | $6,435.00 (S) - (A) $4,375.00 (P) - (U) $10,810.00 (T) | - (S) - (A) - (P) $6,900.00 (U) $6,900.00 (T) | Modified to match Debtors' books and records. No basis for priority claim exists under section 507 of the Bankruptcy Code |
| HAAG, GREGORY L. JOSEPH Y. LONGMIRE, JR. 103 BLUEGRASS COMMONS BLVD HENDERSONVILLE, TN 37075 | 1625 | 10/15/07 | 07-11051 | - (S) - (A) $48,840.00 (P) - (U) $48,840.00 (T) | - (S) - (A) - (P) $425.00 (U) $425.00 (T) | Debtors' records show no indication that claimed commissions are due and claimant has provided insufficient documentation to support this claim |
| WAXMAN, HILLARY 130 ROUND HILL RD ROSLYN HEIGHTS, NY 11577 | 1219 | 9/25/07 | 07-11051 | - (S) - (A) $19,497.82 (P) - (U) $19,497.82 (T) | - (S) - (A) $5,192.31 (P) $164.48 (U) $5,356.79 (T) | Modified to match Debtors' books and records. No support of 4 weeks wages due provided |
| **Totals:** | **3 Claims** |  |  | **$6,435.00 (S) - (A) $72,712.82 (P) - (U) $79,147.82 (T)** | **- (S) - (A) $5,192.31 (P) $7,489.48 (U) $12,681.79 (T)** |  |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Printed on 11/7/2008 at 9:20:45AM*