IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              : Jointly Administered
         Debtors.                                             :
---------------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 22, 2008, I caused to be served

    a.   A creditor specific Customized Exhibit to Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A and

    b.   "Notice of Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1" dated September 22, 2008, to which is attached the "Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1" dated September 22, 2008, [Docket No. 6008]

    by causing true and correct copies, enclosed in postage prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
29th day of September, 2008

_____
Notary Public

> ELLI PETRIS
> NOTARY PUBLIC, STATE OF NEW YORK
> NO. 01PE6175879
> QUALIFIED IN NASSAU COUNTY
> COMMISSION EXPIRES 11-22-2011

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: October 15, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: October 22, 2008 at 10:00 a.m. (ET) |
| AHM OB18 9/22/2008 (merge2.txnum2) 4000209471 EPIQ Use - 1 | ) |

AUSTIN APPRAISAL COM INC, THE
238 MATHIS FERRY RD, STE 103
MT. PLEASANT, SC  29464


NOTICE OF DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** AUSTIN APPRAISAL COM INC, THE     Basis For Objection:   Late Filed Claim - Claim was filed after the bar date.
238 MATHIS FERRY RD, STE 103
MT. PLEASANT, SC  29464

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 10463 | $325.00 | January 11, 2008 | August 22, 2008 |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The claim listed above in the "Claim to be Expunged" row was filed after the bar date, January 11, 2008 at 4:00 p.m. (ET). As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

      Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

      A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
      Wilmington, Delaware

                                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                    James L. Patton, Jr. (No. 2202)
                                                    Pauline K. Morgan (No. 3650)
                                                    Edward J. Kosmowski (No. 3849)
                                                    Kara Hammond Coyle (No. 4410)
                                                    Nathan D. Grow (No. 5014)
                                                     The Brandywine Building
                                                    1000 West Street, 17th Floor
                                                    Wilmington, Delaware  19801
                                                    Telephone: (302) 571-6756
                                                    Facsimile: (302) 571-1253

                                                    Counsel to the Debtors and Debtors in Possession

# EXHIBIT B

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by September 22, 2008 and sent to the following:

NOTICE OF DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

AUSTIN APPRAISAL COM INC, THE
238 MATHIS FERRY RD, STE 103
MT. PLEASANT, SC 29464

BALFOUR, ROBIN
1315 N WALNUT AVE
ARLINGTON HEIGHTS, IL 60004

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

CABLEVISION
BANKRUPTCY, 3RD FLOOR
200 JERICHO QUADRANGLE
JERICHO, NY 11753

CHATZIANTONIOU, TASO
37-37 REGATTA PL
DOUGLASTON, NY 11363

CIMINO, MATTHEW T.
1047 ROUSSEAU DRIVE
WEBSTER, NY 14580

CLARK, MICHAEL D.
47 N CHESTERFIELD RD
COLUMBUS, OH 43209

COMMIATO, MARY T.
16439 BRAMBLING
HOUSTON, TX 77059

CONSTANT, NADINE
113 BELMONT PKWY
HEMPSTEAD, NY 11550

CUEVAS, SERGIO C.
109 CENTENNIAL AVE
CRANFORD, NJ 07016

DAUENHEIMER, JEAN
3 VAN ORDEN ROAD
MILTON, NY 12547

DAVID, JAMES
303 BRIDGE RD
HAUPPAUGE, NY 11788

DAVID-SWAN, DAWN
9020 169TH ST APT 3A
JAMAICA, NY 11432

DEJOHN, SHARLEEN
8706 SNOWGOOSE LANE
FORT WAYNE, IN 46825

DEWALD, KAREN
114 CABANA DR
MOORESVILLE, NC 28117

EMAGIC.COM, LLC
C/O ANTHONY J. CARONNA
PO BOX 488
MILWAUKEE, WI 53202

GRULLON, MICHELLE
17 LINDEN ST
MANHASSET, NY 11030

GUSTAVSON, JENNIFER
27A ERLAND ROAD
STONY BROOK, NY 11790

HAGAN, RAYMOND
20 SENECA DR
HANOVER, PA 17331

HALL, TREASA R.
1 PINE ACRE DR
SMITHTOWN, NY 11787

HANSEN, AMANDA
154 JACK LONDON DR
SANTA ROSA, CA 95409

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by September 22, 2008 and sent to the following:

HARDING, JEANNETTE E.
2909 RURAL HILL CT
MATTHEWS, NC 28105

IALACCI, DOLORES
1 PETER ST
CORAM, NY 11727

JACKSON, PHYLLIS M.
10205 BURGUNDY DR
FRISCO, TX 75035

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

KIRSCH, ALAN
245 AVENUE C
NEW YORK, NY 10009-2515

LIMZERWALA, HUZVAAK
5208 CHABLIS CT
FORT WAYNE, IN 46845

MANAGEMENT ADVISORS INTERNAL
PO BOX 3708
HICKORY, NC 28603-3708

MCKEAN, TYLER
2755 STONEBRIDGE CT
MARYVILLE, IL 62062

MORACE, MARK A.
ALAN H SCHORR & ASSOCIATES
5 SPLIT ROCK DRIVE
CHERRY HILL, NJ 08003

MUELLER, KATHLEEN M.
302 16TH AVE
BALTIMORE, MD 21225

PEARCE, JOAN M.
3634 SWEETGRASS LANE
CHARLOTTE, NC 28226

PMC INVESTIGATIONS AND SECURITY INC
ATTN JOHN CELENTARO, PRESIDENT
80 EAST OLD COUNTRY RD
MINEOLA, NY 11501

WETZEL, THOMAS
276 S 9TH ST
LINDENHURST, NY 11757

WHEELER, MICHAEL JAMES
9180 LOS LAGOS CIRCLE
GRANITE BAY, CA 95746

YELLOW BOOK USA
C/O RMS BANKRUTPCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Total Parties: 36