October 31, 2008

**ADDITIONAL Response to Notice of Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1.**

**Regarding: Claim 2353 for Paul Parotti**

Dear Sirs,

In light of the rescheduling of my claim hearing to 11/12/08, I would like to submit the following as additional information to refute The Debtors objections to my claim. Please consider this in addition to the response I filed with the court on 10/14/08.

If there is any question as to The Debtors' assertions of whether unused vacation time would be paid to employees, The Debtors posted information on their website (www.americanhm.com) in August 2007 stating that all unused vacation would be paid. I have attached a copy of the website print-out for your reference.

Please let me know if you have any questions.

Sincerely,

Paul Parotti

# Frequently Asked Questions

**RECRUITING**

Q. What locations are hiring if any?
A. Presently, we are only hiring for Loan Servicing within AHM only and for American Home Bank as needed. All open positions can be found on our Career Site. Contact Trace Brigante for recruiting related questions.

**COMPENSATION**

Q. Are we going to get paid on August 10TH?
A. Pay will be delivered August 7th for the 7/16 -7/31 work period.

Q. Are we going to get paid for working in August?
A. Yes. You will be paid for hours worked in August.



Q. Will we get paid out for unused vacation pay?
A. Yes. You will be paid on August 7th.

Q. When will retained employees get paid? Will it still be on the 10th and 25th?
A. Yes.

Q. How do managers process separations post August 2nd?
A. Direction will be provided on August 6th.

Q. Will I receive commissions I am due for funded loans? When will I receive them?
A. Loans funded in July will be paid out. No loans have been funded in August.

Q. Can I get unemployment? What is our Employer ID number?
A. Yes. The EID can be found on your statement or W2. Contact Meredith Herfel at meredith.herfel@americanhm.com for unemployment insurance questions.

Q. What reason do I use when filing for unemployment?
A. Reduction in Force.

Q. Where do I go for employment verifications?
A. Fax them to  mary.stadelman@americanhm.com or fax to #631-622-2954.

Q. Can I get references if needed?
A. Per policy, we will provide information related to verifications of employment. The information includes - employment dates, position/title.

**HRIS**

Q. Do I still need to use etime?
A. Yes. Continue to use the system until further notice.

Q. My etime manager is no longer here. Who will approve my time?
A. Please continue to send timekeeping related questions to Etime Help.