IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
         Debtors.                                              :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.   I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On September 22, 2008, I caused to be served:

     a.   A creditor specific Customized Exhibit to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

     b.   "Notice of Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1" dated September 22, 2008, to which is attached the "Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1" dated September 22, 2008, [Docket No. 6009],

by causing true and correct copies, enclosed in postage prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

29th day of September, 2008

_____
Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 11-22-2011

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| ) | Objection Deadline: October 15, 2008 at 4:00 p.m. (ET) |
| AHM OB19 9/22/2008 (merge2.txnum2) 4000101165 EPIQ Use - 1 ) | Hearing Date: October 22, 2008 at 10:00 a.m. (ET) |

AMERICAN EXPRESS TRAVEL RELATED SVC CO.
ATTN EUGENE J CHIKOWSKI/JOSHUA M
GAFFNEY
FLASTER/GREENBERG PC
EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL
PHILADELPHIA, PA  19103

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: AMERICAN EXPRESS TRAVEL RELATED SVC CO.
ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY
FLASTER/GREENBERG PC
EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL
PHILADELPHIA, PA  19103

Basis For Objection:  Multiple Debtor Claim: Identical claims against multiple Debtors

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 9205 | $24,287.31 |
| Surviving Claim | 9204 | $24,287.31 |

Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9204) was asserted against the correct Debtor.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because you have filed identical claims against multiple Debtors. The Debtors have determined, after review of their books and records, that the claim listed in the "Expunged Claim" row was filed against the wrong Debtor, and the claim listed in the "Surviving Claim" row above was filed against the correct Debtor. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **October 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **OCTOBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by September 22, 2008 and sent to the following:

NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

AMERICAN EXPRESS TRAVEL RELATED SVC CO.
ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY
FLASTER/GREENBERG PC
EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL
PHILADELPHIA, PA 19103

ANDERSON, BIRGIT T.
PO BOX 2183
WINTER PARK, FL 32790

ANDERSON, LOIS B
9268 BROWN RD
ELK GROVE, CA 95624

BARLOW, MONIQUE
6499 S DAFFODIL WAY
WEST JORDAN, UT 84084

BARRETT, JAMES
1467 THIES DR
PASADENA, MD 21122

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

BIGLIN, JAMES
824 SUGAR VALLEY CT
ST. PETERS, MO 63376

BILICKI, EUGENE
36 JULIAN ST
HICKSVILLE, NY 11801

BORRILLO, REGINA
2 BUD COURT
HAUPPAUGE, NY 11788

BRIGGS, TONYA
8400 ADAGIO WAY
CITRUS HEIGHTS, CA 95621

BROWN, CHANTEL
6333 KING LOUIS DRIVE
ALEXANDRIA, VA 22312

BUTTS, LEE ANN
9901 RED TWIG PL
FORT WAYNE, IN 46804

BYLLOTT, DEBRA
2 BUD COURT
HAUPPAUGE, NY 11788

CARD, THERESA
2913 BOULDER RIDGE
MILFORD, MI 48380

CARROLL, MATTHEW
744 MAIN ST
FARMINGDALE, NY 11735

CHALSON, STEVEN
11 CHESTNUT AVE
PATCHOGUE, NY 11772

CHIRAYIL, MARTHA A
54 ANDREA ST.
WEST BABYLON, NY 11704

CLAPPER, LAURA
3770 BONNYBRIDGE PL
ELLICOTT CITY, MD 21043

COCHRAN, TERRENCE
2218 INDIANA AVE #1-F
SAINT LOUIS, MO 63104

COURTNEY, TERRESA K.
2012 WILSON FARM CT.
CHESTERFIELD, MO 63005

CUMMINGS, SUSAN
19 PEPPERMILL CT
COMMACK, NY 11725

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by September 22, 2008 and sent to the following:

