# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. | |
| **Case Number:** | 07-11047-CSS | **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 12, 2008 04:00 PM   CRT#6, 5TH FL. | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | |
| **Courtroom Clerk:** | DANIELLE GADSON | |
| **Reporter / ECR:** | NICKITA BARKSDALE | |

## *Matters:*

1) Omnibus
   **R / M #:**    0 /  0

2) Claims Objections
   **R / M #:**    0 /  0

3) Sale Procedures
   **R / M #:**    0 /  0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

Agenda Items:

24. Judge signed order
25. Judge signed order
27. Judge signed order