**SIGN - IN - SHEET**

**CASE NAME: American Home Mortgage**
**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 11/12/2008 @ 4:00 PM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Nathan Gran | YCS | Debtors |
| Regina Iorii | Werb & Sullivan | LaSalle Bank, N.A. |
| Sean Beach | YCST | Debtors |
| Joe McMahon | UDOJ | U.S. Trustee |
| Dennis A. Melon | Greenberg Traurig LLP | W.R. Recovery Fund |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Laurie Silverstein | Potter Anderson Corroon LLP | Bank of America + others |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**