## EXHIBIT B TO SALE PROCEDURES ORDER

## Notice of Bid Deadlines and Sale

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case Nos. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | ) ) Jointly Administered ) |
| Debtors. | ) Bid Deadline: December 5, 2008 at 5:00 p.m. (ET) ) Auction Date: December 9, 2008 at 10:00 a.m. (ET) ) Hearing Date: December 10, 2008 at 2:00 p.m. (ET) ) Objection Deadline: December 3, 2008 at 4:00 p.m. (ET) |

### NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on October 31, 2008 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed the Motion of the Debtors for Order: (a) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Second Lien Assets free and clear of all liens, claims, encumbrances, and other interests.; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2008, the Bankruptcy Court entered an order (the "Order") granting the Motion and (i) approving the sale procedures (the "Sale Procedures") with respect to the proposed sale (the "Sale") of second lien assets (the "Second Lien Assets") pursuant to an auction (the "Auction"), (ii) approving payment of the Expense Reimbursements; (iii) approving the form of this Notice of Auction and Sale Hearing, (iv) scheduling a hearing (the "Sale Hearing") for the Sales and setting objection and bidding deadlines with respect to the Sales; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that all Qualified Bids (as defined in the Sale Procedures) must be submitted in writing so that they are **actually** received no later than 5:00 PM (ET) on **December 5, 2008** (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in the event that two or more Qualified Bids are submitted by the Bid Deadline, the Auction shall take place on **December 9, 2008, at 10:00 a.m. (prevailing Eastern Time)** via telephone. Only parties who have submitted a Qualified Bid will be eligible to participate at the Action.

**PLEASE TAKE FURTHER NOTICE** that the Court scheduled the Sale Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 on **December 10, 2008 at 2:00 p.m. (prevailing**

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

**Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **December 3, 2008 at 4:00 p.m. (prevailing Eastern Time)**, and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon: (i) the Debtors, American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Damian Voulo); (ii) advisors to the Debtors, Kroll Zolfo Cooper, 1166 Avenue of the Americas, New York, New York 10036 (Attn: Kevin Nystrom and Bret Fernandes), and Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Darryl Conway); (iii) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Sean M. Beach); and (iv) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato and Mark Power).

      **PLEASE TAKE FURTHER NOTICE** that this Notice of Auction is subject to all of the terms and conditions of the Motion, the Order and the Sale Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion, the Asset Purchase Agreement (as defined in the Sale Procedures), the Sale Procedures and the Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attention: Debbie Laskin. In addition, copies of the aforementioned pleadings may be found on the website of the Debtors' notice and claims agent, Epiq Systems - Bankruptcy Solutions LLC, at http://www.epiqbankruptcysolutions.com, the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>_____, 2008 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Counsel for Debtors and Debtors in Possession |