# EXHIBIT A

## Exhibit A
### Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100-PO BOX 1269<br>ROUND ROCK, TX 78680 | 1761 | 10/22/07 | 07-11047 | $5,113.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.51 (T) | 1661 | 10/19/07 | 07-11047 | $5,113.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.51 (T) |
| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | 3464 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>$1,804.09 (P)<br>- (U)<br>$1,804.09 (T) | 3870 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>$1,804.09 (P)<br>- (U)<br>$1,804.09 (T) |
| RBC CENTURA BANK<br>ATTN ALICE CHAMBERS<br>MORTGAGE LOANS<br>PO BOX 700<br>ROCKY MOUNT, NC 27802 | 633 | 10/11/07 | 07-11051 | - (S)<br>- (A)<br>$1,189.99 (P)<br>- (U)<br>$1,189.99 (T) | 2961 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,189.79 (P)<br>- (U)<br>$1,189.79 (T) |
| WANAQUE BOROUGH<br>ATTN ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07465 | 4898 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) | 4883 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>- (U)<br>$76.32 (T) |
| WANAQUE BOROUGH<br>ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07465 | 5339 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) | 4883 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) |
| Totals: | 5 Claims | | | $5,113.51 (S)<br>- (A)<br>$3,146.72 (P)<br>- (U)<br>$8,260.23 (T) | | | | $5,113.51 (S)<br>- (A)<br>$3,146.52 (P)<br>- (U)<br>$8,260.03 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.