# EXHIBIT B

**Exhibit B**

**Equity Claims**

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BASHA, SOUAD<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021 | 10393 | 5/12/08 | 07-11047 | $24,087.00 (S)<br>- (A)<br>- (P)<br>$24,087.00 (U)<br>$24,087.00 (T) |
| Totals: | 1 Claim | | | $24,087.00 (S)<br>- (A)<br>- (P)<br>$24,087.00 (U)<br>$24,087.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.