# EXHIBIT C

**Exhibit C**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| BISHOP WHITE & MARSHALL, P.S.<br>ATTN WILLIAM L. BISHOP, ATTORNEY<br>720 OLIVE WAY #1301<br>SEATTLE, WA 98111 | 5834 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$819.32 (U)<br>$819.32 (T) | 07-11050 |
| COLORADO INVESTORS REAL ESTATE SVCS, LLC<br>ATTN: GENE ZACHMAN<br>1630 A 30TH STREET, #601<br>BOULDER, CO 80301 | 5932 | 12/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$81.54 (U)<br>$81.54 (T) | 07-11050 |
| DAVIS BROWN KOEHN SHORS & ROBERTS<br>ATTN MATTHEW E. LAUGHLIN, SHAREHOLDER<br>THE FINANCIAL CENTER<br>666 WALNUT ST., STE., 2500<br>DES MOINES, IA  50309-3989 | 7667 | 1/8/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$11,004.03 (U)<br>$11,004.03 (T) | 07-11050 |
| EAST WEST HOLDINGS, LLC<br>LEILA AMISS E. PAPE, ESQUIRE<br>REES BROOME, PC<br>5133 LEESBURG PIKE, 9TH FLOOR<br>VIENNA, VA 22182 | 1898 | 11/15/07 | 07-11047 | $14,454.70 (S)<br>- (A)<br>- (P)<br>$27,928.28 (U)<br>$42,382.98 (T) | 07-11051 |
| HARKWELL, RICHARD<br>12806 BRIGHTON WOODS DR.<br>ST. LOUIS, MO 63131 | 2213 | 11/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$514,423.08 (U)<br>$514,423.08 (T) | 07-11051 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | 9448 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$81.35 (U)<br>$81.35 (T) | 07-11050 |
| HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC<br>ATTN: JAMES E. PATTEN<br>2 CLOVERHILL COURT<br>ST. PETERS, MO 63376 | 6237 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$19,882.62 (U)<br>$19,882.62 (T) | 07-11050 |

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | 8278 | 1/10/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$4,330.56 (U)<br>$4,330.56 (T) | 07-11050 |
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | 2603 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11051 |
| LAW OFFICE OF DANIEL C CONSUEGRA<br>ATTN: DANIEL C. CONSUEGRA<br>9204 KING PALM DRIVE<br>TAMPA, FL 33619 | 8393 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$46,807.30 (U)<br>$46,807.30 (T) | 07-11050 |
| NATIONWIDE TITLE CLEARING INC<br>2100 ALT 19 NORTH<br>ATTN ERIKA LANCE SVP ADMIN<br>PALM HARBOR, FL 34683 | 3567 | 1/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,835.46 (U)<br>$9,835.46 (T) | 07-11050 |
| RABBITT, PITZER & SNODGRASS PC<br>ATTNY AT LAW<br>100 SOUTH FOURTH STREET, STE 400<br>ST. LOUIS, MO 63102-1821 | 6636 | 12/31/07 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$16,704.56 (U)<br>$16,704.56 (T) | 07-11050 |
| SAFEGUARD PROPERTIES<br>650 SAFEGUARD PLAZA<br>BROOKLYN HEIGHTS, OH 44131 | 5706 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68,458.94 (U)<br>$68,458.94 (T) | 07-11050 |
| WILSON & ASSOCIATES<br>1521 MERRILL DRIVE<br>SUITE D-220<br>ATTN CHRISTOPHER L PALMER<br>LITTLE ROCK, AR 72211 | 7373 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$11,790.15 (U)<br>$11,790.15 (T) | 07-11050 |
| YARLING & ROBINSON<br>ATTN CHARLES F. ROBINSON, JR.<br>MARKET SQUARE CENTER, STE 1535<br>151 NORTH DELAWARE STREET<br>INDIANAPOLIS, IN 46204 | 8879 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$18,731.54 (U)<br>$18,731.54 (T) | 07-11050 |

————— Objectionable Claims —————          ————— New Case Number —————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| Totals: | | 16 Claims | | $14,464.70 (S) | |
| | | | | - (A) | |
| | | | | - (P) | |
| | | | | $751,028.76 (U) | |
| | | | | $765,493.46 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.