# EXHIBIT D

Exhibit D

Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ARELLANO, FERNANDO C. JR.<br>6811 RUSSELFIELD LN<br>HOUSTON, TX 77049 | 1357 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$11,000.00 (P)<br>$11,000.00 (U)<br>$11,000.00 (T) | Debtors' books and records indicate these amounts were returned in November of 2007 |
| BUTTE COUNTY TREASURER/TAX COLLECTOR<br>ATT: STEPHANIE BROWN DEPUTY TAX COLLECTOR<br>25 COUNTY CENTER DR<br>BUTTE VALLEY, CA 95965 | 9833 | 1/18/08 | 07-11047 | $1,079.72 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,079.72 (T) | Taxes paid on 3/07/08 |
| CALIDO BAY HOMEOWNERS ASSOCIATION<br>C/O LAW OFFICE OF WANDEN P TREANOR<br>1744 LINCOLN AVENUE<br>SAN RAFAEL, CA 94901 | 8968 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$3,595.62 (U)<br>$3,595.62 (T) | The Debtors' books and records indicate that the claimed fees were paid. |
| CITY OF DESOTO<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 76201 | 161 | 8/27/07 | 07-11050 | $1,309.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,309.00 (T) | Property taxes claimed have been paid in full through the normal course of business |
| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY AT LAW<br>PO BOX 2084<br>KNOXVILLE, TN 37901 | 1365 | 10/4/07 | 07-11047 | - (S)<br>- (A)<br>$281.62 (P)<br>- (U)<br>$281.62 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| CITY OF MESQUITE AND MESQUITE ISD<br>ATTN: GARY ALLMON GRIMES<br>SCHUERENBERG & GRIMES<br>120 W MAIN STE 201<br>MESQUITE, TX 75149 | 1122 | 9/21/07 | 07-11047 | $1,936.55 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,936.55 (T) | Taxes paid on 12/31/07 |
| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | 1651 | 10/19/07 | 07-11047 | $5,113.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.51 (T) | Property taxes claimed have been paid in full through the normal course of business |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV.<br>DANA MCRAE, COUNTY COUNSEL<br>701 OCEAN STREET, ROOM 150<br>SANTA CRUZ, CA 95060 | 8309 | 12/24/07 | 07-11047 | $26,115.66 (S)<br>- (A)<br>$26,115.66 (P)<br>$3,022.41 (U)<br>$29,138.07 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| DESOTO ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 160 | 8/27/07 | 07-11050 | $3,300.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,300.00 (T) | Property taxes claimed have been paid in full through the normal course of business |
| DOLORES COUNTY<br>ATTN JAMIE STIASNY<br>PO BOX 421<br>DOVE CREEK, CO 81324 | 7240 | 1/7/08 | 07-11050 | - (S)<br>- (A)<br>$373.82 (P)<br>- (U)<br>$373.82 (T) | Debtor has confirmed that taxes have been paid |
| DURHAM COUNTY TAX COLLECTOR<br>ATTN BECKY W. SMITH, BANKRUPTCY AGENT<br>PO BOX 3397<br>DURHAM, NC 27702-3090 | 3370 | 11/26/07 | 07-11050 | $825.04 (S)<br>- (A)<br>$93.08 (P)<br>- (U)<br>$918.12 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| FLAGLER COUNTY TAX COLLECTOR<br>SUZANNE JOHNSTON<br>P.O. BOX 846<br>BUNNELL, FL 32210 | 6126 | 12/21/07 | 07-11050 | $1,787.23 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,787.23 (T) | Taxes paid on 3/17/08 |
