# EXHIBIT E

# Exhibit E

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FBC MORTGAGE, LLC<br>JOE NUNZIATA<br>201 S. ORANGE AVE # 1000<br>ORLANDO, FL 32801 | 1539 | 10/12/07 | No Case | - (S)<br>- (A)<br>$1,054.00 (P)<br>- (U)<br>$1,054.00 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| HARRISON, WILLIAM T.<br>2112 GALLOWAY<br>LIVERMORE, CA 94551 | 7452 | 1/7/08 | No Case | - (S)<br>- (A)<br>$664.29 (P)<br>- (U)<br>$664.29 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| INDEPENDENT TITLE<br>4331 N FEDERAL HWY<br>FT LAUDERDALE, FL 33308 | 6021 | 12/14/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$200,000.00 (U)<br>$205,000.00 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| MACDOWELL, VALERIE H. & LOUIS G. III<br>481 SAILFISH COVE<br>SATELLITE BEACH, FL 32937 | 5430 | 12/13/07 | 07-11048 | - (S)<br>- (A)<br>$1,640.00 (P)<br>$1,640.00 (U)<br>$1,640.00 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting information |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>$8,358.29 (P)<br>$201,640.00 (U)<br>$208,358.29 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.