IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
         Debtors.                                                  :
                                                                   :   **Ref. Docket Nos. 6008, 6463**
------------------------------------------------------------------ x

### SECOND ORDER SUSTAINING DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighteenth omnibus (non-substantive) objection (the "Objection") [Docket No. 6008] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having already entered an order sustaining the Objection in part [Docket No. 6463]; and the Objection having been adjourned with respect to claim of Joseph W. Bartolotta ("Claim 6930"); and the Debtors and Mr. Bartolotta having come to an agreement as to the treatment of Claim 6930; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained with respect to Claim 6930, and Claim 6930 is hereby reassigned to case number 07-11051, provided that the reassignment of Claim 6930 is without prejudice to Mr. Bartolotta's right to argue that he is entitled to recover against American Home Mortgage Holdings, Inc. with respect to amounts that are not included in claim 6930; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
November 12, 2008

CSSL

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE