IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                  : Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        : Jointly Administered
         Debtors.                                       :
                                                        : Ref. Docket No. 6216
---------------------------------------------------------------------------- x

### CERTIFICATE OF COUNSEL SUBMITTING FORM OF ORDER SUSTAINING DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On October 10, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6216] (the "Objection"). At the hearing held to consider the Objection on November 12, 2008, the Court requested that the form of order be revised to reflect the adjournment of the Objection with respect to the proofs of claim filed by Letort Mortgage Group Inc. [POC No. 2624], Southern Horizon Financial Group, LLC [POC No. 6566], Tracy Lussier [POC No. 351] and Sun Life Assurance Company of Canada [POC No. 1748].[2] A revised form of order (the "Revised Order") reflecting these adjournments is attached hereto as Exhibit I.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] The Court also asked a question at the hearing with respect to the proof of claim filed by Connie Zinter [POC No. 2488]. The form of order handed up at the hearing already reflected the adjournment of the Objection with respect to Ms. Zinter's claim.

The Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated: Wilmington, Delaware  
November 13, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Edward J. Kosmowski (No. 3849)  
Margaret B. Whiteman (No. 4652)  
Nathan D. Grow (No. 5014)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession