SABIK, RONALD J. EU4156
SCI CRESSON EU4156
P.O. Box A Old RT.22
CRESSON, PA 16699-0001

November 4, 2008

In re:                                         ) Chapter 11
AMERICAN HOME MORTGAGE                         ) Case No. 07-11047 (CSS)
HOLDINGS, INC. Delaware Corp., et al           ) Jointly Administered
                                               )
     Debtors                                   ) Ronald J Sabik
                                               ) Claim Number 3599
                                               ) Docket No., 5379  Date Filed 8/13/08

TO:   The Honorable CHRISTOPHER S. SONTCHI
      United States Bankruptcy Court for the District of Delaware
      824 Market Street, 3rd Floor
      Wilmington, Delaware 19801

I OBJECT to the Debtors Thirteenth Omnibus to have my claim (number 3599 Amount $500.00) expunged from the record. The basis for my objection is as follows:

Debtors reviewed their books and determined that a duplicative claim (number 6440) which alleges a similar claim in the amount of $500.00 against an unspecified debtor. I have not been contacted, nor received any documents reguarding anyone filing a claim on my behalf.

History of account:

On may 23, 2007, I sent American Stock Transfer & Trust Company an enrollment application form and a check for $500.00 to enroll in AMERICAN HOME MORTGAGE DRIP plan.

Check Number: 20662    Amount: $500.00    Date: May 23, 2007

Check was cashed on June 5, 2007. As of August 5, 2008 I had not received a Transaction Confirmation that this transaction was completed.

On October 31, 2008 AMERICAN STOCK TRANSFER & TRUST COMPANY sent me an Investment Statement indicating that check was cashed on 06/05/07 and 22.552 shares were purchased in my name.

Please include the following into my record of claim:

1) Copy of Investment Statement indicating that a check for $500.00 was cashed for 22.552 shares of AMERICAN HOME MORTGAGE stock in my name.

2) Copy of correspondence from AMERICAN STOCK TRANSFER & TRUST COMPANY indicating that a claim was not filed on my behalf for AMERICAN HOME MORTGAGE.

NOTE: Please make address change as it appears on letter head.
ID number (EU4156) must be included in all correspondence or it will not be delivered.

Thank you,
Ronald J. Sabik

*Ronald J. Sabik* (signature)



Operations Center
6201 15th Avenue
Brooklyn, NY 11219
www.amstock.com
(877) 390-3073

August 06, 2008

RONALD J SABIK
SCI CRESSON EU4156-
BOX A OLD ROUTE 22
CRESSON, PA 16699-0001

Re:        RONALD J SABIK
Company:   AMERICAN HOME MORTGAGE HOLDINGS INC
Account:   2147485530

Dear Mr. Sabik:

We have received your request regarding the above-referenced account.

In connection with an optional cash purchase request, a review of our records indicate that we did not receive the check in question. If you submitted this item via special delivery; i.e. registered or certified mail please supply proof of payment.

Please be advised a claim was not produced on our behalf for American Home mortgage Holdings. Please contact the company directly.

In the future, you may communicate with us by visiting our Web Site at: *www.amstock.com*, or you may e-mail me directly at nmalpica@amstock.com

We trust the above information is helpful.

Sincerely,

Nora Malpica
Shareholder Services

AST15125532147485530

INVESTMENT STATEMENT FOR SHARES OF **AMERICAN STOCK TRANSFER AND TRUST COMPANY**

AMERICAN HOME MORTGAGE INVESTMENT CORP

59 MAIDEN LANE
NEW YORK, NY 10038

718 921-8283

| STATEMENT DATE | SHARES HELD BY YOU ON STATEMENT DATE |
|---|---|
| 10/28/2008 | .000 |

RONALD J SABIK
SCI CRESSON P.O BOX A
CRESSON PA
CRESSON PA 16699-0001

| TRANSACTION DATE | TYPE | AMOUNT FOR PURCHASE | SERVICE CHARGE | PRICE PER SHARE | SHARES PURCHASED | SHARES HELD BY US | TRANSACTION TYPE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD → | | | 51 Prior share balance |
| 06/05/07 | 62 | 500.00 | 4.75 | 21.9600 | 22.552 | 22.552 | 60 Shares purchased with dividend |
| | | | | | | | 61 Shares purchased with dividend discount |
| | | | | | | | 62 Shares purchased with optional cash |
| | | | | | | | 63 Shares purchased with optional cash discount |
| | | | | | | | 64 Shares received - STOCK DIVIDEND |
| | | | | | | | 65 Shares received - STOCK SPLIT |
| | | | | | | | 66 Shares DEPOSITED for safekeeping |
| | | | | | | | 67 Shares DEPOSITED by NAIC or Temper of The Times |
| | | | | | | | 68 Shares TRANSFERRED from another account |
| | | | | | | | 69 Shares CREDIT adjustment |
| | | | | | | | 70 PARTIAL WITHDRAWAL - certificate issued for whole shares |
| | | | | | | | 71 PARTIAL WITHDRAWAL - whole shares sold |
| | | | | | | | 72 PARTIAL WITHDRAWAL - certificate issued for whole shares; fraction sold |
| | | | | | | | 73 PARTIAL WITHDRAWAL - all shares sold; shareholder remains in plan |
| | | | | | | | 80 PLAN TERMINATION - certificate issued for whole shares; fraction sold |
| | | | | | | | 81 PLAN TERMINATION - all shares sold |
| | | | | | | | 88 Shares TRANSFERRED to another account |
| | | | | | | | 89 Shares DEBIT adjustment |

| ACCOUNT NUMBER | TOTAL SHARES HELD | BY YOU | BY US | COMBINED |
|---|---|---|---|---|
| | | .000 | 22.552 | 22.552 |

DETACH HERE                                                                 DETACH HERE

This duplicate statement has been prepared as requested. If your address has changed, please use this stub to notify us. If you wish to effect a transaction in this account, you may use the reverse side of this stub to instruct us. A return envelope is enclosed for your convenience.

Social Security Number

IF INCORRECT, SUPPLY CORRECT NUMBER

13219 00000109728

NAME _____

NEW ADDRESS _____

_____

_____

SIGNATURE

MAIL THIS FORM TO AMERICAN STOCK TRANSFER AND TRUST COMPANY AT ADDRESS ABOVE

FILED
2008 NOV 17 AM 11:32
STATE OF DELAWARE