IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDING, INC., a Delaware Corporation, et al., | : : : : | Case No. 07-11047 (CSS) |
| Debtors. | : | |

SUBSTITUTION OF COUNSEL, REQUEST TO BE REMOVED FROM SERVICE
LISTS; NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Heller Ehrman LLP, a limited liability partnership in dissolution, has withdrawn as counsel for Washington Mutual Bank ("WMB"), a federal association and party in interest in debtor American Home Mortgage Holding, Inc.'s (the "Debtor's") chapter 11 bankruptcy case.

PLEASE TAKE NOTICE that former Heller Ehrman shareholder Robert A. Trodella, Jr. hereby requests that he be removed from all services lists in this case.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Davis Wright Tremaine LLP hereby enters its appearance as counsel for WMB.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019, and 9022, and other applicable Bankruptcy Rules, WMB requests that all notices given or required to be given in this case by the Court, the Debtor or otherwise, and all pleadings, papers or other documents filed, served, or required to be served in this case, be given to and served electronically upon the following:

Brian Hulse, Esq.
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045

DATED: November 12, 2008          By _____
                                  Brian Hulse (WA Bar No. ~~18408~~) 11860)
                                  DAVIS WRIGHT TREMAINE LLP
                                  1201 Third Avenue, Suite 2200
                                  Seattle, Washington 98101-3045
                                  Telephone: (206) 757-8261

                                  *Counsel for Washington Mutual Bank*

SFI-595715v1

Telephone: (206) 757-8261
Facsimile: (206) 757-7261
Email: brianhulse@dwt.com

**PLEASE TAKE FURTHER NOTICE** that WMB also requests, pursuant to Section 1109(b) of the Bankruptcy Code, and the applicable Bankruptcy Rules, that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements, plans of reorganization, and other pleadings, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties in interest in this case including, but not limited to WMB, with respect to the Debtor, any property of the Debtor, or of the Debtor's estate, be served electronically upon counsel at the e-mail address set forth above.

**PLEASE TAKE FURTHER NOTICE** that nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by WMB of its (a) rights to have final orders in non-core matters entered after *de novo* review by a District Judge; (b) rights to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which WMB is or may be entitled, all of which are hereby expressly reserved.

DATED: November 17, 2008    By _____
Robert A. Trodella, Jr. (CA Bar No. 184081)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

*Former Counsel for Washington Mutual Bank*

2

# PROOF OF SERVICE

I, Angela M. Howard, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On November 17, 2008, I served a copy of the within document(s):

> **SUBSTITUTION OF COUNSEL, REQUEST TO BE REMOVED FROM SERVICE LISTS; NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- [ ] by placing the document(s) listed above in a sealed Delivery Service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

- [ ] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

- [x] I am familiar with the United States Bankruptcy Court For The District of Delaware's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served as set forth below.

| **VIA CM/ECF** | **VIA CM/ECF** |
|---|---|
| *Counsel for Debtor* | *Creditor Committee* |
| Edward J. Kosmowski | Official Committee of Unsecured Creditors |
| Young, Conaway, Stargatt & Taylor | Bonnie Glantz Fatell |
| 1000 West Street, 17th Floor | Blank Rome LLP |
| PO Box 391 | 1201 Market Street, Suite 800 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Phone: 302 571-6600 | Phone: (302) 425-6423 |
| Fax: 302-571-1253 | Fax: (302) 425-6464 |
| Email: bankruptcy@ycst.com | Email: fatell@blankrome.com |

**VIA U.S. MAIL**

*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on November 17, 2008, at San Francisco, California.

                                               */s/ Angela Howard*
                                               Angela M. Howard