## EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 10/1/2008 | 106 | 1.0 | Calls with buyer to discuss SPA |
| Nelligan, John | 10/2/2008 | 104 | 1.0 | Calls with buyer to discuss trailing due diligence items |
| Nelligan, John | 10/3/2008 | 106 | 1.0 | Calls with buyer to discuss securities portfolio |
| Nelligan, John | 10/6/2008 | 106 | 0.5 | Call with prospective buyer regarding timing on the marked up SPA |
| Nelligan, John | 10/6/2008 | 106 | 0.5 | Correspondence with AH Bank management regarding process |
| Nelligan, John | 10/6/2008 | 106 | 0.5 | Discussion with Prospective Buyer's CEO |
| Nelligan, John | 10/7/2008 | 106 | 0.5 | Call with prospective buyer to check on status of the marked up SPA |
| Nelligan, John | 10/8/2008 | 106 | 0.5 | Call with Kroll to update on Buyers status |
| Nelligan, John | 10/8/2008 | 106 | 0.5 | Update call with AH Bank Management |
| Nelligan, John | 10/8/2008 | 106 | 0.5 | Call with prospective buyer to review high level comments to SPA |
| Nelligan, John | 10/9/2008 | 106 | 0.5 | Call with prospective buyer to review high level comments to SPA |
| Nelligan, John | 10/9/2008 | 106 | 0.5 | Internal Update Call |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 10/10/2008 | 106 | 1.5 | Reviewed SPA issues memo from buyer |
| Nelligan, John | 10/10/2008 | 106 | 1.0 | Reviewed Correspondence from AH parent legal counsel on SPA issues memo |
| Nelligan, John | 10/10/2008 | 106 | 0.5 | Correspondence with Kroll |
| Nelligan, John | 10/13/2008 | 106 | 0.5 | Call with Kroll to discuss business issues regarding the SPA |
| Nelligan, John | 10/13/2008 | 104 | 0.5 | Call with buyer to discuss follow up due diligence items |
| Nelligan, John | 10/13/2008 | 106 | 0.5 | Correspondence with buyer on SPA issues memo |
| Nelligan, John | 10/14/2008 | 106 | 1.5 | Review September financials |
| Young, Richard | 10/15/2008 | 104 | 0.5 | Provided material contract analysis to a potential bidder |
| Nelligan, John | 10/15/2008 | 104 | 0.5 | Spoke to buyer regarding timing on SPA and several due diligence issues |
| Nelligan, John | 10/16/2008 | 106 | 0.5 | Internal call to update on status/timing of process |
| Young, Richard | 10/17/2008 | 104 | 0.5 | Provided material contract analysis to a potential bidder |
| Conway, Darryl | 10/17/2008 | 105 | 3.5 | work on follow up to disclosure schedules; material contract termination dates |
| Nelligan, John | 10/17/2008 | 106 | 0.5 | Correspondence with AH Bank management regarding process |
| Nelligan, John | 10/17/2008 | 106 | 0.5 | Correspondence with counsel regarding derivatives the bank holds |
| Nelligan, John | 10/20/2008 | 106 | 0.5 | Call with buyer |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 10/21/2008 | 106 | 0.5 | Call with YCST regarding escrow agreement |
| Young, Richard | 10/22/2008 | 104 | 2.0 | Internal review of the SPA and other docs |
| Nelligan, John | 10/22/2008 | 106 | 4.5 | Reviewed marked up SPA |
| Young, Richard | 10/23/2008 | 104 | 1.0 | Review of deal documents |
| Nelligan, John | 10/23/2008 | 106 | 4.5 | Review additional SPA comments |
| Nelligan, John | 10/23/2008 | 106 | 0.5 | Correspondence with AH Bank management regarding SPA |
| Nelligan, John | 10/23/2008 | 106 | 2.0 | Conference call with Counsel, Kross to discuss changes SPA |
| Nelligan, John | 10/24/2008 | 106 | 1.0 | Discussed with buyer, initial high level comments to the SPA |
| Young, Richard | 10/24/2008 | 104 | 1.0 | Review of deal documents |
| Nelligan, John | 10/27/2008 | 106 | 0.5 | Internal call to discuss status |
| Nelligan, John | 10/28/2008 | 106 | 2.0 | Review of AH counsel's comments to the SPA |
| Nelligan, John | 10/29/2008 | 106 | 1.0 | Conference call with counsel to review changes to SPA |
| Nelligan, John | 10/29/2008 | 106 | 0.5 | Update call with Kroll on status of deal and bank performance |
| Nelligan, John | 10/29/2008 | 106 | 0.5 | Update call with AH bank management team |
| Nelligan, John | 10/29/2008 | 106 | 0.5 | Review deposit escrow agreement |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 10/29/2008 | 104 | 1.0 | Worked with bidder counsel |
| Nelligan, John | 10/29/2008 | 106 | 0.5 | Update call/scheduling with buyer regarding negotiation of the SPA |
| Nelligan, John | 10/30/2008 | 106 | 0.5 | Call with AH bank management |
| Nelligan, John | 10/30/2008 | 106 | 2.5 | Prepare for board meeting |
| Nelligan, John | 10/30/2008 | 106 | 1.5 | Board meeting |
| Nelligan, John | 10/31/2008 | 106 | 1.5 | Prepare for conference call |
| Nelligan, John | 10/31/2008 | 106 | 1.0 | Conference call with buyer, counsel to negotiate SPA |
| Nelligan, John | 10/31/2008 | 106 | 0.5 | Various calls with AH counsel |
| Nelligan, John | 10/31/2008 | 106 | 0.5 | Call with Kroll |
| Young, Richard | 10/31/2008 | 104 | 4.0 | Update M2 bid analysis; process update |
| **Total Hours:** | | | 56.0 | |