## Exhibit B
## Milestone Advisors LLC
## Detail Expenses by Professional
## October 1, 2008 - October 31, 2008

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Postage / Express | Fedex | 10/21/2008 | 11.44 | Young Conaway |
| Postage / Express | Fedex | 10/28/2008 | 13.26 | Young Conaway |
| | | | 24.70 | |