## CERTIFICATE OF SERVICE

I hereby further certify that on November 20, 2008, a copy of the foregoing was served in the manner indicated on:

Betty Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
***By Hand***

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
***By Hand***

Robert S. Brady, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
***By Hand***

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
***By Facsimile***

Thomas G. Macauley (ID No. 3411)

2050156.1