IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :   Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                            :   Jointly Administered
         Debtors.                                                           :
                                                                            :   Ref. No. 6468
--------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 6468**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Debtors' Exclusive Period Within Which to Solicit Acceptances to Their Chapter 11 Plan (the "Motion") has been received. The Court's docket which was last updated November 20, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than November 18, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
November 20, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Margaret B. Whiteman
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Margaret B. Whiteman (No. 4652)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession