IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
         Debtors.                                                   :
                                                                    :   Ref. No. 6471
------------------------------------------------------------------- x
```

## CORRECTED CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 6471

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Thirteenth Monthly Application of Quinn Emanuel Urquart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 1, 2008 through August 31, 2008 (the "Application"). The Court's docket which was last updated November 20, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than November 18, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($14,806.80) of requested fees ($18,508.50) and 100% of requested expenses ($3,951.15) on an interim basis without further Court order.

Dated: Wilmington, Delaware
November 21, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Patrick A. Jackson
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Kenneth Enos (No. 4544)
        Patrick A. Jackson (No. 4976)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession