IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x

In re:                                                    :    Chapter 11

                                                          :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :

                                                          :    Jointly Administered

        Debtors.                                          :

--------------------------------------------------------------------- x    Ref. No. 6454

## CERTIFICATE OF NO OBJECTION TO STATEMENT RE: DOCKET NO. 6454

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Fourteenth Monthly Statement of Kroll Zolfo

Cooper (n/k/a Zolfo Cooper) as Restructuring Specialists for the Debtors and Debtors-in-

Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the

Period September 1, 2008 through September 30, 2008 (the "Statement"). The Court's docket

which was last updated November 21, 2008, reflects that no objections to the Statement have

been filed. Objections to the Statement were to be filed and served no later than November 13,

2008 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code

Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom

entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of

requested interim fees ($328,348.00) and 100% of requested interim expenses ($17,190.65) on

an interim basis without further Court order.

Dated: Wilmington, Delaware
       November 21, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP


                              /s/ Matthew B. Lunn
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kenneth Enos (No. 4544)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession