IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :   Jointly Administered
            Debtors.                                                    :
                                                                        :   Ref. No. 6473
----------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 6473

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to First Interim Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim period December 15, 2007 through September 30, 2008 (the "Application"). The Court's docket which was last updated November 20, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than November 18, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($37,453.00) of requested fees ($46,816.25) and 100% of requested expenses ($238.40) on an interim basis without further Court order.

Dated: Wilmington, Delaware
November 21, 2008

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  /s/ Ryan M. Bartley
                                  James L. Patton, Jr. (No. 2202)
                                  Pauline K. Morgan (No. 3650)
                                  Sean M. Beach (No. 4070)
                                  Matthew B. Lunn (No. 4119)
                                  Margaret B. Whiteman (No. 4652)
                                  Ryan M. Bartley (No. 4985)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253

                                  Counsel for Debtors and
                                  Debtors in Possession