# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objection Deadline: December 3, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: December 10, 2008 at 10:00 a.m. (ET)** |
| | ) | |

FILED

2008 NOV 21 AM 9: 15

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

AHM OB22 11/7/2008 (merge2.txnum2) 4000038931 EPIQ Use - 190

GARY LEES AVENUE PIZZA
1575 BROADWAY
BUFFALO, NY 14212

## NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** GARY LEES AVENUE PIZZA
1575 BROADWAY
BUFFALO, NY 14212

**Basis For Objection:** Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 4363 | $267.00 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before December 3, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 10, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

Reminder: AOL will never ask you to send us your password or credit card number in an email.  This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | Donna.Blaszczak@americanhm.com |
| **To:** | audiohighway@aol.com |
| **Subject:** | RE: lunch on FRI 01-26-07 |
| **Date:** | Sat, 20 Jan 2007 1:17 PM |

Tks

**From:** audiohighway@aol.com [mailto:audiohighway@aol.com]
**Sent:** Friday, January 19, 2007 7:37 PM
**To:** Donna Blaszczak
**Subject:** Re: lunch on FRI 01-26-07

Got it!

-----Original Message-----
**From:** Donna.Blaszczak@americanhm.com
**To:** audiohighway@aol.com
**Sent:** Fri, 19 Jan 2007 1:32 PM
**Subject:** FW: lunch on FRI 01-26-07

**From:** Lawrence Felckowski
**Sent:** Friday, January 19, 2007 12:18 PM
**To:** 'bflowholesale@aol.com'
**Cc:** Donna Blaszczak
**Subject:** lunch on FRI 01-26-07
**Importance:** High

Hello Gary,
I'd like to order lunch for FRI 01-26-07 for 10 people @ 12pm.  Donna would like pizza, wings and a large chef salad, also, please remember plates, cups, napkins, diet & regular pop and blue cheese.  The delivery address is NOT our office address...it is 6245 Sheridan Drive, Suite 210, Williamsville, NY, 14221.  This is the building across the parking lot from us.
thanx, Larry



American Home Mortgage

*Lawrence Felckowski*
*6255 Sheridan Drive*
*Suite 110*
*Williamsville, NY 14221*

*716-565-1700 P*
*716-565-0997 F*

*MAP OF OUR OFFICE*

*The information contained in this communication is the property of American Home Mortgage and/or its subsidiaries and contains confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to which it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply e-mail.*

# Gary Lees Avenue Pizza
## 1575 Broadway
## Buffalo, NY 14212
## 11/14/08

Re: Balance due from American Home Mortgage

To Whom it may Concern:

The debt owed to my company from American Home Mortgage is valid, Please note the enclosed email showing the order being placed by Larry Felckowski of American Home Mortgage.

I Object to your finding of Non-Substantive in this matter and ask that this bill be paid in full, The balance owed to my company is 267.00.

Thank you,

Gary Lee Toner