IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                  :   Chapter 11
                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                  :
                                       :   Jointly Administered
                         Debtors.      :
---------------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned proceeding:

         January 13, 2009 at 11:00 a.m. – Interim Fee Requests

         January 27, 2009 at 10:00 a.m.

         February 6, 2009 at 2:00 p.m.

         February 20, 2009 at 10:00 a.m.

         March 18, 2009 at 10:00 a.m.

Dated: November _21_, 2008
       Wilmington, Delaware

                                 CHRISTOPHER S. SONTCHI
                                 UNITED STATES BANKRUPTCY JUDGE