# EXHIBIT V

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Ref. Docket No. _____** |

**ORDER SUSTAINING DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the twenty-fourth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, and C hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2 All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A, B, and C are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
December ___, 2008

________________________________
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed | Surviving Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| BUMBAK, KATHY<br>939 W 6TH ST<br>SAN PEDRO, CA 90731 | 1164 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$2,713.20 (P)<br>- (U)<br>$2,713.20 (T) | 6385 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$904.61 (U)<br>$904.61 (T) |
| FERRICANE, ANGELO J.<br>13 HOLLY DR<br>MANORVILLE, NY 11949 | 243 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$2,325.00 (P)<br>- (U)<br>$2,325.00 (T) | 2230 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$2,595.38 (P)<br>- (U)<br>$2,595.38 (T) |
| HONOKAUPU, CHRISTINA K.<br>PO BOX 1337<br>HAIKU, HI 96708 | 1169 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$767.20 (P)<br>$767.20 (U)<br>$767.20 (T) | 5098 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$767.20 (P)<br>$767.20 (U)<br>$767.20 (T) |
| HOWELL, BARBARA J.<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | 841 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$2,135.04 (P)<br>- (U)<br>$2,135.04 (T) | 5426 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,135.04 (P)<br>- (U)<br>$2,135.04 (T) |
| **Totals:** | **4 Claims** | | | **- (S)<br>- (A)<br>$7,940.44 (P)<br>$767.20 (U)<br>$7,940.44 (T)** | | | | **- (S)<br>- (A)<br>$5,497.62 (P)<br>$1,671.81 (U)<br>$6,402.23 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Wrong Debtor Claims

| | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| ACADIANA'S OFFICE PRODUCTS<br>ATTN JOHN A. MARTIN<br>P.O. BOX 61748<br>LAFAYETTE, LA 70596 | 7864 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$23,585.04 (U)<br>$23,585.04 (T) | 07-11051 |
| ALBANO, KRISTINE<br>76 WILSON AVE<br>MASTIC BEACH, NY 11951 | 973 | 9/18/07 | No Case | - (S)<br>- (A)<br>$730.87 (P)<br>- (U)<br>$730.87 (T) | 07-11051 |
| ALLEN, ROXANNA T.<br>315 WRIGHTSBURG CT<br>FAYETTEVILLE, GA 30215 | 752 | 9/14/07 | No Case | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) | 07-11051 |
| ANDERSON, ELIZABETH D.<br>44 SEACLIFF DR<br>APTOS, CA 95003 | 219 | 8/31/07 | No Case | - (S)<br>- (A)<br>$8,201.57 (P)<br>- (U)<br>$8,201.57 (T) | 07-11051 |
| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | 830 | 9/17/07 | No Case | - (S)<br>- (A)<br>$553.84 (P)<br>- (U)<br>$553.84 (T) | 07-11051 |
| ASPETUCK SYSTEMS, INC.<br>ATTN MICHAEL GABRIELE<br>200 CONNECTICUT AVENUE<br>NORWALK, CT 06854 | 632 | 10/11/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$52,615.98 (U)<br>$52,615.98 (T) | 07-11051 |
| AT&T CORP.<br>ATTN ALBERT PEREZ<br>15100 FAA BLVD<br>FORT WORTH, TX 76155 | 1094 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$48,759.86 (U)<br>$48,759.86 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | | New Case Number: Case Number |
