# EXHIBIT A

Exhibit A

No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND<br>ATTN BOBBI WALLACE CHARNEY<br>BANKRUPTCY ADMINISTRATOR<br>P.O. BOX 2700, M.S. 1103<br>ANNAPOLIS, MD 21404 | 8584 | 1/11/08 | 07-11047 | $2,728.91 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,728.91 (T) | Loan paid off in full on 10/16/07. Debtor holds no liability for 2008 taxes |
| BARRINGTON TOWN<br>JOANN S KRUPSKI<br>DEPUTY TAX COLLECTOR<br>41 PROVINCE<br>BARRINGTON, NH 03825 | 9502 | 1/14/08 | No Case | Unspecified* | Taxes related to one parcel have been paid. The loan associated with the other parcel was sold to WAMU on 6/24/05 |
| BERKELEY COUNTY TAX COLLECTOR<br>ATTN: VIRGINIA R. HAMILTON<br>P.O. BOX 6122<br>MONCKS CORNER, SC 29461 | 6109 | 12/21/07 | 07-11047 | $1,612.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,612.08 (T) | Claim is not against any of the AHM debtor entities |
| CANTERBURY TOWN<br>ATTN CHERYL A. GORDON, TAX COLLECTOR<br>P.O. BOX 500<br>CANTERBURY, NH 03224 | 5342 | 12/11/07 | No Case | Unspecified* | Claim is not against any of the AHM debtor entities |
| CASWELL COUNTY<br>ATTN: VIRGINIA E. MCINTYRE<br>PO BOX 204<br>YANCYVILLE, NC 27379 | 10383 | 5/5/08 | No Case | $661.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$661.80 (T) | Loan paid off on 1/07. To the extent the Debtors held 2007 taxes in escrow, such amounts were paid. Outstanding amounts are not obligations of the Debtors. |
| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | 6640 | 12/31/07 | 07-11050 | $1,772.64 (S)<br>- (A)<br>$1,857.57 (P)<br>- (U)<br>$1,772.64 (T) | Taxes pertain to 2008 taxes and are currently serviced by AHM SV/I 3. Liability is not against the Debtors |
| CITY OF MIDLAND<br>ATTN JAMES O. BRANSON III, CITY ATTORNEY<br>333 W. ELLSWORTH STREET<br>MIDLAND, MI 48640 | 1528 | 10/9/07 | 07-11047 | $256.87 (S)<br>- (A)<br>$30.55 (P)<br>- (U)<br>$287.42 (T) | Taxes paid on 8/20/07. The sewer bill is a non-escrow item and is the liability of the borrower, not the Debtors |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CLAYTON COUNTY TAX COMMISSIONER ATTN TERRY L BASKIN, TAX COMMISSIONER CLAYTON COUNTY ADMINISTRATION, ANNEX 3 121 S MCDONOUGH ST, 2ND FL JONESBORO, GA 30236 | 3934 | 11/30/07 | 07-11050 | - (S) - (A) $854.89 (P) - (U) $854.69 (T) | The entire amount of the tax claim is the obligation of the borrower, not the Debtors |
| CULPEPER COUNTY P.O. BOX 1447 CULPEPER, VA 22701 | 10168 | 3/31/08 | No Case | $1,728.16 (S) - (A) - (P) - (U) $1,728.16 (T) | Loan sold to Deutsche Bank on 2/16/05. 2007 taxes are not the Debtors' obligation |
| GWINNETT COUNTY TAX COMMISSIONER DEPARTMENT OF PROPERTY TAX ATTN: WILLIAM HARPER, CLAIM PROCESSOR P.O. BOX 372 LAWRENCEVILLE, GA 30046 | 9867 | 2/1/08 | No Case | - (S) - (A) $3,579.95 (P) - (U) $3,579.95 (T) | Loan sold to FNMA in 2004. 2007 taxes are not the Debtors' obligation |
| HAMPTON TOWN ATTN HARRY BAUM JR. - TAX COLLECTOR P.O. BOX 94 HAMPTON, CT 06247 | 2206 | 11/15/07 | No Case | $822.25 (S) - (A) - (P) - (U) $822.25 (T) | Loan sold to Midland Mortgage and all taxes claimed should be redirected to that party. |
| LAMA, CHOG TSERING 4110 CAROL DRIVE #A5 FULLERTON, CA 92833 | 10092 | 3/13/08 | No Case | $254,400.00 (S) $1,538.24 (A) - (P) - (U) $255,938.24 (T) | Claim related to the claimant's mortgage. The claimed amount is the amount owed by claimant, not an amount owed to the Claimant by the Debtors. |
