# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |
| AMERICAN HOME MORTGAGE CORP., d/b/a AMERICAN BROKERS CONDUIT, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 08-51039 |
| ATTORNEYS' TITLE INSURANCE FUND, INC., | |
| Defendant. | |

## STIPULATION TO SETTLE AND DISMISS COMPLAINT AGAINST ATTORNEYS' TITLE INSURANCE FUND, INC.

ATTORNEYS' TITLE INSURANCE FUND, INC., (the "Fund"), and AMERICAN HOME MORTGAGE CORP., d/b/a AMERICAN BROKERS CONDUIT ("AHM") hereby stipulate and agree (the "Stipulated Agreement"), and set forth as follows:

WHEREAS, on June 20, 2008 (the "Commencement Date"), AHM filed a Complaint with the United States Bankruptcy Code for the District of Delaware (the "Court") against the Fund (the "Adversary Proceeding"); and

WHEREAS, AHM and the Fund have engaged in settlement discussions and, as a result of such discussions, desire to amicably resolve the Adversary Proceeding pursuant to the provisions hereunder and to avoid the expense, delay and uncertainty associated with litigating the issues raised in the Adversary Proceeding;

NOW THEREFORE, in consideration of the foregoing and in consideration of the terms, conditions and mutual agreements set forth herein, and other good and valuable consideration, the receipt of which AHM and the Fund acknowledge, it is hereby:

STIPULATED AND AGREED, by and between AHM and the Fund, by and through their undersigned counsel, as follows:

1.      The Fund shall pay the sum of $475,000.00 (the "Settlement Amount") to AHM and AHM shall accept the Settlement Amount and execute an Assignment of Claims and Causes of Action in mutually acceptable and agreeable form (the "Assignment") in full and final satisfaction of all claims against the Fund relating to the property located at 1200 Brickell Bay Drive, #1920, Miami, Florida 33130, including the claims asserted, and those not asserted by AHM in the Complaint.

2.      The Settlement Amount shall be paid by wire transfer to AHM as follows:

    Bank:           Capital One Bank
                    275 Broadhollow Road, Melville, NY 11747
    ABA:            021407912
    Account Name:       American Home Mortgage Investment Corp.
    Account Number:     3124073044
    Reference:      ATIFI/Antoine Loans

no later than ten (10) days after the Effective Date (as hereafter defined).

3.      AHM agrees that, from and after the Effective Date, it shall have no claims of any kind or nature relating to the property located at 1200 Brickell Bay Drive, #1920, Miami, Florida 33130, including claims relating to the Assignment and/or the Adversary Proceeding..

4.      Within five (5) days after the Settlement Amount is paid and clears the banking system, and the Assignment is executed, the Parties agree to file a Stipulation of Voluntary Dismissal with prejudice in substantially the form as attached hereto as Exhibit A.

5.      AHM agrees to execute and deliver to the Fund the Limited Release in a mutually agreeable form that releases all claims and causes of action against the Fund related to the Adversary Proceeding, the specific loans that are the subject matter of the Adversary Proceeding, any claims arising out of the Closing Protection Letters that are the subject matter of the Adversary Proceeding and claims relating to the property known as 1200 Brickell Bay Drive, #1920, Miami, Florida 33130.

6.      This Stipulated Agreement shall become effective upon the first business day following the entry of an order by the Bankruptcy Court approving this Stipulated Agreement and the passage of sufficient time for such order to become enforceable, no longer subject to any appeals and not subject to any pending appeals, motions for reconsideration or stays (the "Effective Date"). This Stipulated Agreement represents a compromise and does not constitute any admission of liability on the part of either Party.  Neither the fact of, nor any provisions contained in this Stipulated Agreement, nor any action taken hereunder shall constitute, or be construed as any admission with respect to any claims or facts alleged by either of the Parties hereto.

7.      Each Party hereto agrees to execute any and all documents, and to do and perform any and all acts and things, upon request by the other, reasonably necessary or proper, to effectuate or further evidence the terms and provisions of this Stipulated Agreement, including, but not limited to the Assignment.  In the event that future documents or other acts or things are requested by the Fund in furtherance of the settlement, the Fund shall be responsible for all costs, fees and/or expenses in connection with such request or requirement.

8.      Each Party shall bear its own costs, fees and other expenses in connection with the Adversary Proceeding and this Stipulated Agreement, provided however that if any action is instituted to enforce this Stipulated Agreement, the Party not prevailing shall pay to the prevailing

Party all costs and expenses, including reasonable attorneys' fees, incurred in connection with such action. Nothing in this provision shall alter or impact any obligation of the Fund relating to costs, fees and/or expenses provided for in Paragraph 7, above, and all such costs, fees and/or expenses are expressly excluded from application of this provision.

9.      This Stipulated Agreement constitutes the entire agreement between the Parties hereto and may not be altered or modified other than by a writing signed by all of the Parties hereto.

10.     This Stipulated Agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware. The Bankruptcy Court shall retain jurisdiction to hear and determine any matter arising from this Stipulated Agreement.

Dated: October 23, 2008

_Victoria W. Counihan (No. 3488)_
GREENBERG TRAURIG, P.A.
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

*Attorneys for Attorneys'*
*Title Insurance Fund, Inc.*

Curtis J. Crowther (No. 3238)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
*Attorneys for American Home Mortgage*
*Corp., d/b/a American Brokers Conduit*