IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re:  : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.,  : | |
| a Delaware corporation, et al.,  : | Jointly Administered |
| : | |
| Debtors.  : | Objection Deadline: |
| ------------------------------------------------------------------ x | Hearing Date: N/A |

**SUPPLEMENTAL APPLICATION OF
ORLANS ASSOCIATES AS FORECLOSURE SERVICE PROVIDER FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD AUGUST 6, 2007 THROUGH APRIL 11, 2008**

| | |
|---|---|
| Name of Applicant: | **Orlans Associates** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| | **Supplemental -** |
| Period for which compensation and reimbursement is sought: | **August 6, 2007 through April 11, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$25,320.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$20,288.06** |

This is an:   __X__ interim    ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | August 6, 2007 thru August 31, 2007 | $27,652.50 | $85,597.87 | $22,122.00 | $85,597.87 |
| | September 1, 2007 thru September 30, 2007 | $34,527.50 | $46,999.33 | $27,622.00 | $46,999.33 |
| | October 1, 2007 thru October 31, 2007 | $7,927.50 | $16,240.13 | $6,342.00 | $16,240.13 |
| | November 1, 2007 through November 30, 2007 | $28,902.50 | $35,442.18 | $28,902.50 | $35,442.18 |
| | December 1, 2007 through December 31, 2007 | $22,800.00 | $64,022.57 | $22,800.00 | $64,022.57 |
| | January 1, 2008 through January 31, 2008 | $44,947.50 | $53,734.18 | $44,947.50 | $53,734.18 |
| | February 1, 2008 through February 29, 2008 | $122,240.00 | $137,507.08 | $122,240.00 | $137,507.08 |
| | March 1, 2008 through March 31, 2008 | $12,230.00 | $35,636.36 | $12,230.00 | $35,636.36 |
| | April 1, 2008 through April 30, 2008 | $8,055.00 | $16,495.80 | $8,055.00 | $16,495.80 |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work August 2007 – April 2008 | N/A (All Flat Fee Work) | **$18,435.00** |
| Litigation work October 2007 – April 2008 | **41.20** | **$6,885.00** |
| **TOTALS** | **41.20** | **$ 25,320.00** |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure – related expenses August 2007 – April 2008 expenses | | **$19,868.06** |
| Litigation expenses October 2007 – April 2008 | | **$420.00** |
| **TOTALS** | | **$20,288.06** |

## AUGUST 2007 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| | | | Supplemental | | |
| 356.0775 | 343535 | 1001213201 | Attorney Fee - Monitoring Lien | 8/22/2007 | 200.00 |
| | | | Total August 2007 Fees | | $200.00 |

## SEPTEMBER 2007 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0843 | 338365 | 1927382574 | Attorney Fee - Foreclosure Proceedings | 9/26/2007 | 650.00 |
| 356.0843 | 338365 | 1927382574 | Attorney Fee - Preparation of Assignments | 9/27/2007 | 75.00 |
| 356.0822 | 347829 | 1255518431 | Attorney Fee - Foreclosure Proceedings | 9/18/2007 | 650.00 |
| 356.0822 | 347829 | 1255518431 | Attorney Fee - Preparation of Assignments | 9/20/2007 | 75.00 |
| 356.0771 | 423340 | 1000652101 | Attorney Fee - Foreclosure Proceedings | 9/29/2007 | 650.00 |
| 356.0759 | 423341 | 30379226 | Attorney Fee - Preparation of Adjournment | 9/13/2007 | 840.00 |
| 356.0838 | 423338 | 31407711 | Attorney Fee - Foreclosure Proceedings | 9/26/2007 | 650.00 |
| | | | Total September 2007 Fees | | $3,590.00 |

## OCTOBER 2007 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0685 | 313794 | 1001602300 | Attorney Fee - Quit Claim Deed | 10/2/2007 | 75.00 |
| 356.0843 | 338365 | 1927382574 | Attorney Fee - Prep of Adjournment | 10/31/2007 | 280.00 |
| 356.0822 | 347829 | 125518431 | Attorney Fee - Prep of Adjournment | 10/24/2007 | 440.00 |
| 356.0855 | 423280 | 1000651672 | Attorney Fee - Foreclosure Proceedings | 10/4/2007 | 650.00 |
| 356.0873 | 369106 | 1001697885 | Attorney Fee - Monitoring Lien | 10/24/2007 | 200.00 |
| 356.0771 | 423340 | 1000652101 | Attorney Fee - Prep of Assignments | 10/2/2007 | 50.00 |
| 356.0771 | 423340 | 1000652101 | Attorney Fee - Prep of Adjournment | 10/31/2007 | 660.00 |
| 356.0854 | 417620 | 302530317 | Attorney Fee - Foreclosure Proceedings | 10/4/2007 | 325.00 |
| | | | **Total October 2007 Fees** | | **$2,680.00** |

## Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0716 | 431662 | 1000798165 | Receipt and Review of file and Lawsuit Filed. | 10/8/2007 | 70.00 | 175.00 | 0.40 | RSG |
| 356.0716 | 431662 | 1000798165 | Preparation of Answer to Complaint. | 10/8/2007 | 122.50 | 175.00 | 0.70 | RSG |
| 356.0716 | 431662 | 1000798165 | Telephone Conference with Judge's Clerk Re: Complaint and Status. | 10/11/2007 | 35.00 | 175.00 | 0.20 | RSG |
| | | | **Total October 2007 Litigation Fees** | | **$227.50** | **$175.00** | **1.30** | |

## NOVEMBER 2007 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0822 | 347829 | 125518431 | Attorney Fee - Claim Letter | 11/3/2007 | 125.00 |
| 356.0855 | 423280 | 1000651672 | Attorney Fee - Preparation of Adjournment | 11/7/2007 | 580.00 |
| 356.0914 | 369927 | 1000839825 | Attorney Fee - Foreclosure Proceedings | 11/29/2007 | 650.00 |
| 356.0914 | 369927 | 1000839825 | Attorney Fee - Preparation of Assignments | 11/30/2007 | 75.00 |
| 356.0899 | 373926 | 1001153168 | Attorney Fee - Monitoring Lien | 11/6/2007 | 200.00 |
| | | | Total November 2007 Fees | | $1,630.00 |

### Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0333 | 424318 | 1000916688 | Preparation of Witness List | 11/9/2007 | 105.00 | 175.00 | 0.60 | RSG |
| 356.0906 | 431595 | 1000805875 | Preparation of Answer and Affirmative Defenses to Complaint | 11/26/2007 | 192.50 | 175.00 | 1.10 | RSG |
| 356.0716 | 431663 | 1000798165 | Receipt and Review of or Status Conference Scheduling Order. | 11/19/2007 | 17.50 | 175.00 | 0.10 | RSG |
| | | | Total November 2007 Litigation Fees | | $315.00 | $175.00 | 1.8 | |

## DECEMBER 2007 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0930 | 343536 | 125517227 | Attorney Fee - Foreclosure Proceedings | 12/4/2007 | 650.00 |
| 356.0930 | 343536 | 125517227 | Attorney Fee - Preparation of Assignments | 12/4/2007 | 75.00 |
| 356.0930 | 343536 | 125517227 | Attorney Fee - Preparation of Adjournment | 12/12/2007 | 60.00 |
| 356.0933 | 423336 | 1000882828 | Attorney Fee - Foreclosure Proceedings | 12/5/2007 | 650.00 |
| 356.0933 | 423336 | 1000882828 | Attorney Fee - Preparation of Assignments | 12/6/2007 | 75.00 |
| | | | **Total December 2007 Fees** | | **$1,510.00** |

### Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0460 | 431165 | 1000731470 | Preparation of Appellee's Appeal Brief | 12/28/2007 | 465.00 | 150.00 | 3.10 | SCM |
| 356.0460 | 431165 | 1000731470 | Receipt and Review of Appellant's Appeal Brief | 12/28/2007 | 180.00 | 150.00 | 1.20 | SCM |
| 356.0223 | 426753 | 1000852818 | Preparation of Answer and Affirmation Defenses to complaint | 12/12/2007 | 150.00 | 150.00 | 1.00 | RSG |
| 356.0716 | 431664 | 1000798165 | Preparation of Correspondence to Opposing counsel RE: Who is Representing the Plaintiff | 12/6/2007 | 70.00 | 175.00 | 0.40 | RSG |
| 356.0716 | 431664 | 1000798165 | Telephone Conference with Judge's Clerk Re: Case Status | 12/6/2007 | 35.00 | 175.00 | 0.20 | RSG |
| 356.0716 | 431664 | 1000798165 | Preparation of Motion to Dismiss Lawsuit Filed Against Client | 12/27/2008 | 262.50 | 175.00 | 1.50 | RSG |
| | | | | | **$795.00** | **$150.00** | **5.30** | |
| | | | | | **$367.50** | **$175.00** | **2.10** | |
| | | | **Total December 2007 Litigation Fees** | | **$1,162.50** | | | |

# JANUARY 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0588 | 337222 | 11126679 | Attorney Fee - Preparation of Adjournment | 1/2/2008 | 80.00 | | | |
| 356.0798 | 344214 | 125518498 | Attorney Fee - Foreclosure Proceedings | 1/25/2008 | 650.00 | | | |
| 356.0914 | 366927 | 1000939825 | Attorney Fee - Preparation of Adjournment | 1/2/2008 | 460.00 | | | |
| 356.0933 | 423336 | 1000882828 | Attorney Fee - Preparation of Adjournment | 1/11/2008 | 480.00 | | | |
| | | | **Total January 2008 Fees** | | **$1,670.00** | | | |

## Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0333 | 431159 | 1009916688 | Case evaluation summary Prepared | 1/29/2008 | 122.50 | 175.00 | 0.70 | RSG |
| 356.0838 | 423333 | 31407711 | Internet Searches on Names and Places | 1/17/2008 | 105.00 | 175.00 | 0.60 | CJS |
| 356.0838 | 423333 | 31407711 | Prepare Client Title Complaint | 1/17/2008 | 315.00 | 175.00 | 1.80 | CJS |
| 356.0906 | 431596 | 1000805875 | Telephone Conference with opposing counsel, Rogalski, regarding demolition of the home | 1/10/2008 | 35.00 | 175.00 | 0.20 | RSG |
| 356.0208 | 431597 | 1009913648 | Receipt and Review Defendant/Counter-Plaintiff's and Intervening Plaintiff's Witness List | 1/24/2008 | 30.00 | 150.00 | 0.20 | RSG |
| 356.0208 | 431597 | 1009913648 | Receipt and Review Plaintiff's Motion for Summary Disposition | 1/25/2008 | 75.00 | 150.00 | 0.50 | RSG |
| 356.0716 | 431665 | 1000798165 | Receipt and Review of Second Offer for Settlement from Opposing course. | 1/11/2008 | 17.50 | 175.00 | 0.10 | RSG |
| 356.0716 | 431665 | 1000798165 | Preparation of Witness List | 1/14/2008 | 87.50 | 175.00 | 0.50 | RSG |
| 356.0716 | 431665 | 1000798165 | Telephone Conference with Opposing Counsel's Office Re: Motion for Dismissal. | 1/17/2008 | 52.50 | 175.00 | 0.30 | RSG |
| 356.0716 | 431665 | 1000798165 | Receipt and Review Plaintiff's Witness List | 1/18/2008 | 35.00 | 175.00 | 0.20 | RSG |
| 356.0716 | 431665 | 1000798165 | Attendance at Court Motion Re: Who Represents th | 1/18/2008 | 297.50 | 175.00 | 1.70 | RSG |
| | | | | | $105.00 | $150.00 | 0.70 | |
| | | | | | $1,067.50 | $175.00 | 6.10 | |
| | | | **Total January 2008 Litigation Fees** | | **$1,172.50** | | **6.80** | |

