IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                 :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,[1]                                     :   Jointly Administered
                                                                       :
                                                                       :   Objection Deadline: December 11, 2008 at
       Debtors.                                                        :   4:00 p.m.
---------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

       The **Supplemental Application of the Orlans Associates as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 6, 2007 through April 11 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $25,320.00 and interim expenses in the amount of $20,288.06.

       Objections to the Application, if any, are required to be filed on or before **December 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

       At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

      PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      November 21, 2008

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ Ryan M. Bartley
      James L. Patton, Jr. (No. 2202)
      Pauline K. Morgan (No. 3650)
      Sean M. Beach (No. 4070)
      Matthew B. Lunn (No. 4119)
      Margaret B. Whiteman (No. 4652)
      Ryan M. Bartley (No. 4985)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

      Counsel for Debtors and
      Debtors in Possession