# EXHIBIT A

US2008 487000.1



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
*www.kilpatrickstockton.com*
*Fed I.D. 58-0511774*

November 9, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.       Client:    60214
520 BROADHOLLOW ROAD                        Matter:    363244
MELVILLE, NY  11747                         Invoice #: 11019301

RE:   SALE OF THRIFT

**For Professional Services Through October 31, 2008:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/01/2008 | CMG | Telephone call with R. Bartley regarding bankruptcy petition | 0.30 | 435.00 | 130.50 |
| 10/08/2008 | PMA | Conference with CMG regarding MI status | 0.30 | 520.00 | 156.00 |
| 10/08/2008 | CMG | Conference with PMA regarding status of MI | 0.30 | 435.00 | 130.50 |
| 10/10/2008 | CMG | Telephone call with John Nelligan | 0.30 | 435.00 | 130.50 |
| 10/14/2008 | CMG | Email with R. Bartley regarding application | 0.30 | 435.00 | 130.50 |
| 10/20/2008 | CMG | Email with R. Bartley regarding fee application | 0.10 | 435.00 | 43.50 |
| 10/21/2008 | CMG | Draft fee application and exhibits | 1.10 | 435.00 | 478.50 |
| 10/21/2008 | CMG | Telephone call with R. Bartley | 0.20 | 435.00 | 87.00 |
| 10/21/2008 | CMG | Telephone call with R. Bartley. | 0.20 | 435.00 | 87.00 |
| 10/22/2008 | CMG | Fee application questions | 0.20 | 435.00 | 87.00 |
| 10/22/2008 | CMG | Review SPA | 0.50 | 435.00 | 217.50 |
| 10/22/2008 | CMG | Email to J. Nelligan on SPA | 0.10 | 435.00 | 43.50 |
| 10/23/2008 | CMG | Review comments on SPA in preparation for call | 0.30 | 435.00 | 130.50 |
| 10/23/2008 | CMG | Conference call on bid and SPA comments | 0.80 | 435.00 | 348.00 |
| 10/24/2008 | CMG | Review revised SPA | 0.30 | 435.00 | 130.50 |
| 10/26/2008 | CMG | Review revised fee application | 0.20 | 435.00 | 87.00 |
| 10/28/2008 | CMG | Emails regarding petition | 0.30 | 435.00 | 130.50 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem

60214/363244 Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/2008 | CMG | Finalize petition for filing | 0.50 | 435.00 | 217.50 |
| 10/29/2008 | CMG | Telephone call with J. Nelligan and J. Weissman regarding structure of proposed acquisition | 0.30 | 435.00 | 130.50 |
| 10/29/2008 | CMG | Review revisions to SPA | 0.50 | 435.00 | 217.50 |
| 10/30/2008 | CMG | Review and preparation for board meeting | 0.40 | 435.00 | 174.00 |
| 10/30/2008 | CMG | Conference call regarding board meeting | 0.80 | 435.00 | 348.00 |
| 10/31/2008 | CMG | Telephone call with John Nelligan regarding Board Meeting Recap. | 0.40 | 435.00 | 174.00 |
| | | **Total Fees** | | | **$3,810.00** |



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
P.O. Box 945614
Atlanta Georgia 30394
Telephone (866)244-4934
www.kilpatrickstockton.com
Fed I.D. 58-0511774

November 9, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
520 BROADHOLLOW ROAD
MELVILLE, NY 11747

Client:    60214
Matter:    363245
Invoice #: 11019301

RE: GENERAL BANK REGULATORY

**For Professional Services Through October 31, 2008:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/2008 | CMG | Telephone call with J. Nelligan regarding OTS exam | 0.20 | 435.00 | 87.00 |
| 10/29/2008 | CMG | Review OTS exam report | 0.50 | 435.00 | 217.50 |
|  |  | **Total Fees** |  |  | **$304.50** |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem