# EXHIBIT B

US2008 435195.1



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
www.kilpatrickstockton.com
Fed I.D. 58-0511774

November 9, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.          Client:     60214
520 BROADHOLLOW ROAD
MELVILLE, NY  11747

RE:   363244, 363245

## INVOICE OF OTHER CHARGES

*363244:*  SALE OF THRIFT

| | | |
|---|---|---:|
| | Document Reproduction | 6.00 |
| | **Matter Total** | **$6.00** |

*363245:*  GENERAL BANK REGULATORY

| | | |
|---|---|---:|
| | Document Reproduction | 6.60 |
| | Document Reproduction | 13.70 |
| | Document Reproduction | 3.10 |
| | **Matter Total** | **$23.40** |

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem