## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | **Hearing Date:  12/10/08 @ 2:00 p.m.** |
| Debtors. | ) | **Objections Due:  12/03/08 @ 4:00 p.m.** |
| | ) | |

### NOTICE OF APPLICATION FOR ORDER UNDER 11 U.S.C. § 1103 AUTHORIZING THE EMPLOYMENT AND RETENTION OF GILBERT OSHINSKY LLP AND ZUCKERMAN SPAEDER LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF BORROWERS NUNC PRO TUNC TO OCTOBER 22, 2008

On November 21, 2008, the Official Committee of Borrowers filed the **APPLICATION FOR ORDER UNDER 11 U.S.C. § 1103 AUTHORIZING THE EMPLOYMENT AND RETENTION OF GILBERT OSHINSKY LLP AND ZUCKERMAN SPAEDER LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF BORROWERS NUNC PRO TUNC TO OCTOBER 22, 2008** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is available from the website of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), www.deb.uscourts.gov.

If you wish to respond to the Motion, you must file your response with the the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), www.deb.uscourts.gov., and serve it on the undersigned counsel for the Movants so that it is actually received no later than December 3, 2008 at 4:00 p.m. (Eastern Time).

HEARING ON THE MOTION will be on December 10, 2008, at 2:00 p.m. Eastern Time at the Bankruptcy Court before the Honorable Christopher S. Sontchi.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       November 21, 2008

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899
Telephone: (302) 427-0400
Facsimile:  (302) 427-8242

- and -

GILBERT OSHINSKY LLP
Stephen A. Weisbrod
W. Hunter Winstead
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone:  (202) 772-196
Facsimile:  (202) 772-3962

Proposed Attorneys for the Official
Committee of Borrowers

2