# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Date: 12/10/08 @ 2 p.m. |
| | ) | Objections Due: 12/03/08 @ 4:00 p.m. |

## NOTICE OF FILING RE D.I. 6616

**To:   All parties on 2002 Service List**

On November 21, 2008, the Official Committee of Borrowers in the above-captioned cases (the "Movant") filed the Application for Order Under 11 U.S.C. §1103 Authorizing the Employment and Retention of Gilbert Oshinsky LLP and Zuckerman Spaeder LLP as Co-Counsel to the Official Committee of Borrowers *Nunc Pro Tunc* to October 22, 2008 (the "Application") (D.I. 6616). Copies of the Application are available from the Court's website (www.deb.uscourts.gov).

If you wish to respond to the Motion, you must file your response with the the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), www.deb.uscourts.gov., and serve it on the undersigned counsel for the Movants so that it is actually received no later than December 3, 2008 at 4:00 p.m. (Eastern Time).

HEARING ON THE MOTION will be on December 10, 2008, at 2:00 p.m. Eastern Time at the Bankruptcy Court before the Honorable Christopher S. Sontchi.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

2

Dated: November 21, 2008

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

GILBERT OSHINSKY LLP
Stephen A. Weisrod
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Proposed Attorneys for the Official
Committee of Borrowers

2053069.1