3

20530069.1

## CERTIFICATE OF SERVICE

I, Virginia Whitehill Guldi, hereby certify that on November 21, 2008 I, caused the foregoing Notice of Filing to be served by first class mail, postage prepaid facsimile on the parties listed on the attached list.

Dated: November 21, 2008

                                                          /s/Virginia Whitehill Guldi
                                                          Virginia Whitehill Guldi