*Hoffman Appraisal, Inc.*
23000 Springwood Circle
Millsboro, DE 19966
1-302-933-0690  FAX 1-302-933-0605
*E-mail* hoffman_appraisal@mchsi.com

United States Bankruptcy Court
For the District of Delaware
824 Market Street
Wilmington, DE 19801

RE 07-11047 American Home Mortgage *CSS*

Claim # 2280 & ~~2281~~ *2278* Wrong Debtor claim

The claim is for residential appraisal reports provided to Homegate Settlement Services
which was a holding of American Home Mortgage. The report was requested by
Homegate and the lender is listed as American Home Mortgage. The reports and invoices
are attached.

These are two FHA reports with a $375 fee each. If you are in need of any additional
information please feel free to contact me.

Respectfully,

Thomas P Hoffman

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | )    **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | )    **Jointly Administered** |
| | ) |
| | )    **Objection Deadline: December 3, 2008 at 4:00 p.m. (ET)** |
| | )    **Hearing Date: December 10, 2008 at 10:00 a.m. (ET)** |
| | ) |

AHM OB22 11/7/2008 (merge2.txnum2) 4000038784 EPIQ Use - 444

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

## NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:   THOMAS P. HOFFMAN (VA)
     23000 SPRINGWOOD CIRCLE
     MILLSBORO, DE 19947

| | **Basis For Objection:** | Wrong Debtor Claim - Claim asserted against wrong debtor | | |
|---|---|---|---|---|
| | | **Claim #** | **Claim Amount** | **New Case Number** |
| | **Claim to be Reassigned** | 2278 | $300.00 | 07-11051 |

       The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

       Responses to the Objection, if any, must be filed on or before **December 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

       A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 10, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

       IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2008
       Wilmington, Delaware

                              **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                              Nathan D. Grow (No. 5014)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6756
                              Facsimile: (302) 571-1253

                              Counsel to the Debtors and Debtors in Possession

*Hoffman Appraisal, Inc.*

1815854
File No. K1035267

********* **INVOICE** *********

File Number: K1035267                          June 25, 2007

Homegate Settlement Services

Borrower :           Jason Discolo

Invoice # :
Order Date :
Reference/Case # :   1815854
PO Number :

291 W Darby Circle
Dover, DE  19904

|  | | |
|---|---|---|
|  | $ | 375.00 |
|  | $ |  |
| Invoice Total | $ | 375.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | ) |
| Deposit | ($ | ) |
| Amount Due | $ | 375.00 |

Terms:  Payable upon receipt.

Please Make Check Payable To:

Hoffman Appraisal, Inc.
23000 Springwood Circle
Millsboro, DE 19966

Fed. I.D. #: 52-1982199

*Hoffman Appraisal, Inc.*

1815854
File No. K1035267

## APPRAISAL OF

Single Family Residence

## LOCATED AT:

291 W Darby Circle
Dover, DE  19904

## FOR:

American Home Mortgage
4601 S DuPont Highway
Dover, DE 19901

## BORROWER:

Jason Discolo

## AS OF:

June 22, 2007

## BY:

*Hoffman Appraisal, Inc.*

1815854
File No. K1035267

June 25, 2007

American Home Mortgage
4601 S DuPont Highway
Dover, DE  19901

File Number:  K1035267

In accordance with your request, I have appraised the real property at:

291 W Darby Circle
Dover, DE  19904

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   June 22, 2007                              is:

$254,000
Two Hundred Fifty-Four Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Respectfully,

Thomas P. Hoffman
Summary Appraisal Report

*Hoffman Appraisal, Inc.*

# Uniform Residential Appraisal Report

1815854
File No. K1035267

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | |
|---|---|---|
| Property Address 291 W Darby Circle | City Dover | State DE  Zip Code 19904 |
| Borrower Jason Discolo | Owner of Public Record Michelle & Doug Stephens | County Kent |

Legal Description Lot 216

| | | |
|---|---|---|
| Assessor's Parcel # 103.05-NM-02-01-26.00 | Tax Year 06-07 | R.E. Taxes $ 773.00 |
| Neighborhood Name Tamarac | Map Reference 23A4 | Census Tract 417  MSA 2190 |

Occupant [X] Owner [ ] Tenant [ ] Vacant    Special Assessments $ 0.00    [ ] PUD   HOA $ n/a   [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [X] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)

Lender/Client American Home Mortgage    Address 4601 S DuPont Highway, Dover, DE 19901

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). MLS - owner The subject was listed on 3-27-07 for $279900

## CONTRACT

I [X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.
The subject is under contract for $254000 with no sales concessions.

