# EXHIBIT A

## American Home Mortgage Post
### Summary of Fees
10/1/2008 through 10/31/2008



| Professional | Level | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| *Corporate Restructuring* | | | | |
| Perry M. Mandarino | Partner | $575 | 21.0 | $12,075 |
| Thomas Korf | Managing Director | $450 | 93.5 | $42,075 |
| Peter Hoberman | Director | $400 | 103.8 | $41,500 |
| Sub-Total | | | 218.3 | $95,650 |
| Total | | | 218.3 | $95,650 |

| | |
|---|---|
| Gross Professional Fees | $95,650 |
| Less:    0%    Holdback | $0 |
| NET PROFESSIONAL FEES | $95,650 |

# American Home Mortgage Post

Summary by Activity



| | ACTIVITY | TIME SPENT | FEES |
|---|---|---|---|
| 21 | Analysis of Claims including processing and reconciliation | 11.9 | $5,205 |
| 26 | Draft and/or review correspondence | 5.7 | $2,260 |
| 35 | Due Diligence | 27.0 | $11,475 |
| 47 | Litigation support services | 130.5 | $58,130 |
| 15 | Meetings - Internal | 14.2 | $6,080 |
| 62 | Miscellaneous and Other Bankruptcy Issues | 3.9 | $1,610 |
| 114 | Preparation and Meeting with Debtor and counsel | 25.1 | $10,890 |
| | | 218.3 | $95,650 |

Note: Travel time is billed at half of Applicant's normal hourly billing rates.

Subject Period:    10/1/2008 through 10/31/2008

Page 1 of 1

# American Home Mortgage Post

Time Descriptions for Professional   Perry M. Mandarino



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 10/1/2008 | 3.0 | 47 | 32366 | Reveiw of documents provided by counsel, call w/ J. Dorsey |
| 10/2/2008 | 0.5 | 47 | 32367 | Meeting with Korf Re:process; next steps |
| 10/3/2008 | 3.3 | 47 | 32368 | Review of detailed database information and process memo Re:servicing costs |
| 10/7/2008 | 0.3 | 47 | 32370 | Review of information request list and comments to counsel |
| 10/7/2008 | 1.4 | 47 | 32369 | Meeting Re:detailed background, servicing issues |
| 10/10/2008 | 2.0 | 47 | 32371 | Review of A&Ms detailed calculations |
| 10/14/2008 | 4.5 | 47 | 32372 | Review of A&Ms detailed calculations |
| 10/16/2008 | 2.0 | 47 | 32373 | Review of A&Ms detailed calculations |
| 10/17/2008 | 2.0 | 47 | 32374 | Review of A&Ms detailed calculations; comments to T. Korf |
| 10/20/2008 | 2.0 | 47 | 32375 | Conference call Re:status, process, next steps, timing |
| | 21.0 | | | |

