IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for James W. Giddens in his capacity as Trustee for the estate of Lehman Brothers Inc. ("LBI"), and such counsel hereby enters its appearance, and pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, such counsel hereby requests that copies of all notices given or required to be given in this case be served upon the following person at the address set forth below:

>HUGHES HUBBARD & REED LLP
>One Battery Park Plaza
>New York, New York 10004
>Attn.: Sarah L. Cave, Esq.
>       cave@hugheshubbard.com
>       Jeffrey S. Margolin, Esq.
>       margolin@hugheshubbard.com
>Tel.:  (212) 837-6000
>Fax:   (212) 422-4726

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, all notices, motions, applications, complaints, demands, hearings, answering or reply papers, memoranda, briefs and any other document brought before this Court, including with respect to any and all other adversary proceedings in this case, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the filing and service of this document shall not evidence 1) a waiver of any rights or remedies available to LBI or the Trustee or 2) a consent to the jurisdiction of this court on any matters as to which such waiver or consent is or may be relevant, including, but not limited to matters relative to jurisdiction, venue, right to trial by jury, right to trial by an Article III court and any and all such similar matters.

PLEASE TAKE FURTHER NOTICE that without limiting the foregoing, the Trustee does not waive any right to withdraw the reference or to *de novo* review by a judge of the United States District Court. The Trustee specifically reserves all such rights, remedies and other matters. Only through a written statement duly executed by an authorized representative of the Trustee may any such rights, remedies or matters be the subject of consent or waived, and only to the extent that such rights, remedies or matters are expressly consented to or waived.

PLEASE TAKE FURTHER NOTICE that the Trustee does not agree to personal jurisdiction for any adversary proceeding or contested matter. Service of process will not be proper if such pleadings are forwarded only as provided in this request.

Dated: New York, New York
      November 24, 2008

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____
    (Sarah L. Cave, Esq.)
    Jeffrey S. Margolin, Esq
    One Battery Park Plaza
    New York, New York 10004
    (212) 837-6000

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.