IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gabrielle Glemann, do hereby certify that I am over the age of 18 and not a party to this action, and that on the 24th day of November 2008, I did cause to be served true and correct copies of the Notice of Appearance of counsel on behalf of James W. Giddens, in his capacity as Trustee for the estate of Lehman Brothers Inc., upon the following, in the manner indicated:

Via E-mail
Pauline K. Morgan, Esq.
Patrick Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Via First Class Mail
John J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 24, 2008

Gabrielle Glemann

60457694_1.DOC