**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

# SIGN - IN - SHEET

**COURTROOM LOCATION:** 6
**DATE:** 11/25/2008 @ 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason Harbour (telephonic) | Hunton & Williams | Calyon |
| J. William Boone (telephonic) | Alston & Bird | LaSalle Bank |
| Robert J. Moore (telephonic) Fred Neufeld | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Nicholas Cremona (telephonic) Ana M. Alfonso | Kaye Scholer | Bank of America |
| Alex R. Rovira (telephonic) Paul Caruso | Sidley Austin | Bear Stearns Mortgage Capital Corp |
| Cory Falgowski (telephonic) | Reed Smith | Freddie Mac |
| Martha E. Romero (telephonic) | Romero Law Firm | California Taxing Authority |
| Marc Phillips | Connolly Bowlridge Whit | Wells Fargo Funding |
| Michael Etkin | Lowenstein Sandler | Securities Plaintiffs |
| Robert Brady | Young Conaway | Debtors |
| Sean Beach | " | " |
| Margaret Whiteman | " | |
| Tina Moss | Pryor Cashman LLP | Law Debenture Trust Co. of NY |
| Drew Parker | Parkerstone Partner | Citimortgage |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |

**SIGN - IN - SHEET**

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 11/25/2008 @ 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas McCauley | Zuckerman Spaeder | Borrowers Committee |
| Stephen Warshad | Gilbert Shinsky | " |
| Mark Indelicato | Hahn & Hessen | Creditors Committee |
| Edward Schnitzer | " | " |
| Marc Casarino | White and Williams LLP | ACE Galvas? Cos. |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Bank of America |
| Sandra Selzer | Greenberg Traurig | WLR Acquisition |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Kimberly LaMaine | Skadden Arps | Wakefield Thornchild, Unitedholders |
| Mike Busenkell | Weshale Carlyle | Cayan |
| Regina Iorii | Werb & Sullivan | LaSalle Bank, N.A. |
| Joseph J. McMahon Jr. | USDOJ | U.S. Trustee |
| Robert Mallard | Dorsey Whitney LLP | U.S. Bank |
| Eric Lopez Schnabel | Dorsey Whitney LLP | US Bank |
| Brett D. Fallon | Morris James | Citi Mortgage, Inc. |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**