IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>**Docket Ref. No. 5791** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION SETTLING MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY AND PROVIDING FOR MEDIATION OF CERTAIN DISPUTES**

On or about September 10, 2008, JPMorgan Chase Bank, N.A. ("JPMorgan") filed the Motion Of JPMorgan Chase Bank, National Association For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(d), To Foreclose On Mortgage Loans [D.I. 5791] (the "Lift Stay Motion"). On September 29, 2008, the Official Committee of Unsecured Creditors (the "Committee") filed the Response Of The Official Committee Of Unsecured Creditors To Motion Of JPMorgan Chase Bank, National Association For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(d), To Foreclose On Mortgage Loans. On September 30, 2008, American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors in possession (the "Debtors" together with JPMorgan and the Committee, the "Parties") filed the Debtors' Preliminary Objection To The Motion Of JPMorgan Chase Bank, National Association For Relief From The Automatic Stay, Pursuant To 11 U.S.C. §362(d) To Foreclose On Mortgage Loans.

On October 22, 2008 the Court approved the Stipulation and Agreed Scheduling Order Relating to Motion Of JPMorgan Chase Bank, National Association For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(d), To Foreclose On Mortgage Loans (the "Scheduling Order"). Consistent with the Scheduling Order, the Parties agreed to conduct

discovery related to the Lift Stay Motion for an evidentiary hearing scheduled for December 15, 2008. Since the date the Scheduling Order was approved by the Court, the Parties have engaged in extensive negotiations related to the settlement of issues presented by JPMorgan in the Lift Stay Motion. As a result, on the date hereof, the Parties executed the Stipulation Settling Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay and Providing for Mediation of Certain Disputes (the "Stipulation"). An executed copy of the Stipulation is attached hereto as Exhibit A. The Stipulation provides for the resolution of those issues presented in the Lift Stay Motion as well as a mechanism for mediation of certain other disputes pending between JPMorgan, the Debtors and Committee.

Undersigned counsel respectfully requests the entry of an order approving the Stipulation, attached hereto as Exhibit B, at the Court's earliest possible convenience.

Dated: November 25, 2008

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

LOCKE LORD BISSELL & LIDDELL LLP
Thomas H. Grace
W. Steven Bryant
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

*Counsel to JPMorgan Chase Bank, National Association*

519.000-23095