IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware<br>corporation, et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 25th day of November, 2008, he caused a copy of the following:

**CERTIFICATION OF COUNSEL REGARDING STIPULATION SETTLING
MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY
AND PROVIDING FOR MEDIATION OF CERTAIN DISPUTES**
(Docket No. 6629)

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 25th day of November, 2008.

_____
Notary Public

MARY M. McATEER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 19, 2011

519.005-23102.DOC

*Via Hand Delivery*
James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via First Class Mail*
Bruce Bennett, Esq.
Michael A. Morris, Esq.
Joshua D. Morse, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Via Hand Delivery*
Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, 1st Floor
Wilmington, DE 19801

*Via First Class Mail*
Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Lord Bissell & Liddell LLP
600 Travis Street, Suite 3400
Houston, TX 77002