**AMERICAN HOME MORTGAGE**
**Time Summary**
**October 1, 2008 to October 31, 2008**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 41.0 | 590.00 | 24,190.00 |
| MICHELE MICHAELIS | DIRECTOR | 69.4 | 375.00 | 26,025.00 |
| SAM LAU | MANAGER | 10.8 | 295.00 | 3,186.00 |
| MATTHEW J STEWART | SENIOR | 90.8 | 215.00 | 19,522.00 |
| NAUSHON E VANDERHOOP | SENIOR | 5.9 | 185.00 | 1,091.50 |
| KEVIN REINLE | STAFF | 11.5 | 190.00 | 2,185.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 2.5 | 150.00 | 375.00 |
| | **TOTAL:** | **231.9** | | 76,574.50 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2008 | M.M. | Discussed and reviewed EPD related documents and support from Creditor. | 1.4 |
| 10/1/2008 | M.S. | Reviewed Countrywide EPD and breach claims forward by counsel. | 0.8 |
| 10/1/2008 | M.S. | Reviewed Debtors estimated EPD and breach claims. | 0.6 |
| 10/1/2008 | M.S. | Correspondence with M. Michaelis regarding EPD and breach claims. | 0.4 |
| 10/2/2008 | M.M. | Analysis of current issues re: claims and EPD. | 1.8 |
| 10/2/2008 | M.S. | Reviewed and analyzed unsecured claims and priority claims. | 0.9 |
| 10/3/2008 | M.M. | Discussion with Kroll re: OTS response to M2 and servicing admin claim. | 0.2 |
| 10/3/2008 | M.M. | Discussion with D. Berliner re: OTS response to M2 and servicing admin claims. | 0.2 |
| 10/15/2008 | K.R. | Reviewed recent Omnibus Objections and updated BDO schedule relating to each Omnibus. | 1.5 |
| 10/17/2008 | D.B. | Reviewed Common Interest Agreement for WL Ross admin claim. | 0.2 |
| 10/29/2008 | K.R. | Updated Omnibus claims schedule based on new documents filed with the Court. | 0.9 |
| | | **TOTAL:** | **8.9** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## A.    ACCOUNTS PAYABLE

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.2 | 590.00 | 118.00 |
| M. MICHAELIS (M.M.) | 3.6 | 375.00 | 1,350.00 |
| M. STEWART (M.S.) | 2.7 | 215.00 | 580.50 |
| K. REINLE (K.R.) | 2.4 | 190.00 | 456.00 |
| **TOTAL:** | **8.9** | | **2,504.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2008 | D.B. | Reviewed e-mail from J. McCahey and supporting e-mails re: UCC investigation. | 0.4 |
| 10/1/2008 | M.M. | Discussion with M. Stewart re: cause of action. | 1.1 |
| 10/1/2008 | M.S. | Reviewed documents forwarded by counsel pertaining to causes of action investigation. | 1.2 |
| 10/1/2008 | M.S. | Discussion with M. Michaelis regarding causes of action investigation. | 1.1 |
| 10/1/2008 | S.L. | Continued loading and quality control AHM initial database. | 1.5 |
| 10/2/2008 | M.M. | Reviewed information re: cause of action email reviews. | 0.9 |
| 10/2/2008 | M.M. | Discussion with M. Stewart re: boxed documents reviewed. | 0.9 |
| 10/2/2008 | M.S. | Reviewed documents forwarded by counsel pertaining to 2007 analysts reports and other hardcopy documents. | 1.5 |
| 10/2/2008 | M.S. | Reviewed and created chart and exhibits relating to analysts reports, and other case information. | 1.8 |
| 10/2/2008 | M.S. | Discussion with M. Michaelis regarding boxes of documents reviewed. | 0.9 |
| 10/2/2008 | S.L. | Loaded AHM initial email database; over 1 million image files were loaded into Opticon.  Repaired native files links.  Database quality control and testing. | 3.2 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2008 to October 31, 2008

