IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: December 16, 2008 @ 4:00 p.m.**
: **Hearing Date: Only in the Event of an Objection**


**NOTICE OF THIRTEENTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On November 26, 2008, the Thirteenth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 1, 2008 through August 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Fee Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of interim compensation in the amount of $11,637.60 (80% of $14,547.00) and reimbursement of expenses in the amount of $1,177.48 incurred in representation of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* during the period of August 1, 2008 through August 31, 2008.

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40177685v.1

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **December 16, 2008 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed. Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Blank Rome is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Blank Rome an amount equal to 80% of the fees ($11,637.60) and 100% of the expenses ($1,177.48) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall be authorized to pay Blank Rome 80% of the fees and 100% of the expenses not subject to the objection.

Dated: November 26, 2008

BLANK ROME LLP

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: December 16, 2008 @ 4 p.m.**
: **Hearing Date:  Only in the Event of an Objection**

**THIRTEENTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD OF AUGUST 1, 2008 THROUGH AUGUST 31, 2008</u>**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | August 1, 2008 through August 31, 2008 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $11,637.60 (80% of $14,547.00) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $1,177.48 |

This is a:     ✓  Monthly    _____ Quarterly    _____ Final Application

---

[1] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40177685v.1

Prior fee applications.

| Date Filed [Dkt. No.] | Period Covered | Requested | | Approved | | Amount of Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/03/07 Combined First and Second Monthly [Dkt. 2254] | 08/14/07 – 09/30/07 | $194,724.50 | $10,296.24 | $194,724.50$^1$ | $10296.24 | $38,944.90 |
| 12/05/07 Third Monthly [Dkt. 2304] | 10/01/07 – 10/31/07 | $137,968.00 | $9,712.25 | $137,968.00$^1$ | $6,065.94 | $53,547.30 |
| 02/15/08 Combined Fourth and Fifth Monthly [Dkt. 2983] | 11/01/07 – 12/31/07 | $109,524.00 | $5,079.82 | $109,524.00$^2$ | $5,079.82 | $21,904.80 |
| 03/20/08 Sixth Monthly [Dkt. 3372] | 01/01/08 – 01/31/08 | $43,313.00 | $584.53 | $43,313.00$^2$ | $584.53 | $8,662.60 |
| 04/25/08 Seventh Monthly [Dkt. 3866] | 02/01/08 – 02/29/08 | $19,331.50 | $2,840.04 | $15,465.20$^3$ | $2,840.04 | $3,866.30 |
| 06/18/08 Eighth Monthly [Dkt. 4719] | 03/01/08 – 03/31/08 | $38,443.00 | $948.85 | $30,754.40$^3$ | $948.85 | $7,688.60 |
| 06/18/08 Ninth Monthly [Dkt. 4722] | 04/01/08 – 04/30/08 | $38,491.50 | $1,102.57 | $30,793.20$^3$ | $1,102.57 | $7,698.30 *Pending* |
| 07/23/08 Tenth Monthly [Dkt. 5198] | 05/01/08 – 05/31/08 | $26,585.00 | $1,051.38 | $21,268.00$^4$ *Pending* | $1,051.38 *Pending* | $5,317.00 *Pending* |
| 09/18/2008 Eleventh Monthly [Dkt. 5951] | 06/01/08 – 06/30/08 | $23,384.50 | $1,458.43 | $18,707.60$^4$ | $1,458.43 *Pending* | $4,676.90 *Pending* |
| 09/29/08 Twelfth Monthly [Dkt. 6144] | 07/01/08 – 07/31/08 | $11,887.00 | $1,028.84 | $9,509.60$^4$ *Pending* | $1,028.84 *Pending* | $2,377.40 *Pending* |

---

[1] On January 15, 2008, the Court entered an Omnibus Order Approving First Interim Fee Applications of Professionals (the "First Interim Fee Order"). The First Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of August 14, 2007 through October 31, 2007 on an interim basis.

[2] On April 14, 2008, the Court entered an Omnibus Order Approving Second Interim Fee Applications of Professionals (the "Second Interim Fee Order"). The Second Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of November 1, 2007 through January 31, 2008 on an interim basis.

[3] On September 2, 2008, the Court entered an Omnibus Order Approving Third Interim Fee Applications of Professionals (the "Third Interim Fee Order"). The Third Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of February 1, 2008 through April 30, 2008 on an interim basis.

[4] On October 23, 2008, the Court entered an Omnibus Order Approving Fourth Interim Fee Applications of Professionals (the "Fourth Interim Fee Order"). The Fourth Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of May 1, 2008 through July 31, 2008 on an interim basis.

128189.01600/40177685v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | : | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due By:  December 16, 2008 @ 4:00 p.m.** |
| | : | **Hearing Date:  Only in the Event of an Objection** |

---

**THIRTEENTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
<u>AUGUST 1, 2008 THROUGH AUGUST 31, 2008</u>**

This Thirteenth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) for the period of August 1, 2008 through August 31, 2008 (the *"Application Period"*).  In support of this Fee Application, Blank Rome respectfully states as follows:

<u>**Jurisdiction**</u>

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40177685v.1

**Background**

2.      On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court.  The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.      On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Committee:  Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc.[2], and United Parcel Service (Docket No. 156).

4.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was selected by the Committee to serve as financial advisor to the Committee.

5.      On September 4, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 547).

6.      On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 759).  On November 28, 2007, the Court entered an order approving the Blank Rome Retention

---

[2] Waldners Business Environments, Inc. has since resigned.

