# EXHIBIT A

AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
AUGUST 1 - 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $610.00 | 0.3 | $183.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $430.00 | 24.3 | $10,449.00 |
| Senese, K. | Paralegal | $225.00 | 17.4 | $3,915.00 |
| Grand Total: | | | 42.0 | $14,547.00 |
| Blended Rate: | | | | 346.36 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
AUGUST 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 4.90 | $1,123.00 |
| 2 | Other Professionals' Fee/Employment Issues | 5.60 | $1,916.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.40 | $172.00 |
| 4 | Claims Analysis and Objections | 2.60 | $1,077.00 |
| 5 | Committee Business and Meetings | 3.50 | $1,505.00 |
| 6 | Case Administration | 5.20 | $1,252.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.60 | $135.00 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 4.60 | $1,916.50 |
| 10 | Financing Issues | 1.20 | $549.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.50 | $153.50 |
| 13 | Stay Relief Issues | 0.20 | $86.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 10.70 | $4,170.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 2.00 | $491.00 |
| | **TOTALS** | **42.00** | **$14,547.00** |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  01 | | | | |
| Aug 01 08 | REVIEW REVISED EXHIBIT SHEETS; CONTINUE PREPARATION OF BLANK ROME'S JUNE MONTHLY FEE APPLICATION | SENESE | 2.30 | $517.50 |
| Aug 08 08 | REVISE AND FINALIZE DRAFT OF BLANK ROME'S ELEVENTH MONTHLY FEE APPLICATION AND ORGANIZE AND SCAN/FORMAT REVISED EXHIBIT SHEETS; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL; PREPARATION FOR SERVICE OF NOTICE OF SAME UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Aug 14 08 | REVIEW DEBTORS' PROPOSED INTERIM COMPENSATION ORDER (REGARDING THIRD INTERIM FEE APPLICATION) AND VERIFY FIGURES WITH RESPECT TO AMOUNT OWED TO BLANK ROME | SENESE | 0.10 | $22.50 |
| Aug 18 08 | E-MAIL FROM D. CARICKHOFF REGARDING JUDGE'S COMMENTS WITH RESPECT TO FULL REIMBURSEMENT OF COSTS; ORGANIZE AND FORWARD FEB MONTHLY COST SUMMARY EXHIBIT AND SUPPORTING BACKUP DOCUMENTATION AND THE SUPPLEMENTAL FEB MONTHLY COST SUMMARY EXHIBIT AND SUPPORTING BACKUP DOCUMENTATION TO D. CARICKHOFF FOR SUBMISSION IN RESPONSE TO JUDGE'S INSTRUCTIONS | SENESE | 0.30 | $67.50 |
| Aug 18 08 | E-MAIL FROM D. CARICKHOFF REGARDING ADJOURNMENT OF CONSIDERATION OF FEES WITH RESPECT TO BLANK ROME'S FEBRUARY EXPENSES/THIRD INTERIM FEE APPLICATION, CERTAIN HAHN & HESSEN FEES AND CERTAIN EXPENSES SOUGHT BY BDO; ORGANIZE AND REVIEW BACKUP/DETAIL WITH RESPECT TO BLANK ROME'S FEBRUARY'S EXPENSES AND THE SUPPLEMENT THERETO; DRAFT CERTIFICATION OF COUNSEL NEEDED TO SUBMIT BR'S BACKUP WITH RESPECT TO THESE COSTS, IN ADDITION TO LANGUAGE WITH RESPECT TO HAHN'S FEES AND BDO'S COSTS | SENESE | 0.80 | $180.00 |
| Aug 25 08 | E-MAIL EXCHANGE WITH AND TELEPHONE CALL FROM D. CARICKHOFF REGARDING CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER(S) APPROVING THIRD INTERIM FEE APPLICATION (ON BEHALF OF BLANK ROME, HAHN & HESSEN AND BDO) | SENESE | 0.10 | $22.50 |
| Aug 28 08 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO BLANK ROME'S TENTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Aug 28 08 | E-MAIL FROM D. CARICKHOFF; E-FILE CERTIFICATION OF COUNSEL WITH RESPECT TO ENTRY OF ORDER APPROVING INTERIM FEE APPLICATIONS | SENESE | 0.10 | $22.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 29 08 | FINALIZE AND E-FILE CNO REGARDING BR'S TENTH MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Aug 29 08 | REVIEW AND EXECUTE CNO FOR BLANK ROME MAY FEE APPLICATION | CARICKHOFF | 0.10 | $43.00 |

