# EXHIBIT A

AHM - Fee Application Preparation/Fee Issues

**Statement Detail**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/01/08 | CC4 | Review prior fee applications and supporting documentation for current application, prepare current application. | 3.00 |
| 09/02/08 | CC4 | TC with HD regarding June/July Fee Application. | 0.10 |
| 09/02/08 | HLD | Draft/revise QE's June Fee Application. | 3.10 |
| 09/03/08 | CC4 | Review and itemize expenses and revise fee application (2.5); edit and revise fee application and accompanying tables (3.2). | 5.70 |
| 09/03/08 | HLD | Draft/prepare QE June fee application. | 1.10 |
| 09/04/08 | CC4 | Review and proof fee application | 2.70 |
| 09/05/08 | CC4 | review expense issues for july application (1.6); Conf with HD regarding back up to July bill (.1). | 1.70 |
| 09/05/08 | HLD | Prepare exhibits to QE's August Fee Application. | 0.80 |
| 09/06/08 | HLD | Draft/revise QE's June fee application. | 1.50 |
| 09/08/08 | HLD | Draft/revise QE's June and July fee applications, and prepared exhibits re same. | 4.20 |
| 09/09/08 | HLD | Draft/revise QE July fee application. | 3.10 |
| 09/11/08 | HLD | TCs/emails QE team re AHM June/July fee application, expense issues re same. | 0.40 |
| 09/12/08 | HLD | Drafted/revised/finalized QE's June fee application (2.7); Drafted/revised/ finalized QE's July fee application (4.1); Tcs/emails re exhibit B with QE accounting (.4). | 7.20 |
| 09/15/08 | HLD | Reviewed CNO re May fee app and emails re payment of same | 0.50 |
| 09/16/08 | HLD | Prepare litigation budget per Kroll request. | 0.40 |
| 09/16/08 | HLD | Reviewed QE's CNO for May fee application, payment issues re same. | 0.30 |
| 09/19/08 | HLD | Emails re payment of QE's may fee application, TCs with Martinez at Kroll re QE budget issues. | 0.40 |
| 09/29/08 | HLD | Emails Lacroix re draft of QE August fee application. | 0.40 |
| 09/30/08 | ML4 | Prepare/revise QE August Fee App | 4.20 |
| | | Total Hours | 40.80 |

AHM - Insurance Issues

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/02/08 | KAG | Call with H. Denman regarding subpoena. | 0.10 |
| 09/03/08 | HLD | Reviewed Loeffler deposition notice, emails/tcs re same with Garcia/Lyons. | 0.50 |
| 09/03/08 | KAG | Correspondence and calls with H. Denman and Duane Lyons regarding deposition notice and subpoena. | 0.20 |
| 09/04/08 | HLD | Triad: reviewed Loeffler deposition notices/subpoena, emails with Lyons and reviewed emails with AHM re same. | 0.40 |
| 09/04/08 | KAG | Correspondence regarding Loeffer subpoena. | 0.10 |
| 09/08/08 | HLD | Reviewed emails re resolution of Triad adversary proceeding; Reviewed issues re Loeffler deposition in same; emails with Hahn and Hessen re same. | 0.70 |
| 09/08/08 | KAG | Retrieve deadlines information (.2); Correspondence regarding trial date (.1); Correspondence with H. Denman regarding Loeffler deposition (.1). | 0.40 |
| 09/23/08 | DRL | Conference with B. Fernandes (Kroll) re next steps (.4); conference with R. Rice (Triad counsel) re: dismissal (.4). | 0.80 |
| 09/23/08 | KAG | Correspondence regarding settlement; Review settlement stipulation. | 0.90 |
| 09/25/08 | KAG | Review stipulation of dismissal. | 0.80 |
| 09/26/08 | HLD | Reviewed draft stipulation re triad litigation; TCs/emails with Edwards re same and motion to approve same. | 0.50 |
| | | Total Hours | 5.40 |

