IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
          Debtors.                                             :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 10, 2008, to which is attached the "Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 10, 2008 [Docket No. 6555],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
19th day of November, 2008

_____
Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 11-22-2011

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| ) | Objection Deadline: December 3, 2008 at 4:00 p.m. (ET) |
| AHM OB23 11/7/2008 (merge2.txnum2) 4000000254 EPIQ Use - 1 ) | Hearing Date: December 10, 2008 at 10:00 a.m. (ET) |

BERRY, JOHN A.
16214 S 16TH LN
PHOENIX, AZ  85045-1725

## NOTICE OF DEBTORS' TWENTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:  BERRY, JOHN A.
16214 S 16TH LN
PHOENIX, AZ  85045-1725

**Basis For Objection:** Modified Amount Wrong Debtor Claim: Debtors' books and records show claim should be modified and reassigned to another case number

| Claim to be Reduced and Reassigned | Claim # | New Case # | Claim Amount | Modified Amount |
|---|---|---|---|---|
| | 256 | 07-11051 | Priority - $300.00 | Unsecured - $300.00 |
| | | | Unsecured - $300.00 | |

Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by modifying the amount of your claim as indicated above in the "Modified Amount" column listed above and by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before **December 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 10, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by November 10, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

BERRY, JOHN A.
16214 S 16TH LN
PHOENIX, AZ  85045-1725

CLONINGER, WESLEY
843 ESTUARY CT
ROCK HILL, SC  297328355

CORNERSTONE APPRAISAL SERVICES, LLC
334 E KEARNEY PMB 174
SPRINGFIELD, MO  65803

FIDELITY COURT ASSOCIATES
DANA S. PLON, ESQUIRE
SIRLIN GALLOGLY & LESSER, P.C.
1529 WALNUT STREET, SUITE 600
PHILADELPHIA, PA  19102

JOHNSON, PAUL J.
3 WESTFIELD LN
ROCKY RIVER, OH  44116

JVI
ATTN VICE PRESIDENT
951 MARKET PROMENADE AVE
STE 2101
LAKE MARY, FL  32746

MUNDY APPRAISALS
ATTN DELBERT WILLIAM MUNDY
11427 N 12TH WAY
PHOENIX, AZ  85023

BN REAL ESTATE INC
6701 WASHINGTON BLVD UNIT B
ARLINGTON, VA  222131041

COACHELLA VALLEY APPRAISAL
P.O. BOX 1173
PALM SPRINGS, CA  92263

DAILEY, MICHAEL A.
1809 NE WATERFIELD VILLAGE CT
BLUE SPRINGS, MO  64014

HAAG, GREGORY L.
JOSEPH Y. LONGMIRE, JR.
103 BLUEGRASS COMMONS BLVD
HENDERSONVILLE, TN  37075

JP MORGAN CHASE BANK, N.A.
ATTN CHARLES O. FREEDGOOD, MANAGING DIR.
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY  10172

KAPPELMAN, JOSHUA E.
1089 HIGH VALLEY LN
SHILOH, IL  62221

NAPA COUNTY TAX COLLECTOR
NAPA COUNTY CENTRAL COLLECTIONS
1195 THIRD STREET RM 108
ATT SANDRA NEWBURN ACCOUNTING SPECIALIST
NAPA, CA  94559-3050

CHEVALIER, KENNETH M.
3907 - 42ND ST.
DES MOINES, IA  50310

COASTAL BEND REAL ESTATE SVCS
ATTN RAULIE L. IRWIN, JR. - OWNER
PO BOX 1033
GOLIAD, TX  77963

DIXON, BRENDA S.
PO BOX 1932
SIERRA VISTA, AZ  85636

HOLLOWAY, MARK S.
7007 MARYLAND DR
URBANDALE, IA  50322

JP MORGAN CHASE BANK, N.A.
RICHARD L. SMITH, ESQ.
ONE CHASE SQUARE, 25TH FLOOR
ROCHESTER, NY  14643

LIVINGSTON COUNTY
ATTN DIANNE H HARDY, TREASURER
200 E GRAND RIVER AVE
HOWELL, MI  48843

RE/MAX ADVANTAGE
ATTN: MIKE BARRY
166 SOUTH MAIN STREET
JONESBORO, GA  30236

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by November 7, 2008 and sent to the following:

SCHREIBER, LISA M.
39821 FOXGLOVE CT
LOVETTSVILLE, VA 20180

SCOTT, LAURA E
10517 LIBERTY RD
RANDALLSTOWN, MD 21133

SERVICEMASTER MID STATE 2
ATTN JAMES SELETOS
5072 DUPONT PARKWAY
SMYRNA, DE 19977

SURVEY ASSOCIATES
ATTN LINDA LIVELY
PO BOX 17369
SAN ANTONIO, TX 78217

WAXMAN, HILLARY
130 ROUND HILL RD
ROSLYN HEIGHTS, NY 11577

WELCHER, KENNETH
135 CAMINO DEL SOL
SANTA CRUZ, CA 95065

Total Parties: 27