# EXHIBIT A

## WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD: OCTOBER 2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
11/21/2008
Account No: 98077M

Attn: Carlo Colagiacomo

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 3,801.00 | 0.00 | 0.00 | -2,906.40 | $894.60 |
| 98077-093 Beall v. ABC | | | | |
| 5,466.70 | 9,512.50 | 4.20 | 0.00 | $14,983.40 |
| 9,267.70 | 9,512.50 | 4.20 | -2,906.40 | $15,878.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER    2008

|  |  |
|---|---|
| American Home Mortgage<br>538 Broadhollow Road<br>Melville NY 11747 | Page: 1<br>11/21/2008<br>Account No:  98077-092M<br>Statement No:        10 |

Attn: Carlo Colagiacomo

Cauthorne

|  |  |  |
|---|---|---|
|  | Previous Balance | $3,801.00 |
| 11/10/2008 | Payment - Thank you. | -2,906.40 |
|  | Balance Due | $894.60 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   OCTOBER   2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
11/21/2008
Account No:   98077-093M
Statement No:   2

Attn: Carlo Colagiacomo

Beall v. ABC

| | Previous Balance | $5,466.70 |
|---|---|---|

| Date | | Description | Hours |
|---|---|---|---|
| 10/01/2008 | KDT | research and draft RICO, ECOA, fraudulent concealment, equitable tolling (3.5); research statutes of limitations for various causes of action (2.2); | 5.70 |
| 10/02/2008 | KDT | research and draft RESPA, TILA sections of motion to dismiss (2.0); research equitable tolling for RESPA claims (1.5); research re: statute of limitations for negligence (.8); research negligence per se (.4); research yield spread premium cases (0.7); | 5.40 |
| 10/03/2008 | MEH | research statute of limitations for negligence per se claims (.5); | 0.50 |
| | KDT | research and drafting for motion to dismiss (6.7); | 6.70 |
| 10/05/2008 | DMS | review and revise motion to dismiss (.5); | 0.50 |

## WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
11/21/2008
Account No: 98077-093M
Statement No: 2

Beall v. ABC

|  |  |  | Hours |
|---|---|---|---|
| 10/06/2008 | | | |
| | DMS | review motion to dismiss (.3); send memo to C. Colagiacomo (.2); | 0.50 |
| | KDT | (Beall) continued research and drafting of motion for dismissal (6.8); | 6.80 |
| 10/07/2008 | | | |
| | DMS | review and revise motion to dismiss (.9); | 0.90 |
| 10/08/2008 | | | |
| | MEH | review motions to dismiss (.3); research local rules (.3); draft letters to court re: same (.1); redact exhibits (.2); | 0.90 |
| | SBV | revise corporate disclosure statement (.4); | 0.40 |
| | HOB | organize exhibits for filing (1.5); electronically file both Motion to Dismiss with Exhibit, both Memorandum of Law in Support and Exhibits and both Financial Disclosures (.5); | 2.00 |
| | DMS | review and revise motion to dismiss (.9); send memo to C. Colagiacomo with draft corporate disclosure statement (.3); | 1.20 |
| 10/09/2008 | | | |
| | MEH | telephone call from court re: difference between two motions filed (.1); | 0.10 |
| 10/28/2008 | | | |
| | MEH | telephone call from opposing counsel re: hearing date (.2); telephone call to judge's chambers re: same (.2); draft notice of hearing (.2); | 0.60 |
| | HOB | electronically file both Notice of Hearing | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
11/21/2008
Account No: 98077-093M
Statement No: 2

Beall v. ABC

|  | Hours |  |
|---|---|---|
| documents with the Court; | 0.70 |  |
| For Current Services Rendered | 32.90 | 9,512.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 3.10 | $420.00 | $1,302.00 |
| Hazel Berkoh | 2.70 | 150.00 | 405.00 |
| Kristin D. Thompson | 24.60 | 295.00 | 7,257.00 |
| Sandra B. Vipond | 0.40 | 295.00 | 118.00 |
| Michelle E. Holmes | 2.10 | 205.00 | 430.50 |

| Photocopy Expenses | 4.20 |
|---|---|
| Total Expenses Posted Through 10/31/2008 | 4.20 |
| Total Current Work | 9,516.70 |
| Balance Due | $14,983.40 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

## WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   OCTOBER   2008

Page: 1
11/18/2008
Account No:   98077M

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Carlo Colagiacomo

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-085 Beard | 324.00 | 0.00 | $324.00 |
| 98077-089 Post Petition Representation | 199.50 | 13.00 | $212.50 |
|  | 523.50 | 13.00 | $536.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

## WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   OCTOBER   2008

Page: 1
11/18/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:   98077-085M
Statement No:         11

Attn: Carlo Colagiacomo

Beard

| Date | | | Hours | |
|---|---|---|---|---|
| 10/16/2008 | BEA | telephone conference with plaintiff's counsel (.4); fax and email with plaintiff's counsel re: status conference and postponement to 12/19/08 (.4); | 0.80 | |
| | | For Current Services Rendered | 0.80 | 324.00 |
| | | Total Current Work | | 324.00 |
| | | Balance Due | | $324.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   OCTOBER   2008

| | |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 11/18/2008 |
| Melville  NY  11747 | Account No: 98077-089M |
| | Statement No: 18 |

Attn: Carlo Colagiacomo

Post Petition Representation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/2008 | DMS | draft and revise fee petition (.3); | 0.30 | |
| 10/08/2008 | HJR | telephone call to C. Colagiacomo re: MI compliance issues (.2); | 0.20 | |
| 10/23/2008 | HJR | review spreadsheet re: loans in portfolio (0.1); | 0.10 | |
| | | For Current Services Rendered | 0.60 | 199.50 |

| | |
|---|---|
| Photocopy Expenses | 13.00 |
| Total Expenses Posted Through 10/31/2008 | 13.00 |
| Total Current Work | 212.50 |
| Balance Due | $212.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
11/18/2008
Account No: 98077-089M
Statement No: 18

Post Petition Representation

Your trust account #1 balance is

| | |
|---|---|
| Opening Balance | $250.00 |
| Closing Balance | $250.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.