# Exhibit A

American Home Mortgage Holdings, et al (Case 07-11047)      Exhibit A-1
PricewaterhouseCoopers LLP - Tax Advisors
Summary by Project Category
For the Period October 1, 2008 through October 31, 2008

| Project Category and Task Code | Hours | Total Fees |
|---|---:|---:|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 38.40 | $14,609.00 |
| Real Estate Investment Trust Compliance | 2.00 | $970.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *40.40* | *$15,579.00* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 9.70 | $2,886.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *9.70* | *$2,886.00* |
| **Grand Total Hours for October 2008** | **50.10** | **$18,465.00** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)   Exhibit A-2
PricewaterhouseCoopers LLP - Tax Advisor
Summary of Professionals
For the Period October 1, 2008 through October 31, 2008

| Professional | Rate | Hours | Total Fees |
|---|---:|---:|---:|
| *Partner* | | | |
| Thomas Geppel | $700 | 2.00 | $1,400.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 1.00 | $585.00 |
| *Director* | | | |
| Gregory Fetter | $485 | 7.50 | $3,637.50 |
| Iris M Kitamura | $485 | 3.50 | $1,697.50 |
| Jonathan Robin | $485 | 1.00 | $485.00 |
| Michael Truscott | $485 | 2.00 | $970.00 |
| *Manager* | | | |
| Jennifer L. Deibel | $380 | 2.50 | $950.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 2.20 | $880.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 20.40 | $5,814.00 |
| *Senior Associate (Bankruptcy)* | | | |
| Shonda M Finseth | $290 | 4.90 | $1,421.00 |
| *Associate (Bankruptcy)* | | | |
| Subashi M Stendahl | $225 | 2.60 | $585.00 |
| *Executive Assistant* | | | |
| Stephanie Babajko | $80 | 0.50 | $40.00 |
| **Grand Total Hours and Fees for October 2008** | | **50.10** | **$18,465.00** |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period October 1, 2008 through October 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 10/1/2008 | Christos Vorillas | Senior Associate | Discussions with auditor and the client. Drafted letter to send to NYS Conciliator with documentation for NYS audit. | $285.00 | 1.30 | $370.50 |
| 10/1/2008 | Iris M Kitamura | Director | Discuss invoice pull list from auditor with Chris V. (PwC). | $485.00 | 0.10 | $48.50 |
| 10/1/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Making changes to exhibits and updating narrative based on Greg Fetter's review. | $225.00 | 0.50 | $112.50 |
| 10/2/2008 | Christos Vorillas | Senior Associate | Discussion with the client and Greg F. (PwC). Reviewed loan documentation and drafted letter for NYS auditor for Great Oak and NYS Conciliator regarding gains on mortgages. | $285.00 | 1.50 | $427.50 |
| 10/2/2008 | Gregory Fetter | Director | Discussion with Chris V. and Susan L. (PwC) regarding NJ sales and use tax audit and issues. | $485.00 | 1.00 | $485.00 |
| 10/2/2008 | Stephanie Babajko | Executive Assistant | As requested by client-service team, prepare the certified labels, copies and sent documents via UPS regarding NYS audit. | $80.00 | 0.50 | $40.00 |
| 10/3/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the fifth interim fee application and distribute to Debtors' Counsel for court filings. | $400.00 | 0.20 | $80.00 |
| 10/3/2008 | Christos Vorillas | Senior Associate | Prepared documentation for the NYS Conciliator and Lambert. | $285.00 | 0.50 | $142.50 |
| 10/7/2008 | Christos Vorillas | Senior Associate | Discussion with NJ auditor regarding invoices requested. | $285.00 | 1.00 | $285.00 |
| 10/8/2008 | Christos Vorillas | Senior Associate | Review information request and changes and discussion with Greg F. (PwC). | $285.00 | 0.50 | $142.50 |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)  
PricewaterhouseCoopers LLP - Tax Advisor  
Detail of Professional Services by Date  
For the Period October 1, 2008 through October 31, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 10/8/2008 | Gregory Fetter | Director | Discussion with Chris V. (PwC) regarding NJ sales and use tax audit and OH assessment. | $485.00 | 0.50 | $242.50 |
| 10/9/2008 | Christos Vorillas | Senior Associate | On site visit to review invoices for NJ audit, discussions with the client concerning the audit, and sorted auditor's request for information by vendor. | $285.00 | 4.00 | $1,140.00 |
| 10/9/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Update the September consolidator with new WBS code data. | $290.00 | 2.00 | $580.00 |
| 10/10/2008 | Christos Vorillas | Senior Associate | Discussions with John V. (PwC) regarding on site visit observations. | $285.00 | 0.20 | $57.00 |
| 10/10/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Update the September consolidator with new WBS code data. | $290.00 | 2.90 | $841.00 |
| 10/13/2008 | Gregory Fetter | Director | Discussion with Chris V. (PwC) and Bartek on the NJ sales and use tax audit. | $485.00 | 2.00 | $970.00 |
| 10/13/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Reviewing the September application and creating the expense exhibit. | $225.00 | 0.80 | $180.00 |
| 10/15/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the September 2008 fee consolidator, narrative and exhibits. | $400.00 | 1.10 | $440.00 |
| 10/16/2008 | Christos Vorillas | Senior Associate | Discussion with Gregory F. and Iris K. (PwC) regarding sales and use tax next steps. | $285.00 | 1.70 | $484.50 |
