IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF SERVICE OF CITIMORTGAGE, INC.'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEBTORS**

PLEASE TAKE NOTICE THAT on November 26, 2008 CitiMortgage, Inc. served its First Set of Interrogatories and First Request for Production of Documents, and this Notice of Service, on the parties on the attached service list in the manners indicated thereon.

Dated: November 26, 2008        **MORRIS JAMES LLP**

_____
Brett D. Fallon (DE Bar No. 2480)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: thoran@morrisjames.com

-and-

Andrew J. Petrie (*admitted pro hac vice*)
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
Telephone: (303) 626-7139
Facsimile: (303) 626-7101
E-mail: apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*

2015002

**VIA HAND DELIVERY &
ELECTIONIC MAIL**
James L. Patton, Jr.
Pauline K. Morgan
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL &
ELECTRONIC MAIL**
Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue,
14th & 15th Floor
New York, NY 10022

**VIA HAND DELIVERY &
ELECTIONIC MAIL**
Sean Beach, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY &
ELECTRONIC MAIL**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE 19801