IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>**Docket Ref. No. 5791** |

**ORDER APPROVING STIPULATION SETTLING MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY AND PROVIDING FOR <u>MEDIATION OF CERTAIN DISPUTES</u>**

AND NOW, this 1st day of December ~~November~~, 2008, the stipulation attached hereto as Exhibit A is approved in its entirety.

Christopher S. Sontchi
United States Bankruptcy Judge

519.000-23097