# EXHIBIT A

Confirmation Hearing Notice

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x  Chapter 11

In re:                                                       :  Case No. 07-11047 (CSS)
                                                             :
AMERICAN HOME MORTGAGE                                        :  Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :  Voting Deadline: January 14, 2009 at 4:00 p.m. (ET)
                    Debtors.[1]                               :  Objection Deadline: January 14, 2009 at 4:00 p.m. (ET)
                                                             :  Confirmation Hearing: January 28, 2009 at 10:00 a.m. (ET)
------------------------------------------------------------ x

### NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) DEADLINE FOR VOTING ON THE PLAN, (III) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN

TO:     HOLDERS OF CLAIMS IN CLASSES 1B(1) et seq., 1C(1), 1C(2), 1C(3), 1C(4), 2B(1)(a) et seq., 2B(2), 2B(3), 2C(1), 2C(2), 2C(3), 2C(4), 3B(1)(a) et seq., 3B(2), 3C(1), 3C(2), 3C(3), 4B(1)(a) et seq., 4B(2), 4C(1), 4C(2), 4C(3), 5B(1)(a) et seq., 5B(2), 5B(3), 5B(4), 5C(1), 5C(2), 5C(3), 6B(1) et seq., 6C(1), 6C(2), 7B(1) et seq., 7C(1), 7C(2), 8B(1) et seq., 8C(1) and 8C(2)

## PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      YOUR VOTE IS BEING SOLICITED IN CONNECTION WITH THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008 (THE "PLAN").[2]  YOU SHOULD CAREFULLY REVIEW THE MATERIAL SET FORTH IN THE DISCLOSURE STATEMENT ENCLOSED HEREWITH (AND IN THE EXHIBITS ATTACHED THERETO) IN ORDER TO MAKE AN INDEPENDENT DETERMINATION AS TO WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN.

## APPROVAL OF DISCLOSURE STATEMENT

2.      By Order dated [•], 2008, (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

## DEADLINE FOR VOTING ON THE PLAN

3.      By the Disclosure Statement Order, the Bankruptcy Court established January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received.  To be counted, your original ballot (which is enclosed herewith) must actually be received on or before the Voting Deadline by Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017. Ballots cast by facsimile, email or other electronic transmission will not be counted.

## CONFIRMATION HEARING

4.    On **January 28, 2009 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "Confirmation Hearing") will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 to consider confirmation of the Plan, as the same may be amended or modified, and for such other and further relief as may be just. The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or the filing of a notice of re-scheduled hearing with the Bankruptcy Court. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

## EXCULPATION AND INJUNCTIONS

5.    The Plan contains the exculpation and injunction provisions set forth below:

**Except as otherwise expressly provided in this Plan, the documents executed pursuant to this Plan, or the Confirmation Order, on and after the Effective Date, all Persons who have held, currently hold, or may hold Claims against or Interests in the Debtors or the Estates that arose prior to the Effective Date (including but not limited to states and other governmental units, and any state official, employee, or other entity acting in an individual or official capacity on behalf of any state or other governmental units) are permanently enjoined from, on account of such Claims or Interests: (i) commencing or continuing in any manner, directly or indirectly, any action or other proceeding against any Protected Party or any property of any Protected Party; (ii) enforcing, attaching, executing, collecting, or recovering in any manner, directly or indirectly, any judgment, award, decree, or order against any Protected Party or any property of any Protected Party; (iii) creating, perfecting, or enforcing, directly or indirectly, any lien or encumbrance of any kind against any Protected Party or any property of any Protected Party; (iv) asserting or effecting, directly or indirectly, any setoff, right of subrogation, or recoupment of any kind against obligation due to any Protected Party or any property of any Protected Party; and (v) taking any act, in any manner, in any place whatsoever, that does not conform to, comply with, or that is inconsistent with any provision of this Plan. Any Person injured by any willful violation of such injunction may recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages from the willful violator. Nothing contained in this Article 12 shall enjoin or prohibit (i) the Holder of a Disputed Claim from litigating its right to seek to have such Disputed Claim declared an Allowed Claim and paid in accordance with the distribution provisions of this Plan, (ii) the interpretation or enforcement by any party in interest of any of the obligations of the Debtors, the Plan Trustee, or the Plan Trust under this Plan, or (iii) the borrower(s) under any Mortgage Loan against whom a foreclosure action is commenced by or on behalf of any Protected Party from asserting and prosecuting, in such action, any claims and defenses preserved under Article 8E(6) of this Plan. The Confirmation Order also shall constitute an injunction enjoining any Person from enforcing or attempting to enforce any Claim or Cause of Action against any Protected Party or any property of any Protected Party based on, arising from or related to any failure to pay, or make provision for payment of, any amount payable with respect to any Priority Tax Claim on which the payments due under Article 4 of this Plan have been made or are not yet due under Article 4 of this Plan.**

