IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 1st day of December, 2008, he caused a copy of the following:

**ORDER APPROVING STIPULATION SETTLING MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY AND PROVIDING FOR MEDIATION OF CERTAIN DISPUTES**
**(Docket No. 6643)**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 1st day of December, 2008.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

519.005-23173.DOC

*Via Hand Delivery*
James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via First Class Mail*
Bruce Bennett, Esq.
Michael A. Morris, Esq.
Joshua D. Morse, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Via Hand Delivery*
Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, 1st Floor
Wilmington, DE 19801

*Via First Class Mail*
Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Lord Bissell & Liddell LLP
600 Travis Street, Suite 3400
Houston, TX 77002

519.005-23101.DOC