# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD                                                              824 MARKET STREET
CLERK OF COURT                                                          WILMINGTON, DE 19801
                                                                                      (302) 252-2900


To:. Epiq Bankruptcy Services                                    11/26/08
757 Third Avenue
Third Floor
New York, NY 10017
646-282-2500
Fax: 646-282-2501


According to our records, you are listed as the Claims Agent for the below listed cases. Our records indicate that no Claims Register has been submitted to the Court within the last 4 months. Please submit an updated Claims Register in alphabetical and numerical order. If there has been no activity in the case since the last submitted register, please submit a Certification of No Claim Activity. In the future, quarterly Claims Registers, in alphabetical and numerical order, or Certification of No Claim Activity should be submitted to the Court.

| | |
|---|---|
| 01-1430 | **WINSTAR COMMUNICATIONS, INC.** |
| 01-10477 | **MCMS, Inc.** |
| 02-13396 | **Oakwood Homes Corporation** |
| 03-12656 | **DVI, Inc.** |
| 03-13711 | **Cable & Wireless USA, Inc.,** |
| 05-11341 | **aaiPharma Inc.** |
| 05-12237 | **Birch Telecom, Inc.** |
| 06-10001 | **Pliant Corporation** |
| 06-10269 | **PPH Liquidation LLC et al** |
| 06-10340 | **Global Home Products LLC** |
| 06-11480 | **Advanced Marketing Services, Inc., et al.,** |
| 07-10739 | **Amp'd Mobile, Inc.** |
| 07-11047 | **American Home Mortgage Holdings, Inc.** |
| 07-11119 | **Aegis Mortgage Corporation** |
| 07-11146 | **Quaker Fabric Corporation** |
| 07-11337 | **The SCO Group, Inc.** |
| 07-11912 | **MAXjet Airways, Inc.** |
| 08-10141 | **Buffets Holdings, Inc.** |
| 08-10192 | **Global Motorsport Group, Inc.,** *et al.* |
| 08-10212 | **Wickes Holdings, LLC and Wickes Furniture Company, Inc.** |

| | |
|---|---|
| 08-10462 | **Terisa Systems, Inc.,** *a Delaware Corporation, et al.* |
| 08-10544 | **Hoop Holdings, LLC,** *a Delaware limited liability company* |
| 08-10726 | **Dan River Holdings LLC,** *et al.* |
| 08-10890 | **Hilex Poly Co. LLC** |
| 08-11006 | **Jevic Holding Corp.** |
| 08-11037 | **Uni-Marts, LLC** |
| 08-11101 | **Distributed Energy Systems Corp.** |
| 08-11261 | **Whitehall Jewelers Holdings, Inc.** |
| 08-11382 | **National Dry Cleaners Inc.,** *a Delaware corporation, et al.* |
| 08-11407 | **Syntax-Brillian Corporation** |
| 08-11435 | **Western Nonwovens, Inc.** |
| 08-11551 | **ProxyMed Transaction Services, Inc.** |
| 08-11643 | **WCI Communities, Inc.** |
| 08-11787 | **Ascendia Brands, Inc.** |
| 08-11802 | **Midland Food Services, L.L.C.** |
| 08-11922 | **Hines Horticulture, Inc.** |
| 08-11953 | **Mrs. Fields' Original Cookies, Inc.** |
| 08-12008 | **NetEffect, Inc.** |
| 08-12175 | **AFY Holding Company** |

Sincerely,

Renee Kuesel
Docket Control Clerk
U.S. Bankruptcy Court
District of Delaware