EXHIBIT A

SUPPLEMENTAL LIST

| Firm | Address | Service | Cap |
|---|---|---|---|
| Barack Ferrazzano Kirschbaum & Nagelberg LLP | 200 West Madison, Suite 3900 Chicago, IL 60606 | Legal counsel for real estate sale | $35,000/month |

DB02:7177260.3    066585.1001