EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                  :
                                                                    :   Jointly Administered
              Debtors.                                              :
------------------------------------------------------------------ x

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP AS A PROFESSIONAL UTILIZED IN THE
ORDINARY COURSE OF BUSINESS**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) ss: |
| COUNTY OF COOK | ) |

CHRISTINE K. NICHOLS, being duly sworn, deposes and says:

1. I am a Partner of the firm Barack Ferrazzano Kirschbaum & Nagelberg LLP (the "Firm"), which has been employed by the debtors and debtors in possession in the above-captioned cases (collectively the "Debtors") in the ordinary course of their business. The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases. This Affidavit is submitted in compliance with the Order Approving the Motion Pursuant to Sections 105(a), 327 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business (the "Ordinary Course Professionals Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,

541893_2.DOC

2.  Neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein in connection with the above-captioned bankruptcy case.

3.  The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

4.  The Firm has in the past represented certain of the creditors listed on Schedule 1 attached hereto with respect to matters unrelated to the above-captioned bankruptcy case.

5.  This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the Ordinary Course Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual necessary expenses and other charges incurred by the Firm. The principal attorneys and paralegals designated to represent the Debtors and their current standard rates are:

    (a)  Christine K. Nichols, Attorney - $410 per hour
    (b)  Judy A. Menkin, Paralegal - $225 per hour

6.  The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature.

---

Texas 75063.

541893_2.DOC

The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. As of the Petition Date, the Debtors do not owe the Firm any amounts in connection with professional services rendered to the Debtors (the "Prepetition Fees"). The Firm agrees not to take any adverse action or implement efforts to collect the Prepetition Fees other than to file a proof of claim in the Debtors' chapter 11 cases.

8. Except as provided in the Ordinary Course Professionals Order, no representations or promises have been received by the Firm nor by any partner, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

541893_2.DOC

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Barack Ferrazzano Kirschbaum & Nagelberg LLP as a Professional Utilized in the Ordinary Course of Business.

*[Signature]*

Christine K. Nichols
Partner
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison, Suite 3900
Chicago, IL 60606-3465

SUBSCRIBED AND SWORN TO
before me this 19th day of
November, 2008.

*[Signature]*
Notary Public

OFFICIAL SEAL
MARSHA J. HENRY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-28-2010

541893_2.DOC

# **SCHEDULE 1**

Deutsche Bank

Deutsche Bank Asset Management

JPMorgan Chase Bank, NA

Wells Fargo Bank, NA

Washington Mutual Bank, FA

UBS AG

Barclays Capital Real Estate Inc

Credit Suisse First Boston

GMAC Commercial Mortgage Corporation

Royal Bank of Canada

Bank of America

Citibank

First American Bank Corp

Merrill Lynch Capital

Merrill Lynch Mortgage Lending, Inc

Wachovia Bank, N.A.