IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., A Delaware corporation, et al. [1] | Case No.: 07-11047 (CSS) |
| | Jointly Administered |
| Debtors | |
| COMMUNITY DEVELOPMENT ADMINISTRATION, A GOVERNMENTAL UNIT OF THE DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, A PRINCIPAL DEPARTMENT OF MARYLAND STATE GOVERNMENT<br><br>and<br><br>M&T BANK, a New York Banking Corporation, in its capacity as Trustee under the Community Development Administration's Residential Revenue Bond Resolution<br><br>    Plaintiffs<br><br>v.<br><br>AMERICAN HOME MORTGAGE CORP.,<br><br>and<br><br>NATIXIS REAL ESTATE CAPITAL INC. f/k/a IXIS REAL ESTATE CAPITAL INC. f/k/a CDC MORTGAGE CAPITAL INC. | Adversary No.: 08-50633 (CSS) |

---

[1] The debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

|  |  |
|---|---|
| and<br><br>BANK OF AMERICA, N.A.<br><br>and<br><br>DEUTSCHE BANK NATIONAL TRUST CO.<br><br>    Defendants | Obj. Deadline: December 15, 2008 at 4:00 p.m. (ET)<br><br>Hearing Date: December 22, 2008 at 11:00 a.m. (ET) |

## NOTICE OF MOTION

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE COMMITTEE; (III) COUNSEL TO THE ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) THE DEBTORS' POST-PETITION LENDER; (V) COUNSEL TO COMMUNITY DEVELOPMENT ADMINISTRATION; (VI) COUNSEL TO M & T BANK; (VII) COUNSEL TO DEUTSCHE BANK NATIONAL TRUST CO.; (VIII) COUNSEL TO NATIXIS REAL ESTATE CAPITAL INC.; AND (IX) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (the "Debtors") have filed the **DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION BETWEEN AMERICAN HOME MORTGAGE CORP., ET AL. AND COMMUNITY DEVELOPMENT ADMINISTRATION, ET AL.** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 15, 2008 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS MATTER WILL BE HELD ON **DECEMBER 22, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
       December 2, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Sharon M. Zieg*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession