## Exhibit A

Proposed Form of Order

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., <br> A Delaware corporation, et al.1 | Case No.:  07-11047 (CSS) |
| | Jointly Administered |
| Debtors | |
| COMMUNITY DEVELOPMENT ADMINISTRATION, <br> A GOVERNMENTAL UNIT OF THE DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, <br> A PRINCIPAL DEPARTMENT OF MARYLAND STATE GOVERNMENT <br><br> and <br><br> M&T BANK, a New York Banking Corporation, in its capacity as Trustee under the Community Development Administration's Residential Revenue Bond Resolution <br><br>     Plaintiffs <br><br> v. <br><br> AMERICAN HOME MORTGAGE CORP., <br><br> and <br><br> NATIXIS REAL ESTATE CAPITAL INC. f/k/a IXIS REAL ESTATE CAPITAL INC. f/k/a CDC MORTGAGE CAPITAL INC. <br><br> and | Adversary No.: 08-50633 (CSS) |

---

1 The debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

BANK OF AMERICA, N.A.

and

DEUTSCHE BANK NATIONAL TRUST CO.

      Defendants

Ref Docket Nos. 3985 and ___ / Adv. Pro. No. 1

## ORDER APPROVING AND AUTHORIZING STIPULATION BETWEEN AMERICAN HOME MORTGAGE CORP., BANK OF AMERICA, N.A., DEUTSCHE BANK NATIONAL TRUST CO., NATIXIS REAL ESTATE CAPITAL, INC., AND COMMUNITY DEVELOPMENT ADMINISTRATION, AND M&T BANK

Upon consideration of the motion (the "Motion")[2] of American Home Mortgage Corp. ("AHM") and the debtors and debtors-in- possession in the above-captioned cases (collectively, the "Debtors") for entry of an order approving the approving a stipulation (the "Stipulation") between Plaintiffs, Community Development Administration ("CDA"), and M&T Bank, as Trustee under CDA's Residential Revenue Bond Resolution and Defendants, AHM, Bank of America, N.A., Deutsche Bank National Trust Co., and Natixis Real Estate Capital Inc.; and it appearing that the Stipulation and the relief requested in the Motion are in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Stipulation attached hereto as Exhibit 1 is approved pursuant

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that within ten (10) days of the entry of this Order, the Plaintiffs shall file a Notice of Dismissal of the Adversary Proceeding in the form attached hereto as <u>Exhibit 2</u>. In accordance with the Notice of Dismissal, the dismissal of the Adversary Proceeding shall be with prejudice; and it is further

ORDERED, that the Debtors are authorized and empowered to take all necessary steps to carry out and otherwise effectuate the terms, conditions and provisions of the Stipulation; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of the Stipulation or this Order.

Date:   Wilmington, Delaware
        December ___, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge

**<u>Exhibit 1</u>**

Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., A Delaware corporation, et al. [1] | Case No.:  07-11047 (CSS) |
| | Jointly Administered |
| Debtors | |
| COMMUNITY DEVELOPMENT ADMINISTRATION, A GOVERNMENTAL UNIT OF THE DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, A PRINCIPAL DEPARTMENT OF MARYLAND STATE GOVERNMENT | |
| and | |
| M&T BANK, a New York Banking Corporation, in its capacity as Trustee under the Community Development Administration's Residential Revenue Bond Resolution | |
| Plaintiffs | |
| v. | Adversary No.: 08-50633 (CSS) |
| AMERICAN HOME MORTGAGE CORP., | |
| and | |
| NATIXIS REAL ESTATE CAPITAL INC. f/k/a IXIS REAL ESTATE CAPITAL INC. f/k/a CDC MORTGAGE CAPITAL INC. | |

---

1 The debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

and

BANK OF AMERICA, N.A.

and

DEUTSCHE BANK NATIONAL TRUST CO.

