IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                              :
a Delaware corporation, et al.,1                             :   Jointly Administered
                                                             :
        Debtors.                                             :
                                                             :
------------------------------------------------------------ :
Natixis Real Estate Capital, Inc. f/k/a IXIS REAL            :
ESTATE CAPITAL, INC.,                                        :
                                                             :
            Plaintiff,                                       :   Adversary No. 08-50634
v.                                                           :
                                                             :
AMERICAN HOME MORTGAGE CORP.,                                :
AMERICAN HOME MORTGAGE SERVICING                             :
INC., AMERICAN HOME MORTGAGE                                 :
ACCEPTANCE INC., AMERICAN HOME                               :
MORTGAGE INVESTMENT CORP, and                                :
AMERICAN HOME MORTGAGE HOLDINGS,                             :
INC.,                                                        :
                                                             :   Objection Deadline: December 15, 2008 at 4:00 p.m. (ET)
            Defendants.                                      :   Hearing Date: December 22, 2008 at 11:00 a.m. (ET)
------------------------------------------------------------ x

## NOTICE OF MOTION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A.; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) COUNSEL TO NATIXIS; (VI) COUNSEL TO CDA; AND (VII) COUNSEL TO ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:7185403.5                                                                                      066585.1001

The above-captioned debtors and debtors-in-possession (the "Debtors") have filed the **DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND NATIXIS REAL ESTATE CAPITAL INC. f/k/a IXIS REAL ESTATE CAPITAL INC. (the "Motion")**.

Responses to the Motion, if any, must be filed on or before **December 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors <u>and</u> counsel to Natixis Real Estate Capital, Inc., f/k/a IXIS Real Estate Capital Inc. (Eric Sutty, Bayard P.A., 222 Delaware Avenue, Ste. 900, Wilmington, DE 19801 and Joseph Cioffi, Davis & Gilbert LLP, 1740 Broadway, New York, New York 10019) so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **December 22, 2008 at 11:00 a.m (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 2, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sharon M. Zieg
James L. Patton, Jr. (No. 2202)
John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession