IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Objection Deadline: 12/3/08 at 4:00 p.m. E.T.**<br>**Hearing Date: 12/10/08 at 2:00 p.m. E.T.** |

MARICOPA COUNTY TREASURER'S RESPONSE IN
OPPOSITION TO DEBTORS' TWENTY-SECOND OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION
502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1 (DOCKET NO. 6554)

Maricopa County Treasurer ("Maricopa County"), by and through its undersigned counsel, hereby files its Response in Opposition to Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Docket No. 6554) (the "22nd Omnibus Objection").

Debtors' 22nd Omnibus Objection states that it has determined that Maricopa County's Claim No. 2209 in the amount of $105,257.77 has been paid in full and should be expunged and disallowed. Maricopa County objects to the extent that certain real property Parcels (176-15-276 and 148-06-006A) have not been satisfied. The pre-petition sum of $5,558.56 remains owing for tax years 2006 and 2007 regarding Parcel 176-15-276. The pre-petition sum of $5,249.71 remains owing for the tax years 2005 through and including 2007 regarding Parcel 148-06-006A. Attached hereto as

MCW:sdl 923271.1 11/26/2008                    1

**Exhibits A and B**, respectively, and incorporated herein are true and correct copies of the Tax Summaries for each parcel.

Based on the foregoing, Maricopa County objects to Debtors' request that its entire Claim No. 2209 be expunged and disallowed.

WHEREFORE, Maricopa County respectfully submits its Response and requests that the Court enter an order denying Debtors' 22nd Omnibus Objection to the extent that the taxes on the two afore-mentioned Parcels remain unpaid in the aggregate pre-petition sum of $10,808.27 through and including November 30, 2008, plus the continued accrual of interest at the statutory rate of 16% per annum, until paid in full. Maricopa County Treasurer requests that said tax liability be fully paid in accordance with A.R.S. § 42-17153 (2005) and 11 U.S.C. § 511 and that the Court grant such other and further relief as it finds appropriate.

Dated this 3rd day of December 2008.

                                        Respectfully submitted,

By /s/ *Madeleine C. Wanslee*
    Madeleine C. Wanslee
    Arizona State Bar No. 012590
    Gust Rosenfeld P.L.C.
    201 E. Washington Street, Suite 800
    Phoenix, AZ  85004-2327
    Telephone No. (602) 257-7430
    Facsimile No. (602) 34-1538
    Email: mwanslee@gustlaw.com
    Attorneys for *Maricopa County Treasurer*

Case 07-11047-CSS    Doc 6658    Filed 12/03/08    Page 3 of 7

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 3rd day of December 2008, I served by first-class, postage prepaid mail, and by facsimile a true and correct copy of the foregoing upon the following party:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grown
The Brandywine Building
10090 W. Street, 17th Floor
Wilmington, DE 19801
Facsimile: (302) 571-1253
Counsel to *Debtors and Debtors in Possession*

By /s/ *Madeleine C. Wanslee*
Madeleine C. Wanslee

Exhibit A

**Maricopa County - Treasurer's Office (602) 506-8511**
**Charles "Hos" Hoskins, Treasurer**
**Tax Summary (Duplicate) for: 176-15-276  6**
**http://treasurer.maricopa.gov**

AHMSI DEFAULT SERVICES INC
595 UNIVERSITY BLVD
IDAHO FALLS ID 834016193

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2008 | Open - CTX | $3,093.92 | $0.00 | $3,114.55 |
| 2007 | Open - BTX | $3,365.72 | $0.00 | $3,814.47 |
| 2006 | Open - BTX | $2,783.14 | $1,391.57 | $1,744.09 |
| 2005 | Paid - BTX | $2,771.96 | $2,771.96 | $0.00 |
| 2004 | Paid - BTX | $2,908.22 | $2,908.22 | $0.00 |
| 2003 | Paid - BTX | $2,945.34 | $2,945.34 | $0.00 |
| 2002 | Paid - BTX | $2,345.46 | $2,345.46 | $0.00 |
| 2001 | Paid - BTX | $490.82 | $490.82 | $0.00 |
| 2000 | Paid - BTX | $505.78 | $505.78 | $0.00 |
| 1999 | Paid - BTX | $373.62 | $373.62 | $0.00 |
| | | | **Total Due:** | **$8,673.11** |

Total Due is $8,673.11 if paid by November 30, 2008.  THIS IS AN ESTIMATE.  Amount may change based on activity to this Parcel.  If you have any further questions, please call us at (602) 506-8511.

Thank you,
Charles "Hos" Hoskins, Treasurer

Exhibit B

## Maricopa County - Treasurer's Office (602) 506-8511
### Charles "Hos" Hoskins, Treasurer
### Tax Summary (Duplicate) for: 148-06-006A 1
http://treasurer.maricopa.gov

AMERICAN HOME MORTGAGE SERVICING INC
538 BROADHOLLOW RD FL 4
MELVILLE NY 11747

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2008 | Open - CTX | $1,543.04 | $0.00 | $1,553.33 |
| 2007 | Open - BTX | $1,391.64 | $0.00 | $1,577.19 |
| 2006 | CP - Subtax | $1,209.06 | $1,209.06 | $1,605.37 |
| 2005 | CP - Individual | $1,274.38 | $1,274.38 | $2,067.15 |
| 2004 | Paid - BTX | $1,214.64 | $1,214.64 | $0.00 |
| 2003 | Paid - BTX | $1,208.20 | $1,208.20 | $0.00 |
| 2002 | Paid - BTX | $1,161.34 | $1,161.34 | $0.00 |
| 2001 | Paid - BTX | $1,126.00 | $1,126.00 | $0.00 |
| 2000 | Paid - BTX | $1,068.76 | $1,068.76 | $0.00 |
| 1999 | Paid - BTX | $1,008.76 | $1,008.76 | $0.00 |
| 1998 | Paid - BTX | $931.98 | $931.98 | $0.00 |
| 1997 | Paid - BTX | $1,106.00 | $1,106.00 | $0.00 |
| 1996 | Paid - BTX | $1,062.62 | $1,062.62 | $0.00 |
| 1995 | Paid - BTX | $1,031.72 | $1,031.72 | $0.00 |
| 1994 | Paid - BTX | $897.52 | $897.52 | $0.00 |
| 1993 | Paid - BTX | $845.20 | $845.20 | $0.00 |
| | | | Total Due: | $6,803.04 |

Total Due is $6,803.04 if paid by November 30, 2008. THIS IS AN ESTIMATE. Amount may change based on activity to this Parcel. If you have any further questions, please call us at (602) 506-8511.

Thank you,
Charles "Hos" Hoskins, Treasurer