# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                 :     Chapter 11
                                                       :
AMERICAN HOME MORTGAGE                                  :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]     :
                                                       :     Jointly Administered
        Debtors.                                       :
                                                       :     **Ref. Docket Nos.: 3053 & 3223**
                                                       :
------------------------------------------------------------- x

## NOTICE OF FILING SUPPLEMENTAL ENGAGEMENT AGREEMENT REGARDING CB RICHARD ELLIS RETENTION AS REAL ESTATE BROKER FOR THE DEBTORS

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE CREDITORS' COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR CERTAIN LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AS OF AUGUST 10, 2006; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. L.R. 2002-1(B).

**PLEASE TAKE NOTICE** that on February 22, 2008, the Debtors filed the

*Debtors' Application Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code for Order*

*Authorizing the Retention and Employment of CB Richard Ellis, Inc. as the Debtors' Real Estate*

*Broker, Nunc Pro Tunc to February 22, 2008* (the "Application") [D.I. 3053].  On March 11,

2008, the Court entered an order [D.I. 3223] granting the relief requested and authorizing the

retention pursuant to the terms of the Engagement Agreement (as defined in the Application).

Pursuant to the terms of the Engagement Agreement, CB Richard Ellis, Inc. ("CBRE") retained

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors").  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

the exclusive right to list and otherwise market the Mt. Prospect Property (as defined in the Application) until November 30, 2008.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and CBRE have executed a supplement to the Engagement Agreement, attached hereto as _Exhibit A_, which extends the exclusive period to list and otherwise market the Mt. Prospect Property from November 30, 2008 to February 28, 2009.

Dated: Wilmington, Delaware  
December 3, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Pauline Morgan (No. 3650)  
Matthew B. Lunn (No. 4119)  
Donald J. Bowman, Jr. (No. 4383)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Telephone:  (302) 571-6600  
Facsimile:  (302) 571-1253

Counsel for the Debtor and Debtor-in-Possession

2