## EXHIBIT A

Supplemental Engagement Agreement



AMENDMENT TO LISTING AGREEMENT

CB RICHARD ELLIS, INC.
BROKERAGE AND MANAGEMENT
LICENSED REAL ESTATE BROKER

November 20, 2008

This is an Amendment to the Exclusive Listing Agreement ("Listing") dated February 27, 2008 between American Home Mortgage Corporation ("Owner") and CB Richard Ellis, Inc. ("Broker") for the real property described as 950 N Elmhurst Road, Mount Prospect, Illinois.

Owner and Broker hereby agree to amend the Listing as follows:

Extend expiration of Exclusive Listing Agreement to February 28, 2009

As used herein the term "Owner" shall be deemed to include a tenant wishing to effect a sublease, lease assignment or lease cancellation.

Except as expressly set forth in this Amendment, the Listing shall remain in full force and effect.

|  |  |
|---|---|
| Accepted: | OWNER: |
| | American Home Mortgage Corporation |
| CB Richard Ellis, Inc. | |
| Licensed Real Estate Broker | |
| By:_____ | By: _/s/_____ |
| Jeffrey S. Barrett | |
| Title:  Managing Director | Title:  EVP |
| Address:  700 Commerce Drive, Suite 550 | Address:  538 Broadhollow Road |
| Oak Brook, IL  60523 | Melville, NY 11747 |
| Telephone: 630.573.7000 | Telephone:  876-396-7703 |