IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                              : Chapter 11
                                                    :
American Home Mortgage Holdings, Inc., *et al.*[1]  : Case No. 07-11047 (CSS)
                                                    : (Jointly Administered)
                                                    :
                                    Debtors         : **Objections Due By: December 23, 2008 at 4:00p.m.**
                                                    :

---

# TENTH MONTHLY APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2008 THROUGH MAY 31, 2008

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | **HAHN & HESSEN LLP** |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | November 28, 2007 (effective August 14, 2007) |
| Period for which Compensation and Reimbursement of Expenses is Sought: | May 1, 2008 through May 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $181,783.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $4,606.22 |

This is a ☒ monthly ☐ interim ☐ final application.

| | | |
|---|---|---|
| 80% OF FEES FOR PERIOD 5/1/08-5/31/08: | $145,426.80 | (Holdback: $36,356.70) |
| 100% OF DISBURSEMENTS: | $4,606.22 | |
| TOTAL DUE: | $150,033.02 | |

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1485263

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/30/2007 | 8/14/2007-8/31/2007 | $213,416.00 | $3,416.60 | Approved | Approved |
| 12/5/2007 | 9/1/2007-9/30/2007 | $347,084.50 | $10,120.65 | Approved | Approved |
| 12/12/2007 | 10/1/2007-10/31/2007 | $510,177.00 | $16,821.21 | Approved | Approved |
| 3/20/2008 | 11/1/2007-11/30/2007 | $234,223.00 | $9,396.14 | Approved | Approved |
| 3/20/2008 | 12/1/2007-12/31/2007 | $160,662.50 | $4,795.49 | Approved | Approved |
| 3/20/2008 | 1/1/2008-1/31/2008 | $226,308.50 | $5,000.27 | Approved | Approved |
| 6/17/2008 | 2/1/2008-2/29/2008 | $186,108.50 | $5,693.64 | Approved | Approved |
| 6/17/2008 | 3/1/2008-3/31/2008 | $208,726.00 | $6,406.70 | Approved | Approved |
| 6/17/2008 | 4/1/2008-4/30/2008 | $315,741.00 | $15,570.65 | Approved | Approved |

## ATTORNEY/PARAPROFESSIONAL SUMMARY

| Name of Professional Person | Position of the Applicant (Year Licensed to Practice) | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffery L. Schwartz | Partner (1977) | $745.00 | 1.50 | $1,117.50 |
| Mark S. Indelicato | Partner (1986) | $695.00 | 74.30 | $51,638.50 |
| Mark T. Power | Partner (1989) | $695.00 | 51.50 | $35,792.50 |
| Don D. Grubman | Partner (1979) | $625.00 | 13.70 | $8,562.50 |
| John P. McCahey | Partner (1986) | $695.00 | 17.50 | $12,162.50 |
| Edward L. Schnitzer | Associate (1998) | $465.00 | 11.40 | $5,301.00 |
| Jeffrey Zawadzki | Associate (2004) | $325.00 | 43.10 | $14,007.50 |
| Emmet Keary | Associate (2006) | $280.00 | 141.70 | $39,676.00 |
| Robert J. Malatak | Special Counsel (1994) | $525.00 | 2.50 | $1,312.50 |
| Jason W. Smith | Paralegal (N/A) | $230.00 | 53.10 | $12,213.00 |
| **Grand Totals:** | | | **410.30** | **$181,783.50** |
| **Blended Rate:** | | $ 443.05 | | |
| **Blended Rate excluding Paraprofessionals:** | | $ 474.72 | | |

