# EXHIBIT B

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002      CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/01/08 | Examination of docket entries and updating of creditors committee calendar [2.8]; preparing for creditors committee call and organizing call [.6] | EK | 3.40 | 952.00 |
| 05/01/08 | Review and distribute DI 3914-3924 Orders, calendar events (1.20) review docket and recently filed pleadings (.40) Review and analysis of T.D. Service March fee app (.50) update internal fee examiners chart (.20) | JS | 2.30 | 529.00 |
| 05/01/08 | Review financial analysis/update (.30); committee call (.70); meeting with MSI re: open issues (.20); review docket/recent motions (.20). | JXZ | 1.40 | 455.00 |
| 05/01/08 | Review and analyze BDO report (.70); telephone conversation with Berliner regarding same (.20); review material in preparation for meeting (.50); attend committee meeting (.80); review material related to proposal from Strauss regarding retention (.40). | MSI | 2.60 | 1,807.00 |
| 05/01/08 | Review and comment on BDO's report to Committee (.8); prepare for and participate in Committee meeting (participated only in relevant part of call) (.9) | MTP | 1.70 | 1,181.50 |
| 05/02/08 | Examination of docket entries and updating calendars [1.2] | EK | 1.20 | 336.00 |
| 05/02/08 | Review docket/recent motions. | JXZ | 0.20 | 65.00 |
| 05/05/08 | Examining docket and updating Creditors Committee calendars [1.5]; working on AT&T motion [1.9]; working on McClair motion [1.1]; working on Northwest motion legal research [1.2]; working on employee removal issue [2.4] | EK | 8.10 | 2,268.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/05/08 | Review settlement with NY Mortgage Company and phone call with Bowman re: same (.50); meeting with EK and JS re: matters scheduled for this week and meeting with MSI re: same (.30). | ELS | 0.80 | 372.00 |
| 05/05/08 | Meeting with EK and ELS on upcoming events (.30) review docket and recently filed pleadings DI 3958-3971 (1.20) calendar events (.10) | JS | 1.60 | 368.00 |
| 05/05/08 | Telephone conversation with Patton regarding concerns about expenses (.20); draft extensive e-mail regarding concerns (.30). | MSI | 0.50 | 347.50 |
| 05/05/08 | Review MSI's e-mail to YCST re high expenses and need to make immediate cuts of senior officers | MTP | 0.50 | 347.50 |
| 05/06/08 | Research ability to remove employees [5.2]; examination of claims objections [2.8]. | EK | 8.00 | 2,240.00 |
| 05/06/08 | Review docket (.20) review and distribute recently filed pleadings DI 3964-3991 (.80) | JS | 1.00 | 230.00 |
| 05/06/08 | Meeting with JPM regarding confidentiality (.10); review and edit same (1.10); telephone conversation with Lunn regarding same (.10); review various modifications to the orders and telephone conversation with Lunn regarding same (.20). | MSI | 1.50 | 1,042.50 |
| 05/07/08 | Examination of docket and updating Creditors; calendars [.8]; examination of U.S. Banking National claims [1.6] | EK | 2.40 | 672.00 |
| 05/07/08 | Emails re: EK's research into committee ability to challenge post-petition payments to officer of the debtors. | ELS | 0.30 | 139.50 |
| 05/07/08 | Review docket and recently filed pleadings DI 3972-3992 (.60) | JS | 0.60 | 138.00 |
| 05/07/08 | Review docket and recent motions and orders (.30); attention to creditor inquiries (.30). | JXZ | 0.60 | 195.00 |
| 05/07/08 | Telephone conversation with BDO regarding analysis on Strauss (.10); review e-mail regarding same (.30); revise and edit confidentiality (.40); review motions filed and e-mails regarding potential objections (.40). | MSI | 1.20 | 834.00 |
| 05/07/08 | Review BDO report on Strauss expense; call with BDO re same | MTP | 1.00 | 695.00 |
| 05/08/08 | U.S. Bank Nationals claim examination [4.6]; examination of parties claims [3.1] | EK | 7.70 | 2,156.00 |
| 05/08/08 | Review agenda for May 12th hearing and prepare for hearing (.90) review docket (.20) review and distribute Motions for relief from stay DI 3977-3980 (.40) review objection DI 3993 (.20) | JS | 1.70 | 391.00 |
| 05/08/08 | Update e-mail to the committee in lieu of meeting (.40); review e-mails from Lunn regarding hearings and motions (.30); review calendar and meeting with JS regarding same (.10); review issues on confidentiality agreement (.30). | MSI | 1.10 | 764.50 |
| 05/08/08 | Review MSI update e-mail to Committee | MTP | 0.30 | 208.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/08 | Examination of docket entries and updating calendars [.5]; response omnibus claims examination [2.2]; debtors rule 2004 motion examination [.5]; Natixis adversary proceeding examination [3.1]; drafting objection to U.S. Bank National fees application [2.1] | EK | 8.40 | 2,352.00 |
| 05/09/08 | Review docket (.20) review and distribute responses filed DI 3994-4002 (.50) review COC DI 4003 (.10) review and distribute Orders 4004, 4005 and 4006 (.40) | JS | 1.20 | 276.00 |
| 05/09/08 | Review docket and recent motions (.30). | JXZ | 0.30 | 97.50 |
| 05/09/08 | Telephone conversation and e-mails with Lunn regarding order and confidentiality agreement (.20); review material for hearing (.30); review e-mails from BDO on open issues and items to address at meeting (.30); review issues on cash burn and Strauss proposal (.40). | MSI | 1.20 | 834.00 |
| 05/09/08 | Attention to BDO report on suggestions for reducing admin expenses | MTP | 0.80 | 556.00 |
| 05/11/08 | Review docket and recent motions (.60); review CDA complaint (.30). | JXZ | 0.90 | 292.50 |
| 05/12/08 | Examination of responses to omnibus claims [2.1]; discussion with Constantine of Whitey & Dorsey regarding claim of US Bank (.20). | EK | 2.30 | 644.00 |
| 05/12/08 | Meeting with EK and ELS to review upcoming events (.30) review docket (.30) Review and distribute DI 4021 Order and the Sale Order (.60) review recently filed pleadings (.40) review and distribute Omnibus objection to claims (.40) finalize and email expense reimbursement for Bank of NY and Reed Smith (.60) | JS | 2.60 | 598.00 |
| 05/12/08 | Review docket and recent motions (.40). | JXZ | 0.40 | 130.00 |
| 05/12/08 | Review material in preparation for the omnibus hearing (.40); attend the omnibus hearing (.80); review e-mails from BDO in preparation for meeting (.60); telephone conversation with M. Michaelis regarding same (.20); review memo from Brady on issues with BofA for meeting (.70). | MSI | 2.70 | 1,876.50 |
| 05/12/08 | Review Debtor's memo sent on Friday to BofA outlining issues (.7) | MTP | 0.70 | 486.50 |
| 05/13/08 | Discussion with Constantine regarding US Bank [.1]; discussed Northwest and U.S. Bank National with Margaret Whiteman at YCST [.3]. | EK | 0.40 | 112.00 |
| 05/13/08 | Review docket and recently filed pleadings | JS | 1.00 | 230.00 |
| 05/13/08 | Review memo and material in preparation for meeting with YCST and Kroll (.70); attend meeting with YCST and Kroll to address budget, Calyon, Bank and BofA (5.80); e-mail to Berliner regarding same (.10). | MSI | 6.60 | 4,587.00 |
| 05/14/08 | Examination of docket and updating calendar [1.4]; examination of the Debtors' designation of additional items for records re: Wells Fargo [1.1] | EK | 5.60 | 1,568.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/14/08 | Review Docket (.20) review and distribute recently filed pleadings (.40). | JS | 0.60 | 138.00 |
| 05/14/08 | Review docket and recent motions (.50); call with EK regarding open issues (.10). | JXZ | 0.60 | 195.00 |
| 05/14/08 | Telephone conversation with MTP and D. Berliner and M. Michaelis regarding meeting with the Debtor and strategy going forward (1.30); review motions filed and calendar (.30); meeting with RJM regarding confidentiality agreement (.10). | MSI | 1.70 | 1,181.50 |
| 05/14/08 | Strategy call with MSI & BDO re ways of breaking log jam in case with BofA & Calyon | MTP | 1.30 | 903.50 |
| 05/15/08 | Examining docket and updating calendars [.9]; examination of cure claims objections [2.6]; triad guaranty adversary proceedings examination [.9]; preparing for AHM's Creditors Committee meeting [.5]; attending AHM Committee Meeting [1.1]; drafting conference call minutes [1.2]. | EK | 7.20 | 2,016.00 |
| 05/15/08 | Research Kroll engagement letter for agreement on travel expenses (.30) email MTP and JXZ same (.10) Review Docket (.20) review recently filed pleadings (.30) | JS | 0.90 | 207.00 |
| 05/15/08 | Review docket (.10). | JXZ | 0.10 | 32.50 |
| 05/15/08 | Revise and edit BDO report to committee (.80); e-mails and telephone conversation with BDO regarding same (.30); review motions filed and status in preparation for meeting (.70); review budget and exhibits regarding same (.60); attend telephonic meeting of the committee to address outstanding issues (1.20); revise and edit confidentiality agreement (.40). | MSI | 4.00 | 2,780.00 |
