# EXHIBIT C

| Disb ID | Date | TKPR Name | Cost Code | Tobill Am | Narrative |
|---------|------|-----------|-----------|-----------|-----------|
| 1745192 | 4/21/2008 | Power, Mark | CAR | 9.00 | VENDOR: POWER, MARK T.; INVOICE#: 11; DATE: 7/30/2008 |
| 1700075 | 5/13/2008 | Indelicato, Mark S | CAR | 178.50 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 98723; DATE: 5/20/2008 |
| 1700076 | 5/15/2008 | Indelicato, Mark S | CAR | 179.52 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 98723; DATE: 5/20/2008 |
| 1700077 | 5/19/2008 | Indelicato, Mark S | CAR | 177.38 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 98723; DATE: 5/20/2008 |
| 1704727 | 5/20/2008 | Indelicato, Mark S | CAR | 178.91 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 99047; DATE: 5/27/2008 |
| 1708544 | 5/20/2008 | Power, Mark | CAR | 99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 99353; DATE: 6/3/2008 |
| 1711259 | 5/20/2008 | Zawadzki, Jeffrey | CAR | 52.02 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 550275; DATE: 5/31/2008 |
| 1711273 | 5/21/2008 | Zawadzki, Jeffrey | CAR | 56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 550275; DATE: 5/31/2008 |
| 1708531 | 5/27/2008 | Indelicato, Mark S | CAR | 177.74 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 99353; DATE: 6/3/2008 |
| 1704730 | 5/28/2008 | Indelicato, Mark S | CAR | 179.21 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 99047; DATE: 5/27/2008 |
| 1721409 | 5/28/2008 | Power, Mark | CAR | 7.00 | VENDOR: POWER, MARK T.; INVOICE#: 10; DATE: 6/27/2008 |
| 1702589 | 5/29/2008 | Schnitzer, Edward L. | CAR | 11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 14; DATE: 6/3/2008 |
| 1708523 | 5/29/2008 | Keary, Emmet | CAR | 10.40 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| | | | | 1,316.74 | |
| 1679054 | 5/1/2008 | | DUPL | 5.50 | |
| 1679380 | 5/1/2008 | | DUPL | 1.80 | |
| 1679384 | 5/1/2008 | | DUPL | 3.30 | |
| 1679388 | 5/1/2008 | | DUPL | 0.30 | |
| 1679489 | 5/1/2008 | | DUPL | 5.00 | |
| 1679679 | 5/1/2008 | | DUPL | 0.20 | |
| 1679684 | 5/1/2008 | | DUPL | 0.20 | |
| 1679761 | 5/1/2008 | | DUPL | 2.40 | |
| 1679994 | 5/2/2008 | | DUPL | 0.10 | |
| 1680375 | 5/2/2008 | | DUPL | 1.00 | |
| 1680383 | 5/2/2008 | | DUPL | 1.90 | |
| 1680385 | 5/2/2008 | | DUPL | 0.20 | |
| 1680431 | 5/2/2008 | | DUPL | 3.10 | |
| 1680445 | 5/2/2008 | | DUPL | 2.00 | |
| 1680626 | 5/2/2008 | | DUPL | 10.60 | |
| 1681101 | 5/5/2008 | | DUPL | 2.20 | |
| 1681262 | 5/5/2008 | | DUPL | 0.20 | |
| 1681274 | 5/5/2008 | | DUPL | 0.10 | |
| 1681404 | 5/5/2008 | | DUPL | 0.10 | |

| | | | |
|---|---|---|---|
| 1681426 | 5/5/2008 | DUPL | 0.60 |
| 1681436 | 5/5/2008 | DUPL | 0.60 |
| 1681438 | 5/5/2008 | DUPL | 0.60 |
| 1681449 | 5/5/2008 | DUPL | 5.70 |
| 1681486 | 5/5/2008 | DUPL | 0.10 |
| 1681489 | 5/5/2008 | DUPL | 0.40 |
