# EXHIBIT A

**MATTER :**      87601-00001 AHM REGULATORY MATTERS
**CURRENCY :**   USD

**INVOICE :**    5717242
**DATE :**      December 2, 2008

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 10/02/08  Christopher Redlich | 5.00 | 1,225.00 | B110 | AHM CC Production creation |
| 10/03/08  Ben Crum | 5.00 | 1,050.00 | B110 | preparing Ahm bill review |
| 10/06/08  Christopher Redlich | 1.50 | 367.50 | B110 | New CD for CC |
| 10/06/08  Jodi Pittell | 5.00 | 1,225.00 | B110 | Perform redactions on Marfino documents. |
| 10/07/08  Ben Crum | 2.00 | 420.00 | B110 | Performed billing review for AHM fee application. |
| 10/07/08  Jodi Pittell | 4.00 | 980.00 | B110 | Redactions for Board of Directors Raffaeli, McManus. |
| 10/08/08  Christopher Redlich | 2.00 | 490.00 | B110 | Organized docs for BOD production |
| 10/08/08  Christopher Redlich | 3.00 | 735.00 | B110 | Production creation for SEC |
| 10/08/08  Christopher Redlich | 1.00 | 245.00 | B110 | Discussion with vendor re: document production. |
| 10/08/08  Jodi Pittell | 6.00 | 1,470.00 | B110 | Organization of privileged, responsive and redacted documents for production process at vendor. Finishing up Salovaara and Raffaeli redactions. Labeling folders for same. |
| 10/09/08  Christopher Redlich | 2.50 | 612.50 | B110 | Pulled together documents for SEC production |
| 10/10/08  Christopher Redlich | 3.00 | 735.00 | B110 | Created production for SEC |
| 10/10/08  Jessica Prahl | 1.40 | 343.00 | B110 | Retrieved documents to be reviewed for production to the Creditor's Committee, per N. Mitchell. |
| 10/10/08  Jodi Pittell | 6.00 | 1,470.00 | B110 | Labeling redacted document folders and privileged document folders. Segregating privileged documents in preparation for logging and attorney privilege review. Updating production logs for SEC production and production to Creditors Committee. |
| 10/13/08  Christopher Redlich | 2.00 | 490.00 | B110 | Priv log update |
| 10/13/08  Latasha Cardona | 4.50 | 720.00 | B110 | Updateed privilege Log, labelling redacted documents. |
| 10/14/08  Christopher Redlich | 3.50 | 857.50 | B110 | Converted spreadsheet for BOD production |
| 10/14/08  Latasha Cardona | 1.10 | 176.00 | B110 | Continued to update privilege log, labelling redacted documents. |
| 10/14/08  Jodi Pittell | 4.00 | 980.00 | B110 | Creating folders for redacted and privileged materials. |

