EXHIBIT B

**Summary of Expenses Incurred**
(October 1, 2008 – October 31, 2008)[1]

| Date Incurred | Expense | Amount |
|---|---|---|
| 08/18/08 | Car Travel | $31.11 |
| 09/16/08 | E-discovery | $787.80 |
| 09/22/08 | E-discovery | $72.27 |
| 09/24/08 | Electronic Legal Research | $355.95 |
| 09/24/08 | E-discovery | $71.25 |
| 09/30/08 | E-discovery | $29,316.25 |
| 10/01/08 | Telephone Charges | $0.36 |
| 10/02/08 | Document Reproduction | $201.40 |
| 10/03/08 | Electronic Legal Research | 6.24 |
| 10/03/08 | Document Reproduction | $0.30 |
| 10/03/08 | Document Reproduction | $8.00 |
| 10/03/08 | Document Reproduction | $1.00 |
| 10/03/08 | Document Reproduction | $1.00 |
| 10/03/08 | Telephone Charges | $5.46 |
| 10/03/08 | Telephone Charges | $0.46 |
| 10/06/08 | Document Reproduction | $9.00 |
| 10/06/08 | Document Reproduction | $4.00 |
| 10/06/08 | E-discovery | $368.91 |
| 10/07/08 | Document Reproduction | $9.30 |
| 10/07/08 | Document Reproduction | $9.40 |
| 10/07/08 | Document Reproduction | $1.60 |
| 10/07/08 | Document Reproduction | $0.10 |
| 10/07/08 | Document Reproduction | $4.40 |
| 10/07/08 | E-discovery | $5,434.81 |
| 10/07/08 | Telephone Charges | $2.69 |
| 10/08/08 | Car Travel | $6.40 |
| 10/08/08 | Document Reproduction | $1.70 |
| 10/08/08 | Document Reproduction | $2.20 |
| 10/08/08 | Document Reproduction | $4.60 |
| 10/08/08 | Document Reproduction | $0.20 |
| 10/08/08 | Document Reproduction | $10.40 |
| 10/08/08 | Document Reproduction | $108.60 |
| 10/08/08 | Document Reproduction | $41.20 |
| 10/08/08 | Document Reproduction | $0.40 |
| 10/08/08 | Document Reproduction | $2.30 |
| 10/08/08 | Telephone Charges | $0.56 |
| 10/08/08 | Telephone Charges | $0.22 |
| 10/08/08 | Telephone Charges | $0.13 |
| 10/08/08 | Telephone Charges | $0.56 |
| 10/08/08 | Telephone Conferencing | $31.50 |
| 10/09/08 | Document Reproduction | $42.20 |
| 10/09/08 | Document Reproduction | $9.40 |
| 10/09/08 | E-discovery | $279.13 |
| 10/09/08 | Telephone Charges | $1.01 |
| 10/09/08 | Working Meal | $15.86 |
| 10/10/08 | Courier Charges | $30.39 |

---

[1] Expenses for dates prior to October 1, 2008 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in October.

