


# ACE APPRAISALS, LLC

2481 Durham Drive
Saginaw, MI 48609
(989) 781-7814 – Fax (989) 781-7096
aceappraisals@chartermi.net





November 25, 2008

To Whom It May Concern:

Re: Case No. 07-11047 (CSS)

Enclosed please find my Appraisal Engagement Letter from Home Gate Settlement Services, Inc. requesting services from my company. The service was completed on July 17, 2007 and should be considered a valid claim in the Bankruptcy Case.

Sincerely,

Karen J. Reif

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| Debtors. | ) | **Jointly Administered** |
| | ) | **Objection Deadline: December 3, 2008 at 4:00 p.m. (ET)** <br> **Hearing Date: December 10, 2008 at 10:00 a.m. (ET)** |

AHM OB22 11/7/2008 (merge2.txnum2) 4000040105 EPIQ Use - 11

ACE APPRAISALS LLC
ATTN KAREN JEANIE REIF
2481 DURHAM DR
SAGINAW, MI 48609

## NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** ACE APPRAISALS LLC
ATTN KAREN JEANIE REIF
2481 DURHAM DR
SAGINAW, MI 48609

**Basis For Objection:** Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| **Claim to be Reassigned** | 4255 | $300.00 | 07-11053 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before **December 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 10, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Objection Deadline: December 3, 2008 at 4:00 p.m. (ET)**<br>**Hearing Date: December 10, 2008 at 2:00 p.m. (ET)** |

**NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) THE DEBTORS' POSTPETITION LENDER; AND (V) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.

Responses to the Objection, if any, must be filed on or before **December 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

GO BACK

Print This Document



# Appraisal Engagement Letter

To: KAREN REIF (ACE APPRAISALS, LLC* - MI)
**Address:** , ,
**Phone:**
**Fax:**
**Email Address:** aceappraisals@chartermi.net

**From:** HomeGate Settlement Services
**Contact Name:** WHOLESALEHOMEGATE AAPPRAISALS
**Phone #:** 800-795-2377
**Fax #:** 800-301-8034
**Email:** appraisalorders@homegateservices.com

**ORDER INFORMATION**

**Order Date:** 16-Jul-2007 08:42:38

**Due Date:** 18-Jul-2007

**Lender/Client:** 58

**Loan Officer:**

**Lender Address:** ,

**Service Requested:** 2000 Field Review Exterior

**Fee:** $300.00

American Brokers Conduit

**PROPERTY INFORMATION**

| | | |
|---|---|---|
| **Borrower:** Andrew Lintz | | |
| **Street:** 2680 N US HIGHWAY 23 | **Unit #:** | |
| **City:** OSCODA | **State:** MI | **Zip:** 48750 |
| **Property Type:** 1Family | | |

**PROPERTY ACCESS CONTACT INFORMATION**

**Name:** Homgate
**Phone #1:** 186-690-3001
**Phone #2:**
**Access Notes:** Rush
**Please note that the lender/client is NOT Homegate Settlement Services. PLEASE ALSO SEND AN INVOICE SEPARATELY FROM THE APPRAISAL REPORT acknowledging the fee that we have confirmed. Please also note that you are required to notify us with any valuation issues prior to the submission of this report.**

**LOAN INFORMATION**

| | |
|---|---|
| **Loan Purpose:** Cashout Refi | **Loan #:** 1830831w |
| **Loan Type:** | **FHA #:** |
| **Occupancy Type:** | **P.O. #:** |
| **Estimated Value:** $244,000.00 | **Loan Amount:** $195,200.00 |
| **Purchase Price:** $195,200.00 | **LTV:** |
| **CLTV:** | |

INSTRUCTIONS

**Form and Attachments Required**: 2000 Field Review Exterior
**Delays**: If you are unable to meet the due date for this appraisal assignment contact a HomeGate representative immediately to request an extension
**Atypical/Unusual Properties**: If you require direction on how to complete this assignment contact a HomeGate

**FROM:**

Jeanie Reif
Ace Appraisals
2481 Durham Drive
Saginaw, MI 48609

**Telephone Number:** 989-781-7814 **Fax Number:** 989-781-7096

# INVOICE

**INVOICE NUMBER**

**DATE**

July 17, 2007

**REFERENCE**

**Internal Order #:**
**Lender Case #:** Lintz
**Client File #:** 1830831w
**Main File # on form:** 2007-7-17
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:**

Homegate Settlement Services
American Brokers Conduit
538 Broadhollow Road
Melville, NY 11747

**Telephone Number:** 800-795-2377 **Fax Number:** 800-301-8034
**Alternate Number:** **E-Mail:** appraisalorders@homegateservices

**This appraisal contract has been stipulated between the Broker and this appraiser that the appraisal fee is to be drawn at the point of closing of this transaction. If the date of the closing is more than 45 days from the date of the appraisal, a 10% late fee shall be applied to the unpaid invoice for each and every 30 days thereafter. Unless otherwise stated in this appraisal, the invoice attached to this report is to be placed into the closing costs and/or payment made within 45 days to Ace Appraisals, LLC, 2481 Durham Drive, Saginaw, MI 48609**

## DESCRIPTION

**Lender:** American Brokers Conduit **Client:**
**Purchaser/Borrower:** Andrew Lintz
**Property Address:** 2680 N. US 23
**City:** Oscoda
**County:** Iosco **State:** MI **Zip:** 48750-9582
**Legal Description:** Lot 6, Block C of Huron Pine Beach, Section 27, Town 23 North, Range 9 East.

| FEES | AMOUNT |
|---|---|
| 2000 Field Review Exterior | 300.00 |
| **SUBTOTAL** | 300.00 |

| PAYMENTS | AMOUNT |
|---|---|