In re:

American Home Mortgage Holdings,
Inc.,
Delaware Corporation

Chapter 11
Case # 07-11047 (CSS)



This response is to the recent letter concerning the objection to claims of:

| | claim # | claim amt | New Case # |
|---|---|---|---|
| Freedom Appraisal Services | 2438 | $325 | 07-11053 |
| Darlene E. Lamb | | | |
| 4397 Owens Road | | | |
| Evans, GA  30809 | | | |

The first correspondence received concerning this claim indicated a **duplicate** claim.  I can only assume 1) that the Loan originator issued the invoice on my behalf or 2) there could be another company in the US with the same name that American Mortgage also dealt with.  However, in the first instance I issued an invoice with the report to the lender as well as submitting one to the bankruptcy court.  I am the sole proprietor of my company - and I work alone. So if there is any other company with the same name - there is no affiliation.

The invoice I submitted in the amount of $325 is valid and still outstanding.  The loan originator I dealt with indicated the appraisal fee was collected at the time of the loan application with the buyer.  Money was collected for this invoice. I certainly trust her word on this.

Therefore, I object to having my claim for payment dismissed.

Thank you,

*Darlene E. Lamb*

Darlene E. Lamb