# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>　　　　　　　　　　　Debtors. | : Chapter 11<br>:<br>: No. 07-11047 (CSS)<br>:<br>: Jointly Administered<br>: |

### AFFIDAVIT OF BRADLEY A. HUTCHINS

Personally appeared before me, the undersigned officer duly authorized by law to administer oaths, Bradley A. Hutchins, who, after being duly sworn, did depose and state as follows:

1. My name is Bradley A. Hutchins and I am a partner with the law firm of Proctor Hutchins, PC in Atlanta, Georgia. I am a admitted to practice law in the State of Georgia and am a member in good standing with the State Bar of Georgia. I represent American Lien Fund, L.P. ("American Lien") in a lawsuit filed on or about May 2, 2008, by American Home Mortgage Servicing, Inc. ("AHM") against American Lien in the Superior Court of Fulton County, Georgia, in the case styled American Home Mortgage Servicing, Inc. v. American Lien Fund, L.P., Civil Action File Number 2008 CV 150122 (hereinafter the "Georgia Action"). I am authorized and competent in all respects to give this affidavit and I give this Affidavit based upon my personal knowledge and based upon my experience as an attorney practicing in the areas of title litigation and property tax litigation for over 11 years and based on my experience as a member of the Title Standards Committee of the Real Property Section of the State Bar of

Georgia and based upon my experience as Co-Chairman of the Property Tax Sub-Committee of the Real Property Section of the State Bar of Georgia.

2. It is neither required under Georgia law nor customary in Fulton County, Georgia for a prospective purchaser at a tax sale to run or cause to be run a title search on a subject property before purchasing such property at a tax sale.

3. Moreover, even if a prospective purchaser elects to conduct a title search on a subject property prior to purchasing such property at a tax sale, the Georgia Title Standards do not require that such a search include a search of the records of the Clerk of the United States Bankruptcy Court for the District in which the property is located, and title examiners in Georgia generally do not check bankruptcy filings as part of a standard title search in the absence of a special request to do so or in the absence of actual knowledge of a pending bankruptcy on behalf of the title examiner.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BRADLEY A. HUTCHINS

Sworn to and subscribed before me
this 3 day of December, 2008.

_____
Notary Public

[Notary Seal]