## CERTIFICATE OF SERVICE

      I, DAVID A. BILSON, Esquire, do hereby certify that I am over the age of 18, and that on December 5, 2008, I caused a copy of the foregoing *Reply of American Lien Fund, L.P. In Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and To Lift Stay as to Counterclaims* to be served upon those persons appearing below 2002 service list, via U.S. First Class Mail, pre-paid.

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY 11747

Pauline K. Morgan
Edward J. Kosmowski, Esquire
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Victoria W, Counihan
Greenberg Traurig, LLP
The Nemours Bldg.
1007 North Orange Street, ste. 1200
Wilmington, DE 19801

      Under penalty of perjury, I certify the foregoing to be true and correct.

                              DAVID A. BILSON, Esquire