IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et                       :   Jointly Administered
al.,                                                             :
                                                                 :   **Hearing Date: January 28, 2009 at 10:00 a.m.**
                              Debtors.¹                          x
----------------------------------------------------------------

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for January 27, 2009 at 10:00 a.m. has been re-scheduled to January 28, 2009 at 10:00 a.m.

Any matters previously scheduled for the hearing on January 27, 2009 will now be heard on January 28, 2009 at 10:00 a.m.

Dated: Wilmington, Delaware
       December 4, 2008

                                       YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                       /s/ Sean T. Beach
                                       James L. Patton, Jr. (No. 2202)
                                       Robert S. Brady (No. 2847)
                                       Pauline K. Morgan (No. 3650)
                                       Sean M. Beach (No. 4070)
                                       The Brandywine Building
                                       1000 West Street, 17th Floor
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253

                                       Counsel for Debtors and Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:7518781.3                                                                                                                                      066585.1001