# EXHIBIT B

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 74,237.50 |
| 003 | RETENTIONS | | 1,352.00 |
| 006 | SALES OF ASSETS | | 20,701.50 |
| 007 | PROFESSIONIAL FEES | | 15,551.50 |
| 008 | AVOIDANCE ACTIONS | | 125.50 |
| 009 | LITIGATION | | 29,725.00 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 25,515.50 |
| 011 | EMPLOYEE ISSUES | | 1,694.50 |
| 012 | CLAIMS ADMINISTRATION | | 2,871.00 |
| 013 | INVESTIGATION OF COMPANY | | 24,856.50 |
| | **Total Time** | $ | 196,630.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 417.66 |
| | CARFARE | | 896.80 |
| | COMPUTER/HARD DRIVE/SUPPLIES | | 2,506.20 |
| | DEPOSITION FEE | | 235.75 |
| | DUPLICATING | | 266.20 |
| | LEXIS | | 15.13 |
| | MEALS | | 470.18 |
| | REPORTS FEE | | 480.65 |
| | SEARCH FEES | | 1,181.52 |
| | **Total Disbursements** | $ | 6,470.09 |
| | **TOTAL BILL** | $ | **203,100.59** |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
002           CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/08 | Examination of docket and updating calendar [3.2]; discussion with ELS re case strategy [.2]; work on summaries of NATIXIS memo [1.9]; UBS memo [1.8]; Community Development Association adversary memo [1.3] | EK | 6.40 | 1,792.00 |
| 06/02/08 | Review docket and recently filed pleadings (.60) | JS | 0.60 | 138.00 |
| 06/02/08 | Review docket and recent motions (.70); e-mails with EK and ELS regarding deposition schedules (.10). | JXZ | 0.80 | 260.00 |
| 06/02/08 | E-mails and call with Patton regarding reduction of work force (.10); telephone conversation with Berliner regarding same (.20). | MSI | 0.30 | 208.50 |
| 06/02/08 | Discussion with MSI and Berliner re Reduction-in-forces (RIFs) and reducing monthly burn (.50); review BDO analysis (1.). | MTP | 1.50 | 1,042.50 |
| 06/03/08 | Examination of docket and updating calendars for Committee [1.4]; examination foreclosure notices and checking for correct lift stay motions [2.5] | EK | 3.90 | 1,092.00 |
| 06/03/08 | Review and distribute DI 4346-4358 (.80) update calendar events (.20) | JS | 1.00 | 230.00 |
| 06/03/08 | Review brief/motion to amend Lehman order. | JXZ | 0.30 | 97.50 |
| 06/03/08 | E-mails with Lunn regarding outstanding issues (.20); telephone conversation with creditors regarding status (.10). | MSI | 0.30 | 208.50 |
| 06/04/08 | Examination of docket and updating various calendars [3.1] | EK | 3.10 | 868.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/04/08 | Review and distribute various motions for relief from stay (.70) review docket and recently filed pleadings (.20) | JS | 0.20 | 46.00 |
| 06/04/08 | Review docket and recent motions (.40); review Morgan Stanley stipulation and update summary (.10); e-mail MTP regarding head count and open issues (.10). | JXZ | 0.60 | 195.00 |
| 06/04/08 | Telephone conversation with Berliner regarding outstanding reports and issues with Kroll (.30); telephone conversation with MTP regarding same (.10); draft extensive e-mail to the committee regarding update (.70); review materials regarding same (.60). | MSI | 1.70 | 1,181.50 |
| 06/04/08 | Review BDO email update report (.6); call with MSI re issues on same (.2) | MTP | 0.80 | 556.00 |
| 06/05/08 | Examination of docket and updating various calendars [2.6]; examination of motion re loan files and drafting summary [1.1] | EK | 3.70 | 1,036.00 |
| 06/05/08 | Review docket and recently filed pleadings | JS | 0.70 | 161.00 |
| 06/05/08 | Review docket and recent motions (.20); e-mails with ELS regarding summaries (.10). | JXZ | 0.30 | 97.50 |
| 06/05/08 | Review numerous e-mails regarding outstanding issues (.60); telephone conversation with Berliner regarding same (.20); telephone conversation with BDO and MTP regarding strategy on employee and sale of loans (.30); review documents (.30). | MSI | 1.40 | 973.00 |
| 06/05/08 | Review BDO summary chart attached to last report (5); Call with MSI and BDO to discuss how to deal with bloated payroll and excessive overhead problem at the Debtors (.6) | MTP | 1.10 | 764.50 |
| 06/06/08 | Examination of docket entries and updating various calendars [2.3]; Alan Weinbeb fees & motion [.4] | EK | 2.70 | 756.00 |
| 06/06/08 | Review docket and various motions for Relief from stay (.90) distribute regarding same (.30) | JS | 1.20 | 276.00 |
| 06/06/08 | Review docket and recent motions (.70); meetings and e-mails with ELS and EK regarding depositions and review deposition schedule (.20); review AP dockets (.20). | JXZ | 1.10 | 357.50 |
| 06/06/08 | Review latest draft of the BofA settlement (1.10); draft e-mail to MTP and D. Berliner regarding comments on draft settlement (.70). | MSI | 1.80 | 1,251.00 |
| 06/06/08 | E-mail and telephone conversation with Patton regarding staff reduction and reduction in force. | MSI | 0.30 | 208.50 |
| 06/06/08 | Review and revise draft BofA stipulation (1.2); numerous calls with YCST and Kaye Scholer and BDO + MSI (1.1) | MTP | 2.30 | 1,598.50 |
| 06/09/08 | Examination of docket and updating time entries [.9]; review of motions concerning matters scheduled for hearing on June 11, 2008 [2.1]; review of responses to the Debtors' motions to reject claims [3.1]; drafting Committee minutes [1.6] | EK | 7.70 | 2,156.00 |
| 06/09/08 | Review of various motions for relief from stay and debtors' motion to terminate certain employment contracts (.80); meeting with JS re: agenda for 6/11 hearing. | ELS | 1.00 | 465.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/09/08 | Review agenda of matters scheduled for hearing (.50) prepare for hearing (1.20) Review docket and recently filed pleadings (.40) update calendar events (.60) | JS | 2.70 | 621.00 |
| 06/09/08 | Review hearing agenda (.10); review docket and recent motions (.40). | JXZ | 0.50 | 162.50 |
| 06/10/08 | Examination of docket entries and updating calendars [1.1] | EK | 1.10 | 308.00 |
| 06/10/08 | Review amended agenda and further preparation for hearing (1.20) review docket and recently filed pleadings (.90) | JS | 2.10 | 483.00 |
| 06/10/08 | Review docket and recent orders (.10); review hearing agenda (.10). | JXZ | 0.20 | 65.00 |
| 06/11/08 | Examination of docket and updating various calendars; drafting Committee minutes [.9] | EK | 0.90 | 252.00 |
| 06/11/08 | Review motion to modify Kroll retention and meeting with EK re: same (.30); review and revise summary of all adversaries (.90); review 9019 re: settlements with Connecticut State Authority and meeting with MSI re: same (.30); review BDO draft report for 6/12 committee call (.60); phone call with Hiller re: various motions for relief from stay (.40). | ELS | 2.50 | 1,162.50 |
| 06/11/08 | Review various Orders terminating the Automatic Stay (.90) emails re same (.30) review docket (.30) | JS | 1.50 | 345.00 |
| 06/11/08 | E-mails with EK and ELS regarding deposition schedules (.20); review notices of withdrawal (.10); review docket and recent orders (.20); review motion summary (.10). | JXZ | 0.60 | 195.00 |
| 06/11/08 | Review and edit summary of motions to the committee (.20); review several draft of BDO reports and telephone conversation with M. Michaelis regarding comments to same (1.40); review motion to modify Kroll retention (.20); revise and edit Strauss stipulation (.40); telephone conversation with M. Lunn regarding same (.10); e-mail to the committee regarding outstanding issues and meeting (.30). | MSI | 2.60 | 1,807.00 |
