**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 6/3/2008 | Schnitzer, Edward | CAR | 11.00 | VENDOR: PETTY CASH; INVOICE#: 20; DATE: 6/20/2008 |
| 6/4/2008 | Keary, Emmet | CAR | 8.90 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| 6/4/2008 | Keary, Emmet | CAR | 4.25 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| 6/4/2008 | Keary, Emmet | CAR | 11.20 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| 6/5/2008 | Power, Mark | CAR | 108.12 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 99625; DATE: 6/10/2008 |
| 6/11/2008 | Power, Mark | CAR | 99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 100232; DATE: 6/24/2008 |
| 6/11/2008 | Smith, Jason | CAR | 65.28 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 553508; DATE: 6/30/2008 |
| 6/11/2008 | Indelicato, Mark | CAR | 136.68 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 100034; DATE: 6/17/2008 |
| 6/12/2008 | Smith, Jason | CAR | 65.28 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 553508; DATE: 6/30/2008 |
| 6/13/2008 | Smith, Jason | CAR | 65.28 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 553508; DATE: 6/30/2008 |
| 6/18/2008 | Zawadzki, Jeffrey | CAR | 52.02 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 553508; DATE: 6/30/2008 |
| 6/18/2008 | Indelicato, Mark | CAR | 133.93 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 100232; DATE: 6/24/2008 |
| 6/19/2008 | Indelicato, Mark | CAR | 134.90 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 100232; DATE: 6/24/2008 |
|  |  |  | 896.80 |  |
| 6/30/2008 | Zawadzki, Jeffrey | COMP | 2,506.20 | VENDOR: RVM, INCORPORATED; INVOICE#: 10182; DATE: 6/30/2008 |
| 6/27/2008 | Keary, Emmet | DEP | 235.75 | VENDOR: TRANSPERFECT TRANSLATIONS; INVOICE#: 162735; DATE: 6/27/2008 |
| 6/3/2008 |  | DUPL | 0.30 |  |
| 6/3/2008 |  | DUPL | 0.80 |  |
| 6/3/2008 |  | DUPL | 0.80 |  |
| 6/3/2008 |  | DUPL | 0.80 |  |
| 6/3/2008 |  | DUPL | 1.50 |  |
| 6/3/2008 |  | DUPL | 1.40 |  |
| 6/3/2008 |  | DUPL | 0.60 |  |

| Date | Type | Amount |
|---|---|---|
| 6/3/2008 | DUPL | 0.70 |
| 6/3/2008 | DUPL | 0.20 |
| 6/3/2008 | DUPL | 1.20 |
| 6/3/2008 | DUPL | 0.50 |
| 6/6/2008 | DUPL | 0.90 |
| 6/6/2008 | DUPL | 0.60 |
| 6/6/2008 | DUPL | 1.70 |
| 6/6/2008 | DUPL | 0.90 |
| 6/6/2008 | DUPL | 0.40 |
| 6/6/2008 | DUPL | 0.20 |
| 6/6/2008 | DUPL | 1.60 |
| 6/6/2008 | DUPL | 0.40 |
| 6/6/2008 | DUPL | 0.90 |
| 6/6/2008 | DUPL | 0.60 |
| 6/9/2008 | DUPL | 0.90 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |

| Date | Type | Amount |
|---|---|---|
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 0.20 |
| 6/9/2008 | DUPL | 1.00 |
| 6/9/2008 | DUPL | 1.30 |
| 6/9/2008 | DUPL | 3.30 |
| 6/9/2008 | DUPL | 1.00 |
| 6/9/2008 | DUPL | 0.30 |
