**EXHIBIT B**

# HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

| | | | |
|---|---|---|---:|
| 001 | GENERAL | $ | 1,791.50 |
| 002 | CREDITORS COMMITTEE | | 51,605.00 |
| 003 | RETENTIONS | | 130.00 |
| 005 | DIP/INVESTIGATION OF LIEN | | 9,660.50 |
| 006 | SALES OF ASSETS | | 18,554.00 |
| 007 | PROFESSIONIAL FEES | | 6,918.50 |
| 009 | LITIGATION | | 14,504.50 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 16,953.50 |
| 011 | EMPLOYEE ISSUES | | 3,783.00 |
| 012 | CLAIMS ADMINISTRATION | | 3,865.00 |
| 013 | INVESTIGATION OF COMPANY | | 78,452.00 |
| | **Total Time** | $ | 206,217.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 346.46 |
| | CARFARE | | 439.67 |
| | COURIER SERVICE | | 27.56 |
| | DUPLICATING | | 1,824.00 |
| | LEXIS | | 68.80 |
| | MEALS | | 447.68 |
| | SEARCH FEES | | 0.16 |
| | VELOBIND | | 2.75 |
| | **Total Disbursements** | $ | 3,157.08 |
| | **TOTAL BILL** | $ | **209,374.58** |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
001         GENERAL

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/08/08 | Review docket/recent motions and responses (.20). | JXZ | 0.20 | 65.00 |
| 07/11/08 | Examination of docket and updating various Committee calendars [.3] | EK | 0.30 | 84.00 |
| 07/14/08 | Docket examination and updating calendars [.3] | EK | 0.30 | 84.00 |
| 07/14/08 | Review docket and recently filed pleadings (1.10) | JS | 1.10 | 253.00 |
| 07/14/08 | Review recent orders (.10); review notice of withdrawal regarding 2004 motion (.10). | JXZ | 0.20 | 65.00 |
| 07/15/08 | Review recent docket entries and updating calendars [.4]. | EK | 0.40 | 112.00 |
| 07/21/08 | Review docket and recently filed pleadings (.50) update calendar (.20) file maintenance (.80) | JS | 1.50 | 345.00 |
| 07/24/08 | Updating Committee calendars [.4]. | EK | 0.40 | 112.00 |
| 07/28/08 | Review docket and recently filed pleadings (.80) | JS | 0.80 | 184.00 |
| 07/29/08 | Review docket and recent motions and orders (1.40). | JXZ | 1.40 | 455.00 |
| 07/30/08 | Review recent motions (.10). | JXZ | 0.10 | 32.50 |

TOTAL HOURS                6.70

TOTAL SERVICES ......................................................................... $    1,791.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                              $59.00

