# EXHIBIT C

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/1/2008 | Zawadzki, Jeffre | CAR | $52.02 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 555107; DATE: 7/15/2008 |
| 7/15/2008 | Indelicato, Mark | CAR | $177.53 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 101759; DATE: 7/29/2008 |
| 7/21/2008 | Zawadzki, Jeffre | CAR | $56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 556664; DATE: 7/31/2008 |
| 7/24/2008 | Power, Mark | CAR | $102.00 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 102047; DATE: 8/5/2008 |
| 7/29/2008 | Zawadzki, Jeffre | CAR | $52.02 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 558180; DATE: 8/15/2008 |
| | | | $439.67 | |
| 7/9/2008 | Malatak, Robert | COUR | $27.56 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 071525; DATE: 7/20/2008 |
| 7/1/2008 | | DUPL | $0.30 | |
| 7/1/2008 | | DUPL | $0.30 | |
| 7/1/2008 | | DUPL | $1.60 | |
| 7/1/2008 | | DUPL | $0.40 | |
| 7/1/2008 | | DUPL | $0.20 | |
| 7/1/2008 | | DUPL | $0.70 | |
| 7/1/2008 | | DUPL | $0.20 | |
| 7/1/2008 | | DUPL | $3.60 | |
| 7/1/2008 | | DUPL | $0.40 | |
| 7/1/2008 | | DUPL | $3.90 | |
| 7/1/2008 | | DUPL | $1.00 | |
| 7/1/2008 | | DUPL | $0.10 | |
| 7/1/2008 | | DUPL | $0.10 | |
| 7/1/2008 | | DUPL | $0.10 | |
| 7/2/2008 | | DUPL | $0.20 | |
| 7/2/2008 | | DUPL | $0.30 | |
| 7/2/2008 | | DUPL | $0.10 | |
| 7/2/2008 | | DUPL | $1.40 | |
| 7/3/2008 | | DUPL | $0.50 | |
| 7/3/2008 | | DUPL | $15.80 | |
| 7/3/2008 | | DUPL | $3.80 | |
| 7/3/2008 | | DUPL | $11.00 | |
| 7/3/2008 | | DUPL | $3.50 | |
| 7/3/2008 | | DUPL | $6.10 | |
| 7/3/2008 | | DUPL | $3.40 | |
| 7/3/2008 | | DUPL | $2.00 | |
| 7/3/2008 | | DUPL | $3.10 | |
| 7/3/2008 | | DUPL | $0.70 | |
| 7/3/2008 | | DUPL | $0.30 | |
| 7/3/2008 | | DUPL | $0.10 | |
| 7/3/2008 | | DUPL | $1.00 | |
| 7/3/2008 | | DUPL | $0.40 | |
| 7/3/2008 | | DUPL | $1.00 | |
| 7/3/2008 | | DUPL | $16.20 | |
| 7/7/2008 | | DUPL | $1.40 | |

| | | |
|---|---|---|
| 7/7/2008 | DUPL | $3.60 |
| 7/7/2008 | DUPL | $3.60 |
| 7/7/2008 | DUPL | $0.90 |
| 7/7/2008 | DUPL | $0.40 |
| 7/7/2008 | DUPL | $0.20 |
| 7/7/2008 | DUPL | $0.50 |
| 7/7/2008 | DUPL | $0.20 |
| 7/7/2008 | DUPL | $1.90 |
| 7/7/2008 | DUPL | $5.90 |
| 7/7/2008 | DUPL | $0.50 |
| 7/7/2008 | DUPL | $0.30 |
| 7/7/2008 | DUPL | $1.10 |
| 7/7/2008 | DUPL | $0.80 |
| 7/7/2008 | DUPL | $0.40 |
| 7/7/2008 | DUPL | $0.20 |
| 7/7/2008 | DUPL | $0.10 |
| 7/7/2008 | DUPL | $0.40 |
| 7/7/2008 | DUPL | $1.90 |
| 7/7/2008 | DUPL | $1.70 |
| 7/7/2008 | DUPL | $0.50 |
| 7/7/2008 | DUPL | $0.30 |
| 7/7/2008 | DUPL | $1.90 |
| 7/7/2008 | DUPL | $1.10 |
| 7/7/2008 | DUPL | $0.20 |
| 7/7/2008 | DUPL | $1.50 |
| 7/7/2008 | DUPL | $0.90 |
| 7/7/2008 | DUPL | $1.80 |
| 7/7/2008 | DUPL | $3.50 |
| 7/7/2008 | DUPL | $329.20 |
| 7/7/2008 | DUPL | $394.90 |
| 7/8/2008 | DUPL | $0.40 |
