IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 6616

The undersigned hereby certifies that he has received no objection or other response to the **Application for Order Under 11 U.S.C. § 1103 Authorizing the Employment and Retention of Gilbert Oshinsky LLP and Zuckerman Spaeder LLP as Co-Counsel to the Official Committee of Borrowers Nunc Pro Tunc to October 22, 2008** (D. I. No. 6616), dated November 21, 2008 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be served no later than 4:00 p.m. on December 3, 2008.

Dated: December 5, 2008

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Proposed Co-Counsel for the Official
Committee of Borrowers

2062412.1