IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   Ref. No. 6556
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 6556

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Approving Settlement with Bekins MovingSolutions, Inc. (the "Motion") has been received. The Court's docket which was last updated December 5, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than December 3, 2008 at 4:00 p.m.

      It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
December 5, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Curtis J. Crowther
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Curtis J. Crowther (No. 3238)
                Sean M. Beach (No. 4070)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession