IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
        Debtors.                                                       :
                                                                       :    Ref. No. 6523
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 6523

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Motion Pursuant to 11 U.S.C. § 105(a) for Order Authorizing the Nunc Pro Tunc Approval of the Replacement of Kroll Zolfo Cooper, LLC by Zolfo Cooper, LLC, Successor in Interest to Kroll Zolfo Cooper LLC (the "Motion") has been received. The Court's docket which was last updated December 5, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than November 25, 2008 at 4:00 p.m.

DB02:6913695.10                                                                              066585.1001

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
December 5, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Matthew B. Lunn
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Margaret B. Whiteman (No. 4652)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession