**EXHIBIT B**

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002         CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/01/08 | Post-petition DIP financing motion and drafting summary for committee [1.5]; examining and drafting summary of the BoA/Debtors stipulation and drafting committee memo [1.2] | EK | 2.70 | 756.00 |
| 08/01/08 | Review and circulate 5288 Exhibit Notice of Filing of Amended Sales Procedures and Asset Purchase Agreement (.60)  Review notice of agenda for 8/5/08 hearing (.30) prepare for hearing (.80) review and distribute 5291 Motion to Authorize and Approve the Second Amendment to Post-Petition Debtor-in-Possession Financing Facility (.40) review and distribute 5292 Motion to Shorten Time regarding Emergency Motion to Authorize and Approve the Second Amendment to Post-Petition Debtor-in-Possession Financing Facility (.40) calendar events (.30) review 5294 Objection to Omnibus Objection to Claims (Thirteenth) (.20) | JS | 3.00 | 690.00 |
| 08/01/08 | Review hearing agenda (.10); review Lehman brief (.50); review docket/recent objections (.30). | JXZ | 0.90 | 292.50 |
| 08/01/08 | Revise and edit summaries to the committee (.60). | MSI | 0.60 | 417.00 |
| 08/04/08 | Review docket entries and updating committee calendars [.3]; making changes to various committee memos and forward to the Committee [1.8] | EK | 2.90 | 812.00 |
| 08/04/08 | Review Lehman opposition to AHM motion for direct certification to Third Circuit (.30); review and revise EK summary of proposed second DIP amendment (.30). | ELS | 0.60 | 279.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/04/08 | Review and circulate 5293 Notice of Hearing Re-Notice of Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim (.30) calendar events (.10) review amended agenda (.30) prepare for court appearance (.50) review and distribute 5296 Order Scheduling Preliminary Hearing To Consider Emergency Motion For Interim And Final Orders: (I)Authorizing And Approving The Second Amendment To Post-Petition DIP Financing Facility; (II)Scheduling a Final Hearing; And (III)Granting Related Relief (.30) review 5297-5300 Objections and responses to Omnibus Objection to Claims (.60) review notice of withdrawal of Twelfth Omnibus objection to claims (.10) review and circulate DI 5300-5302 Notice of submission of proof of claims (.40) review and distribute 5303 Motion to Approve Compromise under Rule 9019 Authorizing Stipulation Resolving Vicom Computer Services, Inc.'s Claims Against the Debtors and for Other Relief (.20) Circulate 5304 Motion for Relief from Stay as to two properties listed on Exhibit A, filed by EMC Mortgage Corporation (.10) Calendar events (.50) | JS | 3.40 | 782.00 |
| 08/04/08 | Review summary (.10); review recent order and motion (.30). | JXZ | 0.30 | 97.50 |
| 08/04/08 | Revise and edit summaries to be distributed to the committee (.40); review and edit issues related to settlements and orders (.30); telephone conversation with A. Alfonso regarding same (.10); telephone conversation with Beach regarding same (.20); meeting with MTP regarding same (.20). | MSI | 1.20 | 834.00 |
| 08/05/08 | Drafting Committee call minutes [2.7]; examining docket and drafting committee diary [.6] | EK | 3.30 | 924.00 |
| 08/05/08 | Review and circulate 5307 Order (INTERIM) Authorizing and Approving The Second Amendment To Post- Petition Debtor-In-Possession Financing Facility;  Scheduling A Final Hearing; And Granting Related Relief (.60) review and circulate 5308 Order Approving and Authorizing Stipulation of Settlement Among The Debtors, Bank of America, N.A., and The Official Committee of Unsecured Creditors and Granting Related Relief (.40) review 5309 Order Approving the Joint Motion of the Debtors and Bank of America, N.A., as Administrative Agent for an Order Authorizing the Movants to File, Portions of the Stipulation of Settlement Among The Debtors, Bank of America, N.A., as Administrative Agent (.40) review and distribute 5310 Order Approving Sale Procedures; Approving Expense Reimbursements; Scheduling A Hearing to Consider Sale of Certain Mortgage Loans;  Approving Form and Manner of Notice Thereof; and Granting Related Relief (.40) review 5311 Stipulation and Order Regarding Debtor's Use of Certain Estate Funds (.10) review 5312 Order Approving the Stipulation Between The Debtors and Calyon New York Branch, as Administrative Agent, and Authorizing the Transfer of Service Mortgage Servicing Rights Relating Thereto (.30) | JS | 2.20 | 506.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/06/08 | Review and draft summary re: Vicom motion [1.7]; updating committee calendars [.3]; reviewing Debtors monthly operating reports for MSI [.7] | EK | 2.70 | 756.00 |
| 08/06/08 | Review and distribute various responses to debtors' omnibus objection to claims DI 5317-5321 (.50) Review DIP monthly operating reports for the month of June DI 5322-5329 (1.40) | JS | 1.90 | 437.00 |
| 08/06/08 | Review docket/recent orders. | JXZ | 0.20 | 65.00 |
| 08/07/08 | Participate in AHM call [1.1]; preparation for call [.3]; drafting minutes [1.2] | EK | 2.60 | 728.00 |
| 08/07/08 | Committee call re: update on status of the case and plan discussions (1.10); emails and phone call with debtors' counsel re: Waterfield litigation (.60); review and revise EK summary of Vicom settlement (.20); review BDO report (.30). | ELS | 2.20 | 1,023.00 |
| 08/07/08 | Review and distribute 5332 Notice of Hearing - Notice of Auction and Sale Hearing (.30) update calendar (.20) review and distribute 5333 Exhibit - Notice of Filing of Executed Stipulation of Settlement Among The Debtors, Bank of America, N.A., as Administrative Agent, and The Official Committee of Unsecured Creditors Under Seal (.30) review 5334 Motion to Approve Compromise under Rule 9019 for and Order (.30) review motion for relief (.10) review response to debtors' omnibus objection to claims (.10) update cure claim chart (1.30) | JS | 2.60 | 598.00 |
| 08/07/08 | Review financial analysis (.30); e-mails with D. Berliner regarding estimated distributions (.10); attend committee conference call (1.00); review Lehman order (.10); calls and e-mails with ELS, S. Beach and G. Zimmer regarding Waterfiled (.20). | JXZ | 1.50 | 487.50 |
| 08/07/08 | Review and edit report from BDO to go to the committee (.70); telephone conversation with Berliner regarding same (.10); prepare for and attend telephonic meeting of the committee (1.10); review summaries to the committee (.30). | MSI | 2.20 | 1,529.00 |
| 08/07/08 | Prepare for + participate in Committee call | MTP | 1.50 | 1,042.50 |
| 08/08/08 | Drafting committee minutes [2.1]; updating calendars and examining docket [.4] | EK | 2.50 | 700.00 |
| 08/08/08 | Review docket (.30) review response of Countrywide Bank DI 5337 (.20) review objection to debtors' omnibus objection DI 5372-5374 (.40) file maintenance (1.4) | JS | 2.30 | 529.00 |
| 08/08/08 | Review docket, recent motions and notices (.20). | JXZ | 0.20 | 65.00 |
| 08/08/08 | Review and edit summaries to the Committee. | MSI | 0.60 | 417.00 |
| 08/11/08 | Reviewing various motions and updating Committee calendars [1.6]; various foreclosure notices for their veracity [.8] | EK | 2.40 | 672.00 |
| 08/11/08 | Review docket and recently filed pleadings (.50) Update cure claims chart (1.20) calendar events (.50) prepare for meeting with EK and ELS (.50) attend meeting with EK and ELS to review upcoming events (.30) File maintenance (.60) | JS | 3.40 | 782.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/11/08 | Telephone conversation with creditor regarding status (.10); e-mails to S. Johnston regarding status (.10); review summaries (.20). | MSI | 0.40 | 278.00 |
| 08/12/08 | Reviewing the Debtors reports of its financial affairs [.8]; logging e-mails from the Debtors [.2] | EK | 2.00 | 560.00 |
| 08/12/08 | Emails to debtors re: McLain settlement. | ELS | 0.20 | 93.00 |
| 08/12/08 | Review and circulate Debtors Amended Schedules and SOFAs DI 5357-5367 (1.50) file maintenance (.30) Review docket and recently filed pleadings (.30) | JS | 2.10 | 483.00 |
| 08/12/08 | Email G. Zimmer re: Waterfield litigation. | JXZ | 0.10 | 32.50 |
| 08/12/08 | Meeting with ELS regarding summary to the committee of pending motions. | MSI | 0.10 | 69.50 |
| 08/13/08 | Drafting Committee summary for the Debtor motion for relief from the stay [1.3]; drafting Committee summary for the stalking horse bid [1.6] | EK | 2.90 | 812.00 |
| 08/13/08 | Review Docket and pleadings: 5368 Notice of Withdrawal of Proofs of Claim Filed by EMC MORTGAGE CORPORATION (.10) 5369 Notice of Withdrawal Notice of Withdrawal of Proofs of Claim (.10) 5381 Reservation of Rights as to Zel Ramsey's Motion for Relief from Automatic Stay (.10) 5383 Response to Debtors' Omnibus Objection to Claims (Thirteenth) (.10) 5384 Response to Debtors' Thirteenth Omnibus (Substantive) Objection to Claims (.10) 5385 Declaration in Support of the Response to Debtors' Thirteenth Omnibus (Substantive) Objection to Claims (.10) file maintenance (.40) | JS | 1.00 | 230.00 |
| 08/13/08 | Review motion summaries (.10); review docket/recent motions (.30). | JXZ | 0.40 | 130.00 |
| 08/14/08 | Review docket/recent motions (.40); review financial update (.50); draft/circulate agenda (.10); review hearing agenda and meeting with JS re: same (.10); preparation for and participate in committee call (1.10); review notes/draft minutes (.90). | JXZ | 3.10 | 1,007.50 |
