**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---:|---|
| 8/5/2008 | Power, Mark | CAR | $7.30 | VENDOR: POWER, MARK T.; INVOICE#: 12; DATE: 9/16/2008 |
| 8/5/2008 | Power, Mark | CAR | $8.00 | VENDOR: POWER, MARK T.; INVOICE#: 12; DATE: 9/16/2008 |
| 8/11/2008 | Indelicato, Mark S | CAR | $144.84 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 102556; DATE: 8/19/2008 |
| 8/12/2008 | Indelicato, Mark S | CAR | $135.35 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 102556; DATE: 8/19/2008 |
| 8/14/2008 | Zawadzki, Jeffrey | CAR | $51.00 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 559698; DATE: 8/31/2008 |
| 8/14/2008 | Indelicato, Mark S | CAR | $133.62 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 102556; DATE: 8/19/2008 |
| 8/21/2008 | Zawadzki, Jeffrey | CAR | $56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 559698; DATE: 8/31/2008 |
| 8/25/2008 | Schnitzer, Edwar | CAR | $10.00 | VENDOR: PETTY CASH; INVOICE#: 90107; DATE: 9/16/2008 |
| 8/27/2008 | Power, Mark | CAR | $52.07 | VENDOR: POWER, MARK T.; INVOICE#: 14; DATE: 9/30/2008 |
| 8/28/2008 | Malatak, Robert | CAR | $19.00 | VENDOR: ROBERT MALATAK; INVOICE#: 2; DATE: 10/7/2008 |
|  |  |  | $617.28 |  |
| 8/27/2008 | Tucker, Jason L. | COMP | $1,151.48 | VENDOR: Superior Glacier; INVOICE#: 541005; DATE: 8/27/2008 |
| 8/29/2008 | Goggin, Carla M. | COMP | $1,063.97 | VENDOR: Superior Glacier; INVOICE#: 541062; DATE: 8/29/2008 |
| 8/29/2008 | Tucker, Jason L. | COMP | $1,618.53 | VENDOR: Superior Glacier; INVOICE#: 541152; DATE: 8/29/2008 |
|  |  |  | $3,833.98 |  |
| 8/1/2008 |  | DUPL | $3.00 |  |
| 8/1/2008 |  | DUPL | $0.20 |  |
| 8/1/2008 |  | DUPL | $0.20 |  |
| 8/1/2008 |  | DUPL | $0.20 |  |
| 8/1/2008 |  | DUPL | $2.00 |  |
| 8/1/2008 |  | DUPL | $0.10 |  |
| 8/1/2008 |  | DUPL | $0.10 |  |
| 8/1/2008 |  | DUPL | $0.10 |  |
| 8/1/2008 |  | DUPL | $0.20 |  |
| 8/1/2008 |  | DUPL | $0.20 |  |
| 8/4/2008 |  | DUPL | $2.80 |  |
| 8/4/2008 |  | DUPL | $7.10 |  |
| 8/4/2008 |  | DUPL | $1.00 |  |
| 8/4/2008 |  | DUPL | $0.50 |  |
| 8/4/2008 |  | DUPL | $2.20 |  |
| 8/4/2008 |  | DUPL | $2.40 |  |
| 8/4/2008 |  | DUPL | $0.20 |  |
| 8/4/2008 |  | DUPL | $0.70 |  |
| 8/4/2008 |  | DUPL | $0.20 |  |
| 8/4/2008 |  | DUPL | $2.00 |  |
| 8/4/2008 |  | DUPL | $0.70 |  |
| 8/4/2008 |  | DUPL | $0.70 |  |

| Date | Type | Amount |
|---|---|---|
| 8/4/2008 | DUPL | $2.00 |
| 8/4/2008 | DUPL | $1.80 |
| 8/4/2008 | DUPL | $0.10 |
| 8/4/2008 | DUPL | $0.30 |
