# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: December 3, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: December 10, 2008 at 10:00 a.m. (ET) |

AHM OB22 11/7/2008 (merge2 txnum2) 4000039647 EPIQ Use - 43

APPRAISER'S GREEN & ASSOCS.
ATTN JOHNNIE W. GREEN, SOLE PROPRIETOR
4496 FLOYD DR SW
MABLETON, GA 30126

## NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: APPRAISER'S GREEN & ASSOCS.
ATTN JOHNNIE W. GREEN, SOLE PROPRIETOR
4496 FLOYD DR SW
MABLETON, GA 30126

Basis For Objection: Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 3339 | $3,795.00 | 07-11053 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before December 3, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON DECEMBER 10, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

November 28, 2008

Dear Sir:

I'm a licensed Real Estate Appraiser in the state of Georgia, who performed work for American Home Mortgage prior to their filing Bankruptcy in August 2006. My claim in the amount of $3,795.00 is for appraisal services/work performed for American Home Mortgage. While I've never been paid for this work, the money was definitely collected by American Home Mortgage. Their policy was to collect for the appraisals upfront and pay the appraiser within 30 days of receiving the invoice. Payment for my services rendered was not contingent upon the loan closing as this would be a violation of USPAP. Hopefully this will answer any questions you may have. Please contact me with any further questions @ (770) 403-3800
Appraisers Green & Associates
4496 Floyd Drive SW
Mableton, GA. 30126

*Johnnie Green*

Johnnie Green
GACR 238460