Kathleen Musser
Star Appraisals
301-294-0987
11212 Green Watch Way
North Potomac, MD 20878
December 2, 2008


United States Bankruptcy Court
For the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

RE:  American Home Mortgage Holdings, Inc
     Old case #07-11047 (css)
     New case #07-11053
     Claim #9077

I wish to object to the dismissal of my claim to American Home Mortgage.  I did real estate appraisals for American Home Mortgage through Home Gate Settlement Services and I believe that they should pay for the services that they received.

Again I have attached a copy of a check that was sent to me for payment, but it was returned for insufficient funds.  At the very least they should honor a payment that they did recognize as their dept.  They rest of this claim is for other appraisals that were presented with the original claim.

I see no reason for American Home Mortgage to get relief from their dept.


Sincerely,

Kathleen Musser

*signature*
Star Appraisals


Cc.  Young Conaway Stargatt & Taylor, LLP
     Nathan D. Grow (no.5014)
     The Brandywine Building
     1000 West Street, 17th floor
     Wilmington, Delaware 19801

```
0213-0500-1
08232007
0924155545 ENT=1350 TRC=1350 PK=
08232007
0520-0027-
ENT=3936 TRC=3945 PK=
1125646141
08262007
0520-0027-8
ENT=6186 TRC=5913 PK=
```

AUG 28 2007

```
238    1749    01    #0550719814 301-953-8033
       08232007          CHEVY CHASE FSB
       021000021         LAUREL MD  08/22/07

8370855546    110064169    08/27/07

                 0840-0002-6
```

---

**HOMEGATE SETTLEMENT SERVICES**
520 Broadhollow Road
MELVILLE, NY 11747

JPMorgan Chase Bank, N.A.
Syracuse, NY 13206

50-937/213

Check # 00812

Check Date
7/25/2007

Check Amount
*******$1,550.00

** Void after 90 days

One Thousand Five Hundred Fifty and 00/100------------------------------- US DOLLARS

PAY TO THE ORDER OF
**KATHLEEN MUSSER**
**11212 GREEN WATCH WAY**
**NORTH POTOMAC, MD  20878**

Authorized Signature

⑆008122⑆ ⑈021309379⑈ 601888530⑈