# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: December 3, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: December 10, 2008 at 10:00 a.m. (ET) |

FILED 2008 DEC -5 AM 11: 34

AHM OB22 11/7/2008 (merge2.txnum2) 4000051743 EPIQ Use - 58

BARRY HABIB
ATTN BARRY HABIB, CEO
1000 STERLING RIDGE
COLTS NECK, NJ 07722

## NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: BARRY HABIB
ATTN BARRY HABIB, CEO
1000 STERLING RIDGE
COLTS NECK, NJ 07722

**Basis For Objection:** Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 3970 | $4,500.00 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before **December 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 10, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
JAF Station, P.O. Box 5076
New York, NY 10150-5076

Filed: USBC - District of Delaware
American Home Mortgage Holdings, Inc., Et Al.
07-11047 (CSS)    0000003970

| In Re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., et al. Debtors. | Case No. 07-11047 (CSS) Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

AHM (MERGE2.DBF,SCHED_NO) SCH #: 32794*****
BARRY HABIB
1000 STERLING RIDGE
COLTS NECK NJ 07722

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:**
**Email Address:**

**Account or other number by which creditor identifies debtor:**

Check here if this claim:    ☐ replaces    ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other_____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ 4805
   Unpaid compensation for services performed
   from _____ to _____

2. **Date debt was incurred:** 7/10/07

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $44,500.00 (unsecured nonpriority) + _____ (secured) + _____ (unsecured priority) = $44,500.00 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $44,500.00
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

**FILED / RECEIVED**
**NOV 3 0 2007**
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11/27/07 | BARRY HABIB, CEO |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



1-800-WACHOVIA (922-4684)
Date: Jul 18, 2007   Advice D=146904

Acct:    075/8881372069

e have deducted the current fee of $10.00 per item from your account balance. You may redeposit any NSF/Uncollected checks enclosed or obtain payment from the maker.

SEQ#    ITEM AMOUNT
38247          2,500.00

BARRY HABIB
1000 STERLING RDG
COLTS NECK NJ  07722-1489

1 Item charged totaling $2,500.00

Advice Total  $2,500.00

⑆402333198⑆   000008881372069⑈   ⑇000146904⑇

---

"THIS DOCUMENT HAS A MICRO PRINT BORDER ABSENCE INDICATES A COPY"    50-937/213

JP Morgan Chase Bank, N.A.
Syracuse, NY 53202                                   Check #    0320555

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

Check Date
7/9/2007

Check Amount
******$2,500.00

** Void after 180 days **

ousand Five Hundred and 00/100----------

BARRY HABIB
1000 STERLING RIDGE
COLTS NECK, NJ 07722

Authorized Signature

⑆0320555⑆ ⑆021309379⑆ 6018 76444⑈    ⑇0000250000⑇

# Barry Habib

100 Sterling Ridge
Colts Neck, NJ 07722
Phone (800) 963-1900

**INVOICE**

Sold To: American Home Mtg.

Ship To: Same

| DATE | INVOICE # | SHIP DATE | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| 7/23/2007 | | | | | Upon Receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Speaking Fees July 10 event | | $ 500.00 |
| | Speaking Fees July 13 event | | $ 500.00 |
| | Speaking Fees July 18 event | | $ 500.00 |
| | Speaking Fees July 19 event | | $ 500.00 |

SUBTOTAL $ 2,000.00
SHIPPING & HANDLING
TOTAL $ 2,000.00

Make all checks payable to:
Barry Habib
1000 Sterling Ridge
Colts Neck, NJ 07722

Questions concerning this invoice?
Call Kendra Dingee 800-963-1900
kendra@mortgagemarketguide.com

**THANK YOU FOR YOUR BUSINESS!**