In Re: Case No. 07-11047, Claim No. 9682

Richard Barrett-Snyder                                          November 25, 2008
43 Henry Street
Merrick, New York 11566
November 25, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

This letter is a response to the enclosed objection to claim number 9682.

Please find enclosed a copy of my final termination letter from American Home Mortgage dated July 26, 2007, signed by James Fischer, SVP, Software Development, which documents the debtor's obligation and legal basis for the claim.

In the final termination letter, American Home Mortgage agrees to "provide you with the equivalent of two (2) weeks of wages which will be paid to you over the appropriate number of pay periods as salary continuation. The value of any earned but unused vacation benefits will be paid to you, in accordance with New York state law and American Home Mortgage Policy".

The amount of this promise (two weeks wages plus 1.4 weeks of earned but unused vacation benefits), based on a bi-monthly rate of $5,208.33, documented in the enclosed Earnings Statement, is $8,173.06. However, American Home Mortgage made good on $1,442.30 of that amount (also documented in the enclosed Earnings Statement), which, when subtracted from the total promised, comes to the amount of the claim: $6,730.76.

Respectfully,

*[signature]*

Richard Barrett-Snyder

Encl:
Objection to Claims
Final termination letter
Earnings Statement

CC: Young, Conaway Stargatt & Taylor, LLP

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: December 15, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: December 22, 2008 at 10:00 a.m. (ET) |
| | ) |

AHM OB24 11/21/2008 (merge2.txnum2) 4000017176 EPIQ Use - 8

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

## NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

**Basis For Objection:** No Documentation Claim

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 9682 | $6,730.76 |

No amounts are due per Debtors' books and records. Claimant failed to attach any supporting documentation to proof of claim.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to the claim listed above in the "Claim to be Expunged" row because this claim was filed without any supporting documentation or facts sufficient to support a legal basis for a claim. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before **December 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 21, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession



July 26, 2007

Richard Barrett-Snyder
43 Henry St
Merrick, NY 11566

Dear Richard:

A review of business conditions and the need for support in our Information Technology Department has been conducted by senior management. At their direction, we have decided to make adjustments to our staffing levels. Effective today, July 26, 2007, your position at American Home Mortgage is being eliminated. The following information is important to your separation from the company.

**TRANSITION PAY**
American Home Mortgage will provide you with the equivalent of two (2) weeks of wages, which will be paid to you over the appropriate number of pay periods as salary continuation. The value of any earned but unused vacation benefits will be paid to you, in accordance with New York state law and American Home Mortgage Policy.

**BENEFIT PLANS**
Your health plan benefits will end on July 31, 2007 and <u>**your regular monthly employee contributions**</u> will be deducted from any money you receive. You will be entitled to elect to continue your health coverage under **COBRA** effective August 1, 2007. To assist you during the initial transition period, American Home Mortgage will pay the employer cost to continue current coverage under COBRA for the period through August 31, 2007. <u>**Please note you must elect to continue your coverage under COBRA in order to be eligible for the company subsidy**</u>. Our **COBRA** Administrator, ADP COBRA Services, will provide you with COBRA continuation information within fourteen (14) days of the coverage end date as stated above. Note that COBRA information packages are mailed directly from ADP COBRA Services following electronic notification of the <u>coverage end date.</u>

Life, accident and disability and any other voluntary insurance coverage will end on your last day of active employment.

If you are participating in the Flexible Spending Account program, any balance remaining in your Flexible Spending Account(s) may be reimbursed to you for eligible expenses incurred prior to your last day of employment. You may file a claim for reimbursement of eligible expenses through March 15, 2008 for 2007 expenses. Our Flexible Spending Account administrator is *ADP Benefits Services – Flex Direct.*

**401K PLAN**
If you are participating in the American Home Mortgage 401(k) plan, you may elect to rollover your 401K account balance to an IRA or another employer's qualified retirement plan or you may elect to take a cash distribution account. If your account balance is greater than $5,000, you may elect to keep your account invested in the AHM 401(k) plan. You may request a Termination Kit at any time after September 1, 2007, which includes a Distribution at Termination form and/or a Direct Rollover Out of the Plan form by calling Charles Schwab and Co. at 1-800-724-7526 or through the web at www.schwabplan.com.

Should you have any questions about your **COBRA** benefits, please contact Collette Karey, Senior Benefits Administrator, in the Human Resources Department at 847-590-2973 or by e-mail <u>collette.karey@americanhm.com</u> **for all other Benefit inquiries** please contact our Benefits Department at 888-474-2461.

Sincerely,

James Fischer
SVP, Software Development

Cc: employee file
    Collette Karey
    Payroll

|  |  |  |  |  |
|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | NUMBER 040 |
| R4F | 112981 | 000972 | HOME | 0051982170  1 |

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

## Earnings Statement 

Period Beginning: 07/16/2007
Period Ending: 07/31/2007
Pay Date: 08/07/2007

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 10
  NY: 3

RICHARD BARRETT-SNYDER
43 HENRY ST
MERRICK NY 11566

Social Security Number: XXX-XX-4015

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5208.33 | 67.50 | 4,326.92 | 45,993.56 |
| Transition |  |  | 1,442.30 | 1,442.30 |
| Adjustment |  |  |  | 4,326.92 |
| Sign On Bonus |  |  |  | 5,000.00 |
| **Gross Pay** |  |  | **$5,769.22** | 56,762.78 |

| **Deductions** | **Statutory** |  |  |
|---|---|---|---|
|  | Federal Income Tax | -625.78 | 5,027.38 |
|  | Social Security Tax | -336.40 | 3,359.30 |
|  | Medicare Tax | -78.67 | 785.64 |
|  | NY State Income Tax | -339.15 | 2,924.22 |
|  | NY SUI/SDI Tax | -1.30 | 13.00 |
|  | **Other** |  |  |
|  | Dental Pre-Tax | -64.30* | 385.80 |
|  | Ins Pretax Epr | -277.78* | 1,666.68 |
|  | Pretax Vision | -1.33* | 7.98 |
|  | Life-Dependent |  | 4.00 |
|  | Life-Spouse |  | 5.65 |
|  | Med Flex |  | 520.00 |
|  | Optional Life |  | 78.75 |
|  | Short Term Dis |  | 119.00 |
|  | 401K |  | 5,416.64 |
|  | **Net Pay** | **$4,044.51** |  |

* Excluded from federal taxable wages
  Your federal taxable wages this period are
  $5,425.81

©1998, 2006 ADP, Inc. All Rights Reserved
© 2000 ADP, Inc.