## Vanderpool Appraisal Service
12521 N Sherman Lake Drive
Augusta, MI 49012
269-731-4449
mark.vanderpool@comcast.net



#7 FILED
2008 DEC -5 AM 11: 29
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 17, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware, 19801

RE:    American Home Mortgage Holdings, Inc
       Claim # 3340

To Whom It May Concern:

I have legitimate documented claims for unpaid appraisal fees against American Home Mortgage. The proof of claim form I utilized was sent to me (unsolicited) with the pre-printed Case # 07-11047 (CSS). It was received by EPIQ Bankruptcy Solutions, LLC on November 6, 2007.

This letter is in response to a Notice of Objection I received that asserts I have made my claim against the wrong debtor, and apparently assigning a new case # of 07-11053. As long as my claim remains valid, I have no objection to this move.

However, I would like to add that my claim, while only in the amount of $1,840.00, is significant for a sole proprietor business of my size. While the secured (large lender) claimants against American Home Mortgage were mismanaged and made poor loan decisions, they are likely to receive federal "Bail-out" funds, essentially eliminating their risk (at taxpayer expense) of writing bad loans. In my opinion, it would be wrong to also compensate them first from this bankruptcy proceeding, when the real financial pain is being felt by the small businesses like my own.

Thank you for your consideration.

Respectfully,

Mark K Vanderpool
Michigan Certified Residential Appraiser #1201000407


Cc: Young, Conaway Stargatt & Taylor, LLP