IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                  :    Jointly Administered
        Debtors.                                                  :
--------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 10. 2008 AT 2:00 P.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
        from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:   November 7, 2007 at 4:00 p.m., extended for the Debtors and
                              Committee

        Related Document:

              a)      Order Approving and Authorizing the Settlement Agreement by and
                      Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                      Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:     None

        Status: This matter has been resolved in part.  The remainder of this matter will be
                adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

Objections Filed:

a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

Status: This matter will be adjourned by agreement to December 22, 2008 at 11:00 a.m.

3.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to November 5, 2008 for the Debtors and Committee

Objections Filed:

a)    Debtors' Objection to Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 6506, 11/5/08]

b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 6520, 11/6/08]

Status: This matter will be adjourned by agreement to January 13, 2009 at 11:00 a.m.

4.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

Response Deadline:    April 24, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit A, attached

DB02:7590986.1                                                                                                      066585.1001

Related Document:

   a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

5.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5602, 9/8/08]

   b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

Status: This matter will be adjourned to January 13, 2009 at 11:00 a.m.

6.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Documents:

   a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

066585.1001

7.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

    a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

8.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

9.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

10.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 4661, 6/17/08]

       Response Deadline:    July 10, 2008 at 4:00 p.m.

       Related Document:

              a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection
                    To Claims [D.I. 5175, 7/18/08]

       Responses Filed:    See Exhibit F, attached

       Status: An Order has been entered that partially sustains the Objection.  With respect to
              the remainder of the relief requested and the remaining responses set forth on
              Exhibit F, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

11.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 4662, 6/17/08]

       Response Deadline:    July 10, 2008 at 4:00 p.m.

       Related Document:

              a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to
                    Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                    Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

       Responses Filed:    See Exhibit G, attached

       Status:  An Order has been entered that partially sustains the Objection.  With respect to
              the remainder of the relief requested and the remaining responses set forth on
              Exhibit G, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

12.    Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 5180, 7/18/08]

       Response Deadline:    August 11, 2008 at 4:00 p.m.

       Related Document:

              a)    Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to
                    Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                    Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5461, 8/18/08]

DB02:7590986.1                                                    066585.1001

Responses Filed:      See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

13.     Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]
        Response Deadline:   August 11, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

                b)      Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

                c)      Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

        Responses Filed:      See Exhibit I, attached

        Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

14.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

        Response Deadline:   September 8, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

        Responses Filed:      Please see Exhibit J, attached

        Status:  An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

DB02:7590986.1                                                                          066585.1001

15. Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

Related Document:

a)    Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed:

b)    Debtors' Objection to Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

Status: This matter will be adjourned by agreement to January 13, 2009 at 11:00 a.m.

16. Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed: See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to December 22, 2008 at 11:00 a.m.

17.   Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:   November 5, 2008 at 4:00 p.m.

Responses Filed:     See Exhibit M, attached

Related Document:

a)   Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to December 22, 2008 at 11:00 a.m

18.   Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   November 5, 2008 at 4:00 p.m.

Objections Filed:     None

Status: This matter will be adjourned to January 13, 2009 at 11:00 a.m.

19.   Pre-Trial Conference: *Community Development Administration and M&T Bank v. American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-50633]

Status: The parties have reached a settlement of the matter and have filed a motion for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned pending approval of the settlement.

20.   Pre-Trial Conference: *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

Status: The parties have reached a settlement of the matter and have filed a motion for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned pending approval of the settlement.

066585.1001

21.   Pre-Trial Conference: *American Home Mortgage Corp., d/b/a American Brokers Conduit, v. Attorneys' Title Insurance Fund, Inc.* [Adv. No. 08-51039]

Status: The parties have reached a settlement of the matter and have filed a motion for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned pending approval of the settlement.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

22.   Motion Pursuant to 11 U.S.C. § 105(a) for Order Authorizing the Nunc Pro Tunc Approval of the Replacement of Kroll Zolfo Cooper, LLC by Zolfo Cooper, LLC, Successor in Interest to Kroll Zolfo Cooper LLC [D.I. 6523, 11/6/08]

Objection Deadline:   November 25, 2008 at 4:00 p.m.

