# Notice Recipients

| District/Off: 0311−1 | User: Leslie | Date Created: 12/8/2008 |
|---|---|---|
| Case: 07−11047−CSS | Form ID: ntc | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Quantum

                                                                                                                       TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV

                                                                                                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          American Home Mortgage Holdings, Inc.        538 Broadhollow Road         Melville, NY 11747
aty         Donald J. Bowman, Jr.        Young, Conaway, Stargatt &Taylor        1000 West Street        17th Floor        Wilmington, DE 19801
aty         Edward J. Kosmowski        Young, Conaway, Stargatt &Taylor        1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899
aty         Edwin J. Harron        Young, Conaway, Stargatt &Taylor        The Brandywine Building        1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391
aty         Erin Edwards        Young, Conaway, Stargatt &Taylor        The Brandywine Building        17th Floor        1000 West Street        Wilmington, DE 19801
aty         Joel A. Waite        Young, Conaway, Stargatt &Taylor        The Brandywine Bldg.        1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391
aty         Kara Hammond Coyle        Young Conaway Stargatt &Taylor LLP        1000 West St., 17th Floor        Brandywine Building        Wilmington, DE 19801
aty         Kenneth J. Enos        Young, Conaway, Stargatt &Taylor        1000 West Street        17th Floor        Wilmington, DE 19801
aty         Margaret B. Whiteman        Young, Conaway, Stargatt &Taylor        1000 West Street        17th Floor        Wilmington, DE 19801
aty         Matthew Barry Lunn        Young, Conaway, Stargatt &Taylor        The Brandywine Building, 17th Floor        1000 West Street        PO Box 391        Wilmington, DE 19899
aty         Nathan D. Grow        Young Conaway Stargatt &Taylor, LLP        The Brandywine Bldg.        17th Floor        Wilmington, DE 19801−0391
aty         Patrick A. Jackson        Young Conaway Stargatt &Taylor, LLP        The Brandywine Bldg 17th Fl,1000 West St        Wilmington, DE 19801
aty         Pauline K. Morgan        Young, Conaway, Stargatt &Taylor        1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391
aty         Quinn Emanuel        Quinn Emanuel Urquhart Oliver &Hedges
aty         Robert S. Brady        Young, Conaway, Stargatt &Taylor        The Brandywine Bldg.        1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391
aty         Sean Matthew Beach        Young, Conaway, Stargatt &Taylor        The Brandywine Building, 17th Floor        1000 West Street        PO Box 391        Wilmington, DE 19899
aty         Sharon M Zieg        Young, Conaway, Stargatt &Taylor        The Brandywine Bldg., 17th Floor        1000 West Street        PO Box 391        Wilmington, DE 19899
aty         Travis N. Turner        Young Conaway Stargatt &Taylor, LLP        The Brandywine Bldg., 17th Fl.        1000 West Street        Wilmington, DE 19801

                                                                                                                       TOTAL: 18