**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| §| | |
| **AMERICAN HOME MORTGAGE** § | | Case No. 07-11047 (CSS) |
| **HOLDINGS, INC., a Delaware** § | | (Jointly Administered |
| **Corporation, et al.** § | | |
| § | | |
| **Debtors.** § | | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM CREDITOR MAILING MATRIX AND ECF SYSTEM

PLEASE TAKE NOTICE that counsels listed below are no longer involved the above-captioned case and hereby request that their respective names, physical addresses, and e-mail addresses, as listed below, be removed from the creditor mailing matrix and the court's ECF system.

Thomas H. Grace, Esq.
Elizabeth Freeman, Esq.
W. Steven Bryant, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street
3400 Chase Tower
Houston, Texas 77002
(713) 226-1200
(713) 223-3717 (facsimile)
hobankecf@lockeliddell.com

This 9th day of December, 2008.

Respectfully submitted,

LOCKE LIDDELL & SAPP LLP

By:    /S/  Thomas H. Grace
    Thomas H. Grace
    State Bar No. 00785453
    Federal I.D. No. 12618
    Elizabeth Freeman

        State Bar No. 24009222
        Federal I.D. No. 24564
        W. Steven Bryant
        State Bar No. 24027413
        Federal I.D. No. 32913
        600 Travis Street, Suite 3400
        Houston, Texas  77002
        Phone:  (713) 226-1200
        Fax:  (713) 223-3717

        COUNSEL FOR
        JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM CREDITOR MAILING MATRIX AND ECF SYSTEM was served on all electronic recipients on this 9$^h$ day of December, 2008.


        /s/  Thomas H. Grace
        THOMAS H. GRACE