MELANIE HERNANDEZ
2158 Cottonwood Ave.
San Jacinto, CA 92582
November 25, 2008

## To the following justice departments and their officials:

CC: Chief Judge: Kevin J. Carey

This letter is to the police department in CA and Wilmington, DE, and the chief judge in Wilmington, DE bankruptcy dept, and Riverside County assessors and tax office regarding our case in Wilmington, DE that took place in Riverside County, CA but also currently exist in the bankruptcy department in Wilmington, DE.

We are requesting a full investigation at all levels regarding how the sale of the property at 364 Palo Santo Way in San Jacinto, CA and we are requesting even more investigation at the bankruptcy department in Wilmington DE and investigation needs to be done regarding our case. They are ignoring and not receiving accurate information from AMercian Home Mortage's executives, their lawyers or the bankruptcy departments regarding our case and procedures are being overlooked regarding the use of acceleration and paperwork unjustly filed at Riverside County Assessors and tax offices and these methods of filings, how documents were filed, when and how we were notified were also not procedural and contradict other constitutional laws in all areas and in bankrupty creditor rights and citizen civil laws. We want our case taken to the highest level. DE bankruptcy Department was not given all facts regarding our case and did not receive proper information regarding the misfilings/ and order of the deeds, improper notification, improper use of acceleration in filings and notices days before claiming bankruptcy, .

We want all paperwork in our names regarding the properly below, that was incorrectly, filed corrected with Riverside county, CA. The bank took our $56,000.00 then flipped the house back to them, then claimed bankruptcy in another state, then filed tax bills to be sent to us, for a house we never lived in, messed up our credit, and took our money and gave us nothing in return. Now our credit is even getting messed up. We put a lien on the house but the bank ignored it, bundled the loan and our now trying to sell the house under valued and not pay us back. We are requesting the police station set in, the judge, and the tax assessors to attach a papper to the deed from all levels that our UCC1 Lien can not be ignored and we want an investigation done on all levels to make sure these banks can not do this to other AMercian Citizens. We want a full investigation as to why creditor rights

laws are being ignored re: our case and we want an investigation as to why constitutional laws are being manipulated as well regarding our case in Wilmington, DE and Riverside County, CA from the unjust sale for the house at 364 Palo Santo Way in San Jacinto, CA. Case number: # 07-11047 Doc 9654 Ref # 3880
American Home Mortgage and their lawyers regarding our case above for the use of manipulation of Constitutional laws, bankruptcy laws, misuse of county filings and taxes, and improper use of notifications and filings of deeds and other paperwork (EXHIBIT 1 ) . The county, the judges, title companies, American Home Mortgage, and title companies are ignoring our UCC1 (EXHIBIT PAGE 2) and secured creditors equal rights protection. An investigation at a court higher than the bankruptcy dept. needs to be done as to why The bankruptcy dept. has allowed ignoring of constitutional laws that clearly contradict creditors equal rights protection. These laws are being manipulating and improperly used.. Wilmington, DE bankruptcy department and their officials need to be investigated and the bank as to why not all facts were given regarding our case. We want this investigation taken to the highest level if needed for the protection of the American Citizens. The bank and the title company CC ea. Other often regarding our case (EXHIBIT 3) the bank refused to resend our bid even though they were given phone logs to, paperwork from us showing we were bidding on a first not a second (EXHIBT 4). They refused they b/d and ignored us day of sale. Told the title co. no used manipulation to try to get us to purchase the overpriced house for 3x what it is on the market for (EXHIBIT 2) and then used acceleration days before they claimed bankruptcy and pushed paperwork through he county office incorrectly causing deeds to be filed in incorrect order (against the law) and other documents incorrectly in our name that is now effecting our credit score (against the law) and this is leading to hardships and is effecting our families well being. Deeds filed out of order incorrect procedure this led to taxes + bills sent to us + messing up our credit + filed other papers incorrectly. County paperwork and other files on the house below need to be fixed regarding the p-7 unjust sale on the house at: 364 Palo Sano Way in San Jacinto, CA that was put in Matt and Melanie Hernandez's name incorrectly for a house they never lived in and were mislead into thinking they purchased the first but sold the second. The bank ignored our phone calls (EXHIBIT 5) IGNORED OUR LETTERS (EXHIBIT 6) tried to put the blame on trustee who clearly mailed us letters and CC (EXHIBIT 3 ) bank not only refused to resend our bid when we gave legal notification and time to stop the bid they also tried to manipulate us into purchasing the house and filed paperwork in acceleration manners days before claiming bankruptcy that led to deeds incorrectly filed (illegal as well). These are issues are Supreme Court needs to know about for the protection of the American people while these banks are facing financial hardships they should not be allowed to take advantage of the American Citizens and this needs to be addressed and dealt with. This is clearly a manipulation of breaking Constitutional laws under bankruptcy protection to take advantage of American Citizens by the banks not given all facts to the bankruptcy department and using manipulations of laws.

WE, MATT AND MELANIE HERNANDEZ, NEVER LIVED IN THE HOUSE. BELOW AND THE BANK ABOVE HAS USED LAWS THAT CONTRIDICT CONSTITUTIONAL LAWS OF FAIR DEALINGS THAT ARE EFFECTING OUR FAMILIES WELL BEING. Papers have been filed incorrectly and out of order, incorrect contact methods used, county filings overlooked, judges and representatives regarding banks executives were not given all facts regarding our case and have postponed our case for over a year and a half, by the use of manipulation of constitutional laws in the bankruptcy department and it is effecting our ability to purchase daily items for our families and is effecting there well being due to the unjust sale on the house below:
364 Palo Santo Way
San Jacinto, CA 92582

We are requesting that an investigation be done at all levels and brought before congress if necessary as it becomes more of a civil matter as more banks start to claim bankruptcy and manipulate constitutional laws under bankruptcy protection. This is unconstitutional and does not protect the American People while our states are in such financial ruin due to these banks.

Matt and Melanie Hernandez
951-663-0761
2158 Cottonwood Ave.
San Jacinto, CA 92582