DOC # 2007-0476606
07/23/2007 08:00A Fee:30.00
Page 1 of 2 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Recording requested by:

When recorded mail to:
MATTHEW AND MELANIE HERNANDEZ
2158 COTTONWOOD AVENUE
SAN JACINTO, CA  92582

File No. 7983.20203          Title Or
Loan No. 1001163569

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 2    |      |    |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | COR | SMF | NCHG | EXAM |
|   |   |   |      |      | T: 10 | CTY |     | UNI | 034 |

## Trustee's Deed Upon Sale

APN: 431-681-016-0

The undersigned grantor declares:
1) The grantee herein **WAS NOT** the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was: $56,541.21
3) The amount paid by the grantee at the trustee sale was: $56,541.22
4) The documentary transfer tax is: $62.70
5) Said property is in: Riverside

And **Northwest Trustee Services, Inc.**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**MATTHEW AND MELANIE HERNANDEZ, HUSBAND AND WIFE AS JOINT TENANTS**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of **Riverside**, State of **California**, and described as follows:

**Lot 58 of Tract No. 30813 as shown by Map on file in Book 375 Page 24 through 29 of Maps, records of Riverside County, California.**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **01/30/06**, executed by **ARTHUR N. LUNA, A SINGLE MAN**, as Trustor(s), to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, as beneficiary, recorded **02/08/06**, as Instrument No. **2006-0095492**, of Official Records in the Office of the Recorder of **Riverside** County, **California**, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.