```
DOC # 2008-0410221
07/28/2008 08:00A Fee:27.00
Page 1 of 7
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder
```

Recording requested by

Mathew & Melanie Hernandez

And when recorded mail to:

Name: Matthew & Melanie Hernandez
Street: C/o 2158 Cottonwood Ave
City, State: San Jacinto, California
Zip code: [92582]

| S | S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   |   | 7    |      |     |      |      |     | 8    |
|   | M | A | L | 465  | 426  | PCOR| NCOR | SMF  | NCHG| EXAM |
| N |   |   |   |      |      |     |      |      |     | 513  |
|   |   |   |   | T:   |      | CTY |      | UNI  |     |      |

Space above this line for recorder's use only

Grantor and grantee index—each claimant is a grantor    35

NOTICE OF INTENT TO PRESERVE INTEREST

C 513

This notice is intended to preserve an interest in Private-real property from extinguishment pursuant to Title 5 (commencing with Section 880.020) of Part 2 of Division 2 of the Civil Code (Marketable Record Title).

Claimants            Matthew & Melanie Hernandez
                     2158 Cottonwood Ave
                     San Jacinto, California, [92582]

Interest             California UCC~1-Financing Statement of the OFFICE OF THE
                     RIVERSIDE COUNTY RECORDER.
                     For the Deed of Trust-Exhibit-A,

Location of document creating or evidencing interest in claimant:
                     For the Interest in the Claim is stated on the California
                     Financing-Statement,UCC~1-No.08-7165433805, Doc-No.17706150003,
                     Exhibit-B

                     Matthew & Melanie Hernandez, Secured-Party-Creditor of the Filing
                     in the OFFICE OF THE RIVERSIDE COUNTY RECORDER,
Real Property:       *364 Palo Santa Way, San Jacinto, California 92582 Document-
                     No.2007-0476606
                     *APN:431-681-016-0, RIVERSIDE COUNTY
                     Legal Description: below and Exhibit-A (Attachment)

Lot-58, of Tract-30813, as shown by Map on file in Book-375, Page(s) 24-through-29, in the Office of County Recorder of Riverside County. For the Secured Interest in the Amount-$113.000.00

I assert under penalty of perjury that this notice is not recorded for the purpose of slandering title to real property and I am informed and believe that the information contained in this notice is true.

Signed: _____  &  _____     Date: July 25 /2008
(Claimants) Matthew Hernandez  &  Melanie Hernandez

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

2