# NORTHWEST TRUSTEE SERVICES, INC.

505 N. Tustin Ave, Suite 243 • Santa Ana, CA 92705 • (714) 277-4888 • Fax: (714) 277-4899

Providing services in states of AK, CA, ID, MT, NV, OR, WA

July 5, 2007                                Certified Mail 70021000000528532681 & Regular Mail

Matthew and Melanie Hernandez
2158 Cottonwood Avenue
San Jacinto, CA 92582

Re:   Property located at: 364 Palo Santa Way, San Jacinto, Ca 92582
      Our Reference No. 7983.20203

Dear Mr. & Mrs. Hernandez:

On April 19, 2007, a Trustee's Sale was held on the second Deed of Trust and you were the successful bidder in the amount of $56,541.22.

As you are aware, your previous request for American Home Mortgage to void the sale and return your funds has been denied.

However, American Home Mortgage is now willing to provide you with the following options on the existing first Deed of Trust:

   a) Assume the existing loan on the first Deed of Trust
   b) Refinance thru American Home Mortgage

The first Deed of Trust has a Notice of Default filed as of December 1, 2006, which was of record at the time of your purchase of the second.

You must contact American Home Mortgage by 7/20/07, otherwise, the Trustee's Sale date will be set on the first Deed of Trust.

We encourage you to contact Robert Hardman of American Home Mortgage at (214) 260-6802 immediately.

Any questions, please feel free to give me a call directly.

Sincerely,

Cathe Cole
Director of Operations

CC:dbm
cc: Robert Hardman, American Home Mortgage