
| | << Back to Search Results | eBooks | Moving Services | FAQs | What's Next |

**Bill Barrett** - I am a... assist you in purchas... property or another p... your needs. Buying o... act as your local real... specialist. Contact Bil...

Enhanced Property Details

**Foreclosure Status** — Notice of Trustee's Sale Pending

Local Specialist

**1 Property Information**        Save Listing to My RealtyTrac

| | | | |
|---|---|---|---|
| Property ID | 11402174 | Square Feet | 1642 |
| Address | 364 Palo Santa Way, San Jacinto, CA 92582 | Lot Size | 7405 |
| | | Parcel Number | 431-681-016 |
| County | Riverside / Interactive Map | Doc Number | 2007-152217 |
| | | Lot Number | 58 |
| Type | Single family residence (RSFR) | Year Built | 2006 |
| | | Bldg. Price Sq. Ft. | N/A |
| Beds | 3 | Lot Price Sq. Ft. | N/A |
| Baths | 2 | | |

<< Prev
Map T... Prope...
Road Map    Aeri...
! History of Noti...

**2 Determine Property Value & Evaluate Investment Opportunity**        Neighborhood Infor...

Estimated Property Value Range: $328,000 - $391,000
Estimated Property Market Value: $333,000

Check MLS Listing

A) Check Comparable Sales FREE — Go
B) Check Lien & Loan History FREE — Go
C) Check MLS ...

**3 Foreclosure Information**

| | |
|---|---|
| Default Amt | $6,275 |
| Status | Auction |
| Recorded | 3/6/2007 |
| Entered On | 12/13/2006 |
| Last Payment | N/A |
| Opening Bid | $68,981 |
| Sale Date | Sale Pending 3/22/2007 (10:00A... |
| Sale Location | 815 W ... |

**4 Foreclosing Loan Information**

| | |
|---|---|
| Loan Balance | $64,429 |
| Loan Date | N/A |
| Loan Doc # | |
| Trans Date | 2/8/2006 |
| Trans Value | $322,500 |
| First Loan Amount | $64,429 |
| Judgment Amount | $68,981 |

**5 Tax Assessment I...**

Land Total
Improvements
Assessed Total

*Handwritten: "Showed me this sold yes this what bidding on"*

4