**verizon** wireless
We never stop working for you.

*[Handwritten at top: "We Can get this also!"]*
*[Handwritten: "AAA"]*

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 0551084790 | 570464732-00001 | Past Due | 13 of 21 |

*[Handwritten across top: "Also Spoke with Trey Jackson @ 214-260-6839 8:00am. supervisor of Foreclosure dept + AAM Sec @ 866-805-7600. He understood what may have happened + said we will get this worked out + said you want to cancel bid, its understandable + should be no problem."]*

### Detail for Mathew Christopher: 951-663-0761

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17 | 12:06P | 951-206-8346 | Peak | IN Allow | Sun City CA | Mobile CL | 6 | -- | -- | -- |
| 4/17 | 3:13P | 909-618-5486 | Peak | PlanAllow | San Jacint CA | Pomona CA | 2 | -- | -- | -- |
| 4/17 | 3:15P | 951-658-2149 | Peak | PlanAllow | San Jacint CA | Hemet CA | 3 | -- | -- | -- |
| 4/17 | 3:17P | 951-634-3293 | Peak | PlanAllow | San Jacint CA | Hemet CA | 2 | -- | -- | -- |
| 4/17 | 3:33P | 951-833-1995 | Peak | IN Allow | San Jacint CA | Corona CA | 1 | -- | -- | -- |
| 4/17 | 3:34P | 951-654-6326 | Peak | PlanAllow | San Jacint CA | Hmtsnjcnto CA | 1 | -- | -- | -- |
| 4/17 | 3:40P | 951-833-1995 | Peak | IN Allow | San Jacint CA | Mobile CL | 2 | -- | -- | -- |
| 4/17 | 3:44P | 951-654-4866 | Peak | PlanAllow | San Jacint CA | Hmtsnjcnto CA | 1 | -- | -- | -- |
| 4/17 | 4:53P | 951-679-1959 | Peak | PlanAllow | San Jacint CA | Sun City CA | 4 | -- | -- | -- |
| 4/17 | 5:08P | 951-206-8346 | Peak | IN Allow | San Jacint CA | Incoming CL | 2 | -- | -- | -- |
| 4/17 | 8:51P | 000-000-0086 | Peak | PlanAllow,CallVM | San Jacint CA | Voice Mail CL | 1 | -- | -- | -- |
| 4/18 | 1:35P | 951-487-9120 | Peak | PlanAllow | San Jacint CA | Hemt Snjc CA | 2 | -- | -- | -- |
| 4/18 | 1:36P | 951-206-8346 | Peak | IN Allow | San Jacint CA | Mobile CL | 2 | -- | -- | -- |
| 4/18 | 3:37P | 000-000-0086 | Peak | PlanAllow,CallVM | San Jacint CA | Voice Mail CL | 3 | -- | -- | -- |
| 4/18 | 3:48P | 951-654-4777 | Peak | PlanAllow | San Jacint CA | Hmtsnjcnto CA | 6 | -- | -- | -- |
| 4/18 | 4:10P | 951-663-0760 | Peak | IN Allow | San Jacint CA | Hemet CA | 1 | -- | -- | -- |
| 4/18 | 4:11P | 000-000-0086 | Peak | PlanAllow,CallVM | San Jacint CA | Voice Mail CL | 1 | -- | -- | -- |
| 4/18 | 4:11P | 951-206-8346 | Peak | IN Allow | San Jacint CA | Mobile CL | 6 | -- | -- | -- |
| 4/18 | 4:17P | 951-206-8346 | Peak | IN Allow | San Jacint CA | Incoming CL | 1 | -- | -- | -- |
| 4/18 | 4:30P | 951-487-9120 | Peak | PlanAllow | San Jacint CA | Hemt Snjc CA | 3 | -- | -- | -- |
| 4/18 | 6:37P | 951-663-0760 | Peak | IN Allow | San Jacint CA | Hemet CA | 2 | -- | -- | -- |
| 4/18 | 10:57P | 951-663-0760 | Off-Peak | IN Allow | San Jacint CA | Mobile CL | 2 | -- | -- | -- |
| 4/18 | 11:08P | 951-663-0760 | Off-Peak | IN Allow | San Jacint CA | Mobile CL | 1 | -- | -- | -- |
| 4/19 | 9:07A | 951-929-7700 | Peak | PlanAllow | Corona CA | Incoming CL | 3 | -- | -- | -- |
| 4/19 | 10:07A | 714-277-4823 | Peak | PlanAllow | Corona CA | Santa Ana CA | 1 | -- | -- | -- |
| 4/19 | 10:12A | 714-277-4823 | Peak | PlanAllow | Corona CA | Santa Ana CA | 5 | -- | -- | -- |
| 4/19 | 11:12A | 714-277-4888 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 1 | -- | -- | -- |
| 4/19 | 11:14A | 714-277-4888 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 1 | -- | -- | -- |
| 4/19 | 11:15A | 714-277-4888 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 5 | -- | -- | -- |
| 4/19 | 12:21P | 411-000-0000 | Peak | PlanAllow | Riverside CA | 411connect CL | 1 | -- | 1.49 | 1.49 |
| 4/19 | 12:21P | 951-787-1700 | Peak | PlanAllow | Riverside CA | Riverside CA | 1 | -- | -- | -- |
| 4/19 | 1:22P | 714-277-4888 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 10 | -- | -- | -- |
| 4/19 | 1:32P | 951-206-8346 | Peak | IN Allow | Riverside CA | Mobile CL | 6 | -- | -- | -- |
| 4/19 | 1:40P | 951-686-2590 | Peak | PlanAllow | Riverside CA | Riverside CA | 2 | -- | -- | -- |
| 4/19 | 1:42P | 951-686-2590 | Peak | PlanAllow | Riverside CA | Riverside CA | 8 | -- | -- | -- |
| 4/19 | 1:50P | 951-686-2590 | Peak | PlanAllow | Riverside CA | Riverside CA | 11 | -- | -- | -- |
| 4/19 | 2:02P | 714-277-4823 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 2 | -- | -- | -- |
| 4/19 | 2:05P | 714-277-4823 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 1 | -- | -- | -- |
| 4/19 | 2:05P | 714-277-4823 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 1 | -- | -- | -- |
| 4/19 | 2:07P | 714-277-4823 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 1 | -- | -- | -- |
| 4/19 | 2:08P | 714-277-4888 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 2 | -- | -- | -- |
| 4/19 | 2:10P | 714-277-4888 | Peak | PlanAllow | Riverside CA | Santa Ana CA | 6 | -- | -- | -- |
| 4/19 | 2:15P | 000-000-0086 | Peak | PlanAllow,CallVM | Riverside CA | Voice Mail CL | 1 | -- | -- | -- |
| 4/19 | 2:16P | 000-000-0086 | Peak | PlanAllow,CallVM | Riverside CA | Voice Mail CL | 1 | -- | -- | -- |
| 4/19 | 2:18P | 951-652-1400 | Peak | PlanAllow | Riverside CA | Hemet CA | 6 | -- | -- | -- |

*[Handwritten notes overlaid on rows: "Next DAY VP said No"; "said yes shes the auctioneer, then later Said Northwest called B we called rescind It is not House we want 1st House not 2nd we told them + said to rescind BID again calling asked Rescend Bid. Trey Jackson referred us to said saw no reason why would rescind bid though since bidding 1st"]*

*[Handwritten at bottom right: "5"]*