

**First return receipt card**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Micheal Straus (only)
erican Home Mortgage
Broadhollow Rd.
ville, N.Y 11747

COMPLETE THIS SECTION ON DELIVERY
A. Signature X
B. Received by (Printed Name) Mildred Reyes    C. Date of Delivery 7/16
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number: 7006 2760 0005 1907 8707

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Second return receipt card**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Robert Herdman (only)
erican Home Mortgage
O Broadhollow Rd.
elville, N.Y. 11747

COMPLETE THIS SECTION ON DELIVERY
A. Signature
B. Received by (Printed Name) Mildred Reyes    C. Date of Delivery 7/16
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number: 7006 2760 0005 1907 8660

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Third return receipt card**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Cathe Cole (only)
THWEST TRUSTEE SERVICES
N. TUSTIN AVE, SUITE 243
TA ANA, CA 92705

COMPLETE THIS SECTION ON DELIVERY
A. Signature X Michelle Fl
B. Received by (Printed Name) M. Floyd    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

CANCEL BRAND
SANTA ANA
JUL 16 2007
1976

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number: 7006 2760 0005 1907 8653

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

6