| | | |
|---|---|---|
| 10 | **RIVERSIDE COUNTY SECURED PROPERTY TAX BILL**<br>For Fiscal Year July 1, 2007 through June 30, 2008<br>Offices in Riverside, Palm Springs and Temecula<br>To send us an e-mail, visit our Website: www.riversidetaxinfo.com | PAUL McDONNELL, TREASURER<br>4080 Lemon St (1st Floor) Riverside, Califor<br>(P.O. Box 12005, Riverside, CA 92502-220<br>Telephone: (951) 955-3900<br>or, from area codes 951 and 760 onl<br>toll free: 1 (877) RIVCOTX (748-268 |

Property Data: .17 ACRES M/L IN LOT 58 MB 375/024 TR 30813

Address: 364 PALO SANTA WAY SAN JACINTO 92582
Owner: JANUARY 1, 2007  LUNA, ARTHUR N

HERNANDEZ, MATTHEW & MELANIE
2158 COTTONWOOD AVE
SAN JACINTO, CA 92582-6941

| Bill Number | ASSESSMENT NUMBER |
|---|---|
| 000322921 | 431681016-0 |
| Tax Rate Area | Parcel Number |
| 010-197 | 431681016-0 |

O  09/20/2007

**IMPORTANT INFORMATION ON REVERSE SIDE**

**UNPAID PRIOR-YEAR TAXES** (See Item #6 on reverse)
2007-431681016-0000

| CHARGES LEVIED BY TAXING AGENCIES (See Item #4 on reverse) | AMOUNT |
|---|---|
| 1% TAX LIMIT PER PROP 13 | 3289.50 |
| UNIFIED SCHOOL DEBT SV | 236.90 |
| METROPOLITAN WTR DEBT SV  (800) 225-5693 | 14.80 |
| EASTERN MUNICIPAL WTR DEBT SV  (951) 928-3777 | 46.05 |
| R&T CODE 482 PENALTY ASMNT  (951) 955-04009 | 328.94 |
| FLD CNTL STORMWATER/CLEANWATER  (800) 439-65538 | 3.74 |
| CSA 152-SAN JACINTO STORMWATER  (888) 683-52349 | 4.26 |
| CITY OF SAN JACINTO CFD 2003-1  (949) 955-15009 | 402.04 |
| SAN JACINTO LLPD 2 ZONE 7  (800) 676-75160 | 623.94 |
| V-WIDE REGIONAL PAC LMD 89-1  (951) 654-15058 | 22.14 |
| EMWD STANDBY EAST  (866) 807-68649 | 6.94 |
| EMWD STANDBY-COMBINED CHARGE  (951) 928-37778 | 10.00 |

*Total of almost 5000.00* →

| LAND | 81,601 |
|---|---|
| STRUCTURES | 247,351 |
| TRADE FIXTURES | |
| TREES & VINES | |
| CITRUS PEST VALUE | |
| BUSINESS PERSONAL PROPERTY | |
| FULL VALUE | 328,950 |
| EXEMPTIONS | |
| NET VALUE | 328,950 |
| TAX RATE PER $100 VALUE | 1.0905 |
| TAXES | $3,587.2 |
| Special Assessments & Fixed Charges | $1,401.6 |
| TOTAL AMOUNT (If over $25,000, see Item #1 on reverse) | $4,988.8 |

| | |
|---|---|
| $2,494.43 | $2,494.43 |
| Add 10% penalty after 12/10/2007 | Add 10% penalty plus cost after 04/10/2008 |
| $2,494.43 | $2,494.43 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com

**P A Y**

DUE FEBRUARY 1, 2008
PAY BY APRIL 10, 2008
**$2,494.43**

IF PAID AFTER APRIL 10, 2008
ADD 10% penalty plus cost  $269.40

DELINQUENT
2nd INSTALLMENT AMOUNT
(If over $25,000, see Item #1 on reverse)

SEND THIS STUB WITH YOUR 2nd INSTALLMENT PAYMENT
**RIVERSIDE COUNTY**
**2007-2008 SECURED PROPERTY TAX BILL**
**PARTIAL PAYMENTS WILL BE RETURNED**

PLEASE DO NOT WRITE ON STUB

092407
ASSESSMENT NUMBER
431681016-0
Bill Number
000322921

**2nd** INSTALLMENT

00000249443   022007 000322921 01

7

0220074316810160000024944304102008000000276383249

Pay on-line at: www.riversidetaxinfo.com
DUE NOVEMBER 1, 2007

SEND THIS STUB WITH YOUR 1st INSTALLMENT PAYMENT     ASSESSMENT NUMBER