IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> No. 07-11047 (CSS) <br><br> Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of Bradley A. Hutchins, Esquire of the law firm Proctor Hutchins located at 8010 Roswell Road, Suite 250, Atlanta, Georgia, to represent American Lien Fund, L.P. in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the State of Georgia.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel. (302) 655-4200
Fax (302) 655-4210
Attorneys for Movant
American Lien Fund, L.P.

Dated: December 8, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

The Admittee, Bradley A. Hutchins, Esquire, certifies that he is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdiction shown above, and that he voluntarily submits himself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in United States District Court Local Rule 83.6(e). The Admittee is not currently, nor has he ever been, subject to any disciplinary action. The Admittee certifies that he generally is familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. He further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

PROCTOR HUTCHINS

Bradley A. Hutchins, Esquire
Roswell Road, Suite 250
Atlanta, GA 30350
Tel: (770) 394-3500
Dated: December 8, 2008          Fax: (770) 394-9590

MOTION GRANTED.

Date: _____, 2008          _____
                                    U.S. Bankruptcy Court Judge

2