IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :        Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :        Jointly Administered
                    Debtors.                        :
------------------------------------------------------------x   Re: Docket No. 278

## *AMENDED* NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that ABN AMRO Bank N.V. ("ABN AMRO") hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the party listed below at the following address and telephone number:

> David W. Stack
> Senior Vice President
> ABN AMRO Bank, N.V.
> 101 Park Avenue, 6th Floor
> New York, NY 10178
> Telephone: 212-401-3503
> david.stack@rbs.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

RLF1-3347645-1

This Amended Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of ABN AMRO's rights (1) to have final orders in noncore matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which ABN AMRO is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ABN AMRO expressly reserves.

Dated: December 9, 2008
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
John H. Knight (No. 3848
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

## CERTIFICATE OF SERVICE

I, John H. Knight, do hereby certify that on the 9th day of December 2008, I caused copies of the foregoing **Amended Notice of Appearance and Demand for Notices and Papers** to be served upon the parties and in the manner indicated below.

### Via Hand Delivery

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519

_____
John H. Knight (No. 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700