IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :    Jointly Administered
           Debtors.                                               :
------------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 21, 2008, to which was attached the "Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 21, 2008 [Docket No. 6609],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit B.

   3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                  _____
                   Angharad Bowdler

Sworn to before me this
26th day of November, 2008

_____
Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-20__

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: December 15, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: December 22, 2008 at 10:00 a.m. (ET) |

AHM OB24 11/21/2008 (merge2.txnum2) 4000099988  EPIQ Use - 1

ACADIANA'S OFFICE PRODUCTS
ATTN JOHN A. MARTIN
P.O. BOX 61748
LAFAYETTE, LA 70596

## NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** ACADIANA'S OFFICE PRODUCTS  
ATTN JOHN A. MARTIN  
P.O. BOX 61748  
LAFAYETTE, LA 70596

**Basis For Objection:** Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 7864 | $23,585.04 | 07-11051 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

    Responses to the Objection, if any, must be filed on or before **December 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 21, 2008  
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Nathan D. Grow (No. 5014)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6756  
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

ALLEN, ROXANNA T.
315 WRIGHTSBURG CT
FAYETTEVILLE, GA 30215

ASPETUCK SYSTEMS, INC.
ATTN MICHAEL GABRIELE
200 CONNECTICUT AVENUE
NORWALK, CT 06854

BARTLETT, CATHY
1730 LONG RIDGE ST
CHULA VISTA, CA 91913

BRAUDE, KEVIN Z.
1832 FIELDWOOD DRIVE
NORTHBROOK, IL 60062

BROTHERTON, JILL
1226 NORTH AVENUE
BATAVIA, IL 60510

CADRE GROUP, LLC
60 KATONA DR STE 27
FAIRFIELD, CT 06824

EVANICHKO, MOLLIE
6227 GLENCAIRN CIR
GALLOWAY, OH 43119

ALBANO, KRISTINE
76 WILSON AVE
MASTIC BEACH, NY 11951

ANELLI, CHRISTOPHER
30 BUSCH ST
HAUPPAUGE, NY 11788

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

BRATT, KAY
23351 VIA LINDA #A
MISSION VIEJO, CA 92691

BRITTINGHAM, CHRISTINE
4 OAK HOLLOW LN
SICKLERVILLE, NJ 080813907

BURIAN, THOMAS A.
PO BOX 1076
PARK RIDGE, IL 60068

ELKIN, DARCY J.
10626 GREEN MOUNTAIN CIRCLE
COLUMBIA, MD 21044

ACADIANA'S OFFICE PRODUCTS
ATTN JOHN A. MARTIN
P.O. BOX 61748
LAFAYETTE, LA 70596

ANDERSON, ELIZABETH D.
44 SEACLIFF DR
APTOS, CA 95003

AT&T CORP.
ATTN ALBERT PEREZ
15100 FAA BLVD
FORT WORTH, TX 76155

BOND, ALISON
1346 N. LAUREL AVE # 105
W. HOLLYWOOD, CA 90046

BRAVO, CHRISTINA
3828 ADDISON WOODS RD.
FREDERICK, MD 21704

BUMBAK, KATHY
939 W 6TH ST
SAN PEDRO, CA 90731

DEPARTMENT OF CORPORATIONS
C/O: PRESTON DUFAUCHARD,
COMMISSIONER
1515 K ST, STE 200
SACRAMENTO, CA 95814-4052

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

FEE, EILEEN
61 MOFFITT BLVD
ISLIP, NY 11751

FIRST AMERICAN CORE LOGIC
ATTN LAURIE CHEHAK, A/R MANAGER
10360 OLD PLACERVILLE RD
STE 100
SACRAMENTO, CA 95827

FREEDMAN, JODIE
77 S PARK AVE APT A22
ROCKVILLE CENTRE, NY 11570

GEHRING, GRETCHEN S.
830 CHURCHLAND CT
SAUGERTIES, NY 12477

GRANT, ANN
1216 BIRKS CT.
LA GRANGE, IL 60525

HITCHCOCK, HEIDI A.
2 BASSWOOD CT
CATONSVILLE, MD 21228

HUGHEY, CHERYL
222 NORTH AVE
APTOS, CA 95003

FELDMAN, GAIL
15225 N 100TH ST UNIT 1205
SCOTTSDALE, AZ 852608801

FIUMEFREDDO, ROSARIA
7132 HELL AVE #2
HUNTINGTON BEACH, CA 92647

FREY, TABETHA S
10624 QUEEN JESSICA
LN
SANTEE, CA 92071

GHINI, LAURA
11 CHERRY ST
GLEN HEAD, NY 11545

HESS, SHARON SUE
415 LONG BRANCH WAY
CANTON, GA 30115

HONOKAUPU, CHRISTINA K.
PO BOX 1337
HAIKU, HI 96708

JOHNSON, JANIS C.
523 NIGHTSHADE DR
ARLINGTON, TX 76018

FERRICANE, ANGELO J.
13 HOLLY DR
MANORVILLE, NY 11949

FRANKS, KIM
705 S. WELLWOOD AVENUE
LINDENHURST, NY 11757

FURCO, LISA
1034 7TH ST
WEST BABYLON, NY 11704

GIBSON, MARGARET
2483-4 WHISPERING WOODS BLVD
JACKSONVILLE, FL 32246

HEYMAN, MATTHEW REED
26201 BUSCADOR
MISSION VIEJO, CA 92692

HOWELL, BARBARA J.
508 MONTE VISTA DR
FORT WAYNE, IN 46814

KLAR, VIRGINIA
815 E WALNUT ST
LONG BEACH, NY 11561

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by November 21, 2008 and sent to the following:

