IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
           Debtors.                                            :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 21, 2008, to which was attached the "Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 21, 2008 [Docket No. 6610],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
26th day of November, 2008

_____
Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-20__

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) |
| | ) |
| | ) **Objection Deadline: December 15, 2008 at 4:00 p.m. (ET)** |
| AHM OB25 11/21/2008 (merge2.txnum2) 4000040728 EPIQ Use - 1 | ) **Hearing Date: December 22, 2008 at 10:00 a.m. (ET)** |

A AND H APPRAISALS INC
ATTN MICHAEL LOUNSBERRY,
PRESIDENT/OWNER
165 SABAL PALM DR # 151
LONGWOOD, FL  32779


# NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:**  A AND H APPRAISALS INC
ATTN MICHAEL LOUNSBERRY,
PRESIDENT/OWNER
165 SABAL PALM DR # 151
LONGWOOD, FL  32779

**Basis For Objection:** Reclassified Wrong Debtor Claim: Debtors' books and records show claim should be reclassified and reassigned to a new case number

| Claim to be Reclassified and Reassigned | Claim # | New Case # | Claim Amount | Reclassified Amount |
|---|---|---|---|---|
| | 7350 | 07-11053 | Secured - $325.00<br>Priority - $950.00<br>Unsecured - $300.00 | Unsecured - $1,575.00 |

No basis for priority or secured claim exists under sections 506 or 507 of the Bankruptcy Code

The above-captioned debtors and debtors in possession (the "**Debtors**") have filed the **Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "**Objection**"), a copy of which is attached hereto. The Debtors have determined, after review of their books and records, that your claim should be reclassified as indicated above in the column titled "Reclassified Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by reclassifying and reassigning your claim as detailed above.

Responses to the Objection, if any, must be filed on or before **December 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 21, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

