**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

# SIGN - IN - SHEET

**COURTROOM LOCATION:** 6
**DATE:** 12/10/2008 @ 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Roger Finnigan - Witness (telephonic) | | The American Lean Home |
| Chad Cooper - Witness (telephonic) | | The American Lean Home |
| Robert Mahar - Witness (telephonic) | | The American Lean Home |
| Bradley Hutchins (telephonic) | Proctor & Hutchins | The American Lean Home |
| Ana M. Alfonso (telephonic) | Kaye Scholer LLP | Bank of America |
| Edward Schnitzer (telephonic) | Hahn & Hessen | Official Committee of Unsecured Creditor |
| Fred Neufeld (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Robert J. Moore | Milbank, Tweed Hadley & McCloy | ABN AMRO Bank |
| Gabriel mac Conaill | Potter Anderson & Corroon | Bank of America |
| Victoria Counihan | Greenberg Traurig LLP | American Home Mortgage Servicing |
| Amanda M. Winfree | Ashby + Geddes PA | DB Structured Products |
| Steven Wilamowski | Bingham McCutchen | DB Structured Product |
| David Carickhoff | Blank Rome | Creditors |
| Mark Power | Hahn & Hessen | Committee |
| Sean Beach, Nathan (Glow) Patrick Jackson | Young Conaway | DEBTORS |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**