# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| DIXON, BRENDA S.<br>PO BOX 1932<br>SIERRA VISTA, AZ 85636 | 10197 | 4/10/08 | No Case | $285,600.00 (S)<br>- (A)<br>$2,096.26 (P)<br>$327.83 (U)<br>$288,024.09 (T) | Debtors' records indicate all taxes were paid on 4/22/08 and 10/22/07. Insurance was paid on 4/7/08. The secured portion of this claim represents the original loan amount the borrower owes the Debtors |
| LIVINGSTON COUNTY<br>ATTN DIANNE H HARDY, TREASURER<br>200 E GRAND RIVER AVE<br>HOWELL, MI 48843 | 10288 | 4/28/08 | No Case | $985.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$985.69 (T) | Claim for taxes related to property in Michigan. Debtors' records show no indication that they ever serviced a mortgage for this property. |
| NAPA COUNTY TAX COLLECTOR<br>NAPA COUNTY CENTRAL COLLECTIONS<br>1195 THIRD STREET RM 108<br>ATT SANDRA NEWBURN ACCOUNTING SPECIALIST<br>NAPA, CA 94559-3050 | 7402 | 1/7/08 | 07-11047 | $12,963.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$12,963.09 (T) | Debtors' records indicate the payment of claimed taxes is the borrower's responsibility |
| NAPA COUNTY TAX COLLECTOR<br>NAPA COUNTY CENTRAL COLLECTIONS<br>1195 THIRD STREET RM 108<br>ATT SANDRA NEWBURN ACCOUNTING SPECIALIST<br>NAPA, CA 94559-3050 | 7426 | 1/7/08 | 07-11047 | $8,118.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,118.20 (T) | Debtors' records indicate that loan was sold to GMAC on 10/13/08 and claimed taxes are not AHM's responsibility |
| SCOTT, LAURA E<br>10517 LIBERTY RD<br>RANDALLSTOWN, MD 21133 | 8039 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,060.00 (U)<br>$2,060.00 (T) | Debtors' records indicate no liability for claimed amounts. |
| Totals: | 5 Claims | | | $307,666.98 (S)<br>- (A)<br>$2,096.26 (P)<br>$2,387.83 (U)<br>$312,151.07 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Modified Amount Claims

| Name/Address of Claimant | Objectionable Claims | | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Total Amount Claimed | | |
| CORNERSTONE APPRAISAL SERVICES, LLC<br>334 E KEARNEY PMB 174<br>SPRINGFIELD, MO 65803 | 2 | 8/16/07 | 07-11053 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | -<br>-<br>$150.00<br>$150.00<br>$150.00 | -<br>-<br>-<br>$150.00<br>$150.00 | (S) Claimant's asserted claims at multiple<br>(A) priority levels do not add up to the<br>(P) total asserted value of the claim. |
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O. FREEDGOOD, MANAGING DIR.<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 8383 | 1/10/08 | 07-11051 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | -<br>-<br>-<br>$32,728.38<br>$32,728.38 | -<br>-<br>-<br>$2,005.55<br>$2,005.55 | (S) Modified to match Debtors' books and<br>(A) records. Fee portion of this claim has<br>(P) been satisfied |
| Totals: | 2 Claims | | | (S)<br>(A)<br>(P)<br>(U)<br>(T) | -<br>-<br>$150.00<br>$32,878.38<br>$32,878.38 | -<br>-<br>-<br>$2,155.55<br>$2,155.55 | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C

