# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

American Home Mortgage Holdings, Inc., a Delaware Corporation, et al.[1]

: Chapter 11
: Case No. 07-11047 (CSS)
: Jointly Administered

Debtors.

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Duane D. Werb, Esquire and Matthew P. Austria are hereby substituted in place of Regina A. Iorii, Esquire as counsel for 1140 Galaxy Way, Inc..

WERB & SULLIVAN

/s/ Duane D. Werb
Duane D, Werb (#1042)
Matthew P. Austria (#4827)
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE  19899 (courier 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
dwerb@werbsullivan.com
maustria@werbsullivan.com

Counsel to 1140 Galaxy Way, Inc.

Dated: December 11, 2008

---

[1] The Debtors are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. (3914); American Home Mortgage Acceptance, Inc. (1979); American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp. (1558); American Home Mortgage Ventures LLC (1407); Homegate Settlement Services, Inc. (7491); and Great Oak Abstract Corp. (8580). The address for Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2008, I caused a copy of the foregoing to be served upon the following counsel of record in the manner indicated.

/s/ Duane D. Werb
Duane D. Werb (#1042)

| BY HAND | BY U.S. MAIL |
|---|---|
| James L. Patton, Jr., Esquire<br>Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>(Debtors and Debtors-in-Possession) | Mark S. Indelicato, Esquire<br>Mark T. Power, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br><br>(Official Committee of Unsecured Creditors) |
| **BY HAND**<br><br>Victoria A. Counihan, Esquire<br>Sandra G.M. Selzer, Esquire<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br><br>(WLR Recovery Fund III, as Lender and Administrative Agent) | **BY HAND**<br><br>Joseph M. McMahon, Esquire<br>Office of the United States trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| **BY U.S. MAIL**<br><br>Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>I. Lewis H. Grimm, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>(WLR Recovery Fund III, L.P., as Lender and Administrative Agent) | **BY HAND**<br><br>Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br><br>(Official Committee of Unsecured Creditors) |