# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-11047 |
| | § | |
| AMERICAN HOME MORTGAGE | § | |
| HOLDINGS, INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### TRAVIS COUNTY'S OBJECTION TO
### AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE
### DEBTORS DATED AS OF NOVEMBER 25, 2008

COMES NOW, Nelda Wells Spears, Travis County Tax Assessor-Collector for and on behalf of the following taxing authorities: Travis County, Texas, City of Austin, Austin Independent School District, and Austin Independent School District (hereinafter referred to as, "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, and files this Travis County's Objection to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008, and in support thereof would respectfully show the Court the following:

1.	Travis County received its first notice of the above referenced bankruptcy on August 22, 2007.

2.	Travis County filed its secured Proof of Claim in the amount of $55.80 on September 27, 2007.

3.	The claim of Travis County is secured by a lien on the Debtor's property pursuant to section 32.01 of the Texas Property Tax Code.  Under Section 32.01 of the Texas Property Tax Code, a lien attached to the above-referenced property on January 1

of each delinquent year in favor of the taxing units represented by Nelda Wells Spears to secure payment of all taxes, penalty and interest ultimately imposed.

4.    The claim of Travis County takes priority over the claims and interests of any other creditor in this bankruptcy proceeding under section 32.05 of the Texas Property Tax Code.

5.    Pursuant to sections 33.01(a) and (c) of the Texas Property Tax Code, the claim of Travis County receives a 12% penalty as well as interest at the rate of 1% for each month the property taxes remain unpaid.

6.    Travis County objects to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008, because the plan lists Travis County's claim as priority.  Debtor's failure to include payment of Travis County's claim as secured renders the plan unfair and unequitable as to Travis County under sections  129(b)(2)(A) and 511(a) of the Bankruptcy Code and also violates sections 32.05 and 33.01 of the Texas Property Tax Code.

7.    As demonstrated above, the treatment of Travis County's claim in the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008, is much less favorable than the statutory treatment of the claim under state law.  Indeed, state created property rights will not be destroyed in a bankruptcy context.  *In re Village Properties*, 723 F.2d 441 (5th Cir. 1984).

**WHEREFORE, PREMISES CONSIDERED,** Travis County respectfully requests that this Court deny confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008, and for such other relief to which Travis County is justly entitled.

        **Respectfully submitted,**

        **DAVID ESCAMILLA**
        **Travis County Attorney**
        P.O. Box 1748
        Austin, Texas  78767
        (512) 854-9513 Telephone
        (512) 854-4808 Telecopier

By:   */s/ Karon Y. Wright*
        **KARON Y. WRIGHT**
        Assistant County Attorney
        Texas Bar No. 22044700
        karon.wright@co.travis.tx.us

## CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Objection to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008**, has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **11th** day of **December 2008** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                                 _/s/ Karon Y. Wright_

**DEBTOR'S ATTORNEY**
Pauline K. Morgan
P.O. Box 19899
Wilmington, DE 19899

**TRUSTEE**
None appointed as of yet.