**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## REQUEST FOR REMOVAL FROM RULE 2002 SERVICE LIST

Charles D. Richmond, Esq., hereby requests that he be removed from the Rule 2002 Service List in the above-captioned matter.

Dated: December 11, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ E.E. Allinson III
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191 (Tel)
(302) 428-8195 (Fax)
zallinson@sha-llc.com

and

Charles D. Richmond, Esq.
2537 Via Pisa
Del Mar, CA 92014
(858) 558-4600 (Tel)
(858) 755-0965
cdr@cts.com

*Counsel to Thomas J. and Sara A. Chavez*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.