## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 11th day of December, 2008, I caused a copy of the within *Request For Removal From Rule 2002 Service List* to be served upon the party listed below via hand delivery and upon those parties who have agreed to accept electronic service via electronic transmission:

### HAND DELIVERY
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Under penalty of perjury, I declare that the foregoing is true and correct.


*December 11, 2008*            */s/E.E. Allinson III*
Date                            Elihu E. Allinson, III