# EXHIBIT A

<u>Code American Home - Administrative Matters</u>

| 08/04/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
|---|---|---|---|
| | Organize documents. | | |
| 08/20/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
| | Organize documents. | | |
| 09/04/08 | DOREEN CUSUMANO | 2.00 | 500.00 |
| | Prepare Fee Application. | | |
| 09/09/08 | CHRISTOPHER UPDIKE | 0.20 | 90.00 |
| | Call with D. Cusumano re: AHM fee application. | | |
| 09/09/08 | CHRISTOPHER UPDIKE | 0.40 | 180.00 |
| | Draft CWT Fourth Fee Application. | | |
| 09/10/08 | DOREEN CUSUMANO | 2.00 | 500.00 |
| | Revise Fee Application. | | |
| 09/10/08 | CYNTHIA BALLARD | 2.00 | 470.00 |
| | Organize and prepare discovery requests for service. | | |
| 09/10/08 | CHRISTOPHER UPDIKE | 0.90 | 405.00 |
| | Review pro forma for Fourth Interim Fee Application. | | |
| 09/10/08 | CHRISTOPHER UPDIKE | 0.80 | 360.00 |
| | Review and revise Fourth Interim Fee Application; send same to G. Petrick for review. | | |
| 09/11/08 | DOREEN CUSUMANO | 1.00 | 250.00 |
| | Finalize Fee Application. | | |
| 09/12/08 | DOREEN CUSUMANO | 1.30 | 325.00 |
| | Finalize and send to Local Counsel CWT's Fee Application for filing/service. | | |
| 09/12/08 | CHRISTOPHER UPDIKE | 0.30 | 135.00 |
| | Review and revise Fourth Interim Fee Application; coordinate filing of same. | | |
| 09/18/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
| | Organize documents. | | |
| 09/24/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
| | Organize documents. | | |

| 10/08/08 | CYNTHIA BALLARD | 0.50 | 117.50 |
|---|---|---|---|
| | Prepare discovery requests for service. | | |
| 10/13/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
| | Prepare documents for service. | | |
| 10/20/08 | DOREEN CUSUMANO | 0.50 | 125.00 |
| | Retrieve Fee Statements and notices of no objection for C. Updike and spoke with accounting re: fees paid and outstanding. | | |
| 10/23/08 | DOUGLAS KOFF | 0.30 | 220.50 |
| | Prepare for meet and confer. | | |
| 10/27/08 | DOREEN CUSUMANO | 0.50 | 125.00 |
| | Address payment of fees with team. | | |

Subtotal For Code American Home - Administrative Matters............4,978.00

Code American Home Waterfield Litigation

| 08/01/08 | DOUGLAS KOFF | 0.60 | 441.00 |
|---|---|---|---|
| | Review and comment on Answer. | | |
| 08/04/08 | DOUGLAS KOFF | 0.40 | 294.00 |
| | Meet with GZ re answer (.1) Call with LB re settlement status (.1) Confer with GZ re status of settlement (.1). | | |
| 08/04/08 | GREGORY ZIMMER | 2.50 | 1,437.50 |
| | Draft, revise and edit answers to Union Federal and Waterfield counterclaims; confer with Marissa Morelle and Douglas Koff regarding same. | | |
| 08/05/08 | GREGORY ZIMMER | 3.80 | 2,185.00 |
| | Draft, revise and edit answers to Union Federal and Waterfield counterclaims. | | |
| 08/06/08 | LOUIS BEVILACQUA | 2.50 | 2,312.50 |
| | Waterfield - review Answer to complaint (1.5); call with Greg Zimmer (1.0). | | |
| 08/06/08 | GREGORY ZIMMER | 4.00 | 2,300.00 |
| | Draft, revise and edit answers to Union Federal and Waterfield counterclaims. | | |

| | | | |
|---|---|---|---|
| 08/07/08 | GREGORY ZIMMER | 6.00 | 3,450.00 |

Review, revise, edit and finalize for filing answers to Union Federal and Waterfield counterclaims (4.5); confer with Marissa Morelle and Greg Markel regarding same (1.5).

| | | | |
|---|---|---|---|
| 08/12/08 | GREGORY ZIMMER | 0.50 | 287.50 |

Draft Rule 26(a) initial disclosures.

| | | | |
|---|---|---|---|
| 08/14/08 | GREGORY ZIMMER | 3.50 | 2,012.50 |

Draft, revise and edit Rule 26(a) disclosures.

| | | | |
|---|---|---|---|
| 08/15/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |

Revise and edit Rule 26(a) disclosures.

| | | | |
|---|---|---|---|
| 08/18/08 | GREGORY ZIMMER | 0.50 | 287.50 |

Review and revise Rule 26(a) initial disclosures.

| | | | |
|---|---|---|---|
| 08/19/08 | DOUGLAS KOFF | 0.60 | 441.00 |

Review and comment on disclosures, including call with GZ.

| | | | |
|---|---|---|---|
| 08/19/08 | GREGORY ZIMMER | 1.00 | 575.00 |

Revise and edit Rule 26(a) disclosures; conferences with Marissa Morelle regarding same.

| | | | |
|---|---|---|---|
| 08/20/08 | LOUIS BEVILACQUA | 0.50 | 462.50 |

Waterfield - conf call wilth Zimmer (.3) and call with Koff (.2)

| | | | |
|---|---|---|---|
| 08/21/08 | GREGORY ZIMMER | 1.00 | 575.00 |

Revise and edit Rule 26(a) disclosures.

| | | | |
|---|---|---|---|
| 08/25/08 | DOUGLAS KOFF | 0.40 | 294.00 |

Call with GM (.1), review materials for Young Conway and disclosures (.3).

