# EXHIBIT A

## AHM - Fee Application Preparation/Fee Issues

**Statement Detail**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/08 | HLD | Emails with Lacroix re draft of August Fee App. | 0.40 |
| 10/01/08 | ML4 | Prepare QE August Fee App | 3.30 |
| 10/02/08 | HLD | Reviewed issues re QE July expenses with vendor, emails re same. | 0.40 |
| 10/03/08 | ML4 | Prepare QE August Fee App. | 3.80 |
| 10/06/08 | HLD | Reviewed QE June and July CNOs, emails with Jackson (YC) re same. | 0.50 |
| 10/06/08 | ML4 | Prepare QE August Fee App. | 2.60 |
| 10/07/08 | HLD | TCs/emails with Vendor re QE July expenses (.5); reviewing payment issues re QE's June and July applications (.5). | 1.00 |
| 10/07/08 | ML4 | Prepare QE's August Fee Application | 6.60 |
| 10/08/08 | HLD | Reviewed payment issues for QE's June and July fees and expenses (.7); TCs/emails with Lacroix re August fee application, reviewed expense issues re same (.7). | 1.40 |
| 10/10/08 | HLD | Reviewed payment issues of QE's June and July applications, TCs/emails re same. | 0.60 |
| 10/15/08 | HLD | Draft/revise QE August fee app, emails with QE team re same (2.9); TCs/emails with vendor re July expense issue (.3). | 3.20 |
| 10/20/08 | HLD | Emails with Jackson (YC) re interim fee hearing (.2); arrange telephonic appearance on QE's behalf re same (.4). | 0.60 |
| 10/22/08 | HLD | Reviewed august fee application issues with JCT (.4); TCs/emails with Lacroix re QE September fee application (.3); TC with vendors re QE September expense issues (.5). | 1.20 |
| 10/22/08 | ML4 | Preparing QE September Fee app | 4.70 |
| 10/23/08 | HLD | TCS/Emails re QE September fee app with QE team and Lacroix. | 0.40 |
| 10/24/08 | HLD | Emails with QE team re payment issues re QE's May/June/July applications, reviewed CNOs re same. | 0.70 |
| 10/24/08 | ML4 | Preparing QE September fee app | 2.50 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/26/08 | HLD | Reviewed JCT edits to QE's August fee app., emails re same | 0.60 |
| 10/28/08 | ML4 | Prepare QE September Fee Application | 1.70 |
| 10/29/08 | HLD | Revise/finalize QE's august fee app, revise certification and emails re same. | 1.70 |
| 10/29/08 | ML4 | Prepare QE September Fee App | 3.20 |
| | | **Total Hours** | **41.10** |

## AHM - Court Hearings

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/14/08 | HLD | Attend hearing (1.5); prep re same (.5). | 2.00 |
| 10/14/08 | JCT | Prepare for (2.2) and attend (1.5) hearing/oral argument on Wells Fargo summary judgment motions | 3.70 |
| | | **Total Hours** | **5.70** |

## AHM - Non-Working Travel Time

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/14/08 | HLD | Partial nonworking travel from NY to DEL for Wells hearing (1.5); Partial non-working travel from DEL to NY back from Wells hearing (1.5). | 3.00 |
| 10/14/08 | JCT | Travel from NYC to Delaware for Wells Fargo adversary argument (2.7); return travel to NYC (2.8) | 5.50 |
| | | **Total Hours** | **8.50** |

