# EXHIBIT VIII

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Ref. Docket No. _____** |
---------------------------------------------------------------- x

## ORDER SUSTAINING DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twenty-sixth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E, F, and G hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A, B, C, E, F, and G are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
January ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02:7637563.1

066585.1001

# EXHIBIT A

066585.1001

## Exhibit A

### Duplicative Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 695<br>MADISONVILLE, KY 42431-0695 | 3039 | 11/23/07 | No Case | Unspecified* | 3903 | 11/30/07 | No Case | Unspecified* |
| HERTLING, SHANNON<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 197 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$5,861.54 (P)<br>- (U)<br>$5,861.54 (T) | 9455 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>$5,861.54 (P)<br>- (U)<br>$5,861.54 (T) |
| LESELROD, MICHAEL<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 360 | 9/6/07 | 07-11047 | - (S)<br>- (A)<br>$3,948.33 (P)<br>- (U)<br>$3,948.33 (T) | 9456 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>$3,948.33 (P)<br>- (U)<br>$3,948.33 (T) |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$9,809.87 (P)<br>- (U)<br>$9,809.87 (T) | | | | - (S)<br>- (A)<br>$9,809.87 (P)<br>- (U)<br>$9,809.87 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HUSSER, CAROL<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | 2802 | 11/19/07 | 07-11051 | Unspecified* | 1329 | 10/1/07 | No Case | - (S)<br>$327.60 (A)<br>- (P)<br>- (U)<br>$327.60 (T) |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | 1182 | 9/24/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | 3865 | 11/30/07 | No Case | - (S)<br>$1,750.00 (A)<br>- (P)<br>- (U)<br>$1,750.00 (T) |
| RAMKISSOON, ROBIN<br>5 FAIRFIELD CIRCLE<br>APT 6A<br>BRENTWOOD, NY 11717 | 1789 | 10/29/07 | 07-11053 | - (S)<br>- (A)<br>$2,708.33 (P)<br>- (U)<br>$2,708.33 (T) | 2333 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,708.33 (P)<br>- (U)<br>$2,708.33 (T) |
| REVAL, INC.<br>ATTN FINANCE MANAGER<br>100 BROADWAY<br>22ND FLOOR<br>NEW YORK, NY 10005 | 2962 | 11/21/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$83,158.50 (U)<br>$83,158.50 (T) | 10479 | 8/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$83,158.50 (U)<br>$83,158.50 (T) |
| WALKER, NINA D.<br>7020 GENTLE SHADE RD<br>#302<br>COLUMBIA, MD 21046 | 1029 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$918.72 (P)<br>- (U)<br>$918.72 (T) | 3913 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$918.72 (P)<br>- (U)<br>$918.72 (T) |
| WIRICK, LORI A.<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | 90 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) | 4683 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) |
| WOOTAN, SHANNON<br>11815 SOPHOCLES DRIVE<br>RANCHO CORDOVA, CA 95742 | 2993 | 11/23/07 | No Case | - (S)<br>- (A)<br>$3,200.00 (P)<br>- (U)<br>$3,200.00 (T) | 2994 | 11/23/07 | No Case | - (S)<br>- (A)<br>$3,200.00 (P)<br>- (U)<br>$3,200.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| **Totals:** | 7 Claims | | | - (S) | | | | - (S) |
| | | | | - (A) | | | | - (A) |
| | | | | $8,043.85 (P) | | | | $10,121.45 (P) |
| | | | | $85,308.50 (U) | | | | $83,158.50 (U) |
| | | | | $93,352.35 (T) | | | | $93,279.95 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Equity Claims

