# EXHIBIT VII

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | **Ref. Docket No. _____** |

--------------------------------------------------------------------- x

## ORDER SUSTAINING DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twenty-seventh omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, and E hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit B are hereby modified by reducing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit B; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in Exhibit C and reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit D, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit D; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit E are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      January ____, 2009

                                      _____
                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Exhibit A**
**No Liability Claims**

| | | | — Objectionable Claims — | |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| A.SWIND, SCOTT<br>3828 BEAUMONT LOOP<br>SPRING HILL, FL 34609 | 10188 | 4/7/08 | No Case | $37,622.04 (S)<br>- (A)<br>- (P)<br>- (U)<br>$37,622.04 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| BEED, DONNIE<br>6527 REEFTON AVE<br>CYPRESS, CA 90630 | 10280 | 4/28/08 | No Case | $86,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$86,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| BOLGER, JOHN M.<br>2462 WATERBURY LANE<br>BUFFALO GROVE, IL 60089 | 10098 | 3/13/08 | No Case | $102,600.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$102,600.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| BORISHKEVICH, ALEKSANDR<br>37819 21ST COURT SOUTH<br>FEDERAL WAY, WA 98003 | 10100 | 3/14/08 | No Case | $34,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| BROOKS, SHERYL<br>21420 INDEPENDENCE<br>SOUTHFIELD, MI 48076 | 10281 | 4/28/08 | No Case | $35,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$35,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| BUSACCA, DARLENE<br>834 MOWAT CIRCLE<br>HAMILTON, NJ 08690 | 10123 | 3/21/08 | No Case | $65,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$65,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| CANTU, JOSE<br>11712 VAN BUREN STREET NE<br>BLAINE, MN 55434 | 10282 | 4/28/08 | No Case | $63,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$63,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CHERNEKOFF, GERALD<br>3207 HEATHER COURT<br>WILMINGTON, DE 19809 | 10249 | 4/21/08 | No Case | $148,200.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$148,200.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| CLARK, DAVID R.<br>2121 DYAN WAY<br>MAITLAND, FL 32751 | 10204 | 4/11/08 | No Case | $117,434.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$117,434.10 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| CRUZ, ROBERT C.<br>3375 NE SUNBURST AVENUE<br>HILLSBORO, OR 97124 | 10171 | 4/1/08 | No Case | $628,499.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$628,499.98 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| CUNNINGHAM JAMES S<br>3950 KINGS POINTE DRIVE<br>MANSFIELD, OH 44903 | 10257 | 4/23/08 | No Case | $65,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$65,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| DEL ZOTTO, THOMAS A.<br>2014 SAILOR CLAIM WAY<br>GOLD RIVER, CA 95670 | 10303 | 4/28/08 | No Case | $40,425.12 (S)<br>- (A)<br>- (P)<br>- (U)<br>$40,425.12 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| GANGE, JANICE L.<br>2673 TOY LANE<br>SAN JOSE, CA 95121 | 10279 | 4/28/08 | No Case | $60,790.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$60,790.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate loan was sold to GMAC Mortgage and no amounts are due |
| GILFEDDER, BRENDAN J<br>21 UPPER DRIVE, ROBIN PARK<br>HUNTINGTON, NY 11743 | 10342 | 4/30/08 | No Case | $58,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$58,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate loan was sold to GMAC Mortgage and no amounts are due |
