UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
   Debtors.                                         :
                                                    : REF DOCKET NOS. 163, 606, 3521, & 4859
                                                    :
                                                    : Hearing Date: January 13, 2008 at 11:00 a.m.
                                                    : Objection Deadline: January 5, 2009 at 4:00
------------------------------------------------------------------x  p.m

## NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
      DELAWARE; (II) COUNSEL TO THE CREDITORS COMMITTEE; (III) COUNSEL
      TO BANK OF AMERICA, N.A.; (IV) COUNSEL TO THE DEBTORS'
      POSTPETITION LENDER; (V) COUNSEL TO THE BORROWERS COMMITTEE,
      (VI) THE INSURED PERSONS IDENTIFIED IN THE SECOND STIPULATION, (VII)
      THE PRIMARY INSURER, AND (VIII) ALL PARTIES ENTITLED TO NOTICE
      UNDER DEL. BANKR. LR 2002-1 (b)

   **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession
(collectively, the "Debtors") have filed the attached Motion of the Debtors for the Entry of an
Order Approving the Second Stipulation by and Among the Debtors, Certain Current and Former
Directors and Officers of the Debtors, and the Official Committee of Unsecured Creditors for an
Order Granting Relief form the Automatic Stay, to Enforce Insurance Policy in Favor of Insured
Persons (the "Motion").

   Responses to the Motion, if any, must be filed on or before **January 5, 2009 at 4:00 p.m.
(ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of
Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

   At the same time, you must also serve a copy of the response upon the undersigned
counsel to the Debtors so that the response is received on or before the Objection Deadline.

   A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 10, 2008 AT 2:00
P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES
BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON,
DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 15, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enose
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession