IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Objection Deadline: January 5, 2009 at 4:00 p.m.**<br>**Hearing Date: January 13, 2009 at 11:00 a.m.** |

## FIFTH INTERIM QUARTERLY FEE REQUESTS
## OF DEBTORS' PROFESSIONALS

TO: THE UNITED STATES TRUSTEE, COUNSEL FOR THE COMMITTEE, ALL PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to that certain Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 of the Bankruptcy Code (the "Interim Compensation Order") [D.I. 547] and the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nun Pro Tunc Relief (the "Modified Interim Compensation Order") [D.I. 2985], the professionals retained by the above-captioned debtors and debtors-in-possession (the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

(the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from August 1, 2008 through and including October 31, 2008. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that pursuant to the Modified Interim Compensation Order, the Debtors were authorized to pay certain foreclosure professionals, on an interim basis, 100% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before January 5, 2009 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on <u>January 13, 2009 at 11:00 a.m.</u>

Dated: December 15, 2008
       Wilmington, Delaware

                       YOUNG CONAWAY STARGATT & TAYLOR, LLP

                       /s/ Margaret B. Whiteman
                       James L. Patton, Jr. (No. 2202)
                       Pauline K. Morgan (No. 3650)
                       Sean M. Beach (No. 4070)
                       Matthew B. Lunn (No. 4119)
                       Kara Hammond Coyle (No. 4410)
                       Margaret B. Whiteman (No. 4652)
                       The Brandywine Building
                       1000 West Street, 17th Floor
                       Wilmington, Delaware 19801
                       Telephone: (302) 571-6600
                       Facsimile: (302) 571-1253

                       Counsel for Debtors and
                       Debtors in Possession