IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   :  Jointly Administered
Debtors.                                                           :
                                                                   :  **Objection Deadline: January 5, 2009 at 4:00 p.m.**
------------------------------------------------------------------ x  **Hearing Date: January 13, 2009 at 11:00 a.m.**

## FIFTH INTERIM FEE REQUEST
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

Name of Applicant:                                    Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    Effective as of August 6, 2007

Period for which compensation and                     August 1, 2008 through October 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/1/08-8/31/08 10/2/08 6180 | 318,228.50 | 39,593.00 | 10/24/08 6459 | 254,582.80 | 39,593.00 | 63,645.70 |
| 9/1/08-9/30/08 10/22/08 6443 | 458,977.00 | 31,806.03 | 11/14/08 6581 | 367,181.60 | 31,806.03 | 91,795.40 |
| 10/1/08-10/31/08 12/1/08 6646 | 375,577.00 | 46,260.88 | Pending | 300,461.60 | 46,260.88 | 75,115.40 |
| Totals | 1,152,782.50 | 117,659.91 | | 922,226.00 | 117,659.91 | 230,556.50 |

DB02:7532138.2                                                                          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  **Objection Deadline: January 5, 2009 at 4:00 p.m.**
---------------------------------------------------------------- x  **Hearing Date: January 13, 2009 at 11:00 a.m.**

### FIFTH INTERIM FEE REQUEST
### OF LAW OFFICES OF WEINER BRODSKY SIDMAN KIDER PC

Name of Applicant:                                    Weiner Brodsky Sidman Kider PC

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    August 6, 2007

Period for which compensation and
reimbursement is sought:                              July 1, 2008 through October 31, 2008

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 7/1/08-8/31/08 10/7/08 6192 | 34,274.50 | 3,059.61 | 11/6/08 6515 | 27,419.60 | 3,059.61 | 6,854.90 |
| 9/1/08-9/30/08 11/7/08 6546 | 11,016.50 | 631.43 | 12/2/08 6652 | 8,813.20 | 631.43 | 2,203.30 |
| 10/1/08-10/31/08 11/26/08 6638 | 10,036.00 | 17.20 | Pending | 8,028.80 | 17.20 | 2,007.20 |
| Totals | 55,327.00 | 3,708.24 | | 44,261.60 | 3,708.24 | 11,065.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  **Objection Deadline: January 5, 2009 at 4:00 p.m.**
---------------------------------------------------------------- x  **Hearing Date: January 13, 2009 at 11:00 a.m.**

## FIFTH INTERIM FEE REQUEST
## OF LAW OFFICES OF CADWALADER, WICKERSHAM & TAFT LLP

Name of Applicant:                                  Cadwalader, Wickersham & Taft LLP

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:                                  August 6, 2007

Period for which compensation and
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/1/08-10/31/08 12/12/08 6712 | 199,942.00 | 9,162.94 | Pending | 159,953.60 | 9,162.94 | 39,988.40 |
| Totals | 199,942.00 | 9,162.94 | | 159,953.60 | 9,162.94 | 39,988.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                              :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                     :
                                                                    :  Jointly Administered
    Debtors.                                                        :
                                                                    :  Objection Deadline: January 5, 2009 at 4:00 p.m.
                                                                    :  Hearing Date: January 13, 2009 at 11:00 a.m.
------------------------------------------------------------------- x

## FIFTH INTERIM FEE REQUEST
## OF ALLEN & OVERY, LLP

Name of Applicant:                                    Allen & Overy, LLP

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    September 7, 2007

Period for which compensation and                     August 1, 2008 through October 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/1/08-8/31/08 10/1/08 6173 | 269,441.50 | 274,454.38 | 10/23/08 6452 | 215,553.20 | 274,454.38 | 53,888.30 |
| 9/1/08-9/30/08 10/29/08 6472 | 197,127.00 | 177,060.75 | 11/20/08 6598 | 157,701.60 | 177,060.75 | 39,425.40 |
| 10/1/08-10/31/08 12/3/08 6662 | 116,070.00 | 51,723.11 | Pending | 92,856.00 | 51,723.11 | 23,214.00 |
| Totals | 582,638.50 | 503,238.24 |  | 466,110.80 | 503,238.24 | 116,527.70 |

DB02:7532138.2                                                                                                     066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  **Objection Deadline: January 5, 2009 at 4:00 p.m.**
---------------------------------------------------------------- x  **Hearing Date: January 13, 2009 at 11:00 a.m.**

## FIFTH INTERIM FEE REQUEST
## OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

Name of Applicant:                                Quinn Emanuel Urquhart Oliver & Hedges LLP

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                August 10, 2007

Period for which compensation and                 August 1, 2008 through September 30, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/1/08-8/31/08 10/29/08 6471 | 18,508.50 | 3,951.15 | 11/21/08 6599 | 14,806.80 | 3,951.15 | 3,701.70 |
| 9/1/08-9/30/08 11/26/08 6634 | 39,181.50 | 407.00 | Pending | 31,345.20 | 407.00 | 7,836.30 |
| 10/1/08-10/31/08 12/12/08 6713 | 64,936.25 | 3,812.94 | Pending | 51,949.00 | 3,812.94 | 12,987.25 |
| Totals | 122,626.25 | 8,171.09 | | 98,101.00 | 8,171.09 | 24,525.25 |

