# EXHIBIT A

## American Home Mortgage Post

### Summary of Fees

11/1/2008 through 11/30/2008

| Professional | Level | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| *Corporate Restructuring* | | | | |
| Perry M. Mandarino | Partner | $575 | 7.0 | $4,025 |
| Thomas Korf | Managing Director | $450 | 47.5 | $21,375 |
| Peter Hoberman | Director | $400 | 21.8 | $8,720 |
| Roberta Probber | Director | $330 | 1.9 | $627 |
| **Sub-Total** | | | **78.2** | **$34,747** |
| **Total** | | | **78.2** | **$34,747** |

| | |
|---|---|
| **Gross Professional Fees** | **$34,747** |
| **Less: 0% Holdback** | **$0** |
| **NET PROFESSIONAL FEES** | **$34,747** |

## American Home Mortgage Post

### Summary by Activity

| | ACTIVITY | TIME SPENT | FEES |
|---|---|---|---|
| 21 | Analysis of Claims including processing and reconciliation | 1.9 | $627 |
| 75 | Discussion and Related Analyses regarding the Sale of Business | 7.0 | $4,025 |
| 35 | Due Diligence | 0.5 | $225 |
| 47 | Litigation support services | 18.1 | $7,680 |
| 15 | Meetings - Internal | 6.7 | $2,835 |
| 114 | Preparation and Meeting with Debtor and counsel | 6.5 | $2,775 |
| 39 | Preparation of monthly interim billing and/or fee application | 4.1 | $1,845 |
| 67 | Preparation/review of reports, including: U.S. Trustee Reports and Flash Reports | 33.4 | $14,735 |
| | | 78.2 | $34,747 |

Note: Travel time is billed at half of Applicant's normal hourly billing rates.

Subject Period: 11/1/2008 through 11/30/2008

## American Home Mortgage Post

**Time Descriptions for Professional** Perry M. Mandarino

| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 11/19/2008 | 4.0 | 75 | 33542 | Reading of draft report, comments to counsel |
| 11/19/2008 | 3.0 | 75 | 33543 | Meeting with YCST Re: report |
| | 7.0 | | | |

## American Home Mortgage Post

**Time Descriptions for Professional** Thomas Korf

| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 11/3/2008 | 0.5 | 47 | 33089 | Summary email to counsel re: second meeting with A&M, LSAMs database |
| 11/3/2008 | 0.7 | 15 | 33090 | Discussions with staff re: bank reconciliations |
| 11/3/2008 | 2.3 | 47 | 33091 | Printing and reviewing the October 2007 bank reconciliations |
| 11/4/2008 | 1.5 | 47 | 33092 | Reviewing bank reconciliations with company personnel Catherine Cassagnau-Lundie and Robert Bernstein |
| 11/4/2008 | 3.0 | 67 | 33093 | Memorandum on the review of claims and work performed to date |
| 11/4/2008 | 1.0 | 47 | 33094 | Reviewing the October bank reconciliations for offsetting items |
| 11/4/2008 | 0.5 | 114 | 33095 | Discussing with company, offsets to certain HELOC draw claims |
| 11/5/2008 | 1.5 | 47 | 33096 | Review the November bank reconciliations for potential amounts owed to AHM |
| 11/5/2008 | 0.5 | 15 | 33097 | Discussions with staff re: meeting with counsel and our deliverable |
| 11/5/2008 | 3.5 | 67 | 33098 | Memorandum on the review of claims and work performed to date |
| 11/6/2008 | 0.5 | 35 | 33099 | Call with A&M re: follow up on questions from our meetings in Dallas |
| 11/6/2008 | 3.5 | 67 | 33100 | Memorandum on the review of claims and work performed to date |
| 11/7/2008 | 2.0 | 67 | 33101 | Memorandum on the review of claims and work performed to date |
| 11/11/2008 | 4.5 | 67 | 33102 | Finalize the memorandum on the review of claims and work performed to date |
| 11/12/2008 | 4.5 | 67 | 33103 | Finalize the memorandum on the review of claims and work performed to date |
| 11/13/2008 | 0.5 | 114 | 33104 | Call with Scott Martinez and Brett Fernandez - update on the status of claims review |
| 11/13/2008 | 3.5 | 67 | 33105 | Final revisions to DRAFT memorandum to counsel re: status of the claims review |
| 11/14/2008 | 0.5 | 47 | 33106 | Review spreadsheet from company re: [redacted]; discuss with staff |
| 11/14/2008 | 0.5 | 15 | 33107 | Email to MD re: first DRAFT of report |
| 11/14/2008 | 1.0 | 67 | 33108 | Final revisions to DRAFT memorandum to counsel re: status of the claims review |
| 11/17/2008 | 2.0 | 67 | 33109 | Final changes to report prior to sending to counsel |
| 11/18/2008 | 0.5 | 15 | 33110 | Discussion with PH re: meeting with counsel on Thursday and final report |
| 11/20/2008 | 2.5 | 114 | 33112 | Meeting with Traxi team and counsel to discuss the merits of the AHMSI claims and required analysis |
| 11/20/2008 | 0.5 | 15 | 33111 | Prepare for meeting with counsel: review all issues with staff |
| 11/21/2008 | 2.5 | 39 | 33113 | Preparation of the first interim monthly billing to court |
| 11/24/2008 | 1.6 | 39 | 33114 | Finalize the first monthly billing, including redacting time diaries with counsel |
| 11/24/2008 | 0.4 | 15 | 33115 | Discussions with staff re: next steps |

