# EXHIBIT B

## American Home Mortgage Post
## Summary of Expenses
11/1/2008 through 11/30/2008

| Professional Name | Airfare | Mileage | Parking/ Tolls | Rental Cars | Transportation | Lodging | Telephone | Meals | Courier/ Federal Express | Postage/ Supplies | Faxes | Duplication | Computer Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Expense | | | | | | | | | | | | $27 | | | $27 |
| Peter Hoberman | | | | | $9 | | | | | | | | | $268 | $277 |
| Thomas Korf | | $35 | | | | | | | | | | | | $268 | $303 |
| Total | | $35 | | | $9 | | | | | | | $27 | | $536 | $607 |

Note: All airfare and trainfare (included in transportation) are coach class.

## American Home Mortgage Post

Expense Descriptions for Professiona  Peter Hoberman



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Other | 11/20/2008 | 19536 | Train ticket for meeting with YCST | $268.00 |
|  |  |  |  | $268.00 |
| Transportation | 11/20/2008 | 19537 | Taxi from station to YCST office | $9.00 |
|  |  |  |  | $9.00 |
|  |  |  |  | $277.00 |

Subject Period:   11/1/2008 through 11/30/2008

# American Home Mortgage Post

Expense Descriptions for Professiona  Thomas Korf



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Mileage | 11/4/2008 | 19494 | To/From Client | $8.78 |
| Mileage | 11/6/2008 | 19495 | To/From Client | $8.78 |
| Mileage | 11/11/2008 | 19496 | To/From Client | $8.78 |
| Mileage | 11/13/2008 | 19497 | To/From Client | $8.78 |
|  |  |  |  | $35.10 |
| Other | 11/20/2008 | 19501 | To/From Counsel offices - Delaware | $268.00 |
|  |  |  |  | $268.00 |
|  |  |  |  | $303.10 |

# American Home Mortgage Post

**Expense Descriptions for Professiona**  Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Reports/Duplication | 11/30/2008 | 20029 | color pages printed/reproduced at $0.10 per page. | $26.70 |
| | | | | $26.70 |
| | | | | $26.70 |