IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

:  Chapter 11
:
:  Case No. 07-11047 (CSS)
:  (Jointly Administered)
:
:  **Objections Due By: January 6, 2009 @ 4:00 p.m.**
:  **Hearing Date: January 13, 2009 @ 11:00 a.m.**

---

**NOTICE OF FIFTH INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD OF AUGUST 1, 2008 THROUGH OCTOBER 31, 2008</u>**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On December 16, 2008, the Fifth Interim Fee Application of BDO Seidman, LLP, Financial Advisor to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 1, 2008 through October 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Fee Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $395,045.50 and reimbursement of expenses in the amount of $3,037.37 incurred in representation of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* during the period of August 1, 2008 through October 31, 2008.

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **January 6, 2009 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application is scheduled for **January 13, 2009 at 11:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: December 16, 2008

BLANK ROME LLP

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

And

Mark S. Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*