**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**August 1, 2008 to October 31, 2008**

| **Professional** | **Category** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 203.8 | 590.00 | $120,242.00 |
| MICHELE MICHAELIS | DIRECTOR | 349.5 | 375.00 | 131,062.50 |
| SAM LAU | MANAGER | 22.0 | 295.00 | 6,490.00 |
| MATTHEW J STEWART | SENIOR | 460.6 | 215.00 | 99,029.00 |
| NAUSHON E VANDERHOOP | SENIOR | 17.6 | 185.00 | 3,256.00 |
| KEVIN REINLE | STAFF | 139.4 | 190.00 | 26,486.00 |
| JARED FELDESMAN | STAFF | 2.0 | 175.00 | 350.00 |
| JASON M FRIEDMAN | STAFF | 12.6 | 150.00 | 1,890.00 |
| ALAINA D MASLER | STAFF | 21.9 | 150.00 | 3,285.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 19.7 | 150.00 | 2,955.00 |
| | **TOTAL:** | **1249.1** | | **$395,045.50** |

**Exhibit B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| A. | CASH | 0.6 | $225.00 |
| | Prepared or reviewed cash accounts inclusive of bank reconciliations and required adjustments. | | |
| B. | ACCOUNTS PAYABLE | 113.2 | 30,975.50 |
| | Reviewed claims summary reports and data received from Kroll. Prepared analysis of claims and summary based on updated information received. Researched and reviewed various omnibus objections to claims filed with the Court; updated schedules regarding same. Reviewed and analyzed issues regarding EPD claims, WL Ross and other administrative claims. | | |
| C. | TAX ISSUES | 0.4 | 150.00 |
| | Reviewed tax issues related to servicing business. | | |
| D. | LITIGATION CONSULTING | 202.8 | 56,386.00 |
| | Special investigative work related to potential litigation issues regarding UCC investigation. Reviewed and created index for documents received from counsel regarding the Committee's investigation. Analyzed statements and identified trends. Prepared and reviewed cause of action summary for counsel. | | |
| E. | ASSET SALE/AUCTION | 35.0 | 13,284.00 |
| | Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of loans and sale of assets. Reviewed performing loan bids and sales data. | | |
| F. | MEETINGS - DEBTOR | 105.9 | 37,849.00 |
| | Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information; history of the business; current operations; case issues; claims; status of asset sales; intercompany transactions; Plan of Liquidation; expense allocation methodology; and other open issues. | | |
| G. | REPORT PREPARATION | 226.8 | 74,151.00 |
| | Preparation and review of various reports to the Creditors' Committee regarding various matters, which may include: Company's current and projected cash flow results, asset sales, intercompany allocation methodology, employee headcount, budget and liquidity issues, updated claims information, other financial updates and other open issues. | | |

**Exhibit B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| H. | MEETINGS OF CREDITORS | 29.9 | 11,719.50 |

Meetings, discussions and correspondence with Creditors; Committee and professionals related to; case issues; financial condition of the Debtors; various reports to the Committee; financial update claims; status of asset sales; intercompany transactions; Plan of Liquidation; expense allocation methodology; and other open issues.

| | | | |
|---|---|---:|---:|
| I. | BUSINESS ANALYSIS | 407.5 | 127,657.50 |

Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports and other financial results. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Reviewed various drafts of Plan of Liquidation and Disclosure Statement. Prepared analysis of BofA deficiency claims under various plan alternatives. Reviewed various asset allocation models to be used in amended Plan of Liquidation. Reviewed and/or analyzed asset recovery, intercompany allocation methodology and substantive consolidation issues. Reviewed updated liquidation analysis and allocation model to be included in Amended Disclosure Statement. Reviewed employee headcount and payroll related data. Findings were conveyed to Counsel and the Committee.

| | | | |
|---|---|---:|---:|
| J. | COUNSEL DISCUSSIONS & COURT HEARINGS | 76.9 | 30,937.50 |

Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, asset sales/auctions; Committee report preparation and meetings; business analyses; information requests and various other open case issues.

| | | | |
|---|---|---:|---:|
| K. | FEE APPLICATIONS / MONTHLY STATEMENTS | 47.8 | 10,616.50 |

Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of July 2008, August 2008 and September 2008 monthly applications.

| | | | |
|---|---|---:|---:|
| L. | CASE ADMINISTRATION | 2.3 | 1,094.00 |

Reviewed status of engagement with staff and planned areas of work to be performed.

