# AMERICAN HOME MORTGAGE COMPANY
## PROFESSIONAL BACKGROUND
### SEPTEMBER 1 - 30, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $430.00 | 15.70 | $6,751.00 |
| Senese, K. | Paralegal | $225.00 | 15.70 | $3,532.50 |
| Grand Total: | | | 31.40 | $10,283.50 |
| Blended Rate: | | | | $327.50 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
SEPTEMBER 1 - 30, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 10.40 | $2,873.00 |
| 2 | Other Professionals' Fee/Employment Issues | 2.20 | $659.00 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 3.20 | $1,314.50 |
| 5 | Committee Business and Meetings | 5.80 | $2,268.50 |
| 6 | Case Administration | 4.20 | $945.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.20 | $45.00 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 1.10 | $452.50 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | | |
| 13 | Stay Relief Issues | 0.30 | $129.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 2.80 | $1,101.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 1.20 | $495.50 |
| | **TOTALS** | **31.40** | **$10,283.50** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
SEPTEMBER 1 - 30, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Reproduction of Documents | Contracted Photocopying - Parcels | $312.98 |
| Courier and Express Services | Federal Express | $145.88 |
| Record/Docket Searches | | $156.64 |
| **TOTAL** | | **$615.50** |