## AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### SEPTEMBER 1 - 30, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 10.40 | $2,873.00 |
| 2 | Other Professionals' Fee/Employment Issues | 2.20 | $659.00 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 3.20 | $1,314.50 |
| 5 | Committee Business and Meetings | 5.80 | $2,268.50 |
| 6 | Case Administration | 4.20 | $945.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.20 | $45.00 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 1.10 | $452.50 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | | |
| 13 | Stay Relief Issues | 0.30 | $129.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 2.80 | $1,101.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 1.20 | $495.50 |
| | **TOTALS** | **31.40** | **$10,283.50** |

**Project Code 1**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 01 | | | | |
| Sep 02 08 | REVIEW AND DISTRIBUTE THIRD ORDER APPROVING INTERIM FEE APPLICATIONS (INCLUDING APPROVAL OF BDO'S AND HAHN'S MOST RECENT INTERIM REQUESTS) | SENESE | 0.10 | $22.50 |
| Sep 12 08 | FINALIZE BLANK ROME JUNE FEE APPLICATION | CARICKHOFF | 1.10 | $473.00 |
| Sep 18 08 | REVISE, FINALIZE, FORMAT AND E-FILE BLANK ROME'S JUNE MONTHLY FEE APPLICATION AND NOTICE THEREOF; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND OVERSEE SERVICE OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON T HE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Sep 25 08 | E-MAIL EXCHANGES WITH D. CARICKHOFF REGARDING TIME FRAME FOR FILING BLANK ROME'S NEXT INTERIM FEE APPLICATION; REVIEW STATUS OF MONTHLIES FILED TODAY AND BEGIN PREPARING FOR DRAFTING JULY MONTHLY; E-MAIL EXCHANGE WITH H. ROSCOE REGARDING JULY AND AUGUST MONTHLIES | SENESE | 0.30 | $67.50 |
| Sep 25 08 | REVIEW REVISED EXHIBIT SHEETS; DRAFT BLANK ROME'S JULY MONTHLY FEE APPLICATION | SENESE | 1.20 | $270.00 |
| Sep 25 08 | PREPARE INITIAL DRAFT OF BLANK ROME'S FOURTH INTERIM FEE APPLICATION | SENESE | 0.70 | $157.50 |
| Sep 25 08 | REVIEW STATUS OF BLANK ROME RECEIVABLES, OUTSTANDING BALANCES, ETC. | SENESE | 0.20 | $45.00 |
| Sep 25 08 | REVIEW, EDIT, CODE AUGUST TIME NARRATIVES IN PREPARATION FOR DRAFTING BLANK ROME'S THIRTEENTH MONTHLY FEE APPLICATION | SENESE | 0.40 | $90.00 |
| Sep 28 08 | CONTINUE PREPARING BLANK ROME'S JULY MONTHLY FEE APPLICATION AND IT'S FOURTH INTERIM FEE APPLICATION AND PREPARE FOR SERVICE OF BOTH | SENESE | 1.30 | $292.50 |
| Sep 29 08 | REVIEW REVISED EXHIBIT SHEETS; CONTINUE PREPARATION OF BLANK ROME'S JULY MONTHLY FEE APPLICATION | SENESE | 2.80 | $630.00 |
| Sep 29 08 | FINALIZE BLANK ROME'S JULY FEE APPLICATION AND FOURTH INTERIM FEE APPLICATION | CARICKHOFF | 1.50 | $645.00 |

| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $2,873.00 | 10.40 |
|---|---|---|---|

# Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 02 | | | | |
| Sep 12 08 | REVIEW DEBTORS' APPLICATION TO RETAIN TRAXI AS SPECIAL LITIGATION FINANCIAL ADVISOR | CARICKHOFF | 0.30 | $129.00 |
| Sep 17 08 | E-MAIL FROM N. VANDERHOOP REQUESTING AN AMENDED CERTIFICATE OF NO OBJECTION WITH REGARD TO BDO'S JUNE MONTHLY FEE APPLICATION (DISCREPANCY IN COST FIGURE); DRAFT SAME AND FORWARD TO D. CARICKHOFF FOR E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Sep 17 08 | REVIEW CURRENT DOCKET TO VERIFY NO OBJECTIONS TO BDO'S JULY MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Sep 17 08 | E-FILE CNO REGARDING BDO'S TENTH MONTHLY FEE APPLICATION AND E-FILE AMENDED CNO REGARDING BDO'S NINTH MONTHLY FEE APPLICATION; E-MAIL TO N. VANDERHOOP | SENESE | 0.20 | $45.00 |
| Sep 17 08 | REVIEW AND EXECUTE CNO FOR BDO'S JULY FEE APPLICATION | CARICKHOFF | 0.10 | $43.00 |
| Sep 17 08 | REVIEW AND EXECUTE AMENDED CNO FOR BDO'S JUNE FEE APPLICATION | CARICKHOFF | 0.10 | $43.00 |
| Sep 18 08 | REVIEW BDO'S FOURTH INTERIM FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR E-FILING APPROVAL; E-FILE; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND OVER SEE SERVICE OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 | $180.00 |
| Sep 18 08 | REVIEW BDO'S FOURTH INTERIM FEE APPLICATION | CARICKHOFF | 0.30 | $129.00 |
| PROJECT CODE TOTALS  02 | TOTAL VALUE: | $659.00 | 2.20 | |

# Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 04 | | | | |
| Sep 08 08 | E-MAIL FROM E. KEARY; PREPARE FOR E-FILING AND SERVICE OF JOINDER TO DEBTORS' OBJECTION TO AT&T ADMIN EXPENSE MOTION | SENESE | 0.30 | $67.50 |
| Sep 08 08 | DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF COMMITTEE'S JOINDER TO DEBTORS' OBJECTION TO AT&T ADMIN EXPENSE MOTION; E-FILE AND SERVE | SENESE | 0.30 | $67.50 |
| Sep 08 08 | REVIEW DEBTORS' LIMITED OBJECTION TO AT&T MOTION FOR ALLOWANCE OF ADMIN CLAIM; FINALIZE JOINDER OF COMMITTEE TO SAME | CARICKHOFF | 0.60 | $258.00 |
| Sep 10 08 | PREPARE FOR SERVICE OF JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO DEBTORS' PRELIMINARY OBJECTION TO AMENDED MOTION OF AMERICAN HOME MORTGAGE SERVICING, INC., F/K/A AH MORTGAGE ACQUISITION CO., INC., FOR AN ORDER GRANTING THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM FOR BREACHES BY CERTAIN DEBTORS OF THE ASSET PURCHASE AGREEMENT FOR SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS; REVIEW UNDERLYING PLEADINGS; DRAFT CERTIFICATE OF SERVICE AND SERVICE LIST | SENESE | 0.30 | $67.50 |
| Sep 10 08 | REVIEW DEBTORS' 17TH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AND 16TH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | CARICKHOFF | 0.40 | $172.00 |
| Sep 10 08 | REVIEW DEBTORS' RESPONSE TO ALVAREZ MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM | CARICKHOFF | 0.10 | $43.00 |
| Sep 10 08 | REVIEW DEBTORS' OBJECTION TO AH ACQUISITION AMENDED MOTION FOR ADMIN CLAIM; EXECUTE COMMITTEE JOINDER TO SAME | CARICKHOFF | 1.40 | $602.00 |
| Sep 29 08 | REVIEW AH MORT. ACQ. REPLY TO MICROSOFT CURE CLAIM | CARICKHOFF | 0.20 | $86.00 |
| Sep 29 08 | REVIEW DREW & RODGERS REPLY TO 17TH OMNIBUS OBJECTION TO ITS ALLEGED ADMIN CLAIM | CARICKHOFF | 0.20 | $86.00 |
| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $1,449.50 | 3.80 | |

# Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 05 | | | | |
| Sep 04 08 | REVIEW BDO REPORT; COMMITTEE CALL | CARICKHOFF | 1.00 | $430.00 |
| Sep 10 08 | PREPARE FOR SERVICE OF COMMITTEE'S OBJECTION TO MOTION TO SHORTEN WITH RESPECT TO MOTION TO APPOINT COMMITTEE OF BORROWERS; DRAFT CERTIFICATE OF SERVICE/SERVICE LIST; E-FILE AND SERVE SAME | SENESE | 0.40 | $90.00 |
| Sep 10 08 | REVIEW BORROWERS' MOTION TO APPOINT BORROWERS' COMMITTEE AND MOTION TO SHORTEN SAME (.4); REVIEW DEBTORS' OBJECTION TO BORROWERS' MOTION TO SHORTEN NOTICE OF HEARING ON MOTION TO APPOINT BORROWERS' COMMITTEE (.3); REVIEW AND REVISE CREDITORS' COMMITTEE'S OBJECTION TO MOTION TO SHORTEN (.3) | CARICKHOFF | 1.00 | $430.00 |
| Sep 19 08 | TELECONFERENCE WITH COMMITTEE REGARDING PLAN ISSUES (1.5); REVIEW BDO REPORT (.2) | CARICKHOFF | 1.70 | $731.00 |
| Sep 25 08 | E-MAIL FROM E. SCHNITZER; REVIEW NOTICE OF MOTION TO APPOINT BORROWER'S COMMITTEE; PREPARE FOR SERVICE OF COMMITTEE'S OBJECTION TO SAME | SENESE | 0.30 | $67.50 |
| Sep 25 08 | FINALIZE AND E-FILE COMMITTEE'S OBJECTION TO MOTION TO APPOINT BORROWERS' COMMITTEE; SERVICE OF SAME VIA E-MAIL AND FACSIMILE | SENESE | 0.40 | $90.00 |
| Sep 25 08 | FINALIZE OBJECTION TO MOTION TO APPOINT A BORROWERS' COMMITTEE | CARICKHOFF | 1.00 | $430.00 |

