AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
SEPTEMBER 1 - 30, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Reproduction of Documents | Contracted Photocopying - Parcels | $312.98 |
| Courier and Express Services | Federal Express | $145.88 |
| Record/Docket Searches | | $156.64 |
| **TOTAL** | | **$615.50** |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/4/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879125 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879126 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 12.00 | $0.08 | $0.96 | DOCKET SEARCHES | 5879127 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879128 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879129 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879130 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879131 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 5.00 | $0.08 | $0.40 | DOCKET SEARCHES | 5879132 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 27.00 | $0.08 | $2.16 | DOCKET SEARCHES | 5879133 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879134 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 16.00 | $0.08 | $1.28 | DOCKET SEARCHES | 5879135 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879136 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879137 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 20.00 | $0.08 | $1.60 | DOCKET SEARCHES | 5879138 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879139 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 12.00 | $0.08 | $0.96 | DOCKET SEARCHES | 5879140 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879141 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879142 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879143 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879144 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879145 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879146 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879147 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879148 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879149 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879150 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879151 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879152 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879153 |
| 9/4/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879154 |
| 9/7/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879167 |
| 9/8/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879168 |
| 9/8/08 | 9994 | BR PACER | PACERPG | 17.00 | $0.08 | $1.36 | DOCKET SEARCHES | 5879169 |
| 9/8/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879170 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879155 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 24.00 | $0.08 | $1.92 | DOCKET SEARCHES | 5879156 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 5.00 | $0.08 | $0.40 | DOCKET SEARCHES | 5879157 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879158 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879159 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 25.00 | $0.08 | $2.00 | DOCKET SEARCHES | 5879160 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879161 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/9/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879162 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 9.00 | $0.08 | $0.72 | DOCKET SEARCHES | 5879163 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 11.00 | $0.08 | $0.88 | DOCKET SEARCHES | 5879164 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 12.00 | $0.08 | $0.96 | DOCKET SEARCHES | 5879165 |
| 9/9/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879166 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879219 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879220 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879221 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879222 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879223 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879224 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879225 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879226 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879227 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879228 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879229 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879230 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879231 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879232 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 24.00 | $0.08 | $1.92 | DOCKET SEARCHES | 5879233 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879234 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 11.00 | $0.08 | $0.88 | DOCKET SEARCHES | 5879235 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879236 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879237 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879238 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879239 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879275 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879276 |
