EXHIBIT A

SUPPLEMENTAL LIST

| Firm | Address | Service | Cap |
|---|---|---|---|
| E-Cyber Commerce, Inc. | 22 Bloomingdale Drive, Searsdale, NY | Recovery of unclaimed assets | $75,000/month |