EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                     Debtors.                                    :
                                                                 :  Doc. Ref. Nos: 192 & 643
---------------------------------------------------------------- x

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF WESTCHESTER  )

**Charles L. Kass**, being duly sworn, deposes and says:

1. I am the President of **E-Cyber Commerce, Inc.** (the "Firm"), which maintains offices at 22 Bloomingdale Drive, Scarsdale, New York 10583.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Pursuant to an Agreement for Independent Contractor Services dated April 3, 2008 (attached hereto as Exhibit A), the Firm has agreed to provide certain asset recovery and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc. ("AHM Servicing")), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

other related services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The current rates for the asset recovery services provided by the Firm are **ten percent (10%) of the value of any assets recovered.** Such rates are subject to increase consistent with the Firm's normal course of its business.

5. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm has not identified any connections with the parties-in-interest provided by the Debtors.

6. The Firm may have performed asset recovery services in the past, may currently perform such services, and may perform such services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned bankruptcy cases, the Debtors did not engage the Firm to provide them with any services.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 16, 2008

_____
Affiant  FL DL.

Sworn to and subscribed before me
this 16 day of December, 2008

_____
Notary Public

PAULA S. LEON
Commission DD 678060
Expires June 28, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

DB02.6214345.2                                                                  066585.1001

# EXHIBIT A

## AGREEMENT FOR INDEPENDENT CONTRACTOR SERVICES

This Agreement for independent contractor services("Agreement") effective as of this 3rd day of April, 2008, by and between Charles L. Kass (hereinafter known as "E-Cyber Commerce, Inc."), with a principal business at 22 Bloomingdale Drive, Scarsdale, NY, 10583, and American Home Mortgage Corp., 538 Broadhollow Road, NY, 11747 (hereinafter known as "Owner").

WHEREAS, the Owner wishes to obtain from E-Cyber Commerce, Inc., certain asset recovery and other related services as more fully described herein to secure the unclaimed assets.

NOW THEREFORE, in consideration of the promises hereinafter set forth, Owner and E-Cyber Commerce, Inc. acknowledge and agree as follows:

1. SERVICES.

    a. E-Cyber Commerce, Inc. is being retained as an independent contractor by Owner to locate and handle the return or recovery of unclaimed assets or interest that are listed or identified as being in the name of or owned by the Owner, its affiliates, subsidiaries or organizations either controlled by or under common control with, it or them.

    b. E-Cyber Commerce, Inc. will abide by all applicable federal and state laws, rules and regulations, including but not limited to the Health Insurance Portability and Accountability Act, and use ethical means to identify and collect said assets or interests.

    c. E-Cyber Commerce, Inc. has rights to locate and claim said listed assets or interests in the name of the Owner. The means, manner, and method of work are under the exclusive and sole control of E-Cyber Commerce, Inc.. E-Cyber Commerce, Inc. is qualified to provide the services herein and has and will maintain all applicable licenses for said services, if any, during the term of this Agreement.

    d. Owner will cooperate by executing documents reasonably necessary to recover said assets.

2. TERM and TERMINATION.

    a. Upon execution of this Agreement by the parties, E-Cyber Commerce, Inc. will immediately submit claims and pursue the recovery of all listed assets or interests on behalf of Owner.

    b. This Agreement may be terminated with or without cause at any time by either party upon ninety (90) days prior written notice. Upon termination, Owner will immediately pay E-Cyber Commerce, Inc. all payments due for assets recovered and make payments to E-Cyber Commerce, Inc. for all assets filed on Owner's behalf prior to the effective date of cancellation upon Owner's receipt of proceeds from said filings.

3. COMPENSATION

    a. E-Cyber Commerce, Inc. will receive ten percent (10%) of the value of any asset or interests recovered, on behalf of Owner. E-Cyber Commerce, Inc. Fee is due and payable by Owner to E-Cyber Commerce, Inc. within thirty (30) days from the Owner's receipt of the recovered assets or interest and shall be sent to E-Cyber Commerce, Inc. at the following address: 22 Bloomingdale Drive, Scarsdale, NY 10583.

    b. E-Cyber Commerce, Inc. shall pay any and all expenses in locating and establishing Owner's rights to the recovery of all listed assets or interests. Owner shall not be responsible to pay for, or to reimburse to E-Cyber Commerce, Inc., any expenses relating to the services provided to Owner by E-Cyber Commerce, Inc..

4. CONFIDENTIALITY

    a. During the course of the providing services to Owner, E-Cyber Commerce, Inc. may uncover information that is confidential and/or proprietary to Owner, its affiliates and subsidiaries. E-Cyber Commerce, Inc. will maintain this information in the strictest of confidence and treat it as it treats its own confidential and proprietary information and shall use any such confidential information only for the purpose of providing its services.

5. INDEMNIFICATION AND INSURANCE

    a. [Reserved].
    b. E-Cyber Commerce, Inc. shall maintain at its sole cost and expense adequate professional general and worker's compensation insurance to cover the performance of its services hereunder.

6. ASSIGNMENT

    a.    E-Cyber Commerce, Inc. shall not assign this Agreement or any right or interest hereunder unless it receives the prior written consent of the Owner.

## 7. MISCELLANEOUS

    a. E-Cyber Commerce, Inc. has no right to use in advertising, publicity, or other marketing activities, Owners name, trademark or other designation without the prior written consent of the Owner.

    b. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

    IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective duly authorized representatives as of the date first above written.

| E-Cyber Commerce, Inc | American Home Mortgage Corp. |
|---|---|
| BY: Charles D. Kass | BY: John Kalns |
| Signature: *[signed]* | Signature: *[signed]* |
| Title: President | Title: SVP |