AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
OCTOBER 1 - 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $650.00 | 0.50 | $325.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $610.00 | 3.90 | $2,379.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $580.00 | 2.40 | $1,392.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $430.00 | 23.90 | $10,277.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $290.00 | 0.60 | $174.00 |
| Senese, K. | Paralegal | $225.00 | 7.40 | $1,665.00 |
| Moody, T. | Paralegal | $200.00 | 0.80 | $160.00 |
| Grand Total: | | | **39.50** | **$16,372.00** |
| Blended Rate: | | | | $414.48 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
OCTOBER 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 0.30 | $67.50 |
| 2 | Other Professionals' Fee/Employment Issues | 4.10 | $1,289.50 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 0.40 | $172.00 |
| 5 | Committee Business and Meetings | 1.20 | $560.00 |
| 6 | Case Administration | 3.40 | $765.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | | |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 9.30 | $4,256.50 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 3.90 | $2,379.00 |
| 13 | Stay Relief Issues | 2.70 | $1,043.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 13.50 | $5,682.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 0.70 | $157.50 |
| | **TOTALS** | **39.50** | **$16,372.00** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
OCTOBER 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Reproduction of Documents | Contracted Photocopying - Parcels | $21.82 |
| Hand Delivery Service | Parcels | $15.00 |
| Courier and Express Services | Federal Express | $189.93 |
| Special Mailing Charges | | $105.00 |
| Westlaw | | $178.59 |
| **TOTAL** | | **$510.34** |