## AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
## OCTOBER 1 - 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 0.30 | $67.50 |
| 2 | Other Professionals' Fee/Employment Issues | 4.10 | $1,289.50 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 0.40 | $172.00 |
| 5 | Committee Business and Meetings | 1.20 | $560.00 |
| 6 | Case Administration | 3.40 | $765.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | | |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 9.30 | $4,256.50 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 3.90 | $2,379.00 |
| 13 | Stay Relief Issues | 2.70 | $1,043.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 13.50 | $5,682.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 0.70 | $157.50 |
| | **TOTALS** | **39.50** | **$16,372.00** |

# Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 01 | | | | |
| Oct 20 08 | REVIEW DRAFT PROPOSED OMNIBUS INTERIM FEE APPLICATION ORDER; VERIFY FIGURES REFLECTED WITH RESPECT TO BLANK ROME'S MONTHLY FEE APPLICATIONS AND BDO'S MONTHLY FEE APPLICATIONS; E-MAIL EXCHANGE WITH D. CARICKHOFF | SENESE | 0.30 | $67.50 |
| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $67.50 | 0.30 | |

# Project Code 2

.

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 02 | | | | |
| Oct 01 08 | REVIEW FEE APPLICATIONS (.2); E-MAIL TO R. BARTLEY REGARDING SAME (.4) | STEWART | 0.60 | $174.00 |
| Oct 14 08 | REVIEW BDO'S MONTHLY FEE APPLICATION; DRAFT NOTICE OF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; PREPARE FOR SERVICE OF NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.40 | $90.00 |
| Oct 15 08 | REVIEW YCS&T'S AUGUST FEE APPLICATION | CARICKHOFF | 0.20 | $86.00 |
| Oct 16 08 | REVIEW DRAFT BDO ELEVENTH MONTHLY FEE APPLICATION; DRAFT NOTICE OF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; PREPARE FOR SERVICE; E-MAIL EXCHANGES WITH D. CARICKHOFF REGARDING APPROVAL FOR FILING; E-FILE MONTHLY; SERVICE OF MONTHLY UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.40 | $90.00 |
| Oct 16 08 | REVIEW BDO AUGUST FEE APPLICATION | CARICKHOFF | 0.40 | $172.00 |
| Oct 24 08 | REVIEW PWC SEPTEMBER FEE APPLICATION | CARICKHOFF | 0.20 | $86.00 |
| Oct 24 08 | REVIEW MILESTONE SEPTEMBER FEE APPLICATION | CARICKHOFF | 0.20 | $86.00 |
| Oct 28 08 | REVIEW, FINALIZE AND FORMAT BDO'S MONTHLY FEE APPLICATION; DRAFT NOTICE OF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR FURTHER REVIEW AND E-FILING APPROVAL; PREPARE FOR SERVICE OF NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST | SENESE | 0.40 | $90.00 |
| Oct 28 08 | REVIEW BDO'S SEPTEMBER FEE APPLICATION | CARICKHOFF | 0.40 | $172.00 |
| Oct 28 08 | REVIEW YCST SEPTEMBER FEE APPLICATION | CARICKHOFF | 0.20 | $86.00 |
| Oct 29 08 | FORMAT AND E-FILE BDO'S MONTHLY FEE APPLICATION; SERVICE OF SAME UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 | $157.50 |

PROJECT CODE TOTALS  02                    TOTAL VALUE:   $1,289.50      4.10

# Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  04 | | | | |
| Oct 15 08 | REVIEW DEBTORS' 20TH & 21ST OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.40 | $172.00 |
| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $172.00 | 0.40 | |

# Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 05 | | | | |
| Oct 01 08 | REVIEW AND ANALYZE REPLY OF BORROWERS IN SUPPORT OF THEIR MOTION FOR APPOINTMENT OF BORROWERS' COMMITTEE | CARICKHOFF | 0.80 | $344.00 |
| Oct 07 08 | REVIEW US TRUSTEE STATEMENT CONCERNING MOTION TO APPOINT BORROWERS' COMMITTEE | CARICKHOFF | 0.10 | $43.00 |
| Oct 13 08 | REVIEW COMMON INTEREST AGREEMENT AND EXECUTE FOR COMMITTEE | FATELL | 0.20 | $130.00 |
| Oct 21 08 | REVIEW APPOINTMENT OF BORROWERS' COMMITTEE | CARICKHOFF | 0.10 | $43.00 |
| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $560.00 | 1.20 | |

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| Oct 01 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Oct 09 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Oct 14 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Oct 17 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Oct 17 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.70 | $157.50 |
| Oct 19 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |
| Oct 20 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS | SENESE | 0.20 | $45.00 |
| Oct 22 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |
| Oct 26 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Oct 31 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.40 | $90.00 |

PROJECT CODE TOTALS  06                    TOTAL VALUE:      $765.00        3.40

# Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 09 | | | | |
| Oct 01 08 | REVIEW AND DISTRIBUTE CLEAN AND BLACKLINE DISCLOSURE STATEMENT REGARDING AMENDED PLAN AND CLEAN AND BLACKLINE AMENDED PLAN | SENESE | 0.20 | $45.00 |
| Oct 01 08 | TELECONFERENCE WITH R. KELBON REGARDING AMENDED PLAN AND DISCLOSURE STATEMENT AND E-MAIL REGARDING SAME | CARICKHOFF | 0.20 | $86.00 |
| Oct 02 08 | REVIEW RESEARCH MEMO AND GUIDANCE TO D. CARICKHOFF ON ISSUES RELATING TO DISCLOSURE STATEMENT | KELBON | 0.40 | $232.00 |
| Oct 02 08 | RESEARCH REGARDING DISCLOSURE STATEMENT ISSUES | CARICKHOFF | 1.20 | $516.00 |
| Oct 03 08 | SCAN REVIEW DISCLOSURE STATEMENT | KELBON | 2.00 | $1,160.00 |
| Oct 03 08 | REVIEW BLACKLINE OF AMENDED PLAN AND DISCLOSURE STATEMENT; REVIEW R. KELBON E-MAIL WITH COMMENTS TO SAME | CARICKHOFF | 2.80 | $1,204.00 |
| Oct 06 08 | RESEARCH ISSUES IN CONNECTION WITH DISCLOSURE STATEMENT | CARICKHOFF | 2.20 | $946.00 |
| Oct 08 08 | REVIEW AND DISTRIBUTE DISCLOSURE STATEMENT REGARDING AMENDED PLAN AND AMENDED PLAN (WITH BLACKLINE VERSION) | SENESE | 0.30 | $67.50 |
| PROJECT CODE TOTALS  09 | | TOTAL VALUE:   $4,256.50 | 9.30 | |

# Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 12 | | | | |
| Oct 24 08 | REVIEW SALE AGREEMENT REGARDING THRIFT | STORERO | 1.80 | $1,098.00 |
| Oct 27 08 | REVIEW SALE AGREEMENT REGARDING THRIFT AND RELATED DOCUMENTS; E-MAIL CO-COUNSEL REGARDING SAME | STORERO | 1.30 | $793.00 |
| Oct 30 08 | REVIEW REVISED SALE OF AGREEMENT REGARDING THRIFT | STORERO | 0.60 | $366.00 |
| Oct 31 08 | E-MAIL D. GRUBMAN ON REVISED SALE AGREEMENT REGARDING THRIFT | STORERO | 0.20 | $122.00 |
| PROJECT CODE TOTALS   12 | TOTAL VALUE: | $2,379.00 | 3.90 | |

# Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 13 | | | | |
| Oct 01 08 | REVIEW DEBTORS' OBJECTION TO JP MORGAN STAY RELIEF MOTION; REVIEW COMMITTEE OBJECTION TO SAME | CARICKHOFF | 1.20 | $516.00 |
| Oct 15 08 | REVIEW AND APPROVE FOR FILING OBJECTION AND ALTERNATIVE ORDER REGARDING STAY RELIEF MOTIONS | FATELL | 0.30 | $195.00 |
| Oct 15 08 | REVIEW OBJECTION FOR BLANKET RELIEF FROM STAY; CORRESPONDENCE WITH B. FATELL AND E. KEARY REGARDING SAME | MOODY | 0.20 | $40.00 |
| Oct 15 08 | FINALIZE, SCAN, E-FILE AND COORDINATE SERVICE OF OBJECTION TO MOTION FOR BLANKET RELIEF FROM STAY; PREPARE AFFIDAVIT OF SERVICE FOR SAME | MOODY | 0.60 | $120.00 |
| Oct 15 08 | REVIEW MOTION OF AMERICAN LIEN FUND TO ANNUL AUTOMATIC STAY | CARICKHOFF | 0.40 | $172.00 |

PROJECT CODE TOTALS  13                         TOTAL VALUE:    $1,043.00      2.70

# Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 17 | | | | |
| Oct 01 08 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON OCTOBER 2, 2008 | SENESE | 0.10 | $22.50 |
| Oct 01 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR OCTOBER 2, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Oct 01 08 | REVIEW AGENDA AND AMENDED AGENDA FOR OCTOBER 2, 2008 HEARING | CARICKHOFF | 0.40 | $172.00 |
| Oct 02 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 2.20 | $946.00 |
| Oct 06 08 | REVIEW AND DISTRIBUTE AGENDA FOR OCTOBER 8, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Oct 06 08 | REVIEW AGENDA FOR OCTOBER 8, 2008 HEARING | CARICKHOFF | 0.20 | $86.00 |
| Oct 07 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR OCTOBER 8, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Oct 07 08 | REVIEW AMENDED AGENDA FOR OCTOBER 8, 2008 HEARING, INCLUDING CHART REGARDING STATUS OF OBJECTIONS TO DISCLOSURE STATEMENT | CARICKHOFF | 0.60 | $258.00 |
| Oct 07 08 | PREPARE FOR HEARING ON MOTION TO APPOINT BORROWERS' COMMITTEE AND DISCLOSURE STATEMENT | CARICKHOFF | 2.00 | $860.00 |
| Oct 08 08 | PREPARE FOR AND ATTEND HEARING ON MOTION TO APPOINT BORROWERS' COMMITTEE | CARICKHOFF | 4.80 | $2,064.00 |
| Oct 20 08 | REVIEW AND DISTRIBUTE AGENDA FOR OCTOBER 22, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.20 | $45.00 |
| Oct 20 08 | REVIEW AGENDA FOR OCTOBER 22, 2008 HEARING | CARICKHOFF | 0.20 | $86.00 |
| Oct 22 08 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 2.50 | $1,075.00 |

PROJECT CODE TOTALS  17                    TOTAL VALUE:    $5,682.00      13.50

# Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 21 | | | | |
| Oct 17 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET OF NEWLY FILED ADVERSARY PROCEEDING (AHM V. BEKINS MOVING SOLUTIONS); CALENDAR PRETRIAL CONFERENCE | SENESE | 0.10 | $22.50 |
| Oct 17 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON; UPDATE ADVERSARY PROCEEDING STATUS CHART | SENESE | 0.30 | $67.50 |
| Oct 19 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH PENDING ADVERSARY PROCEEDING AND A COPY OF CERTAIN PLEADINGS LISTED THEREON; UPDATE ADVERSARY PROCEEDING STATUS CHART | SENESE | 0.30 | $67.50 |

PROJECT CODE TOTALS  21                                TOTAL VALUE:      $157.50        0.70

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|---|------------|-------|----------------|
| REPORT TOTALS | | TOTAL VALUE: | 16,372.00 | 39.50 | |