AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
OCTOBER 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Reproduction of Documents | Contracted Photocopying - Parcels | $21.82 |
| Hand Delivery Service | Parcels | $15.00 |
| Courier and Express Services | Federal Express | $189.93 |
| Special Mailing Charges | | $105.00 |
| Westlaw | | $178.59 |
| **TOTAL** | | **$510.34** |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/6/08 | 1 | BRCM HOUSE | 95 | 1.00 | $892.96 | $892.96 | WESTLAW CARICKHOFF,DAVID W. | 5873951 |
| 10/15/08 | 1 | BRCM HOUSE | 26P | 1.00 | $15.00 | $15.00 | HAND DELIVERY - PARCELS Tamara L MoodyParcels Copy CenterMultiple Inner City Deliveries133962 | 5904961 |
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 295975527<br>Tracking: 790113589400<br>Name: Corinne Ball, Erica Ryland<br>Company: Jones Day<br>Address1: 222 E 41st St Fl 2<br>City,St,Z: NEW YORK CITY, NY 10017<br>Reference: 128189.01600 | 5892384 |
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 295975527<br>Tracking: 790113590285<br>Name: Jeffrey Levine<br>Company: Milestone Advisors, LLC<br>Address1: Suite 8800<br>City,St,Z: WASHINGTON, DC 20006<br>Reference: 128189.01600 | 5892385 |
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 295975527<br>Tracking: 790605483551<br>Name: Joseph McMahon<br>Address1: 844 N King St Rm 2313<br>City,St,Z: WILMINGTON, DE 19801<br>Reference: 128189.01600 | 5892386 |
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 295975527<br>Tracking: 791166125625<br>Name: Laurie Silverstein<br>Company: Potter Anderson & Corroon LLP<br>Address1: Hercules Plaza, 6th Floor<br>City,St,Z: WILMINGTON, DE 19801<br>Reference: 128189.01600 | 5892387 |
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 295975527<br>Tracking: 798040588909<br>Name: Victoria Counihan<br>Company: Greenberg Traurig LLP<br>Address1: 1007 N Orange St Ste 1200<br>City,St,Z: WILMINGTON, DE 19801<br>Reference: 128189.01600 | 5892388 |
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 295975527<br>Tracking: 798040589835<br>Name: Margot Schonholtz Scott Talma<br>Company: Kaye Scholer LLP<br>Address1: 425 Park Ave Fl 12<br>City,St,Z: NEW YORK CITY, NY 10022<br>Reference: 128189.01600 | 5892389 |
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $10.29 | $10.29 | FEDERAL EXPRESS<br>Invoice: 295975527<br>Tracking: 798040590449<br>Name: James Patton<br>Company: Young Conaway Stargatt & Taylo<br>Address1: 1000 N West St Fl 17<br>City,St,Z: WILMINGTON, DE 19801<br>Reference: 128189.01600 | 5892390 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/16/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice:  295975527<br>Tracking:  798040590850<br>Name:     Alan Horn<br>Company:  American Home Mortgage Holding<br>Address1:  538 Broadhollow Rd Fl 4<br>City,St,Z: MELVILLE, NY  11747<br>Reference: 128189.01600 | 5892391 |
| 10/16/08 | 1 | BRCM HOUSE | 33 | 1.00 | $21.82 | $21.82 | CONTRACTED PHOTOCOPYING Tammy Moody1 doc service via hand delivery, copy the service list onto a sheet label and cut & paste134139 | 5904962 |
| 10/23/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice:  296811145<br>Tracking:  798045306000<br>Name:     Margot Schonholtz  Scott Talma<br>Company:  Kaye Scholer LLP<br>Address1:  425 Park Ave Fl 12<br>City,St,Z: NEW YORK CITY, NY  10022<br>Reference: 128189.01600 | 5901028 |
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice:  297580144<br>Tracking:  790124062484<br>Name:     Alan Horn<br>Company:  American Home Mortgage Holding<br>Address1:  538 Broadhollow Rd Fl 4<br>City,St,Z: MELVILLE, NY  11747<br>Reference: 128189.01600 | 5911350 |
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice:  297580144<br>Tracking:  790124150575<br>Name:     Laurie Silverstein<br>Company:  Potter Anderson & Corroon LLP<br>Address1:  Hercules Plaza, 6th Floor<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5911351 |
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $10.29 | $10.29 | FEDERAL EXPRESS<br>Invoice:  297580144<br>Tracking:  790615959518<br>Name:     James Patton<br>Company:  Young Conaway Stargatt & Taylo<br>Address1:  1000 N West St Fl 17<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5911352 |
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice:  297580144<br>Tracking:  791176707612<br>Name:     Jeffrey Levine<br>Company:  Milestone Advisors, LLC<br>Address1:  1775 Eye Street, NW, Suite 880<br>City,St,Z: WASHINGTON, DC  20006<br>Reference: 128189.01600 | 5911353 |
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice:  297580144<br>Tracking:  791176716694<br>Name:     Victoria Counihan<br>Company:  Greenberg Traurig LLP<br>Address1:  1007 N Orange St Ste 1200<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5911354 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 297580144<br>Tracking: 798051104453<br>Name: Margot Schonholtz  Scott Talma<br>Company: Kaye Scholer LLP<br>Address1: 425 Park Ave Fl 12<br>City,St,Z: NEW YORK CITY, NY  10022<br>Reference: 128189.01600 | 5911355 |
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 297580144<br>Tracking: 798051107923<br>Name: Corinne Ball, Erica Ryland<br>Company: Jones Day<br>Address1: 222 E 41st St Fl 2<br>City,St,Z: NEW YORK CITY, NY  10017<br>Reference: 128189.01600 | 5911357 |
| 10/29/08 | 20 | BONNIE G. FATELL | 25 | 1.00 | $11.29 | $11.29 | FEDERAL EXPRESS<br>Invoice: 297580144<br>Tracking: 798051115303<br>Name: Joseph McMahon<br>Company: Office of the United States Tr<br>Address1: 844 N King St Rm 2313<br>City,St,Z: WILMINGTON, DE  19801<br>Reference: 128189.01600 | 5911358 |
| 10/29/08 | 2443 | DAVID W. CARICKHOFF | 37 | 1.00 | $105.00 | $105.00 | SPECIAL MAILING CHARGES | 5920085 |

|  |  |  |  |
|---|---|---|---|
| UNBILLED TOTALS: WORK: | $1,224.71 | 21 records |  |
| UNBILLED TOTALS: BILL: | **$510.34** |  |  |
| GRAND TOTAL: WORK: | $1,224.71 | 21 records |  |
| GRAND TOTAL: BILL: | **$510.34** |  |  |