IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                        :
                                                                : Jointly Administered
        Debtors.                                           :
---------------------------------------------------------------------- x  Ref. No. 6613

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 6613

The undersigned hereby certifies that, as of the date hereof, the undersigned has

received no answer, objection or other responsive pleading to Supplemental Application of

Orlans Associates as Foreclosure Specialists for the Debtors and Debtors-in-Possession for

Allowance of Compensation and Reimbursement of Expenses Incurred for the Period August 6,

2007 through April 11, 2008 (the "Application"). The Court's docket which was last updated

December 16, 2008, reflects that no objections to the Application have been filed. Objections to

the Application were to be filed and served no later than December 11, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and

Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers

Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985]

the Debtors are now authorized to pay 100% ($25,320.00) of requested fees and 100% of

requested expenses ($20,288.06) on an interim basis without further Court order.


Dated: Wilmington, Delaware
      December 16, 2008

           YOUNG CONAWAY STARGATT & TAYLOR, LLP


           /s/ Ryan M. Bartley
           James L. Patton, Jr. (No. 2202)
           Joel A. Waite (No. 2925)
           Pauline K. Morgan (No. 3650)
           Sean M. Beach (No. 4070)
           Kenneth Enos (No. 4544)
           Margaret B. Whiteman (No. 4652)
           Ryan M. Bartley (No. 4985)
           The Brandywine Building
           1000 West Street, 17th Floor
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253

           Counsel for Debtors and
           Debtors in Possession