## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | Case No. 07-11047 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due By:  January 6, 2009 @ 4:00 p.m.** |
| | : | **Hearing Date:  January 13, 2009 @ 11:00 a.m.** |

------------------------------------------------------------

### FIFTH INTERIM APPLICATION OF BLANK ROME LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>AUGUST 1, 2008 THROUGH OCTOBER 31, 2008</u>

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc*, to August 14, 2007 |
| *Period For Which Compensation And Reimbursement Are Sought*: | August 1, 2008 through October 31, 2008 |
| *Amount of Compensation Requested*: | $41,202.50 |
| *Amount of Expense Reimbursement Requested*: | $2,303.32 |

This is a fifth interim application.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Summary and Status of Monthly Fee Applications
Covered by the Within Interim Fee Application:

| Monthly Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid (80%) | Expenses Authorized to be paid (100%) | Holdback Amount |
|---|---|---|---|---|---|
| Thirteenth Monthly 11/26/2008 [Dkt. No. 6632] 08-01-08 through 08-31-08 | $14,547.00 / $1,177.48 | Objection deadline: 12/16/08 CNO [Dkt. TBD] | $11,637.60 *Pending* | $1,177.48 *Pending* | $2,909.40 *Pending* |
| Fourteenth Monthly 12/16/2008 [Dkt. No. 6724] 09-01-08 through 09-30-08 | $10,283.50 / $615.50 | Objection deadline: 1/5/09 CNO [Dkt. TBD] | $8,226.80 *Pending* | $615.50 *Pending* | $2,056.70 *Pending* |
| Fifteenth Monthly 12/16/2008 [Dkt. No. 6735] 10-01-08 through 10-31-08 | $16,372.00 / $510.34 | Objection deadline: 1/5/09 CNO [Dkt. TBD] | $13,097.60 *Pending* | $510.34 *Pending* | $3,274.40 *Pending* |
| **Totals** | **$41,202.50 / $2,303.32** | | **$32,962.00** | **$2,303.32** | **$8,240.50** |

128189.01600/21744143v.1

Summary and Status of Interim Fee Applications
Filed To Date:

| Monthly Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | Order Approving [Dkt. No.] | Fees Approved | Expenses Approved |
|---|---|---|---|---|
| First Interim Fee Application<br><br>Filed 12/17/07<br>[Dkt. No. 2413] | $332,692.50 / $20,008.49 | Signed 1/14/08 | $332,692.50 (Paid) | $20,008.49 (Paid) |
| Second Interim Fee Application<br><br>Filed 03/20/08<br>[Dkt. No. 3376] | $152,837.00 / $5,664.35 | Signed 4/14/08 | $152,837.00 (Paid) | $5,664.35 (Paid) |
| Third Interim Fee Application<br><br>Filed 06/20/08<br>[Dkt. No. 4758] | $96,266.00 / $4,838.96 | Signed 08/29/08 | $96,266.00 (Paid) | $4,838.96 (Paid) |
| Fourth Interim Fee Application<br><br>Filed 09/29/08<br>[Dkt. No. 644] | $61,856.50 / $3,538.65 | Signed 10/23/08 | $61,856.50 (Paid) | $3,538.65 (Paid) |

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.*[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due By:  January 6, 2009 @ 4:00 p.m.** |
| | : | **Hearing Date:  January 13, 2009 @ 11:00 a.m.** |

---------------------------------------------------------------

**FIFTH INTERIM APPLICATION OF BLANK ROME LLP, AS CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN
HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>AUGUST 1, 2008 THROUGH OCTOBER 31, 2008</u>**

This Fifth Interim Application for Compensation and Reimbursement of Expenses

("*Interim Application*") is filed by Blank Rome LLP ("*Blank Rome*"), co-counsel to the Official

Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the

"*Committee*"), requesting compensation and reimbursement of expenses for services provided

and expenses incurred by Blank Rome as co-counsel to the Committee for the period from

August 1, 2008 through and including October 31, 2008 ("*Fifth Interim Period*").

