AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
AUGUST 1 - OCTOBER 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $650.00 | 0.50 | $325.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $610.00 | 4.20 | $2,562.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $580.00 | 2.40 | $1,392.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $430.00 | 63.90 | $27,477.00 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $290.00 | 0.60 | $174.00 |
| Senese, K. | Paralegal | $225.00 | 40.50 | $9,112.50 |
| Moody, T. | Paralegal | $200.00 | 0.80 | $160.00 |
| Grand Total: | | | 112.90 | $41,202.50 |
| Blended Rate: | | | | $364.95 |