AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
AUGUST 1 - OCTOBER 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 15.60 | $4,063.50 |
| 2 | Other Professionals' Fee/Employment Issues | 11.90 | $3,864.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.40 | $172.00 |
| 4 | Claims Analysis and Objections | 6.80 | $2,698.50 |
| 5 | Committee Business and Meetings | 10.50 | $4,333.50 |
| 6 | Case Administration | 12.20 | $2,827.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.80 | $180.00 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 15.00 | $6,625.50 |
| 10 | Financing Issues | 1.20 | $549.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 4.40 | $2,532.50 |
| 13 | Stay Relief Issues | 3.20 | $1,258.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 27.00 | $10,954.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 3.90 | $1,144.00 |
| | **TOTALS** | **112.90** | **$41,202.50** |