AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
AUGUST 1 - OCTOBER 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Reproduction of Documents | Contracted Photocopying - Parcels | $883.64 |
| Courier and Express Services | Federal Express | $411.99 |
| Hand Delivery Service | Parcels | $22.50 |
| E-Services | E-Filing, CD Duplication, E-Mail | $12.88 |
| Special Mailing Charges | | $105.00 |
| Westlaw | | $178.59 |
| Record/Docket Searches | | $688.72 |
| **TOTAL** | | **$2,303.32** |