IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.*[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: January 6, 2009 @ 4:00 p.m.**
: **Hearing Date: January 13, 2009 @ 11:00 a.m.**


**NOTICE OF FOURTH INTERIM FEE APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** ***ET AL.*****, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD OF MAY 1, 2008 THROUGH JULY 31, 2008</u>**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On December 16, 2008, the Fourth Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of May 1, 2008 through July 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Interim Application, Hahn & Hessen LLP seeks the allowance and payment of compensation in the amount of $584,631.50 and reimbursement of expenses in the amount of $14,233.39 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) during the period of May 1, 2008 through July 31, 2008 (the *"Application Period"*).

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21745993v.1

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **January 6, 2009 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for **January 13, 2009 at 11:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: December 16, 2008

    BLANK ROME LLP

    */s/ Bonnie Glantz Fatell*
    Bonnie Glantz Fatell (No. 3809)
    David W. Carickhoff (No. 3715)
    1201 Market Street, Suite 800
    Wilmington, Delaware 19801
    Telephone:   (302) 425-6400
    Facsimile:    (302) 425-6464

    And

    Mark S. Indelicato
    Hahn & Hessen LLP
    488 Madison Avenue
    New York, NY  10022
    Telephone:  (212) 478-7200
    Facsimile:  (212) 478-7400

    *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

128189.01600/21745993v.1