**Margaret Gibson**

7801 Point Meadows Drive, Unit 3110
Jacksonville, FL 32256

▶ **United States Bankruptcy Court
For District of Delaware**

824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Subject: Wrong Debtor Claim – Claim asserted against wrong debtor

Claim # 1148, New Case Number 07-11051

**To Whom It May Concern,**

I am sending this letter in response to the notice that I received regarding my original claim being filed under the wrong Debtor. Thank you for reassigning my claim to the correct Debtor. I have no objection to this change as long as I will still receive my payment of outstanding vacation pay form when I was employed by American Home Mortgage. Please let me know if there is anything else that I need to do in order for me to receive my payment.

Thank you for your time,

*Margaret Gibson*
Margaret Gibson
Administrative Assistant
12/13/2008

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: December 15, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: December 22, 2008 at 10:00 a.m. (ET) |
| | ) |
| AHM OB24 11/21/2008 (merge2.txnum2) 4000001089 EPIQ Use - 34 | ) |

GIBSON, MARGARET
2483-4 WHISPERING WOODS BLVD
JACKSONVILLE, FL 32246

## NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: GIBSON, MARGARET
2483-4 WHISPERING WOODS BLVD
JACKSONVILLE, FL 32246

**Basis For Objection:** Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 1148 | $1,338.64 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before **December 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 21, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

