IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        :    Jointly Administered
         Debtors.                                       :

------------------------------------------------------------------------ x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 22, 2008 AT 11:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.    Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

      Objection Deadline:   November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

      Related Document:

            a)    Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

      Objections Filed:    None

      Status: This matter has been resolved in part.  The remainder of this matter will be adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.     CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to
       Release Loan Documents [D.I. 2515, 12/27/07]

       Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00
                              p.m.

       Objections Filed:

              a)     Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic
                     Stay and Compel the Debtors to Release Loan Documents [D.I. 2635,
                     1/9/08]

       Status: This matter will be adjourned until such time as it is re-noticed for hearing by
              CitiMortgage, Inc.

3.     Motion of National City Capital Commercial Corporation for Entry of Order Granting
       Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to
       11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

       Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to November 5, 2008 for
                              the Debtors and Committee
       Objections Filed:

              a)     Debtors' Objection to Motion of National City Capital Commercial
                     Corporation for Entry of Order Granting Allowance and Payment of Post-
                     Petition Rent as an Administrative Expenses Pursuant to 11 U.S.C. §
                     503(b)(1)(a) [D.I. 6506, 11/5/08]

              b)     Joinder of the Official Committee of Unsecured Creditors to the Debtors'
                     Objection to Motion of National City Capital Commercial Corporation for
                     Entry of Order Granting Allowance and Payment of Post-Petition Rent as
                     an Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I.
                     6520, 11/6/08]

       Status: This matter will be adjourned by agreement to January 13, 2009 at 11:00 a.m.

4.     Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
       [D.I. 3474, 3/28/08]

       Response Deadline:    April 24, 2008 at 4:00 p.m.

       Responses Filed:      See Exhibit A, attached

066585.1001

Related Document:

a)  Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

5.  Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:  May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

Objections Filed:

a)  Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5602, 9/8/08]

b)  Limited Joinder of Official Committee of Unsecured Creditors to Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

Status: This matter will be adjourned to January 13, 2009 at 11:00 a.m.

6.  Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:  May 20, 2008 at 4:00 p.m.

Related Documents:

a)  Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:  See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

7.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

    a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

8.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

9.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

DB02:7625499.1    066585.1001

10.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

11.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit G, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

12.    Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5461, 8/18/08]

066585.1001

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

13.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]
Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

   b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

   c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

14.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6217, 10/10/08]

Responses Filed:    Please see Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

6

15. Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

Related Document:

a)    Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed:

b)    Debtors' Objection to Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

Status: This matter will be adjourned by agreement to January 13, 2009 at 11:00 a.m.

16.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

17.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)      Notice of Submission of Claims [D.I. 6206, 10/10/08]

b)      Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

c)      Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:     See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection. The remainder of this matter will be adjourned to January 13, 2009 at 11:00 a.m.

18.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:   November 5, 2008 at 4:00 p.m.

Responses Filed:     See Exhibit M, attached

Related Document:

a)      Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to January 13, 2009 at 11:00 a.m.

19.    Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:   November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

a)      Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

b)      Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6592, 11/19/08]

    c)    Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter will be adjourned by agreement to January 13, 2008 at 11:00 a.m.

20.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned to January 13, 2009 at 11:00 a.m.

21.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit N, attached

Status: This matter will be adjourned to January 13, 2009 at 11:00 a.m.

22.    Pre-Trial Conference: *Community Development Administration and M&T Bank v. American Home Mortgage Corp., and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc,. and Bank of America, N.A., and Deutsche Bank National Trust Co., and WRL Recovery Fund III, L.P.* [Adv. No. 08-50633]

Status: The parties have reached a settlement of the matter and have filed a motion for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned pending approval of the settlement.

23.    Pre-Trial Conference: *Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al.* [Adv. No. 08-50634]

Status: The parties have reached a settlement of the matter and have filed a motion for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned pending approval of the settlement.

24.    Pre-Trial Conference: *American Home Mortgage Corp., d/b/a American Brokers Conduit, v. Attorneys' Title Insurance Fund, Inc.* [Adv. No. 08-51039]

    

Status: The parties have reached a settlement of the matter and have filed a motion for approval pursuant to Fed. R. Bank. P. 9019. This matter will be adjourned pending approval of the settlement.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

25.    Debtors' Motion to Further Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 6642, 12/1/08]

Objection Deadline:    December 15, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 6745, 12/18/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

26.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Approving and Authorizing the Stipulation Between American Home Mortgage Corp., et al. and Community Development Administration, et al. [D.I. 6656 and 14, 12/2/08]

Objection Deadline:    December 15, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 6746, 12/18/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

27.    Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. [D.I. 6657 and 5, 12/2/08]

Objection Deadline:    December 15, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 6747, 12/18/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

066585.1001

## CONTESTED MATTERS GOING FORWARD

28.    Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6609 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Responses Filed:        See Exhibit O, attached

Status: This matter will be going forward unless otherwise noted on Exihbit O.

29.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Responses Filed:        See Exhibit P, attached

Status: This matter will be going forward unless otherwise noted on Exhibit P.


