# REQUEST FOR PAYMENT OF TAXES

Bankruptcy Code Cases-Administrative Expenses

Case Number: 07-11051
Chapter of Case: 11
Date of Petition: 08/06/07

United States Bankruptcy Court for the
  District of Delaware

Account: 42060-01

**In the Matter of:**
**American Home Mortgage Corp.**

1. The undersigned, whose business address is 301 King Street, Room 1700, P.O. Box 178, Alexandria, Virginia 22314, is the agent of the City of Alexandria, and is authorized to make this Request for Payment on behalf of the City of Alexandria, Virginia.

2. Request is made for payment of taxes and any interest and/or penalty due under the laws of the City of Alexandria and the Commonwealth of Virginia.

3. The ground of liability is taxes due under the laws of the City of Alexandria and the Commonwealth of Virginia.

**Administrative Claims**

| Tax Type | Tax Period | Amount | Interest Accrued to date below | Penalty Accrued to date below | Balance Due |
|---|---|---|---|---|---|
| Business License Tax | 2008 | $ 2,479.37 | $ 213.70 | $ 247.94 | $ 2,941.01 |
| Business Personal Property Tax | 2008 | $ 5,401.61 | $ 78.63 | $ 837.25 | $ 6,317.49 |

Amount Due as of date of this Request.................................................. $ 9,258.50

---

Signature: [signature: Michele M. Harlow]        Date: December 12, 2008

Title: Michele M. Harlow, Revenue Collection Specialist        Telephone Number: (703) 838-4570

Penalty for presenting a Fraudulent Claim - Fine of up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§152 and 3571.

# City of Alexandria, Virginia

## Department of Finance
### Revenue Division
### December 12, 2008

| | |
|---|---|
| DEBTOR(S): | AMERICAN HOME MORTGAGE CORP. |
| SSN OR FED ID: | XX-XXX1558 |
| CASE NUMBER: | 07-11051 |
| DATE FILED: | August 6, 2007                                   Chapter 11 |

## STATEMENT OF ACCOUNTS

**BUSINESS LICENSE TAX**

| YEAR | ACCOUNT NUMBER | TAX | PENALTY | INTEREST | AMOUNT DUE |
|---|---|---|---|---|---|
| 2008 | 42060-01 | $2,479.37 | $247.94 | $213.70 | $2,941.01 |

**BUSINESS PERSONAL PROPERTY TAX**

| YEAR | ACCOUNT NUMBER | TAX | PENALTY | INTEREST | AMOUNT DUE |
|---|---|---|---|---|---|
| 2008 | 4206001 | $5,401.61 | $837.25 | $78.63 | $6,317.49 |

**Total Administrative Expenses to the City of Alexandria**                                              **$9,258.50**



| Business Tax Branch | DEPARTMENT OF FINANCE | Tax Services & |
|---|---|---|
| (703) 838-4680 | | Enforcement Branch |
| FAX (703) 519-3418 | | (703) 838-4570 |
| | | FAX (703) 548-6065 |
| Personal Property Tax Branch | Revenue Division | Audit Unit |
| (703) 838-4560 | P. O. Box 178, Alexandria, Virginia 22313 | (703) 838-3869 |
| FAX (703) 706-3996 | alexandriava.gov | FAX (703) 548-6065 |

December 12, 2008

AMERICAN HOME MORTGAGE CORP
538 Broadhollow Road
Melville, NY  11747-

Ref: AMERICAN HOME MORTGAGE CORP

Dear Sir or Madam:

Based on an audit of your account, your application for a 2008 Business License is pending approval because additional taxes are due. Please check your records against our correction below. If you agree with the revised figures, please return this letter with a check for the balance due in the envelope enclosed. If you have any question, please call the Business Tax Branch, Monday through Friday, 8 a.m. - 5 p.m. at (703) 838-4680.

```
    Block       (Tax Rate = 0.0035)
    Number      The Business began 09/01/04.
    1.  2007 Actual Gross Receipts.........................    708,391
    2.  2007 Estimated Gross Receipts (as previously reported).  615,992
    3.  Adjusted Gross Receipts for 2007 ..................     92,399
    4.  Tax paid on estimated gross receipts for the 2007 tax year. 2,156
    5.  Estimated Gross Receipt for 2008  .....................708,391
    6.  License Base
        (A) Line 5 x Tax Rate...................  2,479.37
        (B) 2007 Tax Adjustment...............      0.00
            (Line 1 x Tax Rate Minus Line 4)
    7.  Net Tax Due (Line 6a + 6b)........................    2,479.37
    8.  Late Payment Penalty..............................      247.94
    9.  Interest 10% Annually.............................      213.70
        Previous Unpaid Balance...........................        0.00

    10. Total Amount Due..................................    2,941.01
    11. Amount Paid.......................................        0.00
    12. Balance Due.......................................    2,941.01
```

Please remit your payment or contact the Business Tax Branch at the number shown above within 10 days of the date of this letter.

