IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :   Jointly Administered
        Debtors.                                    :
------------------------------------------------------------------- x
```

## AFFIDAVIT OF MAILING

```
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )
```

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On July 28, 2008, I caused to be served true and correct copies of the "Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection To Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," dated July 17, 2008, [Docket No 5169], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

5th  day of August, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614890
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\Order Granting the 11th Omnibus Objection_aff 7-28-08.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AAG PROPERTIES LLC | ATTN ANDREW MONSOUR,2762 ELECTRIC RD STE B, ROANOKE, VA 24018 |
| BERTI, CHRISTINE | 124 CORNWELL AVE, WILLISTON PARK, NY 11596 |
| CAPAX INSURANCE | 1150 NINTH ST.,SUITE 1400, MODESTO, CA 95354 |
| ELITE FIRE PROTECTION, INC. | 252 EASTERN PARKWAY, FARMINGDALE, NY 11735 |
| FILIBERTO, STEPHEN | 37 FROST VALLEY DR, EAST PATCHOGUE, NY 11772 |
| FREEDMAN, MARK S | 17 CORNELIA ST NUMBER 2 C, NEW YORK, NY 10014 |
| FUREY, THOMAS | 6 MARVIN PLACE, BETHEL, CT 06801 |
| HECK, KATHLEEN R | 30 HIDEAWAY LN, SPARTA, NJ 07871 |
| KEYSTONE BUSINESS PRODUCTS | ATTN TAMMY DOUGHERTY, ACCTG SUPERVISOR,2298 BRODHEAD ROAD, BETHLEHEM, PA 18020 |
| NEWMAN, JOHN | 312 BAY AVE, HUNTINGTON BAY, NY 11743 |
| ST ANDREWS PLACE LLC | C/O JDH DEVELOPMENT,PO BOX 35193, CHARLOTTE, NC 28235 |

**Total Creditor Count 11**