IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :  Jointly Administered
    Debtors.                                                       :
------------------------------------------------------------------ x

**THIRD APPLICATION OF KILPATRICK STOCKTON LLP
(FORMERLY MULDOON MURPHY & AGUGGIA LLP) AS COUNSEL FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP) |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | December 15, 2007 |
| Period for which compensation and reimbursement is sought: | November 1, 2008 through November 30, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $ 1914.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $ 57.45 |

This is an:  __X__ interim  ____ final application

This application includes 0 hours incurred in connection with the preparation of Fee Applications.

US2008 515289.1

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 6743/ 10/29/08 | December 1, 2007 – September 30, 2008 | $46,816.25 | $238.40 | $37,453.00 | $238.40 |
| 6743/ 11/21/08 | October 1, 2008 – October 31, 2008 | $ 4,114.50 | $ 29.50 | | |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Christina M. Gattuso | Partner since May 2008. Joined Kilpatrick Stockton LLP as Partner in May 2008. Previously, Partner in Muldoon Murphy & Aguggia LLP from June 1996 to May 2008. Member of Maryland Bar since 1984 and District of Columbia Bar since 1995. | $435 | See Exhibit A | See Exhibit A |
| Grand Total: | | | 4.40 | $1,914.00 |
| Blended Rate: | | | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| General Bank Regulatory | 0.40 | $ 174.00 |
| Sale of Thrift | 4.00 | $1,740.00 |
|  |  |  |
| TOTALS |  | $1,914.00 |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Reproduction Charges | $13.70 |
| Staff Overtime | $43.75 |
| **TOTAL** | **$57.45** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
            Debtors.                                             :
                                                                 :
---------------------------------------------------------------- x

## SECOND APPLICATION OF KILPATRICK STOCKTON LLP (FORMERLY MULDOON MURPHY & AGUGGIA LLP) AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP) (hereinafter referred to as "KS") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for the period of November 1, 2008 through November 30, 2008 (the "Interim Fee Period") in the amount of $1,914.00 together with reimbursement for actual and necessary expenses incurred in the amount of $57.45. In support of its Application, KS respectfully represents as follows:

### RETENTION

1. KS has been employed by the Debtors since December 2007 to represent the Debtors as bank regulatory counsel in connection with their sale of American Home Bank. KS's (formerly Muldoon Murphy & Aguggia LLP) retention was approved effective as of December 15, 2007 by Order of this Court dated January 10, 2008 [Docket No. 2663]. The Order authorized KS

US2008 515289.1

to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by KS were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED FOR THE INTERIM FEE PERIOD

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period in the amount of $1,914.00. Exhibit B is a detailed statement of expenses in the amount of $57.45. All fees and expenses were incurred during the Interim Fee Period.

4. The services rendered by KS during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5. KS has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $57.45. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Interim Fee Period may be found in Exhibit B.

6. Costs incurred for overtime and computer assisted research are not included in KS's normal hourly billing rates and, therefore, are itemized and included in KS's disbursements.

Pursuant to Local Rule 2016-2, KS represents that its rate for duplication is $0.10 per page, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges), and it does not charge for incoming telecopier transmissions.

## **VALUATION OF SERVICES**

7. Attorneys and paralegals of KS have expended a total of 4.40 hours in connection with this matter during the Interim Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are KS's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by KS for the Interim Fee Period as counsel for the Debtors in these cases is $1,914.00.

9. KS believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the Interim Fee Period from November 1, 2008 through November 30, 2008.

WHEREFORE, KS requests that allowance be made to it in the sum of $1,914.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $57.45 for reimbursement of actual necessary costs and expenses incurred during the Interim Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Washington, DC

December 12, 2008

KILPATRICK STOCKTON LLP

_____
Paul M. Aguggia
Christina M. Gattuso
607 14th Street, NW
Suite 900
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 508-5858

Counsel for Debtors and
Debtors in Possession

## VERIFICATION OF FEE APPLICATION

STATE OF DELAWARE    )
                    )  SS:
NEW CASTLE COUNTY    )

Christina M. Gattuso, Esquire, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm, Kilpatrick Stockton LLP.

