# ANDROSKI, ANDROSKI, ANDROSKI & ANDROSKI

ATTORNEYS AND COUNSELORS AT LAW
THE JOHN F. ANDROSKI BUILDING
156 MAIN STREET, P.O. BOX 656, ANSONIA, CT 06401

JOHN F. ANDROSKI (1911-1991)
JOHN F. X. ANDROSKI
EDWARD J. ANDROSKI
MARY BUSH ANDROSKI*
CAROLINE M. ANDROSKI

PLEASE REPLY TO: P.O. BOX 656
ANSONIA, CT 06401

TEL. NO. (203) 736-0400
FAX NO. (203) 732-0651

*ALSO ADMITTED IN NEW YORK

December 15, 2008

Clerk, Bankruptcy Court
3rd Floor
824 N. Market Street
Wilmington, Delaware 19801

       IN RE: American Home Mortgage Holdings, Inc.
              Case No. 07-11047 (CSS)

Dear Clerk:

Please be advised that Albertina T. Ackman passed away and I request future notices be sent to her daughter, Carol Androski at 43 High Acres Road, Ansonia, Connecticut.

Thank you for your time and please call me at (203) 736-0400, extension 205 with any questions or concerns.

Sincerely yours,

John F. X. Androski

JFXA/ao
Enclosure

cc:    Epiq Bankruptcy Solutions, LLC
       Attn.: American Home Mortgage Balloting Processing
       757 Third Avenue, 3rd Floor
       New York, NY 10017

       Young, Conaway, Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, DE 19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x Chapter 11
In re:                                                              :
                                                                    : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,                     : Jointly Administered
                                                                    :
                              Debtors.[1]                           : Voting Deadline: January 14, 2009 at 4:00 p.m. (ET)
                                                                    : Objection Deadline: January 14, 2009 at 4:00 p.m. (ET)
------------------------------------------------------------------- x Confirmation Hearing: January 28, 2009 at 10:00 a.m. (ET)

### NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN

TO:   ALL UNIMPAIRED CREDITORS OF THE DEBTORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES NOT ENTITLED TO VOTE ON THE PLAN

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

### APPROVAL OF DISCLOSURE STATEMENT

1.   By Order entered on December 1, 2008, (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

### CONFIRMATION HEARING

2.   On January 28, 2009 at 10:00 a.m. (prevailing East~~   ~~n thereafter as counsel may be heard.~~   ~~ (the "Confirmation Hearing")~~   ~~held b~~   ~~ristopher S. Sontchi in the United ~~   ~~ptcy Court for the District of~~   ~~   ~~ington, Delaware 198~~   ~~   rs

Epiq Bankruptcy Solutions, LLC
Attn: American Home Mortgage Balloting Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

FI]
U.S

PER
NEV

```
AHM SOL 12/08/08 (VOTE-MERGE2.BSINUM) 324700
ALBERTINA T. ACKMAN
432 ASBURY RIDGE
SHELTON CT 06484
```