IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

# EIGHTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2008 through November 30, 2008[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $8,855.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:      X  monthly    __ interim

The total time expended for fee application preparation is approximately 9.8 hours and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

the corresponding compensation requested is approximately $3,259.50.[3]

## SUMMARY OF FEE APPLICATIONS

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 [4624] | 02/14/2008-03/31/2008 | $66,589.50 | $0.00 | 07/09/08 [5025] | $66,589.50 | $0.00 | $0.00 |
| 2 | 06/10/2008 [4625] | 04/01/2008-04/30/2008 | $29,661.50 | $0.00 | 07/09/08 [5026] | $29,661.50 | $0.00 | $0.00 |
| 3 | 07/02/2008 [4973] | 05/01/2008-05/31/2008 | $13,985.00 | $0.00 | 07/31/08 [5284] | $13,985.00 | $0.00 | $0.00 |
| 4 | 08/21/2008 [5514] | 06/01/2008-07/31/2008 | $21,969.00 | $0.00 | 09/16/08 [5940] | $21,969.00 | $0.00 | $0.00 |
| Third Interim Fee Period | | | | | | | | |
| 5 | 10/14/2008 [6227] | 08/01/2008-08/31/2008 | $48,781.50 | $0.00 | 11/07/08 [6533] | | | |
| 6 | 10/22/2008 [6412] | 09/01/2008-09/30/2008 | $43,652.00 | $159.20 | 11/13/08 [6577] | | | |
| 7 | 11/24/2008 [6639][4] | 10/01/2008-10/31/2008 | $18,465.00 | $0.00 | | | | |
| Fourth Interim Fee Period | | | | | | | | |
| 8 | 12/18/2008 [TBD] | 11/01/2008-11/30/2008 | $8,855.00 | $0.00 | | | | |
| | Total | | $251,958.50 | $159.20 | | $132,205.00 | $0.00 | $ 0.00 |

This is the eighth fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 14.6 | $5,168.00 |
| Real Estate Investment Trust Compliance | 1.5 | 427.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *16.1* | *5,595.50* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 9.8 | 3,259.50 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *9.8* | *3,259.50* |
| **Grand Total Hours for November 2008** | **25.9** | **$8,855.00** |

---

[3] This fee application was completed in December 2008 and the corresponding hours and fees will be billed to the Debtors within that monthly fee invoice.

[4] The objection period for the Seventh Fee Statement expires on December 16, 2008.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[5]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

### SUPPLEMENT TO THE EIGHTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Eighth Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in Possession for the period November 1, 2008 through November 30, 2008 (the "Application"), pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Administrative Order Establishing Procedures for Interim Compensation and

---

[5] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

3

Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code (the "Administrative Order"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim allowance and payment of compensation for tax advising services performed and expenses incurred during the period commencing November 1, 2008 through November 30, 2008 (the "Compensation Period"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1. On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

3. On August 14, 2007, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or examiner has been appointed.

4. On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc to April 1, 2008* (the "Employment Application"). PricewaterhouseCoopers was requested by the Debtors based upon the wealth of experience in providing accounting, tax and advisory

4

services in various restructurings and reorganizations and historically provided tax advisory services to the Debtors.

5. On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of the Bankruptcy Code Authorizing Debtors' Employment and Retention of PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008* (the "Retention Order")

## RELIEF REQUESTED

6. On September 3, 2007, this Court entered the Administrative Order. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests. If an objection to a professional's request is not filed and served within twenty (20) days, the professional may file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay such professional an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

7. Furthermore, the Administrative Order provides that professionals are to file and service upon notice parties an interim request (an "Interim Fee Application") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Interim Fee Application.

8. PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PricewaterhouseCoopers during the

covered period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- Exhibit A-1, provides a summary of the fees and expenses by project category;
- Exhibit A-2, provides the name and position of each professional, cumulative hours worked during the Compensation Period, hourly billing rates for the hourly compensation, and the corresponding fees requested; and
- Exhibit A-3, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

### DESCRIPTION OF SERVICES RENDERED

9. PricewaterhouseCoopers professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories. These professional services are described below:

| Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 14.6 | $5,168.00 |
| Real Estate Investment Trust Compliance | 1.5 | 427.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *16.1* | *5,595.50* |
| *Bankruptcy Requirements and Obligations* | | |
| Monthly, Interim and Final Fee Applications | 9.8 | 3,259.50 |
| *Total Hours and Compensation for Bankruptcy Requirements* | *9.8* | *3,259.50* |
| **Grand Total Hours for November 2008** | **25.9** | **$8,855.00** |

### Tax Advisory Services

**Tax Consulting Services - 14.6 hours - $5,168.00**

10. During the Compensation Period, PricewaterhouseCoopers professionals held several calls with the State of New Jersey regarding the Sales & Use tax audit to determine the site for the records review as well as internal calls to discuss action steps. Also participated in calls with the State of Ohio regarding the Sales & Use tax audit to determine the assessment methodology and addressed issues surrounding the NY mortgage recording tax.

6

**Real Estate AHM REIT Compliance - 1.5 hours - $427.50**

11. During the Compensation Period, PricewaterhouseCoopers professionals wrapped up the review of the federal REIT tax return files.

## Bankruptcy Requirements and Obligations

**Monthly, Interim and Final Fee Applications - 9.8 hours - $3,259.50**

12. PricewaterhouseCoopers bankruptcy professionals finalized the seventh fee application submission, prepared the necessary certificate of no objections for the fee statements and monitored the internal billings for the interim cash collections.

## ALLOWANCE FOR COMPENSATION

13. At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $8,855.00 in fees for professional services rendered by PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, for a total of $7,084.00.

14. PricewaterhouseCoopers charged and now requests those fees that are reasonable and customary and charged by most tax advisors in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

15. This Application covers the period from November 1, 2008 through and including November 30, 2008. Although every effort was made to include all fees and expenses form the covered period in this application, some fees and/or expenses from the covered period might not

be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PricewaterhouseCoopers reserves the right to make further applications for allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

16. No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

17. To The best of their knowledge, PricewaterhouseCoopers believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the sum of $8,855.00 incurred during the Compensation Period, less a twenty percent (20%)

holdback in the amount of $1,771.00, total fee award in the amount of $7,084.00; (b) reimbursement of actual and necessary expenses incurred in the sum of $0.00; and (c) such other and further relief as is just and proper.

Dated: December 18, 2008
New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

**VERIFICATION OF FEE APPLICATION**

STATE OF NEW YORK    )
                    ) ss:
COUNTY OF NEW YORK  )

Thomas Geppel hereby respectfully certifies and verifies as follows:

1. I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2. I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 19th day of December 2008.

Notary Public

JUANA CRUZ
Notary Public, State of New York
No. 01CR5080926
Qualified in Nassau County
Commission Expires June 23, 20 11

My Commission Expires: _____