# **Exhibit A**

**American Home Mortgage Holdings, et al (Case 07-11047)**  **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period November 1, 2008 through November 30, 2008**

| Project Category and Task Code | Hours | Total Fees |
|---|---:|---:|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 14.60 | $5,168.00 |
| Real Estate Investment Trust Compliance | 1.50 | $427.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *16.10* | *$5,595.50* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 9.80 | $3,259.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *9.80* | *$3,259.50* |
| **Grand Total Hours for November 2008** | **25.90** | **$8,855.00** |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**  Exhibit A-2
**PricewaterhouseCoopers LLP - Tax Advisor**
**Summary of Professionals**
**For the Period November 1, 2008 through November 30, 2008**

| Professional | Rate | Hours | Total Fees |
|---|---:|---:|---:|
| *Director* | | | |
| Gregory Fetter | $485 | 1.50 | $727.50 |
| Iris M Kitamura | $485 | 3.70 | $1,794.50 |
| *Manager* | | | |
| Jennifer L. Deibel | $380 | 2.00 | $760.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 3.50 | $1,400.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 7.30 | $2,080.50 |
| Emily Nell Cole | $285 | 1.50 | $427.50 |
| *Senior Associate (Bankruptcy)* | | | |
| Shonda M Finseth | $290 | 4.80 | $1,392.00 |
| *Associate (Bankruptcy)* | | | |
| Subashi M Stendahl | $225 | 1.00 | $225.00 |
| *Executive Assistant* | | | |
| Tanyin Soeu | $80 | 0.60 | $48.00 |
| **Grand Total Hours and Fees for November 2008** | | **25.90** | **$8,855.00** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period November 1, 2008 through November 30, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 11/3/2008 | Christos Vorillas | Senior Associate | Research mortgage recording tax information. | $285.00 | 0.80 | $228.00 |
| 11/3/2008 | Iris M Kitamura | Director | Follow up with NJ DOT regarding status of audit. | $485.00 | 0.20 | $97.00 |
| 11/5/2008 | Iris M Kitamura | Director | Discuss NJ audit with Larry Gauges (NJ Division of Taxation). | $485.00 | 0.10 | $48.50 |
| 11/5/2008 | Jennifer L. Deibel | Manager | Review Ohio assessment and leasing information. | $380.00 | 1.50 | $570.00 |
| 11/7/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Import time October 2008 time descriptions into the consolidator. | $290.00 | 0.40 | $116.00 |
| 11/10/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with Shonda Finseth (PwC) regarding AHM October draft consolidator. | $400.00 | 0.50 | $200.00 |
| 11/10/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the October 2008 time descriptions. | $290.00 | 1.80 | $522.00 |
| 11/10/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Discussion with Andrea Clark Smith (PwC) regarding AHM October draft consolidator. | $290.00 | 0.50 | $145.00 |
| 11/11/2008 | Christos Vorillas | Senior Associate | Discuss with Iris K. and Greg F. (PwC) regarding the NJ audit and sent e-mail to Susan L. (PwC) to schedule a conference call. | $285.00 | 0.30 | $85.50 |
| 11/11/2008 | Iris M Kitamura | Director | Follow up with Larry Gauges (NJ Division of Taxation) regarding auditor coming to client site. | $485.00 | 0.50 | $242.50 |
| 11/11/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the October 2008 time descriptions and prepare the October 2008 narrative. | $290.00 | 1.40 | $406.00 |
| 11/12/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the October 2008 narrative and supporting consolidators. | $400.00 | 1.70 | $680.00 |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)  
PricewaterhouseCoopers LLP - Tax Advisor  
Detail of Professional Services by Date  
For the Period November 1, 2008 through November 30, 2008

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 11/13/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Continue review of the October 2008 narrative and supporting consolidators. | $400.00 | 0.70 | $280.00 |
| 11/13/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare final fee exhibits. | $290.00 | 0.70 | $203.00 |
| 11/14/2008 | Christos Vorillas | Senior Associate | Discuss with AHM on status of the NJ and Ohio audits. | $285.00 | 0.50 | $142.50 |
| 11/14/2008 | Iris M Kitamura | Director | Discuss NJ audit with Larry Gauges (NJ Division of Taxation) and Richard Hall (Division of Taxation Supervisor). | $485.00 | 0.70 | $339.50 |
| 11/17/2008 | Christos Vorillas | Senior Associate | Discuss NJ audit with AHM regarding documentation of invoices for NJ sales and use audit. | $285.00 | 0.80 | $228.00 |
| 11/17/2008 | Iris M Kitamura | Director | Discuss NJ audit with Richard Hall (Division Taxation Supervisor). | $485.00 | 0.50 | $242.50 |
| 11/18/2008 | Christos Vorillas | Senior Associate | Compiled 2006 invoices to send to the NJ auditors. | $285.00 | 0.60 | $171.00 |
| 11/19/2008 | Jennifer L. Deibel | Manager | Conference call with Rebecca Daum (ODOT Bankruptcy Division) regarding audit. | $380.00 | 0.50 | $190.00 |
| 11/20/2008 | Christos Vorillas | Senior Associate | Reviewed materials for refund tax credit and drafted response. | $285.00 | 2.50 | $712.50 |
| 11/20/2008 | Emily Nell Cole | Senior Associate | Created DMS files and obtained appropriate signatures. | $285.00 | 1.50 | $427.50 |
| 11/21/2008 | Christos Vorillas | Senior Associate | Sent invoices to the NJ auditor, completed and sent documentation to NYS for the mortgage recording tax credit. | $285.00 | 1.00 | $285.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period November 1, 2008 through November 30, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 11/21/2008 | Iris M Kitamura | Director | Discuss the December 2006 invoices with Richard Hall (Division of Taxation Supervisor); call to the auditor, send invoices and spreadsheet to the auditor. | $485.00 | 1.20 | $582.00 |
| 11/21/2008 | Tanyin Soeu | Executive Assistant | Prepared envelope/address labels and UPS label for shipment of a letter with attachments to NYS for John Verde and Christos Vorillas. Scanned the documentation for distribution. | $80.00 | 0.60 | $48.00 |
| 11/24/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Follow-up email communications with Greg Fetter (PwC) regarding October 2008 invoice. | $400.00 | 0.10 | $40.00 |
| 11/24/2008 | Christos Vorillas | Senior Associate | Discuss fixed asset invoices with Iris K. (PwC). | $285.00 | 0.50 | $142.50 |
| 11/24/2008 | Gregory Fetter | Director | Reviewed the monthly billing reports for submission to the Court. | $485.00 | 0.50 | $242.50 |
| 11/24/2008 | Iris M Kitamura | Director | Discuss fixed asset invoices with Chris V. (PwC). | $485.00 | 0.50 | $242.50 |
| 11/25/2008 | Christos Vorillas | Senior Associate | Meeting with Greg F. (PwC) regarding status of the NJ audit. | $285.00 | 0.30 | $85.50 |
| 11/25/2008 | Gregory Fetter | Director | Reviewed information required for auditor and discussed with Chris V. (PwC). | $485.00 | 1.00 | $485.00 |
| 11/25/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Reviewing October narrative and running exhibits on updates made to the consolidator. | $225.00 | 0.60 | $135.00 |
| 11/25/2008 | Subashi M Stendahl | Associate (Bankruptcy) | Consolidating signature pages and exhibits into one file to be distributed to Counsel as well as the notice. | $225.00 | 0.40 | $90.00 |
| 11/26/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review final October 2008 invoice and ensure GFS invoices are processed. Email final drafts to Debtors' Counsel for Court filing. | $400.00 | 0.50 | $200.00 |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)  Exhibit A-3
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period November 1, 2008 through November 30, 2008

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| Grand Total Hours and Compensation for November 2008 | | | | | 25.90 | $8,855.00 |