# EXHIBIT A

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

PROFESSIONAL SERVICES RENDERED

| Description | Amount |
|---|---|
| 0010 - Case Administration | 3,756.00 |
| 0040 - Fee/Employment Application | 11,241.00 |
| 0050 - Fee/Employment Objections | 454.50 |
| 0120 - Litigation | 110,521.50 |
| TOTAL: | $125,973.00 |

In Reference To:                 DATE: 12/11/2008
American Home Mortgage
Our File Number:  AMERICA.AHM

TIMEKEEPER SUMMARY

0010 - Case Administration

| Name | Hours | Amount |
|------|-------|--------|
| Jeanne E. Irving | 1.00 | $680.00 |
| Joshua D. Morse | 4.20 | $2,121.00 |
| Kevin Floyd | 3.10 | $651.00 |
| Michael Morris | 0.40 | $304.00 |
| TOTALS:  0010 - Case Administration | 8.70 | $3,756.00 |

PAGE 4

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/11/2008

0010 - Case Administration

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/4/2008 | Joshua D. Morse | Draft retainer agreement. | 0.80 | $404.00 |
| 3/4/2008 | Joshua D. Morse | Review and revise retainer agreement. | 0.60 | $303.00 |
| 3/4/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Bennett regarding retention agreement. | 0.10 | $50.50 |
| 3/6/2008 | Jeanne E. Irving | Review and revise engagement letter | 0.50 | $340.00 |
| 3/6/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Floyd regarding pro hac vice applications. | 0.10 | $50.50 |
| 3/7/2008 | Kevin Floyd | Draft pro hac vice applications for Mr. Bennett, Mr. Morris, Ms. Irving and Mr. Morse. | 0.50 | $105.00 |
| 3/7/2008 | Kevin Floyd | Research case information for Mr. Morse. | 0.30 | $63.00 |
| 3/7/2008 | Jeanne E. Irving | Review and revise latest version of retainer agreement; draft electronic correspondence to Mr. Morse regarding same. | 0.30 | $204.00 |
| 3/7/2008 | Jeanne E. Irving | Review Mr. Bennett's changes to retainer letter and draft electronic correspondence to Mr. Bennett, Mr. Morris and Mr. Morse regarding same. | 0.20 | $136.00 |
| 3/7/2008 | Joshua D. Morse | Coordinate filing of pro hac vice applications. | 0.40 | $202.00 |
| 3/7/2008 | Joshua D. Morse | Review and revise retainer agreement. | 0.60 | $303.00 |
| 3/7/2008 | Joshua D. Morse | Trade e-mails with Mr. Bennett regarding retention agreement. | 0.20 | $101.00 |
| 3/9/2008 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Bennett regarding pro hac vice application. | 0.10 | $50.50 |
| 3/10/2008 | Kevin Floyd | Prepare pro hac vice applications for filing. | 0.30 | $63.00 |
| 3/10/2008 | Kevin Floyd | Serve objection to sale procedures motion via facsimile. | 0.40 | $84.00 |
| 3/12/2008 | Kevin Floyd | Prepare pro hac vice pleadings for transmittal to local counsel. | 0.20 | $42.00 |
| 4/17/2008 | Kevin Floyd | Review and organize case pleadings. | 0.20 | $42.00 |
| 4/24/2008 | Kevin Floyd | Arrange for telephonic appearance of Mr. Morse at upcoming hearing. | 0.30 | $63.00 |
| 4/25/2008 | Kevin Floyd | Prepare and transmit notice of telephonic appearance of Mr. Morse at upcoming hearing to counsel for Debtors. | 0.40 | $84.00 |
| 4/25/2008 | Kevin Floyd | Arrange for telephonic appearance of Mr. Morse at continued hearing. | 0.20 | $42.00 |

PAGE 5

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/11/2008

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/29/2008 | Kevin Floyd | Research and retrieve case pleading for review by Mr. Morse. | 0.30 | $63.00 |
| 9/26/2008 | Michael Morris | Correspondence with Mr. Power regarding local counsel. | 0.20 | $152.00 |
| 9/26/2008 | Michael Morris | Telephone conference with Bifferato/Gentilotti regarding local counsel. | 0.20 | $152.00 |
| 10/16/2008 | Joshua D. Morse | Draft notice of matters handled by HBD. | 0.30 | $151.50 |
| 10/28/2008 | Joshua D. Morse | Trade e-mails with Mr. Morris regarding local counsel. | 0.20 | $101.00 |
| 10/28/2008 | Joshua D. Morse | Telephone conference with Mr. Morris regarding local counsel. | 0.20 | $101.00 |
| 10/28/2008 | Joshua D. Morse | Review and revise notice of matters handled by HBD. | 0.40 | $202.00 |
| 10/28/2008 | Joshua D. Morse | Draft e-mail correspondence to McDaniel regarding filing of notice of matters handled by HBD. | 0.20 | $101.00 |

TOTALS:  0010 - Case Administration                                     8.70        $3,756.00

PAGE 6 ·

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/11/2008

0040 - Fee/Employment Application

| Name | Hours | Amount |
|---|---|---|
| Jeanne E. Irving | 1.60 | $1,088.00 |
| Joshua D. Morse | 18.40 | $9,292.00 |
| Kevin Floyd | 4.10 | $861.00 |
| TOTALS:  0040 - Fee/Employment Application | 24.10 | $11,241.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

0040 - Fee/Employment Application

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/3/2008 | Joshua D. Morse | Review docket for previous employment applications. | 0.40 | $202.00 |
| 3/4/2008 | Joshua D. Morse | Draft application to employ HBD. | 0.60 | $303.00 |
| 3/4/2008 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Bennett regarding conflicts disclosure. | 0.10 | $50.50 |
| 3/5/2008 | Jeanne E. Irving | Legal research regarding potential conflict issue. | 0.50 | $340.00 |
| 3/6/2008 | Jeanne E. Irving | Conduct legal research regarding potential conflict issue. | 1.10 | $748.00 |
| 3/6/2008 | Joshua D. Morse | Review and revise employment application. | 0.80 | $404.00 |
| 3/6/2008 | Joshua D. Morse | Review and revise Bennett declaration in support of employment application. | 0.50 | $252.50 |
| 3/6/2008 | Joshua D. Morse | Draft employment application. | 1.30 | $656.50 |
| 3/6/2008 | Joshua D. Morse | Draft Bennett declaration in support of employment application. | 0.90 | $454.50 |
| 3/6/2008 | Joshua D. Morse | Draft e-mail correspondence to working group transmitting draft employment application package. | 0.10 | $50.50 |
| 3/7/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Bodnar regarding employment applications. | 0.10 | $50.50 |
| 3/7/2008 | Joshua D. Morse | Trade e-mails with Mr. Morris regarding employment application. | 0.40 | $202.00 |
| 3/7/2008 | Joshua D. Morse | Review and revise employment application. | 0.70 | $353.50 |
| 3/7/2008 | Joshua D. Morse | Trade e-mails with Mr. Powers regarding employment application. | 0.20 | $101.00 |
| 3/11/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Bodnar regarding hearing date for employment application. | 0.10 | $50.50 |
| 3/11/2008 | Joshua D. Morse | Review local rules for notice requirements for employment applications. | 0.40 | $202.00 |
| 3/11/2008 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Keary regarding hearing dates for employment application. | 0.20 | $101.00 |
| 3/11/2008 | Joshua D. Morse | Review and revise employment application package. | 0.80 | $404.00 |
| 3/11/2008 | Joshua D. Morse | Telephone conference with Mr. Bodnar regarding filing employment applications and service thereof. | 0.50 | $252.50 |

PAGE 8                                In Reference To:                    DATE: 12/11/2008
                                   American Home Mortgage
                                 Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/11/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Morris regarding filing of employment application. | 0.10 | $50.50 |
| 3/18/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Keary regarding comments to employment application (2 e-mails). | 0.20 | $101.00 |
| 3/19/2008 | Joshua D. Morse | Trade e-mails with Mr. Keary regarding employment application. | 0.20 | $101.00 |
| 3/19/2008 | Joshua D. Morse | Review and revise employment application package. | 0.80 | $404.00 |
| 3/20/2008 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Morris regarding HBD employment application. | 0.10 | $50.50 |
| 3/20/2008 | Joshua D. Morse | Review and respond to e-mail correspondence from Ms. Irving regarding HBD employment application. | 0.10 | $50.50 |
| 3/24/2008 | Joshua D. Morse | Telephone conference with Mr. Kearney regarding signature to employment application and retainer agreement. | 0.20 | $101.00 |
| 3/24/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Kearney regarding signature to employment application and retainer agreement. | 0.10 | $50.50 |
| 3/25/2008 | Joshua D. Morse | Trade e-mails with Mr. Bennett regarding employment application package. | 0.20 | $101.00 |
| 3/25/2008 | Joshua D. Morse | Review and revise declaration in support of employment application. | 0.50 | $252.50 |
| 3/26/2008 | Kevin Floyd | Prepare for service of employment application. | 1.50 | $315.00 |
| 3/26/2008 | Joshua D. Morse | Review and revise employment application in anticipation of filing. | 0.40 | $202.00 |
| 3/26/2008 | Joshua D. Morse | Coordinate filing and service of employment application. | 0.50 | $252.50 |
| 3/26/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Keary regarding receipt of signature page to employment application and retainer agreement. | 0.10 | $50.50 |
| 3/26/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Bodnar regarding filing and service of HBD employment application. | 0.10 | $50.50 |
| 3/26/2008 | Joshua D. Morse | Review service list for employment application. | 0.40 | $202.00 |
| 3/27/2008 | Kevin Floyd | Continue preparation for service of employment application. | 0.40 | $84.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/11/2008

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/27/2008 | Joshua D. Morse | Telephone conference with Messrs. Bodnar and Floyd regarding service of employment applications. | 0.40 | $202.00 |
| 3/27/2008 | Joshua D. Morse | Review and revise employment application package. | 0.80 | $404.00 |
| 3/27/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Bodnar transmitting final employment application for filing. | 0.10 | $50.50 |
| 3/28/2008 | Kevin Floyd | Prepare employment application for service and serve employment application on case parties via U.S. mail. | 2.00 | $420.00 |
| 3/28/2008 | Joshua D. Morse | Telephone conference with Mr. Bodnar regarding filing HBD employment application. | 0.30 | $151.50 |
| 3/28/2008 | Joshua D. Morse | Telephone conference with Mr. Floyd regarding filing HBD employment application. | 0.20 | $101.00 |
| 3/28/2008 | Joshua D. Morse | Coordinate filing and service of employment application. | 0.50 | $252.50 |
| 3/28/2008 | Joshua D. Morse | Trade e-mails with Mr. Bodnar regarding filing of employment application. | 0.40 | $202.00 |
| 4/3/2008 | Kevin Floyd | Begin preparation for service of employment application. | 0.20 | $42.00 |
| 4/3/2008 | Joshua D. Morse | Coordinate service of Bodnar employment application. | 0.20 | $101.00 |
| 4/3/2008 | Joshua D. Morse | Trade e-mails with Mr. Bodnar regarding service of employment application. | 0.20 | $101.00 |
| 4/23/2008 | Joshua D. Morse | Telephone conference with Mr. Morris regarding hearing on employment application. | 0.20 | $101.00 |
| 4/23/2008 | Joshua D. Morse | Review and revise order approving employment application based on Mr. McMahan's comments. | 0.70 | $353.50 |
| 4/23/2008 | Joshua D. Morse | Trade e-mails with Mr. McMahan regarding comments to order approving employment. | 0.20 | $101.00 |
| 4/23/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Bodnar regarding hearing on employment application. | 0.10 | $50.50 |
| 4/24/2008 | Joshua D. Morse | Telephone conference with Mr. Bodnar regarding hearing on employment application. | 0.40 | $202.00 |
| 4/25/2008 | Joshua D. Morse | Telephone conference with Mr. Lunn regarding telephonic appearance for hearing on employment application. | 0.20 | $101.00 |
| 4/25/2008 | Joshua D. Morse | Telephone conference with Mr. Floyd regarding telephonic appearance for hearing on employment application. | 0.20 | $101.00 |

PAGE 10                      In Reference To:                   DATE: 12/11/2008
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/25/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Lunn transmitting revised order approving employment. | 0.10 | $50.50 |
| 4/29/2008 | Joshua D. Morse | Review agenda for hearing on employment application. | 0.20 | $101.00 |
| 4/29/2008 | Joshua D. Morse | Trade e-mails with Mr. Bodnar regarding hearing on employment application. | 0.40 | $202.00 |
| 5/1/2008 | Joshua D. Morse | Attend hearing on HBD employment application. | 0.40 | $202.00 |
| 5/1/2008 | Joshua D. Morse | Draft e-mail correspondence to internal group regarding approval of HBD employment application. | 0.10 | $50.50 |

TOTALS:  0040 - Fee/Employment Application                                24.10     $11,241.00

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

0050 - Fee/Employment Objections

| Name | Hours | Amount |
|------|-------|--------|
| Joshua D. Morse | 0.90 | $454.50 |
| TOTALS:  0050 - Fee/Employment Objections | 0.90 | $454.50 |

In Reference To:                          DATE: 12/11/2008
                                  American Home Mortgage
                             Our File Number:  AMERICA.AHM

0050 - Fee/Employment Objections

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/21/2008 | Joshua D. Morse | Telephone conversation with Mr. Bodnar regarding objection to employment application. | 0.10 | $50.50 |
| 4/23/2008 | Joshua D. Morse | Telephone conference with Mr. McMahan regarding objection to employment application (2 calls). | 0.40 | $202.00 |
| 4/24/2008 | Joshua D. Morse | Review objection to Bodnar employment application. | 0.30 | $151.50 |
| 4/24/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Morris regarding objection to Bodnar employment application. | 0.10 | $50.50 |

TOTALS:  0050 - Fee/Employment Objections                                    0.90        $454.50

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

0120 - Litigation

| Name | Hours | Amount |
|---|---|---|
| Bruce Bennett | 2.90 | $2,537.50 |
| Jeanne E. Irving | 5.30 | $3,604.00 |
| Joshua D. Morse | 11.20 | $5,656.00 |
| Michael Morris | 129.90 | $98,724.00 |
| TOTALS:  0120 - Litigation | 149.30 | $110,521.50 |

In Reference To:                      DATE: 12/11/2008
                              American Home Mortgage
                          Our File Number:  AMERICA.AHM


0120 - Litigation

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/3/2008 | Bruce Bennett | Telephone conference with Mr. Power regarding background relating to claims against BofA, Chase, Caylon. | 0.40 | $350.00 |
| 3/3/2008 | Bruce Bennett | Telephone conference with Mr. Morris and Mr. Morse regarding organization and work to be done. | 0.20 | $175.00 |
| 3/3/2008 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding complaint. | 0.10 | $68.00 |
| 3/3/2008 | Joshua D. Morse | Coordinate conference call regarding engagement. | 0.20 | $101.00 |
| 3/3/2008 | Joshua D. Morse | Review draft complaint against Bank of America. | 0.70 | $353.50 |
| 3/3/2008 | Joshua D. Morse | Attend conference call with Messrs. Bennett and Morris regarding representation of committee as special conflict counsel. | 0.20 | $101.00 |
| 3/3/2008 | Joshua D. Morse | Telephone conference with Mr. Bennett regarding representation of committee as special conflicts counsel. | 0.20 | $101.00 |
| 3/3/2008 | Joshua D. Morse | Draft e-mail to Mr. Morris regarding representation of committee as special conflicts counsel. | 0.10 | $50.50 |
| 3/4/2008 | Michael Morris | Telephone conference with Messrs. Bennett and Morse regarding issue in potential litigation with BofA and JPMC. | 0.80 | $608.00 |
| 3/5/2008 | Jeanne E. Irving | Draft electronic correspondence to Mr. Morris regarding complaint. | 0.10 | $68.00 |
| 3/5/2008 | Jeanne E. Irving | Review and revise complaint. | 0.50 | $340.00 |
| 3/5/2008 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding complaint. | 0.10 | $68.00 |
| 3/5/2008 | Jeanne E. Irving | Review of documents received from Mr. Morris regarding potential litigation with BOFA and JPMC. | 0.20 | $136.00 |
| 3/5/2008 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris regarding facts of JP Morgan matter. | 0.30 | $204.00 |
| 3/5/2008 | Michael Morris | Review documents regarding BofA and cases regarding REO assets. | 1.50 | $1,140.00 |
| 3/5/2008 | Michael Morris | Review draft BofA complaint. | 0.70 | $532.00 |

PAGE 15

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/11/2008

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/5/2008 | Michael Morris | Review pleadings regarding sale of non-performing loans. | 0.80 | $608.00 |
| 3/5/2008 | Michael Morris | Correspondence to Mr. Power regarding non-performing loans, deadlines, and facts. | 0.50 | $380.00 |
| 3/5/2008 | Michael Morris | Outline limited objection. | 0.60 | $456.00 |
| 3/5/2008 | Michael Morris | Telephone conference with Mr. Bennett regarding objection. | 0.10 | $76.00 |
| 3/6/2008 | Michael Morris | Draft limited objection to REO sale. | 1.50 | $1,140.00 |
| 3/6/2008 | Michael Morris | Correspondence with Mr. Power regarding REO sale and BofA status. | 0.20 | $152.00 |
| 3/6/2008 | Michael Morris | Revise BofA complaint. | 0.80 | $608.00 |
| 3/6/2008 | Michael Morris | Review questions regarding facts of BofA complaint from Ms. Irving. | 0.40 | $304.00 |
| 3/6/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Morris transmitting comments to objection to sale motion. | 0.10 | $50.50 |
| 3/6/2008 | Joshua D. Morse | Review and revise objection to sale motion. | 1.60 | $808.00 |
| 3/7/2008 | Bruce Bennett | Analysis of memorandum regarding potential Chase action and standing. | 0.10 | $87.50 |
| 3/7/2008 | Jeanne E. Irving | Review documents received from Mr. Morris. | 0.30 | $204.00 |
| 3/7/2008 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris and attached documents. | 0.20 | $136.00 |
| 3/7/2008 | Jeanne E. Irving | Review and revise complaint. | 2.10 | $1,428.00 |
| 3/7/2008 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding complaint. | 0.10 | $68.00 |
| 3/7/2008 | Michael Morris | Review cases regarding REO objection. | 0.80 | $608.00 |
| 3/7/2008 | Michael Morris | Revise REO objection and transmit to co-counsel. | 0.60 | $456.00 |
| 3/7/2008 | Michael Morris | Correspondence from Mr. Morse regarding comments on objection. | 0.30 | $228.00 |
| 3/7/2008 | Michael Morris | Correspondence from Mr. Power regarding status and deadlines. | 0.20 | $152.00 |
| 3/7/2008 | Michael Morris | Review and revise BofA complaint. | 2.30 | $1,748.00 |
| 3/7/2008 | Michael Morris | Correspondence with Messrs. Power and Bodner regarding draft objection. | 0.20 | $152.00 |
| 3/7/2008 | Joshua D. Morse | Review and revise objection to sale motion. | 0.40 | $202.00 |
| 3/7/2008 | Joshua D. Morse | Conduct computer legal research in support of objection to sale motion. | 0.30 | $151.50 |

In Reference To:                         DATE: 12/11/2008
                                  American Home Mortgage
                              Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/9/2008 | Bruce Bennett | Analysis of memorandum from Mr. Morris regarding facts underlying BofA complaint. | 0.10 | $87.50 |
| 3/9/2008 | Bruce Bennett | Analysis and respond to memorandum from Mr. Morris regarding Chase hearing scheduling. | 0.10 | $87.50 |
| 3/9/2008 | Michael Morris | Review cases regarding REO objection. | 0.80 | $608.00 |
| 3/9/2008 | Michael Morris | Research regarding additional REO cases. | 0.70 | $532.00 |
| 3/9/2008 | Michael Morris | Revise objection regarding distribution of REO proceeds. | 1.20 | $912.00 |
| 3/9/2008 | Michael Morris | Correspondence to Mr. Power regarding REO objections. | 0.30 | $228.00 |
| 3/10/2008 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris and telephone conference with Mr. Morris regarding complaints. | 0.10 | $68.00 |
| 3/10/2008 | Michael Morris | Correspondence with Mr. Schnitzer regarding answers to factual inquiries. | 0.20 | $152.00 |
| 3/10/2008 | Michael Morris | Revise BofA complaint with additional facts. | 0.50 | $380.00 |
| 3/10/2008 | Michael Morris | Correspondence with Messrs. Morse and Bodner regarding service of limited objection. | 0.30 | $228.00 |
| 3/10/2008 | Michael Morris | Correspondence with Mr. Power regarding limited objection. | 0.20 | $152.00 |
| 3/10/2008 | Michael Morris | Telephone conference with Mr. Landis regarding limited objections. | 0.30 | $228.00 |
| 3/10/2008 | Michael Morris | Correspondence to Mr. Power regarding telephone conference with Mr. Landis and issues in REO objections. | 0.40 | $304.00 |
| 3/10/2008 | Michael Morris | Correspondence to Mr. Power regarding BofA and objection to REO issue. | 0.20 | $152.00 |
| 3/10/2008 | Michael Morris | Correspondence with Mr. Bodner regarding filing and service of limited objections. | 0.30 | $228.00 |
| 3/10/2008 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Bodnar regarding filing of objection to sale motion. | 0.20 | $101.00 |
| 3/10/2008 | Joshua D. Morse | Review and revise objection to sale motion. | 0.30 | $151.50 |
| 3/10/2008 | Joshua D. Morse | Trade e-mails with Mr. Morris regarding objection to sale motion. | 0.40 | $202.00 |
| 3/10/2008 | Joshua D. Morse | Telephone conference with Mr. Bodnar regarding serving objection to sale motion. | 0.20 | $101.00 |
| 3/10/2008 | Joshua D. Morse | Coordinate filing and service of objection to sale motion. | 0.40 | $202.00 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 12/11/2008

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/12/2008 | Michael Morris | Correspondence from Mr. Schnitzer regarding complaint versus BofA. | 0.20 | $152.00 |
| 3/12/2008 | Michael Morris | Review revised BofA complaint from Mr. Morse and analyze for filing. | 0.80 | $608.00 |
| 3/12/2008 | Michael Morris | Correspondence to Messrs. Power and Schnitzer regarding BofA complaint and status of negotiations. | 0.20 | $152.00 |
| 3/12/2008 | Michael Morris | Correspondence with Mr. Bodner regarding hearing and filing of BofA complaint. | 0.30 | $228.00 |
| 3/12/2008 | Michael Morris | Correspondence with Mr. Morse regarding filing of BofA complaint. | 0.30 | $228.00 |
| 3/12/2008 | Michael Morris | Correspondence with Mr. Power regarding partial withdrawal regarding BofA. | 0.20 | $152.00 |
| 3/12/2008 | Michael Morris | Telephone conference with Mr. Power regarding complaint and status of negotiations with BofA and JPMC issues. | 0.30 | $228.00 |
| 3/12/2008 | Michael Morris | Correspondence from Mr. Schnitzer regarding partial withdrawal. | 0.10 | $76.00 |
| 3/12/2008 | Michael Morris | Correspondence to Messrs. Morse and Bodner regarding partial withdrawal. | 0.10 | $76.00 |
| 3/12/2008 | Michael Morris | Telephone conference with Mr. Morse regarding filing of complaint. | 0.30 | $228.00 |
| 3/12/2008 | Michael Morris | Telephone conference with Mr. Bennett regarding open issues in case. | 0.20 | $152.00 |
| 3/12/2008 | Michael Morris | Correspondence from Messrs. Schnitzer and Power regarding not filing BofA complaint. | 0.10 | $76.00 |
| 3/12/2008 | Michael Morris | Review revised sale orders and travel to Delaware (partially reduced to 1/2 of actual to account for travel time). | 3.90 | $2,964.00 |
| 3/12/2008 | Joshua D. Morse | Trade e-mails with Mr. Bodnar regarding complaint against Bank of America. | 0.20 | $101.00 |
| 3/12/2008 | Joshua D. Morse | Trade e-mails with Mr. Morris regarding complaint against Bank of America. | 0.30 | $151.50 |
| 3/12/2008 | Joshua D. Morse | Draft e-mail correspondence to working group regarding complaint against Bank of America. | 0.10 | $50.50 |
| 3/12/2008 | Joshua D. Morse | Telephone conference with Mr. Talmadge regarding withdrawal of objection to sale motion. | 0.20 | $101.00 |
| 3/12/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Talmadge confirming withdrawal of objection to sale motion. | 0.10 | $50.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/11/2008 | Bruce Bennett | Analysis of Morris memoranda regarding status. | 0.20 | $175.00 |
| 3/11/2008 | Bruce Bennett | Analysis of Power memoranda regarding status. | 0.10 | $87.50 |
| 3/11/2008 | Bruce Bennett | Analysis of Talmidge correspondence regarding BofA liens. | 0.10 | $87.50 |
| 3/11/2008 | Bruce Bennett | Analysis and revise BofA complaint. | 1.60 | $1,400.00 |
| 3/11/2008 | Jeanne E. Irving | Review and revise complaint against BofA. | 1.10 | $748.00 |
| 3/11/2008 | Michael Morris | Correspondence with Mr. Power regarding settlement with BofA. | 0.20 | $152.00 |
| 3/11/2008 | Michael Morris | Prepare partial withdrawal of objection to sale regarding REO property. | 0.50 | $380.00 |
| 3/11/2008 | Michael Morris | Correspondence with Mr. Power regarding partial withdrawal. | 0.10 | $76.00 |
| 3/11/2008 | Michael Morris | Correspondence with Mr. Bodner regarding BofA REO issue. | 0.40 | $304.00 |
| 3/11/2008 | Michael Morris | Correspondence with Mr. Power regarding BofA complaint. | 0.10 | $76.00 |
| 3/11/2008 | Michael Morris | Correspondence with Mr. Power regarding need to file BofA complaint for 3/12 because of roadblock in BofA settlement. | 0.10 | $76.00 |
| 3/11/2008 | Michael Morris | Revise BofA complaint and prepare for filing. | 2.00 | $1,520.00 |
| 3/11/2008 | Michael Morris | Correspondence to Messrs. Bennett and Morse regarding preparation of BofA complaint for filing. | 0.50 | $380.00 |
| 3/11/2008 | Michael Morris | Correspondence with Messrs. Power and Schnitzer regarding additional facts and other participants in BofA loan for lawsuit. | 0.50 | $380.00 |
| 3/11/2008 | Michael Morris | Telephone conference with Mr. Schnitzer regarding answer to factual questions. | 0.40 | $304.00 |
| 3/11/2008 | Michael Morris | Review BofA complaint to prepare for final version and filing for March 12. | 3.00 | $2,280.00 |
| 3/11/2008 | Joshua D. Morse | Review and revise complaint against Bank of America. | 1.50 | $757.50 |
| 3/11/2008 | Joshua D. Morse | Draft e-mail correspondence to working group transmitting revised Bank of America complaint. | 0.10 | $50.50 |
| 3/11/2008 | Joshua D. Morse | Review and revise complaint against Bank of America. | 1.60 | $808.00 |
| 3/12/2008 | Jeanne E. Irving | Review various electronic correspondence from Mr. Morris and Mr. Schnitzer regarding complaint | 0.10 | $68.00 |

In Reference To:                        DATE: 12/11/2008
                              American Home Mortgage
                          Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/12/2008 | Joshua D. Morse | Telephone conference with Mr. Morris regarding complaint against Bank of America. | 0.20 | $101.00 |
| 3/13/2008 | Michael Morris | Meeting with co-counsel regarding preparation for hearing regarding JPMC. | 0.50 | $380.00 |
| 3/13/2008 | Michael Morris | Conference with Mr. Power regarding issues raised by JPMC. | 0.20 | $152.00 |
| 3/13/2008 | Michael Morris | Conference with counsel for JPMC regarding open issues. | 0.20 | $152.00 |
| 3/13/2008 | Michael Morris | Appear at hearing regarding BofA, sale of non-performing loans and JPMC. | 2.50 | $1,900.00 |
| 3/13/2008 | Michael Morris | Conference with co-counsel and counsel for debtor and JPMC regarding tax escrow issue and committee position. | 0.50 | $380.00 |
| 3/13/2008 | Michael Morris | Appear at hearing regarding sale of JPMC non-performing loans. | 1.00 | $760.00 |
| 3/13/2008 | Michael Morris | Prepare memorandum to Messrs. Bennett and Morse regarding result of hearing and open issues. | 0.30 | $228.00 |
| 3/13/2008 | Michael Morris | Prepare memorandum regarding issues to be litigated and resolved with JPMC and travel from Delaware. | 6.00 | $4,560.00 |
| 3/14/2008 | Michael Morris | Correspondence with Mr. Beach regarding changes in order. | 0.30 | $228.00 |
| 3/14/2008 | Michael Morris | Telephone conference with Mr. Power regarding order and changes. | 0.10 | $76.00 |
| 3/14/2008 | Michael Morris | Correspondence to Mr. Beach regarding quitclaim deed and order. | 0.20 | $152.00 |
| 3/14/2008 | Michael Morris | Correspondence with Mr. Power regarding order and open issues. | 0.20 | $152.00 |
| 3/14/2008 | Michael Morris | Review order regarding BofA deal and escrow with JPM. | 0.50 | $380.00 |
| 3/14/2008 | Michael Morris | Correspondence from Mr. Beach regarding final changes to order. | 0.30 | $228.00 |
| 3/17/2008 | Michael Morris | Correspondence with Mr. McGuire regarding conference call regarding escrow. | 0.30 | $228.00 |
| 3/17/2008 | Michael Morris | Research regarding issues in 544 and post-petition acquired property. | 1.20 | $912.00 |
| 3/18/2008 | Michael Morris | Correspondence with Mr. McGuire regarding conference call regarding escrow. | 0.10 | $76.00 |

PAGE 20

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/11/2008

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/18/2008 | Michael Morris | Telephone conference with Messrs. McGuire and Landis regarding procedure for resolving dispute regarding escrow. | 0.40 | $304.00 |
| 3/18/2008 | Michael Morris | Review prior pleadings regarding adequate protection and post-petition perfection. | 0.60 | $456.00 |
| 3/20/2008 | Michael Morris | Correspondence to Mr. Schnitzer regarding documents regarding JPM. | 0.10 | $76.00 |
| 3/20/2008 | Michael Morris | Correspondence from Mr. Schnitzer regarding documents regarding JPM. | 0.10 | $76.00 |
| 3/20/2008 | Michael Morris | Draft correspondence to Messrs. McGuire and Landis regarding committee position regarding JPM perfection. | 1.20 | $912.00 |
| 3/24/2008 | Michael Morris | Correspondence from Mr. Beach regarding JPM documents. | 0.20 | $152.00 |
| 3/24/2008 | Michael Morris | Analyze documents of JPM regarding perfection and REO procedures. | 2.00 | $1,520.00 |
| 3/24/2008 | Michael Morris | Revise correspondence to Messrs. McGuire and Landis regarding JPM perfection and transmit to Messrs. Power and Schnitzer. | 2.50 | $1,900.00 |
| 3/24/2008 | Joshua D. Morse | Review draft letter to counsel to JPMorgan. | 0.40 | $202.00 |
| 3/25/2008 | Michael Morris | Telephone conference with Mr. Schnitzer regarding issues in JPM documents and history. | 0.40 | $304.00 |
| 3/25/2008 | Michael Morris | Revise letter to JPM counsel regarding perfection and REO issues. | 1.00 | $760.00 |
| 3/25/2008 | Michael Morris | Correspondence with Mr. Schnitzer regarding limitations in response. | 0.30 | $228.00 |
| 3/25/2008 | Michael Morris | Correspondence with Mr. Power regarding letter to JPM. | 0.10 | $76.00 |
| 3/26/2008 | Michael Morris | Correspondence from Mr. Schnitzer regarding comment on JPM letter. | 0.20 | $152.00 |
| 3/26/2008 | Michael Morris | Revise and finalize letter to JPM. | 0.80 | $608.00 |
| 3/26/2008 | Michael Morris | Correspondence with Mr. Schnitzer regarding debtor position. | 0.20 | $152.00 |
| 3/26/2008 | Michael Morris | Transmit correspondence to Messrs. Landis and McGuire. | 0.10 | $76.00 |
| 3/28/2008 | Michael Morris | Correspondence from Mr. Beach regarding requests from JPM counsel. | 0.20 | $152.00 |
| 3/28/2008 | Michael Morris | Analyze discovery request from JPM. | 0.50 | $380.00 |
| 3/31/2008 | Michael Morris | Telephone conference with Mr. Beach regarding status with JPM and coordination of response. | 0.30 | $228.00 |

In Reference To:                               DATE: 12/11/2008
                                        American Home Mortgage
                                      Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/31/2008 | Michael Morris | Review JPM correspondence and letter regarding escrow. | 0.20 | $152.00 |
| 5/22/2008 | Michael Morris | Telephone conference with Mr. Beach regarding approach to JPM. | 0.20 | $152.00 |
| 5/26/2008 | Michael Morris | Review JPM letter in preparation for call with counsel. | 0.50 | $380.00 |
| 5/28/2008 | Michael Morris | Telephone conference with Mr. McGuire (JPM) with Enos regarding potential settlement and issues. | 0.30 | $228.00 |
| 5/28/2008 | Michael Morris | Telephone conference with Enos regarding followup. | 0.20 | $152.00 |
| 5/29/2008 | Michael Morris | Correspondence to Mr. Power regarding call with counsel and procedures for approach to committee. | 0.30 | $228.00 |
| 6/1/2008 | Michael Morris | Review prior pleadings and supporting cases regarding REO issues. | 0.50 | $380.00 |
| 6/1/2008 | Michael Morris | Review JPM response to factual disagreements. | 0.60 | $456.00 |
| 6/4/2008 | Michael Morris | Draft letter to committee regarding issues with JPM and potential settlement approach. | 2.00 | $1,520.00 |
| 6/4/2008 | Michael Morris | Review prior pleadings and correspondence from JPM counsel for responses to arguments and correspondence to committee. | 0.80 | $608.00 |
| 6/24/2008 | Michael Morris | Telephone conference with Mr. Power regarding approach to committee and procedures for settlement authority. | 0.80 | $608.00 |
| 6/26/2008 | Michael Morris | Revise committee letter regarding outline of issues with JPM and potential settlement approach. | 1.00 | $760.00 |
| 6/26/2008 | Michael Morris | Correspondence to Ms. Hicks regarding letter to committee. | 0.80 | $608.00 |
| 6/27/2008 | Michael Morris | Revise letter to committee and correspondence to Mr. Power. | 0.50 | $380.00 |
| 6/27/2008 | Michael Morris | Review correspondence from Mr. Beach and issues regarding JPM. | 0.40 | $304.00 |
| 6/27/2008 | Michael Morris | Correspondence to Mr. Power regarding Beach letter and correspondence to committee. | 0.20 | $152.00 |
| 6/27/2008 | Michael Morris | Correspondence from Mr. Power regarding response to Mr. Beach regarding potential call. | 0.20 | $152.00 |
| 6/30/2008 | Michael Morris | Review Beach correspondence regarding JPM issues. | 0.20 | $152.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/30/2008 | Michael Morris | Telephone conference with Messrs. Beach, Indelicato, and Power regarding JPM. | 0.60 | $456.00 |
| 7/1/2008 | Michael Morris | Correspondence from Mr. Power to committee regarding JPM memorandum and call. | 0.20 | $152.00 |
| 7/1/2008 | Michael Morris | Review agenda for AHM committee call and prepare for call. | 0.30 | $228.00 |
| 7/2/2008 | Michael Morris | Telephone conference with committee regarding JPM and recommendation. | 0.60 | $456.00 |
| 7/2/2008 | Michael Morris | Draft correspondence to JPM. | 0.70 | $532.00 |
| 7/2/2008 | Michael Morris | Correspondence to Mr. Beach regarding proposal to JPM. | 0.20 | $152.00 |
| 7/2/2008 | Michael Morris | Correspondence from Mr. Beach and revise letter to JPM. | 0.30 | $228.00 |
| 7/3/2008 | Michael Morris | Finalize proposal to JPM and transmit to Mr. McGuire. | 0.80 | $608.00 |
| 7/3/2008 | Michael Morris | Correspondence from Mr. McGuire regarding proposal. | 0.20 | $152.00 |
| 7/3/2008 | Michael Morris | Correspondence from Mr. Beach regarding call with JPM and issues. | 0.20 | $152.00 |
| 7/3/2008 | Michael Morris | Correspondence to Mr. Beach regarding JPM correspondence. | 0.10 | $76.00 |
| 7/7/2008 | Michael Morris | Review correspondence with Mr. McGuire and draft memorandum. | 0.20 | $152.00 |
| 7/8/2008 | Michael Morris | Telephone conference with Mr. Beach regarding JPM issues and response. | 0.40 | $304.00 |
| 7/8/2008 | Michael Morris | Review Beach memorandum regarding global issues with JPM. | 0.30 | $228.00 |
| 7/9/2008 | Michael Morris | Outline global proposal to JPM. | 0.70 | $532.00 |
| 7/9/2008 | Michael Morris | Correspondence to Mr. Power regarding global JPM issues and status. | 0.30 | $228.00 |
| 7/10/2008 | Michael Morris | Telephone conference with Mr. Beach regarding proposal to JPM. | 0.30 | $228.00 |
| 7/11/2008 | Michael Morris | Review term sheet for proposal to JPM from Mr. Beach. | 0.50 | $380.00 |
| 7/11/2008 | Michael Morris | Telephone conference with Mr. Power regarding status. | 0.20 | $152.00 |
| 7/15/2008 | Michael Morris | Correspondence with Mr. Beach regarding JPM. | 0.20 | $152.00 |
| 7/15/2008 | Michael Morris | Research regarding cases analogous to post-petition perfection issues. | 0.80 | $608.00 |

In Reference To:                                DATE: 12/11/2008
                                         American Home Mortgage
                                    Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/16/2008 | Michael Morris | Telephone conference with debtor representative regarding JPM status and discussions. | 0.60 | $456.00 |
| 7/16/2008 | Michael Morris | Further research regarding post-petition perfection. | 1.30 | $988.00 |
| 7/23/2008 | Michael Morris | Telephone conference with Mr. Beach regarding discussions with JPM counsel. | 0.30 | $228.00 |
| 8/6/2008 | Michael Morris | Correspondence with Mr. Power regarding JPM. | 0.30 | $228.00 |
| 8/6/2008 | Michael Morris | Telephone conference with Mr. Power regarding JPM complaint. | 0.20 | $152.00 |
| 8/6/2008 | Michael Morris | Correspondence from Mr. Beach regarding JPM. | 0.10 | $76.00 |
| 8/6/2008 | Michael Morris | Correspondence with Mr. Power regarding committee authority. | 0.10 | $76.00 |
| 8/7/2008 | Michael Morris | Review JPM loan documents and related material for complaint. | 0.80 | $608.00 |
| 8/7/2008 | Michael Morris | Review authorities regarding perfection in REO. | 0.60 | $456.00 |
| 8/7/2008 | Michael Morris | Research regarding securities contract and application to JPM, including Lehman/AHM case. | 1.60 | $1,216.00 |
| 8/7/2008 | Michael Morris | Outline causes of action for complaint. | 0.80 | $608.00 |
| 8/8/2008 | Michael Morris | Prepare draft complaint for AHM against JPM. | 1.50 | $1,140.00 |
| 8/8/2008 | Michael Morris | Analyze Lehman decision and JPM agreement. | 0.50 | $380.00 |
| 8/8/2008 | Michael Morris | Correspondence to Mr. Power regarding JPM cause of action regarding margin payments. | 0.30 | $228.00 |
| 8/8/2008 | Michael Morris | Prepare draft JPM complaint. | 0.80 | $608.00 |
| 8/10/2008 | Michael Morris | Revise complaint against JPM and review all supporting material. | 2.30 | $1,748.00 |
| 8/10/2008 | Michael Morris | Review authorities regarding complaint. | 0.80 | $608.00 |
| 8/11/2008 | Michael Morris | Revise complaint against JPM. | 1.20 | $912.00 |
| 8/11/2008 | Michael Morris | Review Beach memorandum regarding claims against JPM. | 0.40 | $304.00 |
| 8/11/2008 | Michael Morris | Revise complaint with additional cause of action from Beach memorandum. | 0.70 | $532.00 |
| 8/11/2008 | Michael Morris | Prepare correspondence to Messrs. Beach and Power regarding draft complaint against JPM. | 0.30 | $228.00 |
| 8/12/2008 | Michael Morris | Revise complaint against JPM. | 0.60 | $456.00 |
| 9/22/2008 | Michael Morris | Correspondence with Mr. Power regarding JPM relief from stay. | 0.10 | $76.00 |

In Reference To:                    DATE: 12/11/2008
                                        American Home Mortgage
                                    Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/22/2008 | Michael Morris | Correspondence to Mr. Power regarding issues and response to JPM. | 0.30 | $228.00 |
| 9/23/2008 | Michael Morris | Review docket regarding filings by JPM. | 0.40 | $304.00 |
| 9/23/2008 | Michael Morris | Review and analyze JPM relief from stay and supporting material. | 1.00 | $760.00 |
| 9/23/2008 | Michael Morris | Correspondence to Mr. Power regarding response to JPM. | 0.20 | $152.00 |
| 9/23/2008 | Michael Morris | Telephone conference with Mr. Beach regarding JPM relief from stay motion. | 0.20 | $152.00 |
| 9/23/2008 | Michael Morris | Outline response to JPM motion. | 1.20 | $912.00 |
| 9/24/2008 | Michael Morris | Research and analyze cases regarding response to JPM regarding 506(c) and disputed security interests. | 1.80 | $1,368.00 |
| 9/24/2008 | Michael Morris | Draft response to JPM. | 1.50 | $1,140.00 |
| 9/24/2008 | Michael Morris | Correspondence with Mr. Beach regarding JPM and joint prosecution stipulation. | 0.20 | $152.00 |
| 9/24/2008 | Michael Morris | Revise response to JPM and supporting material. | 0.70 | $532.00 |
| 9/24/2008 | Michael Morris | Review prior JPM motion and factual issues from Beach memorandum. | 0.60 | $456.00 |
| 9/24/2008 | Michael Morris | Draft joint prosecution stipulation. | 0.70 | $532.00 |
| 9/24/2008 | Michael Morris | Correspondence with Mr. Schnitzer regarding joint prosecution stipulation. | 0.20 | $152.00 |
| 9/24/2008 | Michael Morris | Review joint prosecution stipulation and transmit to Mr. Beach. | 0.60 | $456.00 |
| 9/25/2008 | Michael Morris | Telephone conference with Mr. Beach regarding joint prosecution stipulation and issues in JPM response. | 0.40 | $304.00 |
| 9/25/2008 | Michael Morris | Revise JPM stipulation and analyze supporting authorities. | 0.20 | $152.00 |
| 9/25/2008 | Michael Morris | Correspondence with Mr. Beach regarding JPM and joint prosecution stipulation. | 0.10 | $76.00 |
| 9/25/2008 | Michael Morris | Review Morse comments regarding stipulation and revise. | 0.50 | $380.00 |
| 9/25/2008 | Michael Morris | Correspondence to Messrs. Power and Schnitzer regarding response to JPM. | 0.20 | $152.00 |
| 9/26/2008 | Michael Morris | Revise JPM response and correspondence to Mr. Beach regarding draft response for comment. | 0.80 | $608.00 |
| 9/26/2008 | Joshua D. Morse | Review and revise objection to JPMorgan relief from stay motion. | 0.90 | $454.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/26/2008 | Joshua D. Morse | Trade e-mails with Mr. Morris regarding objection to JPMorgan relief from stay motion. | 0.30 | $151.50 |
| 9/29/2008 | Michael Morris | Revisions of response with comments. | 0.50 | $380.00 |
| 9/29/2008 | Michael Morris | Telephone conference with local counsel regarding execution, service and filing of response. | 0.30 | $228.00 |
| 9/29/2008 | Michael Morris | Correspondence with local counsel regarding response to JPM motion. | 0.20 | $152.00 |
| 9/29/2008 | Michael Morris | Telephone conference with Mr. Bifferato regarding background, JPM response, and hearing. | 0.40 | $304.00 |
| 9/29/2008 | Michael Morris | Telephone conference with Mr. Beach regarding response to JPM and debtor's filing. | 0.30 | $228.00 |
| 9/30/2008 | Michael Morris | Review debtor response to JPM. | 0.60 | $456.00 |
| 9/30/2008 | Michael Morris | Telephone conference with Mr. Beach regarding response and scheduling. | 0.40 | $304.00 |
| 9/30/2008 | Michael Morris | Telephone conference with Mr. Beach regarding calls with JPM counsel. | 0.20 | $152.00 |
| 9/30/2008 | Michael Morris | Telephone conference with Mr. Bifferato regarding joint prosecution stipulation, execution and filing. | 0.30 | $228.00 |
| 9/30/2008 | Michael Morris | Telephone conference with Mr. Power regarding status. | 0.10 | $76.00 |
| 10/1/2008 | Michael Morris | Correspondence from Mr. Randolph regarding joint prosecution stipulation. | 0.20 | $152.00 |
| 10/1/2008 | Michael Morris | Correspondence from Mr. Bifferato regarding joint prosecution stipulation. | 0.10 | $76.00 |
| 10/1/2008 | Michael Morris | Telephone conference with Messrs. Beach and Randolph regarding joint prosecution stipulation and changes. | 0.40 | $304.00 |
| 10/1/2008 | Michael Morris | Correspondence to Mr. Bifferato regarding stipulation. | 0.40 | $304.00 |
| 10/1/2008 | Michael Morris | Correspondence with Mr. Beach regarding stipulation and filing. | 0.30 | $228.00 |
| 10/2/2008 | Michael Morris | Telephone conference with Mr. Beach regarding joint prosecution stipulation. | 0.30 | $228.00 |
| 10/2/2008 | Michael Morris | Telephone conference with Mr. Bifferato regarding stipulation and hearing. | 0.20 | $152.00 |
| 10/2/2008 | Michael Morris | Correspondence with Mr. Bifferato regarding hearing. | 0.20 | $152.00 |

In Reference To:                               DATE: 12/11/2008
                                        American Home Mortgage
                                  Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/2/2008 | Michael Morris | Review pleadings for hearing. | 0.40 | $304.00 |
| 10/2/2008 | Michael Morris | Telephonic hearing regarding JPMC motion for relief from stay. | 1.50 | $1,140.00 |
| 10/2/2008 | Michael Morris | Telephone conference with Mr. Power regarding hearing and stipulation. | 0.10 | $76.00 |
| 10/3/2008 | Michael Morris | Telephone conference with Mr. Beach regarding hearing, joint prosecution stipulation and strategy with JPMC. | 0.50 | $380.00 |
| 10/3/2008 | Michael Morris | Telephone conference with Mr. Power regarding discussions with Mr. Landis and approach to JPMC. | 0.40 | $304.00 |
| 10/3/2008 | Michael Morris | Telephone conference with Mr. Beach regarding potential settlement meeting. | 0.20 | $152.00 |
| 10/6/2008 | Michael Morris | Correspondence with Mr. Beach regarding joint prosecution stipulation. | 0.20 | $152.00 |
| 10/6/2008 | Michael Morris | Telephone conference with Mr. Power regarding joint prosecution stipulation. | 0.10 | $76.00 |
| 10/7/2008 | Michael Morris | Telephone conference with Messrs. Power and Beach regarding potential resolution of relief from stay. | 0.70 | $532.00 |
| 10/7/2008 | Michael Morris | Correspondence with Mr. Power. | 0.20 | $152.00 |
| 10/7/2008 | Michael Morris | Review correspondence between debtor and JPM regarding scheduling order and miscellaneous. | 0.30 | $228.00 |
| 10/7/2008 | Michael Morris | Review scheduling order. | 0.20 | $152.00 |
| 10/8/2008 | Michael Morris | Draft and revise stipulation for settlement of relief from stay. | 2.00 | $1,520.00 |
| 10/8/2008 | Michael Morris | Review correspondence from Mr. Landis regarding joint prosecution stipulation. | 0.20 | $152.00 |
| 10/8/2008 | Michael Morris | Review correspondence from Mr. Beach to Mr. Landis. | 0.10 | $76.00 |
| 10/9/2008 | Michael Morris | Revise draft stipulation. | 0.80 | $608.00 |
| 10/9/2008 | Michael Morris | Correspondence to Messrs. Beach and Power regarding draft stipulation. | 0.20 | $152.00 |
| 10/9/2008 | Michael Morris | Telephone conference with Mr. Landis regarding issues and potential resolution of relief from stay. | 0.30 | $228.00 |
| 10/10/2008 | Michael Morris | Review document requests. | 0.20 | $152.00 |
| 10/13/2008 | Michael Morris | Review discovery requests from debtor to JPM. | 0.30 | $228.00 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 12/11/2008

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/13/2008 | Michael Morris | Correspondence from Mr. Bifferato regarding discovery. | 0.10 | $76.00 |
| 10/14/2008 | Michael Morris | Correspondence to Mr. Beach regarding stipulation and review reply. | 0.30 | $228.00 |
| 10/15/2008 | Michael Morris | Review correspondence from Mr. Beach regarding comments on stipulation. | 0.30 | $228.00 |
| 10/15/2008 | Michael Morris | Review stipulation with Beach comments. | 0.70 | $532.00 |
| 10/15/2008 | Michael Morris | Correspondence with Mr. Beach regarding issues in JPM stipulation and review response and data. | 0.50 | $380.00 |
| 10/15/2008 | Michael Morris | Correspondence to Mr. Power regarding issues with debtor and JPM stipulation. | 0.30 | $228.00 |
| 10/15/2008 | Michael Morris | Correspondence with Mr. Beach regarding valuation issues and amounts at stake in REO dispute. | 0.30 | $228.00 |
| 10/15/2008 | Michael Morris | Revise stipulation. | 0.50 | $380.00 |
| 10/16/2008 | Michael Morris | Review draft stipulation. | 0.50 | $380.00 |
| 10/16/2008 | Michael Morris | Correspondence to Messrs. Power and Beach regarding draft stipulation. | 0.40 | $304.00 |
| 10/16/2008 | Michael Morris | Review correspondence from Mr. Beach and make requested revisions to stipulation. | 0.30 | $228.00 |
| 10/16/2008 | Michael Morris | Correspondence to Mr. Landis with stipulation. | 0.20 | $152.00 |
| 10/16/2008 | Michael Morris | Correspondence from Mr. Landis regarding stipulation. | 0.20 | $152.00 |
| 10/16/2008 | Michael Morris | Telephone conference with Mr. Landis regarding comments to stipulation. | 0.50 | $380.00 |
| 10/16/2008 | Michael Morris | Correspondence with Mr. Beach are stipulation and Mr. Landis' position. | 0.20 | $152.00 |
| 10/16/2008 | Michael Morris | Telephone conference with Mr. Power and Mr. Delicato regarding status of discussions with Mr. Landis. | 0.50 | $380.00 |
| 10/17/2008 | Michael Morris | Correspondence to Mr. Landis regarding comments on stipulation. | 0.20 | $152.00 |
| 10/17/2008 | Michael Morris | Review correspondence from Mr. Landis regarding stipulation and draft response. | 0.40 | $304.00 |
| 10/17/2008 | Michael Morris | Review and revise Landis draft stipulation and transmit to Mr. Landis. | 0.60 | $456.00 |
| 10/17/2008 | Michael Morris | Review correspondence from Mr. Landis. | 0.10 | $76.00 |

PAGE 28           In Reference To:          DATE: 12/11/2008
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 10/17/2008 | Michael Morris | Telephone conference with Mr. Beach regarding stipulation and Mr. Landis' position. | 0.40 | $304.00 |
| 10/23/2008 | Michael Morris | Correspondence with Mr. Randolf. | 0.10 | $76.00 |
| 10/24/2008 | Michael Morris | Correspondence from Mr. Landis regarding status of revised stipulation. | 0.10 | $76.00 |
| 10/27/2008 | Michael Morris | Review revised stipulation from Mr. Landis. | 0.50 | $380.00 |
| 10/27/2008 | Michael Morris | Correspondence to Mr. Beach regarding revised stipulation. | 0.10 | $76.00 |
| 10/27/2008 | Michael Morris | Telephone conference with Mr. Beach regarding stipulation. | 0.20 | $152.00 |
| 10/28/2008 | Michael Morris | Correspondence with Mr. Beach regarding stipulation. | 0.20 | $152.00 |
| 10/29/2008 | Michael Morris | Review Landis draft of motion and make comments. | 0.60 | $456.00 |
| 10/29/2008 | Michael Morris | Telephone conference with Mr. Beach regarding comments on stipulation. | 0.60 | $456.00 |
| 10/30/2008 | Michael Morris | Review stipulation with JP Morgan. | 0.80 | $608.00 |
| 10/30/2008 | Michael Morris | Correspondence to Mr. Beach regarding changes to stipulation. | 0.30 | $228.00 |
| 10/31/2008 | Michael Morris | Correspondence from Mr. Beach regarding stipulation. | 0.20 | $152.00 |
| 10/31/2008 | Michael Morris | Review revised stipulation from Mr. Beach. | 0.50 | $380.00 |

TOTALS:  0120 - Litigation                            149.30    $110,521.50