# EXHIBIT B

711437.02

PAGE 29                                In Reference To:                          DATE: 12/11/2008
                                    American Home Mortgage
                                Our File Number:  AMERICA.AHM

COSTS ADVANCED

| Description | Amount |
|---|---:|
| Computerized Legal Research | 832.85 |
| Telephone | 56.77 |
| In-House Reproduction | 3,816.80 |
| Meals | 43.00 |
| Parking | 20.25 |
| Travel & Transportation | 1,921.80 |

TOTAL COSTS ADVANCED: $6,691.47

In Reference To:                    DATE: 12/11/2008
                              American Home Mortgage
                          Our File Number:  AMERICA.AHM

COSTS BY ACTIVITY

PAGE 31            In Reference To:            DATE: 12/11/2008
American Home Mortgage
Our File Number: AMERICA.AHM

ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 03/05/08 | Computerized Legal Research LEXIS LEGAL SERVICES - SEARCHES ON 03/05/2008 | $210.59 |
| 03/05/08 | Computerized Legal Research MATTHEW BENDER SERVICE - COMBINED SEARCH COMP ONENT ON 03/05/2008 | $65.19 |
| 03/05/08 | Computerized Legal Research COLLIER SERVICE - COMBINED SEARCH COMPONENT O N 03/05/2008 | $87.07 |
| 03/05/08 | Computerized Legal Research BRIEFS PLEADINGS MOTIONS - SINGLE DOCUMENT RE TRIEVAL ON 03/05/2008 | $101.45 |
| 03/05/08 | Computerized Legal Research LAW REVIEWS - COMBINED SEARCH COMPONENT ON 03 /05/2008 | $15.75 |
| 03/05/08 | Computerized Legal Research LEXIS LEGAL SERVICES - COMBINED SEARCH COMPON ENT ON 03/05/2008 | $45.52 |
| 03/06/08 | Computerized Legal Research LEXIS LEGAL SERVICES - SEARCHES ON 03/06/2008 | $33.26 |
| 03/06/08 | Computerized Legal Research LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIE VAL ON 03/06/2008 | $4.37 |
| 03/06/08 | Computerized Legal Research LEXIS LEGAL SERVICES - DOCUMENT PRINTING ON 0 3/06/2008 | $4.70 |
| 03/25/08 | Computerized Legal Research LEXIS LEGAL SERVICES - SEARCHES ON 03/25/2008 | $11.09 |
| 03/31/08 | Computerized Legal Research - - VENDOR: Pacer Service Center Inv#033108- for service rendered during 01/01- 03/31/08 for legal research. | $18.48 |
| 03/31/08 | Computerized Legal Research - - VENDOR: West Publishing Corporation Inv#815724663 - for sevice rendered during 3/1/08 - 3/31/08 for legal research for Mr. Morse. | $193.00 |
| 07/16/08 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING ON 07/ 16/2008 | $3.10 |
| 07/16/08 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES ON 07/16/2008 | $10.92 |
| 08/07/08 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 08/ 07/2008 | $3.51 |
| 08/07/08 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/07/2008 | $24.85 |

TOTAL: HLEG

                                                                          $832.85

ACTIVITY: HTEL

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 12/11/2008

| Date | Description | Amount |
|---|---|---|
| 03/12/08 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#01304959- for service rendered on 03/03/08 for conference call for Mr. Morse. | $5.77 |
| 09/23/08 | Telephone -Michael Morris - COURT CALL, LLC LOS ANGELES CA REF# 11698677 3103420888 10/2/08 | $51.00 |

TOTAL: HTEL

$56.77

## ACTIVITY: INH

| Date | Description | Amount |
|---|---|---|
| 03/28/08 | In-House Reproduction expense (2,522 pages @ $.10 per page). | $252.20 |
| 03/28/08 | In-House Reproduction expense (7,011 pages @ $.10 per page). | $701.10 |
| 03/28/08 | In-House Reproduction expense (13,434 pages @ $.10 per page). | $1,343.40 |
| 03/28/08 | In-House Reproduction (15,201 pages @ $.10 per page). | $1,520.10 |

TOTAL: INH

$3,816.80

## ACTIVITY: MEA

| Date | Description | Amount |
|---|---|---|
| 03/13/08 | Meal expense for Mr. Morris while in Wilmington, Delaware on 03/13/08. | $43.00 |

TOTAL: MEA

$43.00

## ACTIVITY: PAR

| Date | Description | Amount |
|---|---|---|
| 04/30/08 | Parking Expense. | $18.00 |
| 04/30/08 | Parking Expense. | $2.25 |

TOTAL: PAR

$20.25

## ACTIVITY: TRA

PAGE 33  In Reference To:  DATE: 12/11/2008
American Home Mortgage
Our File Number: AMERICA.AHM

| Date | Description | Amount |
|---|---|---|
| 03/10/08 | Travel & Transportation - Michael Morris - Travel Agency Fee. | $35.00 |
| 03/10/08 | Travel & Transportation - Roundtrip Airfare expense for Mr. Morris on 03/13/08 - 03/14/08 from Florida to Philadelphia. (Reduced from actual). | $1,020.00 |
| 03/14/08 | Car Service expense for Mr. Morris from Philadelphia to Wilmington, Delaware on 03/13/08. | $145.20 |
| 03/14/08 | Car Service expense for Mr. Morris from Wilmington, Delaware to Philadelphia on 03/14/08. | $145.20 |
| 03/14/08 | Travel & Transportation - Lodging expense for Mr. Morris in Wilmington, Delaware. | $576.40 |

TOTAL: TRA

$1,921.80

TOTAL ALL ACTIVITIES: $6,691.47