# YOUNG CONAWAY STARGATT & TAYLOR, LLP

PATRICK A. JACKSON
DIRECT DIAL: (302) 576-3588
DIRECT FAX: (302) 576-3544
pjackson@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

December 19, 2008

**BY HAND DELIVERY**

Hon. Christopher S. Sontchi
United States Bankruptcy Court
District of Delaware
824 North Market Street
5th Floor
Wilmington, DE 19801

      Re:    *American Home Mortgage*, Chapter 11 Case No. 07-11047 (CSS);
Record on Remand from *DB Structured Products, Inc. v. American Home Mortgage Holdings, Inc., et al.*, Civ. Act. No. 07-0773-JJF (D. Del.)

Dear Judge Sontchi:

      I am writing in regards to the December 10, 2008, status conference in the above-referenced appeal. At the status conference, the parties recommended that the Court consider and rule on the threshold issue of whether the Mortgage Loan Purchase and Servicing Agreement ("MLPSA") at issue in the appeal is an executory contract that was assumed and assigned pursuant to section 365 of the Bankruptcy Code or, alternatively, was a non-executory contract that was sold pursuant to section 363 of the Bankruptcy Code. As framed by the parties, this issue could be approached in either of two ways: <u>one</u>, by examining the terms of the MLPSA to determine if it is executory or non-executory as a matter of law; <u>the other</u>, by considering whether estoppel principles compel a conclusion that the MLPSA is executory or non-executory for purposes of the appeal.

      At the status conference, Your Honor proposed to make a ruling as to the executory nature of the MLPSA as a matter of law and to consider the parties' estoppel arguments at a later date, if necessary. The undersigned and counsel for the appellant represented that, in our opinion, the evidentiary record and briefing was sufficient for the Court to rule on the executory nature of the MLPSA. Subsequent to the status conference, the parties conferred on a more focused designation of items from the record in this matter that would be relevant (or potentially relevant) to a ruling as to the executory nature of the MLPSA.

      Enclosed please find a chart highlighting which of the items in the Record on Remand (set of 12 binders, tab #1-69) and briefing binder transmitted to chambers on or about October 30, 2008, the parties believe are relevant to the executory nature of the MLPSA. References in the chart are by tab number (R-1 through R-69 for the Record on Remand; B-1 through B-3 for the briefing binder) and page number.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Hon. Christopher S. Sontchi
December 19, 2008
Page 2

       It is common ground between the parties that each of the debtors party to the MLPSA had material unperformed obligations the non-performance of which would constitute a material breach of the MLPSA. Accordingly, only those provisions of the MLPSA relating to obligations of DB Structured Products, Inc., have been referenced in the enclosed chart.

       The undersigned is available to answer any questions the Court may have regarding the foregoing.

Respectfully yours,

Patrick A. Jackson

Enclosure

cc: Amanda Winfree
     Steven Wilamowsky

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, ) | |
| INC., a Delaware corporation, *et al.*, ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors, ) | Jointly Administered |
| ) | |

DESIGNATION OF RELEVANT ITEMS[1] (EXECUTORY VS. NON-EXECUTORY ISSUE) FROM THE RECORD ON REMAND RE:

DB STRUCTURED PRODUCTS, INC. v.
AMERICAN HOME MORTGAGE HOLDINGS, INC., A DELAWARE
CORPORATION, ET AL. (CIVIL ACTION NO. 07-773) (JJF)

| Tab No. | Pages | Record Items |
|---|---|---|
| R-16 | 2-10; 17-29; Exh. H-1 | Debtors' Omnibus Response to Certain Objections to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business |
| R-17 (A204) | 1-2 (¶ 1) | Reply of DB Structured Products, Inc. to Debtors' Omnibus Response to Certain Objections to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business |
| R-45 | 14 ("Servicing Fee"); 40 (§ 10); 43-44 (§ 12A.01); 59 (§ 16); 60(§ 17); 64 (§ 31); Exh. 8-3 (§ 11.04); Exh. 8-19 (§ 11.25) | Master Mortgage Loan Purchase and Servicing Agreement dated as of May 1, 2006, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and DB Structured Products, Inc. (Initial Purchaser)<br><br>Note: Exhibit designated by Debtors as Debtors-35 at the hearing held on October 15-October 19, 2007 in Bankr. D. Del., Case No. 07-11047-CSS |

---

[1] R-[#] refers to the items in the Record on Remand (set of 12 binders) transmitted to the Court on October 30, 2008. An "A" followed by a number refers to the specific starting page of the Appendix used in the Opening Brief of Appellant DB Structured Products, Inc. [D.I. 8; 5/7/08]. This has been included for the Court's ease of reference wherever applicable. B-[#] refers to the briefing binder transmitted to the Court on October 30, 2008.

| Tab No. | Pages | Record Items |
|---|---|---|
| R-48 (A1181) | 93:1-97:25 (Love testimony) | Hearing Transcript re: Debtors' Sale Motion (10/16/2007) |
| R-50 | 54:17-66:11 (Aronoff testimony) | Hearing Transcript re: Debtors' Sale Motion (10/18/2007) |
| R-51 (A1890) | 62:17-77:9 (Patton argument); 103:10-104:9, 132:11-133:5, 133:20-135:6 (Gallo argument) | Hearing Transcript re: Debtors' Sale Motion (10/19/2007) |
| R-52 (A2117) | 8:12-11:21; 15:17-19; 20:18-29:18 | Hearing Transcript Containing Judge Sontchi's Oral Ruling on Debtors' Sale Motion |
| R-54 | 29:6-30:7 (Court ruling) | Hearing Transcript re: UBS's Motion/Joinder to Limited Stay Pending Appeal |
| B-1 | 7 (1st bullet); 10 (2nd ¶) | Opening Brief of Appellant DB Structured Products, Inc. |
| B-2 | 1-5; 8-15 | Answering Brief of Appellees American Home Mortgage Holdings, Inc., *et al.* |
| B-3 | 3-6 | Reply Brief of Appellant DB Structured Products, Inc. |