# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 12/22/2008 @ 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ana Alfonso (telephonic) | Kaye Scholer | Bank of America |
| Fred Neufeld (telephonic) / Robert Moore (telephonic) | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Eric M. Sutty | [illegible] | Natixis Real Estate Capital Inc |
| Michael DeBaecke | Blank Rome | Creditors Committee |
| Laurie Silver Shuster | Kasler Anderson Corroran | Bank of America N.A. as Agent |
| Nathan Coco | [illegible] Conaway | Debtors |
| Erin Edwards | " | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.