# EXHIBIT A

## Exhibit A

### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BUMBAK, KATHY<br>939 W 6TH ST<br>SAN PEDRO, CA 90731 | 1164 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$2,713.20 (P)<br>- (U)<br>$2,713.20 (T) | 6385 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$904.81 (U)<br>$904.81 (T) |
| FERRICANE, ANGELO J.<br>18 HOLLY DR<br>MANORVILLE, NY 11949 | 243 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$2,325.00 (P)<br>- (U)<br>$2,325.00 (T) | 2230 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$2,595.38 (P)<br>- (U)<br>$2,595.38 (T) |
| HONOKAUPU, CHRISTINA K.<br>PO BOX 1337<br>HAIKU, HI 96708 | 1169 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$767.20 (P)<br>$767.20 (U)<br>$767.20 (T) | 5098 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$767.20 (P)<br>$767.20 (U)<br>$767.20 (T) |
| HOWELL, BARBARA J.<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | 841 | 8/17/07 | 07-11047 | - (S)<br>- (A)<br>$2,135.04 (P)<br>- (U)<br>$2,135.04 (T) | 5426 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,135.04 (P)<br>- (U)<br>$2,135.04 (T) |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>$7,940.44 (P)<br>$767.20 (U)<br>$7,940.44 (T) | | | | - (S)<br>- (A)<br>$5,497.62 (P)<br>$1,671.81 (U)<br>$6,402.23 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.