# EXHIBIT B

**Exhibit B**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims ||||| New Case Number ||
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | | Case Number |
| ACADIANA'S OFFICE PRODUCTS<br>ATTN JOHN A. MARTIN<br>P.O. BOX 61748<br>LAFAYETTE, LA 70596 | 7864 | 1/9/08 | No Case | -<br>-<br>$23,585.04<br>$23,585.04 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | 07-11051 |
| ALBANO, KRISTINE<br>76 WILSON AVE<br>MASTIC BEACH, NY 11951 | 973 | 9/18/07 | No Case | -<br>-<br>$730.87<br>-<br>$730.87 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | 07-11051 |
| ALLEN, ROXANNA T.<br>315 WRIGHTSBURG CT<br>FAYETTEVILLE, GA 30215 | 752 | 9/14/07 | No Case | -<br>-<br>$1,211.54<br>-<br>$1,211.54 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | 07-11051 |
| ANDERSON, ELIZABETH D.<br>44 SEACLIFF DR<br>APTOS, CA 95003 | 219 | 8/31/07 | No Case | -<br>-<br>$8,201.57<br>-<br>$8,201.57 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | 07-11051 |
| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | 830 | 9/17/07 | No Case | -<br>-<br>$553.84<br>-<br>$553.84 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | 07-11051 |
| ASPETUCK SYSTEMS, INC.<br>ATTN MICHAEL GABRIELE<br>200 CONNECTICUT AVENUE<br>NORWALK, CT 06854 | 632 | 10/11/07 | 07-11047 | -<br>-<br>-<br>$52,615.98<br>$52,615.98 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | 07-11051 |
| AT&T CORP.<br>ATTN ALBERT PEREZ<br>15100 FAA BLVD<br>FORT WORTH, TX 76155 | 1084 | 9/14/07 | 07-11047 | -<br>-<br>-<br>$48,759.86<br>$48,759.86 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| BARTLETT, CATHY<br>1730 LONG RIDGE ST<br>CHULA VISTA, CA 91913 | 1158 | 9/24/07 | No Case | - (S)<br>- (A)<br>$1,961.80 (P)<br>- (U)<br>$1,961.80 (T) | 07-11051 |
| BOND, ALISON<br>1346 N. LAUREL AVE # 105<br>W. HOLLYWOOD, CA 90046 | 1647 | 10/18/07 | No Case | - (S)<br>- (A)<br>$1,546.09 (P)<br>- (U)<br>$1,546.09 (T) | 07-11051 |
| BRATT, KAY<br>23351 VIA LINDA #A<br>MISSION VIEJO, CA 92691 | 436 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,920.00 (P)<br>- (U)<br>$1,920.00 (T) | 07-11051 |
| BRAUDE, KEVIN Z.<br>1832 FIELDWOOD DRIVE<br>NORTHBROOK, IL 60062 | 1450 | 10/5/07 | No Case | - (S)<br>- (A)<br>$6,166.51 (P)<br>- (U)<br>$6,166.51 (T) | 07-11051 |
| BRAVO, CHRISTINA<br>3828 ADDISON WOODS RD.<br>FREDERICK, MD 21704 | 1433 | 10/5/07 | No Case | - (S)<br>- (A)<br>$2,707.38 (P)<br>- (U)<br>$2,707.38 (T) | 07-11051 |
| BRITTINGHAM, CHRISTINE<br>4 OAK HOLLOW LN<br>SICKLERVILLE, NJ 080813907 | 479 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,961.54 (P)<br>- (U)<br>$1,961.54 (T) | 07-11051 |
| BROTHERTON, JILL<br>1226 NORTH AVENUE<br>BATAVIA, IL 60510 | 8421 | 1/10/08 | No Case | - (S)<br>- (A)<br>$1,100.00 (P)<br>$1,020.00 (U)<br>$2,120.00 (T) | 07-11051 |
| BURIAN, THOMAS A.<br>PO BOX 1076<br>PARK RIDGE, IL 60068 | 951 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$2,708.34 (P)<br>- (U)<br>$2,708.34 (T) | 07-11051 |
| CADRE GROUP, LLC<br>80 KATONA DR STE 27<br>FAIRFIELD, CT 06824 | 4 | 8/16/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$12,745.00 (U)<br>$12,745.00 (T) | 07-11053 |

## Objectionable Claims — New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | New Case Number |
|---|---|---|---|---|---|---|
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | 9865 | 1/31/08 | 07-11049 | | - (S)<br>- (A)<br>- (P)<br>$10,596.27 (U)<br>$10,596.27 (T) | 07-11051 |
| ELKIN, DARCY J.<br>10626 GREEN MOUNTAIN CIRCLE<br>COLUMBIA, MD 21044 | 1323 | 9/28/07 | No Case | | - (S)<br>- (A)<br>$1,120.00 (P)<br>- (U)<br>$1,120.00 (T) | 07-11051 |
| EVANICHKO, MOLLIE<br>6227 GLENCAIRN CIR<br>GALLOWAY, OH 43119 | 224 | 8/31/07 | No Case | | - (S)<br>- (A)<br>$1,593.60 (P)<br>- (U)<br>$1,593.60 (T) | 07-11051 |
| FEE, EILEEN<br>61 MOFFITT BLVD<br>ISLIP, NY 11751 | 867 | 9/17/07 | No Case | | - (S)<br>- (A)<br>$1,009.62 (P)<br>- (U)<br>$1,009.62 (T) | 07-11051 |
| FELDMAN, GAIL<br>15225 N 100TH ST UNIT 1205<br>SCOTTSDALE, AZ 85260-8801 | 493 | 9/10/07 | No Case | | - (S)<br>- (A)<br>$2,376.75 (P)<br>- (U)<br>$2,376.75 (T) | 07-11051 |
| FIRST AMERICAN CORE LOGIC<br>ATTN LAURIE CHEHAK, A/R MANAGER<br>10360 OLD PLACERVILLE RD<br>STE 100<br>SACRAMENTO, CA 95827 | 1730 | 10/22/07 | 07-11053 | | - (S)<br>- (A)<br>- (P)<br>$9,369.30 (U)<br>$9,369.30 (T) | 07-11051 |
| FIRST AMERICAN CORE LOGIC<br>ATTN LAURIE CHEHAK, A/R MANAGER<br>10360 OLD PLACERVILLE RD<br>STE 100<br>SACRAMENTO, CA 95827 | 1731 | 10/22/07 | 07-11047 | | - (S)<br>- (A)<br>- (P)<br>$62,585.00 (U)<br>$62,585.00 (T) | 07-11051 |
| FIUMEFREDDO, ROSARIA<br>7132 HELL AVE #2<br>HUNTINGTON BEACH, CA 92647 | 712 | 9/13/07 | No Case | | - (S)<br>- (A)<br>$2,349.75 (P)<br>- (U)<br>$2,349.75 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| FRANKS, KIM<br>705 S. WELLWOOD AVENUE<br>LINDENHURST, NY 11757 | 7991 | 1/9/08 | No Case | - (S)<br>- (A)<br>$2,400.00 (P)<br>- (U)<br>$2,400.00 (T) | 07-11053 |
| FREEDMAN, JODIE<br>77 S PARK AVE APT A22<br>ROCKVILLE CENTRE, NY 11570 | 296 | 9/4/07 | No Case | - (S)<br>- (A)<br>$954.00 (P)<br>- (U)<br>$954.00 (T) | 07-11051 |
| FREY, TABETHA S<br>10624 QUEEN JESSICA LN<br>SANTEE, CA 92071 | 2582 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$8,653.85 (P)<br>- (U)<br>$8,653.85 (T) | 07-11051 |
| FURCO, LISA<br>1034 7TH ST<br>WEST BABYLON, NY 11704 | 3990 | 11/30/07 | 07-11053 | - (S)<br>- (A)<br>$846.70 (P)<br>- (U)<br>$846.70 (T) | 07-11051 |
| GEHRING, GRETCHEN S.<br>830 CHURCHLAND CT<br>SAUGERTIES, NY 12477 | 566 | 9/11/07 | No Case | - (S)<br>- (A)<br>$2,115.38 (P)<br>- (U)<br>$2,115.38 (T) | 07-11051 |
| GHINI, LAURA<br>11 CHERRY ST<br>GLEN HEAD, NY 11545 | 1140 | 9/21/07 | No Case | - (S)<br>- (A)<br>$2,900.00 (P)<br>- (U)<br>$2,900.00 (T) | 07-11051 |
| GIBSON, MARGARET<br>2483-4 WHISPERING WOODS BLVD<br>JACKSONVILLE, FL 32246 | 1148 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$1,338.64 (P)<br>- (U)<br>$1,338.64 (T) | 07-11051 |
| GRANT, ANN<br>1216 BIRKS CT.<br>LA GRANGE, IL 60525 | 1659 | 10/19/07 | No Case | - (S)<br>- (A)<br>$3,261.00 (P)<br>- (U)<br>$3,261.00 (T) | 07-11051 |
| HESS, SHARON SUE<br>415 LONG BRANCH WAY<br>CANTON, GA 30115 | 1454 | 10/9/07 | No Case | - (S)<br>- (A)<br>$2,500.80 (P)<br>- (U)<br>$2,500.80 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | **Objectionable Claims** | **Case Number** |
| HEYMAN, MATTHEW REED<br>26201 BUSCADOR<br>MISSION VIEJO, CA 92692 | 943 | 9/17/07 | No Case | - (S)<br>- (A)<br>$840.00 (P)<br>- (U)<br>$840.00 (T) | 07-11051 |
| HITCHCOCK, HEIDI A.<br>2 BASSWOOD CT<br>CATONSVILLE, MD 21228 | 414 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,130.77 (P)<br>- (U)<br>$1,130.77 (T) | 07-11051 |
| HUGHEY, CHERYL<br>222 NORTH AVE<br>APTOS, CA 95003 | 268 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$7,471.84 (P)<br>- (U)<br>$7,471.84 (T) | 07-11051 |
| JOHNSON, JANIS C.<br>523 NIGHTSHADE DR<br>ARLINGTON, TX 76018 | 908 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,846.56 (P)<br>- (U)<br>$1,846.56 (T) | 07-11050 |
| KLAR, VIRGINIA<br>815 E WALNUT ST<br>LONG BEACH, NY 11561 | 1013 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$819.44 (P)<br>- (U)<br>$819.44 (T) | 07-11051 |
| LEE, SHAOWEI<br>PO BOX 360765<br>MILPITAS, CA 95036 | 3102 | 11/23/07 | No Case | - (S)<br>- (A)<br>$4,458.47 (P)<br>- (U)<br>$4,458.47 (T) | 07-11051 |
| LOWERMYBILLS, INC., A DELAWARE CORP<br>SANDRA I TIBERI<br>HEMAR ROUSSO & HEALD LLP<br>15810 VENTURA BLVD 12TH FLOOR | 9844 | 1/28/08 | 07-11047 | - (S)<br>- (A)<br>$59,999.00 (P)<br>- (U)<br>$59,999.00 (T) | 07-11051 |
| MAIER, DANIEL KEITH<br>2738 HARVARD DR<br>WARRINGTON, PA 189752378 | 1471 | 10/9/07 | 07-11047 | - (S)<br>- (A)<br>$3,041.41 (P)<br>- (U)<br>$3,041.41 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims ||||| New Case Number |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | Case Number |
| MASSARINI, JUDITH A.<br>397 AURORA DR<br>MILLERSVILLE, MD 21108 | 555 | 9/11/07 | No Case | $1,884.68<br>$1,884.68 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| MEEUWSE, CATHERINE S.<br>1703 MILES AVE<br>KALAMAZOO, MI 49001 | 241 | 9/4/07 | No Case | $882.00<br>$882.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| MODELYTICS INC<br>ATTN MUKUND SHEOREY, PRESIDENT<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ 07458 | 404 | 9/7/07 | 07-11050 | $131,135.00<br>$131,135.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| MOORE, DEBRA<br>202 SHELTER LN<br>LEVITTOWN, NY 11756 | 2399 | 11/16/07 | 07-11051 | $1,325.20<br>$1,325.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11053 |
| MURRAH, SHERI<br>18108 STONEBROOK DR<br>SANFORD, FL 327734467 | 1142 | 9/21/07 | No Case | $5,666.67<br>$5,666.67 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| NATHAN, MARILYN G<br>11 KETCHAM PL<br>MELVILLE, NY 11747 | 4367 | 12/3/07 | 07-11051 | $1,370.88<br>$1,370.88 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11053 |
| NORTHWIND FINANCIAL CORP<br>ATTN C. CUMMINGS, CEO<br>5999 BELINDA DR NE<br>ROCKFORD, MI 49341 | 6289 | 12/24/07 | No Case | $10,693.14<br>$10,693.14 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| OBERGFELL, VALERIE<br>1879 S GROVE ST<br>DENVER, CO 80219 | 211 | 8/31/07 | No Case | $828.80<br>$828.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| OETINGER, WILLIAM D.<br>3120 DAVISVILLE RD<br>HATBORO, PA 19040 | 949 | 9/17/07 | No Case | $969.23<br>$969.23 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | 1627 | 10/15/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$13,560.98 (U)<br>$13,560.98 (T) | 07-11051 |
| PANZINI, CLAUDIA<br>1650 LEWIS RD<br>MERRICK, NY 11566 | 1540 | 10/12/07 | 07-11047 | - (S)<br>- (A)<br>$1,634.62 (P)<br>- (U)<br>$1,634.62 (T) | 07-11051 |
| PAZORNIK, RICHARD B.<br>712 RESERVOIR ST<br>BALTIMORE, MD 21217 | 751 | 9/13/07 | 07-11048 | - (S)<br>- (A)<br>$4,475.00 (P)<br>- (U)<br>$4,475.00 (T) | 07-11051 |
| PIERCE, DANIEL R.<br>PO BOX 294<br>LINCOLN, AL 350960294 | 2306 | 11/16/07 | No Case | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | 07-11051 |
| PRICE, ARTHUR<br>11 TRUMPET LN<br>LEVITTOWN, NY 11756 | 1225 | 9/26/07 | No Case | - (S)<br>- (A)<br>$1,360.00 (P)<br>- (U)<br>$1,360.00 (T) | 07-11051 |
| REVAK, KELLEY<br>805 WOODWARD ST<br>MC KEESPORT, PA 15132 | 755 | 9/14/07 | No Case | - (S)<br>- (A)<br>$909.44 (P)<br>- (U)<br>$909.44 (T) | 07-11051 |
| ROCKWELL, ELIZABETH<br>199 DUBLIN CT UNIT V 2<br>SCHAUMBURG, IL 60194-6129 | 1218 | 9/25/07 | No Case | - (S)<br>- (A)<br>$816.00 (P)<br>- (U)<br>$816.00 (T) | 07-11051 |
| ROWLEY, DONALD (DON)<br>3644 VILLAGE SPRINGS DR<br>HIGH POINT, NC 27265 | 3108 | 11/23/07 | No Case | - (S)<br>- (A)<br>$1,366.73 (P)<br>- (U)<br>$1,366.73 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Amount | New Case Number |
|---|---|---|---|---|---|
| SACKMAN, BEVERLEY W.<br>431 TIMBER RIDGE DR<br>LONGWOOD, FL 32779 | 1102 | 9/18/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$582.47 (U)<br>$11,532.47 (T) | 07-11051 |
| SCHNEIDER, CATHY L<br>451 HAZEL AVENUE<br>HIGHLAND PARK, IL 60035 | 1307 | 9/28/07 | No Case | - (S)<br>- (A)<br>$1,319.00 (P)<br>- (U)<br>$1,319.00 (T) | 07-11051 |
| SKINNER, JULIA<br>7 BRAIDED WHIP CT<br>WINDSOR MILL, MD 21244 | 391 | 9/7/07 | No Case | - (S)<br>- (A)<br>$6,346.15 (P)<br>- (U)<br>$6,346.15 (T) | 07-11051 |
| SMILEY, CONSUELA A.<br>9763 BRASSIE WAY<br>GAITHERSBURG, MD 20886 | 958 | 9/18/07 | No Case | - (S)<br>- (A)<br>$2,284.61 (P)<br>- (U)<br>$2,284.61 (T) | 07-11051 |
| SMITH, SHANTA N.<br>675 COMMANDER AVE<br>WEST BABYLON, NY 11704 | 7850 | 1/9/08 | No Case | - (S)<br>- (A)<br>$1,528.80 (P)<br>- (U)<br>$1,528.80 (T) | 07-11051 |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | 585 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,056.88 (U)<br>$7,056.88 (T) | 07-11051 |
| SPRINT NEXTEL<br>ABBY LATOURRETTE, BANKRUPTCY<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 10237 | 4/14/08 | 07-11048 | - (S)<br>- (A)<br>$159,264.01 (P)<br>- (U)<br>$159,264.01 (T) | 07-11051 |
| STANNARD, MONICA<br>20914 JESSICA ROSE LN<br>SPRING, TX 77379 | 562 | 9/11/07 | No Case | - (S)<br>- (A)<br>$944.84 (P)<br>- (U)<br>$944.84 (T) | 07-11051 |
| STEPHANIK, JOANNE<br>413 N. SAN DIMAS AVE<br>SAN DIMAS, CA 91773 | 1782 | 10/26/07 | No Case | - (S)<br>- (A)<br>$5,653.76 (P)<br>- (U)<br>$5,653.76 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | | Case Number |
| STOCKMAN, JOSEPH<br>236 ELWOOD RD<br>EAST NORTHPORT, NY 11731 | 822 | 9/17/07 | No Case | - (S)<br>- (A)<br>$2,079.75 (P)<br>- (U)<br>$2,079.75 (T) | 07-11051 |
| SYKES, THADDEUS<br>2003 CRIMSON MEADOWS DR.<br>OFALLON, MO 63366 | 1578 | 10/15/07 | No Case | - (S)<br>- (A)<br>$2,625.00 (P)<br>- (U)<br>$2,625.00 (T) | 07-11051 |
| SYMONS, CECILIA<br>46595 CHALMERS<br>MACOMB, MI 48044 | 1554 | 10/5/07 | No Case | - (S)<br>- (A)<br>$2,146.56 (P)<br>- (U)<br>$2,146.56 (T) | 07-11051 |
| SYMPLEGADES<br>ATTN IAN GERTLER, PRESIDENT & CEO<br>1746 MCLAURIN LANE<br>FUQUAY-VARINA, NC 27526 | 8191 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$47,610.00 (U)<br>$47,610.00 (T) | 07-11051 |
| THOMSON FINANCIAL CO, LLC<br>ATTN BARBARA MENDY<br>195 BROADWAY<br>NEW YORK, NY 10007 | 180 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$71,049.44 (U)<br>$71,049.44 (T) | 07-11051 |
| TRAIETTA, EILEEN<br>64 PARK CIRCLE SOUTH<br>FARMINGDALE, NY 11735 | 482 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$2,376.00 (P)<br>- (U)<br>$2,376.00 (T) | 07-11051 |
| TRIOLO, VICTOR J.<br>104 SEAVIEW AVE<br>NORTHPORT, NY 11768 | 194 | 8/30/07 | 07-11047 | - (S)<br>- (A)<br>$240.39 (P)<br>- (U)<br>$240.39 (T) | 07-11051 |
| VAIDEN, MARY K<br>2742 CANDLEWOOD CT<br>APOPKA, FL 32703 | 4558 | 12/5/07 | No Case | - (S)<br>- (A)<br>$994.98 (P)<br>- (U)<br>$994.98 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| VALARO, SHERRY<br>7784 LAS PALMAS WAY<br>JACKSONVILLE, FL 32256 | 1544 | 10/12/07 | No Case | - (S)<br>- (A)<br>$1,291.92 (P)<br>- (U)<br>$1,291.92 (T) | 07-11051 |
| VERNAGLIA, MARY E.<br>37 PASHO ST<br>ANDOVER, MA 01810 | 1035 | 9/19/07 | No Case | - (S)<br>- (A)<br>$1,712.25 (P)<br>- (U)<br>$1,712.25 (T) | 07-11051 |
| VINCENTY, LEYLANI<br>20 LAYTON LN<br>CENTEREACH, NY 11720 | 7512 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$3,461.60 (P)<br>- (U)<br>$3,461.60 (T) | 07-11053 |
| VLAUN, DARIA<br>26 CRABTREE LN<br>LEVITTOWN, NY 11756 | 663 | 9/12/07 | No Case | - (S)<br>- (A)<br>$1,374.36 (P)<br>- (U)<br>$1,374.36 (T) | 07-11051 |
| WALTON, MARY<br>11 DAVIS RD APT B10<br>ACTON, MA 017204761 | 1159 | 9/24/07 | No Case | - (S)<br>- (A)<br>$1,538.41 (P)<br>- (U)<br>$1,538.41 (T) | 07-11050 |
| WAREHOUSELINE, LTD<br>ATTN BRUCE REICHSTEIN, PRESIDENT<br>707 WOODCASTLE BEND<br>STE 200<br>HOUSTON, TX 77094 | 6697 | 12/31/07 | No Case | - (S)<br>- (A)<br>$92,898.00 (P)<br>$92,898.00 (U)<br>- (T) | 07-11051 |
| WENINSKI, MICHELLE A.<br>41 WINSTON DR<br>BRENTWOOD, NY 11717 | 724 | 9/13/07 | No Case | - (S)<br>- (A)<br>$1,945.38 (P)<br>- (U)<br>$1,945.38 (T) | 07-11051 |
| WHALIN, LESLIE D.<br>18 KNOLLCREST RD<br>NESCONSET, NY 11767 | 806 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>$3,155.34 (P)<br>- (U)<br>$3,155.34 (T) | 07-11051 |
| WHITNEY, MICHELE<br>3210 QUEENSLAND CT<br>FORT MILL, SC 29715 | 422 | 9/10/07 | No Case | - (S)<br>- (A)<br>$2,053.85 (P)<br>- (U)<br>$2,053.85 (T) | 07-11051 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| WILSON, ANTHONY J<br>9405 LANAE LA<br>MANASSAS PARK, VA 20111 | 3324 | 11/26/07 | No Case | - (S)<br>- (A)<br>$1,177.60 (P)<br>- (U)<br>$1,177.60 (T) | 07-11051 |
| WOOTEN, ALISHA D.<br>9404 N LAUREL RD<br>LAUREL, MD 20723 | 835 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$1,176.00 (P)<br>- (U)<br>$1,176.00 (T) | 07-11051 |
| WYATT, MYRON C.<br>758 E 25TH ST<br>APT B-20<br>CHESTER, PA 19013 | 686 | 9/12/07 | No Case | - (S)<br>- (A)<br>$865.12 (P)<br>- (U)<br>$865.12 (T) | 07-11051 |
| ZWICK, ERIN E.<br>266 SUMMERHILL CT.<br>AURORA, IL 60506 | 7474 | 1/7/08 | No Case | - (S)<br>- (A)<br>$1,557.60 (P)<br>- (U)<br>$1,557.60 (T) | 07-11051 |
| Totals: | 88 Claims | | | - (S)<br>- (A)<br>$172,586.58 (P)<br>$815,125.37 (U)<br>$987,711.95 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.