# EXHIBIT C

## Exhibit C

### No Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Objectionable Claims |
|---|---|---|---|---|---|
| SIMS, RACHEL<br>809 RED BUD DR<br>DESOTO, TX 751154459 | 3328 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,436.00 (P)<br>- (U)<br>$2,436.00 (T) | No amounts are due per Debtors' books and records. Claimant failed to attach any supporting documentation to proof of claim. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$2,436.00 (P)<br>- (U)<br>$2,436.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.