# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| CATANESE, ANTHONY<br>60 COLLEEN CIRCLE<br>DOWNINGTOWN, PA 19335 | 7970 | 1/9/08 | No Case | $12,384.00<br>-<br>$12,384.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No vacation due per employee policy. No documentation provided to support commissions claimed |
| HARRISBURG CITY/COUNTY BILL<br>DAUPHIN COUNTY COURTHOUSE<br>RM 105, FRONT & MARKET STR.<br>HARRISBURG, PA 17101 | 7189 | 1/7/08 | 07-11050 | $415.01<br>-<br>-<br>-<br>$415.01 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Properties were foreclosed upon and sold in January 2007. Debtor is not responsible for 2007 taxes and all escrow balances have been paid |
| WALLING, DORIS L<br>280 MIDDLESEX RD<br>MATAWAN, NJ 07747 | 420 | 9/10/07 | No Case | -<br>-<br>$1,091.52<br>-<br>$1,091.52 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Per Debtors' books and records, no vacation payments are due |
| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | 620 | 9/7/07 | 07-11050 | $1,311.13<br>-<br>-<br>-<br>$1,311.13 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Properties were foreclosed upon and sold in January 2007. Debtor is not responsible for 2007 taxes and all escrow balances have been paid |
| Totals: | 4 Claims | | | $1,726.14<br>-<br>$13,475.52<br>-<br>$15,201.66 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.