# EXHIBIT B

# Exhibit B

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BERMUDEZ, JOSEPH<br>521 PARK AVE<br>HUNTINGTON, NY 117433754 | 1199 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$3,125.00 (P)<br>- (U)<br>$3,125.00 (T) | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| BETTENCOURT, PAMELA L.<br>41 GREENLAWN AVE<br>DRACUT, MA 01826 | 872 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,811.00 (P)<br>- (U)<br>$1,811.00 (T) | - (S)<br>- (A)<br>$912.87 (P)<br>- (U)<br>$912.87 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| BOLEN, MONA L.<br>64 E COLLEGE AVE<br>WESTERVILLE, OH 43081 | 464 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,130.93 (P)<br>- (U)<br>$1,130.93 (T) | - (S)<br>- (A)<br>$559.26 (P)<br>- (U)<br>$559.26 (T) | Modified to match Debtors' books and records of outstanding vacation and sick/personal pay |
| BRAUN, HEATHER<br>6705 CREEKWOOD LN<br>FORT WAYNE, IN 46835 | 2792 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,997.52 (P)<br>- (U)<br>$1,997.52 (T) | - (S)<br>- (A)<br>$784.00 (P)<br>- (U)<br>$784.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| BROWN, KERRIN<br>500 PECONIC ST APT 31-6A<br>RONKONKOMA, NY 117797168 | 423 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$4,491.90 (P)<br>- (U)<br>$4,491.90 (T) | - (S)<br>- (A)<br>$2,369.23 (P)<br>- (U)<br>$2,369.23 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| CACCAMO, FRANK M. II<br>11 HARBOR CIR<br>CENTERPORT, NY 11721 | 144 | 8/29/07 | 07-11051 | - (S)<br>- (A)<br>$5,646.54 (P)<br>- (U)<br>$5,646.54 (T) | - (S)<br>- (A)<br>$4,182.69 (P)<br>- (U)<br>$4,182.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| CAREY, MARILEE<br>15 BROOK AVENUE<br>MERRICK, NY 11566 | 8510 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$5,214.72 (P)<br>- (U)<br>$5,214.72 (T) | - (S)<br>- (A)<br>$2,374.78 (P)<br>- (U)<br>$2,374.78 (T) | Modified to match Debtors' books and records for transition pay. Debtors' records indicate vacation payments have been made |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CASEY, JANET<br>19692 HILLOCK VIEW PLAZA<br>YORBA LINDA, CA 92886 | 8407 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$2,400.00 (P)<br>- (U)<br>$2,400.00 (T) | - (S)<br>- (A)<br>$2,031.04 (P)<br>- (U)<br>$2,031.04 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| CLICKNER, DEBORAH A.<br>19099 GUNN HWY<br>ODESSA, FL 33556 | 267 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$4,333.17 (P)<br>- (U)<br>$4,333.17 (T) | - (S)<br>- (A)<br>$2,070.90 (P)<br>- (U)<br>$2,070.90 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| COURCELLE, CYNTHIA<br>1865 JULIA GOLDBACH AVE<br>RONKONKOMA, NY 11779 | 94 | 8/27/07 | 07-11051 | - (S)<br>- (A)<br>$3,333.33 (P)<br>- (U)<br>$3,333.33 (T) | - (S)<br>- (A)<br>$3,076.92 (P)<br>- (U)<br>$3,076.92 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| DAVENPORT APPRAISAL SERVICES<br>MELISSA K. DAVENPORT, OWNER<br>P.O. BOX 332<br>BEEBE, AR 72012 | 2058 | 11/13/07 | 07-11053 | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| DOSS, CHRISTOPHER M (CHRIS)<br>16212 COPPERWOOD LANE<br>WILDWOOD, MO 63040 | 2791 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | - (S)<br>- (A)<br>$555.29 (P)<br>- (U)<br>$555.29 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| ESPANOL, IAN<br>1 CONCORD RD<br>SHIRLEY, NY 11967 | 365 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$2,916.67 (P)<br>- (U)<br>$2,916.67 (T) | - (S)<br>- (A)<br>$2,692.31 (P)<br>- (U)<br>$2,692.31 (T) | Modified to match Debtors' books and records |
| FRID, MARION L.<br>2702 LYNN AVE<br>FORT WAYNE, IN 46805 | 2313 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$241.50 (P)<br>- (U)<br>$241.50 (T) | Claim modified to match Debtors' books and records |
| HAUGHS, KELLY D<br>2113 BAYVIEW DR<br>FORT WAYNE, IN 46815 | 2793 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,438.68 (P)<br>- (U)<br>$1,438.68 (T) | - (S)<br>- (A)<br>$107.69 (P)<br>- (U)<br>$107.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| HILL, LORI J<br>8487 WHEATLAND DR<br>SACRAMENTO, CA 95828 | 2726 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$4,844.53 (P)<br>- (U)<br>$4,844.53 (T) | - (S)<br>- (A)<br>$4,271.79 (P)<br>- (U)<br>$4,271.79 (T) | Modified to match Debtors' books and records of outstanding vacation and sick/personal pay |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HIRAYAMA, PATRICIA M<br>1066 CREEKSIDE CT.<br>WHEELING, IL 60090 | 4828 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$1,680.00 (P)<br>- (U)<br>$1,680.00 (T) | - (S)<br>- (A)<br>$896.00 (P)<br>- (U)<br>$896.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| HIRKO, KAREN<br>176 MELVILLE RD<br>HUNTINGTON STATION, NY 11746 | 1134 | 9/21/07 | 07-11051 | - (S)<br>- (A)<br>$2,885.00 (P)<br>- (U)<br>$2,885.00 (T) | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| HONOKAUPU, CHRISTINA K<br>PO BOX 1337<br>HAIKU, HI 96708 | 5098 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$767.20 (P)<br>$767.20 (U)<br>$767.20 (T) | - (S)<br>- (A)<br>$767.20 (P)<br>- (U)<br>$767.20 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| JENNIFER & KEITH SNODGRASS<br>510 GRAND AVE<br>BENTON, AR 72015 | 3067 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$100.00 (U)<br>$100.00 (T) | Claim modified to match Debtors' books and records |
| JOHNSON, DONALD S.<br>313 N MAIN ST<br>APT B<br>SAYVILLE, NY 11782 | 1197 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$2,280.85 (P)<br>- (U)<br>$2,280.85 (T) | - (S)<br>- (A)<br>$1,692.31 (P)<br>- (U)<br>$1,692.31 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| KNUTH, KIMBERLY<br>1922 ST JOSEPH BLVD<br>FORT WAYNE, IN 46805 | 2402 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$538.56 (P)<br>- (U)<br>$538.56 (T) | - (S)<br>- (A)<br>$269.28 (P)<br>- (U)<br>$269.28 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| KNUTSON, GLORIA<br>830 W. CRYSTAL VIEW AVENUE<br>ORANGE, CA 92865 | 8408 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | - (S)<br>- (A)<br>$284.75 (P)<br>- (U)<br>$284.75 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| KOENEMAN, SCOTT<br>5 SPENCER TRAIL<br>ST PETERS, MO 63376 | 7524 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,166.00 (P)<br>- (U)<br>$4,166.00 (T) | - (S)<br>- (A)<br>$384.62 (P)<br>- (U)<br>$384.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| KUHNER, RAYMOND E. 1738 WASHINGTON AVE SEAFORD, NY 11783 | 517 | 9/10/07 | 07-11053 | - (S)<br>- (A)<br>$1,837.44 (P)<br>- (U)<br>$1,837.44 (T) | - (S)<br>- (A)<br>$1,151.30 (P)<br>- (U)<br>$1,151.30 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| KUO, YU NUNG 35 N WOODHULL RD HUNTINGTON, NY 11743 | 3796 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$5,250.00 (P)<br>- (U)<br>$5,250.00 (T) | - (S)<br>- (A)<br>$2,500.00 (P)<br>- (U)<br>$2,500.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| LAROCCA, ANDREW J. 32 RHODE ISLAND AVE MASSAPEQUA, NY 11758 | 6945 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$5,191.88 (P)<br>- (U)<br>$5,191.88 (T) | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| LAVENSKI, KATHLEEN 814 GRAHAM RD SOUTH WINDSOR, CT 06074 | 571 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$2,412.60 (P)<br>- (U)<br>$2,412.60 (T) | - (S)<br>- (A)<br>$1,809.60 (P)<br>- (U)<br>$1,809.60 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| LI, JIYAN 215 37 48TH AVE APT 2A BAYSIDE, NY 11364 | 4345 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$2,148.23 (P)<br>- (U)<br>$2,148.23 (T) | - (S)<br>- (A)<br>$1,644.23 (P)<br>- (U)<br>$1,644.23 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| MAURO, CHRISTINE 819 OUTLOOK AVE N. BABYLON, NY 11704 | 946 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$2,385.00 (P)<br>- (U)<br>$2,385.00 (T) | - (S)<br>- (A)<br>$2,200.00 (P)<br>- (U)<br>$2,200.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| METRO APPRAISAL SERVICES PO BOX 518 MARMORA, NJ 08223 | 2355 | 11/16/07 | 07-11053 | - (S)<br>- (A)<br>$1,297.94 (P)<br>$1,297.94 (U)<br>$1,297.94 (T) | - (S)<br>- (A)<br>$1,297.94 (P)<br>- (U)<br>$1,297.94 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| MICHALESKO, JENNIFER 675 WARBLER LN NEW LENOX, IL 60451 | 8611 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,480.40 (P)<br>- (U)<br>$2,480.40 (T) | - (S)<br>- (A)<br>$1,818.96 (P)<br>- (U)<br>$1,818.96 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| MWANJALA, REBECCA 4E TORLINA COURT BALTIMORE, MD 21207 | 4126 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$1,104.00 (P)<br>- (U)<br>$1,104.00 (T) | - (S)<br>- (A)<br>$547.56 (P)<br>- (U)<br>$547.56 (T) | Modified to match Debtors' books and records. Claimant is eligible to payout for unused vacation days, but not for personal days. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MYERS, DENICE F<br>926 GARDEN DR<br>LYNDEN, WA 98264 | 9170 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$3,350.83 (P)<br>- (U)<br>$3,350.83 (T) | - (S)<br>- (A)<br>$415.44 (P)<br>- (U)<br>$415.44 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| NASH, BABARA A.<br>79 WAUWEPEX TRAIL<br>RIDGE, NY 11961 | 362 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,120.20 (P)<br>- (U)<br>$1,120.20 (T) | - (S)<br>- (A)<br>$840.15 (P)<br>- (U)<br>$840.15 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| NEINER, MOREENE M.<br>30842 EIFFEL<br>WARREN, MI 48088 | 459 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$2,847.84 (P)<br>- (U)<br>$2,847.84 (T) | - (S)<br>- (A)<br>$670.08 (P)<br>- (U)<br>$670.08 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| NEWCOMB, TARA<br>11 CLARKSON RD<br>CENTEREACH, NY 11720 | 1200 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,107.84 (P)<br>- (U)<br>$1,107.84 (T) | - (S)<br>- (A)<br>$865.38 (P)<br>- (U)<br>$865.38 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| O'HEA, MICHAEL<br>12 CANTERBURY DR<br>NORTHPORT, NY 11768 | 832 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$7,790.00 (P)<br>- (U)<br>$7,790.00 (T) | - (S)<br>- (A)<br>$876.60 (P)<br>- (U)<br>$876.60 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| PECO ENERGY COMPANY<br>ATTN MICHAEL P. MURPHY, BANKRUPTCY REP<br>2301 MARKET ST<br>PHILADELPHIA, PA 19103 | 1942 | 11/5/07 | 07-11051 | - (S)<br>- (A)<br>$622.78 (P)<br>$622.78 (U)<br>$622.78 (T) | - (S)<br>- (A)<br>$622.78 (P)<br>- (U)<br>$622.78 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| PINNACLE APPRAISAL COMPANY<br>ATTN WILLIAM H BROWN JR<br>PO BOX 722<br>IRMO, SC 29063 | 3742 | 11/29/07 | 07-11053 | - (S)<br>- (A)<br>$1,100.00 (P)<br>$1,100.00 (U)<br>$1,100.00 (T) | - (S)<br>- (A)<br>$1,100.00 (P)<br>- (U)<br>$1,100.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| ROGERS & TAYLOR APPRAISERS INC<br>300 WHEELER ROAD<br>SUITE 302<br>HAUPPAUGE, NY 11788 | 2221 | 11/15/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$750.00 (U)<br>$750.00 (T) | Claim modified to match Debtors' books and records |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ROGERS & TAYLOR APPRAISERS INC<br>300 WHEELER ROAD<br>SUITE 302<br>HAUPPAUGE, NY 11788 | 2222 | 11/15/07 | 07-11053 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | Claim modified to match Debtors' books and records |
| RUDA, ANTHONY<br>167 NORTH LANE<br>SMITHTOWN, NY 11787 | 8998 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$4,020.00 (P)<br>- (U)<br>$4,020.00 (T) | - (S)<br>- (A)<br>$3,384.62 (P)<br>- (U)<br>$3,384.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SANTOS, TEDDY<br>PO BOX 1276<br>MELVILLE, NY 11747 | 725 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$5,910.00 (P)<br>- (U)<br>$5,910.00 (T) | - (S)<br>- (A)<br>$4,400.85 (P)<br>- (U)<br>$4,400.85 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SCHEFF, HEIDI<br>7 TULIP AVE<br>FARMINGVILLE, NY 11738 | 217 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>$1,749.99 (P)<br>- (U)<br>$1,749.99 (T) | - (S)<br>- (A)<br>$1,646.16 (P)<br>- (U)<br>$1,646.16 (T) | Modified to match Debtors' books and records for vacation entitlement |
| SEMONE, KATHY W.<br>616 SOUTHMONT RD<br>CATONSVILLE, MD 21228 | 1018 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,552.50 (P)<br>- (U)<br>$1,552.50 (T) | - (S)<br>- (A)<br>$1,076.92 (P)<br>- (U)<br>$1,076.92 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SEVCIK, CHERYL M<br>309 BAUDER RD<br>FORT PLAIN, NY 13339 | 4895 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,600.97 (P)<br>- (U)<br>$3,600.97 (T) | - (S)<br>- (A)<br>$2,934.62 (P)<br>- (U)<br>$2,934.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SHOJI, SUSANNE<br>224 SW NANCY CIRCLE<br>GRESHAM, OR 97030 | 7109 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$3,101.92 (P)<br>- (U)<br>$3,101.92 (T) | - (S)<br>- (A)<br>$1,083.00 (P)<br>- (U)<br>$1,083.00 (T) | Modified to match Debtors' records on vacation amounts outstanding. No documentation provided to support bonuses claimed |
| SIMMONS, DALE A<br>17 DE SOTO RD<br>AMITY HARBOR, NY 11701 | 8439 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) | - (S)<br>- (A)<br>$1,153.50 (P)<br>- (U)<br>$1,153.50 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| SMITH, CHRISTOPHER J.<br>1274 CRUNDY AVE<br>HOLBROOK, NY 11741 | 667 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>$1,837.50 (P)<br>- (U)<br>$1,837.50 (T) | - (S)<br>- (A)<br>$1,764.00 (P)<br>- (U)<br>$1,764.00 (T) | Modified to match Debtors' books and records for vacation entitlement |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SPARKS, LAURA M.<br>16958 W COCOPAH ST<br>GOODYEAR, AZ 85338 | 1907 | 11/6/07 | 07-11051 | - (S)<br>- (A)<br>$3,692.30 (P)<br>- (U)<br>$3,692.30 (T) | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| SPRADLIN, JOHN-MARK<br>306 FLETCHER CT<br>FRANKLIN, TN 37067 | 961 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | - (S)<br>- (A)<br>$2,215.38 (P)<br>- (U)<br>$2,215.38 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| STRYJEWSKI, DAWN M<br>760 MEDINAH CIRCLE<br>WESTMINSTER, MD 21158 | 2162 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,257.92 (P)<br>- (U)<br>$3,257.92 (T) | - (S)<br>- (A)<br>$1,791.86 (P)<br>- (U)<br>$1,791.86 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| SUSAN & CO<br>ATTN SUSAN WOERNER<br>6235 OAKLAND DRIVE<br>PORTAGE, MI 49024 | 2253 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$400.00 (T) | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| TABORA, MARIA FE C.<br>67 GORDON AVE<br>FORDS, NJ 08863 | 322 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$3,119.00 (P)<br>- (U)<br>$3,119.00 (T) | - (S)<br>- (A)<br>$2,703.36 (P)<br>- (U)<br>$2,703.36 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| TULIAY, MALVINA<br>7636 BOTANY BAY DR<br>LAS VEGAS, NV 89128 | 1322 | 9/28/07 | 07-11051 | - (S)<br>- (A)<br>$3,500.00 (P)<br>- (U)<br>$3,500.00 (T) | - (S)<br>- (A)<br>$2,261.56 (P)<br>- (U)<br>$2,261.56 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| TURNER, ALLISON M<br>11581 2ND AVE<br>HESPERIA, CA 92345 | 7499 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$2,300.00 (P)<br>- (U)<br>$2,300.00 (T) | - (S)<br>- (A)<br>$2,100.00 (P)<br>- (U)<br>$2,100.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| WETZEL, THOMAS<br>276 S 9TH ST<br>LINDENHURST, NY 11757 | 6928 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$3,151.68 (P)<br>- (U)<br>$3,151.68 (T) | - (S)<br>- (A)<br>$2,423.08 (P)<br>- (U)<br>$2,423.08 (T) | Modified to match Debtors' books and records for vacation entitlement |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| WINN, SAMUEL<br>4606 SPRING GARDEN<br>DALLAS, TX 75215 | 284 | 9/4/07 | 07-11050 | - (S)<br>- (A)<br>$1,153.92 (P)<br>- (U)<br>$1,153.92 (T) | - (S)<br>- (A)<br>$961.54 (P)<br>- (U)<br>$961.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| WITKOFF, JEFFREY<br>10058 CARSON WAY<br>COMMERCE CITY, CO 800229536 | 876 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | - (S)<br>- (A)<br>$138.46 (P)<br>- (U)<br>$138.46 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| YARBRO, CRYSTAL D.<br>2125 CANTON HIGHWAY<br>CUMMING, GA 30040 | 6152 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,153.84 (P)<br>- (U)<br>$1,153.84 (T) | - (S)<br>- (A)<br>$807.69 (P)<br>- (U)<br>$807.69 (T) | Modified to match Debtors' books and records. Reduction of $364.15 relates to severance which was paid by check on 8/7 |

**Totals:** 61 Claims

- (S)
- (A)
$161,311.46 (P)
$4,537.92 (U)
$161,311.46 (T)

- (S)
- (A)
$89,199.60 (P)
$5,212.22 (U)
$94,411.82 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.