# EXHIBIT C

**Exhibit C**

Reclassified Claims

## Objectionable Claims — Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| HENDERSON & ASSOCIATES, INC<br>312 CHEYENNE DR<br>ATTN KEITH A HENDERSON PRESIDENT<br>BERTHOUD, CO 80513 | 3586 | 11/27/07 | 07-11053 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| JAIMIE SIROVICH<br>C/O SEO EGGHEAD<br>13 CASTLE HILL LNE. PO BOX 400<br>WEST NYACK, NY 10994-0400 | 3013 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$385.00 (P)<br>- (U)<br>$385.00 (T) | - (S)<br>- (A)<br>- (P)<br>$385.00 (U)<br>$385.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| MCCLOY, DANIEL R.<br>4458 ANNETTE PARK DR<br>BOZEMAN, MT 59715 | 2319 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| NASH PRINTING D/B/A SIR SPEEDY<br>OF PLAINVIEW/ATTN MATTHEW V. SPERO, ESQ<br>C/O RUSKIN MOSCOU FALTISCHEK, PC<br>1425 REXCORP PLAZA<br>UNIONDALE, NY 11556 | 7758 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$826.87 (P)<br>$514,307.64 (U)<br>$515,134.51 (T) | - (S)<br>- (A)<br>- (P)<br>$515,134.51 (U)<br>$515,134.51 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| NUNEZ, SILVINA<br>603 WEST 148TH APT # 5<br>NEW YORK, NY 10031 | 1314 | 9/28/07 | 07-11051 | - (S)<br>- (A)<br>$1,050.00 (P)<br>- (U)<br>$1,050.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,050.00 (U)<br>$1,050.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| PATRICIA L. COOK<br>PO BOX 2262<br>BREVERD, NC 28712 | 2680 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SUNRISE SPRINGS WATER CO.<br>P.O. BOX 232<br>NEWBURY, OH 44065 | 2110 | 11/13/07 | 07-11051 | $299.95 (S)<br>- (A)<br>- (P)<br>$197.82 (U)<br>$497.77 (T) | - (S)<br>- (A)<br>- (P)<br>$497.77 (U)<br>$497.77 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| TODD, WILLIAM<br>129 DONNA DR<br>HOPKINSVILLE, KY 42240-5263 | 5826 | 12/18/07 | 07-11053 | - (S)<br>- (A)<br>$180.00 (P)<br>- (U)<br>$180.00 (T) | - (S)<br>- (A)<br>- (P)<br>$180.00 (U)<br>$180.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| WDI CO. OF OREGON, INC<br>ATTN GREGG B RITCHIE<br>7342 SW KABLE LANE<br>PORTLAND, OR 97224 | 2711 | 11/19/07 | 07-11051 | $620.40 (S)<br>- (A)<br>- (P)<br>- (U)<br>$620.40 (T) | - (S)<br>- (A)<br>- (P)<br>$620.40 (U)<br>$620.40 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| WEILBURG, DONNA J.<br>37045 S HEIFNER PL<br>TUCSON, AZ 85735 | 276 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$864.00 (P)<br>$864.00 (U)<br>$864.00 (T) | - (S)<br>- (A)<br>$864.00 (P)<br>- (U)<br>$864.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| Totals: | 10 Claims | | | $920.35 (S)<br>- (A)<br>$4,955.87 (P)<br>$515,369.46 (U)<br>$520,381.68 (T) | - (S)<br>- (A)<br>$864.00 (P)<br>$519,517.68 (U)<br>$520,381.68 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.