# EXHIBIT D

## Exhibit D

### Reclassified Wrong Debtor Claims

| Name/Address of Claimant | | | Objectionable Claim | | | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| A AND H APPRAISALS INC<br>ATTN MICHAEL LOUNSBERRY, PRESIDENT/OWNER<br>165 SABAL PALM DR # 151<br>LONGWOOD, FL 32779 | 7350 | 1/7/08 | No Case | $325.00 (S)<br>- (A)<br>$950.00 (P)<br>$300.00 (U)<br>$950.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,575.00 (U)<br>$1,575.00 (T) | No basis for priority or secured claim exists under sections 506 or 507 of the Bankruptcy Code |
| ACCREDITED KEY APPRAISALS, INC<br>ATTN VANESSA P. KEY, OWNER<br>PO BOX 2583<br>WEST COLUMBIA, SC 29171 | 2052 | 11/13/07 | No Case | - (S)<br>- (A)<br>$354.25 (P)<br>- (U)<br>$354.25 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$354.25 (U)<br>$354.25 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| AMERICAN RESIDENTIAL APPRAISALS<br>2012 FOREST RIDGE LN<br>BUFFALO, MN 55313 | 668 | 9/12/07 | No Case | - (S)<br>- (A)<br>$585.00 (P)<br>- (U)<br>$585.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$585.00 (U)<br>$585.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| APPRAISAL ONE, INC.<br>1200 112TH AVE NE<br>STE C-185<br>BELLEVUE, WA 98004 | 474 | 9/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$675.00 (U)<br>$675.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$675.00 (U)<br>$675.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| CALDWELL APPRAISALS INC<br>ATTN KATIE N. CALDWELL<br>5930 S 400 E<br>WOLCOTTVILLE, IN 46795 | 3239 | 11/26/07 | No Case | $350.00 (S)<br>- (A)<br>$500.00 (P)<br>$160.00 (U)<br>$500.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | No basis for priority or secured claim exists under sections 506 or 507 of the Bankruptcy Code |
| CAPEWAY APPRAISAL SERVICE<br>ATTN JODI LANGFORD<br>37 WATER ST<br>SANDWICH, MA 02563 | 2188 | 11/15/07 | No Case | - (S)<br>- (A)<br>$625.00 (P)<br>- (U)<br>$625.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$625.00 (U)<br>$625.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| CLARK, NICHOLE<br>1617 CARNELIAN COURT<br>WOODLAND, CA 95695 | 3884 | 11/30/07 | No Case | - (S)<br>- (A)<br>$415.00 (P)<br>- (U)<br>$415.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$415.00 (U)<br>$415.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| DALLAS COUNTY RECORDER<br>LORI BELGARDE, DEPUTY RECORDER<br>701 COURT<br>PO BOX 38<br>ADEL, IA 50003-0038 | 1176 | 9/24/07 | No Case | - (S)<br>- (A)<br>$52.00 (P)<br>- (U)<br>$52.00 (T) | 07-11051 | - (S)<br>- (A)<br>$52.00 (P)<br>- (U)<br>$52.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
| JIM SKIFFEY APPRAISALS<br>P.O. BOX 487<br>ATTN: JAMES J. SKIFFEY, III<br>WARREN, OH 44482-0487 | 2970 | 11/21/07 | No Case | $2,300.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,300.00 (T) | 07-11063 | - (S)<br>- (A)<br>- (P)<br>$2,300.00 (U)<br>$2,300.00 (T) | - (S) No basis for secured claim exists under section 506 of the Bankruptcy Code |
| JOHN PYSTER<br>ACCESS APPRAISALS<br>6731 E EL CARMEN ST<br>LONG BEACH, CA 90815-2439 | 3447 | 11/26/07 | No Case | - (S)<br>- (A)<br>$550.00 (P)<br>- (U)<br>$550.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$550.00 (U)<br>$550.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
| KENTWOOD OFFICE FURNITURE LLC<br>ATTN DONALD BOERSMA<br>3063 BRETON RD SE<br>GRAND RAPIDS, MI 49512 | 688 | 9/6/07 | 07-11047 | $58,917.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$58,917.17 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$58,917.17 (U)<br>$58,917.17 (T) | - (S) No basis for priority or secured claim exists under sections 506 or 507 of the Bankruptcy Code |
| LEE APPRAISALS<br>219 COUNTRY CLUB ACRES<br>BELLEVILLE, IL 62223 | 2418 | 11/16/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11063 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
| MANTONI ASSOCIATES<br>ATTN JOHN M. MANTONI<br>624 MENDON RD<br>NORTH BRIDGE, MA 01534 | 2286 | 11/15/07 | No Case | - (S)<br>- (A)<br>$595.00 (P)<br>- (U)<br>$595.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$595.00 (U)<br>$595.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
| MEREDITH JANDA, INC.<br>ATTN MEREDITH JANDA<br>1408 THORNTON ROAD<br>VIRGINIA BEACH, VA 23455 | 4019 | 11/30/07 | No Case | - (S)<br>- (A)<br>$325.00 (P)<br>- (U)<br>$325.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
| MICHEAL E KELLER & ASSOCIATES<br>ATTN MICHAEL E. KELLER, CEO<br>2519 W SHAW AVE<br>FRESNO, CA 93711 | 4384 | 12/3/07 | No Case | - (S)<br>- (A)<br>$760.00 (P)<br>- (U)<br>$760.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$750.00 (U)<br>$750.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
| MILLER, LES<br>OKLAHOMA RESIDENTIAL APPRAISALS LLC<br>6901 WESTLAKE BLVD<br>OKLAHOMA CITY, OK 73142 | 317 | 9/4/07 | No Case | - (S)<br>- (A)<br>$1,020.00 (P)<br>- (U)<br>$1,020.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,020.00 (U)<br>$1,020.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| MILLER, LES<br>OKLAHOMA RESIDENTIAL APPRAISALS LLC<br>6601 WESTLAKE BLVD<br>OKLAHOMA CITY, OK 73142 | 417 | 9/10/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| MIZES, CAROL SHIVELY<br>14924 ROYAL RIDGE LN<br>NORTH ROYALTON, OH 44133 | 506 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | 326 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | 327 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | 328 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| NUGENT APPRAISAL SERVICES<br>JUDY NUGENT<br>671 ROSA AVE STE 205<br>METAIRIE, LA 70005 | 1101 | 9/17/07 | 07-11052 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| PALOUSE APPRAISALS<br>ATTN MR. PATRICK<br>462 RIDGE RD<br>MOSCOW, ID 83843 | 2809 | 11/19/07 | No Case | - (S)<br>- (A)<br>$875.00 (P)<br>- (U)<br>$875.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$875.00 (U)<br>$875.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| PIERINI, RONALD J.<br>P.O. BOX 143<br>CLOVIS, CA 93613 | 10293 | 4/28/08 | No Case - | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ROBERT BALIS APPRAISALS<br>ATTN ROBERT BALIS<br>P.O. BOX 1388<br>COLVIS, CA 93611 | 2339 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| ROBERT R. JONES APPRAISERS<br>ATTN KIMBERLY A. JONES, TREASURER<br>7800 ALLENTOWN BLVD<br>HARRISBURG, PA 17112 | 2157 | 11/14/07 | No Case | - (S)<br>- (A)<br>$815.00 (P)<br>- (U)<br>$815.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$815.00 (U)<br>$815.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SPROCK APPRAISAL<br>ATTN WINSTON SPROCK<br>5016 SARDIS RD, STE. B<br>CHARLOTTE, NC 28270 | 2500 | 11/19/07 | No Case | - (S)<br>- (A)<br>$325.00 (P)<br>- (U)<br>$325.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| TERRY, JOHN GORDON<br>7629 WINDWARD WAY WEST<br>JACKSONVILLE, FL 32256 | 1497 | 10/10/07 | No Case | - (S)<br>- (A)<br>$26,013.69 (P)<br>- (U)<br>$26,013.69 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$15,063.69 (U)<br>$26,013.69 (T) | Only $10,950 of claimed amount is entitled to priority under section 507 of the Bankruptcy Code |
| TORRES, AMAURY & IDANIA<br>4616 S 6TH AVE<br>TUCSON, AZ 85714 | 113 | 8/28/07 | 07-11048 | $250.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$250.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| VALLEY APPRAISAL PC<br>PO BOX 2464<br>WHITE CITY, OR 97503 | 5096 | 12/10/07 | No Case | - (S)<br>- (A)<br>$825.00 (P)<br>- (U)<br>$825.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$825.00 (U)<br>$825.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| WINSTON SPROCK<br>ATTN WINSTON SPROCK<br>5016-B SARDIS RD<br>CHARLOTTE, NC 28270 | 2501 | 11/19/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |

—————— Objectionable Claim ——————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | 31 Claims | | | | | | |
| | | | | $62,142.17 (S) | | - (S) | |
| | | | | - (A) | | - (A) | |
| (S) - Secured | | | | $40,299.94 (P) | | $10,950.00 (P) | |
| (A) - Administrative | | | | $450.00 (U) | | $91,442.11 (U) | |
| (P) - Priority | | | | $101,767.11 (T) | | $102,392.11 (T) | |
| (U) - Unsecured | | | | | | | |
| (T) - Total Claimed | | | | | | | |

* The item "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.