# EXHIBIT E

## Exhibit E

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim ||||| New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed ||||
| ABRAHAMS, BOBBY<br>731 SUMMER AVE<br>UNIONDALE, NY 11553 | 2698 | 11/19/07 | No Case | $1,569.78 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$1,569.78 (T) | 07-11051 | - (S)<br>- (A)<br>$1,423.08 (P)<br>- (U)<br>$1,423.08 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| ACCESS INFORMATION MGMT<br>ATTN BENJAMIN NETICK, CFO<br>205 MAIN STREET, STE E<br>PLEASANTON, CA 94566 | 2972 | 11/21/07 | 07-11047 | $1,314.54<br>$1,314.54<br>$1,314.54 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | 07-11051 | - (S)<br>- (A)<br>$1,314.54 (P)<br>- (U)<br>$1,314.54 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| APPRAISAL SHOPPE, INC, THE<br>ATTN KAREN B. ARRINGTON<br>425 MCIVER ST.<br>GREENVILLE, SC 29601 | 2464 | 11/16/07 | 07-11047 | $325.00<br>$325.00<br>$325.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| AVENA, JOANNE<br>2238 CAMERON AVE<br>MERRICK, NY 11566 | 357 | 9/6/07 | No Case | $5,959.00<br>$5,959.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | 07-11051 | - (S)<br>- (A)<br>$2,227.89 (P)<br>- (U)<br>$2,227.89 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| AYAN, ATILLA<br>83 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | 367 | 9/8/07 | No Case | $2,274.82<br>$2,274.82 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | 07-11051 | - (S)<br>- (A)<br>$2,100.00 (P)<br>- (U)<br>$2,100.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| BARAGO, JACQUELINE<br>3491 ROGER DR<br>WANTAGH, NY 11793 | 524 | 9/10/07 | No Case | $5,853.76<br>$5,853.76 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | 07-11051 | - (S)<br>- (A)<br>$3,680.77 (P)<br>- (U)<br>$3,680.77 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| BARAGO, MICHAEL<br>63 BAILEY CT<br>MIDDLE ISLAND, NY 11953 | 659 | 9/11/07 | No Case | $1,998.97<br>$1,998.97 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | 07-11051 | - (S)<br>- (A)<br>$1,453.84 (P)<br>- (U)<br>$1,453.84 (T) | Modified to match Debtors' books and records of outstanding vacation pay |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BICKERS APPRAISALS, INC.<br>ATTN PATRICIA H. BICKERS, SECY / TREAS.<br>55 BOLLING CIRCLE<br>PALMYRA, VA 22963 | 2193 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$825.00 (P)<br>$825.00 (U)<br>$825.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$825.00 (U)<br>$825.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| BILLS, JILLIAN<br>22647 PICO ST<br>GRAND TERRACE, CA 92313 | 656 | 9/12/07 | No Case | - (S)<br>- (A)<br>$2,633.34 (P)<br>- (U)<br>$2,633.34 (T) | 07-11051 | - (S)<br>- (A)<br>$1,180.47 (P)<br>- (U)<br>$1,180.47 (T) | Modified to match Debtors' books and records of outstanding vacation and sick/personal pay |
| BOMAN, JULIE<br>2617 WEDGEWOOD RD<br>DES MOINES, IA 50317 | 1949 | 11/6/07 | 07-11047 | - (S)<br>- (A)<br>$2,323.20 (P)<br>- (U)<br>$2,323.20 (T) | 07-11051 | - (S)<br>- (A)<br>$309.48 (P)<br>- (U)<br>$309.48 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| BOYD, MICHAEL W. SR.<br>PO BOX 2092<br>ROANOKE, TX 76262 | 1888 | 11/5/07 | No Case | - (S)<br>- (A)<br>$3,333.00 (P)<br>- (U)<br>$3,333.00 (T) | 07-11051 | - (S)<br>- (A)<br>$2,461.54 (P)<br>- (U)<br>$2,461.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| BUNBURY, JOHN<br>11 ALLERTON AVE<br>EAST NORTHPORT, NY 11731 | 1282 | 9/27/07 | No Case | - (S)<br>- (A)<br>$6,578.00 (P)<br>- (U)<br>$6,578.00 (T) | 07-11051 | - (S)<br>- (A)<br>$4,047.54 (P)<br>- (U)<br>$4,047.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| BUNN, ANDREW<br>4075 WOODSLY DR<br>BATAVIA, OH 45103 | 1296 | 9/28/07 | No Case | - (S)<br>- (A)<br>$4,580.00 (P)<br>- (U)<br>$4,580.00 (T) | 07-11050 | - (S)<br>- (A)<br>$3,384.62 (P)<br>- (U)<br>$3,384.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| CAVERO, PHIL J<br>38 RUMFORD RD<br>KINGS PARK, NY 11754 | 4838 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$2,166.67 (P)<br>- (U)<br>$2,166.67 (T) | 07-11053 | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| CHARLES REUTHER & ASSOCIATES<br>ATTN CHARLES REUTHER<br>1928 CORPORATE SQ # B<br>SLIDELL, LA 70458 | 2560 | 11/19/07 | No Case | - (S)<br>- (A)<br>$325.00 (P)<br>$325.00 (U)<br>$325.00 (T) | 07-11053 | - (S)<br>- (A)<br>$325.00 (P)<br>- (U)<br>$325.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| CONSON, JILL M.<br>940 BUNKER VIEW DR<br>APOLLO BEACH, FL 33572 | 2343 | 11/16/07 | No Case | - (S)<br>- (A)<br>$600.00 (P)<br>$600.00 (U)<br>$600.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$600.00 (U)<br>$600.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| COSS, KAREN L<br>8474 E LANTERRA CT<br>TUCSON, AZ 85710 | 274 | 9/4/07 | No Case | - (S)<br>- (A)<br>$986.40 (P)<br>- (U)<br>$986.40 (T) | 07-11051 | - (S)<br>- (A)<br>$876.80 (P)<br>- (U)<br>$876.80 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| COWANS, KAREN M.<br>480 MAINSAIL DR<br>WESTERVILLE, OH 43081 | 334 | 9/5/07 | No Case | - (S)<br>- (A)<br>$2,945.00 (P)<br>- (U)<br>$2,945.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,900.00 (P)<br>- (U)<br>$1,900.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| DECASTEELE, RUSSELL R.<br>1350 BROOKLYN BLVD<br>BAY SHORE, NY 11706 | 10408 | 5/27/08 | 07-11047 | - (S)<br>- (A)<br>$2,005.81 (P)<br>- (U)<br>$2,005.81 (T) | 07-11051 | - (S)<br>- (A)<br>$1,157.69 (P)<br>- (U)<br>$1,157.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| DIKE, CHAKIRA-ILIANA<br>431 MARINE LN<br>WEST BABYLON, NY 11704 | 993 | 9/18/07 | No Case | - (S)<br>- (A)<br>$2,019.15 (P)<br>- (U)<br>$2,019.15 (T) | 07-11051 | - (S)<br>- (A)<br>$1,442.31 (P)<br>- (U)<br>$1,442.31 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| DOYLE, ARDIS M.<br>4586 S. LABADIE<br>MILFORD, MI 48380 | 880 | 9/17/07 | No Case | - (S)<br>- (A)<br>$6,276.40 (P)<br>- (U)<br>$6,276.40 (T) | 07-11051 | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| EVANS, LORETTE<br>2070 ALPINE DR<br>WEST LINN, OR 97068 | 1876 | 11/5/07 | No Case | - (S)<br>- (A)<br>$2,124.60 (P)<br>- (U)<br>$2,124.60 (T) | 07-11051 | - (S)<br>- (A)<br>$1,699.50 (P)<br>- (U)<br>$1,699.50 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| FIRST AMERICAN REAL ESTATE SOLUTIONS<br>ATTN RICHARD SPAETH, MANAGER<br>4 FIRST AMERICAN WAY<br>SANTA ANA, CA 92707 | 1615 | 10/11/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$103,181.22 (U)<br>$103,181.22 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$99,117.08 (U)<br>$99,117.08 (T) | Claim modified to match Debtors' books and records |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| FRAZIER, MARSHA J.<br>8302 EUGENIA ST<br>FORT WASHINGTON, MD 20744 | 1130 | 9/21/07 | No Case | - (S)<br>- (A)<br>$1,478.40 (P)<br>- (U)<br>$1,478.40 (T) | 07-11051 | - (S)<br>- (A)<br>$554.40 (P)<br>- (U)<br>$554.40 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| GABRAM, JODI<br>10960 NEAL DR<br>NEWBURY, OH 44065 | 670 | 9/12/07 | 07-11047 | - (S)<br>- (A)<br>$1,453.68 (P)<br>- (U)<br>$1,453.68 (T) | 07-11051 | - (S)<br>- (A)<br>$861.44 (P)<br>- (U)<br>$861.44 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| GALIANO, MATTHEW<br>101-42 123RD ST<br>SOUTH RICHMOND HILL, NY 11419 | 685 | 9/12/07 | No Case | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,384.61 (P)<br>- (U)<br>$1,384.61 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| GALLAGHER MESSINA, LAURIE<br>263 LAMOKA PL<br>WEST ISLIP, NY 11795 | 7370 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>$3,533.08 (P)<br>- (U)<br>$3,533.08 (T) | 07-11051 | - (S)<br>- (A)<br>$1,766.54 (P)<br>- (U)<br>$1,766.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| GREATER GATEWAY ASSOCIATION OF REALTORS<br>ATTN ALBERT M SUGUITAN, PRES. & COO<br>#10 GINGER CREEK PARKWAY<br>GLEN CARBON, IL 62034 | 7152 | 1/7/08 | No Case | Unspecified* | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$100.00 (U)<br>$100.00 (T) | Claim modified to match Debtors' books and records |
| HERRARA, LUZ<br>416 N HOLMES AVE<br>ONTARIO, CA 91764 | 654 | 9/12/07 | No Case | - (S)<br>- (A)<br>$1,056.00 (P)<br>- (U)<br>$1,056.00 (T) | 07-11051 | - (S)<br>- (A)<br>$966.00 (P)<br>- (U)<br>$966.00 (T) | Modified to match Debtors' books and records of outstanding vacation and sick/personal pay |
| HOEKSTRA, VICKY L.<br>2649 E CAPTAIN DREYFUS<br>PHOENIX, AZ 85032 | 484 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,421.53 (P)<br>- (U)<br>$1,421.53 (T) | 07-11051 | - (S)<br>- (A)<br>$516.92 (P)<br>- (U)<br>$516.92 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| IN- TOUCH MASSAGE THERAPY<br>ATTN JENNIFER R KUCK<br>25 NORTH ST SUITE E<br>DUBLIN, OH 43017 | 3018 | 11/23/07 | No Case | - (S)<br>- (A)<br>$384.31 (P)<br>$384.31 (U)<br>$384.31 (T) | 07-11051 | - (S)<br>- (A)<br>$384.31 (P)<br>$384.31 (U)<br>$384.31 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| KEIM, GISELLE<br>4986 BOTANICAL AVE<br>SAINT LOUIS, MO 63110 | 478 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$7,807.00 (P)<br>- (U)<br>$7,807.00 (T) | 07-11051 | - (S)<br>- (A)<br>$807.69 (P)<br>- (U)<br>$807.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| KEMP, JOHN H. JR.<br>628 W LAUREL AV<br>PLENTYWOOD, MT 59254 | 2320 | 11/16/07 | 07-11047 | - (S)<br>- (A)<br>$600.00 (P)<br>$600.00 (U)<br>$600.00 (T) | 07-11053 | - (S)<br>- (A)<br>$600.00 (P)<br>$600.00 (U)<br>$600.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| KEMP, MICHAEL J.<br>54 BERKSHIRE RD<br>HOLBROOK, NY 11741 | 678 | 9/12/07 | No Case | - (S)<br>- (A)<br>$2,157.30 (P)<br>- (U)<br>$2,157.30 (T) | 07-11051 | - (S)<br>- (A)<br>$634.62 (P)<br>- (U)<br>$634.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| KEMPH, LINDA D.<br>3536 CUDDY LN NE<br>LACEY, WA 98516 | 1135 | 9/21/07 | No Case | - (S)<br>- (A)<br>$3,346.15 (P)<br>- (U)<br>$3,346.15 (T) | 07-11051 | - (S)<br>- (A)<br>$1,784.62 (P)<br>- (U)<br>$1,784.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| KOERTGE, CAROL A.<br>PO BOX 100<br>CORAM, NY 11727 | 535 | 9/10/07 | No Case | - (S)<br>- (A)<br>$4,055.65 (P)<br>- (U)<br>$4,055.65 (T) | 07-11051 | - (S)<br>- (A)<br>$1,559.87 (P)<br>- (U)<br>$1,559.87 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| KOLDROCK WATERS, INC<br>P.O. BOX 248<br>EDINBORO, PA 16412 | 2108 | 11/13/07 | No Case | Unspecified* | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$18.53 (U)<br>$18.53 (T) | Claim modified to match Debtors' books and records |
| LABEAU, KELLY C.<br>1304A DELBAR CT<br>LARGO, FL 337704484 | 1417 | 10/4/07 | No Case | - (S)<br>- (A)<br>$1,607.76 (P)<br>- (U)<br>$1,607.76 (T) | 07-11051 | - (S)<br>- (A)<br>$730.77 (P)<br>- (U)<br>$730.77 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| LAMORE, JESSICA<br>5010 SUNSHINE LN<br>SACRAMENTO, CA 95841 | 416 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,470.84 (P)<br>- (U)<br>$1,470.84 (T) | 07-11051 | - (S)<br>- (A)<br>$1,362.97 (P)<br>- (U)<br>$1,362.97 (T) | Modified to match Debtors' books and records of outstanding vacation and sick/personal pay |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| LAWRENCE, DANA<br>4640 WATSON DR<br>DOYLESTOWN, PA 18901 | 664 | 8/12/07 | No Case | - (S)<br>- (A)<br>$8,620.65 (P)<br>- (U)<br>$8,620.65 (T) | 07-11051 | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| LECHNER, ELLEN<br>1231 SYCAMORE AVE<br>BOHEMIA, NY 11716 | 213 | 8/31/07 | No Case | - (S)<br>- (A)<br>$6,233.37 (P)<br>- (U)<br>$6,233.37 (T) | 07-11051 | - (S)<br>- (A)<br>$4,436.41 (P)<br>- (U)<br>$4,436.41 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| LOHRFINK, DANIEL<br>1226 BLACK FRIARS RD<br>CATONSVILLE, MD 21228 | 1040 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$2,416.80 (P)<br>- (U)<br>$2,416.80 (T) | 07-11051 | - (S)<br>- (A)<br>$1,696.00 (P)<br>- (U)<br>$1,696.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| MADDULURI, SUMAN<br>1 JEFFERSON AVE, APT K1<br>ROCKVILLE CENTRE, NY 11570 | 8553 | 1/11/08 | No Case | - (S)<br>- (A)<br>$3,333.00 (P)<br>- (U)<br>$3,333.00 (T) | 07-11051 | - (S)<br>- (A)<br>$2,461.54 (P)<br>- (U)<br>$2,461.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| MALONE, PAUL<br>522 LINCOLN BLVD<br>LONG BEACH, NY 11561 | 1033 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$1,925.10 (P)<br>- (U)<br>$1,925.10 (T) | 07-11051 | - (S)<br>- (A)<br>$888.46 (P)<br>- (U)<br>$888.46 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| MARTINO, STELLA<br>21 BRYANT RD<br>GLEN COVE, NY 11542 | 226 | 8/31/07 | No Case | - (S)<br>- (A)<br>$5,330.77 (P)<br>- (U)<br>$5,330.77 (T) | 07-11051 | - (S)<br>- (A)<br>$4,975.38 (P)<br>- (U)<br>$4,975.38 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| MAUNG-SAN, ZABA<br>64-40 ALDENTON ST<br>REGO PARK, NY 11374 | 991 | 9/18/07 | 07-11047 | - (S)<br>- (A)<br>$2,340.00 (P)<br>- (U)<br>$2,340.00 (T) | 07-11051 | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| MCCOMB, JANET L<br>1216 21ST AVENUE<br>ROCKFORD, IL 61104 | 989 | 9/18/07 | No Case | - (S)<br>- (A)<br>$3,346.15 (P)<br>- (U)<br>$3,346.15 (T) | 07-11061 | - (S)<br>- (A)<br>$2,141.54 (P)<br>- (U)<br>$2,141.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| NORMAN, EWA<br>445 BEDFORD AVENUE<br>MOUNT VERNON, NY 10553 | 1465 | 10/9/07 | 07-11048 | - (S)<br>- (A)<br>$3,250.00 (P)<br>- (U)<br>$3,250.00 (T) | 07-11051 | - (S)<br>- (A)<br>$2,596.15 (P)<br>- (U)<br>$2,596.15 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| PACIFIC RESIDENTIAL APPRAISAL<br>ATTN ERICK MOULD<br>4106 PORTER GULCH RD<br>APTOS, CA 950032711 | 2423 | 11/16/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| PALAZZO, JOHN<br>44 ARLINGTON ST<br>METHUEN, MA 01844 | 246 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$4,418.75 (P)<br>- (U)<br>$4,418.75 (T) | 07-11051 | - (S)<br>- (A)<br>$4,078.85 (P)<br>- (U)<br>$4,078.85 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| PARKER, KESHIA M<br>11 JEAN DR<br>NORTH BABYLON, NY 11703 | 3687 | 11/28/07 | No Case | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | 07-11051 | - (S)<br>- (A)<br>$544.00 (P)<br>- (U)<br>$544.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| PATTERSON, JOSEPH<br>9 MARIANNA PL<br>EAST ISLIP, NY 11730-3225 | 969 | 9/18/07 | No Case | - (S)<br>- (A)<br>$3,452.08 (P)<br>- (U)<br>$3,452.08 (T) | 07-11051 | - (S)<br>- (A)<br>$3,186.54 (P)<br>- (U)<br>$3,186.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| PURDON APPRAISALS<br>ATTN ERIC PURDON<br>PO BOX 128<br>HARWOOD, MD 20776 | 2272 | 11/15/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| RAMKISSOON, ROBIN<br>5 FAIRFIELD CIRCLE<br>APT 6A<br>BRENTWOOD, NY 11717 | 2333 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,708.33 (P)<br>- (U)<br>$2,708.33 (T) | 07-11053 | - (S)<br>- (A)<br>$2,500.00 (P)<br>- (U)<br>$2,500.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| RED CEDAR APPRAISAL<br>ATTN OWNER<br>1117 E KALAMAZOO ST<br>LANSING, MI 48912 | 2317 | 11/16/07 | No Case | - (S)<br>- (A)<br>$225.00 (P)<br>$225.00 (U)<br>$225.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$225.00 (U)<br>$225.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| RICHLIN<br>ATTN LINDA FAROCE, BROKER/OWNER<br>1134 MIDDLE COUNTRY ROAD<br>SELDEN, NY 11784 | 3183 | 11/23/07 | No Case | - (S)<br>- (A)<br>$1,400.00 (P)<br>$1,400.00 (U)<br>$1,400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,400.00 (U)<br>$1,400.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ROSINSKI, BARI M.<br>2013 WALTERS AVE<br>NORTHBROOK, IL 60082 | 8623 | 1/11/08 | No Case | - (S)<br>- (A)<br>$1,491.36 (P)<br>- (U)<br>$1,491.36 (T) | 07-11051 | - (S)<br>- (A)<br>$1,106.69 (P)<br>- (U)<br>$1,106.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SEVERINO, CANDIDA<br>3009 N 79TH AVE<br>ELMWOOD PARK, IL 60707 | 1419 | 10/4/07 | No Case | - (S)<br>- (A)<br>$891.34 (P)<br>- (U)<br>$891.34 (T) | 07-11051 | - (S)<br>- (A)<br>$534.69 (P)<br>- (U)<br>$534.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SHIELDS, SUZANNE<br>3835 SEA ISLAND CT<br>MERIDIAN, ID 83646 | 858 | 9/17/07 | No Case | - (S)<br>- (A)<br>$2,769.00 (P)<br>- (U)<br>$2,769.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,107.69 (P)<br>- (U)<br>$1,107.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| SHKLYAR, NATALIA<br>160 S MIDDLE NECK RD<br>APT 2B<br>GREAT NECK, NY 11021 | 1014 | 9/19/07 | No Case | - (S)<br>- (A)<br>$2,916.60 (P)<br>- (U)<br>$2,916.60 (T) | 07-11051 | - (S)<br>- (A)<br>$2,692.31 (P)<br>- (U)<br>$2,692.31 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SINGH, DAVE<br>131 02 107TH AVE<br>RICHMOND HILL, NY 11419 | 6527 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>$3,706.37 (P)<br>- (U)<br>$3,706.37 (T) | 07-11049 | - (S)<br>- (A)<br>$3,461.54 (P)<br>- (U)<br>$3,461.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SLAGLE, KATHLEEN L.<br>9614 EVERGREEN STREET<br>SILVER SPRING, MD 20901 | 8465 | 1/10/08 | No Case | - (S)<br>- (A)<br>$4,617.29 (P)<br>- (U)<br>$4,617.29 (T) | 07-11051 | - (S)<br>- (A)<br>$1,888.89 (P)<br>- (U)<br>$1,888.89 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| SMITH, ANDRA M.<br>21072 PASEO VERDURA<br>LAKE FOREST, CA 92630 | 1710 | 10/22/07 | No Case | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | 07-11051 | - (S)<br>- (A)<br>$1,557.68 (P)<br>- (U)<br>$1,557.68 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| SMITH, DARRYL<br>5204 REMINGTON PARK DR<br>FLOWER MOUND, TX 75028 | 5318 | 12/12/07 | 07-11047 | - (S)<br>- (A)<br>$5,384.62 (P)<br>- (U)<br>$5,384.62 (T) | 07-11051 | - (S)<br>- (A)<br>$4,415.38 (P)<br>- (U)<br>$4,415.38 (T) | Modified to match Debtors' books and records of outstanding vacation pay |

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| SOLIS, JENNIFER A. 2116 ROLLINGWAY CT VIRGINIA BEACH, VA 23456 | 1151 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$2,630.76 (P)<br>- (U)<br>$2,630.76 (T) | 07-11051 | - (S)<br>- (A)<br>$1,355.09 (P)<br>- (U)<br>$1,355.09 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| STIER, DORENE E. 430 RIVERSIDE AVE BEN LOMOND, CA 95005 | 9935 | 2/8/08 | No Case | - (S)<br>- (A)<br>$3,600.00 (P)<br>- (U)<br>$3,600.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,785.00 (P)<br>- (U)<br>$1,785.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| STITS, MICHELLE M. 1320 E. 3RD STREET, #2 LONG BEACH, CA 90814 | 1303 | 9/28/07 | No Case | - (S)<br>- (A)<br>$1,153.85 (P)<br>- (U)<br>$1,153.85 (T) | 07-11051 | - (S)<br>- (A)<br>$692.31 (P)<br>- (U)<br>$692.31 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| STOCKTON, AUDRA R. 20808 N 27TH AVE # 1172 PHOENIX, AZ 85027 | 1125 | 9/21/07 | 07-11048 | - (S)<br>- (A)<br>$1,125.15 (P)<br>- (U)<br>$1,125.15 (T) | 07-11051 | - (S)<br>- (A)<br>$1,003.85 (P)<br>- (U)<br>$1,003.85 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| STORM, JASON 16 SYLVESTER PL LYNBROOK, NY 11563 | 341 | 9/5/07 | No Case | - (S)<br>- (A)<br>$3,850.00 (P)<br>- (U)<br>$3,850.00 (T) | 07-11051 | - (S)<br>- (A)<br>$3,553.85 (P)<br>- (U)<br>$3,553.85 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| STUDDERT, VAN 531 E. CUMBERLAND RD ORANGE, CA 92865 | 707 | 9/13/07 | No Case | - (S)<br>- (A)<br>$8,307.36 (P)<br>- (U)<br>$8,307.36 (T) | 07-11051 | - (S)<br>- (A)<br>$1,538.46 (P)<br>- (U)<br>$1,538.46 (T) | Modified to match Debtors' books and records with respect to sick and personal time |
| SYNENKO, SUZANNE 11 FARBER DR WEST BABYLON, NY 11704 | 307 | 9/4/07 | No Case | - (S)<br>- (A)<br>$1,455.00 (P)<br>- (U)<br>$1,455.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,261.80 (P)<br>- (U)<br>$1,261.80 (T) | Modified to match Debtors' books and records for vacation entitlement |
| TRI-STATE APPRAISAL SERVICES ATTN HENRY B GARNETT III PRESIDENT 3540 WHEELER ROAD AUGUSTA, GA 30909 | 3531 | 11/26/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | Claimant's asserted claims at multiple priority levels do not add up to the total asserted value of the claim. |
| TULLY, KEVIN J 45 YACHT CLUB RD BABYLON TOWNSHIP, NY 11702 | 6806 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) | 07-11053 | - (S)<br>- (A)<br>$800.00 (P)<br>- (U)<br>$800.00 (T) | Modified to match Debtors' books and records of outstanding vacation pay |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| URENA, ROSSMERY<br>107-37 80TH STREET<br>OZONE PARK, NY 11417 | 1146 | 9/21/07 | No Case | - (S)<br>- (A)<br>$1,615.20 (P)<br>- (U)<br>$1,615.20 (T) | 07-11051 | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| VASQUEZ, JOHN<br>141-12 79 AVE<br>APT. 3-I<br>FLUSHING, NY 11367 | 965 | 9/18/07 | No Case | - (S)<br>- (A)<br>$2,765.48 (P)<br>- (U)<br>$2,765.48 (T) | 07-11051 | - (S)<br>- (A)<br>$1,626.93 (P)<br>- (U)<br>$1,626.93 (T) | Modified to match Debtors' books and records of outstanding vacation pay. Claimant not entitled to sick or personal pay per terms of the employee handbook |
| VERIIN, LINDA<br>836 3RD AVE<br>FRANKLIN SQUARE, NY 11010 | 960 | 9/18/07 | No Case | - (S)<br>- (A)<br>$1,066.20 (P)<br>- (U)<br>$1,066.20 (T) | 07-11051 | - (S)<br>- (A)<br>$923.81 (P)<br>- (U)<br>$923.81 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| VITULLO, CARL H.<br>45 KING ARTHUR CT<br>SAINT JAMES, NY 11780 | 872 | 9/12/07 | No Case | - (S)<br>- (A)<br>$6,115.38 (P)<br>- (U)<br>$6,115.38 (T) | 07-11051 | - (S)<br>- (A)<br>$5,707.69 (P)<br>- (U)<br>$5,707.69 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| WESLEY, ROBERT<br>633 LORIMORE PASS<br>HOLLY SPRINGS, GA 30115 | 787 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>$8,942.00 (P)<br>- (U)<br>$8,942.00 (T) | 07-11051 | - (S)<br>- (A)<br>$5,723.08 (P)<br>- (U)<br>$5,723.08 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| ZAJAC, KATHERINE<br>3073 SECRETARIAL CT.<br>AURORA, IL 60502 | 1487 | 10/9/07 | No Case | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | 07-11051 | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) | Modified to match Debtors' books and records of outstanding vacation pay |
| Totals: | 79 Claims | | | - (S)<br>- (A)<br>$214,526.71 (P)<br>$110,280.07 (U)<br>$317,707.83 (T) | | - (S)<br>- (A)<br>$127,382.98 (P)<br>$106,334.46 (U)<br>$233,717.44 (T) | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed