# EXHIBIT F

# Exhibit F

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | — Objectionable Claims — | | |
| HARRISBURG CITY/COUNTY BILL DAUPHIN COUNTY COURTHOUSE RM 105, FRONT & MARKET STR. HARRISBURG, PA 17101 | 7494 | 1/7/08 | 07-11050 | $687.25 (S)<br>- (A)<br>- (P)<br>- (U)<br>$687.25 (T) | Claimant has failed to respond to Debtors' request for additional information. Escrows are being paid through normal course of business |
| LAVIGNA, PAUL 424 WOLF HILL RD DIX HILLS, NY 11746 | 8188 | 1/10/08 | No Case | - (S)<br>- (A)<br>$2,066.77 (P)<br>- (U)<br>$2,066.77 (T) | Insufficient documentation to determine basis of claim. Per Debtors' books and records, no vacation payout remains |
| MCMINIS, TANA P 5227 PATUXENT DR RALEIGH, NC 276166517 | 2916 | 11/21/07 | No Case | - (S)<br>- (A)<br>$6,069.23 (P)<br>- (U)<br>$6,069.23 (T) | Insufficient documentation to determine basis of claim. Per Debtors' books and records, no vacation payout remains |
| **Totals:** | **3 Claims** | | | **$687.25 (S)**<br>**- (A)**<br>**$8,136.00 (P)**<br>**- (U)**<br>**$8,823.25 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.