# EXHIBIT A

MATTER :       87601-00001 AHM REGULATORY MATTERS
CURRENCY :     USD

INVOICE :      5717444
DATE :         December 17, 2008

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 11/03/08  Latasha Cardona | 1.00 | 160.00 | B110 | Searched document productions for particular records. |
| 11/04/08  Jodi Pittell | 1.00 | 245.00 | B110 | Updating all logs for Creditors Committee and SEC productions. |
| 11/04/08  Christopher Redlich | 1.50 | 367.50 | B110 | QC of Dat files |
| 11/05/08  Ben Crum | 7.00 | 1,470.00 | B110 | Preparing October billing review |
| 11/06/08  Ben Crum | 4.00 | 840.00 | B110 | Editing and updating document log. |
| 11/10/08  Christopher Redlich | 0.50 | 122.50 | B110 | Discussion with CC regarding dat files |
| 11/10/08  Christopher Redlich | 1.50 | 367.50 | B110 | Pulled documents from SEC production for N. Mitchell and R. Knuts. |
| 11/10/08  Christopher Redlich | 1.00 | 245.00 | B110 | Reviewed stats re: document productions from Vendors |
| 11/10/08  Christopher Redlich | 1.00 | 245.00 | B110 | QC of production |
| 11/11/08  Christopher Redlich | 1.40 | 343.00 | B110 | Obtaining corrected Dat files for CC |
| 11/11/08  Christopher Redlich | 1.50 | 367.50 | B110 | Data organization |
| 11/12/08  Latasha Cardona | 1.00 | 160.00 | B110 | Labeled and filed documents in case room, all Outside Directors boxes |
| 11/12/08  Christopher Redlich | 1.00 | 245.00 | B110 | Obtained Data Report re: SEC productions. |
| 11/12/08  Christopher Redlich | 1.50 | 367.50 | B110 | Reports re: CC productions. |
| 11/14/08  Christopher Redlich | 1.50 | 367.50 | B110 | QC of reports. |
| 11/14/08  Christopher Redlich | 2.50 | 612.50 | B110 | Data reports re: SEC productions. |
| 11/17/08  Christopher Redlich | 1.50 | 367.50 | B110 | Obtained Quote for data processing |
| 11/17/08  Christopher Redlich | 2.00 | 490.00 | B110 | Compiled reports for attorneys |
| 11/18/08  Jessica Prahl | 0.30 | 73.50 | B110 | Meeting with N. Mitchell regarding planning of transfer of case materials to other counsel. |
| 11/19/08  Christopher Redlich | 1.50 | 367.50 | B110 | Discussion regarding SEC request |
| 11/20/08  Christopher Redlich | 2.00 | 490.00 | B110 | Data searching for SEC request |
| 11/20/08  Jessica Prahl | 2.20 | 539.00 | B110 | Reviewed originals and production set of board materials to determine the range of years that were collected at request of Nicholas Mitchell. |
| 11/21/08  Latasha Cardona | 1.50 | 240.00 | B110 | Started an inventory of AHM hard copy documents. |
| 11/21/08  Christopher Redlich | 2.00 | 490.00 | B110 | Searches of Data production related to SEC request. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/24/08  Latasha Cardona | 2.50 | 400.00 | B110 | Continued work on hard copy data inventory. |
| 11/25/08  Latasha Cardona | 1.50 | 240.00 | B110 | Finished AHM inventory. |
| 11/25/08  Christopher Redlich | 2.00 | 490.00 | B110 | Ran electronic searches for docs re: SEC request. |
| 11/25/08  Jessica Prahl | 1.50 | 367.50 | B110 | Reviewed files in order to determine whether there are hard copy documents for certain custodians, requested by Cadwalader, per N. Mitchell; met with N. Mitchell and C. Redlich regarding same. |
| *******  TOTAL CODE B110: | 49.40 | 11,080.50 | | |

**Fee/Employment Applications**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/12/08  Nicholas Mitchell | 1.90 | 731.50 | B160 | Attention to October fee application; correspondence with accounting department re: fees and expenses. |
| 11/13/08  Nicholas Mitchell | 1.50 | 577.50 | B160 | Coordination with accounting department regarding fees and expenses to include on October fee application. |
| 11/18/08  Nicholas Mitchell | 0.60 | 231.00 | B160 | Attention to fee application exhibits. |
| 11/19/08  Nicholas Mitchell | 0.90 | 346.50 | B160 | Attention to AHM fee application. |
| *******  TOTAL CODE B160: | 4.90 | 1,886.50 | | |

**Other Contested Matters**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/10/08  Toby Mann | 1.20 | 252.00 | B190 | Delivered package to the SEC. |
| *******  TOTAL CODE B190: | 1.20 | 252.00 | | |

**Fact Investigation / Development**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/03/08  Robert Knuts | 2.40 | 1,824.00 | L110 | Analyze documents identified by company as potentially responsive to SEC document subpoena; discuss same with N. Mitchell; telephone call with counsel for former employee concerning SEC's request that former employee obtain certain documents from company; discuss with P. Chepiga. |
| 11/10/08  Robert Knuts | 1.20 | 912.00 | L110 | Analysis of possible additional documents responsive to SEC subpoena; communications with counsel for former employees concerning potential sources of relevant documents and related issues; internal discussion with P. Chepiga concerning same |
| 11/12/08  Robert Knuts | 1.40 | 1,064.00 | L110 | Analysis of documents relevant to recent SEC subpoena and communication with counsel for former employees concerning same |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/14/08 Robert Knuts | 1.30 | 988.00 | L110 | Analysis of potentially responsive documents to SEC subpoena and related issues; internal discussions concerning possible additional steps to be taken by company to respond to subpoena; discuss with P. Chepiga. |
| 11/24/08 Robert Knuts | 1.50 | 1,140.00 | L110 | Analysis of documents already produced and possible additional documents responsive to SEC subpoena; communications with counsel for former employees concerning same; internal discussions concerning open issues |
| ******* TOTAL CODE L110: | 7.80 | 5,928.00 | | |

Document / File Management

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/05/08 Robert Knuts | 0.20 | 152.00 | L140 | Internal discussion concerning documents to be produced to Creditors' Committee counsel |
| 11/07/08 Robert Knuts | 0.30 | 228.00 | L140 | Communication with counsel for former employees concerning documents requested by counsel and documents requested by SEC; internal discussion concerning same |
| 11/17/08 Robert Knuts | 0.30 | 228.00 | L140 | Draft description of SEC/DOJ investigation for inclusion in disclosure document; communicate with S. Beach regarding same; discuss with N. Mitchell. |
| 11/19/08 Robert Knuts | 0.20 | 152.00 | L140 | Review letter from SEC concerning identification of privileged documents inadvertently produced to SEC; communicate with N. Mitchell concerning same |
| ******* TOTAL CODE L140: | 1.00 | 760.00 | | |

Other Case Assessment, Development & Admin.

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/03/08 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for former senior manager re: SEC request. |
| 11/03/08 Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts re: new SEC request and counsel call. |
| 11/10/08 Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with Shearman & Sterling (T. Park) re: representation of AHM employees at SEC; discuss with B. Knuts. |
| 11/12/08 Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts re: today's call with SEC staff and related matters. |
| 11/13/08 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Young Conaway (K. Enos) re: creditors committee request. |
| 11/14/08 Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with R. Knuts re: production. |
| 11/14/08 Pamela Chepiga | 0.20 | 170.00 | L190 | Emails with N. Mitchell re: production. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/20/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with Frank Wohl (Lankler Siffert) re: regulatory production. |
| 11/20/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Follow-up conference with R. Knuts re: regulatory production. |
| 11/25/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Conference R. Knuts re: update on productions (12 mins.); email from CST (S. Beach) re: creditor committee request (12 mins.); |
| 11/26/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with YCST (S. Beach) re: committee requests for documents and subpoenas. |
| 11/26/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Email R. Knuts (A&O) and S. Beach (YCST) re: committee conference calls. |
| *******  TOTAL CODE L190: | 3.10 | 2,635.00 | | |

Document Production

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/02/08  Nicholas Mitchell | 8.10 | 3,118.50 | L320 | Review of documents provided by AHM in connection with SEC Subpoena. |
| 11/03/08  Eloise Kauvar | 0.20 | 77.00 | L320 | Spoke with individual's counsel regarding documents to be produced; internal email regarding phone call. |
| 11/03/08  Nicholas Mitchell | 9.10 | 3,503.50 | L320 | Review of documents provided by AHM in connection with SEC document subpoena; discuss with B. Knuts re: same. |
| 11/05/08  Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Drafting letter to Creditors' Committee and attention to internal discussions re: SEC investigation. |
| 11/06/08  Nicholas Mitchell | 2.80 | 1,078.00 | L320 | Attention to issues related to AHM document productions, including correspondence with Creditors' Committee and review of documents to be produced to SEC. |
| 11/07/08  Nicholas Mitchell | 2.70 | 1,039.50 | L320 | Attention to document production to the SEC, including resolving technical issues with outside document vendor and AHM IT department. |
| 11/07/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Reviewing documents on hard drive containing materials to be produced to the SEC. |
| 11/07/08  Nicholas Mitchell | 0.60 | 231.00 | L320 | Correspondence with Shearman and Sterling re: requested documents. |
| 11/10/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Drafting cover letter re: document production to the SEC. |
| 11/10/08  Nicholas Mitchell | 1.00 | 385.00 | L320 | Attention to document request from Creditors' Committee, including review of request and internal discussions. |
| 11/11/08  Nicholas Mitchell | 1.20 | 462.00 | L320 | Attention to document request from counsel to |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | another subpoenaed party. |
| 11/12/08  Nicholas Mitchell | 1.60 | 616.00 | L320 | Reviewing correspondence from Bailey Cavalieri and attention to response to same. |
| 11/12/08  Nicholas Mitchell | 1.50 | 577.50 | L320 | Drafting production letter to AHM Creditors' Committee. |
| 11/13/08  Nicholas Mitchell | 1.10 | 423.50 | L320 | Coordination with AHM team re: index of documents and document transfer issues. |
| 11/13/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Finalizing production letter to AHM Creditors' Committee and producing documents to same. |
| 11/14/08  Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Conducted discussions with AHM staff regarding follow-up requests from information by the SEC; internal discussions regarding same. |
| 11/14/08  Nicholas Mitchell | 2.30 | 885.50 | L320 | Drafted a summary of the SEC investigation thus far and A & O response, at request of Young Conaway. |
| 11/17/08  Nicholas Mitchell | 3.40 | 1,309.00 | L320 | Attention to collection of documents from AHM, including discussions with company employees. |
| 11/17/08  Nicholas Mitchell | 0.80 | 308.00 | L320 | Resolving issue related to data retention; call with AHM employees and B. Knuts regarding same. |
| 11/17/08  Nicholas Mitchell | 1.70 | 654.50 | L320 | Attention to document request. |
| 11/18/08  Nicholas Mitchell | 0.80 | 308.00 | L320 | AHM team meeting with paralegals related to data storage and transfer. |
| 11/18/08  Nicholas Mitchell | 3.40 | 1,309.00 | L320 | Attention to requests for further information from the SEC. |
| 11/18/08  Nicholas Mitchell | 2.50 | 962.50 | L320 | Review of 11/18 SEC letter; internal correspondence re: same. |
| 11/19/08  Nicholas Mitchell | 3.30 | 1,270.50 | L320 | Attention to document collection from AHM re: further request for information from the SEC; discuss with B. Knuts. |
| 11/20/08  Nicholas Mitchell | 2.80 | 1,078.00 | L320 | Review of documents in connection with a request from Kroll Zolfo and correspondence with Kroll re: same. |
| 11/20/08  Nicholas Mitchell | 1.70 | 654.50 | L320 | Attention to correspondence from Lankler, Siffert re: email issues; internal discussion with B. Knuts re: same. |
| 11/21/08  Nicholas Mitchell | 1.00 | 385.00 | L320 | Attention to Lankler Siffert correspondence; discussion with B. Knuts re: same. |
| 11/21/08  Nicholas Mitchell | 0.50 | 192.50 | L320 | Attention to document request from Kroll Zolfo; communication with Kroll regarding same. |
| 11/24/08  Nicholas Mitchell | 1.70 | 654.50 | L320 | Attention to document request. |

## Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 11/24/08  Nicholas Mitchell | 3.10 | 1,193.50 | L320 | Attention to SEC request for additional information, including internal discussions and correspondence with AHM employees. |
| 11/25/08  Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Attention to SEC request for supplemental information and documents. |
| 11/25/08  Nicholas Mitchell | 1.80 | 693.00 | L320 | Drafting memo to file re: data retention issue and circulating completed memo to team. |
| 11/25/08  Nicholas Mitchell | 0.50 | 192.50 | L320 | Drafting email to team with update re: document requests from SEC. |
| *******  TOTAL CODE L320: | 75.30 | 28,990.50 | | |

MATTER :     87601-00001 AHM REGULATORY MATTERS
CURRENCY :   USD

INVOICE :    5717444
DATE :       December 17, 2008

| Summary by Activity Code | Hours | Amount |
|---|---:|---:|
| (B110) Case Administration | 49.40 | 11,080.50 |
| (B160) Fee/Employment Applications | 4.90 | 1,886.50 |
| (B190) Other Contested Matters | 1.20 | 252.00 |
| (L110) Fact Investigation / Development | 7.80 | 5,928.00 |
| (L140) Document / File Management | 1.00 | 760.00 |
| (L190) Other Case Assessment, Development & Admin | 3.10 | 2,635.00 |
| (L320) Document Production | 75.30 | 28,990.50 |
| GRAND TOTAL | 142.70 | 51,532.50 |