# EXHIBIT B

Case 07-11047-CSS    Doc 6767-3    Filed 12/22/08    Page 1 of 3

## Summary of Expenses Incurred
(November 1, 2008 – November 30, 2008)[1]

| Date Incurred | Expense | Amount |
| --- | --- | --- |
| 09/16/08 | Telephone Charges | $8.91 |
| 09/22/08 | E-discovery | $813.04 |
| 09/24/08 | E-discovery | $145.53 |
| 10/01/08 | Telephone Charges | $8.36 |
| 10/22/08 | Telephone Charges | $5.81 |
| 10/31/08 | E-discovery | $29,311.15 |
| 10/31/08 | Courier Charges | $116.28 |
| 11/05/08 | Document Reproduction | $2.00 |
| 11/05/08 | Telephone Charges | $0.82 |
| 11/06/08 | Document Reproduction | $7.00 |
| 11/06/08 | Telephone Charges | $0.09 |
| 11/07/08 | Document Reproduction | $1.10 |
| 11/07/08 | Document Reproduction | $1.10 |
| 11/07/08 | Document Reproduction | $2.00 |
| 11/07/08 | Telephone Charges | $0.13 |
| 11/07/08 | Telephone Charges | $0.78 |
| 11/07/08 | Telephone Charges | $0.13 |
| 11/10/08 | Document Reproduction | $0.20 |
| 11/10/08 | Telephone Charges | $0.09 |
| 11/11/08 | Telephone Charges | $0.09 |
| 11/12/08 | Document Reproduction | $1.10 |
| 11/13/08 | Telephone Charges | $0.09 |
| 11/14/08 | Telephone Charges | $0.13 |
| 11/14/08 | Telephone Charges | $0.46 |
| 11/16/08 | Document Reproduction | $0.10 |
| 11/18/08 | Document Reproduction | $0.20 |
| 11/18/08 | Document Reproduction | $2.00 |
| 11/18/08 | Document Reproduction | $1.80 |
| 11/18/08 | Telephone Charges | $0.13 |
| 11/18/08 | Telephone Charges | $0.22 |
| 11/19/08 | Document Reproduction | $9.60 |
| 11/19/08 | Document Reproduction | $4.70 |
| 11/19/08 | Telephone Charges | $0.13 |
| 11/20/08 | Document Reproduction | $0.90 |
| 11/20/08 | Document Reproduction | $10.30 |
| 11/20/08 | Document Reproduction | $10.30 |
| 11/20/08 | Telephone Charges | $0.13 |
| 11/20/08 | Telephone Charges | $0.13 |
| 11/24/08 | Document Reproduction | $1.40 |
| 11/24/08 | Document Reproduction | $3.70 |
| 11/24/08 | Document Reproduction | $1.00 |
| 11/24/08 | Telephone Charges | $0.22 |
| 11/24/08 | Telephone Charges | $0.13 |
| 11/25/08 | Telephone Charges | $0.13 |
| 11/25/08 | Telephone Charges | $0.90 |
| 11/25/08 | Telephone Charges | $0.09 |

---

[1] Expenses for dates prior to November 1, 2008 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in November.

4430297

| | | |
|---|---|---|
| 11/25/08 | Telephone Charges | $0.13 |
| 11/25/08 | E-discovery | $5,503.45 |
| 10/08/08 | Telephone Charges | $38.00 |
| | TOTAL | $36,016.18 |

4430297