## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x

In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                     :
a Delaware corporation, et al.,1                    :    Jointly Administered
                                                    :
            Debtors.                                :
                                                    :
--------------------------------------------------------- :

Natixis Real Estate Capital, Inc. f/k/a IXIS REAL   :
ESTATE CAPITAL, INC.,                               :
                                                    :
            Plaintiff,                              :    Adversary No. 08-50634
v.                                                  :
                                                    :
AMERICAN HOME MORTGAGE CORP.,                       :
AMERICAN HOME MORTGAGE  SERVICING                   :
INC., AMERICAN HOME MORTGAGE                        :
ACCEPTANCE INC., AMERICAN HOME                      :
MORTGAGE INVESTMENT CORP, and                       :
AMERICAN HOME MORTGAGE HOLDINGS,                    :
INC.,                                               :    **Ref Docket Nos.:  4010 and 6657**
                                                    :
            Defendants.                             :
--------------------------------------------------------- x

### ORDER PURSUANT TO SECTION 105 OF
### THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019
### APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT
### BY AND BETWEEN THE DEBTORS AND NATIXIS REAL ESTATE CAPITAL, INC.
### f/k/a IXIS REAL ESTATE CAPITAL, INC.

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors in possession in the above cases (collectively, the "Debtors"),[3] seeking entry of an order pursuant to Bankruptcy Rule 9019 and section 105(a) of the Bankruptcy Code approving the Settlement Agreement resolving the Adversary Proceeding; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Settlement Agreement, attached hereto as Exhibit 1, is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that the Debtors are authorized to make the Settlement Payment from account no. 381528 at Deutsche Bank National Trust Company; and it is further

ORDERED, that in accordance with the Settlement Agreement Natixis shall file a Notice of Voluntary Dismissal in the form attached hereto as Exhibit 2, thereby resolving the Adversary Proceeding, upon Natixis' receipt of the Settlement Payment referenced in the Settlement Agreement; and it is further

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).   The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated:     Wilmington, Delaware
           December ___19___, 2008

                                        /s/ Christopher S. Sontchi
                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge