## Exhibit 2

Notice of Dismissal

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :  Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                            :
a Delaware corporation, et al.,[1]                         :  Jointly Administered
                                                           :
      Debtors.                 :
                                                           :
---------------------------------------------------------- :
Natixis Real Estate Capital, Inc. f/k/a IXIS REAL          :
ESTATE CAPITAL, INC.,                                      :
                                                           :
      Plaintiff,               :  Adversary No. 08-50634
v.                                                         :
                                                           :
AMERICAN HOME MORTGAGE CORP.,                              :
AMERICAN HOME MORTGAGE SERVICING                           :
INC., AMERICAN HOME MORTGAGE                               :
ACCEPTANCE INC., AMERICAN HOME                             :
MORTGAGE INVESTMENT CORP, and                              :
AMERICAN HOME MORTGAGE HOLDINGS,                           :
INC.,                                                      :
                                                           :
      Defendants.              :
---------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1), Plaintiff, Natixis Real Estate Capital, Inc., f/k/a IXIS Real Estate Capital Inc., hereby dismisses the above-captioned adversary proceeding with prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Each party shall bear its own costs and expenses. This adversary proceeding is hereby closed.

                BAYARD, P.A.

By: _____
     Neil B. Glassman (No. 2087)
     Charlene D. Davis (No. 2336)
     Eric M. Sutty (No. 4007)
     222 Delaware Avenue, Suite 900
     Wilmington, Delaware 19801
     Telephone: (302) 655-5000

        and

DAVIS & GILBERT LLP
Joseph Cioffi, Esquire
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800

*Counsel for Natixis Real Estate Capital, Inc., f/k/a IXIS Real Estate Capital Inc.*