# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 11/3/2008 | 106 | 0.5 | Correspondence with buyer |
| Conway, Darryl | 11/3/2008 | 106 | 1.5 | AHM Non Performing seconds loan sale; post items to the data room |
| Conway, Darryl | 11/3/2008 | 106 | 1.0 | AHM Non Performing seconds loan sale; send out NDAs |
| Conway, Darryl | 11/3/2008 | 106 | 1.5 | AHM Non Performing seconds loan sale; grant access to the data room |
| Nelligan, John | 11/3/2008 | 106 | 0.5 | Internal update call |
| Nelligan, John | 11/3/2008 | 106 | 2.0 | Reviewed Sales Procedures Order |
| Nelligan, John | 11/4/2008 | 106 | 0.5 | Call with Kroll for update |
| Conway, Darryl | 11/4/2008 | 106 | 1.5 | AHM Non Performing seconds loan sale; field investor questions |
| Conway, Darryl | 11/4/2008 | 106 | 1.5 | AHM Non Performing seconds loan sale; send out NDA |
| Conway, Darryl | 11/5/2008 | 106 | 1.0 | AHM Non Performing seconds loan sale; post items to the data room |
| Conway, Darryl | 11/5/2008 | 106 | 2.0 | AHM Non Performing seconds loan sale; contact potential investors |
| Young, Richard | 11/5/2008 | 104 | 2.0 | SPA review with buyer |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 11/5/2008 | 106 | 2.5 | Conference call with counsel regarding SPA |
| Nelligan, John | 11/5/2008 | 106 | 0.5 | Preparation for conference call |
| Nelligan, John | 11/5/2008 | 106 | 0.5 | Status call with counsel after conference call |
| Nelligan, John | 11/6/2008 | 106 | 0.5 | Internal organizational call |
| Nelligan, John | 11/6/2008 | 106 | 2.0 | Internal call with counsel to discuss open issues on SPA |
| Nelligan, John | 11/6/2008 | 106 | 0.5 | Internal call with Kroll to discuss open issues |
| Nelligan, John | 11/6/2008 | 106 | 0.5 | Call with buyer to discuss business issues on SPA |
| Nelligan, John | 11/6/2008 | 106 | 1.0 | Review documentation related to transaction |
| Young, Richard | 11/6/2008 | 104 | 1.0 | Internal SPA call |
| Nelligan, John | 11/6/2008 | 106 | 0.5 | Internal call with counsel to discuss SPA |
| Nelligan, John | 11/7/2008 | 106 | 1.5 | Various calls with buyer |
| Young, Richard | 11/8/2008 | 104 | 1.0 | Discussion and follow up with M2 Capital |
| Conway, Darryl | 11/10/2008 | 106 | 1.0 | AHM Non Performing seconds loan sale; send out NDAs |
| Nelligan, John | 11/10/2008 | 106 | 0.5 | Correpondence with buyer on SPA issues memo |
| Nelligan, John | 11/10/2008 | 106 | 1.0 | Correpondence with buyer |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 11/10/2008 | 106 | 1.0 | Review of SPA |
| Conway, Darryl | 11/10/2008 | 106 | 1.5 | AHM Non Performing seconds loan sale; contact potential investors |
| Young, Richard | 11/11/2008 | 104 | 4.0 | Updated disclosure schedules for distribution |
| Conway, Darryl | 11/11/2008 | 106 | 1.5 | AHM Non Performing seconds loan Sale; grant access to the data room |
| Conway, Darryl | 11/11/2008 | 106 | 1.5 | AHM Non Performing seconds loan sale; post items to the data room |
| Nelligan, John | 11/11/2008 | 106 | 0.5 | Call with Kroll to discuss business issues regarding the SPA |
| Young, Richard | 11/12/2008 | 104 | 1.5 | Review and discussion of CWT issues list |
| Nelligan, John | 11/12/2008 | 106 | 1.0 | Call with buyer to discuss follow up due diligence items |
| Nelligan, John | 11/13/2008 | 106 | 1.0 | Internal update call |
| Young, Richard | 11/13/2008 | 104 | 5.0 | Updated bid and liquidation analysis, review of disclosure schedules |
| Conway, Darryl | 11/13/2008 | 106 | 1.5 | AHM Non Performing Seconds loan sale; contact potential parties |
| Conway, Darryl | 11/13/2008 | 106 | 1.5 | AHM Non Performing Seconds loan sale; post items to the data room |
| Conway, Darryl | 11/13/2008 | 106 | 1.5 | AHM Non Performing Seconds loan sale; field DD questions |
| Nelligan, John | 11/14/2008 | 106 | 1.0 | Various calls with Buyer |
| Conway, Darryl | 11/14/2008 | 106 | 1.0 | AHM Non Performing Seconds Loan sale; fiedl DD questions |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 11/14/2008 | 106 | 0.5 | Calls with Kroll |
| Conway, Darryl | 11/14/2008 | 106 | 1.5 | AHM Non Performing Seconds loan sale; post items to the data room |
| Conway, Darryl | 11/14/2008 | 106 | 1.0 | AHM Non Performing Seconds loan sale; contact potential parties |
| Nelligan, John | 11/14/2008 | 106 | 1.0 | Review of October financial results |
| Young, Richard | 11/16/2008 | 104 | 3.0 | Finalize updated M2 bid analysis and presentation |
| Nelligan, John | 11/17/2008 | 106 | 1.0 | Call with counsel |
| Nelligan, John | 11/17/2008 | 106 | 1.0 | Conference call with buyer to discuss status |
| Conway, Darryl | 11/17/2008 | 106 | 1.0 | AHM Non Performing Seconds loan sale; grant access to the data room |
| Conway, Darryl | 11/17/2008 | 106 | 1.0 | AHM Non Performing Seconds loan sale; send out NDAs |
| Conway, Darryl | 11/17/2008 | 106 | 1.5 | AHM Non Performing Seconds loan sale; contact potential parties |
| Nelligan, John | 11/18/2008 | 106 | 1.0 | Conference call with buyer to discuss status |
| Nelligan, John | 11/18/2008 | 106 | 0.5 | Internal update call |
| Conway, Darryl | 11/18/2008 | 106 | 1.5 | AHM Non performing seconds loan sale; field DD questions |
| Nelligan, John | 11/19/2008 | 106 | 1.0 | Conference call with buyer to discuss status |
| Nelligan, John | 11/19/2008 | 106 | 0.5 | Update call with AH Bank management team |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 11/19/2008 | 104 | 1.0 | Finalize disclosure schedules |
| Conway, Darryl | 11/19/2008 | 106 | 1.5 | AHM Non performing seconds loan sale; contact potential parties |
| Conway, Darryl | 11/19/2008 | 106 | 1.0 | AHM Non performing seconds loan sale; grant access to the data room |
| Conway, Darryl | 11/19/2008 | 106 | 1.0 | AHM Non Performing seconds loan sale; aggregate master contact list and distribute to internal group |
| Nelligan, John | 11/20/2008 | 106 | 1.0 | Reviewed exclusivity agreement |
| Nelligan, John | 11/20/2008 | 106 | 1.0 | Conference call with buyer to discuss status |
| Conway, Darryl | 11/20/2008 | 106 | 1.0 | AHM Non performing seconds loan sale; send out NDAs |
| Conway, Darryl | 11/20/2008 | 106 | 1.0 | AHM Non Performing Seconds loan sale; grant access to the data room |
| Nelligan, John | 11/21/2008 | 106 | 1.0 | Conference call with buyer to discuss status |
| Conway, Darryl | 11/24/2008 | 106 | 1.5 | AHM Non Performing Seconds loan sale; post items to the data room |
| Conway, Darryl | 11/24/2008 | 106 | 1.0 | AHM Non performing seconds loan sale; contact potential parties |
| Conway, Darryl | 11/24/2008 | 106 | 1.5 | AHM Non Performing Seconds loan sale; field DD questions |
| Nelligan, John | 11/24/2008 | 106 | 1.0 | Conference call with buyer to discuss status |
| Conway, Darryl | 11/25/2008 | 106 | 1.0 | AHM Non Performing Seconds loan sale; add parties to the data room |
| Conway, Darryl | 11/25/2008 | 106 | 1.0 | AHM Non Performing Seconds loan sale; send NDAs |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 11/25/2008 | 106 | 1.0 | Conference call with buyer to discuss status |
| Conway, Darryl | 11/25/2008 | 106 | 1.5 | AHM Non Performing seconds loan sale; contact potential parties |
| Young, Richard | 11/26/2008 | 104 | 1.5 | Sent NDA's to potential bidders; call with UCC advisors |
| Nelligan, John | 11/26/2008 | 106 | 1.0 | Conference call with Kroll, Hahn and Hessen, BDO - group update |
| Nelligan, John | 11/26/2008 | 106 | 1.0 | Outreach to new potential buyers |
| Nelligan, John | 11/26/2008 | 106 | 1.0 | Conference call with Kroll and Yound Conaway to discuss status of transaction |
| Nelligan, John | 11/27/2008 | 106 | 3.5 | Outreach to new potential buyers |
| Nelligan, John | 11/28/2008 | 106 | 1.5 | Correspondence to potential buyers |
| Nelligan, John | 11/28/2008 | 106 | 2.5 | Various conference calls with potential buyers |
| Nelligan, John | 11/28/2008 | 106 | 0.5 | Update call with Kroll |
| Nelligan, John | 11/28/2008 | 106 | 0.5 | Update call with Management |

**Total Hours:** 104.0