## Exhibit B
## Milestone Advisors LLC
### Detail Expenses by Professional
### November 1, 2008 - November 30, 2008

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Postage / Express | Fedex | 10/31/2008 | $ 18.53 | Varde Partners |
| Postage / Express | Fedex | 10/31/2008 | 26.87 | Richter Mangement Group |
| Postage / Express | Fedex | 10/31/2008 | 15.54 | RBS Glocal Banking and Markets |
| Postage / Express | Fedex | 10/31/2008 | 19.04 | James Cisneros |
| Postage / Express | Fedex | 11/3/2008 | 15.73 | Vantium Management LP |
| Postage / Express | Fedex | 11/3/2008 | 15.73 | Credit Suisse |
| Postage / Express | Fedex | 11/6/2008 | 15.73 | AHM - Melville |
| Teleconference | Premiere Telconfernce | 11/6/2008 | 23.51 | |
| Postage / Express | Fedex | 11/12/2008 | 24.24 | Christpher Mullins |
| Postage / Express | Fedex | 11/13/2008 | 13.45 | The Lykon Group |
| Postage / Express | Fedex | 11/17/2008 | 13.36 | Young Conaway |
| Postage / Express | Fedex | 11/19/2008 | 15.73 | The Cadle Company |
| Postage / Express | Fedex | 11/20/2008 | 34.07 | Drean Bulan Investments |
| Postage / Express | Fedex | 11/21/2008 | 17.78 | Nautilus Capital |
| Postage / Express | Fedex | 11/21/2008 | 21.28 | WMD Capital Markets LLC |
| Meals | | 11/21/2008 | 18.00 | Conway |
| Postage / Express | Fedex | 11/24/2008 | 15.73 | Matt Horn |
| Teleconference | Premiere Telconfernce | 11/26/2008 | 15.33 | |
| Postage / Express | Fedex | 11/29/2008 | 21.28 | Mountain View Capital Group |
| | | | $ 360.93 | |