# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) |
| Corporation, et al.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) **Re: Docket #_____** |
| | ) |
| | ) |
| | ) |

**ORDER AUTHORIZING EMPLOYMENT OF BIFFERATO GENTILOTTI LLC, AS
SPECIAL CONFLICTS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2008**

Upon review and consideration of the "Application For Order Authorizing Employment

of Bifferato Gentilotti LLC, as Delaware Special Conflicts Counsel to The Debtors *Nunc Pro*

*Tunc* to September 26, 2008" (the "Application") filed by the Official Committee of Unsecured

Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors") seeking entry of an order pursuant to sections 328 and 1103 of

title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules

of Bankruptcy Procedure authorizing and approving the employment and retention of Bifferato

Gentilotti LLC ("BG") as special conflicts counsel to the Committee; and upon consideration of

the Application and the Court being satisfied that BG represents no interest adverse to the

Committee with respect to the matters upon which it is to be engaged, and that the employment

of BG is necessary and in the best interest of the Committee and the Debtors' general unsecured

creditors; and it appearing that due notice of the Application having been given; and that no other

or further notice need be given; and sufficient cause appearing therefor; it is hereby

---

[1]    The Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

ORDERED that, in accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee is hereby authorized to employ and retain BG as Delaware special conflicts counsel upon the terms and conditions set forth in the Application and the Retainer Agreement, effective as of September 26, 2008.

Dated:  Wilmington, Delaware

_____

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE