IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
```
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
            Debtors.                                            :
```
------------------------------------------------------------------------ x
```
                                                                     Ref. No. 6634

### CERTIFICATE OF NO OBJECTION TO APPLICATION
### RE: DOCKET NO. 6634

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Fourteenth Monthly Application of Quinn

Emanuel Urquhart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts

Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and

Reimbursement of Expenses Incurred for the Interim Period September 1, 2008 through

September 30, 2008 (the "Application"). The Court's docket which was last updated December

23, 2008, reflects that no objections to the Application have been filed. Objections to the

Application were to be filed and served no later than December 16, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($31,345.20) of requested fees ($39,181.50) and 100% of requested expenses ($407.00) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      December 23, 2008

              YOUNG CONAWAY STARGATT & TAYLOR, LLP

              /s/ Patrick A. Jackson
              James L. Patton, Jr. (No. 2202)
              Joel A. Waite (No. 2925)
              Pauline K. Morgan (No. 3650)
              Sean M. Beach (No. 4070)
              Kenneth Enos (No. 4544)
              Patrick A. Jackson (No. 4976)
              The Brandywine Building
              1000 West Street, 17th Floor
              Wilmington, Delaware 19801
              Telephone: (302) 571-6600
              Facsimile: (302) 571-1253

              Counsel for Debtors and
              Debtors in Possession

