UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | (Jointly Administered) |
| HOLDINGS, INC., et al ) | |
| ) | |
| Debtors ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned withdraws his appearance and request for service on behalf of Sandra Kraege Higby in the above-captioned case.

Respectfully submitted,

SANDRA KRAEGE HIGBY

By her Attorney,

/s/ Richard A. Sheils, Jr.
Richard A. Sheils, Jr. (BBO # 457290)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
Tel: (508) 926-3432
Fax: (508) 929-3047
rsheils@bowditch.com

DATED:  December 24, 2008

{Client Files\ban\306637\0001\PLD\01205784.DOC;1}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | | (Jointly Administered) |
| HOLDINGS, INC., et al ) | | |
| ) | | |
| Debtors ) | | |
| ) | | |

CERTIFICATE OF SERVICE

    I, Richard A. Sheils, Jr., hereby certify that, on this the 24th day of December, 2008, I caused true and accurate copies of Notice of Withdrawal of Appearance and Request for Service of Papers to be delivered to the persons registered with CM/ECF electronic notification.


    /s/ Richard A. Sheils, Jr.
    Richard A. Sheils, Jr.