IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
THE PALMER HOUSE HILTON PURSUANT TO
FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enter an appearance for The Palmer House Hilton ("Palmer"), and request that Palmer be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

Kurt F. Gwynne, Esquire
Kathleen A. Murphy, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
kmurphy@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure

statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Palmer's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Palmer is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 24, 2008  
Wilmington, Delaware

By: /s/ Kurt F. Gwynne  
Kurt F. Gwynne (No. 3951)  
Kathleen A. Murphy (No. 5215)  
REED SMITH LLP  
1201 Market Street, Suite 1500  
Wilmington, DE  19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com  
         kmurphy@reedsmith.com

Counsel to The Palmer House Hilton