IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on this 24th day of December 2008, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE PALMER HOUSE HILTON PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)** to be served upon the addressees on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

US_ACTIVE-100956362.1

## SERVICE LIST

**VIA HAND DELIVERY**
Donald J. Bowman, Jr., Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Brandywine Building
Wilmington, DE 19801
(Counsel to the Debtor)

**VIA HAND DELIVERY**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
(United States Trustee)

**VIA FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
(Debtor)

**VIA HAND DELIVERY**
Bonnie Glantz, Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)

US_ACTIVE-100956362.1