## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service of Discovery Material were served this 30th day of December, 2008, upon the following parties as indicated:

**BY HAND DELIVERY**
Brett D. Fallon, Esq.
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19899-2306

**BY FIRST CLASS MAIL**
Andrew J. Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO 80202

Patrick A. Jackson (No. 4976)