IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  : Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        : Jointly Administered
                                Debtors.                                :
----------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## RESCHEDULING OF CERTAIN OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the revised omnibus hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware     YOUNG CONAWAY STARGATT & TAYLOR, LLP
       December 30, 2008

                                /s/ Sean T. Beach
                                James L. Patton, Jr. (No. 2202)
                                Robert S. Brady (No. 2847)
                                Joel A. Waite (No. 2925)
                                Pauline K. Morgan (No. 3650)
                                Sean M. Beach (No. 4070)
                                Matthew B. Lunn (No. 4119)
                                Kara Hammond Coyle (No. 4410)
                                Kenneth J. Enos (No. 4544)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and
                                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
                              Debtors.                                 :
---------------------------------------------------------------------- x

## ORDER RESCHEDULING CERTAIN OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

February 17, 2009 at 10:30 a.m. replaces from February 20, 2009 at 10:00 a.m.

March 13, 2009 at 11:30 a.m. replaces March 18, 2008 at 10:00 a.m.

Dated: December ____, 2008
       Wilmington, Delaware

                                    _____
                                    CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

DB02:6987501.3                                                                              066585.1001