```
                  UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF DELAWARE


IN RE:                            . Case No. 07-11047 (CSS)
                                  .
 AMERICAN HOME MORTGAGE           .
   HOLDINGS, INC.,                .
                                  .
                      Debtor.     . 824 Market Street
                                  . Wilmington, DE  19801
                                  .
                                  . December 22, 2008
. . . . . . . . . . . . . . . . . . 11:03 a.m.

                   TRANSCRIPT OF OMNIBUS HEARING
              BEFORE HONORABLE CHRISTOPHER S. SONTCHI
                UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:             Young, Conaway, Stargatt & Taylor
                             By: NATHAN GROW, ESQ.
                                 ERIN EDWARDS, ESQ.
                             1000 Brandywine Building
                             17th Floor
                             Wilmington, DE 19801

For Creditors Committee:     Blank Rome
                             By: MICHAEL DEBAECKE, ESQ.
                             1201 Market Street
                             Suite 800
                             Wilmington, DE 19801



Audio Operator:              Jennifer Pasierb




 Proceedings recorded by electronic sound recording, transcript
                produced by transcription service.
_____

                   J&J COURT TRANSCRIBERS, INC.
                       268 Evergreen Avenue
                    Hamilton, New Jersey 08619
                    E-Mail:  jjcourt@optonline.net

              (609) 586-2311   Fax No.  (609) 587-3599
```

1      MR. GROW:  ... 1 through 24 have been adjourned.
2  Items Number 25 through 27, the orders I see Your Honor you
3  have already entered them under our certificate of no
4  objection.  Thank you, Your Honor.  That leaves us with just
5  Items Number 28 and 29 on the agenda which are the 24th and the
6  25th omnibus claim objections.
7      THE COURT:  Go ahead.
8      MR. GROW:  Your Honor, these are going to be quick
9  and easy.
10     THE COURT:  I just was going to say I have reviewed
11 -- we have reviewed them.  I have no questions.  So unless
12 there are changes, you can run me through those and then we can
13 dispose of the motions.
14     MR. GROW:  Fantastic, there are some small changes.
15 I can hand up some revised orders.
16     THE COURT:  Very good.  So unfortunately you will not
17 have an opportunity to warm up before you have to go back
18 outside.
19     MR. GROW:  May I approach?
20     THE COURT:  Yes, you may.  Thank you.
21     MR. GROW:  Okay, Your Honor, I just want to address
22 the changes made in response to some responses that we've
23 received.  For the 24th omnibus objection, we withdrew the
24 objection with respect to Richard Barrett Snyder in light of
25 his response.  Two other claimants filed responses.

1    One is Margaret Gibson.  The debtors objected to her
2 claim on the basis of wrong debtor.  She didn't assert a debtor
3 in the proof of claim that she filed.  Her response simply says
4 no objection.  Thank you for reassigning the claim.  The other
5 response we received was from Anthony Wilson.  The objection to
6 him was also wrong debtor.  I've reached out to him and he's in
7 agreement with the relief requested.
8    Moving on to the 25th omnibus objection, we've
9 adjusted the form of order to withdraw the objection to the
10 claim of Helen Cannito, claim number 767 in light of her
11 response.  And we've also asked that the Court adjourn the
12 objection with respect to the claim of Riverside County
13 Treasurer Tax Collector at their request.
14    The one last response that we received was from Donna
15 Weilburg and the reason for objection of her claim was that she
16 had asserted a claim for $864 unsecured, $864 priority, a total
17 of $864 so it was just an issue of totaling.  So on this basis,
18 her response shows that she just has a claim for $864.
19    THE COURT:  Okay.
20    MR. GROW:  Okay, so that's all we have.  We just ask
21 that the Court enter the order to sustain the objections and
22 then unless Your Honor has any other questions, we had one
23 other item that we wanted to bring before the Court today.
24    THE COURT:  I have no questions.  I'll sign the
25 orders as presented as modified without --

1        MR. GROW:  Okay, thank you, Your Honor and I'd like
2   to cede the podium to my colleague Erin Edwards.
3        THE COURT:  Okay, thank you.
4        MS. EDWARDS:  Good morning, Your Honor.
5        THE COURT:  Good morning.
6        MS. EDWARDS:  For the record, Erin Edwards from
7   Young, Conaway, Stargatt and Taylor on behalf of the debtors.
8   Your Honor, earlier this month you, the Court, entered an order
9   approving a stipulation among JP Morgan, the debtors and the
10  committee regarding JP Morgan's motion for relief from stay to
11  foreclose on certain mortgage loans.  As part of that
12  stipulation it recognized that there be a mediation with
13  respect to certain items that have been carved out of the
14  resolution.  Specifically this had to do with certain loans
15  that had been foreclosed or that were in default and then there
16  are now real estate owned properties which are in dispute.
17       In connection with this, the committee and the
18  debtors have entered into a stipulation for joint prosecution
19  of claims and defensive claims by and against JP Morgan Chase
20  Bank.  Your Honor, prior to entering into this stipulation we
21  circulated it to JP Morgan and they provided us comments which
22  we incorporated.  And so now the committee and the debtors are
23  just seeking the Court's approval of this stipulation for their
24  joint prosecution.
25       THE COURT:  I'll sign it.  Thank you.  Give me just a

1  second.  I want to look up something here.
2            MS. EDWARDS:  Sure.
3            THE COURT:  Does anyone know the number of the local
4  rule that sets the limit on claim objections that can be filed
5  in any one case and how many a month?
6            MR. DEBAECKE:  3007 maybe.
7            THE COURT:  Well that's what I'm trying to --
8            MR. DEBAECKE:  That form maybe.
9            THE COURT:  Yes, it's long.  That's why I'm --
10           MR. DEBAECKE:  Oh, you are looking for the exact
11 subparagraph?
12           THE COURT:  Yes, I'm struggling with it.
13           MR. GROW:  It looks like 3007-1(f)(2).
14           THE COURT:  Oh, there it is.  Right.  I'm going to
15 suggest, Mr. Grow, that you file a motion in this case that
16 would apply to all claim objections that would raise that
17 limit.  I think you can double the limit for right now, 300 per
18 motion.
19           MR. GROW:  Oh, Your Honor, the -- for the limit of
20 how many per objection we've already filed that motion and I
21 think the limit was raised to 500.
22           THE COURT:  Oh, it was.  All right.  About how many
23 per month?
24           MR. GROW:  We haven't addressed that.
25           THE COURT:  I think you can double that to four a

1  month.  Otherwise, you and I are going to grow old together
2  doing this.
3              MR. GROW:  Okay.
4              THE COURT:  Now, have I just put you in a bad spot?
5  Have I just tripled your billables?
6              MR. GROW:  No, no, Your Honor.
7              THE COURT:  Okay.  It would make Mr. Brady happy, but
8  maybe not you.  All right.  I'd sign that.
9              MR. GROW:  Okay.
10             THE COURT:  Basically doubling it to four a month.
11             MR. GROW:  Okay.
12             THE COURT:  And you don't have to do that but if you
13 wish, you can do that.
14             MR. GROW:  Okay, thank you, Your Honor.
15             THE COURT:  All right.  You're welcome.  I've signed
16 the stipulation and have signed the orders.  Anything else for
17 today?
18             MR. GROW:  We have nothing.
19             THE COURT:  All right.  Merry Christmas, Happy New
20 Year, Happy Hanukkah.  Hearing is adjourned.
21                            * * * * *
22
23
24
25

**C E R T I F I C A T I O N**

I, LYNN SCHMITZ, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

/s/ Lynn Schmitz                    December 30, 2008

LYNN SCHMITZ

J&J COURT TRANSCRIBERS, INC.