# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 1/5/2009 |
| Case: 07−11047−CSS | Form ID: ntc | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Quantum

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          American Home Mortgage Holdings, Inc.         538 Broadhollow Road          Melville, NY 11747
aty         Donald J. Bowman, Jr.         Young, Conaway, Stargatt &Taylor         1000 West Street         17th Floor         Wilmington, DE 19801
aty         Edward J. Kosmowski         Young, Conaway, Stargatt &Taylor         1000 West Street, 17th Floor         PO Box 391         Wilmington, DE 19899
aty         Edwin J. Harron         Young, Conaway, Stargatt &Taylor         The Brandywine Building         1000 West Street, 17th Floor         PO Box 391         Wilmington, DE 19899−0391
aty         Erin Edwards         Young, Conaway, Stargatt &Taylor         The Brandywine Building         17th Floor         1000 West Street         Wilmington, DE 19801
aty         Joel A. Waite         Young, Conaway, Stargatt &Taylor         The Brandywine Bldg.         1000 West Street, 17th Floor         PO Box 391         Wilmington, DE 19899−0391
aty         Kara Hammond Coyle         Young Conaway Stargatt &Taylor LLP         1000 West St., 17th Floor         Brandywine Building         Wilmington, DE 19801
aty         Kenneth J. Enos         Young, Conaway, Stargatt &Taylor         1000 West Street         17th Floor         Wilmington, DE 19801
aty         Margaret B. Whiteman         Young, Conaway, Stargatt &Taylor         1000 West Street         17th Floor         Wilmington, DE 19801
aty         Matthew Barry Lunn         Young, Conaway, Stargatt &Taylor         The Brandywine Building, 17th Floor         1000 West Street         PO Box 391         Wilmington, DE 19899
aty         Nathan D. Grow         Young Conaway Stargatt &Taylor, LLP         The Brandywine Bldg.         17th Floor         Wilmington, DE 19801−0391
aty         Patrick A. Jackson         Young Conaway Stargatt &Taylor, LLP         The Brandywine Bldg 17th Fl,1000 West St         Wilmington, DE 19801
aty         Pauline K. Morgan         Young, Conaway, Stargatt &Taylor         1000 West Street, 17th Floor         PO Box 391         Wilmington, DE 19899−0391
aty         Quinn Emanuel         Quinn Emanuel Urquhart Oliver &Hedges
aty         Robert S. Brady         Young, Conaway, Stargatt &Taylor         The Brandywine Bldg.         1000 West Street, 17th Floor         PO Box 391         Wilmington, DE 19899−0391
aty         Sean Matthew Beach         Young, Conaway, Stargatt &Taylor         The Brandywine Building, 17th Floor         1000 West Street         PO Box 391         Wilmington, DE 19899
aty         Sharon M Zieg         Young, Conaway, Stargatt &Taylor         The Brandywine Bldg., 17th Floor         1000 West Street         PO Box 391         Wilmington, DE 19899
aty         Travis N. Turner         Young Conaway Stargatt &Taylor, LLP         The Brandywine Bldg., 17th Fl.         1000 West Street         Wilmington, DE 19801

TOTAL: 18