12.23.08             Case No. 07-11047 (CSS)                          **FILED**
**Response to Objection**                                      Claim Number 10418

                                                                                 2008 DEC 29  AM 11: 17

Bar Date: January 11, 2008
Date of Filing: June 13, 2008                                             CLERK
                                                                           U.S. BANKRUPTCY COURT
Re: Creditor -    Kristin Wolf                        Debtor - American Home Mortgage DISTRICT OF DELAWARE
                      622 South 8th
                      Petersburg, IL 62675

       American Home Mortgage failed to list me as a creditor when they filed bankruptcy. I had no way of knowing that they went bankrupt. I had no way of knowing that I had a deadline Bar Date to meet. I didn't even know that I had to file a claim.

       I, Kristin Wolf, was not made aware that American Home Mortgage owed me money until May of 2008 after I reviewed my 2007-2008 escrow analysis (including months April 2006 through April 2007). My new loan company (Chase) informed me that my monthly loan payment was going to go up $200 a month to make up for the negative balance in my escrow account. They didn't know why. They had no answers for me. At that time I was informed that my account was over $1,000 negative. Even then, it took me a month of investigating and pulling teeth to try and get the information I needed to prove that American Home Mortgage did, in fact, fail to transfer $1,176.87 to Chase when they sold the account.

       When on the phone with a representative from American Home Mortgage, it was confirmed that American Home Mortgage did owe me the above stated amount. The woman then instructed me to file a claim because the company went bankrupt. I did not waste any time. I immediately gathered up everything I thought was pertinent for the claim and sent it in.

       Had American Home Mortgage listed me as a creditor and contacted me when they filed bankruptcy, I would have known that I was owed money, and I would have filed the claim before the bar date. Unfortunately, they failed to do so.

Sincerely,
    Kristin Wolf

*Kristin Wolf*    12.23.08