18 December, 2008

To: The United States Bankruptcy Court for the District Of Delaware
824 Market Street 3rd Floor Wilmington Delaware 19801

**In re: American Home Mortgage Holdings Inc. Case Number 07-11047 (CCS)**

Subject: Objection response to AHM Expunging of Claims

Attached is my response to the letter of December12, 2008 from Young Conaway, Stargatt & Taylor, LLP providing notice of the hearing to consider expunging my claims. I hereby provide notice of my objection based on:
The Equity Interest Claim has prima facie validity due to the nature of the investment instrument including the following assertions:

- The ability on the part of Debtors to redeem the investment instruments at a promised, predetermined value as stated in their prospectus.

    "We may not redeem the Series A Preferred Stock before July 7, 2009, except in limited circumstances to preserve our status as a **real estate investment trust**. On or after July 7, 2009, we may, at our option, redeem the Series A Preferred Stock, in whole or in part, at any time and from time to time, for cash at a price of $25.00 per share, plus accumulated and unpaid dividends, if any, to the date of redemption. Any partial redemption will be on a pro rata basis, by lot or by any other equitable manner that we determine."

- Whereas the proclaimed terms and conditions constitute a relationship between Debtor and Claimant substantially different than a common stock transaction and was **relied** upon by the Claimant by virtue of:

    1) The Debtors promise to pay a predetermine fixed dividend [9.25%].
    2) The Debtors action to specify the amount due at redemption [=$25.00 per share] including unpaid dividends.
    3) The Debtors declaration expressed in the security description that the instrument was a Preferred REIT [not a common stock].
    4) The Debtors inclusion of a specific date of redemption in the prospectus [July 7, 2008].

- Whereas the Debtor has established a **contractual obligation** by the stated terms and conditions and the nature of promise, specification, declaration, and inclusion described in 1), 2), 3) and 4). And the reliance provided the Claimant.

- The Claimant's action to include proof of purchase of the subject financial instrument [re: Trade Confirmations issued by Stifel Nicolaus].

- The Claimant's action to include an amounts certain [$6,146.29, 18,617.15 and 10,947.67].

Sincerely,


Gary L. Grundy & Karen R. Grundy
9552 Norway Hills Trail
Lakeville MN 55044

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | |
|---|---|
| American Home Mortgage Holdings, Inc., et al., Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Gary Grundy and Karen R Grundy JTWROS
9552 Norway Hills Trail
Lakeville, MN 55044

Telephone number: 952.461.4311
Email Address: g.grundy@integra.net

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:**

Check here if this claim: ☐ replaces   ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Purchase of Series B Cumulative PFD 9.25 REIT

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: 0 0 3 1
Unpaid compensation for services performed
from _____ to _____
       (date)       (date)

**2. Date debt was incurred:**
12.08.05 (this claim is 230 Shrs of 330 shrs)

**3. If court judgment, date obtained:**
N/A

**4. Total Amount of Claim at Time Case Filed:** $ _____ + _____ + $6146.29 = $6146.29
(unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle
☐ Other   Series B Cumulative PFD 9.25 REIT
Value of Collateral: $ 6146.29
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| ~~10.26.07~~<br>12/18/08 | |

THIS SPACE IS FOR COURT USE ONLY

*Introduced by:*
**Century Securities Associates, Inc.**

Account Number: ZXGC-37635720
Investment Executive: JOHN HAERTEL
1-866-698-3700
Phone: 952-697-3704
Office: CENTURY SECURITIES ASSOCL
1660 SOUTH HIGHWAY 100
SUITE 500
MINNEAPOLIS, MN 55416

GARY GRUNDY
9552 NORWAY HILLS TRAIL
LAKEVILLE MN 55044-7149

If applicable, please make checks payable to Stifel Nicolaus and mail to 501 N. Broadway, St. Louis, MO 63102

| Trade Date | Security Description | Symbol | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|---|
| 12/08/2005 | AMERICAN HOME MORTGAGE INVESTMENT CORP SERIES B CUMULATIVE PFD 9.25%REIT | AHM'B | 02660R305 | 330 | $26.0500 |

| | |
|---|---|
| Principal: | $8,596.50 |
| Commission/Handling: | $222.09 |
| Net Amount: | $8,818.59 |

| Settlement Date | Account Type | Transaction Type |
|---|---|---|
| 12/13/2005 | CASH ACCOUNT | 06 (See reverse side) |

**Special Remarks for this transaction:**

ISSUE IS CALLABLE. ADDITIONAL INFORMATION AVAILABLE UPON REQUEST

Note:
This attached evidence of perfection of lien, dated 12.08.2005, is from Account Number ZXGC-37635720. ZXGC-37635720 and ZXGC-37635711 were combined, after the purchase of the subject shares, to form JTWROS Account Number ZXGC5505-9481 for Gary and Karen Grundy.

New York, NY 10150-5076

**In Re:**
American Home Mortgage Holdings, Inc., et al.,
Debtors.
Name of Debtor Against Which Claim is Held

**Chapter 11**
Case No. 07-11047 (CSS)
Jointly Administered
Case No. of Debtor

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Gary L Grundy
9552 Norway Hills Trail
Lakeville, MN 55044

Telephone number: 952.461.4311
Email Address: g.grundy@integra.net

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces  ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other **Purchase of Series B Cumulative PFD 9.25 REIT**

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: **0  0  3  1**
   Unpaid compensation for services performed
   from _____ to _____

2. **Date debt was incurred:**
   03.01.07 (165 Shrs), 03.23.06 (230), and 08.3.19.05 (300 Shrs)

3. **If court judgment, date obtained:**
   N/A

4. **Total Amount of Claim at Time Case Filed:** $_____ (unsecured nonpriority) + **$18,617.15** (secured) + _____ (unsecured priority) = **$18,617.15** (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☒ Real Estate  ☐ Motor Vehicle
   ☐ Other **Series B Cumulative PFD 9.25 REIT**

   Value of Collateral: $ **18,617.15**
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 12/18/08    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Trade Confirmation

Introduced by:

**Century Securities Associates, Inc.**

Account Number: ZXGC-37635718
Investment Executive: JOHN HAERTEL
1-866-698-3700
Phone: 952-697-3704
Office: CENTURY SECURITIES ASSOCIAT
1660 SOUTH HIGHWAY 100
SUITE 500
MINNEAPOLIS, MN 55416

STIFEL NICOLAUS CUSTODIAN FOR
GARY GRUNDY ROTH IRA
9552 NORWAY HILLS TRAIL
LAKEVILLE MN 55044-7349

If applicable, please make checks
payable to Stifel Nicolaus and mail to
501 N. Broadway, St. Louis, MO 63102

| Trade Date | Security Description | Symbol | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|---|
| 03/23/2006 | AMERICAN HOME MORTGAGE INVESTMENT CORP SERIES B CUMULATIVE PFD 9.25% REIT | AHM'B | 02660R305 | 230 | $26.69000 |

| | |
|---|---|
| Principal: | $6,138.70 |
| Commission/Handling: | $5.00 |
| Net Amount: | $6,143.70 |

| Settlement Date | Account Type | Transaction Type |
|---|---|---|
| 03/28/2006 | CASH ACCOUNT | 01 (See reverse side) |

**Special Remarks for this transaction:**

ISSUE IS CALLABLE. ADDITIONAL INFORMATION
AVAILABLE UPON REQUEST
REPORTED TRADE PRICE 26.0400 MARKUP/DOWN 0.0500

**Stifel, Nicolaus & Company, Incorporated**

...es Associates, Inc.

Account Number: ZXGC-37635718
Investment Executive: JOHN HAERTEL
1-866-698-3700
Phone: 952-697-3704
Office: CENTURY SECURITIES ASSOCIAT
1660 SOUTH HIGHWAY 100
SUITE 500
MINNEAPOLIS, MN 55416

STIFEL NICOLAUS CUSTODIAN FOR
GARY GRUNDY ROTH IRA
9552 NORWAY HILLS TRAIL
LAKEVILLE MN  55044-7149

If applicable, please make checks payable to Stifel Nicolaus and mail to 501 N. Broadway, St. Louis, MO 63102

| Trade Date | Security Description | Symbol | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|---|
| 08/19/2005 | AMERICAN HOME MORTGAGE INVESTMENT CORP SERIES B CUMULATIVE PFD 9.25%REIT | AHM'B | 02660R305 | 300 | $26.50000 |

| | |
|---|---|
| Principal: | $7,950.00 |
| Commission/Handling: | $207.79 |
| Net Amount: | $8,157.79 |

**Settlement Date**  
08/24/2005

**Account Type**  
CASH ACCOUNT

**Transaction Type**  
06 (See reverse side)

**Special Remarks for this transaction:**

ISSUE IS CALLABLE. ADDITIONAL INFORMATION AVAILABLE UPON REQUEST

528474



**Introduced by:**

**Century Securities Associates, Inc.**

Account Number: ZXGC-37635718
Investment Executive: JOHN HAERTEL
1-866-698-3700
Phone: 952-697-3704
Office: CENTURY SECURITIES ASSOCIA'
1660 SOUTH HIGHWAY 100
SUITE 500
MINNEAPOLIS, MN 55416

STIFEL NICOLAUS CUSTODIAN FOR
GARY GRUNDY ROTH IRA
9552 NORWAY HILLS TRAIL
LAKEVILLE MN 55044-7149

If applicable, please make checks payable to Stifel Nicolaus and mail to 501 N. Broadway, St. Louis, MO 63102



| Trade Date | Security Description | Symbol | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|---|
| 03/01/2007 | AMERICAN HOME MORTGAGE INVESTMENT CORP SERIES B CUMULATIVE PFD 9.25%REIT | AHM'B | 02660R305 | 165 | $25.01990 |

| | |
|---|---|
| Principal: | $4,128.28 |
| Commission/Handling: | $104.00 |
| Net Amount: | $4,232.28 |

Settlement Date: 03/06/2007
Account Type: CASH ACCOUNT
Transaction Type: 06 (See reverse side)

Special Remarks for this transaction:

PREFERRED RATE APPLIED
UNSOLICITED
ISSUE IS CALLABLE. ADDITIONAL INFORMATION
AVAILABLE UPON REQUEST

| Trade Date | Security Description | Symbol | Cusip/Sec. No. | Qty Sold | Price |
|---|---|---|---|---|---|
| 03/01/2007 | NEW CENTURY FINANCIAL CORPORATION MD SERIES B CUML REDEEMABLE PFD 9.75 | NEW'B | 6435EV207 | 220 | $20.04000 |

| | |
|---|---|
| Principal: | $4,408.80 |
| Commission/Handling: | $93.00 |
| Transaction Fee: | $.14 |
| Net Amount: | $4,315.66 |

Settlement Date: 03/06/2007
Account Type: CASH ACCOUNT
Transaction Type: 06 (See reverse side)

Special Remarks for this transaction:

PREFERRED RATE APPLIED
UNSOLICITED
ISSUE IS CALLABLE. ADDITIONAL INFORMATION
AVAILABLE UPON REQUEST

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | PROOF OF CLAIM |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.,<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered<br>Case No. of Debtor | |

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

Karen R Grundy
9552 Norway Hills Trail
Lakeville, MN 55044

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 952.461.4311
Email Address: g.grundy@integra.net

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  Purchase of Series B Cumulative PFD 9.25 REIT

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: _0_ _0_ _3_ _1_
   Unpaid compensation for services performed
   from _____ to _____

2. **Date debt was incurred:**
   03.23.06 (430 Shrs), Claim is for 410 Shrs

3. **If court judgment, date obtained:**
   N/A

4. **Total Amount of Claim at Time Case Filed:** $_____ + _____ + $10,947.67 = $10,947.67
   (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☒ Real Estate    ☐ Motor Vehicle
   ☐ Other  Series B Cumulative PFD 9.25 REIT
   Value of Collateral: $ 10,947.67
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date
12/18/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Introduced by:
## Century Securities Associates, Inc.

**Account Number:** ZXGC-37635713
**Investment Executive:** JOHN HAERTEL
1-866-698-3700
**Phone:** 952-697-3704
**Office:** CENTURY SECURITIES ASSOCIAT
1660 SOUTH HIGHWAY 100
SUITE 500
MINNEAPOLIS, MN 55416

STIFEL NICOLAUS CUSTODIAN FOR
KAREN R GRUNDY ROTH IRA
9552 NORWAY HILLS TR
LAKEVILLE MN 55044-7149

| Trade Date | Security Description | Symbol | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|---|
| 03/23/2006 | AMERICAN HOME MORTGAGE INVESTMENT CORP SERIES B CUMULATIVE PFD 9.25%REIT | AHM'B | 02660R305 | 220 | $26.69000 |

| | |
|---|---|
| **Principal:** | $5,871.80 |
| **Commission/Handling:** | $5.00 |
| **Net Amount:** | $5,876.80 |

**Settlement Date**       **Account Type**          **Transaction Type**
03/28/2006                CASH ACCOUNT              01 (See reverse side)

**Special Remarks for this transaction:** *Rebill of previous purchase transaction*
TO CORRECT QUANTITY
ISSUE IS CALLABLE. ADDITIONAL INFORMATION
AVAILABLE UPON REQUEST
BILLED ON 03/27/2006 AS OF 03/23/2006
REPORTED TRADE PRICE 26.0400 MARKUP/DOWN 0.6500

*Trade Confirmation*

**Introduced by:**
**Century Securities Associates, Inc.**

**Account Number:** ZXGC-37635630
**Investment Executive:** JOHN HAERTEL
1-866-698-3700
**Phone:** 952-697-3704
**Office:** CENTURY SECURITIES ASSOCIAT
1660 SOUTH HIGHWAY 100
SUITE 500
MINNEAPOLIS, MN 55416

STIFEL NICOLAUS CUSTODIAN FOR
KAREN GRUNDY IRA
9552 NORWAY HILLS TRAIL
LAKEVILLE MN 55044-7149

If applicable, please make checks payable to Stifel Nicolaus and mail to 501 N. Broadway, St. Louis, MO 63102

| Trade Date | Security Description | Symbol | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|---|
| 03/23/2006 | AMERICAN HOME MORTGAGE INVESTMENT CORP SERIES B CUMULATIVE PFD 9.25%REIT | AHM'B | 02660R305 | 210 | $26.69000 |

| | |
|---|---|
| **Principal:** | $5,604.90 |
| **Commission/Handling:** | $5.00 |
| **Net Amount:** | $5,609.90 |

**Settlement Date**
03/28/2006

**Account Type**
CASH ACCOUNT

**Transaction Type**
01 (See reverse side)

**Special Remarks for this transaction:**

ISSUE IS CALLABLE. ADDITIONAL INFORMATION
AVAILABLE UPON REQUEST
BILLED ON 03/27/2006 AS OF 03/23/2006
REPORTED TRADE PRICE 26.0400 MARKUP/DOWN 0.6500