## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on January 5, 2009 I caused a true and correct copy of the *Limited Objection to Debtors' Motion for Entry of an Order Approving the Second Stipulation by and among the Debtors, Certain Current and Former Directors and Officers of the Debtors, and the Official Committee of Unsecured Creditors for an Order Granting Relief from the Automatic Stay, to Enforce Insurance Policy in Favor of Insured Persons* upon the parties listed below by facsimile.

Kenneth J. Enos, Esquire
Matthew Barry Lunn, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Facsimile: 302.571.1253

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: 302.425.6464

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Facsimile: 302.573.6497

Christopher P. Simon (No. 3697)