IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                         : Ref. No. 6622
------------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 6622**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to First Monthly Application of Traxi, LLC as Special Regulatory Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period October 1, 2008 through October 31, 2008 (the "Application"). The Court's docket which was last updated January 5, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than December 15, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($76,520.00) of requested fees ($95,650.00) and 100% of requested expenses ($9,982.00) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       January 5, 2009

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              */s/ Ryan M. Bartley*
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Kenneth Enos (No. 4544)
                              Ryan M. Bartley (No. 4985)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession