UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |

## NOTICE OF DEPOSITION

To: Counsel for the Debtors

PLEASE TAKE NOTICE that on January 12, 2009, at 9:30 am, the Official Committee of Borrowers, by its attorneys, will take the deposition of American Home Mortgage Holdings, Inc. and the Related Debtors (as defined below), pursuant to Federal Rule of Civil Procedure 30(b)(6) and Federal Rule of Bankruptcy Procedure 7030(b)(6), before a notary public or other person duly authorized by law to administer oaths and take testimony. The deposition will take place at the law offices of Zuckerman Spaeder LLP, 919 Market Street, Suite 990, Wilmington, DE 19801, or at another mutually agreeable location. The deposition will continue until completed or until limited or extended by court order or stipulation of the parties. The deposition may be recorded by stenographic, sound, and visual means.

PLEASE TAKE FURTHER NOTICE that the matters on which examination is requested are described in the attached Exhibit A. The Debtors are directed to designate one or more persons knowledgeable about each matter, and such person(s) should be prepared to testify about the listed matters.

## I. DEFINITIONS

When construing this Notice, the use of the singular form of any word shall include the plural (and vice versa), the use of the masculine form of any word shall include the feminine (and vice versa), and all terms and words listed as defined terms shall be defined terms in either capitalized or non-capitalized form. In addition, the following terms shall have the following meanings:

1. "All" means all and each.

2. "And" means and/or, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of each Request all subjects that otherwise might be construed to be outside of its scope.

3. "Any" means all and each.

4. "Bankruptcy Case" means In re American Home Mortgage Holdings, Inc., et al., Case No. 07-11047 (CSS) (Jointly Administered).

5. "Bankruptcy Documents" means the Plan filed by the Debtors in the Bankruptcy Case, and all of the exhibits and schedules attached thereto, and any other document necessary to implement the Plan.

6. "Borrower" means a Person who is or was a mortgagor under a mortgage loan originated or serviced by one or more of the Debtors.

7. "Borrower Claim" means a claim by a Borrower against one or more Debtors, or a claim against a non-debtor that arises out of conduct or alleged conduct of one or more Debtors.

7. "Breach of Warranty Claim" has the meaning set forth in the Plan.

8. "EPD/Breach Claims Protocol" has the meaning set forth in the Plan.

2090251.3

9. "Communication" means any oral or written utterance, notation or statement of any nature whatsoever, by and to whomever made, including, but not limited to correspondence, conversations, dialogues, discussions, interviews, consultations, agreements and other understandings between or among two or more Persons.

10. "Concern" means describe, mention, evidence, constitute, comprise, embody, reflect, describe, record, support, oppose, be against, contradict, refer to, or relate to; "concerning" means describing, mentioning, evidencing, constituting, comprising, embodying, reflecting, describing, recording, supporting, opposing, being against, contradicting, referring to, or relating to.

11. "Debtors" means American Home Mortgage Holdings, Inc. and the Related Debtors, as well as their predecessors, successors, parent companies, affiliates, subsidiaries, directors, officers, principals, administrators, board members, employees, agents, representatives, assigns, attorneys, experts, or any other Person acting or purporting to act on their behalf.

12. "Document" means any medium upon which intelligence or information can be recorded or retrieved, and any writing or other tangible thing from which data or information can be obtained or translated, whether printed, recorded, reproduced by any process, or written or produced by hand, whether or not claimed to be privileged or exempt from production for any reason. If an original and copies of a Document are filed or kept separately, or they differ because of notations, markings, erasures, or for any other reason, they are separate Documents. Set forth below is a list of examples of writings and tangible things that are included in this definition. This list is not an exclusive listing of the writings and tangible things included within this definition, but is intended to aid You in applying this Definition: letters, newspaper clippings, tape recordings, reports, agreements, communications (including intra-company

communications), correspondence, telegrams, memoranda, summaries, forecasts, photographs, models, statistical statements, graphs, laboratory and engineering reports and notebooks, charts, plans, drawings, minutes or records of meetings including meetings of officers, directors, shareholders and committees, minutes or records of conferences, expressions or statements of policy, lists of Persons attending meetings or conferences, customer lists, reports or summaries or interviews, reports or summaries of investigations, opinions or reports of consultants, applications, appraisals, records, or summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade papers, periodicals, order forms, diaries, calendars, telexes, cables, contracts, handwritten notes, drafts of any Documents, working papers, sketches, indexes, lists, tapes, microfilms, data sheets or data processing cards, revisions of drafts of any Documents, invoices, promissory notes, surveys, computer printouts, computer storage, or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced.

13. "Each" means all and each.

14. "EPD Claim" has the meaning set forth in the Plan.

15. "Including" means including but not limited to.

16. "Liquidation Analysis" means the liquidation analysis annexed as an exhibit to the Debtors' disclosure statement accompanying the Plan.

17. "Or" means and/or, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of each Topic all subjects that otherwise might be construed to be outside of its scope.

18. "Payment Option ARM Mortgage" means a mortgage loan for which the interest rate on the note is periodically adjusted based on a variety of indices and that initially offers the

borrower monthly payment options, including: (a) a specified minimum payment, (b) an interest-only payment, (c) a 15-year fully amortizing payment, or (d) a 30-year fully amortizing payment.[1].

19. "Person" means an individual, a firm, corporation, or other entity, as the context requires.

20. "Plan" means the plan of reorganization filed by the Debtors in the Bankruptcy Case, as such plan and exhibits may be amended from time to time.

21. "Plan Trust" has the meaning set forth in the Plan.

22. "Relate to" means concern, reflect, refer to, arise from, or be logically or factually connected to; "Relating to" means concerning, reflecting, referring to, arising from, or being logically or factually connected to.

23. "Related Debtors" means American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp..

24. "Representative" means any agent, employee, servant, officer, director, attorney, investigator, lobbyist, or other Person acting or purporting to act on behalf of the subject Person.

25. "Short Reset Mortgage" means a mortgage loan for which the interest rate on the note is adjusted based on a variety of indices within two years of the date such mortgage loan is originated.

26. "Teaser Rate Mortgage" means a mortgage loan with an adjustable introductory interest rate that increases by at least 3 percentage points within the first year following its origination.

27. "You" and "Your" mean the Debtors.

Dated: Wilmington, Delaware
January 5, 2009

        ZUCKERMAN SPAEDER LLP

        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        Wilmington, DE 19801
        Telephone: (302) 427-0400
        Facsimile: (302) 427-8242
        - and -
        Linda Singer
        1800 M Street, NW, Suite 1000
        Washington, DC 20036
        Telephone: (202) 778-1800
        Facsimile: (202) 822-8106

        - and -

        GILBERT OSHINSKY LLP
        Stephen A. Weisbrod
        W. Hunter Winstead
        1100 New York Avenue, NW, Suite 700
        Washington, DC 20005
        Telephone: (202) 772-1962
        Facsimile: (202) 772-3962

        Attorneys for the Official Committee
        of Borrowers

2090251.3