## EXHIBIT A

## MATTERS ON WHICH EXAMINATION IS REQUESTED

1. The provision of notice to Borrowers concerning the Bankruptcy Case.

2. The Debtors' origination of Payment Option ARM Mortgages, Short Reset Mortgages, and Teaser Rate Mortgages.

3. Sales practices, sales manuals, and sales scripts used by the Debtors in originating Payment Option ARM Mortgages, Short Reset Mortgages, and Teaser Rate Mortgages.

4. The EPD/Breach Claims Protocol in the Plan.

5. The Stipulated Asset Allocation in the Plan.

6. The negotiation of any settlements contained in the Plan.

7. The estimated assets available to distribute under the Plan.

8. The estimated liabilities of the Debtors.

9. The Liquidation Analysis.

10. The Plan Trust.

11. Estimates of the number and value of Borrower Claims.

12. The identities of Borrowers with Borrower Claims.

13. The proposed liquidation of Borrower Claims.

2090251.3