## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2009, I served a true and correct copy of the Official Committee of Borrowers' NOTICE OF DEPOSITION by facsimile on:

> Sean M. Beach, Esquire
> Patrick A. Jackson, Esquire
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

_____
Thomas G. Macauley

2090251.3