IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Related Dckt. No. 2496** |

## NOTICE OF WITHDRAWAL OF OBJECTION OF UBS REAL ESTATE SECURITIES INC. TO THE DEBTORS' INTERIM PERIOD CURE AMOUNTS

**PLEASE TAKE NOTICE THAT** UBS Real Estate Securities Inc. hereby withdraws its Objection to the Debtors' Interim Cure Amounts. (Dckt. No. 2496, filed December 26, 2007).

Dated: January 5, 2009

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*

William P. Bowden (I.D. #2553)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

and

PILLSBURY WINTHROP SHAW PITTMAN LLP
Rick B. Antonoff
Brandon R. Johnson
1540 Broadway
New York, NY 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for UBS Real Estate Securities Inc.*