IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2009, copies of the foregoing Orlans Associates, PC's Response In Opposition To Debtors' Twenty-Seventh Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007, And Local Rule 3007-1 were served via first-class mail, postage prepaid, upon:

> James L. Patton, Jr., Esquire
> Pauline K. Morgan, Esquire
> Edward Kosmowski, Esquire
> Margaret B. Whiteman, Esquire
> Nathan D. Grow, Esquire
> Young, Conway, Stargatt & Taylor
> The Brandywine Bldg.
> 100 West Street, 17th Floor
> Wilmington, DE 19899

Dated: January 6, 2009
    Wilmington, Delaware

/s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile