UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF APPEARANCE OF COUNSEL AND
### DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firms of SULLIVAN · HAZELTINE · ALLINSON LLC and Allen A. Currier, LLC hereby enter their appearance as counsel to Julia A. Trister ("Trister") in the above-captioned cases, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

Elihu E. Allinson, III, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
E-mail: zallinson@sha-llc.com

Allen A. Currier, Esq.
Allen A. Currier, LLC
258 Spielman Highway
P.O. Box 2033
Burlington, CT 06013
Tel: (860) 675-6655
E-mail: currierlaw@aol.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy rules and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Trister's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Trister is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Trister expressly reserves.

Dated: January 6, 2009
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E. Allinson III*
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191 (Tel)
(302) 428-8195 (Fax)
zallinson@sha-llc.com

and

Allen A. Currier, Esq.
Allen A. Currier, LLC
258 Spielman Highway
P.O. Box 2033
Burlington, CT 06013
Tel: (860) 675-6655
E-mail: currierlaw@aol.com

## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 6th day of January 2009, I caused copies of the within *Notice of Appearance of Counsel and Demand for Notices and Papers* to be served upon the parties listed below via hand delivery and upon those parties who have requested notice via electronic transmission:

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Under penalty of perjury, I declare that the foregoing is true and correct.

January 6, 2009                                                         */s/ Elihu E. Allinson, III*
Date                                                                              Elihu E. Allinson, III