## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | _____ |
| JULIA TRISTER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Obj. Deadline: January 19, 2009 at 4:00 p.m. |
| v. | ) | Hr'g Date: January 27, 2009 at 10:00 a.m. |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | |
| HOLDINGS, INC., a Delaware corporation, et al.; | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF MOTION

TO: All parties on attached service list.

**PLEASE TAKE NOTICE** that on January 2, 2009, Julia Trister (the "Movant") filed her *Motion for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that you are required to file a response (the "Response") to the Motion on or before January 19, 2009 at 4:00 p.m. prevailing Eastern Time

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. ("AHM Servicing") (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

(the "Objection Deadline"). You must also serve upon Movant's attorneys a copy of the Response so that it is actually received by them by the Objection Deadline:

| | |
|---|---|
| Elihu E. Allinson, III (No. 3476)<br>**SULLIVAN · HAZELTINE · ALLINSON LLC**<br>4 East 8th Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 428-8191<br>(302) 428-8195 (*fax*) | Allen A. Currier, Esq.<br>**Allen A. Currier, LLC**<br>258 Spielman Highway<br>P.O. 2033<br>Burlington, CT 06013 |

**PLEASE TAKE FURTHER NOTICE** that hearing on the Motion will be held on January 21, 2009 at 10:00 a.m. prevailing Eastern Time. The hearing will take place at the U.S. Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 6, 2009
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ E.E. Allinson III*
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191

-- and --

Allen A. Currier, Esq.
**Allen A. Currier, LLC**
258 Spielman Highway
P.O. 2033
Burlington, CT 06013

*Attorneys for Julia Trister*

2