# **<u>EXHIBIT A</u>**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| *Debtors.* | ) | |
| | ) | |
| JULIA TRISTER, | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | |
| HOLDINGS, INC., a Delaware corporation, et al.; | ) | |
| | ) | |
| *Respondents.* | ) | |

COUNTY OF BURLINGTON   :
                       :   SS.
STATE OF CONNECTICUT   :

### AFFIDAVIT OF ALLEN A. CURRIER, ESQUIRE

Allen A. Currier, Esquire, having been duly sworn, does depose and say as follows:

1. I am making this affidavit in connection with the *Motion of Julia Trister for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief* (the "Motion") filed in the above-captioned bankruptcy case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. ("AHM Servicing") (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

2.  I am the managing member of the law firm of Allen A. Currier, LLC, located at 258 Spielman Highway, Burlington, Connecticut 06013 (the "Firm"). I am a member in good standing of the Connecticut Bar. I am the attorney who is principally responsible for representing the Movant in the State Court Action.[2] Unless otherwise stated, I have personal knowledge of the matters set forth in the affidavit.

3.  Pre-petition, on or about November 6, 2006, Ms. Trister signed a note and mortgage provided by the Defendant Debtors, through their lending agents, in the principal amount of $516,000.00 in connection with the re-financing of her primary residence located at 2539 Bedford Street, Unit 37A, Stamford, CT 06905.

4.  Attached to the Motion as Exhibit B is a true and correct copy of the Complaint.

5.  Attached to the Motion as Exhibit C is a copy of Suggestion of Bankruptcy dated February 28, 2008 and relating, on information and belief, to a lawsuit apparently instigated by plaintiff Charmen C. Avila in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

6.  Neither the plaintiff, on information or belief, nor the Firm was aware that the Debtors had filed for bankruptcy protection at the time the Complaint was filed in the State Court Action on February 5, 2008. The Firm first became aware of the Debtors' bankruptcy upon receipt of a copy of the Suggestion of Bankruptcy.

7.  Attached to the Motion as Exhibit D is a copy of a Notice of Intention to Foreclose, dated November 17, 2008, that Ms. Trister received from American Home Mortgage Servicing, Inc., 4600 Regent Blvd., Suite 200, Irving, TX 75063-1730

8.  Ms. Trister is an immigrant who speaks very little English.

---

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

9.       The Movant has pledged to execute on any judgment (or other favorable disposition) she may obtain in the State Court Action against applicable insurance coverage provided by Debtors' insurance compan(ies) only.

10.      To the extent that any judgment (or other favorable disposition) Movant may obtain against the Defendant Debtors in the State Court Action is not fully satisfied by applicable insurance, due to any self-insured retention or otherwise, Movant seeks only to liquidate, rather than to execute on, any deficiency claim.

11.      The Movant is a Connecticut resident, the transaction occurred in Connecticut, the Movant's property is located in Connecticut, one of the Defendant Debtors was licensed to transact business in Connecticut, and the Defendant Debtors' alleged liability will be governed by Connecticut law. Many documents and witnesses are located in Connecticut.

FURTHER, AFFIANT SAYETH NAUGHT:

_____
Allen A. Currier, Esquire

SWORN AND SUBSCRIBED before me this _____ day of _____ 2009.

_____
Notary Public

My commission expires _____.