# **EXHIBIT D**



www.ahmsi3.com

11/17/2008

JULIA TRISTER
2539 BEDFORD ST APT 37A
STAMFORD, CT 06905-3937

RE: American Home Mortgage Servicing, Inc. Loan No: 0031469786
    Borrower(s):                                 JULIA TRISTER
    Encumbered Property Address:      2539 BEDFORD ST UNIT 37A
                                                          STAMFORD, CT 06905

ORIGINAL MORTGAGE AMOUNT: $516,000.00
FIRST PAYMENT DATE:            01/01/2007

## NOTICE OF INTENTION OF FORECLOSURE

Pursuant to the terms of the Promissory Note and/or Security Instrument along with all Riders thereto, which were executed by the Borrower(s) in connection with the Loan (both as referenced above), you are hereby served notice of the following:

The Promissory Note and/or Security Instrument, including all Riders thereto, are presently in default due to the non-payment of the 10/01/2008 and the subsequent payments. You have the right to cure the default by paying the sum of money required to do so. You are required to cure your default by 12/17/2008 ("Cure Deadline").

The total amount currently due on the Loan in order to cure the default, is as follows:

| | |
|---|---|
| Total Monthly Payment(s) Due: | $4,730.46 |
| Less Suspense Amount: | ($1,986.01) |
| ***TOTAL DUE AS OF THE DATE OF THIS LETTER***: | $2,835.82 |

If any other payments or expenses become due at or prior to the time an attempt is made to cure this default, they will be added to the Total Due and must also be paid in order to cure the default.

To cure this default, payment must be made, IN THE FORM OF CERTIFIED FUNDS (CASHIER'S CHECK, MONEY ORDER OR QUICK COLLECT), in the full amount as stated above, directly to American Home Mortgage Servicing, Inc. as follows:

| Overnight Mail Address | Western Union Quick Collect |
|---|---|
| American Home Mortgage Servicing, Inc. | Pay to: American Home Mortgage Servicing, Inc. |
| 4600 Regent Blvd., Suite 200 | Code City: Option |
| Irving, TX 75063-1730 | Code State: CA |



Page 1 of 3
Loan #: 0031469786
2213062519

Corporate Offices: 4600 Regent Blvd., Suite 200 • Irving, Texas 75063



**AHMSI**
AMERICAN HOME MORTGAGE INC
*Servicing* at a higher power

P.O. Box 631730
Irving, TX 75063-1730

November 17, 2008

1744

Julia Trister
2539 Bedford St Unit 37a
Stamford, CT 06905

```
American Home Loan No:   0031469786
ARM Plan ID:             401A
Property Address:        2539 Bedford St Unit 37a
                         Stamford CT 06905
```

### ARM ADJUSTMENT NOTIFICATION

Dear Julia Trister :

In accordance with the terms of your adjustable rate mortgage, effective with the 01-01-09 monthly mortgage payment, the interest rate and P&I payment on your loan will change. This interest rate and P&I change is based on the following information:

```
DESCRIPTION                               NEW              OLD

Index Date:                            11-16-08
Index Value:                            2.25583%          2.47916%
Margin:                                 3.65000%          3.65000%
Interest Rate:                          5.90600%          6.12900%
Projected P&I Pmt:               $      1,917.93    $     1,784.13
Projected Loan Balance as of 01-01-09:              $   550,381.47
```

History of previous IR adjustments:

```
PMT EFF DATE   INT RATE    INDEX
12/01/08        6.12900    2.47916
11/01/08        6.31500    2.66500
10/01/08        6.50600    2.85583
09/01/08        6.72900    3.07916
08/01/08        6.94100
07/01/08        7.17800
06/01/08        7.44400
05/01/08        7.72600
04/01/08        7.97600
03/01/08        8.17200
02/01/08        8.31200
01/01/08        8.43800
```

## CHFA DESIGNATED CONSUMER CREDIT COUNSELING AGENCIES

### AGENCY INFORMATION

| | |
|---|---|
| Acorn Housing Corp.<br>2310 Main Street<br>3rd Floor<br>Bridgeport, CT   06606<br>(203) 366-4180<br>(203) 366-0020 | Neighborhood Housing Services of New Britain<br>223 Broad Street<br>New Britain, CT   06053<br>(860) 224-2433<br>(860) 225-6131 |
| Catholic Charities & Family Services<br>331 Main Street<br>Norwich, CT   06360<br>(860) 889-8346<br>(860) 889-2658 | Neighborhood Housing Services of New Haven<br>333 Sherman Avenue<br>New Haven, CT   06511<br>(203) 777-6925<br>(203) 772-2876 |
| Co-opportunity, Inc.<br>20-28 Sargeant Street<br>Hartford, CT   06105<br>(860) 236-3617<br>(860) 808-1757 | Neighborhood Housing Services of Waterbury<br>139 Prospect Street<br>Waterbury, CT   06710<br>(203) 753-1896<br>(203) 757-6496 |
| Housing Education Resource Center<br>901 Wethersfield Avenue<br>Hartford, CT   06114<br>(860) 296-4242<br>(860) 296-1317 | Urban League of Greater Hartford<br>140 Woodland Street Hartford, CT   06132<br>(860) 527-0147<br>(860) 293-2621 |
| Mutual Housing Association of Southwestern CT<br>63 Stillwater Avenue<br>Stamford CT   06902<br>(203) 359-6940<br>(203) 335-5906 | |

