**CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 6th day of January 2009, I caused copies of the within *Motion of Julia Trister for (I) Retroactive Annulment and (II) Prospective Relief from the Automatic Stay or (III) Alternative Relief* to be served upon the parties listed below via hand delivery and upon those parties who have requested notice via electronic transmission:

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

**FEDERAL EXPRESS & FACSIMILE**
Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022
(212) 478-7400

**FEDERAL EXPRESS & FACSIMILE**
Linda Singer, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 822-8106

**FEDERAL EXPRESS & FACSIMILE**
Stephen A. Weisbrod, Esq.
W. Hunter Winstead, Esq.
Gilbert Oshinsky LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
(202) 772-3962

Under penalty of perjury, I declare that the foregoing is true and correct.

January 6, 2009
Date

*/s/ Elihu E. Allinson, III*
Elihu E. Allinson, III