## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1] | ) | |
| | ) | |
| *Debtors.* | ) | |
| | ) | |
| JULIA TRISTER, | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | Obj. Deadline: January 19, 2009 at 4:00 p.m. |
| v. | ) | Hr'g Date: January 27, 2009 at 10:00 a.m. |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | |
| HOLDINGS, INC., a Delaware corporation, <u>et al.</u>; | ) | **Related Docket No.: 6809** |
| | ) | |
| *Respondents.* | ) | |

### NOTICE OF DOCUMENT ENTERED IN ERROR

**PLEASE TAKE NOTICE** that the Proposed Form of Order attached to Docket No.

6809, the **Motion of Julia Trister for (I) Retroactive Annulment and (II) Prospective Relief**

**from the Automatic Stay or (III) Alternative relief** (the "Motion") was entered in error. A

corrected version of the Proposed Form of Order is attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. ("<u>AHM Servicing</u>") (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

Dated: January 6, 2009
       Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*S.S. Allinson III*

Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
(302) 428-8191

-- and --

Allen A. Currier, Esq.
**Allen A. Currier, LLC**
258 Spielman Highway
P.O. 2033
Burlington, CT 06013

*Attorneys for Julia Trister*