# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| *Debtors.* | ) | |
| | ) | |
| JULIA TRISTER, | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | Related Docket Item No. ____ |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | |
| HOLDINGS, INC., a Delaware corporation, et al.; | ) | |
| | ) | |
| *Respondents.* | ) | |

## ORDER GRANTING (I) RETROACTIVE ANNULMENT AND (II) PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY OR (III) ALTERNATIVE RELIEF

And now, this 21st day of January 2009, this matter coming before the Court on the *Motion of Julia Trister for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief* (the "Motion"); the Court having reviewed the Motion, the above-captioned respondents' (the "Defendant Debtors") response to the Motion, and all related pleadings; and having heard the statements of counsel with respect thereto at a hearing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. ("AHM Servicing") (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

held before the Court on January 21, 2009 (the "Hearing"); the Court having determined that notice of the Motion was reasonable and sufficient under the circumstances and that no further notice is required; and that the legal and factual bases set forth in the Motion and at the Hearing establish sufficient cause for the relief granted herein; and for the reasons stated by the Court at that Hearing,

  IT IS HEREBY ORDERED as follows:

1.  The Motion is granted.

2.  The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, annulled to ratify the post-petition filing of the State Court Action.[2]

3.  The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to permit the Movant to prosecute the State Court Action to final judgment or other resolution in order to liquidate her claims against the Defendants Debtors, and to seek satisfaction of any judgment(s) obtained against any of the Defendant Debtors from any insurance coverage available to the Debtors that may be applicable to the Movant's claims.

4.  The Movant shall have an allowed general unsecured claim against each of the Defendant Debtors' estates to the extent that any judgment(s) in favor of the Movant obtained against any Defendant Debtor is not otherwise satisfied by the Debtor's applicable insurance and is not otherwise satisfied.

Dated: _____, 2009  _____
              The Christopher S. Sontchi
              United States Bankruptcy Judge

---

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.