IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
                                    Debtors.                             :
------------------------------------------------------------------------ x

### ORDER RESCHEDULING CERTAIN OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

February 17, 2009 at 10:30 a.m. replaces from February 20, 2009 at 10:00 a.m.

March 13, 2009 at 11:30 a.m. replaces March 18, 2009 at 10:00 a.m.

Dated: December 1/7/09, 2008
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE