IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                                                                 :
          Debtors.                                               :   **Objection Deadline: January 14, 2009**
                                                                 :   **Ref. Docket No. 6644**
---------------------------------------------------------------- x

## NOTICE OF FILING SCHEDULE OF EPD/BREACH CLAIM VOTING AMOUNTS

PLEASE TAKE NOTICE that on December 1, 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order [Docket No. 6644] (the "Disclosure Statement Order") which, among other things, (i) approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"), and (ii) established procedures for the solicitation and tabulation of votes to accept or reject the Plan, including rules (the "EPD/Breach Claim Tabulation Rules") governing the estimation and temporary allowance of EPD/Breach Claims[2] solely for purposes of voting on the Plan.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the EPD/Breach Claim Tabulation Rules, except as otherwise provided by agreement of the parties, each Holder of an EPD/Breach Claim was required to supply the information requested by the Debtors in the Preliminary Informational Questionnaire (as defined in the Disclosure Statement Order) on or before December 19, 2008.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the EPD/Breach Claim Tabulation Rules, or otherwise by agreement of the parties, the Debtors have determined the amount of each EPD/Breach Claim, if any, that will be temporarily allowed solely for voting purposes (each, a "EPD/Breach Claim Voting Amount"). The EPD/Breach Claim Voting Amounts are set forth on the Schedule of EPD/Breach Claim Voting Amounts attached hereto as Exhibit A. **For the avoidance of doubt, the EPD/Breach Claim Voting Amounts do not include estimated amounts of non-EPD/Breach Claims, if any, asserted by the Holders of EPD/Breach Claims, and the estimation**

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

DB02:7706499.2                                                                                              066585.1001

and/or allowance of any such non-EPD/Breach Claims for voting purposes is **not** governed by the EPD/Breach Claim Tabulation Rules.

      PLEASE TAKE FURTHER NOTICE that any objections to the EPD/Breach Claim Voting Amounts must (a) be in writing; (b) set forth the basis for the objection; (c) identify the amount the party asserts as the correct voting amount; (d) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; (e) be filed with the clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and served upon the following parties, **on or before January 14, 2009**: (i) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Sean M. Beach and Patrick A. Jackson); (ii) Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell); (iv) counsel to the Official Committee of Borrowers, Gilbert Oshinsky LLP, 1100 New York Avenue, NW, Suite 700, Washington, DC 20005 (Attn.: Steven A. Weisbrod) and Zuckerman Spaeder LLP, 919 Market Street, Suite 990, Wilmington Delaware 19801 (Attn.: Thomas G. Macauley); and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon). Pursuant to the Solicitation Procedures Order, any such objection shall initiate a contested matter under Bankruptcy Rule 9014, and the respective burdens on the parties shall be the same as those applicable to a motion brought under Bankruptcy Rule 3018(a).

      PLEASE TAKE FURTHER NOTICE that any Holder of an EPD/Breach Claim that fails to file an objection to the EPD/Breach Claim Voting Amount on a timely basis shall be deemed to have consented to having its EPD/Breach Claims temporarily allowed for voting purposes in the EPD/Breach Claim Voting Amount set forth in the attached Schedule, but shall not be deemed to have waived any other rights in respect of the validity of its EPD/Breach Claim (or non-EPD/Breach Claims, if any).

      PLEASE TAKE FURTHER NOTICE that, the Debtors reserve the right to revise the EPD/Breach Claim Voting Amount in response to additional information provided by the Holder of such EPD/Breach Claim.

Dated: Wilmington, Delaware  
       January 7, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Sean M. Beach (No. 4070)  
Patrick A. Jackson (No. 4976)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession