# EXHIBIT A

**American Home Mortgage**
**EPD/Breach Claim Voting Amounts**
**Updated 1-07-09**

| Claim Counterparty name* | Securitization name | Breach Estimate** | EPD Estimate** | Questionnaire Status |
|---|---|---|---|---|
| Aurora Loan Services LLC (Lehman) | n/a | 3,356,781 | 4,171,722 | Completed |
| Bank of America, N.A. | n/a | 2,211,685 | 20,940,358 | Not Completed |
| Bank of New York - Servicer | GSAA 2006-6 | 103,389 | | Completed |
| Bank of New York - Servicer | GSAA 2006-9 | 81,454 | | Completed |
| Bank of New York - Trustee | AHM 4-4 | 13,252 | | Not Completed |
| CitiBank, N.A - Trustee | SAMI 2007-AR1 | 263 | | Completed |
| CitiBank, N.A. - Servicer | HALO 2007-1 | 97,088 | | Not Completed |
| CitiBank, N.A. - Servicer | HALO 2007-AR1 | 25,446 | | Not Completed |
| CitiBank, N.A. - Trustee | GSR 2006-AR2 | 12,519 | | Completed |
| CitiBank, N.A. - Trustee | AHM 4-3 | - | | Completed |
| CitiBank, N.A. - Trustee | AHMA 6-3 | 841,193 | | Completed |
| CitiBank, N.A. - Trustee | AHMA 6-4 | 753,484 | | Completed |
| CitiGroup Global Markets Inc. | n/a | 1,805,222 | 15,101,711 | Completed |
| CitiMortgage, Inc. | n/a | 2,490,560 | 9,660,849 | Completed |
| Countrywide | n/a | 15,895,125 | 14,398,166 | Completed |
| DB Structured Products, Inc. | n/a | 4,183,587 | 16,031,086 | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Morgan Stanley MSM 2004-3 | - | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Morgan Stanley MSM 2004-4AR | - | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Morgan Stanley MSM 2004-9AR | - | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Morgan Stanley MSM 2005-1 | 866 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Morgan Stanley MSM 2005-2AR | 2,363 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Morgan Stanley MSM 2005-6AR | 21,859 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Morgan Stanley MSM 2005-7 | 16,442 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | MSM 2004-6AR | - | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | HALO 2007-1 | 97,088 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | HALO 2007-AR1 | 25,446 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | HALO 2007-AR2 | 26,706 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Harborview 2006-14 (HVMLT) | 152,013 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Harborview 2006-6 | 65,421 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Harborview 2006-7 | 983,355 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Harborview 2007-2 | 209,205 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Harborview 2007-5 | 891,947 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | Harborview 2007-6 | 16,704 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | GSAA 2006-10 | 138,442 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | GSAA 2006-11 | 43,438 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | GSAMP 2006-S4 | 220,057 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | GSAMP 2006-S6 | 356,675 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | GSR 2006-OA1 | 163,651 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | GSR 2007-OA1 | 1,557 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 5-1 | 411,751 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 5-2 | 594,028 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 5-3 | 83,378 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 5-4 | 581,826 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 5-SD1 | 46,205 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 6-1 | 592,033 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 6-2 | 508,271 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 6-3 | 1,010,320 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 7-1 | 2,608,997 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 7-2 | 1,213,704 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 7-A/SD1 | 484,188 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHM 7-SD2 | 183,173 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 5-1 | 159,599 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 5-2 | 112,693 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 6-1 | 450,463 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 6-2 | 480,202 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 6-5 | 760,187 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 6-6 | 628,028 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 7-1 | 1,054,066 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 7-2 | 1,206,594 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 7-3 | 1,109,269 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 7-4 | 288,928 | | Not Completed |
| Deutsche Bank National Trust Company -Trustee | AHMA 7-5 | 621,278 | | Not Completed |
| EMC Mortgage Corp./Bear Stearns Mortgage Capital Corp. | n/a | 3,555,288 | 10,390,040 | Completed |
| Freddie Mac | n/a | 110,188 | - | Completed |
| Greenwich Capital | n/a | 2,163,083 | | Not Completed |
| HSBC Bank USA | n/a | 278,260 | 3,090,292 | Not Completed |
| Impac Funding Corp. | n/a | 646,518 | | Not Completed |
| IndyMac Bank, F.S.B. | n/a | 384,965 | 8,069,559 | Completed |
| J.P. Morgan Mortgage Acquisition Corp. | n/a | 2,353,542 | 14,776,168 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 06-17XS | 48,522 | 2,180,395 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 06-11 | 74,633 | 153,315 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 06-11OC | | 949,805 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 06-15XS | 78,267 | 1,546,047 | Completed |

| Claim Counterparty name* | Securitization name | Breach Estimate** | EPD Estimate** | Questionnaire Status |
|---|---|---|---|---|
| LaSalle Bank N.A. - Trustee | MSM 06-16AXG1 | 9,939 | 122,430 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 06-16AXG2 | 28,258 | 265,069 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 07-1XS-G2 | | 522,688 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 07-5AX | | 328,292 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 07-7AX-G1 | 9,582 | 249,584 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 07-7AX-G2 | 33,443 | 1,507,926 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 07-8XS | | 1,494,527 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 07-14AR | 51,182 | 1,471,470 | Completed |
| LaSalle Bank N.A. - Trustee | MSM 07-15AR | | 1,363,794 | Completed |
| Merrill Lynch Credit Corp. | n/a | 220,535 | 946,971 | Completed |
| Morgan Stanley Mortgage Capital Holdings LLC | n/a | 1,451,605 | 14,820,793 | Completed |
| Nomura | n/a | 273,224 | 4,742,724 | Not Completed |
| SunTrust Bank | n/a | 482,599 | 16,015,830 | Not Completed |
| U.S. Bank, N.A. - Trustee | JPALT 2006-A3 | 23,131 | | Not Completed |
| U.S. Bank, N.A. - Trustee | JPALT 2006-A4 | 7,327 | | Not Completed |
| U.S. Bank, N.A. - Trustee | JPALT 2006-A6 | 618 | | Completed |
| U.S. Bank, N.A. - Trustee | JPALT 2006-S3 | 14,189 | | Not Completed |
| U.S. Bank, N.A. - Trustee | JPMMT 2006-A6 | 2,811 | | Completed |
| U.S. Bank, N.A. - Trustee | BAFC 2006-8T2 | 115,753 | | Not Completed |
| U.S. Bank, N.A. - Trustee | BAFC 2007-1 | 309,572 | | Not Completed |
| U.S. Bank, N.A. - Trustee | BAFC 2007-2 | 186,106 | | Not Completed |
| U.S. Bank, N.A. - Trustee | BAFC 2007-3 | 405,694 | | Not Completed |
| U.S. Bank, N.A. - Trustee | BAFC 2007-4 | 170,334 | | Not Completed |
| U.S. Bank, N.A. - Trustee | JPMMT 2006-2 | | | Not Completed |
| UBS Real Estate Securities, Inc. | n/a | 1,465,717 | 3,303,772 | Completed |
| Washington Mutual Mortgage Securities Corp. | n/a | 402,609 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MALT 2006-2 | 111,283 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MALT 2006-3 | 32,158 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MARM 2005-8 | 24,573 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MARM 2006-OA1 | 532,988 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MARM 2006-OA2 | 100,565 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MARM 2007-3 | 167,784 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MSM 2006-6AR | 27,266 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MSM 2006-5AR | 37,024 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MSM 2006-8AR | 3,585 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MANA 2007-AF1 | 133,992 | | Completed |
| Wells Fargo Bank, N.A. - Servicer | MLMI 2003-A6 | - | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | LUM 2006-7 | 157,190 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | Harborview 2006-14 (HVMLT) | 152,013 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | Harborview 2006-6 | 65,421 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | Harborview 2006-7 | 983,355 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | Harborview 2007-2 | 209,205 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | Harborview 2007-5 | 891,947 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | Harborview 2007-6 | 16,704 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | ZUNI 2006-OA1 | 32,582 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | GSAA 2006-10 | 138,442 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | GSAA 2006-11 | 43,438 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | GSR 2006-AR2 | 12,519 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | GSR 2006-OA1 | 163,651 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | GSR 2007-OA1 | 1,557 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | GSR 2006-AR1 | 97,592 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | GSAMP 2006-S4 | 215,765 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | SAMI 2007-AR1 | 263 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | SAMI 2006-AR5 | 388,539 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | DBALT 2006-AB2 | 87,205 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | DBALT 2006-AB3 | 102,979 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | DBALT 2006-AB4 | 209,493 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | DBALT 2006-AR5 | 120,056 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | DBALT 2006-AR6 | 88,117 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | CMLT 2003-1 | - | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | BSABS 2006-AC3 | 121,300 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | BSABS 2006-AC4 | 13,899 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 5-1 | 411,751 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 5-2 | 594,028 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 5-3 | 83,378 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 5-4 | 581,826 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 5-SD1 | 46,205 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 6-1 | 592,033 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 6-2 | 508,271 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 6-3 | 1,010,320 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 7-1 | 2,608,997 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 7-2 | 1,213,704 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 7-A/SD1 | 484,188 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHM 7-SD2 | 183,173 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 5-1 | 159,599 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 5-2 | 112,693 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 6-1 | 450,463 | | Not Completed |

| Claim Counterparty name* | Securitization name | Breach Estimate** | EPD Estimate** | Questionnaire Status |
|---|---|---|---|---|
| Wells Fargo Bank, N.A. - Servicer | AHMA 6-2 | 480,202 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 6-3 | 841,193 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 6-4 | 753,484 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 6-5 | 760,187 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 6-6 | 628,028 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 7-1 | 1,054,066 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 7-2 | 1,206,594 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 7-3 | 1,109,269 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 7-4 | 288,928 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | AHMA 7-5 | 621,278 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | PRM 2004-CL1 | - | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MANA 2007 -A2 | 5,736.79 | | Completed |
| Wells Fargo Bank, N.A. - Servicer | MARM 2007-1 | 1,048,208 | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MANA 2007 -A1 | 20,874 | | Completed |
| Wells Fargo Bank, N.A. - Servicer | DBALT 2007-AB1 | | | Not Completed |
| Wells Fargo Bank, N.A. - Servicer | MLMI 2006-F2 | | | Not Completed |
| Wells Fargo Bank, N.A. - Trustee | AHM 4-1 | - | | Not Completed |
| Wells Fargo Bank, N.A. - Trustee | AHM 4-2 | - | | Not Completed |
| Wells Fargo Funding, Inc.*** | n/a | 14,924,585 | - | Completed |
| | | | | |
| Total | | 104,118,672 | 168,615,382 | |

* May not reflect counterparties (e.g., successor trustees) substituted after November 25, 2008. Designation of orignal counterparty on this schedule is without prejudice to right of any successor counterparty to vote the EPD/Breach Claim.

** Pursuant to the EPD/Breach Tabulation Rules, any disputes concerning EPD/Breach Claim Voting Amounts may be resolved by stipulation between the parties, which may result in EPD/Breach Claim Voting Amounts that are materially different from amounts set forth in this schedule. The estimation of EPD/Breach Claim Voting Amounts on this schedule is without prejudice to any agreements between the Debtors and the Holders of EPD/Breach Claims relating to matters governed by the EPD/Breach Tabulation Rules. Debtors reserve the right to amend EPD/Breach Claim Voting Amounts for EPD/Breach Claims for which the Preliminary Informational Questionnaire was not completed as of the filing of this schedule, based on further information received from the Holders of such EPD/Breach Claims or otherwise.

*** Claim amount for voting purposes stipulated by agreement of the parties.