**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------- x Chapter 11

In re:                                                                                    :
                                                                                              :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                            :
HOLDINGS, INC., a Delaware corporation, et al.,             :   Jointly Administered
                                                                                              :
                                      Debtors.                             :   **Doc. Ref. Nos. 241, 741, 2207, 2281, and 3402**

-------------------------------------------------------------------- x

**FOURTH SUPPLEMENTAL DECLARATION OF SUSHEEL KIRPALANI IN
CONNECTION WITH RETENTION OF QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP AS SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS
COUNSEL TO THE DEBTORS PURSUANT TO SECTION 327(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

SUSHEEL KIRPALANI, hereby declares, under penalty of perjury:

1.      I am a member of the firm of Quinn Emanuel Urquhart Oliver & Hedges,

LLP ("**Quinn Emanuel**" or the "**Firm**"), a law firm with offices at 51 Madison Avenue, New

York, New York 10010, and in Los Angeles, San Francisco, and Silicon Valley, California,

Tokyo, Japan, and London, England.

2.      I submit this fourth supplemental declaration (the "**Fourth Supplemental

Declaration**") in connection with the retention of Quinn Emanuel Urquhart Oliver & Hedges,

LLP, as special investigatory, litigation and conflicts counsel to the Debtors pursuant to section

327(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

3.      An Order approving the Application For an Order Pursuant to Section

327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and

Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP as Special Investigatory,

Litigation and Conflicts Counsel To the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket

No. 241] (the "**Application**") was entered by the Court on September 13, 2007 [Docket No.

741].

4.     On August 20, 2007, Quinn Emanuel filed an initial declaration (the "**Initial Declaration**") of Susheel Kirpalani in support of the Application.

5.     On November 28, 2007, Quinn Emanuel filed a supplemental declaration (the "**Supplemental Declaration**") of Susheel Kirpalani in support of the Application [Docket No. 2207].

6.     On December 4, 2007, Quinn Emanuel filed a second supplemental declaration (the "**Second Supplemental Declaration**") of Susheel Kirpalani in support of the Application [Docket No. 2281].

7.     On March 25, 2008, Quinn Emanuel filed a third supplemental declaration (the "**Third Supplemental Declaration**") of Susheel Kirpalani in support of the Application [Docket No. 3402].

8.     As stated in the Initial Declaration, the Supplemental Declaration, the Second Supplemental Declaration, and the Third Supplemental Declaration (together, the "**Declarations**"), Quinn Emanuel conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Initial Declaration summarizes the results of these searches. The purpose of this Fourth Supplemental Declaration is to update the disclosures in the prior Declarations for matters I was unaware of at the time of prior Declarations.

9.     Quinn Emanuel continues to represent the Debtors to conclude several discrete pending litigations. Quinn Emanuel also currently represents Fannie Mae in investigating its rights arising from transactions with several participants in the mortgage-backed securities industry, which may include American Home or its affiliates. No attorney or paraprofessional at Quinn Emanuel representing the Debtors has been or will be involved in the representation of Fannie Mae. Quinn Emanuel is not representing the Debtors in any matter

related to Fannie Mae.  Quinn Emanuel, on behalf of Fannie Mae, has not to date commenced any action adverse to the Debtors, and has not to date provided any legal advice specifically related to potential claims against the Debtors, and Quinn Emanuel will not represent Fannie Mae in connection with the Debtors' chapter 11 cases.

10.     Except as specifically disclosed in this Fourth Supplemental Declaration and the previously filed Declarations, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee.  To the extent that Quinn Emanuel becomes aware of any additional relationships and/or connections that may be relevant to Quinn Emanuel's representation of the Debtors, an additional supplemental declaration will be filed.

11.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

New York, New York
January 7, 2009

/s/ Susheel Kirpalani

A Member of the Firm