IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                        :     Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :     Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                           :
                                                              :     Jointly Administered
        Debtors.                                              :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 13, 2009 AT 11:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
        from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and
                               Committee

        Related Document:

                a)      Order Approving and Authorizing the Settlement Agreement by and
                        Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                        Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:      None

        Status: This matter has been resolved in part.  The remainder of this matter will be
                adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

066585.1001

2.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

Response Deadline:    April 24, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit A, attached

Related Document:

a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

3.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5602, 9/8/08]

b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

Status: This matter will be adjourned to February 17, 2009 at 10:30 a.m.

4.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Documents:

a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

2

Responses Filed:        See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit B, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

5.      Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I.
3880, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

        a)        Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:        See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit C, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

6.      Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

        a)        Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:        See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit D, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

7.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

        a)        Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:        See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

8.      Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:        See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

9.      Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:        See Exhibit G, attached

Status:  An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

10.     Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

4

 

     a)     Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5461, 8/18/08]

Responses Filed:     See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

11.     Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]
Response Deadline:     August 11, 2008 at 4:00 p.m.

Related Document:

     a)     Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

     b)     Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

     c)     Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:     See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

12.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:     September 8, 2008 at 4:00 p.m.

Related Document:

     a)     Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6217, 10/10/08]

Responses Filed:     Please see Exhibit J, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

13.    Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

Related Document:

    a)    Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed:

    b)    Debtors' Objection to Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

Status: This matter will be adjourned to January 28, 2009 at 10:00 a.m.

14.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

15.  Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:   October 15, 2008 at 4:00 p.m.

Related Document:

      a)  Notice of Submission of Claims [D.I. 6206, 10/10/08]

      b)  Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

      c)  Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:   See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to February 6, 2009 at 2:00 p.m.

16.  Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:   November 5, 2008 at 4:00 p.m.

Responses Filed:   See Exhibit M, attached

Related Document:

      a)  Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to February 6, 2009 at 2:00 p.m.

17.  Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:   November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

      a)  Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to  Motion of American Lien Fund,

L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax
Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

b)    Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11
U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay
as to Counterclaim [D.I. 6592, 11/19/08]

c)    Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to
11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift
Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter will be adjourned to February 6, 2009 at 2:00 p.m.

18.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned to January 28, 2009 at 10:00 a.m.

19.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit N, attached

Status: This matter will be adjourned to February 6, 2009 at 2:00 p.m.

20.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 6620 11/21/08]

Responses Deadline:    December 15, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection
to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

Responses Filed:    See Exhibit O, attached

Status: This matter will be adjourned to February 6, 2009 at 2:00 p.m.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

21.    Motion of the Debtors for the Entry of an Order Approving the Second Stipulation by and Among the Debtors, Certain Current and Former Directors and Officers of the Debtors, and the Official Committee of Unsecured Creditors for an Order Granting Relief form the Automatic Stay, to Enforce Insurance Policy in Favor of Insured Persons. [D.I. 6717, 12/15/08]

Objection Deadline:    January 5, 2009 at 4:00 p.m.

Objections Filed:

      a)    Teachers' Retirements System of Oklahoma and the Oklahoma Police Pension and Retirements System's Limited Objection [D.I. 6799, 1/5/09]

Status: The parties anticipate submitting a revised form of order under certification of counsel prior to the hearing.  No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

22.    Interim Fee Requests.  Please refer to Schedule 1, attached.

Objection Deadline:    January 5, 2009 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

23.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to November 5, 2008 for the Debtors and Committee

Objections Filed:

      a)    Debtors' Objection to Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 6506, 11/5/08]

      b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as

9

an Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 6520, 11/6/08]

Status: This matter will be will be going forward.

24.    Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6715, 12/12/08]

Response Deadline:    January 6, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit P, attached

Status: This matter will be going forward except as otherwise noted on Exhibit P.

25.    Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6716, 12/12/08]

Response Deadline:    January 6, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit Q, attached

Status: This matter will be going forward except as otherwise noted on Exhibit Q.

Dated: Wilmington, Delaware
       January 9, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

10

### Exhibit A, Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Judith Rigsby | 3753, 4/21/08 | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit B, Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Robert Sullivan | 4339, 6/2/08 | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit C, Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Christine Conklin | 3988, 5/9/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Matthew and Melanie Hernandez | 4090 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Karen Gravely-Robinson | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Hardin County | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Deborah Mills | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Souderton Area School District/Upper Salford Township Tax Collector | | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit D, Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to 2/6/09 at 2:00 p.m. |

DB02:7676390.1

066585.1001

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Souderton Area School District |  | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Spring-Ford Area School District |  | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit F, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Audrey Andrews | 4984, 7/7/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit H, Twelfth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Kruse Way, LLC |  | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Meadows Lake Oswego |  | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit I, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | David Nerland | 5320 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Countrywide | 5337, 8/8/08 | Adjourned to 2/6/09 at |

DB02:7676390.1    066585.1001

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | | | 2:00 p.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | David Holan | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Nomura Credit & Capital | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Mitchell Eininger | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Thomas Adkins, Jr. | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Kevin Kerr | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Katherine Lalime | | Adjourned to 2/6/09 at 2:00 p.m. |
| | GE Money Bank | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Terri Crites | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Lonnie Watkins | | Adjourned to 2/6/09 at 2:00 p.m. |
| | William Farnan | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Jon Lucas | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Thomas Guinta | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Joseph Spinelli, Jr. | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Charles Doyle | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Linda Larsen | | Adjourned to 2/6/09 at 2:00 p.m. |
| | George T. Matthews | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Calvin Kammeyer | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Minda Boxer | | Adjourned to 2/6/09 at 2:00 p.m. |

DB02:7676390.1

066585.1001

**Exhibit J, Fifteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Grailing Carter | 5947, 9/17/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Office Max | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Robin Balfour | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Michael Wheeler | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Keith Wesolowski | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Mary Ann Anderson | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Julie Miller | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Thomas J. Perkins | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Lisa M. Schreiber | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Judie McGaha | | Adjourned to 2/6/09 at 2:00 p.m. |

DB02:7676390.1

066585.1001

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Richard Hawkwell |  | Adjourned to 2/6/09 at 2:00 p.m. |

## Exhibit K, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Matthew Liang | 6122, 9/26/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Robert Sweeney | 6123, 9/26/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | American Express Travel Related Services |  | Adjourned to 2/6/09 at 2:00 p.m. |

## Exhibit L, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | DD Halpern | 6232, 10/15/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Baron O'Brien | 6235, 10/15/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | Sally Hamilton | 6414, 10/22/08 | Adjourned to 2/6/09 at 2:00 p.m. |
|  | American Express Travel Related Svc. Co. |  | Adjourned to 2/6/09 at 2:00 p.m. |

## Exhibit M, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to 2/6/09 at 2:00 p.m. |

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Connie Zinter | 5499, 11/5/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Letort Mortgage Group Inc. | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Southern Horizon Financial Group, LLC | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Tracy Lussier | | Adjourned to 2/6/09 at 2:00 p.m. |
| | Sun Life Assurance Company of Canada | | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit N, Twenty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to 2/6/09 at 2:00 p.m. |
| | Scott Jossart | | Adjourned to 2/6/09 at 2:00 p.m. |

### Exhibit O, Twenty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Riverside County Treasurer-Tax Collector | | Adjourned to 2/6/09 at 2:00 p.m. |

DB02:7676390.1 066585.1001

## Exhibit P, Twenty-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kristin Wolf | 6797, 1/6/09 | Withdrawn |
| 1 | Gary and Karen Grundy | 6798, 1/6/09 | Going forward |
| 2 | Los Angeles County Treasurer and Tax Collector | | Going forward |
| | Indian River County Tax Collector | | Withdrawn |
| | Avaya Inc. | | Adjourned to 2/6/09 at 2:00 p.m. |
| 3 | Daryl Bottom | | Going forward |

## Exhibit Q, Twenty-Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Orlans Associates | 6803, 1/6/09 | Adjourned to 2/6/09 at 2:00 p.m. |

17

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[2]

      Debtors.

------------------------------------------------------------------- x

  :  Chapter 11
  :
  :  Case No. 07-11047 (CSS)
  :
  :  Jointly Administered
  :

**Schedule 1**
**Index to Fee Applications**

A.    **Fifth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period August 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

    1.    Thirteenth Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6180, 10/2/08]

    2.    Certificate of No Objection [D.I. 6459, 10/24/08]

    3.    Fourteenth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6443, 10/22/08]

    4.    Certificate of No Objection [D.I. 6581, 11/14/08]

    5.    Fifteenth Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6646; 12/1/08]

    6.    Certificate of No Objection [D.I. 6784; 12/29/08]

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

16

**B.** **Fifth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period August 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

    1.    Fee Application for the Period August 1, 2008 through October 31, 2008 [D.I. 6712; 12/12/08]

    2.    Certificate of No Objection [D.I. 6806; 1/6/09]

**C.** **Fifth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period August 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

    1.    Twelfth Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6173, 10/1/08]

    2.    Certificate of No Objection [D.I. 6452, 10/23/08]

    3.    Thirteenth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6472, 10/29/08]

    4.    Certificate of No Objection [D.I. 6598, 11/20/08]

    5.    Fourteenth Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6662; 12/3/08]

    6.    Certificate of No Objection [D.I. 6786; 12/29/08]

**D.** **Fifth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period August 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

    1.    Thirteenth Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6471, 10/29/08]

    2.    Certificate of No Objection [D.I. 6599, 11/21/08]

    3.    Fourteenth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6634; 11/26/08]

    4.    Certificate of No Objection [D.I. 6773, 12/23/08]

    5.    Fifteenth Monthly Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6713; 12/12/08]

    6.    Certificate of No Objection [D.I. 6807; 1/6/09]

DB02:7676390.1

066585.1001

E.    **Fifth Interim Fee Request of Milestone Advisors for the Period July 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

    1.    Twelfth Fee Application for the Period July 1, 2008 through July 31, 2008 [D.I. 6225, 10/13/08]

    2.    Certificate of No Objection [D.I. 6517, 11/6/08]

    3.    Thirteenth Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6226, 10/13/08]

    4.    Certificate of No Objection [D.I. 6518, 11/6/08]

    5.    Fourteenth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6420, 10/22/08]

    6.    Certificate of No Objection [D.I. 6578, 11/13/08]

    7.    Fifteenth Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6585, 11/18/08]

    8.    Certificate of No Objection [D.I. 6714; 12/12/08]

F.    **Fifth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period July 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

    1.    Twelfth Fee Application for the Period July 1, 2008 through August 31, 2008 [D.I. 6192, 10/7/08]

    2.    Certificate of No Objection [D.I. 6515, 11/6/08]

    3.    Thirteenth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6546, 11/7/08]

    4.    Certificate of No Objection [D.I. 6652; 12/2/08]

    5.    Fourteenth Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6638; 11/26/08]

    6.    Certificate of No Objection [D.I. 6755, 12/18/08]

G.    **Third Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period August 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

    1.    Fifth Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6227, 10/14/08]

    2.    Certificate of No Objection [D.I. 6533, 11/7/08]

3. Sixth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6412, 10/22/08]

4. Certificate of No Objection [D.I. 6577, 11/13/08]

5. Seventh Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6639; 11/26/08]

6. Certificate of No Objection [D.I. 6756, 12/18/08]

**H.** **First Interim Fee Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Compensation and Reimbursement of Expenses for the Period December 15, 2007 through October 31, 2008 [D.I. 6719; 12/15/08]**

1. First Fee Application for the Period December 15, 2007 through September 30, 2008 [D.I. 6473, 10/29/08]

2. Certificate of No Objection [D.I. 6601, 11/21/08]

3. Second Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6614; 11/21/08]

4. Certificate of No Objection [D.I. 6737, 12/16/08]

**I.** **First Interim Fee Application of Traxi, LLC as counsel of the Debtors for Compensation and Reimbursement of Expenses for the Period October 1, 2008 through October 31, 2008 [D.I. 6719; 12/15/08]**

1. First Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6622; 11/24/08]

2. Certificate of No Objection [D.I. 6800; 1/5/09]

**J.** **First Interim Fee Application of Orlans Associates as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Compensation and Reimbursement of Expenses for the Period August 6, 2007 through April 11, 2008 [D.I. 6719; 12/15/08]**

1. First Fee Application for the Period August 6, 2007 through April 11, 2008 [D.I. 6613; 11/21/08]

2. Certificate of No Objection [D.I. 6736, 12/16/08]

**K.** **Fifth Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 1, 2008 through August 31, 2008 [D.I. 6738; 12/16/08]**

1. Thirteenth Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6632, 11/26/08]

19

2.    Certificate of No Objection [D.I. 6743; 12/17/08]

3.    Fourteenth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6724; 12/16/08]

4.    Fifteenth Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6735; 12/16/08]

**L.    Fifth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 1, 2008 through October 31, 2008 [D.I. 6722; 12/16/08]**

1.    Eleventh Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6266, 10/16/08]

2.    Certificate of No Objection [D.I. 6697; 12/10/08]

3.    Twelfth Fee Application for the Period September 1, 2008 through September 30, 2008 [D.I. 6469, 10/29/08]

4.    Certificate of No Objection [D.I. 6721, 12/16/08]

5.    Thirteenth Fee Application for the Period October 1, 2008 through October 31, 2008 [D.I. 6631; 11/26/08]

6.    Certificate of No Objection [D.I. 6744, 12/17/08]

**M.    Fourth Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 1, 2008 through August 31, 2008 [D.I. 6739; 12/16/08]**

1.    Tenth Fee Application for the Period May 1, 2008 through May 31, 2008 [D.I. 6660; 12/3/08]

2.    Certificate of No Objection [D.I. 6780, 12/29/08]

3.    Eleventh Fee Application for the Period June 1, 2008 through June 30, 2008 [D.I. 6673; 12/5/08]

4.    Certificate of No Objection [D.I. 6781, 12/29/08]

5.    Twelfth Fee Application for the Period July 1, 2008 through July 31, 2008 [D.I. 6674; 12/5/08]

6.    Certificate of No Objection [D.I. 6782, 12/29/08]

7.    Thirteenth Fee Application for the Period August 1, 2008 through August 31, 2008 [D.I. 6679; 12/5/08]

8.      Certificate of No Objection [D.I. 6783, 12/29/08]

**N.      First Interim Fee Application of Hennigan, Bennett & Dorman LLP, Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period March 3, 2008 through October 31, 2008 [D.I. 6760; 12/19/08]**

1.      First Fee Application for the Period March 3, 2008 through October 31, 2008 [D.I. 6760; 12/19/08]

DB02:7676390.1

066585.1001