IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Ref. No. 6612
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 6612

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Approving Settlement Agreement, Assignment and Limited Release with Attorneys' Title Insurance Fund, Inc.(the "Motion") has been received.  The Court's docket which was last updated January 9, 2009, reflects that no objections to the Motion have been filed.  Objections to the Motion were to be filed and served no later than December 15, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
January 9, 2009

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Curtis J. Crowther
        James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Curtis J. Crowther (No. 3238)
        Sean M. Beach (No. 4070)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession