## UNITED STATES BAKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., et al | ) | |
| | ) | CASE NO. 07-11047-CSS |
| | ) | |

### WITHDRAWAL OF CLAIM #10561

PLEASE TAKE NOTICE that the undersigned attorneys, hereby Withdraw their Proof of Claim for the Arapahoe County Treasurer filed October 7, 2008, Claim Number 10561.

Respectfully submitted this 9th day of January, 2009.

KATHRYN L. SCHROEDER
ARAPAHOE COUNTY ATTORNEY

By: /s/ George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO  80166
303.795.4639

### CERTIFICATE OF SERVICE

This is to certify that on this 9th day of January, 2009 a true and correct copy of Withdrawal of claim #10561 was served via ECF Electronic filing.

/s/ Kate Holmgren