Exhibit A

Default Letter

Calyon New York Branch
Calyon Building
1301 Avenue of the Americas
New York, New York 10019

As of August 1, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York 11747
Facsimile: (800) 209-7276
Telephone: (516) 396-7703
Attention: General Counsel

Re: Notice of Event of Default of Sellers

Ladies and Gentlemen:

1. Reference is made to the Repurchase Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "Repurchase Agreement"), by and among LA FAYETTE ASSET SECURITIZATION LLC, as an Issuer, AMSTERDAM FUNDING CORPORATION, as an Issuer, BARTON CAPITAL LLC, as an Issuer, PARK AVENUE RECEIVABLES COMPANY, LLC, as an Issuer, STARBIRD FUNDING CORPORATION, as an Issuer, CALYON NEW YORK BRANCH, as the Administrative Agent, as a Managing Agent and as a Bank, LLOYDS TSB BANK PLC, as a Bank, ABN AMRO BANK N.V., as a Managing Agent and as a Bank, SOCIETE GENERALE, as a Managing Agent and as a Bank, JPMORGAN CHASE BANK, N.A., as a Managing Agent and as a Bank, BNP PARIBAS, as a Managing Agent and as a Bank, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller and AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller. Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Agreement.

2. The Administrative Agent, at the direction of the Majority Banks, hereby notifies the Sellers that Events of Default have occurred and are continuing under the Repurchase Agreement, which Events of Default include but are not to limited to Sections 8.1(e)(i), (ii) and (iv), 8.1(f) and 8.1(t) of the Repurchase Agreement.

3. Pursuant to Section 8.2 of the Repurchase Agreement, the entire unpaid balance of the Repurchase Obligations is hereby due and payable, the Termination Date and all Repurchase Dates hereby occur and the Maximum Facility Amount hereby terminates.

4.  A Material Adverse Effect and Events of Default have occurred and are continuing resulting in the failure of the condition precedent for all Purchases under Section 4.2(d) of the Repurchase Agreement.

5.  The exercise of the forgoing rights and powers shall not preclude the exercise of any other right or remedy available to the Administrative Agent, the Purchasers, the Custodian, each Managing Agent and Bank, now or hereafter existing under the Repurchase Agreement and the other Transaction Documents, at law, or in equity or otherwise.

6.  This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

CALYON NEW YORK BRANCH,
as Administrative Agent

By: _____
Name: SAM PILGER
Title: MANAGING DIRECTOR

By: _____
Name:
Title: RICHARD MCBRIDE
DIRECTOR

*(Signature Page Event of Default, Sellers)*

Exhibit B

Servicing Default Letter

Calyon New York Branch
Calyon Building
1301 Avenue of the Americas
New York, New York 10019

As of August 1, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York 11747
Facsimile: (800) 209-7276
Telephone: (516) 396-7703
Attention: General Counsel

Re: Notice of Event of Default to Servicer

Ladies and Gentlemen:

　　1.  Reference is made to the Repurchase Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "Repurchase Agreement"), by and among LA FAYETTE ASSET SECURITIZATION LLC, as an Issuer, AMSTERDAM FUNDING CORPORATION, as an Issuer, BARTON CAPITAL LLC, as an Issuer, PARK AVENUE RECEIVABLES COMPANY, LLC, as an Issuer, STARBIRD FUNDING CORPORATION, as an Issuer, CALYON NEW YORK BRANCH, as the Administrative Agent, as a Managing Agent and as a Bank, LLOYDS TSB BANK PLC, as a Bank, ABN AMRO BANK N.V., as a Managing Agent and as a Bank, SOCIETE GENERALE, as a Managing Agent and as a Bank, JPMORGAN CHASE BANK, N.A., as a Managing Agent and as a Bank, BNP PARIBAS, as a Managing Agent and as a Bank, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller and AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller.  Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Agreement.

　　2.  The Administrative Agent, at the direction of the Majority Banks, hereby notifies the Servicer that Events of Default have occurred and are continuing under the Repurchase Agreement, which Events of Default include but are not to limited to Sections 8.1(e)(i), (ii) and (iv), (f) and (t) of the Repurchase Agreement.

　　3.  Pursuant to Section 8.2 of the Repurchase Agreement, the entire unpaid balance of the Repurchase Obligations has been declared due and payable, the Termination Date and all Repurchase Dates hereby occur and the Maximum Facility Amount hereby terminates.

　　4.  Pursuant to Section 11.1 of the Repurchase Agreement, the Administrative Agent hereby designates JPMorgan Chase Bank, N.A. to act as Servicer under the Repurchase

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

CALYON NEW YORK BRANCH,
as Administrative Agent

By:_____
Name:        SAM PILCER
Title:       MANAGING DIRECTOR

By:_____
Name:        RICHARD McBRIDE
Title:           DIRECTOR

*(Signature Page Event of Default, Servicer)*

Exhibit C

Notice of Change of Servicer

Calyon New York Branch
Calyon Building
1301 Avenue of the Americas
New York, New York 10019

As of August 1, 2007

DEUTSCHE BANK NATIONAL TRUST COMPANY
Corporate Trust & Agency Services
1761 East St. Andrew Place
Santa Ana, California 92705
Telecopy:   (714) 247-6035
Attention: Mortgage Custody - AH031C

AMERICAN HOME MORTGAGE SERVICING, INC.
538 Broadhollow Road
Melville, New York 11747
Facsimile: (800) 209-7276

Re: <u>Notice of Change of Servicer</u>

Ladies and Gentlemen:

    1.    Reference is made to the Custodial Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "<u>Custodial Agreement</u>"), by and among CALYON NEW YORK BRANCH, as the Administrative Agent, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller, AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Custodian.  Capitalized terms used and not otherwise defined herein are used as defined in the Custodial Agreement.

    2.    Pursuant to Section 11.1 of the Repurchase Agreement, due to the occurrence of Events of Default pursuant to Sections 8.1(e)(i) and (iv),  8.1(f) and 8.1(t) under the Repurchase Agreement, which also constitute Events of Default under the Custodial Agreement,  the Administrative Agent has designated JPMorgan Chase Bank, N.A. to act as Servicer under the Repurchase Agreement and related Transaction Documents with respect to all of the Mortgage Assets other than the Mortgage Assets that constitute purchaser option adjustable rate mortgage loans (the "Purchaser Option Loans"),   The Administrative Agent has designated American Home Mortgage Servicing, Inc. ("AHMS") to act as Servicer under the Repurchase Agreement and related Transaction Documents with respect to the Purchaser Option Loans for a period of one week ending on the earlier of (i) August 8, 2007; provided, however, that such period may be extended (one or more times) for an additional one week period by the Administrative Agent, in its sole and absolute discretion upon written notice to AHMS of such extension by no later than 12:00 Noon on the day prior to the end of the related period, or (ii) until such time as the Administrative Agent appoints a successor Servicer to service such Purchaser Option Loans and

provides written notice to AHMS of the appointment of such successor Servicer. The Administrative Agent shall provide the Custodian notice of the appointment of a successor Servicer to service the Purchaser Option Loans.

3.  The Custodial Agent shall as of the date first written above and on each date hereafter recognize JPMorgan Chase Bank, N.A. as the Servicer under the Custodial Agreement, the Repurchase Agreement and the related Transaction Documents with respect to all Mortgage Assets other than the Purchaser Option Loans. Subject to the Administrative Agent's providing notice pursuant to Section 2 above, the Custodian shall recognize AHMS as the Servicer under the Custodial Agreement, the Repurchase Agreement and the related Transaction Documents regarding the Purchaser Option Loans.

4.  This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

CALYON NEW YORK BRANCH,
as Administrative Agent

By:_____
Name:    SAM PILCER
Title:    MANAGING DIRECTOR

By:_____
Name:
Title:
        RICHARD McBRIDE
        DIRECTOR

*(Signature Page Notice to Custodian of Change of Servicer)*

Exhibit D

First Servicing Extension Letter



**CALYON**
CORPORATE AND INVESTMENT BANK

**CRÉDIT AGRICOLE GROUP**

NEW YORK BRANCH

Calyon New York Branch
Calyon Building
1301 Avenue of the Americas
New York, New York 10019

As of August 6, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York 11747
Facsimile: (800) 209-7276
Telephone: (516) 396-7703
Attention: General Counsel

Re: <u>Continuation of Term Servicing</u>

Ladies and Gentlemen:

　　1. Reference is made to the Repurchase Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "<u>Repurchase Agreement</u>"), by and among LA FAYETTE ASSET SECURITIZATION LLC, as an Issuer, AMSTERDAM FUNDING CORPORATION, as an Issuer, BARTON CAPITAL LLC, as an Issuer, PARK AVENUE RECEIVABLES COMPANY, LLC, as an Issuer, STARBIRD FUNDING CORPORATION, as an Issuer, CALYON NEW YORK BRANCH, as the Administrative Agent, as a Managing Agent and as a Bank, LLOYDS TSB BANK PLC, as a Bank, ABN AMRO BANK N.V., as a Managing Agent and as a Bank, SOCIETE GENERALE, as a Managing Agent and as a Bank, JPMORGAN CHASE BANK, N.A., as a Managing Agent and as a Bank, BNP PARIBAS, as a Managing Agent and as a Bank, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller and AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller and the Notice of Event of Default to Servicer dated as of August 1, 2007 and executed by the Administrative Agent. Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Agreement.



**CALYON**
CORPORATE AND INVESTMENT BANK

## CRÉDIT AGRICOLE GROUP

2. This letter is to notify you that the Administrative Agent has elected to extend the period for which American Home Mortgage Servicing, Inc. ("AHMS") acts as Servicer under the Repurchase Agreement and related Transaction Documents with respect to all purchaser option mortgage adjustable rate loans ("Purchaser Option Loans") for a period of one week ending on the earlier of (i) August 15, 2007; provided, however, that such period may be extended (one or more times) for an additional one week period by the Administrative Agent, in its sole and absolute discretion upon written notice to AHMS of such extension by no later than 12:00 Noon on the day prior to the end of the related period, or (ii) until such time as the Administrative Agent appoints a successor Servicer to service such Purchaser Option Loans and provides written notice to AHMS of the appointment of such successor Servicer.

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

CALYON NEW YORK BRANCH,
as Administrative Agent

By:_____
Name:    Kostantina Kourmpetis
Title:    Managing Director

By:_____
Name:
Title:    SAM PILCER
         MANAGING DIRECTOR

Exhibit E

Second Servicing Extension Letter



**CRÉDIT AGRICOLE GROUP**

NEW YORK BRANCH

Calyon New York Branch
Calyon Building
1301 Avenue of the Americas
New York, New York 10019

As of August 13, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York 11747
Facsimile: (800) 209-7276
Telephone: (516) 396-7703
Attention: General Counsel

Re: Continuation of Term Servicing

Ladies and Gentlemen:

1. Reference is made to the Repurchase Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "Repurchase Agreement"), by and among LA FAYETTE ASSET SECURITIZATION LLC, as an Issuer, AMSTERDAM FUNDING CORPORATION, as an Issuer, BARTON CAPITAL LLC, as an Issuer, PARK AVENUE RECEIVABLES COMPANY, LLC, as an Issuer, STARBIRD FUNDING CORPORATION, as an Issuer, CALYON NEW YORK BRANCH, as the Administrative Agent, as a Managing Agent and as a Bank, LLOYDS TSB BANK PLC, as a Bank, ABN AMRO BANK N.V., as a Managing Agent and as a Bank, SOCIÉTÉ GÉNÉRALE, as a Managing Agent and as a Bank, JPMORGAN CHASE BANK, N.A., as a Managing Agent and as a Bank, BNP PARIBAS, as a Managing Agent and as a Bank, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller and AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller and the Notice of Event of Default to Servicer dated as of August 1, 2007 and executed by the Administrative Agent. Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Agreement.



**CALYON**
CRÉDIT AGRICOLE CIB

2.  This letter is to notify you that the Administrative Agent has elected to extend the period for which American Home Mortgage Servicing, Inc. ("AHMS") acts as Servicer under the Repurchase Agreement and related Transaction Documents with respect to all purchaser option mortgage adjustable rate loans ("Purchaser Option Loans") for a period of one week ending on the earlier of (i) August 22, 2007; provided, however, that such period may be extended (one or more times) for an additional one week period by the Administrative Agent, in its sole and absolute discretion upon written notice to AHMS of such extension by no later than 12:00 Noon on the day prior to the end of the related period, or (ii) until such time as the Administrative Agent appoints a successor Servicer to service such Purchaser Option Loans and provides written notice to AHMS of the appointment of such successor Servicer.

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

CALYON NEW YORK BRANCH,
as Administrative Agent

By: _____
Name: ____SAM PILCER_____
Title: ____MANAGING DIRECTOR

By: _Barbara Kelle_____
Name: _Barbara Kelle_
Title: _Managing Director_

Exhibit F

Third Servicing Extension Letter

Calyon New York Branch
Calyon Building
1301 Avenue of the Americas
New York, New York 10019

As of August 20, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York 11747
Facsimile: (800) 209-7276
Telephone: (516) 396-7703
Attention: General Counsel

Re: Continuation of Term Servicing

Ladies and Gentlemen:

1. Reference is made to the Repurchase Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "Repurchase Agreement"), by and among LA FAYETTE ASSET SECURITIZATION LLC, as an Issuer, AMSTERDAM FUNDING CORPORATION, as an Issuer, BARTON CAPITAL LLC, as an Issuer, PARK AVENUE RECEIVABLES COMPANY, LLC, as an Issuer, STARBIRD FUNDING CORPORATION, as an Issuer, CALYON NEW YORK BRANCH, as the Administrative Agent, as a Managing Agent and as a Bank, LLOYDS TSB BANK PLC, as a Bank, ABN AMRO BANK N.V., as a Managing Agent and as a Bank, SOCIETE GENERALE, as a Managing Agent and as a Bank, JPMORGAN CHASE BANK, N.A., as a Managing Agent and as a Bank, BNP PARIBAS, as a Managing Agent and as a Bank, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller and AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller and the Notice of Event of Default to Servicer dated as of August 1, 2007 and executed by the Administrative Agent. Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Agreement.

2.  This letter is to notify you that the Administrative Agent has elected to extend the period for which American Home Mortgage Servicing, Inc. ("AHMS") acts as Servicer under the Repurchase Agreement and related Transaction Documents with respect to all purchaser option mortgage adjustable rate loans ("Purchaser Option Loans") for a period of one week ending on the earlier of (i) August 29, 2007; provided, however, that such period may be extended (one or more times) for an additional one week period by the Administrative Agent, in its sole and absolute discretion upon written notice to AHMS of such extension by no later than 12:00 Noon on the day prior to the end of the related period, or (ii) until such time as the Administrative Agent appoints a successor Servicer to service such Purchaser Option Loans and provides written notice to AHMS of the appointment of such successor Servicer.

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

CALYON NEW YORK BRANCH,
as Administrative Agent

By: _____
Name:    SAM PILCER
Title:    MANAGING DIRECTOR

By: _____
Name:    BARBARA KELLC
Title:    MANAGING DIRECTOR

Exhibit G

Servicing Termination Letter

Calyon New York Branch
Calyon Building
1301 Avenue of the Americas
New York, New York 10019

As of August 28, 2007

DEUTSCHE BANK NATIONAL TRUST COMPANY
Corporate Trust & Agency Services
1761 East St. Andrew Place
Santa Ana, California  92705
Telecopy:   (714) 247-6035
Attention:  Mortgage Custody - AH031C

AMERICAN HOME MORTGAGE SERVICING, INC.
538 Broadhollow Road
Melville, New York  11747
Facsimile:  (800) 209-7276

Re: Notice of Replacement of Interim Servicer with New Servicer

Ladies and Gentlemen:

1.  Reference is made to the Repurchase Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "Repurchase Agreement"), and to the Custodial Agreement, dated as of November 21, 2006, as may be amended, restated or modified from time to time (the "Custodial Agreement"), by and among CALYON NEW YORK BRANCH, as the Administrative Agent, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller, AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Custodian.  Reference is further made to the letter dated as of August 1, 2007 attached hereto as Exhibit A ("Notice of Change of Servicer").  Capitalized terms used herein and not otherwise defined herein are used as defined in the Notice of Change of Servicer.

2.  You are hereby informed that the Administrative Agent will not extend past the one week period ending August 29, 2007, the designation of American Home Mortgage Servicing, Inc. ("AHMS") as interim Servicer with respect to the Purchaser Option Loans pursuant to the terms of the Notice of Change of Servicer.  Furthermore, as contemplated by the Notice of Change of Servicer, the Administrative Agent hereby provides the Custodial Agent and AHMS with notice of the designation of Cenlar FSB as the successor Servicer with respect to the Purchaser Option Loans.

3.  The Custodial Agent shall as of August 30, 2007 and on each date thereafter recognize Cenlar FSB as the Servicer under the Custodial Agreement, the Repurchase Agreement and the related Transaction Documents with respect to the Purchaser Option Loans.

4. Pursuant to Section 11.3 of the Repurchase Agreement, and with respect to the Purchaser Option Loans, the Administrative Agent hereby requests that AHMS, along with the other Sellers under the Repurchase Agreement, at their own expense, (i) notify each Obligor of the Lien on such Purchaser Option Loan Assets and direct that payments be made directly to the Administrative Agent or Cenlar FSB as the Administrative Agent's designee, (ii) assemble all of the documents, instruments and other records (including, without limitation, computer tapes and disks) that evidence or relate to such Purchaser Option Loans, or that are otherwise necessary or desirable to collect such Purchaser Option Loan Assets, and shall make the same available to the Administrative Agent or Cenlar FSB as the Administrative Agent's designee at a place to be determined by Cenlar FSB and (iii) segregate all cash, checks and other instruments received by it from time to time constituting Collections in a manner reasonably acceptable to the Administrative Agent or Cenlar FSB as the Administrative Agent's designee and, promptly upon receipt, remit all such cash, checks and instruments, duly endorsed or with duly executed instruments of transfer, to the Administrative Agent or Cenlar FSB as the Administrative Agent's designee. Further, with respect to the Mortgage Assets, the Administrative Agent hereby requests that AHMS, along with the other Sellers under the Repurchase Agreement, at their own expense, provide the Administrative Agent with MERS Identification Numbers for each MERS Designated Mortgage Loan sold to the Purchasers for which MERS is the mortgagee of record.

5. This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

CALYON NEW YORK BRANCH,
as Administrative Agent

By: _____
Name:  Alan Sidrane
Title:  Managing Director

By: _____
Name:  John-Charles van Essche
Title:  Managing Director