Exhibit H

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  Ref. Docket No. ____
                                                                 :
---------------------------------------------------------------- x

### ORDER SUSTAINING OBJECTION TO CLAIMS OF CALYON NEW YORK BRANCH AS ADMINISTRATIVE AGENT PURSUANT TO REPURCHASE AGREEMENT

Upon consideration of the Debtors' Objection to Claims of Calyon New York Branch as Administrative Agent Pursuant to Repurchase Agreement (the "Objection")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by which the Debtors requested the entry of an order, pursuant to sections 502(b) and 562 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, disallowing in full and expunging the Repurchase Claims, and all related pleadings and documents and the record; having found that the Court has jurisdiction over this matter, and that adequate notice has been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

ORDERED that the Repurchase Claims are hereby disallowed in full and expunged; and it is further

ORDERED that all rights of the Debtors are reserved, including without limitation: (i) the right to bring any causes of action under applicable sections of the Bankruptcy Code or other applicable law, including, but not limited to, the right to seek turnover of any excess value of the Calyon Loan Porfolio; (ii) the right to enforce any setoff or recoupment rights against Calyon; and (iii) the right to enforce any of the previous stipulations or orders relating to Calyon. Separate notice and a hearing will be scheduled for any such objection or assertion of such further rights; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2009

                Christopher S. Sontchi
                United States Bankruptcy Judge