# EXHIBIT I

**Declaration of Puneet Agrawal**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
In re:                                    :   Chapter 11
                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]        :
                                          :   Jointly Administered
         Debtors.                         :
--------------------------------------------------------------- x
```

## DECLARATION OF PUNEET AGRAWAL IN SUPPORT OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Puneet Agrawal, pursuant to 28 U.S.C. § 1746, declare:

1.      I am a manager for Zolfo Cooper, LLC, the court-approved financial advisor for the above-captioned debtors and debtors in possession (the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.      Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases.  The claims

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq"). These efforts resulted in the identification of the "No Liability Claims," "Multiple Debtor Claims," "Modified Amount Claims," "Reclassified Claims," "Insufficient Documentation Claims," and "Construction Loan Claims" as defined in the Objection and identified respectively in Exhibits A, B, C, D, E and F to the Proposed Order.

3.      The information contained in Exhibits A, B, C, D, E and F to the Proposed Order is true and correct to the best of my knowledge.

4.      The Debtors have reviewed their books and records and determined that they have no record of any liability on account of the claims identified in Exhibit A to the Proposed Order. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in full the No Liability Claims.

5.      The Debtors have reviewed their books and records and determined that the claimants asserting the claims identified in Exhibit B to the Proposed Order filed identical claims against multiple Debtors. The Debtors have determined that these claims are duplicative of other claims that were filed against the correct Debtor. Therefore, the Debtors seek to expunge and disallow in full the Multiple Debtor Claims.

6.      The Debtors have reviewed their books and records and determined that the claims identified in Exhibit C to the Proposed Order should be modified to the amounts listed in Exhibit C. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in part the Modified Amount Claims.

7.      The Debtors have reviewed their books and records and determined that the claims identified in Exhibit D to the Proposed Order should be reclassified to different priority

levels as indicated in Exhibit D. Accordingly, to prevent these claims from receiving undue priority, the Debtors seek to reclassify the Reclassified Claims.

8.      The Debtors have determined based upon a review of the claims docket and the claims identified on Exhibit E to the Proposed Order that such claims were filed without sufficient documentation or alleged facts and the claimants have failed to provide additional requested documentation. Accordingly, the Debtors seek to expunge and disallow in full the Insufficient Documentation Claims.

9.      The Debtors have determined based upon a review of the claims docket and the claims identified on Exhibit F to the Proposed Order that the claimants asserting such claims have (i) failed to allege facts sufficient to show that the Debtors breached the Construction Loans, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Accordingly, the Debtors seek to expunge and disallow in full the Construction Loan Claims.

10.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2009

_____    Jan 9, 2009
Puneet Agrawal
Manager
Zolfo Cooper, LLC

# EXHIBIT II

**Notice for Claimants Listed in <u>Exhibit A</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

---------------------------------------------------------------- x

: Chapter 11
:
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: **Response Deadline: February 10, 2009 at 4:00 p.m. (ET)**
: **Hearing Date: February 17, 2009 at 10:30 a.m. (ET)**

## NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** [Claimant's Name
and Address]

**Basis for Objection:** <u>No Liability Claim</u> – the Debtors' books and records show no liability on account of this claim

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Expunged Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
      Wilmington, Delaware

                                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT III

**Notice for Claimants Listed in <u>Exhibit B</u> of the Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------- x

In re:                                                  : Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        : Jointly Administered
        Debtors.                                        :
                                                        : **Response Deadline: February 10, 2009 at 4:00 p.m. (ET)**
                                                        : **Hearing Date: February 17, 2009 at 10:30 a.m. (ET)**

-------------------------------------------------------------------- x

**NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** [Claimant's Name          **Basis for Objection:** Multiple Debtor Claim - Identical claims
        and Address]                                   against multiple Debtors

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Expunged Claim:** | [Claim Number] | [Claim Amount] |
| **Surviving Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the
**Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the
"Objection"), a copy of which is attached hereto.  The Debtors seek by this Objection to disallow the
claim listed above because you have filed identical claims against multiple Debtors.  The Debtors
have determined, after review of their books and records, that the claim listed in the "Expunged
Claim" row was filed against the wrong Debtor, and the claim listed in the "Surviving Claim" row
above was filed against the correct Debtor.  The Objection seeks to alter your rights by disallowing
the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00
p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors
listed below so that the response is received on or before the Objection Deadline.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979);
American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New
York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407);
Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York
corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
        Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT IV

**Notice for Claimants Listed in <u>Exhibit C</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                      :   Chapter 11
                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹            :
                                            :   Jointly Administered
         Debtors.                           :
                                            :   Response Deadline: February 10, 2009 at 4:00 p.m. (ET)
                                            :   Hearing Date: February 17, 2009 at 10:30 a.m. (ET)
------------------------------------------------------------ x
```

### NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** [Claimant's Name and Address]    **Basis for Objection:**    <u>Modified Amount Claim</u> - Debtors' books and records show a modified amount of liability

| Claim Number<br>[Claim Number] | Date Filed<br>[Date Filed] | Case Number<br>[Case Number] | Total Amount Claimed<br>[Amount]<br>[Priority level] | Modified Amount<br>[Amount]<br>[Priority level] |
|---|---|---|---|---|

[Comment]

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be reduced to the amount indicated above in the "Modified Amount" column. The Objection seeks to alter your rights by modifying the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
      Wilmington, Delaware

          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
          Nathan D. Grow (No. 5014)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware  19801
          Telephone: (302) 571-6756
          Facsimile: (302) 571-1253

          Counsel to the Debtors and Debtors in Possession

# EXHIBIT V

**Notice for Claimants Listed in <u>Exhibit D</u> of the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             :   Jointly Administered
                                                             :
         Debtors.                                            :   Response Deadline: February 10, 2009 at 4:00 p.m. (ET)
                                                             :   Hearing Date: February 17, 2009 at 10:30 a.m. (ET)
------------------------------------------------------------ x
```

## NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: [Claimant's Name          **Basis for Objection:**       <u>Reclassified Claim</u> - Debtors' books and records show
and Address]                                                 claim should be reclassified

| Claim Number [Claim Number] | Date Filed [Date Filed] | Case Number [Case Number] | Total Amount Claimed [Amount] [Priority level] | Reclassified Amount [Amount] [Priority level] |
|---|---|---|---|---|

[Comment]

  The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto.  The Debtors have determined, after review of their books and records, that your claim should be reclassified as indicated above in the column titled "Reclassified Amount."  The Objection seeks to alter your rights by reclassifying the priority level of your claim.

  Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
      Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                Nathan D. Grow (No. 5014)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19801
                Telephone: (302) 571-6756
                Facsimile: (302) 571-1253

                Counsel to the Debtors and Debtors in Possession

# EXHIBIT VI

**Notice for Claimants Listed in <u>Exhibit E</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Response Deadline: February 10, 2009 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: February 17, 2009 at 10:30 a.m. (ET)** |

----------------------------------------------------------------- x

### NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| **TO:** [Claimant's Name and Address] | **Basis for Objection:** | Insufficient Documentation Claim |  |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | **Claim to be Expunged:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to your claim listed above in the "Claim to be Expunged" row because this claim was filed without sufficient supporting documentation or facts to support a legal basis for a claim. Based on your claim and any documentation filed with your claim, the Debtors submit that they have no liability for any amounts alleged. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
      Wilmington, Delaware

                                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                    Nathan D. Grow (No. 5014)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware  19801
                                    Telephone: (302) 571-6756
                                    Facsimile: (302) 571-1253

                                    Counsel to the Debtors and Debtors in Possession

# EXHIBIT VII

**Notice for Claimants Listed in <u>Exhibit F</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
In re:                                       :   Chapter 11
                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹            :
                                             :   Jointly Administered
        Debtors.                             :
                                             :   Response Deadline: February 10, 2009 at 4:00 p.m. (ET)
                                             :   Hearing Date: February 17, 2009 at 10:30 a.m. (ET)
----------------------------------------------------------------- x
```

### NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: [Claimant's Name and Address] | **Basis for Objection:** | Construction Loan Claim | |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | **Claim to be Expunged:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to your claim listed above in the "Claim to be Expunged" row because you have (i) failed to allege facts sufficient to show that the Debtors breached your construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of your alleged damages. Moreover, the Debtors assert that you are liable to the Debtors for amounts dispersed under your construction loan. To the extent that the Debtors are liable at all, the amount of their liability is offset by the amount you owe pursuant to your construction loan. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
      Wilmington, Delaware

                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                  Nathan D. Grow (No. 5014)
                  The Brandywine Building
                  1000 West Street, 17th Floor
                  Wilmington, Delaware  19801
                  Telephone: (302) 571-6756
                  Facsimile: (302) 571-1253

                  Counsel to the Debtors and Debtors in Possession