# EXHIBIT VIII

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
                                                                 :
          Debtors.                                               :
                                                                 :   Ref. Docket No. _____
---------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twenty-ninth omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E and F hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit A, B, E, and F are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby modified by reducing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in Exhibit D; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      February ___, 2009

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A
## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7928 | 1/9/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7930 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7931 | 1/9/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7932 | 1/9/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7933 | 1/9/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7935 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMIN-BARBARA CAMPBELL, PRES.<br>GSR MORTGAGE LOAN TRUST 2007<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | 9225 | 1/11/08 | 07-11053 | Unspecified* | Debtors have determined claimant's claim is not valid against this debtor. Similar claims exist against other debtors |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HUGHES, SHARAINE<br>C/O MARY CATHERINE SHERIDAN ESQ<br>HALL SICKELS FREI KATTENBURG & MIMS PC<br>12120 SUNSET HILLS RD STE 150<br>RESTON, VA 20190 | 8786 | 1/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,450,000.00 (U)<br>$1,450,000.00 (T) | Claim based on default judgment that was procured after the petition date in violation of the automatic stay. Claim was not alleged against the Debtors until after statute of limitations had expired. Debtors did not commit the actions alleged in claim. To the extent that co-defendant Thomas McCarthy committed actions alleged, they were outside the scope of employment. Claimant has failed to submit basis for claimed amount and has provided no documentation of amount of claimed damages |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | 3346 | 11/26/07 | 07-11047 | $363.97 (S)<br>- (A)<br>$67,716.93 (P)<br>$59,356.95 (U)<br>$127,437.85 (T) | Debtors' books, records and filed returns indicate no amounts are due |
| JONES, HERMAN B.<br>1325 SHORES BLVD.<br>ROCKWALL, TX 75087 | 8761 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$423,000.00 (U)<br>$423,000.00 (T) | Claim is for amounts loaned by the Debtors to the claimant. Debtors books and records indicate that no amounts are owed to the claimant. |
| KOENIG, SARAH / SCHRIER, BENJAMIN/JOSHUA AND LISE<br>C/O STEPHEN H. FINKESLTEIN, ESQ.<br>276 FIFTH AVENUE, SUITE 604<br>NEW YORK, NY 10001-4509 | 10140 | 3/24/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$436,625.00 (U)<br>$436,625.00 (T) | Debtor and claimant have come to a mutually agreed upon settlement |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1931 | 11/1/07 | 07-11049 | - (S)<br>- (A)<br>$36,000.00 (P)<br>- (U)<br>$36,000.00 (T) | Debtors' books, records and filed returns indicate no amounts are due |
| SEAHORN, SAMUEL<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | 10298 | 4/28/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$118,636.50 (U)<br>$118,636.50 (T) | Claim is duplicative of claim 10297 filed by the same claimant. |
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>ATTN YOLANDA PENDILTON<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 9849 | 1/29/08 | 07-11051 | - (S)<br>$73,294.87 (A)<br>$109,648.09 (P)<br>- (U)<br>$182,942.96 (T) | Debtors' books, records and filed returns indicate no amounts are due |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10574 | 11/25/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim arises out of a contract with "American Home Mortgage." Claim does not assert any liability against the listed Debtor. |

―――――― Objectionable Claims ――――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. C/O MR. MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10022 | 10575 | 11/25/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim arises out of a contract with "American Home Mortgage." Claim does not assert any liability against the listed Debtor. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. C/O MR. MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10022 | 10576 | 11/25/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim arises out of a contract with "American Home Mortgage." Claim does not assert any liability against the listed Debtor. |

Totals: 17 Claims

$363.97 (S)
$73,294.87 (A)
$213,365.02 (P)
$1,128,607,362.51 (U)
$1,128,894,386.37 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Multiple Debtor Claims**

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 10225 | 4/17/08 | 07-11054 | -<br>-<br>-<br>$11,568,088.37<br>$11,568,088.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claims (10232, 10231, 10230, 10229 and 10228). |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 10226 | 4/17/08 | 07-11053 | -<br>-<br>-<br>$11,568,088.37<br>$11,568,088.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claims (10232, 10231, 10230, 10229 and 10228). |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | 10227 | 4/17/08 | 07-11052 | -<br>-<br>-<br>$11,568,088.37<br>$11,568,088.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claims (10232, 10231, 10230, 10229 and 10228). |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | 8058 | 1/10/08 | 07-11047 | -<br>-<br>-<br>$272,368.38<br>$272,368.38 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8059). |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K. LEVINE / PALTZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | 8061 | 1/10/08 | 07-11048 | -<br>-<br>-<br>$4,969.51<br>$4,969.51 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8062). |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K LEVINE / PALTZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOR NEW YORK, NY 10018 | 8063 | 1/10/08 | 07-11047 | -<br>-<br>-<br>$4,969.51<br>$4,969.51 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8062). |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. C/O PLATZER SWERGOLD KARLIN LEVINE ET AL ATTN SCOTT K LEVINE, ESQ 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | 8065 | 1/10/08 | 07-11047 | -<br>-<br>-<br>$1,305,949.98<br>$1,305,949.98 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8066). |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| THACHER PROFFITT & WOOD LLP<br>JONATHAN D. FORSTOT<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | 1865 | 11/1/07 | 07-11049 | -<br>-<br>-<br>$883,420.73<br>$883,420.73 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (1868, filed against American Home Mortgage Investment Corp.). |
| THACHER PROFFITT & WOOD LLP<br>JONATHAN D. FORSTOT<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | 1866 | 11/1/07 | 07-11050 | -<br>-<br>-<br>$883,420.73<br>$883,420.73 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (1868, filed against American Home Mortgage Investment Corp.). |
| THACHER PROFFITT & WOOD LLP<br>JONATHAN D. FORSTOT<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | 1867 | 11/1/07 | 07-11051 | -<br>-<br>-<br>$883,420.73<br>$883,420.73 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (1868, filed against American Home Mortgage Investment Corp.). |
| **Totals:** | **10 Claims** | | | -<br>-<br>-<br>$38,942,784.68<br>$38,942,784.68 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Modified Amount Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7927 | 1/9/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | - (S)<br>- (A)<br>- (P)<br>$37,852,554.00 (U)<br>$37,852,554.00 (T) | Claimants and debtors are in agreement that the appropriate amount of claimant's claim is $37,852,554.00. |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7929 | 1/9/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | - (S)<br>- (A)<br>- (P)<br>$37,852,554.00 (U)<br>$37,852,554.00 (T) | Claimants and debtors are in agreement that the appropriate amount of claimant's claim is $37,852,554.00. |
| CHASE PAYMENTECH SOLUTIONS, LLC<br>C/O CLAY M TAYLOR<br>201 MAIN ST STE 2500<br>FORT WORTH, TX 76102 | 1099 | 9/17/07 | 07-11047 | $79,000.00 (S)<br>- (A)<br>- (P)<br>$621,000.00 (U)<br>$700,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$29,411.90 (U)<br>$29,411.90 (T) | Claimant and the debtors have come to an agreement on the modified amount |
| FORSYTHE APPRAISALS LLC<br>ATTN PRESIDENT<br>222 LITTLE CANADA ROAD<br>SAINT PAUL, MN 55117 | 2178 | 11/14/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$55,900.00 (U)<br>$55,900.00 (T) | - (S)<br>- (A)<br>- (P)<br>$47,125.00 (U)<br>$47,125.00 (T) | Modified to match debtors' books and records |
| KIRK, GLORIA VS. AMERICAN HOME MTG CORP.<br>2:06-CV02603 ATTN: W STEPHEN GARDNER,<br>MULLINS GARDNER PLC<br>P.O. BOX 41893<br>MEMPHIS, TN 38174 | 7020 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,394,558.02 (U)<br>$1,394,558.02 (T) | - (S)<br>- (A)<br>- (P)<br>$65,182.82 (U)<br>$65,182.82 (T) | Claim is for damages resulting from the termination of an employment contract. Under section 502(b)(7) of the Bankruptcy Code, claimant is entitled to a claim for one year of compensation pursuant to the terms of her contract. |
| PEARSON & ASSOCIATES, INC.<br>ATTN MICHAEL PEARSON, PRESIDENT<br>350 W KENSINGTON # 110<br>MOUNT PROSPECT, IL 60056 | 53 | 8/23/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$31,135.00 (U)<br>$31,135.00 (T) | - (S)<br>- (A)<br>- (P)<br>$30,935.00 (U)<br>$30,935.00 (T) | Modified to match debtors' books and records |

─────── Objectionable Claims ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | 6 Claims | | | $79,000.00 (S)<br>- (A)<br>- (P)<br>$373,656,571.56 (U)<br>$373,735,571.56 (T) | - (S)<br>- (A)<br>- (P)<br>$75,877,762.72 (U)<br>$75,877,762.72 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Reclassified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| RA 520 BROADHOLLOW ROAD LLC<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | 9238 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,361,077.54 (U)<br>$1,361,077.54 (T) | $133,200.00 (S)<br>- (A)<br>- (P)<br>$1,227,877.54 (U)<br>$1,361,077.54 (T) | Modified to match Debtors' books for amount claimant holds as security deposit |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$1,361,077.54 (U)<br>$1,361,077.54 (T) | $133,200.00 (S)<br>- (A)<br>- (P)<br>$1,227,877.54 (U)<br>$1,361,077.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Insufficient Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| POWELL, STEVEN & DEL MENARD, KIMBERLY<br>LAW OFFICE OF RICHARDS S. MILLER, ESQ.<br>1600 S. MAIN STREET, SUITE 230<br>WALNUT CREEK, CA 94596 | 9257 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Claim has insufficient documentation for the debtors to determine the extent to which they are liable |
| VAN OEVEREN, BARBARA M.<br>PO BOX 308<br>FALL CITY, WA  98024 | 10365 | 4/30/08 | No Case | Unspecified* | Claim has insufficient documentation for the debtors to determine the extent to which they are liable |
| Totals: | | | 2 Claims | - (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Exhibit F
## Construction Loan Claims

| Name/Address of Claimant | Objectionable Claims | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| KOTHARY, MANISH<br>444 WASHINGTON BLVD<br>STE 6238<br>JERSEY CITY, NJ 07310 | 9051 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,866,841.00 (U)<br>$2,866,841.00 (T) | AHM issued a construction loan to the claimant. Claimant has (i) failed to allege facts sufficient to show that the Debtors breached the construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Moreover, to the extent that the Debtors are liable at all, the amount of their liability is offset by the amount owed to them by the claimant under the construction loan. |
| RUCKER, JAMES D.<br>5057 CORONADO DRIVE<br>EL DORADO HILLS, CA 95762 | 10347 | 4/30/08 | 07-11047 | $589,823.22 (S)<br>- (A)<br>$2,447,330.10 (P)<br>- (U)<br>$3,037,153.36 (T) | AHM issued a construction loan to the claimant. Claimant has (i) failed to allege facts sufficient to show that the Debtors breached the construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Moreover, to the extent that the Debtors are liable at all, the amount of their liability is offset by the amount owed to them by the claimant under the construction loan. |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | 10327 | 4/30/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,570,000.00 (U)<br>$5,570,000.00 (T) | AHM issued a construction loan to the claimant. Claimant has (i) failed to allege facts sufficient to show that the Debtors breached the construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Moreover, to the extent that the Debtors are liable at all, the amount of their liability is offset by the amount owed to them by the claimant under the construction loan. |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | 10328 | 4/30/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$192,312.00 (U)<br>$192,312.00 (T) | AHM issued a construction loan to the claimant. Claimant has (i) failed to allege facts sufficient to show that the Debtors breached the construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Moreover, to the extent that the Debtors are liable at all, the amount of their liability is offset by the amount owed to them by the claimant under the construction loan. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 4 Claims | | $589,823.22 (S)<br>- (A)<br>$2,447,330.10 (P)<br>$8,629,153.00 (U)<br>$11,666,306.36 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.