# PPP
## PROMOTIONAL PRODUCTS
## —— PARTNERS ——

405 Washington Blvd., Mundelein, IL 60060
p: 847-970-9797    f: 847-970-9707
www.pppartners.net

FILED 2009 JAN -6 PM 2:10 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE

To: Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware

Regarding: American Home Mortgage Holdings, Inc. Delaware Corporation, et. Al.

In Response to Case No. 07-11047 (CSS)

We believe the objection of wrong debtor claim should be dismissed.

Our original case did not assert a debtor. We amended claim 202 to claim American Home Mortgage Holdings. We assert holdings because we supplied goods and services to all the companies including holdings. Since they were ultimately responsible for all the operating companies that we supplied – they should be responsible. We supplied imprinted items such as golf shirts and beach towels. The list included Gift cards, coffee mugs, pens, water bottles and trade show displays. There were no boundaries within the company as to who could order from us. We had 1 account set up in our system and all sales were to Holdings. On a sympathetic note – our costs were real, these were items we sold at low margin in volume with the purpose to keep our people employed to feed real families.

We would appreciate the courts understanding and agree with our assertion that we were a supplier to American Home Mortgage Holdings.

Thanks for your time and understanding.

Dated: January 6, 2009

*Michael Gomberg, Manager*

*[signature]*

**Your Partner in Promotional Products!**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Response Deadline: January 6, 2009 at 4:00 p.m. (ET) |
| ) | Hearing Date: January 13, 2009 at 11:00 a.m. (ET) |

AHM OB26 12/12/2008 (merge2.txnum2) 4000000150 EPIQ Use - 108

PROMOTIONAL PRODUCTS PARTNERS, LLC
ATTN MICHAEL GOMBERG
405 WASHINGTON BLVD
MUNDELEIN, IL 60060

### NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: PROMOTIONAL PRODUCTS PARTNERS, LLC
ATTN MICHAEL GOMBERG
405 WASHINGTON BLVD
MUNDELEIN, IL 60060

| | Basis For Objection: | Wrong Debtor Claim - Claim asserted against wrong debtor |
|---|---|---|
| | Claim # | Claim Amount | New Case Number |
| Claim to be Reassigned | 202 | $301,376.00 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before **January 6, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JANUARY 13, 2009 AT 11:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 12, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession