RAYMOND G. FORTNER, JR., County Counsel
RALPH L. ROSATO, Assistant County Counsel
EMERY EL HABIBY, Deputy County Counsel
STATE BAR NO.: 219781
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1206
Facsimile: (213) 687-8822

Attorneys for LOS ANGELES COUNTY
TREASURER AND TAX COLLECTOR

**ORIGINAL**

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | CASE NO. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | (Jointly Administered) |
| | Response Deadline: 1/6/2009 |
| | Hearing Date: 1/13/2009 @ 11:00a.m. |
| Debtors. | |

### RESPONSE OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR TO DEBTOR'S TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

The Los Angeles County Treasurer and Tax Collector ("LACTTC") respectfully submits its response to the Debtor's Twenty-Sixth Omnibus (Non-Substantive) Objection pursuant to 11 U.S.C. §502(b) and , Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1.

### I. BACKGROUND

On August 6, 2007, debtor American Home Mortgage Holdings, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Bar Date for filing Proofs of Claims was set for January 11, 2008.

### II. LAW AND ARGUMENT

Debtor American Home Mortgage Holdings, Inc. now alleges that certain claims filed by the LACTTC (Claim #10516 for $256.39; Claim #10517 for $298,176.83; Claim #10553 for

HOA.576338.1

1  $304,363.41) should be disallowed and expunged in their entirety because said claims were
2  purportedly filed after the Bar Date.
3      The Claims at issue are timely amendments to previously filed and timely Proofs of
4  Claims. Claim No. 10516 for $256.39 amends timely Claim No. 158 for $197.61. Claim No.
5  10517 for $298,176.83 is a timely filed amended claim (which amended Claim No. 8832 for
6  $107,421.79), and was itself later amended by Claim No. 10553 for $304,363.41. Therefore,
7  Claim No. 10517 has been superseded by Claim No. 10553.
8      As a result, LACTCC has two valid Proof of Claims filed in this matter: (1) Claim No.
9  10553 for $304,363.41 in secured taxes (filed on 9/15/08, but relating back to Claim No. 8832
10 filed 12/04/07); and (2) Claim No. 10516 for $256.39 in unsecured taxes (filed on 9/11/08, but
11 relating back to Claim No. 158 filed 8/21/07).
12     WHEREFORE, the Los Angeles County Treasurer and Tax Collector, prays upon hearing
13 of the Debtor's Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims, the Court admit its
14 Claims Nos. 10516 and 10553, deny the objection and award it such other and further relief as to
15 which it may show itself justly entitled.

17 DATED: January 6, 2009          Respectfully submitted,

18                                 RAYMOND G. FORTNER, JR.
                                   County Counsel

20                                 By _____
21                                    EMERY EL HABIBY
                                      Deputy County Counsel

                                   Attorneys for LOS ANGELES COUNTY
23                                 TREASURER AND TAX COLLECTOR

# DECLARATION OF SERVICE
Case No. 07-11047 (CSS)

STATE OF CALIFORNIA, County of Los Angeles:

Barbara Holmes states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on January 6, 2009, I served the attached:

**RESPONSE OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR TO DEBTOR'S TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS**

upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached mailing list:

| | |
|---|---|
| **Young Conaway Stargatt & Taylor, LLP**<br>**Nathan D. Grow**<br>**The Brandywine Building**<br>**1000 West Street, 17th Floor**<br>**Wilmington, Delaware 19801** | **U.S. Bankruptcy Court**<br>**District of Delaware**<br>**824 Market Street**<br>**3rd Floor**<br>**Wilmington, Delaware 19801** |

☒ **(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

☐ **(BY FACSIMILE)** I caused such document to be delivered from the facsimile machine at telephone number _____ on [date]_____ at _____ a.m. / p.m. to the facsimile machine at telephone number _____. The transmission was reported as complete and without error. A copy of the transmission report was properly issued by the transmitting facsimile machine and is attached hereto.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on January 6, 2009, at Los Angeles, California.

Barbara Holmes
**Type or Print Name of Declarant**
**and, for personal service by a Messenger Service,**
**include the name of the Messenger Service**

*[Signature: Barbara J. Holmes]*
**Signature**

HOA.576373.1