ORIGINAL



| | |
|---|---|
| 1 | RAYMOND G. FORTNER, JR., County Counsel<br>RALPH L. ROSATO, Assistant County Counsel |
| 2 | EMERY EL HABIBY, Deputy County Counsel<br>STATE BAR NO.: 219781 |
| 3 | 648 Kenneth Hahn Hall of Administration<br>500 West Temple Street |
| 4 | Los Angeles, California 90012-2713<br>Telephone: (213) 974-1206 |
| 5 | Facsimile: (213) 687-8822 |
| 6 | Attorneys for LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | CASE NO. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | (Jointly Administered)<br><br>Response Deadline: 1/6/2009<br>Hearing Date:     1/13/2009 @ 11:00a.m. |
| Debtors. | |

**DECLARATION OF EMERY EL HABIBY FOR RESPONSE TO DEBTOR'S TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS**

I, Emery El Habiby, declare:

1.   I am an attorney licenced to practice law before this Court and employed by the County of Los Angeles Office of County Counsel as a Deputy County Counsel. I am the attorney primarily responsible for handling this case and make this declaration on the basis of my own personal knowledge. If called as a witness, I would competently testify to the matters contained in this declaration.

2.   By way of this declaration, Los Angeles County Treasure and Tax Collector respectfully requests that the court consider our Response to Debtor's Twenty-sixth Omnibus (Non-substantive) Objection to Claims that was mailed to this Court on January 6, 2008.

HOA.576659.1

3. On January 6, 2008, our office attempted file our response by Electronic Filing but was unable to do so even though we had been assigned a password to file electronically.

4. Attached is copy of Los Angeles County Treasurer and Tax Collector's Response to Debtor's Twenty-Sixth Omnibus (Non-substantive) Objection to Claims that was mailed to and served on this Court on January 6, 2009.

5. I am sincerely sorry for any inconvenience I may have caused this Court, and its staff.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of January, 2009, at Los Angeles, California.

*[Signature]*
EMERY EL HABIBY
Declarant