ORIGINAL

RAYMOND G. FORTNER, JR., County Counsel
RALPH L. ROSATO, Assistant County Counsel
EMERY EL HABIBY, Deputy County Counsel
STATE BAR NO.: 219781
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1206
Facsimile: (213) 687-8822

Attorneys for LOS ANGELES COUNTY
TREASURER AND TAX COLLECTOR

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>CASE NO. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Response Deadline: 1/6/2009<br>Hearing Date:    1/13/2009 @ 11:00a.m. |

**AMENDED PROOF OF SERVICE FOR RESPONSE OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR TO DEBTOR'S TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS**

Attached is an *Amended* Proof of Service for **RESPONSE OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR TO DEBTOR'S TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS** which was served on January 6, 2009 and send via U. S. Mail to be filed with this Court.

///

HOA.576726.1

## DECLARATION OF SERVICE
Case No. 07-11047 (CSS)

STATE OF CALIFORNIA, County of Los Angeles:

I, Margie Sims, state: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on January 7, 2009, I served the attached

**AMENDED PROOF OF SERVICE FOR RESPONSE OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR TO DEBTOR'S TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS**

upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached mailing list:

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Nathan D. Grow<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801 | The Office of the Untied States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801 |

☒ **(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on January 7, 2009, at Los Angeles, California.

Margie Sims
**Type or Print Name of Declarant
and, for personal service by a
Messenger Service, include the
name of the Messenger Service**

_/s/ Margie Sims_
**Signature**

HOA.576726.1                                         -2-