**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | **Re:  Docket No. 6724** |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTEENTH MONTHLY
APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE
HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2008
THROUGH SEPTEMBER 30, 2008 [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Fourteenth Monthly Application of Blank Rome LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period September 1, 2008 through September 30, 2008 [Docket No. 6724]* (the "Application") filed on December 16, 2008.  The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 5, 2009 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay Blank Rome LLP $8,226.80, which represents 80% of the fees requested ($10,283.50) and $615.50 which represents 100% of the expenses requested in the Application for the period of September 1, 2008 through September 30, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    January 13, 2009                    **BLANK ROME LLP**

                                              By:  _/s/ David W. Carickhoff_
                                                   Bonnie Glantz Fatell (DE No. 3809)
                                                   David W. Carickhoff (DE No. 3715)
                                                   1201 Market Street, Suite 800
                                                   Wilmington, DE  19801
                                                   Telephone:  (302) 425-6400
                                                   Facsimile:  (302) 425-6464

                                                   *Co-Counsel for the Official Committee of*
                                                   *Unsecured Creditors*