IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

I hereby certify that on the 12th day of January 2009, copies of the Official Committee of Borrowers' First Set of Interrogatories to the Debtors, Official Committee of Borrowers' First Request for Production to the Debtors, and Amended Notice of Deposition were electronically sent to:

> Sean M. Beach Esquire
> Patrick A. Jackson, Esquire
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> sbeach@ycst.com
> pjackson@ycst.com

Dated: Wilmington, Delaware
January 13, 2009

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Attorneys for the Official Committee of Borrowers

1

2101127.1