# **EXHIBIT A**

**Fifth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/08-8/31/08<br>10/2/08<br>6180 | 318,228.50 | 39,593.00 |
| 9/1/08-9/30/08<br>10/22/08<br>6443 | 458,977.00 | 31,806.03 |
| 10/1/08-10/31/08<br>12/1/08<br>6646 | 375,577.00 | 46,260.88 |
| Totals | 1,152,782.50 | 117,659.91 |

**Fifth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 7/1/08-8/31/08<br>10/7/08<br>6192 | 34,274.50 | 3,059.61 |
| 9/1/08-9/30/08<br>11/7/08<br>6546 | 11,016.50 | 631.43 |
| 10/1/08-10/31/08<br>11/26/08<br>6638 | 10,036.00 | 17.20 |
| Totals | 55,327.00 | 3,708.24 |

**Fifth Interim Fee Request of Cadwalader, Wickersham & Taft LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/08-10/31/08<br>12/12/08<br>6712 | 199,942.00 | 9,162.94 |
| Totals | 199,942.00 | 9,162.94 |

**Fifth Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/08-8/31/08<br>10/1/08<br>6173 | 269,441.50 | 274,454.38 |
| 9/1/08-9/30/08<br>10/29/08<br>6472 | 197,127.00 | 177,060.75 |
| 10/1/08-10/31/08<br>12/3/08<br>6662 | 116,070.00 | 51,723.11 |
| Totals | 582,638.50 | 503,238.24 |

**Fifth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/08-8/31/08<br>10/29/08<br>6471 | 18,508.50 | 3,951.15 |
| 9/1/08-9/30/08<br>11/26/08<br>6634 | 39,181.50 | 407.00 |
| 10/1/08-10/31/08<br>12/12/08<br>6713 | 64,936.25 | 3,812.94 |
| Totals | 122,626.25 | 8,171.09 |

**Fifth Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 7/1/08-7/31/08<br>10/13/08<br>6225 | 200,000.00 | 414.21 |
| 8/1/08-8/31/08<br>10/13/08<br>6226 | 200,000.00 | 861.36 |
| 9/1/08-9/30/08<br>10/22/08<br>6420 | 200,000.00 | 0.00 |
| 10/1/08-10/31/08<br>11/18/08<br>6585 | 100,000.00 | 24.70 |
| Totals | 700,000.00 | 1,300.27 |

**Third Interim Fee Request of PricewaterhouseCoopers Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/08-8/31/08<br>10/14/08<br>6227 | 48,781.50 | 0.00 |
| 9/1/08-9/30/08<br>10/22/08<br>6412 | 43,652.00 | 159.20 |
| 10/1/08-10/31/08<br>11/26/08<br>6639 | 18,465.00 | 0.00 |
| Totals | 110,898.50 | 159.20 |

**Interim Fee Request of Orlans Associates, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-4/11/08<br>11/21/08<br>6613 | 25,320.00 | 20,288.06 |
| Totals | 25,320.00 | 20,288.06 |

**First Interim Fee Request of Traxi LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 10/1/08-10/31/08<br>11/24/08<br>6622 | 95,650.00 | 9,982.00 |
| Totals | 95,650.00 | 9,982.00 |

**Interim Fee Request of Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP), Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 12/15/07-9/30/08<br>10/29/08<br>6473 | 46,816.25 | 238.40 |
| 10/1/08-10/31/08<br>11/21/08<br>6614 | 4,114.50 | 29.40 |
| Totals | 50,930.75 | 267.80 |

**Fifth Interim Fee Request of Blank Rome LLP, Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/08-8/31/08<br>11/26/08<br>6632 | 14,547.00 | 1,177.48 |
| 9/1/08-9/30/08<br>12/16/08<br>6724 | 10,283.50 | 615.50 |
| 10/1/08-10/31/08<br>12/16/08<br>6735 | 16,372.00 | 510.34 |
| Totals | 41,202.50 | 2,303.32 |

**Fourth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/08-8/31/08<br>10/16/08<br>6266 | 171,253.50 | 427.16 |
| 9/1/08-9/30/08<br>10/29/08<br>6469 | 147,217.50 | 521.07 |
| 10/1/08-10/31/08<br>11/25/08<br>6631 | 76,574.50 | 2,089.14 |
| Totals | 395,045.50 | 3,037.37 |

**Fourth Interim Fee Request of Hahn & Hessen, LLP, Co-Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 5/1/08-5/31/08 <br> 12/3/08 <br> 6660 | 181,783.50 | 4,606.22 |
| 6/1/08-6/30/08 <br> 12/5/08 <br> 6673 | 196,630.50 | 6,470.09 |
| 7/1/08-7/31/08 <br> 12/5/08 <br> 6674 | 206,217.50 | 3,157.08 |
| Totals | 584,631.50 | 14,233.39 |

**First Interim Fee Request of Hennigan, Bennett & Dorman, LLP, Special Conflicts Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 5/3/08-10/31/08<br>12/19/08<br>6760 | 124,834.50 | 6,691.47 |
| Totals[2] | 124,834.50 | 6,691.47 |

---

[2] In response to an informal objection received from counsel to the United States Trustee, HBD has voluntarily agreed to reduce the amount of fees requested pursuant to its First Interim Fee Application covering the period from May 3, 2008 through October 3, 2008, by an aggregate amount of $1,138.50 form $125,973.00 to $124,834.50.