# EXHIBIT A

# Exhibit A
## No Liability Claims

| | | Objectionable Claims | | |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| A.SWIND, SCOTT<br>3828 BEAUMONT LOOP<br>SPRING HILL, FL 34609 | 10188 | 4/7/08 | No Case | $37,622.04 (S)<br>- (A)<br>- (P)<br>- (U)<br>$37,622.04 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| BEED, DONNIE<br>6527 REEFTON AVE<br>CYPRESS, CA 90630 | 10280 | 4/28/08 | No Case | $86,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$86,500.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| BOLGER, JOHN M.<br>2452 WATERBURY LANE<br>BUFFALO GROVE, IL 60089 | 10098 | 3/13/08 | No Case | $102,600.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$102,600.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| BORISHKEVICH, ALEKSANDR<br>37819 21ST COURT SOUTH<br>FEDERAL WAY, WA 98003 | 10100 | 3/14/08 | No Case | $34,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,500.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| BROOKS, SHERYL<br>21420 INDEPENDENCE<br>SOUTHFIELD, MI 48076 | 10281 | 4/28/08 | No Case | $35,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$35,000.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| BUSACCA, DARLENE<br>834 MOWAT CIRCLE<br>HAMILTON, NJ 08690 | 10123 | 3/21/08 | No Case | $65,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$65,000.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| CANTU, JOSE<br>11712 VAN BUREN STREET NE<br>BLAINE, MN 55434 | 10282 | 4/28/08 | No Case | $63,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$63,000.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |

## —— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CHERNEKOFF, GERALD<br>3207 HEATHER COURT<br>WILMINGTON, DE 19809 | 10249 | 4/21/08 | No Case | $148,200.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$148,200.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| CLARK, DAVID R.<br>2121 DYAN WAY<br>MAITLAND, FL 32751 | 10204 | 4/11/08 | No Case | $117,434.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$117,434.10 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| CRUZ, ROBERT C.<br>3375 NE SUNBURST AVENUE<br>HILLSBORO, OR 97124 | 10171 | 4/1/08 | No Case | $628,499.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$628,499.98 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| CUNNINGHAM JAMES S<br>3950 KINGS POINTE DRIVE<br>MANSFIELD, OH 44903 | 10257 | 4/23/08 | No Case | $65,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$65,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| DEL ZOTTO, THOMAS A.<br>2014 SAILOR CLAIM WAY<br>GOLD RIVER, CA 95670 | 10303 | 4/28/08 | No Case | $40,425.12 (S)<br>- (A)<br>- (P)<br>- (U)<br>$40,425.12 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| GANGE, JANICE L.<br>2673 TOY LANE<br>SAN JOSE, CA 95121 | 10279 | 4/28/08 | No Case | $60,790.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$60,790.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate loan was sold to GMAC Mortgage and no amounts are due |
| GILFEDDER, BRENDAN J<br>21 UPPER DRIVE, ROBIN PARK<br>HUNTINGTON, NY 11743 | 10342 | 4/30/08 | No Case | $58,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$58,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate loan was sold to GMAC Mortgage and no amounts are due |
| GOSS, JUDITH M.<br>185 STONEFOREST DRIVE<br>WOODSTOCK, GA 30189 | 10273 | 4/25/08 | No Case | $131,039.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$131,039.98 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| GUERRA TAPIA, VICTOR HUGO<br>13834 ZIRCON WAY<br>VICTORVILLE, CA 92394 | 10268 | 4/24/08 | No Case | $265,000.00 (S)<br>- (A)<br>$32,245.00 (P)<br>- (U)<br>$297,245.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HOLMES, CORLIS ALFREDA<br>2000 ALICE AVENUE #202<br>OXON HILL, MD 20745 | 10153 | 3/27/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$196,000.00 (U)<br>$196,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| HUSTON, JAMES R.<br>PO BOX 105<br>GLENVIEW, IL 60025 | 10185 | 4/4/08 | No Case | $85,470.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$85,470.24 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| J.MEULENERS, DAVID<br>835 MERGANSER AVENUE<br>WINSTED, MN 55395 | 10097 | 3/13/08 | No Case | $169,900.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$169,900.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| JAUREGUI, ISAAC & TRACI<br>23650 AIROSA PLACE<br>MORENO VALLEY, CA 92557 | 10330 | 4/30/08 | No Case | $80,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$80,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| KENNEDY, MARK O.<br>202 WARREN STREET<br>MOUNT VERNON, WA 98273 | 10156 | 3/28/08 | No Case | $105,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$105,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| MARSHALL, RICHMOND KYLE<br>7995 HOLLY COURT<br>DENVER, NC 28037 | 10138 | 3/24/08 | No Case | $137,000.00 (S)<br>- (A)<br>- (P)<br>$466.19 (U)<br>$137,466.19 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| MITCHELL, TINA R.<br>8 OLD ELM ROAD<br>JOLIET, IL 60433 | 10329 | 4/30/08 | No Case | $230,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$230,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| MORRIS, KATHLEEN L<br>103 TANGELO UNIT 402<br>IRVINE, CA 92618 | 10320 | 4/29/08 | No Case | $6,575.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,575.28 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MOURE, PAUL T. 4352 GOLDENROD COURT CHINO, CA 91710 | 10331 | 4/30/08 | No Case | $42,500.00 (S) - (A) - (P) - (U) $42,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| NELSON, LAURA 157 SHELTER ROCK RD #49 DANBURY, CT 06810 | 10192 | 4/7/08 | No Case | $25,188.00 (S) - (A) - (P) - (U) $25,188.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| O'CONNELL, MICHAEL R 4848 WINTERWOOD DRIVE RALEIGH, NC 27613 | 10286 | 4/24/08 | No Case | Unspecified* | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PARKINS, LARRY 773 ROLLING GREENDRIVE WEST SACRAMENTO, CA 95605 | 10372 | 4/28/08 | No Case | $588,000.00 (S) - (A) - (P) - (U) $588,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PEELE, TIM ROGER 4736 CHURCHILL STREET NORTH CHARLESTON, SC 29405 | 10054 | 3/10/08 | No Case | $100,000.00 (S) - (A) - (P) - (U) $100,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PENNINGTON, BEN 2301 ADAMS CREEK DRIVE CINCINNATI, OH 45231 | 10286 | 4/28/08 | No Case | $30,913.55 (S) - (A) - (P) - (U) $30,913.55 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PERKINS, LARRY 773 ROLLING GREEN DRIVE WEST SACRAMENTO, CA 95605 | 10272 | 4/25/08 | No Case | $588,000.00 (S) - (A) - (P) - (U) $588,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PERRY, MELVIN 7 TRADITIONS COURT COLUMBIA, SC 29229 | 10170 | 3/31/08 | No Case | $218,089.00 (S) - (A) - (P) - (U) $218,089.00 (T) | Claim is for amounts loaned to the claimant. Both claimant and Debtors agree no amounts are due |
| POLIZZI, ANTHONY L. PERSONAL AND CONFIDENTIAL 340 MAIN STREET SAUGERTIES, NY 12477 | 10338 | 4/30/08 | No Case | $43,000.00 (S) - (A) - (P) - (U) $43,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

SANCHEZ, SALVADOR JOE
915 NORTH L STREET
LOMPOC, CA 93436

SHINDELAIR, SHERI
2040 W. WARNER AVE. # 104
CHICAGO, IL 60618

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SMITH, SCOTT W.<br>5252 WEST 125TH STREET<br>HAWTHORNE, CA 90250 | 10318 | 4/29/08 | No Case | $85,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$85,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| SPOONER, MICHELLE L.<br>1743 CARMEL DRIVE #21<br>WALNUT CREEK, CA 94596 | 4187 | 12/3/07 | No Case | $228,750.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$228,750.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| | 10189 | 4/7/08 | No Case | $200,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$200,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| | 10065 | 3/12/08 | No Case | $31,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,500.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| | 2801 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$450.19 (P)<br>- (U)<br>$450.19 (T) | Per Debtors' books and records, no payable vacation time remains outstanding |
| | 10337 | 4/30/08 | No Case | $62,780.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$62,780.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| PORATH, AMY L.<br>2355 HOWARD DRIVE<br>SPARKS, NV 88434 | 10254 | 4/21/08 | No Case | $296,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$296,400.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| REMAX GOLD COUNTRY PROPERTIES<br>851 PLEASANT VALEY RD<br>DIANE HALL<br>DIAMOND SPRINGS, CA 95619 | 10308 | 4/29/08 | No Case | $106,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$106,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| RICHMOND, CHARLES<br>POB 751344<br>LAS VEGAS, NV 89136 | 10147 | 3/27/08 | No Case | $321,388.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$321,388.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |

Printed on 12/1/2008 at 11:16:54AM

ROMANO, DAVID M.
10 WOODLAND DRIVE
WEST WARWICK, RI 02893

RUSSO, MATTHEW
27 COLLINGWOOD DRIVE
DIX HILLS, NY 11746

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| STITES, PAUL B.<br>1308 LIBERINI COURT<br>MODESTO, CA 95355 | 10255 | 4/21/08 | No Case | Unspecified* | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| STONE, JONATHAN FALCON<br>1320 POTOMAC COURT<br>WILMINGTON, NC 28411 | 10317 | 4/29/08 | No Case | $135,899.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$135,899.98 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| THORNTON, SONYA L<br>2151 GUNSMITH TERRACE<br>WOODBRIDGE, VA 22191 | 10214 | 4/14/08 | No Case | $17,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$17,000.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| TUCKER, CELESTINE<br>737 RANTOUL LANE<br>LAKE MARY, FL 32746 | 10345 | 4/30/08 | No Case | $324,000.00 (S)<br>- (A)<br>- (P)<br>$324,000.00 (U)<br>$324,000.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| WASHINGTON, SHEILA<br>P.O.BOX 6363<br>GARDEN GROVE, CA 92648 | 10290 | 4/28/08 | No Case | $91,630.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$91,630.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| WEBB, MOSES A.<br>6713 SWINDON PLACE<br>MANASSAS, VA 20112 | 10241 | 4/18/08 | No Case | $193,800.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$193,800.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| WEYRAUCH, STEPHEN<br>10535 EAST BETONY DR<br>SCOTTSDALE, AZ 85255 | 10150 | 3/27/08 | No Case | Unspecified* | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | 10310 | 4/29/08 | No Case | $25,000.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$25,000.10 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |
| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | 10311 | 4/29/08 | No Case | $201,850.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$201,850.00 (T) | Claim is for amounts loaned to the claimant, Debtors' books and records indicate no amounts are due |

## ——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WRIGHT, HOWARD E<br>543 NORWAY AVE<br>CINCINNATI, OH 45229 | 10381 | 5/5/08 | No Case | $10,000.00 (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due |
| **Totals:** | **52 Claims** | | | $6,719,745.37 (S)<br>- (A)<br>$450.19 (P)<br>$562,711.19 (U)<br>$6,948,906.75 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Modified Amount Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| AARONS, DAWN M<br>294 E 45TH ST<br>BROOKLYN, NY 11203 | 4386 | 12/3/07 | 07-11051 | Unspecified*<br><br><br> | - (S)<br>$2,000.00 (A)<br>- (P)<br>- (U)<br>$2,000.00 (T) | Modified to match Debtors' books and records for vacation pay |
| ARROYO, CRISTINA B.<br>1906 S. GREENVILLE<br>SANTA ANA, CA 92704 | 8405 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | - (S)<br>$2,343.75 (A)<br>- (P)<br>- (U)<br>$2,343.75 (T) | Claimant received partial payment for vacation pay on 9/10/07. Modified amount reflects amounts owed according to Debtors' books and records |
| BAKER, ANGELA F<br>18789 CHAPLAINS<br>CHAPEL RD<br>BRIDGEVILLE, DE 19933 | 4953 | 12/10/07 | 07-11051 | Unspecified*<br><br><br> | - (S)<br>$1,142.31 (A)<br>- (P)<br>- (U)<br>$1,142.31 (T) | Modified to match Debtors' books and records for vacation pay |
| BIANCA, ROSANN<br>957 THOMPSON DR<br>W. BAY SHORE, NY 11706 | 306 | 9/4/07 | 07-11051 | - (S)<br>$3,076.96 (P)<br>- (U)<br>$3,076.96 (T) | - (S)<br>$2,307.69 (A)<br>- (P)<br>- (U)<br>$2,307.69 (T) | Modified to match Debtors' books and records for vacation pay |
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | 6551 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$1,749.95 (P)<br>- (U)<br>$1,749.95 (T) | - (S)<br>$570.46 (A)<br>- (P)<br>- (U)<br>$570.46 (T) | Modified to match Debtors' books and records for vacation pay |
| BOYD, MARSHA M<br>121 UNION AVE SE<br>RENTON, WA 98059 | 2581 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$3,477.69 (P)<br>$3,477.69 (U)<br>$3,477.69 (T) | - (S)<br>$3,477.69 (A)<br>- (P)<br>- (U)<br>$3,477.69 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| BRUMFIELD, SHARON D.<br>13033 BUMPY HOLLOW LN<br>HANOVER, VA 23069 | 1415 | 10/4/07 | 07-11053 | - (S)<br>- (A)<br>$1,385.00 (P)<br>$1,385.00 (U)<br>$1,385.00 (T) | - (S)<br>- (A)<br>$1,385.00 (P)<br>- (U)<br>$1,385.00 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. No basis for priority claim exists under section 507 of the Bankruptcy Code. |

##### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| DOVE, JEANNE A<br>3927 LONGFELLOW ST<br>ALLENTOWN, PA 181043334 | 2224 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$2,538.46 (P)<br>- (U)<br>$2,538.46 (T) | - (S)<br>- (A)<br>$2,030.77 (P)<br>- (U)<br>$2,030.77 (T) | Modified to match Debtors' books and records for vacation pay |
| EGLINTON, GARY S (SCOTT)<br>2887 S GREENLEAF CIR<br>BOYNTON BEACH, FL 33426 | 7847 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,144.62 (P)<br>- (U)<br>$1,144.62 (T) | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | Modified to match Debtors' books and records for vacation pay |
| EISELE, GARY<br>281 ELMORE AVE APT 2<br>EAST MEADOW, NY 11554 | 6933 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$4,873.05 (P)<br>$696.30 (U)<br>$5,569.35 (T) | - (S)<br>- (A)<br>$696.30 (P)<br>- (U)<br>$696.30 (T) | Modified to match Debtors' books and records for vacation pay |
| GOGARTY, JAIME A<br>255 BELMORE AVE<br>EAST ISLIP, NY 11730 | 2638 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,127.75 (P)<br>- (U)<br>$2,127.75 (T) | - (S)<br>- (A)<br>$861.60 (P)<br>- (U)<br>$861.60 (T) | Modified to match Debtors' books and records for vacation pay |
| HARRIS, LISA L<br>917 CRIMSON WILLOW DR<br>HUNTERTOWN, IN 46748 | 7445 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$2,152.20 (P)<br>- (U)<br>$2,152.20 (T) | - (S)<br>- (A)<br>$323.08 (P)<br>- (U)<br>$323.08 (T) | Modified to match Debtors' books and records for vacation pay |
| LAMB, PEGGY A<br>400 JASINSKI ST<br>MANVILLE, NJ 08835 | 2277 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,815.46 (P)<br>- (U)<br>$1,815.46 (T) | - (S)<br>- (A)<br>$442.38 (P)<br>- (U)<br>$442.38 (T) | Modified to match Debtors' books and records for vacation pay |
| LANE, SARAH A<br>1498 E ANTELOPE RD<br>DOUGLAS, WY 82633 | 6136 | 12/21/07 | 07-11051 | $486.00 (S)<br>- (A)<br>$486.00 (P)<br>- (U)<br>$486.00 (T) | - (S)<br>- (A)<br>$486.00 (P)<br>- (U)<br>$486.00 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| MARAVILLA, ERICKA A<br>16801 MOUNT OLSEN CR<br>FOUNTAIN VALLEY, CA 92708 | 3677 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$952.00 (P)<br>$952.00 (U)<br>$952.00 (T) | - (S)<br>- (A)<br>$952.00 (P)<br>- (U)<br>$952.00 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| MITCHELL, GENELLE L<br>5003 123 ST SE<br>EVERETT, WA 98208 | 4170 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,386.54 (P)<br>- (U)<br>$1,386.54 (T) | Modified to match Debtors' books and records for vacation pay |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MOORE, SANDRA<br>2718 CORVALIS AVE<br>FORT WAYNE, IN 46809 | 5392 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>$40.00 (P)<br>$13.40 (U)<br>$538.40 (T) | - (S)<br>- (A)<br>$538.40 (P)<br>- (U)<br>$538.40 (T) | Modified to match Debtors' books and records for vacation pay |
| MYER, KAREN L<br>701 RANDI DR SE<br>LEESBURG, VA 20175 | 1410 | 10/3/07 | 07-11051 | - (S)<br>- (A)<br>$2,215.39 (P)<br>$2,215.39 (U)<br>$2,215.39 (T) | - (S)<br>- (A)<br>$2,215.39 (P)<br>- (U)<br>$2,215.39 (T) | Amounts asserted at various priority levels do not add up to the asserted total of claim. |
| THOMAS, ELLEN<br>2 JOHN F. KENNEDY DRIVE<br>NORTON, MA 02766 | 6153 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$5,706.04 (P)<br>- (U)<br>$5,706.04 (T) | - (S)<br>- (A)<br>$5,008.50 (P)<br>- (U)<br>$5,008.50 (T) | Modified to match Debtors' books and records for vacation pay |
| THOMPSON, STEVEN L<br>3 HAWTHORNE RIDGE CIR<br>TRUMBULL, CT 066115710 | 310 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$1,384.80 (P)<br>- (U)<br>$1,384.80 (T) | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) | Modified to match Debtors' books and records for vacation pay |
| **Totals:** | **20 Claims** | | | $486.00 (S)<br>- (A)<br>$40,125.37 (P)<br>$8,739.78 (U)<br>$41,320.07 (T) | - (S)<br>- (A)<br>$28,917.48 (P)<br>$1,385.00 (U)<br>$30,302.48 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Reclassified Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | | |
| ADAMS, SUSAN<br>47 TAMALPAIS ROAD<br>FAIRFAX, CA 94930 | 10332 | 4/30/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$774.25 (U)<br>$774.25 (T) | 07-11051 | - (S) No basis for secured claim exists under section 506 of the Bankruptcy Code<br>- (A)<br>- (P)<br>$774.25 (U)<br>$774.25 (T) |
| APPRAISAL AUTHORITY LLC<br>ATTN KEVIN BURKHANDT<br>47 DISTLER AVE<br>W CALDWELL, NJ 07006 | 3417 | 11/26/07 | | $2,236.30 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,236.30 (T) | 07-11053 | - (S) No basis for secured claim exists under section 506 of the Bankruptcy Code<br>- (A)<br>- (P)<br>$2,236.30 (U)<br>$2,236.30 (T) |
| APPRAISAL NETWORK<br>ATTN MICHAEL LEVITT<br>13 MADISON AVENUE<br>PEABODY, MA 01960 | 2999 | 11/23/07 | No Case | - (S)<br>- (A)<br>$650.00 (P)<br>- (U)<br>$650.00 (T) | 07-11053 | - (S) No basis for priority exists under section 507 of the Bankruptcy Code<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) |
| APPRAISAL RESEARCH REVIEW CO.<br>ATTN JEANNE KENWORTHY<br>12 RICHMOND HILL<br>LAGUNA NIGUEL, CA 92677 | 4146 | 12/3/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S) No basis for priority exists under section 507 of the Bankruptcy Code<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) |
| APPRAISAL SERVICES NORTHWEST<br>ATTN SHELLEY K CUNNINGHAM, OWNER<br>37305 W LAKE WLAKER DR SE<br>ENUMCLAW, WA 98022 | 6686 | 12/31/07 | No Case | - (S)<br>- (A)<br>$905.00 (P)<br>- (U)<br>$905.00 (T) | 07-11053 | - (S) No basis for priority exists under section 507 of the Bankruptcy Code<br>- (A)<br>- (P)<br>$905.00 (U)<br>$905.00 (T) |
| APPRAISALS PLUS INC.<br>ATTN R. FITZGERALD<br>332 KING ST<br>RAYNHAM, MA 027671350 | 2702 | 11/19/07 | No Case | $1,375.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,375.00 (T) | 07-11053 | - (S) No basis for secured claim exists under section 506 of the Bankruptcy Code<br>- (A)<br>- (P)<br>$1,375.00 (U)<br>$1,375.00 (T) |
| ARLINGTON APPRAISAL SERVICES<br>ATTN STEPHEN GRIFFITH OWNER<br>124 N WEST AVENUE<br>ARLINGTON, WA 98223 | 1308 | 9/28/07 | No Case | - (S)<br>- (A)<br>$425.00 (P)<br>- (U)<br>$425.00 (T) | 07-11053 | - (S) No basis for priority exists under section 507 of the Bankruptcy Code<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ATHENA APPRAISALS<br>ATTN DANETTE MILLER - OWNER/APPRAISER<br>115 N PLAINS RD<br>THE PLAINS, OH 45780 | 7557 | 1/7/08 | No Case | - (S)<br>$535.00 (P)<br>- (U)<br>$535.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$535.00 (U)<br>$535.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| AULBAUGH & ASSOCIATES<br>ATTN JACK AULBAUGH, OWNER<br>4347 PHELAN BLVD # 101 B<br>BEAUMONT, TX 77707 | 1291 | 9/27/07 | No Case | - (S)<br>$1,075.00 (P)<br>$1,075.00 (U)<br>$1,075.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,075.00 (U)<br>$1,075.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| BOLVES, HERB A.<br>570 N HART BLVD.<br>ORLANDO, FL 32818 | 1498 | 10/10/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| BURNETT, BENNY L.<br>TODAY'S REALTY, INC.<br>2475 LIVINGSTON RD<br>JACKSON, MS 39213 | 1427 | 10/5/07 | No Case | - (S)<br>$375.00 (P)<br>- (U)<br>$375.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| CALDWELL APPRAISAL<br>ATTN TROY CALDWELL<br>328 NE SUNDERLAND CT<br>LEES SUMMIT, MO 64064 | 2688 | 11/19/07 | No Case | - (S)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| CITYSCAPE APPRAISAL, INC.<br>ATTN PRESIDENT<br>4600 N. CUMBERLAND AVENUE, SUITE 509<br>CHICAGO, IL 60656 | 1894 | 11/5/07 | No Case | $400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| COLLINS APPRAISAL SERVICE<br>1038 W. ROBINWOOD DRIVE<br>STOCKTON, CA 95207 | 5588 | 12/17/07 | No Case | - (S)<br>$400.00 (P)<br>$400.00 (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| CUNNINGHAM APPRAISAL<br>ATTN RICHARD A. CUNNINGHAM<br>6709 W 119TH ST<br>OVERLAND PARK, KS 66209 | 2563 | 11/19/07 | No Case | - (S)<br>$950.00 (P)<br>$950.00 (U)<br>$950.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$950.00 (U)<br>$950.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |

MARKET APPRAISAL INC
ATTN MARGO H.
7019 14 AV NW
SEATTLE, WA 98117

MCCARTHY APPRAISAL SVCS INC
168 WHITTLE AV
BLOOMFIELD, NJ 07003

**Objectionable Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| MCGLOTHAN, JERRY W<br>4E QUEEN VICTORIA WAY<br>CHESTER, MD 21619 | 2722 | 11/19/07 | No Case | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | - (S) Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>- (A) No basis for priority exists under section 507 of the Bankruptcy Code. |
| MIKE SURLES & ASSOC., INC.<br>856 LOWCOUNTRY BLVD STE 100<br>MOUNT PLEASANT, SC 29464 | 2329 | 11/16/07 | No Case | - (S)<br>- (A)<br>$450.00 (P)<br>$450.00 (U)<br>$450.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | - (S) Claims asserted at multiple priority levels do not add up to the total amount asserted.<br>- (A) No basis for priority exists under section 507 of the Bankruptcy Code. |
| MOORE & ASSOCIATES<br>ATTN LESLIE C. MOORE, OWNER<br>10347 LINN STATION ROAD<br>LOUISVILLE, KY 40223 | 2735 | 11/19/07 | No Case | $182.00 (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$632.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$632.00 (U)<br>$632.00 (T) | - (S) No basis for secured claim exists under section 506 of the Bankruptcy Code |
|  | 5018 | 12/10/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
|  | 6269 | 12/24/07 | No Case | $4,170.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,170.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$4,170.00 (U)<br>$4,170.00 (T) | - (S) No basis for secured claim exists under section 506 of the Bankruptcy Code |
|  | 10056 | 3/10/08 | No Case | $2,784.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,784.00 (T) | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$2,784.00 (U)<br>$2,784.00 (T) | - (S) No basis for secured claim exists under section 506 of the Bankruptcy Code |
|  | 340 | 9/5/07 | No Case | - (S)<br>- (A)<br>$1,375.00 (P)<br>- (U)<br>$1,375.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,375.00 (U)<br>$1,375.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |
| HERMAN JAGGERS<br>4709 CR 135<br>LEXINGTON, AL 35648 | 2838 | 11/20/07 | No Case | - (S)<br>- (A)<br>$1,850.00 (P)<br>- (U)<br>$1,850.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,850.00 (U)<br>$1,850.00 (T) | - (S) No basis for priority exists under section 507 of the Bankruptcy Code |

*Printed on 12/12/2008 at 11:14:10AM*

HUNT APPRAISAL SERVICES
ATTN THOMAS L. HUNT
1195 PAUMA VALLY ROAD
BANNING, CA 92220

LEFTHAND APPRAISAL
4723 LUCCA DR
LONG MONT, CO 80503

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ORE CAL REAL ESTATE APPRAISAL<br>ATTN SUSAN PETTERSON<br>PO BOX 678<br>MERRILL, OR 97633 | 2653 | 11/19/07 | No Case | - (S)<br>- (A)<br>$675.00 (P)<br>- (U)<br>$675.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$675.00 (U)<br>$675.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| PENINSULA APPRAISALS<br>PO BOX 406<br>FISH CREEK, WI 54212 | 2851 | 11/20/07 | No Case | $570.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$570.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$570.00 (U)<br>$570.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| PRESSLY APPRAISAL SERVICE<br>ATTN GORDON H. PRESSLY<br>5200 PARK RD # 122<br>CHARLOTTE, NC 28210 | 3264 | 11/26/07 | No Case | - (S)<br>- (A)<br>$1,700.00 (P)<br>- (U)<br>$1,700.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,700.00 (U)<br>$1,700.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| REYNOLDS APPRAISAL SERVICES,<br>ATTN PENELOPE P REYNOLDS, PRESIDENT<br>29 W LOOCKERMAN ST<br>DOVE, DE 19904 | 8574 | 1/11/08 | No Case | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SARA A FRASER APPRAISALS INC<br>ATTN SARA A. FRASER<br>2544 WASHINGTON STREET<br>EUGENE, OR 97405 | 2337 | 11/16/07 | No Case | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| SAUNDERS APPRAISALS<br>STANLEY SAUNDERS OWNER<br>PO BOX 480<br>MARIANNA, FL 32447 | 3544 | 11/26/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SHULTZ APPRAISAL CO<br>ATTN JEFF SHULTZ<br>23 RAMSEY RD<br>ASHEVILLE, NC 28806 | 6775 | 1/2/08 | No Case | - (S)<br>- (A)<br>$700.00 (P)<br>- (U)<br>$700.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$700.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| SMITH APPRAISAL GROUP, INC<br>ATTN W. STONE SMITH, PRESIDENT<br>2105 PARK AVE S-25<br>ORANGE PARK, FL 32073 | 2790 | 11/19/07 | No Case | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| TATE APPRAISAL & CONSULTATION ATTN KIM TATE, APPRAISER/OWNER 1115 WATERLILY RD COINJOCK, NC 27923 | 8468 | 1/10/08 | No Case | - (S) - (A) $700.00 (P) - (U) $700.00 (T) | 07-11053 | - (S) - (A) - (P) $700.00 (U) $700.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| THOMAS BROWN, APPRAISER P.O. BOX 5354 TAKOMA PARK, MD 20912 | 2666 | 11/19/07 | No Case | - (S) $350.00 (A) $350.00 (P) $350.00 (U) $350.00 (T) | 07-11053 | - (S) - (A) - (P) $350.00 (U) $350.00 (T) | Claims asserted at multiple priority levels do not add up to the total amount asserted. No basis for priority exists under section 507 of the Bankruptcy Code. |
| TMC APPRAISAL SERVICES LLC 64 WOODBURY MERIDIAN, ID 83646 | 6395 | 12/26/07 | No Case | - (S) - (A) $350.00 (P) - (U) $350.00 (T) | 07-11053 | - (S) - (A) - (P) $350.00 (U) $350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| ZILZ, DIANA K. 910 ALBERT AVENUE SYCAMORE, IL 60178 | 1217 | 9/25/07 | No Case | - (S) - (A) $403.20 (P) - (U) $403.20 (T) | 07-11053 | - (S) - (A) - (P) $403.20 (U) $403.20 (T) | No basis for priority exists under section 507 of the Bankruptcy Code |
| Totals: | 35 Claims | | | $12,491.55 (S) - (A) $18,018.20 (P) $6,825.00 (U) $30,959.75 (T) | | - (S) - (A) - (P) $30,959.75 (U) $30,959.75 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D
### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim — Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BENEVENTANO, LOIS<br>PO BOX 62<br>EAST MEADOW, NY 11554 | 489 | 9/10/07 | No Case | - (S)<br>- (A)<br>$5,173.63 (P)<br>- (U)<br>$5,173.63 (T) | 07-11051 | - (S)<br>- (A)<br>$1,692.31 (P)<br>- (U)<br>$1,692.31 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not eligible for payout of unused personal time and Debtors' books and records show no liability for claimed bonus. |
| BROWN, JANET S.<br>10841 E 58TH ST<br>MIRA LOMA, CA 91752 | 713 | 9/13/07 | No Case | - (S)<br>- (A)<br>$4,969.80 (P)<br>- (U)<br>$4,969.80 (T) | 07-11051 | - (S)<br>- (A)<br>$4,143.75 (P)<br>- (U)<br>$4,143.75 (T) | Modified to match Debtors' books and records for vacation pay |
| FAIR, SUSAN I.<br>136 GARDEN LN<br>MOUNT JOY, PA 17552 | 1193 | 9/24/07 | No Case | - (S)<br>- (A)<br>$698.56 (P)<br>- (U)<br>$698.56 (T) | 07-11051 | - (S)<br>- (A)<br>$665.66 (P)<br>- (U)<br>$665.66 (T) | Modified to match Debtors' books and records for vacation pay |
| GARRETT, KIM<br>2759 N JERUSALEM RD<br>EAST MEADOW, NY 11554 | 972 | 9/18/07 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,303.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,884.62 (T) | Modified to match Debtors' books and records for vacation pay |
| GORSKI, WENDY A.<br>4224 OAKSBURY LN<br>ROLLING MEADOWS, IL 60008-2346 | 1145 | 9/21/07 | No Case | - (S)<br>- (A)<br>$5,868.80 (P)<br>- (U)<br>$5,868.80 (T) | 07-11051 | - (S)<br>- (A)<br>$2,100.00 (P)<br>- (U)<br>$2,100.00 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not eligible for payout of unused personal time. |
| HALL, KIMBRA B<br>3500 SHARONWOOD RD APT 1A<br>LAUREL, MD 207245942 | 6576 | 12/31/07 | No Case | - (S)<br>- (A)<br>$1,877.00 (P)<br>- (U)<br>$1,877.00 (T) | 07-11051 | - (S)<br>- (A)<br>$623.27 (P)<br>- (U)<br>$623.27 (T) | Modified to match Debtors' books and records for vacation pay |
| HAYES, JAMES J<br>9260 BOWERS BROOK PL<br>BRISTOW, VA 20136 | 2565 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$4,030.77 (U)<br>$14,980.77 (T) | 07-11051 | - (S)<br>- (A)<br>$3,897.44 (P)<br>- (U)<br>$3,897.44 (T) | Modified to match Debtors' books and records for vacation pay |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| HERTLING, SHANNON<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 9455 | 1/14/08 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>$5,861.54 (P)<br>- (U)<br>$5,861.54 (T) | - (S)<br>- (A)<br>$4,461.24 (P)<br>- (U)<br>$4,461.24 (T) | Modified to match Debtors' books and records for vacation pay |
| MORGAN, KANEEN<br>PO BOX 7719<br>FREEPORT, NY 115200760 | 1313 | 9/28/07 | No Case | 07-11051 | Unspecified* | - (S)<br>$1,538.46 (A)<br>- (P)<br>- (U)<br>$1,538.46 (T) | Modified to match Debtors' books and records for vacation pay |
| MOTT, PAMELA CHARLENE<br>9573 N.W. 52 CT.<br>SUNRISE, FL 33351 | 1537 | 10/12/07 | No Case | 07-11051 | - (S)<br>- (A)<br>$1,192.00 (P)<br>- (U)<br>$1,192.00 (T) | - (S)<br>- (A)<br>$1,192.31 (P)<br>- (U)<br>$1,192.31 (T) | Modified to match Debtors' books and records for vacation pay |
| NIEVES, NILSA I<br>75 LUKENS AVE<br>BRENTWOOD, NY 11717 | 3680 | 11/28/07 | 07-11051 | 07-11053 | Unspecified* | - (S)<br>- (A)<br>$1,155.00 (P)<br>- (U)<br>$1,155.00 (T) | Modified to match Debtors' books and records for vacation pay |
| RENNER HANSBOROUGH & REESE, INC.<br>ATTN JILL D AULD<br>12610 THREE SISTERS RD<br>POTOMAC, MD 20854 | 61 | 8/24/07 | No Case | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$700.00 (T) | - (S)<br>- (A)<br>$700.00 (P)<br>- (U)<br>$700.00 (T) | Modified to match Debtors' books and records |
| SMITH, CAROL L<br>722 DORCHESTER ROAD<br>BALTIMORE, MD 21228 | 6268 | 12/24/07 | 07-11053 | 07-11051 | - (S)<br>- (A)<br>$788.63 (P)<br>$788.63 (U)<br>$788.63 (T) | - (S)<br>$788.63 (A)<br>- (P)<br>- (U)<br>$788.63 (T) | Amounts asserted at various priority levels do not add up to total asserted amount. |
| SMITH, CATHERINE<br>9 ALAN CT<br>FARMINGDALE, NY 117353101 | 2005 | 11/13/07 | 07-11053 | 07-11051 | - (S)<br>- (A)<br>$3,870.00 (P)<br>- (U)<br>$3,870.00 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | Modified to match Debtors' books and records for vacation pay |
| SWEARINGEN REALTY GROUP, LLC<br>ATTN: GRANVILLE JENKINS<br>5950 BERKSHIRE LANE #700<br>DALLAS, TX 75225 | 7763 | 1/8/08 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$99,439.92 (U)<br>$99,439.92 (T) | - (S)<br>- (A)<br>- (P)<br>$15,036.91 (U)<br>$15,036.91 (T) | Modified to match Debtors' books and records |

———— Objectionable Claim ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Totals:** | 15 Claims | | | $3,303.00 (S) | | - (S) | |
| | | | | - (A) | | - (A) | |
| | | | | $41,249.96 (P) | | $28,142.69 (P) | |
| | | | | $104,969.32 (U) | | $15,736.91 (U) | |
| | | | | $148,723.65 (T) | | $43,879.60 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Exhibit E

### Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CLASSIC MORTGAGE<br>1515 OAKLAND BLVD<br>SUITE 250<br>WALNUT CREEK, CA 94596 | 2540 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,951.87 (U)<br>$37,951.87 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. |
| ORLANS ASSOCIATES PC<br>ATTN MARSHALL ISAACS, ATTORNEY<br>PO BOX 5041<br>TROY, MI 48007 | 10405 | 5/29/08 | 07-11048 | $353,088.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$353,088.36 (T) | According to Debtors' books and records, no invoices remain outstanding. Claimant has failed to provide sufficient documentation |
| SCRICCA, DOMINIC J.<br>4110 FAIRWAY DR<br>LITTLE RIVER, SC 29566-8036 | 4076 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$15,447.95 (U)<br>$15,447.95 (T) | Claimant has not provided sufficient documentation for the Debtors to determine the amount of this claim. |
| **Totals:** | **3 Claims** | | | **$353,088.36 (S)**<br>**- (A)**<br>**- (P)**<br>**$53,399.82 (U)**<br>**$406,488.18 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.