DANIEL, KATHRYN M
3081 LINDALE AVE
ORLANDO, FL 32814

DANIELS, JACK A.
46 E HEALTH ST
BALTIMORE, MD 21230

DAVIDSON, REBECCA
2304 FERNRIDGE LN
MATTHEWS, NC 28105

DEMACOPOULOS, VASILIOS
21-32 43RD ST
ASTORIA, NY 11105

DEVINE, COLLEEN
982 THOMPSON DR
BAY SHORE, NY 11706

DEVINE, SUZANNE C
8709 WINGARD ROAD
WAXHAW, NC 28173

DICKSON, JULIE J.
3229 WOODGATE TRAIL
FORT WAYNE, IN 46804

DURHAM, EARL
30 CALLE RANCHERA
RANCHO SANTA MARGARITA, CA 92688

GEIGER, STACEY
7413 MOLITOR COURT
RIO LINDA, CA 95673

GERRITY, SEAN
2631 HEATHERSTONE DR
SAN RAFAEL, CA 94903

GIANCOLA, KAREN
57 MILL RD
FARMINGDALE, NY 11735

GOLE, SUSAN
10550 W ALEXANDER RD # 2018
LAS VEGAS, NV 89129

GRZAN, LORETTA
57 EARL RD
MELVILLE, NY 11747

HAAS, RHONDA L.
1116 E MARCO POLO RD
PHOENIX, AZ 85024

HALL, DIANE
2421 CLOVERFIELD CT
FORT WAYNE, IN 46808

HALL, LOUISE
116 SCHULTZ RD
MANORVILLE, NY 11949

HALPERN, DD
193 N. ALBANY AVE.
MASSAPEQUA, NY 11758

HAMILTON, SALLY
20B WILLIAM ST
GLEN COVE, NY 11542

HAMILTON, SALLY J.
20-B WILLIAM ST
GLEN COVE, NY 11542

HANCE, NICOLE R.
129 ROYALLBROOK LANE
OFALLON, MO 63368

HARMON, JEFFREY A.
6554 S KEARNEY CIR
CENTENNIAL, CO 80111

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by September 22, 2008 and sent to the following:

HARRIS, CYNTHIA
29 CORNERSTOWN CT
DOYLESTOWN, PA  18901

HAUG, KATHLEEN A.
6365 MILLSTONE CIRCLE
NEW PORT RICHEY, FL  34655

HEFNER, KENNETH R.
30 MULHOLLAND CT
MISSION VIEJO, CA  92692

HOUSTON, TRUXTUN CRAIN JR.
PO BOX 59
BUTLER, MD  21023

HUFF, CANDI J.
339 HEDGE HOLLOW COVE
DRAPER, UT  84020

JACOBY MURAD, SUSAN L
5133 TOP SEED COURT
CHARLOTTE, NC  28226

JOHNSON, EILEEN
36 LAUREL PLACE
BETHPAGE, NY  11714

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY  11789

KEIM, GISELLE
4986 BOTANICAL AVE
SAINT LOUIS, MO  63110

KELLER, ROCCA (RINA)
7321 N OLEANDER AVE
CHICAGO, IL  60631

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY  10003

KOTHARY, MANISH
444 WASHINGTON BLVD
STE 6238
JERSEY CITY, NJ  07310

LAMEIRAO, VALDEMAR M
1 FELDBERG DRIVE
MONTICELLO, NY  12701

LATTANZA, EMANUEL
138 THUNDER RD
HOLBROOK, NY  11741

LIVIAN, DARIUS D
455 CANYON DEL REY BLVD
# 337
MONTEREY, CA  93940

LYTLE, JODY
310 REDROME CIRCLE W
BRIDGEVILLE, PA  15017

MACO, JOHN
5495 MAIN ST
STRATFORD, CT  06614

MAHONEY, MICHAEL
1408 CROOKED PINE DR
MOUNT PLEASANT, SC  29466

MALONSON, BARBARA J
25247 MADRONE
COURT
VOLCANO, CA  95689

MARTIN, MAYLA L.
206 MADISON ST
WARWICK, RI  02888

MASSELLA, RALPH A.
528 HILTON AVENUE
CATONSVILLE, MD  21228

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**

NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by September 22, 2008 and sent to the following:

MASSELLA, RALPH A.
528 HILTON AVENUE
CATONSVILLE, MD 21228-5817

MAURO, STEVEN
48 RIVERDALE AVE
MASSAPEQUA, NY 11758

MCCARTHY, CAROL
174 UNION AVE
HOLBROOK, NY 11741

MCFARLAND, PATRICIA
7181 PLEASANT ST
LOUDON, NH 03307

MERCER, ROBERT
6311 MAIDEN LANE
BETHESDA, MD 20817-5609

MILO, RAGIN
529 8TH AVE
NEW HYDE PARK, NY 11040

MINGST, GRAHAM
14 CORNELL AVE
HICKSVILLE, NY 11801

MIRSKY, GREGORY N.
27 CORTELYOU RD
MERRICK, NY 11566-3725

MOHSENZADEH, HOLLY
1415 SILVERLINDEN CT
FORT WAYNE, IN 46804

O'BRIEN, BARON
2550 FIFTH AVE #167
SAN DIEGO, CA 92103

OFFICEMAX
ATTN ANNE FULLER
CREDIT SUPERVISOR
263 SHUMAN BLVD
NAPERVILLE, IL 60563-1255

OLAFSSON, THOMAS
55 COTTAGE FARM RD.
BROOKLINE, MA 02446

ORTEGA, KARI
359 PHYLLIS AVE
ROCHELLE, IL 61068

PAROTTI, PAUL
1502 CLAY ST
NEWPORT BEACH, CA 92663

PERRY, JOHN TODD
3216 MORRIS FARM DRIVE
JAMESTOWN, NC 27282

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

POMBRA, DEEPALI
2019 COURT N DRIVE
MELVILLE, NY 11747

PUDENZ, MARY E.
1060 2ND ST CT
WAUKEE, IA 50263

RAJCHEL, JOHN
202 S. SCHUYLKILL AV
NORRISTOWN, PA 19403

RALEY, ANNETTE
PO BOX 165551
IRVING, TX 75016

ROBERTS, DAVID
323 THOMAS RD
SEVERNA PARK, MD 21146

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by September 22, 2008 and sent to the following:

NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

ROYAL BANK OF SCOTLAND PLC C/O
BRIAN E. GOLDBERG, ESQ.
DICKSTEIN SHAPIRO LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

ROYAL BANK OF SCOTLAND PLC C/O
GREENWICH CAPITAL MARKETS, INC
600 STEAMBOAT ROAD
GREENWICH, CT 06830

RUBIN, JEFF
ALL PRO MORTGAGE
6600 N ANDREWS AVE
SUITE
FT LAUDERDALE, FL

SCHOOLFIELD, MATTHEW B
11817 KENNON RIDGE LANE
HUNTERSVILLE, NC 28078

SEDOTTO, BONNIE
116 KETRIDGE ST
WEST BABYLON, NY 11704

SEGALL, ERIC
5914 LE SAGE AVE
WOODLAND HILLS, CA 91367

SHEARER, LYLE
4441 CLIPPER DR
DISCOVERY BAY, CA 94505

SOMERMAN, STEVEN
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

SPRINT NEXTEL
ATTN ABBY LATOURIETTE, BANKRUPTCY
PO BOX 7949
OVERLAND PARK, KS 66207-0949

STAGNER, ROY
5 RITA PL
FARMINGDALE, NY 11735

STRUZZIERI, ALEX M.
3950 DAVID PLACE
SEAFORD, NY 11783

SYKES, THADDEUS
2003 CRIMSON MEADOWS DR.
O'FALLON, MO 63366

TRAPANOTTO, TIMOTHY
17 CRESTWOOD DR
FORT SALONGA, NY 11768

UHLENHOPP, CRISTINE (CRIS)
17025 COLONIAL PARK DR
MONUMENT, CO 80132

VAZQUEZ, EVANIA
320 NASSAU RD
APT 102
HUNTINGTON, NY 11743

VELTRE-HULSE, SUSAN
29 RICHMOND RD
ROCKVILLE CENTRE, NY 11570

VENEGAS, CANDACE
960 BANNOCK CT
CONCORD, CA 94518

WAGNER, BARBARA L.
6196 FOXVIEW AVE NW
CANTON, OH 44718

WALLACE, DIANA L.
16769 LYONHURST CIRCLE
NORTHVILLE, MI 48168

WANG, ELI JOSHUA
7702 ARDMORE DR
O'FALLEN, MO 63368

WENINSKI, MICHELLE A.
41 WINSTON DR
BRENTWOOD, NY 11717

**NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by September 22, 2008 and sent to the following:

WHEELER, MICHAEL J/SVP+RN
9180 LOS LAGOS
CIRCLE
GRANITE BAY, CA 95746

ZELL, GARY S.
8300 ARMETALE LN
FAIRFAX STATION, VA 22039

Total Parties: 107