| FREMONT TWP    151<br>ATTN PATTI J. SHINN<br>2512 E. GALBRAITH LINE RD<br>YALE, MI 48097 | 3123 | 11/23/07 | No Case | - (S)<br>- (A)<br>$534.92 (P)<br>- (U)<br>$534.92 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| GREEVILLE CITY<br>TAX COLLECTOR<br>JEFFERY NIEBAUER<br>111 S. WASHINGTON STREET, PO BOX 875<br>GREEVILLE, NC 27835 | 6082 | 12/21/07 | 07-11050 | $671.30 (S)<br>- (A)<br>- (P)<br>- (U)<br>$671.30 (T) | Taxes paid on 3/31/08 |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | 9869 | 2/1/08 | No Case | - (S)<br>- (A)<br>$899.22 (P)<br>- (U)<br>$899.22 (T) | Taxes paid on 2/29/08 |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | 9870 | 2/1/08 | No Case | - (S)<br>- (A)<br>$1,655.48 (P)<br>- (U)<br>$1,655.48 (T) | Taxes paid on 2/29/08 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KOOTENAI COUNTY TREASURER<br>ATTN JETHELYN HARRINGTON, CIVIL ATTORNEY<br>C/O KOOTENAI COUNTY LEGAL SERVICES<br>PO BOX 9000<br>COEUR D ALENE, ID 83816-9000 | 9570 | 1/14/08 | 07-11050 | $1,307.86 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,307.86 (T) | Taxes paid on 6/17/08 |
| LENAWEE COUNTY TREASURER<br>MARILYN J. WOODS<br>301 N. MAIN<br>ADRIAN, MI 49221 | 5623 | 12/18/07 | No Case | $2,963.34 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,963.34 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| METROPOLITAN GOVERNMENT TRUSTEE<br>ATTN ANDREW D. MCCLANAHAN, ASST ATTORNEY<br>METROPOLITAN DEPT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 4169 | 12/3/07 | 07-11047 | $1,842.22 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,842.22 (T) | Taxes paid on 12/12/07 |
| OAK ISLAND TOWN<br>OAK ISLAND TAX OFC<br>4601 E.OAK ISLAND DR<br>ATTN SHEILA M BELL TAX COLLECTOR<br>OAK ISLAND, NC 28465 | 3579 | 11/27/07 | No Case | $310.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$310.98 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |
| PEND OREILLE COUNTY<br>PEND OREILLE CO TAX OFC<br>CHARLOTTE L DEMLOW, TREASURER<br>PO BOX 5080<br>NEWPORT, WA 99156 | 2678 | 11/19/07 | 07-11051 | $3,684.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,684.24 (T) | Property taxes claimed have been paid in full through the normal course of business |
| PICKENS COUNTY<br>ATTN J STEVE GRAVELY, DELQ TAX COLLECTOR<br>222 MCDANIEL AVE B6<br>PICKENS, SC 29671 | 9763 | 1/22/08 | No Case | - (S)<br>- (A)<br>$186.67 (P)<br>- (U)<br>$186.67 (T) | Taxes paid on 3/06/08 |
| PLYMOUTH PARK TAX SERVICES LLC<br>ATTN DOUGLAS BADASZEWSKI<br>35 AIRPORT RD, STE 150<br>MORRISTOWN, NJ 07960 | 3629 | 11/26/07 | 07-11050 | $4,130.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,130.36 (T) | Taxes paid on November of 2007 |
| POLK COUNTY TAX OFFICE<br>ATTN SUSAN DIRKS, CHIEF TAX CLERK<br>850 MAIN STREET<br>DALLAS, OR 97338 | 7273 | 1/7/08 | No Case | $888.07 (S)<br>- (A)<br>- (P)<br>- (U)<br>$888.07 (T) | Taxes paid on 11/5/08 |

--- Objectionable Claims ---

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PUSTYLNIK, MICHAEL<br>1224 KNOLLWOOD RD.<br>DEERFIELD, IL 60015 | 5989 | 12/20/07 | 07-11050 | - (S)<br>- (A)<br>$694.63 (P)<br>- (U)<br>$694.63 (T) | Debtors' books and records indicate that all claimed taxes have been paid. |

Totals: 25 Claims

$57,267.08 (S)
- (A)
$41,845.28 (P)
$17,618.03 (U)
$79,614.73 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The Item "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.