|---|---|---|---|---|---|
| BARTLETT, CATHY<br>1730 LONG RIDGE ST<br>CHULA VISTA, CA 91913 | 1158 | 9/24/07 | No Case | - (S)<br>- (A)<br>$1,961.80 (P)<br>- (U)<br>$1,961.80 (T) | 07-11051 |
| BOND, ALISON<br>1346 N. LAUREL AVE # 105<br>W. HOLLYWOOD, CA 90046 | 1647 | 10/18/07 | No Case | - (S)<br>- (A)<br>$1,546.09 (P)<br>- (U)<br>$1,546.09 (T) | 07-11051 |
| BRATT, KAY<br>23351 VIA LINDA #A<br>MISSION VIEJO, CA 92691 | 436 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,920.00 (P)<br>- (U)<br>$1,920.00 (T) | 07-11051 |
| BRAUDE, KEVIN Z.<br>1832 FIELDWOOD DRIVE<br>NORTHBROOK, IL 60062 | 1450 | 10/5/07 | No Case | - (S)<br>- (A)<br>$6,166.51 (P)<br>- (U)<br>$6,166.51 (T) | 07-11051 |
| BRAVO, CHRISTINA<br>3828 ADDISON WOODS RD.<br>FREDERICK, MD 21704 | 1433 | 10/5/07 | No Case | - (S)<br>- (A)<br>$2,707.38 (P)<br>- (U)<br>$2,707.38 (T) | 07-11051 |
| BRITTINGHAM, CHRISTINE<br>4 OAK HOLLOW LN<br>SICKLERVILLE, NJ 080813907 | 479 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,961.54 (P)<br>- (U)<br>$1,961.54 (T) | 07-11051 |
| BROTHERTON, JILL<br>1226 NORTH AVENUE<br>BATAVIA, IL 60510 | 8421 | 1/10/08 | No Case | - (S)<br>- (A)<br>$1,100.00 (P)<br>$1,020.00 (U)<br>$2,120.00 (T) | 07-11051 |
| BURIAN, THOMAS A.<br>PO BOX 1076<br>PARK RIDGE, IL 60068 | 951 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$2,708.34 (P)<br>- (U)<br>$2,708.34 (T) | 07-11051 |
| CADRE GROUP, LLC<br>60 KATONA DR STE 27<br>FAIRFIELD, CT 06824 | 4 | 8/16/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$12,745.00 (U)<br>$12,745.00 (T) | 07-11053 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | | New Case Number: Case Number |
|---|---|---|---|---|---|
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | 9865 | 1/31/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$10,596.27 (U)<br>$10,596.27 (T) | 07-11051 |
| ELKIN, DARCY J.<br>10626 GREEN MOUNTAIN CIRCLE<br>COLUMBIA, MD 21044 | 1323 | 9/28/07 | No Case | - (S)<br>- (A)<br>$1,120.00 (P)<br>- (U)<br>$1,120.00 (T) | 07-11051 |
| EVANICHKO, MOLLIE<br>6227 GLENCAIRN CIR<br>GALLOWAY, OH 43119 | 224 | 8/31/07 | No Case | - (S)<br>- (A)<br>$1,593.60 (P)<br>- (U)<br>$1,593.60 (T) | 07-11051 |
| FEE, EILEEN<br>61 MOFFITT BLVD<br>ISLIP, NY 11751 | 867 | 9/17/07 | No Case | - (S)<br>- (A)<br>$1,009.62 (P)<br>- (U)<br>$1,009.62 (T) | 07-11051 |
| FELDMAN, GAIL<br>15225 N 100TH ST UNIT 1205<br>SCOTTSDALE, AZ 852608801 | 493 | 9/10/07 | No Case | - (S)<br>- (A)<br>$2,376.75 (P)<br>- (U)<br>$2,376.75 (T) | 07-11051 |
| FIRST AMERICAN CORE LOGIC<br>ATTN LAURIE CHEHAK, A/R MANAGER<br>10360 OLD PLACERVILLE RD<br>STE 100<br>SACRAMENTO, CA 95827 | 1730 | 10/22/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$9,369.30 (U)<br>$9,369.30 (T) | 07-11051 |
| FIRST AMERICAN CORE LOGIC<br>ATTN LAURIE CHEHAK, A/R MANAGER<br>10360 OLD PLACERVILLE RD<br>STE 100<br>SACRAMENTO, CA 95827 | 1731 | 10/22/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$62,585.00 (U)<br>$62,585.00 (T) | 07-11051 |
| FIUMEFREDDO, ROSARIA<br>7132 HELL AVE #2<br>HUNTINGTON BEACH, CA 92647 | 712 | 9/13/07 | No Case | - (S)<br>- (A)<br>$2,349.75 (P)<br>- (U)<br>$2,349.75 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | | New Case Number: Case Number |
|---|---|---|---|---|---|
| FRANKS, KIM<br>705 S. WELLWOOD AVENUE<br>LINDENHURST, NY 11757 | 7991 | 1/9/08 | No Case | - (S)<br>- (A)<br>$2,400.00 (P)<br>- (U)<br>$2,400.00 (T) | 07-11053 |
| FREEDMAN, JODIE<br>77 S PARK AVE APT A22<br>ROCKVILLE CENTRE, NY 11570 | 296 | 9/4/07 | No Case | - (S)<br>- (A)<br>$954.00 (P)<br>- (U)<br>$954.00 (T) | 07-11051 |
| FREY, TABETHA S<br>10624 QUEEN JESSICA<br>LN<br>SANTEE, CA 92071 | 2582 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$8,653.85 (P)<br>- (U)<br>$8,653.85 (T) | 07-11051 |
| FURCO, LISA<br>1034 7TH ST<br>WEST BABYLON, NY 11704 | 3990 | 11/30/07 | 07-11053 | - (S)<br>- (A)<br>$846.70 (P)<br>- (U)<br>$846.70 (T) | 07-11051 |
| GEHRING, GRETCHEN S.<br>830 CHURCHLAND CT<br>SAUGERTIES, NY 12477 | 556 | 9/11/07 | No Case | - (S)<br>- (A)<br>$2,115.38 (P)<br>- (U)<br>$2,115.38 (T) | 07-11051 |
| GHINI, LAURA<br>11 CHERRY ST<br>GLEN HEAD, NY 11545 | 1140 | 9/21/07 | No Case | - (S)<br>- (A)<br>$2,900.00 (P)<br>- (U)<br>$2,900.00 (T) | 07-11051 |
| GIBSON, MARGARET<br>2483-4 WHISPERING WOODS BLVD<br>JACKSONVILLE, FL 32246 | 1148 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$1,338.64 (P)<br>- (U)<br>$1,338.64 (T) | 07-11051 |
| GRANT, ANN<br>1216 BIRKS CT.<br>LA GRANGE, IL 60525 | 1659 | 10/19/07 | No Case | - (S)<br>- (A)<br>$3,261.00 (P)<br>- (U)<br>$3,261.00 (T) | 07-11051 |
| HESS, SHARON SUE<br>415 LONG BRANCH WAY<br>CANTON, GA 30115 | 1454 | 10/9/07 | No Case | - (S)<br>- (A)<br>$2,500.80 (P)<br>- (U)<br>$2,500.80 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Claim Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| HEYMAN, MATTHEW REED<br>26201 BUSCADOR<br>MISSION VIEJO, CA 92692 | 943 | 9/17/07 | No Case | - (S)<br>- (A)<br>$840.00 (P)<br>- (U)<br>$840.00 (T) | 07-11051 |
| HITCHCOCK, HEIDI A.<br>2 BASSWOOD CT<br>CATONSVILLE, MD 21228 | 414 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,130.77 (P)<br>- (U)<br>$1,130.77 (T) | 07-11051 |
| HUGHEY, CHERYL<br>222 NORTH AVE<br>APTOS, CA 95003 | 268 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$7,471.84 (P)<br>- (U)<br>$7,471.84 (T) | 07-11051 |
| JOHNSON, JANIS C.<br>523 NIGHTSHADE DR<br>ARLINGTON, TX 76018 | 908 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,846.56 (P)<br>- (U)<br>$1,846.56 (T) | 07-11050 |
| KLAR, VIRGINIA<br>815 E WALNUT ST<br>LONG BEACH, NY 11561 | 1013 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$819.44 (P)<br>- (U)<br>$819.44 (T) | 07-11051 |
| LEE, SHAOWEI<br>PO BOX 360765<br>MILPITAS, CA 95036 | 3102 | 11/23/07 | No Case | - (S)<br>- (A)<br>$4,458.47 (P)<br>- (U)<br>$4,458.47 (T) | 07-11051 |
| LOWERMYBILLS, INC., A DELAWARE CORP<br>SANDRA I TIBERI<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FLOOR | 9844 | 1/28/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$59,999.00 (U)<br>$59,999.00 (T) | 07-11051 |
| MAIER, DANIEL KEITH<br>2738 HARVARD DR<br>WARRINGTON, PA 189762378 | 1471 | 10/9/07 | 07-11047 | - (S)<br>- (A)<br>$3,041.41 (P)<br>- (U)<br>$3,041.41 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Claim Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| MASSARINI, JUDITH A.<br>397 AURORA DR<br>MILLERSVILLE, MD 21108 | 555 | 9/11/07 | No Case | - (S)<br>- (A)<br>$1,884.68 (P)<br>- (U)<br>$1,884.68 (T) | 07-11051 |
| MEEUWSE, CATHERINE S.<br>1703 MILES AVE<br>KALAMAZOO, MI 49001 | 241 | 9/4/07 | No Case | - (S)<br>- (A)<br>$882.00 (P)<br>- (U)<br>$882.00 (T) | 07-11051 |
| MODELYTICS INC<br>ATTN MUKUND SHEOREY, PRESIDENT<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ 07458 | 404 | 9/7/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$131,135.00 (U)<br>$131,135.00 (T) | 07-11051 |
| MOORE, DEBRA<br>202 SHELTER LN<br>LEVITTOWN, NY 11756 | 2399 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$1,325.20 (P)<br>- (U)<br>$1,325.20 (T) | 07-11053 |
| MURRAH, SHERI<br>18108 STONEBROOK DR<br>SANFORD, FL 327734467 | 1142 | 9/21/07 | No Case | - (S)<br>- (A)<br>$5,666.67 (P)<br>- (U)<br>$5,666.67 (T) | 07-11051 |
| NATHAN, MARILYN G<br>11 KETCHAM PL<br>MELVILLE, NY 11747 | 4367 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$1,370.88 (P)<br>- (U)<br>$1,370.88 (T) | 07-11053 |
| NORTHWIND FINANCIAL CORP<br>ATTN C. CUMMINGS, CEO<br>5999 BELINDA DR NE<br>ROCKFORD, MI 49341 | 6289 | 12/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,693.14 (U)<br>$10,693.14 (T) | 07-11051 |
| OBERGFELL, VALERIE<br>1879 S GROVE ST<br>DENVER, CO 80219 | 211 | 8/31/07 | No Case | - (S)<br>- (A)<br>$828.80 (P)<br>- (U)<br>$828.80 (T) | 07-11051 |
| OETINGER, WILLIAM D.<br>3120 DAVISVILLE RD<br>HATBORO, PA 19040 | 949 | 9/17/07 | No Case | - (S)<br>- (A)<br>$969.23 (P)<br>- (U)<br>$969.23 (T) | 07-11051 |

| | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | 1627 | 10/15/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$13,560.98 (U)<br>$13,560.98 (T) | 07-11051 |
| PANZINI, CLAUDIA<br>1650 LEWIS RD<br>MERRICK, NY 11566 | 1540 | 10/12/07 | 07-11047 | - (S)<br>- (A)<br>$1,634.62 (P)<br>- (U)<br>$1,634.62 (T) | 07-11051 |
| PAZORNIK, RICHARD B.<br>712 RESERVOIR ST<br>BALTIMORE, MD 21217 | 751 | 9/13/07 | 07-11048 | - (S)<br>- (A)<br>$4,475.00 (P)<br>- (U)<br>$4,475.00 (T) | 07-11051 |
| PIERCE, DANIEL R.<br>PO BOX 294<br>LINCOLN, AL 350960294 | 2306 | 11/16/07 | No Case | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | 07-11051 |
| PRICE, ARTHUR<br>11 TRUMPET LN<br>LEVITTOWN, NY 11756 | 1225 | 9/26/07 | No Case | - (S)<br>- (A)<br>$1,360.00 (P)<br>- (U)<br>$1,360.00 (T) | 07-11051 |
| REVAK, KELLEY<br>805 WOODWARD ST<br>MC KEESPORT, PA 15132 | 755 | 9/14/07 | No Case | - (S)<br>- (A)<br>$909.44 (P)<br>- (U)<br>$909.44 (T) | 07-11051 |
| ROCKWELL, ELIZABETH<br>199 DUBLIN CT UNIT V 2<br>SCHAUMBURG, IL 60194-6129 | 1218 | 9/25/07 | No Case | - (S)<br>- (A)<br>$816.00 (P)<br>- (U)<br>$816.00 (T) | 07-11051 |
| ROWLEY, DONALD (DON)<br>3644 VILLAGE SPRINGS DR<br>HIGH POINT, NC 27265 | 3108 | 11/23/07 | No Case | - (S)<br>- (A)<br>$1,366.73 (P)<br>- (U)<br>$1,366.73 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| SACKMAN, BEVERLEY W.<br>431 TIMBER RIDGE DR<br>LONGWOOD, FL 32779 | 1102 | 9/18/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$582.47 (U)<br>$11,532.47 (T) | 07-11051 |
| SCHNEIDER, CATHY L.<br>451 HAZEL AVENUE<br>HIGHLAND PARK, IL 60035 | 1307 | 9/28/07 | No Case | - (S)<br>- (A)<br>$1,319.00 (P)<br>- (U)<br>$1,319.00 (T) | 07-11051 |
| SKINNER, JULIA<br>7 BRAIDED WHIP CT<br>WINDSOR MILL, MD 21244 | 391 | 9/7/07 | No Case | - (S)<br>- (A)<br>$6,346.15 (P)<br>- (U)<br>$6,346.15 (T) | 07-11051 |
| SMILEY, CONSUELA A.<br>9763 BRASSIE WAY<br>GAITHERSBURG, MD 20886 | 959 | 9/18/07 | No Case | - (S)<br>- (A)<br>$2,284.61 (P)<br>- (U)<br>$2,284.61 (T) | 07-11051 |
| SMITH, SHANTA N.<br>675 COMMANDER AVE<br>WEST BABYLON, NY 11704 | 7850 | 1/9/08 | No Case | - (S)<br>- (A)<br>$1,528.80 (P)<br>- (U)<br>$1,528.80 (T) | 07-11051 |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | 585 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,056.88 (U)<br>$7,056.88 (T) | 07-11051 |
| SPRINT NEXTEL<br>ABBY LATOURRETTE, BANKRUPTCY<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 10237 | 4/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$159,264.01 (U)<br>$159,264.01 (T) | 07-11051 |
| STANNARD, MONICA<br>20914 JESSICA ROSE LN<br>SPRING, TX 77379 | 562 | 9/11/07 | No Case | - (S)<br>- (A)<br>$944.84 (P)<br>- (U)<br>$944.84 (T) | 07-11051 |
| STEPHANIK, JOANNE<br>413 N. SAN DIMAS AVE<br>SAN DIMAS, CA 91773 | 1782 | 10/26/07 | No Case | - (S)<br>- (A)<br>$5,653.76 (P)<br>- (U)<br>$5,653.76 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| STOCKMAN, JOSEPH<br>236 ELWOOD RD<br>EAST NORTHPORT, NY 11731 | 822 | 9/17/07 | No Case | - (S)<br>- (A)<br>$2,079.75 (P)<br>- (U)<br>$2,079.75 (T) | 07-11051 |
| SYKES, THADDEUS<br>2003 CRIMSON MEADOWS DR.<br>O'FALLON, MO 63366 | 1578 | 10/15/07 | No Case | - (S)<br>- (A)<br>$2,625.00 (P)<br>- (U)<br>$2,625.00 (T) | 07-11051 |
| SYMONS, CECILIA<br>46595 CHALMERS<br>MACOMB, MI 48044 | 1554 | 10/5/07 | No Case | - (S)<br>- (A)<br>$2,146.56 (P)<br>- (U)<br>$2,146.56 (T) | 07-11051 |
| SYMPLEGADES<br>ATTN IAN GERTLER, PRESIDENT & CEO<br>1746 MCLAURIN LANE<br>FUQUAY-VARINA, NC 27526 | 8191 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$47,610.00 (U)<br>$47,610.00 (T) | 07-11051 |
| THOMSON FINANCIAL CO, LLC<br>ATTN BARBARA MENDY<br>195 BROADWAY<br>NEW YORK, NY 10007 | 180 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$71,049.44 (U)<br>$71,049.44 (T) | 07-11051 |
| TRAIETTA, EILEEN<br>64 PARK CIRCLE SOUTH<br>FARMINGDALE, NY 11735 | 482 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$2,376.00 (P)<br>- (U)<br>$2,376.00 (T) | 07-11051 |
| TRIOLO, VICTOR J.<br>104 SEAVIEW AVE<br>NORTHPORT, NY 11768 | 194 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$240.39 (P)<br>- (U)<br>$240.39 (T) | 07-11051 |
| VAIDEN, MARY K<br>2742 CANDLEWOOD CT<br>APOPKA, FL 32703 | 4558 | 12/5/07 | No Case | - (S)<br>- (A)<br>$994.98 (P)<br>- (U)<br>$994.98 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Claim Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| VALARO, SHERRY<br>7784 LAS PALMAS WAY<br>JACKSONVILLE, FL 32256 | 1544 | 10/12/07 | No Case | - (S)<br>- (A)<br>$1,291.92 (P)<br>- (U)<br>$1,291.92 (T) | 07-11051 |
| VERNAGLIA, MARY E.<br>37 PASHO ST<br>ANDOVER, MA 01810 | 1035 | 9/19/07 | No Case | - (S)<br>- (A)<br>$1,712.25 (P)<br>- (U)<br>$1,712.25 (T) | 07-11051 |
| VINCENTY, LEYLANI<br>20 LAYTON LN<br>CENTEREACH, NY 11720 | 7512 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$3,461.60 (P)<br>- (U)<br>$3,461.60 (T) | 07-11053 |
| VLAUN, DARIA<br>26 CRABTREE LN<br>LEVITTOWN, NY 11756 | 663 | 9/12/07 | No Case | - (S)<br>- (A)<br>$1,374.36 (P)<br>- (U)<br>$1,374.36 (T) | 07-11051 |
| WALTON, MARY<br>11 DAVIS RD APT B10<br>ACTON, MA 017204761 | 1159 | 9/24/07 | No Case | - (S)<br>- (A)<br>$1,538.41 (P)<br>- (U)<br>$1,538.41 (T) | 07-11050 |
| WAREHOUSELINE, LTD<br>ATTN BRUCE REICHSTEIN, PRESIDENT<br>707 WOODCASTLE BEND<br>STE 200<br>HOUSTON, TX 77094 | 6697 | 12/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$92,898.00 (U)<br>$92,898.00 (T) | 07-11051 |
| WENINSKI, MICHELLE A.<br>41 WINSTON DR<br>BRENTWOOD, NY 11717 | 724 | 9/13/07 | No Case | - (S)<br>- (A)<br>$1,945.38 (P)<br>- (U)<br>$1,945.38 (T) | 07-11051 |
| WHALIN, LESLIE D.<br>18 KNOLLCREST RD<br>NESCONSET, NY 11767 | 806 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>$3,155.34 (P)<br>- (U)<br>$3,155.34 (T) | 07-11051 |
| WHITNEY, MICHELE<br>3210 QUEENSLAND CT<br>FORT MILL, SC 29715 | 422 | 9/10/07 | No Case | - (S)<br>- (A)<br>$2,053.85 (P)<br>- (U)<br>$2,053.85 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | | New Case Number: Case Number |
|---|---|---|---|---|---|
| WILSON, ANTHONY J<br>9405 LANAE LA<br>MANASSAS PARK, VA 20111 | 3324 | 11/26/07 | No Case | - (S)<br>- (A)<br>$1,177.60 (P)<br>- (U)<br>$1,177.60 (T) | 07-11051 |
| WOOTEN, ALISHA D.<br>9404 N LAUREL RD<br>LAUREL, MD 20723 | 835 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$1,176.00 (P)<br>- (U)<br>$1,176.00 (T) | 07-11051 |
| WYATT, MYRON C.<br>758 E 25TH ST<br>APT B-20<br>CHESTER, PA 19013 | 686 | 9/12/07 | No Case | - (S)<br>- (A)<br>$865.12 (P)<br>- (U)<br>$865.12 (T) | 07-11051 |
| ZWICK, ERIN E.<br>266 SUMMERHILL CT.<br>AURORA, IL 60506 | 7474 | 1/7/08 | No Case | - (S)<br>- (A)<br>$1,557.60 (P)<br>- (U)<br>$1,557.60 (T) | 07-11051 |
| **Totals:** | **88 Claims** | | | **- (S)**<br>**- (A)**<br>**$172,586.58 (P)**<br>**$815,125.37 (U)**<br>**$987,711.95 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| BARRETT-SNYDER, RICHARD<br>43 HENRY ST<br>MERRICK, NY 11566 | 9682 | 1/16/08 | 07-11051 | - (S)<br>- (A)<br>$6,730.76 (P)<br>- (U)<br>$6,730.76 (T) | No amounts are due per Debtors' books and records. Claimant failed to attach any supporting documentation to proof of claim. |
| SIMS, RACHEL<br>809 RED BUD DR<br>DESOTO, TX 751154459 | 3328 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,436.00 (P)<br>- (U)<br>$2,436.00 (T) | No amounts are due per Debtors' books and records. Claimant failed to attach any supporting documentation to proof of claim. |
| **Totals:** | **2 Claims** | | | **- (S)<br>- (A)<br>$9,166.76 (P)<br>- (U)<br>$9,166.76 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.