| MADERA COUNTY ATTN TRACY KENNEDY DESMOND, TREASURER 200 W 4TH ST. 2ND FLOOR MADERA, CA 93639 | 9571 | 1/14/08 | No Case | $1,984.87 (S) - (A) - (P) - (U) $1,984.87 (T) | The entire amount of the tax claim is the obligation of the borrower, not the debtor |
| MAJEWSKI, PAUL 73 STORM JIB CT BERKELEY TOWNSHIP, NJ 08721 | 10291 | 4/28/08 | No Case | - (S) - (A) $3,684.00 (P) - (U) $3,684.00 (T) | Claim for payment of escrowed property taxes. These taxes are being paid in the ordinary course of business. |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 9971 | 1/31/08 | 07-11054 | - (S) - (A) $237,037.95 (P) $250.00 (U) $237,287.95 (T) | Claim for taxes was based on premise that the Debtors are an insurance company. As the Debtors are not an insurance company, the claimant has affirmed to the Debtors that no taxes are due. |
| OCEAN CITY TOWN ATTN: MARTHA BENNETT OCEAN CITY TAX OFC BOX 5000 OCEAN CITY, MD 21843 | 10426 | 6/30/08 | 07-11047 | $1,386.36 (S) - (A) - (P) - (U) $1,386.36 (T) | Taxes pertain to 2008 taxes and are currently serviced by AHM SVI 3. Liability is not against the Debtors |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PAWTUCKET CITY<br>ATTN MICHAEL A BOLANO<br>INTEGRATIN SPECIALIST<br>PO BOX 1653<br>PROVIDENCE, RI 02901 | 6803 | 1/2/08 | 07-11050 | - (S)<br>- (A)<br>$1,901.16 (P)<br>- (U)<br>$1,901.16 (T) | Loan was sold to Bear Stearns on 3/31/06. Taxes are not the liability of the Debtors |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1929 | 11/1/07 | 07-11051 | - (S)<br>- (A)<br>$576,625.89 (P)<br>$111.78 (U)<br>$576,737.67 (T) | Claim for 2006 taxes.  No taxes are due per filed 2006 income tax return. |
| POWELL, LEROY D.<br>17670 NE CHEHALEM DR<br>NEWBERG, OR 971326619 | 10322 | 4/29/08 | No Case | - (S)<br>- (A)<br>$1,944.57 (P)<br>- (U)<br>$1,944.57 (T) | Claim for payment of escrowed property taxes.  These taxes are being paid in the ordinary course of business. |
| REYNOLDS, JOSHUA D.<br>1192 LENOR WAY<br>SAN JOSE, CA 95128 | 10270 | 4/22/08 | 07-11050 | - (S)<br>- (A)<br>$2,736.56 (P)<br>- (U)<br>$2,736.56 (T) | Claim for payment of escrowed property taxes.  These taxes are being paid in the ordinary course of business. |
| ROGERS TOWNSHIP<br>ATTN THOMAS RADKA, TREASURER<br>1660 HEYTHALER HWY<br>ROGERS CITY, MI 49779 | 4236 | 12/3/07 | No Case | Unspecified* | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA  15683 | 3898 | 11/30/07 | No Case | $1,650.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,650.36 (T) | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA  15683 | 3899 | 11/30/07 | No Case | $2,505.72 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,505.72 (T) | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA  15683 | 3900 | 11/30/07 | No Case | $1,882.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,882.36 (T) | Claim is not against any of the AHM debtor entities |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA  15683 | 3901 | 11/30/07 | No Case | $2,188.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,188.08 (T) | Claim is not against any of the AHM debtor entities |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | 3892 | 11/30/07 | No Case | $712.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$712.83 (T) | Claim is not against any of the AHM debtor entities |
| Totals: | | 26 Claims | | $276,293.29 (S)<br>- (A)<br>$931,891.13 (P)<br>$361.78 (U)<br>$1,206,688.63 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
### Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CLISE AGENCY TRUST<br>C/O M. OWEN GABRIELSON<br>GRAHM & DUNN PC<br>2801 ALASKAN WAY, STE 300<br>SEATTLE, WA 98121-1128 | 7742 | 1/8/08 | 07-11051 | $3,127.41 (S)<br>- (A)<br>- (P)<br>$24,118.81 (U)<br>$27,246.22 (T) | $3,127.41 (S)<br>- (A)<br>- (P)<br>$20,991.40 (U)<br>$24,118.81 (T) | Claim includes a secured portion and an unsecured portion. The Debtors' books and records indicate that the claimant double counted the secured portion of $3127.41 in both the secured portion and the unsecured portion. Therefore, the unsecured portion should be reduced by $3127.41. |
| EDWARDS, RALPH<br>8814 FARGO RD # 115<br>RICHMOND, VA 23229 | 10 | 8/20/07 | 07-11053 | - (S)<br>- (A)<br>$2,280.00 (P)<br>$2,280.00 (U)<br>$2,280.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,280.00 (U)<br>$2,280.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| GAUL, FRANCESCA<br>PELICAN APPRAISALS<br>1300 15TH CT # 5<br>KEY WEST, FL 33040 | 728 | 9/13/07 | 07-11053 | - (S)<br>- (A)<br>$1,625.00 (P)<br>$1,625.00 (U)<br>$1,625.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,625.00 (U)<br>$1,625.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| GEORGIA DEPARTMENT OF REVENUE<br>ATTN EUNICE NICHOLSON, REVENUE AGENT<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 6416 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$166,526.48 (P)<br>$627.54 (U)<br>$167,154.02 (T) | - (S)<br>- (A)<br>$1,176.48 (P)<br>$627.54 (U)<br>$1,804.02 (T) | Claim for 2007 taxes. No taxes are due based on 2007 return filed on 9/15/08. |
| GMAC MARTGAGE, LLC<br>C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL<br>485 SOUTH ST., STE 202<br>MORRISTOWN, NJ 07960 | 5999 | 12/20/07 | 07-11051 | $3,358.00 (S)<br>- (A)<br>- (P)<br>$43,654.00 (U)<br>$47,012.00 (T) | $3,358.00 (S)<br>- (A)<br>- (P)<br>$40,296.00 (U)<br>$43,654.00 (T) | Claim includes a secured portion and an unsecured portion. The Debtors' books and records indicate that the claimant double counted the secured portion of $3358.00 in both the secured portion and the unsecured portion. Therefore, the unsecured portion should be reduced by $3358.00. |
| JOHNS, BETTY<br>6628 HUFFINE LANE # 70<br>BOZEMAN, MT 59718 | 2600 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$175.00 (U)<br>$175.00 (T) | Modified to match Debtors' books and records |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| RILTTY APPRAISAL GROUP ATTN W.A. STRICKLAND, PRESIDENT PO BOX 19321 RALEIGH, NC 27619 | 3342 | 11/26/07 | 07-11053 | - (S) <br> - (A) <br> $4,170.00 (P) <br> $4,170.00 (U) <br> $4,170.00 (T) | - (S) <br> - (A) <br> - (P) <br> $4,170.00 (U) <br> $4,170.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| STAFFSOLVE ATTN TERRI WINKLER, CONTROLLER 333 N SAM HOUSTON PKWY STE 110 HOUSTON, TX 77060 | 5063 | 12/10/07 | 07-11051 | - (S) <br> - (A) <br> $7,132.28 (P) <br> $7,132.28 (U) <br> $7,132.28 (T) | - (S) <br> - (A) <br> - (P) <br> $7,132.28 (U) <br> $7,132.28 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| Totals: | 8 Claims | | | $6,485.41 (S) <br> - (A) <br> $181,733.76 (P) <br> $93,607.63 (U) <br> $256,619.52 (T) | $6,485.41 (S) <br> - (A) <br> $1,476.48 (P) <br> $77,297.22 (U) <br> $84,959.11 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Reclassified Claims

| Name/Address of Claimant | | Objectionable Claims | | | | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
| ATLAS PRINCIPAL MORTGAGE, INC. ATTN BRENDON R. PEARCE, COO 1710C PLUM LANE REDLANDS, CA 92374 | 1870 | 11/1/07 | 07-11051 | $11,200.00 (S) - (A) - (P) - (U) $11,200.00 (T) | $5,600.00 (S) - (A) - (P) $5,600.00 (U) $11,200.00 (T) | Claim is secured by $5,600.00 security deposit currently in the landlord's possession. No basis for secured claim exists for the remainder of the claim under section 508 of the Bankruptcy Code. |
| AUSTIN, CHRISTINA AND AUSTIN 425 HIGHLAND DR BELLINGHAM, WA 98225 | 330 | 9/5/07 | 07-11048 | - (S) - (A) $1,682.38 (P) - (U) $1,682.38 (T) | - (S) - (A) - (P) $1,682.38 (U) $1,682.38 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| B&G POTASH, INC. DBA B&G REAL ESTATE APPRAISALS, LLC ATTN BRUCE J POTASH PO BOX 27 BELLVALE, NY 10912 | 1275 | 9/27/07 | 07-11053 | - (S) - (A) $4,520.00 (P) - (U) $4,520.00 (T) | - (S) - (A) - (P) $4,520.00 (U) $4,520.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| BARRAZA, RAFAEL 525 VICTORIA ST APT # 55 COSTA MESA, CA 92627 | 1576 | 10/15/07 | 07-11050 | - (S) - (A) $222.00 (P) - (U) $222.00 (T) | $222.00 (S) - (A) - (P) - (U) $222.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| DEA APPRAISALS ATTN JEROME T DEA, JR 10906 CARIBOU LANE ORLAND PARK, IL 60467 | 7975 | 1/9/08 | 07-11053 | - (S) - (A) $10,825.00 (P) $10,825.00 (U) $10,825.00 (T) | - (S) - (A) - (P) $10,825.00 (U) $10,825.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| SHIELDS MARIANNE 2624 S HATCH SPOKANE, WA 99220 | 7863 | 1/9/08 | 07-11051 | - (S) - (A) $750.00 (P) - (U) $750.00 (T) | - (S) - (A) - (P) $750.00 (U) $750.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| STOCKTON, LINDA D. 504 W. ORCHARD LN. GREENWOOD, IN 46142 | 7785 | 1/8/08 | 07-11053 | - (S) - (A) $5,900.00 (P) - (U) $5,900.00 (T) | - (S) - (A) - (P) $5,900.00 (U) $5,900.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 7 Claims | | $11,200.00 (S) | $5,822.00 (S) | |
| | | | | - (A) | - (A) | |
| | | | | $23,899.38 (P) | - (P) | |
| | | | | $10,825.00 (U) | $29,277.38 (U) | |
| | | | | $35,099.38 (T) | $35,099.38 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Reclassified Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| A & A APPRAISAL, INC. ATTN DAVID SCHRAMM 7800 COWICHE CANYON RD YAKIMA, WA 98908 | 1045 | 9/19/07 | Unspecified | (S) - (A) - (P) $2,550.00 (U) - (T) $2,550.00 | 07-11053 | (S) - (A) - (P) $2,550.00 (U) (T) $2,550.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| APPRAISALL ATTN PRESIDENT 635 E. FIRST ST. SUITE 452 TUSTIN, CA 92780 | 1348 | 10/1/07 | 07-11047 | (S) - (A) - (P) $2,425.00 (U) - (T) $2,425.00 | 07-11053 | (S) - (A) - (P) $2,425.00 (U) (T) $2,425.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| CHAMBERLIN ASSOC. HOPYARD RD., L.P. ATTN CHRISTINE CASTILLO CORP. SECRETARY 5800 W LAS POSITAS BLVD., STE 34 PLEASANTON, CA 94588 | 1925 | 10/30/07 | 07-11047 | (S) - (A) - (P) - (U) $9,629.31 (T) $9,629.31 | 07-11051 | (S) $9,629.31 (A) - (P) - (U) - (T) $9,629.31 | Claim is secured by a security deposit currently in the landlord's possession. |
| CLIFFORD, SHERRY APPRAISALS UNLIMITED 9834 HANS ELK GROVE, CA 95624-2905 | 22 | 8/21/07 | Unspecified | (S) - (A) - (P) $2,150.00 (U) - (T) $2,150.00 | 07-11053 | (S) - (A) - (P) - (U) $2,150.00 (T) $2,150.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| DOBSON APPRAISAL SERVICES ATTN MARK DOBSON, PRESIDENT 3380 E CAMPBELL ROAD GILBERT, AZ 85234 | 9210 | 1/11/08 | Unspecified | (S) - (A) - (P) $9,385.00 (U) - (T) $9,385.00 | 07-11053 | (S) - (A) - (P) - (U) $9,385.00 (T) $9,385.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| HUMETON, DAN C/O CENTURY 21 MONEYWORLD 375 N. STEPHANIE, BLDG. 4 HENDERSON, NV 88014 | 8814 | 1/11/08 | No Case | (S) - (A) - (P) $934.20 (U) - (T) $934.20 | 07-11050 | (S) - (A) - (P) - (U) $934.20 (T) $934.20 | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| LABELLA, PATRICK A. JR. 24 COUNTRY RIDGE DR MONROE, CT 06468 | 4687 | 12/6/07 | Unspecified | (S) - (A) - (P) $2,295.00 (U) - (T) $2,295.00 | 07-11053 | (S) - (A) - (P) - (U) $2,295.00 (T) $2,295.00 | No basis for priority claim exists under section 507 of the Bankruptcy Code |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| LAROSA, VICTOR P<br>12910 E SUMMIT DR<br>SCOTTSDALE, AZ 85259 | 10027 | 3/6/08 | Unspecified | - (S)<br>- (A)<br>$1,031.00 (P)<br>- (U)<br>$1,031.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,031.00 (U)<br>$1,031.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| MICHIGAN RESIDENTIAL APPRAISAL SVCS, LLC<br>ATTN LESLIE FORYS, OWNER<br>PO BOX 5305<br>PLYMOUTH, MI 48170 | 1976 | 11/12/07 | Unspecified | - (S)<br>- (A)<br>$2,275.00 (P)<br>- (U)<br>$2,275.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,275.00 (U)<br>$2,275.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| R. W. COZZA APPRAISALS CORP.<br>ATTN RON W. COZZA<br>APPRAISER<br>8934 W COUNTRY CLUB TR<br>PEORIA, AZ 85383 | 590 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$1,865.00 (P)<br>- (U)<br>$1,865.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,865.00 (U)<br>$1,865.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| RBC CENTURA BANK<br>ATTN ALICE CHAMBERS<br>MORTGAGE LOANS<br>PO BOX 700<br>ROCKY MOUNT, NC 27802 | 2961 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,189.79 (P)<br>- (U)<br>$1,189.79 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$1,189.79 (U)<br>$1,189.79 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| RESIDENTIAL APPRAISAL SERVICE<br>3303 MULBERRY ST<br>ATTN: STEVEN J MCADAMS<br>EDGEWATER, MD 21037 | 2871 | 11/20/07 | No Case | - (S)<br>- (A)<br>$2,550.00 (P)<br>- (U)<br>$2,550.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,550.00 (U)<br>$2,550.00 (T) | - (S) Debtors' books and records<br>- (A) indicate this claim was<br>- (P) partially satisfied. No basis<br>- (U) for priority exists under<br>- (T) section 507 of the Bankruptcy Code. |
| SALISBURY100 INC<br>ATTN MARK D BLADES, VP<br>5423 SAINT ANDREWS DR<br>SALISBURY, MD 218012466 | 3896 | 11/30/07 | No Case | $85.00 (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$485.00 (T) | 07-11050 | - (S)<br>- (A)<br>$485.00 (P)<br>$485.00 (T) | - (S) No basis for secured claim<br>- (A) exists under section 506 of<br>- (P) the Bankruptcy Code |
| SFM APPRAISALS<br>ATTN STEVEN F. MEISTER, OWNER<br>606 S PINE DR<br>FULLERTON, CA 92833 | 4211 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$2,100.00 (P)<br>- (U)<br>$2,100.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,100.00 (U)<br>$2,100.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |
| SILVER'S APPRAISAL SERVICE<br>ATTN DENNIS G SILVER<br>38 O'DONALD RD<br>ASHEVILLE, NC 28806 | 1046 | 9/19/07 | Unspecified | - (S)<br>- (A)<br>$2,150.00 (P)<br>- (U)<br>$2,150.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | - (S) No basis for priority claim<br>- (A) exists under section 507 of<br>- (P) the Bankruptcy Code |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | 16 Claims | | | $85.00 (S) | | $9,629.31 (S) | |
| | | | | - (A) | | - (A) | |
| | | | | $32,899.99 (P) | | - (P) | |
| | | | | $10,029.31 (U) | | $33,384.99 (U) | |
| | | | | $43,014.30 (T) | | $43,014.30 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Exhibit E**

**Modified Amount Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | | |
| ANH-HOUSE APPRAISAL ATTN MICHAEL ANHOUSE, PRESIDENT 201 BRECKENRIDGE LN, STE 200 LOUISVILLE, KY 40207 | 4196 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| CAUSEY APPRAISAL SERVICE ATTN SARA E. CAUSEY 100 HACKNEY CIRCLE WILMINGTON, DE 19803 | 8384 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$4,496.00 (P)<br>$4,496.00 (U)<br>$4,496.00 (T) | 07-11053 | - (S)<br>- (A)<br>$4,496.00 (P)<br>$4,496.00 (U)<br>$4,496.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| COLDWELL BANKER ATTN: MARCIA GILES 4090 MISSION BOULEVARD SAN DIEGO, CA 92109 | 5253 | 12/11/07 | No Case | Unspecified* | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$37,500.00 (U)<br>$37,500.00 (T) | The Debtors' books and records indicate that $37,500.00 is the appropriate amount of the claimed commissions. |
| CRISTENSEN, J. MARK APPRAISER 5433 S SKYLINE PKY OGDEN, UT 84403 | 441 | 9/10/07 | Unspecified | - (S)<br>- (A)<br>$1,740.00 (P)<br>$1,440.00 (U)<br>$1,740.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,740.00 (U)<br>$1,740.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| CROSSON & KOROPP 2600 DENALI ST # 101 ANCHORAGE, AK 99503 | 2352 | 11/16/07 | Unspecified | - (S)<br>- (A)<br>$2,775.00 (P)<br>$2,775.00 (U)<br>$2,775.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$900.00 (U)<br>$900.00 (T) | Reduced to match Debtors' books and records |
| DALLAS COUNTY RECORDER LORI BELGARDE, DEPUTY RECORDER 701 COURT PO BOX 38 ADEL, IA 50003-0038 | 2389 | 11/16/07 | No Case | - (S)<br>- (A)<br>$52.00 (P)<br>$52.00 (U)<br>$52.00 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$52.00 (U)<br>$52.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |
| D'ARGENIO & ASSOCIATES, INC. ATTN DENNIS D'ARGENIO P.O. BOX 149 ELDERSBURG, MD 21784 | 8048 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>$2,775.00 (P)<br>$2,775.00 (U)<br>$2,775.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,775.00 (U)<br>$2,775.00 (T) | Claimant's asserted claims at various priority levels do not add up to the total asserted value of the claim. |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| EXPRESS APPRAISAL SERVICES ATTN YOLANDA SMITH, OWNER 19451 JAMES CREEK COURT BROOKEVILLE, MD 20833 | 8811 | 1/11/08 | Unspecified | - (S) - (A) - (P) $2,150.00 (U) $2,150.00 (T) | 07-11053 | - (S) - (A) - (P) $1,175.00 (U) $1,175.00 (T) | - (S) Debtors' books and records - (A) indicate this claim was - (P) partially satisfied |
| HAWLEY, DAVID R. 15369 HEMLOCK RT. RD CHAGRIN FALLS, OH 44022 | 1349 | 10/1/07 | Unspecified | - (S) - (A) $1,775.00 (P) $1,775.00 (U) $1,775.00 (T) | 07-11053 | - (S) - (A) - (P) $1,775.00 (U) $1,775.00 (T) | - (S) Claimant's asserted claims at - (A) various priority levels do not - (P) add up to the total asserted value of the claim. |
| JASPER COUNTY ATTN STEPHEN H HOLT PO BOX 421 CARTHAGE, MO 64836 | 3870 | 11/30/07 | Unspecified | - (S) - (A) $1,804.09 (P) - (U) $1,804.09 (T) | 07-11051 | - (S) - (A) $454.35 (P) $454.35 (U) $454.35 (T) | - (S) Debtors' books and records - (A) indicate all real estate taxes - (P) associate with this claim have (U) been paid. |
| JOHNS, BETTY 8628 HUFFINE LANE # 70 BOZEMAN, MT 59748 | 2601 | 11/19/07 | Unspecified | Unspecified* | 07-11051 | - (S) - (A) - (P) $175.00 (U) $175.00 (T) | - (S) Modified to match Debtors' - (A) books and records |
| JOHNS, BETTY 8628 NUFFINE LANE # 70 BOZEMAN, MT 59718 | 2602 | 11/19/07 | Unspecified | Unspecified* | 07-11051 | - (S) - (A) - (P) $175.00 (U) $175.00 (T) | - (S) Modified to match Debtors' - (A) books and records |
| MOBILE REGISTER, THE LOCK BOX 1712 ATTN JOYCE PRESSNELL MOBILE, AL 36601 | 3784 | 11/29/07 | Unspecified | - (S) - (A) $1,535.00 (P) $1,535.00 (U) $1,535.00 (T) | 07-11051 | - (S) - (A) - (P) $1,535.00 (U) $1,535.00 (T) | - (S) Claimant's asserted claims at - (A) various priority levels do not - (P) add up to the total asserted value of the claim. |
| PRAIRIE PROFESSIONAL CENTRE JAMES M. JOYCE/LILLIG & THORSNESS, LTD 1900 SPRINT RD STE 200 OAK BROOK, IL 60523 | 3631 | 11/26/07 | All Cases | - (S) - (A) - (P) $158,320.00 (U) $158,320.00 (T) | | $3,650.00 (S) - (A) - (P) $41,146.00 (U) $44,796.00 (T) | Reduced to the claim amount calculated in accordance section 502(b)(6) of the Bankruptcy Code. Claim is partially secured by a $3,650.00 security deposit currently held by the landlord. |
| WILLIAMS, DEBORAH J. 315 CHESAPEAKE AVE PRINCE FREDERICK, MD 20678 | 4210 | 12/3/07 | 07-11047 | - (S) - (A) $2,081.00 (P) $2,081.00 (U) $2,081.00 (T) | 07-11053 | - (S) - (A) - (P) $2,081.00 (U) $2,081.00 (T) | - (S) Claimant's asserted claims at - (A) various priority levels do not - (P) add up to the total asserted value of the claim. |

———— Objectionable Claim ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Totals:** | | **15 Claims** | | | | | |
| | | | | - (S) | | $3,680.00 (S) | |
| | | | | - (A) | | - (A) | |
| | | | | $24,033.09 (P) | | $454.35 (P) | |
| | | | | $182,399.00 (U) | | $100,525.00 (U) | |
| | | | | $184,503.09 (T) | | $104,829.35 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Exhibit F

## Modified Amount Reclassified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HALL STONEBRIAR ONE ASSOCIATES, LTD. ATTN LAURIE D. BIDDLE 6801 GAYLORD PARKWAY SUITE 406 FRISCO, TX 75034 | 6374 | 12/24/07 | 07-11051 | - (S) - (A) - (P) $66,085.68 (U) $66,085.68 (T) | $5,154.38 (S) - (A) - (P) $25,657.36 (U) $30,811.74 (T) | Reduced to agreed upon amount with the claimant. Value of security deposit has been deducted from unsecured claim amount and reclassed to a secured amount. Secured claim exists in the form of a security deposit and currently resides with the landlord. |
| J. SCOTT KINNAMON & ASSOCIATES APPRAISAL SERVICES FOR HOMEGATE ATTN JOHN SCHOTT KINNAMON 29350 DOGWOOD VIEW DR CORDOVA, MD 21625 | 542 | 9/11/07 | 07-11053 | - (S) - (A) $3,700.00 (P) - (U) $3,700.00 (T) | - (S) - (A) - (P) $3,150.00 (U) $3,150.00 (T) | Reduced to match Debtors' books and records |
| PINE CREEK AGAWAM L.P. ATTN JEFFREY M STROLE, ASS'T VICE PRES. 380 UNION STREET WEST SPRINGFIELD, MA 01089 | 8492 | 1/10/08 | 07-11051 | - (S) - (A) - (P) $30,534.52 (U) $30,534.52 (T) | $1,332.00 (S) - (A) - (P) $19,452.73 (U) $20,784.73 (T) | Reduced to agreed upon amount with the claimant. Value of security deposit has been deducted from unsecured claim amount and reclassed to a secured amount. Secured claim exists in the form of a security deposit and currently resides with the landlord. |
| SC APPRAISAL SERVICES 74830 COUNTRY CLUB DR STE 540 PALM DESERT, CA 92260 | 526 | 9/10/07 | 07-11053 | - (S) - (A) $6,650.00 (P) - (U) $6,650.00 (T) | - (S) - (A) - (P) $5,900.00 (U) $5,900.00 (T) | Reduced to match Debtors' books and records |
| Totals: | 4 Claims | | | - (S) - (A) $10,350.00 (P) $96,600.20 (U) $106,950.20 (T) | $6,486.38 (S) - (A) - (P) $54,160.09 (U) $60,646.47 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

## Exhibit G

### Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| CASCADE APPRAISAL LLC<br>PO BOX 6187<br>BELLEVUE, WA 98008 | 272 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$3,970.00 (P)<br>- (U)<br>$3,970.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,870.00 (U)<br>$2,870.00 (T) | Reduced to match Debtors' books and records. No basis for priority exists under section 507 of the Bankruptcy Code. |
| HELMKAMP & SWIFT INC<br>ATTN MARK R.<br>2817 BAYWOOD TRAIL<br>FORT WAYNE, IN 46845 | 9251 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$3,300.00 (P)<br>- (U)<br>$3,300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,850.00 (U)<br>$2,850.90 (T) | Debtors' books and records indicate this claim was partially satisfied. No basis for priority exists under section 507 of the Bankruptcy Code. |
| HENDERSON APPRAISAL CO. INC.<br>5364 EHRLICH ROAD # 71<br>TAMPA, FL 33624 | 5703 | 12/19/07 | Unspecified | - (S)<br>- (A)<br>$4,900.00 (P)<br>- (U)<br>$4,900.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,600.00 (U)<br>$4,600.00 (T) | Reduced to match Debtors' books and records. No basis for priority exists under section 507 of the Bankruptcy Code. |
| MARK YOUNG APPRAISALS<br>ATTN MARK YOUNG<br>5 NEWMAN DR<br>BELLEVILLE, IL 62223 | 7760 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,350.00 (U)<br>$2,350.00 (T) | Debtors' books and records indicate this claim was partially satisfied. No basis for priority exists under section 507 of the Bankruptcy Code. |
| TYJ ASSOCIATES, LP<br>132 JOHN ROBERT THOMAS DRIVE<br>EXTON, PA 19341 | 8186 | 1/10/08 | Unspecified | - (S)<br>$69,000.00 (A)<br>- (P)<br>- (U)<br>$69,000.00 (T) | 07-11051 | $3,000.00 (S)<br>- (A)<br>- (P)<br>$34,080.00 (U)<br>$37,080.00 (T) | Reduced to the claim amount calculated in accordance section 502(b)(6) of the Bankruptcy Code. Claim is partially secured by a $3,000.00 security deposit currently held by the landlord. No basis for priority exists under section 507 of the Bankruptcy Code. |
| WEVALUEIT, INC<br>ATTN SUSAN PRIORE, PRESIDENT<br>PO BOX 217<br>MOUNTAIN LAKES, NJ 07046-0217 | 7750 | 1/8/08 | Unspecified | - (S)<br>- (A)<br>$3,300.00 (P)<br>$4,832.80 (U)<br>$8,132.80 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$6,297.80 (U)<br>$6,297.80 (T) | Debtors' books and records indicate this claim was partially satisfied. No basis for priority exists under section 507 of the Bankruptcy Code. |

─── Objectionable Claim ───

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | | 6 Claims | | - (S) | | $3,000.00 (S) | |
| | | | | - (A) | | - (A) | |
| | | | | $87,470.00 (P) | | - (P) | |
| | | | | $4,832.80 (U) | | $53,047.80 (U) | |
| | | | | $92,302.80 (T) | | $56,047.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

**Exhibit H**

**Insufficient Documentation Claims**

─────── Objectionable Claims ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CHARTER FUNDING A DBA OF FIRST MAGNUS FINANCIAL SE<br>3051 W. MAPLE LOOP DRIVE<br>#125<br>LEHI, UT 84043 | 4174 | 12/3/07 | No Case | - (S)<br>- (A)<br>$2,032.50 (P)<br>- (U)<br>$2,032.50 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting additional information |
| KEY FINANCIAL CORPORATION<br>ATTN LYNN RUSHMORE, PRESIDENT<br>3831 131ST AVE N<br>CLEARWATER, FL 33762 | 2553 | 11/19/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$21,565.07 (U)<br>$32,515.07 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting additional information |
| VERMA, MAMTA<br>73605 HIGHWAY 111<br>PALM DESERT, CA 92260 | 10208 | 4/14/08 | No Case | - (S)<br>- (A)<br>$4,741.48 (P)<br>- (U)<br>$4,741.48 (T) | No amounts are due per Debtors' books and records. Claimant has failed to respond to multiple communications requesting additional information |

**Totals:**  3 Claims

- (S)
- (A)
$17,723.98 (P)
$21,565.07 (U)
$39,289.05 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.