# JANUARY 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0588 | 337222 | 11126679 | Attorney Fee - Preparation of Adjournment | 1/2/2008 | 80.00 | | | |
| 356.0798 | 344214 | 125518498 | Attorney Fee - Foreclosure Proceedings | 1/25/2008 | 650.00 | | | |
| 356.0914 | 366927 | 1000939825 | Attorney Fee - Preparation of Adjournment | 1/2/2008 | 460.00 | | | |
| 356.0933 | 423336 | 1000882828 | Attorney Fee - Preparation of Adjournment | 1/11/2008 | 480.00 | | | |
| | | | **Total January 2008 Fees** | | **$1,670.00** | | | |

## Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0333 | 431159 | 1000916688 | Case evaluation summary Prepared | 1/29/2008 | 122.50 | 175.00 | 0.70 | RSG |
| 356.0838 | 423333 | 31407711 | Internet Searches on Names and Places | 1/17/2008 | 105.00 | 175.00 | 0.60 | CJS |
| 356.0838 | 423333 | 31407711 | Prepare Client Title Complaint | 1/17/2008 | 315.00 | 175.00 | 1.80 | CJS |
| 356.0906 | 431596 | 1000805875 | Telephone Conference with Opposing Counsel, Rogalski, Regarding Demolition of the Home | 1/10/2008 | 35.00 | 175.00 | 0.20 | RSG |
| 356.0208 | 431597 | 1000913648 | Receipt and Review Defendant/Counter-Plaintiff's and Intervening Plaintiff's Witness List | 1/24/2008 | 30.00 | 150.00 | 0.20 | RSG |
| 356.0208 | 431597 | 1000913648 | Receipt and Review Plaintiff's Motion for Summary Disposition | 1/25/2008 | 75.00 | 150.00 | 0.50 | RSG |
| 356.0716 | 431665 | 1000798165 | Receipt and Review of Second Offer for Settlement from Opposing counsel. | 1/11/2008 | 17.50 | 175.00 | 0.10 | RSG |
| 356.0716 | 431665 | 1000798165 | Preparation of Witness List | 1/14/2008 | 87.50 | 175.00 | 0.50 | RSG |
| 356.0716 | 431665 | 1000798165 | Telephone Conference with Opposing Counsel's Office Re: Motion for Dismissal. | 1/17/2008 | 52.50 | 175.00 | 0.30 | RSG |
| 356.0716 | 431665 | 1000798165 | Receipt and Review Plaintiffs Witness List | 1/18/2008 | 35.00 | 175.00 | 0.20 | RSG |
| 356.0716 | 431665 | 1000798165 | Attendance at Court Motion Re: Who Represents th | 1/18/2008 | 297.50 | 175.00 | 1.70 | RSG |
| | | | | | $105.00 | $150.00 | 0.70 | |
| | | | | | $1,067.50 | $175.00 | 6.10 | |
| | | | **Total January 2008 Litigation Fees** | | **$1,172.50** | | **6.80** | |

## FEBRUARY 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0798 | 344214 | 125518498 | Attorney Fee - Preparation of Adjournment | 2/28/2008 | 20.00 |
| 356.1084 | 353162 | 1000737677 | Attorney Fee - Foreclosure Proceedings | 2/27/2008 | 650.00 |
| 356.0673 | 359760 | 30709521 | Attorney Fee - Preparation of Affidavit of Default | 2/22/2008 | 75.00 |
| 356.1030 | 423335 | 1001186849 | Attorney Fee - Preparation of Assignments | 2/5/2008 | 75.00 |
| 356.1030 | 423335 | 1001186849 | Attorney Fee - Claim Letter | 2/23/2008 | 125.00 |
| 356.1030 | 423335 | 1001186849 | Attorney Fee - Foreclosure Proceedings | 2/25/2008 | 650.00 |
| 356.1038 | 423334 | 1001440224 | Attorney Fee - Foreclosure Proceedings | 2/27/2008 | 650.00 |
| 356.1038 | 423334 | 1001440224 | Attorney Fee - Preparation of Assignments | 2/28/2008 | 75.00 |
| 356.1044 | 423276 | 1001097998 | Attorney Fee - Foreclosure Proceedings | 2/27/2008 | 650.00 |
| 356.1044 | 423276 | 1001097998 | Attorney Fee - Preparation of Assignments | 2/28/2008 | 75.00 |
| 356.1057 | 423275 | 1001145528 | Attorney Fee - Foreclosure Proceedings | 2/27/2008 | 650.00 |
| 356.1057 | 423275 | 1001145528 | Attorney Fee - Preparation of Assignments | 2/28/2008 | 75.00 |
| 356.0690 | 346275 | 1001194048 | Eviction Proceedings | 2/25/2008 | 300.00 |
| | | | **Total February 2008 Fees** | | **$4,070.00** |

## FEBRUARY 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services<br>Litigation Invoices | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0460 | 413327 | 1000731470 | Attendance at Oral Arguments Re: Defendant's Appeal | 2/28/2008 | 375.00 | 150.00 | 2.50 | SCM |
| 356.0177 | 418482 | 1000701427 | Receipt and Review of Summary Disposition Scheduling Order | 2/20/2008 | 35.00 | 175.00 | 0.20 | TBM |
| 356.0177 | 418482 | 1000701427 | Email to Kathy re: ordering case eval. Check | 2/20/2008 | 17.50 | 175.00 | 0.10 | TBM |
| 356.0177 | 418482 | 1000701427 | Receipt and Review of Plaintiff's Witness List | 2/6/2008 | 35.00 | 175.00 | 0.20 | TBM |
| 356.0177 | 418482 | 1000701427 | Receipt and Review of Case Evaluation Notice | 2/18/2008 | 17.50 | 175.00 | 0.10 | CJS |
| 356.0668 | 431154 | 1000640330 | Receipt and Review Notice and Order Regarding Claim of Appeal From Lower Court And Briefing Schedule. | 2/22/2008 | 52.50 | 175.00 | 0.30 | TBM |
| 356.0223 | 431162 | 1000852818 | Prepare witness list | 2/4/2008 | 90.00 | 150.00 | 0.60 | RSG |
| 356.0333 | 431160 | 1000916688 | Attendance at case evaluation | 2/12/2008 | 542.50 | 175.00 | 3.10 | RSG |
| 356.0333 | 431160 | 1000916688 | Receipt and Review of Notice of Settlement Conference | 2/22/2008 | 17.50 | 175.00 | 0.10 | RSG |
| 356.0838 | 431156 | 31407711 | Telephone Call from Opposing Counsel Re: Stipulation | 2/15/2008 | 17.50 | 175.00 | 0.10 | CJS |
| 356.0838 | 431156 | 31407711 | Correspondence with Association Re: Burst Water Pipe | 2/20/2008 | 35.00 | 175.00 | 0.20 | CJS |
| 356.0118 | 423278 | 1000663378 | Preparation of Answer and Affirmation defenses | 2/12/2008 | 157.50 | 175.00 | 0.90 | RSG |
| 356.0118 | 423278 | 1000663378 | Receipt and Review of insurance loss file documents | 2/13/2008 | 52.50 | 175.00 | 0.30 | RSG |
| 356.0118 | 423278 | 1000663378 | Attend court hearing re: injunction | | 507.50 | 175.00 | 2.90 | RSG |

## FEBRUARY 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 356.0208 | 431598 | 1000913648 | Receipt and Review of Re-Notice of Hearing on Motion for Summary Disposition | 2/4/2008 | 15.00 | 150.00 | 0.10 | RSG |
| 356.0208 | 431598 | 1000913648 | Attendance at motion for summary disposition in court | 2/22/2008 | 405.00 | 150.00 | 2.70 | RSG |
| 356.0208 | 431598 | 1000913648 | Receipt and Review of Order for Quieting Title to Property | 2/26/2008 | 15.00 | 150.00 | 0.10 | RSG |
| 356.0716 | 431666 | 1000798165 | Receipt and Review of Letter from Opposing Counsel Requesting Payoff Letter | 2/4/2008 | 17.50 | 175.00 | 0.10 | RSG |
| 356.0716 | 431666 | 1000798165 | Receipt and Review of Case Evaluation Notice | 2/26/2008 | 17.50 | 175.00 | 0.10 | RSG |
| | | | | | $900.00 | $150.00 | 6.00 | |
| | | | | | $1,522.00 | $175.00 | 8.70 | |
| | | | Total February 2008 Litigation Fees | | $2,422.50 | | | |

## MARCH 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.1092 | 423279 | 1000848304 | Attorney Fee - Preparation of Assignments | 3/7/2008 | 75.00 | | | |
| 356.0759 | 423341 | 30379226 | Attorney Fee - Pre-Sale Affidavit of Abandonment | 3/13/2008 | 150.00 | | | |
| 356.0706 | 345244 | 1000953568 | Eviction Proceedings | 3/5/2008 | 300.00 | | | |
| 356.0643 | 346724 | 1000687072 | Eviction Proceedings-11715 | 3/10/2008 | 300.00 | | | |
| 356.0643 | 346724 | 1000687072 | Eviction Proceedings-11717 | 3/10/2008 | 300.00 | | | |
| | | | Total March 2008 Fees | | $1,125.00 | | | |

### Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0177 | 431164 | 1000701427 | Case Evaluation Brief | 3/11/2008 | 157.50 | 175.00 | 0.90 | TBM |
| 356.0177 | 431164 | 1000701427 | Receipt and Review of Plaintiff's Mediation Summary | 3/18/2008 | 35.00 | 175.00 | 0.20 | TBM |
| 356.0177 | 431164 | 1000701427 | Receipt and Review of Summary Disposition Opinion and Order | 3/26/2008 | 17.50 | 175.00 | 0.10 | TBM |
| 356.0668 | 341155 | 1000640330 | Receipt and Review of Order for Escrow and Bond on Appeal | 3/3/2008 | 17.50 | 175.00 | 0.10 | TBM |
| 356.0668 | 341155 | 1000640330 | Receipt and Review of Notice of Intent to Dismiss | 3/25/2008 | 17.50 | 175.00 | 0.10 | TBM |
| 356.0838 | 431157 | 31407711 | Telephone Call from Assoc. Attorney Re: Case Status | 3/13/2008 | 35.00 | 175.00 | 0.20 | CJS |
| 356.0838 | 431157 | 31407711 | Correspondence with Mortgagor's Attorney Re: Proposed Stipulation | 3/27/2008 | 35.00 | 175.00 | 0.20 | CJS |
| 356.0118 | 431151 | 1000663378 | Telephone Conference w/ Opposing Counsel, Sutton, Re: Possibility of Settlement | 3/21/2008 | 35.00 | 175.00 | 0.20 | RSG |

## MARCH 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | | |
|---|---|---|---|---|---|---|---|
| 356.0208 | 431599 | 1000913648 | Receipt and Review Claim of Appeal | 3/11/2008 | 30.00 | 150.00 | 0.20 RSG |
| 356.0208 | 431599 | 1000913648 | Receipt and Review of Plaintiff-Appellant's Exhibits on Appeal | 3/20/2008 | 75.00 | 150.00 | 0.50 RSG |
| 356.0208 | 431599 | 1000913648 | Receipt and Review Corrected Claim of Appeal | 3/24/2008 | 15.00 | 150.00 | 0.10 RSG |
| 356.0208 | 431599 | 1000913648 | Notice of Appearance and POS, Receipt and Review of Appellee's Appearance, | 3/26/2008 | 30.00 | 150.00 | 0.20 RSG |
| 356.0716 | 431667 | 1000798165 | Preparation of Correspondence to Opposing Counsel Re: Payoff Figures | 3/4/2008 | 70.00 | 175.00 | 0.40 RSG |
| 356.0716 | 431667 | 1000798165 | Receipt and Review of Letter from Opposing counsel | 3/18/2008 | 17.50 | 175.00 | 0.10 RSG |
| 356.0961 | 431672 | 1001363998 | Telephone Conference with Diane at Wayne County Prosecutor's Office Re: Possible Settlement | 3/26/2008 | 52.50 | 175.00 | 0.30 RSG |
| | | | | | $150.00 | 150.00 | 1.00 |
| | | | **Total March 2008 Litigation Fees** | | $490.00 | 175.00 | 2.80 |
| | | | | | $640.00 | | |

## APRIL 2008 FEES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.1084 | 353162 | 1000737677 | Attorney Fee - Preparation of Adjournment | 4/4/2008 | 60.00 | | | |
| 356.1092 | 423279 | 1000848304 | Attorney Fee - Foreclosure Proceedings | 4/4/2008 | 650.00 | | | |
| 356.0901 | 423339 | 1001635987 | Attorney Fee - Foreclosure Proceedings | 4/4/2008 | 650.00 | | | |
| 356.1038 | 423334 | 1001440224 | Attorney Fee - Preparation of Adjournment | 4/2/2008 | 200.00 | | | |
| 356.1044 | 423276 | 1001097998 | Attorney Fee - Preparation of Adjournment | 4/2/2008 | 200.00 | | | |
| 356.1057 | 423275 | 1001145528 | Attorney Fee - Preparation of Adjournment | 4/2/2008 | 200.00 | | | |
| **Total April 2008 Fees** | | | | | **$1,960.00** | | | |

## Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Rate | Hours | Attorney |
|---|---|---|---|---|---|---|---|---|
| 356.0838 | 431158 | 31407711 | Receipt and Review of Award Summary | 4/7/2008 | 17.50 | 175.00 | 0.10 | RSG |
| 356.0333 | 431161 | 1000916688 | Attendance at Court Settlement Conference | 4/10/2008 | 647.50 | 175.00 | 3.70 | RSG |
| 356.0838 | 431158 | 31407711 | Preparation of Stipulated Final Order | 4/4/2008 | 122.50 | 175.00 | 0.70 | CJS |
| 356.0838 | 431158 | 31407711 | Correspondence with Opposing Counsel Re: Deed in Lieu Status | 4/8/2008 | 17.50 | 175.00 | 0.10 | CJS |
| 356.0838 | 431158 | 31407711 | Correspondence with Attorney Abbatte Re: Stipulated Order | 4/4/2008 | 17.50 | 175.00 | 0.10 | CJS |
| 356.0838 | 431158 | 31407711 | Correspondence with Attorney Lavasseur Re: Stipulated Order | 4/4/2008 | 17.50 | 175.00 | 0.10 | CJS |
| 356.0118 | 431153 | 1000663378 | Telephone Conference w/ Opposing Counsel, Sutton, Re: Payoff and Reinstatement | 4/1/2008 | 52.50 | 175.00 | 0.30 | RSG |
| 356.0716 | 431668 | 1000798165 | Telephone Conference with Opposing Counsel Re: Settlement Possibilities | 4/9/2008 | 52.50 | 175.00 | 0.30 | RSG |
| **Total April 2008 Litigation Fees** | | | | | **$945.00** | **$175.00** | **5.40** | |

## AUGUST 2007 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0731 | 423284 | 1000913623 | Title Report | 8/6/2007 | 50.00 |
| 356.0731 | 423284 | 1000913623 | Sheriff Cost | 8/24/2007 | 50.00 |
| 356.0731 | 423284 | 1000913623 | Recording of Sale | 8/24/2007 | 52.00 |
| 356.0731 | 423284 | 1000913623 | Transfer Tax for Recording of Sale | 8/24/2007 | 23.10 |
| 356.0759 | 423341 | 30379226 | Title Report | 8/8/2007 | 50.00 |
| 356.0759 | 423341 | 30379226 | Posting Cost | 8/14/2007 | 110.00 |
| 356.0759 | 423341 | 30379226 | Publication Cost | 8/14/2007 | 244.00 |
| | | | Total August 2007 Expenses | | $579.10 |

## SEPTEMBER 2007 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0759 | 423341 | 30379226 | Adjournment Cost | 9/13/2007 | 336.00 |
| 356.0771 | 423340 | 1000652101 | Title Commitment | 9/29/2007 | 325.00 |
| 356.0822 | 347829 | 125518431 | Title Commitment | 9/18/2007 | 325.00 |
| 356.0822 | 347829 | 125518431 | Document Fee - Mortgage | 9/19/2007 | 50.00 |
| 356.0822 | 347829 | 125518431 | Posting Cost | 9/20/2007 | 70.00 |
| 356.0822 | 347829 | 125518431 | Publication Cost | 9/20/2007 | 191.40 |
| 356.0822 | 347829 | 125518431 | Recording of Assignment | 9/20/2007 | 60.00 |
| 356.0822 | 347829 | 125518431 | Title Report | 9/24/2007 | 50.00 |
| 356.0838 | 423338 | 31407711 | Title Commitment | 9/26/2007 | 736.50 |
| 356.0843 | 338365 | 1927382574 | Title Commitment | 9/26/2007 | 325.00 |
| 356.0843 | 338365 | 1927382574 | Posting Cost | 9/26/2007 | 70.00 |
| 356.0843 | 338365 | 1927382574 | Publication Cost | 9/26/2007 | 191.40 |
| 356.0843 | 338365 | 1927382574 | Recording of Assignment | 9/27/2007 | 60.00 |
| | | | Total September 2007 Expenses | | $2,790.30 |

## OCTOBER 2007 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 366.0685 | 313794 | 1001602300 | Recording of Quit Claim Deed | 10/2/2007 | 60.00 |
| | | | | | |
| 366.0843 | 338365 | 1927382574 | Title Report | 10/2/2007 | 50.00 |
| 366.0843 | 338365 | 1927382574 | Adjournment Cost | 10/31/2007 | 112.00 |
| | | | | | |
| 366.0822 | 347829 | 125518431 | Adjournment Cost | 10/24/2007 | 176.00 |
| | | | | | |
| 366.0855 | 423280 | 1000651672 | Title Commitment | 10/4/2007 | 447.40 |
| 366.0855 | 423280 | 1000651672 | Document Fee - Mortgage | 10/5/2007 | 50.00 |
| 366.0855 | 423280 | 1000651672 | Publication Cost | 10/5/2007 | 70.00 |
| 366.0855 | 423280 | 1000651672 | Posting Cost | 10/5/2007 | 244.00 |
| 366.0855 | 423280 | 1000651672 | Recording of Assignment | 10/9/2007 | 60.00 |
| 366.0855 | 423280 | 1000651672 | Title Report | 10/12/2007 | 50.00 |
| | | | | | |
| 366.0873 | 369106 | 1001697885 | Title Commitment | 10/30/2007 | 350.00 |
| | | | | | |
| 366.0864 | 417620 | 302530017 | Title Commitment | 10/4/2007 | 498.60 |
| | | | | | |
| 366.0771 | 423340 | 1000652101 | Document Fee - Mortgage | 10/1/2007 | 50.00 |
| 366.0771 | 423340 | 1000652101 | Posting Cost | 10/1/2007 | 70.00 |
| 366.0771 | 423340 | 1000652101 | Publication Cost | 10/1/2007 | 244.00 |
| 366.0771 | 423340 | 1000652101 | Recording of Assignment | 10/2/2007 | 60.00 |
| 366.0771 | 423340 | 1000652101 | Title Report | 10/3/2007 | 50.00 |
| 366.0771 | 423340 | 1000652101 | Adjournment Cost | 10/31/2007 | 264.00 |
| | | | | | |
| | | | **Total October 2007 Expenses** | | **$2,906.00** |

## NOVEMBER 2007 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0855 | 423280 | 1000651672 | Adjournment Cost | 11/7/2007 | 232.00 |
| 356.0914 | 366927 | 1000939825 | Title Commitment | 11/29/2007 | 364.00 |
| 356.0914 | 366927 | 1000939825 | Posting Cost | 11/30/2007 | 70.00 |
| 356.0914 | 366927 | 1000939825 | Publication Cost | 11/30/2007 | 237.25 |
| 356.0914 | 366927 | 1000939825 | Recording of Assignment | 11/30/2007 | 60.00 |
| 356.0921 | 423337 | 1001627555 | Title Commitment | 11/29/2007 | 325.00 |
| | | | **Total November 2007 Expenses** | | **$1,288.25** |

## JANUARY 2008 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0588 | 337222 | 11126679 | Adjournment Cost | 1/2/2008 | 32.00 |
| 356.0588 | 337222 | 11126679 | Sheriff Cost | 1/24/2008 | 50.00 |
| 356.0588 | 337222 | 11126679 | Recording of Sale | 1/24/2008 | 52.00 |
| 356.0588 | 337222 | 11126679 | Transfer Tax for Recording of Sale | 1/24/2008 | 23.10 |
| | | | | | |
| 356.0798 | 344214 | 125518498 | Title Update | 1/25/2008 | 35.00 |
| 356.0798 | 344214 | 125518498 | Posting Cost | 1/25/2008 | 85.00 |
| 356.0798 | 344214 | 125518498 | Publication Cost | 1/25/2008 | 217.12 |
| | | | | | |
| 356.0914 | 366927 | 1000939825 | Adjournment Cost | 1/2/2008 | 184.00 |
| | | | | | |
| 356.0988 | 426405 | 1001320751 | Title Commitment | 1/7/2008 | 388.00 |
| 356.0988 | 426405 | 1001320751 | Posting Cost | 1/7/2008 | 85.00 |
| 356.0988 | 426405 | 1001320751 | Publication Cost | 1/7/2008 | 226.76 |
| 356.0988 | 426405 | 1001320751 | Recording of Assignment | 1/7/2008 | 60.00 |
| 356.0988 | 426405 | 1001320751 | Title Report | 1/12/2008 | 50.00 |
| | | | | | |
| 356.0933 | 423336 | 1000882828 | Adjournment Cost | 1/11/2008 | 192.00 |
| | | | | | |
| 356.0668 | 371393 | 1000640330 | Filing Fee – Summons and Complaint | 1/28/2008 | 45.00 |
| 356.0668 | 371393 | 1000640330 | Service Fee – Summons and Complaint | 1/28/2008 | 70.50 |
| | | | | | |
| | | | **Total January 2008 Expenses** | | **$1,795.48** |

## Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0838 | 423333 | 31407711 | Filing Fee OAKLAND COUNTY CIRCUIT COURT | 1/18/2008 | 150.00 |
| | | | | | |
| | | | **Total January 2008 Litigation Expenses** | | **$150.00** |

## FEBRUARY 2008 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0930 | 343536 | 125517227 | Adjournment Cost | 2/12/2008 | 24.00 |
| 356.0930 | 343536 | 125517227 | Sheriff Cost | 2/28/2008 | 50.00 |
| 356.0930 | 343536 | 125517227 | Recording of Sale | 2/28/2008 | 29.00 |
| 356.0930 | 343536 | 125517227 | Transfer Tax for Recording of Sale | 2/28/2008 | 53.90 |
| 356.0798 | 344214 | 125518498 | Title Report | 2/5/2008 | 50.00 |
| 356.0798 | 344214 | 125518498 | Adjournment Cost | 2/28/2008 | 8.00 |
| 356.1084 | 353162 | 1000737677 | Title Commitment | 2/27/2008 | 335.00 |
| 356.1084 | 353162 | 1000737677 | Document Fee - Mortgage | 2/28/2008 | 50.00 |
| 356.1084 | 353162 | 1000737677 | Recording of Assignment | 2/28/2008 | 60.00 |
| 356.1084 | 353162 | 1000737677 | Posting Cost | 2/29/2008 | 70.00 |
| 356.1084 | 353162 | 1000737677 | Publication Cost | 2/29/2008 | 244.00 |
| 356.1030 | 423335 | 1001186849 | Title Commitment | 2/5/2008 | 325.00 |
| 356.1030 | 423335 | 1001186849 | Recording of Assignment | 2/5/2008 | 60.00 |
| 356.1030 | 423335 | 1001186849 | Posting Cost | 2/5/2008 | 110.00 |
| 356.1030 | 423335 | 1001186849 | Publication Cost | 2/5/2008 | 244.00 |
| 356.1030 | 423335 | 1001186849 | Title Report | 2/12/2008 | 50.00 |
| 356.0623 | 426627 | 1000675203 | Filing Fee - Writ | 2/11/2008 | 15.00 |
| 356.0623 | 426627 | 1000675203 | Service Fee - Writ | 2/11/2008 | 37.50 |
| 356.0623 | 426627 | 1000675203 | Execution of Order of Eviction/Removal of Items | 2/25/2008 | 985.00 |
| 356.0623 | 426627 | 1000675203 | City Cost - Dumpster | 2/25/2008 | 300.00 |
| 356.1038 | 423334 | 1001440224 | Title Commitment | 2/27/2008 | 325.00 |
| 356.1038 | 423334 | 1001440224 | Posting Cost | 2/27/2008 | 70.00 |
| 356.1038 | 423334 | 1001440224 | Publication Cost | 2/27/2008 | 191.40 |
| 356.1038 | 423334 | 1001440224 | Recording of Assignment | 2/28/2008 | 60.00 |

## FEBRUARY 2008 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.1044 | 423276 | 1001097998 | Title Commitment | 2/27/2008 | 349.00 |
| 356.1044 | 423276 | 1001097998 | Posting Cost | 2/27/2008 | 110.00 |
| 356.1044 | 423276 | 1001097998 | Publication Cost | 2/27/2008 | 291.20 |
| 356.1044 | 423276 | 1001097998 | Recording of Assignment | 2/28/2008 | 60.00 |
| | | | | | |
| 356.0708 | 369029 | 1000830594 | Filing Fee - Summons and Complaint | 2/15/2008 | 45.00 |
| 356.0708 | 369029 | 1000830594 | Service Fee - Summons and Complaint | 2/15/2008 | 87.00 |
| | | | | | |
| 356.0690 | 346275 | 1001194048 | Filing Fee - Summons and Complaint | 2/25/2008 | 45.00 |
| 356.0690 | 346275 | 1001194048 | Service Fee - Summons and Complaint | 2/25/2008 | 70.50 |
| | | | | | |
| 356.1057 | 423275 | 1001145528 | Title Commitment | 2/27/2008 | 325.00 |
| 356.1057 | 423275 | 1001145528 | Posting Cost | 2/27/2008 | 70.00 |
| 356.1057 | 423275 | 1001145528 | Publication Cost | 2/27/2008 | 191.40 |
| 356.1057 | 423275 | 1001145528 | Recording of Assignment | 2/28/2008 | 60.00 |
| | | | | | |
| | | | **Total February 2008 Expenses** | | **$5,450.90** |

### Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0177 | 418482 | 1000701427 | Motion Fee OAKLAND COUNTY CIRCUIT COURT | 2/12/2008 | 20.00 |
| 356.0177 | 418482 | 1000701427 | Case Evaluation Cost | 2/18/2008 | 75.00 |
| | | | | | |
| | | | **Total February 2008 Litigation Expenses** | | **$95.00** |

## MARCH 2008 Expenses

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0798 | 344214 | 125518498 | Sheriff Cost | 3/3/2008 | 50.00 |
| 356.0798 | 344214 | 125518498 | Recording of Sale | 3/3/2008 | 29.00 |
| 356.0798 | 344214 | 125518498 | Transfer Tax for Recording of Sale | 3/3/2008 | 22.55 |
| 356.0526 | 4490556 | 4490556 | Title Policy | 3/19/2008 | 238.00 |
| 356.0158 | 3476995 | 4089682 | Title Policy | 3/26/2008 | 210.00 |
| 356.0822 | 347829 | 125518431 | Sheriff Cost | 3/24/2008 | 50.00 |
| 356.0822 | 347829 | 125518431 | Recording of Sale | 3/24/2008 | 52.00 |
| 356.0822 | 347829 | 125518431 | Transfer Tax for Recording of Sale | 3/24/2008 | 56.10 |
| 356.1084 | 353162 | 10007737677 | Title Report | 3/5/2008 | 50.00 |
| 356.1092 | 423279 | 1000848304 | Document Fee - Mortgage | 3/6/2008 | 50.00 |
| 356.1092 | 423279 | 1000848304 | Recording of Assignment | 3/7/2008 | 60.00 |
| 356.0761 | 367287 | 1000779166 | Filing Fee - Summons and Complaint | 3/20/2008 | 45.00 |
| 356.0761 | 367287 | 1000779166 | Service Fee - Summons and Complaint | 3/20/2008 | 50.00 |
| 356.0729 | 367876 | 1001164195 | Filing Fee - Summons and Complaint | 3/26/2008 | 45.00 |
| 356.0729 | 367876 | 1001164195 | Service Fee - Summons and Complaint | 3/26/2008 | 73.50 |
| 356.1038 | 423334 | 1001440224 | Title Report | 3/4/2008 | 50.00 |
| 356.1044 | 423276 | 1001097998 | Title Report | 3/6/2008 | 50.00 |
| 356.0750 | 412005 | 1000681771 | Filing Fee - Summons and Complaint | 3/26/2008 | 45.00 |
| 356.0750 | 412005 | 1000681771 | Service Fee - Summons and Complaint | 3/26/2008 | 49.00 |
| 356.1057 | 423275 | 1001145528 | Title Report | 3/5/2008 | 50.00 |

## MARCH 2008 Expenses

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0759 | 423341 | 30379226 | Recording Cost for Affidavit of Abandonement | 3/13/2008 | 60.00 |
| 356.0759 | 423341 | 30379226 | Posting Cost for Affidavit of Abandonment | 3/13/2008 | 35.00 |
| 356.0643 | 346724 | 1000687072 | Filing Fee - Summons and Complaint-11715 | 3/10/2008 | 45.00 |
| 356.0643 | 346724 | 1000687072 | Service Fee - Summons and Complaint-11715 | 3/10/2008 | 49.00 |
| 356.0643 | 346724 | 1000687072 | Filing Fee - Summons and Complaint-11717 | 3/10/2008 | 45.00 |
| 356.0643 | 346724 | 1000687072 | Service Fee - Summons and Complaint-11717 | 3/10/2008 | 49.00 |
| 356.0706 | 345244 | 1000953568 | Filing Fee - Summons and Complaint | 3/5/2008 | 45.00 |
| 356.0706 | 345244 | 1000953568 | Service Fee - Summons and Complaint | 3/5/2008 | 49.00 |
| 356.0752 | 373695 | 100120135 | Filing Fee - Summons and Complaint | 3/21/2008 | 45.00 |
| 356.0752 | 373695 | 1001201235 | Service Fee - Summons and Complaint | 3/21/2008 | 66.00 |
| 356.0750 | 412005 | 1000681771 | Filing Fee - Summons and Complaint | 3/26/2008 | 45.00 |
| 356.0750 | 412005 | 1000681771 | Service Fee - Summons and Complaint | 3/26/2008 | 49.00 |
| | | | **Total March 2008 Expenses** | | **$1,907.15** |

## Litigation Invoices

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.0838 | 431157 | 31407711 | Motion Fee Clerk, Oakland County Circuit Court | 3/6/2008 | 20.00 |
| 356.0838 | 431157 | 31407711 | Process of Service Fees Process Services Services LLC | 3/10/2008 | 65.00 |
| | | | **Total March 2008 Litigation Expenses** | | **$85.00** |

## APRIL 2008 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| 356.1084 | 353162 | 1000737677 | Adjournment Cost | 4/4/2008 | 24.00 |
| 356.1092 | 423279 | 1000848304 | Title Commitment | 4/4/2008 | 385.00 |
| 356.1092 | 423279 | 1000848304 | Posting Cost | 4/4/2008 | 85.00 |
| 356.1092 | 423279 | 1000848304 | Publication Cost | 4/4/2008 | 254.08 |
| 356.1092 | 423279 | 1000848304 | Title Report | 4/8/2008 | 50.00 |
| 356.0901 | 423339 | 1001635987 | Posting Cost | 4/4/2008 | 70.00 |
| 356.0901 | 423339 | 1001635987 | Publication Cost | 4/4/2008 | 196.80 |
| 356.1038 | 423334 | 1001440224 | Adjournment Cost | 4/2/2008 | 80.00 |
| 356.1044 | 423276 | 1001097998 | Adjournment Cost | 4/2/2008 | 80.00 |
| 356.1057 | 423275 | 1001145528 | Adjournment Cost | 4/2/2008 | 80.00 |
| 356.0708 | 369029 | 1000830594 | Filing Fee – Writ | 4/4/2008 | 15.00 |
| 356.0708 | 369029 | 1000830594 | Service Fee – Writ | 4/4/2008 | 129.00 |
| 356.0724 | 360107 | 1000706346 | Filing Fee – Summons and Complaint | 4/8/2008 | 45.00 |
| 356.0724 | 360107 | 1000706346 | Service Fee – Summons and Complaint | 4/8/2008 | 48.00 |
| 356.0666 | 360226 | 1001096365 | Filing Fee – Summons and Complaint | 4/8/2008 | 45.00 |
| 356.0666 | 360226 | 1001096365 | Service Fee – Summons and Complaint | 4/8/2008 | 49.00 |
| 356.0551 | 362308 | 1000965111 | Filing Fee – Summons and Complaint | 4/10/2008 | 45.00 |
| 356.0781 | 370140 | 1000857630 | Filing Fee – Summons and Complaint | 4/7/2008 | 45.00 |
| 356.0781 | 370140 | 1000857630 | Service Fee – Summons and Complaint | 4/7/2008 | 49.00 |
| | | | Total April 2008 Expenses | | $1,774.88 |

# APRIL 2008 EXPENSES

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| File Number | Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|---|
| | | | Litigation Invoices | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 356.0838 | 431158 | 31407711 | Process of Service Fees Process Services LLC | 4/9/2008 | 65.00 |
| 356.0823 | 369958 | 1000609694 | Filing Fee WAYNE COUNTY CIRCUIT COURT - Record request transmittal fee | 4/10/2008 | 25.00 |
| | | | | | |
| | | | | | |
| | | | **Total April 2008 Litigation Expenses** | | **$90.00** |

| | | | | |
|---|---|---|---|---|
| | **Foreclosure and Litigation Fees and Expenses** | | | |
| | | | | |
| | | | | |
| | | | | |
| **Fees:** | | | **Litigation Fees:** | |
| August 2007 | 200.00 | | August 2007 | - |
| September 2007 | 3,590.00 | | September 2007 | - |
| October 2007 | 2,680.00 | | October 2007 | 227.50 |
| November 2007 | 1,630.00 | | November 2007 | 315.00 |
| December 2007 | 1,510.00 | | December 2007 | 1,162.50 |
| January 2008 | 1,670.00 | | January 2008 | 1,172.50 |
| February 2008 | 4,070.00 | | February 2008 | 2,422.50 |
| March 2008 | 1,125.00 | | March 2008 | 640.00 |
| April 2008 | 1,960.00 | | April 2008 | 945.00 |
| **Subtotal- Fees** | **$18,435.00** | | **Subtotal- Fees** | **$6,885.00** |
| | | | | |
| **Expenses:** | | | **Litigation Expenses:** | |
| August 2007 | 579.10 | | August 2007 | - |
| September 2007 | 2,790.30 | | September 2007 | - |
| October 2007 | 2,906.00 | | October 2007 | - |
| November 2007 | 1,288.25 | | November 2007 | - |
| December 2007 | 1,376.00 | | December 2007 | - |
| January 2008 | 1,795.48 | | January 2008 | 150.00 |
| February 2008 | 5,450.90 | | February 2008 | 95.00 |
| March 2008 | 1,907.15 | | March 2008 | 85.00 |
| April 2008 | 1,774.88 | | April 2008 | 90.00 |
| **Subtotal- Expenses** | **$19,868.06** | | **Subtotal- Expenses** | **$420.00** |
| | | | | |
| **Total** | **$45,608.06** | | | |
| | | | | |
| **Total per Detail** | **$45,608.06** | | | |
| | | | **Susan Myers Total Hours:** | 6.80 |
| | | | | |
| | | | **Caleb Shureb Total  Hours:** | 4.20 |
| | | | | |
| | | | **Ronald Glaser Total Hours:** | 28.00 |
| | | | | |
| | | | **Timothy Myers Total Hours:** | **2.20** |
| | | | | |
| | | | **Total Litigation Hours** | 41.20 |