Contract Price $ 254,000    Date of Contract 6-13-07    Is the property seller the owner of public record? [X] Yes [ ] No    Data Source(s) MLS/cty rec

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid.    $ _____ n/a

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 30% % | |
| Built-Up | [ ] Over 75% [X] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | | | 2-4 Unit | % | |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 80 Low | 1 | Multi-Family | % | |

Neighborhood Boundaries See Attached Addendum.    400+ High 70    Commercial 5% %

Neighborhood Description See Attached Addendum.    165 Pred. 15    Other vacant 65% %

Market Conditions (including support for the above conclusions) See Attached Addendum.

## SITE

Dimensions 120' x 205.97'    Area .57 acres    Shape rectangular    View average

Specific Zoning Classification R-S    Zoning Description Residential Single Family

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No    If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street blacktop | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley none | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone X   FEMA Map # 10001C0227 H   FEMA Map Date 5-5-03

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No    If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No    If Yes, describe.

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | Foundation Walls concrete/avg | Floors carpet-vinyl-hw/a |
| # of Stories 2 | [ ] Full Basement [ ] Partial Basement | Exterior Walls vinyl/avg | Walls drywall/avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area n/a sq. ft. | Roof Surface comp shingle/avg | Trim/Finish painted/avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish n/a % | Gutters & Downspouts aluminum/avg | Bath Floor vinyl/avg |
| Design (Style) 2 story | [X] Outside Entry/Exit [ ] Sump Pump | Window Type doublehung/avg | Bath Wainscot fiberglass/avg |
| Year Built 2004 | Evidence of [ ] Infestation | Storm Sash/Insulated combination/avg | Car Storage [ ] None |
| Effective Age (Yrs) 1-2 | [ ] Dampness [ ] Settlement | Screens combination/avg | [X] Driveway  # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities | WoodStove(s) # | Driveway Surface blacktop |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel gas | [ ] Fireplace(s) # [ ] Fence | [X] Garage  # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [ ] Patio/Deck [ ] Porch | [ ] Carport  # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [ ] Other | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains    8 Rooms    3 Bedrooms    2.5 Bath(s)    1,941 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). The subject is a 2 story home with 3 bedrooms, 2.5 baths and a 2 car garage. The living room

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                )
                                                       )        **Chapter 11**
AMERICAN HOME MORTGAGE                                  )
HOLDINGS, INC., Delaware corporation, et al.,          )        **Case No. 07-11047 (CSS)**
                                                       )
Debtors.                                               )        **Jointly Administered**
                                                       )
                                                       )        **Objection Deadline: December 3, 2008 at 4:00 p.m. (ET)**
                                                       )        **Hearing Date: December 10, 2008 at 10:00 a.m. (ET)**
AHM OB22 11-7-2008 (merge2.txnum2) 4000044662 EPIQ Use - 231  )

HOFFMAN APPRAISAL INC
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19966


## NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:**   HOFFMAN APPRAISAL INC
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19966

| | Basis For Objection: | Wrong Debtor Claim - Claim asserted against wrong debtor |
| --- | --- | --- |
| | **Claim #** | **Claim Amount** | **New Case Number** |
| **Claim to be Reassigned** | 2280 | $375.00 | 07-11053 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before **December 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 10, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2008
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

Hoffman Appraisal, Inc.

071-1044666-703
File No. K452117

********* **INVOICE** *********

File Number: K452117                                    June 27, 2007

Homegate Settlement Services

Borrower :              Onalee Warren

Invoice # :
Order Date :
Reference/Case # :   071-1044666-703
PO Number :

39 Joan Court
Dover, DE  19904

|  |  |
|---|---|
|  | $      375.00 |
|  | $ |
| Invoice Total | $      375.00 |
| State Sales Tax @ | $          0.00 |
| Deposit | ($                    ) |
| Deposit | ($                    ) |
| Amount Due | $      375.00 |

Terms:   Payable upon receipt.

Please Make Check Payable To:

Hoffman Appraisal, Inc.
23000 Springwood Circle
Millsboro, DE 19966

Fed. I.D. #: 52-1982199

*Hoffman Appraisal, Inc.*

071-1044666-703
File No. K452117

# APPRAISAL OF

Single Family Residence

# LOCATED AT:

39 Joan Court
Dover, DE  19904

# FOR:

American Home Mortgage
1030 Forrest Avenue Suite 125
Dover, DE 19904

# BORROWER:

Onalee Warren

# AS OF:

June 22, 2007

# BY:

*Hoffman Appraisal, Inc.*

071-1044666-703
File No. K452117

June 27, 2007

American Home Mortgage
1030 Forrest Avenue Suite 125
Dover, DE 19904

File Number:  K452117

In accordance with your request, I have appraised the real property at:

39 Joan Court
Dover, DE  19904

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   June 22, 2007                              is:

$255,000
Two Hundred Fifty-Five Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Respectfully,

Thomas P. Hoffman
Summary Appraisal Report

*Hoffman Appraisal, Inc.*

071-1044666-703

# Uniform Residential Appraisal Report

File No. K452117

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address 39 Joan Court | City Dover | State DE | Zip Code 19904 |
| Borrower Onalee Warren | Owner of Public Record Maurice & Cheryl Bourgeois | County Kent | |

Legal Description Lot 17

Assessor's Parcel # 45.02-KH-01-17.00     Tax Year 06-07     R.E. Taxes $ 872.00

Neighborhood Name Rolling Meadows     Map Reference 10G3     Census Tract 418 MSA 2190

Occupant [X] Owner [ ] Tenant [ ] Vacant     Special Assessments $ 0.00     [ ] PUD     HOA $ n/a [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [X] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)

Lender/Client American Home Mortgage     Address 1030 Forrest Avenue Suite 125, Dover, DE 19904

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). MLS - owner   The subject was listed on 3-22-07 for $264000

I [X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

The subject is under contract for $255,000 with no sales concessions. Personal property included in the sales contract is not included in the estimated market value of the subject.

Contract Price $ 255,000     Date of Contract 6-13-07     Is the property seller the owner of public record? [X] Yes [ ] No     Data Source(s) cty rec

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid.   $ _____ n/a

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE | AGE | One-Unit | 40% % |
| Built-Up | [ ] Over 75% [X] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | $(000) | (yrs) | 2-4 Unit | 1% % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 125 Low | 1 | Multi-Family | % |

Neighborhood Boundaries See Attached Addendum.     500+ High 80 Commercial 5% %

Neighborhood Description See Attached Addendum.     195 Pred. 15 Other vacant 54% %

Market Conditions (including support for the above conclusions) See Attached Addendum.

| | | | |
|---|---|---|---|
| Dimensions 175' x 128.44' | Area .52 acres | Shape rectangular | View average |

Specific Zoning Classification ARAC     Zoning Description Agricultural/Residential Single Family

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No     If No, describe.

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | [X] | | | | | | |
| | | Water | [ ] | [X] well | Street blacktop | [X] | [ ] |
| Gas | [ ] | [X] propane | | | | | |
| | | Sanitary Sewer | [ ] | [X] septic | Alley none | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone X   FEMA Map # 10001C0135 H   FEMA Map Date 5-5-03

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No   If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No   If Yes, describe.

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [X] Crawl Space | | Foundation Walls concrete/avg | Floors carpet-vinyl/avg |
| # of Stories 1 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls vinyl/avg | Walls drywall/avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area n/a sq. ft. | | Roof Surface comp shingle/avg | Trim/Finish stained-avg |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish n/a % | | Gutters & Downspouts aluminum/avg | Bath Floor vinyl/avg |
| Design (Style) ranch | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type doublehung/avg | Bath Wainscot fiberglass/avg |
| Year Built 2000 | | Evidence of [ ] Infestation | | Storm Sash/Insulated combination/avg | Car Storage [ ] None |
| Effective Age (Yrs) 2-3 | | [ ] Dampness [ ] Settlement | | Screens combination/avg | [X] Driveway # of Cars 2 |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities [X] WoodStove(s) #1 | Driveway Surface concrete |
| [X] Drop Stair [ ] Stairs | | [ ] Other Fuel gas | | [ ] Fireplace(s) # [ ] Fence | [X] Garage # of Cars 2 |
| [ ] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck cvrd [X] Porch enclosed | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool [X] Other Shed | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains:   7 Rooms   3 Bedrooms   2 Bath(s)   1,339 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). The subject is a ranch style home with 3 bedrooms, 2 bath and a 2 car garage. There is a