# American Home Mortgage Post

Time Descriptions for Professional   Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 10/1/2008 | 3.0 | 47 | 31939 | Review the original and amended complaints as filed |
| 10/1/2008 | 0.5 | 114 | 31940 | Call with counsel re: case status |
| 10/2/2008 | 0.8 | 15 | 31942 | Meeting with Staff to discuss the case and the elements of the dispute |
| 10/2/2008 | 0.5 | 47 | 31943 | Summary notes on the complaints for MD |
| 10/2/2008 | 0.7 | 114 | 31941 | Call with Counsel and debtor's advisor Kroll to set up meetings and scheduling |
| 10/3/2008 | 1.4 | 21 | 31944 | Review flowcharts of the specific transactions prepared by staff |
| 10/3/2008 | 2.1 | 47 | 31945 | Review the debtors response to the complaint |
| 10/6/2008 | 3.5 | 114 | 31946 | Meeting with Brett Fernandez of Kroll re: review the detail of the $17M claim against the estate |
| 10/6/2008 | 2.5 | 21 | 31947 | Review the expert excel spreadsheets supporting the various components of the $17M claim against the estate |
| 10/7/2008 | 1.0 | 47 | 31951 | Review the expert excel spreadsheets supporting the various components of the $17M claim against the estate in final preparation for meeting with debtor |
| 10/7/2008 | 3.5 | 114 | 31948 | Meeting with Catherine Cassagnau-Lundie and Rob Berstein of debtor to discuss all the components of the $17M claim against the estate |
| 10/7/2008 | 0.7 | 15 | 31950 | Follow up discussion with staff subsequent to debtor meeting re: work plan for next several days |
| 10/7/2008 | 0.8 | 15 | 31949 | Discussion with staff re: meeting with debtor personnel and potential work plan for analyzing the $17M claim |
| 10/8/2008 | 0.5 | 21 | 31952 | Review flowcharts of the specific transactions prepared by staff |
| 10/8/2008 | 1.0 | 15 | 31953 | Discuss with MD the current status of the claim investigations, meeting with company and Kroll and the specific claims |
| 10/8/2008 | 0.5 | 62 | 31954 | File management - electronic and hard copy files to shared drive and copies for MD |
| 10/8/2008 | 1.6 | 21 | 31955 | Updating the claim flowcharts |
| 10/8/2008 | 1.4 | 21 | 31956 | Creating general business overview, cash flows and accouting flowcharts |
| 10/9/2008 | 3.8 | 47 | 31957 | Review the LPMI & Guaranty A&M claim binder; notes on the same |
| 10/9/2008 | 0.7 | 114 | 31958 | Discuss questions on documents in the binders with the company |
| 10/9/2008 | 3.5 | 47 | 31959 | Review the Pre-payment penalty A&M binder |
| 10/10/2008 | 5.0 | 47 | 31960 | Review the Pre-payment penalty A&M binder |
| 10/10/2008 | 1.0 | 114 | 31961 | Review the overpayment of clearing account claim with staff and with company personnel |
| 10/13/2008 | 0.8 | 15 | 31962 | Review with staff questions on the liquidation binder |
| 10/13/2008 | 0.2 | 15 | 31963 | Review with MD conference call agenda for Tuesday call with counsel and Kroll |

Subject Period:   10/1/2008 through 10/31/2008

# American Home Mortgage Post

Time Descriptions for Professional   Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 10/14/2008 | 1.5 | 47 | 31968 | Reviewing the Paid-in-full, repurchases and rejected claims support binder prepared by A&M |
| 10/14/2008 | 3.8 | 47 | 31967 | Verifying all pre-payment penalty support ties to bank recs, bank statements and wire remittances for all custodial accounts |
| 10/14/2008 | 0.7 | 114 | 31966 | Reviewing with staff the compensating interest and paid-in-full binder issues |
| 10/14/2008 | 1.0 | 114 | 31964 | Call with Counsel and debtor's personnel to discuss the timing of our report, the work performed to date, and additional information to which we require access |
| 10/14/2008 | 0.8 | 114 | 31965 | Discussions with company personnel re: HELOC and custodial bank accounts |
| 10/14/2008 | 0.2 | 114 | 31969 | Updating BF of Kroll on the conference call with counsel and company |
| 10/15/2008 | 1.2 | 47 | 31970 | Reviewing the binder for Repurchase claims |
| 10/15/2008 | 1.7 | 47 | 31971 | Reviewing the binder for Rejected losses claims |
| 10/15/2008 | 3.7 | 47 | 31972 | Reviewing the binder for paid-in-full claims |
| 10/15/2008 | 0.8 | 15 | 31973 | Discussing claims review process for liquidation claims with staff |
| 10/15/2008 | 0.2 | 114 | 31974 | Updating BF from Kroll on claims review process |
| 10/15/2008 | 0.4 | 114 | 31975 | Email correspondence with counsel re: meeting with A&M and Servicing to discuss claims |
| 10/16/2008 | 0.5 | 114 | 31976 | Listing of subjects to discuss with Servicing and A&M to email to counsel |
| 10/16/2008 | 0.5 | 15 | 31977 | Discussion with staff on compensating interest binder questions |
| 10/16/2008 | 0.5 | 114 | 31978 | Emails re: LSAMs system and getting a comprehensive listing of fields |
| 10/17/2008 | 1.0 | 47 | 31979 | Review the LSAMs files received from company re: listing of fields we want to request in the LSAMs database |
| 10/20/2008 | 2.6 | 47 | 31980 | Review the LSAMs user guide received from company re: listing of fields we want to request in the LSAMs database |
| 10/20/2008 | 1.4 | 47 | 31981 | Reviewing the binder for Rejected losses claims |
| 10/20/2008 | 1.5 | 47 | 31982 | Review the LSAMs files received from company re: listing of fields we want to request in the LSAMs database |
| 10/21/2008 | 1.5 | 21 | 31983 | Review notes on claim binders in preparation for meeting with A&M |
| 10/21/2008 | 0.2 | 114 | 31984 | Call with counsel re: agreement regarding the meeting with A&M |
| 10/21/2008 | 1.3 | 15 | 31985 | Discussions with staff re: preparation for meeting with A&M |
| 10/22/2008 | 8.0 | 35 | 31986 | Meeting with Gary Burke of A&M at A&M office in Dallas to discuss the AHMSI claim |
| 10/23/2008 | 0.5 | 62 | 31995 | File management - electronic and hard copy files to shared drive |
| 10/23/2008 | 0.4 | 114 | 31988 | Conference call with counsel re: LSAMs database and reviewing data fields to be accessed |

## American Home Mortgage Post

Time Descriptions for Professional   Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 10/23/2008 | 0.8 | 47 | 31989 | Reviewing back rec and bank statement support for LPMI and PP claim in preparation for call with counsel; summary of notes from meeting with A&M |
| 10/23/2008 | 0.3 | 114 | 31990 | Email correspondence with Kroll re: corporate advances |
| 10/23/2008 | 0.3 | 15 | 31991 | Update MD on meeting with A&M and status of engagement |
| 10/23/2008 | 0.7 | 47 | 31992 | Review the files sent from counsel re: LSAMs fields |
| 10/23/2008 | 0.8 | 15 | 31993 | Discussions with staff re: LSAMs review; HELOC claim review and preparing for call with counsel |
| 10/23/2008 | 0.5 | 114 | 31994 | Discussion with company personnel re: [redacted] |
| 10/23/2008 | 0.7 | 114 | 31987 | Conference call with counsel re: meeting with A&M; review bank rec and propose schedule for additional meetings |
| 10/24/2008 | 1.4 | 47 | 31997 | Review the filed descriptions for 60+ largest files of LSAMs standard files from counsel to determine which ones we would want a copy of |
| 10/24/2008 | 1.6 | 47 | 31996 | Review the filed descriptions for 60+ largest files of AHM Custom LSAMs files from counsel to determine which ones we would want a copy of |
| 10/27/2008 | 0.3 | 114 | 32000 | Email correspondence with counsel and A&M re: second meeting in Dallas |
| 10/27/2008 | 0.8 | 47 | 31999 | Review discovery document terms listing |
| 10/27/2008 | 0.4 | 114 | 31998 | Email to counsel re: LSAMs files and field descriptions |
| 10/29/2008 | 2.0 | 47 | 32001 | Review claims files to be discussed with A&M on second trip to Dallas |
| 10/30/2008 | 5.5 | 35 | 32003 | Meeting with Gary Burke of A&M at A&M office in Dallas to discuss the AHMSI claim |
| 10/30/2008 | 0.5 | 47 | 32002 | Preparation for meeting with A&M - discussions with staff |
| | 93.5 | | | |

# American Home Mortgage Post

Time Descriptions for Professional   Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 10/2/2008 | 0.8 | 15 | 32304 | Meeting with Staff to discuss the case and the elements of the dispute |
| 10/2/2008 | 2.0 | 47 | 32303 | Review of original and amended complaints as filed |
| 10/2/2008 | 5.2 | 47 | 32302 | Review of all claims in preperation of flow charts for internal meetings and distection of AHMSI claims |
| 10/3/2008 | 2.4 | 47 | 32305 | Revised flowschrts via comments provided by traxi staff |
| 10/3/2008 | 2.6 | 47 | 32306 | Reviewed Debtor Response |
| 10/3/2008 | 1.0 | 47 | 32307 | Review of expert documents provived for claims |
| 10/6/2008 | 3.5 | 114 | 32308 | Meeting with Brett Fernandez of Kroll re: review the detail of the $17M claim against the estate |
| 10/6/2008 | 2.0 | 47 | 32309 | Preparatation for meeting with Kroll: revised excel sheets and prepared notes |
| 10/7/2008 | 3.5 | 26 | 32310 | Meeting with Catherine Cassagnau-Lundie and Rob Berstein of debtor to discuss all the components of the $17M claim against the estate |
| 10/7/2008 | 0.8 | 15 | 32311 | Discussion with T Korf re: meeting with debtor personnel and potential work plan for analyzing the $17M claim |
| 10/7/2008 | 0.7 | 15 | 32312 | Follow up discussion with Traxi staff subsequent to debtor meeting re: work plan for next several days |
| 10/7/2008 | 1.5 | 47 | 32313 | Review of AHMSI Claims |
| 10/8/2008 | 2.5 | 47 | 32314 | Review of notes from meeting at AHM and revison to flow charts and creation of affitonmal charts rre: general overview. |
| 10/10/2008 | 3.0 | 47 | 32317 | Review of Liquidation Claims |
| 10/10/2008 | 1.0 | 114 | 32315 | Review the overpayment of clearing account claim with staff and with company personnel |
| 10/10/2008 | 2.0 | 47 | 32316 | Review of Overpayment of Clearing Account Claim |
| 10/12/2008 | 2.0 | 47 | 32318 | Review and creation of all bank acounts listed in Schedule of Liabilites |
| 10/13/2008 | 7.5 | 47 | 32319 | reviewed claim regarding liquidation proceeds |
| 10/14/2008 | 0.5 | 47 | 32320 | Preparing questions for conference call and upcoming meeting with A&M |
| 10/14/2008 | 0.8 | 26 | 32321 | Call with YTSC to discuss due diligence needs and timing |
| 10/14/2008 | 1.2 | 62 | 32322 | Creation of list of custodial accounts from the various claims |
| 10/14/2008 | 3.0 | 47 | 32323 | Review of Compensating Interest Claim |
| 10/14/2008 | 0.5 | 15 | 32324 | Conversation with Traxi staff re: claims |
| 10/15/2008 | 7.0 | 47 | 32325 | Contiend review of Compensating Interest Claim and HELCO Claim |
| 10/16/2008 | 0.3 | 26 | 32326 | Emails with AHM staff regarding claim questions |
| 10/16/2008 | 0.3 | 26 | 32327 | Reviewing emails of Traxi staff to YTSC |
| 10/16/2008 | 4.0 | 47 | 32328 | Revviewing Compenstating Interest Claim |

## American Home Mortgage Post

Time Descriptions for Professional   Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 10/17/2008 | 0.2 | 26 | 32335 | Emails with T. Korf |
| 10/17/2008 | 1.5 | 21 | 32334 | Preparing questions for meeting with A&M |
| 10/17/2008 | 0.7 | 62 | 32331 | Downloading and reviewing LSAMS data dictionary and source codes |
| 10/17/2008 | 0.3 | 26 | 32330 | Reviewing emails from CIO regarding LSAMS option |
| 10/17/2008 | 0.1 | 26 | 32329 | Revewing email correspondance from AHM staff regarding compensating claim |
| 10/17/2008 | 1.5 | 21 | 32333 | Reviewing notes from meetings and review of claims |
| 10/17/2008 | 3.0 | 47 | 32332 | Double checking compenstating interest claim |
| 10/20/2008 | 0.2 | 15 | 32336 | Call withTraxi staff regarding wells fargo and PIF claims |
| 10/20/2008 | 0.3 | 114 | 32337 | Review of emails regading HELOC claim sent by AHM staff |
| 10/21/2008 | 0.7 | 15 | 32338 | Call with T. Korf regarding meeting with A&M |
| 10/21/2008 | 0.3 | 26 | 32339 | Call with G. Burke re: meeting |
| 10/21/2008 | 1.0 | 47 | 32340 | Travel arrangements for meeting with A&M |
| 10/21/2008 | 0.5 | 15 | 32341 | Meeting with T. Korf re: meeting with A&M |
| 10/21/2008 | 2.0 | 47 | 32342 | Review of notes for meeting with A&M |
| 10/22/2008 | 8.0 | 35 | 32343 | Meeting with G. Burke and T. Korf re: claims |
| 10/23/2008 | 0.3 | 15 | 32346 | Team call re: status of engagement and uopdate on A&M meeting |
| 10/23/2008 | 0.3 | 114 | 32349 | Discussion with counsel's IT staff re: LSAMS files |
| 10/23/2008 | 0.8 | 15 | 32347 | Discussions with T Korf re: LSAMs review; HELOC claim review and preparing for call with counsel |
| 10/23/2008 | 0.6 | 114 | 32345 | Call with Counsel re: A&M Meeting, discovery request, and next steps |
| 10/23/2008 | 1.0 | 47 | 32344 | Review of Heloc Claim |
| 10/23/2008 | 2.4 | 114 | 32348 | Discussion with company personnel re: [redacted] |
| 10/27/2008 | 0.5 | 47 | 32350 | Travel arrangements for meeting with A&M in Dallas |
| 10/28/2008 | 0.4 | 62 | 32351 | Download and filed data files received from counsel regarding LSAMS data |
| 10/28/2008 | 0.7 | 47 | 32352 | Reviewed and revised discovery terms provided by YCST |
| 10/29/2008 | 1.5 | 47 | 32353 | Review and cataloging of LSAM data received from YCST |
| 10/29/2008 | 0.6 | 62 | 32354 | Upload of LSAMS data received from YCST |
| 10/29/2008 | 0.4 | 15 | 32355 | Discussion with Traxi staff regarding meeting with A&M regarding AHMSI Claims |
| 10/29/2008 | 0.5 | 47 | 32356 | Review of notes for meeting with A&M regarding remainging claims |

# American Home Mortgage Post

Time Descriptions for Professional   Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 10/30/2008 | 5.5 | 35 | 32357 | Meeting with G. Barnes of A&M in Dallas regarding the following AHMSI claims: PIF, Repurcahse, Payment Clearing Account, and Rejected Expenese by Wells Fargo. |
| 10/31/2008 | 0.5 | 15 | 32358 | Conversation with T. Korf regarding the cataloguing and review of bank reconsilidations |
| 10/31/2008 | 6.0 | 47 | 32359 | Review and cataloguing of [redacted] |
|  | 103.8 |  |  |  |

# EXHIBIT B

## American Home Mortgage Post
### Summary of Expenses
10/1/2008 through 10/31/2008

| Professional Name | Airfare | Mileage | Parking/Tolls | Rental Cars | Transportation | Lodging | Tele-phone | Meals | Courier/Federal Express | Postage/Supplies | Faxes | Duplication | Computer Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Expense | | | | | | | | | | | | $126 | | | $126 |
| Peter Hoberman | $3,616 | $178 | $65 | | $282 | $614 | | $196 | | | | | | $16 | $4,967 |
| Thomas Korf | $3,616 | $61 | | | $485 | $650 | | $78 | | | | | | | $4,890 |
| Total | $7,232 | $239 | $65 | | $767 | $1,263 | | $274 | | | | $126 | | $16 | $9,982 |

Note: All airfare and trainfare (included in transportation) are coach class.

# American Home Mortgage Post

Expense Descriptions for Professiona  Peter Hoberman



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Airfare | 10/21/2008 | 18632 | Round trip travel to Dallas for meeting with A&M | $1,793.00 |
| Airfare | 10/29/2008 | 18636 | Round trip travel to Dallas for meeting with A&M | $1,773.00 |
| Airfare | 10/30/2008 | 18645 | Flight change | $50.00 |
| | | | | $3,616.00 |
| Lodging | 10/21/2008 | 18634 | Hotel Charge - Room & Dinner | $315.89 |
| Lodging | 10/29/2008 | 18637 | Hotel Charge | $297.62 |
| | | | | $613.51 |
| Meals | 10/22/2008 | 18644 | Lunch at Client site | $12.96 |
| Meals | 10/29/2008 | 18642 | Meals with Traxi Staff | $170.00 |
| Meals | 10/30/2008 | 18643 | Lunch at Client site | $13.28 |
| | | | | $196.24 |
| Mileage | 10/10/2008 | 18623 | Round trip travel to client site | $44.46 |
| Mileage | 10/14/2008 | 18625 | Round trip travel to client site | $44.46 |
| Mileage | 10/15/2008 | 18627 | Round trip travel to client site | $44.46 |
| Mileage | 10/23/2008 | 18630 | Round trip travel to client site | $44.46 |
| | | | | $177.84 |
| Other | 10/7/2008 | 18622 | Round trip train to client site | $16.00 |
| | | | | $16.00 |
| Parking/Tolls | 10/10/2008 | 18624 | Round trip travel to client site | $16.30 |
| Parking/Tolls | 10/14/2008 | 18626 | Round trip travel to client site | $16.30 |
| Parking/Tolls | 10/15/2008 | 18628 | Round trip travel to client site | $16.30 |
| Parking/Tolls | 10/23/2008 | 18631 | Round trip travel to client site | $16.30 |
| | | | | $65.20 |
| Transportation | 10/21/2008 | 18633 | Taxi from airport to hotel | $56.15 |
| Transportation | 10/22/2008 | 18635 | Car from airport to home | $39.00 |
| Transportation | 10/29/2008 | 18638 | Cab from Airport to Hotel | $55.50 |
| Transportation | 10/29/2008 | 18639 | Car to Airport | $36.00 |
| Transportation | 10/30/2008 | 18640 | Cab to Airport | $56.15 |
| Transportation | 10/30/2008 | 18641 | Car from airport | $39.00 |
| | | | | $281.80 |
| | | | | $4,966.59 |

Subject Period:   10/1/2008 through 10/31/2008

Page 1 of 5

# American Home Mortgage Post

Expense Descriptions for Professiona   Thomas Korf



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Airfare | 10/21/2008 | 18538 | Airline to Dallas | $1,793.00 |
| Airfare | 10/29/2008 | 18546 | Airline to Dallas | $1,823.00 |
| | | | | $3,616.00 |
| Lodging | 10/22/2008 | 18542 | Hotel - one night | $301.45 |
| Lodging | 10/30/2008 | 18547 | Hotel - one night | $348.45 |
| | | | | $649.90 |
| Meals | 10/21/2008 | 18543 | Meal - Dallas | $65.00 |
| Meals | 10/22/2008 | 18541 | Breakfast - team meal | $6.28 |
| Meals | 10/30/2008 | 18550 | Meal - Dallas | $6.28 |
| | | | | $77.56 |
| Mileage | 10/7/2008 | 18492 | To/From Client | $8.78 |
| Mileage | 10/9/2008 | 18493 | To/From Client | $8.78 |
| Mileage | 10/10/2008 | 18494 | To/From Client | $8.78 |
| Mileage | 10/14/2008 | 18495 | To/From Client | $8.78 |
| Mileage | 10/15/2008 | 18496 | To/From Client | $8.78 |
| Mileage | 10/20/2008 | 18536 | To/From client | $8.78 |
| Mileage | 10/23/2008 | 18537 | To/From client | $8.78 |
| | | | | $61.43 |
| Transportation | 10/21/2008 | 18540 | Car to LGA from home | $90.00 |
| Transportation | 10/21/2008 | 18539 | Cab from DFW to hotel | $65.00 |
| Transportation | 10/22/2008 | 18545 | Car from LGA to home | $90.00 |
| Transportation | 10/22/2008 | 18544 | Cab to DFW from client | $60.00 |
| Transportation | 10/29/2008 | 18548 | Car service to LGA | $90.00 |
| Transportation | 10/30/2008 | 18549 | Car service from LGA | $90.00 |
| | | | | $485.00 |
| | | | | $4,889.89 |

## American Home Mortgage Post

Expense Descriptions for Professiona   Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Reports/Duplication | 10/31/2008 | 18919 | 1260 black and white pages printed/reproduced at $0.10 per page. | $126.00 |
| | | | | $126.00 |
| | | | | $126.00 |

## American Home Mortgage Post

Expense Descriptions for Professiona   Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | | $9,982.48 |

Subject Period:   10/1/2008 through 10/31/2008

Page 4 of 5