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/3/2008 | D.B. | E-mails with S. Lau re: UCC investigation electronic file status. | 0.1 |
| 10/3/2008 | M.S. | Prepared and met with M. Michaelis regarding disclosure hearing and database of documents for investigation. | 1.1 |
| 10/3/2008 | M.S. | Correspondences with S. Lau regarding database of documents. | 0.1 |
| 10/3/2008 | S.L. | Loaded and quality control the initial email database. | 2.2 |
| 10/6/2008 | S.L. | Finalized Concordance database setup and quality control for reviewers to begin reviewing. | 1.7 |
| 10/7/2008 | D.B. | Met with M. Michaelis and M. Stewart to plan review of electronic documents for UCC investigation. | 0.3 |
| 10/7/2008 | M.S. | Met with M. Michaelis and S. Lau regarding database and engagement planning. | 0.8 |
| 10/7/2008 | S.L. | Database setup and ready for review.  Quality control on the back end to ensure everything runs smoothly. Identified about 900 images that were missing, but the metadata were in Concordance.  Discussed with Hahn and Hessen to ensure that those 900 images were removed intentionally. | 2.2 |
| 10/8/2008 | M.S. | Reviewed database of documents received and keyword search planning. | 2.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**B.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/9/2008 | M.S. | Reviewed documents provided by counsel. | 3.6 |
| 10/13/2008 | M.M. | Reviewed document review tags. | 0.1 |
| 10/13/2008 | M.M. | Reviewed document open issue summary from M Stewart. | 0.2 |
| 10/14/2008 | M.M. | Discussion with S. Lau re: cause of action database. | 0.2 |
| 10/14/2008 | M.M. | Brief review of additional documents received from Counsel. | 0.2 |
| 10/15/2008 | M.M. | Discussion with M. Stewart and D. Berliner re: cause of action document review. | 0.7 |
| 10/15/2008 | M.M. | Reviewed documents received from counsel re: causes of action. | 1.9 |
| 10/15/2008 | M.M. | Reviewed cause of action staffing issues. | 0.3 |
| 10/15/2008 | M.S. | Reviewed documents provided by counsel. | 0.7 |
| 10/16/2008 | M.M. | Discussion of and document review re: cause of action. | 1.4 |
| 10/16/2008 | M.S. | Reviewed documents provided by counsel. | 0.8 |
| 10/17/2008 | M.M. | Discussion and review of documents for causes of action. | 3.9 |
| 10/17/2008 | M.S. | Prepared recovery scenario analysis updates for counsel to show to WARN Act settlement lawyer. | 1.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**B.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/17/2008 | M.S. | Reviewed documents provided by counsel. | 1.8 |
| 10/20/2008 | D.B. | Met with M. Michaelis to discuss status and progress in review of documents for UCC investigation and initial observations. | 0.3 |
| 10/20/2008 | M.M. | Discussion with M. Stewart regarding potential causes of action. | 0.7 |
| 10/20/2008 | M.S. | Reviewed documents pertaining to causes of action investigation. | 4.4 |
| 10/21/2008 | M.S. | Reviewed documents pertaining to causes of action investigation. | 1.4 |
| 10/23/2008 | M.S. | Reviewed Citrix database documents using keyword searches. | 0.8 |
| 10/27/2008 | M.S. | Reviewed documents relating to potential causes of action litigation. | 0.2 |
| 10/28/2008 | M.M. | Reviewed causes of action data. | 2.9 |
| 10/28/2008 | M.S. | Document review on the Citrix database for potential causes of action investigation. | 1.0 |
| 10/29/2008 | D.B. | Reviewed documents for UCC investigation and discussed status of document review, results and issues with M. Michaelis and M. Stewart. | 1.5 |
| 10/29/2008 | K.R. | Reviewed document for potential causes of action. | 2.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**B.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/29/2008 | M.M. | Discussion with M. Stewart re: causes of action. | 0.4 |
| 10/29/2008 | M.M. | Reviewed causes of action documents. | 1.9 |
| 10/29/2008 | M.S. | Prepared and met with M. Michaelis regarding causes of action issues. | 1.8 |
| 10/29/2008 | M.S. | Discussions with K. Reinle regarding document review. | 0.4 |
| 10/29/2008 | M.S. | Document review on the Citrix database for potential causes of action investigation. | 1.2 |
| 10/30/2008 | D.B. | Reviewed documents for UCC investigation and document log production provided by Hahn & Hessen. | 0.9 |
| 10/30/2008 | K.R. | Met with BDO team members re: updates and document review process. | 0.7 |
| 10/30/2008 | K.R. | Reviewed documents for potential causes of action. | 3.9 |
| 10/30/2008 | M.M. | Discussion with D. Berliner and staff re: causes of action. | 0.6 |
| 10/30/2008 | M.M. | Reviewed additional email support and schedules for cause. | 1.8 |
| 10/30/2008 | M.S. | Discussions with staff and M. Michaelis regarding finds on Concordance database. | 0.7 |
| 10/30/2008 | M.S. | Meetings with M. Michaelis regarding causes of action investigation. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**B.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/30/2008 | M.S. | Reviewed documents forwarded from counsel by Allen & Overy. | 0.3 |
| 10/31/2008 | K.R. | Reviewed documents for potential causes of action. | 1.3 |
| 10/31/2008 | M.M. | Reviewed cause of action documents and binder to be reviewed and prepared. | 1.1 |
| 10/31/2008 | M.S. | Reviewed updated scenario analysis to give to WARN Act negotiations. | 0.4 |
| | | **TOTAL:** | **77.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.5 | 590.00 | 2,065.00 |
| M. MICHAELIS (M.M.) | 21.2 | 375.00 | 7,950.00 |
| S. LAU (S.L.) | 10.8 | 295.00 | 3,186.00 |
| M. STEWART (M.S.) | 32.8 | 215.00 | 7,052.00 |
| K. REINLE (K.R.) | 8.8 | 190.00 | 1,672.00 |
| **TOTAL:** | **77.1** | | **21,925.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**C.     ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/13/2008 | M.M. | Reviewed construction loan settlement update. | 0.2 |
| 10/14/2008 | M.M. | Reviewed most recent received construction loan data versus previous data. | 0.8 |
| 10/14/2008 | M.M. | Reviewed previous reports in comparison of current updates for asset sales. | 0.3 |
| 10/15/2008 | M.M. | Reviewed recent asset sale updates and status of open initiatives. | 0.6 |
| 10/15/2008 | M.S. | Reviewed BofA construction loan update provided by Debtors through the week-ended 10/10/08. | 0.6 |
| 10/16/2008 | M.M. | Reviewed documents sent on remaining loan pools to be liquidated in advance of call. | 0.3 |
| 10/17/2008 | D.B. | Reviewed proposed term sheets provided to Deutsche Bank by AHM re: Broadhollow. | 0.3 |
| 10/17/2008 | D.B. | Reviewed Excel summary of loan disposition plan and REO sales analysis dated 10/16/2008. | 0.3 |
| 10/17/2008 | M.M. | Discussion with D. Berliner re: call with Debtors/Counsel re: remaining asset pools. | 0.2 |
| 10/20/2008 | M.M. | Reviewed remaining asset sales to be liquidated. | 0.8 |
| 10/22/2008 | D.B. | Reviewed construction loan proposed compromise. | 0.1 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## C.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/27/2008 | D.B. | Reviewed black-lined draft of American Home Bank APA with M2 dated 10/24/2008 and Hahn & Hessen comments received 10/27/2008. | 0.8 |
| 10/27/2008 | M.M. | Reviewed bank sale markup. | 1.3 |
| 10/29/2008 | M.M. | Reviewed construction loan settlement agreement data. | 0.4 |
| | | **TOTAL:** | **7.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.5 | 590.00 | 885.00 |
| M. MICHAELIS (M.M.) | 4.9 | 375.00 | 1,837.50 |
| M. STEWART (M.S.) | 0.6 | 215.00 | 129.00 |
| **TOTAL:** | **7.0** | | **2,851.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**D.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2008 | D.B. | Reviewed e-mail from Kroll re: M2 letter re: exclusivity. | 0.1 |
| 10/1/2008 | M.M. | Discussion with B. Fernandez re: hearing and Traxi retention. | 0.3 |
| 10/1/2008 | M.S. | Discussion with Debtors, D. Berliner and M. Michaelis regarding Traxi retention. | 0.6 |
| 10/1/2008 | M.S. | Correspondence with Debtors regarding EPD claims. | 0.1 |
| 10/7/2008 | D.B. | Conference call with Kroll re: case status update and issues. | 0.7 |
| 10/7/2008 | M.M. | Conference call with Debtors re: current update on Bank sale, loan disposal and hearing. | 0.7 |
| 10/7/2008 | M.S. | Prepared for and conference call with Kroll regarding case issues. | 0.7 |
| 10/10/2008 | D.B. | Conference call with Debtors and professionals re: remaining loan disposition plan. | 0.9 |
| 10/10/2008 | M.M. | Conference call with Debtors, Advisors and D. Berliner re: remaining loan sales. | 0.5 |
| 10/14/2008 | D.B. | E-mails with R. Semple and M. Indelicato re: proposed construction loan compromise. | 0.2 |
| 10/14/2008 | M.M. | Reviewed "open status" list in preparation for call with Debtors. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2008 to October 31, 2008

## D.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/14/2008 | M.M. | Conference call with Debtors re: update. | 0.5 |
| 10/16/2008 | M.S. | Correspondence with Debtors and M. Michaelis regarding claims update. | 0.3 |
| 10/17/2008 | D.B. | Reviewed e-mails from B. Fernandez re: REOs and MERS loan issues. | 0.2 |
| 10/22/2008 | D.B. | Telephone call and e-mails from S. Martinez re: case status update and response to inquires. | 0.9 |
| 10/22/2008 | M.M. | Conference call with Kroll for weekly update to discuss asset sales and cash budget. | 0.8 |
| 10/22/2008 | M.S. | Participated in weekly call with Kroll on case updates. | 0.8 |
| 10/22/2008 | M.S. | Prepared for weekly call with Kroll regarding case updates. | 0.3 |
| 10/22/2008 | M.S. | Correspondence and follow-up with Kroll regarding budget issues. | 0.4 |
| 10/24/2008 | M.S. | Correspondence with S. Martinez regarding Waterfield litigation. | 0.2 |
| 10/28/2008 | D.B. | E-mails and conference calls with Kroll re: questions and case status. | 0.8 |
| 10/28/2008 | M.M. | Conference call with Debtors re: weekly update. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**D.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2008 | M.S. | Participated in weekly professional call with Kroll regarding case issues and Waterfield litigation. | 0.8 |
| 10/28/2008 | M.S. | Prepared for weekly professional call with Kroll. | 0.4 |
| 10/28/2008 | M.S. | Correspondence with Debtors regarding budget questions and reviewed responses. | 0.4 |
| 10/29/2008 | D.B. | Reviewed 3 construction loan compromise requests from Kroll and e-mailed approval to Kroll. | 0.3 |
| 10/29/2008 | M.M. | Conference call with Debtors re: Waterfield liquidation. | 0.5 |
| 10/29/2008 | M.S. | Call with Debtors regarding Waterfield litigation. | 0.6 |
| | | **TOTAL:** | **14.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.1 | 590.00 | 2,419.00 |
| M. MICHAELIS (M.M.) | 4.3 | 375.00 | 1,612.50 |
| M. STEWART (M.S.) | 5.6 | 215.00 | 1,204.00 |
| **TOTAL:** | **14.0** | | **5,235.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## E.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/14/2008 | D.B. | Telephone call with M. Michaelis re: work to be done re: BDO Report to UCC, UCC investigation and update call with Kroll. | 0.4 |
| 10/14/2008 | M.M. | Preparation of report for Committee. | 3.3 |
| 10/15/2008 | D.B. | Reviewed initial draft of BDO Report to UCC for 10/16/2008 meeting; prepared comments and discussed with M. Michaelis. | 1.2 |
| 10/15/2008 | D.B. | Telephone call with M. Michaelis re: UCC report and status of document review for UCC investigation. | 0.2 |
| 10/15/2008 | M.M. | Discussion with M. Stewart re: report open items for current week, budget, and Kroll staff issues. | 0.6 |
| 10/15/2008 | M.M. | Reviewed and edited report for UCC. | 1.8 |
| 10/15/2008 | M.S. | Prepared comparison analysis to prior forecast for this week's Committee report. | 1.4 |
| 10/15/2008 | M.S. | Report preparation for this week's Committee report (10/16/08). | 2.4 |
| 10/15/2008 | M.S. | Prepared for and met with M. Michaelis regarding report to the Committee and other case updates. | 0.8 |
| 10/16/2008 | D.B. | Reviewed revised draft of BDO Report to UCC; prepared comments and discuss with M. Michaelis. | 1.5 |
| 10/16/2008 | M.M. | Edited and distributed report to UCC. | 1.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## E.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/16/2008 | M.S. | Prepared this week's Committee report (10/16). | 1.1 |
| 10/17/2008 | D.B. | Met with M. Michaelis re: conference call with Debtors re: loan deposition plan, BDO report to UCC and review of documents for UCC investigation. | 0.3 |
| 10/17/2008 | D.B. | Reviewed estimated recovery analysis update based on Debtors' 10/10/2008 forecast and prepared comments and discussed with M. Stewart. | 0.6 |
| 10/17/2008 | M.S. | Prepared and met with M. Michaelis regarding documents and report to the Committee. | 0.8 |
| 10/20/2008 | M.M. | Reviewed items to be included in current week report. | 0.4 |
| 10/20/2008 | M.S. | Prepared and met with M. Michaelis regarding cash flow forecast through February and report. | 0.6 |
| 10/22/2008 | D.B. | Reviewed initial draft of BDO Report to UCC; prepared comments and inserts and discuss with M. Michaelis and M. Stewart. | 1.8 |
| 10/22/2008 | M.M. | Reviewed report inclusion with M. Stewart re: new budget and other updates. | 0.5 |
| 10/22/2008 | M.S. | Met with M. Michaelis and D. Berliner regarding report and cash flow forecast. | 0.6 |
| 10/22/2008 | M.S. | Met with M. Michaelis regarding report and other issues. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## E.      REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/22/2008 | M.S. | Correspondence with D. Berliner regarding report update and meeting tomorrow. | 0.4 |
| 10/22/2008 | M.S. | Report preparation (liquidity analysis) for the 10/23/08 Committee Meeting. | 4.2 |
| 10/22/2008 | M.S. | Reviewed draft 10/23/08 report and sent D. Berliner updated version. | 0.8 |
| 10/23/2008 | D.B. | Reviewed revised draft of BDO Report to UCC and prepared final edits/inserts. | 1.4 |
| 10/23/2008 | M.S. | Met with D. Berliner regarding Creditors' Committee Report. | 0.2 |
| 10/23/2008 | M.S. | Revised Creditors' Committee 10/23/08 report based on D. Berliner's comments. | 1.5 |
| 10/23/2008 | M.S. | Reviewed Creditors' 10/23/08 report and sent to counsel. | 0.4 |
| 10/27/2008 | M.M. | Reviewed final edited report sent to Committee. | 0.3 |
| | | **TOTAL:** | **31.5** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**E.    REPORT PREPARATION**

**INDIVIDUAL TOTALS**

| **Name** | **Hour** | **Rate** | **Compensation** |
|---|---|---|---|
| D. BERLINER (D.B.) | 7.4 | 590.00 | 4,366.00 |
| M. MICHAELIS (M.M.) | 8.5 | 375.00 | 3,187.50 |
| M. STEWART (M.S.) | 15.6 | 215.00 | 3,354.00 |
| **TOTAL:** | **31.5** | | **10,907.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## F.     MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/17/2008 | D.B. | Reviewed minutes of meetings of UCC for 5/29/2008, 6/12/2008, 7/31/2008, 7/17/2008, 7/31/2008, 8/8/2008, 8/14/2008, 9/4/2008 and 9/19/2008. | 0.4 |
| 10/23/2008 | D.B. | Prepared for and presented BDO Report during UCC conference call. | 1.3 |
| 10/23/2008 | M.S. | Prepared for and attended weekly Creditors' Committee Call. | 1.4 |
| 10/28/2008 | M.M. | Discussion with M. Stewart in advance of Committee call. | 0.9 |
| | | **TOTAL:** | **4.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.7 | 590.00 | 1,003.00 |
| M. MICHAELIS (M.M.) | 0.9 | 375.00 | 337.50 |
| M. STEWART (M.S.) | 1.4 | 215.00 | 301.00 |
| **TOTAL:** | **4.0** | | **1,641.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2008 | D.B. | Reviewed amended Chapter 11 Plan of Liquidation dated 9/30/2008 filed with the court and black line of changes since 8/15/2008 document. | 0.9 |
| 10/1/2008 | D.B. | Reviewed Docket Report for period 9/20/2008 - 9/30/2008. | 0.3 |
| 10/1/2008 | D.B. | Reviewed amended Disclosure Statement dated 9/30/2008 filed with court and black line draft of changes since 8/15/2008 document. | 2.8 |
| 10/1/2008 | D.B. | Reviewed notice of agenda of matters scheduled for 10/2/2008 hearing. | 0.3 |
| 10/1/2008 | M.M. | Discussion with M. Stewart re: disclosure statement summary binder. | 0.9 |
| 10/1/2008 | M.M. | Reviewed plan and disclosure statement. | 2.4 |
| 10/1/2008 | M.M. | Meeting with D. Berliner and M. Stewart re: hearing. | 0.8 |
| 10/1/2008 | M.S. | Reviewed plan and disclosure statement. | 1.4 |
| 10/1/2008 | M.S. | Discussion with M. Michaelis regarding disclosure recovery binder. | 0.9 |
| 10/2/2008 | M.M. | Reviewed and discussed margin calls, delinquency rates and Alt-A loan pools. | 0.9 |
| 10/2/2008 | M.S. | Reviewed and discussion with M. Michaelis regarding margin calls, delinquency rates and alt-a loan pools. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/3/2008 | D.B. | Reviewed MOR's for each Debtor for July 2008. | 0.7 |
| 10/3/2008 | D.B. | Review AHM and UCC objections to Borrower's motion for order appointing official committee of borrowers. | 0.5 |
| 10/3/2008 | M.M. | Reviewed correspondence re: Committee meetings and current updated information as to case status. | 0.2 |
| 10/3/2008 | M.M. | Discussion with M. Stewart re: case status. | 0.3 |
| 10/3/2008 | M.M. | Reviewed revised cash flow. | 0.3 |
| 10/3/2008 | M.S. | Reviewed cash flow forecast forwarded 10/3/08 by the Debtors. | 1.2 |
| 10/6/2008 | M.M. | Discussion with M. Stewart re: current cash flow changes. | 0.3 |
| 10/6/2008 | M.S. | Reviewed recent docket filings and related documents. | 0.4 |
| 10/6/2008 | M.S. | Met with D. Berliner and M. Michaelis regarding disclosure statement hearing. | 0.2 |
| 10/7/2008 | D.B. | Reviewed supplemental statement of Wells Fargo Funding re: objection to Disclosure Statement and Borrowers reply in support of motion to appoint an official Borrowers Committee. | 0.7 |
| 10/7/2008 | D.B. | Reviewed cash flow budget update for period 9/26/2008 through 12/26/2008 and drafted proposal for funding agreement with Deutsche Bank. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/7/2008 | D.B. | Met with M. Michaelis to prepare for Disclosure Statement hearing. | 0.4 |
| 10/7/2008 | M.M. | Discussion with D. Berliner re: disclosure hearing. | 0.2 |
| 10/8/2008 | D.B. | E-mails with M. Michaelis re: appointment of Borrowers' Committee and next steps. | 0.1 |
| 10/8/2008 | M.M. | Reviewed liquidation analysis and allocation model to prepare for disclosure hearing. | 0.4 |
| 10/9/2008 | M.M. | Discussion with M. Stewart re: update on hearing and to review go forward issues. | 0.4 |
| 10/9/2008 | M.S. | Created updated case status listing of all open issues and follow-up items. | 1.2 |
| 10/9/2008 | M.S. | Conference call with M. Michaelis regarding disclosure hearing and document review. | 0.4 |
| 10/9/2008 | M.S. | Reviewed cash flow forecast and potential impact of timing on recovery and liquidity. | 0.8 |
| 10/10/2008 | D.B. | Reviewed remaining Loan Disposition Plan scheduled and performing loan 2nds cash flow projections to prepare for conference call. | 0.6 |
| 10/10/2008 | D.B. | Reviewed objection of LaSalle Bank to amended Disclosure Statement. | 0.3 |
| 10/10/2008 | M.M. | Discussion with D. Berliner re: preparation for call with Debtors to discuss remaining asset sales and discussion related to hearing. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/10/2008 | M.S. | Reviewed emails and related documents. | 0.4 |
| 10/13/2008 | D.B. | Reviewed revised cash flow budget for period 10/13/2008 through 12/26/2008. | 0.5 |
| 10/13/2008 | M.M. | Reviewed updated cash budget information received. | 0.2 |
| 10/14/2008 | M.M. | Reviewed most recent received cash flow. | 0.7 |
| 10/15/2008 | M.M. | Reviewed documents related to release of DB funds. | 0.2 |
| 10/15/2008 | M.S. | Correspondence with M. Michaelis regarding budget, financials and case planning. | 0.1 |
| 10/15/2008 | M.S. | Reviewed cash flow forecast received 10/10/08. | 1.2 |
| 10/16/2008 | M.M. | Reviewed of prior budgets versus current for adjusted professional feel run rates. | 0.4 |
| 10/16/2008 | M.M. | Discussion with M. Stewart re: cash flow changes, adjustments to liquidity analysis and impact of Borrower Committee. | 0.9 |
| 10/16/2008 | M.M. | Discussion and review of updated "recovery" calculation prepared for Counsel to be discussed/used in discussions with WARN attorneys. | 0.8 |
| 10/16/2008 | M.S. | Worked on updated recovery scenario analysis for counsel's presentation to class action attorney. | 2.7 |
| 10/16/2008 | M.S. | Prepared and met with M. Michaelis regarding recovery scenarios and other issues. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/17/2008 | D.B. | Reviewed Docket Report for period 10/1/2008 through 10/15/2008. | 0.3 |
| 10/17/2008 | M.M. | Reviewed Potential Borrower committee pool. | 0.3 |
| 10/17/2008 | M.M. | Reviewed of revised DB settlement agreement. | 0.3 |
| 10/17/2008 | M.M. | Revisited cash flow information on a go forward basis. | 0.7 |
| 10/17/2008 | M.M. | Reviewed revised "recovery scenarios on individual basis". | 0.4 |
| 10/17/2008 | M.S. | Updated to recovery scenario analysis per D. Berliner's comments and forwarded onto counsel. | 0.7 |
| 10/20/2008 | D.B. | Reviewed revised cash flow forecast through February 2009 and prepared questions for Debtors. | 0.6 |
| 10/20/2008 | M.M. | Reviewed docket, motions and filings. | 0.2 |
| 10/20/2008 | M.M. | Analyzed updated cash flow, operating expenses and additional professional fees. | 1.4 |
| 10/20/2008 | M.M. | Discussion with M. Stewart re: adjusted cash flow. | 1.1 |
| 10/20/2008 | M.M. | Reviewed prior report cash flows. | 0.4 |
| 10/20/2008 | M.S. | Reviewed cash flow forecast forwarded on 10/18/08 by counsel. | 0.6 |
| 10/21/2008 | M.S. | Reviewed cash flow forecast forwarded on 10/18/08 by the Debtors. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

### G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/22/2008 | M.M. | Meeting with D. Berliner and M. Stewart re: current week update and cash flow. | 0.3 |
| 10/22/2008 | M.S. | Reviewed cash flow forecast / disposition of asset schedules and drafted questions and issues. | 1.4 |
| 10/23/2008 | K.R. | Reviewed weekly report to Creditors' Committee. | 0.3 |
| 10/23/2008 | M.S. | Meetings with D. Berliner regarding meetings at H&H with borrowers Committee and go forward plans. | 0.3 |
| 10/24/2008 | M.S. | Correspondence with D. Berliner regarding Waterfield litigation. | 0.4 |
| 10/24/2008 | M.S. | Reviewed documents pertaining to Waterfield litigation. | 1.2 |
| 10/24/2008 | M.S. | Analyzed cash flow through February 2009. | 0.7 |
| 10/26/2008 | M.S. | Analyzed cash flow through February 2009. | 0.4 |
| 10/27/2008 | D.B. | Reviewed docket report for period 10/16/2008 through 10/24/2008. | 0.3 |
| 10/27/2008 | M.M. | Reviewed new cash flow/projections received. | 0.4 |
| 10/27/2008 | M.M. | Reviewed status sheet to determine open items. | 0.3 |
| 10/27/2008 | M.S. | Reviewed cash flow forecast provided the Debtors. | 0.6 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2008 | D.B. | Reviewed revised cash flow forecast dated 10/24/2008. | 0.4 |
| 10/28/2008 | D.B. | Reviewed financial information provided by Kroll re: Waterfield Litigation. | 0.7 |
| 10/28/2008 | M.M. | Reviewed Waterfield data received. | 0.7 |
| 10/28/2008 | M.M. | Reviewed budget questions and responses. | 0.4 |
| 10/28/2008 | M.M. | Reviewed information and discussion re: DB escrow accounts. | 0.4 |
| 10/28/2008 | M.S. | Prepared and met with M. Michaelis regarding Waterfield and case issues. | 0.6 |
| 10/28/2008 | M.S. | Reviewed Waterfield litigation support provided by the Debtors. | 0.4 |
| 10/28/2008 | M.S. | Reviewed and updated analysis for professional fee applications filed from 9/19/08 through 10/24/08. | 2.8 |
| 10/28/2008 | M.S. | Analyzed updated cash flow forecast provided 10/24/08 vs. initial forecast provided that extended through February 2009. | 2.1 |
| 10/29/2008 | M.M. | Discussion with M. Stewart re: Waterfield. | 0.3 |
| 10/29/2008 | M.M. | Meeting with D. Berliner re: Waterfield and causes of action. | 0.6 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/29/2008 | M.M. | Prepared brief notes summary of Waterfield issues. | 0.4 |
| 10/29/2008 | M.M. | Reviewed professional fee schedule data. | 0.3 |
| 10/29/2008 | M.S. | Meeting with D. Berliner and M. Michaelis regarding Waterfield Litigation and causes. | 0.8 |
| 10/29/2008 | M.S. | Reviewed updated professional fee analysis schedule. | 1.1 |
| 10/30/2008 | D.B. | Reviewed cash flow forecast for period 10/17/2008 through 02/27/2009. | 0.4 |
| 10/30/2008 | M.S. | Reviewed docket and recent filings. | 0.6 |
| 10/31/2008 | M.M. | Discussion re: current status of case and disclosure hearing. | 0.2 |
| | | **TOTAL:** | **59.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 11.6 | 590.00 | 6,844.00 |
| M. MICHAELIS (M.M.) | 19.8 | 375.00 | 7,425.00 |
| M. STEWART (M.S.) | 28.0 | 215.00 | 6,020.00 |
| K. REINLE (K.R.) | 0.3 | 190.00 | 57.00 |
| **TOTAL:** | **59.7** | | **20,346.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2008 | D.B. | Telephone call with M. Indelicato re: adjournment of hearing and Traxi retention. | 0.2 |
| 10/1/2008 | D.B. | Reviewed e-mails from M. Indelicato to UCC re: plan and filed Disclosure Statement. | 0.1 |
| 10/1/2008 | D.B. | Reviewed e-mail from M. Power and excel spreadsheets from lender re: computations of EPD/Breach damages. | 0.8 |
| 10/1/2008 | D.B. | Telephone call and emails with M. Power re: preparing for Disclosure Statement hearing. | 0.2 |
| 10/1/2008 | M.M. | Discussion with D. Berliner, M. Stewart and counsel re: Traxi retention. | 0.3 |
| 10/3/2008 | D.B. | E-mails with M. Indelicato re: case status and Disclosure Statement issues. | 0.2 |
| 10/3/2008 | M.S. | Reviewed correspondence between counsel, Committee and BDO. | 0.1 |
| 10/3/2008 | M.S. | Reviewed documents sent by H&H in relation to causes of action investigation. | 0.8 |
| 10/7/2008 | D.B. | Telephone call and e-mails with H&H re: preparing for Disclosure Statement hearing and summary information provided by Kroll. | 0.6 |
| 10/8/2008 | M.M. | Attendance at Disclosure Statement Hearing. | 3.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/9/2008 | M.S. | Reviewed email correspondence between counsel and Committee. | 0.1 |
| 10/14/2008 | D.B. | Reviewed e-mail to Hahn & Hessen summarizing BDO update call with Kroll. | 0.3 |
| 10/14/2008 | M.M. | Prepared update for Counsel based on call with Debtors. | 0.6 |
| 10/16/2008 | M.M. | Conference call with Counsel/Debtors/Debtors' Counsel re: remaining asset pools. | 1.1 |
| 10/16/2008 | M.S. | Conference call regarding disposing of remaining assets. | 1.1 |
| 10/21/2008 | M.S. | Correspondence with M. Indelicato and D. Berliner regarding the Creditors' Committee report. | 0.3 |
| 10/22/2008 | D.B. | Telephone call and e-mails with M. Indelicato re: borrower's committee formation, budget, issues and planning meeting and proposed construction loan compromise. | 0.5 |
| 10/22/2008 | M.M. | Discussion with M.  Indelicato re: Borrowers Committee and report. | 0.3 |
| 10/22/2008 | M.S. | Conference call with M. Indelicato relating to hearing and report. | 0.3 |
| 10/23/2008 | D.B. | Met with Borrowers' Committee counsel and UCC counsel re: settlement discussions. | 1.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/23/2008 | D.B. | Met with M. Indelicato and M. Power to prepare for meeting with Borrowers' Committee counsel and UCC conference call. | 1.0 |
| 10/24/2008 | D.B. | Telephone call with M. Indelicato re: Waterfield Litigation and work to be done; discussed same with M. Stewart. | 0.2 |
| 10/28/2008 | D.B. | E-mail to Hahn & Hessen re: summary of conversation with Kroll. | 0.4 |
| 10/28/2008 | M.M. | Discussion with Counsel re: cause of action. | 0.2 |
| 10/29/2008 | D.B. | E-mails with M. Indelicato re: construction loan compromise requests. | 0.1 |
| 10/30/2008 | D.B. | Telephone calls with J. McCahey and R. Malatek re: UCC investigation; discussed with M. Michaelis. | 0.3 |
| 10/30/2008 | D.B. | Reviewed e-mails from Hahn & Hessen and 10/29/2008 revised comments to AH Bank APA. | 0.5 |
| 10/31/2008 | D.B. | Telephone call from M. Indelicato re: information to provide to Warn Act counsel. | 0.1 |
| 10/31/2008 | M.S. | Call with counsel regarding cash flow projections and meeting with WARN Act. | 0.3 |
| | | **TOTAL:** | **16.3** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## H.      TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 7.2 | 590.00 | 4,248.00 |
| M. MICHAELIS (M.M.) | 6.1 | 375.00 | 2,287.50 |
| M. STEWART (M.S.) | 3.0 | 215.00 | 645.00 |
| **TOTAL:** | **16.3** | | **7,180.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

## I.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/7/2008 | N.V. | Reviewed draft of August 2008 monthly application and updated time details; updated services provided section. | 1.6 |
| 10/8/2008 | D.B. | Reviewed and approved 11th monthly application for compensation for services rendered as Financial Advisors to UCC for August 2008 and Berliner Declaration. | 1.8 |
| 10/8/2008 | M.M. | Accumulated, organized and prepared data for monthly application. | 0.7 |
| 10/10/2008 | N.V. | Final review of August 2008 monthly application. | 0.4 |
| 10/21/2008 | M.S. | Reviewed professional fee applications filed for August. | 0.8 |
| 10/24/2008 | N.V. | Reviewed and edited September 2008 time details; updated project categories. | 2.8 |
| 10/26/2008 | M.M. | Prepared 12th monthly application. | 1.2 |
| 10/27/2008 | D.B. | Reviewed and approved 12th monthly application of BDO for compensation for services rendered as Financial Advisors to UCC for September 2008 and Berliner Declaration. | 1.7 |
| 10/28/2008 | M.M. | Prepared 12th monthly application. | 0.6 |
| 10/28/2008 | N.V. | Reviewed updated September 2008 time details and application. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**I.     FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| | | **TOTAL:** | **12.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.5 | 590.00 | 2,065.00 |
| M. STEWART (M.S.) | 0.8 | 215.00 | 172.00 |
| N. VANDERHOOP (N.V.) | 5.9 | 185.00 | 1,091.50 |
| M. MUFTUOGLU (M.M.) | 2.5 | 150.00 | 375.00 |
| **TOTAL:** | **12.7** | | **3,703.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2008 to October 31, 2008**

**J.     CASE ADMINISTRATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/3/2008 | D.B. | Telephone call with M. Michaelis and M. Stewart re: conversation with Kroll and work to be done. | 0.3 |
| 10/7/2008 | M.S. | Reviewed outstanding case issues. | 0.3 |
| 10/27/2008 | M.M. | Discussion with D. Berliner re: status. | 0.1 |
| | | **TOTAL:** | **0.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.3 | 590.00 | 177.00 |
| M. MICHAELIS (M.M.) | 0.1 | 375.00 | 37.50 |
| M. STEWART (M.S.) | 0.3 | 215.00 | 64.50 |
| **TOTAL:** | **0.7** | | **279.00** |

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
October 1, 2008 through October 31, 2008

1.    PHOTOCOPYING
    a.    Internal
    b.    External

2.    TELECOMMUNICATIONS
    a.    Toll Charges
    b.    Facsimile

3.    COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel
    and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES – *Concordance Database*    $1,500.00
    *Monthly Hosting Fee (Total Volume 117 GB)*

6.    OUT-OF-TOWN TRAVEL
    a.    Transportation    527.00
    b.    Lodging
    c.    Meals

7.    OUTSIDE SERVICES

8.    LOCAL MEALS    62.14

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage
    using personal auto*

10.    MISCELLANEOUS (Fed-ex Printing)

**TOTAL**    **$2,089.14**

*Details available upon request to BDO.