2

128189.01600/40177685v.1

Application (Docket No. 2202).

7. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

## Relief Requested

9. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks (i) interim allowance of compensation for actual and necessary professional services rendered in the amount of $11,637.60 for the Application Period, (ii) payment of 80% of this amount ($14,547.00), and (iii) allowance and payment of 100% of its actual and necessary expenses in the amount of $1,177.48, in accordance with the terms of the Administrative Order.

10. Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen.

## Summary of Fees

11. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 42.00 hours at a blended billing rate of $346.36 per hour. The value of these services has been computed at the rates that Blank Rome customarily charges for similar services

3

128189.01600/40177685v.1

provided other clients.

12. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

      (Project Code 1)      <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome prepared and efiled its eleventh monthly fee application, a certificate of no objection to its tenth monthly application, and a certification of counsel regarding entry of an order approving the third interim fee applications.

      **Total Hours: 4.90**      **Total Fees: $1,123.00**

      (Project Code 2)      <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome prepared, revised, filed and effectuated service of BDO's tenth monthly fee application and certificates of no objection to BDO's eighth and ninth monthly fee applications.

      **Total Hours: 5.60**      **Total Fees: $1,916.00**

(Project Code 3)    <u>Executory Contracts and Unexpired Leases</u>:

Blank Rome reviewed the motion to compel assumption or rejection of executory contract filed by Mortgage Electronic Registration Systems, Inc.

**Total Hours: 0.4    Total Fees: $172.00**

(Project Code 4)    <u>Claims Analysis and Objections</u>:

Blank Rome reviewed Debtors' partial withdrawal of the twelfth omnibus objection to claims, the fourteenth and fifteenth omnibus objections to claims and various responses to Debtors' objections to claims. Blank Rome also reviewed a motion to approve settlement of appeal with McLain Partners and AH Mortgage Acquisition Co., Inc.'s amended motion asserting administrative expense claim.

**Total Hours: 2.6    Total Fees: $1,077.00**

(Project Code 5)    <u>Committee Business and Meetings</u>:

As co-counsel to the Committee, Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at a Committee meeting via teleconference, procedural matters of importance to the case, and in the general provision of information regarding case status. In preparation for such meetings, Blank Rome reviewed reports prepared by BDO.

**Total Hours: 3.5    Total Fees: $1,505.00**

(Project Code 6)    <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, reviewing and filing pleadings, monitoring the docket, and reviewing pertinent pleadings and transcripts of court hearings, and reviewing motions, objections, responses and orders. This category also includes time that

5

otherwise would not comport with an identified project code. Blank Rome also maintained and updated a case calendar of critical events which highlighted the deadlines and hearing dates of pertinent matters for all Committee professionals. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and reviewing and e-filing pleadings on behalf of the Committee and its professionals. Further, Blank Rome monitored various pleadings and notices, and communicated with Hahn & Hessen to discuss pertinent issues.

**Total Hours: 5.2    Total Fees: $1,252.00**

(Project Code 7)    <u>Debtor's Business Operations</u>:

Blank Rome reviewed certain of Debtors' monthly operating reports and amended SOFA's.

**Total Hours: 0.6    Total Fees: $135.00**

(Project Code 9)    Evaluation and Negotiations of Debtor's Plan and <u>Disclosure Statement and Exclusivity Requests</u>:

Blank Rome reviewed and analyzed Debtors' plan and disclosure statement.

**Total Hours: 4.60    Total Fees: $1,916.50**

(Project Code 10)    <u>Financing Issues</u>:

Blank Rome reviewed and analyzed Debtors' emergency motion to approve second amendment to DIP financing and the related motion to shorten.

**Total Hours: 1.2    Total Fees: $549.50**

(Project Code 12)    <u>Sale of Assets/Asset Purchase Agreement</u>:

Blank Rome reviewed and analyzed Debtors' notice of auction and sale hearing, notice of stalking horse bidder, and notice of proposed settlement of cure dispute with Washington Mutual and AH Mortgage Acquisition Co., Inc.

6

**Total Hours: 0.5        Total Fees: $153.50**

(Project Code 13)        <u>Stay Relief Issues</u>:

Blank Rome scanned several motions for stay relief filed by Adam Hiller.

**Total Hours: 0.2        Total Fees: $86.00**

(Project Code 17)        <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same.  Typically, time billed to this matter involves hearings on multiple matters that cannot be segregated efficiently.  Blank Rome spent a considerable amount of time preparing for and attending omnibus hearings, including reviewing the agenda and related pleadings, discussions with co-counsel and e-mail communications. Specifically, Blank Rome prepared for and attended the hearings on August 5, August 18 and August 27.

**Total Hours: 10.70      Total Fees: $4,170.50**

(Project Code 21)        <u>Adversary Litigation</u>

The time billed to this matter relates to adversary litigation filed against and by the Debtors, and Blank Rome's review and monitoring of such proceedings, pleadings, settlement stipulations, and other issues pertinent to the Committees' interests.

**Total Hours: 2.0        Total Fees: $491.00**

7

**Actual and Necessary Costs and Expenses Incurred**

14. Reimbursement of expenses in the amount of $1,177.48 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

15. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

18. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

8

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $11,637.60 (80% of $14,547.00), together with the reimbursement of disbursements in the amount of $1,177.48; and such other and further relief that the Court deems just and proper.

Dated: November 26, 2008

BLANK ROME LLP

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:   (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*