PROJECT CODE TOTALS  01                TOTAL VALUE:   $1,123.00      4.90

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | PROJECT CODE:  02 | | | |
| Aug 01 08 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO BDO'S EIGHTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME, FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.10 | $22.50 |
| Aug 08 08 | FOLLOW-UP WITH D. CARICKHOFF REGARDING E-FILING OF CNO IN CONNECTION WITH BDO'S EIGHTH MONTHLY FEE APPLICATION; FORMAT AND E-FILE SAME | SENESE | 0.10 | $22.50 |
| Aug 08 08 | REVIEW AND EXECUTE CNO FOR BDO'S JUNE FEE APPLICATION | CARICKHOFF | 0.10 | $43.00 |
| Aug 14 08 | REVIEW DEBTORS' PROPOSED INTERIM COMPENSATION ORDER (REGARDING THIRD INTERIM FEE APPLICATION) AND VERIFY FIGURES WITH RESPECT TO AMOUNT OWED TO HAHN & HESSEN AND BDO | SENESE | 0.20 | $45.00 |
| Aug 18 08 | E-MAIL TO COMMITTEE PROFESSIONALS REGARDING ISSUES TO BE ADDRESSED IN FOLLOW UP TO INTERIM FEE HEARING | CARICKHOFF | 0.40 | $172.00 |
| Aug 18 08 | DRAFT CERTIFICATION OF COUNSEL REGARDING INTERIM FEE REQUESTS FOR COMMITTEE PROFESSIONALS | CARICKHOFF | 0.40 | $172.00 |
| Aug 21 08 | TELEPHONE FROM N. VANDERHOOP REGARDING EIGHTH CNO REFERRING TO JUNE; E-MAIL EXCHANGE WITH D. CARICKHOFF | SENESE | 0.10 | $22.50 |
| Aug 22 08 | REVIEW BDO'S TENTH MONTHLY FEE APPLICATION; DRAFT NOTICE OF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; PREPARE FOR SERVICE OF NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.40 | $90.00 |
| Aug 22 08 | FORMAT AND E-FILE BDO'S TENTH MONTHLY FEE APPLICATION; SERVICE OF FEE APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL; OVERSEE SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.70 | $157.50 |
| Aug 22 08 | REVIEW BDO'S JULY MONTHLY FEE APPLICATION AND EXECUTE NOTICE OF SAME | CARICKHOFF | 0.40 | $172.00 |
| Aug 27 08 | PREPARE CERTIFICATION OF COUNSEL REGARDING THIRD INTERIM FEE APPLICATIONS OF COMMITTEE PROFESSIONALS AND RELATED ORDER | CARICKHOFF | 1.40 | $602.00 |
| Aug 28 08 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO BDO'S NINTH MONTHLY FEE APPLICATION; DRAFT | SENESE | 0.20 | $45.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | | | |
| Aug 28 08 | REVIEW CNO FILED WITH RESPECT TO BDO'S EIGHTH MONTHLY FEE APPLICATION; PREPARE AMENDED CNO TO REFLECT MAY PERIOD, NOT JUNE; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.30 | $67.50 |
| Aug 28 08 | FINALIZE CERTIFICATION OF COUNSEL REGARDING THIRD INTERIM FEE APPLICATIONS OF COMMITTEE PROFESSIONALS | CARICKHOFF | 0.30 | $129.00 |
| Aug 29 08 | FINALIZE AND E-FILE CNO REGARDING BDO'S NINTH MONTHLY FEE APPLICATION; FINALIZE AND E-FILE AMENDED CNO REGARDING BDO'S EIGHTH MONTHLY FEE APPLICATION; E-MAIL EXCHANGES WITH D. CARICKHOFF REGARDING SAME; E-MAIL TO N. VANDERHOOP | SENESE | 0.30 | $67.50 |
| Aug 29 08 | REVIEW AND EXECUTE CNO FOR BDO'S MAY AND JUNE FEE APPLICATIONS | CARICKHOFF | 0.20 | $86.00 |

PROJECT CODE TOTALS  02         TOTAL VALUE:   $1,916.00      5.60

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 03 | | | | |
| Aug 25 08 | REVIEW MERS MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT | CARICKHOFF | 0.40 | $172.00 |
| PROJECT CODE TOTALS 03 | TOTAL VALUE: | $172.00 | 0.40 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 04 | | | | |
| Aug 04 08 | REVIEW DEBTORS' PARTIAL WITHDRAWAL OF 12TH OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.20 | $86.00 |
| Aug 07 08 | REVIEW MOTION TO APPROVE SETTLEMENT OF APPEAL WITH MCLAIN PARTNERS | CARICKHOFF | 0.30 | $129.00 |
| Aug 18 08 | REVIEW AND DISTRIBUTE DEBTORS' FOURTEENTH AND FIFTEENTH OMNIBUS OBJECTIONS TO CLAIMS; REVISE CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINES AND HEARING DATE/TIME | SENESE | 0.20 | $45.00 |
| Aug 18 08 | SCAN RESPONSES TO CLAIM OBJECTIONS | CARICKHOFF | 0.30 | $129.00 |
| Aug 20 08 | REVIEW DEBTORS' 14TH AND 15TH OMNIBUS CLAIM OBJECTIONS | CARICKHOFF | 0.60 | $258.00 |
| Aug 25 08 | SCAN RESPONSES TO OMNIBUS CLAIM OBJECTIONS | CARICKHOFF | 0.40 | $172.00 |
| Aug 25 08 | REVIEW AH MORTGAGE ACQUISITION CO. AMENDED MOTION ASSERTING ADMINISTRATIVE EXPENSE CLAIM | CARICKHOFF | 0.60 | $258.00 |
| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $1,077.00 | 2.60 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 05 | | | | |
| Aug 07 08 | ATTEND COMMITTEE CALL (1.0); REVIEW BDO REPORT (.2) | CARICKHOFF | 1.20 | $516.00 |
| Aug 14 08 | REVIEW BDO REPORT; ATTEND COMMITTEE MEETING REGARDING PROPOSED PLAN | CARICKHOFF | 1.40 | $602.00 |
| Aug 28 08 | REVIEW BDO REPORT (.2); TELEPHONIC MEETING WITH COMMITTEE (.7) | CARICKHOFF | 0.90 | $387.00 |
| PROJECT CODE TOTALS 05 | TOTAL VALUE: | $1,505.00 | 3.50 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|

PROJECT CODE:  06

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|
| Aug 04 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Aug 04 08 | SCAN DOCKET REGARDING RECENT FILINGS | CARICKHOFF | 0.20 | $86.00 |
| Aug 05 08 | SCAN DOCKET REGARDING RECENT FILINGS | CARICKHOFF | 0.20 | $86.00 |
| Aug 06 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Aug 06 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| Aug 08 08 | REVIEW AND DISTRIBUTE A CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Aug 08 08 | TELEPHONE FROM D. CARICKHOFF REGARDING DISCREPANCY IN OMNIBUS HEARING DATES BETWEEN ORDER ESTABLISHING OMNIBUS HEARING DATES AND SCHEDULED HEARINGS (PARTICULARLY HEARING SCHEDULED FOR AUGUST 18, 2008); REVIEW DOCKET AND COURT CALENDAR; SEVERAL E-MAIL EXCHANGES WITH D. CARICKHOFF WITH RESPECT TO SAME | SENESE | 0.30 | $67.50 |
| Aug 08 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS | SENESE | 0.20 | $45.00 |
| Aug 08 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUESTS FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Aug 14 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Aug 18 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Aug 18 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| Aug 21 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Aug 22 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Aug 22 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |
| Aug 22 08 | REVIEW AND DISTRIBUTE TRANSCRIPT FOR HEARINGS HELD JULY 17, 2008 AND AUGUST 5, 2008 | SENESE | 0.10 | $22.50 |
| Aug 26 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 27 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.20 | $45.00 |
| Aug 28 08 | REVIEW ORDER ESTABLISHING FUTURE OMNIBUS HEARING DATES; MODIFY CASE CALENDAR TO REFLECT SAME | SENESE | 0.10 | $22.50 |
| Aug 28 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.30 | $67.50 |
| Aug 28 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |

PROJECT CODE TOTALS  06            TOTAL VALUE:    $1,252.00        5.20

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  07 | | | | |
| Aug 06 08 | REVIEW AND DISTRIBUTE DEBTORS' MONTHLY OPERATING REPORTS | SENESE | 0.20 | $45.00 |
| Aug 12 08 | REVIEW AND DISTRIBUTE AMENDED SOFAS WITH RESPECT TO CERTAIN OF THE DEBTORS (EXTENSIVE) | SENESE | 0.40 | $90.00 |
| PROJECT CODE TOTALS  07 | TOTAL VALUE: | $135.00 | 0.60 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  09 | | | | |
| Aug 15 08 | REVIEW AND DISTRIBUTE DEBTORS' PLAN AND DISCLOSURE STATEMENT (WITH EXHIBIT DOCUMENTATION) | SENESE | 0.20 | $45.00 |
| Aug 26 08 | REVIEW D. BLATE OBJECTION TO DISCLOSURE STATEMENT | CARICKHOFF | 0.10 | $43.00 |
| Aug 28 08 | REVIEW AND DISTRIBUTE MOTION TO APPROVE DISCLOSURE STATEMENT; MODIFY CASE CALENDAR TO REFLECT OBJECTION DEADLINE AND HEARING DATE/TIME | SENESE | 0.10 | $22.50 |
| Aug 30 08 | REVIEW AND ANALYZE PLAN AND DISCLOSURE STATEMENT | CARICKHOFF | 4.20 | $1,806.00 |
| PROJECT CODE TOTALS  09 | TOTAL VALUE: | $1,916.50 | 4.60 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  10 | | | | |
| Aug 01 08 | REVIEW AND DISTRIBUTE DEBTORS' EMERGENCY MOTION TO APPROVE SECOND AMENDMENT TO DIP FINANCING, TOGETHER WITH MOTION TO SHORTEN WITH RESPECT TO SAME | SENESE | 0.10 | $22.50 |
| Aug 01 08 | REVIEW MOTION FOR APPROVAL OF SECOND DIP FACILITY AMENDMENT AND RELATED DOCUMENTS | CARICKHOFF | 0.80 | $344.00 |
| Aug 04 08 | E-MAIL M. INDELICATO REGARDING DEAL ISSUES | STORERO | 0.30 | $183.00 |
| PROJECT CODE TOTALS  10 | TOTAL VALUE: | $549.50 | 1.20 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  12 | | | | |
| Aug 07 08 | REVIEW AND DISTRIBUTE NOTICE OF AUCTION AND SALE HEARING; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT THE RESPECTIVE DEADLINES/HEARING DATES (BID, AUCTION, SALE HEARING, ETC.) | SENESE | 0.20 | $45.00 |
| Aug 13 08 | REVIEW AND DISTRIBUTE NOTICE OF STALKING HORSE BIDDER/BID | SENESE | 0.10 | $22.50 |
| Aug 25 08 | REVIEW NOTICE OF PROPOSED SETTLEMENT OF CURE DISPUTE WITH WAMU AND AH MORTGAGE ACQUISITION CO. | CARICKHOFF | 0.20 | $86.00 |
| PROJECT CODE TOTALS  12 | TOTAL VALUE: | $153.50 | 0.50 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  13 | | | | |
| Aug 18 08 | SCAN MOTIONS FOR STAY RELIEF FILED BY A. HILLER | CARICKHOFF | 0.20 | $86.00 |
| PROJECT CODE TOTALS  13 | TOTAL VALUE: | $86.00 | 0.20 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 17 | | | | |
| Aug 01 08 | REVIEW AND DISTRIBUTE PROPOSED AGENDA FOR AUGUST 5, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.10 | $22.50 |
| Aug 01 08 | PREPARE FOR AUGUST 5, 2008 HEARING | SENESE | 0.20 | $45.00 |
| Aug 04 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR AUGUST 5, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Aug 04 08 | REVIEW AMENDED AGENDA AND PREPARE FOR HEARING | CARICKHOFF | 0.60 | $258.00 |
| Aug 05 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 3.70 | $1,591.00 |
| Aug 14 08 | REVIEW AND DISTRIBUTE AGENDA FOR AUGUST 18, 2008 HEARING; PREPARATION FOR SAME | SENESE | 0.40 | $90.00 |
| Aug 15 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR AUGUST 18, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Aug 17 08 | PREPARATION FOR AUGUST 18, 2008 HEARING | SENESE | 0.40 | $90.00 |
| Aug 18 08 | E-MAIL EXCHANGES WITH D. CARICKHOFF AND PARCELS; FINAL PREPARATION FOR TODAY'S FEE APPLICATION HEARING; ADDITIONAL E-MAIL EXCHANGE WITH D. CARICKHOFF REGARDING SPECIFIC EXHIBIT DOCUMENTATION WITH RESPECT TO BLANK ROME'S FEBRUARY MONTHLY | SENESE | 0.50 | $112.50 |
| Aug 18 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 2.70 | $1,161.00 |
| Aug 25 08 | REVIEW AND DISTRIBUTE AGENDA FOR AUGUST 27, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.30 | $67.50 |
| Aug 25 08 | REVIEW AGENDA FOR AUGUST 27, 2008 HEARING | CARICKHOFF | 0.20 | $86.00 |
| Aug 27 08 | PREPARE FOR AND ATTEND HEARING (1.2); MEET WITH CO-COUNSEL AND DEBTORS' COUNSEL FOLLOWING HEARING REGARDING PLAN RELATED ISSUES (.2) | CARICKHOFF | 1.40 | $602.00 |

PROJECT CODE TOTALS  17                TOTAL VALUE:    $4,170.50      10.70

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  21 | | | | |
| Aug 07 08 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKET FOR EACH PENDING ACTION, TOGETHER WITH A COPY OF CERTAIN OF THE PLEADINGS LISTED ON EACH OF THE RESPECTIVE DOCKETS | SENESE | 0.60 | $135.00 |
| Aug 12 08 | REVIEW ORDER DENYING CERTIFICATION FOR DIRECT APPEAL IN LEHMAN LITIGATION | CARICKHOFF | 0.20 | $86.00 |
| Aug 18 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING, TOGETHER WITH A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON; UPDATE ADVERSARY PROCEEDING STATUS CHART | SENESE | 0.30 | $67.50 |
| Aug 22 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING, TOGETHER WITH A COPY OF CERTAIN DOCUMENTS LISTED THEREON; UPDATE ADVERSARY PROCEEDING STATUS CHART | SENESE | 0.60 | $135.00 |
| Aug 28 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING, TOGETHER WITH A COPY OF CERTAIN PLEADINGS LISTED THEREON; UPDATE ADVERSARY PROCEEDING STATUS CHART | SENESE | 0.30 | $67.50 |
| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $491.00 | 2.00 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| REPORT TOTALS | TOTAL VALUE: | 14,547.00 | 42.00 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|