AHM - Lender Claims

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/03/08 | HLD | TCs/emails with Sakamoto re next steps in BofA litigation. | 0.60 |
| 09/05/08 | HLD | Review litigation strategy issues with Sakamoto (.5); TC/emails with Sakamoto re same (.4); Reviewed scheduling issues with QE/Kroll/AHM teams to discuss same (.2). | 1.10 |
| 09/05/08 | JCT | Review Lehman responses to request for certification and outline replies to same | 0.80 |
| 09/06/08 | JCT | Draft reply brief in further support of Lehman appeal certification request | 6.80 |
| 09/07/08 | JCT | Revise Lehman reply | 3.20 |
| 09/09/08 | HLD | TCs/emails Sakamoto re next steps in BofA litigation, memorandum re same (.4); prep re same (.5); coordinate QE/AHM/Kroll TC re same (.3). | 1.20 |
| 09/10/08 | CC4 | Prepare binders of pleadings from BofA litigation. | 3.50 |
| 09/10/08 | HLD | Prep for call with AHM re next steps in BofA litigation, emails re same with Tecce. | 0.70 |
| 09/10/08 | JCT | Review Bank of America swap litigation status in preparation for company call. | 0.70 |
| 09/11/08 | HLD | TC with AHM (Sakamoto), Kroll team, Tecce re next steps in BofA litigation, strategy issues re same (1.1); Prepared for same and reviewed pleadings re same (2.4). | 3.50 |
| 09/11/08 | JCT | Call w/ K. Nystrom, S. Sakamoto re BofA litigation. | 1.00 |
| 09/15/08 | HLD | TCs/emails with Sakamoto re status of BofA litigation. | 0.50 |
| 09/16/08 | HLD | Reviewed open issues in preparation for strategy call, emails Tecce re same | 1.90 |
| 09/16/08 | JCT | Calls with AHM and emails w/ AHM re next steps in BofA litigation; review next steps | 1.00 |
| 09/17/08 | HLD | Research re strategy issues for next steps in BofA litigation (2.8); Emails with Sakamoto re same (.3). | 3.10 |
| 09/18/08 | HLD | TC Sakamoto re BofA litigation strategy and update (.5); Reviewed strategy memo re same (.3). | 0.80 |
| 09/22/08 | JCT | Review litigation next steps re BofA and calls w/S. Sakamoto re same. | 0.50 |
| 09/23/08 | HLD | Attend/participate in TC with trustee and AHM re Broadhollow(.6); prepare for same (.9) and conf with Tecce re same (.4). | 1.90 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/23/08 | JCT | Call w/trustee re Broadhollow (.5); calls w/K. Nystrom and B. Fernandez re same (.3); review next steps (.3). | 1.10 |
| 09/23/08 | JCT | Calls w/D. Lyons re settlements (.3); review settlement agreement (.3); call w/B Fernandez re same (.3). | 0.90 |
| 09/24/08 | HLD | Draft/revise term sheet. | 2.90 |
| 09/24/08 | JCT | Draft term sheet. | 2.90 |
| 09/25/08 | DH3 | Drafting term sheet and discussing the same with Simon Sakamoto and James Tecce. | 4.20 |
| 09/25/08 | JCT | Calls w/ American Home (S. Sakamoto) re BofA litigation (.4); review Broadhollow issues (.2); revise term sheet (2.0) | 2.60 |
| 09/26/08 | DH3 | Revising term sheet and discussing the same with Tecce. | 0.60 |
| 09/26/08 | JCT | Review and revise term sheet (.4); conf w/ D. Holzman re same (.2) | 0.60 |
|  |  | Total Hours | 48.60 |

# EXHIBIT B

Summary by Expenses Incurred
(September 1, 2008 through September 30, 2008)

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 9/11/08 | Printing | $.10 |
| 9/11/08 | Printing | $.10 |
| 9/11/08 | Printing | $3.20 |
| 9/11/08 | Printing | $2.90 |
| 9/11/08 | Printing | $11.60 |
| 9/19/08 | Photocopying | $91.00 |
| 9/19/08 | Outside Photocopy | $5.69 |
| 9/19/08 | Outside Photocopy | $5.95 |
| 9/19/08 | Outside Photocopy | $11.93 |
| 9/26/08 | Taxi, H. Denman on 6/2/08 | $10.60 |
| 9/26/08 | Taxi, H. Denman on 6/25/08 | $10.60 |
| 9/26/08 | Taxi, H. Denman on 6/30/08 | $10.60 |
| 9/26/08 | Taxi, H. Denman on 7/10/08 | $10.20 |
| 9/26/08 | Taxi, H. Denman on 9/2/08 | $10.60 |
| 9/30/08 | Westlaw | $88.12 |
| 9/30/08 | Westlaw | $46.26 |
| 9/30/08 | Client Meeting Meal on 5/30/08 | $28.39 |
| 9/30/08 | Local Travel, J. Patton | $59.16 |
| | **TOTAL** | **$407.00** |