| 10/16/2008 | Gregory Fetter | Director | Discussions on NJ and OH audits regarding next steps and outstanding items. Direction provided to Jennifer D. and Christos V. regarding action items. | $485.00 | 1.50 | $727.50 |
| 10/16/2008 | Gregory Fetter | Director | Conference call with client to discuss OH sales and use tax audit. | $485.00 | 1.00 | $485.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period October 1, 2008 through October 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 10/16/2008 | Jennifer L. Deibel | Manager | Contact R. Daum regarding Ohio Use Tax Assessment; correspondence with Christos V. and Gregory F. (PwC); call from Christos V. and Gregory F (PwC) to discuss next steps and outstanding items. | $380.00 | 2.00 | $760.00 |
| 10/17/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Greg Fetter (PwC) regarding September 2008 fee statement, upcoming fee hearing and cash collection status. | $400.00 | 0.20 | $80.00 |
| 10/17/2008 | Christos Vorillas | Senior Associate | Discussion with Iris K. (PwC) regarding the invoice request list from the NYS auditor. | $285.00 | 1.10 | $313.50 |
| 10/17/2008 | Gregory Fetter | Director | Discussion with Iris K. (PwC) regarding NJ sales and use tax audit. | $485.00 | 0.50 | $242.50 |
| 10/17/2008 | Iris M Kitamura | Director | Meeting with Greg F. and Chris V. (PwC) to discuss invoice retrieval issues. | $485.00 | 1.00 | $485.00 |
| 10/17/2008 | Jonathan Robin | Director | Reviewed bankruptcy issue related NYC's right to audit for post bankruptcy petition years and discussed with an official at the NYC Law Department and Chris V. (PwC). | $485.00 | 1.00 | $485.00 |
| 10/20/2008 | Christos Vorillas | Senior Associate | Discussions with Iris K., Greg F., (PwC) and the Client regarding status of the NJ audit. Also, contacted NJ to inquire status of GCT audit. | $285.00 | 1.00 | $285.00 |
| 10/20/2008 | Iris M Kitamura | Director | Discuss NJ sales and use tax audit with Chris V. (PwC), including providing requested data to the auditor and research regarding audit procedures for document production. | $485.00 | 1.70 | $824.50 |
| 10/21/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Subashi Stendahl (PwC) regarding September 2008 monthly fee consolidator. | $400.00 | 0.20 | $80.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period October 1, 2008 through October 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 10/21/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review final September 2008 fee statement and forward to Debtors' Counsel for court filing. | $400.00 | 0.10 | $40.00 |
| 10/21/2008 | Christos Vorillas | Senior Associate | Discussion with Susan L. and Iris K. (PwC) and preparation of the GL. | $285.00 | 2.50 | $712.50 |
| 10/21/2008 | Iris M Kitamura | Director | Discuss NJ sales and use tax audit with Chris V. and Greg F. (PwC). | $485.00 | 0.70 | $339.50 |
| 10/21/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Drafting August and September GFS invoices. | $225.00 | 0.70 | $157.50 |
| 10/21/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Incorporating signature pages into final draft of narrative in preparation of being distributed to Counsel. | $225.00 | 0.30 | $67.50 |
| 10/22/2008 | Christos Vorillas | Senior Associate | Continued to prepare the GL. | $285.00 | 3.00 | $855.00 |
| 10/22/2008 | John A Verde | Senior Managing Director | Review NYS Conciliation matter and provide response to conferee request for detail on loan securitization. | $585.00 | 1.00 | $585.00 |
| 10/24/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Follow-up conversation with Subashi Stendahl (PwC) regarding invoice payment and Order approval. | $400.00 | 0.30 | $120.00 |
| 10/24/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the status of the AHM Order and communicate the approval to Greg Fetter (PwC). | $400.00 | 0.10 | $40.00 |
| 10/24/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Draft holdback invoice to cover the second interim period (May through July). | $225.00 | 0.30 | $67.50 |
| 10/28/2008 | Christos Vorillas | Senior Associate | Discussed NJ taxes with Iris K. (PwC) and AHM mortgage credit with NYS auditor. | $285.00 | 1.00 | $285.00 |
| 10/28/2008 | Thomas Geppel | Partner | Review the employment tax deliverables. | $700.00 | 2.00 | $1,400.00 |

Page 4 of 5
Tuesday, November 25, 2008

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period October 1, 2008 through October 31, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 10/29/2008 | Christos Vorillas | Senior Associate | Discussion with Jen D. (PwC) and AHM regarding the Ohio sales and use tax audit. | $285.00 | 0.50 | $142.50 |
| 10/29/2008 | Gregory Fetter | Director | Discussion with Susan L., Jennifer D., and Chris V. (PwC) regarding OH, NJ, and NY audits. | $485.00 | 1.00 | $485.00 |
| 10/29/2008 | Jennifer L. Deibel | Manager | Prepare for Ohio sales and use tax meeting and conference call with AHM to discuss Ohio use tax assessment options. | $380.00 | 0.50 | $190.00 |
| 10/29/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 1.00 | $485.00 |
| 10/30/2008 | Christos Vorillas | Senior Associate | Discussion with Richard Flatch from NJ to discuss the NJ CBT audit and reported findings to Greg F (PwC). | $285.00 | 0.60 | $171.00 |
| 10/31/2008 | Michael Truscott | Director | Review tax return. | $485.00 | 1.00 | $485.00 |
| **Grand Total Hours and Compensation for October 2008** | | | | | **50.10** | **$18,465.00** |