Unless otherwise provided herein or in the Confirmation Order, all injunctions or stays provided for in the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, this Plan, by orders of the Bankruptcy Court, or otherwise, and extant on the Confirmation Date, shall remain in full force and effect until the later of (i) entry of the Final Decree or (ii) the dissolution of the Plan Trust, provided, however, that on and after the Effective Date, the automatic stay under § 362 of the Bankruptcy Code shall be deemed lifted to the extent necessary to permit the borrower(s) under any Mortgage Loan against whom a foreclosure action is commenced from asserting and prosecuting, in such action, any claims and defenses preserved under Article 8E(6) of this Plan.

On and after the Effective Date, none of the Exculpated Parties shall have or incur any liability for, and each Exculpated Party is hereby released from, any claim, cause of action or liability to any other Exculpated Party, to any Holder of a Claim or Interest, or to any other party in interest, for any act or omission that occurred during the Chapter 11 Cases or in connection with the preparation and filing of the Chapter 11

Cases, the formulation, negotiation, and/or pursuit of confirmation of this Plan, the consummation of this Plan, and/or the administration of this Plan and/or the property to be distributed under this Plan, except for claims, causes of action or liabilities arising from the gross negligence, willful misconduct or fraud of any Exculpated Party, in each case subject to determination of such by final order of a court of competent jurisdiction and provided that any Exculpated Party shall be entitled to reasonably rely upon the advice of counsel with respect to its duties and responsibilities (if any) under this Plan and such reasonable reliance shall constitute an absolute defense to any such claim, cause of action, or liability. Without limiting the generality of the foregoing, each Exculpated Party shall be entitled to and granted the protections and benefits of section 1125(e) of the Bankruptcy Code. No provision of this Plan or the Disclosure Statement shall be deemed to act or release any claims, Causes of Action or liabilities that the Plan Trust, the Estates, or any party in interest may have against or to any Person for any act, omission, or failure to act that occurred prior to the Petition Date other than in connection with the preparation and filing of the Chapter 11 Cases, nor shall any provision of this Plan be deemed to act to release any Avoidance Actions.

Except as otherwise provided in § 1141(d)(3) of the Bankruptcy Code, on and after the Confirmation Date, the provisions of the Plan shall bind any Holder of a Claim against, or Interest in, the Debtors, the Estates and their respective successors or assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan, whether or not such Holder has accepted the Plan and whether or not the Holder has filed a Claim. The rights, benefits and obligations of any Person named or referred to in the Plan, whose actions may be required to effectuate the terms of the Plan, shall be binding on and shall inure to the benefit of any heir, executor, administrator, successor or assign of such Person (including, without limitation, any trustee appointed for the Debtors under chapters 7 or 11 of the Bankruptcy Code).

## DEADLINE FOR OBJECTIONS TO CONFIRMATION OF THE PLAN

6.    Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall: (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be received on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time), upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: James L. Patton, Jr. and Robert S. Brady), counsel for the Debtors; (ii) Kroll Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Creditors Committee; (iv) Gilbert Oshinsky LLP, 1100 New York Avenue, NW, Suite 700, Washington, DC 20005 (Attn.: Stephen A. Weisbrod) and Zuckerman Spaeder LLP, 919 Market Street, Suite 990, Wilmington, Delaware 19801 (Attn.: Thomas G. Macauley), counsel for the Borrowers Committee; and (v) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon). Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

Dated: Wilmington, Delaware
[·], 2008

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

# **EXHIBIT B-1**

## CLASS 1B(1) BALLOT

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x  Chapter 11
                                                  :
In re:                                            :
                                                  :  Case No. 07-11047 (CSS)
                                                  :
AMERICAN HOME MORTGAGE                            :
HOLDINGS, INC., a Delaware corporation, et al.,   :  Jointly Administered
                                                  :
                                                  :
                        Debtors.¹                 :
                                                  :
------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 1B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM HOLDINGS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Class Vote.** The undersigned, a holder of a **Class 1B(1) Miscellaneous Secured Claim against AHM Holdings**, in the amount set forth below, votes to (check <u>one</u> box):

☐  Accept the Plan.                          ☐  Reject the Plan.

Claim Amount: $ _____

Creditor: _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

066585.1001

DB02:7191697.1

## <u>VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT</u>

1.     In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

| | |
|---|---|
| If by United States Postal Service:<br>  Epiq Bankruptcy Solutions, LLC<br>  Attn.: American Home Mortgage Balloting Processing<br>  P.O. Box 5115, FDR Station<br>  New York, New York 10150-5115 | If by Overnight Carrier or Hand Delivery:<br>  Epiq Bankruptcy Solutions, LLC<br>  Attn.: American Home Mortgage Balloting Processing<br>  757 Third Avenue, 3rd Floor<br>  New York, New York 10017 |

     **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.     If you hold Claims in more than one voting Class under the Plan (e.g., you hold a Class 1B(1) Miscellaneous Secured Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 1B(1) Miscellaneous Secured Claim against AHM Holdings.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3

## __EXHIBIT B-2__

CLASS 1C(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
                                                                :
In re:                                                          :  Case No. 07-11047 (CSS)
                                                                :
AMERICAN HOME MORTGAGE                                          :  Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,                 :
                                                                :
                                        Debtors.[1]              :
---------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 1C(1):  UNSECURED CLAIMS AGAINST AHM HOLDINGS OTHER THAN THE BofA SYNDICATE UNSECURED CLAIM, THE SUBORDINATED TRUST PREFERRED CLAIMS, AND BORROWER CLAIMS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 1C(1) Unsecured Claim against AHM Holdings other than the
BofA Syndicate Unsecured Claim, Subordinated Trust Preferred Claims, and Borrower Claims**, in the amount set forth
below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.                        ☐    **Reject** the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

     **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1C(1) Unsecured Claim against AHM Holdings other than the BofA Syndicate Unsecured Claim, Subordinated Trust Preferred Claims, and Borrower Claims and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 1C(1) Unsecured Claim against AHM Holdings other than the BofA Syndicate Unsecured Claim , Subordinated Trust Preferred Claims and Borrower Claims.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7191697.1                                                                                            066585.1001

## **EXHIBIT B-3**

CLASS 1C(2) BALLOT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x Chapter 11

In re:

: Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,

: Jointly Administered

Debtors.[1]

---------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 1C(2): BofA SYNDICATE UNSECURED CLAIM AGAINST AHM HOLDINGS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Class Vote.** The undersigned, a holder of a **Class 1C(2) BofA Syndicate Unsecured Claim against AHM Holdings,** in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept the Plan.**           ☐     **Reject the Plan.**

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

6

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1C(2) BofA Syndicate Unsecured Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 1C(2) BofA Syndicate Unsecured Claim against AHM Holdings.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

# **EXHIBIT B-4**

## CLASS 1C(3) BALLOT

DB02:7191697.1

066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x   Chapter 11
In re:                                                  :
                                                        :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                   :
HOLDINGS, INC., a Delaware corporation, et al.,         :   Jointly Administered
                                                        :
                               Debtors.¹                :
------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

#### CLASS 1C(3):   SUBORDINATED TRUST PREFERRED CLAIMS AGAINST AHM HOLDINGS

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com — click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 1C(3) Subordinated Trust Preferred Claim against AHM Holdings**, in the amount set forth below, votes to (check <u>one</u> box):

☐    Accept the Plan.          ☐    Reject the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

    Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.     If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1C(3) Subordinated Trust Preferred Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 1C(3) Subordinated Trust Preferred Claim against AHM Holdings.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.     Your Claim has been temporarily allowed solely for purposes of voting to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.     PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## EXHIBIT B-5

CLASS 1C(4) BALLOT

DB02:7191697.1

066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re: | : |
|  | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al., | : Jointly Administered |
|  | : |
| Debtors.[1] | : |
| ------------------------------------------------------------------ x |  |

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

#### CLASS 1C(4):  BORROWER CLAIMS AGAINST AHM HOLDINGS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 1C(4) Borrower Claim against AHM Holdings**, in the amount set
forth below, votes to (check one box):

☐   Accept the Plan.            ☐   Reject the Plan.

Creditor: _____   Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

17.    In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   P.O. Box 5115, FDR Station
   New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   757 Third Avenue, 3rd Floor
   New York, New York 10017

      Ballots must be *received* by the Balloting Agent on or before **January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

18.    If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 1C(4) Borrower Claim against AHM Holdings and a Class 2B(1) Miscellaneous Secured Claim against AHM Investment) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 1C(4) Borrower Claim against AHM Holdings.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

19.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

20.    The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

21.    If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

22.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

23.    PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

24.    IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7191697.1    066585.1001

## **EXHIBIT B-6**

### CLASS 2B(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x Chapter 11
                                                  :
In re:                                            : Case No. 07-11047 (CSS)
                                                  :
AMERICAN HOME MORTGAGE                            : Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,   :
                                                  :
                                Debtors.[1]       :
------------------------------------------------ x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 2B(1):   MISCELLANEOUS SECURED CLAIMS AGAINST AHM INVESTMENT

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 2B(1) Miscellaneous Secured Claim against AHM Investment**, in the amount set forth below, votes to (check <u>one</u> box):

☐  **Accept** the Plan.          ☐  **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193056.3                    066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2B(1) Miscellaneous Secured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2B(1) Miscellaneous Secured Claim against AHM Investment.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

## **EXHIBIT B-7**

CLASS 2B(2) BALLOT

DB02:7193056.3

066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ x  Chapter 11

In re:                          :

                             : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE         :

HOLDINGS, INC., a Delaware corporation, et al.,   : Jointly Administered

                             :

              Debtors.[1]        :

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ x

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

#### CLASS 2B(2):  BofA SYNDICATE SECURED CLAIM AGAINST AHM INVESTMENT

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote**. The undersigned, a holder of a **Class 2B(2) BofA Syndicate Secured Claim against AHM Investment**, in the amount set forth below, votes to (check one box):

☐    Accept the Plan.          ☐    Reject the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

6

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
 Epiq Bankruptcy Solutions, LLC
 Attn.: American Home Mortgage Balloting Processing
 P.O. Box 5115, FDR Station
 New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
 Epiq Bankruptcy Solutions, LLC
 Attn.: American Home Mortgage Balloting Processing
 757 Third Avenue, 3rd Floor
 New York, New York 10017

        Ballots must be *received* by the Balloting Agent on or before **January 14, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "**Voting Deadline**"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (e.g., you hold a Class 2B(2) BofA Syndicate Secured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2B(2) BofA Syndicate Secured Claim against AHM Investment.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

DB02:7193056.3

# EXHIBIT B-8

## CLASS 2B(3) BALLOT

066585.1001

DB02:7193056.3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              :   Jointly Administered
                                                             :
                                    Debtors.¹                :
------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008**

**CLASS 2B(3):  JPM SECURED CLAIM AGAINST AHM INVESTMENT**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009
> AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY
> RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Bankruptcy Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, a holder of a **Class 2B(3) JPM Secured Claim against AHM Investment**, in the amount
set forth below, votes to (check <u>one</u> box):

☐     **Accept the Plan.**        ☐     **Reject the Plan.**

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2B(3) JPM Secured Claim against AHM Investment and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2B(3) JPM Secured Claim against AHM Investment.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3

## EXHIBIT B-9

CLASS 2C(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------- x  Chapter 11
                                                     :
In re:                                               :  Case No. 07-11047 (CSS)
                                                     :
AMERICAN HOME MORTGAGE                               :  Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,      :
                                                     :
                                Debtors.¹            :
---------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 2C(1):  UNSECURED CLAIMS AGAINST AHM INVESTMENT OTHER THAN THE BofA SYNDICATE UNSECURED CLAIM, SUBORDINATED TRUST PREFERRED CLAIMS, AND BORROWER CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE **ACTUALLY RECEIVED** BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, a holder of a **Class 2C(1) Unsecured Claim against AHM Investment other than the
BofA Syndicate Unsecured Claim, Subordinated Trust Preferred Claims, and Borrower Claims** in the amount set forth
below, votes to (check <u>one</u> box):

☐    Accept the Plan.          ☐    Reject the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193056.3                                                                                          066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2C(1) Unsecured Claim against AHM Investment other than the BofA Syndicate Unsecured Claim, Subordinated Trust Preferred Claims, and Borrower Claims and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2C(1) Unsecured Claim against AHM Investment other than the BofA Syndicate Unsecured Claim, Subordinated Trust Preferred Claims, and Borrower Claims.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193056.3                                                                          066585.1001

# EXHIBIT B-10

CLASS 2C(2) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x  Chapter 11
In re:                                                   :
                                                         :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                    :
HOLDINGS, INC., a Delaware corporation, et al.,          :  Jointly Administered
                                                         :
                                Debtors.¹                 :
-------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008**

**CLASS 2C(2):  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM INVESTMENT**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009**
> **AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY**
> **RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1. Class Vote.** The undersigned, a holder of a **Class 2C(2) BofA Syndicate Unsecured Claim against AHM Investment**, in the amount set forth below, votes to (check one box):

☐    Accept the Plan.          ☐    Reject the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

6

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:

    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:

    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      Ballots must be *received* by the Balloting Agent on or before **January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**.  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2C(2) BofA Syndicate Unsecured Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 2C(2) BofA Syndicate Unsecured Claim against AHM Investment.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been temporarily allowed solely for purposes of voting to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

# EXHIBIT B-11

## CLASS 2C(3) BALLOT

066585.1001

DB02:7193056.3

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x   Chapter 11
In re:                                                 :
                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., a Delaware corporation, et al.,        :   Jointly Administered
                                                       :
                               Debtors.¹               :
------------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 2C(3): SUBORDINATED TRUST PREFERRED CLAIMS AGAINST AHM INVESTMENT

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE __ACTUALLY RECEIVED__ BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount __and__ more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is __received__ by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will __not__ be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 2C(3) Subordinated Trust Preferred Claim against AHM**
Investment, in the amount set forth below, votes to (check <u>one</u> box):

☐     Accept the Plan.                    ☐     Reject the Plan.

Creditor: _____        Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

10

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

        Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.     If you hold Claims in more than one voting Class under the Plan (e.g., you hold a Class 2C(3) Subordinated Trust Preferred Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2C(3) Subordinated Trust Preferred Claim against AHM Investment.** You must vote all your Claims within a single Class either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right of the Debtors to contest the amount or validity of your Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

11

# **EXHIBIT B-12**

CLASS 2C(4) BALLOT

DB02:7193056.3

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x  Chapter 11
                                                    :
In re:                                              :  Case No. 07-11047 (CSS)
                                                    :
AMERICAN HOME MORTGAGE                              :  Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :
                              Debtors.¹             :
-------------------------------------------------- x
```

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 2C(4): BORROWER CLAIMS AGAINST AHM INVESTMENT

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE **ACTUALLY RECEIVED** BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 2C(4) Borrower Claim against AHM Investment**, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept the Plan.**          ☐    **Reject** the Plan.

Creditor: _____    Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

DB02:7193056.3

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

17.    In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

    Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "**Voting Deadline**").  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

18.    If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 2C(4) Borrower Claim against AHM Investment and a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 2C(4) Borrower Claim against AHM Investment.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

19.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

20.    The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

21.    If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

22.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

23.    PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

24.    IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

## **EXHIBIT B-13**

CLASS 3B(1) BALLOT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x  Chapter 11
                                                             :
In re:                                                       :  Case No. 07-11047 (CSS)
                                                             :
AMERICAN HOME MORTGAGE                                        :  Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :
                                    Debtors.[1]              :
------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008**

**CLASS 3B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM ACCEPTANCE**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009**
> **AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY**
> **RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

------------------------------------------------------------

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept the Plan.**                    ☐     **Reject the Plan.**

Claim Amount: $ _____

Creditor: _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

066585.1001

DB02:7193308.3

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3B(1) Miscellaneous Secured Claim against AHM Acceptance.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.**

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193308.3

066585.1001

## **EXHIBIT B-14**

CLASS 3B(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x   Chapter 11
                                                       :
In re:                                                 :   Case No. 07-11047 (CSS)
                                                       :
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., a Delaware corporation, et al.,        :   Jointly Administered
                                                       :
                                                       :
                        Debtors.¹                      :
                                                       :
------------------------------------------------------ x
```

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 3B(2): BofA SYNDICATE SECURED CLAIM AGAINST AHM ACCEPTANCE

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote**. The undersigned, a holder of a **Class 3B(2) BofA Syndicate Secured Claim against AHM Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐    Accept the Plan.          ☐    Reject the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:

    Epiq Bankruptcy Solutions, LLC

    Attn.: American Home Mortgage Balloting Processing

    P.O. Box 5115, FDR Station

    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:

    Epiq Bankruptcy Solutions, LLC

    Attn.: American Home Mortgage Balloting Processing

    757 Third Avenue, 3rd Floor

    New York, New York 10017

       Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "**Voting Deadline**"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 3B(2) BofA Syndicate Secured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each sub category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 3B(2) BofA Syndicate Secured Claim against AHM Acceptance.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

# **EXHIBIT B-15**

## CLASS 3C(1) BALLOT

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
                                                             :
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,              :   Jointly Administered
                                                             :
                                                             :
                                   Debtors.¹                 :
------------------------------------------------------------ x
```

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 3C(1): UNSECURED CLAIMS AGAINST AHM ACCEPTANCE OTHER THAN THE BofA SYNDICATE UNSECURED CLAIM AND BORROWER CLAIMS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1. Class Vote.** The undersigned, a holder of a **Class 3C(1) Unsecured Claim against AHM Acceptance other than the
BofA Syndicate Unsecured Claim and Borrower Claims**, in the amount set forth below, votes to (check <u>one</u> box):

☐   **Accept the Plan.**          ☐   **Reject the Plan.**

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

DB02:7193308.3                                                                 066585.1001

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   P.O. Box 5115, FDR Station
   New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   757 Third Avenue, 3rd Floor
   New York, New York 10017

         Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (e.g., you hold a Class 3C(1) Unsecured Claim against AHM Acceptance other than the BofA Syndicate Unsecured Claim and Borrower Claims and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 3C(1) Unsecured Claim against AHM Acceptance other than the BofA Syndicate Unsecured Claim and Borrower Claims.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

DB02:7193308.3

# EXHIBIT B-16

CLASS 3C(2) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------ x | Chapter 11 |
| In re: | : |
|  | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al., | : Jointly Administered |
|  | : |
| Debtors.[1] | : |
| ------------------------------------------------------------ x |  |

### BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
### OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

#### CLASS 3C(2):  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM ACCEPTANCE

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009
> AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY
> RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com) -- click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 3C(2) BofA Syndicate Unsecured Claim against AHM Acceptance**, in the amount set forth below, votes to (check <u>one</u> box):

☐     Accept the Plan.          ☐     Reject the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

6

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
  Epiq Bankruptcy Solutions, LLC
  Attn.: American Home Mortgage Balloting Processing
  P.O. Box 5115, FDR Station
  New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
  Epiq Bankruptcy Solutions, LLC
  Attn.: American Home Mortgage Balloting Processing
  757 Third Avenue, 3rd Floor
  New York, New York 10017

      Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (e.g., you hold a Class 3C(2) BofA Syndicate Unsecured Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 3C(2) BofA Syndicate Unsecured Claim against AHM Acceptance.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

7

066585.1001

## **EXHIBIT B-17**

CLASS 3C(3) BALLOT

DB02:7193308.3

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| -------------------------------------------------------------------- x | Chapter 11 |
| In re: | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al., | : Jointly Administered |
| | : |
| Debtors.[1] | : |
| -------------------------------------------------------------------- x | |

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 3C(3):  BORROWER CLAIM AGAINST AHM ACCEPTANCE

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME).  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.  In addition, copies of the Disclosure Statement may be obtained for a charge through Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.  You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 3C(3) Borrower Claim against AHM Acceptance**, in the amount set
forth below, votes to (check <u>one</u> box):

☐   **Accept the Plan.**            ☐   **Reject the Plan.**

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

**Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.     If you hold Claims in more than one voting Class under the Plan (e.g., you hold a Class 3C(3) Borrower Claim against AHM Acceptance and a Class 4B(1) Miscellaneous Secured Claim against AHM SV) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 3C(3) Borrower Claim against AHM Acceptance.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3

066585.1001

# **EXHIBIT B-18**

## CLASS 4B(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x Chapter 11

In re:                                                     :
                                                           : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                      :
HOLDINGS, INC., a Delaware corporation, et al.,            : Jointly Administered
                                                           :
                                                           :
                            Debtors.[1]                    :
---------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 4B(1):   MISCELLANEOUS SECURED CLAIMS AGAINST AHM SV

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON January 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE _ACTUALLY RECEIVED_ BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount _and_ more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 _et seq._ (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Class Vote.** The undersigned, a holder of a **Class 4B(1) Miscellaneous Secured Claim against AHM SV**, in the amount set forth below, votes to (check <u>one</u> box):

☐　　**Accept the Plan.**　　　　　☐　　**Reject the Plan.**

Claim Amount: $ _____

Creditor: _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   P.O. Box 5115, FDR Station
   New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
   Epiq Bankruptcy Solutions, LLC
   Attn.: American Home Mortgage Balloting Processing
   757 Third Avenue, 3rd Floor
   New York, New York 10017

**Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4B(1) Miscellaneous Secured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 4B(1) Miscellaneous Secured Claim against AHM SV.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

# EXHIBIT B-19

CLASS 4B(2) BALLOT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x Chapter 11

In re:                   : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE    : Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,

               Debtors.[1]

------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 4B(2):  BofA SYNDICATE SECURED CLAIM AGAINST AHM SV

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE **ACTUALLY RECEIVED** BY THIS DEADLINE IN ORDER TO BE COUNTED.

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 4B(2) BofA Syndicate Secured Claim against AHM SV**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept the Plan.**              ☐     **Reject the Plan.**

Claim Amount: $ _____

Creditor: _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

       **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**. If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4B(2) BofA Syndicate Secured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 4B(2) BofA Syndicate Secured Claim against AHM SV.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

066585.1001

# **EXHIBIT B-20**

## CLASS 4C(1) BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x Chapter 11

In re:                        :

                            : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE      :

HOLDINGS, INC., a Delaware corporation, et al.,   : Jointly Administered

                            :

                 Debtors.[1]    :

------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 4C(1): UNSECURED CLAIMS AGAINST AHM SV OTHER THAN THE
### BofA SYNDICATE UNSECURED CLAIM AND BORROWER CLAIMS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc., (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

**PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1. Class Vote.** The undersigned, a holder of a **Class 4C(1) Unsecured Claim against AHM SV other than the BofA
Syndicate Unsecured Claim and Borrower Claims**, in the amount set forth below, votes to (check <u>one</u> box):

☐  **Accept the Plan.**          ☐  **Reject the Plan.**

Creditor: _____      Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the
other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to
accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed
and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and
rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:

    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:

    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

        **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.  If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4C(1) Unsecured Claim against AHM SV other than the BofA Syndicate Unsecured Claim and Borrower Claims and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 4C(1) Unsecured Claim against AHM SV other than the BofA Syndicate Unsecured Claim and Borrower Claims.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.  Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.  The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.  If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.  NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.  PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.  IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

# **EXHIBIT B-21**

## CLASS 4C(2) BALLOT

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x Chapter 11
:
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE :
HOLDINGS, INC., a Delaware corporation, et al., : Jointly Administered
:
:
Debtors.[1] :
-------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN
## OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 4C(2):  BofA SYNDICATE UNSECURED CLAIM AGAINST AHM SV

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009
> AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY
> RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of a **Class 4C(2) BofA Syndicate Unsecured Claim against AHM SV**, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.          ☐     **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

6

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

| | |
|---|---|
| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

      **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4C(2) BofA Syndicate Unsecured Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 4C(2) BofA Syndicate Unsecured Claim against AHM SV.  You must vote all your Claims within a single Class under the Plan** either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193322.3                                                                                            066585.1001

## **EXHIBIT B-22**

CLASS 4C(3) BALLOT

DB02:7193322.3

066585.1001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x Chapter 11

In re:                                                                     :

                                                                           : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                          :

HOLDINGS, INC., a Delaware corporation, et al.,    : Jointly Administered

                                                                           :

                                               Debtors.[1]       :

---------------------------------------------------------------- x

**BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN**
**OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008**

**CLASS 4C(3):   BORROWER CLAIM AGAINST AHM SV**

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "<u>Ballot</u>") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "<u>Plan</u>") submitted by the Debtors and described in the related disclosure statement (the "<u>Disclosure Statement</u>") approved by order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.
To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS
BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a **Class 4C(3) Borrower Claim against AHM SV**, in the amount set forth below, votes to (check <u>one</u> box):

☐    Accept the Plan.          ☐    **Reject the Plan.**

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

9.     In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

      **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

10.     If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 4C(3) Borrower Claim against AHM SV and a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting a Class 4C(3) Borrower Claim against AHM SV.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

11.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

12.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

13.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

14.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

15.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

16.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

DB02:7193322.3

066585.1001

## EXHIBIT B-23

CLASS 5B(1) BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x  Chapter 11

In re:                                :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE            :
HOLDINGS, INC., a Delaware corporation, et al.,   :   Jointly Administered

                                   :
              Debtors.[1]       :

-------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 5B(1):  MISCELLANEOUS SECURED CLAIMS AGAINST AHM CORP.

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE _ACTUALLY RECEIVED_ BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote counted, you must complete, sign, and return this Ballot as follows: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is _received_ by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

                       066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

**PLEASE COMPLETE ITEMS 1 AND 2.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Class Vote.**  The undersigned, a holder of a **Class 5B(1) Miscellaneous Secured Claim against AHM Corp.**, in the amount set forth below, votes to (check one box):

☐    **Accept the Plan.**                ☐    **Reject the Plan.**

Creditor: _____            Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

<u>**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**</u>

1.       In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "<u>Balloting Agent</u>") at the following address:

| If by United States Postal Service: | If by Overnight Carrier or Hand Delivery: |
|---|---|
| Epiq Bankruptcy Solutions, LLC | Epiq Bankruptcy Solutions, LLC |
| Attn.: American Home Mortgage Balloting Processing | Attn.: American Home Mortgage Balloting Processing |
| P.O. Box 5115, FDR Station | 757 Third Avenue, 3rd Floor |
| New York, New York 10150-5115 | New York, New York 10017 |

        **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.       If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5B(1) Miscellaneous Secured Claim against AHM Corp. and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5B(1) Miscellaneous Secured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.       Your Claim has been temporarily allowed solely for purposes of voting to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.       The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.       If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.       NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.       PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.       IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3

## EXHIBIT B-24

CLASS 5B(2) BALLOT

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x Chapter 11

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,

                                        Debtors.[1]

: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
:

---------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

### CLASS 5B(2):  PNB SECURED CLAIM AGAINST AHM CORP.

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON JANUARY 14, 2009 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the Debtors and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, Epiq Bankruptcy Solutions, LLC (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot as follows:  (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017, so that it is received by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

                                                            066585.1001

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> **PLEASE COMPLETE ITEMS 1 AND 2. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Class Vote.** The undersigned, a holder of a **Class 5B(2) PNB Secured Claim against AHM Corp.**, in the amount set forth below, votes to (check one box):

☐ Accept the Plan.          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

2

066585.1001

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.        In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to Epiq Bankruptcy Solutions, LLC (the "Balloting Agent") at the following address:

If by United States Postal Service:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    P.O. Box 5115, FDR Station
    New York, New York 10150-5115

If by Overnight Carrier or Hand Delivery:
    Epiq Bankruptcy Solutions, LLC
    Attn.: American Home Mortgage Balloting Processing
    757 Third Avenue, 3rd Floor
    New York, New York 10017

        **Ballots must be *received* by the Balloting Agent on or before January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted.  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.        If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5B(2) PNB Secured Claim against AHM Corp. and a Class 6B(1) Miscellaneous Secured Claim against AHM Ventures) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting a Class 5B(2) PNB Secured Claim against AHM Corp.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.        Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than January 16, 2009.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.        The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.        If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.        NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.        PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.        IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (866) 493-7277.

3