    Defendants

### JOINT STIPULATION

On the date hereof, this stipulation (the "Stipulation") is entered into among, the plaintiffs, Community Development Administration, a Governmental Unit of the Department of Housing and Community Development, a Principal Department of Maryland State Government ("CDA") and M&T Bank, as Trustee under the CDA's Residential Revenue Bond Resolution ("M&T," and together with CDA, the "Plaintiffs") and Defendants, American Home Mortgage Corp. ("AHM"), Bank of America, N.A. ("BofA"), Deutsche Bank National Trust Co. ("DB") and Natixis Real Estate Capital Inc. ("Natixis") (AHM, BofA, DB, and Natixis are collectively referenced herein as the "Defendants," and the Defendants and the Plaintiffs are collectively referenced as the "Parties"). The Parties respectfully state as follows:

WHEREAS, on August 6, 2007 (the "Petition Date"), AHM, along with the remaining, Debtors filed for chapter 11 protection in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, on May 8, 2008, the Plaintiffs commenced this proceeding by filing their *Complaint for Declaratory Judgment and Other Relief*, Adv. Case No. 08-50633 [Adv. Case Docket No. 1] (the "Complaint");2

---

2 Any description of the Complaint herein is provided as a convenience to the Court. Nothing contained herein shall be an admission of any fact alleged in the Complaint.

WHEREAS, the Complaint alleges that, prior to the Petition Date, AHM and the CDA were parties to that certain Mortgage Purchase Agreement (the "MPA");

WHEREAS, the Complaint alleges that, on September 26, 2007, the Plaintiffs caused $400,325.24 (the "Sale Proceeds") to be transferred to an AHM bank maintained by DB (the "Bank Account") to purchase two loans pursuant to the MPA;

WHEREAS, the Complaint alleges that $179,330.30 of the Sale Proceeds (the "Estes Proceeds") was remitted to AHM to purchase a $176,366 loan that AHM had previously made to Lisa Estes (the "Estes Loan") which is evidenced by the note between Estes and AHM that was previously indorsed by AHM to the order of the CDA (the "Estes Note");

WHEREAS, the Complaint alleges that $220,994.94 of the Sale Proceeds (the "Chandler Proceeds") was remitted to AHM to purchase a $225,000 loan that AHM had previously made to Shawn Chandler and Elizabeth Chandler (the "Chandler Loan") which is evidenced by the note between the Chandlers and AHM that was previously indorsed by AHM to the order of the CDA (the "Chandler Note");

WHEREAS, pursuant to an order of this Court [Docket No. 2855] (the "Second Stipulation and Order"), the Sale Proceeds being held in the Bank Account have been frozen;

WHEREAS, among other things, Count I of the Complaint requests, *inter alia*, a declaration that (i) the CDA is the owner of the Estes Loan and the Estes Note and of the Chandler Loan and the Chandler Note free and clear of any liens or other encumbrances by any party other than M&T, or, in the alternative, (ii) the Estes Proceeds and the Chandler Proceeds are being held in constructive trust for the Plaintiffs and/or the Plaintiffs hold an equitable lien against the Estes Proceeds and the Chandler Proceeds;

WHEREAS, among other things, Count II of the Complaint asserts, *inter alia*,

that AHM has failed to convey the Estes Loan and the Chandler Loan free and clear of any

encumbrances and has been unjustly enriched at the expense of the Plaintiffs;

WHEREAS, among other things, Count III of the Complaint requests, *inter alia*,

the allowance of an administrative priority claim in the amount of the Estes Proceeds and the

Chandler Proceeds; and

WHEREAS, on July 7, 2008, based on the representation of former Defendant

WLR Recovery Fund III, L.P. ("WLR") that WLR did not assert any liens, claims or

encumbrances on the Estes Loan or the Chandler Loan, WLR was dismissed from this action.

NOW THEREFORE, in consideration of the foregoing, and in order to avoid the

cost and inconvenience of litigation, and subject to dismissal of the adversary proceeding styled

*Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc. v. American Home Mortgage*

*Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Acceptance, Inc.,*

*American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc.*

(Adv. No. 08-50634) (the "Natixis Adversary Proceeding"), the Parties stipulate and agree as

follows:

1.      Natixis (effective upon dismissal of the Natixis Adversary Proceeding),

AHM, DB and BofA (collectively, the "Releasing Parties") release all liens, claims and

encumbrances on the Estes Loan and Estes Note and on the Chandler Loan and Chandler Note;

provided, however, that nothing contained in this Stipulation shall affect the claims or rights of

any of the Releasing Parties with respect to the Estes Proceeds or the Chandler Proceeds.

2.      Natixis (effective upon dismissal of the Natixis Adversary Proceeding),

AHM, DB and BofA do not contest that the CDA is the owner of the Estes Loan and the Estes

Note and of the Chandler Loan and the Chandler Note free and clear of any liens or other encumbrances held by any party other than M&T.

       3.      The Releasing Parties represent and warrant that they have not conveyed or otherwise transferred any rights they may have had in the Estes Loan and the Estes Note and/or in the Chandler Loan and the Chandler Note to any other person or entity.

       4.      The Releasing Parties reserve all of their rights to assert any claim, interest, lien or encumbrance upon the Estes Proceeds or the Chandler Proceeds.

       5.      The Plaintiffs release all claims, liens, encumbrances and interest against the Estes Proceeds and the Chandler Proceeds.

       6.      The CDA agrees to pay Natixis the total of $10,000 related to the Haas Loan (Loan Number 1694500) and the Swanson Loan (Loan No. 1675872). In return, Natixis and AHM release all claims, liens, encumbrances and interests against the Haas Loan and Haas Note and the Swanson Loan and Swanson Note.

       7.      The parties agree to cooperate in executing any documents or providing any Loan File documents, in their possession, reasonably required to carry out the intent of this Stipulation or to otherwise evidence the CDA's ownership of the Estes Loan and the Estes Note and of the Chandler Loan and the Chandler Note.

       8.      Pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1), the parties agree that all claims that have been asserted by the Plaintiffs in the captioned action shall be dismissed with prejudice upon the Bankruptcy Court's approval by a final, non-appealable order in the form attached to the Debtors' motions referenced in Paragraph 13 of this Stipulation.

       9.      This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same

instrument. A signature transmitted by facsimile or electronic mail shall be deemed an original signature for purposes of this Stipulation.

10.    This Stipulation shall constitute the entire agreement between the Parties with respect to the subject matter hereof and shall supersede any previous negotiations, commitments or writings with respect to such subject matter and no provision of this Stipulation may be changed except by a written instrument executed by the parties hereto.

11.    This Stipulation shall be governed by and construed in accordance with the internal laws of the State of Delaware without reference to its conflicts of laws rules, and the Parties hereto consent to the exclusive jurisdiction of the Bankruptcy Court.

12.    The Parties agree that this Stipulation shall not be introduced for any purpose in any proceeding involving the Parties, except to resolve any disputes or controversies arising from or related to enforcement or interpretation of this Stipulation. Neither this Stipulation nor the fact of its execution will constitute any admission or acknowledgement of liability or wrongdoing on the part of any of the Parties.

13.    Notwithstanding anything to the contrary herein, this Stipulation is subject to the Bankruptcy Court's approval by a final, non-appealable order in the form attached to: (i) the *Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Stipulation Between American Home Mortgage Corp., et al. and Community Development Administration, et al. (Adversary Proceeding 08-50633)*; and (ii) the *Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement By and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc.*

*(Adversary Proceeding 08-50634)*; or (iii) as otherwise agreed to by the Parties (the "Approval Order").

           14.      Each of the Parties represents that it, she, or he has read and understands the scope and effect of each provision of this Stipulation and has had the opportunity to consult with counsel for further explanation of the Stipulation's terms, covenants, and provisions. Each of the undersigned Parties represents that it has executed the Stipulation freely, voluntarily, and with authority, intending to be bound thereby. Each party represents that it has been duly authorized to enter into this Stipulation.

           15.      Each party will bear its own costs, attorneys' fees, and expenses incurred in connection with this Stipulation and all steps necessary to effectuate the terms of this Stipulation.

           16.      This Stipulation is entered into solely for the convenience of the Parties. Neither this Stipulation nor the fact of its execution will constitute any admission or acknowledgement of liability or wrongdoing on the part of any of the Parties. The Parties will not offer this Stipulation or the fact of its execution into evidence in any proceeding other than a proceeding to approve or enforce this Stipulation or any of its terms.

*[Signature pages to follow]*

Dated: December ___, 2008
      Wilmington, DE

MORRIS JAMES LLP


*/s/ Brett D. Fallon*
_____
Brett D. Fallon (DE Bar No. 2480)
Carl N. Kunz, III (DE Bar No. 3201)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750


*Counsel to Plaintiffs*


   -and-

TYDINGS & ROSENBERG LLP


*/s/ William S. Heyman*
_____
Alan M. Grochal
William S. Heyman
100 East Pratt Street, 26th Floor
Baltimore, MD  21202
Telephone:  (410) 752-9769
Facsimile:  (410) 727-5460


*Counsel to M&T Bank*


   -and-

ATTORNEY GENERAL'S OFFICE,
STATE OF MARYLAND


*/s/ Mark E. Petrauskas*
_____
Mark E. Petrauskas
Assistant Attorney General
100 Community Place, Ste. 2.300
Crownsville, MD  21032
Telephone:  (410) 514-7838


*Counsel to the CDA*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


_____
James Patton (No. 2202)
Robert S. Brady (No. 2847)
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253


*Counsel to American Home Mortgage Corp.*


POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (No. 2396)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware  19899
Telephone:  (302) 984-6000


   -and-

KAYE SCHOLER LLP


*/s/ Scott Talmadge*
_____
Scott Talmadge
425 Park Avenue
New York, NY  10022
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689


*Counsel to Bank of America N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

BAYARD, P.A.

_____/s/ Eric M. Sutty_____
Eric M. Sutty (No. 4007)
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
Telephone:  (302) 655-5000

-and-

DAVIS & GILBERT LLP
Joseph Cioffi
1740 Broadway
New York, NY  10019
Telephone:  (212) 468-4800

*Counsel to Natixis Real Estate Capital Inc.*

PEPPER HAMILTON LLP

_____/s/ Evelyn J. Meltzer_____
Evelyn J. Meltzer (No. 4581)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801
Telephone:  (302) 777-6532
Facsimile:  (302) 261-7425

-and-

NIXON PEABODY LLP
Dennis J. Drebsky
437 Madison Avenue
New York, New York 10022
Telephone:  (212) 940-3091
Facsimile:  (212) 940-3111

*Counsel to Deutsche Bank National Trust Co.*

**Exhibit 2**

Proposed Notice of Dismissal

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., A Delaware corporation, <u>et al.</u> [1] | Case No.:  07-11047 (CSS) |
| | Jointly Administered |
|     Debtors | |
| COMMUNITY DEVELOPMENT ADMINISTRATION, A GOVERNMENTAL UNIT OF THE DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, A PRINCIPAL DEPARTMENT OF MARYLAND STATE GOVERNMENT | |
| and | |
| M&T BANK, a New York Banking Corporation, in its capacity as Trustee under the Community Development Administration's Residential Revenue Bond Resolution | |
|     Plaintiffs | |
| v. | Adversary No.: 08-50633 (CSS) |
| AMERICAN HOME MORTGAGE CORP., | |
| and | |
| NATIXIS REAL ESTATE CAPITAL INC. f/k/a IXIS REAL ESTATE CAPITAL INC. f/k/a CDC MORTGAGE CAPITAL INC. | |

---

1  The debtors and debtors in possession in these cases (collectively, the "<u>Debtors</u>"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

and

BANK OF AMERICA, N.A.

and

DEUTSCHE BANK NATIONAL TRUST CO.

    Defendants

## NOTICE OF DISMISSAL

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1), Plaintiffs, Community Development Administration, a Governmental Unit of the Department of Housing and Community Development, a Principal Department of Maryland State Government ("CDA") and M&T Bank, as Trustee under the CDA's Residential Revenue Bond Resolution ("M&T," and together with CDA, the "Plaintiffs"), hereby dismiss the above-captioned adversary proceeding with prejudice.

      Each party shall bear its own costs and expenses. This adversary proceeding is hereby closed.

*[Signature page to follow]*

2

MORRIS JAMES LLP

---

Brett D. Fallon (DE Bar No. 2480)
Carl N. Kunz, III (DE Bar No. 3201)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750

*Counsel to Plaintiffs*

    -and-

TYDINGS & ROSENBERG LLP

---

Alan M. Grochal
William S. Heyman
100 East Pratt Street, 26th Floor
Baltimore, MD  21202
Telephone:  (410) 752-9769
Facsimile:  (410) 727-5460

*Counsel to M&T Bank*

    -and-

ATTORNEY GENERAL'S OFFICE,
STATE OF MARYLAND

---

Mark E. Petrauskas
Assistant Attorney General
100 Community Place, Ste. 2.300
Crownsville, MD  21032
Telephone:  (410) 514-7838

*Counsel to the CDA*

DB02:7183842.5                                                                                                         066585.1001