- 4 -

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Creditors' Committee | 198.00 | $78,418.50 |
| Retentions | 2.10 | $629.50 |
| Executory Contracts/Leases | 0.20 | $93.00 |
| DIP/Investigation of Lien | 31.70 | $21,809.50 |
| Sale of Assets | 41.00 | $24,109.50 |
| Professional Fees | 31.20 | $10,306.00 |
| Litigation | 59.10 | $22,534.50 |
| Plan and Disclosure Statement | 5.80 | $2,292.00 |
| Employee Issues | 9.80 | $5,405.00 |
| Claims Administration | 19.90 | $8,193.50 |
| Investigation of Company | 11.50 | $7,992.50 |
| **Total:** | **410.30** | **$181,783.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare [re: Attorney/Staff working after hours or traveling] | Skyline Credit Ride Inc. | $1,316.74 |
| Duplicating [at 10¢ per page] | | $407.20 |
| Lexis | Lexis-Nexis | $380.39 |
| Meals [re: Attorney/Staff working after hours or traveling] | Seamless Web Professional Solutions, Inc. | $675.87 |
| Postage | | $0.41 |
| Report Fee | Wilcox & Fetzer, LTD | $1,227.68 |
| Search Fees | Pacer Service Center | $93.20 |
| Long Distance Telephone | | $26.75 |
| Court Call Conference | | $332.98 |
| Travel | | $145.00 |
| Total: | | **$4,606.22** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re: : Chapter 11
:
: Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., et al.[2] : (Jointly Administered)
:
Debtors :
:

---

**TENTH MONTHLY APPLICATION OF HAHN & HESSEN LLP,
FOR ALLOWANCE OF FEES AND EXPENSES AS CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008**

TO:   THE HONORABLE CHRISTOPHER S. SONTCHI,
      UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the provisions of sections 330 and 331 of Title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, HAHN & HESSEN LLP ("H&H") or (the "Applicant") submits this application seeking the Court's approval of its Tenth monthly request for compensation and reimbursement of expenses as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") during the period of May 1, 2008 through May 31, 2008 (the "Compensation Period"), and in support thereof respectfully represents:

---

[2] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1471274

1.     H&H submits this Tenth monthly application for allowance of $186,389.72 for services provided to the Committee during the Compensation Period consisting of (i) fees in the amount of $181,783.50, and (ii) out-of-pocket expenses in the amount of $4,606.22.

**<u>Background</u>**

2.     On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc., et al. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The Debtors have continued in the management and operation of their businesses as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in the Debtors' cases.

3.     On August 14, 2007, the United States Trustee for the District of Delaware appointed the Committee, which is comprised of the following seven (7) members: Wilmington Trust Company; United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent; The Bank of New York Trust Company, N.A.[3]; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit & Capital, Inc.; Impac Funding Corporation; and Waldners Business Environments, Inc[4].

4.     The Committee elected Wilmington Trust Company, as Trustee, and The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected H&H as its counsel, Blank Rome LLP as co-counsel, and BDO Seidman as financial advisors.

---

[3] The Bank of New York Trust Company resigned from the Committee and was replaced with Law Debenture Trust Company of New York pursuant to notice of the Office of the United States Trustee dated December 7, 2007.

[4] Waldner Business Environments, Inc. subsequently resigned from the Committee and has not yet been replaced.

1485263

5. Pursuant to an order of this Court dated November 28, 2007, a copy of which is annexed hereto as Exhibit "A", H&H was authorized to represent the interests of the Committee under a general retainer, effective as of August 14, 2007.

6. The attorneys at H&H with primary responsibility for the representation of the Committee in this case are Jeffrey L. Schwartz, Mark S. Indelicato and Mark T. Power, each of whom is a partner at H&H. Mr. Schwartz is a 1973 graduate of Cornell University and a 1976 graduate of New York University School of Law. Mr. Indelicato is a 1982 graduate of New York University, Stern School of Business and a 1985 graduate of Fordham University School of Law. Mr. Power graduated in 1985 from George Washington University and earned his Juris Doctor in 1988 from Boston College Law School. In an effort to keep duplication of efforts down to a minimum, Applicant has allocated, where appropriate, the tasks performed by Messrs. Schwartz, Indelicato and Power to separate and discrete tasks. Mr. Schwartz has particular expertise regarding issues involving counter-parties to financial contracts in subprime lending, and has been particularly involved in these cases in that area. Mr. Indelicato's and Mr. Power's legal careers have both been in the area of bankruptcy and creditors' rights, with a substantial focus on representing creditors committees in Chapter 11 cases. As such, they are responsible for the day-to-day oversight of the case.

7. This Monthly Fee Application is submitted in accordance with the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 4, 2007 [Docket No. 547] (the "Administrative Fee Order").

## Summary of H&H Services During the Compensation Period

8. From the outset, these cases have been extremely active and challenging, with a multitude of substantial motions and adversary proceedings commenced during the first few weeks of the case. Applicant devoted considerable time and attention at the inception of its retention getting up to speed quickly on the underlying facts and be able to respond appropriately to the myriad of expedited matters filed in the case. During the month of May 2008, H&H expended 410.30 hours in connection with its services on behalf of the Committee. H&H submits that the services it has rendered to the Committee have been necessary and in the best interests of creditors and the Debtors' estates and have furthered the goals of all parties in interest. H&H's services concentrated in, but were not limited to, the following areas:

**(a)    Creditors' Committee**

9. H&H expended 198.00 hours with respect to services under this category, for which total compensation amounts to $78,418.50. Applicant's services included reviewing the numerous motions filed by the Debtors and responses and/or objections filed to these motions. Pleadings were summarized for distribution and consideration by the Committee during weekly meetings. Applicant prepared for and participated in several meetings with the Committee, local counsel and BDO, to discuss among other things the BDO's report to the Committee, proposals from Mr. Strauss regarding his continued employment by the Debtors, the Debtors' budget, various third party settlements and negotiation of various confidentiality agreements. Applicant also had conference calls with Debtors' counsel to discuss the many outstanding issues in the case, including but not limited to various litigations and disputes. Applicant also spent time preparing for and attending omnibus hearings before this Court.

**(b)   Retentions**

10.   H&H expended 2.10 hours with respect to services under this category reviewing various retention applications, for which total compensation amounts to $629.50.

**(c)   Executory Contracts/Leases**

11.   H&H expended 0.20 hours with respect to services under this category dealing with an issue related to an executory contract, for which total compensation amounts to $93.00.

**(d)   DIP and Cash Collateral/Investigation of Lien**

12.   H&H expended 31.70 hours with respect to services under this category, for which total compensation amounts to $21,809.50. Applicant was involved in extensive document review and analysis of Bank of America's credit agreement, cash collateral order and loan data, as well as analyzing alternative plans for a consensual disposition of Bank of America whole loans. Applicant also prepared for and participated in meetings with Kroll to review a proposed global settlement between Bank of America and the Debtors. Applicant prepared for and participated in numerous teleconferences and emails with Committee professionals, Debtors' professionals, BDO and Kroll concerning the Bank of America global settlement and BDO analysis thereof.

**(e)   Sale of Assets**

13.   H&H expended 41.00 hours with respect to services under this category, for which total compensation amounts to $24,109.50. Applicant's services included a review and examination of various objections filed regarding purchaser cure claims. Applicant also reviewed and edited a draft motion to establish bidding procedures for the sale of certain assets. Applicant prepared and participated in multiple conference calls and e-mails with Debtors and

Debtors' counsel and Committee professionals to address concerns regarding the establishment of purchaser bar date, issues regarding adjustment to the purchasing price from the sale of the servicing business after the final closing and issues related to the sale of AHM Bank.

**(f)** **Profession Fees**

14. H&H expended 31.20 hours with respect to services under this category, for which total compensation amounts to $10,306.00. Applicant's services included extensive attention to and review of certain professionals' fee applications and updating a spreadsheet detailing the fees and expenses of professionals and summaries thereto for distribution to Committee members. Applicant also spent time reviewing modifications to ordinary course professionals order.

**(g)** **Litigation**

15. H&H expended 59.10 hours with respect to services under this category, for which total compensation amounts to $22,534.50. Applicant reviewed all pleadings and related issues regarding various adversary proceeding including but not limited to, the Broadhollow, Lehman, U.S. Bank National, Wells Fargo and Bear Sterns adversary proceedings. Applicant participated in discussion with counsel for all parties regarding the status of these various litigations and the issues central to each case.

**(h)** **Plan and Disclosure Statement**

16. H&H expended 5.80 hours with respect to services under this category, for which total compensation amounts to $2,292.00. Applicant's services included review of proposed liquidating plan and other plan related issues.

**(i)    Employee Issues**

17.    H&H expended 9.80 hours with respect to services under this category, for which total compensation amounts to $5,405.00. Applicant's services included a review of pleadings and related issues regarding the WARN Act Litigation which includes but is not limited to, status of motion to amend complaint and discovery schedule, review of second amended complaint, and attention to various discovery issues.

**(j)    Claims Administration**

18.    H&H expended 19.90 hours with respect to services under this category, for which total compensation amounts to $8,193.50. Applicant's services included review of various motions and claims objections including but not limited to, various motions to allow late claims, and to allow administrative claims.

**(k)    Investigation of Company**

19.    H&H expended 11.50 hours with respect to services under this category, for which total compensation amounts to $7,992.50. Applicant's services included reviewing documents requested of the Debtors. Applicant also reviewed and edited Debtors' draft of confidentiality agreement to permit the Debtors to provide the requested information to the Committee and it's professionals. Applicant's also participated in conferences to address issues relating to the forgoing.

**H&H Fees for the Compensation Period**

20.    Under all of the criteria normally examined in Chapter 11 reorganization cases, H&H's total requested compensation of $181,783.50 is reasonable in light of the

significant work performed by H&H to date. The hourly rate for each attorney and paraprofessional who performed the foregoing services on behalf of the Committee is set forth in detail in the prefixed Summary Cover Sheet.

21. Annexed hereto and made a part hereof as Exhibit "B" are computer-generated invoices taken from the timesheets maintained by the individuals who performed services during the Compensation Period. The invoices indicate the dates of and description of the services for which H&H seeks compensation, and the hours spent in performance of such services.

22. In certain instances, H&H's time records may indicate that two or more attorneys attended the same meeting or hearing. Where more than one attorney attended a meeting or hearing, it was due in part to the expertise related to a specific issue that one particular attorney was handling and/or because one attorney was more familiar with specific topics to be discussed or presented at the meeting or hearing. Applicant made every effort to minimize such dual attendance while at the same time assuring that the interests of the Committee and the creditor body was adequately represented. Applicant, therefore, believes that the time for both attorneys at such meetings and/or hearings are properly compensable.

23. Based on the above and in accordance with the Administrative Fee Order, H&H requests allowance of monthly compensation for May 2008 in the amount of $181,783.50, and payment of $145,426.80 representing eighty percent (80%) of such compensation.

**Disbursements Incurred During the Compensation Period**

24. The annexed Exhibit "C" itemizes H&H's out-of-pocket expenses incurred in connection with its services during the Compensation Period. Pursuant to Local Rule 2016-2(e), H&H's expenses are summarized in the prefixed Cover Sheet. H&H charges its

clients $0.10 per page photocopying expense. Applicant charges its clients $1.25 per page for outgoing facsimile transmission but in accordance with the Local Rules of this court, seeks reimbursement of only $1.00 per page. Actual long-distance carrier charges for outgoing facsimile transmission are reflected in the long-distance telephone charges. H&H believes these expenses are reasonable and were necessarily made. H&H respectfully requests reimbursement thereof in the sum of $4,606.22.

25.  In providing a reimbursable service, H&H does not make a profit on that service and does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

26.  H&H reserves the right to request in subsequent monthly applications reimbursement for expenses actually incurred during the Compensation Period but which do not appear on the annexed Exhibits "B" and "C" because either charges have not yet been posted in H&H's billing system, or have not yet been billed by a third party vendor.

**WHEREFORE**, H&H respectfully requests that the Court enter an order allowing compensation in the amounts set forth herein and provide such other and further relief as may be just and equitable.

Dated:  New York, New York
        December 3, 2008

HAHN & HESSEN LLP
Co-Counsel to The Official Committee of
Unsecured Creditors of American Home Mortgage
Holdings, Inc., et al. Debtors

By: _____
Mark S. Indelicato (A Member of the Firm)
488 Madison Avenue
New York, NY  10022
(212) 478-7200
(212) 478-7400 facsimile

1485263

- 9 -