| 05/15/08 | Prepare for (.3) and participate in Committee conference call (.80). | MTP | 1.10 | 764.50 |
| 05/16/08 | Print out docket with attention to certain motions for JXZ (.40) Review docket and recently filed motions (.30) | JS | 0.70 | 161.00 |
| 05/16/08 | Revise and edit three sets of minutes (.60); meeting with EK regarding same (.20); revise and edit confidentiality agreement (.50); e-mail to Lunn regarding same (.10); e-mail to Patton regarding issues with Strauss (.10); review motions filed (.40). | MSI | 1.90 | 1,320.50 |
| 05/19/08 | Examination of docket and updating calendars entries [.8]; working on FGIC settlement [.8]; discussing case with ELS [.3]; drafting AHM minutes [4.6]; discussion with Cathy Constantine regarding claim of US Bank [.2]. | EK | 6.70 | 1,876.00 |
| 05/19/08 | Meeting with EK re: matters scheduled for this week. | ELS | 0.20 | 93.00 |
| 05/19/08 | Review and distribute transcript filed (.10) Review docket and recently filed pleadings (.30) | JS | 0.40 | 92.00 |
| 05/19/08 | Review docket and recent motions (.20); review financial report (.40); review recent pleadings in Calyon adversary proceeding (.50). | JXZ | 1.10 | 357.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/19/08 | Revise and edit minutes for three March meetings (.60); meeting with EK regarding same, pending adversaries and pending motions (.20); review same and e-mails on adversaries (.30). | MSI | 1.10 | 764.50 |
| 05/19/08 | Review and respond to e-mail inquiry from Anthony Hutchin re status of employee claim review (.2) | MTP | 0.20 | 139.00 |
| 05/20/08 | Examination of docket entries and updating calendars [.8]; examination of the responses to the debtors' responses to claims [2.1];motion for relief from executory contracts [1.1]; motion to deem claim timely filed [.5] | EK | 4.50 | 1,260.00 |
| 05/20/08 | Emails with debtors' counsel re; Mega Capital and NY Mortgage settlement (.60). | ELS | 0.60 | 279.00 |
| 05/20/08 | Review docket (.20) review and distribute recently filed pleadings (1.80) | JS | 2.00 | 460.00 |
| 05/20/08 | Calendar maintenance (.10); Review docket and recent motions (1.00). | JXZ | 1.10 | 357.50 |
| 05/20/08 | Revise and edit minutes of committee meetings in April (1.30); meeting with EK regarding same (.20); revise and edit confidentiality agreement (.40); meeting with RJM and call to M. Lunn regarding same (.20). | MSI | 2.10 | 1,459.50 |
| 05/21/08 | Drafting adversary proceedings summary document for ELS [3.4]. | EK | 3.40 | 952.00 |
| 05/21/08 | Emails re: NY Mortgage and Mega Capital settlements. | ELS | 0.20 | 93.00 |
| 05/21/08 | Review docket and circulate recently filed pleadings (.80) review order DI 4110 (.20) review notice of hearing DI 4113 (.20) update calendar (.10) review objection to debtors' omnibus objection to claims DI 4130 (.20) | JS | 1.50 | 345.00 |
| 05/21/08 | Meeting with ELS regarding Calyon depositions (.10); review docket and recent orders (.20). | JXZ | 0.20 | 65.00 |
| 05/21/08 | Revise and edit memos to the committee (.30); draft extensive e-mail to the committee in lieu of weekly meeting (.70). | MSI | 1.00 | 695.00 |
| 05/22/08 | Revisions to Bear Stearns confidentiality agreements (.9). | ELS | 0.90 | 418.50 |
| 05/22/08 | Review docket and recently filed pleadings (1.90) file maintenance (2.0) | JS | 3.90 | 897.00 |
| 05/22/08 | Review and respond to numerous e-mails from ELS regarding proposed joinder and pending motions. | MSI | 0.40 | 278.00 |
| 05/23/08 | Review of various motions for relief from stay (.4). | ELS | 0.40 | 186.00 |
| 05/23/08 | Review docket and recent Lehman opinion and order (.90). | JXZ | 0.90 | 292.50 |
| 05/26/08 | Review confidentiality agreement and letter for Bear Stearns matter and email same to MSI (.2). | ELS | 0.20 | 93.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/27/08 | Wells Fargo's motion summary seeking relief from the automatic stay [1.2]; Bank of America's motion for relief from the automatic stay in relation to certain properties [.8]; HSBC motion for automatic stay relief [.4]; examination of AHM v Lehman Bros. motion to dismiss opinion [1.6] | EK | 4.40 | 1,232.00 |
| 05/27/08 | Met with MSI re: Bear Stearns confidentiality agreement and letter and revision to same (.8); review decision in Lehman matter and review debtors' motion to dismiss Morgan Stanley matter (.6). | ELS | 1.40 | 651.00 |
| 05/27/08 | Review and analysis of Judge Sontchi decision and implications re other lenders in case. | JLS | 1.50 | 1,117.50 |
| 05/27/08 | Review Agenda for May 28th hearing (.60) confer with ELS, MSI and MTP re: same (.20) prepare for hearing (1.20) review amended agenda (.30) review motion for payment DI 4233 (.20) review responses to omnibus objections (.20) File maintenance (1.0) | JS | 3.70 | 851.00 |
| 05/27/08 | Review hearing agenda (.10); review docket, recent motions and orders (1.10); e-mails with ELS regarding summaries (.10). | JXZ | 1.30 | 422.50 |
| 05/27/08 | Review calendar and motions scheduled for 5/29 hearing (.40); meeting with JS and MTP regarding same (.10); review various pleadings filed in case (.80). | MSI | 1.30 | 903.50 |
| 05/27/08 | Meeting with JS and MSI re review of open matters and deadlines | MTP | 0.20 | 139.00 |
| 05/28/08 | Examination of docket entries and updating various committee calendars [1.2]; examination of responses to Debtors' responses to various objections [2.4]; adversary proceedings Lehman Brothers memo [1.0]; discussion with Nathan Grow re Sam Hage [4]. | EK | 5.00 | 1,400.00 |
| 05/28/08 | Review docket and recently filed pleadings (1.50) update calendar events (.30) file maintenance (.60) | JS | 2.40 | 552.00 |
| 05/28/08 | Review adversary proceeding dockets (.60); review Morgan Stanley docket and pleadings; draft summary and e-mails with ELS regarding same (1.00); review main docket (.10); call with EK regarding deposition schedules (.10). | JXZ | 1.80 | 585.00 |
| 05/28/08 | Travel to and from (@50%) Wilmington (1.8); prepare for (.6) and attend hearing before Judge Sontchi re omnibus including Riverbank late claim and McLean landlord (3.8); e-mail and exchange with MSI re results of hearing (.3) | MTP | 5.90 | 4,100.50 |
| 05/29/08 | Examination of docket and updating Committee calendars [.3]; attending Creditors Committee Meeting [1.6]; preparing for Committee meeting [.8]; drafting memo re Lehman decision [5.]; drafting Creditors Committee meeting minutes [1.2] | EK | 4.60 | 1,288.00 |
| 05/29/08 | Committee call re case status, Ross admin claim, BofA settlement (1.5); call with debtors re Ross, Strauss and plan (1.2); review and revise EK summary on Ross admin motion (.4); review debtors' proposed motion re extension of time re removal of state court actions (.3). | ELS | 3.40 | 1,581.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/29/08 | Review docket (.80) review order setting omnibus hearing dates (.40) update calendar events (.50) review orders DI4289-4295 (.50) review various orders terminating stay (.50) file maintenance (1.20) | JS | 3.90 | 897.00 |
| 05/29/08 | Review financial report (.40); review docket and recent motions (.40); attend committee call (1.50). | JXZ | 2.30 | 747.50 |
| 05/29/08 | Revise and edit BDO report (.70); e-mail regarding comments (.10); review summaries and pleadings in preparation for committee meeting (.40); attend committee meeting to address BofA and Ross issues (1.50); telephone conversation with Patton, Brady and Lunn regarding same and strategy (.80); draft and edit e-mail to Patton regarding expenses and senior executives (.30). | MSI | 3.80 | 2,641.00 |
| 05/29/08 | Prepare for and (.3) participate in conference call with Committee (1.0); call with YCST and MSI re open issues in the case (1.0); review MSI e-mail to Patton re Committee's demand that Debtors cut payroll expenses for senior officers (.2) | MTP | 2.50 | 1,737.50 |
| 05/29/08 | Review Judge Sontchi's decision in Lehman adversary | MTP | 1.00 | 695.00 |
| 05/30/08 | Examination of docket and updating Committee calendars [1.4]; working on Committee minutes to send to the Committee [2.2]; Examination of Debtors and FGIC stipulation [2.1]. | EK | 4.70 | 1,316.00 |
| 05/30/08 | Review motion to extend exclusivity (.20) Review docket and recently filed pleadings (1.20) update critical dates (.20) file maintenance (.50) | JS | 2.10 | 483.00 |
| 05/30/08 | Review docket and recent motions (.20). | JXZ | 0.20 | 65.00 |
| 05/30/08 | Revise and edit minutes of meeting (.20); e-mails and telephone conversation with Lunn regarding outstanding issues and confidentiality (.20); review motions filed (.30). | MSI | 0.70 | 486.50 |

TOTAL HOURS                          198.00

TOTAL SERVICES ........................................................................$       78,418.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $271.73 |
| CARFARE | $1,127.13 |
| DUPLICATING | $367.70 |
| LEXIS | $328.34 |
| MEALS | $562.44 |
| POSTAGE | $0.41 |
| SEARCH FEES | $47.52 |
| TRAVEL | $145.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| TOTAL DISBURSEMENTS .............................................................$ | 2,850.27 |
| TOTAL FEES & DISBURSEMENTS..............................................$ | 81,268.77 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 34.10 | 230.00 | 7,843.00 |
| 550 | Keary | 88.00 | 280.00 | 24,640.00 |
| 493 | Zawadzki | 13.40 | 325.00 | 4,355.00 |
| 486 | Schnitzer | 8.40 | 465.00 | 3,906.00 |
| 260 | Indelicato | 35.40 | 695.00 | 24,603.00 |
| 364 | Power | 17.20 | 695.00 | 11,954.00 |
| 162 | Schwartz | 1.50 | 745.00 | 1,117.50 |
| ATTY TOTAL | | 198.00 | | 78,418.50 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
003         RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/16/08 | Review Milestone retention issue re fee structure [1.1]. | EK | 1.10 | 308.00 |
| 05/16/08 | Discussion with EK re Milestone retention issue | MTP | 0.10 | 69.50 |
| 05/20/08 | Working on Haleyon retention [.9] | EK | 0.90 | 252.00 |

TOTAL HOURS                                     2.10

TOTAL SERVICES ......................................................... $      629.50

DISBURSEMENT SUMMARY
 LONG DISTANCE TELEPHONE CHARGES                              $2.00
 DUPLICATING                                                 $0.80

TOTAL DISBURSEMENTS ............................................ $       2.80

TOTAL FEES & DISBURSEMENTS............................. $     632.30

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|-------|-------|-----------------|-------------|
| 550 | Keary | 2.00 | 280.00 | 560.00 |
| 364 | Power | 0.10 | 695.00 | 69.50 |
| ATTY TOTAL | | 2.10 | | 629.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
004         EXECUTORY CONTRACTS/LEASES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/19/08 | Conference call with Bowman and Kalas re: NY Mortgage and Mega Capital settlements. | ELS | 0.20 | 93.00 |

|  |  | TOTAL HOURS |  | 0.20 |  |
|--|--|-------------|--|------|--|

TOTAL SERVICES ....................................................................... $      93.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 486 | Schnitzer | 0.20 | 465.00 | 93.00 |
| ATTY TOTAL | | 0.20 | | 93.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
005         DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/01/08 | Attention to secured lender issues. | JXZ | 0.40 | 130.00 |
| 05/01/08 | Review material on BofA issues. | MSI | 0.60 | 417.00 |
| 05/02/08 | Emails re: motion to dismiss. | JXZ | 0.10 | 32.50 |
| 05/08/08 | Review BofA credit agreement, cash collateral order and loan data and draft alternative plan for consensual disposition of BofA whole loans | MTP | 2.80 | 1,946.00 |
| 05/13/08 | Meeting with MTP to discuss strategy with BofA; review settlement and cash collateral order. | MSI | 0.60 | 417.00 |
| 05/13/08 | Review materials prior to and participate in meeting at Kroll's offices to review proposed global settlement with BofA's and Debtors' proposals | MTP | 7.40 | 5,143.00 |
| 05/20/08 | Prepare for and attend meeting with the Debtor and BofA to settle all disputes (5.60); draft e-mail to BDO regarding same (.60). | MSI | 6.20 | 4,309.00 |
| 05/20/08 | Prepare for and attend settlement conference with Kroll, Patton, Schonholtz and Wampler and MSI re BofA global settlement (5.6); call with Berliner re same (.3) | MTP | 5.90 | 4,100.50 |
| 05/21/08 | Review and edit proposed term sheet for global resolution of BofA deal (.60); meeting with MTP regarding his comments (.20); draft e-mail to Lunn regarding same (.10); telephone conversation with Lunn regarding changes to various order (.30); review schedules and BDO analysis (.30); review committee settlement regarding terms (.30). | MSI | 1.80 | 1,251.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/21/08 | Call with BDO and MSI to review term sheet for BofA global settlement (.6); review and comments on Kaye Scholer's draft term sheet for global settlement with BofA (.8); discuss my comments with MSI (.2) | MTP | 1.60 | 1,112.00 |
| 05/22/08 | E-mail MSI regarding BofA settlement (.10). | JXZ | 0.10 | 32.50 |
| 05/22/08 | Review revised draft settlement term sheets for Calyon & BoA and discuss same with Beach + MSI | MTP | 1.80 | 1,251.00 |
| 05/23/08 | Revise and edit term sheet (.40); telephone conversation with M. Lunn regarding additional comments (.30); telephone conversation with D. Berliner and M. Michaelis regarding analysis of offers (.40); e-mails regarding revisions to the term sheet (.20). | MSI | 1.30 | 903.50 |
| 05/27/08 | Review analysis prepared by BDO to compare the new BofA settlement with the Committee/BofA settlement. | MSI | 0.30 | 208.50 |
| 05/27/08 | Review and comment on BDO's revised analysis and comparison chart of our settlement with BofA verses Kroll's settlement with BofA | MTP | 0.80 | 556.00 |

TOTAL HOURS  31.70

TOTAL SERVICES ........................................................ $  21,809.50

DISBURSEMENT SUMMARY

CARFARE  $179.21

SEARCH FEES  $11.28

TOTAL DISBURSEMENTS ............................................ $  190.49

TOTAL FEES & DISBURSEMENTS ............................................ $  21,999.99

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 493 | Zawadzki | 0.60 | 325.00 | 195.00 |
| 260 | Indelicato | 10.80 | 695.00 | 7,506.00 |
| 364 | Power | 20.30 | 695.00 | 14,108.50 |
| ATTY TOTAL | | 31.70 | | 21,809.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
006         SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/02/08 | Review docket/miscellaneous sale motion. | JXZ | 0.40 | 130.00 |
| 05/05/08 | Review e-mail regarding concerns on purchaser bar date (.20); telephone conversation with Lunn regarding same (.10). | MSI | 0.30 | 208.50 |
| 05/12/08 | Review e-mail from BDO on issues on Schedule G reconciliation (.60); telephone conversation with Michaelis regarding same (.10); meeting with EK regarding objection to US Bank's motion for payment (.40). | MSI | 1.10 | 764.50 |
| 05/13/08 | Review issues on objection to purchaser's cure claims. | MSI | 0.30 | 208.50 |
| 05/14/08 | Review various objections/statements filed regarding purchaser cure claims (.80); meeting with EK regarding same (.10); review issues on WLR schedule G including additional objections (.90); telephone conversation with M. Michaelis regarding same (.10). | MSI | 1.90 | 1,320.50 |
| 05/15/08 | Review chart of issues regarding WLR-APA and draft Schedule G (0.7), e-mails and conference with MTP regarding WLR-APA issues (0.3); miscellaneous conferences and e-mails with MTP, Solero and Weissman regarding draft SPA regarding AHM bank (0.3) | DDG | 1.30 | 812.50 |
| 05/15/08 | Review issues related to Bank of New York's cure claim [1.6]; Deutsche Bank's cure claim [1.1] | EK | 2.70 | 756.00 |
| 05/15/08 | Review APA issues and e-mail to DDG regarding same (.40); review purchaser cure statements (.40). | MSI | 0.80 | 556.00 |
| 05/15/08 | E-mails + discussion with DDG re APA disputes with WLR | MTP | 0.50 | 347.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/16/08 | Review AHM Bank sale agreement and Storero comments regarding same, compare to WLR APA, prior draft of SPA (1.9): prepare for meeting with Michaelis regarding WLR APA issues (.06) | DDG | 2.50 | 1,562.50 |
| 05/16/08 | Examination for various objections to cure amounts [3.2]. | EK | 3.20 | 896.00 |
| 05/19/08 | Meet with Michaelis, MSI regarding WLR APA, Schedule G issues (2.0); miscellaneous e-mails with MSI, MTP, Weissman, Storero regarding SPA (0.5) | DDG | 2.50 | 1,562.50 |
| 05/19/08 | Review and edit draft motion to establish bidding procedures (.80); meeting with MTP regarding same (.20); draft e-mail to Patton regarding concerns (.60); meeting with DDG and M. Michaelis regarding schedule G and related issues (1.10); review asset purchase agreement (.40); review comments on Bank contract (.60). | MSI | 3.70 | 2,571.50 |
| 05/19/08 | Quick review of Debtor's draft motion to sell performing loan and discuss same with MSI (.5); review draft APA to sell bank (1.1) | MTP | 1.60 | 1,112.00 |
| 05/20/08 | Mark-up SPA (3.1); miscellaneous e-mails and conferences regarding same with Williams, MSI (0.4) | DDG | 3.50 | 2,187.50 |
| 05/20/08 | Examination of Hage motion to cure claim and drafting summary [.8]; examination of AHM ABN Amro stipulation [.9]; discussing Dorsey & Whitey claim with Cathy Constantine [.3]. | EK | 2.00 | 560.00 |
| 05/21/08 | Conference call with Grear regarding open issues with WLR | DDG | 0.70 | 437.50 |
| 05/21/08 | Review materials on Bank sale and meeting with Milestone regarding same and fee issues. | MSI | 1.20 | 834.00 |
| 05/21/08 | Meeting with Milestone and MSI re issues regarding sale of bank | MTP | 1.00 | 695.00 |
| 05/27/08 | Review motion by WLR regarding APA disputes and exhibits to motion (0.9); conference with MSI regarding same (0.3); review revised Schedule G (0.1) | DDG | 1.30 | 812.50 |
| 05/27/08 | Review motion by Ross to compel payment of $12 million administration claim (1.30); draft e-mail to DDG regarding issues (.20); meeting with DDG regarding same (.30); review asset purchase agreement regarding issues raised (.;40); review e-mail from M. Michaelis regarding schedule G issues (.30). | MSI | 2.50 | 1,737.50 |
| 05/27/08 | Review WLR motion to compel payment of alleged $12MM administrative claim under APA and transition services | MTP | 1.60 | 1,112.00 |
| 05/28/08 | Miscellaneous conferences with Gear, Michaelis and MSI regarding WLR motion regarding APA issues, Schedule G issues | DDG | 1.10 | 687.50 |
| 05/28/08 | Telephone conversation with M. Michaelis regarding Ross request for administration claim (.20); review motion (.40); discussion with DDG regarding same (.30). | MSI | 0.90 | 625.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/29/08 | Review BDO report regarding WLR, BofA, AHM Bank issues (0.1); conference call with MSI, ELS, Young Conaway regarding WLR motion, schedule G, related Bo A issues (0.7) | DDG | 0.80 | 500.00 |
| 05/29/08 | Attention to BDO summary of issues with Bank sale and disputes with WLR | MTP | 0.70 | 486.50 |
| 05/30/08 | Review issues related to Ross motion and potential objection (.70); review BDO analysis (.20). | MSI | 0.90 | 625.50 |

| | | | |
|---|---|---|---|
| TOTAL HOURS | 41.00 | | |
| TOTAL SERVICES ........................................................ $ | 24,109.50 | | |

DISBURSEMENT SUMMARY

| | |
|---|---|
| SEARCH FEES | $8.48 |

| | |
|---|---|
| TOTAL DISBURSEMENTS ............................................ $ | 8.48 |
| TOTAL FEES & DISBURSEMENTS ............................................ $ | 24,117.98 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|-----|-------|-----------------|-------------|
| 550 | Keary | 7.90 | 280.00 | 2,212.00 |
| 493 | Zawadzki | 0.40 | 325.00 | 130.00 |
| 426 | Grubman | 13.70 | 625.00 | 8,562.50 |
| 260 | Indelicato | 13.60 | 695.00 | 9,452.00 |
| 364 | Power | 5.40 | 695.00 | 3,753.00 |
| ATTY TOTAL | | 41.00 | | 24,109.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

> 703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 007       PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/08 | Draft administrative expense reimbursement app for Bank of New York (.80) Pull fee apps from 15th of April through 30th of April for JXZ to review (.20) Review Docket (.20) Review and distribute recently filed pleadings DI 3941-3942 Motion for relief from stay (.10) Review and distribute Orders DI 3945-3948 (.70) review Kroll Zolfo fee app (.40) review and distribute Opening brief Northwest Trustee (.30) review and distribute response (.10) calendar events (.20) Review TD service March fee app (.40) update internal examiners chart (.20) | JS | 3.60 | 828.00 |
| 05/02/08 | Email JS re: fee applications. | JXZ | 0.10 | 32.50 |
| 05/05/08 | Review NWT brief (.50); emails ELS re: same (.10); draft committee fee report (.30). | JXZ | 0.90 | 292.50 |
| 05/06/08 | Review Cohn, Gold's February fee app and update internal fee examiners chart (.60). | JS | 0.60 | 138.00 |
| 05/07/08 | Draft and circulate fee report (1.00). | JXZ | 1.00 | 325.00 |
| 05/14/08 | Review Quinn Emanuel February fee app and update internal fee examiners chart (.70). | JS | 0.70 | 161.00 |
| 05/14/08 | Review fee applications; draft summaries and e-mails with MTP and D. Berliner regarding same (1.70). | JXZ | 1.70 | 552.50 |
| 05/14/08 | Review various fee applications and discussion with MTP regarding same. | MSI | 0.40 | 278.00 |
| 05/14/08 | Attention to various problems with professionals fee apps and e-mails/discussion with MSI & JXZ re same | MTP | 0.80 | 556.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/08 | Review fee applications and e-mails and meeting with JS and MTP regarding same (.40). | JXZ | 0.40 | 130.00 |
| 05/15/08 | Review and comment on JXZ analysis of various fee applications | MTP | 0.20 | 139.00 |
| 05/16/08 | Calls and e-mails with M. Whiteman and MTP regarding foreclosure OCP's (.20); review fee applications, draft summaries and e-mails with MTP regarding same (.40); draft committee fee report (.50). | JXZ | 1.10 | 357.50 |
| 05/19/08 | Examination of Northwest's fee applications [1.4]. | EK | 1.40 | 392.00 |
| 05/19/08 | Review Quinn Emanuel's February Fee app and update summary chart (.50) Prepare Committee's reimbursement application (Bank of NY and their counsel) and exhibits (1.40) Prepare for e-file and service (.60) emails to Stacy Lucas re same (.10) | JS | 2.60 | 598.00 |
| 05/19/08 | Meeting with JS regarding fee issues (.10). | JXZ | 0.10 | 32.50 |
| 05/20/08 | Review and distribute NWT Services, Inc. April fee application (.50) update fee summary chart (.20) | JS | 0.70 | 161.00 |
| 05/21/08 | Review brief of UST in response to first and second quarterly fee app of northwest (.50) circulate re: same (.10) review brief joint answering brief re: first and second quarterly fee app (.30) | JS | 0.90 | 207.00 |
| 05/21/08 | Review NWT briefs (.60); review fee applications, draft summaries and e-mails with MTP regarding same (1.50); retrieve and conduct in depth analysis of certain professionals multiple fee applications, draft summary and e-mails with MTP regarding same (4.30). | JXZ | 6.40 | 2,080.00 |
| 05/21/08 | Review and sign off of final joint response brief to Northwest | MTP | 0.80 | 556.00 |
| 05/21/08 | Review JXZ summaries of filed fee applications | MTP | 0.20 | 139.00 |
| 05/27/08 | Review Weiner March fee application (.30) review Orlans Associates February, March and April fee applications (1.20) update fee summary chart (.50) | JS | 2.00 | 460.00 |
| 05/28/08 | Review fee applications (.10). | JXZ | 0.10 | 32.50 |
| 05/29/08 | Review TD Service April fee app (.30) review Cohn Goldberg March fee app (.40) update summary fee chart (.20) | JS | 0.90 | 207.00 |
| 05/29/08 | Review JXZ's various e-mails summarizing professionals fee application | MTP | 0.40 | 278.00 |
| 05/30/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (2.30). | JXZ | 2.30 | 747.50 |
| 05/30/08 | E-mails re NWTS request for an extension | MTP | 0.10 | 69.50 |
| 05/30/08 | Work on February billing statement | MTP | 0.80 | 556.00 |

TOTAL HOURS            31.20

TOTAL SERVICES ........................................................................$    10,306.00

DISBURSEMENT SUMMARY

CARFARE                                                                                    $10.40

TOTAL DISBURSEMENTS ........................................................... $        10.40

TOTAL FEES & DISBURSEMENTS ........................................... $     10,316.40

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 12.00 | 230.00 | 2,760.00 |
| 550 | Keary | 1.40 | 280.00 | 392.00 |
| 493 | Zawadzki | 14.10 | 325.00 | 4,582.50 |
| 260 | Indelicato | 0.40 | 695.00 | 278.00 |
| 364 | Power | 3.30 | 695.00 | 2,293.50 |
| ATTY TOTAL | | 31.20 | | 10,306.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009        LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/01/08 | Drafting memo regarding research on removal of employees [4.5] | EK | 4.50 | 1,260.00 |
| 05/01/08 | Conference with JXZ re search terms proposed by Debtors. | RJM | 0.10 | 52.50 |
| 05/02/08 | Examination of fraudulent conveyance possible suit legal research and analysis [5.2]; Wells Fargo litigation and legal research | EK | 1.00 | 280.00 |
| 05/02/08 | Adv. Pro. 07-51747 review docket and Status Report DI 46 (.30) | JS | 0.30 | 69.00 |
| 05/02/08 | Review BofA pleadings in preparation for hearing (.70); attend hearing on BofA motion to dismiss (1.80). | MSI | 2.50 | 1,737.50 |
| 05/05/08 | Adv. Pro. 07-51688 review and distribute docket and pleading DI 58 (.30) | JS | 0.30 | 69.00 |
| 05/06/08 | Adv. Pro. 07-51704 review docket (.20) review and distribute Notice of Deposition DI 132-133 (.30) | JS | 0.50 | 115.00 |
| 05/07/08 | Examination of claims of parties to assumed contracts [1.6]; Wells Fargo litigation legal research [2.1]; examination of Northwest Authorities [1.1] | EK | 4.80 | 1,344.00 |
| 05/07/08 | Adv. Pro. 07-51688 Review docket and Order DI 59 (.30) | JS | 0.30 | 69.00 |
| 05/08/08 | Adv. Pro. 08-50633 review and distribute complaint and administrative work to follow new adversary proceedings (1.20) Adv. Pro. 07-51688 review docket and DI 60-61 (.30) | JS | 1.50 | 345.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/09/08 | Adv. Pro. 07-51704 Review and distribute docket and response DI 137 (.30) Adv. Pro. 08-50634 review and distribute complaint and administrative work for following new adversary. (1.20) | JS | 1.50 | 345.00 |
| 05/10/08 | Review status of various adversary proceedings [2.8]. | EK | 2.80 | 784.00 |
| 05/13/08 | Adv. Pro 07-51747 review docket and amended notice of depositions (.30) | JS | 0.30 | 69.00 |
| 05/14/08 | Review and revise draft of confidentiality agreement (1.50). | JPM | 1.50 | 1,042.50 |
| 05/14/08 | Adv. Pro. 07-51704 Review docket and recently filed pleadings (.30) | JS | 0.30 | 69.00 |
| 05/14/08 | Review/edit confidentiality agreement. | RJM | 1.40 | 735.00 |
| 05/15/08 | Adv. Pro. 07-51747 review docket (.10) review and distribute pleadings filed (.30) | JS | 0.40 | 92.00 |
| 05/15/08 | Continue editing confidentiality agreement and confer with JPM re same. | RJM | 0.50 | 262.50 |
| 05/16/08 | Review and draft memo regarding status of adversary proceedings [2.1]. | EK | 2.10 | 588.00 |
| 05/16/08 | 07-51738 Review and distribute Transcript of hearing from May 2, 2008. | JS | 0.40 | 92.00 |
| 05/19/08 | 07-51741 monitor case proceedings, review recently filed pleadings DI 44 & 45 Notices of Deposition DI 46 Response (.40) | JS | 0.40 | 92.00 |
| 05/20/08 | Review depositions of various adversary proceedings [.6]. | EK | 0.60 | 168.00 |
| 05/20/08 | Emails with EK and JXZ re: summary of pending adversaries (.30). | ELS | 0.30 | 139.50 |
| 05/20/08 | Adversary Proceeding 07-51688 review docket and recently filed pleadings DI 64 (.40) 07-51725 Review docket and Motion to approve DI 16 (.40) | JS | 0.80 | 184.00 |
| 05/20/08 | Review various adversary dockets and recent pleadings, draft summaries and e-mails with ELS regarding same (3.40). | JXZ | 3.40 | 1,105.00 |
| 05/20/08 | Review various e-mails regarding litigation status. | MSI | 0.20 | 139.00 |
| 05/20/08 | Reviewed revisions to proposed confidentiality order and communicate comments to MSI and JPM | RJM | 0.50 | 262.50 |
| 05/21/08 | Northwest Fee Argument [3.3] | EK | 3.30 | 924.00 |
| 05/21/08 | Wells Fargo Interleader Summary [1.1]. | EK | 1.10 | 308.00 |
| 05/22/08 | Review and update memo on adversary proceedings [2.1] | EK | 2.10 | 588.00 |
| 05/22/08 | Review and revise committee summary of pending adversaries (.6). | ELS | 0.60 | 279.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/22/08 | Review and edit comments to term sheet in preparation for call with YCST (.60); review Calyon term sheet (.30); telephone conversation with Patton, Beach and Lunn regarding comments to term sheet of global settlement (.70); various e-mails to Lunn regarding same (.30); review modification to term sheet (.30); e-mails to ELS regarding comments on Bear confidentiality agreement (.20); review same (.70). | MSI | 3.10 | 2,154.50 |
| 05/23/08 | Review decision granting Lehman's motion to dismiss in adversary proceeding (1.80); review and edit e-mail regarding confidentiality issues (.20); draft e-mails regarding same (.20). | MSI | 2.20 | 1,529.00 |
| 05/27/08 | Morgan Stanley adversary - examination and summary drafting [1.2]; Natixis summary and examination [1.1]; working on TRIAD adversary [2.1] | EK | 4.40 | 1,232.00 |
| 05/27/08 | Met with MSI re: Triad, other adversaries and recent motions for relief from stay and telephone conference with debtors' attorney re same (.5). | ELS | 0.50 | 232.50 |
| 05/27/08 | Review of emails from JXZ re discovery deadlines in WARN Act litigation and review of file (1.0). | JPM | 1.00 | 695.00 |
| 05/27/08 | Review and edit confidentiality agreements with Bear Sterns (.30); meeting with ELS regarding Triad litigation (.20); telephone conversation with K. Mangin regarding confidentiality agreement with Triad to get access to confidentiality information (.20); meeting with JLS regarding Lehman decision (.20); continue review of same (.60). | MSI | 1.50 | 1,042.50 |
| 05/28/08 | Review revised chart prepared by BDO comparing various BofA settlements (.20); telephone conversation with Berliner and Michaelis regarding same (.60). | MSI | 0.80 | 556.00 |
| 05/29/08 | Drafting Creditors Committee Memo on Wilbur Ross administrative expenses claim [2.1]; drafting objection to Sam Hage's claim (no. 1 objection) [1.2] | EK | 5.30 | 1,484.00 |

TOTAL HOURS                                      59.10

TOTAL SERVICES ........................................................ $    22,534.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $86.00 |
| DUPLICATING | $20.50 |
| LEXIS | $52.05 |
| MEALS | $86.85 |
| REPORTS FEE | $1,227.68 |
| SEARCH FEES | $18.08 |

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................ $     1,491.16

TOTAL FEES & DISBURSEMENTS............................................. $    24,025.66


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 7.00 | 230.00 | 1,610.00 |
| 550 | Keary | 32.00 | 280.00 | 8,960.00 |
| 493 | Zawadzki | 3.40 | 325.00 | 1,105.00 |
| 486 | Schnitzer | 1.40 | 465.00 | 651.00 |
| 952 | Malatak | 2.50 | 525.00 | 1,312.50 |
| 226 | McCahey | 2.50 | 695.00 | 1,737.50 |
| 260 | Indelicato | 10.30 | 695.00 | 7,158.50 |
| ATTY TOTAL | | 59.10 | | 22,534.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
010       PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/30/08 | E-mail MTP regarding draft plan (.10). | JXZ | 0.10 | 32.50 |
| 05/30/08 | Began review of draft of plan and plan issues. | MSI | 1.10 | 764.50 |
| 05/31/08 | Review proposed liquidating plan and draft comments regarding same (4.60). | JXZ | 4.60 | 1,495.00 |

TOTAL HOURS                    5.80

TOTAL SERVICES ......................................................... $      2,292.00

DISBURSEMENT SUMMARY

DUPLICATING                                         $13.00

MEALS                                              $12.44

TOTAL DISBURSEMENTS .......................................... $        25.44

TOTAL FEES & DISBURSEMENTS ........................................... $      2,317.44

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 4.70 | 325.00 | 1,527.50 |
| 260 | Indelicato | 1.10 | 695.00 | 764.50 |
| ATTY TOTAL | | 5.80 | | 2,292.00 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/01/08 | Emails/calls/meeting with RJM, M. Minello re: discovery. | JXZ | 0.30 | 97.50 |
| 05/02/08 | Review of WARN Act litigation file re issues raised; status of motion to amend complaint and discovery schedule (3.0). | JPM | 3.00 | 2,085.00 |
| 05/02/08 | Email D. Carackhoff re: protective order. | JXZ | 0.10 | 32.50 |
| 05/07/08 | Review of order permitting amendment of WARN Act complaint; review of second amended complaint (.40). | JPM | 0.50 | 347.50 |
| 05/07/08 | Review docket and order regarding amending complaint and e-mails to team regarding same (.20). | JXZ | 0.20 | 65.00 |
| 05/08/08 | Review e-mails regarding discovery issues. | MSI | 0.30 | 208.50 |
| 05/09/08 | Attention to discovery matters (.20). | JXZ | 0.20 | 65.00 |
| 05/09/08 | Review pleadings and e-mails regarding outstanding issues. | MSI | 0.30 | 208.50 |
| 05/12/08 | Review discovery issues. | MSI | 0.50 | 347.50 |
| 05/15/08 | Attention to discovery responses (.20). | JXZ | 0.20 | 65.00 |
| 05/16/08 | Attention to discovery issues (.50); meeting with MSI regarding document production (.10). | JXZ | 0.60 | 195.00 |
| 05/19/08 | Call LR regarding document production (.10); attention to discovery matters (.10). | JXZ | 0.50 | 162.50 |
| 05/20/08 | Calls with LR and e-mails with M. Minella regarding document production (.10); review DEO search results and numerous calls and e-mails with MSI, RJM, M. Olsen and M. Minella (.50); review docket and e-mail D. Carickhoff regarding Intervention Order (.10). | JXZ | 0.70 | 227.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/20/08 | Review various e-mails and discussion with JXZ regarding discovery search issues (.40); review material provided by Debtor (.40). | MSI | 0.80 | 556.00 |
| 05/21/08 | Meeting with MSI regarding liability analysis (.10); review amended scheduling order and e-mails with M. Minella regarding same (.10); call with LR regarding document production (.10). | JXZ | 0.30 | 97.50 |
| 05/21/08 | Review various e-mails regarding discovery and outstanding issues (.40); meeting with JXZ regarding same (.20). | MSI | 0.60 | 417.00 |
| 05/22/08 | E-mails with D. Carickhoff regarding intervention order (.10); review COC regarding protective order (.10); e-mails regarding revised scheduling order (.10). | JXZ | 0.30 | 97.50 |
| 05/23/08 | Memo to LR regarding document production (.10). | JXZ | 0.10 | 32.50 |
| 05/27/08 | Review recent orders (.20). | JXZ | 0.20 | 65.00 |
| 05/29/08 | E-mails with LR regarding document production (.10). | JXZ | 0.10 | 32.50 |

TOTAL HOURS                                        9.80

TOTAL SERVICES ........................................................ $      5,405.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                $5.20

MEALS                                                                        $14.14

SEARCH FEES                                                                $7.52

TOTAL DISBURSEMENTS ........................................... $          26.86

TOTAL FEES & DISBURSEMENTS ............................. $      5,431.86


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 3.80 | 325.00 | 1,235.00 |
| 226 | McCahey | 3.50 | 695.00 | 2,432.50 |
| 260 | Indelicato | 2.50 | 695.00 | 1,737.50 |
| ATTY TOTAL | | 9.80 | | 5,405.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
012          CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/20/08 | Motion of River Park to file late claims and drafting summary [1.2]. | EK | 1.20 | 336.00 |
| 05/20/08 | Emails with EK re: various motions to allow late filed claims (.60). | ELS | 0.60 | 279.00 |
| 05/20/08 | Review motions to allow late claims and e-mails with EK and ELS regarding same (.30). | JXZ | 0.30 | 97.50 |
| 05/21/08 | Drafting objection to the Sam Hage motion to have late claim accepted [.8]. | EK | 0.80 | 224.00 |
| 05/21/08 | Review motions to allow late claims and call EK regarding opposition (.30). | JXZ | 0.30 | 97.50 |
| 05/21/08 | Meeting with ELS regarding objection to motion for late claim (.10); review motion (.10). | MSI | 0.20 | 139.00 |
| 05/22/08 | Examining responses to claims objections [2.4]. | EK | 2.40 | 672.00 |
| 05/22/08 | Review debtors' objection to McClain administrative claim and email to EK re same and review and revise proposed joinder and telephone conference with MSI re same (.8). | ELS | 0.80 | 372.00 |
| 05/22/08 | Review responses (.40). | JXZ | 0.40 | 130.00 |
| 05/23/08 | Review docket and recent responses (.60). | JXZ | 0.60 | 195.00 |
| 05/27/08 | Work on objection to motion of River Park to allow late filed proof of claim | MTP | 3.70 | 2,571.50 |
| 05/28/08 | Working on Sam Hage motion [2.2]. | EK | 2.20 | 616.00 |
| 05/28/08 | Review responses and objections to claims (.20). | JXZ | 0.20 | 65.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/29/08 | Work on objection to Hage late claims motion | MTP | 1.50 | 1,042.50 |
| 05/30/08 | Legal research re: Floodgates litigation for late filing of claims [3.8]. | EK | 3.80 | 1,064.00 |
| 05/30/08 | Review transcript regarding excusable neglect (.90). | JXZ | 0.90 | 292.50 |

TOTAL HOURS                    19.90

TOTAL SERVICES ....................................................................... $    8,193.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 550 | Keary | 10.40 | 280.00 | 2,912.00 |
| 493 | Zawadzki | 2.70 | 325.00 | 877.50 |
| 486 | Schnitzer | 1.40 | 465.00 | 651.00 |
| 260 | Indelicato | 0.20 | 695.00 | 139.00 |
| 364 | Power | 5.20 | 695.00 | 3,614.00 |
| ATTY TOTAL | | 19.90 | | 8,193.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 135951

For professional services rendered from May 1, through May 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/05/08 | Review of documents requested of debtors (.50). | JPM | 0.50 | 347.50 |
| 05/06/08 | Review of debtors' draft of confidentiality agreement (.50); confer with MSI and RJM re same (.20); search for other confidentiality agreements and forward to RJM (.30); review of WSJ article re federal investigation of AHM (.30). | JPM | 1.30 | 903.50 |
| 05/07/08 | Review of public filings by debtors pre-bankruptcy and notes (2.50); review of debtors' proposed confidentiality stipulation (.40). | JPM | 2.90 | 2,015.50 |
| 05/08/08 | Confer with RJM and MSI re debtors' draft of confidentiality stipulation (.30); pulled versions of confidentiality agreements acceptable to Committee and provided to RJM (.30). | JPM | 0.60 | 417.00 |
| 05/12/08 | Review of notes re AHM and documents. | JPM | 1.00 | 695.00 |
| 05/15/08 | Confer with RJM re revisions to draft confidentiality agreement with debtors (.40). | JPM | 0.40 | 278.00 |
| 05/19/08 | Review of confidentiality stipulation as revised by debtors and emails to RJM and MSI re same (.80); review of documents re debtors previously provided by BDO (1.40). | JPM | 2.20 | 1,529.00 |
| 05/21/08 | Revised confidentiality stipulation and confer with RJM re same (.70). | JPM | 0.70 | 486.50 |
| 05/22/08 | Review of confidentiality agreement issues (.40); review of debtors' proxy statements and bonus issues (1.50). | JPM | 1.90 | 1,320.50 |

TOTAL HOURS                                   11.50

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL SERVICES ........................................................... $ | | | 7,992.50 |
| | **DISBURSEMENT SUMMARY** | | | |
| | SEARCH FEES | | | $0.32 |
| | | | | |
| | TOTAL DISBURSEMENTS .......................................... $ | | | 0.32 |
| | TOTAL FEES & DISBURSEMENTS........................... $ | | | 7,992.82 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 226 | McCahey | 11.50 | 695.00 | 7,992.50 |
| ATTY TOTAL | | 11.50 | | 7,992.50 |