| 1681501 | 5/5/2008 | DUPL | 0.80 |
| 1681505 | 5/5/2008 | DUPL | 0.50 |
| 1681511 | 5/5/2008 | DUPL | 0.20 |
| 1681515 | 5/5/2008 | DUPL | 0.40 |
| 1681597 | 5/5/2008 | DUPL | 0.30 |
| 1681601 | 5/5/2008 | DUPL | 2.30 |
| 1681646 | 5/5/2008 | DUPL | 5.60 |
| 1681674 | 5/5/2008 | DUPL | 0.10 |
| 1682696 | 5/6/2008 | DUPL | 5.60 |
| 1683236 | 5/6/2008 | DUPL | 0.80 |
| 1683268 | 5/6/2008 | DUPL | 1.20 |
| 1683271 | 5/6/2008 | DUPL | 1.20 |
| 1684502 | 5/7/2008 | DUPL | 0.80 |
| 1684504 | 5/7/2008 | DUPL | 3.60 |
| 1684970 | 5/8/2008 | DUPL | 0.20 |
| 1686889 | 5/9/2008 | DUPL | 4.40 |
| 1686894 | 5/9/2008 | DUPL | 7.50 |
| 1687796 | 5/12/2008 | DUPL | 0.20 |
| 1688548 | 5/13/2008 | DUPL | 0.80 |
| 1688700 | 5/13/2008 | DUPL | 2.00 |
| 1688746 | 5/13/2008 | DUPL | 1.00 |
| 1688786 | 5/13/2008 | DUPL | 1.00 |
| 1689127 | 5/13/2008 | DUPL | 0.60 |
| 1689331 | 5/14/2008 | DUPL | 24.70 |
| 1689377 | 5/14/2008 | DUPL | 0.40 |
| 1689718 | 5/14/2008 | DUPL | 3.60 |
| 1689720 | 5/14/2008 | DUPL | 3.70 |
| 1689724 | 5/14/2008 | DUPL | 8.30 |
| 1689775 | 5/14/2008 | DUPL | 0.90 |
| 1689795 | 5/14/2008 | DUPL | 0.90 |
| 1689926 | 5/14/2008 | DUPL | 0.10 |
| 1690025 | 5/14/2008 | DUPL | 0.20 |
| 1690118 | 5/14/2008 | DUPL | 0.60 |
| 1690128 | 5/14/2008 | DUPL | 0.80 |
| 1690132 | 5/14/2008 | DUPL | 5.00 |
| 1690134 | 5/14/2008 | DUPL | 0.20 |
| 1690136 | 5/14/2008 | DUPL | 0.20 |
| 1690137 | 5/14/2008 | DUPL | 5.30 |
| 1690145 | 5/14/2008 | DUPL | 4.80 |
| 1690149 | 5/14/2008 | DUPL | 5.30 |
| 1690151 | 5/14/2008 | DUPL | 5.40 |
| 1690153 | 5/14/2008 | DUPL | 5.70 |
| 1690162 | 5/14/2008 | DUPL | 0.20 |
| 1690164 | 5/14/2008 | DUPL | 4.30 |
| 1690165 | 5/14/2008 | DUPL | 16.20 |
| 1690167 | 5/14/2008 | DUPL | 0.20 |

| | | | |
|---|---|---|---|
| 1690498 | 5/15/2008 | DUPL | 0.80 |
| 1690522 | 5/15/2008 | DUPL | 0.10 |
| 1690528 | 5/15/2008 | DUPL | 0.60 |
| 1690570 | 5/15/2008 | DUPL | 0.60 |
| 1690590 | 5/15/2008 | DUPL | 1.30 |
| 1690604 | 5/15/2008 | DUPL | 0.80 |
| 1690638 | 5/15/2008 | DUPL | 0.40 |
| 1690699 | 5/15/2008 | DUPL | 2.80 |
| 1690759 | 5/15/2008 | DUPL | 4.40 |
| 1690765 | 5/15/2008 | DUPL | 0.20 |
| 1690767 | 5/15/2008 | DUPL | 0.50 |
| 1690781 | 5/15/2008 | DUPL | 1.80 |
| 1690891 | 5/15/2008 | DUPL | 0.50 |
| 1690907 | 5/15/2008 | DUPL | 0.40 |
| 1690970 | 5/15/2008 | DUPL | 0.40 |
| 1691410 | 5/15/2008 | DUPL | 0.60 |
| 1691482 | 5/15/2008 | DUPL | 0.80 |
| 1691516 | 5/15/2008 | DUPL | 0.80 |
| 1691522 | 5/15/2008 | DUPL | 0.10 |
| 1691526 | 5/15/2008 | DUPL | 4.40 |
| 1691533 | 5/15/2008 | DUPL | 0.10 |
| 1691970 | 5/16/2008 | DUPL | 3.60 |
| 1692109 | 5/16/2008 | DUPL | 0.80 |
| 1692113 | 5/16/2008 | DUPL | 1.00 |
| 1692141 | 5/16/2008 | DUPL | 0.40 |
| 1692147 | 5/16/2008 | DUPL | 0.20 |
| 1692149 | 5/16/2008 | DUPL | 0.40 |
| 1692263 | 5/16/2008 | DUPL | 0.30 |
| 1692338 | 5/16/2008 | DUPL | 0.80 |
| 1692354 | 5/16/2008 | DUPL | 0.30 |
| 1692414 | 5/16/2008 | DUPL | 0.80 |
| 1692440 | 5/16/2008 | DUPL | 0.90 |
| 1692475 | 5/16/2008 | DUPL | 0.80 |
| 1692488 | 5/16/2008 | DUPL | 0.80 |
| 1692497 | 5/16/2008 | DUPL | 0.90 |
| 1692507 | 5/16/2008 | DUPL | 0.80 |
| 1692518 | 5/16/2008 | DUPL | 0.80 |
| 1692520 | 5/16/2008 | DUPL | 0.90 |
| 1692722 | 5/19/2008 | DUPL | 0.30 |
| 1692723 | 5/19/2008 | DUPL | 0.40 |
| 1692724 | 5/19/2008 | DUPL | 0.50 |
| 1692726 | 5/19/2008 | DUPL | 0.40 |
| 1692733 | 5/19/2008 | DUPL | 0.30 |
| 1692734 | 5/19/2008 | DUPL | 0.20 |
| 1692736 | 5/19/2008 | DUPL | 0.20 |
| 1692738 | 5/19/2008 | DUPL | 0.10 |
| 1692739 | 5/19/2008 | DUPL | 0.20 |
| 1692772 | 5/19/2008 | DUPL | 0.80 |
| 1692788 | 5/19/2008 | DUPL | 3.00 |
| 1693024 | 5/19/2008 | DUPL | 0.40 |
| 1693026 | 5/19/2008 | DUPL | 0.20 |
| 1693034 | 5/19/2008 | DUPL | 0.40 |

| | | | |
|---|---|---|---|
| 1693058 | 5/19/2008 | DUPL | 0.20 |
| 1693069 | 5/19/2008 | DUPL | 0.30 |
| 1693130 | 5/19/2008 | DUPL | 0.20 |
| 1693132 | 5/19/2008 | DUPL | 0.20 |
| 1693146 | 5/19/2008 | DUPL | 0.20 |
| 1693150 | 5/19/2008 | DUPL | 0.40 |
| 1693178 | 5/19/2008 | DUPL | 0.40 |
| 1693198 | 5/19/2008 | DUPL | 2.10 |
| 1693199 | 5/19/2008 | DUPL | 0.20 |
| 1693201 | 5/19/2008 | DUPL | 0.70 |
| 1693203 | 5/19/2008 | DUPL | 0.80 |
| 1693205 | 5/19/2008 | DUPL | 2.20 |
| 1693207 | 5/19/2008 | DUPL | 0.10 |
| 1693317 | 5/19/2008 | DUPL | 0.30 |
| 1693629 | 5/20/2008 | DUPL | 0.30 |
| 1693701 | 5/20/2008 | DUPL | 1.20 |
| 1693739 | 5/20/2008 | DUPL | 0.80 |
| 1693754 | 5/20/2008 | DUPL | 0.30 |
| 1693766 | 5/20/2008 | DUPL | 0.70 |
| 1693883 | 5/20/2008 | DUPL | 0.50 |
| 1693905 | 5/20/2008 | DUPL | 0.20 |
| 1693907 | 5/20/2008 | DUPL | 0.40 |
| 1693909 | 5/20/2008 | DUPL | 0.20 |
| 1693913 | 5/20/2008 | DUPL | 0.40 |
| 1693937 | 5/20/2008 | DUPL | 0.40 |
| 1694102 | 5/20/2008 | DUPL | 1.30 |
| 1694105 | 5/20/2008 | DUPL | 3.40 |
| 1694106 | 5/20/2008 | DUPL | 1.10 |
| 1694107 | 5/20/2008 | DUPL | 1.10 |
| 1694130 | 5/20/2008 | DUPL | 1.20 |
| 1694228 | 5/20/2008 | DUPL | 0.20 |
| 1694231 | 5/20/2008 | DUPL | 0.30 |
| 1694245 | 5/20/2008 | DUPL | 23.10 |
| 1694250 | 5/20/2008 | DUPL | 0.50 |
| 1694465 | 5/21/2008 | DUPL | 7.20 |
| 1694525 | 5/21/2008 | DUPL | 0.10 |
| 1694526 | 5/21/2008 | DUPL | 0.20 |
| 1694527 | 5/21/2008 | DUPL | 0.50 |
| 1694623 | 5/21/2008 | DUPL | 0.30 |
| 1694631 | 5/21/2008 | DUPL | 0.20 |
| 1694785 | 5/21/2008 | DUPL | 0.20 |
| 1694804 | 5/21/2008 | DUPL | 0.20 |
| 1694903 | 5/21/2008 | DUPL | 1.80 |
| 1694904 | 5/21/2008 | DUPL | 0.20 |
| 1694915 | 5/21/2008 | DUPL | 0.10 |
| 1694932 | 5/21/2008 | DUPL | 1.20 |
| 1694946 | 5/21/2008 | DUPL | 1.40 |
| 1695279 | 5/21/2008 | DUPL | 0.30 |
| 1695334 | 5/21/2008 | DUPL | 0.20 |
| 1695340 | 5/21/2008 | DUPL | 0.40 |
| 1695353 | 5/21/2008 | DUPL | 0.60 |
| 1695356 | 5/21/2008 | DUPL | 0.60 |

| | | | |
|---|---|---|---|
| 1695358 | 5/21/2008 | DUPL | 1.20 |
| 1695359 | 5/21/2008 | DUPL | 1.20 |
| 1697016 | 5/22/2008 | DUPL | 1.40 |
| 1697017 | 5/22/2008 | DUPL | 0.50 |
| 1697052 | 5/22/2008 | DUPL | 0.30 |
| 1697125 | 5/22/2008 | DUPL | 0.80 |
| 1697128 | 5/22/2008 | DUPL | 0.30 |
| 1697662 | 5/23/2008 | DUPL | 5.20 |
| 1697665 | 5/23/2008 | DUPL | 0.20 |
| 1697667 | 5/23/2008 | DUPL | 0.20 |
| 1697668 | 5/23/2008 | DUPL | 5.20 |
| 1697671 | 5/23/2008 | DUPL | 0.10 |
| 1697676 | 5/23/2008 | DUPL | 0.50 |
| 1697678 | 5/23/2008 | DUPL | 0.20 |
| 1697680 | 5/23/2008 | DUPL | 0.10 |
| 1697682 | 5/23/2008 | DUPL | 0.20 |
| 1697683 | 5/23/2008 | DUPL | 0.20 |
| 1697690 | 5/23/2008 | DUPL | 0.50 |
| 1697692 | 5/23/2008 | DUPL | 0.20 |
| 1697694 | 5/23/2008 | DUPL | 0.10 |
| 1697695 | 5/23/2008 | DUPL | 0.20 |
| 1697696 | 5/23/2008 | DUPL | 0.20 |
| 1697702 | 5/23/2008 | DUPL | 0.50 |
| 1697704 | 5/23/2008 | DUPL | 0.20 |
| 1697705 | 5/23/2008 | DUPL | 0.10 |
| 1697706 | 5/23/2008 | DUPL | 0.20 |
| 1697707 | 5/23/2008 | DUPL | 0.20 |
| 1697709 | 5/23/2008 | DUPL | 0.40 |
| 1697710 | 5/23/2008 | DUPL | 0.20 |
| 1697713 | 5/23/2008 | DUPL | 0.10 |
| 1697714 | 5/23/2008 | DUPL | 0.20 |
| 1697715 | 5/23/2008 | DUPL | 0.20 |
| 1697716 | 5/23/2008 | DUPL | 0.40 |
| 1697717 | 5/23/2008 | DUPL | 0.20 |
| 1697719 | 5/23/2008 | DUPL | 0.10 |
| 1697721 | 5/23/2008 | DUPL | 0.20 |
| 1697722 | 5/23/2008 | DUPL | 0.20 |
| 1697725 | 5/23/2008 | DUPL | 0.20 |
| 1697993 | 5/27/2008 | DUPL | 1.10 |
| 1698080 | 5/27/2008 | DUPL | 0.20 |
| 1698081 | 5/27/2008 | DUPL | 0.40 |
| 1698090 | 5/27/2008 | DUPL | 1.10 |
| 1698095 | 5/27/2008 | DUPL | 0.10 |
| 1698097 | 5/27/2008 | DUPL | 0.10 |
| 1698100 | 5/27/2008 | DUPL | 1.10 |
| 1698101 | 5/27/2008 | DUPL | 0.10 |
| 1698114 | 5/27/2008 | DUPL | 1.00 |
| 1698115 | 5/27/2008 | DUPL | 0.80 |
| 1698118 | 5/27/2008 | DUPL | 2.00 |
| 1698166 | 5/27/2008 | DUPL | 1.80 |
| 1698168 | 5/27/2008 | DUPL | 0.50 |
| 1698172 | 5/27/2008 | DUPL | 3.60 |

| | | | |
|---|---|---|---|
| 1698173 | 5/27/2008 | DUPL | 0.70 |
| 1698174 | 5/27/2008 | DUPL | 0.30 |
| 1698348 | 5/27/2008 | DUPL | 0.70 |
| 1698382 | 5/27/2008 | DUPL | 2.00 |
| 1698475 | 5/27/2008 | DUPL | 0.10 |
| 1698495 | 5/27/2008 | DUPL | 0.20 |
| 1698560 | 5/27/2008 | DUPL | 5.20 |
| 1698594 | 5/27/2008 | DUPL | 3.60 |
| 1698596 | 5/27/2008 | DUPL | 0.20 |
| 1698598 | 5/27/2008 | DUPL | 0.30 |
| 1698602 | 5/27/2008 | DUPL | 1.80 |
| 1698604 | 5/27/2008 | DUPL | 0.20 |
| 1698607 | 5/27/2008 | DUPL | 0.70 |
| 1698608 | 5/27/2008 | DUPL | 3.60 |
| 1698610 | 5/27/2008 | DUPL | 0.20 |
| 1698617 | 5/27/2008 | DUPL | 0.50 |
| 1698672 | 5/27/2008 | DUPL | 0.20 |
| 1698674 | 5/27/2008 | DUPL | 0.20 |
| 1698885 | 5/28/2008 | DUPL | 0.10 |
| 1699018 | 5/28/2008 | DUPL | 3.70 |
| 1699021 | 5/28/2008 | DUPL | 0.70 |
| 1699034 | 5/28/2008 | DUPL | 1.10 |
| 1699048 | 5/28/2008 | DUPL | 3.10 |
| 1699052 | 5/28/2008 | DUPL | 0.20 |
| 1699054 | 5/28/2008 | DUPL | 5.10 |
| 1699058 | 5/28/2008 | DUPL | 5.50 |
| 1699066 | 5/28/2008 | DUPL | 6.40 |
| 1699070 | 5/28/2008 | DUPL | 0.20 |
| 1699072 | 5/28/2008 | DUPL | 1.10 |
| 1699074 | 5/28/2008 | DUPL | 3.20 |
| 1699612 | 5/28/2008 | DUPL | 0.40 |
| 1699616 | 5/28/2008 | DUPL | 0.10 |
| 1700288 | 5/29/2008 | DUPL | 0.20 |
| 1700350 | 5/29/2008 | DUPL | 1.40 |
| 1700414 | 5/29/2008 | DUPL | 0.10 |
| 1700466 | 5/29/2008 | DUPL | 2.00 |
| 1700468 | 5/29/2008 | DUPL | 3.60 |
| 1700474 | 5/29/2008 | DUPL | 1.80 |
| 1700513 | 5/29/2008 | DUPL | 1.80 |
| 1700534 | 5/29/2008 | DUPL | 1.30 |
| 1700535 | 5/29/2008 | DUPL | 0.20 |
| 1700748 | 5/29/2008 | DUPL | 0.20 |
| 1701975 | 5/30/2008 | DUPL | 12.00 |
| 1702123 | 5/30/2008 | DUPL | 0.50 |
| 1702183 | 5/30/2008 | DUPL | 1.30 |
| 1702185 | 5/30/2008 | DUPL | 0.30 |
| 1702199 | 5/30/2008 | DUPL | 0.20 |
| | | | 407.20 |
| 1713920 | 5/7/2008 Keary, Emmet | LEXI | 142.30 VENDOR: LEXIS - NEXIS; INVOICE#: 0805008279; DATE: 5/31/2008 |
| 1713936 | 5/20/2008 Zawadzki, Jeffrey | LEXI | 186.04 VENDOR: LEXIS - NEXIS; INVOICE#: 0805008279; DATE: 5/31/2008 |

| | | | | |
|---|---|---|---|---|
| 1713921 | 5/21/2008 | Keary, Emmet | LEXI | 52.05 | VENDOR: LEXIS - NEXIS; INVOICE#: 0805008279; DATE: 5/31/2008 |
| | | | | 380.39 | |
| 1745190 | 4/21/2008 | Power, Mark | MEAL | 21.83 | VENDOR: POWER, MARK T.; INVOICE#: 11; DATE: 7/30/2008 |
| 1681065 | 5/1/2008 | Keary, Emmet | MEAL | 13.76 | VENDOR: EMMET KEARY; INVOICE#: 15; DATE: 5/5/2008 |
| 1681066 | 5/2/2008 | Keary, Emmet | MEAL | 13.63 | VENDOR: EMMET KEARY; INVOICE#: 15; DATE: 5/5/2008 |
| 1700901 | 5/2/2008 | Indelicato, Mark S | MEAL | 12.57 | VENDOR: INDELICATO; INVOICE#: 11; DATE: 5/30/2008 |
| 1688194 | 5/5/2008 | Keary, Emmet | MEAL | 14.58 | VENDOR: EMMET KEARY; INVOICE#: 16; DATE: 5/13/2008 |
| 1689252 | 5/5/2008 | Keary, Emmet | MEAL | 34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 340585; DATE: 5/11/2008 |
| 1689242 | 5/6/2008 | Keary, Emmet | MEAL | 34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 340585; DATE: 5/11/2008 |
| 1689244 | 5/6/2008 | Janice O'Kane | MEAL | 25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 340585; DATE: 5/11/2008 |
| 1688195 | 5/7/2008 | Keary, Emmet | MEAL | 6.06 | VENDOR: EMMET KEARY; INVOICE#: 16; DATE: 5/13/2008 |
| 1688196 | 5/7/2008 | Keary, Emmet | MEAL | 7.14 | VENDOR: EMMET KEARY; INVOICE#: 16; DATE: 5/13/2008 |
| 1688197 | 5/8/2008 | Keary, Emmet | MEAL | 12.55 | VENDOR: EMMET KEARY; INVOICE#: 16; DATE: 5/13/2008 |
| 1688198 | 5/9/2008 | Keary, Emmet | MEAL | 15.20 | VENDOR: EMMET KEARY; INVOICE#: 16; DATE: 5/13/2008 |
| 1693504 | 5/10/2008 | Keary, Emmet | MEAL | 9.30 | VENDOR: EMMET KEARY; INVOICE#: 17; DATE: 5/20/2008 |
| 1727305 | 5/11/2008 | Keary, Emmet | MEAL | 14.04 | VENDOR: EMMET KEARY; INVOICE#: 21; DATE: 6/16/2008 |
| 1693505 | 5/12/2008 | Keary, Emmet | MEAL | 13.63 | VENDOR: EMMET KEARY; INVOICE#: 17; DATE: 5/20/2008 |
| 1694380 | 5/12/2008 | Keary, Emmet | MEAL | 36.59 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 344389; DATE: 5/18/2008 |
| 1693506 | 5/13/2008 | Keary, Emmet | MEAL | 15.02 | VENDOR: EMMET KEARY; INVOICE#: 17; DATE: 5/20/2008 |
| 1693508 | 5/14/2008 | Keary, Emmet | MEAL | 14.28 | VENDOR: EMMET KEARY; INVOICE#: 17; DATE: 5/20/2008 |
| 1694354 | 5/14/2008 | Keary, Emmet | MEAL | 34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 344389; DATE: 5/18/2008 |
| 1700900 | 5/14/2008 | Indelicato, Mark S | MEAL | 8.94 | VENDOR: INDELICATO; INVOICE#: 11; DATE: 5/30/2008 |
| 1693507 | 5/15/2008 | Keary, Emmet | MEAL | 15.21 | VENDOR: EMMET KEARY; INVOICE#: 17; DATE: 5/20/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 1694399 | 5/15/2008 | Janice O'Kane | MEAL | 25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 344389; DATE: 5/18/2008 |
| 1700899 | 5/15/2008 | Indelicato, Mark S | MEAL | 8.94 | VENDOR: INDELICATO; INVOICE#: 11; DATE: 5/30/2008 |
| 1708527 | 5/15/2008 | Keary, Emmet | MEAL | 15.21 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| 1693509 | 5/16/2008 | Keary, Emmet | MEAL | 12.55 | VENDOR: EMMET KEARY; INVOICE#: 17; DATE: 5/20/2008 |
| 1715730 | 5/16/2008 | Indelicato, Mark S | MEAL | 14.14 | VENDOR: INDELICATO; INVOICE#: 18; DATE: 6/23/2008 |
| 1698783 | 5/19/2008 | Keary, Emmet | MEAL | 17.45 | VENDOR: EMMET KEARY; INVOICE#: 18; DATE: 5/28/2008 |
| 1702560 | 5/19/2008 | Janice O'Kane | MEAL | 25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 345348; DATE: 5/25/2008 |
| 1698784 | 5/20/2008 | Keary, Emmet | MEAL | 16.87 | VENDOR: EMMET KEARY; INVOICE#: 18; DATE: 5/28/2008 |
| 1702551 | 5/20/2008 | Zawadzki, Jeffrey | MEAL | 20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 345348; DATE: 5/25/2008 |
| 1698785 | 5/21/2008 | Keary, Emmet | MEAL | 20.82 | VENDOR: EMMET KEARY; INVOICE#: 18; DATE: 5/28/2008 |
| 1702540 | 5/21/2008 | Keary, Emmet | MEAL | 34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 345348; DATE: 5/25/2008 |
| 1702532 | 5/22/2008 | Keary, Emmet | MEAL | 15.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 345348; DATE: 5/25/2008 |
| 1703751 | 5/27/2008 | Keary, Emmet | MEAL | 34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 350156; DATE: 6/1/2008 |
| 1708529 | 5/28/2008 | Keary, Emmet | MEAL | 13.20 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| 1715728 | 5/28/2008 | Indelicato, Mark S | MEAL | 12.44 | VENDOR: INDELICATO; INVOICE#: 18; DATE: 6/23/2008 |
| 1708528 | 5/30/2008 | Keary, Emmet | MEAL | 14.38 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| | | | | 675.87 | |
| 1635606 | 4/8/2008 | Indelicato, Mark S | POST | 0.41 | |
| 1732930 | 4/11/2008 | Indelicato, Mark S | REP | 1,227.68 | VENDOR: WILCOX & FETZER, LTD; INVOICE#: 20081648; DATE: 4/11/2008 |
| 1729885 | 4/9/2008 | Power, Mark | SEAR | 0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1730960 | 4/9/2008 | Power, Mark | SEAR | 1.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729880 | 4/11/2008 | Power, Mark | SEAR | 6.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729874 | 4/14/2008 | Power, Mark | SEAR | 18.08 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 1729883 | 4/14/2008 | Power, Mark | SEAR | 0.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729871 | 4/15/2008 | Power, Mark | SEAR | 11.28 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729869 | 4/25/2008 | Power, Mark | SEAR | 12.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729873 | 4/30/2008 | Power, Mark | SEAR | 29.60 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729868 | 5/5/2008 | Power, Mark | SEAR | 2.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729877 | 5/19/2008 | Power, Mark | SEAR | 0.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729878 | 5/20/2008 | Power, Mark | SEAR | 2.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 1729875 | 5/23/2008 | Power, Mark | SEAR | 7.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| | | | | 93.20 | |
| 1733173 | 4/1/2008 | Power, Mark | TELE | 0.10 | 3/10 PAYEE: AMERICAN EXPRESS; REQUEST#: 44285; DATE: 7/16/2008. |
| 1733174 | 4/1/2008 | Power, Mark | TELE | 0.10 | 3/7 PAYEE: AMERICAN EXPRESS; REQUEST#: 44285; DATE: 7/16/2008. |
| 1733175 | 4/1/2008 | Power, Mark | TELE | 0.10 | PAYEE: AMERICAN EXPRESS; REQUEST#: 44285; DATE: 7/16/2008. |
| 1680886 | 5/1/2008 | Smith, Jason | TELE | 1.00 | 14122884202; 4 Mins. |
| 1700902 | 5/1/2008 | Indelicato, Mark S | TELE | 57.50 | VENDOR: INDELICATO; INVOICE#: 11; DATE: 5/30/2008 |
| 1722465 | 5/1/2008 | Keary, Emmet | TELE | 0.41 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0701; DATE: 6/30/2008 |
| | | Indelicato, Mark S | TELE | 25.00 | VENDOR: INDELICATO; INVOICE#: 11; DATE: 5/30/2008 |
| 1717124 | 5/13/2008 | Schnitzer, Edward L. | TELE | 2.70 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 16; DATE: 6/24/2008 |
| 1700903 | 5/9/2008 | Keary, Emmet | TELE | 102.32 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0701; DATE: 6/30/2008 |
| 1747114 | 5/29/2008 | Keary, Emmet | TELE | 143.75 | VENDOR: AMERICAN EXPRESS; INVOICE#: 080108; DATE: 8/1/2008 |
| Courtcall total: | | | | 332.98 | |
| 1680970 | 5/2/2008 | Schnitzer, Edward L. | TELE | 0.25 | 13025715033; 1 Mins. |
| 1680982 | 5/5/2008 | Keary, Emmet | TELE | 0.75 | 13236509090; 3 Mins. |
| 1680983 | 5/5/2008 | Keary, Emmet | TELE | 0.75 | 13108609047; 3 Mins. |
| 1680984 | 5/5/2008 | Keary, Emmet | TELE | 0.75 | 13025716550; 3 Mins. |
| 1680985 | 5/5/2008 | Keary, Emmet | TELE | 0.25 | 13238223116; 1 Mins. |
| 1680986 | 5/5/2008 | Keary, Emmet | TELE | 0.75 | 13025716552; 3 Mins. |
| 1680987 | 5/5/2008 | Keary, Emmet | TELE | 0.50 | 13025716646; 2 Mins. |
| 1683594 | 5/5/2008 | Schnitzer, Edward L. | TELE | 2.00 | 13025715033; 8 Mins. |
| 1689194 | 5/13/2008 | Keary, Emmet | TELE | 0.50 | 16123402600; 2 Mins. |
| 1689195 | 5/13/2008 | Keary, Emmet | TELE | 0.25 | 13025716550; 1 Mins. |
| 1689196 | 5/13/2008 | Keary, Emmet | TELE | 0.75 | 13025716621; 3 Mins. |
| 1689197 | 5/13/2008 | Keary, Emmet | TELE | 0.25 | 13025716646; 1 Mins. |
| 1689198 | 5/13/2008 | Keary, Emmet | TELE | 0.25 | 13025716753; 1 Mins. |
| 1689204 | 5/14/2008 | Smith, Jason | TELE | 0.25 | 13022522888; 1 Mins. |
| 1691631 | 5/14/2008 | Keary, Emmet | TELE | 0.25 | 13025716646; 1 Mins. |

| | | | | | |
|---|---|---|---|---|---|
| 1693399 | 5/16/2008 | Zawadzki, Jeffrey | TELE | 0.75 | 13025716753; 3 Mins. |
| 1693400 | 5/16/2008 | Keary, Emmet | TELE | 0.25 | 13025716753; 1 Mins. |
| 1693449 | 5/19/2008 | Keary, Emmet | TELE | 0.50 | 18316256226; 2 Mins. |
| 1693450 | 5/19/2008 | Keary, Emmet | TELE | 0.25 | 13025716552; 1 Mins. |
| 1693451 | 5/19/2008 | Keary, Emmet | TELE | 0.50 | 16123408792; 2 Mins. |
| 1693452 | 5/19/2008 | Keary, Emmet | TELE | 0.25 | 12673868827; 1 Mins. |
| 1693453 | 5/19/2008 | Keary, Emmet | TELE | 1.50 | 13025716655; 6 Mins. |
| 1699787 | 5/20/2008 | Keary, Emmet | TELE | 0.50 | 18047887233; 2 Mins. |
| 1699848 | 5/21/2008 | Keary, Emmet | TELE | 0.25 | 13026541888; 1 Mins. |
| 1699866 | 5/22/2008 | Keary, Emmet | TELE | 0.75 | 13025716550; 3 Mins. |
| 1699933 | 5/27/2008 | Keary, Emmet | TELE | 0.50 | 13025716550; 2 Mins. |
| 1699934 | 5/27/2008 | Keary, Emmet | TELE | 0.25 | 13024256400; 1 Mins. |
| 1699935 | 5/27/2008 | Smith, Jason | TELE | 1.25 | 13022522888; 5 Mins. |
| 1699936 | 5/27/2008 | Schnitzer, Edward L. | TELE | 0.25 | 13025716550; 1 Mins. |
| 1699937 | 5/27/2008 | Schnitzer, Edward L. | TELE | 0.75 | 13025716646; 3 Mins. |
| 1699938 | 5/27/2008 | Keary, Emmet | TELE | 1.00 | 12134433000; 4 Mins. |
| 1700015 | 5/28/2008 | Keary, Emmet | TELE | 2.75 | 13024288191; 11 Mins. |
| 1700016 | 5/28/2008 | Keary, Emmet | TELE | 1.25 | 13025716600; 5 Mins. |
| 1700017 | 5/28/2008 | Keary, Emmet | TELE | 0.75 | 13123723458; 3 Mins. |
| 1700018 | 5/28/2008 | Keary, Emmet | TELE | 0.25 | 13025716600; 1 Mins. |
| 1702371 | 5/29/2008 | Keary, Emmet | TELE | 0.75 | 18605598275; 3 Mins. |
| 1702372 | 5/29/2008 | Keary, Emmet | TELE | 0.25 | 13025716630; 1 Mins. |
| 1702447 | 5/30/2008 | Keary, Emmet | TELE | 2.00 | 13108888100; 8 Mins. |
| 1702449 | 5/30/2008 | Keary, Emmet | TELE | 0.25 | 13104731447; 1 Mins. |
| 1702450 | 5/30/2008 | Keary, Emmet | TELE | 0.50 | 13104795200; 2 Mins. |
| | | | | 26.75 | |
| | | | | | VENDOR: POWER, MARK T.; INVOICE#: |
| 1721408 | 5/28/2008 | Power, Mark | TRAV | 145.00 | 10; DATE: 6/27/2008 |

**4,606.22**