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/15/08  Jodi Pittell | 3.00 | 735.00 | B110 | Review of redacted documents, replacement of partial documents with complete docs for eventual stamping by vendor for production. |
| 10/15/08  Christopher Redlich | 0.10 | 24.50 | B110 | Attention to document production issues. |
| 10/16/08  Ben Crum | 2.00 | 420.00 | B110 | Make edit priv log and locate documents newly deemed priv, print and put in folders |
| 10/16/08  Latasha Cardona | 6.50 | 1,040.00 | B110 | Correlated redacted and original versions of Board of Directors Documents produced to SEC; updated the SEC Production Logs; created a new Production Log for AHMCC |
| 10/16/08  Christopher Redlich | 1.50 | 367.50 | B110 | Organized data on review site related to doc productions. |
| 10/16/08  Jodi Pittell | 2.00 | 490.00 | B110 | Organization of more document redactions prepared for attorney reviewing and logging documents preproduction. |
| 10/17/08  Latasha Cardona | 3.00 | 480.00 | B110 | Continued to organize the Board of Directors Redacted Documents. |
| 10/17/08  Christopher Redlich | 1.50 | 367.50 | B110 | Document production QC |
| 10/20/08  Christopher Redlich | 2.50 | 612.50 | B110 | Document production creation |
| 10/21/08  Christopher Redlich | 4.50 | 1,102.50 | B110 | Production Searches and document gathering for SEC production. |
| 10/22/08  Latasha Cardona | 6.00 | 960.00 | B110 | Reviewed Board of Directors Materials produced to the SEC for any information responsive to additional SEC request. |
| 10/22/08  Jodi Pittell | 5.00 | 1,225.00 | B110 | Searching through Board of Director and Audit Committee meeting materials for mentions of particular accounts. |
| 10/23/08  Christopher Redlich | 1.50 | 367.50 | B110 | AHM production QC |
| 10/23/08  Latasha Cardona | 6.50 | 1,040.00 | B110 | Continued to review the Board of Directors Materials produced to the SEC for any information about or regarding particular Accounts. |
| 10/23/08  Jodi Pittell | 3.00 | 735.00 | B110 | Organizing and labeling Board of Director materials to be produced. |
| 10/24/08  Christopher Redlich | 2.00 | 490.00 | B110 | Document production QC |
| 10/27/08  Jodi Pittell | 4.00 | 980.00 | B110 | Collecting and printing documents requested by co-counsel Shearman & Sterling. Organizing Outside Director production materials. |
| 10/28/08  Christopher Redlich | 2.00 | 490.00 | B110 | Production search for Parinelli notes |
| 10/28/08  Christopher Redlich | 1.50 | 367.50 | B110 | Data gathering for Nick Mitchell re: document production. |
| 10/28/08  Jessica Prahl | 0.40 | 98.00 | B110 | Assisted L. Cardona with organizing productions by outside directors and logged |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | Creditor's Committee productions; assisted C. Redlich with sending out productions made by individual counsel for scanning. |
| 10/28/08  Latasha Cardona | 3.20 | 512.00 | B110 | Production log and binder updates. |
| 10/28/08  Jodi Pittell | 1.00 | 245.00 | B110 | Creating log for creditors committee productions. Updating same with new production information. |
| 10/29/08  Latasha Cardona | 5.00 | 800.00 | B110 | Updated correspondence binder and index. |
| 10/29/08  Christopher Redlich | 2.50 | 612.50 | B110 | Prep of document production to c.c. |
| 10/29/08  Christopher Redlich | 1.50 | 367.50 | B110 | Load file QC for c.c. |
| 10/30/08  Jodi Pittell | 1.00 | 245.00 | B110 | Pulling documents from production CDs. Updating internal and external production logs. |
| 10/31/08  Latasha Cardona | 4.00 | 640.00 | B110 | Updated correspondence binders and organized hard copy productions. |
| ******* TOTAL CODE B110: | 139.20 | 30,406.00 | | |

**Fee/Employment Applications**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/01/08  Pamela Chepiga | 0.20 | 170.00 | B160 | Attention to emails from N. Mitchell/YCST re: June fee application. |
| 10/01/08  Nicholas Mitchell | 1.10 | 423.50 | B160 | Attention to finalizing and filing August fee application. |
| 10/03/08  Pamela Chepiga | 0.20 | 170.00 | B160 | Attention to preparation of fee application. |
| 10/15/08  Nicholas Mitchell | 2.10 | 808.50 | B160 | Attention to September fee application to be submitted to bankruptcy court. |
| 10/16/08  Nicholas Mitchell | 2.00 | 770.00 | B160 | Attention to fee application to be submitted to bankruptcy court. |
| 10/20/08  Pamela Chepiga | 0.20 | 170.00 | B160 | Organize attendance by telephonic hook-up at Wednesday's hearing in Bankruptcy Court re: quarterly fee application approval. |
| 10/20/08  Nicholas Mitchell | 0.80 | 308.00 | B160 | Compiling materials for our reference during a fee application conference call with the bankruptcy court. |
| 10/21/08  Pamela Chepiga | 0.20 | 170.00 | B160 | Conference with N. Mitchell re: preparation of September billing. |
| 10/21/08  Nicholas Mitchell | 3.70 | 1,424.50 | B160 | Attention to fee application, including review of expenses and preparation of needed exhibits. |
| 10/22/08  Pamela Chepiga | 0.60 | 510.00 | B160 | Telephonic participation in bankruptcy court hearing before Judge Sontchi re: quarterly fee approval and review of prior filing in preparation therefore. |
| 10/22/08  Nicholas Mitchell | 0.80 | 308.00 | B160 | Call with bankruptcy court related to May, June and July fee applications--preparation for same. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/22/08  Nicholas Mitchell | 1.00 | 385.00 | B160 | Performed work on fee application to the bankruptcy court. |
| 10/23/08  Nicholas Mitchell | 3.80 | 1,463.00 | B160 | Finalizing fee application to the bankruptcy court, including correction to fees and expenses and finalizing exhibits. |
| 10/27/08  Pamela Chepiga | 0.30 | 255.00 | B160 | Review of September fee application. |
| 10/28/08  Pamela Chepiga | 0.20 | 170.00 | B160 | Signing and finalizing September fee application. |
| 10/28/08  Nicholas Mitchell | 1.10 | 423.50 | B160 | Finalizing September AHM fee application and transmitting to Young Conaway. |
| *******   TOTAL CODE B160: | 18.30 | 7,929.00 | | |
| | | | | |
| Board of Directors Matters | | | | |
| 10/03/08  Pamela Chepiga | 1.10 | 935.00 | B260 | Participation in AHM board meeting. |
| *******   TOTAL CODE B260: | 1.10 | 935.00 | | |
| | | | | |
| Fact Investigation / Development | | | | |
| 10/01/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Review documents requested by counsel for former employee; analyze documents to be produced in response to creditors' committee requests; internal conferences regarding same; telephone call with client representatives regarding same |
| 10/06/08  Robert Knuts | 2.40 | 1,824.00 | L110 | Analysis of certain documents provided by directors; internal discussions concerning company's response to most recent SEC document subpoena |
| 10/08/08  Robert Knuts | 1.80 | 1,368.00 | L110 | Analysis of documents provided by directors; telephone call with counsel for creditors' committee concerning documents requested by creditors' committee |
| 10/09/08  Robert Knuts | 1.40 | 1,064.00 | L110 | Telephone call with client concerning company response to recent SEC document subpoena; review of documents provided by directors; review of possible electronic search parameters and results |
| 10/10/08  Robert Knuts | 2.40 | 1,824.00 | L110 | Draft letter to SEC concerning response of company to document subpoena; review of documents provided by directors; analysis of responsive documents provided by company |
| 10/15/08  Robert Knuts | 1.70 | 1,292.00 | L110 | Analysis of responsive documents produced by company and steps taken by company to respond to SEC's most recent document subpoena; internal discussions and communications with company representatives |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | regarding same |
| 10/16/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Analysis of company response to most recent SEC document subpoena; review of documents provided by directors |
| 10/20/08  Robert Knuts | 1.20 | 912.00 | L110 | Analysis of documents produced by company and possible additional steps to be taken by company; follow up concerning privilege log preparation |
| 10/21/08  Robert Knuts | 1.40 | 1,064.00 | L110 | Telephone conference with SEC staff concerning document subpoena; prepare for same; discussions with client concerning current employee list |
| 10/22/08  Robert Knuts | 0.60 | 456.00 | L110 | Telephone conference with company representatives concerning additional steps to be taken concerning SEC document subpoena; prepare for same |
| 10/23/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Analysis of further information concerning steps taken by company to respond to most recent SEC document subpoena; analysis of other documents requested by counsel for former employees; review of documents provided by directors |
| 10/24/08  Robert Knuts | 1.80 | 1,368.00 | L110 | Draft letter to SEC staff concerning steps taken by company in response to most recent SEC document subpoena and remaining steps that could be completed; communications with company representatives concerning same |
| 10/28/08  Robert Knuts | 1.20 | 912.00 | L110 | Follow up concerning additional steps to be completed by company to respond to SEC document subpoena; telephone call with counsel for former employees concerning document and other issues |
| 10/31/08  Robert Knuts | 0.80 | 608.00 | L110 | Analysis of documents requested by counsel for former employees and related issues; internal discussions concerning same |
| *******  TOTAL CODE L110: | 23.30 | 17,708.00 | | |
| **Document / File Management** | | | | |
| 10/02/08  Jodi Pittell | 1.00 | 245.00 | L140 | Review of files to locate documents requested by SEC. |
| 10/03/08  Jodi Pittell | 3.00 | 735.00 | L140 | Preparing director defendant documents for production to SEC. |
| 10/14/08  Robert Knuts | 0.30 | 228.00 | L140 | Analyze status of privilege log; internal discussion re most efficient means to complete update process |

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/30/08  Robert Knuts | 0.30 | 228.00 | L140 | Analysis of updated privilege log and determinations that certain documents did not contain privileged information |
| *******  TOTAL CODE L140: | 4.60 | 1,436.00 | | |

Other Case Assessment, Development & Admin

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/01/08  Pamela Chepiga | 0.50 | 425.00 | L190 | Telephone with Kroll (Scott Martinez) and AHM (Carlo Colagiacomo) re: document location and production status. |
| 10/01/08  Pamela Chepiga | 0.10 | 85.00 | L190 | Telephone conference with YCST (S. Beach) re: SEC/board. |
| 10/01/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with YCST, R. Knuts and N. Mitchell re: update for board meeting. |
| 10/03/08  Pamela Chepiga | 0.10 | 85.00 | L190 | Telephone conference with Kroll (S. Martinez) and YCST (S. Beach) re: board meeting. |
| 10/03/08  Pamela Chepiga | 0.10 | 85.00 | L190 | Telephone conference with Kroll (S. Martinez) re: board meeting. |
| 10/03/08  Robert Knuts | 1.80 | 1,368.00 | L190 | Make presentation to Board of Directors concerning status of SEC investigation at telephonic meeting; prepare for same |
| 10/14/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with R. Knuts re: update on election production issues. |
| 10/14/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with YCST (S. Beach) re: update and coordination. |
| 10/20/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Attention to A&O internal (R. Knuts and N. Mitchell) emails re: additional accounting documents search. |
| 10/21/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Sean Beach (YCST) re: SEC productions and responses. |
| 10/21/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conferences with R. Knuts re: SEC update call. |
| 10/22/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conferences with R. Knuts and N. Mitchell re: drafting letter to SEC on subpoena compliance issues. |
| 10/23/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Email YCST (K. Enos) re: insurance. |
| 10/24/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with R. Knuts re: production letter to SEC. |
| 10/24/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Review R. Knuts draft letter to SEC. |
| *******  TOTAL CODE L190: | 4.70 | 3,833.00 | | |

Document Production

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/01/08  Nicholas Mitchell | 0.60 | 231.00 | L320 | Conference call with C Colagiacomo, P. Chepiga, B. Knuts, S. Martinez re: SEC |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | subpoena. |
| 10/01/08  Nicholas Mitchell | 0.80 | 308.00 | L320 | Correspondence with counsel to R. Bernstein related to their document requests. Internal discussion regarding same. |
| 10/01/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Coordinating processing of new data from the company to be produced to the Creditors' Committee. |
| 10/02/08  Judah I. Kupfer | 0.20 | 77.00 | L320 | Corresponded regarding response to Creditors Committee inquiry. |
| 10/02/08  Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Coordinating the collection of data with C. Colagiacomo and document vendors in response to SEC 9/25 subpoena. |
| 10/02/08  Nicholas Mitchell | 3.80 | 1,463.00 | L320 | Coordinating the production of materials to the Creditors' Committee, including an up-to-date privilege log and electronic data. |
| 10/02/08  Nicholas Mitchell | 0.90 | 346.50 | L320 | Correspondence with counsel to R. Bernstein related to their requests for documents. |
| 10/03/08  Nicholas Mitchell | 3.60 | 1,386.00 | L320 | Supervising collection and processing of documents for production to the SEC and Creditors' Committee, including discussions with C. Colagiacomo (AHM), document vendors and internally. |
| 10/06/08  Nicholas Mitchell | 3.20 | 1,232.00 | L320 | Meeting with C. Redlich related to production of materials collected from the outside directors of the board of directors and review and analysis of same. |
| 10/06/08  Nicholas Mitchell | 4.90 | 1,886.50 | L320 | Review and analysis of monthly trial balances and other documents for production to the SEC in response to their 9/25/08 subpoena. |
| 10/06/08  Nicholas Mitchell | 1.10 | 423.50 | L320 | Correspondence with R. Malatak, counsel to Creditors' Committee, regarding document productions; internal discussion of same. |
| 10/07/08  Nicholas Mitchell | 2.70 | 1,039.50 | L320 | Attention to pending document productions to the SEC, including internal discussions of responsive records and technical production issues. |
| 10/08/08  Nicholas Mitchell | 1.10 | 423.50 | L320 | Call with B. Knuts and R. Malatak, counsel to Creditors' Committee, regarding document production efforts. Preparation for same. |
| 10/08/08  Nicholas Mitchell | 3.10 | 1,193.50 | L320 | Attention to document production issues, including analysis of responsive records and attention to technical production issues. |
| 10/08/08  Nicholas Mitchell | 2.40 | 924.00 | L320 | Preparation of status charts re: response to 9/25 SEC subpoena and Creditors' Committee 9/4 request letter. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/08/08  Nicholas Mitchell | 0.90 | 346.50 | L320 | Review of letter from Bailey Cavalieri re: insurance issues and internal discussions of same. |
| 10/08/08  Nicholas Mitchell | 1.10 | 423.50 | L320 | Review of internal audit reports produced to the SEC for possible production to the Creditors' Committee. |
| 10/08/08  Nicholas Mitchell | 0.60 | 231.00 | L320 | Internal discussion re: call with R. Malatak, counsel to Creditors' Committee. |
| 10/09/08  Nicholas Mitchell | 4.10 | 1,578.50 | L320 | Attention to pending document production, including receipt from AHM of responsive records/ review of same and internal discussions of production issues. |
| 10/09/08  Nicholas Mitchell | 1.60 | 616.00 | L320 | Correspondence with C. Colagiacomo and J. Burzenski (AHM) re: data retrieval efforts re: 9/25 SEC subpoena. |
| 10/09/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Drafting production letter to the SEC re: 9/25 document production. |
| 10/09/08  Nicholas Mitchell | 1.40 | 539.00 | L320 | Drafting document production letter to Creditors' Committee. |
| 10/09/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Attention to response to Bailey Cavalieri letter and circulating draft to AHM team for comment. |
| 10/10/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Redrafting the production letters to the Creditors' Committee and the SEC and reticulating to AHM team. |
| 10/10/08  Nicholas Mitchell | 1.00 | 385.00 | L320 | Working on redraft of letter to Bailey Cavalieri. |
| 10/10/08  Nicholas Mitchell | 3.60 | 1,386.00 | L320 | Review of materials to be produced on 10/10 to the SEC and quality check, with C. Redlich, of the various electronic media. |
| 10/13/08  Nicholas Mitchell | 2.20 | 847.00 | L320 | Coordinating with vendors and internally re: replacement of production hard drives. |
| 10/13/08  Nicholas Mitchell | 1.60 | 616.00 | L320 | Supervising creation of a privilege log for materials produced from the outside directors. |
| 10/14/08  Nicholas Mitchell | 1.30 | 500.50 | L320 | Attention to document productions, including calls with document vendors. |
| 10/14/08  Nicholas Mitchell | 2.70 | 1,039.50 | L320 | Attention to document production, including coordinating with AHM team re: updates to privilege and production logs. |
| 10/15/08  Nicholas Mitchell | 3.80 | 1,463.00 | L320 | Attention to document production issues, including supervising contract attorney re: privilege logging and review of privileged materials. |
| 10/16/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Review of privileged documents and supervision of creation of a privilege log re: |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | same. |
| 10/17/08   Nicholas Mitchell | 4.60 | 1,771.00 | L320 | Attention to various issues related to the document productions, including review of documents and the generation of privilege logs. |
| 10/17/08   Nicholas Mitchell | 1.10 | 423.50 | L320 | Correspondence with counsel to R. Bernstein and internal discussions regarding same. |
| 10/17/08   Nicholas Mitchell | 1.20 | 462.00 | L320 | Drafting transmission letter to the Creditors' Committee. |
| 10/19/08   Nicholas Mitchell | 1.00 | 385.00 | L320 | Attention to document production to the SEC. |
| 10/20/08   Nicholas Mitchell | 1.30 | 500.50 | L320 | Internal discussions and conference calls with AHM related to SEC requests for information. |
| 10/20/08   Nicholas Mitchell | 3.60 | 1,386.00 | L320 | Attention to various issues related to the SEC subpoenas, including work on a privilege log and review of documents. |
| 10/21/08   Nicholas Mitchell | 1.00 | 385.00 | L320 | Participated in a call with V. Sherman, A. Conn, B. Knuts related to 9/25 subpoena; preparation for same. |
| 10/21/08   Nicholas Mitchell | 3.80 | 1,463.00 | L320 | Review of warehouse lending agreements related to requests from counsel to a subpoened former AHM employee. |
| 10/21/08   Nicholas Mitchell | 1.40 | 539.00 | L320 | Drafting a memo related to today's call with the SEC. |
| 10/22/08   Nicholas Mitchell | 0.50 | 192.50 | L320 | Internal discussion with P. Chepiga, B. Knuts to discuss and resolve issues re: call with the SEC. |
| 10/22/08   Nicholas Mitchell | 2.10 | 808.50 | L320 | Conference call with C. Colagiacomo, P. Ruperto, B. Knuts, E. Levine, S. Martinez and J. Burzenski related to 9/25 SEC subpoena and preparation for same. |
| 10/22/08   Nicholas Mitchell | 1.60 | 616.00 | L320 | Drafting a memo to file re: today's discussion with AHM and the 9/25 SEC subpoena. |
| 10/22/08   Nicholas Mitchell | 2.80 | 1,078.00 | L320 | Review of privileged documents and drafting a privilege log re: same. |
| 10/23/08   Nicholas Mitchell | 2.40 | 924.00 | L320 | Review of documents related to request from counsel for a subpoenaed former employee. |
| 10/23/08   Judah J. Kupfer | 0.10 | 38.50 | L320 | Forwarded correspondence from individual counsel. |
| 10/24/08   Nicholas Mitchell | 1.80 | 693.00 | L320 | Review of documents related to request from counsel to a subpoened former AHM employee; internal discussion regarding same. |
| 10/24/08   Nicholas Mitchell | 3.10 | 1,193.50 | L320 | Attention to production of materials to Creditors' Committee. |
| 10/24/08   Nicholas Mitchell | 2.70 | 1,039.50 | L320 | Performed work on draft production letter to the SEC. |

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 10/24/08  Nicholas Mitchell | 0.90 | 346.50 | L320 | Correspondence with outside contractor related to contract attorney invoices; internal correspondence re: same. |
| 10/26/08  Nicholas Mitchell | 3.10 | 1,193.50 | L320 | Work on privilege log for material withheld from production to the SEC. |
| 10/27/08  Nicholas Mitchell | 3.60 | 1,386.00 | L320 | Attention to response to 9/25 SEC subpoena, including discussions with company regarding searches for and production of responsive records. |
| 10/27/08  Nicholas Mitchell | 2.90 | 1,116.50 | L320 | Attention to document request for counsel to subpoenaed former AHM employee, review of documents and internal discussions related to same. |
| 10/28/08  Nicholas Mitchell | 3.80 | 1,463.00 | L320 | Review of records requested by counsel to a subpoenaed former AHM employee; internal discussion re: same. |
| 10/28/08  Nicholas Mitchell | 3.10 | 1,193.50 | L320 | Review of documents withheld from production to the SEC and work on privilege log regarding same. |
| 10/29/08  Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Performed work on draft production letter to the SEC; internal correspondence re: same. |
| 10/29/08  Nicholas Mitchell | 2.90 | 1,116.50 | L320 | Review of documents withheld from production to the SEC and attention to privilege log regarding same. |
| 10/30/08  Nicholas Mitchell | 3.60 | 1,386.00 | L320 | Review of documents requested by counsel to subpoenaed former AHM employee; internal discussion re: same. |
| 10/30/08  Nicholas Mitchell | 1.50 | 577.50 | L320 | Drafting cover letter to the SEC; internal discussion re: same. |
| 10/30/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Attention to generation of privilege log for documents withheld from production to the SEC. |
| 10/31/08  Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Attention to document request for counsel to subpoenaed former AHM employee, including review of records and internal discussion of request. |
| 10/31/08  Nicholas Mitchell | 3.60 | 1,386.00 | L320 | Receipt of documents from AHM and review of same for responsiveness to SEC subpoena. |
| *******  TOTAL CODE L320: | 139.80 | 53,823.00 | | |

MATTER :      87601-00001 AHM REGULATORY MATTERS
CURRENCY :    USD

INVOICE :     5717242
DATE :        December 2, 2008

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (B110)  Case Administration | 139.20 | 30,406.00 |
| (B160)  Fee/Employment Applications | 18.30 | 7,929.00 |
| (B260)  Board of Directors Matters | 1.10 | 935.00 |
| (L110)  Fact Investigation / Development | 23.30 | 17,708.00 |
| (L140)  Document / File Management | 4.60 | 1,436.00 |
| (L190)  Other Case Assessment, Development & Admin | 4.70 | 3,833.00 |
| (L320)  Document Production | 139.80 | 53,823.00 |
| GRAND TOTAL | 331.00 | 116,070.00 |