4303853

| | | |
|---|---|---|
| 10/10/08 | Document Reproduction | $0.40 |
| 10/10/08 | Document Reproduction | $0.20 |
| 10/10/08 | Document Reproduction | $10.50 |
| 10/10/08 | Telephone Charges | $0.18 |
| 10/10/08 | Telephone Charges | $0.09 |
| 10/10/08 | Telephone Charges | $1.82 |
| 10/10/08 | Telephone Charges | $0.09 |
| 10/13/08 | Courier Charges | $28.00 |
| 10/13/08 | Document Reproduction | $0.10 |
| 10/13/08 | Document Reproduction | $1.30 |
| 10/13/08 | Document Reproduction | $10.50 |
| 10/13/08 | Document Reproduction | $0.40 |
| 10/13/08 | Document Reproduction | $1.60 |
| 10/13/08 | Document Reproduction | $2.10 |
| 10/13/08 | E-discovery | $1,419.70 |
| 10/13/08 | E-discovery | $600.51 |
| 10/13/08 | Telephone Charges | $0.46 |
| 10/14/08 | Document Reproduction | $0.30 |
| 10/14/08 | Telephone Charges | $0.09 |
| 10/15/08 | Document Reproduction | $4.00 |
| 10/15/08 | Document Reproduction | $9.40 |
| 10/15/08 | Document Reproduction | $7.30 |
| 10/15/08 | Document Reproduction | $15.00 |
| 10/15/08 | Document Reproduction | $3.70 |
| 10/15/08 | Document Reproduction | $4.40 |
| 10/15/08 | Document Reproduction | $2.20 |
| 10/15/08 | Document Reproduction | $1.10 |
| 10/15/08 | Document Reproduction | $5.00 |
| 10/15/08 | Document Reproduction | $15.60 |
| 10/15/08 | Document Reproduction | $13.40 |
| 10/15/08 | Telephone Charges | $0.18 |
| 10/16/08 | Document Reproduction | $9.40 |
| 10/16/08 | Document Reproduction | $9.40 |
| 10/16/08 | Document Reproduction | $1.70 |
| 10/16/08 | Document Reproduction | $2.40 |
| 10/16/08 | Document Reproduction | $1.30 |
| 10/16/08 | Document Reproduction | $2.10 |
| 10/17/08 | Document Reproduction | $6.30 |
| 10/17/08 | Document Reproduction | $9.40 |
| 10/19/08 | Contract Attorney Fees | 1,350.00 |
| 10/20/08 | Document Reproduction | $2.30 |
| 10/20/08 | Document Reproduction | $3.40 |
| 10/20/08 | Document Reproduction | $2.80 |
| 10/20/08 | Document Reproduction | $11.30 |
| 10/20/08 | Document Reproduction | $3.70 |
| 10/20/08 | Document Reproduction | $6.00 |
| 10/20/08 | Document Reproduction | $3.00 |
| 10/20/08 | Document Reproduction | $3.70 |
| 10/20/08 | Document Reproduction | $11.10 |
| 10/20/08 | Document Reproduction | $7.50 |
| 10/20/08 | Document Reproduction | $2.80 |
| 10/20/08 | Document Reproduction | $5.10 |

| 10/20/08 | Document Reproduction | $3.60 |
|---|---|---|
| 10/20/08 | Document Reproduction | $2.40 |
| 10/20/08 | Document Reproduction | $4.50 |
| 10/20/08 | Document Reproduction | $4.20 |
| 10/20/08 | Document Reproduction | $4.20 |
| 10/20/08 | Document Reproduction | $7.50 |
| 10/20/08 | Document Reproduction | $4.20 |
| 10/20/08 | Document Reproduction | $7.50 |
| 10/20/08 | Telephone Charges | $0.13 |
| 10/21/08 | Working Meal | 25.89 |
| 10/21/08 | Document Reproduction | $2.60 |
| 10/21/08 | E-discovery | $638.95 |
| 10/21/08 | Telephone Charges | $0.09 |
| 10/21/08 | Telephone Charges | $0.09 |
| 10/21/08 | Telephone Charges | $1.12 |
| 10/21/08 | Telephone Charges | $0.13 |
| 10/21/08 | Telephone Charges | $0.13 |
| 10/22/08 | Working Meal | 23.15 |
| 10/22/08 | Courier Charges | $8.00 |
| 10/22/08 | Document Reproduction | $2.70 |
| 10/22/08 | Document Reproduction | $2.40 |
| 10/22/08 | Document Reproduction | $1.20 |
| 10/22/08 | Document Reproduction | $2.10 |
| 10/22/08 | Document Reproduction | $2.40 |
| 10/22/08 | Document Reproduction | $2.70 |
| 10/22/08 | Document Reproduction | $2.40 |
| 10/22/08 | Telephone Charges | $0.09 |
| 10/23/08 | Document Reproduction | $1.90 |
| 10/23/08 | Document Reproduction | $0.30 |
| 10/23/08 | Document Reproduction | $1.10 |
| 10/23/08 | Document Reproduction | $0.40 |
| 10/23/08 | Document Reproduction | $2.80 |
| 10/23/08 | Document Reproduction | $1.70 |
| 10/23/08 | Document Reproduction | $1.40 |
| 10/23/08 | Document Reproduction | $1.40 |
| 10/23/08 | E-discovery | $1,504.59 |
| 10/23/08 | Telephone Charges | $0.13 |
| 10/23/08 | Telephone Charges | $0.34 |
| 10/24/08 | Courier Charges | $44.81 |
| 10/24/08 | Document Reproduction | $0.50 |
| 10/24/08 | Document Reproduction | $0.20 |
| 10/24/08 | E-discovery | $1,625.63 |
| 10/24/08 | E-discovery | $4,753.45 |
| 10/24/08 | Telephone Charges | $0.22 |
| 10/24/08 | Telephone Charges | $0.34 |
| 10/24/08 | Telephone Charges | $0.13 |
| 10/24/08 | Telephone Charges | $0.13 |
| 10/27/08 | Document Reproduction | $8.20 |
| 10/27/08 | Document Reproduction | $1.90 |
| 10/27/08 | Telephone Charges | $1.23 |
| 10/28/08 | Document Reproduction | $3.90 |
| 10/28/08 | Document Reproduction | $1.10 |

4303853

| 10/28/08 | Document Reproduction | $1.20 |
| 10/28/08 | Document Reproduction | $1.20 |
| 10/28/08 | Document Reproduction | $1.40 |
| 10/28/08 | Document Reproduction | $1.40 |
| 10/28/08 | Document Reproduction | $1.90 |
| 10/28/08 | Document Reproduction | $1.70 |
| 10/28/08 | Document Reproduction | $1.20 |
| 10/28/08 | Document Reproduction | $1.10 |
| 10/29/08 | E-discovery | $884.26 |
| 10/30/08 | E-discovery | $666.44 |
| 10/30/08 | Telephone Charges | $8.91 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $5.94 |
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $10.89 |
| 10/30/08 | Telephone Charges | $17.82 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $11.88 |
| 10/30/08 | Telephone Charges | $5.94 |
| 10/30/08 | Telephone Charges | $11.88 |
| 10/30/08 | Telephone Charges | $36.63 |
| 10/30/08 | Telephone Charges | $27.71 |
| 10/30/08 | Telephone Charges | $12.87 |
| 10/30/08 | Telephone Charges | $5.94 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $14.85 |
| 10/30/08 | Telephone Charges | $4.95 |
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $12.87 |
| 10/30/08 | Telephone Charges | $35.64 |
| 10/30/08 | Telephone Charges | $21.78 |
| 10/30/08 | Telephone Charges | $9.90 |
| 10/30/08 | Telephone Charges | $3.96 |
| 10/30/08 | Telephone Charges | $5.94 |
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $10.89 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $12.87 |
| 10/30/08 | Telephone Charges | $10.89 |
| 10/30/08 | Telephone Charges | $7.92 |
| 10/30/08 | Telephone Charges | $18.81 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $3.96 |
| 10/30/08 | Telephone Charges | $13.86 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $4.95 |
| 10/30/08 | Telephone Charges | $20.79 |

| 10/30/08 | Telephone Charges | $6.93 |
|---|---|---|
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $2.97 |
| 10/30/08 | Telephone Charges | $3.96 |
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $23.76 |
| 10/30/08 | Telephone Charges | $8.91 |
| 10/30/08 | Telephone Charges | $7.92 |
| 10/30/08 | Telephone Charges | $3.96 |
| 10/30/08 | Telephone Charges | $4.95 |
| 10/30/08 | Telephone Charges | $3.96 |
| 10/30/08 | Telephone Charges | $6.93 |
| 10/30/08 | Telephone Charges | $0.13 |
| 10/30/08 | Telephone Charges | $0.13 |
| 10/30/08 | Telephone Charges | $0.56 |
| 10/31/08 | Telephone Charges | $21.25 |
| | TOTAL | $51,723.11 |

4303853