| 06/11/08 | Prepare for and participate in call with YCST & MSI re BofA settlement and WLR issues. | MTP | 1.50 | 1,042.50 |
| 06/12/08 | Examination of docket and updating calendars [.8]; preparation for Creditors Committee call [.6]; attending Creditors' committee call [1.1]; drafting Committee minutes [1.4] | EK | 3.70 | 1,036.00 |
| 06/12/08 | Committee call re: case status (1.20); meeting with MTP and MSI re: Chapter 5 analysis (.30); review BofA settlement term sheet (.20); meeting with MSI re: summary of adversary proceedings memo and revise same (.40). | ELS | 2.10 | 976.50 |
| 06/12/08 | Review Motions for Relief (.90) Attention to docket and pleadings filed (.40) update calendar (.20) | JS | 1.50 | 345.00 |
| 06/12/08 | Review settlement term sheet and addendums. | JXZ | 0.50 | 162.50 |
| 06/12/08 | Review adversary proceeding summaries (.20); emails with ELS re: Calyon depositions (.10); review financial update (.40). | JXZ | 0.70 | 227.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/12/08 | Review and analyze latest BDO report (.30); telephone conversation with Berliner and Michaelis regarding concerns on liquidity issues (.20); review and edit litigation summary for the committee and meeting with ELS regarding same (.40); attend committee meeting to address outstanding issues (1.10). | MSI | 2.00 | 1,390.00 |
| 06/12/08 | Prepare for and participate in Committee conference call (.1); follow up discussion with MSI and ELS re chapter 5 claims analysis | MTP | 1.70 | 1,181.50 |
| 06/13/08 | Examining of docket entries and updating various committee calendars [.7]; summary of Cadwalder expenses - quarterly [.6]; reading various family lift stay motion for their veracity [1.2] | EK | 2.50 | 700.00 |
| 06/13/08 | Review notice of appeal filed by debtors re: McClaim administration claim and draft email re: same (.20); review committee summary memo on adversaries (1.00); review and revise EK summary of debtors' motion seeking to terminate 401k plan (.20). | ELS | 1.40 | 651.00 |
| 06/13/08 | Emails with MTP re: Calyon depositions (.10); emails ELS, EK re: motion summaries (.10); review adversary docket (.10); review docket/recent motions and objections (1.00). | JXZ | 1.30 | 422.50 |
| 06/13/08 | Review issues raised by Committee and the BDO report (.60); review and edit various summaries to the committee including litigation summary (.90); review motions filed (.20). | MSI | 1.70 | 1,181.50 |
| 06/13/08 | Review email and summary report to Committee on adversaries (1.4); emails with ELS re deposition attendance (.1) | MTP | 1.50 | 1,042.50 |
| 06/16/08 | Review and draft memo of the Debtors proposed termination of 401K plan [1.2]; confer with Epiq Systems re Sam Hage claim [.2]; meeting with ELS and preparation [.5]; reviewing and drafting a memo of Laura Rush motion seeking relief from the stay [1.7]; reviewing Debtors motion reserving right re lift stay motion and reviewing those motions [.9]; review and draft summaries regarding Debtors' professionals 3rd quarterly fee app [1.6] | EK | 6.10 | 1,708.00 |
| 06/16/08 | Meeting with EK re: week's agenda and emails to MSI re: same (.50); review debtors' proposed order re: exclusivity motion and emails/phone calls with MSI re: same (.40); review of Rush's latest motion for relief from the stay (.30). | ELS | 1.20 | 558.00 |
| 06/16/08 | Review docket and recently filed pleadings (.50) | JS | 0.50 | 115.00 |
| 06/16/08 | Meeting with EK re: exclusivity motion response (.10); review docket/recent motions (.20); emails ELS, MSI, EK re: open issues (.10). | JXZ | 0.40 | 130.00 |
| 06/16/08 | Telephone conversation with M. Lunn regarding concerns regarding order to extend exclusivity (.20); telephone conversation with ELS regarding same (.10); review and edit same (.20); review issues with respect to Strauss settlement (.20). | MSI | 0.70 | 486.50 |
| 06/16/08 | Review motion papers filed by Hage, Rush and debtors re terminating 401K plan | MTP | 1.20 | 834.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/17/08 | Review of 401K law re potential issue with Debtors motion to terminate plan [1.9] | EK | 1.90 | 532.00 |
| 06/17/08 | Review various motions for relief from stay (1.20) email re same (.10) review omnibus claims (.70) attention to docket (.40) | JS | 2.40 | 552.00 |
| 06/17/08 | Review docket/recent motions and motion summary. | JXZ | 0.50 | 162.50 |
| 06/17/08 | Review proposed revisions to Strauss order (.30); draft memo to Lunn regarding comments (.80); telephone conversation with Lunn regarding same and exclusivity (.30); meeting with ELS regarding objection to exclusivity (.20). | MSI | 1.60 | 1,112.00 |
| 06/17/08 | Discussion with EK re ERISA research | MTP | 0.40 | 278.00 |
| 06/18/08 | Reviewing docket and updating calendars [.4] | EK | 0.40 | 112.00 |
| 06/18/08 | Review Microsoft objection to cure amount (.20); draft exclusivity objection (1.80); Review various objections to debtors' motion to destroy certain files and review BofA's objection to debtors' motion to extend exclusivity (.90. | ELS | 2.90 | 1,348.50 |
| 06/18/08 | Research - Motions & Orders to Extend Exclusivity (.70) email ELS per same (.10) Review docket and update calendar events | JS | 1.50 | 345.00 |
| 06/18/08 | Review docket and recent motions and objections (.60); e-mails with MSI regarding open issues (.10); review response to Jackson RFS motion (.10). | JXZ | 0.80 | 260.00 |
| 06/18/08 | Draft and edit update e-mail to the committee on all outstanding issues (.60); review and edit objection to exclusivity (.40); telephone conversation with Lunn and Brady regarding proposed settlement (.30); meeting with MTP regarding same (.10); review and respond to e-mail from Lunn regarding Strauss comments to settlement (.30); telephone conversation with Lunn regarding same (.10); revise and edit summaries to be distributed to the committee (.40). | MSI | 2.20 | 1,529.00 |
| 06/18/08 | Review objections filed by various institutions re document retention and by BofA against exclusivity extension | MTP | 1.60 | 1,112.00 |
| 06/19/08 | Docket review and updating calendars [.5]; sending e-mails re objections to the debtors [.3] | EK | 0.80 | 224.00 |
| 06/19/08 | Review docket and recently filed pleadings (.40) update critical dates memo (1.20) file maintenance (.50) | JS | 2.10 | 483.00 |
| 06/19/08 | Review motions filed and summaries to the committee (.60); meeting with EK regarding same (.10); meeting with ELS regarding exclusivity issues (.20); telephone conversation with Brady and Lunn regarding same (.10). | MSI | 1.00 | 695.00 |
| 06/19/08 | Review and edit proposed settlement with BofA (1.70); review prior agreements and issues (.40). | MSI | 2.10 | 1,459.50 |
| 06/19/08 | Review revisions to BofA stipulation, and discuss same with MSI + ELS; emails with adversaries re same | MTP | 1.60 | 1,112.00 |
| 06/20/08 | Docket review and updating calendars [.3]; reconciling calendars for accuracy [.8]; drafting committee minutes [1.7] | EK | 2.80 | 784.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/20/08 | Review emails from Berliner re: debtors' need for cash and termination of 401k plan. | ELS | 0.40 | 186.00 |
| 06/20/08 | Review docket and recently filed pleadings (1.20) calendar events (.20) file maintenance (.40) | JS | 1.80 | 414.00 |
| 06/20/08 | Attention to creditor inquiries and emails/calls with D. Berliner, MTP and MSI. | JXZ | 0.50 | 162.50 |
| 06/20/08 | Review and edit BofA settlement agreement (1.60); draft e-mail regarding comments (.60). | MSI | 2.20 | 1,529.00 |
| 06/20/08 | Telephone conversation with M. Lunn (2x) regarding Strauss issues and status of motions (.30); review Strauss settlement (.40); review and edit summary of motions to the committee (.60); meeting with EK regarding same (.10). | MSI | 1.40 | 973.00 |
| 06/20/08 | Work on objections to the late filed claims and summaries to the Committee | MTP | 2.20 | 1,529.00 |
| 06/20/08 | Continued attention to finalize BofA stipulation of global settlement and cross reference with cash collateral order | MTP | 2.40 | 1,668.00 |
| 06/23/08 | Docket review and updating calendars [.4]; reviewing motions mailed/faxed to Committee of single property foreclosure and examining motion for veracity [1.4]; confer with ELS re 401K plan [.2]; examination of omnibus claims objections and various responses [.7]; reviewing e-mails received for Kathy Sense [.5] | EK | 3.40 | 952.00 |
| 06/23/08 | Review notice of hearing for 6/25 hearing (.30); review and revise JS's draft cure chart and meeting with JS re: same (.50); review AHM complaint against Attorney's Title Insurance Fund (.30). | ELS | 1.30 | 604.50 |
| 06/23/08 | Review and circulate Agenda of Matters for June 25th Hearing (.70) prepare for hearing (1.20) review docket and recently filed pleadings (.40) calendar events (.20) | JS | 2.50 | 575.00 |
| 06/24/08 | Reviewing docket and updating calendars [.2] | EK | 0.20 | 56.00 |
| 06/24/08 | Review GMAC contempt motion (.30); review debtors' reply brief re: Lehman matter (.30); draft summary of AHM complaint against Attorneys Title Insurance Fund and emails with debtors re: matter and estates' interest in same (.50); emails with debtors re: proposed resolution of proof of claim involving error in mortgage and meeting with MTP re: same (.50). | ELS | 1.60 | 744.00 |
| 06/24/08 | Review Transcript of Hearing on 6/11/08 (.40) review amended agenda for 6/25/08 hearing (.30) further preparation for hearing (.40) review docket and recently filed pleadings (.80) file maintenance (.40) | JS | 2.30 | 529.00 |
| 06/24/08 | Review Lehman reply (.20); attention to creditor inquiries and emails to ELS re: same (.10); review ATAFI complaint (.10); calendar maintenance (.10); review docket/recent responses and affidavits (.30); review recent motions (.60); review hearing agenda (.10). | JXZ | 1.50 | 487.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/24/08 | Call with M. Morris re his scheduling a meeting with the Committee on JPMC disputes (.4); e-mails with EK re pending matters (.2) | MTP | 0.60 | 417.00 |
| 06/25/08 | Docket review and updating calendars [.4]; sending e-mails to Susan Johnston [.2]; examination of the Rule 2004 examination motion and drafting memo for the Committee [1.9]; examination of Iron Mountains cure claim and drafting summary [1.2] | EK | 3.70 | 1,036.00 |
| 06/25/08 | Reviewing the day's various court order that were entered [1.1]; drafting summaries for the Committee [1.] | EK | 2.20 | 616.00 |
| 06/25/08 | E-mails to the debtors re upcoming motions [.2] | EK | 0.20 | 56.00 |
| 06/25/08 | Review BDO update report (.20); meeting with JS re: cure spreadsheet (.30). | ELS | 0.50 | 232.50 |
| 06/25/08 | Review Docket (.30) review and circulate various motions for relief from stay (.80) review Orders terminating the stay (.50) review 4858 Order authorizing the debtors to destroy non-requested loan files (.10) review 4859 Order Further Modifying Order Approving the Agreement With Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom (.10) review 4861 Order Approving (I) The Debtors' Termination of Their 401(k) Plan and (II) The Implementation of Certain Procedures in Connection Therewith (.20) review and circulate 4863 Order (SECOND) Sustaining Debtors' Eighth Omnibus (.10) Review DIP monthly operating reports (1.50) circulate re: same (.20) file maintenance (.80) | JS | 4.60 | 1,058.00 |
| 06/25/08 | Review recent motions (.50); review recent orders (.60); review 2004 motion (.20). | JXZ | 1.30 | 422.50 |
| 06/26/08 | Reviewing notes of committee meetings and drafting minutes for the Committee [3.2]; docket review and updating committee calendars [.3] | EK | 3.50 | 980.00 |
| 06/26/08 | Review BDO memo on overview of accounting for inter-company transactions (.50); revise Bear Stearns confidentiality agreement and send same, with redline, to Bear Stearns' counsel (.60); Review cure claim objections and review and revise cure claim/objection spreadsheet (3.50). | ELS | 4.60 | 2,139.00 |
| 06/26/08 | Review docket and recently filed pleadings (1.50) file maintenance (1.20) calendar maintenance (.20) | JS | 2.90 | 667.00 |
| 06/26/08 | Review financial update (.40); review AP dockets (.10); review operating reports (.30). | JXZ | 0.80 | 260.00 |
| 06/26/08 | Email with Berliner re postponing Committee call (.3); Draft email to Committee postponing call until next week (.5); review and comment on BDO draft report to the Committee updating on status of the case (1.0) | MTP | 1.80 | 1,251.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/27/08 | Examinations of the debtors operating reports [1.6]; reviewing the latest BDO information [.3]; review of Cohn, Goldberg & Deutsche's monthly expenses [.6]; reviewing Allan & Overy fee requests [.3]; reviewing examining recent filings in all the adversaries proceedings [.7] | EK | 3.50 | 980.00 |
| 06/27/08 | Review debtors' motion seeking authority to compromise and sell various loans. | ELS | 0.40 | 186.00 |
| 06/27/08 | Review docket and pleadings (1.20) | JS | 1.20 | 276.00 |
| 06/29/08 | Review DIP operating report (.20); review Broadhollow opinion/order and emails re: same (.70). | JXZ | 0.90 | 292.50 |
| 06/30/08 | Meeting re: objection strategy with ELS [.3]; examining docket [.2]; supplemental affidavit drafting of MTP [1.3]; working on the memo to the Committee re: mortgage compromise motion [1.2]; confer with ELS re: motion [.2]; drafting committee minutes [1.1]; updating calendars and examining docket [.3]; organizing committee minutes [.2] | EK | 3.50 | 980.00 |
| 06/30/08 | Review and revise EK summary memo on debtors' motion to compromise and/or sell certain mortgage loans and meeting with EK re: same (.70); review and revise JS summary of cure claim objections and meeting with JS re: same (.60); review decision in Broadhollow swap lawsuit re: BofA motion to dismiss (.40); complete review of BDO overview of accounting for inter-company transactions (.50). | ELS | 2.20 | 1,023.00 |
| 06/30/08 | Review docket and pleadings (1.60) file maintenance (.50) | JS | 2.10 | 483.00 |
| 06/30/08 | Call with Sean Beach re open issues in case (.3), conference call with Beach and Kroll re strategy issues in case (.8) | MTP | 1.10 | 764.50 |

TOTAL HOURS      185.60

TOTAL SERVICES ........................................................$    74,237.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $412.16 |
| CARFARE | $601.84 |
| DUPLICATING | $121.20 |
| LEXIS | $2.28 |
| MEALS | $263.28 |
| SEARCH FEES | $1,124.08 |

TOTAL DISBURSEMENTS ...........................................$    2,524.84

TOTAL FEES & DISBURSEMENTS.............................$    76,762.34

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 35.40 | 230.00 | 8,142.00 |
| 550 | Keary | 67.90 | 280.00 | 19,012.00 |
| 493 | Zawadzki | 13.60 | 325.00 | 4,420.00 |
| 486 | Schnitzer | 22.10 | 465.00 | 10,276.50 |
| 260 | Indelicato | 23.30 | 695.00 | 16,193.50 |
| 364 | Power | 23.30 | 695.00 | 16,193.50 |
| ATTY TOTAL | | 185.60 | | 74,237.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 003 | RETENTIONS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/05/08 | Review OCP affidavits (.10). | JXZ | 0.10 | 32.50 |
| 06/06/08 | Review OCP retention affidavit (.10). | JXZ | 0.10 | 32.50 |
| 06/10/08 | Review OCP retention affidavits (.20). | JXZ | 0.20 | 65.00 |
| 06/11/08 | Review Kroll motion and draft summary (1.3); review Northwest's third fee app and draft summary (1.0); examining Kroll September retention re possibility of confusion re fees [1.6] | EK | 3.90 | 1,092.00 |
| 06/11/08 | Review Kroll modification motion and meeting ELS regarding same (.20); review OCP affidavits (.10). | JXZ | 0.30 | 97.50 |
| 06/25/08 | Review OCP affidavit. | JXZ | 0.10 | 32.50 |

|  | TOTAL HOURS | 4.70 |  |
|--|-------------|------|--|

TOTAL SERVICES ........................................................................ $    1,352.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                          $1.50

TOTAL DISBURSEMENTS ........................................................ $    1.50

TOTAL FEES & DISBURSEMENTS ............................................ $    1,353.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 550 | Keary | 3.90 | 280.00 | 1,092.00 |
| 493 | Zawadzki | 0.80 | 325.00 | 260.00 |
| ATTY TOTAL | | 4.70 | | 1,352.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

> 703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 006        SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/08 | Review debtor objection to WLR motion regarding administrative claims (0.5); conference with ELS regarding committee objection (0.2) | DDG | 0.70 | 437.50 |
| 06/02/08 | Meeting with DDG re: Ross administration claim (.30); meeting with MSI re: same (.20); review debtors' objection (.40); draft committee objection (2.90). | ELS | 3.80 | 1,767.00 |
| 06/03/08 | Review drafts of objection to WLR motion, miscellaneous conferences and e-mails with MSI and ELS regarding same | DDG | 1.20 | 750.00 |
| 06/03/08 | Review and edit objection to the Ross motion (.80); telephone conversation with ELS and DDG regarding comments (.30); e-mails with ELS regarding comments (.30); review motion (.30). | MSI | 1.70 | 1,181.50 |
| 06/03/08 | Review draft objection to WLR motion for allowance of an admin claim; call YCST re same. | MTP | 1.60 | 1,112.00 |
| 06/04/08 | Miscellaneous conferences and e-mails with MTP regarding objection to WLR motion | DDG | 0.30 | 187.50 |
| 06/06/08 | Review issues list, mark-up of American Home Bank SPA (1.8); miscellaneous e-mails with Weissman, Williams, MSI, MTP, BDO regarding same | DDG | 2.10 | 1,312.50 |
| 06/06/08 | Multiple emails with DDG + YCST re strategy with respect to WLR administrative claim and Bank APA (1.1); review draft APA and comment generally on same (1.6) | MTP | 2.70 | 1,876.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/09/08 | Conference with MSI regarding WLR cure issues (.0.1); conference with MSI regarding American Home Bank sale issues (0.6); miscellaneous e-mails and conferences with MSI, BDO, Williams and Storero regarding American Home Bank sale issues (0.3) | DDG | 1.00 | 625.00 |
| 06/09/08 | Review draft asset purchases agreement changes for the sale of the bank (1.60); review and analyze list of open items (.50); meeting with DDG regarding same and objection to Ross motion and BofA issues (.60). | MSI | 2.70 | 1,876.50 |
| 06/09/08 | Review of revised draft APA (1.1); review of pleadings re dispute with WLR over admin claim (1.7) | MTP | 2.80 | 1,946.00 |
| 06/10/08 | Miscellaneous e-mails with Storero, Williams, MSI regarding American Home Bank sale issues | DDG | 0.40 | 250.00 |
| 06/10/08 | Call with Fred Madonna re strategy with respect to performing loans (.3); e-mail with Bob Johnson re tape for performing loans | MTP | 0.50 | 347.50 |
| 06/11/08 | Prepare for conference call regarding  regulatory issues (0.2); miscellaneous conferences with Williams, Storero, MSI, Weissman regarding American Home Bank SPA issues (1.2) | DDG | 1.40 | 875.00 |
| 06/13/08 | Conferences with MSI regarding WLR issues (0.1); miscellaneous e-mails regarding performing loan sale (0.2); review BDO update regarding Bank sale, loan sales, miscellaneous issues (0.2) | DDG | 0.50 | 312.50 |
| 06/13/08 | Review notice of asset sale. | JXZ | 0.10 | 32.50 |
| 06/16/08 | Call with Fred Madonna to discuss strategy with respect to sale of performing loans (.3); e-mail Kroll and YCST re same (.3) | MTP | 0.60 | 417.00 |
| 06/20/08 | Review and analyze response from WLR on reconciliation (.70); draft e-mail to parties regarding same (.20). | MSI | 0.90 | 625.50 |
| 06/24/08 | Review revised American Home Bank SPA | DDG | 0.40 | 250.00 |
| 06/24/08 | Attention to Madonna e-mails re sale of loan pool (.2) | MTP | 0.20 | 139.00 |
| 06/24/08 | Review revised Bank APA + provide DDG with comments | MTP | 0.70 | 486.50 |
| 06/25/08 | Miscellaneous e-mails with BDO, Weissman, MTP regarding American Home Bank SPA comments | DDG | 0.50 | 312.50 |
| 06/25/08 | Emails with BR, YCST, DDG re comments on Bank APA | MTP | 0.50 | 347.50 |
| 06/29/08 | Review motion to sell mortgage loans in ordinary course. | JXZ | 0.50 | 162.50 |
| 06/29/08 | Review mark up of draft APA from potential bidder for the Bank. | MTP | 2.10 | 1,459.50 |
| 06/30/08 | Review Beltway agreement, misc. e-mails regarding  same (0.5); review WLR letter and revise Schedule G (0.3) | DDG | 0.80 | 500.00 |
| 06/30/08 | Attention to Madonna e-mail exchange with Apollo (.2); e-mails with DDG re Bank APA from Mathis Patterson (.3); continue review draft APA (1.1) | MTP | 1.60 | 1,112.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL HOURS                                      32.30

TOTAL SERVICES ...................................................... $      20,701.50

DISBURSEMENT SUMMARY
LONG DISTANCE TELEPHONE CHARGES                              $1.00
DUPLICATING                                                              $0.40
SEARCH FEES                                                             $2.24
                                                                            _____

TOTAL DISBURSEMENTS ........................................... $        3.64

TOTAL FEES & DISBURSEMENTS ............................. $      20,705.14


SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 493 | Zawadzki | 0.60 | 325.00 | 195.00 |
| 486 | Schnitzer | 3.80 | 465.00 | 1,767.00 |
| 426 | Grubman | 9.30 | 625.00 | 5,812.50 |
| 260 | Indelicato | 5.30 | 695.00 | 3,683.50 |
| 364 | Power | 13.30 | 695.00 | 9,243.50 |
| ATTY TOTAL | | 32.30 | | 20,701.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/08 | Review email from D Laskin regarding no Interim Fee apps (.20) Review and distribute Alen Overy April fee app and update summary fee chart (.60) | JS | 0.80 | 184.00 |
| 06/02/08 | E-mails with D. Berliner regarding professional fees (.10); review fee applications, draft summaries and e-mails with MTP regarding same (1.00); draft committee fee report and circulate same (1.20). | JXZ | 2.30 | 747.50 |
| 06/02/08 | Review and question JXZ draft summaries of fee application | MTP | 0.50 | 347.50 |
| 06/03/08 | Review fee applications, draft summaries and emails to MTP re: same. | JXZ | 0.70 | 227.50 |
| 06/03/08 | Review JXZ's second email summarizing fee application | MTP | 0.30 | 208.50 |
| 06/04/08 | Review NWT reply papers (.50); e-mails with MTP regarding fee applications (.10). | JXZ | 0.60 | 195.00 |
| 06/04/08 | Review NWT fee application and discuss with JXZ | MTP | 0.90 | 625.50 |
| 06/06/08 | Review Alan Weinreb April fee app and update summary chart (.80) | JS | 0.80 | 184.00 |
| 06/09/08 | Review fee application, draft summary and e-mail MSI regarding same (.40). | JXZ | 0.40 | 130.00 |
| 06/11/08 | Review NWT's April fee app and update summary chart (.90) | JS | 0.90 | 207.00 |
| 06/11/08 | Call with EK and meeting with JS regarding fee applications (.10). | JXZ | 0.10 | 32.50 |
| 06/11/08 | Email to JXZ and JS re analyzing NWT's fee application and OCP limits. | MTP | 0.20 | 139.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/12/08 | Transcript of McCribb deposition re Wells Fargo [1.6] | EK | 1.60 | 448.00 |
| 06/12/08 | Review Consuegra's April fee app and update summary chart (.70). | JS | 0.70 | 161.00 |
| 06/12/08 | Review fee applications. | JXZ | 0.20 | 65.00 |
| 06/13/08 | Review Cadwalader Wickersham fee app (.40) review Milestone Advisors March fee app (.40) Pricewaterhouse Cooper's Feb-March and April (.50) Quinn Emanuel April fee app (.40) update summary fee chart (.80) Draft H&H's Seventh fee app (1.80) draft H&H's Eight fee app (1.40) | JS | 5.70 | 1,311.00 |
| 06/13/08 | Review fee applications; draft summaries and email MTP re: same. | JXZ | 0.30 | 97.50 |
| 06/13/08 | Revised JXZ summary email of fee application | MTP | 0.30 | 208.50 |
| 06/16/08 | Review debtors professionals Quarterly fee apps and update summary fee chart (1.80) Revise H&H's Seventhly monthly fee app (1.10) revise H&H's Eight Monthly fee app (1.20) Draft H&H's Ninth monthly fee app (2.10) | JS | 6.20 | 1,426.00 |
| 06/16/08 | Review Kroll analysis. | JXZ | 0.20 | 65.00 |
| 06/16/08 | Revise and edit fee application. | MSI | 1.10 | 764.50 |
| 06/17/08 | Revise H&H's Ninth fee application (1.20) Revise H&H's Quarterly fee app (1.30) Prepare exhibits for Ninth fee app (.50) review Weiner Bordsky's April fee app and update summary fee chart (.50). | JS | 3.50 | 805.00 |
| 06/17/08 | Review fee applications, draft summaries and emails MTP re: same (1.90); emails ELS re: fee applications (.20); review docket/fee applications and draft committee fee report (.80): emails JWS, MSI re; fee applications (.10). | JXZ | 3.00 | 975.00 |
| 06/17/08 | Revise and edit all fee applications for third interim period. | MSI | 1.20 | 834.00 |
| 06/17/08 | Work on February, March and April fee applications | MTP | 2.20 | 1,529.00 |
| 06/18/08 | Finalize ninth fee app (.40) Finalize Quarterly fee app (.30) Prepare exhibits for 7th, 8th, 9th and Quarterly fee apps for filing (1.20) | JS | 1.90 | 437.00 |
| 06/18/08 | Meeting with MSI regarding professional fees (.10); review fee applications, draft summaries and e-mail Committee regarding same (.60). | JXZ | 0.70 | 227.50 |
| 06/19/08 | Review fee applications, draft summaries and e-mails with MSI regarding same (1.20). | JXZ | 1.20 | 390.00 |
| 06/20/08 | Review and circulate YCST's May fee application (.70) update fee summary chart (.20) review Blank Rome interim fee app (.10) update fee summary chart (.10) | JS | 1.10 | 253.00 |
| 06/23/08 | Review and circulate Milestone's April fee application (.50) Review and circulate Kroll Zolfo Cooper's May fee application (.40) update summary fee chart (.30) | JS | 1.20 | 276.00 |
| 06/24/08 | Attention to fee applications. | JXZ | 0.10 | 32.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/25/08 | Review and circulate Weltman's April fee app (.40) update fee summary chart (.10) | JS | 0.50 | 115.00 |
| 06/25/08 | Attention to Fee applications. | JXZ | 0.10 | 32.50 |
| 06/26/08 | Attention to fee applications. | JXZ | 0.10 | 32.50 |
| 06/26/08 | Review revised draft Calyon settlement stipulation and BofA stipulation; email exchange with Beach re same | MTP | 2.30 | 1,598.50 |
| 06/27/08 | Review Allen & Overy fee application (.40) review Cohn, Goldberg April fee application (.30) update fee summary report (.20) | JS | 0.90 | 207.00 |
| 06/29/08 | Attention to fee applications. | JXZ | 0.10 | 32.50 |

TOTAL HOURS  44.90

TOTAL SERVICES ........................................................ $  15,551.50

DISBURSEMENT SUMMARY

CARFARE  $24.35

DUPLICATING  $58.40

SEARCH FEES  $5.04

TOTAL DISBURSEMENTS ........................................ $  87.79

TOTAL FEES & DISBURSEMENTS ............................. $  15,639.29

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 556 | Smith | 24.20 | 230.00 | 5,566.00 |
| 550 | Keary | 1.60 | 280.00 | 448.00 |
| 493 | Zawadzki | 10.10 | 325.00 | 3,282.50 |
| 260 | Indelicato | 2.30 | 695.00 | 1,598.50 |
| 364 | Power | 6.70 | 695.00 | 4,656.50 |
| ATTY TOTAL | | 44.90 | | 15,551.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
008        AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/13/08 | Meeting with JXZ re: preference analysis and emails re: same and meeting with JS re: same. | ELS | 0.20 | 93.00 |
| 06/13/08 | Meeting with ELS re: preference analysis. | JXZ | 0.10 | 32.50 |

TOTAL HOURS                                           0.30

TOTAL SERVICES ........................................................ $      125.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.10 | 325.00 | 32.50 |
| 486 | Schnitzer | 0.20 | 465.00 | 93.00 |
| ATTY TOTAL | | 0.30 | | 125.50 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

        703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
        009           LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/08 | Lehman Brothers adversary examination of recent docket entries [2.6]; speaking with Jason Goldberg @ Sidleys re Triad [.4]. | EK | 3.00 | 840.00 |
| 06/02/08 | Review docket and recently filed pleadings DI Stipulation, 26 Motion to amend, 27 Opening Brief (.80) 07-51747 review docket and Notice of deposition (.30) | JS | 1.10 | 253.00 |
| 06/03/08 | Examination of the reply brief of Northwest [1.7]; working on W. Ross claim and objections [1.2]; reading Bear Stearns/Wells Fargo litigation documents in preparation for deposition [3.6] | EK | 6.50 | 1,820.00 |
| 06/03/08 | Review adv proceeding 07-51739 docket and recently filed pleadings and Orders (.30) | JS | 0.30 | 69.00 |
| 06/04/08 | Attending deposition re Wells Fargo [3.8] | EK | 3.80 | 1,064.00 |
| 06/04/08 | Attention to Adv Proceedings 07-51688 DI 72 and 73 (.10) 07-51690 DI 18 Stipulation of dismissal and other peladings (.30) 07-51747 Notice of completion of briefing (.20) Calendar events (.20). | JS | 0.80 | 184.00 |
| 06/05/08 | Examination of the Debtors various rejections of claims [2.8]; examination of the latest entries in the adversary proceedings and updating the various calendars [3.2] | EK | 6.00 | 1,680.00 |
| 06/05/08 | Attention to adv proceedings 07-51747 review docket and recently filed pleadings, distribute same (.30) | JS | 0.30 | 69.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/06/08 | Attending deposition re Wells Fargo [1.9]; preparation for the Wells Fargo deposition [1.8]; examining Triad docket entries [1.6] | EK | 5.30 | 1,484.00 |
| 06/06/08 | Attention to Adv. proceedings 07-51747 review protective order (.20) emails per same (.10) 08-50598 review docket and recently filed pleadings (.20) | JS | 0.50 | 115.00 |
| 06/06/08 | Review summary of litigation (.20); review draft of letter to committee regarding JPM issues (.40). | MSI | 0.60 | 417.00 |
| 06/09/08 | Talked with Nathan Grow re: status of adversary [.2]. | EK | 0.20 | 56.00 |
| 06/09/08 | Attention to adv proceedings 08-50598 Docket and Order filed (.30) | JS | 0.30 | 69.00 |
| 06/09/08 | Telephone conversation with the debtor to address comments on BofA term sheet (.60); review issues and discuss strategy with MTP regarding same (.40). | MSI | 1.00 | 695.00 |
| 06/09/08 | E-mail with Sean Beach re suggested changes to reservation language used in Calyon stipulation (.6); call with YCST re update on BofA settlement. | MTP | 1.10 | 764.50 |
| 06/10/08 | Legal research re excusable neglect argument [3.8] | EK | 3.80 | 1,064.00 |
| 06/10/08 | Adv Proceeding 07-51688 review Answer to complaint (.70) email regarding same (.20) update calendar events (.10) 07-51747 review docket and recently filed pleadings (.30) 07-51725 review docket and order filed (.30) | JS | 1.60 | 368.00 |
| 06/10/08 | Review issues related to BofA settlement (.60); telephone conversation with YCST, Allen & Overy, JPM and RJM to discuss document production and SEC investigation (.80). | MSI | 1.40 | 973.00 |
| 06/11/08 | Working on docket entries examinations adversary proceedings [2.6]; examining documents related to the various depositions [2.1]. | EK | 4.70 | 1,316.00 |
| 06/11/08 | Revise and edit litigation summary. | MSI | 0.80 | 556.00 |
| 06/13/08 | Summary of responses to omnibus objection to claims [2.2]; review of order granting Debtors' fourth omnibus objections [.8]; review and summary of the Debtors motion to destruct mortgages files and the Freddie Mac objection [1.8]; review of Same Hage motion and affidavit and supplemental affidavit [1.7]; review of Price Waterhouse Coopers compensation application [.3] | EK | 5.10 | 1,428.00 |
| 06/13/08 | Review Rush motion for relief from stay. | MSI | 0.40 | 278.00 |
| 06/16/08 | Reviewing and drafting memo re AT&T's motion [.8]; confer with and sending e-mails to Epiq re Hage [.4]; reviewing Epiq records of service re Hage [.5] | EK | 1.70 | 476.00 |
| 06/16/08 | Attention to adv proceedings 07-51739 DI 31 Objection and docket review(.40) 07-51747 DI 64 Status report (.30) emails re same (.20) | JS | 0.90 | 207.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/17/08 | Confer with MTP re Sam Hage response [.2]; Confer with MSI re 401K motion [.2]; reviewing files pertaining to AT&T's admin claim against rejected leases [1.1]; e-mails to Debtors re admin claim [.2]; review and summary drafting of JoAnn Jackson motion for stay relief [1.1]; confer with M. Lunn re Laura Rush [.3] | EK | 3.10 | 868.00 |
| 06/18/08 | Examination and summary memo re the Debtors motion seeking an extension of the exclusivity period and Bof A's objection [2.1]; drafting a memo for the Creditors' Committee on the exclusivity period, its process and a summary on the various motions objecting to its continued use [1.8]; examining previous motions for plan exclusivity, orders and extension [1.3]; confer with MSI re-exclusivity motion [.2]; confer with MSI re Rush motion [.2]; discussing Chavez with MSI [.2]; reading and drafting summary of the Chavez motion to lift the stay [1.7]. | EK | 7.50 | 2,100.00 |
| 06/19/08 | Finalizing objection drafting for MTP for Hage objection [2.1]; researching case law re Hage [.7]; confer with MTP re: Hage [.2]; confer with K. Coyle re-objection to Hage [.3]; reviewing and drafting summary of Thos Chavez to have that claim deemed timely filed [1.8]. | EK | 7.00 | 1,960.00 |
| 06/20/08 | Examination of a memo drafting re assets sale motion [1.1]; drafting Chavez objection [2.4]; working on Hage objections - drafting [.4]; drafting adversary report [2.1] | EK | 6.00 | 1,680.00 |
| 06/23/08 | E-mails to YCST re merit of Hage's claim [.3]; law research re review and drafting a memo for the Committee re GMAC's motion for contempt [1.9]; drafting a memo and review of Attorney's Title Fund, Inc. adversary [1.7]; examining various ways to object to Hage claim re settlement and examining employment contract [.9]; e-mails to YCST re late claims litigation [.3]; confer with JS re documents needed for GMAC [.1] | EK | 5.20 | 1,456.00 |
| 06/24/08 | Reviewing motion of Mark Watson to have stay lifted and drafting memo [2.1]; reviewing motion of Mark Watson and drafting memo to have late filed claim deemed timely filed [1.7]; review of AHM v Lehman adversary and memo drafting - summary [1.8]; reviewing case law of briefs re Wells Fargo; confer with Matt Lunn and MTP re strategy for 6/25 motion day [.3]; review of section 502 case law re claims litigations [2.2] | EK | 9.70 | 2,716.00 |
| 06/24/08 | Review reply brief filed in Lehman adversary proceeding | MTP | 0.50 | 347.50 |
| 06/26/08 | Review of the Wells Fargo depositions transcripts [2.9] | EK | 2.90 | 812.00 |
| 06/27/08 | Examination of Debtors' motion to sell mortgage loans and drafting memo for the Committee [1.8]; examination and reviewing of all motions in the Lehman Bros. adversary [2.3]; working on Lehman Bros. with Debtors calls and e-mails [.2] | EK | 4.30 | 1,204.00 |
| 06/30/08 | Kelly Watson's late file claim objection [1.2] | EK | 1.20 | 336.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL HOURS | | 98.60 | |

TOTAL SERVICES ........................................................................$   29,725.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $3.00 |
| DEPOSITION FEE | $235.75 |
| DUPLICATING | $69.10 |
| LEXIS | $12.85 |
| MEALS | $206.90 |
| REPORTS FEE | $480.65 |
| SEARCH FEES | $47.60 |

TOTAL DISBURSEMENTS ...........................................................$   1,055.85

TOTAL FEES & DISBURSEMENTS............................................$   30,780.85

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 556 | Smith | 5.80 | 230.00 | 1,334.00 |
| 550 | Keary | 87.00 | 280.00 | 24,360.00 |
| 260 | Indelicato | 4.20 | 695.00 | 2,919.00 |
| 364 | Power | 1.60 | 695.00 | 1,112.00 |
| ATTY TOTAL | | 98.60 | | 29,725.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
010           PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/08 | Review & mark up draft plans of liquidation | MTP | 3.50 | 2,432.50 |
| 06/05/08 | Began review of plan. | MSI | 1.20 | 834.00 |
| 06/08/08 | Review YCST draft joint plan of liquidation and outline questions on same | MTP | 2.10 | 1,459.50 |
| 06/09/08 | Revise and edit draft plan of liquidation. | MSI | 1.20 | 834.00 |
| 06/10/08 | Revise and edit Plan. | MSI | 1.70 | 1,181.50 |
| 06/11/08 | Revise and edit plan (3.70); review and analyze YCST methodology for calculation payments under plan (.40); telephone conversation with MTP and YCST regarding same (.70). | MSI | 4.80 | 3,336.00 |
| 06/11/08 | Review YCST draft plan (2.6); call with YCST and MSI to discuss plan comments (.7). | MTP | 3.30 | 2,293.50 |
| 06/12/08 | Review additional issues on plan in preparation for call (1.10); telephone conversation with Brady, Beach and MTP regarding comments to the plan draft (1.50). | MSI | 2.60 | 1,807.00 |
| 06/12/08 | Review draft plan in preparation for call with Debtors (1.0) conference call with YCST + MSI re plan comments (1.5) | MTP | 2.50 | 1,737.50 |
| 06/13/08 | Review proposed draft plan and issues raised on 6/12 call. | MSI | 1.10 | 764.50 |
| 06/16/08 | Review YCST draft plan | MTP | 1.50 | 1,042.50 |
| 06/17/08 | Draft objection to debtors' motion to extend exclusivity. | ELS | 5.40 | 2,511.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/17/08 | Review and analyze issues raised in BDO memo regarding intercompany claims (1.50); telephone conversation with Berliner regarding same and additional items to explore (.30); meeting with MTP regarding same (.30); draft e-mail regarding comments (.60). | MSI | 2.70 | 1,876.50 |
| 06/17/08 | Discussion with MSI/call with BDO re subcon analysis | MTP | 0.80 | 556.00 |
| 06/18/08 | Review documents and issues in preparation for call with debtors regarding plan (.70); telephone conversation with Beach, Brady, Lunn, Debtor, BDO and MTP regarding structure issues on plan (1.10). | MSI | 1.80 | 1,251.00 |
| 06/18/08 | Attention to draft objection to exclusivity extension (1.1); discuss with MSI (.1), call with YCST re same (.3) | MTP | 1.50 | 1,042.50 |
| 06/19/08 | Review consolidation/plan structure issues. | MSI | 0.80 | 556.00 |

TOTAL HOURS      38.50

TOTAL SERVICES ........................................................... $   25,515.50

DISBURSEMENT SUMMARY

CARFARE      $270.61

DUPLICATING      $1.20

TOTAL DISBURSEMENTS ........................................... $   271.81

TOTAL FEES & DISBURSEMENTS ............................. $   25,787.31

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 486 | Schnitzer | 5.40 | 465.00 | 2,511.00 |
| 260 | Indelicato | 17.90 | 695.00 | 12,440.50 |
| 364 | Power | 15.20 | 695.00 | 10,564.00 |
| ATTY TOTAL | | 38.50 | | 25,515.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011          EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/08 | Attention to coding issues and calls with LR regarding same (.20). | JXZ | 0.20 | 65.00 |
| 06/06/08 | Review WARN docket (.10). | JXZ | 0.10 | 32.50 |
| 06/11/08 | E-mails with MSI and LR regarding discovery. | JXZ | 0.10 | 32.50 |
| 06/11/08 | Attention to draft stipulation re Strauss | MTP | 0.70 | 486.50 |
| 06/13/08 | Review WARN action docket. | JXZ | 0.10 | 32.50 |
| 06/17/08 | Attention to revisions to CEO stipulation | MTP | 0.50 | 347.50 |
| 06/18/08 | Meeting with MSI regarding discovery (.10). | JXZ | 0.10 | 32.50 |
| 06/19/08 | E-mails with M. Olson and S. Holt regarding discovery (.10). | JXZ | 0.10 | 32.50 |
| 06/19/08 | Review e-mails and issues related to discovery. | MSI | 0.30 | 208.50 |
| 06/20/08 | Meeting with MSI re: discovery. | JXZ | 0.10 | 32.50 |
| 06/30/08 | WARN Act memo re: Power Mate litigation [1.4] | EK | 1.40 | 392.00 |

TOTAL HOURS                    3.70

TOTAL SERVICES ........................................................ $      1,694.50

DISBURSEMENT SUMMARY

COMPUTER/HARD DRIVE/SUPPLIES                          $2,506.20

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................ $      2,506.20

TOTAL FEES & DISBURSEMENTS............................................. $      4,200.70

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 550 | Keary | 1.40 | 280.00 | 392.00 |
| 493 | Zawadzki | 0.80 | 325.00 | 260.00 |
| 260 | Indelicato | 0.30 | 695.00 | 208.50 |
| 364 | Power | 1.20 | 695.00 | 834.00 |
| ATTY TOTAL | | 3.70 | | 1,694.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 012 | CLAIMS ADMINISTRATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/08 | Review cure claims and update summary chart (1.20). | JS | 1.20 | 276.00 |
| 06/03/08 | Meeting with DDG and MSI re: objection to purchaser administration claim and revise objection accordingly. | ELS | 1.30 | 604.50 |
| 06/03/08 | Call with ELS re: WLR administration claim (.10); review motion to allow administration claim (.10); review recent responses (.10). | JXZ | 0.30 | 97.50 |
| 06/04/08 | Review docket and recent responses (.30); review objection to WLR administration claim and e-mail ELS regarding same (.20). | JXZ | 0.50 | 162.50 |
| 06/06/08 | Review docket and recent responses (.30). | JXZ | 0.30 | 97.50 |
| 06/09/08 | Review notice of appeal (.10); review docket and recent responses (.40). | JXZ | 0.50 | 162.50 |
| 06/10/08 | E-mails with EK and ELS regarding opposition to late claim (.10). | JXZ | 0.10 | 32.50 |
| 06/10/08 | Review WARN docket and defendant's answer to third amended complaint (.20). | JXZ | 0.20 | 65.00 |
| 06/13/08 | Review recent responses. | JXZ | 0.20 | 65.00 |
| 06/16/08 | Review recent responses. | JXZ | 0.50 | 162.50 |
| 06/17/08 | Review claims objections. | JXZ | 0.30 | 97.50 |
| 06/19/08 | Review Chavel motion to allow (.20); review cure objection (.10). | JXZ | 0.30 | 97.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/24/08 | Review motion to allow late claim (.10); review recent responses/objections (.40); review notice of withdrawal (.10). | JXZ | 0.60 | 195.00 |
| 06/24/08 | Review contempt motion filed by GMAC (.4); exchange with JXZ re how to resolve dispute over mortgage error claim (.5) | MTP | 0.90 | 625.50 |
| 06/25/08 | Review Leon Mountain claim (.20); review recent responses (.10). | JXZ | 0.30 | 97.50 |
| 06/29/08 | Review order limiting notice. | JXZ | 0.10 | 32.50 |

TOTAL HOURS          7.60

TOTAL SERVICES .......................................................................$    2,871.00

DISBURSEMENT SUMMARY

DUPLICATING          $0.50

TOTAL DISBURSEMENTS ............................................................$    0.50

TOTAL FEES & DISBURSEMENTS ............................................$    2,871.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 1.20 | 230.00 | 276.00 |
| 493 | Zawadzki | 4.20 | 325.00 | 1,365.00 |
| 486 | Schnitzer | 1.30 | 465.00 | 604.50 |
| 364 | Power | 0.90 | 695.00 | 625.50 |
| ATTY TOTAL | | 7.60 | | 2,871.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136015

For professional services rendered from June 1, through June 30, 2008 in connection with the following:

> 703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 013        INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/03/08 | Review of AHM public documents; Committee's documents (6.0) request (1.0) and draft confidentiality agreement (1.50). | JPM | 3.50 | 2,432.50 |
| 06/04/08 | Various emails with MSI, debtors' counsel, BDO re Committee's request of documents from debtors (.60); emails with JZL and RJM re same (.20); review of previous emails (.30). | JPM | 1.10 | 764.50 |
| 06/05/08 | Emails with MSI and BDO re document request and meeting with Debtors' counsel (.40); review of notes re AHM REIT status (.40). | JPM | 0.80 | 556.00 |
| 06/06/08 | Confer with RJM re document request (.30); review of materials re AHM and its business (3.0). | JPM | 3.30 | 2,293.50 |
| 06/07/08 | Review of AHM materials re business/financial records 2005, 2006, 1Q 2007. | JPM | 3.50 | 2,432.50 |
| 06/09/08 | Emails with MSI and RJM re Committee's document request (.30); review of document request and prepare for telephone conference with debtors (1.0); review of notes and materials re AHM business (2.5). | JPM | 3.80 | 2,641.00 |
| 06/10/08 | Prepare for conference call with Debtors' counsel re Committee document request (.30); conference call with Debtors re Committee's document request (.50); review of materials re AHM management and business (2.4); review of Debtors' motion to reject executory contracts of senior managers (.40); review of Debtor's answer to second amended complaint and review of second amended complaint in WARN Act litigation (.60). | JPM | 4.20 | 2,919.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/11/08 | Conference with JPM regarding background/introduction to case (.10); reviewed Strauss' affidavit, discovery requests and SEC filings to get up to speed on case (2.00). | CJK | 2.10 | 892.50 |
| 06/11/08 | Review of materials re AHM dividends (.70); review of materials re Committee's document request (1.40). | JPM | 2.10 | 1,459.50 |
| 06/16/08 | Telephone conference with D. Berliner (BDO); re document request (.30); review of debtors' materials re financing business and loan products (3.0). | JPM | 3.30 | 2,293.50 |
| 06/17/08 | Review of materials and notes re article (2.8). | JPM | 2.80 | 1,946.00 |
| 06/18/08 | Review of materials re AHM (2.8). | JPM | 2.80 | 1,946.00 |
| 06/18/08 | Review recent responses (.60). | JXZ | 0.60 | 195.00 |
| 06/20/08 | Review of materials and notes re AHM and subsidiaries (2.0). | JPM | 2.00 | 1,390.00 |
| 06/23/08 | Review of materials re debtor's business (1.0). | JPM | 1.00 | 695.00 |

TOTAL HOURS                                    36.90

TOTAL SERVICES ........................................................ $    24,856.50

DISBURSEMENT SUMMARY

DUPLICATING                                                         $15.40

SEARCH FEES                                                         $2.56

TOTAL DISBURSEMENTS ............................................ $       17.96

TOTAL FEES & DISBURSEMENTS ............................ $    24,874.46

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 0.60 | 325.00 | 195.00 |
| 931 | Kang | 2.10 | 425.00 | 892.50 |
| 226 | McCahey | 34.20 | 695.00 | 23,769.00 |
| ATTY TOTAL | | 36.90 | | 24,856.50 |