| 6/9/2008 | DUPL | 0.50 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.10 |
| 6/9/2008 | DUPL | 0.70 |
| 6/10/2008 | DUPL | 1.60 |
| 6/10/2008 | DUPL | 1.00 |
| 6/10/2008 | DUPL | 1.00 |
| 6/10/2008 | DUPL | 1.00 |
| 6/10/2008 | DUPL | 15.00 |
| 6/10/2008 | DUPL | 0.10 |
| 6/10/2008 | DUPL | 0.10 |
| 6/10/2008 | DUPL | 0.10 |
| 6/10/2008 | DUPL | 0.10 |
| 6/10/2008 | DUPL | 0.30 |
| 6/10/2008 | DUPL | 1.00 |
| 6/10/2008 | DUPL | 0.10 |
| 6/11/2008 | DUPL | 0.70 |
| 6/11/2008 | DUPL | 0.10 |
| 6/11/2008 | DUPL | 1.70 |
| 6/11/2008 | DUPL | 12.80 |
| 6/11/2008 | DUPL | 1.20 |
| 6/11/2008 | DUPL | 1.00 |
| 6/11/2008 | DUPL | 6.40 |
| 6/11/2008 | DUPL | 6.00 |
| 6/12/2008 | DUPL | 0.10 |
| 6/12/2008 | DUPL | 0.60 |
| 6/12/2008 | DUPL | 0.40 |
| 6/12/2008 | DUPL | 0.60 |
| 6/12/2008 | DUPL | 0.20 |
| 6/12/2008 | DUPL | 0.80 |
| 6/12/2008 | DUPL | 0.40 |

| Date | Type | Amount |
|---|---|---|
| 6/12/2008 | DUPL | 0.50 |
| 6/12/2008 | DUPL | 2.10 |
| 6/12/2008 | DUPL | 1.70 |
| 6/12/2008 | DUPL | 0.30 |
| 6/12/2008 | DUPL | 0.10 |
| 6/12/2008 | DUPL | 0.10 |
| 6/12/2008 | DUPL | 1.10 |
| 6/12/2008 | DUPL | 8.40 |
| 6/12/2008 | DUPL | 0.20 |
| 6/12/2008 | DUPL | 0.60 |
| 6/12/2008 | DUPL | 1.80 |
| 6/12/2008 | DUPL | 1.00 |
| 6/13/2008 | DUPL | 4.00 |
| 6/13/2008 | DUPL | 0.50 |
| 6/13/2008 | DUPL | 3.60 |
| 6/13/2008 | DUPL | 2.40 |
| 6/13/2008 | DUPL | 0.10 |
| 6/16/2008 | DUPL | 0.30 |
| 6/16/2008 | DUPL | 1.60 |
| 6/16/2008 | DUPL | 1.40 |
| 6/16/2008 | DUPL | 0.30 |
| 6/16/2008 | DUPL | 1.60 |
| 6/16/2008 | DUPL | 1.60 |
| 6/16/2008 | DUPL | 0.30 |
| 6/16/2008 | DUPL | 1.60 |
| 6/16/2008 | DUPL | 1.60 |
| 6/16/2008 | DUPL | 0.40 |
| 6/16/2008 | DUPL | 0.10 |
| 6/16/2008 | DUPL | 2.00 |
| 6/16/2008 | DUPL | 0.10 |
| 6/16/2008 | DUPL | 1.00 |
| 6/16/2008 | DUPL | 2.00 |
| 6/16/2008 | DUPL | 4.10 |
| 6/16/2008 | DUPL | 0.10 |
| 6/16/2008 | DUPL | 0.40 |
| 6/17/2008 | DUPL | 0.50 |
| 6/17/2008 | DUPL | 1.90 |
| 6/17/2008 | DUPL | 0.20 |
| 6/17/2008 | DUPL | 2.30 |
| 6/17/2008 | DUPL | 0.20 |
| 6/17/2008 | DUPL | 2.10 |
| 6/17/2008 | DUPL | 0.20 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 0.10 |
| 6/17/2008 | DUPL | 4.10 |
| 6/17/2008 | DUPL | 7.20 |
| 6/17/2008 | DUPL | 1.60 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 1.50 |
| 6/17/2008 | DUPL | 1.70 |

| Date | Type | Amount |
|---|---|---|
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 2.00 |
| 6/17/2008 | DUPL | 4.00 |
| 6/17/2008 | DUPL | 1.60 |
| 6/17/2008 | DUPL | 3.70 |
| 6/17/2008 | DUPL | 1.40 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 1.60 |
| 6/17/2008 | DUPL | 0.60 |
| 6/17/2008 | DUPL | 1.70 |
| 6/17/2008 | DUPL | 1.10 |
| 6/17/2008 | DUPL | 1.50 |
| 6/17/2008 | DUPL | 0.60 |
| 6/17/2008 | DUPL | 0.10 |
| 6/17/2008 | DUPL | 1.50 |
| 6/17/2008 | DUPL | 0.20 |
| 6/17/2008 | DUPL | 0.20 |
| 6/17/2008 | DUPL | 0.10 |
| 6/17/2008 | DUPL | 0.20 |
| 6/17/2008 | DUPL | 1.00 |
| 6/17/2008 | DUPL | 0.10 |
| 6/17/2008 | DUPL | 0.10 |
| 6/17/2008 | DUPL | 0.60 |
| 6/17/2008 | DUPL | 0.60 |
| 6/17/2008 | DUPL | 0.10 |
| 6/19/2008 | DUPL | 0.20 |
| 6/19/2008 | DUPL | 1.90 |
| 6/19/2008 | DUPL | 1.10 |
| 6/19/2008 | DUPL | 0.20 |
| 6/19/2008 | DUPL | 0.10 |
| 6/19/2008 | DUPL | 1.30 |
| 6/19/2008 | DUPL | 3.30 |
| 6/19/2008 | DUPL | 1.00 |
| 6/19/2008 | DUPL | 1.00 |
| 6/19/2008 | DUPL | 1.10 |
| 6/19/2008 | DUPL | 1.10 |
| 6/19/2008 | DUPL | 0.50 |
| 6/20/2008 | DUPL | 1.50 |
| 6/20/2008 | DUPL | 4.50 |
| 6/20/2008 | DUPL | 5.20 |
| 6/20/2008 | DUPL | 5.00 |
| 6/20/2008 | DUPL | 0.70 |
| 6/20/2008 | DUPL | 0.10 |
| 6/20/2008 | DUPL | 0.10 |
| 6/20/2008 | DUPL | 0.10 |
| 6/20/2008 | DUPL | 0.10 |
| 6/20/2008 | DUPL | 0.20 |
| 6/23/2008 | DUPL | 0.20 |
| 6/23/2008 | DUPL | 0.30 |
| 6/23/2008 | DUPL | 0.70 |

| Date | | Type | Amount | |
|---|---|---|---|---|
| 6/23/2008 | | DUPL | 0.80 | |
| 6/23/2008 | | DUPL | 3.00 | |
| 6/23/2008 | | DUPL | 1.00 | |
| 6/23/2008 | | DUPL | 0.60 | |
| 6/23/2008 | | DUPL | 0.50 | |
| 6/23/2008 | | DUPL | 3.30 | |
| 6/23/2008 | | DUPL | 1.90 | |
| 6/23/2008 | | DUPL | 0.40 | |
| 6/23/2008 | | DUPL | 0.20 | |
| 6/24/2008 | | DUPL | 0.70 | |
| 6/24/2008 | | DUPL | 0.80 | |
| 6/25/2008 | | DUPL | 0.20 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/25/2008 | | DUPL | 0.40 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/25/2008 | | DUPL | 0.10 | |
| 6/26/2008 | | DUPL | 0.30 | |
| 6/26/2008 | | DUPL | 0.20 | |
| 6/27/2008 | | DUPL | 1.90 | |
| 6/30/2008 | | DUPL | 3.60 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 0.50 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 0.50 | |
| 6/30/2008 | | DUPL | 0.30 | |
| 6/30/2008 | | DUPL | 0.40 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 3.60 | |
| 6/30/2008 | | DUPL | 0.10 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 0.50 | |
| 6/30/2008 | | DUPL | 0.40 | |
| 6/30/2008 | | DUPL | 0.40 | |
| 6/30/2008 | | DUPL | 0.40 | |
| 6/30/2008 | | DUPL | 0.30 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 0.10 | |
| 6/30/2008 | | DUPL | 0.10 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 0.20 | |
| 6/30/2008 | | DUPL | 0.10 | |
| | | | 266.20 | |
| 6/17/2008 | Schnitzer, Edwar | LEXI | 2.28 | VENDOR: LEXIS - NEXIS; INVOICE#: 0806023333; DATE: 6/30/2008 |
| 6/23/2008 | Keary, Emmet | LEXI | 12.85 | VENDOR: LEXIS - NEXIS; INVOICE#: 0806023333; DATE: 6/30/2008 |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| | | | 15.13 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; |
| 6/2/2008 | Zawadzki, Jeffrey | MEAL | 23.67 | INVOICE#: 352819; DATE: 6/8/2008 |
| 6/2/2008 | Schnitzer, Edward | MEAL | 29.32 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 352819; DATE: 6/8/2008 |
| 6/3/2008 | Janice O'Kane | MEAL | 25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 352819; DATE: 6/8/2008 |
| 6/6/2008 | Keary, Emmet | MEAL | 15.00 | VENDOR: EMMET KEARY; INVOICE#: 20; DATE: 6/23/2008 |
| 6/6/2008 | Keary, Emmet | MEAL | 5.75 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| 6/9/2008 | Keary, Emmet | MEAL | 14.58 | VENDOR: EMMET KEARY; INVOICE#: 19; DATE: 6/11/2008 |
| 6/9/2008 | Keary, Emmet | MEAL | 11.41 | VENDOR: EMMET KEARY; INVOICE#: 20; DATE: 6/23/2008 |
| 6/10/2008 | Keary, Emmet | MEAL | 12.55 | VENDOR: EMMET KEARY; INVOICE#: 21; DATE: 6/16/2008 |
| 6/11/2008 | Smith, Jason | MEAL | 21.94 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 356561; DATE: 6/19/2008 |
| 6/13/2008 | Smith, Jason | MEAL | 21.94 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 356561; DATE: 6/19/2008 |
| 6/13/2008 | Keary, Emmet | MEAL | 14.14 | VENDOR: EMMET KEARY; INVOICE#: 21; DATE: 6/16/2008 |
| 6/16/2008 | Keary, Emmet | MEAL | 34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 357695; DATE: 6/22/2008 |
| 6/17/2008 | Zawadzki, Jeffrey | MEAL | 11.31 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 357695; DATE: 6/22/2008 |
| 6/17/2008 | Keary, Emmet | MEAL | 15.70 | VENDOR: EMMET KEARY; INVOICE#: 20; DATE: 6/23/2008 |
| 6/18/2008 | Keary, Emmet | MEAL | 14.19 | VENDOR: EMMET KEARY; INVOICE#: 20; DATE: 6/23/2008 |
| 6/18/2008 | Zawadzki, Jeffrey | MEAL | 20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 357695; DATE: 6/22/2008 |
| 6/18/2008 | Keary, Emmet | MEAL | 20.67 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 357695; DATE: 6/22/2008 |
| 6/19/2008 | Keary, Emmet | MEAL | 15.45 | VENDOR: EMMET KEARY; INVOICE#: 20; DATE: 6/23/2008 |
| 6/19/2008 | Keary, Emmet | MEAL | 11.47 | VENDOR: EMMET KEARY; INVOICE#: 20; DATE: 6/23/2008 |
| 6/20/2008 | Keary, Emmet | MEAL | 16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 357695; DATE: 6/22/2008 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 6/23/2008 | Keary, Emmet | MEAL | 13.20 | VENDOR: EMMET KEARY; INVOICE#: 21; DATE: 6/16/2008 |
| 6/24/2008 | Keary, Emmet | MEAL | 20.67 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 361503; DATE: 6/29/2008 |
| 6/25/2008 | Keary, Emmet | MEAL | 13.80 | VENDOR: EMMET KEARY; INVOICE#: 21; DATE: 6/16/2008 |
| 6/27/2008 | Keary, Emmet | MEAL | 11.94 | VENDOR: EMMET KEARY; INVOICE#: 22; DATE: 7/15/2008 |
| 6/30/2008 | Keary, Emmet | MEAL | 38.26 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 365424; DATE: 7/6/2008 |
| 6/30/2008 | Keary, Emmet | MEAL | 16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 365424; DATE: 7/6/2008 |
| | | | 470.18 | |
| 6/25/2008 | Keary, Emmet | REP | 480.65 | VENDOR: TSG REPORTING, INC.; INVOICE#: 606408-48559; DATE: 6/25/2008 |
| 6/6/2008 | Power, Mark | SEAR | 5.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 6/18/2008 | Power, Mark | SEAR | 18.00 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 6/24/2008 | Power, Mark | SEAR | 12.08 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 6/24/2008 | Power, Mark | SEAR | 2.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 6/27/2008 | Power, Mark | SEAR | 329.60 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 6/29/2008 | Power, Mark | SEAR | 2.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 6/30/2008 | Power, Mark | SEAR | 764.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| 6/30/2008 | Power, Mark | SEAR | 47.60 | VENDOR: PACER SERVICE CENTER; INVOICE#: 08042008; DATE: 8/4/2008 |
| | | | 1,181.52 | |
| 6/11/2008 | Smith, Jason | TELE | 0.10 | 12125695415; 1 Mins. |
| 6/11/2008 | Smith, Jason | TELE | 0.25 | 12155695415; 1 Mins. |
| 6/11/2008 | Schnitzer, Edwar | TELE | 0.25 | 13023398776; 1 Mins. |
| 6/11/2008 | Smith, Jason | TELE | 0.30 | 17184828430; 3 Mins. |
| 6/11/2008 | Keary, Emmet | TELE | 1.50 | 13025715003; 6 Mins. |
| 6/11/2008 | Keary, Emmet | TELE | 0.50 | 13025716600; 2 Mins. |
| 6/12/2008 | Smith, Jason | TELE | 0.60 | 17184828430; 6 Mins. |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 6/16/2008 | Smith, Jason | TELE | 0.25 | 12155695415; 1 Mins. |
| 6/16/2008 | Smith, Jason | TELE | 0.25 | 12155695415; 1 Mins. |
| 6/16/2008 | Smith, Jason | TELE | 0.50 | 14122883131; 2 Mins. |
| 6/16/2008 | Keary, Emmet | TELE | 1.00 | 19735972500; 4 Mins. |
| 6/16/2008 | Keary, Emmet | TELE | 0.25 | 17042485710; 1 Mins. |
| 6/16/2008 | Keary, Emmet | TELE | 0.25 | 13025715033; 1 Mins. |
| 6/16/2008 | Keary, Emmet | TELE | 0.50 | 13025716646; 2 Mins. |
| 6/17/2008 | Keary, Emmet | TELE | 1.00 | 13025716646; 4 Mins. |
| 6/18/2008 | Smith, Jason | TELE | 0.25 | 12155695415; 1 Mins. |
| 6/19/2008 | Keary, Emmet | TELE | 0.25 | 13025716550; 1 Mins. |
| 6/19/2008 | Keary, Emmet | TELE | 0.25 | 13025716550; 1 Mins. |
| | | | 8.25 | |
| 6/1/2008 | Keary, Emmet | TELE | 40.28 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0701; DATE: 6/30/2008 |
| 6/12/2008 | Keary, Emmet | TELE | 82.42 | VENDOR: AMERICAN EXPRESS; INVOICE#: 080108; DATE: 8/1/2008 |
| 6/30/2008 | Power, Mark | TELE | 283.19 | for 8/20/07 PAYEE: AMERICAN EXPRESS; REQUEST#: 44285; DATE: 7/16/2008. |
| 6/30/2008 | Power, Mark | TELE | 0.62 | 11/21/07 PAYEE: AMERICAN EXPRESS; REQUEST#: 44285; DATE: 7/16/2008. |
| 6/30/2008 | Power, Mark | TELE | 0.28 | 11/23/07 PAYEE: AMERICAN EXPRESS; REQUEST#: 44285; DATE: 7/16/2008. |
| 6/30/2008 | Power, Mark | TELE | 2.62 | 10/8 /07 PAYEE: AMERICAN EXPRESS; REQUEST#: 44285; DATE: 7/16/2008. |
| | | | 409.41 | |
| | | | 6,470.09 | |