DISBURSEMENT SUMMARY

SEARCH FEES                                                                    $0.16

TOTAL DISBURSEMENTS ............................................. $        59.16

TOTAL FEES & DISBURSEMENTS ............................................. $     1,850.66

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 3.40 | 230.00 | 782.00 |
| 550 | Keary | 1.40 | 280.00 | 392.00 |
| 493 | Zawadzki | 1.90 | 325.00 | 617.50 |
| ATTY TOTAL | | 6.70 | | 1,791.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
002           CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/08 | Examining recent docket entries re: motions and updating calendars [.2]; drafting a summary memo explaining the BofA decision for the Committee [1.9]; Confer with Nath Grow re late various filed claims [.3]. | EK | 2.40 | 672.00 |
| 07/01/08 | Review earlier stipulations and orders re: construction loan and REO proceeds re: drafting stipulation re: permitting debtors to use unsecured creditors' account to fund operating expenses. | ELS | 2.70 | 1,255.50 |
| 07/01/08 | Update calendar events (.20; file maintenance (.50). | JS | 0.70 | 161.00 |
| 07/01/08 | Review motions for relief from stay (.20) Review Debtors' Omnibus Objection to Claims (.10) Review 4957 Response to Omnibus Objection to Claims (Tenth) (.10) Review 4958 Objection to Omnibus Objection to Claims (Tenth) (.10) review docket number 4959 - 4969 Responses and objections to tenth omnibus objection to claims (.50) | JS | 1.00 | 230.00 |
| 07/01/08 | Review docket and recent motions (.10). | JXZ | 0.10 | 32.50 |
| 07/01/08 | Review agenda for meeting and meeting with EK regarding same and outstanding motions (.30); meeting with MTP regarding issues on various settlements and litigations (.30). | MSI | 0.60 | 417.00 |
| 07/01/08 | Review and provide ELS with comments on draft construction loan proceeds stipulation (1.2); discussion with MSI re all issues with pending settlements (.4) | MTP | 1.60 | 1,112.00 |
| 07/02/08 | Preparing for Committee meeting [.7]; drafting motions' summary for the Committee [2.4]; attending Committee meeting [1.1]; drafting minutes [1.1] | EK | 5.30 | 1,484.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/02/08 | Review and revise various EK summary memos on motions for relief from stay, motions to deem claims timely, GMAC motion for contempt, debtors' motion to compromise or sell certain mortgage loans (1.20);  participate in committee call (1.00). | ELS | 2.20 | 1,023.00 |
| 07/02/08 | Review reservation of rights as to certain motions for relief from stay DI 4954 (.20) Review objection to omnibus claims DI 4982 (.10) review DI 4984 response to omnibus objection (.10) review DI 4985 objection to omnibus objection (.10) update calendar (.10) | JS | 0.60 | 138.00 |
| 07/02/08 | Review HBD correspondence re: REO issues (.20); review Lehman order (.10); review motion summaries (.30); review motions for summery judgment in Wells action (.60); committee conference call (1.00). | JXZ | 2.20 | 715.00 |
| 07/02/08 | Telephone conversation with Patton regarding issues on Strauss, BofA settlement and exclusivity (.20); review BDO report in preparation for meeting (.70); review and edit summaries of litigation and numerous motions to be distributed to the committee (.80); attend committee meeting (1.10); review litigation issues to be addressed at meeting (.60). | MSI | 3.40 | 2,363.00 |
| 07/02/08 | Prepare for and participate in Committee meeting (1.5); follow up meeting with ELS, EK, MSI re open litigation matters (.3) | MTP | 1.80 | 1,251.00 |
| 07/02/08 | Multiple emails with YCST, DDG re mortgage loan sale bid procedure and APAs | MTP | 1.60 | 1,112.00 |
| 07/03/08 | Review of Morris' 6/27 and July 3rd letter re: REO dispute with JPMorgan Chase (.70); review motions for summary judgment filed by Bear Stearns and debtors and meeting with MSI re: same (.90). | ELS | 1.60 | 744.00 |
| 07/03/08 | Review docket (.20) review 4974 Notice of Withdrawal of Lewtan Technology Inc.'s Cure Objection  (.10) review and distribute 4979 Motion to Approve Sale (.50) review and calendar 4980 Motion to Shorten Time for Notice for Motion to Approve Sale (.20) Update cure claim chart (.70) | JS | 1.70 | 391.00 |
| 07/03/08 | Review HBD letter to JP Morgan re: REO issues (.10); review docket/reservation of rights re: RFS motion (.10). | JXZ | 0.20 | 65.00 |
| 07/07/08 | Examining docket and updating calendars [.3]; examining and drafting a summary of the motion filed by the Debtors to sell the REO properties [1.8]; drafting committee minutes [1.2] | EK | 3.30 | 924.00 |
| 07/07/08 | Meeting with EK and JS re: this week's calendar (.30); review Rossmann's motion for relief from stay (.30); meeting with MSI re: motions with 7/10 objection deadlines and emails with MTP and MSI re: same (.50); emails with debtors re: Chavez, Watson and Rossmann's motions for relief from the stay (.20); process confidentiality agreements from Bear Stearns (.20). | ELS | 1.50 | 697.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/07/08 | Weekly meeting with ELS and EK on status of pending motions and adv proceedings (.30) review 4987 Order Shortening The Time For Notice For Motion Of The Debtors For Order (.20) review 4988 Response to Omnibus Objection to Claims (Tenth) (.10) review 4989 Objection to Claims (.10) review 4990 Response to Omnibus Objection to Claims (.10) review and distribute 4992 Notice of Sale - Notice of Plan of Sale (.20) review 5015 Response to Omnibus Objection to Claims (.10) review 5016 Response to Omnibus Objection to Claims (.10) update calendar (.40) | JS | 1.60 | 368.00 |
| 07/07/08 | Review and edit summaries to the committee (.70); review motions (.30); meeting with ELS regarding various motions and strategy (.30); telephone conversation with Lunn regarding outstanding issues (.10). | MSI | 1.40 | 973.00 |
| 07/07/08 | Attention to internal emails re deadlines strategy issues | MTP | 0.50 | 347.50 |
| 07/08/08 | Examining and drafting summary of relief from stay motion filed by Zel Ramsely [1.5] | EK | 1.50 | 420.00 |
| 07/08/08 | Telephone conversation with Lunn and Patton regarding various issues including exclusivity (.20); meeting with ELS regarding outstanding issues (.20); telephone conversation with Quinn Emannuel regarding same (.10); revise and edit summaries to the committee (.30); meeting with EK regarding same and concerns (.20). | MSI | 1.00 | 695.00 |
| 07/09/08 | Drafting e-mails to ELS, MSI re upcoming motions [1.8]; docket examination and updating calendars [.4]; working on various committee summaries and sending e-mails to the Committee (1.40). | EK | 3.60 | 1,008.00 |
| 07/09/08 | Review Berliner email on update from Kroll (.20); review and revise JS chart on cure claims (.20); conference call with MTP, MSI and Berliner re: case status (1.10); prepare update/summary email for committee (.40). | ELS | 1.90 | 883.50 |
| 07/09/08 | Review email from ELS on Cure Claim spreadsheet (.10) make necessary changes to spreadsheet (.30) Review docket and recently filed pleadings (.30) update calendar (.20) | JS | 0.90 | 207.00 |
| 07/09/08 | Telephone conversation with BDO, MTP and ELS regarding status and strategy (1.00); telephone conversation with M. Lunn regarding issues on exclusivity and Strauss (.20); telephone conversation with Beach on release of funds (.10); review and edit summaries to the committee (.40). | MSI | 1.70 | 1,181.50 |
| 07/09/08 | Review Berliner update email on case status (.3); conference call with BDO, MSI, ELS re strategy with respect to same (1.1) review ELS summary to Committee (.1) | MTP | 1.50 | 1,042.50 |
| 07/10/08 | Review Debtors' monthly operating report [May] [1.8]; review Debtors' reservation of rights re Chavez [.2]; examination of various docket entries and updating calendars [.5]. | EK | 2.50 | 700.00 |
| 07/10/08 | Review CDA docket/notice of dismissal (.10); e-mail with MSI regarding pending issues (.10). | JXZ | 0.20 | 65.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/10/08 | Draft e-mail update to the committee (.80); telephone conversation and e-mails with Lunn regarding exclusivity and pending motions (.20); numerous e-mails with Stemple and Berliner regarding issues on proposed construction loan settlement (.30). | MSI | 1.30 | 903.50 |
| 07/11/08 | Drafting committee minutes [2.1]. | EK | 2.10 | 588.00 |
| 07/11/08 | Provide MSI information on fee application to forward to the debtors (.60) Review and distribute DIP Monthly Operating Reports (MAY) (1.20) review 5032 Reservation of Rights as to Motion of Brud Rossmann for Relief From Stay (.10) calls with local counsel referencing CNO's to be filed on behalf of H&H (.20) review and distribute Responses to Omnibus objection to claims (.70) | JS | 2.80 | 644.00 |
| 07/11/08 | Review debtors request for direct appeal (.40); review motion summaries (.10); calendar maintenance (.10); review 2004 objection (.40). | JXZ | 1.00 | 325.00 |
| 07/11/08 | Review motions filed and summary to the committee. | MSI | 0.30 | 208.50 |
| 07/15/08 | Drafting committee minutes [1.2]; reading various motions filed in the AHM adversaries [2.2] | EK | 3.40 | 952.00 |
| 07/15/08 | Review email from debtors' counsel re: Vicom settlement; discuss same with MSI and draft reply to debtors' counsel. | ELS | 0.60 | 279.00 |
| 07/15/08 | Review Notice of Agenda for 7/17 hearing (.20) prepare for hearing (.40) review docket (.20) review and distribute 5076 Notice of Appearance Filed by Bank of America N.A (.10) review email from ELS re: court call appearance (.10) arrange for court call appearances (.20) | JS | 1.20 | 276.00 |
| 07/15/08 | Meeting with ELS regarding calendar, outstanding settlements and motions. | MSI | 0.30 | 208.50 |
| 07/15/08 | Review summary email to Committee re Vicom | MTP | 0.10 | 69.50 |
| 07/16/08 | Conference call with MTP, MSI and debtors re: Chase, UCC funds, Bank of America settlement. | ELS | 1.20 | 558.00 |
| 07/16/08 | Review Docket (.20) Review and distribute Orders Terminating Stay DI 5079 - 5090 (1.20) review 5095 Motion to Approve Sale Procedures;  Approve Payment of Expense Reimbursements; Scheduling a Hearing (.80) update calendar (.20) review 5096 Amended Notice of Agenda (.20) review 5097 Motion to Approve Compromise under Rule 9019 (.10) | JS | 2.70 | 621.00 |
| 07/16/08 | Telephone conversation with committee members regarding meeting and status (.10); review calendar and hearing issues (.20); meeting with ELS regarding same (.20). | MSI | 0.50 | 347.50 |
| 07/16/08 | Participate in conference call with MSI, ELS and YCST to review strategy issues on major settlements re BofA and REO issue | MTP | 1.20 | 834.00 |
| 07/17/08 | Attending creditors committee meeting [.9]; discussion re case strategy with MSI, MTP, ELS, JXZ [.4]; preparation for committee call [.6]; organizing committee meeting [.2] | EK | 2.10 | 588.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/17/08 | Committee conference call re: case status. | ELS | 0.60 | 279.00 |
| 07/17/08 | Review financial update (.40). | JXZ | 0.40 | 130.00 |
| 07/17/08 | Review and analyze BDO report to the committee (.90); prepare for an attend telephone meeting of the Committee (1.10); meeting with MTP re: hearing and meeting (.20); meeting with ELS re: motions pending (.20); telephone conference with creditor re: status (.20). | MSI | 2.60 | 1,807.00 |
| 07/17/08 | Review BDO report to Committee and attend Committee call (1.8); follow up discussion with MSI re upcoming hearing (.2) | MTP | 2.00 | 1,390.00 |
| 07/18/08 | Drafting committee minutes [1.2]; reading e-mails from K. Senese [1.2] | EK | 2.40 | 672.00 |
| 07/18/08 | Review docket and recently filed pleadings (.70) calendar events (.20) | JS | 0.90 | 207.00 |
| 07/18/08 | Review motions and meeting with ELS re: same. | MSI | 0.30 | 208.50 |
| 07/21/08 | Examining docket and updating calendars [.4]; examining motion of 9019 of stipulation between AHM and the Debtors and drafting summary for the Creditors Committee [1.7]; examining motion to sell loans, approve sales procedures, pay expenses and drafting memo for the Committee [1.4]; examining the motion of the Debtors to use estate funds and drafting memo for the Committee [1.6]; drafting Committee Minutes [.8]; e-mails to Debtors re: late claims objections [.3] | EK | 6.20 | 1,736.00 |
| 07/21/08 | Review docket/recent motions, draft summaries and emails ELS/meeting with MSI re: same. | JXZ | 2.90 | 942.50 |
| 07/22/08 | Review/revise summaries and emails EK, MSI, MTP, ELS re: same. | JXZ | 0.40 | 130.00 |
| 07/22/08 | Review various summaries to the committee (.20); review and respond to emails re: motions (.20). | MSI | 0.40 | 278.00 |
| 07/22/08 | Attention to internal emails re summaries to Committee | MTP | 0.20 | 139.00 |
| 07/23/08 | Review docket (.10) Review 5192 Certification of Counsel regarding Revised Order Shortening the Time for Notice of the Hearing (.10) 5197 Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion (.10) update calendar (.20) | JS | 0.50 | 115.00 |
| 07/23/08 | Revise and edit summaries to the Committee | MSI | 0.40 | 278.00 |
| 07/24/08 | Drafting a summary of the Lehman decision for the Committee [1.7] | EK | 1.70 | 476.00 |
| 07/24/08 | Revise and edit summaries to the committee (.30); meeting with EK re: same (.10); telephone conference with M. Lunn re: changes to Strauss settlement (.20); email to the Committee re: update (.30). | MSI | 0.90 | 625.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/25/08 | Summaries for MSI concerning Rule 9019 compromise with Debtors [.6]; sale procedures for loan summary [.6]; drafting Committee minutes [.7]; reading first day orders as of July 25, 2008 [1.4]; drafting retentions [1.3]; section 506(c) research for objection [1.1]; examining comparable DIP agreements for JXZ [1.2]; organizing Committee contact list [.2]; examining DIP provisions for objections [1.3] | EK | 8.40 | 2,352.00 |
| 07/25/08 | Review and revise EK summary of BOFA settlement. | ELS | 0.40 | 186.00 |
| 07/25/08 | Update calendars to reflect omnibus hearing dates (.20) Cite check case for EK (2.20) Review and distribute various motions for relief from stay DI 5202-5222 (1.70) file maintenance (.30) | JS | 4.40 | 1,012.00 |
| 07/25/08 | E-mail MSI regarding open issues (.10). | JXZ | 0.10 | 32.50 |
| 07/25/08 | Review motions filed and edit summaries to the committee. | MSI | 0.80 | 556.00 |
| 07/28/08 | Drafting committee minutes [1.3]; reading mail correspondence from Sam White's law offices for veracity [1.2] | EK | 2.50 | 700.00 |
| 07/28/08 | Revise and edit summary of motions (.30); review revisions to Strauss settlement (.20); e-mails with Lunn regarding same (.10). | MSI | 0.60 | 417.00 |
| 07/29/08 | Obtaining documents and e-mailing same to Dennis Drebsky [.2] | EK | 0.20 | 56.00 |
| 07/29/08 | Revise and edit motion to approve stipulation with Strauss (.40); telephone conversation with Lunn (2x) regarding same and comments (.10); meeting with EK regarding settlements and summaries (.20); review same (.20). | MSI | 0.90 | 625.50 |
| 07/30/08 | Examination of notice of sale of assets + memo drafting [.7]; drafting summary and 9019 motion [1.1] | EK | 1.80 | 504.00 |
| 07/30/08 | review objection to proposed purchaser's cure amounts 5272 (.30) update cure chart (.20) review docket and recently filed pleadings (.70) | JS | 1.20 | 276.00 |
| 07/30/08 | Telephone conversation with Lunn regarding additional issues with Strauss settlement (.10); review e-mail from BDO on DIP issues and dispute with Ross (.30). | MSI | 0.40 | 278.00 |
| 07/31/08 | Motion to approve compromise under Rule 9019 re employees - reading and motion summary drafting [1.1]; preparing for Committee call [.3]; attending the Committee's call [1.]; drafting the minutes [.9] | EK | 3.30 | 924.00 |
| 07/31/08 | Review BDO report and Committee call (1.4). | ELS | 1.40 | 651.00 |
| 07/31/08 | Review docket and pleadings (1.80) file maintenance (.80) | JS | 2.60 | 598.00 |
| 07/31/08 | Review financial update (.40); e-mails regarding agenda (.10). | JXZ | 0.50 | 162.50 |
| 07/31/08 | Revise and edit BDO report in preparation for meeting (.60); telephone conversation with and e-mails to BDO regarding same (.30); prepare for and attend committee conference call regarding outstanding issues (1.20). | MSI | 2.10 | 1,459.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/31/08 | Review BDO update (.5); prepare for and participate in AHM Committee call (1.4) | MTP | 1.90 | 1,320.50 |

| | | | | |
|---|---|---|---|---|
| | TOTAL HOURS | | 129.90 | |
| | TOTAL SERVICES ........................................................ $ | | | 51,605.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $269.27 |
| CARFARE | $262.14 |
| DUPLICATING | $218.10 |
| LEXIS | $18.45 |
| MEALS | $210.64 |

| | |
|---|---|
| TOTAL DISBURSEMENTS ........................................... $ | 978.60 |
| TOTAL FEES & DISBURSEMENTS ............................. $ | 52,583.60 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 556 | Smith | 22.80 | 230.00 | 5,244.00 |
| 550 | Keary | 52.70 | 280.00 | 14,756.00 |
| 493 | Zawadzki | 8.00 | 325.00 | 2,600.00 |
| 486 | Schnitzer | 14.10 | 465.00 | 6,556.50 |
| 260 | Indelicato | 19.90 | 695.00 | 13,830.50 |
| 364 | Power | 12.40 | 695.00 | 8,618.00 |
| ATTY TOTAL | | 129.90 | | 51,605.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
003          RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/02/08 | Review OCP retention affidavit. | JXZ | 0.20 | 65.00 |
| 07/29/08 | Review OCP affidavits (.20). | JXZ | 0.20 | 65.00 |

TOTAL HOURS                        0.40

TOTAL SERVICES .................................................................... $        130.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 0.40 | 325.00 | 130.00 |
| ATTY TOTAL | | 0.40 | | 130.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
005         DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/03/08 | Multiple emails with M. Morris and review his letters to Landis | MTP | 1.20 | 834.00 |
| 07/15/08 | Review and analyze changes to the BofA settlement (1.30); telephone conversation with S. Beach regarding same and other issues (.60); meeting with MTP regarding same (.20). | MSI | 2.10 | 1,459.50 |
| 07/15/08 | Discuss BofA settlement issue and WLR problem and cure reserve with MSI + Beach | MTP | 0.90 | 625.50 |
| 07/16/08 | Review and edit BofA issues (.80); telephone conversation with MTP and S. Beach regarding same (.30); review motion to go to third circuit (.40). | MSI | 1.50 | 1,042.50 |
| 07/16/08 | Attention to problems with BofA stipulation and strategize how to fix with Beach + MSI | MTP | 1.00 | 695.00 |
| 07/17/08 | Revise and edit stipulation with Bank of America (.60); telephone conference with Beach re: concerns (.30); telephone conference with A. Alfonso (2x) re: comments (.30); meeting with MTP re: same (.10). | MSI | 1.30 | 903.50 |
| 07/17/08 | Multiple calls with Beach, Kaye Scholer, MSI re issues with BofA settlement stipulation | MTP | 1.30 | 903.50 |
| 07/18/08 | Review and edit additional drafts of Bank of America settlement (.80); telephone conference with Beach (3x) re: comments and concerns (.70); telephone conference with A. Alfonso re: same (.40); meeting with MTP re: same (.20). | MSI | 2.10 | 1,459.50 |
| 07/18/08 | Work on revisions to fix BofA stipulation, calls with AA + MSI + Beach re same | MTP | 1.30 | 903.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/25/08 | Review proposed terms of amendment to WLR DIP loan and discuss same with BDO | MTP | 1.20 | 834.00 |

TOTAL HOURS 13.90

TOTAL SERVICES ........................................................................ $ 9,660.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 260 | Indelicato | 7.00 | 695.00 | 4,865.00 |
| 364 | Power | 6.90 | 695.00 | 4,795.50 |
| ATTY TOTAL | | 13.90 | | 9,660.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
006           SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/08 | Conference with Cadwalader, e-mail to MTP and MSI regarding APA issues | DDG | 0.20 | 125.00 |
| 07/01/08 | Emails with DDG re summary of call from CWT re Bank APA | MTP | 0.10 | 69.50 |
| 07/02/08 | E-mails with MTP, MSI regarding loan sales, American Home Bank, WLR issues (0.10); e-mails with Beach and MTP regarding loan purchase agreement for Beltway, review files regarding same (0.5) | DDG | 0.60 | 375.00 |
| 07/02/08 | Motion summary re sale of non-performing loans [1.2] | EK | 1.20 | 336.00 |
| 07/02/08 | Attention to multiple emails with YCST re sales issues (.6); two calls with question from buyers (.4) | MTP | 1.00 | 695.00 |
| 07/03/08 | Miscellaneous conferences, e-mails regarding American Home Bank Sale (0.3); conference call; e-mails regarding sale of performing loans (0.6); conference with MSI regarding status of Reconciliation Report dispute (0.1) | DDG | 1.00 | 625.00 |
| 07/03/08 | Review numerous e-mails regarding sale issues. | MSI | 0.30 | 208.50 |
| 07/03/08 | Attention to emails from DDG, YCST re loan sale questions; call with YCST | MTP | 0.80 | 556.00 |
| 07/07/08 | Review motion to sell unencumbered loans/REO property. | JXZ | 0.60 | 195.00 |
| 07/08/08 | Miscellaneous e-mails, conferences with Beach, Madonna, MSI, MTP regarding sale of performing loans | DDG | 0.30 | 187.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/08/08 | Bear Stearns - emails and phone calls with Bear Stearns and Debtors' attorneys re: confidentiality and document production (.90); Review Beltway loan sale motion and review and revise EK's summaries of Beltway loan sale motion and Rossmann's motion for relief from the stay (.70). | ELS | 1.60 | 744.00 |
| 07/08/08 | Update and revise cure claim chart to reflect debtors and cure claimants balances (1.70)  Update allocation chart for February, March and April (2.80) | JS | 4.50 | 1,035.00 |
| 07/08/08 | Emails/calls re YCST + DDG re loan sales | MTP | 0.40 | 278.00 |
| 07/09/08 | Miscellaneous e-mails and conferences with Cadwalader, BDO, Blank Rome, MTP and MSI regarding American Home Bank sale (0.4); miscellaneous conferences and e-mails with MTP, Madonna, Young Conaway regarding performing loan sale (0.5); review Beltway motion, e-mails to MTP and MSI regarding same (0.3) | DDG | 1.20 | 750.00 |
| 07/09/08 | Beltway sale - motion and summary work; reading previous sale motions and court orders [2.1] | EK | 2.10 | 588.00 |
| 07/09/08 | Multiple emails/calls with YCST and DDG, CWT, Blank Rome, BDO re issues with Bank sale and Matlin Patterson and performing loans | MTP | 1.00 | 695.00 |
| 07/14/08 | Examination and memo re objection to sale of REO properties [1.1]; examination and memo re motion to sell loans without further hearing [.9] | EK | 2.00 | 560.00 |
| 07/14/08 | Review objection to loan sale (.10). | JXZ | 0.10 | 32.50 |
| 07/16/08 | Review new American Home Bank APA, miscellaneous e-mails regarding same | DDG | 0.70 | 437.50 |
| 07/17/08 | Miscellaneous e-mails, conferences with MSI, Grear, Beach and Storero regarding revisions to American Home Bank APA (0.5); provide comments to Cadwalader regarding same (0.3) | DDG | 0.80 | 500.00 |
| 07/17/08 | Review and forward to DDG my comments on Bank APA | MTP | 0.50 | 347.50 |
| 07/18/08 | Conference with MSI, Grear, Beach regarding sale of American Home Bank | DDG | 0.50 | 312.50 |
| 07/18/08 | Reviewing order and motions concerning the motion to sell loans in the ordinary course - court revisions [.4]; reviewing Beltway sale order with revisions [.3]. | EK | 0.70 | 196.00 |
| 07/18/08 | Review ordinary course of business loan sale order (.10); preliminary review of bid procedures motion for assets (.30). | JXZ | 0.40 | 130.00 |
| 07/18/08 | Review pleadings re mortgage loan sale, discuss with Beach (.8); conference call with Apollo (.8) | MTP | 1.60 | 1,112.00 |
| 07/21/08 | Review revised American Home APA (0.6); conference with MSI regarding same (0.3) | DDG | 0.90 | 562.50 |
| 07/22/08 | Conf. with Weissman regarding APA, e-mails with BDO, MSI regarding same | DDG | 0.30 | 187.50 |
| 07/22/08 | Boston Finance re loans for sale [.4] | EK | 0.40 | 112.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/23/08 | Meeting with MTP re: strategy and concern on sales. | MSI | 0.30 | 208.50 |
| 07/23/08 | Calls with Beach re sales issues (.3); discuss issues with MSI (.3) | MTP | 0.60 | 417.00 |
| 07/24/08 | Conference with MSI, MTP regarding loan sale issues | DDG | 0.10 | 62.50 |
| 07/24/08 | Telephone conference with Kroll and debtor re: issues with sale of performing loans (.40); meeting with MTP re: same (.10). | MSI | 0.50 | 347.50 |
| 07/24/08 | Call with YCST, Kroll, DDG, BDO to finalize performing loan sale process and timing; discuss with DDG (.1) | MTP | 1.10 | 764.50 |
| 07/24/08 | Meeting with MSI, DDG re sale issues on loans (.2), call with Kroll + YCST + MSI | MTP | 0.80 | 556.00 |
| 07/25/08 | Call with Apollo + YCST re sale issues | MTP | 0.60 | 417.00 |
| 07/28/08 | Review revised form of performing loan purchase agreement (0.4); prepare comments regarding same (0.4) | DDG | 0.80 | 500.00 |
| 07/28/08 | Review revise loan sale APA and DDG's comments | MTP | 0.70 | 486.50 |
| 07/29/08 | Review revised American Home Bank APA and schedules (0.4); review revised performing loan sale agreement, prepare comments regarding same (0.6); conference call with Kroll, Debtor, Beach, Grear, MTP regarding performing loan sale (0.5); miscellaneous conferences and e-mails with MTP, Beach regarding loan sales (0.3) | DDG | 1.80 | 1,125.00 |
| 07/29/08 | E-mails and phone call with Finance Boston re sale of AHM's loans [.4] | EK | 0.40 | 112.00 |
| 07/29/08 | Attention to revised loan sale docs; calls with Kroll, Debtors, DDG, Madonna re same | MTP | 1.30 | 903.50 |
| 07/30/08 | Review revisions to performing loan sale agreement, comments regarding same | DDG | 0.20 | 125.00 |
| 07/30/08 | Quick review of redlined loan sale docs | MTP | 0.20 | 139.00 |
| 07/31/08 | Review bid procedures, APA and Schedules regarding American Home Bank (0.5); e-mails with MSI, Weissmann, Grear regarding same (0.2) | DDG | 0.70 | 437.50 |

TOTAL HOURS                                      35.90

TOTAL SERVICES ...................................................................... $    18,554.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                      $13.09

CARFARE                                      $177.53

DUPLICATING                                      $8.60

MEALS                                      $13.99

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................ $       213.21

TOTAL FEES & DISBURSEMENTS ............................................. $   18,767.21

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 4.50 | 230.00 | 1,035.00 |
| 550 | Keary | 6.80 | 280.00 | 1,904.00 |
| 493 | Zawadzki | 1.10 | 325.00 | 357.50 |
| 486 | Schnitzer | 1.60 | 465.00 | 744.00 |
| 426 | Grubman | 10.10 | 625.00 | 6,312.50 |
| 260 | Indelicato | 1.10 | 695.00 | 764.50 |
| 364 | Power | 10.70 | 695.00 | 7,436.50 |
| ATTY TOTAL | | 35.90 | | 18,554.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
007             PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/08 | Examining Calwalder's 3rd 1/4 fee app [.4]; examining Northwest's 3rd 1/4 fee app [.3] | EK | 0.70 | 196.00 |
| 07/01/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (2.50); review docket and fee applications and draft committee fee report (1.80). | JXZ | 4.30 | 1,397.50 |
| 07/01/08 | Review JXZ email re fee summaries | MTP | 0.20 | 139.00 |
| 07/02/08 | Review fee application of Samuel I. White, P.C. (February) (.20); review and distribute fee app for Samuel I. White, P.C. (March) (.20); review and distribute fee app for Samuel I. White, P.C. (.10); review fee app for Pricewaterhouse Coopers LLC (May) (.20) | JS | 0.70 | 161.00 |
| 07/02/08 | Attention to fee applications and emails MNG re: same (.10); circulate committee fee report (.10). | JXZ | 0.20 | 65.00 |
| 07/03/08 | Review objection to NWT fee application (.20); review fee applications, draft summaries and emails MTP re: same. (.90). | JXZ | 1.10 | 357.50 |
| 07/07/08 | Drafting arguments summary of the Chavez and Watson motions for ELS and MSI [.6] e-mails to YCST re: objections due for Wednesday 7/10/08 [.2]; e-mails to YCST and Quinn Emanuel re: Wells Fargo [.4] | EK | 1.20 | 336.00 |
| 07/10/08 | Review fee applications, draft summary and e-mail MTP regarding same (.40). | JXZ | 0.40 | 130.00 |
| 07/10/08 | Review JXZ email summarizing fee apps | MTP | 0.20 | 139.00 |
| 07/15/08 | Examining application for compensation of Hopp & Assoc. [.3] | EK | 0.30 | 84.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/15/08 | Review December Monthly application of Robert Hopp (.30) file maintenance (.20) | JS | 0.50 | 115.00 |
| 07/16/08 | Drafting adversaries global update memos [1.8]; reading the Bear Stearns memo of law in Bear adversary and checking for veracity [1.9] | EK | 3.70 | 1,036.00 |
| 07/21/08 | Review docket/fee applications and draft committee fee report. | JXZ | 0.90 | 292.50 |
| 07/22/08 | Drafting update summary of the various AHM adversary proceedings [1.60]. | EK | 1.60 | 448.00 |
| 07/22/08 | Circulate fee report. | JXZ | 0.10 | 32.50 |
| 07/23/08 | Review Weiner Brodsky May fee app (.30) update summary chart (.20) Review Kroll Zolfo Cooper June fee app (.20) update summary chart (.10) | JS | 0.80 | 184.00 |
| 07/24/08 | Review services chart (DBR) for errors, miscalculations and incorrect entries (1.80) Draft H&H's Tenth Monthly fee app (1.70) Review YCST June fee app (.70) update summary chart (.20) | JS | 4.40 | 1,012.00 |
| 07/29/08 | Review numerous fee applications; draft summaries and e-mails with MTP regarding same (1.80). | JXZ | 1.80 | 585.00 |
| 07/29/08 | Attention + questions on fee apps summaries | MTP | 0.30 | 208.50 |

TOTAL HOURS                          23.40

TOTAL SERVICES ........................................................ $    6,918.50

DISBURSEMENT SUMMARY

DUPLICATING                                                        $44.10

MEALS                                                             $22.44

TOTAL DISBURSEMENTS ........................................... $      66.54

TOTAL FEES & DISBURSEMENTS ............................. $    6,985.04

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 6.40 | 230.00 | 1,472.00 |
| 550 | Keary | 7.50 | 280.00 | 2,100.00 |
| 493 | Zawadzki | 8.80 | 325.00 | 2,860.00 |
| 364 | Power | 0.70 | 695.00 | 486.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159        AMERICAN HOME MORTAGE HOLDINGS, INC.
009           LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/02/08 | Examining Brad Rossmann motion for stay relief and drafting memo for ELS [1.6]. | EK | 1.60 | 448.00 |
| 07/02/08 | Draft committee summary of Broadhollow opinion (.40); review email from Bear Stearns' counsel re: confidentiality agreement; meeting with MSI re: same and email to Blank Rome and BDO re: same; revise agreement and send back to Bear's counsel (.70). | ELS | 1.10 | 511.50 |
| 07/02/08 | Adv. proceeding 07-51738 Review briefing schedule (.20) Adv. pro. 07-51723 review stipulation of dismissal (.20) | JS | 0.40 | 92.00 |
| 07/07/08 | Adv. Proceeding 08-50633 review and distribute notice of dismissal (.10) 07-51747 review objection to Defendant's notice (.10) | JS | 0.20 | 46.00 |
| 07/08/08 | E-mails to Harrison Denham re Wells Fargo [.2]; phone conversation with Harrison Denham [.1]; called Nath Grow re Rossmann's claims [.2]; examining and drafting summary of relief stay motion and memorandum of law filed by Rossmann [1.7]; reading recent entries in the AHM adversaries and confer with Erin Edwards re same [2.1] | EK | 4.30 | 1,204.00 |
| 07/09/08 | Confer with Matt Lunn re Rossman & filed a reservation of rights [1.5]; e-mails and discussions with ELS re Rossmann strategy [.3]; e-mails to Quinn Emanuel + phone calls re Wells Fargo document production [.4]; e-mails and conversation with the Debtor re Sam Hage [.3]; confer with Bartley Rupa re AT&T admin claims [.2] | EK | 2.70 | 756.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/09/08 | Confer with MSI re debtors' document production in WARN Act litigation (2) (.30); confer with JZ re AHM's board minutes and WARN defenses (.20); forward JZ notes re board minutes (.20). | JPM | 0.70 | 486.50 |
| 07/09/08 | Meeting with ELS regarding discovery disputes with Bear, Wells and the Debtor (.20); review and respond to numerous e-mails regarding same (.20). | MSI | 0.40 | 278.00 |
| 07/10/08 | Review of DM emails re WARN Act litigation discovery production by debtors (.3); review of plaintiffs' document requests (.3). | JPM | 0.60 | 417.00 |
| 07/10/08 | Review ELS's email (.10) update adv. summary per attachments on ELS's email (.70) Adv. proceeding 07-51474 review Certificate of Counsel second stipulation DI 69 (.20) Adv. 07-51739 review docket and Notice of appeal DI 36 (.10) Adv. 07-51739 review motion for request for certification of direct appeal (.20) | JS | 1.30 | 299.00 |
| 07/11/08 | Review of documents produced by debtors in WARN Act litigation (1.3); review emails from DM re same (.20) and confer with DM re organization (.20). | JPM | 1.70 | 1,181.50 |
| 07/11/08 | Adv. 07-51747 review Order re Second Stipulation DI 71 (.20) | JS | 0.20 | 46.00 |
| 07/11/08 | Review QE motion for a direct appeal on repo issue re Lehman and discuss with MSI (.8) | MTP | 0.80 | 556.00 |
| 07/14/08 | Review debtors' request for direct appeal of Lehman decision to 3rd circuit (.30); review debtors' objection to Valenzuela's 2004 motion (.30). | ELS | 0.60 | 279.00 |
| 07/14/08 | Review Lehman motion. | MSI | 0.40 | 278.00 |
| 07/15/08 | Sam Hage settlement [.4] discussing Hage with MTP and e-mails [.3] | EK | 0.70 | 196.00 |
| 07/15/08 | Review of debtors' documents, production in WARN Act litigation (3.0); confer with JZ re same (.30). | JPM | 3.30 | 2,293.50 |
| 07/15/08 | Adv. 08-50633 review and distribute answer to complaint DI 13 (.30) | JS | 0.30 | 69.00 |
| 07/16/08 | Examination of various lift stay motions for veracity (real property) [1.7] | EK | 1.70 | 476.00 |
| 07/17/08 | Reading the transcript re June 25, 2008 hearing [1.9]. | EK | 1.90 | 532.00 |
| 07/17/08 | Adv. 07-51739; review docket (.10) review motion to extend time for motion(.10) | JS | 0.20 | 46.00 |
| 07/17/08 | Calls and e-mails with RJM regarding state law issues (.10). | JXZ | 0.10 | 32.50 |
| 07/18/08 | Reading order sustaining 11th omnibus claim and motion [.4]; examining and memo drafting of Lehman Bros consent order and stipulation [1.1]. | EK | 1.50 | 420.00 |
| 07/18/08 | Adv. 07-51739 review and distribute DI42 Order Denying Motion (.10) review DI 43 Stipulation and consent order (.10) | JS | 0.20 | 46.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/18/08 | Review docket/recent orders (.40); review Bear MOL in opposition to summary judgment (.30); review answer to CDA complaint (.10). | JXZ | 0.80 | 260.00 |
| 07/18/08 | Emails ELS re: Calyon AP. | JXZ | 0.10 | 32.50 |
| 07/19/08 | E-mails with ELS regarding Calyon adversary proceeding (.10). | JXZ | 0.10 | 32.50 |
| 07/24/08 | Reviewed background of sub-prime mortgage market/crisis provided by RJM (.50); conference with JPM, RJM and BDO Consulting regarding potential claims, information, documents and issues (1.90); reviewed RJM's e-mail to Allen Overy regarding documents requested (.10). | CJK | 2.50 | 1,062.50 |
| 07/24/08 | Reviewing motion and order and drafting a committee memo re AHMICS appeal to the 3rd circuit [1.7]. | EK | 1.70 | 476.00 |
| 07/24/08 | Review and revise EK summary of AHM motion for certification of Lehman appeal to the 3rd Circuit. | ELS | 0.30 | 139.50 |
| 07/28/08 | Discussion with Nath Grow re various date filed claims motions [.2]; examining law re: Lehman's response to motion to seek direct appeal summary for MSI [1.2] | EK | 1.40 | 392.00 |
| 07/29/08 | Examining latest documents re Wells Fargo adversary and drafting Committee memo [1.2] | EK | 1.20 | 336.00 |
| 07/30/08 | E-mails to and from Nath Grow + Matt Luan re late filed client settlement [.5]; reading objection to the proposed cure amounts of B.N.Y. matter [.8] | EK | 1.30 | 364.00 |
| 07/31/08 | Reading the recent docket entries in AHM adversary FDIC, Wells Fargo and Lehman Brothers [1.5] | EK | 1.50 | 420.00 |

TOTAL HOURS                37.80

TOTAL SERVICES ........................................................................ $     14,504.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                    $5.10

COURIER SERVICE                                                              $27.56

DUPLICATING                                                               $1,527.40

MEALS                                                                         $200.61

VELOBIND                                                                       $2.75

TOTAL DISBURSEMENTS ............................................................ $     1,763.42

TOTAL FEES & DISBURSEMENTS ............................................ $     16,267.92

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 2.80 | 230.00 | 644.00 |
| 550 | Keary | 21.50 | 280.00 | 6,020.00 |
| 493 | Zawadzki | 1.10 | 325.00 | 357.50 |
| 931 | Kang | 2.50 | 425.00 | 1,062.50 |
| 486 | Schnitzer | 2.00 | 465.00 | 930.00 |
| 226 | McCahey | 6.30 | 695.00 | 4,378.50 |
| 260 | Indelicato | 0.80 | 695.00 | 556.00 |
| 364 | Power | 0.80 | 695.00 | 556.00 |
| ATTY TOTAL | | 37.80 | | 14,504.50 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
010         PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/08 | Review and analyze various e-mails and attachments from the debtors, Kroll and YCST regarding formulation of sharing (.70); telephone conversation with Kroll, YCST and BDO to discuss same (1.00); meeting with MTP regarding strategy (.20); telephone conversation with Berliner regarding issues to address (.20). | MSI | 2.10 | 1,459.50 |
| 07/01/08 | All hands call with Debtors, Kroll, BDO, MSI to review Plan and Disclosure Stmt (1.); review expense allocation analysis (.5); discuss strategy with MSI (.5) follow up call with BDO (2) | MTP | 2.20 | 1,529.00 |
| 07/03/08 | Review plan issues (.80); telephone conversation with Patton regarding same (.10). | MSI | 0.90 | 625.50 |
| 07/08/08 | Discussion with MSI re deal with Debtor on exclusivity | MTP | 0.20 | 139.00 |
| 07/15/08 | Review issues raised by Beach on plan formulation. | MSI | 0.80 | 556.00 |
| 07/16/08 | Telephone conversation with Brady regarding meeting and plan issues (.10); telephone conversation with Berliner regarding consolidation issues (.30); review plan issues and telephone conversation with Beach regarding structure (.80). | MSI | 1.20 | 834.00 |
| 07/16/08 | Calls with YCST, Kroll, MSI, BDO re plan issues | MTP | 1.10 | 764.50 |
| 07/18/08 | Review exclusivity order. | JXZ | 0.10 | 32.50 |
| 07/24/08 | Telephone conference with Beach re: revised draft (.20); begin review of plan (.60). | MSI | 0.80 | 556.00 |
| 07/25/08 | Conference call with MSI, MTP and debtors re proposed plan. | ELS | 0.80 | 372.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/25/08 | Review and analyze plan draft and issues in preparation for telephone conference with YCST (1.60); attend telephone conference on plan issues (1.20). | MSI | 2.80 | 1,946.00 |
| 07/25/08 | Call with MSI, BDO, Kroll, YCST re plan issues | MTP | 1.10 | 764.50 |
| 07/25/08 | Strategy discussion with MSI and ELS on plan; call with Kroll and YCST (1.2) | MTP | 1.90 | 1,320.50 |
| 07/28/08 | Participate in conference call with MSI, BDO and debtors' counsel re Plan. | ELS | 0.40 | 186.00 |
| 07/28/08 | Meeting with MTP regarding plan issues (.20). | JXZ | 0.20 | 65.00 |
| 07/28/08 | Review plan issues in preparation for telephone conference with debtor (.40); telephone conference with debtor regarding plan structure and issues (.40). | MSI | 0.80 | 556.00 |
| 07/28/08 | Call with Debtors; BDO; MSI, ELS re plan issues | MTP | 0.80 | 556.00 |
| 07/29/08 | Telephone conversation with Beach regarding allocation issues (.20); review plan and allocation issues (1.00). | MSI | 1.20 | 834.00 |
| 07/29/08 | Review revised expense allocation chart prepared by Kroll and BDO & discuss with MSI | MTP | 0.90 | 625.50 |
| 07/30/08 | Conference call with MSI, MTP and debtors re plan and meeting with MTP and MSI re same. | ELS | 1.50 | 697.50 |
| 07/30/08 | Meeting with MSI regarding plan (.10). | JXZ | 0.10 | 32.50 |
| 07/30/08 | Review plan materials and discuss same with BDO (.80); telephone conversation with Kroll, YCST and BDO to address allocation issues and plan issues (.80); meeting with MTP and ELS regarding same (.30). | MSI | 1.90 | 1,320.50 |
| 07/30/08 | Participate in part of call with debtors and MSI re plan issues | MTP | 1.20 | 834.00 |
| 07/31/08 | Telephone conversation with Brady and Beach regarding plan issues and timing (.20); review same (.10); telephone conversation with Berliner and MTP regarding same (.20). | MSI | 0.50 | 347.50 |

TOTAL HOURS       25.50

TOTAL SERVICES ........................................................................$   16,953.50

DISBURSEMENT SUMMARY

DUPLICATING       $9.80

TOTAL DISBURSEMENTS ...........................................................$   9.80

TOTAL FEES & DISBURSEMENTS ............................................$   16,963.30

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.40 | 325.00 | 130.00 |
| 486 | Schnitzer | 2.70 | 465.00 | 1,255.50 |
| 260 | Indelicato | 13.00 | 695.00 | 9,035.00 |
| 364 | Power | 9.40 | 695.00 | 6,533.00 |
| ATTY TOTAL | | 25.50 | | 16,953.50 |

# HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 011 | EMPLOYEE ISSUES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/08 | Review research regarding treatment of WARN damages (.40); e-mails and calls with MSI and S. Beach regarding liability analysis (.10). | JXZ | 0.50 | 162.50 |
| 07/01/08 | Review chart regarding potential exposure (.60); e-mail regarding case law issues (.20); review various pleadings on legal issues from YCST (.40). | MSI | 1.20 | 834.00 |
| 07/02/08 | Review WARN liability analysis (.30); conference call with debtors re: WARN issues/litigation strategy and other matters (1.10). | JXZ | 1.40 | 455.00 |
| 07/02/08 | Telephone conversation with YCST to address WARN issues and status of litigation (.80); meeting with JXZ regarding same (.20); review schedule (.20). | MSI | 1.20 | 834.00 |
| 07/08/08 | Review discovery notice (.10). | JXZ | 0.10 | 32.50 |
| 07/09/08 | Meeting with ELS and JPM regarding discovery issues (.20); review documents and calls with MSI and RJM regarding same (.20). | JXZ | 0.40 | 130.00 |
| 07/09/08 | Review documents produced in WARN litigation (1.30); meeting with JPM and RJM regarding same (.20). | MSI | 1.50 | 1,042.50 |
| 07/10/08 | E-mail ZV regarding WARN research (.10). | JXZ | 0.10 | 32.50 |
| 07/11/08 | Review board minutes (.30). | JXZ | 0.30 | 97.50 |
| 07/15/08 | Meeting with JPM regarding WARN discovery (.20). | JXZ | 0.20 | 65.00 |
| 07/29/08 | Review Strauss rejection/modification motion (.30). | JXZ | 0.30 | 97.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL HOURS      7.20

TOTAL SERVICES ........................................................................ $     3,783.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 493 | Zawadzki | 3.30 | 325.00 | 1,072.50 |
| 260 | Indelicato | 3.90 | 695.00 | 2,710.50 |
| ATTY TOTAL | | 7.20 | | 3,783.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

|        |                                      |
|--------|--------------------------------------|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 012    | CLAIMS ADMINISTRATION                 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/08 | Examining the specific claims against each Debtor entity for the purposes of the Plan [1.2]; discussing Broadhollow decision with MTP [.1]; examining rejected leases for AT&T claim [.9] | EK | 2.20 | 616.00 |
| 07/01/08 | Review claims objections (.30). | JXZ | 0.30 | 97.50 |
| 07/02/08 | Review recent responses to claims objections. | JXZ | 0.30 | 97.50 |
| 07/03/08 | Review recent notices. | JXZ | 0.10 | 32.50 |
| 07/07/08 | Drafting spreadsheet of claims held by Committee members against specific Debtor entities [2.4];  examining the omnibus claims rejection and various objections [1.2] | EK | 3.60 | 1,008.00 |
| 07/07/08 | Review recent responses to claims objections.. | JXZ | 0.40 | 130.00 |
| 07/08/08 | Working on Wilmington Trust's claims administration and their accuracy for MSI [1.1] | EK | 1.10 | 308.00 |
| 07/09/08 | Review docket and recent responses (.40). | JXZ | 0.40 | 130.00 |
| 07/10/08 | Review recent responses to claims objections (.20). | JXZ | 0.20 | 65.00 |
| 07/11/08 | Case research regarding potential WARN act issues. | ZV | 1.00 | 260.00 |
| 07/14/08 | Review the Debtors' latest omnibus claims' objections [.9]; examination of the responses to the Debtors claims objections [.7]. | EK | 1.60 | 448.00 |
| 07/14/08 | Review recent responses to claims objections (.30). | JXZ | 0.30 | 97.50 |
| 07/18/08 | Review notice of appeal (.10); review claims objections (.40). | JXZ | 0.50 | 162.50 |
| 07/23/08 | Meeting with Berliner re: issues on funding, inter-company claims, consolidation and allocation issues. | MSI | 0.50 | 347.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/29/08 | Review recent responses to claims objections (.10). | JXZ | 0.10 | 32.50 |
| 07/30/08 | Review recent responses to claims objections (.10). | JXZ | 0.10 | 32.50 |

TOTAL HOURS                                    12.70

TOTAL SERVICES ........................................................$        3,865.00

DISBURSEMENT SUMMARY

DUPLICATING                                                              $1.20

TOTAL DISBURSEMENTS ...........................................................$        1.20

TOTAL FEES & DISBURSEMENTS ............................................$        3,866.20


### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 574 | Virani | 1.00 | 260.00 | 260.00 |
| 550 | Keary | 8.50 | 280.00 | 2,380.00 |
| 493 | Zawadzki | 2.70 | 325.00 | 877.50 |
| 260 | Indelicato | 0.50 | 695.00 | 347.50 |
| ATTY TOTAL | | 12.70 | | 3,865.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 4, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136016

For professional services rendered from July 1, through July 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/08 | Confer with MSI and RJM re debtors' production of documents (.30); review of debtors' documents (3.00). | JPM | 3.30 | 2,293.50 |
| 07/02/08 | Organize documents in chronological order and load document production into concordance | DM | 3.50 | 700.00 |
| 07/02/08 | Review of three boxes of documents produced by debtors (4.0); telephone conference with D. Berliner of BDO re same (.20); confer with RJM re organization of debtors' documents (.30); confer with MSI re debtors' documents (.10). | JPM | 4.60 | 3,197.00 |
| 07/03/08 | Organize documents chronologically for attorney review | DM | 1.50 | 300.00 |
| 07/03/08 | Review documents produced by debtors. | MSI | 0.80 | 556.00 |
| 07/05/08 | Review of documents produced by debtors. | JPM | 2.50 | 1,737.50 |
| 07/07/08 | Prepare board minutes and other document binders for attorney review | DM | 4.50 | 900.00 |
| 07/07/08 | Review of debtors' documents (2.5); correspondence from debtors re replacement disk (.10). | JPM | 2.60 | 1,807.00 |
| 07/07/08 | Confer with DM re document production. | RJM | 0.20 | 105.00 |
| 07/08/08 | Confer with RJM (.10) and DM (.10) re debtors' production (.10); review of debtors' board minutes and prepare notes thereon (4.80). | JPM | 5.10 | 3,544.50 |
| 07/08/08 | Review documents produced by debtors. | MSI | 1.40 | 973.00 |
| 07/08/08 | Confer with DM re debtors' production. | RJM | 0.10 | 52.50 |
| 07/09/08 | Organization of disk and paper production for attorney review | DM | 4.50 | 900.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/09/08 | Confer with RJM re debtor's production of documents (.40); review of debtors' documents and prepare notes re Board minutes (regular/Audit) (5.5). | JPM | 5.90 | 4,100.50 |
| 07/09/08 | Commence review of documents sent by debtors' counsel in connection with investigation (5.6); confer with DM re document production (.20). | RJM | 5.80 | 3,045.00 |
| 07/10/08 | Load production disks into concordance system | DM | 0.50 | 100.00 |
| 07/10/08 | Review of debtor's production, including board package materials and reports, GTS report, board notes, and prepare notes re same (5.0); confer with DM re organization of production (.2). | JPM | 5.20 | 3,614.00 |
| 07/10/08 | Continue review and analysis of documents provided by AHM in connection with investigation. | RJM | 5.40 | 2,835.00 |
| 07/11/08 | Manage concordance database and organize paper documents for attorney review | DM | 2.50 | 500.00 |
| 07/11/08 | Review of debtors documents (Audit Committee packages, internal audit reports, board notes) and prepare and revise notes re same (5.5). | JPM | 5.50 | 3,822.50 |
| 07/11/08 | Continue review and analysis of documents provided by AHM in connection with investigation. | RJM | 4.10 | 2,152.50 |
| 07/12/08 | Review of notes re AHM documents (1.5). | JPM | 1.50 | 1,042.50 |
| 07/14/08 | Review of debtors' documents and notes (3.20). | JPM | 3.20 | 2,224.00 |
| 07/14/08 | Continue review and analysis of documents produced by debtors. | RJM | 2.90 | 1,522.50 |
| 07/15/08 | Reviewed JPM's notes of Board Meetings, audit committee and other (1.50); e-mail correspondence with JPM and RJM regarding meeting (.10). | CJK | 1.60 | 680.00 |
| 07/15/08 | Revise notes of debtors' documents (.80); emails with CJK and RJM re meeting (.20); telephone conference with BDO (D. Berliner) re meeting to discuss debtors' documents (.10). | JPM | 1.10 | 764.50 |
| 07/15/08 | Continue review and analysis of documents provided by debtors in connection with investigation. | RJM | 2.90 | 1,522.50 |
| 07/16/08 | Review OTS Holding Company Report of Examination. | CJK | 1.50 | 637.50 |
| 07/16/08 | Review of OTS report for AHM investments (1.50); review of various AHM earnings releases (2.0); review of debtors' correspondence (.6); prepare for internal meeting re debtors' documents (.80). | JPM | 4.90 | 3,405.50 |
| 07/16/08 | Continue review and analysis of documents produced by debtors in connection with investigation. | RJM | 3.10 | 1,627.50 |
| 07/17/08 | Meeting with JPM, RJM, re: next steps and review of relevant documents (1.00); email conversations with JPM and RJM re: meeting (.10); email conversation with JPM, RJM and BDO Seidman re: meeting (.10); reviewed SEC subpoena and list of documents produced (.20); reviewed board minutes (2.00). | CJK | 3.40 | 1,445.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/17/08 | Prepare production binder for attorney review | DM | 0.50 | 100.00 |
| 07/17/08 | Research internet for AHM subsidiaries articles of incorporation, by-laws and print for attorney review | DM | 3.50 | 700.00 |
| 07/17/08 | Meeting with CJK and RJM re debtors' documents and investigation (1.0); review of AHM 10Qs for 2005 (1.5); review of OTS report (.40); confer with RJM re investigation issues (.40); telephone conference with D. Berliner re debtors' documents (.30); emails with D. Berliner re meeting (.20); confer with MSI re debtors' documents (.20); confer with CJK re debtors' documents (.10). | JPM | 4.10 | 2,849.50 |
| 07/17/08 | Confer with JPM and CK re investigation and strategy (1.0); confer with JPM re legal issue concerning D&O's fiduciary duty (.20); continue review of relevant documents (.30). | RJM | 1.50 | 787.50 |
| 07/18/08 | Search for AHM Subsidiary's Articles of Incorporation | DM | 1.00 | 200.00 |
| 07/18/08 | Review of board materials for 2005 and 2006 and 10-Q and 10-K filed in 2005 and 2006 (2.8); review of notes (2.2); email materials to CJK (.10). | JPM | 5.10 | 3,544.50 |
| 07/21/08 | Revise notes re OTS report (.40); review of debtors' documents (3.0). | JPM | 3.40 | 2,363.00 |
| 07/22/08 | Review of documents and notes in preparation for BDO meeting as to debtors' documents produced to date and to be requested (4.50); confer with RJM re debtors' documents (.20). | JPM | 4.70 | 3,266.50 |
| 07/22/08 | Continue review of documents provided by Debtors' counsel. | RJM | 1.20 | 630.00 |
| 07/24/08 | Prepare insurance policy binder for attorney review | DM | 2.00 | 400.00 |
| 07/24/08 | Prepare for meeting with BDO (1.0); meet with BDO to discuss investigation of debtors (1.70); confer with RJM re debtors' insurance and emails to RJM re same (.30); review of documents requested and documents produced to date and schedule of documents debtors produced to SEC (1.50); review of RJM email to debtors' counsel re debtors' corporate charters, privilege log and cost of obtaining emails (.10); confer with RJM re same (.10); review of handwritten notes for board meetings produced by debtors (1.0). | JPM | 5.70 | 3,961.50 |
| 07/24/08 | Review materials in preparation for and attend meeting with JPM and BDO to address investigation of the debtor. | MSI | 0.90 | 625.50 |
| 07/24/08 | Prepare for meeting with BDO including review of relevant materials (.50); meet with BDO, JPM and CK to discuss strategy for investigation (1.9); draft/send email to R. Knuts re additional documents (.10). | RJM | 2.50 | 1,312.50 |
| 07/25/08 | Conference with RJM regarding research regarding MD's illegal dividend statute and related laws. | CJK | 0.50 | 212.50 |
| 07/25/08 | Confer with MSI re investigation of debtors (.30); review of documents re AHM (1.0). | JPM | 1.30 | 903.50 |
| 07/25/08 | Commence research re illegal dividends under Maryland law and confer with C. Kang re same. | RJM | 2.10 | 1,102.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/29/08 | Reviewed RJM's e-mail correspondence with Knuts regarding charter. | CJK | 0.10 | 42.50 |
| 07/29/08 | Review of RJM emails re request for additional documents from debtors (.10). | JPM | 0.10 | 69.50 |
| 07/30/08 | Reviewed relevant excerpts of treatise on MD corporation law regarding illegal distribution statute and related laws (1.00); reviewed Lerner case applying the statute (.50); research regarding other cases applying the illegal dividend statute (.50); conference with RJM regarding same (.30). | CJK | 2.30 | 977.50 |
| 07/30/08 | Load production documents into concordance for IT | DM | 0.50 | 100.00 |
| 07/30/08 | Meeting and phone call in relation to 1.5 million page e-mail production from Allen & Overy LLP as requested by attorney. | JLT | 1.00 | 210.00 |
| 07/31/08 | Research/reviewed MD cases regarding directors' duties under MD statute section 2-405.1 (2.50); prepared notes of applicable MD statute leases/relevant provisions in the charter and bylaws regarding limitation of directors' liability (1.50); conference with RJM regarding same (.10). | CJK | 4.10 | 1,742.50 |
| 07/31/08 | Review of email from debtor's counsel re documents (.20). | JPM | 0.20 | 139.00 |
| 07/31/08 | Confer with J. Tucker re document production issues. | RJM | 0.20 | 105.00 |

TOTAL HOURS                                    144.10

TOTAL SERVICES ....................................................... $   78,452.00

DISBURSEMENT SUMMARY

DUPLICATING                                                    $14.80

LEXIS                                                          $50.35

TOTAL DISBURSEMENTS ........................................... $      65.15

TOTAL FEES & DISBURSEMENTS ............................. $   78,517.15

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 558 | Millman | 24.50 | 200.00 | 4,900.00 |
| 565 | Tucker | 1.00 | 210.00 | 210.00 |
| 931 | Kang | 13.50 | 425.00 | 5,737.50 |
| 952 | Malatak | 32.00 | 525.00 | 16,800.00 |

| 226 | McCahey | 70.00 | 695.00 | 48,650.00 |
| 260 | Indelicato | 3.10 | 695.00 | 2,154.50 |
| ATTY TOTAL | | 144.10 | | 78,452.00 |