| 7/8/2008 | DUPL | $0.40 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $16.50 |
| 7/8/2008 | DUPL | $16.50 |
| 7/8/2008 | DUPL | $168.00 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $4.90 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.10 |
| 7/8/2008 | DUPL | $0.80 |

| | | |
|---|---|---|
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.30 |
| 7/8/2008 | DUPL | $0.30 |
| 7/8/2008 | DUPL | $0.80 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $0.20 |
| 7/8/2008 | DUPL | $17.00 |
| 7/8/2008 | DUPL | $124.70 |
| 7/8/2008 | DUPL | $33.90 |
| 7/8/2008 | DUPL | $128.80 |
| 7/9/2008 | DUPL | $6.10 |
| 7/9/2008 | DUPL | $0.10 |
| 7/9/2008 | DUPL | $0.10 |
| 7/9/2008 | DUPL | $0.20 |
| 7/9/2008 | DUPL | $0.10 |
| 7/9/2008 | DUPL | $0.20 |
| 7/9/2008 | DUPL | $0.40 |
| 7/9/2008 | DUPL | $0.10 |
| 7/9/2008 | DUPL | $0.50 |
| 7/9/2008 | DUPL | $0.20 |
| 7/9/2008 | DUPL | $0.50 |
| 7/9/2008 | DUPL | $3.00 |
| 7/9/2008 | DUPL | $0.40 |
| 7/9/2008 | DUPL | $1.10 |
| 7/9/2008 | DUPL | $1.50 |
| 7/9/2008 | DUPL | $1.00 |
| 7/9/2008 | DUPL | $0.20 |
| 7/9/2008 | DUPL | $0.40 |
| 7/9/2008 | DUPL | $1.10 |
| 7/9/2008 | DUPL | $0.80 |
| 7/9/2008 | DUPL | $1.00 |
| 7/9/2008 | DUPL | $0.50 |
| 7/9/2008 | DUPL | $0.10 |
| 7/9/2008 | DUPL | $0.20 |
| 7/9/2008 | DUPL | $0.20 |
| 7/9/2008 | DUPL | $0.20 |
| 7/9/2008 | DUPL | $37.90 |
| 7/9/2008 | DUPL | $0.20 |
| 7/10/2008 | DUPL | $0.60 |
| 7/10/2008 | DUPL | $0.30 |
| 7/10/2008 | DUPL | $0.30 |
| 7/10/2008 | DUPL | $0.90 |
| 7/10/2008 | DUPL | $0.80 |
| 7/10/2008 | DUPL | $0.80 |
| 7/10/2008 | DUPL | $0.30 |

| | | |
|---|---|---|
| 7/10/2008 | DUPL | $0.30 |
| 7/11/2008 | DUPL | $0.10 |
| 7/11/2008 | DUPL | $10.60 |
| 7/11/2008 | DUPL | $0.60 |
| 7/11/2008 | DUPL | $8.00 |
| 7/11/2008 | DUPL | $2.40 |
| 7/11/2008 | DUPL | $12.40 |
| 7/11/2008 | DUPL | $0.80 |
| 7/11/2008 | DUPL | $0.90 |
| 7/11/2008 | DUPL | $0.60 |
| 7/14/2008 | DUPL | $1.60 |
| 7/14/2008 | DUPL | $7.60 |
| 7/14/2008 | DUPL | $3.50 |
| 7/14/2008 | DUPL | $1.00 |
| 7/14/2008 | DUPL | $1.00 |
| 7/14/2008 | DUPL | $0.50 |
| 7/14/2008 | DUPL | $1.00 |
| 7/14/2008 | DUPL | $0.50 |
| 7/14/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $0.60 |
| 7/15/2008 | DUPL | $0.40 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $1.30 |
| 7/15/2008 | DUPL | $0.50 |
| 7/15/2008 | DUPL | $0.30 |
| 7/15/2008 | DUPL | $0.30 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $1.90 |
| 7/15/2008 | DUPL | $0.40 |
| 7/15/2008 | DUPL | $4.10 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $1.10 |
| 7/15/2008 | DUPL | $0.90 |
| 7/15/2008 | DUPL | $1.10 |
| 7/15/2008 | DUPL | $0.30 |
| 7/15/2008 | DUPL | $0.30 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $1.60 |
| 7/15/2008 | DUPL | $1.60 |
| 7/15/2008 | DUPL | $0.70 |
| 7/15/2008 | DUPL | $1.20 |
| 7/15/2008 | DUPL | $1.00 |
| 7/15/2008 | DUPL | $0.30 |
| 7/15/2008 | DUPL | $0.50 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $0.80 |
| 7/15/2008 | DUPL | $0.10 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $1.90 |
| 7/15/2008 | DUPL | $0.50 |

| | | |
|---|---|---|
| 7/15/2008 | DUPL | $1.90 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $1.90 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $0.40 |
| 7/15/2008 | DUPL | $4.00 |
| 7/15/2008 | DUPL | $1.10 |
| 7/15/2008 | DUPL | $0.90 |
| 7/15/2008 | DUPL | $0.90 |
| 7/15/2008 | DUPL | $8.90 |
| 7/15/2008 | DUPL | $0.20 |
| 7/15/2008 | DUPL | $3.60 |
| 7/15/2008 | DUPL | $1.20 |
| 7/15/2008 | DUPL | $3.00 |
| 7/15/2008 | DUPL | $3.10 |
| 7/16/2008 | DUPL | $1.70 |
| 7/16/2008 | DUPL | $0.30 |
| 7/16/2008 | DUPL | $2.40 |
| 7/16/2008 | DUPL | $0.80 |
| 7/16/2008 | DUPL | $0.60 |
| 7/16/2008 | DUPL | $0.30 |
| 7/16/2008 | DUPL | $0.80 |
| 7/16/2008 | DUPL | $0.10 |
| 7/16/2008 | DUPL | $0.60 |
| 7/17/2008 | DUPL | $6.40 |
| 7/17/2008 | DUPL | $6.80 |
| 7/17/2008 | DUPL | $1.90 |
| 7/17/2008 | DUPL | $1.90 |
| 7/17/2008 | DUPL | $2.10 |
| 7/17/2008 | DUPL | $3.60 |
| 7/17/2008 | DUPL | $0.90 |
| 7/17/2008 | DUPL | $30.70 |
| 7/18/2008 | DUPL | $1.40 |
| 7/18/2008 | DUPL | $3.10 |
| 7/18/2008 | DUPL | $2.00 |
| 7/21/2008 | DUPL | $1.80 |
| 7/21/2008 | DUPL | $1.00 |
| 7/21/2008 | DUPL | $0.40 |
| 7/21/2008 | DUPL | $0.40 |
| 7/21/2008 | DUPL | $0.60 |
| 7/21/2008 | DUPL | $0.50 |
| 7/21/2008 | DUPL | $2.20 |
| 7/21/2008 | DUPL | $0.30 |
| 7/21/2008 | DUPL | $0.30 |
| 7/21/2008 | DUPL | $0.30 |
| 7/21/2008 | DUPL | $0.20 |
| 7/21/2008 | DUPL | $0.30 |
| 7/21/2008 | DUPL | $1.40 |
| 7/21/2008 | DUPL | $1.20 |
| 7/21/2008 | DUPL | $0.20 |
| 7/21/2008 | DUPL | $0.20 |
| 7/21/2008 | DUPL | $0.10 |

| | | |
|---|---|---|
| 7/21/2008 | DUPL | $0.30 |
| 7/21/2008 | DUPL | $0.20 |
| 7/21/2008 | DUPL | $0.40 |
| 7/22/2008 | DUPL | $7.40 |
| 7/22/2008 | DUPL | $0.20 |
| 7/22/2008 | DUPL | $0.10 |
| 7/22/2008 | DUPL | $0.20 |
| 7/22/2008 | DUPL | $0.20 |
| 7/22/2008 | DUPL | $3.80 |
| 7/22/2008 | DUPL | $5.00 |
| 7/24/2008 | DUPL | $0.10 |
| 7/24/2008 | DUPL | $0.20 |
| 7/24/2008 | DUPL | $0.20 |
| 7/24/2008 | DUPL | $0.20 |
| 7/24/2008 | DUPL | $0.20 |
| 7/24/2008 | DUPL | $0.20 |
| 7/24/2008 | DUPL | $1.40 |
| 7/24/2008 | DUPL | $1.40 |
| 7/24/2008 | DUPL | $5.40 |
| 7/24/2008 | DUPL | $0.90 |
| 7/24/2008 | DUPL | $1.50 |
| 7/24/2008 | DUPL | $0.30 |
| 7/24/2008 | DUPL | $0.30 |
| 7/24/2008 | DUPL | $0.30 |
| 7/24/2008 | DUPL | $0.30 |
| 7/24/2008 | DUPL | $0.30 |
| 7/24/2008 | DUPL | $0.60 |
| 7/24/2008 | DUPL | $0.90 |
| 7/24/2008 | DUPL | $1.10 |
| 7/24/2008 | DUPL | $1.00 |
| 7/24/2008 | DUPL | $0.60 |
| 7/24/2008 | DUPL | $1.50 |
| 7/24/2008 | DUPL | $16.50 |
| 7/24/2008 | DUPL | $0.70 |
| 7/24/2008 | DUPL | $0.80 |
| 7/24/2008 | DUPL | $0.10 |
| 7/24/2008 | DUPL | $2.90 |
| 7/24/2008 | DUPL | $1.10 |
| 7/24/2008 | DUPL | $1.30 |
| 7/24/2008 | DUPL | $8.40 |
| 7/24/2008 | DUPL | $2.20 |
| 7/24/2008 | DUPL | $0.70 |
| 7/24/2008 | DUPL | $0.80 |
| 7/24/2008 | DUPL | $35.30 |
| 7/25/2008 | DUPL | $1.00 |
| 7/25/2008 | DUPL | $3.30 |
| 7/25/2008 | DUPL | $3.30 |
| 7/25/2008 | DUPL | $0.80 |
| 7/25/2008 | DUPL | $0.90 |
| 7/25/2008 | DUPL | $1.10 |
| 7/25/2008 | DUPL | $1.40 |
| 7/25/2008 | DUPL | $1.60 |

| | | |
|---|---|---|
| 7/25/2008 | DUPL | $1.20 |
| 7/25/2008 | DUPL | $0.30 |
| 7/25/2008 | DUPL | $0.10 |
| 7/25/2008 | DUPL | $3.70 |
| 7/25/2008 | DUPL | $0.40 |
| 7/25/2008 | DUPL | $0.30 |
| 7/25/2008 | DUPL | $0.30 |
| 7/25/2008 | DUPL | $0.30 |
| 7/25/2008 | DUPL | $0.30 |
| 7/25/2008 | DUPL | $2.80 |
| 7/25/2008 | DUPL | $0.90 |
| 7/25/2008 | DUPL | $0.40 |
| 7/25/2008 | DUPL | $0.60 |
| 7/25/2008 | DUPL | $0.60 |
| 7/25/2008 | DUPL | $0.70 |
| 7/25/2008 | DUPL | $1.50 |
| 7/25/2008 | DUPL | $0.40 |
| 7/25/2008 | DUPL | $0.20 |
| 7/25/2008 | DUPL | $0.40 |
| 7/25/2008 | DUPL | $0.20 |
| 7/25/2008 | DUPL | $0.20 |
| 7/25/2008 | DUPL | $9.70 |
| 7/25/2008 | DUPL | $0.40 |
| 7/25/2008 | DUPL | $0.80 |
| 7/25/2008 | DUPL | $2.20 |
| 7/25/2008 | DUPL | $2.50 |
| 7/28/2008 | DUPL | $1.10 |
| 7/28/2008 | DUPL | $0.30 |
| 7/28/2008 | DUPL | $1.20 |
| 7/28/2008 | DUPL | $1.40 |
| 7/28/2008 | DUPL | $0.40 |
| 7/28/2008 | DUPL | $0.20 |
| 7/28/2008 | DUPL | $2.20 |
| 7/29/2008 | DUPL | $0.20 |
| 7/29/2008 | DUPL | $0.10 |
| 7/29/2008 | DUPL | $0.40 |
| 7/29/2008 | DUPL | $0.20 |
| 7/29/2008 | DUPL | $0.40 |
| 7/29/2008 | DUPL | $0.20 |
| 7/29/2008 | DUPL | $0.40 |
| 7/29/2008 | DUPL | $0.40 |
| 7/29/2008 | DUPL | $0.40 |
| 7/29/2008 | DUPL | $0.20 |
| 7/29/2008 | DUPL | $0.40 |
| 7/29/2008 | DUPL | $4.30 |
| 7/29/2008 | DUPL | $2.20 |
| 7/29/2008 | DUPL | $0.40 |
| 7/29/2008 | DUPL | $0.20 |
| 7/30/2008 | DUPL | $0.70 |
| 7/30/2008 | DUPL | $9.80 |
| 7/30/2008 | DUPL | $0.70 |
| 7/30/2008 | DUPL | $0.20 |

| | | | | |
|---|---|---|---|---|
| 7/30/2008 | | DUPL | $0.70 | |
| 7/30/2008 | | DUPL | $0.70 | |
| 7/30/2008 | | DUPL | $0.90 | |
| 7/30/2008 | | DUPL | $0.40 | |
| 7/30/2008 | | DUPL | $0.20 | |
| 7/30/2008 | | DUPL | $0.40 | |
| 7/30/2008 | | DUPL | $3.50 | |
| 7/31/2008 | | DUPL | $9.80 | |
| 7/31/2008 | | DUPL | $2.10 | |
| 7/31/2008 | | DUPL | $1.70 | |
| 7/31/2008 | | DUPL | $0.10 | |
| 7/31/2008 | | DUPL | $0.60 | |
| 7/31/2008 | | DUPL | $1.50 | |
| 7/31/2008 | | DUPL | $0.50 | |
| 7/31/2008 | | DUPL | $0.50 | |
| 7/31/2008 | | DUPL | $0.40 | |
| 7/31/2008 | | DUPL | $0.50 | |
| 7/31/2008 | | DUPL | $0.30 | |
| 7/31/2008 | | DUPL | $0.70 | |
| 7/31/2008 | | DUPL | $0.70 | |
| 7/31/2008 | | DUPL | $0.90 | |
| 7/31/2008 | | DUPL | $0.20 | |
| 7/31/2008 | | DUPL | $0.30 | |
| 7/31/2008 | | DUPL | $0.30 | |
| | | | $1,824.00 | |
| 7/17/2008 | Millman, Dustin | LEXI | $0.00 | VENDOR: LEXIS - NEXIS; INVOICE#: 10015G; DATE: 7/31/2008 |
| 7/24/2008 | Smith, Jason | LEXI | $18.45 | VENDOR: LEXIS - NEXIS; INVOICE#: 10015G; DATE: 7/31/2008 |
| 7/31/2008 | Kang, Christina | LEXI | $50.35 | VENDOR: LEXIS - NEXIS; INVOICE#: 10015G; DATE: 7/31/2008 |
| | | | $68.80 | |
| 7/1/2008 | Keary, Emmet | MEAL | $13.11 | VENDOR: EMMET KEARY; INVOICE#: 21; DATE: 6/16/2008 |
| 7/1/2008 | Janice O'Kane | MEAL | $17.54 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 365424; DATE: 7/6/2008 |
| 7/2/2008 | Keary, Emmet | MEAL | $13.51 | VENDOR: EMMET KEARY; INVOICE#: 21; DATE: 6/16/2008 |
| 7/2/2008 | Indelicato, Mark : | MEAL | $24.48 | VENDOR: INDELICATO; INVOICE#: 19; DATE: 7/28/2008 |
| 7/7/2008 | Keary, Emmet | MEAL | $38.26 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 369279; DATE: 7/13/2008 |
| 7/7/2008 | Keary, Emmet | MEAL | $16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 369279; DATE: 7/13/2008 |
| 7/8/2008 | Keary, Emmet | MEAL | $13.99 | VENDOR: EMMET KEARY; INVOICE#: 22; DATE: 7/15/2008 |
| 7/8/2008 | Keary, Emmet | MEAL | $20.67 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 369279; DATE: 7/13/2008 |

| | | | | |
|---|---|---|---|---|
| 7/9/2008 | Keary, Emmet | MEAL | $15.60 | VENDOR: EMMET KEARY; INVOICE#: 22; DATE: 7/15/2008 |
| 7/9/2008 | Millman, Dustin | MEAL | $13.44 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 369279; DATE: 7/13/2008 |
| 7/10/2008 | Keary, Emmet | MEAL | $6.45 | VENDOR: EMMET KEARY; INVOICE#: 23; DATE: 7/29/2008 |
| 7/11/2008 | Keary, Emmet | MEAL | $16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 369279; DATE: 7/13/2008 |
| 7/15/2008 | Keary, Emmet | MEAL | $16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 370487; DATE: 7/14/2008 |
| 7/15/2008 | Indelicato, Mark : | MEAL | $9.99 | VENDOR: INDELICATO; INVOICE#: 19; DATE: 7/28/2008 |
| 7/17/2008 | Indelicato, Mark : | MEAL | $19.32 | VENDOR: INDELICATO; INVOICE#: 20; DATE: 8/22/2008 |
| 7/21/2008 | Zawadzki, Jeffre | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 374403; DATE: 7/27/2008 |
| 7/21/2008 | Keary, Emmet | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 24; DATE: 8/12/2008 |
| 7/22/2008 | Keary, Emmet | MEAL | $15.99 | VENDOR: EMMET KEARY; INVOICE#: 23; DATE: 7/29/2008 |
| 7/24/2008 | Janice O'Kane | MEAL | $17.54 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 374403; DATE: 7/27/2008 |
| 7/25/2008 | Keary, Emmet | MEAL | $16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 374403; DATE: 7/27/2008 |
| 7/28/2008 | Keary, Emmet | MEAL | $16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 378330; DATE: 8/3/2008 |
| 7/29/2008 | Zawadzki, Jeffre | MEAL | $24.22 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 378330; DATE: 8/3/2008 |
| 7/29/2008 | Keary, Emmet | MEAL | $20.67 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 378330; DATE: 8/3/2008 |
| 7/29/2008 | Keary, Emmet | MEAL | $14.30 | VENDOR: EMMET KEARY; INVOICE#: 24; DATE: 8/12/2008 |
| 7/30/2008 | Keary, Emmet | MEAL | $34.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 378330; DATE: 8/3/2008 |
| | | | $447.68 | |
| 7/3/2008 | Power, Mark | SEAR | $0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 7/2/2008 | Keary, Emmet | TELE | $0.25 | 15616350821; 1 Mins. |
| 7/7/2008 | Keary, Emmet | TELE | $0.25 | 13025716646; 1 Mins. |
| 7/8/2008 | Keary, Emmet | TELE | $0.75 | 13025716630; 3 Mins. |
| 7/9/2008 | Keary, Emmet | TELE | $1.00 | 13025716646; 4 Mins. |

| | | | | |
|---|---|---|---|---|
| 7/9/2008 | Millman, Dustin | TELE | $0.75 | 13025715727; 3 Mins. |
| 7/9/2008 | Keary, Emmet | TELE | $0.25 | 12013916555; 1 Mins. |
| 7/10/2008 | Millman, Dustin | TELE | $0.50 | 13025716557; 2 Mins. |
| 7/15/2008 | Keary, Emmet | TELE | $0.50 | 13025716630; 2 Mins. |
| 7/15/2008 | Keary, Emmet | TELE | $0.50 | 13025716630; 2 Mins. |
| 7/16/2008 | Keary, Emmet | TELE | $0.25 | 19143939866; 1 Mins. |
| 7/22/2008 | Keary, Emmet | TELE | $0.10 | 15169096698; 1 Mins. |
| 7/24/2008 | Keary, Emmet | TELE | $0.75 | 16178612040; 3 Mins. |
| 7/24/2008 | Keary, Emmet | TELE | $0.50 | 13026524100; 2 Mins. |
| 7/24/2008 | Keary, Emmet | TELE | $3.50 | 19147636156; 14 Mins. |
| 7/24/2008 | Keary, Emmet | TELE | $0.75 | 13026524100; 3 Mins. |
| 7/24/2008 | Keary, Emmet | TELE | $0.25 | 13026524100; 1 Mins. |
| 7/25/2008 | Keary, Emmet | TELE | $0.50 | 13025716646; 2 Mins. |
| 7/30/2008 | Keary, Emmet | TELE | $0.75 | 13026524100; 3 Mins. |
| 7/30/2008 | Keary, Emmet | TELE | $0.25 | 13026524100; 1 Mins. |
| | | | $12.35 | |
| 7/2/2008 | Hsia, David W. | TELE | $89.60 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/2/2008 | Power, Mark | TELE | $8.25 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/10/2008 | Power, Mark | TELE | $11.64 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/11/2008 | Power, Mark | TELE | $17.27 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/17/2008 | Keary, Emmet | TELE | $45.49 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/17/2008 | Power, Mark | TELE | $44.50 | VENDOR: POWER, MARK T.; INVOICE#: 13; DATE: 9/16/2008 |
| 7/18/2008 | Power, Mark | TELE | $12.84 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/25/2008 | Power, Mark | TELE | $21.84 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/28/2008 | Keary, Emmet | TELE | $13.82 | VENDOR: AMERICAN EXPRESS; INVOICE#: 0901; DATE: 9/1/2008 |
| 7/31/2008 | Keary, Emmet | TELE | $68.86 | VENDOR: AMERICAN EXPRESS; INVOICE#: 10108; DATE: 10/1/2008 |
| | | | $334.11 | |
| 7/15/2008 | Keary, Emmet | VELO | $2.75 | |
| | | | $3,157.08 | |