| 08/14/08 | Review and edit BDO report to the committee (.70); telephone conference with M. Michaels re: same (.20); review motions and materials in preparation for committee meeting (.40); attend committee meeting to address plan issues (1.20). | MSI | 2.50 | 1,737.50 |
| 08/14/08 | Participate in Committee conference call re plan of liquidation | MTP | 1.20 | 834.00 |
| 08/15/08 | Review docket (.20) review and circulate omnibus objection to claims 15 (.20) review omnibus objection to claims 15 (.20) review amended notice of agenda (.30) prepare for hearing (.30) review and circulate chapter 11 plan 5450 (.80) review and circulate disclosure statement (.70) review notice of hearing to consider 5450, 5451 (.40) update calendar (.20) | JS | 3.20 | 736.00 |
| 08/15/08 | Review docket/recent motions (.60); review hearing agenda (.10). | JXZ | 0.70 | 227.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/15/08 | Telephone conversation with S. Johnston regarding plan and status issues (.60); review calendar and meeting with JS regarding hearing (.20); review motions filed by debtor (.60). | MSI | 1.40 | 973.00 |
| 08/18/08 | Reviewing various foreclosures re: secondary lien issue (2nd batch) [1.9]; reviewing the Debtors 14th omnibus claims objection and various responses [.7]; e-mails re: foreclosure issue [.2]; summary for Committee, review motion to reject leases [1.2] | EK | 4.00 | 1,120.00 |
| 08/18/08 | Review docket (.20) Review and circulate Order terminating stay 5454 (.10) review 5455 (.10) review and circulate order awarding and directing payment NWT (.20) review Order approving interim fee (.40) review final order authorizing and approving the second amendment to Post Petition DIP financing (.20) review Order sustaining debtors' 12 omnibus 5461 (.10) review various motions for relief from stay (.40) file maintenance (1.20) | JS | 2.90 | 667.00 |
| 08/18/08 | Review recent motions (.40); calendar maintenance (.10); review recent orders (.20). | JXZ | 0.70 | 227.50 |
| 08/18/08 | Review various motions including objections in preparation for omnibus hearing (1.10); review draft orders and comments (.20); attend omnibus hearing including fee  hearings (1.90); meeting with Beach and Lunn regarding status (.20); transportation back from hearing (1.80 @ 50%) (.90). | MSI | 4.30 | 2,988.50 |
| 08/19/08 | Examining stalking horse bids and drafting summary for the winning bid for Committee [2.1] | EK | 2.10 | 588.00 |
| 08/19/08 | E-mails & phone calls with Tina Moss re call concerning plan [.4] | EK | 0.40 | 112.00 |
| 08/19/08 | Review docket and recently file pleadings (.40) | JS | 0.40 | 92.00 |
| 08/19/08 | Emails with ELS, G. Zimmer re: Waterfield litigation. | JXZ | 0.10 | 32.50 |
| 08/20/08 | Review motion and drafting summary re Xerox agreement and stipulation [1.3] review BDP report for Committee in the absence of Thursday meeting [.5]; e-mails with BDO re report [.2]; Dobber motion for lift stay summary [1.2]; drafting minutes for the Committee [3.1] | EK | 6.30 | 1,764.00 |
| 08/20/08 | Review docket and recently filed pleadings (1.30) update calendar events (.40) file maintenance (.40) | JS | 2.10 | 483.00 |
| 08/20/08 | Review financial update (.30); emails with EK and MSI re: WLR motion (.10); review docket/recent motions (.40). | JXZ | 0.80 | 260.00 |
| 08/21/08 | E-mails with Walter Grow HAGE re section 5 claims [.3]; e-mails re plan with Tina Moss [.3]; review Debtors operating reports [1.1] | EK | 1.70 | 476.00 |
| 08/21/08 | Review docket and recently filed pleadings (.50) update calendar events (.20) | JS | 0.70 | 161.00 |
| 08/21/08 | Review docket, recent motions and COCs (.20); review financial report (.10). | JXZ | 0.30 | 97.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/21/08 | Memo to the committee regarding update and plan issues (.30); telephone conversation with Berliner regarding same, Ross motion and plan (.30); e-mails and telephone conversation with JXZ regarding same (.10). | MSI | 0.70 | 486.50 |
| 08/21/08 | Review MSI email to Committee re update | MTP | 0.30 | 208.50 |
| 08/22/08 | Review various correspondence concerning motions and single unit foreclosures [1.4]; drafting Committee minutes [2.1] | EK | 3.50 | 980.00 |
| 08/22/08 | Review docket and recently filed pleadings (.50) update calendar (.20) file maintenance (.20) | JS | 0.90 | 207.00 |
| 08/22/08 | Review AP dockets (.10). | JXZ | 0.10 | 32.50 |
| 08/22/08 | Emails with T. Moss re: inquiries and status (.10); telephone conference with creditors re: same (.30). | MSI | 0.40 | 278.00 |
| 08/25/08 | E-mails and calls with Matt Lunn re various motions before the Court [.6] | EK | 0.60 | 168.00 |
| 08/25/08 | Review debtors' settlement motion with Xerox and phone call with debtors' counsel re: same (.50); review and edit EK summaries of Xerox motion, MERS motion and motion for relief from stay (.40); review and comment on debtors' draft solicitation procedures motion (1.60); and meeting with MSI re: same (.40). | ELS | 2.90 | 1,348.50 |
| 08/25/08 | Review Agenda for 8/27 hearing (.20) prepare for hearing (.40) review docket and recently filed pleadings (.50) update calendar (.10) | JS | 1.20 | 276.00 |
| 08/25/08 | Meeting with EK re: outstanding motions and summaries and review same. | MSI | 0.40 | 278.00 |
| 08/26/08 | Drafting Committee minutes [2.3]; examining the docket & checking with the Debtors re drafting committee objections to motion (MERS) [1.5]; review responses to adequacy of disclosure statement [.7] | EK | 3.80 | 1,064.00 |
| 08/26/08 | Phone call with Lunn re: comments to solicitation procedures motion and email with Lunn re: same (.90); review Cadwalder summary of Waterfield action (.20); meeting with MSI re; various committee summaries (.20); email to debtors' counsel re; Xerox settlement (.20); emails re: Attorney Title Insurance adversary (.20). | ELS | 1.70 | 790.50 |
| 08/26/08 | Emails to debtors' counsel re: SOFA schedules. | ELS | 0.20 | 93.00 |
| 08/26/08 | Review Exhibit to Notice of Cancellation of auction (.10) review order (third) approving interim fee request (.20) review order granting relief from stay (.10) review order approving stip between debtors and mclain (.20) review motion to sell property DI 5540 (.10) update calendar (.30) file maintenance (1.0) | JS | 2.00 | 460.00 |
| 08/26/08 | Revise and edit summaries to the committee (.40); meeting with ELS re: same (.10); numerous emails with S. Johnston re: plan issues (.30); telephone conference with S. Wichmann re; same (.20); review summary of BDO discussion with Kroll (.20); revise and edit minutes (.20). | MSI | 1.40 | 973.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/26/08 | Review BDO update e-mail on pending transactions | MTP | 0.30 | 208.50 |
| 08/27/08 | Examining docket entries in main case and in adversaries [.4] | EK | 0.40 | 112.00 |
| 08/27/08 | Meeting with MSI, DDG and BDO re: Ross $17M administration claim (1.40);  review various pro se filings re: disclosure statement and motion for relief from the stay (.30); phone call with debtors' counsel re: Xerox settlement (.20); review and revise EK summary of miscellaneous asset sale motion (.20). | ELS | 2.10 | 976.50 |
| 08/27/08 | Review response to omnibus objection (.10) review objection to the adequacy of disclosure statement (.10) review and circulate order authorizing the sale of mortgage loans to vantium (.20) file maintenance (.30) | JS | 0.70 | 161.00 |
| 08/27/08 | Meeting with ELS regarding various motions and settlements filed by the debtors (.30); review same (.10). | MSI | 0.40 | 278.00 |
| 08/27/08 | Travel to and from Bankruptcy Court; prepare for and attend omnibus hearing before Bankruptcy Judge Sontchi (2.70); after hearing discussion with YCST and AHM re open matters (.50). | MTP | 3.20 | 2,224.00 |
| 08/28/08 | Preparing for Committee call [.4]; attending committee call [.8]; drafting committee minutes [1.1]; discussing various issues with MSI and MTP [.3]; organizing omnibus dates for calendars [.2] | EK | 2.80 | 784.00 |
| 08/28/08 | Review docket and recently filed pleadings (.30) review order authorizing the sale of mortgage loans di 5550 (.20) review order setting omnibus hearing dates (.20) update calendar events (.30) review cert of counsel di 5552 (.10) | JS | 1.10 | 253.00 |
| 08/28/08 | Telephone conversation with creditors regarding status of plan discussions (.30); review motions filed (.40); prepare for and attend telephonic meeting of the committee to discuss plan and Ross issues (1.20); review and edit BDO summary to the committee (1.40). | MSI | 2.90 | 2,015.50 |
| 08/28/08 | Review BDO report (.6); prepare for and participate in Committee conference call (1.1) | MTP | 1.70 | 1,181.50 |
| 08/29/08 | Filing e-mails received from Kathy Senese [.3]; drafting committee minutes [2.1] | EK | 2.40 | 672.00 |
| 08/29/08 | Review docket and pleadings (.20) Review DBO CNO (.20) review motion to compel DI 5559 (.20) calendar (.10) review notice of submission of proof of claim (.10) review supplemental declaration in support of omnibus objection to claims (.10) file maintenance (1.0) | JS | 1.90 | 437.00 |
| 08/30/08 | Review financial analysis (.30); calendar maintenance (.10); review docket and recent motions (.20); review Waterfield summary and e-mails with ELS and G. Zimmer regarding same (.20). | JXZ | 0.80 | 260.00 |

|  | | | TOTAL HOURS | 138.80 |

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|---|------|-------|-------|
| | TOTAL SERVICES ........................................................... $ | | | | 50,700.00 |

DISBURSEMENT SUMMARY

| | VALUE |
|---|-------|
| LONG DISTANCE TELEPHONE CHARGES | $280.45 |
| CARFARE | $174.47 |
| COMPUTER/HARD DRIVE/SUPPLIES | $1,063.97 |
| DUPLICATING | $194.80 |
| LEXIS | $252.23 |
| MEALS | $231.61 |
| TRAVEL | $954.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS ........................................................ $ | 3,151.53 |
| TOTAL FEES & DISBURSEMENTS ........................................... $ | 53,851.53 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 39.00 | 230.00 | 8,970.00 |
| 550 | Keary | 52.00 | 280.00 | 14,560.00 |
| 493 | Zawadzki | 10.20 | 325.00 | 3,315.00 |
| 486 | Schnitzer | 9.90 | 465.00 | 4,603.50 |
| 260 | Indelicato | 19.50 | 695.00 | 13,552.50 |
| 364 | Power | 8.20 | 695.00 | 5,699.00 |
| ATTY TOTAL | | 138.80 | | 50,700.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

| | | |
|---|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. | |
| 003 | RETENTIONS | |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/08 | Review supplemental OCP list (.10). | JXZ | 0.10 | 32.50 |
| | TOTAL HOURS | | 0.10 | |
| | TOTAL SERVICES ....................................................... $ | | | 32.50 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.10 | 325.00 | 32.50 |
| ATTY TOTAL | | 0.10 | | 32.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 005 | DIP/INVESTIGATION OF LIEN |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/08 | Review DIP order (.20). | JXZ | 0.20 | 65.00 |
| 08/01/08 | Review proposed amendments to DIP loan + DIP order; email YCST re same | MTP | 1.60 | 1,112.00 |
| 08/04/08 | Call with Beach and discussion with MSI re negotiated language with Kaye Scholer on settlement issue | MTP | 0.50 | 347.50 |

|  |  |  |
|---|---|---|
| TOTAL HOURS | 2.30 |  |
| TOTAL SERVICES ..................................................................... $ | | 1,524.50 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.20 | 325.00 | 65.00 |
| 364 | Power | 2.10 | 695.00 | 1,459.50 |
| ATTY TOTAL | | 2.30 | | 1,524.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/01/08 | Review amended sale procedures (.30). | JXZ | 0.30 | 97.50 |
| 08/04/08 | Miscellaneous e-mails and conferences with MSI regarding American Home Bank issues | DDG | 0.20 | 125.00 |
| 08/04/08 | Revise and edit proposed bidding procedures for the Bank (1.30); telephone conversation with Beach regarding change in status and process (.30); draft e-mail regarding same (.30); various e-mails with Blank Rome regarding alternatives with the Bank (.30). | MSI | 2.20 | 1,529.00 |
| 08/05/08 | Prepare for, travel to and from (@50%) and attend omnibus hearing before Judge Sontchi re motion to approve bid procedures for sale of performing loans and motion to approve amendment to DIP loan (5.7) | MTP | 5.70 | 3,961.50 |
| 08/06/08 | Organizing auction documents for MTP [.3] | EK | 0.30 | 84.00 |
| 08/07/08 | Review changes to performing loan purchase agreement (0.6); miscellaneous e-mails with Vantium, MTP, Beach, Grear, Ekostoulas regarding same (0.3); miscellaneous conferences with MTP, Beach, Kostoulas regarding proposed revisions (1.2); conferences and e-mails with MTP regarding prior sales of second lien loans, review files regarding same (0.3) | DDG | 2.40 | 1,500.00 |
| 08/07/08 | Review list of potential purchasers for loans and call and e-mail with MTP regarding same (.50); review auction notice and calendar maintenance (.10). | JXZ | 0.60 | 195.00 |
| 08/07/08 | Review issues with respect to the sale of the bank (.60); telephone conversation with Beach regarding same (.10). | MSI | 0.70 | 486.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/07/08 | Review revised APA, sale order + other docs; calls with YCST + DDG, call with Apollo to go over final transaction | MTP | 2.50 | 1,737.50 |
| 08/08/08 | Conference call regarding Vantium Capital comments (0.7); miscellaneous conferences and e-mails with MTP, Beach, Kostoulas regarding revised agreement (0.3); review YCST revisions, prepare comments regarding same (0.6) | DDG | 1.60 | 1,000.00 |
| 08/08/08 | Calls with Vantium, YCST, Debtors, DDG resolving open issues on sales | MTP | 1.00 | 695.00 |
| 08/11/08 | Review revisions to performing loan sale agreement, e-mails regarding same | DDG | 0.30 | 187.50 |
| 08/12/08 | Review various revisions to agreement regarding performing loan sale, miscellaneous e-mails regarding same (0.7); miscellaneous conferences with Beach, Grear, Kostoulas, MTP regarding revisions to agreement (0.6); conference call with Debtors, YCST regarding sale issues (0.4) | DDG | 1.70 | 1,062.50 |
| 08/12/08 | Foreclosure action issue for Ed re second lien amount owed to estate [4.1]; McClain summary and chapter 5 release research correspondence to ELS and Sean Beach [1.1] | EK | 5.60 | 1,568.00 |
| 08/12/08 | Multiple emails and conference call with YCST, Kroll and AHM re declaring Vantium stalkinghorse  bidder for sale of performing loans (2.5); follow up call with Vantium re same (.3) | MTP | 2.80 | 1,946.00 |
| 08/13/08 | Conference call with Kroll, YCST and AHM on performing loan  sale process (1.0) | MTP | 1.00 | 695.00 |
| 08/19/08 | Prepare for Mortgage loan auction for DDG [.3] | EK | 0.30 | 84.00 |
| 08/19/08 | Review and analyze motion by WL Ross for administration claim related to purchase of the servicing business. | MSI | 1.60 | 1,112.00 |
| 08/20/08 | Drafting summary of the stalking horse bid for JR and Committee [.18] | EK | 1.80 | 504.00 |
| 08/20/08 | Review motion by WL Ross for administration claim. | MSI | 0.60 | 417.00 |
| 08/21/08 | Miscellaneous e-mails regarding bids | DDG | 0.20 | 125.00 |
| 08/22/08 | Review bid, bid spread sheet, miscellaneous e-mails regarding bids | DDG | 0.40 | 250.00 |
| 08/22/08 | E-mail and call with DDG regarding auction and bid procedures (.10); review bid procedures (.40). | JXZ | 0.50 | 162.50 |
| 08/22/08 | Review issues regarding claims made by WL Russ. | MSI | 1.60 | 1,112.00 |
| 08/22/08 | Calls with DDG and MSI re results of bids for performing loan sale | MTP | 0.50 | 347.50 |
| 08/24/08 | Conference call regarding performing loan sale, e-mail regarding same (0.5); conference with Grear regarding WLR tax issue, e-mail regarding same (0.3) | DDG | 0.80 | 500.00 |
| 08/25/08 | Miscellaneous conferences and e-mails with Beach, MTP, Kostoulis regarding auction, bidder issues | DDG | 0.80 | 500.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/25/08 | Attention to bids received for performing loans (.8); multiple calls with Beach, Kroll and AHM re same (1.5); calls with Vantium re decision to declare Vantium the winning bidder (.5); call from beach re issue with loan level pricing (.3) | MTP | 3.10 | 2,154.50 |
| 08/26/08 | Conference with MSI regarding WLR tax issue, review APA regarding same | DDG | 0.20 | 125.00 |
| 08/26/08 | Call from Mike Nocco (Vantium) re closing details and questions (.2); call with Sean Beach re closing issues with Vantium (.2); review draft sale order re performing loans (.5); e-mails with YCST & Vantium & AHM re sale issues (.2); review Vantium mark up of sale order (.3); e-mail to YCST & Thatcher re my comments on sale order (.3); call to Shelter Rock re interest in bidding (.1) | MTP | 1.80 | 1,251.00 |
| 08/27/08 | Prepare for meeting with BDO regarding WLR issues (0.3); meeting with BDO, MSI, ELS regarding WLR issues (1.7); conference call with MSI, Beach and Grear regarding WLR issues (0.7); review materials regarding LPMI, PP and tax issues (0.2) | DDG | 2.90 | 1,812.50 |
| 08/27/08 | Review motion and draft committee summary for sale of property free and clear [1.8]; e-mails and calls to debtors re sale [.2] | EK | 2.00 | 560.00 |
| 08/27/08 | Meeting with M. Michaelis and M. Stewart regarding update and Ross motion for administration claim (2.10); telephone conversation with YCST and DDG regarding Committee's view regarding administration claim and tax issues (.60); review same (.60). | MSI | 3.30 | 2,293.50 |
| 08/27/08 | Attention to e-mails re issues with closing with Vantium. | MTP | 0.50 | 347.50 |
| 08/30/08 | E-mails with M. Michaelis and MTP regarding sale issues (.20); review notice (.10). | JXZ | 0.30 | 97.50 |

TOTAL HOURS 52.10

TOTAL SERVICES ......................................................... $ 30,625.50

DISBURSEMENT SUMMARY

DUPLICATING $0.40

MEALS $13.22

TOTAL DISBURSEMENTS ............................................. $ 13.62

TOTAL FEES & DISBURSEMENTS............................................. $ 30,639.12

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 550 | Keary | 10.00 | 280.00 | 2,800.00 |
| 493 | Zawadzki | 1.70 | 325.00 | 552.50 |
| 426 | Grubman | 11.50 | 625.00 | 7,187.50 |
| 260 | Indelicato | 10.00 | 695.00 | 6,950.00 |
| 364 | Power | 18.90 | 695.00 | 13,135.50 |
| ATTY TOTAL | | 52.10 | | 30,625.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/04/08 | Review BDO analysis of fees (.20). | JXZ | 0.20 | 65.00 |
| 08/07/08 | Review and update fee chart (1.10) review H&H services and disbursements (.70) | JS | 1.80 | 414.00 |
| 08/12/08 | Draft H&H's May fee application (1.20) Review and edit services descriptions for July Fee period (1.50) | JS | 2.70 | 621.00 |
| 08/13/08 | Review email from MTP on need to include invoice from Fred Madonna in next fee app (.10) review invoice (.20) Update fee summary chart (.80) | JS | 1.10 | 253.00 |
| 08/15/08 | Review fee applications. | JXZ | 0.10 | 32.50 |
| 08/18/08 | Review monthly statements for July. | MSI | 0.70 | 486.50 |
| 08/19/08 | Examining Kroll Zolfo Coopers fees [.3] | EK | 0.30 | 84.00 |
| 08/19/08 | Review Kroll's July fee app (.30) update summary fee chart (.10) calendar events (.10) | JS | 0.50 | 115.00 |
| 08/21/08 | Review CNO and update summary chart for Kroll, YCST, Quinn and Weiner (.30) Review Quinn May fee app and update summary chart (.30) | JS | 0.60 | 138.00 |
| 08/21/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (2.60); draft committee fee reports (1.10); circulate fee reports (.10). | JXZ | 3.80 | 1,235.00 |
| 08/21/08 | Review and comment on JXZ's analysis of various fee applications | MTP | 0.30 | 208.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/22/08 | Research ELS's time entry to satisfy inquiry from Judge Sontchi (.20) update entry and forward to Debtors (.20) Review BDO's July fe app (.30) review pricewaterhouseCoopers Fourth monthly fee app (.20) update summary chart (.20) | JS | 1.10 | 253.00 |
| 08/27/08 | Revise and edit monthly fee application. | MSI | 1.10 | 764.50 |

TOTAL HOURS                                    14.30

TOTAL SERVICES ........................................................ $     4,670.00

DISBURSEMENT SUMMARY

DUPLICATING                                                     $14.70

TOTAL DISBURSEMENTS ........................................... $        14.70

TOTAL FEES & DISBURSEMENTS ............................. $     4,684.70

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 556 | Smith | 7.80 | 230.00 | 1,794.00 |
| 550 | Keary | 0.30 | 280.00 | 84.00 |
| 493 | Zawadzki | 4.10 | 325.00 | 1,332.50 |
| 260 | Indelicato | 1.80 | 695.00 | 1,251.00 |
| 364 | Power | 0.30 | 695.00 | 208.50 |
| ATTY TOTAL | | 14.30 | | 4,670.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/01/08 | Examining Lehman entries re Lehman's direct appeal to the third circuit and drafting committee memo [1.2]; items listed for inclusion stipulation memo Lehman [.5] | EK | 1.70 | 476.00 |
| 08/01/08 | Lehman Adv Proceeding, Review and distribute Appellant Designation (.10) Review and distribute Lehman Brief (.20) Review and distribute compendium of unreported cases (.10) | JS | 0.40 | 92.00 |
| 08/04/08 | Communicate with IT and paralegal re: document production | DM | 0.50 | 100.00 |
| 08/04/08 | Discussion with Nath Grow at YCST and examining Zel Ramsey's claims [.8] | EK | 0.80 | 224.00 |
| 08/04/08 | Discussion with J. Tucker re documentation/database issues. | RJM | 0.40 | 210.00 |
| 08/05/08 | Communicate with IT and paralegal re: document production | DM | 0.30 | 60.00 |
| 08/05/08 | Reading briefs and docket entries in Lehman action [.9]; e-mails to YCST re AT&T's claim [.3] | EK | 1.20 | 336.00 |
| 08/06/08 | Examining the B of A - Debtors stipulation + drafting summary [1.1] | EK | 1.10 | 308.00 |
| 08/06/08 | Calyon Adv. Proceeding, review Order approving stipulation (.20) | JS | 0.20 | 46.00 |
| 08/07/08 | Drafting memo re McClain Partners [1.6] | EK | 1.60 | 448.00 |
| 08/07/08 | Adv Proceeding 08-51039 review Certification of Counsel (.10) Lehman Adv. Proceeding; review Order (.10) | JS | 0.20 | 46.00 |
| 08/08/08 | Working on McClain motion and drafting a summary for the committee [1.5]; e-mails and phone calls to Debtors - Sean Beach + Matt Lunn [.4] | EK | 1.90 | 532.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/08/08 | Adv Proceeding 08-51039, review and distribute order approving stipulation (.20) | JS | 0.20 | 46.00 |
| 08/11/08 | Working on Zel Ramsay motion with M. Lunn e-mails and calls [.3]; reading the Debtors 13th objection to claims and responses [1.2] | EK | 1.50 | 420.00 |
| 08/12/08 | E-mails, reading and phone calls re McClain release [.5] | EK | 0.50 | 140.00 |
| 08/12/08 | Review e-mails with ELS regarding foreclosure issues (.20); meeting with EK regarding same and equity (.10). | MSI | 0.30 | 208.50 |
| 08/13/08 | Review Debtor motion for relief from the stay [.8]; reviewing McClain stip and e-mails [.4] | EK | 1.20 | 336.00 |
| 08/13/08 | Confer with JXZ re status of WARN Act litigation (.10). | JPM | 0.10 | 69.50 |
| 08/13/08 | 08-51039 Adv Proceeding, review and circulate Certificate of Counsel re: Stipulation (.20) | JS | 0.20 | 46.00 |
| 08/14/08 | 08-51039 Adv Proceeding, review Order approving stipulation (.10) | JS | 0.10 | 23.00 |
| 08/18/08 | Reviewing & summary for professionals of the administrative claim re: AHM servicing [.8]; e-mails to Debtors and regarding consent order re: HAGE [.4] | EK | 1.20 | 336.00 |
| 08/19/08 | Drafting summary of the status of Wells Fargo adversary, updating dates [.6] | EK | 0.60 | 168.00 |
| 08/19/08 | Review and circulate notice of hearing re Wells Fargo adv proceeding (.20) update calendar (.10) | JS | 0.30 | 69.00 |
| 08/19/08 | Meet with JPM re litigation strategy. | RJM | 0.50 | 262.50 |
| 08/20/08 | E-mails and phone call re admin claim for AHMA [.3]; review claim for JXZ and MSI re joinder [.4] | EK | 0.70 | 196.00 |
| 08/20/08 | Calyon Adv. Proceeding, review stipulation of dismissal (.10) | JS | 0.10 | 23.00 |
| 08/21/08 | Examining for ELS the foreclosures of various properties re: estate property [1.1] | EK | 1.10 | 308.00 |
| 08/21/08 | E-mail with LR regarding discovery (.10). | JXZ | 0.10 | 32.50 |
| 08/22/08 | Calyon branch adversary summary for ELS [1.9] | EK | 1.90 | 532.00 |
| 08/25/08 | Review and drafting committee summary of Merscoup motion [1.3]; review and drafting committee summary of AHMC Rule 9019 stipulation [1.4]; review and drafting committee summary of Washington Mutual settlement [1.1]; review and drafting committee summary of Debtors motion to extend time with which to remove actions [1.3]; review and drafting committee summary of Phoenix Capital's first quarterly fee application [.9]; review and drafting committee summary of Lehman adversary's third circuit court of appeals for ELS [2.1] | EK | 8.10 | 2,268.00 |
| 08/25/08 | Review and circulate certificate of counsel in Broadhollow adv. proceedings (.10) | JS | 0.10 | 23.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/26/08 | Sam Hage research re insider payments for ELS [.7]; e-mails and phone conversations to M. Lunn re Metrocities sales [.3]; discussing the San Hage settlement with YCST summary [.2]; Summarize lehman deal [1.5] | EK | 2.70 | 756.00 |
| 08/27/08 | Sam Hage calls & e-mails with the debtors [.1]; drafting a summary of the AHM appeal to the district court [1.9]; review correspondence from Richard Horvath re claim [.6]; review various letters filed re claim to the court [.4]; drafting updates of the adversary summaries for ELS [1.3] | EK | 4.30 | 1,204.00 |
| 08/27/08 | Broadhollow Adv. proceeding, review and circulate Order approving second stip (20) | JS | 0.20 | 46.00 |
| 08/28/08 | Examining foreclosure notices received in the last two weeks re: equity surplus [1.7]; reading TRIAD documents re disk Loeffler's disposition [1.1] | EK | 2.80 | 784.00 |
| 08/28/08 | Continue to review emails of Hozie, Strauss and Bernstein. | RJM | 4.50 | 2,362.50 |
| 08/29/08 | Review WARN issues and discovery (.70). | MSI | 0.70 | 486.50 |

TOTAL HOURS     44.30

TOTAL SERVICES .......................................................................$     14,024.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $0.75 |
| CARFARE | $19.00 |
| DUPLICATING | $64.90 |
| LEXIS | $479.08 |
| MEALS | $74.91 |
| OVERNIGHT DELIVERY | $9.14 |
| SEARCH FEES | $10.24 |

TOTAL DISBURSEMENTS ...........................................................$     658.02

TOTAL FEES & DISBURSEMENTS............................................$     14,682.02

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 558 | Millman | 0.80 | 200.00 | 160.00 |
| 556 | Smith | 2.00 | 230.00 | 460.00 |

| 550 | Keary | 34.90 | 280.00 | 9,772.00 |
| 493 | Zawadzki | 0.10 | 325.00 | 32.50 |
| 952 | Malatak | 5.40 | 525.00 | 2,835.00 |
| 226 | McCahey | 0.10 | 695.00 | 69.50 |
| 260 | Indelicato | 1.00 | 695.00 | 695.00 |
| ATTY TOTAL | | 44.30 | | 14,024.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
010       PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/08 | Review plan issues. | MSI | 0.90 | 625.50 |
| 08/02/08 | Begin reviewing debtors' proposed plan. | ELS | 0.50 | 232.50 |
| 08/04/08 | Continue review of debtors' draft plan. | ELS | 4.20 | 1,953.00 |
| 08/05/08 | Review plan (.60). | JXZ | 0.60 | 195.00 |
| 08/05/08 | Review and edit plan (1.40). | MSI | 1.40 | 973.00 |
| 08/06/08 | Continue review of debtors' draft plan. | ELS | 1.80 | 837.00 |
| 08/06/08 | Review plan. | JXZ | 0.90 | 292.50 |
| 08/06/08 | Review and edit draft plan (3.60); review BDO analysis of distribution (.40); meeting with D. Berliner regarding same (.30). | MSI | 4.30 | 2,988.50 |
| 08/06/08 | Review and comment on revised plan of liquidation and disclosure statement | MTP | 2.20 | 1,529.00 |
| 08/07/08 | Conference call with MSI and debtors' counsel re: our comments to their draft plan. | ELS | 2.30 | 1,069.50 |
| 08/07/08 | Meeting and calls with MSI and ELS regarding plan issues (.20). | JXZ | 0.20 | 65.00 |
| 08/07/08 | Revise and edit plan in preparation for conference call (.80); conference call with Brady and Beach regarding comments and issues with plan document (2.30); telephone conversation with Berliner regarding same (.30); review and analyze distribution model (.80). | MSI | 4.20 | 2,919.00 |
| 08/08/08 | Review plan (.60). | JXZ | 0.60 | 195.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/08/08 | Review plan issues (.60); review BDO analysis and distribution (.50); review draft plan (1.80). | MSI | 2.90 | 2,015.50 |
| 08/08/08 | Work on revised plan, revised liquidation analysis + expense allocation; discuss issues with MSI | MTP | 2.30 | 1,598.50 |
| 08/11/08 | Review latest version of plan and disclosure statement (3.80); conference call with debtors re: same (1.20); | ELS | 5.00 | 2,325.00 |
| 08/11/08 | Review plan and disclosure statement language. | JXZ | 1.10 | 357.50 |
| 08/11/08 | Revise and edit plan (1.40); telephone conversation with Beach regarding same (.40); revise and edit disclosure statement (4.70); telephone conversation with Berliner regarding issues (.30); review structure issues (1.30); telephone conversation with Kroll, YCST & BDO to discuss plan issues (1.10). | MSI | 9.10 | 6,324.50 |
| 08/11/08 | Participate in conference call with debtor's professionals, BDO and MSI re remaining open issues with plan of liquidation (1.6) | MTP | 1.60 | 1,112.00 |
| 08/12/08 | Review plan and disclosure statement (1.90); conference call with debtors, meeting with MSI, MTP re: plan (.60). | JXZ | 2.50 | 812.50 |
| 08/12/08 | Review and edit several drafts of the plan (2.20) and the draft disclosure statement (3.20); telephone conversation with Beach regarding certain issues (.20); telephone conversation with YCST, Kroll and BDO regarding same (.80); draft e-mail tot he committee regarding latest draft of the plan (.30). | MSI | 6.70 | 4,656.50 |
| 08/12/08 | Conference call with debtor's professionals, BDO and MSI re comments and issues with plan of liquidation (1.0) | MTP | 1.00 | 695.00 |
| 08/13/08 | Review plan and disclosure statement (.60); conference call with debtors re: plan (.80); meetings/calls with MSI, MTP, D. Berliner re: plan (.30). | JXZ | 1.70 | 552.50 |
| 08/13/08 | Review and edit latest draft of the disclosure statement and plan (1.80); telephone conversation with Berliner regarding outstanding issues (.30); attend telephone conference with Kroll, YCST and BDO to go over plan issues (1.10); review language proposed by indenture trustee (.30); review allocation issues (.30). | MSI | 3.80 | 2,641.00 |
| 08/13/08 | Revise and edit report to the committee regarding plan issues (.80); telephone conversation with Berliner regarding same (.10); draft e-mail regarding comments (.20). | MSI | 1.10 | 764.50 |
| 08/13/08 | Call with YCST and Kroll and BDO and MSI re plan of liquidation and disclosure statement | MTP | 1.20 | 834.00 |
| 08/14/08 | Conference call debtors re: plan (.50); emails/meeting with MTP, MSI re: plan issues (.30); review plan/disclosure statement (2.40). | JXZ | 3.20 | 1,040.00 |
| 08/14/08 | Review and edit latest draft of the disclosure statement (2.30); and the Plan (.90); telephone conference with Beach re: same (.30); attend conference call with Kroll, BDO and Yust re: confirmation issues and committee's position on plan (.70); meeting with MTP and JXZ re: strategy (.20). | MSI | 4.40 | 3,058.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/15/08 | Review and analyze latest draft of the plan (.80); and disclosure statement (1.40); telephone conversation with Beach regarding timing and plan issues (.20). | MSI | 2.40 | 1,668.00 |
| 08/18/08 | Email P. Johnson re: plan. | JXZ | 0.10 | 32.50 |
| 08/18/08 | Review draft of plan and disclosure statement filed with the court (.70); e-mail to the committee regarding same (.10). | MSI | 0.80 | 556.00 |
| 08/19/08 | Conference call with MSI, T. Moss re; plan issues (.50); review allocation model .10). | JXZ | 0.60 | 195.00 |
| 08/19/08 | Telephone conversation with Jina Moss regarding plan issues. | MSI | 0.50 | 347.50 |
| 08/21/08 | Call with MSI regarding plan issues and circulate committee update (.30); e-mail regarding solicitation notice (.10). | JXZ | 0.40 | 130.00 |
| 08/22/08 | Review disclosure statement, plan and disclosure statement motion (.70). | JXZ | 0.70 | 227.50 |
| 08/25/08 | Review and edit motion to approve disclosure statement and all exhibits (1.80); meeting with ELS re: same (.10); emails with Lunn re: same (.20). | MSI | 2.10 | 1,459.50 |
| 08/26/08 | Revise and edit motion for voting procedures (.90); meeting with ELS re: same (.20); telephone conference with Lunn re: same (.20); review EPD issues raised by committee members (.60). | MSI | 1.90 | 1,320.50 |
| 08/26/08 | Call from Sidley Austin re Wells Fargo's issue with Disclosure Statement (.2); e-mail to AHM, Kroll, BPU and YCST re scheduling separate call on EPD/breach protocol (.2) | MTP | 0.40 | 278.00 |
| 08/27/08 | E-mails and conversations with T. Moss and creditors regarding issues on various provisions of the plan (.60); review issues on EPD and breach issues and disclosure statement (.60); telephone conversation with Lunn regarding voting procedures (.20). | MSI | 1.40 | 973.00 |
| 08/27/08 | Multiple e-mails with AHM and YCST re follow-up questions on EPP/breach protocol and claims estimation process (.50); discussion with S. Beach and Damien Voulo re same (.20). | MTP | 0.70 | 486.50 |
| 08/28/08 | Review the disclosure statement and motion and drafting summary [1.7]. | EK | 1.70 | 476.00 |
| 08/28/08 | Review and circulate Motion to Approve Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan, and (IV) Granting Related Relief (.50) calendar events (.20) file maintenance (.20) | JS | 0.90 | 207.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/28/08 | Telephone conversation with Kroll, YCST and BDO to discuss breach and EPD procedures (.70); review same and changes to procedure motion (.40). | MSI | 1.10 | 764.50 |

|  | TOTAL HOURS |  | 87.40 |  |
|---|---|---|---|---|
|  | TOTAL SERVICES ......................................................... $ |  |  | 51,783.00 |

DISBURSEMENT SUMMARY

| CARFARE | $423.81 |
|---|---|
| DUPLICATING | $91.20 |
| MEALS | $44.11 |
| OVERNIGHT DELIVERY | $9.14 |

| TOTAL DISBURSEMENTS ........................................... $ | 568.26 |
|---|---|
| TOTAL FEES & DISBURSEMENTS............................ $ | 52,351.26 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 0.90 | 230.00 | 207.00 |
| 550 | Keary | 1.70 | 280.00 | 476.00 |
| 493 | Zawadzki | 12.60 | 325.00 | 4,095.00 |
| 486 | Schnitzer | 13.80 | 465.00 | 6,417.00 |
| 260 | Indelicato | 49.00 | 695.00 | 34,055.00 |
| 364 | Power | 9.40 | 695.00 | 6,533.00 |
| ATTY TOTAL | | 87.40 | | 51,783.00 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

703159        AMERICAN HOME MORTAGE HOLDINGS, INC.
011           EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/18/08 | Attention to discovery matters. | JXZ | 0.10 | 32.50 |
| 08/25/08 | Review letter and information in preparation for call with Holt and Beach (.40); telephone conference with Holt and Beach re: same (.40). | MSI | 0.80 | 556.00 |
| 08/26/08 | Revise and edit settlement letter re: WARN litigation (.60); email to YCST re: comments (.20); review issues regarding AOM claim (.50). | MSI | 1.30 | 903.50 |
| 08/28/08 | Review letter to plaintiff's counsel (.20); review documents produced (1.10). | MSI | 1.30 | 903.50 |
| 08/30/08 | Review debtors initial settlement proposal and e-mails with MSI regarding same (.30); review discovery notices (.10). | JXZ | 0.40 | 130.00 |

TOTAL HOURS                        3.90

TOTAL SERVICES ......................................................... $     2,525.50

DISBURSEMENT SUMMARY
DUPLICATING                                                        $1.70

TOTAL DISBURSEMENTS ........................................... $         1.70

TOTAL FEES & DISBURSEMENTS............................. $     2,527.20

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 0.50 | 325.00 | 162.50 |
| 260 | Indelicato | 3.40 | 695.00 | 2,363.00 |
| ATTY TOTAL | | 3.90 | | 2,525.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 012 | CLAIMS ADMINISTRATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/04/08 | Reading the Debtor objection to claims and examining responses of creditors [1.4] | EK | 1.40 | 392.00 |
| 08/04/08 | Review recent responses (.20). | JXZ | 0.20 | 65.00 |
| 08/06/08 | Working on list of the committee's claims against AHM [.6] | EK | 0.60 | 168.00 |
| 08/06/08 | Review recent responses. | JXZ | 0.20 | 65.00 |
| 08/08/08 | Review recent responses (.10). | JXZ | 0.10 | 32.50 |
| 08/13/08 | Working on Bank of NY claims for MSI [1.1] | EK | 1.10 | 308.00 |
| 08/14/08 | Update cure claim speardsheet (1.20) | JS | 1.20 | 276.00 |
| 08/14/08 | Review responses/NOW (.50). | JXZ | 0.50 | 162.50 |
| 08/15/08 | Preliminary review of claims objections. | JXZ | 0.20 | 65.00 |
| 08/26/08 | Discussion with EK re Hage stipulation and chapter 5 claims | MTP | 0.20 | 139.00 |
| 08/27/08 | E-mail to YCST re new WARN Act decision re administrative claim. | MTP | 0.30 | 208.50 |
| 08/30/08 | Review recent responses (.40). | JXZ | 0.40 | 130.00 |

TOTAL HOURS                                                    6.40

TOTAL SERVICES ............................................................... $     2,011.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.20 | 230.00 | 276.00 |
| 550 | Keary | 3.10 | 280.00 | 868.00 |
| 493 | Zawadzki | 1.60 | 325.00 | 520.00 |
| 364 | Power | 0.50 | 695.00 | 347.50 |
| ATTY TOTAL | | 6.40 | | 2,011.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136017

For professional services rendered from August 1, through August 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 013 | INVESTIGATION OF COMPANY |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/04/08 | Telephone conversation with RJM re: MD's illegal dividend statute and charter's exculpatory provisions. | CJK | 0.20 | 85.00 |
| 08/04/08 | Confer with JT re debtors' production of documents (.20); confer with RJM re debtors' documents (.30); review of debtors' documents (2.0). | JPM | 2.50 | 1,737.50 |
| 08/05/08 | Review, analyze investigation chart prepared by BDO. | RJM | 0.50 | 262.50 |
| 08/06/08 | Review of BDO 55-page memorandum re debtors' documents (1.50); review of AHM documents (2.0). | JPM | 3.50 | 2,432.50 |
| 08/06/08 | Conference with JT re document production issues. | RJM | 0.40 | 210.00 |
| 08/07/08 | Reviewed index of documents prepared by BDO Seidman. | CJK | 1.00 | 425.00 |
| 08/07/08 | Confer with RJM (2) re BDO analysis, follow-up with BDO and development of issues to focus on (.40); review of debtors' financial statements and my notes (1.50). | JPM | 1.90 | 1,320.50 |
| 08/08/08 | Review of documents and notes and prepare list of potential issues to focus (2.0). | JPM | 2.00 | 1,390.00 |
| 08/12/08 | Review of OTS report re AHM (1.2). | JPM | 1.20 | 834.00 |
| 08/13/08 | Review of board minutes and handwritten notes (1.5); prepare and revise outline of issues for further investigation (1.0); email to RJM and CJK re same (.20). | JPM | 2.70 | 1,876.50 |
| 08/14/08 | Review of issues to be investigated (.80); emails with RJM (.10). | JPM | 0.90 | 625.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/15/08 | Confer with JT re email production by debtors (.20); emails with BDO re investigation (.20); review of issues identified by BDO and supporting schedules (1.0). | JPM | 1.40 | 973.00 |
| 08/16/08 | Review of material from BDO re debtors' financial performance (1.0). | JPM | 1.00 | 695.00 |
| 08/18/08 | Reviewed JPM's notes re: potential areas of investigation (.10); email conversation with JPA/RJM/BDO Seidman re: AHM document issues and conference (.10); telephone conversation with RJM re: research re: directors' liability for issuance of illegal dividends (.10). | CJK | 0.30 | 127.50 |
| 08/18/08 | Emails with BDO re investigation of debtor (.40); telephone conference with BDO (D. Berliner and M. Nichaelis) re investigation of debtor (.30); confer with RJM (2) re BDO's materials (.30); confer with CJK re meeting with BDO (.10); internal emails re BDO meeting/conference call (.20); review of BDO materials, debtors' index of documents and notes re debtors' documents and public filings (4.2). | JPM | 5.50 | 3,822.50 |
| 08/18/08 | Review analyses prepared by BDO and J. McCahey, as well as related source documents including BOD minutes and packages (2.5); review memorandum prepared by C. Kang re illegal dividends and review related corporate charters and by-laws of certain debtor entities (1.1). | RJM | 3.60 | 1,890.00 |
| 08/19/08 | Review of debtors' documents and notes re same (2.0); review of dividends paid by debtors (.80); review of debtors' schedule of documents produced by debtors to SEC and USDOJ (1.0); prepare for conference with BDO (1.0); confer (2) with RJM re BDO conference and debtors' emails (.50). | JPM | 5.30 | 3,683.50 |
| 08/20/08 | Telephone conversation with JPM, RJM and BDO Seidman regarding areas of investigation (1.50); conference with JPM and RJM regarding same (.20); reviewed OTS exam report in preparation for document review/investigation of potential claims (1.00). | CJK | 2.70 | 1,147.50 |
| 08/20/08 | Review notes for conference call with BDO (.50); conference call with BDO re further requests for documents from debtors and areas to focus on in investigation (1.5); review of AHM board minutes re declaration of dividends (.80); review of RJM memorandum re summary of Md. Statutes as to declaration of dividends (.40); review of debtors' schedule of documents to be requested (1.0); telephone conference with M. Michaelis of BDO re AHM dividends (.20). | JPM | 4.40 | 3,058.00 |
| 08/20/08 | Telephone conference with CJK JPM and BDO re investigation and potential issues (1.50); confer with JT re database issues (.30). | RJM | 1.80 | 945.00 |
| 08/21/08 | Reviewed index of documents prepared by BDO regarding documents we might want to ask for to review. | CJK | 1.00 | 425.00 |
| 08/21/08 | Email to RJM and CJK re debtors' schedule of documents and particular documents to request (.80). | JPM | 0.80 | 556.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/21/08 | Confer with LR and JT re document production database issues. | RJM | 0.50 | 262.50 |
| 08/22/08 | Reviewed e-mail correspondence from BDO Seidman, RJM and JPM. | CJK | 0.10 | 42.50 |
| 08/22/08 | Review of emails between HH and BDO re further requests of documents from Debtors (.10). | JPM | 0.10 | 69.50 |
| 08/25/08 | Confer with JT and TL re document production issues (.40); emails to/from BDO re document production and related matters (.30); review email from JPM re document production (.10). | RJM | 0.80 | 420.00 |
| 08/27/08 | Commence review of emails produced by debtor. | RJM | 5.50 | 2,887.50 |
| 08/29/08 | Continue review of email database (4.5); review index of AHM documents and BDO discovery-related email and draft, send letters to AHM requesting further discovery (1.3). | RJM | 5.80 | 3,045.00 |
| 08/31/08 | Review of BDO's selection of documents from debtors' schedule for production to committee. | JPM | 1.50 | 1,042.50 |

TOTAL HOURS      58.90

TOTAL SERVICES ........................................................................ $    36,291.50

DISBURSEMENT SUMMARY

COMPUTER/HARD DRIVE/SUPPLIES      $2,770.01

DUPLICATING      $77.90

TOTAL DISBURSEMENTS ........................................................ $    2,847.91

TOTAL FEES & DISBURSEMENTS............................................ $    39,139.41

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 931 | Kang | 5.30 | 425.00 | 2,252.50 |
| 952 | Malatak | 18.90 | 525.00 | 9,922.50 |
| 226 | McCahey | 34.70 | 695.00 | 24,116.50 |
| ATTY TOTAL | | 58.90 | | 36,291.50 |