| 8/4/2008 | DUPL | $0.30 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.30 |
| 8/4/2008 | DUPL | $1.10 |
| 8/4/2008 | DUPL | $2.00 |
| 8/4/2008 | DUPL | $3.40 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.60 |
| 8/4/2008 | DUPL | $0.40 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.50 |
| 8/4/2008 | DUPL | $0.50 |
| 8/4/2008 | DUPL | $2.00 |
| 8/4/2008 | DUPL | $0.40 |
| 8/4/2008 | DUPL | $3.30 |
| 8/4/2008 | DUPL | $0.10 |
| 8/4/2008 | DUPL | $0.10 |
| 8/4/2008 | DUPL | $0.60 |
| 8/4/2008 | DUPL | $0.70 |
| 8/4/2008 | DUPL | $0.70 |
| 8/4/2008 | DUPL | $0.70 |
| 8/4/2008 | DUPL | $0.60 |
| 8/4/2008 | DUPL | $3.10 |
| 8/4/2008 | DUPL | $2.30 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $1.80 |
| 8/4/2008 | DUPL | $3.70 |
| 8/4/2008 | DUPL | $0.30 |
| 8/4/2008 | DUPL | $0.30 |
| 8/4/2008 | DUPL | $1.00 |
| 8/4/2008 | DUPL | $1.00 |
| 8/4/2008 | DUPL | $1.00 |
| 8/4/2008 | DUPL | $3.90 |
| 8/4/2008 | DUPL | $0.70 |
| 8/4/2008 | DUPL | $6.50 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $0.20 |
| 8/4/2008 | DUPL | $1.10 |
| 8/4/2008 | DUPL | $1.30 |
| 8/4/2008 | DUPL | $1.30 |
| 8/4/2008 | DUPL | $1.20 |

| Date | Type | Amount |
|---|---|---|
| 8/4/2008 | DUPL | $6.20 |
| 8/4/2008 | DUPL | $4.50 |
| 8/4/2008 | DUPL | $0.30 |
| 8/4/2008 | DUPL | $3.50 |
| 8/4/2008 | DUPL | $7.30 |
| 8/6/2008 | DUPL | $1.00 |
| 8/6/2008 | DUPL | $0.10 |
| 8/6/2008 | DUPL | $5.50 |
| 8/6/2008 | DUPL | $0.20 |
| 8/8/2008 | DUPL | $0.10 |
| 8/8/2008 | DUPL | $0.10 |
| 8/8/2008 | DUPL | $12.20 |
| 8/8/2008 | DUPL | $0.10 |
| 8/8/2008 | DUPL | $0.40 |
| 8/8/2008 | DUPL | $0.40 |
| 8/8/2008 | DUPL | $0.10 |
| 8/8/2008 | DUPL | $0.40 |
| 8/8/2008 | DUPL | $0.40 |
| 8/8/2008 | DUPL | $0.40 |
| 8/8/2008 | DUPL | $0.40 |
| 8/8/2008 | DUPL | $0.40 |
| 8/10/2008 | DUPL | $0.80 |
| 8/10/2008 | DUPL | $2.70 |
| 8/10/2008 | DUPL | $2.80 |
| 8/11/2008 | DUPL | $0.40 |
| 8/11/2008 | DUPL | $0.20 |
| 8/11/2008 | DUPL | $0.30 |
| 8/11/2008 | DUPL | $0.50 |
| 8/11/2008 | DUPL | $0.10 |
| 8/11/2008 | DUPL | $0.30 |
| 8/11/2008 | DUPL | $0.30 |
| 8/11/2008 | DUPL | $0.90 |
| 8/11/2008 | DUPL | $0.80 |
| 8/11/2008 | DUPL | $0.80 |
| 8/11/2008 | DUPL | $0.80 |
| 8/11/2008 | DUPL | $0.20 |
| 8/11/2008 | DUPL | $0.20 |
| 8/11/2008 | DUPL | $0.20 |
| 8/12/2008 | DUPL | $0.80 |
| 8/12/2008 | DUPL | $0.20 |
| 8/12/2008 | DUPL | $6.20 |
| 8/12/2008 | DUPL | $1.60 |
| 8/12/2008 | DUPL | $1.70 |
| 8/12/2008 | DUPL | $1.00 |
| 8/12/2008 | DUPL | $0.10 |
| 8/13/2008 | DUPL | $0.30 |
| 8/13/2008 | DUPL | $4.70 |
| 8/13/2008 | DUPL | $4.70 |
| 8/13/2008 | DUPL | $3.40 |
| 8/13/2008 | DUPL | $0.30 |
| 8/13/2008 | DUPL | $0.40 |
| 8/13/2008 | DUPL | $0.60 |

| Date | Type | Amount |
|---|---|---|
| 8/13/2008 | DUPL | $0.40 |
| 8/13/2008 | DUPL | $0.70 |
| 8/13/2008 | DUPL | $0.60 |
| 8/13/2008 | DUPL | $0.30 |
| 8/13/2008 | DUPL | $0.20 |
| 8/13/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $0.40 |
| 8/14/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $0.60 |
| 8/14/2008 | DUPL | $0.70 |
| 8/14/2008 | DUPL | $0.70 |
| 8/14/2008 | DUPL | $0.50 |
| 8/14/2008 | DUPL | $0.70 |
| 8/14/2008 | DUPL | $1.20 |
| 8/14/2008 | DUPL | $2.40 |
| 8/14/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $0.50 |
| 8/14/2008 | DUPL | $1.70 |
| 8/14/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $1.30 |
| 8/14/2008 | DUPL | $3.30 |
| 8/14/2008 | DUPL | $1.00 |
| 8/14/2008 | DUPL | $0.30 |
| 8/14/2008 | DUPL | $0.50 |
| 8/14/2008 | DUPL | $0.30 |
| 8/14/2008 | DUPL | $0.30 |
| 8/14/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $1.10 |
| 8/14/2008 | DUPL | $0.20 |
| 8/14/2008 | DUPL | $2.00 |
| 8/14/2008 | DUPL | $0.70 |
| 8/14/2008 | DUPL | $0.60 |
| 8/14/2008 | DUPL | $0.70 |
| 8/14/2008 | DUPL | $4.80 |
| 8/14/2008 | DUPL | $12.80 |
| 8/14/2008 | DUPL | $12.80 |
| 8/14/2008 | DUPL | $10.10 |
| 8/15/2008 | DUPL | $0.60 |
| 8/15/2008 | DUPL | $1.10 |
| 8/18/2008 | DUPL | $12.20 |
| 8/18/2008 | DUPL | $3.10 |
| 8/18/2008 | DUPL | $1.10 |
| 8/18/2008 | DUPL | $7.80 |
| 8/18/2008 | DUPL | $9.50 |
| 8/18/2008 | DUPL | $12.20 |
| 8/18/2008 | DUPL | $0.90 |
| 8/18/2008 | DUPL | $0.30 |
| 8/18/2008 | DUPL | $12.20 |
| 8/19/2008 | DUPL | $5.00 |
| 8/19/2008 | DUPL | $6.30 |

| Date | Type | Amount |
|---|---|---|
| 8/19/2008 | DUPL | $0.10 |
| 8/20/2008 | DUPL | $0.20 |
| 8/20/2008 | DUPL | $0.80 |
| 8/20/2008 | DUPL | $0.20 |
| 8/21/2008 | DUPL | $0.20 |
| 8/21/2008 | DUPL | $0.20 |
| 8/21/2008 | DUPL | $0.70 |
| 8/21/2008 | DUPL | $0.40 |
| 8/21/2008 | DUPL | $0.20 |
| 8/21/2008 | DUPL | $0.20 |
| 8/21/2008 | DUPL | $0.40 |
| 8/21/2008 | DUPL | $0.20 |
| 8/21/2008 | DUPL | $4.80 |
| 8/21/2008 | DUPL | $6.10 |
| 8/21/2008 | DUPL | $7.80 |
| 8/22/2008 | DUPL | $1.00 |
| 8/22/2008 | DUPL | $2.10 |
| 8/25/2008 | DUPL | $3.10 |
| 8/25/2008 | DUPL | $0.40 |
| 8/25/2008 | DUPL | $0.80 |
| 8/25/2008 | DUPL | $3.60 |
| 8/25/2008 | DUPL | $3.90 |
| 8/25/2008 | DUPL | $6.70 |
| 8/25/2008 | DUPL | $6.70 |
| 8/25/2008 | DUPL | $0.80 |
| 8/25/2008 | DUPL | $2.40 |
| 8/25/2008 | DUPL | $0.60 |
| 8/25/2008 | DUPL | $0.60 |
| 8/25/2008 | DUPL | $1.40 |
| 8/25/2008 | DUPL | $0.40 |
| 8/25/2008 | DUPL | $0.30 |
| 8/25/2008 | DUPL | $0.80 |
| 8/25/2008 | DUPL | $0.20 |
| 8/25/2008 | DUPL | $0.60 |
| 8/25/2008 | DUPL | $0.20 |
| 8/25/2008 | DUPL | $1.40 |
| 8/25/2008 | DUPL | $0.80 |
| 8/25/2008 | DUPL | $0.40 |
| 8/25/2008 | DUPL | $0.40 |
| 8/25/2008 | DUPL | $0.80 |
| 8/25/2008 | DUPL | $0.30 |
| 8/25/2008 | DUPL | $0.20 |
| 8/25/2008 | DUPL | $0.20 |
| 8/25/2008 | DUPL | $0.30 |
| 8/25/2008 | DUPL | $0.20 |
| 8/25/2008 | DUPL | $0.50 |
| 8/25/2008 | DUPL | $0.20 |
| 8/25/2008 | DUPL | $4.70 |
| 8/25/2008 | DUPL | $1.80 |
| 8/25/2008 | DUPL | $2.80 |
| 8/25/2008 | DUPL | $7.10 |
| 8/25/2008 | DUPL | $0.60 |

| Date | Type | Amount |
|---|---|---|
| 8/25/2008 | DUPL | $0.70 |
| 8/25/2008 | DUPL | $0.30 |
| 8/25/2008 | DUPL | $0.10 |
| 8/25/2008 | DUPL | $0.20 |
| 8/25/2008 | DUPL | $0.10 |
| 8/25/2008 | DUPL | $0.10 |
| 8/25/2008 | DUPL | $0.30 |
| 8/25/2008 | DUPL | $0.10 |
| 8/25/2008 | DUPL | $0.40 |
| 8/26/2008 | DUPL | $0.20 |
| 8/26/2008 | DUPL | $4.20 |
| 8/26/2008 | DUPL | $0.70 |
| 8/26/2008 | DUPL | $4.00 |
| 8/26/2008 | DUPL | $1.20 |
| 8/26/2008 | DUPL | $2.00 |
| 8/26/2008 | DUPL | $1.70 |
| 8/27/2008 | DUPL | $0.60 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.20 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.20 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $0.50 |
| 8/27/2008 | DUPL | $0.20 |
| 8/27/2008 | DUPL | $3.00 |
| 8/27/2008 | DUPL | $2.00 |
| 8/27/2008 | DUPL | $2.20 |
| 8/27/2008 | DUPL | $2.00 |
| 8/27/2008 | DUPL | $6.50 |
| 8/27/2008 | DUPL | $0.60 |
| 8/27/2008 | DUPL | $0.10 |
| 8/27/2008 | DUPL | $2.00 |
| 8/27/2008 | DUPL | $0.10 |
| 8/28/2008 | DUPL | $0.20 |
| 8/28/2008 | DUPL | $0.40 |
| 8/28/2008 | DUPL | $0.10 |
| 8/28/2008 | DUPL | $6.00 |
| 8/28/2008 | DUPL | $2.80 |
| 8/28/2008 | DUPL | $1.10 |
| 8/28/2008 | DUPL | $1.70 |
| 8/28/2008 | DUPL | $1.40 |
| 8/28/2008 | DUPL | $0.10 |
| 8/28/2008 | DUPL | $1.70 |
| 8/28/2008 | DUPL | $2.40 |
| 8/28/2008 | DUPL | $0.20 |

| Date | Person | Type | Amount | Vendor Info |
|---|---|---|---|---|
| 8/28/2008 | | DUPL | $0.70 | |
| 8/29/2008 | | DUPL | $0.30 | |
| 8/29/2008 | | DUPL | $4.00 | |
| 8/29/2008 | | DUPL | $0.40 | |
| | | | $445.60 | |
| 8/4/2008 | Keary, Emmet | LEXI | $479.08 | VENDOR: LEXIS - NEXIS; INVOICE#: 0808012681; DATE: 8/31/2008 |
| 8/12/2008 | Keary, Emmet | LEXI | $252.23 | VENDOR: LEXIS - NEXIS; INVOICE#: 0808012681; DATE: 8/31/2008 |
| | | | $731.31 | |
| 8/4/2008 | Keary, Emmet | MEAL | $35.53 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 382240; DATE: 8/10/2008 |
| 8/5/2008 | Power, Mark | MEAL | $9.00 | VENDOR: POWER, MARK T.; INVOICE#: 12; DATE: 9/16/2008 |
| 8/6/2008 | Keary, Emmet | MEAL | $16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 382240; DATE: 8/10/2008 |
| 8/7/2008 | Keary, Emmet | MEAL | $13.94 | VENDOR: EMMET KEARY; INVOICE#: 24; DATE: 8/12/2008 |
| 8/7/2008 | Indelicato, Mark S | MEAL | $14.05 | VENDOR: INDELICATO; INVOICE#: 20; DATE: 8/22/2008 |
| 8/8/2008 | Keary, Emmet | MEAL | $17.77 | VENDOR: EMMET KEARY; INVOICE#: 24; DATE: 8/12/2008 |
| 8/11/2008 | Keary, Emmet | MEAL | $16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 384523; DATE: 8/17/2008 |
| 8/11/2008 | Indelicato, Mark S | MEAL | $8.91 | VENDOR: INDELICATO; INVOICE#: 20; DATE: 8/22/2008 |
| 8/12/2008 | Indelicato, Mark S | MEAL | $12.95 | VENDOR: INDELICATO; INVOICE#: 20; DATE: 8/22/2008 |
| 8/13/2008 | Keary, Emmet | MEAL | $15.39 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 384523; DATE: 8/17/2008 |
| 8/15/2008 | Indelicato, Mark S | MEAL | $22.52 | VENDOR: INDELICATO; INVOICE#: 20; DATE: 8/22/2008 |
| 8/19/2008 | Keary, Emmet | MEAL | $10.33 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 388148; DATE: 8/24/2008 |
| 8/21/2008 | Zawadzki, Jeffrey | MEAL | $25.83 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 388148; DATE: 8/24/2008 |
| 8/21/2008 | Keary, Emmet | MEAL | $13.36 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |
| 8/25/2008 | Janice O'Kane | MEAL | $17.54 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 389223; DATE: 8/31/2008 |
| 8/25/2008 | Keary, Emmet | MEAL | $22.70 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |
| 8/25/2008 | Keary, Emmet | MEAL | $14.58 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |

| Date | Name | Type | Amount | Vendor Info |
|---|---|---|---|---|
| 8/26/2008 | Schnitzer, Edwar | MEAL | $30.85 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 389223; DATE: 8/31/2008 |
| 8/26/2008 | Keary, Emmet | MEAL | $6.26 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |
| 8/26/2008 | Keary, Emmet | MEAL | $18.84 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |
| 8/27/2008 | Keary, Emmet | MEAL | $13.22 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |
| 8/28/2008 | Keary, Emmet | MEAL | $8.20 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |
| | | | $363.85 | |
| 8/13/2008 | Kang, Christina | ODEL | $9.14 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E338; DATE: 8/16/2008 |
| 8/13/2008 | Kang, Christina | ODEL | $9.14 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E338; DATE: 8/16/2008 |
| | | | $18.28 | |
| 8/20/2008 | Power, Mark | SEAR | $10.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 8/7/2008 | Keary, Emmet | TELE | $73.56 | VENDOR: AMERICAN EXPRESS; INVOICE#: 10108; DATE: 10/1/2008 |
| 8/8/2008 | Power, Mark | TELE | $27.20 | VENDOR: AMERICAN EXPRESS; INVOICE#: 10108; DATE: 10/1/2008 |
| 8/14/2008 | Keary, Emmet | TELE | $79.37 | VENDOR: AMERICAN EXPRESS; INVOICE#: 10108; DATE: 10/1/2008 |
| 8/21/2008 | Keary, Emmet | TELE | $0.10 | VENDOR: AMERICAN EXPRESS; INVOICE#: 10108; DATE: 10/1/2008 |
| 8/22/2008 | Power, Mark | TELE | $44.50 | VENDOR: COURTCALL, INC.; INVOICE#: 2303587; DATE: 8/11/2008 |
| 8/28/2008 | Keary, Emmet | TELE | $42.22 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1101; DATE: 10/31/2008 |
| | | | $266.95 | |
| 8/7/2008 | Schnitzer, Edwar | TELE | $0.25 | 13025716755; 1 Mins. |
| 8/14/2008 | Smith, Jason | TELE | $0.50 | 13022522927; 2 Mins. |
| 8/14/2008 | Smith, Jason | TELE | $0.25 | 13022522900; 1 Mins. |
| 8/14/2008 | Smith, Jason | TELE | $1.25 | 13022522900; 5 Mins. |
| 8/19/2008 | Keary, Emmet | TELE | $0.25 | 13025716646; 1 Mins. |
| 8/25/2008 | Schnitzer, Edwar | TELE | $0.25 | 13025716646; 1 Mins. |
| 8/25/2008 | Schnitzer, Edwar | TELE | $1.00 | 13025716600; 4 Mins. |
| 8/25/2008 | Keary, Emmet | TELE | $0.50 | 17139521630; 2 Mins. |
| 8/26/2008 | Schnitzer, Edwar | TELE | $7.75 | 13025716646; 31 Mins. |
| 8/27/2008 | Indelicato, Mark | TELE | $1.50 | 13025716621; 6 Mins. |
| 8/27/2008 | Schnitzer, Edwar | TELE | $0.75 | 13025716753; 3 Mins. |
| | | | $14.25 | |
| 8/4/2008 | Power, Mark | TRAV | $313.00 | VENDOR: POWER, MARK T.; INVOICE#: 12; DATE: 9/16/2008 |
| 8/5/2008 | Power, Mark | TRAV | $342.00 | VENDOR: POWER, MARK T.; INVOICE#: 12; DATE: 9/16/2008 |
| 8/5/2008 | Power, Mark | TRAV | $313.00 | VENDOR: POWER, MARK T.; INVOICE#: 12; DATE: 9/16/2008 |

| Date | Name | Type | Amount | Vendor Info |
|---|---|---|---|---|
| 8/6/2008 | Power, Mark | TRAV | ($546.00) | VENDOR: POWER, MARK T.; INVOICE#: 12; DATE: 9/16/2008 |
| 8/18/2008 | Indelicato, Mark | TRAV | $233.00 | VENDOR: INDELICATO; INVOICE#: 20; DATE: 8/22/2008 |
| 8/27/2008 | Power, Mark | TRAV | $299.00 | VENDOR: POWER, MARK T.; INVOICE#: 14; DATE: 9/30/2008 |
| | | | $954.00 | |

$7,255.74