Objections Filed:   None

Related Document:

     a)   Certificate of No Objection [D.I. 6678, 12/5/08]

Status: A Certificate of No Objection has been filed. No hearing is required.

23.   Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Approving Settlement with Bekins MovingSolutions, Inc. [D.I. 6556 and 4, 11/10/08]

Objection Deadline:   December 3, 2008 at 4:00 p.m.

Objections Filed:   None

Related Document:

     a)   Certificate of No Objection [D.I. 6677 and 5, 12/5/08]

Status: A Certificate of No Objection has been filed. No hearing is required.

24.   Application for Order Under 11 U.S.C. §1103 Authorizing the Employment and Retention of Gilbert Oshinsky LLP and Zuckerman Spaeder LLP as Co-Counsel to the Official Committee of Borrowers Nunc Pro Tunc to October 22, 2008 [D.I. 6616, 11/21/08]

Objection Deadline:   December 3, 2008 at 4:00 p.m.

Objections Filed:   None

Related Document:

DB02:7590986.1                                                      066585.1001

a)      Certificate of No Objection [D.I. 6675, 12/5/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTER GOING FORWARD

25.    Sale Hearing

Objection Deadline:    December 1, 2008 at 4:00 p.m.

Related Documents:

a)      Motion of the Debtors for Order: (a)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Second Lien Assets; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (b)(i) Authorizing the Sale of Second Lien Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving the Asset Purchase Agreement Thereto; and (iii) Granting Related Relief [D.I. 6486, 10/31/08]

b)      Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Second Lien Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [D.I. 6573, 11/12/08]

c)      Notice of Auction and Sale Hearing [D.I. 6579, 11/13/08]

Objections Filed:

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

26.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)      Notice of Submission of Claims [D.I. 6206, 10/10/08]

b)      Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

c)      Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:    See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to December 22, 2008 at 11:00 a.m. except as otherwise noted on Exhibit L.

27.    Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:   November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

    a)    Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to  Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

    b)    Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6592, 11/19/08]

    c)    Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter will be going forward.

28.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit N, attached

Status: This matter will be going forward except as otherwise noted on Exhibit N.

29.    Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6555, 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit O, attached.

Status: This matter will be going forward.

30.    DB Structured Products, Inc. v. American Home Mortgage Holdings, Inc., a Delaware
       Corporation, et al. (Civil Action No. 07-773) (JJF)

       Related Documents:

       a)    Remand Order [Civil Action No. 07-773; D.I. 27, 10/16/08]

       b)    Order Scheduling Status Conference Pursuant to 11 U.S.C. § 105(d) [D.I. 6286,
             10/21/08]

       c)    Letter from Steven Wilamowsky, Esq. to The Honorable Christopher S. Sontchi
             Regarding Status of Appeal [D.I. 6648, 12/1/08]

       Status: This matter is going forward as a status conference.

Dated: Wilmington, Delaware            **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
       December 8, 2008

                                       /s/ Sean M. Beach
                                       Robert S. Brady (No 2847)
                                       Pauline K. Morgan (No. 3650)
                                       Sean M. Beach (No. 4070)
                                       Matthew B. Lunn (No. 4119)
                                       Nathan D. Grow (No. 5014)
                                       The Brandywine Building
                                       1000 West Street, 17th Floor
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253

                                       *Counsel for Debtors and Debtors in Possession*

DB02:7590986.1                                           066585.1001

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to December 22, 2008 at 11:00 a.m. |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to December 22, 2008 at 11:00 a.m. |

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to December 22, 2008 at 11:00 a.m. |
|  | Karen Gravely-Robinson |  | Adjourned to December 22, 2008 at 11:00 a.m. |
|  | Hardin County |  | Adjourned to December 22, 2008 at 11:00 a.m. |
|  | Deborah Mills |  | Adjourned to December 22, 2008 at 11:00 a.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to December 22, 2008 at 11:00 a.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to December 22, 2008 at 11:00 a.m. |

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
|  | Souderton Area School District |  | Adjourned to December |

| | | | 22, 2008 at 11:00 a.m. |
| | Spring-Ford Area School District | | Adjourned to December 22, 2008 at 11:00 a.m. |

## Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Samuel A. Case | 5054, 7/9/08 | Adjourned to December 22, 2008 at 11:00 a.m. |

## Exhibit G, Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kathleen Heck | 5016, 7/9/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Thomas Furey | 5056, 7/14/08 | Adjourned to December 22, 2008 at 11:00 a.m. |

## Exhibit H, Twelfth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Kruse Way, LLC | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Meadows Lake Oswego | | Adjourned to December 22, 2008 at 11:00 a.m. |

## Exhibit I, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | David Nerland | 5320 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Countrywide | 5337, 8/8/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |

DB02:7590986.1                                                                      066585.1001

| Claimant | Docket No., Date Filed | Status |
|---|---|---|
| FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| David Holan | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Nomura Credit & Capital | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Mitchell Eininger | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Thomas Adkins, Jr. | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Kevin Kerr | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Katherine Lalime | | Adjourned to December 22, 2008 at 11:00 a.m. |
| GE Money Bank | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Terri Crites | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Lonnie Watkins | | Adjourned to December 22, 2008 at 11:00 a.m. |
| William Farnan | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Jon Lucas | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Thomas Guinta | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Joseph Spinelli, Jr. | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Charles Doyle | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Linda Larsen | | Adjourned to December 22, 2008 at 11:00 a.m. |
| George T. Matthews | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Calvin Kammeyer | | Adjourned to December 22, 2008 at 11:00 a.m. |
| Minda Boxer | | Adjourned to December 22, 2008 at 11:00 a.m. |

DB02:7590986.1

066585.1001

**Exhibit J, Fifteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Grailing Carter | 5947, 9/17/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Office Max | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Robin Balfour | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Michael Wheeler | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Keith Wesolowski | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Mary Ann Anderson | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Julie Miller | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Thomas J. Perkins | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Lisa M. Schreiber | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Judie McGaha | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Richard Hawkwell | | Adjourned to December |

DB02:7590986.1

066585.1001

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | | | 22, 2008 at 11:00 a.m. |

## Exhibit K, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Matthew Liang | 6122, 9/26/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Robert Sweeney | 6123, 9/26/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | American Express Travel Related Services | | Adjourned to December 22, 2008 at 11:00 a.m. |

## Exhibit L, Nineteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eric Segall | 6230, 10/15/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | DD Halpern | 6232, 10/15/08 | Going forward |
| | Paul Parotti | 6233, 10/15/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Baron O'Brien | 6235, 10/15/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Sally Hamilton | 6414, 10/22/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | American Express Travel Related Svc. Co. | | Adjourned to December 22, 2008 at 11:00 a.m. |

## Exhibit M, Twenty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Connie Zinter | 5499, 11/5/08 | Adjourned to December 22, 2008 at 11:00 a.m. |

DB02:7590986.1

066585.1001

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Letort Mortgage Group Inc. | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Southern Horizon Financial Group, LLC | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Tracy Lussier | | Adjourned to December 22, 2008 at 11:00 a.m. |
| | Sun Life Assurance Company of Canada | | Adjourned to December 22, 2008 at 11:00 a.m. |

### Exhibit N, Twenty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Gary Lees Avenue Pizza | 6607, 11/21/08 | Going forward |
| | Hoffman Appraisal | 6620, 11/24/08 | Going forward |
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
| | Patricia Giles | 6661, 12/3/08 | Going forward |
| | Ace Appraisals LLC | 6669, 12/4/08 | Going forward |
| | Freedom Appraisal Services | 6670, 12/4/08 | Going forward |
| | Appraisers' Green & Assoc. | 6680, 12/8/08 | Going forward |
| | Star Appraisals | 6681, 12/8/08 | Going forward |
| | Barry Habib | 6682, 12/8/08 | Going forward |
| | Vanderpool Appraisal | 6684, 12/8/08 | Going forward |
| | Besson Appraisals, Inc. | | Going forward |
| | Wilson, Degraw & Miller LLP | | Going forward |
| | Scott Jossart | | Adjourned |

### Exhibit 0, Twenty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | JP Morgan Chase | | Going forward |