LEE, SHAOWEI
PO BOX 360765
MILPITAS, CA 95036

LOWERMYBILLS, INC., A DELAWARE CORP
SANDRA I TIBERI
HEMAR ROUSSO & HEALD LLP
15910 VENTURA BLVD 12TH FLOOR

MAIER, DANIEL KEITH
2738 HARVARD DR
WARRINGTON, PA 189762378

MASSARINI, JUDITH A.
397 AURORA DR
MILLERSVILLE, MD 21108

MEEUWSE, CATHERINE S.
1703 MILES AVE
KALAMAZOO, MI 49001

MODELYTICS INC
ATTN MUKUND SHEOREY, PRESIDENT
38 KNIGHTS COURT
UPPER SADDLE RIVER, NJ 07458

MOORE, DEBRA
202 SHELTER LN
LEVITTOWN, NY 11756

MURRAH, SHERI
18108 STONEBROOK DR
SANFORD, FL 327734467

NATHAN, MARILYN G
11 KETCHAM PL
MELVILLE, NY 11747

NORTHWIND FINANCIAL CORP
ATTN C. CUMMINGS, CEO
5999 BELINDA DR NE
ROCKFORD, MI 49341

OBERGFELL, VALERIE
1879 S GROVE ST
DENVER, CO 80219

OETINGER, WILLIAM D.
3120 DAVISVILLE RD
HATBORO, PA 19040

OFFICETEAM
DIV. OF ROBERT HALF INTERNATIONAL
ATTN KAREN LIMA
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

PANZINI, CLAUDIA
1650 LEWIS RD
MERRICK, NY 11566

PAZORNIK, RICHARD B.
712 RESERVOIR ST
BALTIMORE, MD 21217

PIERCE, DANIEL R.
PO BOX 294
LINCOLN, AL 350960294

PRICE, ARTHUR
11 TRUMPET LN
LEVITTOWN, NY 11756

REVAK, KELLEY
805 WOODWARD ST
MC KEESPORT, PA 15132

ROCKWELL, ELIZABETH
199 DUBLIN CT UNIT V 2
SCHAUMBURG, IL 60194-6129

ROWLEY, DONALD (DON)
3644 VILLAGE SPRINGS DR
HIGH POINT, NC 27265

SACKMAN, BEVERLEY W.
431 TIMBER RIDGE DR
LONGWOOD, FL 32779

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SCHNEIDER, CATHY L.
451 HAZEL AVENUE
HIGHLAND PARK, IL 60035

SIMS, RACHEL
809 RED BUD DR
DESOTO, TX 751154459

SKINNER, JULIA
7 BRAIDED WHIP CT
WINDSOR MILL, MD 21244

SMILEY, CONSUELA A.
9763 BRASSIE WAY
GAITHERSBURG, MD 20886

SMITH, SHANTA N.
675 COMMANDER AVE
WEST BABYLON, NY 11704

SOUTHERN CALIFORNIA EDISON COMPANY
ATTN CECILIA BAESA
CREDIT AND PAYMENT SERVICES
300 N LONE HILL AVE
SAN DIMAS, CA 91773

SPRINT NEXTEL
ABBY LATOURRETTE, BANKRUPTCY
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

STANNARD, MONICA
20914 JESSICA ROSE LN
SPRING, TX 77379

STEPHANIK, JOANNE
413 N. SAN DIMAS AVE
SAN DIMAS, CA 91773

STOCKMAN, JOSEPH
236 ELWOOD RD
EAST NORTHPORT, NY 11731

SYKES, THADDEUS
2003 CRIMSON MEADOWS DR.
O'FALLON, MO 63366

SYMONS, CECILIA
46595 CHALMERS
MACOMB, MI 48044

SYMPLEGADES
ATTN IAN GERTLER, PRESIDENT & CEO
1746 MCLAURIN LANE
FUQUAY-VARINA, NC 27526

THOMSON FINANCIAL CO, LLC
ATTN BARBARA MENDY
195 BROADWAY
NEW YORK, NY 10007

TRAIETTA, EILEEN
64 PARK CIRCLE SOUTH
FARMINGDALE, NY 11735

TRIOLO, VICTOR J.
104 SEAVIEW AVE
NORTHPORT, NY 11768

VAIDEN, MARY K
2742 CANDLEWOOD CT
APOPKA, FL 32703

VALARO, SHERRY
7784 LAS PALMAS WAY
JACKSONVILLE, FL 32256

VERNAGLIA, MARY E.
37 PASHO ST
ANDOVER, MA 01810

VINCENTY, LEYLANI
20 LAYTON LN
CENTEREACH, NY 11720

VLAUN, DARIA
26 CRABTREE LN
LEVITTOWN, NY 11756

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

WAREHOUSELINE, LTD
ATTN BRUCE REICHSTEIN, PRESIDENT
707 WOODCASTLE BEND
STE 200
HOUSTON, TX 77094

WENINSKI, MICHELLE A.
41 WINSTON DR
BRENTWOOD, NY 11717

WHALIN, LESLIE D.
18 KNOLLCREST RD
NESCONSET, NY 11767

WHITNEY, MICHELE
3210 QUEENSLAND CT
FORT MILL, SC 29715

WILSON, ANTHONY J
9405 LANAE LA
MANASSAS PARK, VA 20111

WALTON, MARY
11 DAVIS RD APT B10
ACTON, MA 017204761

WOOTEN, ALISHA D.
9404 N LAUREL RD
LAUREL, MD 20723

WYATT, MYRON C.
758 E 25TH ST
APT B-20
CHESTER, PA 19013

ZWICK, ERIN E.
266 SUMMERHILL CT.
AURORA, IL 60506

Total Parties: 93