A AND H APPRAISALS INC
ATTN MICHAEL LOUNSBERRY, PRESIDENT/OWNER
165 SABAL PALM DR # 151
LONGWOOD, FL 32779

ABRAHAMS, BOBBY
731 SUMMER AVE
UNIONDALE, NY 11553

ACCESS INFORMATION MGMT
ATTN BENJAMIN NETICK, CFO
205 MAIN STREET, STE E
PLEASANTON, CA 94566

ACCREDITED KEY APPRAISALS, INC
ATTN VANESSA P. KEY, OWNER
PO BOX 2583
WEST COLUMBIA, SC 29171

AMERICAN RESIDENTIAL APPRAISALS
2012 FOREST RIDGE LN
BUFFALO, MN 55313

APPRAISAL ONE, INC.
1200 112TH AVE NE
STE C-185
BELLEVUE, WA 98004

APPRAISAL SHOPPE, INC, THE
ATTN KAREN B. ARRINGTON
425 MCIVER ST.
GREENVILLE, SC 29601

AVENA, JOANNE
2238 CAMERON AVE
MERRICK, NY 11566

AYAN, ATILLA
83 OCEAN AVE
MASSAPEQUA PARK, NY 11762

BARAGO, JACQUELINE
3491 ROGER DR
WANTAGH, NY 11793

BARAGO, MICHAEL
63 BAILEY CT
MIDDLE ISLAND, NY 11953

BERMUDEZ, JOSEPH
521 PARK AVE
HUNTINGTON, NY 117433754

BETTENCOURT, PAMELA L.
41 GREENLAWN AVE
DRACUT, MA 01826

BICKERS APPRAISALS, INC.
ATTN PATRICIA H. BICKERS, SECY ' TREAS.
55 BOLLING CIRCLE
PALMYRA, VA 22963

BILLS, JILLIAN
22647 PICO ST
GRAND TERRACE, CA 92313

BOLEN, MONA L.
64 E COLLEGE AVE
WESTERVILLE, OH 43081

BOMAN, JULIE
2617 WEDGEWOOD RD
DES MOINES, IA 50317

BOYD, MICHAEL W. SR.
PO BOX 2092
ROANOKE, TX 76262

BRAUN, HEATHER
6705 CREEKWOOD LN
FORT WAYNE, IN 46835

BROWN, KERRIN
500 PECONIC ST APT 31-6A
RONKONKOMA, NY 117797168

BUNBURY, JOHN
11 ALLERTON AVE
EAST NORTHPORT, NY 11731

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

BUNN, ANDREW
4075 WOODSLY DR
BATAVIA, OH 45103

CACCAMO, FRANK M. II
11 HARBOR CIR
CENTERPORT, NY 11721

CALDWELL APPRAISALS INC
ATTN KATIE N. CALDWELL
5930 S 400 E
WOLCOTTVILLE, IN 46795

CANNITO, HELEN
3368 CHESHIRE RD
DELAWARE, OH 43015

CAPEWAY APPRAISAL SERVICE
ATTN JODI LANGFORD
37 WATER ST
SANDWICH, MA 02563

CAREY, MARILEE
15 BROOK AVENUE
MERRICK, NY 11566

CASEY, JANET
19692 HILLOCK VIEW PLAZA
YORBA LINDA, CA 92886

CATANESE, ANTHONY
60 COLLEEN CIRCLE
DOWNINGTOWN, PA 19335

CAVERO, PHIL J
38 RUMFORD RD
KINGS PARK, NY 11754

CHARLES REUTHER & ASSOCIATES
ATTN CHARLES REUTHER
1928 CORPORATE SQ # B
SLIDELL, LA 70458

CLARK, NICHOLE
1617 CARNELIAN COURT
WOODLAND, CA 95695

CLICKNER, DEBORAH A.
19099 GUNN HWY
ODESSA, FL 33556

CONSON, JILL M.
940 BUNKER VIEW DR
APOLLO BEACH, FL 33572

COSS, KAREN L.
9474 E LANTERRA CT
TUCSON, AZ 85710

COURCELLE, CYNTHIA
1865 JULIA GOLDBACH AVE
RONKONKOMA, NY 11779

COWANS, KAREN M.
480 MAINSAIL DR
WESTERVILLE, OH 43081

DALLAS COUNTY RECORDER
LORI BELGARDE, DEPUTY RECORDER
701 COURT
PO BOX 38
ADEL, IA 50003-0038

DAVENPORT APPRAISAL SERVICES
MELISSA K. DAVENPORT, OWNER
P.O. BOX 332
BEEBE, AR 72012

DECASTEELE, RUSSELL R.
1350 BROOKLYN BLVD
BAY SHORE, NY 11706

DIKE, CHAKIRA-ILIANA
431 MARINE LN
WEST BABYLON, NY 11704

DOSS, CHRISTOPHER M (CHRIS)
16212 COPPERWOOD LANE
WILDWOOD, MO 63040

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

DOYLE, ARDIS M.
4586 S. LABADIE
MILFORD, MI 48380

ESPANOL, IAN
1 CONCORD RD
SHIRLEY, NY 11967

EVANS, LORETTE
2070 ALPINE DR
WEST LINN, OR 97068

FIRST AMERICAN REAL ESTATE SOLUTIONS
ATTN RICHARD SPAETH, MANAGER
4 FIRST AMERICAN WAY
SANTA ANA, CA 92707

FRAZIER, MARSHA J.
8302 EUGENIA ST
FORT WASHINGTON, MD 20744

FRID, MARION L.
2702 LYNN AVE
FORT WAYNE, IN 46805

GABRAM, JODI
10960 NEAL DR
NEWBURY, OH 44065

GALIANO, MATTHEW
101-42 123RD ST
SOUTH RICHMOND HILL, NY 11419

GALLAGHER MESSINA, LAURIE
263 LAMOKA PL
WEST ISLIP, NY 11795

GREATER GATEWAY ASSOCIATION OF REALTORS
ATTN ALBERT M SUGUITAN, PRES. & COO
#10 GINGER CREEK PARKWAY
GLEN CARBON, IL 62034

HARRISBURG CITY/COUNTY BILL
C/O ROBERT D. KODAK, ESQUIRE
PO BOX 11848
HARRISBURG, PA 17108-1848

HARRISBURG CITY/COUNTY BILL
DAUPHIN COUNTY COURTHOUSE
RM 105, FRONT & MARKET STR.
HARRISBURG, PA 17101

HAUGHS, KELLY D
2113 BAYVIEW DR
FORT WAYNE, IN 46815

HENDERSON & ASSOCIATES, INC
312 CHEYENNE DR
ATTN KEITH A HENDERSON PRESIDENT
BERTHOUD, CO 80513

HERRARA, LUZ
416 N HOLMES AVE
ONTARIO, CA 91764

HILL, LORI J
8487 WHEATLAND DR
SACRAMENTO, CA 95828

HIRAYAMA, PATRICIA M
1066 CREEKSIDE CT.
WHEELING, IL 60090

HIRKO, KAREN
176 MELVILLE RD
HUNTINGTON STATION, NY 11746

HOEKSTRA, VICKY L.
2649 E CAPTAIN DREYFUS
PHOENIX, AZ 85032

HONOKAUPU, CHRISTINA K
PO BOX 1337
HAIKU, HI 96708

IN-TOUCH MASSAGE THERAPY
ATTN JENNIFER R KUCK
25 NORTH ST SUITE E
DUBLIN, OH 43017

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by November 21, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

JAIMIE SIROVICH
C/O SEO EGGHEAD
13 CASTLE HILL LNE. PO BOX 400
WEST NYACK, NY 10994-0400

JENNIFER & KEITH SNODGRASS
510 GRAND AVE
BENTON, AR 72015

JIM SKIFFEY APPRAISALS
P.O. BOX 487
ATTN: JAMES J. SKIFFEY, III
WARREN, OH 44482-0487

JOHN PYSTER
ACCESS APPRAISALS
6731 E EL CARMEN ST
LONG BEACH, CA 90815-2439

JOHNSON, DONALD S.
313 N MAIN ST
APT B
SAYVILLE, NY 11782

KEIM, GISELLE
4986 BOTANICAL AVE
SAINT LOUIS, MO 63110

KEMP, JOHN H. JR.
626 W LAUREL AV
PLENTYWOOD, MT 59254

KEMP, MICHAEL J.
54 BERKSHIRE RD
HOLBROOK, NY 11741

KEMPH, LINDA D.
3536 CUDDY LN NE
LACEY, WA 98516

KENTWOOD OFFICE FURNITURE LLC
ATTN DONALD BOERSMA
3063 BRETON RD SE
GRAND RAPIDS, MI 49512

KNUTH, KIMBERLY
1922 ST JOSEPH BLVD
FORT WAYNE, IN 46805

KNUTSON, GLORIA
830 W. CRYSTAL VIEW AVENUE
ORANGE, CA 92865

KOENEMAN, SCOTT
5 SPENCER TRAIL
ST PETERS, MO 63376

KOERTGE, CAROL A.
PO BOX 100
CORAM, NY 11727

KOLDROCK WATERS, INC
P.O. BOX 248
EDINBORO, PA 16412

KUHNER, RAYMOND E.
1738 WASHINGTON AVE
SEAFORD, NY 11783

KUO, YU NUNG
35 N WOODHULL RD
HUNTINGTON, NY 11743

LABEAU, KELLY C.
1304A DELBAR CT
LARGO, FL 337704484

LAMORE, JESSICA
5010 SUNSHINE LN
SACRAMENTO, CA 95841

LAROCCA, ANDREW J.
32 RHODE ISLAND AVE
MASSAPEQUA, NY 11758

LAVENSKI, KATHLEEN
814 GRAHAM RD
SOUTH WINDSOR, CT 06074

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by November 21, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

LAVIGNA, PAUL
424 WOLF HILL RD
DIX HILLS, NY 11746

LAWRENCE, DANA
4640 WATSON DR
DOYLESTOWN, PA 18901

LECHNER, ELLEN
1231 SYCAMORE AVE
BOHEMIA, NY 11716

LEE APPRAISALS
219 COUNTRY CLUB ACRES
BELLEVILLE, IL 62223

LI, JIYAN
215 37 48TH AVE
APT 2A
BAYSIDE, NY 11364

LOHRFINK, DANIEL
1226 BLACK FRIARS RD
CATONSVILLE, MD 21228

MADDULURI, SUMAN
1 JEFFERSON AVE, APT K1
ROCKVILLE CENTRE, NY 11570

MALONE, PAUL
522 LINCOLN BLVD
LONG BEACH, NY 11561

MANTONI ASSOCIATES
ATTN JOHN M. MANTONI
624 MENDON RD
NORTH BRIDGE, MA 01534

MARTINO, STELLA
21 BRYANT RD
GLEN COVE, NY 11542

MAUNG-SAN, ZABA
64-40 ALDENTON ST
REGO PARK, NY 11374

MAURO, CHRISTINE
819 OUTLOOK AVE
N. BABYLON, NY 11704

MCCLOY, DANIEL R.
4458 ANNETTE PARK DR
BOZEMAN, MT 59715

MCCOMB, JANET L.
1216 21ST AVENUE
ROCKFORD, IL 61104

MCMINIS, TANA P
5227 PATUXENT DR
RALEIGH, NC 276166517

MEREDITH JANDA, INC.
ATTN MEREDITH JANDA
1408 THORNTON ROAD
VIRGINIA BEACH, VA 23455

METRO APPRAISAL SERVICES
PO BOX 518
MARMORA, NJ 08223

MICHALESKO, JENNIFER
675 WARBLER LN
NEW LENOX, IL 60451

MICHEAL E KELLER & ASSOCIATES
ATTN MICHAEL E. KELLER, CEO
2519 W SHAW AVE
FRESNO, CA 93711

MILLER, LES
OKLAHOMA RESIDENTIAL APPRAISALS LLC
6601 WESTLAKE BLVD
OKLAHOMA CITY, OK 73142

MIZES, CAROL SHIVELY
14924 ROYAL RIDGE LN
NORTH ROYALTON, OH 44133

Case 07-11047-CSS   Doc 6700   Filed 12/11/08   Page 11 of 14

Page 6 of 9

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by November 21, 2008 and sent to the following:

MUSELEVICHUS, JOSEPH L.
JJETT APPRAISALS
555 N WINDSOR AVE
BRIGHTWATERS, NY 11718

MWANJALA, REBECCA
4E TORLINA COURT
BALTIMORE, MD 21207

MYERS, DENICE F
926 GARDEN DR
LYNDEN, WA 98264

NASH PRINTING D/B/A SIR SPEEDY OF PLAINVIEW/ATTN MATTHEW V. SPERO, ESQ
C/O RUSKIN MOSCOU FALTISCHEK, PC
1425 REXCORP PLAZA
UNIONDALE, NY 11556

NASH, BABARA A.
79 WAUWEPEX TRAIL
RIDGE, NY 11961

NEINER, MOREENE M.
30842 EIFFEL
WARREN, MI 48088

NEWCOMB, TARA
11 CLARKSON RD
CENTEREACH, NY 11720

NORMAN, EWA
445 BEDFORD AVENUE
MOUNT VERNON, NY 10553

NUGENT APPRAISAL SERVICES
JUDY NUGENT
671 ROSA AVE STE 205
METAIRIE, LA 70005

NUNEZ, SILVINA
603 WEST 148TH APT # 5
NEW YORK, NY 10031

O'HEA, MICHAEL
12 CANTERBURY DR
NORTHPORT, NY 11768

PACIFIC RESIDENTIAL APPRAISAL
ATTN ERICK MOULD
4106 PORTER GULCH RD
APTOS, CA 950032711

PALAZZO, JOHN
44 ARLINGTON ST
METHUEN, MA 01844

PALOUSE APPRAISALS
ATTN MR. PATRICK
462 RIDGE RD
MOSCOW, ID 83843

PARKER, KESHIA M
11 JEAN DR
NORTH BABYLON, NY 11703

PATRICIA L. COOK
PO BOX 2262
BREVERD, NC 28712

PATTERSON, JOSEPH
9 MARIANNA PL
EAST ISLIP, NY 11730-3225

PECO ENERGY COMPANY
ATTN MICHAEL P. MURPHY, BANKRUPTCY REP
2301 MARKET ST
PHILADELPHIA, PA 19103

PIERINI, RONALD J.
P.O. BOX 143
CLOVIS, CA 93613

PINNACLE APPRAISAL COMPANY
ATTN WILLIAM H BROWN JR
PO BOX 722
IRMO, SC 29063

PURDON APPRAISALS
ATTN ERIC PURDON
PO BOX 128
HARWOOD, MD 20776

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by November 21, 2008 and sent to the following:

RAMKISSOON, ROBIN
5 FAIRFIELD CIRCLE
APT 6A
BRENTWOOD, NY 11717

RED CEDAR APPRAISAL
ATTN OWNER
1117 E KALAMAZOO ST
LANSING, MI 48912

RICHLIN
ATTN LINDA FAROCE, BROKER/OWNER
1134 MIDDLE COUNTRY ROAD
SELDEN, NY 11784

RIVERSIDE COUNTY TREASURER-TAX COLLECTOR
MARTHA E. ROMERO
PAUL MCDONNELL
6516 BRIGHT AVE.
WHITTIER, CA 90601

ROBERT BALIS APPRAISALS
ATTN ROBERT BALIS
P.O. BOX 1388
COLVIS, CA 93611

ROBERT R. JONES APPRAISERS
ATTN KIMBERLY A. JONES, TREASURER
7800 ALLENTOWN BLVD
HARRISBURG, PA 17112

ROGERS & TAYLOR APPRAISERS INC
300 WHEELER ROAD
SUITE 302
HAUPPAUGE, NY 11788

ROSINSKI, BARI M.
2013 WALTERS AVE
NORTHBROOK, IL 60062

RUDA, ANTHONY
167 NORTH LANE
SMITHTOWN, NY 11787

SANTOS, TEDDY
PO BOX 1276
MELVILLE, NY 11747

SANTOS, TEDDY
90 BROADHOLLOW RD
MELVILLE, NY 11747

SCHEFF, HEIDI
7 TULIP AVE
FARMINGVILLE, NY 11738

SEMONE, KATHY W.
616 SOUTHMONT RD
CATONSVILLE, MD 21228

SEVCIK, CHERYL M
309 BAUDER RD
FORT PLAIN, NY 13339

SEVERINO, CANDIDA
3009 N 79TH AVE
ELMWOOD PARK, IL 60707

SHIELDS, SUZANNE
3835 SEA ISLAND CT
MERIDIAN, ID 83646

SHKLYAR, NATALIA
160 S MIDDLE NECK RD
APT 2B
GREAT NECK, NY 11021

SHOJI, SUSANNE
224 SW NANCY CIRCLE
GRESHAM, OR 97030

SIMMONS, DALE A
17 DE SOTO RD
AMITY HARBOR, NY 11701

SINGH, DAVE
131 02 107TH AVE
RICHMOND HILL, NY 11419

SLAGLE, KATHLEEN L.
9614 EVERGREEN STREET
SILVER SPRING, MD 20901

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by November 21, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SMITH, ANDRA M.
21072 PASEO VERDURA
LAKE FOREST, CA 92630

SMITH, CHRISTOPHER J.
1274 CRUNDY AVE
HOLBROOK, NY 11741

SMITH, DARRYL
5204 REMINGTON PARK DR
FLOWER MOUND, TX 75028

SOLIS, JENNIFER A.
2116 ROLLINGWAY CT
VIRGINIA BEACH, VA 23456

SPARKS, LAURA M.
16958 W COCOPAH ST
GOODYEAR, AZ 85338

SPRADLIN, JOHN-MARK
306 FLETCHER CT
FRANKLIN, TN 37067

SPROCK APPRAISAL
ATTN WINSTON SPROCK
5016 SARDIS RD. STE. B
CHARLOTTE, NC 28270

STIER, DORENE E.
430 RIVERSIDE AVE
BEN LOMOND, CA 95005

STITS, MICHELLE M.
1320 E. 3RD STREET, #2
LONG BEACH, CA 90814

STOCKTON, AUDRA R.
20808 N 27TH AVE # 1172
PHOENIX, AZ 85027

STORM, JASON
16 SYLVESTER PL
LYNBROOK, NY 11563

STRYJEWSKI, DAWN M
760 MEDINAH CIRCLE
WESTMINSTER, MD 21158

STUDDERT, VAN
531 E. CUMBERLAND RD
ORANGE, CA 92865

SUNRISE SPRINGS WATER CO.
P.O. BOX 232
NEWBURY, OH 44065

SUSAN & CO
ATTN SUSAN WOERNER
6235 OAKLAND DRIVE
PORTAGE, MI 49024

SYNENKO, SUZANNE
11 FARBER DR
WEST BABYLON, NY 11704

TABORA, MARIA FE C.
67 GORDON AVE
FORDS, NJ 08863

TERRY, JOHN GORDON
7629 WINDWARD WAY WEST
JACKSONVILLE, FL 32256

TODD, WILLIAM
129 DONNA DR
HOPKINSVILLE, KY 42240-5263

TORRES, AMAURY & IDANIA
4616 S 6TH AVE
TUCSON, AZ 85714

TRI-STATE APPRAISAL SERVICES
ATTN HENRY B GARNETT III PRESIDENT
3540 WHEELER ROAD
AUGUSTA, GA 30909

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by November 21, 2008 and sent to the following:

TULIAY, MALVINA
7636 BOTANY BAY DR
LAS VEGAS, NV 89128

TULLY, KEVIN J
45 YACHT CLUB RD
BABYLON TOWNSHIP, NY 11702

TURNER, ALLISON M
11581 2ND AVE
HESPERIA, CA 92345

URENA, ROSSMERY
107-37 80TH STREET
OZONE PARK, NY 11417

VALLEY APPRAISAL PC
PO BOX 2454
WHITE CITY, OR 97503

VASQUEZ, JOHN
141-12 79 AVE
APT. 3-I
FLUSHING, NY 11367

VERIIN, LINDA
836 3RD AVE
FRANKLIN SQUARE, NY 11010

VITULLO, CARL H.
45 KING ARTHUR CT
SAINT JAMES, NY 11780

WALLING, DORIS L.
290 MIDDLESEX RD
MATAWAN, NJ 07747

WDI CO. OF OREGON, INC
ATTN GREGG B RITCHIE
7342 SW KABLE LANE
PORTLAND, OR 97224

WEILBURG, DONNA J.
37045 S HEIFNER PL
TUCSON, AZ 85735

WESLEY, ROBERT
633 LORIMORE PASS
HOLLY SPRINGS, GA 30115

WETZEL, THOMAS
276 S 9TH ST
LINDENHURST, NY 11757

WICOMICO COUNTY FINANCE OFFICE
ATTN PATRICIA PETERSON, DIRECTOR
PO BOX 4036
SALISBURY, MD 21803

WINN, SAMUEL
4606 SPRING GARDEN
DALLAS, TX 75215

WINSTON SPROCK
ATTN WINSTON SPROCK
5016-B SARDIS RD
CHARLOTTE, NC 28270

WITKOFF, JEFFREY
10058 CARSON WAY
COMMERCE CITY, CO 800229536

YARBRO, CRYSTAL D.
2125 CANTON HIGHWAY
CUMMING, GA 30040

ZAJAC, KATHERINE
3073 SECRETARIAL CT.
AURORA, IL 60502

Total Parties: 187