### Reclassified Claims

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Reclassified Amount | | Comments |
|---|---|---|---|---|---|---|---|---|
| COASTAL BEND REAL ESTATE SVCS<br>ATTN RAULIE L. IRWIN, JR. - OWNER<br>PO BOX 1033<br>GOLIAD, TX 77963 | 3849 | 11/29/07 | 07-11053 | $50.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$50.00 (T) | $50.00<br>$50.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| FIDELITY COURT ASSOCIATES<br>DANA S. PLON, ESQUIRE<br>SIRLIN GALLOGLY & LESSER, P.C.<br>1529 WALNUT STREET, SUITE 600<br>PHILADELPHIA, PA 19102 | 1526 | 10/5/07 | 07-11051 | $115,039.80<br>$115,039.80 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | $8,428.50<br>-<br>-<br>$106,611.30<br>$115,039.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is secured by a $8,428.50 security deposit currently in the claimant's possession. |
| SERVICEMASTER MID STATE 2<br>ATTN JAMES SELETOS<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | 1334 | 10/1/07 | 07-11051 | $44.91<br>$479.54<br>$524.45 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | -<br>-<br>$524.45<br>$524.45 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| **Totals:** | **3 Claims** | | | $94.91<br>$115,519.34<br>$115,614.25 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | $8,428.50<br>-<br>-<br>$107,185.75<br>$115,614.25 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D

### Reclassified Wrong Debtor Claims

| | | Objectionable Claim | | | | | |
|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
| BN REAL ESTATE INC<br>6701 WASHINGTON BLVD UNIT B<br>ARLINGTON, VA 22213104† | 477 | 9/10/07 | No Case | - (S)<br>- (A)<br>$20.00 (P)<br>$375.00 (U)<br>$395.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$395.00 (U)<br>$395.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| CHEVALIER, KENNETH M.<br>3807 - 42ND ST.<br>DES MOINES, IA 50310 | 635 | 10/11/07 | No Case | - (S)<br>- (A)<br>$389.00 (P)<br>- (U)<br>$389.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$389.00 (U)<br>$389.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| DAILEY, MICHAEL A.<br>1809 NE WATERFIELD VILLAGE CT<br>BLUE SPRINGS, MO 64014 | 403 | 9/7/07 | No Case | - (S)<br>- (A)<br>$148,018.42 (P)<br>- (U)<br>$148,018.42 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$137,068.42 (U)<br>$148,018.42 (T) | Pursuant to section 507(a)(4) of the Bankruptcy Code, only $10,950 of alleged claim is entitled to priority |
| HOLLOWAY, MARK S.<br>7007 MARYLAND DR<br>URBANDALE, IA 50322 | 6015 | 12/14/07 | No Case | - (S)<br>- (A)<br>$406.61 (P)<br>- (U)<br>$406.61 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$406.61 (U)<br>$406.61 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| JOHNSON, PAUL J.<br>3 WESTFIELD LN<br>ROCKY RIVER, OH 44116 | 1272 | 9/27/07 | No Case | - (S)<br>- (A)<br>$44,900.00 (P)<br>- (U)<br>$44,900.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$33,950.00 (U)<br>$44,900.00 (T) | Pursuant to section 507(a)(4) of the Bankruptcy Code, only $10,950 of alleged claim is entitled to priority |
| JVI<br>ATTN VICE PRESIDENT<br>951 MARKET PROMENADE AVE<br>STE 2101<br>LAKE MARY, FL 32746 | 8852 | 1/11/08 | No Case | - (S)<br>- (A)<br>$82,260.00 (P)<br>- (U)<br>$82,260.00 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$82,260.00 (U)<br>$82,260.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| MUNDY APPRAISALS<br>ATTN DELBERT WILLIAM MUNDY<br>11427 N 12TH WAY<br>PHOENIX, AZ 85023 | 10335 | 4/30/08 | 07-11047 | - (S)<br>- (A)<br>$2,475.00 (P)<br>- (U)<br>$2,475.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,475.00 (U)<br>$2,475.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| RE/MAX ADVANTAGE<br>ATTN: MIKE BARRY<br>166 SOUTH MAIN STREET<br>JONESBORO, GA 30236 | 3344 | 11/26/07 | No Case | - (S)<br>- (A)<br>$7,871.77 (P)<br>- (U)<br>$7,871.77 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$7,871.77 (U)<br>$7,871.77 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code |
| SCHREIBER, LISA M.<br>38821 FOXGLOVE CT<br>LOVETTSVILLE, VA 20180 | 7923 | 1/9/08 | No Case | - (S)<br>- (A)<br>$479,725.00 (P)<br>- (U)<br>$479,725.00 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$468,775.00 (U)<br>$479,725.00 (T) | Pursuant to section 507(a)(4) of the Bankruptcy Code, only $10,950 of alleged claim is entitled to priority |

**Totals:** 9 Claims

|  |  |
|---|---|
| (S) - Secured | - (S)<br>- (A)<br>$766,065.80 (P)<br>$375.00 (U)<br>$766,440.80 (T) |
| (A) - Administrative |  |
| (P) - Priority |  |
| (U) - Unsecured |  |
| (T) - Total Claimed |  |

Reclassified totals:
- (S)
- (A)
$32,850.00 (P)
$733,590.80 (U)
$766,440.80 (T)

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

066585.1001

# EXHIBIT E

## Exhibit E
### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BERRY, JOHN A. 16214 S 16TH LN PHOENIX, AZ 85045-1725 | 266 | 9/4/07 | 07-11052 | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$300.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| CLONINGER, WESLEY 843 ESTUARY CT ROCK HILL, SC 297328355 | 817 | 9/14/07 | No Case | - (S)<br>- (A)<br>$205.00 (P)<br>$205.00 (U)<br>$205.00 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$205.00 (U)<br>$205.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| KAPPELMAN, JOSHUA E. 1089 HIGH VALLEY LN SHILOH, IL 62221 | 30 | 8/21/07 | 07-11047 | - (S)<br>- (A)<br>$2,440.00 (P)<br>- (U)<br>$2,440.00 (T) | 07-11051 | - (S)<br>- (A)<br>$619.00 (P)<br>- (U)<br>$619.00 (T) | Modified to match Debtors' books and records. Claim is partially duplicative with claim 188 and partially satisfied |
| SURVEY ASSOCIATES ATTN LINDA LIVELY PO BOX 17369 SAN ANTONIO, TX 78217 | 2327 | 11/16/07 | No Case | - (S)<br>- (A)<br>$389.25 (P)<br>$389.25 (U)<br>$389.25 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$389.25 (U)<br>$389.25 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| WELCHER, KENNETH 135 CAMINO DEL SOL SANTA CRUZ, CA 95065 | 2293 | 11/15/07 | No Case | - (S)<br>- (A)<br>$381.00 (P)<br>$381.00 (U)<br>$381.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$381.00 (U)<br>$381.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| Totals: | 5 Claims | | | - (S)<br>- (A)<br>$3,715.25 (P)<br>$1,275.25 (U)<br>$3,715.25 (T) | | - (S)<br>- (A)<br>$619.00 (P)<br>$1,275.25 (U)<br>$1,894.25 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## Modified Amount Reclassified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| COACHELLA VALLEY APPRAISAL<br>P.O. BOX 1173<br>PALM SPRINGS, CA 92263 | 2267 | 11/15/07 | 07-11053 | $6,435.00 (S)<br>- (A)<br>$4,375.00 (P)<br>- (U)<br>$10,810.00 (T) | - (S)<br>- (A)<br>- (P)<br>$6,900.00 (U)<br>$6,900.00 (T) | Modified to match Debtors' books and records. No basis for priority claim exists under section 507 of the Bankruptcy Code |
| HAAG, GREGORY L<br>JOSEPH Y. LONGMIRE, JR.<br>103 BLUEGRASS COMMONS BLVD<br>HENDERSONVILLE, TN 37075 | 1625 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$48,840.00 (P)<br>- (U)<br>$48,840.00 (T) | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) | Debtors' records show no indication that claimed commissions are due and claimant has provided insufficient documentation to support this claim |
| WAXMAN, HILLARY<br>130 ROUND HILL RD<br>ROSLYN HEIGHTS, NY 11577 | 1219 | 9/25/07 | 07-11051 | - (S)<br>- (A)<br>$19,497.82 (P)<br>- (U)<br>$19,497.82 (T) | - (S)<br>- (A)<br>$5,192.31 (P)<br>$164.48 (U)<br>$5,356.79 (T) | Modified to match Debtors' books and records. No support of 4 weeks wages due provided |
| Totals: | 3 Claims | | | $6,435.00 (S)<br>- (A)<br>$72,712.82 (P)<br>- (U)<br>$79,147.82 (T) | - (S)<br>- (A)<br>$5,192.31 (P)<br>$7,489.48 (U)<br>$12,681.79 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.