| | | | |
|---|---|---|---|
| 08/26/08 | DOUGLAS KOFF | 0.70 | 514.50 |

Call with GZ re settlement (.1), call with LB, GZ, MM and Kroll re settlement conference (.3), review background material and settement issues (.3).

| | | | |
|---|---|---|---|
| 08/26/08 | CYNTHIA BALLARD | 1.00 | 235.00 |

Prepare documents for settlement discussions.

| 08/26/08 | GREGORY ZIMMER | 0.80 | 460.00 |
|---|---|---|---|

Review pleadings and client documents in preparation for settlement meeting.

| 08/27/08 | DOUGLAS KOFF | 2.30 | 1,690.50 |
|---|---|---|---|

Prepare for and attend settlement meeting.

| 08/27/08 | LOUIS BEVILACQUA | 4.80 | 4,440.00 |
|---|---|---|---|

Waterfield - preparation and settlement meeting.

| 08/27/08 | GREGORY ZIMMER | 5.20 | 2,990.00 |
|---|---|---|---|

Participate in settlement negotiations with representatives and counsel for Union Federal and Waterfield Shareholder LLC.

| 08/28/08 | CYNTHIA BALLARD | 1.00 | 235.00 |
|---|---|---|---|

Prepare document for service.

| 08/28/08 | GREGORY ZIMMER | 3.80 | 2,185.00 |
|---|---|---|---|

Draft discovery requests.

| 08/29/08 | LOUIS BEVILACQUA | 1.30 | 1,202.50 |
|---|---|---|---|

Waterfield - Review 26(a) disclosure issues with Zimmer.

| 08/29/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |
|---|---|---|---|

Draft discovery requests.

| 09/02/08 | DOUGLAS KOFF | 0.70 | 514.50 |
|---|---|---|---|

Call with LB re settlement issues (.2), call with GM re same (.1), call with GZ re settlement and discovery (.4).

| 09/02/08 | GREGORY ZIMMER | 9.80 | 5,635.00 |
|---|---|---|---|

Draft discovery requests (7.5); review pleadings in connection with same (1.8); draft litigation description for creditors' committee (.5).

| 09/03/08 | DOUGLAS KOFF | 0.80 | 588.00 |
|---|---|---|---|

Meet with GZ re settlement issues and discovery (.3), review and comment on analysis memo (.5).

| 09/03/08 | GREGORY ZIMMER | 12.20 | 7,015.00 |
|---|---|---|---|

Draft, revise and edit discovery requests.

| 09/04/08 | GREGORY ZIMMER | 8.20 | 4,715.00 |
|---|---|---|---|

Draft, revise and discovery requests.

| 09/05/08 | SHELLY NOORHASSAN | 0.50 | 110.00 |
|---|---|---|---|

Assist A. Miller in connection with locating document produced to Allen Overy on 8/27/07.

| 09/05/08 | GREGORY ZIMMER | 1.00 | 575.00 |
|---|---|---|---|

Draft, revise and edit discovery requests; review pleadings in connection with same.

| 09/07/08 | DOUGLAS KOFF | 1.10 | 808.50 |
|---|---|---|---|

Review and comment on discovery demands (interogatories, document requests and request to admit).

| 09/08/08 | DOUGLAS KOFF | 0.30 | 220.50 |
|---|---|---|---|

Review matrerials and call with GZ re discovery.

| 09/08/08 | LOUIS BEVILACQUA | 0.50 | 462.50 |
|---|---|---|---|

Waterfield - Review Zimmer email and call with Zimmer.

| 09/08/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |
|---|---|---|---|

Revise and edit discovery requests.

| 09/09/08 | GREGORY ZIMMER | 2.50 | 1,437.50 |
|---|---|---|---|

Draft, revise and edit discovery requests; draft settlement summary.

| 09/10/08 | GREGORY ZIMMER | 7.50 | 4,312.50 |
|---|---|---|---|

Draft, revise and finalize and serve discovery requests; revise settlement summary; confer with Douglas Koff regarding same.

| 09/15/08 | DOUGLAS KOFF | 1.40 | 1,029.00 |
|---|---|---|---|

Meeting with GM and GZ re settlement (1.1), meeting with GZ re same (.2), call with LB re same (.1).

| 09/15/08 | GREGORY ZIMMER | 4.50 | 2,587.50 |
|---|---|---|---|

Prepare timeline for discovery events (.3); prepare summaries of litigation for settlement purposes and for litigation description in bankruptcy disclosures (.7);  telephone conference with Patrick Jackson of Young & Conway regarding same (.5); draft responses to discovery requests (3.0).

| 09/16/08 | DOUGLAS KOFF | 0.40 | 294.00 |
|---|---|---|---|

Calls with GZ re settlement and document review.

| 09/16/08 | GREGORY ZIMMER | 5.20 | 2,990.00 |
|---|---|---|---|

Draft, revise and edit responses to Union Federal's and Waterfield LLC's discovery requests.

| 09/17/08 | DOUGLAS KOFF | 0.30 | 220.50 |
|---|---|---|---|

Issues related to discovery and case outline.

| 09/17/08 | CYNTHIA BALLARD | 4.00 | 940.00 |
|---|---|---|---|

Print documents for Creditor Committee.

| 09/17/08 | GREGORY ZIMMER | 1.50 | 862.50 |
|---|---|---|---|

Revise and edit settlement-related analysis.

| 09/17/08 | DANIEL STREIM | 2.00 | 360.00 |
|---|---|---|---|

Download and print items from docket.

| 09/18/08 | LOUIS BEVILACQUA | 0.50 | 462.50 |
|---|---|---|---|

Waterfield litigation - call to Hann and Hessen re: status.

| 09/18/08 | GREGORY ZIMMER | 4.50 | 2,587.50 |
|---|---|---|---|

Draft responses to discovery requests (3.0); conference with Gregory Markel and Douglas Koff regarding potential settlement (.8); confer with Carlo Colagiacomo regarding collection of documents and information in response to discovery requests (.7).

| 09/19/08 | DOUGLAS KOFF | 0.50 | 367.50 |
|---|---|---|---|

Meet with LB and GM re case outline.

| 09/19/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |
|---|---|---|---|

Review proposed confidentiality stipulation from Union Federal; telephone conference with Justin Heather of Skadden Arps regarding proposed changes to same.

| 09/21/08 | DOUGLAS KOFF | 0.40 | 294.00 |
|---|---|---|---|

Attention to discovery requests.

| 09/22/08 | DOUGLAS KOFF | 1.10 | 808.50 |
|---|---|---|---|

Call with LB and GZ re claims (.1), call with GZ and Paul Currnin re claims (.1), call with GZ and GM re claims (.1), review and comment on discovery responses (.6), meet with GZ re discovery and claims (.2).

| | | | |
|---|---|---|---|
| 09/22/08 | GREGORY ZIMMER | 3.80 | 2,185.00 |

Confer with Douglas Koff regarding settlement and discovery issues (.5); telephone conferences regarding collection of documents and information in connection with Union Federal's and Waterfield LLC's document requests and interrogatories (1.0); revise and edit written responses to same (1.8); conference with Darrel Cooper and Jesse Raspler regarding processing of electronic information in connection with same (.5).

| | | | |
|---|---|---|---|
| 09/23/08 | DOUGLAS KOFF | 0.60 | 441.00 |

Discovery requests and conversations with GZ re same.

| | | | |
|---|---|---|---|
| 09/23/08 | GREGORY ZIMMER | 4.20 | 2,415.00 |

Draft 30(b)(6) deposition notices for Union Federal and Waterfield LLC (.5); draft responses to Union Federal's and Waterfield LLC's discovery requests (3.7).

| | | | |
|---|---|---|---|
| 09/24/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |

Telephone conference with Carlo Colagiacomo regarding preservation and identification of documents, including electronic documents, in response to discovery requests; review and revise responses to Union Federal's and Waterfield LLC's document requests and interrogatories.

| | | | |
|---|---|---|---|
| 09/25/08 | GREGORY ZIMMER | 1.50 | 862.50 |

Draft, revise and edit responses to Union Federal's and Waterfield LLC's document requests and requests for admission.

| | | | |
|---|---|---|---|
| 09/26/08 | DOUGLAS KOFF | 0.30 | 220.50 |

Case strategy and discovery update with GZ.

| | | | |
|---|---|---|---|
| 09/29/08 | DOUGLAS KOFF | 0.50 | 367.50 |

Review and comment on discovery demands.

| | | | |
|---|---|---|---|
| 09/29/08 | GREGORY ZIMMER | 2.00 | 1,150.00 |

Draft responses to Union Federal and Waterfield LLC's requests for admissions; review documents in connection with same.

| 09/29/08 | PATRICK OH | 4.70 | 2,115.00 |
|---|---|---|---|

Meet with G Zimmer re case background and research assignment (0.20); case law research regarding discovery issues (4.20).

| 09/30/08 | GREGORY ZIMMER | 2.50 | 1,437.50 |
|---|---|---|---|

Draft responses to Union Federal and Waterfield LLC's requests for admissions; review documents in connection with same.

| 09/30/08 | PATRICK OH | 0.20 | 90.00 |
|---|---|---|---|

Meet with G. Zimmer to discuss research re discovery issues.

| 10/02/08 | DOUGLAS KOFF | 1.10 | 808.50 |
|---|---|---|---|

Review materials related discovery and case plan.

| 10/06/08 | DOUGLAS KOFF | 0.70 | 514.50 |
|---|---|---|---|

Team meeting on strategy and discovery (.3); meet with G Zimmer re discovery (.3); review discovery (.1).

| 10/06/08 | SALVATORE ASTORINA | 1.70 | 637.50 |
|---|---|---|---|

Telephone call with G. Zimmer Legal research re: breach of contract under NY law.

| 10/06/08 | NATHAN BULL | 1.00 | 535.00 |
|---|---|---|---|

Meeting to review and discuss case status with Greg Zimmer and Anthony Antonelli.

| 10/06/08 | NATHAN BULL | 0.50 | 267.50 |
|---|---|---|---|

Review and revise 30(b)(6) notice.

| 10/06/08 | GREGORY ZIMMER | 3.50 | 2,012.50 |
|---|---|---|---|

Review client documents in connection with drafting responses to requests to admit (2.5); draft, revise and edit same (1.0).

| 10/06/08 | ANTHONY ANTONELLI | 2.40 | 1,080.00 |
|---|---|---|---|

Team meeting w/ D. Koff re: discovery requests; meeting w/ G. Zimmer and N. Bull re: case background; review of materials in connection with discovery requests.

| 10/07/08 | SALVATORE ASTORINA | 3.80 | 1,425.00 |
|---|---|---|---|

Conduct research re: breach of contract under NY law, as requested by G. Zimmer.

| Date | Name | Hours | Amount |
|---|---|---|---|
| 10/07/08 | NATHAN BULL | 1.20 | 642.00 |
| | Review and edit responses and objections. | | |
| 10/07/08 | GREGORY ZIMMER | 1.80 | 1,035.00 |
| | Telephone conference with Carlo Colagiacomo regarding discovery issues; draft, revise and edit discovery responses. | | |
| 10/07/08 | ANTHONY ANTONELLI | 1.10 | 495.00 |
| | Review of background materials re: discovery requests. | | |
| 10/08/08 | DOUGLAS KOFF | 0.60 | 441.00 |
| | Call with NB re requests (.1), meet with GZ re same (.2). Review and comment on requests (.3). | | |
| 10/08/08 | LOUIS BEVILACQUA | 0.80 | 740.00 |
| | Waterfield - attention to discovery response. | | |
| 10/08/08 | SALVATORE ASTORINA | 2.00 | 750.00 |
| | Legal research re: calculating damages in a breach of contract action under NY law, as requested by G. Zimmer. | | |
| 10/08/08 | NATHAN BULL | 1.00 | 535.00 |
| | Review of and edits to requests for admission. Discussion with D. Koff re: same. | | |
| 10/08/08 | GREGORY ZIMMER | 3.00 | 1,725.00 |
| | Review, revise and edit discovery responses. | | |
| 10/09/08 | SALVATORE ASTORINA | 4.00 | 1,500.00 |
| | Legal research re: breach of contract damages under NY law, as requested by G. Zimmer. Meeting with G. Zimmer to present results of same. | | |
| 10/10/08 | DOUGLAS KOFF | 0.20 | 147.00 |
| | Strategy conferences with GZ. | | |
| 10/10/08 | GREGORY ZIMMER | 1.80 | 1,035.00 |
| | Review and finalize discovery responses; confer with Carlo Colagiacomo regarding same. | | |

| 10/13/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |
|---|---|---|---|

Telephone conference with counsel for Union Federal and Waterfield to negotiate terms of confidentiality order; review and finalize discovery responses.

| 10/13/08 | JESSE RASPLER | 0.20 | 47.00 |
|---|---|---|---|

Phone call G. Zimmer, D. Cooper and V. Deonandan to discuss processing of mail and server tapes.

| 10/13/08 | VISHNU DEONANDAN | 3.00 | 600.00 |
|---|---|---|---|

Meeting and vendor coordination of quotes for possible 750 GIG project.

| 10/14/08 | DOUGLAS KOFF | 0.30 | 220.50 |
|---|---|---|---|

Meeting re: strategy and discovery.

| 10/14/08 | NATHAN BULL | 4.00 | 2,140.00 |
|---|---|---|---|

Meet with Greg Zimmer to review and assess, among other things, discovery issues and case status (.5). Review and analysis of discovery to date and outstanding issues and preparation of case outline (3.5).

| 10/14/08 | GREGORY ZIMMER | 1.80 | 1,035.00 |
|---|---|---|---|

Review documents in preparation for production of documents; confernece with Carlo Colagiacomo regarding electronic discovery.

| 10/14/08 | VISHNU DEONANDAN | 1.00 | 200.00 |
|---|---|---|---|

Vendor Proposal coordination.

| 10/15/08 | VISHNU DEONANDAN | 5.00 | 1,000.00 |
|---|---|---|---|

Vendor Coordination and consultation on 75 gigs to processes and host.

| 10/16/08 | DOUGLAS KOFF | 0.70 | 514.50 |
|---|---|---|---|

Review discovery and case issues and strategize with GZ (.5), call with Allen and Overy (.2).

| 10/16/08 | NATHAN BULL | 0.80 | 428.00 |
|---|---|---|---|

Meet with D. Koff and G. Zimmer to review and analyze case status and discovery issues.

| 10/16/08 | GREGORY ZIMMER | 2.00 | 1,150.00 |
|---|---|---|---|

Conferences with Louis Bevilacqua and Douglas Koff regarding document collection and production and bankruptcy-related matters; review client documents.

| 10/16/08 | ANTHONY ANTONELLI | 0.20 | 90.00 |
|---|---|---|---|

Call w/ G. Zimmer re: document production and review.

| 10/16/08 | VISHNU DEONANDAN | 2.00 | 400.00 |
|---|---|---|---|

Vendor proposal review and coordination for processing 75 gigs.

| 10/17/08 | DOUGLAS KOFF | 0.10 | 73.50 |
|---|---|---|---|

Calls with PC and GZ re civil litigation.

| 10/17/08 | GREGORY ZIMMER | 3.00 | 1,725.00 |
|---|---|---|---|

Review client documents.

| 10/20/08 | GREGORY ZIMMER | 1.80 | 1,035.00 |
|---|---|---|---|

Review client documents.

| 10/21/08 | GREGORY ZIMMER | 2.20 | 1,265.00 |
|---|---|---|---|

Review proposed confidentiality stipulation; review client document.

| 10/22/08 | DOUGLAS KOFF | 1.70 | 1,249.50 |
|---|---|---|---|

Extended strategy meeting with LB, GZ and NB (1.2), strategy and discovery conferences with GZ (.5).

| 10/22/08 | LOUIS BEVILACQUA | 1.50 | 1,387.50 |
|---|---|---|---|

Waterfield - Meeting with Koff and Zimmer re: discovery issues

| 10/22/08 | NATHAN BULL | 2.40 | 1,284.00 |
|---|---|---|---|

Meeting with D. Koff, L. Bevilacqua and G. Zimmer to review and analyze case status, discovery issues, possible damages and strategy (1.5). Review and analysis of possible damages and discussions with G. Zimmer re: same (.9).

| 10/22/08 | NATHAN BULL | 0.80 | 428.00 |
|---|---|---|---|

Research into and analysis of possible damages.

| 10/22/08 | GREGORY ZIMMER | 4.50 | 2,587.50 |
|---|---|---|---|

Review client documents; conference with Carlo Colagiacomo regarding discovery issues; confer with Douglas Koff regarding same.

| 10/23/08 | NATHAN BULL | 0.80 | 428.00 |
|---|---|---|---|

Research into possible damages and meeting with A. Antonelli regarding the same.

| 10/23/08 | ANTHONY ANTONELLI | 2.40 | 1,080.00 |
|---|---|---|---|

Legal research re: damages for breach of warranty (2.20); calls w/ N. Bull re: same (.20).

| 10/24/08 | DOUGLAS KOFF | 1.30 | 955.50 |
|---|---|---|---|

Review discovery requests and strategize in advance of meet and confer (.5); meet and confer call with Skadden (.4); Team call and work on game plan going forward (.4).

| 10/24/08 | NATHAN BULL | 0.20 | 107.00 |
|---|---|---|---|

Call with G. Zimmer re: research into possible damages.

| 10/24/08 | NATHAN BULL | 0.40 | 214.00 |
|---|---|---|---|

Call with A. Antonelli re: research into possible damages and review of memo on same.

| 10/24/08 | NATHAN BULL | 0.50 | 267.50 |
|---|---|---|---|

Call with Skadden team re: among other things, electronic discovery issues.

| 10/24/08 | GREGORY ZIMMER | 4.80 | 2,760.00 |
|---|---|---|---|

Review defendants' document requests and AHM's responses thereto (2.0); review client documents (2.5); conference with Anthony Antonelli regarding document review (.3).

| 10/24/08 | ANTHONY ANTONELLI | 8.10 | 3,645.00 |
|---|---|---|---|

Legal research re: breach of warranty claim (6.30); meet w/ G. Zimmer re: same (1.10); prepare memorandum to N. Bull re: same (.70).

| 10/27/08 | DOUGLAS KOFF | 0.20 | 147.00 |
|---|---|---|---|

Discovery status meeting with GZ.

| 10/27/08 | GREGORY ZIMMER | 4.20 | 2,415.00 |

Draft list of proposed search terms for electronic documents (.8); draft proposed budget (.2); review and revise claims summary memorandum (.3); conference with Nathan Bull regarding same (.2); conference with Carlo Colagiacomo regarding on-site visit and discovery issues (.5); review client documents (2.2).

| 10/27/08 | ANTHONY ANTONELLI | 3.90 | 1,755.00 |

Legal research re: reliance and breach of warranty (3.1); prepare memorandum to G. Zimmer re: same (.8).

| 10/28/08 | DOUGLAS KOFF | 0.80 | 588.00 |

Call with LB re case status (.1), call with GZ re case status (.1), call with GZ and NB re status and discovery (.5).

| 10/28/08 | GREGORY ZIMMER | 3.50 | 2,012.50 |

Review client documents (2.5); confer with Douglas Koff and Nathan Bull regarding status of discovery issues (.5); draft documents in preparation for discovery conference with Skadden regarding electronic document review (.5).

| 10/28/08 | ANTHONY ANTONELLI | 7.70 | 3,465.00 |

Meeting and calls with G. Zimmer re: legal research and document production (.90); review materials re: document production (.60); review of documents to be produced (6.10); call w/ V. Deonandan re: document review (.10).

| 10/28/08 | VISHNU DEONANDAN | 1.00 | 200.00 |

Database support and analysis.  Creation of tags.

| 10/29/08 | DOUGLAS KOFF | 0.30 | 220.50 |

Attention to Discovery issues including email.

| 10/29/08 | NATHAN BULL | 3.00 | 1,605.00 |

Inspection of AHM Headquarters re: document production status and discussions with G. Zimmer and company employees regarding same.

| | | | |
|---|---|---:|---:|
| 10/29/08 | GREGORY ZIMMER | 6.80 | 3,910.00 |

On-site visit to review status of documents and other discovery issues (4.0); confer with Carlo Colagiacomo and Nathan Bull regarding same; review client documents (1.5); research issues relating to breach of representations and warranties claim and repurchase counterclaims (1.0); conference with Anthony Antonelli regarding electronic document review (.3).

| | | | |
|---|---|---:|---:|
| 10/29/08 | ANTHONY ANTONELLI | 7.10 | 3,195.00 |

Review and analyze documents for production (6.70); meeting and call w/ G. Zimmer re: same (.4).

| | | | |
|---|---|---:|---:|
| 10/30/08 | DOUGLAS KOFF | 1.20 | 882.00 |

Call with creditors committee (.1), strategy meetings with GZ and NB (.6), call with Skadden

| | | | |
|---|---|---:|---:|
| 10/30/08 | NATHAN BULL | 0.80 | 428.00 |

Call with Skadden team re: discovery issues and parameters.

| | | | |
|---|---|---:|---:|
| 10/30/08 | NATHAN BULL | 0.50 | 267.50 |

Meeting with D. Koff and G. Zimmer re: discovery issues and preparation for call with Skadden team on same.

| | | | |
|---|---|---:|---:|
| 10/30/08 | GREGORY ZIMMER | 1.00 | 575.00 |

Discovery conference with defendants' counsel.

| | | | |
|---|---|---:|---:|
| 10/30/08 | ANTHONY ANTONELLI | 3.90 | 1,755.00 |

Review and analyze documents for production (3.80); call w/ G. Zimmer re: same (.10).

| | | | |
|---|---|---:|---:|
| 10/30/08 | ELIZABETH MATTERN | 0.70 | 217.00 |

Revise Disclosure Schedules to be delivered in connection with the Stock Purchase Agreement between M2 Capital Partners and American Home Mortgage.

| | | | |
|---|---|---:|---:|
| 10/31/08 | NATHAN BULL | 2.00 | 1,070.00 |

Meeting with D. Koff and G. Zimmer to review and assess case status, including as to electronic discovery, hard copy productions, document requests, expert issues and substance of claims.

| 10/31/08 | GREGORY ZIMMER | 4.80 | 2,760.00 |

Review discovery requests and responses in preparation for discovery conference (1); review client documents (2); telephone conference with Carlo Colagiacomo regarding discovery issues (.5); review client documents (.3); conference with Douglas Koff and Nathan Bull regarding discovery and procedural issues (1).

Subtotal For Code American Home Waterfield Litigation........ 162,489.00

Code American Home Sale of Non-Debtor Bank Facility

| 08/01/08 | JEFFREY WEISSMANN | 0.30 | 165.00 |

Call with advisors.

| 08/04/08 | PENNY WILLIAMS | 1.00 | 450.00 |

Revise Disclosure Schedule for Stock Purchase Agreement; meet with J. Weissmann.

| 08/07/08 | PENNY WILLIAMS | 2.00 | 900.00 |

Revise Stock Purchase Agreement for potential M2 bid process.

| 09/09/08 | LOUIS BEVILACQUA | 0.30 | 277.50 |

Conf with J. Weissman re: purchase agreement.

| 09/09/08 | JEFFREY WEISSMANN | 2.00 | 1,100.00 |

Review M2 SPA and letter; calls with Nelligan.

| 09/24/08 | JEFFREY WEISSMANN | 0.50 | 275.00 |

Comment on Exclusivity letter.

| 10/10/08 | LOUIS BEVILACQUA | 3.30 | 3,052.50 |

Sale of American Home Bank - Review Agreement and confer with J. Weissmann.

| 10/10/08 | JEFFREY WEISSMANN | 1.30 | 715.00 |

Attention to M2 memo on Bank Stock Purchase Agreement.

| 10/10/08 | PENNY WILLIAMS | 1.00 | 450.00 |

Meet with J. Weissmann; review of comments to SPA and e-mail correspondence.

| 10/17/08 | PENNY WILLIAMS | 0.50 | 225.00 |
|---|---|---|---|
| | Call and e-mail correspondence with R. Young at Milestone regarding termination of material contracts. | | |
| 10/22/08 | PENNY WILLIAMS | 3.50 | 1,575.00 |
| | Review of Stock Purchase Agreement mark-up by Hunton/M2. | | |
| 10/23/08 | JEFFREY WEISSMANN | 4.00 | 2,200.00 |
| | Reviewed M2 markup of Stock Purchase Agreement. | | |
| 10/23/08 | JEFFREY WEISSMANN | 1.50 | 825.00 |
| | Call with Advisors re: Stock Purchase Agreement. | | |
| 10/23/08 | JEFFREY WEISSMANN | 5.50 | 3,025.00 |
| | Revise Stock Purchase Agreement. | | |
| 10/23/08 | JEFFREY WEISSMANN | 1.00 | 550.00 |
| | Review and comment on Escrow Agreement. | | |
| 10/23/08 | KAREN WALNY | 3.70 | 2,127.50 |
| | Comment on Stock Purchase Agreement. | | |
| 10/23/08 | PENNY WILLIAMS | 1.50 | 675.00 |
| | Correspondence and meetings regarding Stock Purchase Agreement and Disclosure Schedules. | | |
| 10/24/08 | JEFFREY WEISSMANN | 4.80 | 2,640.00 |
| | Revise Stock Purchase Agreement; calls with specialists; calls with advisors. | | |
| 10/24/08 | KAREN WALNY | 1.50 | 862.50 |
| | Review revise draft of Stock Purchase Agreement. | | |
| 10/24/08 | PENNY WILLIAMS | 2.00 | 900.00 |
| | Review of Stock Purchase Agreement comments and revision to Disclosure Schedules. | | |
| 10/24/08 | MARK HOLDSWORTH | 0.80 | 544.00 |
| | Review Stock Purchase Agreement; call J. Weissmann; e-mails. | | |

| Date | Name | Hours | Amount |
|---|---|---|---|
| 10/24/08 | ELIZABETH MATTERN | 0.50 | 155.00 |
| | Assignment briefing; Prepare of Disclosure Schedules to be delivered in connection with the Stock Purchase Agreement between M2 Capital Partners and American Home Mortgage. | | |
| 10/27/08 | JEFFREY WEISSMANN | 2.00 | 1,100.00 |
| | Revise Stock Purchase Agreement; correspondence with UCC re: same. | | |
| 10/27/08 | PENNY WILLIAMS | 1.00 | 450.00 |
| | Meet with E. Mattern (.5); meet with J. Weissmann (.5). | | |
| 10/27/08 | MARK HOLDSWORTH | 0.80 | 544.00 |
| | Revise Stock Purchase Agreement; call J. Weissmann; e-mail K. Walny re: same. | | |
| 10/27/08 | ELIZABETH MATTERN | 2.20 | 682.00 |
| | Prepare Stock Purchase Agreement Disclosure Schedules to be delivered in connection with the Stock Purchase Agreement between M2 Capital Partners and American Home Mortgage. | | |
| 10/28/08 | JEFFREY WEISSMANN | 1.00 | 550.00 |
| | Revise Stock Purchase Agreement. | | |
| 10/29/08 | JEFFREY WEISSMANN | 4.00 | 2,200.00 |
| | Calls with Advisors; revise Stock Purchase Agreement; review Escrow Agreement; comment on Disclosure Schedules. | | |
| 10/30/08 | JEFFREY WEISSMANN | 1.00 | 550.00 |
| | Calls with UCC and advisors re: Bank Stock Purchase Agreement. | | |
| 10/30/08 | PENNY WILLIAMS | 2.00 | 900.00 |
| | Meeting with J. Weissmann (.5); meeting with E. Mattern (.5); review of material contract summaries (.5); e-mail correspondence with Milestone and Hunton (.5). | | |
| 10/31/08 | JEFFREY WEISSMANN | 1.50 | 825.00 |
| | Call w/ M2 lawyer; call w/ Milestone. | | |

| 10/31/08 | PENNY WILLIAMS | 1.50 | 675.00 |

Conference call with Hunton (1.0); review of disclosure schedules (.5).

| 10/31/08 | ELIZABETH MATTERN | 1.00 | 310.00 |

Telephone conference with buyer's counsel, re: AHM / M2 SPA Discusion.

Subtotal For Code American Home Sale Of Non-Debtor Bank Facility..........32,475.00

Total Fees......$199,942.00

# EXHIBIT B

DISBURSEMENTS AND CHARGES

| | | |
|---|---|---:|
| 05/21/08 | LD TELEPHONE LD TELEPHONE 13025716612 ,6403 | 2.38 |
| 05/23/08 | LONG DISTANCE TELEPHONE - - VENDOR: CW&T PETTY CASH CUSTODIAN COURT CONFERENCE CALL, 5/5/08, C.UPDIKE | 31.50 |
| 06/05/08 | OVERTIME MEALS MEALS -Weissmann Jeffrey - 86250852-Mr. Broadway Kosh | 29.25 |
| 06/11/08 | LD TELEPHONE LD TELEPHONE 13025716710 ,6402 | 7.14 |
| 06/11/08 | OVERTIME MEALS MEALS -Weissmann Jeffrey - 86771214-Essex | 34.04 |
| 06/16/08 | OVERTIME MEALS MEALS -Weissmann Jeffrey - 87140295-Mr. Broadway Kosh | 30.39 |
| 06/23/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA | 550.07 |
| 06/23/08 | DUPLICATING DUPLICATING 3 COPY(S)    Ballard, Cynthia | 0.45 |
| 06/23/08 | DUPLICATING DUPLICATING 1626 COPY(S)    Ballard, Cynthia | 243.90 |
| 06/24/08 | DUPLICATING DUPLICATING 297 COPY(S)    Ballard, Cynthia | 44.55 |
| 06/24/08 | DUPLICATING DUPLICATING 364 COPY(S)    Ballard, Cynthia | 54.60 |
| 06/24/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW BALLARD,CYNTHIA | 11.34 |
| 06/26/08 | DUPLICATING DUPLICATING 52 COPY(S)    Ballard, Cynthia | 7.80 |
| 06/26/08 | DUPLICATING DUPLICATING 1117 COPY(S)    Ballard, Cynthia | 167.55 |
| 06/26/08 | DUPLICATING DUPLICATING 799 COPY(S)    Ballard, Cynthia | 119.85 |
| 06/26/08 | DUPLICATING DUPLICATING 457 COPY(S)    Ballard, Cynthia | 68.55 |
| 07/03/08 | OVERTIME MEALS MEALS -Ballard Cynthia    -88743960- Gatehouse | 13.48 |
| 07/21/08 | OVERTIME MEALS MEALS -williams penny    -90223569- Au Mandarin | 17.93 |

| | | |
|---|---|---|
| 07/22/08 | OVERTIME MEALS MEALS -Weissmann Jeffrey - 90317634-Kosher Deluxe | 27.64 |
| 07/24/08 | OVERTIME MEALS MEALS -Weissmann Jeffrey - 90568038-Mr. Broadway Kosh | 27.59 |
| 07/24/08 | EXPRESS DELIVERY EXPRESS DELIVERY Mail Room-17 Fithian Lane-Invoice: 283711151 | 20.48 |
| 07/25/08 | EXPRESS DELIVERY EXPRESS DELIVERY Jeffrey Weissmann-17 Fithian Lane-Invoice: 28373 | 36.33 |
| 07/29/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 2.38 |
| 07/29/08 | LD TELEPHONE LD TELEPHONE 12027413665 ,6403 | 4.76 |
| 07/30/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 2.38 |
| 08/01/08 | LD TELEPHONE LD TELEPHONE 19493351005 ,6403 | 14.28 |
| 08/04/08 | DUPLICATING DUPLICATING 1996 COPY(S)    Ballard, Cynthia | 299.40 |
| 08/06/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW ZIMMER,GREGORY | 134.93 |
| 08/07/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 3.57 |
| 08/11/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 2.38 |
| 08/12/08 | DUPLICATING DUPLICATING 1078 COPY(S)    Ballard, Cynthia | 161.70 |
| 08/12/08 | DUPLICATING DUPLICATING 288 COPY(S)    Ballard, Cynthia | 43.20 |
| 08/12/08 | EXPRESS DELIVERY EXPRESS DELIVERY Mail Room-American Home Mortgage Inves-Invoice: | 20.58 |
| 08/13/08 | DUPLICATING DUPLICATING 145 COPY(S)    Ballard, Cynthia | 21.75 |
| 08/14/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 2.38 |
| 08/18/08 | PROCESS SERVICE - - VENDOR: CADWALADER, WICKERSHAM & TAFT MESSINGER | 52.50 |
| 08/18/08 | MANAGING ATTORNEY'S CHARGE (7/24/08) | 25.00 |
| 08/20/08 | LD TELEPHONE LD TELEPHONE 13124070792 ,5737 | 2.38 |
| 08/26/08 | DUPLICATING DUPLICATING 513 COPY(S)    Ballard, Cynthia | 76.95 |
| 08/26/08 | DUPLICATING DUPLICATING 2313 COPY(S)    Ballard, Cynthia | 346.95 |

| | | |
|---|---|---|
| 08/27/08 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 7/3/08  C. BALLARD FROM CWT TO 11225 | 46.89 |
| 08/28/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 7/09/08 1WFC -  69TH / RIVERSIDE    KAREN WALNY (INV 1324326-J,  7/16/08) | 33.64 |
| 08/28/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 7/09/08    1WFC - 27TH  B/T 6TH & 7TH     PENNY WILLIAMS (INV 1324326-I,  7/16/08) | 28.55 |
| 08/28/08 | EXPRESS DELIVERY EXPRESS DELIVERY Mail Room-333 West Wacker Drive-Invoice: 2898116 | 16.73 |
| 08/31/08 | TEMPORARIES - - VENDOR: STAFF ONE ZIMMER 7/24 | 0.00 |
| 09/05/08 | LD TELEPHONE LD TELEPHONE 13025716621 ,5737 | 2.38 |
| 09/10/08 | EXPRESS DELIVERY EXPRESS DELIVERY Mail Room-333 West Wacker Drive-Invoice: 2920403 | 25.81 |
| 09/10/08 | SEARCH FEES : 6/26  C. Ballard : PACER SERVICE CENTER | 0.64 |
| 09/11/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 7/11/08    1WFC -  500 PEARL    GREGORY ZIMMER (INV 1324983-N,  7/23/08) | 24.47 |
| 09/11/08 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 7/24/08  WILLIAMS FROM CWT TO 27th bet. 6th/7th | 28.55 |
| 09/15/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 7/16/08  1WFC - 27TH B/T 6TH/ 7TH    PENNY WILLIAMS (INV 1324983-K, 7/23/08) | 28.55 |
| 09/16/08 | DEPOSITION TRANSCRIPTS - - VENDOR: CADWALADER, WICKERSHAM & TAFT SDNY REPORTERS TRANSCRIPT | 330.75 |
| 09/16/08 | PROCESS SERVICE - - VENDOR: CADWALADER, WICKERSHAM & TAFT MESSINGER | 52.50 |
| 09/16/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 7/11/08      500 PEARL -  1WFC     GREG MARKEL (INV 1324983-D, 7/23/08) | 65.27 |
| 09/17/08 | OVERTIME MEALS MEALS -Ballard Cynthia    -95274222- SouthWest NY | 16.30 |
| 09/18/08 | HAND DELIVERY HAND DELIVERY MS/64007/488 MADISON AVE/1 WFC | 41.82 |

| 09/18/08 | DUPLICATING DUPLICATING 443 COPY(S)    Ballard, Cynthia | 66.45 |
|---|---|---|
| 09/18/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 2.38 |
| 09/18/08 | LD TELEPHONE LD TELEPHONE 13025763588 ,5737 | 11.90 |
| 09/19/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 7/21/08    1WFC - 6TH / 27TH    PENNY WILLIAMS (INV 1325659-G, 7/30/08) | 28.55 |
| 09/23/08 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/27/08  ZIMMER FROM 4 TIMES SQ TO CWT | 28.55 |
| 09/25/08 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/25/08  MARKEL FROM CWT TO 50 SUTTON | 31.60 |
| 09/25/08 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/25/08  G. MARKEL FROM 345 E. 37 TO CWT | 28.55 |
| 09/26/08 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 8/4/08- C.BALLARD | 24.15 |
| 09/29/08 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/27 BEVILACQUA 1 WFC TO 116 6TH AVE | 40.78 |
| 09/29/08 | WESTLAW OUTSIDE COMPUTER DATABASE WESTLAW OH,PATRICK | 317.84 |
| 10/07/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 3.57 |
| 10/08/08 | DUPLICATING - - VENDOR: MERRILL COMMUNICATIONS, LLC  ORDER # 002-1172770  ISAJIW | 4,511.82 |
| 10/09/08 | DUPLICATING DUPLICATING 1443 COPY(S)    Ballard, Cynthia | 216.45 |
| 10/13/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 29.75 |
| 10/15/08 | SEARCH FEES : 7/05- 9/22  G. Zimmer : PACER SERVICE CENTER | 49.52 |
| 10/16/08 | LONG DISTANCE TELEPHONE - - VENDOR: AT&T TELECONFERENCE SERVICES 8/26/08- G.ZIMMER | 10.32 |
| 10/16/08 | LD TELEPHONE LD TELEPHONE 13124070637 ,5737 | 2.38 |
| 10/16/08 | HAND DELIVERY HAND DELIVERY IRIS/67858/538 BROAD HOLLOW ROAD/1 WORLD FINANCI | 104.66 |
| 10/21/08 | SEARCH FEES - DIRECT - - VENDOR: PACER SERVICE CENTER 9/17/08 D.STREIM | 73.92 |

| 10/23/08 | SEARCH FEES : 9/09  C. Updike : PACER SERVICE CENTER | 5.60 |
| 10/23/08 | OVERTIME MEALS MEALS -Weissmann Jeffrey  - 98608368-Mr. Broadway Kosh | 32.06 |
| 10/28/08 | PROFESSIONAL SERVICE - - VENDOR: CADWALADER, WICKERSHAM & TAFT PACER SVC | 25.68 |
| 10/29/08 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. *25/08-C.BALLARD | 9.33 |

DISBURSEMENTS & CHARGES SUMMARY

| MANAGING ATTORNEY'S CHARGE | 25.00 |
| PROCESS SERVICE | 105.00 |
| COPYING | 1,940.10 |
| OUTSIDE PRINTING | 4,545.30 |
| WORD PROCESSING | 0.00 |
| TELEPHONE | 138.21 |
| ONLINE RESEARCH | 1,014.18 |
| DELIVERY SERVICES/MESSENGERS | 266.41 |
| LOCAL TRAVEL | 413.95 |
| MEALS | 228.68 |
| DEPOSITION TRANSCRIPTS | 330.75 |
| LITIGATION SUPPORT VENDORS | 129.68 |
| OTHER PROFESSIONALS | 25.68 |

Disbursements and Charges..........$9,162.94

Total Fees and Disbursements......$209,104.94