## AHM - Lender Claims

AHM - Lender Claims

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 10/01/08 | HLD | TCs/emails with Sakamoto re strategy re Wells Fargo adversary. | 0.50 |
| 10/02/08 | HLD | Draft/revise oral argument outline for hearing on Wells adversary, confs re same with Tecce. | 4.40 |
| 10/03/08 | HLD | Draft/revise outline for oral argument on summary judgment motions in Wells litigation (6.3); TCs/emails re same with Sakamoto (.7); outline topics for in-person meeting (.3). | 7.30 |
| 10/06/08 | HLD | Attend/participate in TC with trustee re Broadhollow (1.0); prep re same and TCs/emails re same (2.0); TCs/emails with Sakamoto and Tecce re prep meeting for Wells hearing (.5); Revise oral argument outline for Wells hearing (1.3). | 4.80 |
| 10/06/08 | JCT | Review term sheet (.3); research re same (1.0); call w/ Indenture Trustee re same (1.0). | 2.30 |
| 10/07/08 | DH3 | Review term sheet. | 0.50 |
| 10/07/08 | HLD | Research/emails re issues re term sheet (4.1); Emails/confs re same with Tecce (.5); Revised term sheet (.6). | 5.20 |
| 10/07/08 | JCT | Research term sheets (1.2); revise term sheet re same (2.3). | 3.50 |
| 10/08/08 | HLD | Draft/revise oral argument outline for wells adversary, emails with Tecce and Edwards (YCST) re same. | 5.40 |
| 10/08/08 | JCT | Review status of term sheet, call w/ S. Sakamoto re same. | 0.30 |
| 10/10/08 | HLD | Attend meeting with Sakamoto and Tecce re preparation for hearing in wells adversary (3.0); prep re same (.4); Prepare/revise exhibit for hearing (.7); TCs/emails with Jackson, Sakamoto re hearing in wells adversary (.6). | 4.70 |
| 10/10/08 | JCT | Prepare for oral argument on motions for summary judgment (.7); meeting with S. Sakamoto and H. Denman re. same (3.0). | 3.70 |
| 10/12/08 | HLD | Research re next steps in Wells litigation, emails re same with Tecce (1.9); review cases in preparation for hearing in Wells Fargo litigation, emails re same with Tecce (1.9). | 3.80 |
| 10/12/08 | JCT | Revise outline for Wells Fargo oral argument. | 0.80 |
| 10/13/08 | CC4 | Retrieve cases for Wells adversary (2.1); create index of same (.6). | 2.70 |
| 10/13/08 | HLD | Prepare arguments/strategy for hearing on summary judgment motions in Wells litigation (2.1); TCs with Sakamoto and Tecce re strategy re same (.5); TCs Edwards (YC) re same (.3); Research caselaw re same, emails with Tecce (2.2); Draft/revise exhibit for hearing (2.3); Reviewed/revised oral argument outline re same (.9). | 9.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/13/08 | JCT | Prepare for oral argument in AHM Wells Fargo litigation, revising oral argument outline, related document review (10.8) review cases (.5); conf w/ H. Denman re same (.3); conf. w/ S. Sakamoto re same (.3). | 11.90 |
| 10/14/08 | HLD | Meeting with Sakamoto, Tecce, YC in prep for hearing on MSJ in Wells adversary (.6); revised exhibit aid for same (.5); reviewed caselaw and arguments re same (1.5); Attend hearing (2.0); Review with Sakamoto (AHM) re next steps and open issues (.5). | 3.10 |
| 10/15/08 | JCT | Calls w/ AHM (Sakamoto and Nystrom) re BofA litigation; review pleadings for same. | 1.60 |
| 10/16/08 | DH3 | Review term sheets, conference call with Tecce, Denman, Sakamoto, and Nystrom to discuss same. | 1.30 |
| 10/16/08 | HLD | Attend TC with Sakamoto, Kroll in preparation for call with trustee (1.0); prep re same (.5). | 1.50 |
| 10/16/08 | JCT | TC with Kroll re trustee call; outline comments for same. | 1.00 |
| 10/20/08 | DH3 | Review term sheet issues. | 0.40 |
| 10/20/08 | JCT | Attend trustee call (.7); review open issues re same w/ R. Dakis, D. Holzman (1.0); call w/ YCST (S. Beach) and AHM (B. Fernandez) re same (.5); call w/ S. Beach and M. Indelicato (Committee) re same (1.2); research re same (1.3) | 4.70 |
| 10/21/08 | JCT | Calls w/ American Home (S. Sakamoto, K. Nystrom) re term sheets (.3); call w/ same and YCST (S. Beach) re next steps (.5); review Dakis research re same (.2). | 1.00 |
| 10/22/08 | DH3 | Review and comment on term sheet. | 0.70 |
| 10/22/08 | JCT | Calls w/ Young Conaway (S. Beech, C. Grear) re term sheet issues and w/ S. Sakamoto re same; revise draft term sheet for same. | 1.60 |
| 10/22/08 | RKD | TC with J. Tecce and S. Sakomoto regarding term sheet issues (.4); draft terms sheet per same (2.3); TC with S. Beach and J. Tecce regarding same (.7); revise term sheet per same (1.4). | 4.80 |
| 10/23/08 | HLD | Reviewed next steps in BofA litigation (.5); TCs/emails with JCT re same (.3). | 0.80 |
| 10/23/08 | JCT | Pre call w/ YCST (S. Beach, C. Grear) re term sheet (.2); call w/ trustee re term sheet (.8); post call confs w/ AHM (S. Sakamoto, K. Nystrom), YCST (S. Beach, C Grear) (1.0). | 2.00 |
| 10/24/08 | JCT | Review documents from trustee. | 0.30 |
| 10/28/08 | JCT | Call with trustee's counsel regarding term sheet. | 0.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/29/08 | JCT | Calls with AHM (Sakamoto) and S. Beach (YCST) re next steps on BofA Litigation. | 0.50 |
| 10/30/08 | HLD | Reviewed court opinion and order re motion for summary judgment in Wells Fargo adversary (.8); draft summary re same for QE team (.8); TCs/emails re same with E. Keary at Hahn Hessen (.4); TCs/emails re same, next steps, strategy with Sakamoto and Tecce (1.4). | 3.40 |
| 10/30/08 | JCT | Review Wells Fargo order and outline next steps. | 1.00 |
| 10/31/08 | HLD | Draft/revise letter to Wells Fargo requesting payment of August Payment, TCs/emails with Tecce re same. | 2.20 |
| 10/31/08 | JCT | Review of emails related to term sheet (.4); revise Wells Fargo letter demanding payment and review deadlines re same (.7). | 1.10 |
| | | Total Hours | 104.30 |

## AHM - Insurance Issues

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 10/01/08 | HLD | TCs/emails with Keary (Hahn and Hessen) re status of Triad settlement, and related issues. | 0.50 |
| | | **Total Hours** | **0.50** |

## EXHIBIT B

Summary by Expenses Incurred
(October 1, 2008 through October 31, 2008)

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 10/08/08 | Printing | $3.80 |
| 10/08/08 | Printing | $3.80 |
| 10/08/08 | Printing | $3.80 |
| 10/09/08 | Professional Services - Pacer | $97.60 |
| 10/09/08 | Professional Services - Pacer | $0.24 |
| 10/09/08 | Professional Services - Pacer | $10.00 |
| 10/09/08 | Professional Services - Pacer | $5.76 |
| 10/13/08 | Printing | $2.00 |
| 10/13/08 | Printing | $0.80 |
| 10/13/08 | Printing | $1.20 |
| 10/13/08 | Printing | $0.60 |
| 10/13/08 | Printing | $2.00 |
| 10/13/08 | Printing | $1.30 |
| 10/13/08 | Printing | $1.30 |
| 10/13/08 | Printing | $1.80 |
| 10/13/08 | Printing | $1.60 |
| 10/13/08 | Printing | $0.60 |
| 10/13/08 | Printing | $1.70 |
| 10/13/08 | Printing | $0.70 |
| 10/13/08 | Printing | $1.30 |
| 10/13/08 | Printing | $2.10 |
| 10/13/08 | Printing | $1.20 |
| 10/13/08 | Printing | $1.50 |
| 10/13/08 | Printing | $1.90 |
| 10/13/08 | Printing | $1.00 |
| 10/13/08 | Printing | $1.40 |
| 10/13/08 | Printing | $0.90 |
| 10/13/08 | Printing | $1.40 |
| 10/13/08 | Printing | $0.60 |
| 10/13/08 | Printing | $0.70 |
| 10/13/08 | Printing | $1.50 |
| 10/13/08 | Printing | $2.40 |
| 10/13/08 | Printing | $1.90 |
| 10/13/08 | Printing | $1.40 |
| 10/13/08 | Printing | $1.10 |
| 10/13/08 | Printing | $1.20 |
| 10/13/08 | Printing | $0.40 |
| 10/13/08 | Printing | $2.40 |
| 10/13/08 | Printing | $1.50 |
| 10/13/08 | Printing | $2.00 |

| 10/13/08 | Printing | $0.40 |
| --- | --- | --- |
| 10/13/08 | Printing | $0.50 |
| 10/13/08 | Printing | $1.30 |
| 10/13/08 | Printing | $0.90 |
| 10/13/08 | Printing | $2.50 |
| 10/13/08 | Printing | $1.40 |
| 10/13/08 | Printing | $2.70 |
| 10/13/08 | Printing | $0.40 |
| 10/15/08 | Photocopying | $112.20 |
| 10/15/08 | Outside Photocopy | $7.01 |
| 10/15/08 | Outside Photocopy | $18.20 |
| 10/15/08 | Outside Photocopy | $5.50 |
| 10/15/08 | Outside Photocopy | $14.06 |
| 10/20/08 | Printing | $0.60 |
| 10/20/08 | Printing | $0.80 |
| 10/20/08 | Printing | $0.30 |
| 10/20/08 | Printing | $1.30 |
| 10/20/08 | Printing | $2.20 |
| 10/21/08 | Printing | $0.30 |
| 10/21/08 | Printing | $0.40 |
| 10/21/08 | Printing | $0.40 |
| 10/22/08 | Printing | $0.40 |
| 10/22/08 | Printing | $0.40 |
| 10/22/08 | Printing | $2.70 |
| 10/22/08 | Printing | $0.50 |
| 10/22/08 | Printing | $0.60 |
| 10/22/08 | Printing | $0.30 |
| 10/22/08 | Printing | $0.20 |
| 10/22/08 | Printing | $1.20 |
| 10/22/08 | Printing | $0.30 |
| 10/22/08 | Printing | $0.30 |
| 10/22/08 | Printing | $0.30 |
| 10/22/08 | Local Travel; H. Denman on 10/14/08, from NY to Delaware | $134.00 |
| 10/23/08 | Printing | $0.90 |
| 10/23/08 | Printing | $0.70 |
| 10/24/08 | Printing | $0.40 |
| 10/29/08 | Printing | $0.70 |
| 10/29/08 | Printing | $2.20 |
| 10/29/08 | Printing | $0.10 |
| 10/29/08 | Printing | $2.80 |
| 10/30/08 | Printing | $6.50 |
| 10/30/08 | Printing | $2.50 |
| 10/30/08 | Printing | $2.20 |
| 10/30/08 | Printing | $0.40 |

| 10/31/08 | Westlaw | $633.24 |
|---|---|---|
| 10/31/08 | Westlaw | $266.89 |
| 10/31/08 | Westlaw | $115.96 |
| 10/31/08 | Lexis | $2.84 |
| 10/31/08 | Lexis | $2.09 |
| 10/31/08 | Lexis | $0.23 |
| 10/31/08 | Lexis | $22.82 |
| 10/31/08 | Professional Services - Pacer | $142.75 |
| 10/31/08 | Lexis | $589.25 |
| 10/31/08 | Lexis | $427.25 |
| 10/31/08 | Lexis | $45.75 |
| 10/31/08 | Lexis | $1,627.25 |
|  | **TOTAL** | $4,380.69<br>(minus $567.75 credit)<br>= $3,812.94[4] |

---

[4] As set forth herein, during the Fifteenth Monthly Fee Period, Quinn Emanuel incurred actual expenses in the amount of $4,380.69. Quinn Emanuel, however, has deducted $567.75 as a credit to the Debtors' estate for an expense that was inadvertently charged to the Debtors' estate in a prior monthly fee period.