| Name/Address of Claimant | Objectionable Claims | | | |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CHAKRABORTY, RABIN K. 247 GOLF COURSE ROAD AMSTERDAM, NY 12010 | 4984 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) |
| DELEVE, GENE A., TRUSTEE OF THE GENE A. DELEVE REVOCABLE LIVING TRUST U/A DATED 10/16/02 8024 MONROVIA LENEXA, KS 66215 | 10435 | 7/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$11,015.95 (U)<br>$11,015.95 (T) |
| DELEVE, GENE A., TTEE OF THE GENE A DELEVE REVOCABLE LIVING TRUST 8024 MONROVIA LENEXA, KS 66215 | 10432 | 7/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$11,015.95 (U)<br>$11,015.95 (T) |
| DOMANTAY, JOHN 480 E MONTROSE AVE APT 101 WOOD DALE, IL 601912151 | 7436 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$8,010.00 (U)<br>$8,010.00 (T) |
| GRUNDY, GARY AND KAREN R JTWROS 9552 NORWAY HILLS TRAIL LAKEVILLE, MN 55044 | 10501 | 9/8/08 | No Case | - (S)<br>- (A)<br>$6,146.29 (P)<br>- (U)<br>$6,146.29 (T) |
| GRUNDY, GARY L. 9552 NORWAY HILLS TRAIL LAKEVILLE, MN 55044 | 10500 | 9/8/08 | No Case | $18,617.15 (S)<br>- (A)<br>- (P)<br>- (U)<br>$18,617.15 (T) |
| GRUNDY, KAREN R. 9552 NORWAY HILLS TRAIL LAKEVILLE, MN 55044 | 10499 | 9/8/08 | No Case | - (S)<br>- (A)<br>$10,947.67 (P)<br>- (U)<br>$10,947.67 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| LICKO, CLIFFORD W. IRA E*TRADE CUSTODIAN 17 AVENIDA FIORI HENDERSON, NV 89011 | 4277 | 12/3/07 | No Case | - (S) - (A) - (P) $9,159.74 (U) $9,159.74 (T) |
| PETITTI, ANGELO 8014 FERNHILL AVE PARMA, OH 44129 | 10427 | 6/30/08 | No Case | - (S) - (A) - (P) $18,000.00 (U) $18,000.00 (T) |
| POSNER, IRA 3080 NORTH 34TH STREET HOLLYWOOD, FL 33021-2624 | 7875 | 1/9/08 | No Case | - (S) - (A) - (P) $60,729.50 (U) $60,729.50 (T) |
| SCOTT R. JOSSART 2319 ELMWOOD AVE BERWYN, IL 604022421 | 2649 | 11/19/07 | 07-11051 | - (S) - (A) $3,700.00 (P) - (U) $3,700.00 (T) |
| TEITELBAUM, KAREN - TRUSTEE 4436 FOUR WINDS LANE NORTHBROOK, IL 60062 | 10441 | 7/17/08 | 07-11047 | - (S) - (A) - (P) $11,549.00 (U) $11,549.00 (T) |
| ZODINS SUPERANNUATION FUND ATTN MATTHEW ZSCHECH PER OPTION PARTNERS 136 LINDEN ST SUTHERLAND  2232 NSW AUSTRALIA | 7747 | 1/8/08 | No Case | $50,000.00 (S) - (A) - (P) - (U) $50,000.00 (T) |
| **Totals:** | **13 Claims** | | | **$68,617.15 (S)** **- (A)** **$20,793.96 (P)** **$154,480.14 (U)** **$243,891.25 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**
**Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| ADVANTAGE APPRAISAL SERVICES<br>ATTN THOMAS R. RUDOFSKI, PRESIDENT<br>4786 JUNIPER DR.<br>COMMERCE, MI 48382 | 7956 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,775.00 (U)<br>$9,775.00 (T) | 07-11053 |
| ANDERS APPRAISAL ASSOC., INC.<br>ATTN ALLEN KENT ANDERS, PRES/DIRECTOR<br>9414 OLD GEORGETOWN ROAD<br>BETHESDA, MD 20814 | 8527 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,745.00 (U)<br>$10,745.00 (T) | 07-11053 |
| CHOICE ONE REAL ESTATE<br>ATTN WENDY EISNAUGLE, BIC<br>117A E REED ST<br>ANDERSON, SC 296242343 | 6114 | 12/21/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$13,200.00 (U)<br>$13,200.00 (T) | 07-11053 |
| COMSYS SERVICES LLC<br>ATTN CHANDLER YELTON, DIRECTOR A/R<br>PO BOX 60260<br>CHARLOTTE, NC 28260 | 130 | 8/29/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$46,952.00 (U)<br>$46,952.00 (T) | 07-11051 |
| GIACHETTI, JENNIFER<br>170 TYRCONNELL AVE<br>MASSAPEQUA PARK, NY 11762 | 426 | 9/10/07 | No Case | - (S)<br>- (A)<br>$711.38 (P)<br>- (U)<br>$711.38 (T) | 07-11051 |
| HUSSER, CAROL C.<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | 1329 | 10/1/07 | No Case | - (S)<br>- (A)<br>$327.60 (P)<br>- (U)<br>$327.60 (T) | 07-11051 |
| KESSLER SIGN CO.<br>2669 NATIONAL RD.<br>PO BOX 785<br>ZANESVILLE, OH 43702-0785 | 1780 | 10/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$8,653.21 (U)<br>$8,653.21 (T) | 07-11051 |

Printed on 12/12/2008 at 11:13:55AM

| | | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| MOREEN, ANN T. 22996 ASHWOOD LAKE FOREST, CA 92630 | 435 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,480.64 (P)<br>- (U)<br>$1,480.64 (T) | 07-11051 |
| NATER, CARL J 5 DENISE ST MASSAPEQUA, NY 11758 | 5408 | 12/13/07 | No Case | - (S)<br>- (A)<br>$742.88 (P)<br>- (U)<br>$742.88 (T) | 07-11051 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC ATTN MICHAEL GOMBERG 405 WASHINGTON BLVD MUNDELEIN, IL 60060 | 202 | 8/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$301,376.00 (U)<br>$301,376.00 (T) | 07-11051 |
| SNYDER, TAMARA 731 CHICKIES DR COLUMBIA, PA 17512 | 674 | 9/12/07 | No Case | - (S)<br>- (A)<br>$1,370.20 (P)<br>- (U)<br>$1,370.20 (T) | 07-11051 |
| TRAN-STAR EXECUTIVE TRANSPORTATION SERVICES, INC. PO BOX 2574 NORTH BABYLON, NY 11703 | 47 | 8/23/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$24,873.68 (U)<br>$24,873.68 (T) | 07-11051 |
| TRAVIS COUNTY C/O KARON Y. WRIGHT PO BOX 1748 AUSTIN, TX 78767 | 1394 | 9/27/07 | 07-11047 | $55.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$55.80 (T) | 07-11050 |
| VELSOR, MIRTHA 61-25 156 ST 2ND FL FLUSHING, NY 11367 | 356 | 9/6/07 | No Case | - (S)<br>- (A)<br>$1,179.49 (P)<br>- (U)<br>$1,179.49 (T) | 07-11051 |

——— Objectionable Claims ———    ——— New Case Number ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Case Number |
|---|---|---|---|---|
| Totals: | 14 Claims | | | |

$55.80 (S)
- (A)
$5,812.19 (P)
$415,574.89 (U)
$421,442.88 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E
## No Documentation Claims

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BOYLE, BEVERLY<br>32 HEMLOCK DRIVE<br>PARLIN, NJ 08859 | 7843 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$164.75 (P)<br>$164.75 (U)<br>$164.75 (T) |
| BRYAN, WILLIAM<br>PO BOX 11664<br>CLAYTON, MO 63105 | 10087 | 3/12/08 | No Case | Unspecified* |
| CARRELLI, ANTHONY<br>114 SOPHIA MARIE CV.<br>SANFORD, FL 32771 | 1458 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) |
| CHOCTAW COUNTY<br>P. O. BOX 907<br>ACKERMAN, MS 39735 | 3066 | 11/23/07 | No Case | Unspecified* |
| CLAUSS, HELMUT<br>KLOSTERBUSCH 22<br>MUENSTER 48167<br>GERMANY | 10076 | 3/12/08 | No Case | Unspecified* |
| DUARTE, DEBORAH<br>504 MARTHA AVE.<br>BELLPORT, NY 11713 | 7771 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$568.46 (P)<br>$568.46 (U)<br>$568.46 (T) |
| FISHMAN, BRIAN<br>1695 PORTAGE PASS<br>DEERFIELD, IL 60015 | 2443 | 11/16/07 | 07-11051 | Unspecified* |
| FRAMINGHAM TOWN<br>ATTN DENNIS E ONEIL, TREASURER COLLECTOR<br>150 CONCORD ST.<br>RM 109<br>FRAMINGHAM, MA 01702 | 2980 | 11/23/07 | No Case | $5,778.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,778.17 (T) |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| GIBSON COUNTY<br>ATTN SALLY TAYLOR, DEPUTY TRUSTEE<br>PO BOX 259<br>TRENTON, TN 38382 | 3075 | 11/23/07 | No Case | - (S)<br>- (A)<br>$605.00 (P)<br>- (U)<br>$605.00 (T) |
| HARRIS, STEPHEN<br>9560 LITZSINGER<br>LADUE, MO 63124 | 10086 | 3/12/08 | No Case | Unspecified* |
| HARTLINE, DONALD R AND LOIS P, TTEES<br>U/A DTD 03/21/01 FOR<br>DONALD HARTLINE REV TRUST<br>3221 GRAND AVE APT 7<br>DES MOINES, IA 50312-4129 | 8133 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$14,924.17 (U)<br>$14,924.17 (T) |
| HEIDBRINK, WILLIAM & CATHERINE<br>359 BLUFF VIEW CIRCLE<br>SAINT LOUIS, MO 63129 | 10083 | 3/12/08 | No Case | Unspecified* |
| HOLDEN APPRAISAL<br>ATTN PATRICK A. HOLDEN<br>7735 WINDSOR DRIVE<br>DUBLIN, OH 43016-4465 | 1903 | 11/5/07 | 07-11053 | Unspecified* |
| HOLLEY, TORREY<br>3354 RODERDALE<br>RD NUMBER 638<br>HOUSTON, TX 77042 | 2309 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) |
| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN CHARLES W. SEMBLER, TAX COLLECTOR<br>PO BOX 1509<br>VERO BEACH, FL 32961-1509 | 1607 | 9/17/07 | 07-11047 | $720.92 (S)<br>- (A)<br>- (P)<br>- (U)<br>$720.92 (T) |
| INMAN, MICHAEL P.<br>1209 GREEN MOUNTAIN DRIVE<br>LITTLE ROCK, AR 72211-2421 | 5192 | 12/10/07 | No Case | Unspecified* |
| LAW OFC OF KEITH S. SHAW & ASSOCIATES,<br>LLC<br>ATTN KEITH S. SHAW, ITS MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | 5587 | 12/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,137.35 (U)<br>$8,137.35 (T) |
| LOUIS STAYER LIVING<br>4340 SEQUOYAH ROAD<br>OAKLAND, CA 94605 | 8089 | 1/10/08 | No Case | - (S)<br>- (A)<br>$21,889.75 (P)<br>- (U)<br>$21,889.75 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| LUEPKE, KATHLEEN<br>5405 HEATHERBLUFF CT<br>SAINT LOUIS, MO 63128 | 10082 | 3/12/08 | No Case | Unspecified* |
| MARION TWP 145<br>ATTN GUDREY RUKOWSKY, SUPERVISOR<br>10925 SOUTH MERRILL ROAD<br>BRANT, MI 48614 | 4962 | 12/10/07 | No Case | Unspecified* |
| MCCARTHY, JOHN<br>4610 PERSHING PLACE<br>SAINT LOUIS, MO 63108 | 10081 | 3/12/08 | No Case | Unspecified* |
| MERZBACK, WILLIAM R & LARRISA<br>3565 WONDER VIEW DR<br>LOS ANGELES, CA 90068-1537 | 10103 | 3/17/08 | No Case | Unspecified* |
| POLLIS, LORI<br>18727 TAMMY DRIVE<br>MOKENA, IL 60448 | 1467 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$450.00 (P)<br>- (U)<br>$450.00 (T) |
| REIMER LORBER/ARNOVITS CO LPA<br>ATTN DENNIS REIMER, PRESIDENT<br>2450 EDISON BLVD<br>TWINSBURG, OH 44087 | 6845 | 1/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,311.00 (U)<br>$7,311.00 (T) |
| ROSARIO, LUCRETIA (CREE)<br>9760 PARK TERRACE<br>DR 18<br>SANTEE, CA 92071 | 7922 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,161.56 (P)<br>- (U)<br>$1,161.56 (T) |
| SCOTTRADE<br>ATTN REORG DEPT<br>ANTHONY RAYNER<br>P.O. BOX 31759<br>ST. LOUIS, MO 63131 | 4634 | 12/6/07 | 07-11047 | - (S)<br>- (A)<br>$43,000.00 (P)<br>- (U)<br>$43,000.00 (T) |
| SHEPHERD, CHARLES MM<br>222 S CENTRAL AVE<br>STE 804<br>ST LOUIS, MO 63105 | 10088 | 3/12/08 | No Case | Unspecified* |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10077 | 3/12/08 | No Case | Unspecified* |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10078 | 3/12/08 | No Case | Unspecified* |

———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10079 | 3/12/08 | No Case | Unspecified* |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10080 | 3/12/08 | No Case | Unspecified* |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1115 | 9/18/07 | 07-11047 | $2,298.55 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,298.55 (T) |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1116 | 9/18/07 | 07-11047 | $423.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$423.96 (T) |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1117 | 9/18/07 | 07-11047 | $296.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$296.93 (T) |
| THOMSON, DOUGLAS MCDONALD SR.<br>2532 SNOWY EGRET WAY<br>ELK GROVE, CA 95757 | 8102 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$425,000.00 (U)<br>$425,000.00 (T) |
| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | 1722 | 10/22/07 | 07-11047 | $146.32 (S)<br>- (A)<br>- (P)<br>- (U)<br>$146.32 (T) |
| VELLINGA, CAPI E<br>5550 BLACKWOOD RD<br>BOZEMAN, MT 59718 | 2359 | 11/16/07 | 07-11051 | Unspecified* |
| VOGELSANG, KIMBERLY<br>1539 FLETCHER ST<br>HOLLYWOOD, FL 330206510 | 2901 | 11/20/07 | 07-11051 | Unspecified* |
| WALLACH, JOHN<br>100 S BRENTWOOD BLVD<br>STE 300<br>ST LOUIS, MO 63105 | 10084 | 3/12/08 | No Case | Unspecified* |

────── Objectionable Claims ──────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| WALLACH, JOHN<br>100 S BRENTWOOD BLVD<br>STE 300<br>ST LOUIS, MO 63105 | 10085 | 3/12/08 | No Case | Unspecified* |
| WELLS, EARL C<br>515 ORCHARD LANE<br>FINDLAY, OH 45840 | 10025 | 3/6/08 | No Case | Unspecified* |
| WHATCOM COUNTY TREASURER<br>ATTN BANKRUPTCY DEPUTY<br>PO BOX 5268<br>BELLINGHAM, WA 98227 | 169 | 8/28/07 | 07-11047 | $302.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$302.85 (T) |
| YOUNG, HERBERT<br>7621 VELVET MIST ST<br>LAS VEGAS, NV 89131-3651 | 5183 | 12/10/07 | No Case | Unspecified* |
| Totals: | 43 Claims | | | $9,967.70 (S)<br>- (A)<br>$48,949.77 (P)<br>$477,995.48 (U)<br>$536,179.74 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Exhibit F
### Late Filed Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Bar Date |
|---|---|---|---|---|---|---|
| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 10402 | 5/19/08 | 07-11051 | $9,601.05 | - (S)<br>- (A)<br>- (P)<br>(U)<br>$9,601.05 (T) | January 11, 2008 |
| BORDIGNON, VICTORIA<br>C/O CHRISTIAN P. PORTER, ESQ.<br>841 BISHOP STREET, SUITE 2125<br>HONOLULU, HI 96813 | 10571 | 11/4/08 | 07-11051 | $100,000.00 | (S)<br>- (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | January 11, 2008 |
| BOTTOM, DARYL L.<br>15745 SNODGRASS<br>WAMEGO, KS 66547 | 10496 | 9/9/08 | 07-11047 | $22,414.00<br>$22,414.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | January 11, 2008 |
| BUTTERWORTH, SHANNON<br>14059 MANGO DRIVE #D<br>DEL MAR, CA 92014 | 10508 | 9/12/08 | 07-11047 | $286.15<br>$286.15 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | January 11, 2008 |
| CARDNER, JEANINE H.<br>2024 KENNY COURT<br>LEWISVILLE, TX 75067 | 10411 | 6/2/08 | No Case | $22,827.87<br>$22,827.87 | (S)<br>- (A)<br>- (P)<br>- (U)<br>(T) | January 11, 2008 |
| CUNNINGHAM, JULIE A.<br>2615 CREST AVENUE<br>CHEVERLY, MD 20785 | 10378 | 5/2/08 | No Case | $48,026.45<br>$48,026.45 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | January 11, 2008 |
| ELMORE, BRIAN A.<br>66 CLARK STREET<br>DOWNSVILLE, NY 13755 | 10379 | 5/2/08 | No Case | $172,000.00<br>$172,000.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | January 11, 2008 |

**Objectionable Claims**

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| FIELD, JEFF<br>54 GRANT AVENUE<br>ISLIP, NY 11751 | 10544 | 9/19/08 | No Case | - (S)<br>- (A)<br>$12,115.39 (P)<br>$25,347.00 (U)<br>$37,462.39 (T) | January 11, 2008 |
| FINZEL, ROBERT B.<br>9362 BRUNELLO CT<br>BAKERSFIELD, CA 93314 | 10386 | 5/1/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$24,642.09 (U)<br>$24,642.09 (T) | April 30, 2008 |
| GRIFFIN, SILJA H.<br>5542 33RD AVENUE NORTHEAST<br>SEATTLE, WA 98105 | 10388 | 5/5/08 | No Case | Unspecified* | April 30, 2008 |
| HINSHAW, ELIZABETH M (LIZ)<br>25 PACIFICA<br>NUMBER 6237<br>IRVINE, CA 92618 | 10440 | 7/28/08 | 07-11051 | - (S)<br>- (A)<br>$5,025.00 (P)<br>- (U)<br>$5,025.00 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10518 | 9/16/08 | 07-11050 | - (S)<br>$4,603.52 (A)<br>- (P)<br>- (U)<br>$4,603.52 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10519 | 9/16/08 | 07-11050 | - (S)<br>$4,232.32 (A)<br>- (P)<br>- (U)<br>$4,232.32 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10520 | 9/16/08 | 07-11050 | - (S)<br>$4,550.67 (A)<br>- (P)<br>- (U)<br>$4,550.67 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10521 | 9/16/08 | 07-11050 | - (S)<br>$3,106.33 (A)<br>- (P)<br>- (U)<br>$3,106.33 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10522 | 9/16/08 | 07-11050 | - (S)<br>$5,259.86 (A)<br>- (P)<br>- (U)<br>$5,259.86 (T) | January 11, 2008 |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10523 | 9/16/08 | 07-11050 | - (S)<br>$12,676.62 (A)<br>- (P)<br>- (U)<br>$12,676.62 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10524 | 9/16/08 | 07-11050 | - (S)<br>$2,260.62 (A)<br>- (P)<br>- (U)<br>$2,260.62 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10525 | 9/16/08 | 07-11050 | - (S)<br>$4,028.04 (A)<br>- (P)<br>- (U)<br>$4,028.04 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10526 | 9/16/08 | 07-11051 | - (S)<br>$4,173.81 (A)<br>- (P)<br>- (U)<br>$4,173.81 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10527 | 9/16/08 | 07-11051 | - (S)<br>$17,572.65 (A)<br>- (P)<br>- (U)<br>$17,572.65 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10528 | 9/16/08 | 07-11051 | - (S)<br>$10,068.57 (A)<br>- (P)<br>- (U)<br>$10,068.57 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10529 | 9/16/08 | 07-11051 | - (S)<br>$4,612.95 (A)<br>- (P)<br>- (U)<br>$4,612.95 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10530 | 9/16/08 | 07-11051 | - (S)<br>$5,760.66 (A)<br>- (P)<br>- (U)<br>$5,760.66 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10531 | 9/16/08 | 07-11051 | - (S)<br>$4,947.22 (A)<br>- (P)<br>- (U)<br>$4,947.22 (T) | January 11, 2008 |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10532 | 9/16/08 | 07-11051 | - (S)<br>$9,137.95 (A)<br>- (P)<br>- (U)<br>$9,137.95 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10533 | 9/16/08 | 07-11051 | - (S)<br>$7,680.87 (A)<br>- (P)<br>- (U)<br>$7,680.87 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10534 | 9/16/08 | 07-11051 | - (S)<br>$1,584.22 (A)<br>- (P)<br>- (U)<br>$1,584.22 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10535 | 9/16/08 | 07-11051 | - (S)<br>$2,196.28 (A)<br>- (P)<br>- (U)<br>$2,196.28 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10536 | 9/16/08 | 07-11051 | - (S)<br>$1,760.78 (A)<br>- (P)<br>- (U)<br>$1,760.78 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10537 | 9/16/08 | 07-11051 | - (S)<br>$2,359.08 (A)<br>- (P)<br>- (U)<br>$2,359.08 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10538 | 9/16/08 | 07-11051 | - (S)<br>$1,953.32 (A)<br>- (P)<br>- (U)<br>$1,953.32 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10539 | 9/16/08 | 07-11051 | - (S)<br>$2,164.04 (A)<br>- (P)<br>- (U)<br>$2,164.04 (T) | January 11, 2008 |

## ── Objectionable Claims ──

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10540 | 9/16/08 | 07-11051 | - (S)<br>$237.03 (A)<br>- (P)<br>- (U)<br>$237.03 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10541 | 9/16/08 | 07-11051 | - (S)<br>$72.35 (A)<br>- (P)<br>- (U)<br>$72.35 (T) | January 11, 2008 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10542 | 9/16/08 | 07-11051 | - (S)<br>$4,734.28 (A)<br>- (P)<br>- (U)<br>$4,734.28 (T) | January 11, 2008 |
| KISIEL, FRED A. & JUDITH A.<br>1477 TURQUOISE DREIVE<br>CARLSBAD, CA 92011-1245 | 10431 | 7/8/08 | 07-11047 | Unspecified* | January 11, 2008 |
| KISIEL, FREDERICK A., TTEE<br>1477 TURQUOISE DRIVE<br>CARLSBAD, CA 92011-1245 | 10430 | 7/8/08 | 07-11047 | Unspecified* | January 11, 2008 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10516 | 9/16/08 | 07-11047 | - (S)<br>- (A)<br>$256.39 (P)<br>- (U)<br>$256.39 (T) | January 11, 2008 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10517 | 9/16/08 | 07-11047 | $298,176.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$298,176.83 (T) | January 11, 2008 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10553 | 9/23/08 | 07-11047 | $304,363.41 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304,363.41 (T) | January 11, 2008 |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVENUE, SUITE PH-3<br>HILO, HI 96720 | 10417 | 6/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,228.00 (U)<br>$1,228.00 (T) | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| LEVINE, STEWART<br>10 BERKLEY PLACE<br>COLTS NECK, NJ 07722-2031 | 10567 | 10/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$6,390.00 (U)<br>$6,390.00 (T) | January 11, 2008 |
| MARIN COUNTY TAX COLLECTOR<br>P.O. BOX 4220<br>SAN RAFAEL, CA 94913 | 10484 | 8/27/08 | 07-11047 | $35,960.74 (S)<br>- (A)<br>$63.97 (P)<br>- (U)<br>$36,024.71 (T) | January 11, 2008 |
| MCCOLLOUGH KEYS, JUANITA A<br>3520 SARGEANT DR<br>CHARLOTTE, NC 28217 | 10483 | 8/26/08 | 07-11051 | $15,448.00 (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$15,448.00 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | 10478 | 8/21/08 | 07-11047 | $709.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$709.58 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10487 | 9/3/08 | 07-11047 | $2,274.34 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,274.34 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3503 | 10493 | 9/2/08 | 07-11047 | $2,274.34 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,274.34 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10545 | 8/21/08 | 07-11047 | $52.65 (S)<br>- (A)<br>- (P)<br>- (U)<br>$52.65 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10546 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10547 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10548 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10549 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |
| ORBACZ, JEFFREY<br>18 INDIAN SPRINGS ROAD<br>KINGSTON, NY 12401 | 10367 | 5/1/08 | No Case | Unspecified* | April 30, 2008 |
| PLACIDE, PARISA<br>66 GOLF ROAD<br>GOLF, IL 60029 | 10560 | 10/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$840.00 (U)<br>$840.00 (T) | January 11, 2008 |
| PRIORITY SIGN INC<br>C/O SHAWN G RICE ESQ<br>RICE & GOTZMER SC<br>605 NORTH 8TH STREET SUITE 350<br>SHEBOYGAN, WI 53081 | 10497 | 9/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,137.48 (U)<br>$2,137.48 (T) | January 11, 2008 |
| RIVERSIDE COUNTY<br>TREASURER TAX COLLECTOR<br>ATTN TAX ENFORCEMENT<br>PO BOX 12005<br>RIVERSIDE, CA 92502 | 10510 | 9/15/08 | 07-11047 | $638,855.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$638,855.31 (T) | January 11, 2008 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 10563 | 10/14/08 | 07-11047 | $536,776.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$536,776.28 (T) | January 11, 2008 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 10564 | 10/14/08 | 07-11047 | - (S)<br>$536,776.28 (A)<br>- (P)<br>- (U)<br>$536,776.28 (T) | January 11, 2008 |
| SAN MATEO COUNTY<br>LEE BUFFINGTON, TAX COLLECTOR<br>555 COUNTY CENTER - 1ST FLR<br>REDWOOD CITY, CA 94063 | 10509 | 9/15/08 | 07-11047 | - (S)<br>$104,252.51 (A)<br>- (P)<br>- (U)<br>$104,252.51 (T) | January 11, 2008 |
| SCOTT, KATHRYN<br>240 33A OAK PARK DR<br>DOUGLASTON, NY 11362 | 10462 | 8/18/08 | 07-11051 | Unspecified* | January 11, 2008 |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SEALS, WAYNE<br>13286 WINDHAM DR<br>WASHINGTON TWP, MI 48094 | 10380 | 5/5/08 | No Case | Unspecified* | January 11, 2008 |
| SINES APPRAISAL SERVICE<br>PATTY SINES<br>561 HUMBERSON ROAD<br>FRIENDSVILLE, MD 21531 | 10552 | 9/23/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$485.00 (U)<br>$485.00 (T) | January 11, 2008 |
| SOUTHERN MARYLAND ELECTRIC COOPERATIVE<br>P.O. BOX 1937<br>HUGHESVILLE, MD 20637-1937 | 10512 | 9/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,183.39 (U)<br>$1,183.39 (T) | January 11, 2008 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | 10573 | 11/17/08 | 07-11051 | - (S)<br>$74,630.60 (A)<br>- (P)<br>- (U)<br>$74,630.60 (T) | January 11, 2008 |
| SUMMERS, STEPHEN<br>C/O RANDALL A WOLFF, ATTORNEY AT LAW<br>3325 N ARLINGTON HTS. RD., #500<br>ARLINGTON HEIGHTS, IL 60004 | 10387 | 5/5/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | January 11, 2008 |
| THOMPSON, LYNDELL P.<br>5817 LEBANON RD.<br>CHARLOTTE, NC 28227 | 10568 | 11/6/08 | No Case | $52,071.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$52,071.00 (T) | January 11, 2008 |
| WILDHORN, STUART JAY<br>470 GOLDEN EAGLE DRIVE<br>BROOMFIELD, CO 80020 | 10382 | 5/5/08 | No Case | Unspecified* | January 11, 2008 |
| WOLF, KRISTIN<br>622 SOUTH 8TH<br>PETERSBURG, IL 62675 | 10418 | 6/13/08 | 07-11047 | $1,176.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,176.87 (T) | January 11, 2008 |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| **Totals:** | 69 Claims | | | $2,010,967.22 (S) | |
| | | | | $837,393.43 (A) | |
| | | | | $28,696.90 (P) | |
| | | | | $329,294.46 (U) | |
| | | | | $3,195,402.01 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

# Exhibit G

## Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTY OF BASTROP<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | 1662 | 10/19/07 | 07-11047 | $8,851.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,851.24 (T) | All taxes have been paid per Debtors' books and records |
| COUNTY OF BASTROP<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | 1760 | 10/22/07 | 07-11047 | $8,851.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,851.24 (T) | All taxes have been paid per Debtors' books and records |
| HORRACH, MARISOL<br>1198 ROYAL GLEN DRIVE #312B<br>GLEN ELLYN, IL 60137 | 10094 | 3/13/08 | No Case | $21,289.25 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,289.25 (T) | Per Debtors' books and records, escrow holdback was released to the borrower on 11/9/07 |
| **Totals:** | | 3 Claims | | $39,001.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$39,001.73 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.