| GOSS, JUDITH M.<br>185 STONEFOREST DRIVE<br>WOODSTOCK, GA 30189 | 10273 | 4/25/08 | No Case | $131,039.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$131,039.98 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| GUERRA TAPIA, VICTOR HUGO<br>13634 ZIRCON WAY<br>VICTORVILLE, CA 92394 | 10268 | 4/24/08 | No Case | $265,000.00 (S)<br>- (A)<br>- (P)<br>$32,245.00 (U)<br>$297,245.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HOLMES, CORLIS ALFREDA<br>2000 ALICE AVENUE #202<br>OXON HILL, MD 20745 | 10153 | 3/27/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$196,000.00 (U)<br>$196,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| HUSTON, JAMES R.<br>PO BOX 105<br>GLENVIEW, IL 60025 | 10185 | 4/4/08 | No Case | $85,470.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$85,470.24 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| J.MEULENERS, DAVID<br>835 MERGANSER AVENUE<br>WINSTED, MN 55395 | 10097 | 3/13/08 | No Case | $169,900.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$169,900.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| JAUREGUI, ISAAC & TRACI<br>23650 AIROSA PLACE<br>MORENO VALLEY, CA 92557 | 10330 | 4/30/08 | No Case | $80,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$80,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| KENNEDY, MARK O.<br>202 WARREN STREET<br>MOUNT VERNON, WA 98273 | 10156 | 3/28/08 | No Case | $105,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$105,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| MARSHALL, RICHMOND KYLE<br>7995 HOLLY COURT<br>DENVER, NC 28037 | 10138 | 3/24/08 | No Case | $137,000.00 (S)<br>- (A)<br>- (P)<br>$466.19 (U)<br>$137,466.19 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| MITCHELL, TINA R.<br>8 OLD ELM ROAD<br>JOLIET, IL 60433 | 10329 | 4/30/08 | No Case | $230,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$230,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| MORRIS, KATHLEEN L<br>103 TANGELO UNIT 402<br>IRVINE, CA 92618 | 10320 | 4/28/08 | No Case | $6,575.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,575.28 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MOURE, PAUL T.<br>4352 GOLDENROD COURT<br>CHINO, CA 91710 | 10331 | 4/30/08 | No Case | $42,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$42,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| NELSON, LAURA<br>157 SHELTER ROCK RD #49<br>DANBURY, CT 06810 | 10192 | 4/7/08 | No Case | $25,188.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$25,188.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| O'CONNELL, MICHAEL R<br>4848 WINTERWOOD DRIVE<br>RALEIGH, NC 27613 | 10286 | 4/24/08 | No Case | Unspecified* | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PARKINS, LARRY<br>773 ROLLING GREENDRIVE<br>WEST SACRAMENTO, CA 95605 | 10372 | 4/28/08 | No Case | $588,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$588,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PEELE, TIM ROGER<br>4736 CHURCHILL STREET<br>NORTH CHARLESTON, SC 29405 | 10054 | 3/10/08 | No Case | $100,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PENNINGTON, BEN<br>2301 ADAMS CREEK DRIVE<br>CINCINNATI, OH 45231 | 10286 | 4/28/08 | No Case | $30,913.55 (S)<br>- (A)<br>- (P)<br>- (U)<br>$30,913.55 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PERKINS, LARRY<br>773 ROLLING GREEN DRIVE<br>WEST SACRAMENTO, CA 95605 | 10272 | 4/25/08 | No Case | $588,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$588,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PERRY, MELVIN<br>7 TRADITIONS COURT<br>COLUMBIA, SC 29229 | 10170 | 3/31/08 | No Case | $218,089.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$218,089.00 (T) | Claim is for amounts loaned to the claimant. Both claimant and Debtors agree no amounts are due |
| POLIZZI, ANTHONY L.<br>PERSONAL AND CONFIDENTIAL<br>340 MAIN STREET<br>SAUGERTIES, NY 12477 | 10338 | 4/30/08 | No Case | $43,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$43,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PORATH, AMY L.<br>2355 HOWARD DRIVE<br>SPARKS, NV 89434 | 10318 | 4/29/08 | No Case | $85,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$85,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| REMAX GOLD COUNTRY PROPERTIES<br>851 PLEASANT VALEY RD<br>DIANE HALL<br>DIAMOND SPRINGS, CA 95619 | 4187 | 12/3/07 | | $228,750.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$228,750.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| RICHMOND, CHARLES<br>POB 751344<br>LAS VEGAS, NV 89136 | 10189 | 4/7/08 | No Case | $200,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$200,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| ROMANO, DAVID M.<br>10 WOODLAND DRIVE<br>WEST WARWICK, RI 02893 | 10065 | 3/12/08 | No Case | $31,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| RUSSO, MATTHEW<br>27 COLLINGWOOD DRIVE<br>DIX HILLS, NY 11746 | 2801 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$450.19 (P)<br>- (U)<br>$450.19 (T) | Per Debtors' books and records, no payable vacation time remains outstanding |
| SANCHEZ, SALVADOR JOE<br>915 NORTH L STREET<br>LOMPOC, CA 93436 | 10337 | 4/30/08 | No Case | $62,780.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$62,780.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| SHINDELAIR, SHERI<br>2040 W. WARNER AVE. # 104<br>CHICAGO, IL 60618 | 10254 | 4/21/08 | No Case | $296,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$296,400.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| SMITH, SCOTT W.<br>5252 WEST 125TH STREET<br>HAWTHORNE, CA 90250 | 10308 | 4/29/08 | No Case | $106,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$106,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| SPOONER, MICHELLE L.<br>1743 CARMEL DRIVE #21<br>WALNUT CREEK, CA 94596 | 10147 | 3/27/08 | No Case | $321,388.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$321,388.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| STITES, PAUL B.<br>1308 LIBERINI COURT<br>MODESTO, CA 95355 | 10255 | 4/21/08 | No Case | Unspecified* | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| STONE, JONATHAN FALCON<br>1320 POTOMAC COURT<br>WILMINGTON, NC 28411 | 10317 | 4/29/08 | No Case | $135,899.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$135,899.98 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| THORNTON, SONYA L<br>2151 GUNSMITH TERRACE<br>WOODBRIDGE, VA 22191 | 10214 | 4/14/08 | No Case | $17,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$17,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| TUCKER, CELESTINE<br>737 RANTOUL LANE<br>LAKE MARY, FL 32746 | 10345 | 4/30/08 | No Case | $324,000.00 (S)<br>- (A)<br>- (P)<br>$324,000.00 (U)<br>$324,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| WASHINGTON, SHEILA<br>P.O.BOX 6363<br>GARDEN GROVE, CA 92648 | 10290 | 4/28/08 | No Case | $91,630.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$91,630.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| WEBB, MOSES A.<br>6713 SWINDON PLACE<br>MANASSAS, VA 20112 | 10241 | 4/18/08 | No Case | $193,800.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$193,800.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| WEYRAUCH, STEPHEN<br>10535 EAST BETONY DR<br>SCOTTSDALE, AZ 85255 | 10150 | 3/27/08 | No Case | Unspecified* | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | 10310 | 4/29/08 | No Case | $25,000.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$25,000.10 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | 10311 | 4/29/08 | No Case | $201,850.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$201,850.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

## ——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WRIGHT, HOWARD E<br>543 NORWAY AVE<br>CINCINNATI, OH 45229 | 10381 | 5/5/08 | No Case | $10,000.00 (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| **Totals:** | **52 Claims** | | | $6,719,745.37 (S)<br>- (A)<br>$450.19 (P)<br>$562,711.19 (U)<br>$6,948,906.75 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Modified Amount Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| AARONS, DAWN M<br>294 E 45TH ST<br>BROOKLYN, NY 11203 | 4386 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | Modified to match Debtors' books and records for vacation pay |
| ARROYO, CRISTINA B.<br>1906 S. GREENVILLE<br>SANTA ANA, CA 92704 | 8405 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | - (S)<br>- (A)<br>$2,343.75 (P)<br>- (U)<br>$2,343.75 (T) | Claimant received partial payment for vacation pay on 9/10/07. Modified amount relects amounts owed according to Debtors' books and records |
| BAKER, ANGELA F<br>18789 CHAPLAINS<br>CHAPEL RD<br>BRIDGEVILLE, DE 19933 | 4953 | 12/10/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,142.31 (P)<br>- (U)<br>$1,142.31 (T) | Modified to match Debtors' books and records for vacation pay |
| BIANCA, ROSANN<br>957 THOMPSON DR<br>W. BAY SHORE, NY 11706 | 306 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$3,076.96 (P)<br>- (U)<br>$3,076.96 (T) | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Modified to match Debtors' books and records for vacation pay |
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | 6551 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$1,749.95 (P)<br>- (U)<br>$1,749.95 (T) | - (S)<br>- (A)<br>$570.46 (P)<br>- (U)<br>$570.46 (T) | Modified to match Debtors' books and records for vacation pay |
| BOYD, MARSHA M<br>121 UNION AVE SE<br>RENTON, WA 98059 | 2581 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$3,477.69 (P)<br>$3,477.69 (U)<br>$3,477.69 (T) | - (S)<br>- (A)<br>$3,477.69 (P)<br>- (U)<br>$3,477.69 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| BRUMFIELD, SHARON D.<br>13003 BUMPY HOLLOW LN<br>HANOVER, VA 23069 | 1415 | 10/4/07 | 07-11053 | - (S)<br>- (A)<br>$1,385.00 (P)<br>$1,385.00 (U)<br>$1,385.00 (T) | - (S)<br>- (A)<br>$1,385.00 (P)<br>$1,385.00 (U)<br>$1,385.00 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. No basis for priority claim exists under section 507 of the Bankruptcy Code. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| DOVE, JEANNE A<br>3927 LONGFELLOW ST<br>ALLENTOWN, PA 18104-3334 | 2224 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$2,538.46 (P)<br>- (U)<br>$2,538.46 (T) | - (S)<br>- (A)<br>$2,030.77 (P)<br>- (U)<br>$2,030.77 (T) | Modified to match Debtors' books and records for vacation pay |
| EGLINTON, GARY S (SCOTT)<br>2887 S GREENLEAF CIR<br>BOYNTON BEACH, FL 33426 | 7847 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,144.62 (P)<br>- (U)<br>$1,144.62 (T) | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | Modified to match Debtors' books and records for vacation pay |
| EISELE, GARY<br>281 ELMORE AVE APT 2<br>EAST MEADOW, NY 11554 | 6933 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$4,873.05 (P)<br>$696.30 (U)<br>$5,569.35 (T) | - (S)<br>- (A)<br>$696.30 (P)<br>- (U)<br>$696.30 (T) | Modified to match Debtors' books and records for vacation pay |
| GOGARTY, JAIME A<br>255 BELMORE AVE<br>EAST ISLIP, NY 11730 | 2638 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,127.75 (P)<br>- (U)<br>$2,127.75 (T) | - (S)<br>- (A)<br>$861.60 (P)<br>- (U)<br>$861.60 (T) | Modified to match Debtors' books and records for vacation pay |
| HARRIS, LISA L<br>917 CRIMSON WILLOW DR<br>HUNTERTOWN, IN 46748 | 7445 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$2,152.20 (P)<br>- (U)<br>$2,152.20 (T) | - (S)<br>- (A)<br>$323.08 (P)<br>- (U)<br>$323.08 (T) | Modified to match Debtors' books and records for vacation pay |
| LAMB, PEGGY A<br>400 JASINSKI ST<br>MANVILLE, NJ 08835 | 2277 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,815.46 (P)<br>- (U)<br>$1,815.46 (T) | - (S)<br>- (A)<br>$442.38 (P)<br>- (U)<br>$442.38 (T) | Modified to match Debtors' books and records for vacation pay |
| LANE, SARAH A<br>1496 E ANTELOPE RD<br>DOUGLAS, WY 82633 | 6136 | 12/21/07 | 07-11051 | $486.00 (S)<br>$486.00 (A)<br>$486.00 (P)<br>- (U)<br>$486.00 (T) | - (S)<br>- (A)<br>$486.00 (P)<br>- (U)<br>$486.00 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| MARAVILLA, ERICKA A<br>16801 MOUNT OLSEN CR<br>FOUNTAIN VALLEY, CA 92708 | 3677 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$952.00 (P)<br>$952.00 (U)<br>$952.00 (T) | - (S)<br>- (A)<br>$952.00 (P)<br>- (U)<br>$952.00 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| MITCHELL, GENELLE L<br>5003 123 ST SE<br>EVERETT, WA 98208 | 4170 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,386.54 (P)<br>- (U)<br>$1,386.54 (T) | Modified to match Debtors' books and records for vacation pay |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MOORE, SANDRA<br>2718 CORVALIS AVE<br>FORT WAYNE, IN 46809 | 5392 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>$40.00 (P)<br>$13.40 (U)<br>$538.40 (T) | - (S)<br>- (A)<br>$538.40 (P)<br>- (U)<br>$538.40 (T) | Modified to match Debtors' books and records for vacation pay |
| MYER, KAREN L.<br>701 RANDI DR SE<br>LEESBURG, VA 20175 | 1410 | 10/3/07 | 07-11051 | - (S)<br>- (A)<br>$2,215.39 (P)<br>$2,215.39 (U)<br>$2,215.39 (T) | - (S)<br>- (A)<br>$2,215.39 (P)<br>- (U)<br>$2,215.39 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| THOMAS, ELLEN<br>2 JOHN F. KENNEDY DRIVE<br>NORTON, MA 02766 | 6153 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$5,706.04 (P)<br>- (U)<br>$5,706.04 (T) | - (S)<br>- (A)<br>$5,008.50 (P)<br>- (U)<br>$5,008.50 (T) | Modified to match Debtors' books and records for vacation pay |
| THOMPSON, STEVEN L.<br>3 HAWTHORNE RIDGE CIR<br>TRUMBULL, CT 068115710 | 310 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$1,384.80 (P)<br>- (U)<br>$1,384.80 (T) | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) | Modified to match Debtors' books and records for vacation pay |
| Totals: | 20 Claims | | | $486.00 (S)<br>- (A)<br>$40,125.37 (P)<br>$8,739.78 (U)<br>$41,320.07 (T) | - (S)<br>- (A)<br>$28,917.48 (P)<br>$1,385.00 (U)<br>$30,302.48 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

066585.1001

**Exhibit C**

**Reclassified Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | | |
| ADAMS, SUSAN<br>47 TAMALPAIS ROAD<br>FAIRFAX, CA 94930 | 10332 | 4/30/08 | No Case | $774.25 (S)<br>- (A)<br>- (P)<br>- (U)<br>$774.25 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$774.25 (U)<br>$774.25 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| APPRAISAL AUTHORITY LLC<br>ATTN KEVIN BURKHANDT<br>47 DISTLER AVE<br>W CALDWELL, NJ 07006 | 3417 | 11/26/07 | No Case | $2,236.30 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,236.30 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,236.30 (U)<br>$2,236.30 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| APPRAISAL NETWORK<br>ATTN MICHAEL LEVITT<br>13 MADISON AVENUE<br>PEABODY, MA 01960 | 2999 | 11/3/07 | No Case | - (S)<br>- (A)<br>$650.00 (P)<br>- (U)<br>$650.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| APPRAISAL RESEARCH REVIEW CO.<br>ATTN JEANNE KENWORTHY<br>12 RICHMOND HILL<br>LAGUNA NIGUEL, CA 92677 | 4146 | 12/3/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| APPRAISAL SERVICES NORTHWEST<br>ATTN SHELLEY K CUNNINGHAM, OWNER<br>37305 W LAKE WLAKER DR SE<br>ENUMCLAW, WA 98022 | 6686 | 12/31/07 | No Case | - (S)<br>- (A)<br>$905.00 (P)<br>- (U)<br>$905.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$905.00 (U)<br>$905.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| APPRAISALS PLUS INC.<br>ATTN R. FITZGERALD<br>332 KING ST<br>RAYNHAM, MA 027671350 | 2702 | 11/19/07 | No Case | $1,375.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,375.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,375.00 (U)<br>$1,375.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| ARLINGTON APPRAISAL SERVICES<br>ATTN STEPHEN GRIFFITH OWNER<br>124 N WEST AVENUE<br>ARLINGTON, WA 98223 | 1308 | 9/28/07 | No Case | - (S)<br>- (A)<br>$425.00 (P)<br>- (U)<br>$425.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ATHENA APPRAISALS<br>ATTN DANETTE MILLER - OWNER/APPRAISER<br>115 N PLAINS RD<br>THE PLAINS, OH 45780 | 7557 | 1/7/08 | No Case | - (S)<br>- (A)<br>$535.00 (P)<br>- (U)<br>$535.00 (T) | 07-11053 | - (S)<br>- (A)<br>$535.00 (P)<br>- (U)<br>$535.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| AULBAUGH & ASSOCIATES<br>ATTN JACK AULBAUGH, OWNER<br>4347 PHELAN BLVD # 101 B<br>BEAUMONT, TX 77707 | 1291 | 9/27/07 | No Case | - (S)<br>- (A)<br>$1,075.00 (P)<br>$1,075.00 (U)<br>$1,075.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,075.00 (U)<br>$1,075.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>No basis for priority exists under section 507 of the Bankruptcy Code. |
| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | 1498 | 10/10/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>No basis for priority exists under section 507 of the Bankruptcy Code. |
| BURNETT, BENNY L.<br>TODAY'S REALTY, INC.<br>2475 LIVINGSTON RD<br>JACKSON, MS 39213 | 1427 | 10/5/07 | No Case | - (S)<br>- (A)<br>$375.00 (P)<br>- (U)<br>$375.00 (T) | 07-11053 | - (S)<br>- (A)<br>$375.00 (P)<br>- (U)<br>$375.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| CALDWELL APPRAISAL<br>ATTN TROY CALDWELL<br>328 NE SUNDERLAND CT<br>LEES SUMMIT, MO 64064 | 2688 | 11/19/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| CITYSCAPE APPRAISAL, INC.<br>ATTN PRESIDENT<br>4600 N. CUMBERLAND AVENUE, SUITE 509<br>CHICAGO, IL 60656 | 1894 | 11/5/07 | No Case | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| COLLINS APPRAISAL SERVICE<br>1036 W. ROBINWOOD DRIVE<br>STOCKTON, CA 95207 | 5588 | 12/17/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>No basis for priority exists under section 507 of the Bankruptcy Code. |
| CUNNINGHAM APPRAISAL<br>ATTN RICHARD A. CUNNINGHAM<br>6709 W 119TH ST<br>OVERLAND PARK, KS 66209 | 2563 | 11/19/07 | No Case | - (S)<br>- (A)<br>$950.00 (P)<br>$950.00 (U)<br>$950.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$950.00 (U)<br>$950.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>No basis for priority exists under section 507 of the Bankruptcy Code. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| HERMAN JAGGERS<br>4709 CR 136<br>LEXINGTON, AL  35648 | 2722 | 11/19/07 | No Case | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| HUNT APPRAISAL SERVICES<br>ATTN THOMAS L. HUNT<br>1195 PAUMA VALLY ROAD<br>BANNING, CA  92220 | 2329 | 11/16/07 | No Case | - (S)<br>- (A)<br>$450.00 (P)<br>$450.00 (U)<br>$450.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| LEFTHAND APPRAISAL<br>4723 LUCCA DR<br>LONG MONT, CO  80503 | 2735 | 11/19/07 | No Case | $182.00 (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$632.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$632.00 (U)<br>$632.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| MARKET APPRAISAL INC<br>ATTN MARGO H.<br>7019 14 AV NW<br>SEATTLE, WA  98117 | 5018 | 12/10/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| MCCARTHY APPRAISAL SVCS INC<br>168 WHITTLE AV<br>BLOOMFIELD, NJ  07003 | 6269 | 12/24/07 | No Case | $4,170.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,170.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,170.00 (U)<br>$4,170.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| MCGLOTHAN, JERRY W<br>4E QUEEN VICTORIA WAY<br>CHESTER, MD  21619 | 10056 | 3/10/08 | No Case | $2,784.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,784.00 (T) | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$2,784.00 (U)<br>$2,784.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| MIKE SURLES & ASSOC., INC.<br>856 LOWCOUNTRY BLVD STE 100<br>MOUNT PLEASANT, SC  29464 | 340 | 9/5/07 | No Case | - (S)<br>- (A)<br>$1,375.00 (P)<br>- (U)<br>$1,375.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,375.00 (U)<br>$1,375.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| MOORE & ASSOCIATES<br>ATTN LESLIE C. MOORE, OWNER<br>10347 LINN STATION ROAD<br>LOUISVILLE, KY  40223 | 2838 | 11/20/07 | No Case | - (S)<br>- (A)<br>$1,850.00 (P)<br>- (U)<br>$1,850.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,850.00 (U)<br>$1,850.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ORE CAL REAL ESTATE APPRAISAL<br>ATTN SUSAN PETTERSON<br>PO BOX 678<br>MERRILL, OR 97633 | 2653 | 11/19/07 | No Case | - (S)<br>- (A)<br>$675.00 (P)<br>- (U)<br>$675.00 (T) | 07-11053 | - (S)<br>- (A)<br>$675.00 (P)<br>- (U)<br>$675.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| PENINSULA APPRAISALS<br>PO BOX 406<br>FISH CREEK, WI 54212 | 2851 | 11/20/07 | No Case | $570.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$570.00 (T) | 07-11053 | - (S)<br>$570.00 (A)<br>- (P)<br>$570.00 (U)<br>$570.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| PRESSLY APPRAISAL SERVICE<br>ATTN GORDON H. PRESSLY<br>5200 PARK RD # 122<br>CHARLOTTE, NC 28210 | 3264 | 11/26/07 | No Case | - (S)<br>- (A)<br>$1,700.00 (P)<br>$1,700.00 (U)<br>$1,700.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,700.00 (U)<br>$1,700.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>No basis for priority exists under section 507 of the Bankruptcy Code. |
| REYNOLDS APPRAISAL SERVICES,<br>ATTN PENELOPE P REYNOLDS, PRESIDENT<br>29 W LOCKERMAN ST<br>DOVE, DE 19904 | 8574 | 1/11/08 | No Case | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SARA A FRASER APPRAISALS INC<br>ATTN SARA A. FRASER<br>2544 WASHINGTON STREET<br>EUGENE, OR 97405 | 2337 | 11/16/07 | No Case | - (S)<br>- (A)<br>$500.00 (P)<br>$500.00 (U)<br>$500.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>No basis for priority exists under section 507 of the Bankruptcy Code. |
| SAUNDERS APPRAISALS<br>STANLEY SAUNDERS OWNER<br>PO BOX 480<br>MARIANNA, FL 32447 | 3544 | 11/26/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SHULTZ APPRAISAL CO<br>ATTN JEFF SHULTZ<br>23 RAMSEY RD<br>ASHEVILLE, NC 28806 | 6775 | 1/2/08 | No Case | - (S)<br>- (A)<br>$700.00 (P)<br>- (U)<br>$700.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$700.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SMITH APPRAISAL GROUP, INC<br>ATTN W. STONE SMITH, PRESIDENT<br>2105 PARK AVE S-25<br>ORANGE PARK, FL 32073 | 2790 | 11/19/07 | No Case | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>No basis for priority exists under section 507 of the Bankruptcy Code. |

## ——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| TATE APPRAISAL & CONSULTATION<br>ATTN KIM TATE, APPRAISER/OWNER<br>1115 WATERLILY RD<br>COINJOCK, NC 27923 | 8468 | 1/10/08 | No Case | - (S)<br>- (A)<br>$700.00 (P)<br>- (U)<br>$700.00 (T) | 07-11053 | - (S)<br>- (A)<br>$700.00 (P)<br>- (U)<br>$700.00 (T) | - (S)  No basis for priority exists<br>- (A)    under section 507 of the<br>- (P)    Bankruptcy Code |
| THOMAS BROWN, APPRAISER<br>P.O. BOX 5354<br>TAKOMA PARK, MD 20912 | 2666 | 11/19/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | - (S)  Claims asserted at multiple<br>- (A)    priority levels do not add up to<br>- (P)    the total amount asserted.<br>   (U)  No basis for priority exists<br>        under section 507 of the<br>        Bankruptcy Code. |
| TMC APPRAISAL SERVICES LLC<br>64 WOODBURY<br>MERIDIAN, ID 83646 | 6395 | 12/26/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | - (S)  No basis for priority exists<br>- (A)    under section 507 of the<br>- (P)    Bankruptcy Code |
| ZILZ, DIANA K.<br>910 ALBERT AVENUE<br>SYCAMORE, IL 60178 | 1217 | 9/25/07 | No Case | - (S)<br>- (A)<br>$403.20 (P)<br>- (U)<br>$403.20 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$403.20 (U)<br>$403.20 (T) | - (S)  No basis for priority exists<br>- (A)    under section 507 of the<br>- (P)    Bankruptcy Code |
| **Totals:** | **35 Claims** | | | **$12,491.55 (S)**<br>**- (A)**<br>**$18,018.20 (P)**<br>**$6,825.00 (U)**<br>**$30,959.75 (T)** | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$30,959.75 (U)**<br>**$30,959.75 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D

### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BENEVENTANO, LOIS<br>PO BOX 62<br>EAST MEADOW, NY 11554 | 489 | 9/10/07 | No Case | - (S)<br>- (A)<br>$5,173.63 (P)<br>- (U)<br>$5,173.63 (T) | 07-11051 | - (S)<br>- (A)<br>$1,692.31 (P)<br>$1,692.31 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not eligible for payout of unused personal time and Debtors' books and records show no liability for claimed bonus. |
| BROWN, JANET S.<br>10841 E 68TH ST<br>MIRA LOMA, CA 91752 | 713 | 9/13/07 | No Case | - (S)<br>- (A)<br>$4,969.80 (P)<br>- (U)<br>$4,969.80 (T) | 07-11051 | - (S)<br>- (A)<br>$4,143.75 (P)<br>- (U)<br>$4,143.75 (T) | Modified to match Debtors' books and records for vacation pay |
| FAIR, SUSAN I.<br>136 GARDEN LN<br>MOUNT JOY, PA 17552 | 1193 | 9/24/07 | No Case | - (S)<br>- (A)<br>$698.56 (P)<br>- (U)<br>$698.56 (T) | 07-11051 | - (S)<br>- (A)<br>$665.66 (P)<br>- (U)<br>$665.66 (T) | Modified to match Debtors' books and records for vacation pay |
| GARRETT, KIM<br>2759 N JERUSALEM RD<br>EAST MEADOW, NY 11554 | 972 | 9/18/07 | 07-11054 | $3,303.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,303.00 (T) | 07-11051 | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | Modified to match Debtors' books and records for vacation pay |
| GORSKI, WENDY A.<br>4224 OAKSBURY LN<br>ROLLING MEADOWS, IL 60008-2346 | 1145 | 9/21/07 | No Case | - (S)<br>- (A)<br>$5,868.80 (P)<br>- (U)<br>$5,868.80 (T) | 07-11051 | - (S)<br>- (A)<br>$2,100.00 (P)<br>- (U)<br>$2,100.00 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not eligible for payout of unused personal time. |
| HALL, KIMBRA B<br>3500 SHARONWOOD RD APT 1A<br>LAUREL, MD 207245942 | 6576 | 12/31/07 | No Case | - (S)<br>- (A)<br>$1,877.00 (P)<br>- (U)<br>$1,877.00 (T) | 07-11051 | - (S)<br>- (A)<br>$623.27 (P)<br>- (U)<br>$623.27 (T) | Modified to match Debtors' books and records for vacation pay |
| HAYES, JAMES J<br>9260 BOWERS BROOK PL<br>BRISTOW, VA 20136 | 2565 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$4,030.77 (U)<br>$14,980.77 (T) | 07-11051 | - (S)<br>- (A)<br>$3,897.44 (P)<br>- (U)<br>$3,897.44 (T) | Modified to match Debtors' books and records for vacation pay |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| HERTLING, SHANNON C/O RONALD S COOK ESQ 180 E MAIN ST STE 308 SMITHTOWN, NY 11787 | 9455 | 1/14/08 | 07-11047 | 07-11051 | - (S) - (A) $5,861.54 (P) - (U) $5,861.54 (T) | - (S) - (A) $4,461.24 (P) - (U) $4,461.24 (T) | Modified to match Debtors' books and records for vacation pay |
| MORGAN, KANEEN PO BOX 7719 FREEPORT, NY 115200760 | 1313 | 9/28/07 | No Case | 07-11051 | Unspecified* | - (S) $1,538.46 (A) - (P) - (U) $1,538.46 (T) | Modified to match Debtors' books and records for vacation pay |
| MOTT, PAMELA CHARLENE 9573 N.W. 52 CT. SUNRISE, FL 33351 | 1537 | 10/12/07 | No Case | 07-11051 | - (S) - (A) $1,192.00 (P) - (U) $1,192.00 (T) | - (S) $1,192.31 (A) - (P) - (U) $1,192.31 (T) | Modified to match Debtors' books and records for vacation pay |
| NIEVES, NILSA I 75 LUKENS AVE BRENTWOOD, NY 11717 | 3680 | 11/28/07 | 07-11051 | 07-11053 | Unspecified* | - (S) $1,155.00 (A) - (P) - (U) $1,155.00 (T) | Modified to match Debtors' books and records for vacation pay |
| RENNER HANSBOROUGH & REESE, INC. ATTN JILL D AULD 12610 THREE SISTERS RD POTOMAC, MD 20854 | 61 | 8/24/07 | No Case | 07-11053 | - (S) - (A) - (P) $700.00 (U) $700.00 (T) | - (S) - (A) - (P) $700.00 (U) $700.00 (T) | Modified to match Debtors' books and records |
| SMITH, CAROL L 722 DORCHESTER ROAD BALTIMORE, MD 21228 | 6268 | 12/24/07 | 07-11053 | 07-11051 | - (S) - (A) $788.63 (P) $788.63 (U) $788.63 (T) | - (S) - (A) $788.63 (P) - (U) $788.63 (T) | Amounts asserted at various priority levels do not add up to total asserted amount. |
| SMITH, CATHERINE 9 ALAN CT FARMINGDALE, NY 117353101 | 2005 | 11/13/07 | 07-11053 | 07-11051 | - (S) - (A) $3,870.00 (P) - (U) $3,870.00 (T) | - (S) - (A) $3,000.00 (P) - (U) $3,000.00 (T) | Modified to match Debtors' books and records for vacation pay |
| SWEARINGEN REALTY GROUP, LLC ATTN: GRANVILLE JENKINS 5950 BERKSHIRE LANE #700 DALLAS, TX 75225 | 7763 | 1/8/08 | 07-11047 | | - (S) - (A) - (P) $99,439.92 (U) $99,439.92 (T) | - (S) - (A) - (P) $15,036.91 (U) $15,036.91 (T) | Modified to match Debtors' books and records |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | 16 Claims | | | $3,303.00 (S)<br>- (A)<br>$41,249.96 (P)<br>$104,959.32 (U)<br>$148,723.65 (T) | | - (S)<br>- (A)<br>$28,142.69 (P)<br>$15,736.91 (U)<br>$43,879.60 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Exhibit E
### Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CLASSIC MORTGAGE<br>1515 OAKLAND BLVD<br>SUITE 250<br>WALNUT CREEK, CA 94596 | 2540 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,951.87 (U)<br>$37,951.87 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. |
| ORLANS ASSOCIATES PC<br>ATTN MARSHALL ISAACS, ATTORNEY<br>PO BOX 5041<br>TROY, MI 48007 | 6980 | 12/26/07 | 07-11048 | $204,630.15 (S)<br>- (A)<br>- (P)<br>- (U)<br>$204,630.15 (T) | According to Debtors' books and records, no invoices remain outstanding. Claimant has failed to provide sufficient documentation |
| ORLANS ASSOCIATES PC<br>ATTN MARSHALL ISAACS, ATTORNEY<br>PO BOX 5041<br>TROY, MI 48007 | 10405 | 5/20/08 | 07-11048 | $353,088.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$353,088.36 (T) | According to Debtors' books and records, no invoices remain outstanding. Claimant has failed to provide sufficient documentation |
| PALMER HOUSE HILTON, THE<br>C/O DAVID J HARRIS<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | 229 | 8/31/07 | No Case | - (S)<br>- (A)<br>$773,328.60 (P)<br>- (U)<br>$773,328.60 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. |
| SCRICCA, DOMINIC J.<br>41 10 FAIRWAY DR<br>LITTLE RIVER, SC 29566-8036 | 4076 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$15,447.95 (U)<br>$15,447.95 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. |

**Totals:**    5 Claims

$557,718.51 (S)<br>- (A)<br>$773,328.60 (P)<br>$53,399.82 (U)<br>$1,384,446.93 (T)

(S) - Secured<br>(A) - Administrative<br>(P) - Priority<br>(U) - Unsecured<br>(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.