DB02:7532138.2                                                                                    066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :  Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                   :
                                                                  :  Jointly Administered
    Debtors.                                                      :
                                                                  :  **Objection Deadline: January 5, 2009 at 4:00 p.m.**
----------------------------------------------------------------- x  **Hearing Date: January 13, 2009 at 11:00 a.m.**

### FIFTH INTERIM FEE REQUEST
### OF MILESTONE ADVISORS LLC

Name of Applicant:                              Milestone Advisors LLC

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention:                              August 6, 2007

Period for which compensation and               July 1, 2008 through October 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 7/1/08-7/31/08 10/13/08 6225 | 200,000.00 | 414.21 | 11/6/08 6517 | 160,000.00 | 414.21 | 40,000.00 |
| 8/1/08-8/31/08 10/13/08 6226 | 200,000.00 | 861.36 | 11/6/08 6518 | 160,000.00 | 861.36 | 40,000.00 |
| 9/1/08-9/30/08 10/22/08 6420 | 200,000.00 | 0.00 | 11/13/08 6578 | 160,000.00 | 0.00 | 40,000.00 |
| 10/1/08-10/31/08 11/18/08 6585 | 100,000.00 | 24.70 | 12/12/08 6714 | 80,000.00 | 24.70 | 20,000.00 |
| Totals | 700,000.00 | 1,300.27 | | 560,000.00 | 1,300.27 | 140,000.00 |

DB02:7532138.2                                                                                    066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :  Jointly Administered
    Debtors.                                                 :
                                                             :  **Objection Deadline: January 5, 2009 at 4:00 p.m.**
------------------------------------------------------------ x  **Hearing Date: January 13, 2009 at 11:00 a.m.**

## THIRD INTERIM FEE REQUEST
## OF PRICEWATERHOUSECOOPERS LLP

Name of Applicant:                              PricewaterhouseCoopers LLP

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention:                              February 12, 2008

Period for which compensation and               August 1, 2008 through October 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/1/08-8/31/08 10/14/08 6227 | 48,781.50 | 0.00 | 11/7/08 6533 | 39,025.20 | 0.00 | 9,756.30 |
| 9/1/08-9/30/08 10/22/08 6412 | 43,652.00 | 159.20 | 11/13/08 6577 | 34,921.60 | 159.20 | 8,730.40 |
| 10/1/08-10/31/08 11/26/08 6639 | 18,465.00 | 0.00 | Pending | 14,772.00 | 0.00 | 3,693.00 |
| Totals | 110,898.50 | 159.20 |  | 88,718.80 | 159.20 | 22,179.70 |

DB02:7532138.2                                                                                              066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             : Jointly Administered
    Debtors.                                                 :
                                                             : Objection Deadline: January 5, 2009 at 4:00 p.m.
                                                             : Hearing Date: January 13, 2009 at 11:00 a.m.
------------------------------------------------------------ x

## FIRST INTERIM FEE REQUEST
## OF KILPATRICK STOCKTON LLP

Name of Applicant:                              Kilpatrick Stockton LLP (formerly Muldoon
                                                Murphy & Aguggia LLP)

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention:                              December 15, 2007

Period for which compensation and               December 15, 2007 through October 31,
reimbursement is sought:                        2008

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 12/15/07-9/30/08 10/29/08 6473 | 46,816.25 | 238.40 | 11/21/08 6601 | 37,453.00 | 238.40 | 9,363.25 |
| 10/1/08-10/31/08 11/21/08 6614 | 4,114.50 | 29.40 | Pending | 3,291.60 | 29.40 | 822.90 |
| Totals | 50,930.75 | 267.80 | | 40,744.60 | 267.80 | 10,186.15 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   **Objection Deadline: January 5, 2009 at 4:00 p.m.**
---------------------------------------------------------------- x   **Hearing Date: January 13, 2009 at 11:00 a.m.**

## FIRST INTERIM FEE REQUEST
## OF TRAXI, LLC

Name of Applicant:                                      Traxi, LLC

Authorized to Provide Professional Services to:         Debtors and Debtors-in-Possession

Date of Retention:                                      September 10, 2008

Period for which compensation and                       August 6, 2007 through April 11, 2008,
reimbursement is sought:                                2008

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 10/1/08-10/31/08 11/24/08 6622 | 95,650.00 | 9,982.00 | Pending | 76,520.00 | 9,982.00 | 19,130.00 |
| Totals | 95,650.00 | 9,982.00 | | 76,520.00 | 9,982.00 | 19,130.00 |

DB02:7532138.2                                                                                          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 : Jointly Administered
        Debtors.                                                 :
                                                                 : **Objection Deadline: January 5, 2009 at 4:00 p.m.**
---------------------------------------------------------------- x **Hearing Date: January 13, 2009 at 11:00 a.m.**

## FIRST INTERIM FEE REQUEST
## OF ORLANS ASSOCIATES

Name of Applicant:                              Orlans Associates

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention:                              August 6, 2007

Period for which compensation and               August 6, 2008 through April 11, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (100%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) |
|---|---|---|---|---|---|
| 8/6/07-4/11/08 11/21/08 6613 | 25,320.00 | 20,288.06 | Pending | 25,320.00 | 20,288.06 |
| Totals | 25,320.00 | 20,288.06 | | 25,320.00 | 20,288.06 |

DB02:7532138.2                                                                                  066585.1001