Subject Period: 11/1/2008 through 11/30/2008

## American Home Mortgage Post

**Time Descriptions for Professional** Thomas Korf

| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 11/24/2008 | 0.5 | 47 | 33116 | Compiling list of bank reconciliation personnel for sending to counsel |
| 11/25/2008 | 1.0 | 47 | 33117 | Review first interim report and compile a priority list of LSAMS queries to be submitted to ; email counsel |
| | 47.5 | | | |

## American Home Mortgage Post

**Time Descriptions for Professional** Peter Hoberman

| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 11/3/2008 | 0.3 | 15 | 33401 | Discussions with staff regarding Bank Reconciliations |
| 11/4/2008 | 0.1 | 47 | 33402 | Review emails from counsel and Traxi staff re: meeting in Delaware to discuss dispositions |
| 11/6/2008 | 0.8 | 47 | 33403 | Discussion with company regarding [redacted] and Helco account |
| 11/6/2008 | 0.2 | 15 | 33404 | Review of email correspondence between Traxi staff and counsel |
| 11/6/2008 | 4.0 | 47 | 33405 | Review and cataloguing of October Bank Reconciliations for upcoming meeting with counsel |
| 11/7/2008 | 1.5 | 47 | 33406 | Review and cataloguing of October Bank Reconciliations for upcoming meeting with counsel |
| 11/10/2008 | 2.9 | 47 | 33407 | Review and cataloguing of November Bank Reconciliations for upcoming meeting with counsel |
| 11/13/2008 | 0.2 | 15 | 33409 | Reviewing of email correspondence from Traxi staff |
| 11/13/2008 | 1.4 | 67 | 33410 | Draft of exhibits for memorandum to counsel |
| 11/13/2008 | 2.0 | 67 | 33411 | Review and comments of memorandum to counsel |
| 11/13/2008 | 0.9 | 15 | 33412 | Meeting with Traxi staff to discuss memorandum to counsel and revisions |
| 11/13/2008 | 0.5 | 114 | 33408 | Conference call with Kroll to discuss status of findings |
| 11/14/2008 | 0.6 | 15 | 33413 | Meeting with AHM staff to discuss [redacted] |
| 11/14/2008 | 0.4 | 15 | 33414 | Review of email correspondence by AHM staff [redacted] |
| 11/14/2008 | 2.5 | 67 | 33415 | Revisions to memorandum and exhibits prior to meeting with counsel |
| 11/18/2008 | 0.5 | 15 | 33416 | Discussion with Traxi staff regarding meeting with counsel and final memorandum |
| 11/20/2008 | 2.5 | 114 | 33418 | Meeting with counsel to discuss findings to date and discuss potential discovery requests |
| 11/20/2008 | 0.5 | 15 | 33417 | Prepare for meeting with counsel - reviewed all issues with staff |
| | 21.8 | | | |

## American Home Mortgage Post

**Time Descriptions for Professional** Roberta Probber

| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 11/3/2008 | 1.0 | 21 | 33134 | Bank Recs |
| 11/4/2008 | 0.3 | 21 | 33135 | Bank Recs |
| /5/2008 10:28:49 A | 0.6 | 21 | 33136 | Bank Recs |
| | 1.9 | | | |