| | | | |
|---|---|---:|---:|
| | **TOTAL:** | **1,249.1** | **$395,045.50** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
August 1, 2008 through October 31, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database Fees*          2,000.00

6. OUT-OF-TOWN TRAVEL
   a. Transportation                                           677.66
   b. Lodging
   c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS                                                 325.64

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE                         13.00
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS *(FedEx Printing)*                            21.07

    **TOTAL**                                              **$3,037.37**

**Exhibit C**

**American Home Mortgage**
Fifth Interim Expense Details
8/1/08 - 10/31/08 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 05/14/08 | 08/06/08 | Stewart,Matthew J | Local Meals | 8.62 | Overtime meal (1) |
| 07/02/08 | 08/06/08 | Stewart,Matthew J | Travel | 57.33 | Mileage reimbursement for personal car to/from Melville, Long Island |
| 07/02/08 | 08/06/08 | Stewart,Matthew J | Travel | 18.00 | Tolls: GW Bridge and Throggs Neck to and from Melville Long Island |
| 07/09/08 | 08/06/08 | Stewart,Matthew J | Travel | 18.00 | Tolls: GW Bridge and Throggs Neck to and from Melville Long Island |
| 07/09/08 | 08/06/08 | Stewart,Matthew J | Travel | 57.33 | Mileage reimbursement for personal car to/from Melville, Long Island |
| 07/15/08 | 08/06/08 | Stewart,Matthew J | Local Meals | 7.37 | Overtime meal (1) |
| 07/16/08 | 08/06/08 | Stewart,Matthew J | Local Meals | 10.17 | Overtime meal (1) |
| 07/17/08 | 08/06/08 | Stewart,Matthew J | Local Meals | 22.49 | Overtime meal (2) - MS/JF |
| 07/18/08 | 08/06/08 | Stewart,Matthew J | Local Meals | 44.93 | Dinner meeting (4)/ food to discuss AHM with three interns re: 2004 examination |
| 07/18/08 | 08/06/08 | Stewart,Matthew J | Local Meals | 38.68 | Lunch meeting (4)/ food to discuss AHM with three interns re: 2004 examination |
| 07/30/08 | 08/06/08 | Stewart,Matthew J | Local Meals | 7.53 | Overtime meal (1) |
| 08/07/08 | 08/07/08 | Michaelis,Michele | Local Meals | 72.86 | Lunch meeting (3) - discussed Model and Document review (MM, MS, KR) |
| 08/13/08 | 08/14/08 | Michaelis,Michele | Local Travel | 13.00 | Cab from office to home |
| 08/27/08 | 08/27/08 | Michaelis,Michele | Local Meals | 50.85 | Lunch discussing Ross claim and Report |
| | | | **Subtotal** | **427.16** | **August 2008** |

2

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---:|---|
| 09/24/08 | 09/30/08 | Michaelis,Michele | Miscellaneous | 21.07 | Fed-ex printing |
| 09/30/08 | 09/30/08 |  | Technology Services | 500.00 | Concordance Database Initial Set-Up Fee |
|  |  |  | **Subtotal** | **521.07** | **September 2008** |
| 10/01/08 | 10/15/08 | Michaelis,Michele | Travel | 262.00 | Train to/from court hearing 10/8/08 in Wilmington, DE (round-trip). |
| 10/08/08 | 10/15/08 | Michaelis,Michele | Travel | 12.00 | Cab to Penn station, NY for trip to DE. |
| 10/29/08 | 10/29/08 | Michaelis,Michele | Travel | 253.00 | Train to/from Wilmington |
| 08/07/08 | 10/31/08 | Stewart,Matthew J | Local Meals | 16.45 | Overtime meal (2) - w/ staff |
| 08/12/08 | 10/31/08 | Stewart,Matthew J | Local Meals | 10.60 | Overtime meal (1) |
| 08/28/08 | 10/31/08 | Stewart,Matthew J | Local Meals | 8.12 | Overtime meal (1) |
| 09/09/08 | 10/31/08 | Stewart,Matthew J | Local Meals | 8.25 | Overtime meal (1) |
| 09/15/08 | 10/31/08 | Stewart,Matthew J | Local Meals | 8.12 | Overtime meal (1) |
| 09/23/08 | 10/31/08 | Stewart,Matthew J | Local Meals | 10.60 | Overtime meal (1) |
| 10/31/08 | 10/31/08 |  | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee (Total Volume 117 GB) |
|  |  |  | **Subtotal** | **2,089.14** | **October 2008** |

**TOTAL     $3,037.37**