PROJECT CODE TOTALS  05                        TOTAL VALUE:   $2,268.50          5.80

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| Sep 02 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Sep 04 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Sep 04 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Sep 07 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Sep 07 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS | SENESE | 0.10 | $22.50 |
| Sep 09 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Sep 09 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.50 | $112.50 |
| Sep 11 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.60 | $135.00 |
| Sep 17 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Sep 17 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.70 | $157.50 |
| Sep 22 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET | SENESE | 0.20 | $45.00 |
| Sep 24 08 | UPDATE 2002 SERVICE LIST IN LIGHT OF NEWLY FILED REQUESTS FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Sep 25 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PROCESS | SENESE | 0.10 | $22.50 |
| PROJECT CODE TOTALS  06 | TOTAL VALUE: | $810.00 | 3.60 | |

# Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 07 | | | | |
| Sep 26 08 | REVIEW AND DISTRIBUTE EACH DEBTOR'S MONTHLY OPERATING REPORT (JULY 08) | SENESE | 0.20 | $45.00 |
| PROJECT CODE TOTALS 07 | TOTAL VALUE: | $45.00 | 0.20 | |

# Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 09 | | | | |
| Sep 10 08 | REVIEW FOLLOWING OBJECTIONS TO DISCLOSURE STATEMENT: CITIMORTGAGE (.3); WELLS FARGO FUNDING (.3); GRUNDY (.1); BERGUM (.1); SECURITIES CLASS ACTION LEAD PLAINTIFFS (.2) | CARICKHOFF | 1.00 | $430.00 |
| Sep 19 08 | E-MAIL EXCHANGE WITH E. SCHNITZER CONFIRMING DATE AND TIME OF ADJOURNED DISCLOSURE STATEMENT HEARING | SENESE | 0.10 | $22.50 |

| PROJECT CODE TOTALS | 09 | | TOTAL VALUE: | $452.50 | 1.10 |
|---------------------|-----|-|--------------|---------|------|

# Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 13 | | | | |
| Sep 09 08 | SCAN STAY RELIEF MOTIONS FILED BY A. HILLER | CARICKHOFF | 0.30 | $129.00 |
| PROJECT CODE TOTALS 13 | TOTAL VALUE: | $129.00 | 0.30 | |

# Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|

PROJECT CODE: 17

| Sep 04 08 | REVIEW AND DISTRIBUTE AGENDA FOR SEPTEMBER 8, 2008 HEARING IN THE RASHEED (WARN ACT MATTER) ADVERSARY PROCEEDING; PREPARE FOR SAME; REVIEW AND DISTRIBUTE AMENDED AGENDA ADJOURNING PRETRIAL CONFERENCE TO SEPTEMBER 15, 2008 | SENESE | 0.30 | $67.50 |
| Sep 11 08 | REVIEW AND DISTRIBUTE AGENDA FOR SEPTEMBER 15, 2008 HEARING, INITIAL PREPARATION FOR SAME | SENESE | 0.20 | $45.00 |
| Sep 12 08 | REVIEW AMENDED AGENDA FOR SEPTEMBER 15, 2008 HEARING | CARICKHOFF | 0.30 | $129.00 |
| Sep 15 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 2.00 | $860.00 |

| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $1,101.50 | 2.80 |

# Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  21 | | | | |
| Sep 07 08 | REVIEW DEBTORS' LETTER TO PLAINTIFFS' COUNSEL REGARDING WARN ACT LITIGATION DEFENSES AND PROPOSED SETTLEMENT | CARICKHOFF | 0.40 | $172.00 |
| Sep 10 08 | REVIEW DEBTORS' REPLY IN SUPPORT OF DIRECT APPEAL TO THIRD CIRCUIT IN LEHMAN BROS. LITIGATION | CARICKHOFF | 0.30 | $129.00 |
| Sep 17 08 | REVIEW STATUS REPORT IN TRIAD LITIGATION | CARICKHOFF | 0.10 | $43.00 |
| Sep 22 08 | REVIEW WARN ACT DISCOVERY PROPOUNDED BY PLAINTIFFS | CARICKHOFF | 0.30 | $129.00 |
| Sep 23 08 | REVIEW AND DISTRIBUTE ORDER DISMISSING APPEAL, UPDATE LITIGATION STATUS CHART | SENESE | 0.10 | $22.50 |
| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $495.50 | 1.20 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|--|------------|-------|----------------|
| REPORT TOTALS | | TOTAL VALUE: | 10,283.50 | 31.40 | |