| 9/10/08 | 9994 | BR PACER | PACERPG | 8.00 | $0.08 | $0.64 | DOCKET SEARCHES | 5879277 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 7.00 | $0.08 | $0.56 | DOCKET SEARCHES | 5879195 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879196 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879240 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879241 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 13.00 | $0.08 | $1.04 | DOCKET SEARCHES | 5879242 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879243 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879244 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879245 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879246 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 11.00 | $0.08 | $0.88 | DOCKET SEARCHES | 5879247 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 23.00 | $0.08 | $1.84 | DOCKET SEARCHES | 5879248 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/11/08 | 9994 | BR PACER | PACERPG | 15.00 | $0.08 | $1.20 | DOCKET SEARCHES | 5879249 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879250 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879251 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879252 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879253 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879254 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879255 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 8.00 | $0.08 | $0.64 | DOCKET SEARCHES | 5879256 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879257 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879258 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 22.00 | $0.08 | $1.76 | DOCKET SEARCHES | 5879259 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879260 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 12.00 | $0.08 | $0.96 | DOCKET SEARCHES | 5879261 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879262 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 12.00 | $0.08 | $0.96 | DOCKET SEARCHES | 5879263 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879264 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 17.00 | $0.08 | $1.36 | DOCKET SEARCHES | 5879265 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879266 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879267 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879268 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879269 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879270 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879271 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879272 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879273 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879274 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879278 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879279 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 17.00 | $0.08 | $1.36 | DOCKET SEARCHES | 5879280 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 9.00 | $0.08 | $0.72 | DOCKET SEARCHES | 5879281 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879282 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 27.00 | $0.08 | $2.16 | DOCKET SEARCHES | 5879283 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879284 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879285 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879286 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879287 |
| 9/11/08 | 9994 | BR PACER | PACERPG | 27.00 | $0.08 | $2.16 | DOCKET SEARCHES | 5879288 |
| 9/12/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879289 |
| 9/16/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879197 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 7.00 | $0.08 | $0.56 | DOCKET SEARCHES | 5879171 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879172 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/17/08 | 9994 | BR PACER | PACERPG | 9.00 | $0.08 | $0.72 | DOCKET SEARCHES | 5879173 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 5.00 | $0.08 | $0.40 | DOCKET SEARCHES | 5879174 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879175 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879176 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879177 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879178 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 17.00 | $0.08 | $1.36 | DOCKET SEARCHES | 5879179 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 23.00 | $0.08 | $1.84 | DOCKET SEARCHES | 5879180 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879181 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 5.00 | $0.08 | $0.40 | DOCKET SEARCHES | 5879182 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879183 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879184 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879185 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879186 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 6.00 | $0.08 | $0.48 | DOCKET SEARCHES | 5879187 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879188 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879189 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879190 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 12.00 | $0.08 | $0.96 | DOCKET SEARCHES | 5879191 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879192 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879193 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879194 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879198 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879199 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879200 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879201 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879202 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879203 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879204 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 12.00 | $0.08 | $0.96 | DOCKET SEARCHES | 5879205 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879206 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 25.00 | $0.08 | $2.00 | DOCKET SEARCHES | 5879207 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 24.00 | $0.08 | $1.92 | DOCKET SEARCHES | 5879208 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879209 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 22.00 | $0.08 | $1.76 | DOCKET SEARCHES | 5879210 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 14.00 | $0.08 | $1.12 | DOCKET SEARCHES | 5879211 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879212 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879213 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 7.00 | $0.08 | $0.56 | DOCKET SEARCHES | 5879214 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879215 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/17/08 | 9994 | BR PACER | PACERPG | 9.00 | $0.08 | $0.72 | DOCKET SEARCHES | 5879216 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 5.00 | $0.08 | $0.40 | DOCKET SEARCHES | 5879217 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879218 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 8.00 | $0.08 | $0.64 | DOCKET SEARCHES | 5879290 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 19.00 | $0.08 | $1.52 | DOCKET SEARCHES | 5879291 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 2.00 | $0.08 | $0.16 | DOCKET SEARCHES | 5879292 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879293 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 16.00 | $0.08 | $1.28 | DOCKET SEARCHES | 5879294 |
| 9/17/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879295 |
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS Invoice: 292626521 Tracking: 790087740127 Name: Victoria Counihan Company: Greenberg Traurig LLP Address1: The Nemours Building City,St,Z: WILMINGTON, DE 19801 Reference: 128189.01600 | 5852913 |
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS Invoice: 292626521 Tracking: 790579807457 Name: Alan Horn Company: American Home Mortgage Holding Address1: 538 Broadhollow Rd Fl 4 City,St,Z: MELVILLE, NY 11747 Reference: 128189.01600 | 5852914 |
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS Invoice: 292626521 Tracking: 790579812364 Name: Jeffrey Levine Company: Milestone Advisors, LLC Address1: Suite 800 City,St,Z: WASHINGTON, DC 20006 Reference: 128189.01600 | 5852915 |
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS Invoice: 292626521 Tracking: 790579842470 Name: Laurie Silverstein Company: Potter Anderson & Corroon LLP Address1: Hercules Plz Fl 6 City,St,Z: WILMINGTON, DE 19801 Reference: 128189.01600 | 5852916 |
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS Invoice: 292626521 Tracking: 791140217446 Name: Margot Schonholtz Company: Kaye Scholer LLP Address1: 425 Park Ave Fl 12 City,St,Z: NEW YORK CITY, NY 10022 Reference: 128189.01600 | 5852917 |
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS Invoice: 292626521 Tracking: 798014807972 Name: James Patton Company: Young Conaway Stargatt & Taylo Address1: 1000 N West St Fl 17 City,St,Z: WILMINGTON, DE 19801 Reference: 128189.01600 | 5852918 |
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS Invoice: 292626521 Tracking: 798014835516 Name: Scott Talmadge Company: Kaye Scholer LLP Address1: 425 Park Ave Fl 12 City,St,Z: NEW YORK CITY, NY 10022 Reference: 128189.01600 | 5852919 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 9/18/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS<br>Invoice: 292626521<br>Tracking: 798014844484<br>Name: Corinne Ball<br>Company: Jones Day<br>Address1: 222 E 41st St Fl 2<br>City,St,Z: NEW YORK CITY, NY 10017<br>Reference: 128189.01600 | 5852920 |
| 9/18/08 | 1 | BRCM HOUSE | 33 | 1.00 | $312.98 | $312.98 | CONTRACTED PHOTOCOPYING Kathleen SeneseCopy 2 docs times 252 and mail by first class mail.128418 | 5870904 |
| 9/18/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879297 |
| 9/18/08 | 9994 | BR PACER | PACERPG | 1.00 | $0.08 | $0.08 | DOCKET SEARCHES | 5879298 |
| 9/19/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879296 |
| 9/19/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879302 |
| 9/22/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879299 |
| 9/22/08 | 9994 | BR PACER | PACERPG | 4.00 | $0.08 | $0.32 | DOCKET SEARCHES | 5879300 |
| 9/23/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879301 |
| 9/25/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879303 |
| 9/25/08 | 9994 | BR PACER | PACERPG | 30.00 | $0.08 | $2.40 | DOCKET SEARCHES | 5879304 |
| 9/25/08 | 9994 | BR PACER | PACERPG | 3.00 | $0.08 | $0.24 | DOCKET SEARCHES | 5879305 |
| 9/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS<br>Invoice: 294263983<br>Tracking: 790097597338<br>Name: Corinne Ball, Erica Ryland<br>Company: Jones Day<br>Address1: 222 E 41st St Fl 2<br>City,St,Z: NEW YORK CITY, NY 10017-727<br>Reference: 128189.01600 | 5868260 |
| 9/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $7.12 | $7.12 | FEDERAL EXPRESS<br>Invoice: 294263983<br>Tracking: 790588320580<br>Name: Alan Horn<br>Company: American Home Mortgage Holding<br>Address1: 538 Broadhollow Rd Fl 4<br>City,St,Z: MELVILLE, NY 11747<br>Reference: 128189.01600 | 5868261 |
| 9/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $7.12 | $7.12 | FEDERAL EXPRESS<br>Invoice: 294263983<br>Tracking: 790588321430<br>Name: Joseph McMahon<br>Company: Office of the United States Tr<br>Address1: 844 N King St Rm 2313<br>City,St,Z: WILMINGTON, DE 19801<br>Reference: 128189.01600 | 5868262 |
| 9/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.74 | $11.74 | FEDERAL EXPRESS<br>Invoice: 294263983<br>Tracking: 790589632810<br>Name: Jeffrey Levine<br>Company: Milestone Advisors, LLC<br>Address1: Suite 800<br>City,St,Z: WASHINGTON, DC 20006<br>Reference: 128189.01600 | 5868263 |
| 9/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $7.12 | $7.12 | FEDERAL EXPRESS<br>Invoice: 294263983<br>Tracking: 798023351502<br>Name: James L. Patton<br>Company: Young Conaway Stargatt & Taylo<br>Address1: 100 W. Street, 17th Floor<br>City,St,Z: WILMINGTON, DE 19899<br>Reference: 128189.01600 | 5868264 |
| 9/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $7.12 | $7.12 | FEDERAL EXPRESS<br>Invoice: 294263983<br>Tracking: 798023352185 | 5868265 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Name:    Victoria Counihan | |
| | | | | | | | Company:   Greenberg Trauig LLP | |
| | | | | | | | Address1:  1007 N Orange St Ste 120 | |
| | | | | | | | City,St,Z: WILMINGTON, DE  19801 | |
| | | | | | | | Reference: 128189.01600 | |
| | UNBILLED TOTALS:   WORK: | | | | | $615.50 | 196 records | |
| | UNBILLED TOTALS:    BILL: | | | | | $615.50 | | |
| | GRAND TOTAL:      WORK: | | | | | $615.50 | 196 records | |
| | GRAND TOTAL:       BILL: | | | | | $615.50 | | |