<u>**Background**</u>

1.      On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court

voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code

(the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an

order of this Court.  The Debtors are continuing their businesses and managing their affairs as

debtors and debtors in possession.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage
Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;
American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services,
Inc; and Great Oak Abstract Corp.

2.     On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc.[2], and United Parcel Service (Docket No. 156).

3.     Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was selected by the Committee to serve as financial advisor to the Committee.

4.     On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (the "*Blank Rome Retention Application*") (Docket No. 759).  On November 28, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 2202).

5.     Blank Rome submits this Interim Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of expenses for professionals and committee members dated September 3, 2007 (the "*Administrative Order*").

---

[2]     Waldner Business Environments, Inc. has since resigned.

**Relief Requested**

6.      Pursuant to this Interim Application, Blank Rome requests approval of allowance of compensation for actual and necessary professional services rendered in the amount of $41,202.50 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $2,303.32 for the Fifth Interim Period.

7.      A summary schedule of the time expended by all professionals and paraprofessionals engaged in the representation of the Committee is attached hereto and marked **Exhibit A**.

8.      Pursuant to the terms of the Administrative Order, Blank Rome filed and properly served three (3) monthly fee applications during the Fourth Interim Period.  In accordance with the Administrative Order, and as set forth in Local Rule 2016-2, each monthly fee application included (i) a detailed itemization of the service hours expended by matter and professional and (ii) a summary schedule of hours and fees categorized by project code.  Each monthly fee application also included a detailed chronological itemization of the services rendered by each attorney and paraprofessional, calculated by tenths of an hour and categorized in accordance with the appropriate project code.  Every effort was made by Blank Rome to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.  Time entries are edited for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and for clarity.  The project codes used by Blank Rome in connection with its representation of the Committee in this case are as follows:

3

Code 1:        Blank Rome Fee / Employment Applications

Code 2:        Other Professionals' Fee / Employment Issues

Code 3:        Executory Contracts and Unexpired Leases

Code 4:        Claims Analysis and Objections

Code 5:        Committee Business and Meetings

Code 6:        Case Administration

Code 7:        Debtor's Business Operations

Code 8:        Employee Benefits / General Labor

Code 9:        Evaluation and Negotiation of Debtor's Plan and Disclosure Statement

Code 10:       Financing Issues

Code 11:       Regulatory Matters

Code 12:       Sale of Assets / Asset Purchase Agreement

Code 13:       Stay Relief Issues

Code 14:       Secured Creditor / Equipment Lessor Issues

Code 15:       Tax Issues

Code 16:       Asset Analysis and Recovery

Code 17:       Hearings – Attendance / Preparation

Code 18:       Loan Servicing Transfer Issues

Code 19:       D & O Issues / E & O Issues

Code 20:       Non-Working Travel Time

Code 21:       Adversary Litigation

9.      A detailed chronological itemization of the services covered by the within Interim Application, together with a summary of hours and fees categorized by project code, are attached hereto as **Exhibit B**.

10.     A summary schedule of the out-of-pocket expenses incurred by Blank Rome is attached hereto and marked **Exhibit C**.

11.     The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Fifth Interim Period was 112.9 hours at an average billing rate of approximately $364.95 per hour.  The value

4

of these services has been computed at the rates Blank Rome customarily charges for similar services provided to other clients.

**Monthly Fee Applications Covered
By The Within Interim Fee Application**

12.    Pursuant to the Administrative Order, and with respect to the within Interim Application, Blank Rome filed its thirteenth monthly fee application (Dkt. #6632) on November 26, 2008 ("Thirteenth Monthly Fee Application"), pursuant to which Blank Rome sought approval of 80% of the total compensation, $14,547.00, and 100% reimbursement of expenses expended by Blank Rome, $1,177.48, for the period of August 1, 2008 through August 31, 2008. Blank Rome incorporates by reference its Thirteenth Monthly Fee Application as if all were attached hereto in full and made a part hereof.  A copy of the Thirteenth Monthly Fee Application is available upon request.  Upon the passage of the objection deadline, and if no objections are of record, a certificate of no objection to the Thirteenth Monthly Fee Application will be filed.  Blank Rome has not yet been paid for services rendered to the Committee with respect to its Thirteenth Monthly Fee Application.

13.    Further, Blank Rome filed its fourteenth monthly fee application (Dkt. #6724) on December 16, 2008 ("Fourteenth Monthly Fee Application"), pursuant to which Blank Rome sought approval of 80% of the total compensation, $10,283.50, and 100% reimbursement of expenses expended by Blank Rome, $615.50, for the period of September 1, 2008 through September 30, 2008.  Blank Rome incorporates by reference its Fourteenth Monthly Fee Application as if all were attached hereto in full and made a part hereof.  A copy of the Fourteenth Monthly Fee Application is available upon request.  To date, Blank Rome has received no objections to the Fourteenth Monthly Fee Application.  The deadline to objection and/or respond to Blank Rome's Fourteenth Monthly Fee Application is January 5, 2009.  Upon the passage of the objection deadline, and if no objections are of record, a certificate of no

5

objection to the Fourteenth Monthly Fee Application will be filed.  Blank Rome has not yet been paid for services rendered to the Committee with respect to its Fourteenth Monthly Fee Application.

14.     Further, Blank Rome filed its fifteenth monthly fee application (Dkt. #6735) on December 16, 2008 ("Fifteenth Monthly Fee Application"), pursuant to which Blank Rome sought approval of 80% of the total compensation, $16,372.00, and 100% reimbursement of expenses expended by Blank Rome, $510.34, for the period of October 1, 2008 through October 31, 2008.  Blank Rome incorporates by reference its Fifteenth Monthly Fee Application as if all were attached hereto in full and made a part hereof.  A copy of the Fifteenth Monthly Fee Application is available upon request.  To date, Blank Rome has received no objections to the Fifteenth Monthly Fee Application.  The deadline to objection and/or respond to Blank Rome's Fifteenth Monthly Fee Application is January 5, 2009.  Upon the passage of the objection deadline, and if no objections are of record, a certificate of no objection to the Fifteenth Monthly Fee Application will be filed.  Blank Rome has not yet been paid for services rendered to the Committee with respect to its Fifteenth Monthly Fee Application.

15.     Blank Rome submits that the services rendered were actual and necessary, that the compensation sought herein is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code and the expenses for which reimbursement is sought were actual and necessary.  Moreover, Blank Rome has reviewed the requirements of Del. Bankr. LR 2016-2, and the Administrative Order, and believes that this Interim Application complies with that rule and that order.

16.     Blank Rome seeks this Court's approval for the total fees for services rendered and disbursements in the amounts set forth above and an order requesting the Debtors to pay any outstanding unpaid fees and expenses for such period.

6

17.     A copy of this Interim Application will be served upon the Debtors and the Notice

Parties as defined in the Administrative Order.  A copy of the Notice (only) of this Interim

Application will be served upon those parties listed on the 2002 Service List.

WHEREFORE, Blank Rome respectfully requests that this Court enter an Order,

substantially in the form attached hereto (i) approving this Interim Application, (ii) providing

that an allowance be made to Blank Rome in the sum of $41,202.50 as compensation for

reasonable and necessary professional services rendered to the Committee and in the sum of

$2,303.32 for reimbursement of actual and necessary costs and expenses incurred, for a total of

$43,505.82, (iii) authorizing and directing the Debtors to pay Blank Rome the outstanding

amount of such sums, and (iv) for such other relief as the Court deems proper and just.

**BLANK ROME LLP**

Dated: December 16, 2008

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

Co-Counsel to the Official Committee of
Unsecured Creditors of American Home Mortgage
Holdings, Inc., *et al.*

128189.01600/21744143v.1