Dated: Wilmington, Delaware                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
            December 18, 2008

/s/ Nathan D. Grow
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

DB02:7625499.1                                                                              066585.1001

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to January 13, 2009 at 11:00 a.m. |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to January 13, 2009 at 11:00 a.m. |

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Karen Gravely-Robinson |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Hardin County |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Deborah Mills |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to January 13, 2009 at 11:00 a.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to January 13, 2009 at 11:00 a.m. |

DB02:7625499.1    066585.1001

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Souderton Area School District |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Spring-Ford Area School District |  | Adjourned to January 13, 2009 at 11:00 a.m. |

### Exhibit F, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Audrey Andrews | 4984, 7/7/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned to January 13, 2009 at 11:00 a.m. |

### Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to January 13, 2009 at 11:00 a.m. |

### Exhibit H, Twelfth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Kruse Way, LLC |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Meadows Lake Oswego |  | Adjourned to January 13, 2009 at 11:00 a.m. |

DB02:7625499.1                                                     066585.1001

Exhibit I, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | David Nerland | 5320 | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Countrywide | 5337, 8/8/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to March 18, 2009 at 10:00 a.m. |
| | David Holan | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Nomura Credit & Capital | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Mitchell Eininger | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Thomas Adkins, Jr. | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Kevin Kerr | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Katherine Lalime | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | GE Money Bank | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Terri Crites | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Lonnie Watkins | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | William Farnan | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Jon Lucas | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Thomas Guinta | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Joseph Spinelli, Jr. | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Charles Doyle | | Adjourned to January 13, 2009 at 11:00 a.m. |
| | Linda Larsen | | Adjourned to January 13, 2009 at 11:00 a.m. |

DB02:7625499.1

066585.1001

|  | George T. Matthews |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Calvin Kammeyer |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Minda Boxer |  | Adjourned to January 13, 2009 at 11:00 a.m. |

## Exhibit J, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|--|----------|------------------------|--------|
|  | Joseph Dionisio | 5521, 8/21/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Ray Palen | 5522, 8/22/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Joshua Kappelman | 5546, 8/26/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Ronald Bergum | 5608, 9/8/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Tammy Pederson | 5794, 9/8/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | I. Crain Houston | 5822, 9/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Beverly Creswell | 5815, 9/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | John Johnston | 5818, 9/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Michael Kalmonson | 5816, 9/11/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Office Max |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Robin Balfour |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Michael Wheeler |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Keith Wesolowski |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Mary Ann Anderson |  | Adjourned to January 13, 2009 at 11:00 a.m. |

| | | |
|---|---|---|
| Julie Miller | | Adjourned to January 13, 2009 at 11:00 a.m. |
| Thomas J. Perkins | | Adjourned to January 13, 2009 at 11:00 a.m. |
| Lisa M. Schreiber | | Adjourned to January 13, 2009 at 11:00 a.m. |
| Judie McGaha | | Adjourned to January 13, 2009 at 11:00 a.m. |
| Richard Hawkwell | | Adjourned to January 13, 2009 at 11:00 a.m. |

## Exhibit K, Seventeenth Omnibus Objection

| Claimant | Docket No., Date Filed | Status |
|---|---|---|
| Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Matthew Liang | 6122, 9/26/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Robert Sweeney | 6123, 9/26/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| American Express Travel Related Services | | Adjourned to January 13, 2009 at 11:00 a.m. |

## Exhibit L, Nineteenth Omnibus Objection

| Claimant | Docket No., Date Filed | Status |
|---|---|---|
| Eric Segall | 6230, 10/15/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Jeffrey Harmon | 6231, 10/15/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| DD Halpern | 6232, 10/15/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Paul Parotti | 6233, 10/15/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Baron O'Brien | 6235, 10/15/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| Sally Hamilton | 6414, 10/22/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
| American Express Travel Related Svc. Co. | | Adjourned to January 13, 2009 at 11:00 a.m. |

DB02:7625499.1                                                                                     066585.1001

## Exhibit M, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Connie Zinter | 5499, 11/5/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Letort Mortgage Group Inc. |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Southern Horizon Financial Group, LLC |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Tracy Lussier |  | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Sun Life Assurance Company of Canada |  | Adjourned to January 13, 2009 at 11:00 a.m. |

## Exhibit N, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to January 13, 2009 at 11:00 a.m. |
|  | Scott Jossart |  | Adjourned to January 13, 2009 at 11:00 a.m. |

## Exhibit O, Twenty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Richard Barrett-Snyder | 6683, 12/8/08 | The Objection will be withdrawn |
| 1 | Margaret Gibson | 6742, 12/17/08 | Going forward |
| 2 | Anthony Wilson |  | Going forward |

DB02:7625499.1

066585.1001

**Exhibit P, Twenty-Fifth Omnibus Objection**

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Donna Weilburg | 6695, 12/10/08 | Going forward |
|   | Helen Cannito |   | The Objection will be withdrawn |
|   | Riverside County Treasurer-Tax Collector |   | Adjourned to January 13, 2009 at 11:00 a.m. |

18