Sincerely,

*[signature]*
Business Tax Branch

000 128 706 0   42060 01 1

# City of Alexandria, Virginia

City Hall, 301 King Street, Alexandria, VA 22314

## Business Property Tax Bill

AMERICAN HOME MORTGAGE CORP
700 S WASHINGTON ST
Alexandria, VA, 22314-

(Property Location)

CUSTOMER ID: 000128706

**STATUTORY BILL**

CURRENT YEAR ASSESSMENT SCHEDULE SUMMARY

| Account No. | Schedule A Furniture and Equipment | Schedule B Machinery | Schedule C Unlicensed Vehicles | Schedule D Computers | Total Assessment |
|---|---|---|---|---|---|
| 4206001 | | | | | 113,718 |

### TAX SUMMARY

| Tax Year | Total Assessment | Tax Amount | Late Filing Penalty | Late Payment Penalty | Interest | Payment/ Adjustment | Amount Due |
|---|---|---|---|---|---|---|---|
| 2008 | 113,718 | 5,401.61 | 270.08 | 567.17 | 78.63 | 0.00 | 6,317.49 |
| 2007 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | **Total Due Amount:** | **$6,317.49** |

**Please make check payable to City of Alexandria**
Payment Due October 06, 2008

Printed: Dec 12, 2008

### HOW TO PAY
- Pay by mail using the enclosed return envelope, or mail payment to Treasurer's Office, P.O. Box 34745, Alexandria, VA 22334-0745.
- Pay at any SunTrust Bank branch located in the City. SunTrust Bank will only accept payment of the total amount printed on this business property tax bill until 5:00 p.m. on October 6, 2008.
- Pay in person at the Treasury Division, City Hall, Room 1510. Office hours are 8:00 a.m. to 5:00 p.m. Monday through Friday, except holidays. A dropbox located on the Royal Street side of City Hall is also available 24 hours a day.
- Pay with your Discover card in person at the Treasury Division, or by calling 703-838-4777 between 8:00 a.m. and 5:00 p.m., Monday through Friday. Discover will assess a fee for using this service.
- Pay with your Visa, Mastercard, American Express, or Discover card, 24 hours a day 7 days a week, by calling 1-800-272-9829, or online at alexandriava.gov. You may also pay by credit card online at City Hall, Room 1700 during normal Office hours. Official Payments Corporation will assess a fee for using this service. The City's jurisdiction code is 1007.

### DUE DATE
- The 2008 business property tax and late filing penalty are due on October 6, 2008.
- Payments must be received by the City or postmarked by the U.S. Postal Service no later than October 6, 2008. The U.S. Postal Service postmark will determine the date of payment.

### PENALTY AND INTEREST
- If your business property tax return was not filed on time, a late filing penalty of 5% of tax, or $10, whichever is greater, is included on this business property tax bill. However, late filing penalty may not exceed the tax; and may not exceed $500, if the return was filed within 30 days of the filing due date.
- The penalty for late payment is 10% of the tax and late filing penalty or $10, whichever is greater. However, late payment penalty may not exceed the sum of the tax and late filing penalty.
- In addition, interest will be assessed on any unpaid tax and penalties, at an annual rate of 10% the first year and 5% each year thereafter, beginning October 6, 2008 and continuing until all tax and penalties are paid.

### CORRECTIONS
- If your name, address, or business information is incorrect, or if you ceased operations in the City, please contact the Business Tax Branch at 703-838-4680, or P.O. Box 178, Alexandria 22313, before October 6, 2008.

### ADDITIONAL INFORMATION
- All business property is assessed as of January 1 each year. The Code of Virginia does not authorize the City to prorate business property taxes.
- For information on assessments, appeals, or late filing penalty, please call the Business Tax Branch at (703) 838-4680.
- For information on payments, late payment penalty, and interest, please call the Treasury Division at (703) 838-4777.
- Si usted requiere asistencia en Español, por favor llamar al 703-519-6506, extension 603.

---

**Return this portion with check made payable to CITY OF ALEXANDRIA.**

2007 Business Property Property Tax

| | | |
|---|---|---|
| Customer Identification Number | 000128706 | |
| Account Number | 4206001 | |
| Total Assessment | $113,718.00 | |

Total Enclosed [ ]

| | |
|---|---|
| 2008 Tax | $5,401.61 |
| Late Filing Penalty | $270.08 |
| Late Payment Penalty | $567.17 |
| Interest | $78.63 |
| Payments/Credits | $0.00 |
| Prior Year Balance | 0.00 |

**TOTAL DUE OCTOBER 06, 2008**       **$6,317.49**

AMERICAN HOME MORTGAGE CORP
538 Broadhollow Road
Melville, NY 11747-

A27/00012870642060018000631749 8