2. I have personally performed many of the legal services rendered by Kilpatrick Stockton LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

CHRISTINA M. GATTUSO

SWORN TO AND SUBSCRIBED before me this 12th day of December, 2008.

Notary Public
My Commission Expires: 8/31/13

US2008 515289.1

# EXHIBIT A



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
P.O. Box 945614
Atlanta Georgia 30394
Telephone (866)244-4934
www.kilpatrickstockton.com
Fed I.D. 58-0511774

December 8, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.  Client:    60214
520 BROADHOLLOW ROAD                   Matter:   363244
MELVILLE, NY  11747                    Invoice #: 11023220

RE:  SALE OF THRIFT

**For Professional Services Through November 30, 2008:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/2008 | CMG | Conference call with J. Weissman, et. al. regarding comments on SPA | 1.70 | 435.00 | 739.50 |
| 11/05/2008 | CMG | Prepare for conference call | 0.30 | 435.00 | 130.50 |
| 11/07/2008 | CMG | Review retention chart | 0.10 | 435.00 | 43.50 |
| 11/11/2008 | CMG | Review revised SPA | 0.30 | 435.00 | 130.50 |
| 11/12/2008 | CMG | Review issues list from J. Weissman | 0.20 | 435.00 | 87.00 |
| 11/12/2008 | CMG | Email J. Weissman regarding comments on issues | 0.10 | 435.00 | 43.50 |
| 11/12/2008 | CMG | Email with R. Young (Milestone) | 0.10 | 435.00 | 43.50 |
| 11/13/2008 | CMG | Telephone call with Milestone regarding liquidation option | 0.30 | 435.00 | 130.50 |
| 11/13/2008 | CMG | Email with J. Weissman regarding SPA | 0.10 | 435.00 | 43.50 |
| 11/17/2008 | CMG | Review email on SPA regarding FHLB stock | 0.10 | 435.00 | 43.50 |
| 11/19/2008 | CMG | Email regarding FHLB stock and SPA | 0.20 | 435.00 | 87.00 |
| 11/20/2008 | CMG | Review SPA; emails with R. Young regarding SPA; telephone call with J. Nelligan | 0.50 | 435.00 | 217.50 |

**Total Fees**                                              $1,740.00

**TOTAL AMOUNT DUE THIS INVOICE**                           $1,740.00

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
*www.kilpatrickstockton.com*
*Fed I.D. 58-0511774*

December 8, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.   Client:   60214
520 BROADHOLLOW ROAD                    Matter:   363245
MELVILLE, NY  11747                     Invoice #: 11023220

RE:   GENERAL BANK REGULATORY

**For Professional Services Through November 30, 2008:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/2008 | CMG | Telephone call with K. Nystrom regarding retention payments | 0.10 | 435.00 | 43.50 |
| 11/06/2008 | CMG | Review retention payment schedule | 0.10 | 435.00 | 43.50 |
| 11/07/2008 | CMG | Review question on loan sale | 0.10 | 435.00 | 43.50 |
| 11/10/2008 | CMG | Telephone call with K. Nystrom | 0.10 | 435.00 | 43.50 |
| | | **Total Fees** | | | **$174.00** |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

# EXHIBIT B

 **KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
www.kilpatrickstockton.com
Fed I.D. 58-0511774

December 8, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
520 BROADHOLLOW ROAD
MELVILLE, NY  11747

Client:   60214

RE:   363244, 363245

## INVOICE OF OTHER CHARGES

<u>363245:</u>  GENERAL BANK REGULATORY

| | |
|---|---:|
| Document Reproduction | 13.70 |
| Staff Overtime | 43.75 |
| **Matter Total** | **$57.45** |

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM