# EXHIBIT A

## Exhibit A

### Duplicative Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CITY OF PROVIDENCE, KENTUCKY C/O RICHARD E. PEYTON FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT PO BOX 695 MADISONVILLE, KY 42431-0695 | 3039 | 11/23/07 | No Case | Unspecified* | 3903 | 11/30/07 | No Case | Unspecified* |
| HERTLING, SHANNON C/O RONALD S COOK ESQ 180 E MAIN ST STE 308 SMITHTOWN, NY 11787 | 197 | 8/30/07 | 07-11047 | - (S) - (A) $5,861.54 (P) - (U) $5,861.54 (T) | 9455 | 1/14/08 | 07-11047 | - (S) - (A) $5,861.54 (P) - (U) $5,861.54 (T) |
| LESELROD, MICHAEL C/O RONALD S COOK ESQ 180 E MAIN ST STE 308 SMITHTOWN, NY 11787 | 360 | 9/6/07 | 07-11047 | - (S) - (A) $3,948.33 (P) - (U) $3,948.33 (T) | 9456 | 1/14/08 | 07-11047 | - (S) - (A) $3,948.33 (P) - (U) $3,948.33 (T) |
| Totals: | 3 Claims | | | - (S) - (A) $9,809.87 (P) - (U) $9,809.87 (T) | | | | - (S) - (A) $9,809.87 (P) - (U) $9,809.87 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed* | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HUSSER, CAROL<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | 2802 | 11/19/07 | 07-11051 | Unspecified* | 1329 | 10/1/07 | No Case | - (S)<br>- (A)<br>$327.60 (P)<br>- (U)<br>$327.60 (T) |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | 1182 | 9/24/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,150.00 (U)<br>$2,150.00 (T) | 3865 | 11/30/07 | No Case | - (S)<br>- (A)<br>$1,750.00 (P)<br>- (U)<br>$1,750.00 (T) |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10517 | 9/16/08 | 07-11047 | $298,176.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$298,176.83 (T) | 10553 | 9/23/08 | 07-11047 | $304,363.41 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304,363.41 (T) |
| LOS ANGELES COUNTY TREASURER & TAX COLL<br>REVENUE AND ENFORCEMENT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 8832 | 1/2/08 | 07-11047 | $107,421.79 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,421.79 (T) | 10553 | 9/23/08 | 07-11047 | $304,363.41 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304,363.41 (T) |
| LOS ANGELES COUNTY TREASURER AND<br>TAX COLLECTOR<br>ATTN DICH DO<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 158 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$197.61 (P)<br>- (U)<br>$197.61 (T) | 10516 | 9/16/08 | 07-11047 | - (S)<br>- (A)<br>$256.39 (P)<br>- (U)<br>$256.39 (T) |
| RAMKISSOON, ROBIN<br>5 FAIRFIELD CIRCLE<br>APT 6A<br>BRENTWOOD, NY 11717 | 1789 | 10/29/07 | 07-11053 | - (S)<br>- (A)<br>$2,708.33 (P)<br>- (U)<br>$2,708.33 (T) | 2333 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,708.33 (P)<br>- (U)<br>$2,708.33 (T) |
| REVAL, INC.<br>ATTN FINANCE MANAGER<br>100 BROADWAY<br>22ND FLOOR<br>NEW YORK, NY 10005 | 2962 | 11/21/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$83,158.50 (U)<br>$83,158.50 (T) | 10479 | 8/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$83,158.50 (U)<br>$83,158.50 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WALKER, NINA D.<br>7020 GENTLE SHADE RD<br>#302<br>COLUMBIA, MD 21046 | 1029 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$918.72 (P)<br>- (U)<br>$918.72 (T) | 3913 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$918.72 (P)<br>- (U)<br>$918.72 (T) |
| WIRICK, LORI A.<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | 90 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) | 4683 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) |
| WOOTAN, SHANNON<br>11815 SOPHOCLES DRIVE<br>RANCHO CORDOVA, CA 95742 | 2993 | 11/23/07 | No Case | - (S)<br>- (A)<br>$3,200.00 (P)<br>- (U)<br>$3,200.00 (T) | 2994 | 11/23/07 | No Case | - (S)<br>- (A)<br>$3,200.00 (P)<br>- (U)<br>$3,200.00 (T) |
| **Totals:** | **10 Claims** | | | **$405,598.62 (S)**<br>**$8,241.46 (A)**<br>**$85,308.50 (U)**<br>**$499,148.58 (T)** | | | | **$608,726.82 (S)**<br>**$10,377.84 (A)**<br>**$83,158.50 (U)**<br>**$702,263.16 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Equity Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| CHAKRABORTY, RABIN K. 247 GOLF COURSE ROAD AMSTERDAM, NY 12010 | 4984 | 12/10/07 | No Case | - (S) <br> - (A) <br> - (P) <br> $25,000.00 (U) <br> $25,000.00 (T) |
| DOMANTAY, JOHN 480 E MONTROSE AVE APT 101 WOOD DALE, IL 601912151 | 7436 | 1/7/08 | No Case | - (S) <br> - (A) <br> - (P) <br> $8,010.00 (U) <br> $8,010.00 (T) |
| GRUNDY, GARY AND KAREN R JTWROS 9552 NORWAY HILLS TRAIL LAKEVILLE, MN 55044 | 10501 | 9/8/08 | No Case | - (S) <br> - (A) <br> $6,146.29 (P) <br> - (U) <br> $6,146.29 (T) |
| GRUNDY, GARY L. 9552 NORWAY HILLS TRAIL LAKEVILLE, MN 55044 | 10500 | 9/8/08 | No Case | $18,617.15 (S) <br> - (A) <br> - (P) <br> - (U) <br> $18,617.15 (T) |
| GRUNDY, KAREN R. 9552 NORWAY HILLS TRAIL LAKEVILLE, MN 55044 | 10499 | 9/8/08 | No Case | - (S) <br> - (A) <br> $10,947.67 (P) <br> - (U) <br> $10,947.67 (T) |
| LICKO, CLIFFORD W. IRA E*TRADE CUSTODIAN 17 AVENIDA FIORI HENDERSON, NV 89011 | 4277 | 12/3/07 | No Case | - (S) <br> - (A) <br> - (P) <br> $9,159.74 (U) <br> $9,159.74 (T) |
| PETITTI, ANGELO 8014 FERNHILL AVE PARMA, OH 44129 | 10427 | 6/30/08 | No Case | - (S) <br> - (A) <br> - (P) <br> $18,000.00 (U) <br> $18,000.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| POSNER, IRA<br>3060 NORTH 34TH STREET<br>HOLLYWOOD, FL 33021-2624 | 7875 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$60,729.50 (U)<br>$60,729.50 (T) |
| SCOTT R. JOSSART<br>2319 ELMWOOD AVE<br>BERWYN, IL 604022421 | 2649 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$3,700.00 (P)<br>- (U)<br>$3,700.00 (T) |
| TEITELBAUM, KAREN - TRUSTEE<br>4436 FOUR WINDS LANE<br>NORTHBROOK, IL 60062 | 10441 | 7/17/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$11,549.00 (U)<br>$11,549.00 (T) |
| ZODINS SUPERANNUATION FUND<br>ATTN MATTHEW ZSCHECH PER OPTION PARTNERS<br>136 LINDEN ST<br>SUTHERLAND 2232<br>NSW AUSTRALIA | 7747 | 1/8/08 | No Case | $50,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$50,000.00 (T) |
| **Totals:** | **11 Claims** | | | **$68,617.15 (S)**<br>**- (A)**<br>**$20,793.96 (P)**<br>**$132,448.24 (U)**<br>**$221,859.35 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D

### Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number Case Number |
|---|---|---|---|---|---|
| ADVANTAGE APPRAISAL SERVICES<br>ATTN THOMAS R. RUDOFSKI, PRESIDENT<br>4785 JUNIPER DR.<br>COMMERCE, MI 48382 | 7956 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,775.00 (U)<br>$9,775.00 (T) | 07-11053 |
| ANDERS APPRAISAL ASSOC., INC.<br>ATTN ALLEN KENT ANDERS, PRES/DIRECTOR<br>9414 OLD GEORGETOWN ROAD<br>BETHESDA, MD 20814 | 8527 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,745.00 (U)<br>$10,745.00 (T) | 07-11053 |
| CHOICE ONE REAL ESTATE<br>ATTN WENDY EISNAUGLE, BIC<br>117A E REED ST<br>ANDERSON, SC 296242343 | 6114 | 12/21/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$13,200.00 (U)<br>$13,200.00 (T) | 07-11053 |
| COMSYS SERVICES LLC<br>ATTN CHANDLER YELTON, DIRECTOR A/R<br>PO BOX 60260<br>CHARLOTTE, NC 28260 | 130 | 8/29/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$46,952.00 (U)<br>$46,952.00 (T) | 07-11051 |
| GIACHETTI, JENNIFER<br>170 TYRCONNELL AVE<br>MASSAPEQUA PARK, NY 11762 | 426 | 9/10/07 | No Case | - (S)<br>- (A)<br>$711.38 (P)<br>- (U)<br>$711.38 (T) | 07-11051 |
| HUSSER, CAROL C.<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | 1329 | 10/1/07 | No Case | - (S)<br>- (A)<br>$327.60 (P)<br>- (U)<br>$327.60 (T) | 07-11051 |
| KESSLER SIGN CO.<br>2669 NATIONAL RD.<br>PO BOX 785<br>ZANESVILLE, OH 43702-0785 | 1780 | 10/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$8,653.21 (U)<br>$8,653.21 (T) | 07-11051 |

| | | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|---|

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| MOREEN, ANN T.<br>22936 ASHWOOD<br>LAKE FOREST, CA 92630 | 435 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,480.64 (P)<br>- (U)<br>$1,480.64 (T) | 07-11051 |
| NATER, CARL J<br>5 DENISE ST<br>MASSAPEQUA, NY 11758 | 5408 | 12/13/07 | No Case | - (S)<br>- (A)<br>$742.88 (P)<br>- (U)<br>$742.88 (T) | 07-11051 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC<br>ATTN MICHAEL GOMBERG<br>405 WASHINGTON BLVD<br>MUNDELEIN, IL 60060 | 202 | 8/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$301,376.00 (U)<br>$301,376.00 (T) | 07-11051 |
| SNYDER, TAMARA<br>731 CHICKIES DR<br>COLUMBIA, PA 17512 | 674 | 9/12/07 | No Case | - (S)<br>- (A)<br>$1,370.20 (P)<br>- (U)<br>$1,370.20 (T) | 07-11051 |
| TRAN-STAR EXECUTIVE TRANSPORTATION<br>SERVICES, INC.<br>PO BOX 2574<br>NORTH BABYLON, NY 11703 | 47 | 8/23/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$24,873.68 (U)<br>$24,873.68 (T) | 07-11051 |
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>PO BOX 1748<br>AUSTIN, TX 78767 | 1394 | 9/27/07 | 07-11047 | $55.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$55.80 (T) | 07-11050 |
| VELSOR, MIRTHA<br>61-25 156 ST 2ND FL<br>FLUSHING, NY 11367 | 356 | 9/6/07 | No Case | - (S)<br>- (A)<br>$1,179.49 (P)<br>- (U)<br>$1,179.49 (T) | 07-11051 |

———— Objectionable Claims ————            ———— New Case Number ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| **Totals:** | **14 Claims** | | | | |

$55.80 (S)
- (A)
$5,812.19 (P)
$415,574.89 (U)
$421,442.88 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Exhibit E
### No Documentation Claims

|  | | Objectionable Claims | | |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| --- | --- | --- | --- | --- |
| BOYLE, BEVERLY<br>32 HEMLOCK DRIVE<br>PARLIN, NJ 08859 | 7843 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$164.75 (P)<br>$164.75 (U)<br>$164.75 (T) |
| BRYAN, WILLIAM<br>PO BOX 11664<br>CLAYTON, MO 63105 | 10087 | 3/12/08 | No Case | Unspecified* |
| CARRELLI, ANTHONY<br>114 SOPHIA MARIE CV.<br>SANFORD, FL 32771 | 1458 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) |
| CHOCTAW COUNTY<br>P. O. BOX 907<br>ACKERMAN, MS 39735 | 3066 | 11/23/07 | No Case | Unspecified* |
| CLAUSS, HELMUT<br>KLOSTERBUSCH 22<br>MUENSTER 48167<br>GERMANY | 10076 | 3/12/08 | No Case | Unspecified* |
| DUARTE, DEBORAH<br>504 MARTHA AVE<br>BELLPORT, NY 11713 | 7771 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$568.46 (P)<br>$568.46 (U)<br>$568.46 (T) |
| FISHMAN, BRIAN<br>1695 PORTAGE PASS<br>DEERFIELD, IL 60015 | 2443 | 11/16/07 | 07-11051 | Unspecified* |
| FRAMINGHAM TOWN<br>ATTN DENNIS E ONEIL, TREASURER COLLECTOR<br>150 CONCORD ST.<br>RM 109<br>FRAMINGHAM, MA 01702 | 2980 | 11/23/07 | No Case | $5,778.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,778.17 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| GIBSON COUNTY<br>ATTN SALLY TAYLOR, DEPUTY TRUSTEE<br>PO BOX 259<br>TRENTON, TN 38382 | 3075 | 11/23/07 | No Case | - (S)<br>- (A)<br>$605.00 (P)<br>- (U)<br>$605.00 (T) |
| HARRIS, STEPHEN<br>9560 LITZSINGER<br>LADUE, MO 63124 | 10086 | 3/12/08 | No Case | Unspecified* |
| HARTLINE, DONALD R AND LOIS P, TTEES<br>U/A DTD 03/21/01 FOR<br>DONALD HARTLINE REV TRUST<br>3221 GRAND AVE APT 7<br>DES MOINES, IA 50312-4129 | 8133 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$14,924.17 (U)<br>$14,924.17 (T) |
| HEIDBRINK, WILLIAM,& CATHERINE<br>359 BLUFF VIEW CIRCLE<br>SAINT LOUIS, MO 63129 | 10083 | 3/12/08 | No Case | Unspecified* |
| HOLDEN APPRAISAL<br>ATTN PATRICK A. HOLDEN<br>7735 WINDSOR DRIVE<br>DUBLIN, OH 43016-4465 | 1903 | 11/5/07 | 07-11053 | Unspecified* |
| HOLLEY, TORREY<br>3354 RODERDALE<br>RD NUMBER 638<br>HOUSTON, TX 77042 | 2309 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) |
| INMAN, MICHAEL P.<br>1209 GREEN MOUNTAIN DRIVE<br>LITTLE ROCK, AR 72211-2421 | 5192 | 12/10/07 | No Case | Unspecified* |
| LAW OFC OF KEITH S. SHAW & ASSOCIATES,<br>LLC<br>ATTN KEITH S. SHAW, ITS MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | 5587 | 12/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,137.35 (U)<br>$8,137.35 (T) |
| LOUIS STAYER LIVING<br>4340 SEQUOYAH ROAD<br>OAKLAND, CA 94605 | 8089 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$21,889.75 (U)<br>$21,889.75 (T) |
| LUEPKE, KATHLEEN<br>5405 HEATHERBLUFF CT<br>SAINT LOUIS, MO 63128 | 10082 | 3/12/08 | No Case | Unspecified* |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MARION TWP 145<br>ATTN GUDREY RUKOWSKY, SUPERVISOR<br>10925 SOUTH MERRILL ROAD<br>BRANT, MI 48614 | 4962 | 12/10/07 | No Case | Unspecified* |
| MCCARTHY, JOHN<br>4610 PERSHING PLACE<br>SAINT LOUIS, MO 63108 | 10081 | 3/3/08 | No Case | Unspecified* |
| MERZBACK, WILLIAM R & LARRISA<br>3565 WONDER VIEW DR<br>LOS ANGELES, CA 90068-1537 | 10103 | 3/17/08 | No Case | Unspecified* |
| POLLIS, LORI<br>18727 TAMMY DRIVE<br>MOKENA, IL 60448 | 1467 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$450.00 (P)<br>- (U)<br>$450.00 (T) |
| REIMER LORBER/ARNOVITS CO LPA<br>ATTN DENNIS REIMER, PRESIDENT<br>2450 EDISON BLVD<br>TWINSBURG, OH 44087 | 6845 | 1/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,311.00 (U)<br>$7,311.00 (T) |
| ROSARIO, LUCRETIA (CREE)<br>9760 PARK TERRACE<br>DR 18<br>SANTEE, CA 92071 | 7922 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,161.56 (P)<br>- (U)<br>$1,161.56 (T) |
| SCOTTRADE<br>ATTN REORG DEPT<br>ANTHONY RAYNER<br>P.O. BOX 31759<br>ST. LOUIS, MO 63131 | 4634 | 12/6/07 | 07-11047 | - (S)<br>- (A)<br>$43,000.00 (P)<br>- (U)<br>$43,000.00 (T) |
| SHEPHERD, CHARLES MM<br>222 S CENTRAL AVE<br>STE 804<br>ST LOUIS, MO 63105 | 10088 | 3/12/08 | No Case | Unspecified* |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10077 | 3/12/08 | No Case | Unspecified* |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10078 | 3/12/08 | No Case | Unspecified* |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10079 | 3/12/08 | No Case | Unspecified* |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | 10080 | 3/12/08 | No Case | Unspecified* |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1115 | 9/18/07 | 07-11047 | $2,298.55 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,298.55 (T) |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1116 | 9/18/07 | 07-11047 | $423.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$423.96 (T) |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1117 | 9/18/07 | 07-11047 | $296.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$296.93 (T) |
| THOMSON, DOUGLAS MCDONALD SR.<br>2532 SNOWY EGRET WAY<br>ELK GROVE, CA 95757 | 8102 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$425,000.00 (U)<br>$425,000.00 (T) |
| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | 1722 | 10/22/07 | 07-11047 | $146.32 (S)<br>- (A)<br>- (P)<br>- (U)<br>$146.32 (T) |
| VELLINGA, CAPI E<br>5550 BLACKWOOD RD<br>BOZEMAN, MT 59718 | 2359 | 11/16/07 | 07-11051 | Unspecified* |
| VOGELSANG, KIMBERLY<br>1539 FLETCHER ST<br>HOLLYWOOD, FL 330206510 | 2901 | 11/20/07 | 07-11051 | Unspecified* |
| WALLACH, JOHN<br>100 S BRENTWOOD BLVD<br>STE 300<br>ST LOUIS, MO 63105 | 10084 | 3/12/08 | No Case | Unspecified* |
| WALLACH, JOHN<br>100 S BRENTWOOD BLVD<br>STE 300<br>ST LOUIS, MO 63105 | 10085 | 3/12/08 | No Case | Unspecified* |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| WELLS, EARL C<br>515 ORCHARD LANE<br>FINDLAY, OH 45840 | 10025 | 3/6/08 | No Case | Unspecified* |
| WHATCOM COUNTY TREASURER<br>ATTN BANKRUPTCY DEPUTY<br>PO BOX 5268<br>BELLINGHAM, WA 98227 | 169 | 8/28/07 | 07-11047 | $302.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$302.85 (T) |
| YOUNG, HERBERT<br>7621 VELVET MIST ST<br>LAS VEGAS, NV 89131-3651 | 5183 | 12/10/07 | No Case | Unspecified* |
| **Totals:** | **42 Claims** | | | **$9,246.78 (S)**<br>**- (A)**<br>**$48,949.77 (P)**<br>**$477,995.48 (U)**<br>**$535,458.82 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Exhibit F**
**Late Filed Claims**

| | | | | Objectionable Claims | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| BORDIGNON, VICTORIA<br>C/O CHRISTIAN P. PORTER, ESQ.<br>841 BISHOP STREET, SUITE 2125<br>HONOLULU, HI 96813 | 10571 | 11/4/08 | 07-11051 | $100,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | January 11, 2008 |
| BOTTOM, DARYL L.<br>15745 SNODGRASS<br>WAMEGO, KS 66547 | 10496 | 9/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$22,414.00 (U)<br>$22,414.00 (T) | January 11, 2008 |
| BUTTERWORTH, SHANNON<br>14059 MANGO DRIVE #D<br>DEL MAR, CA 92014 | 10508 | 9/12/08 | 07-11047 | - (S)<br>- (A)<br>$286.15 (P)<br>- (U)<br>$286.15 (T) | January 11, 2008 |
| CARDNER, JEANINE H.<br>2024 KENNY COURT<br>LEWISVILLE, TX 75067 | 10411 | 6/2/08 | No Case | $22,827.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$22,827.87 (T) | January 11, 2008 |
| CUNNINGHAM, JULIE A.<br>2615 CREST AVENUE<br>CHEVERLY, MD 20785 | 10378 | 5/2/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$48,026.45 (U)<br>$48,026.45 (T) | January 11, 2008 |
| ELMORE, BRIAN A.<br>66 CLARK STREET<br>DOWNSVILLE, NY 13755 | 10379 | 5/2/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$172,000.00 (U)<br>$172,000.00 (T) | January 11, 2008 |
| FIELD, JEFF<br>54 GRANT AVENUE<br>ISLIP, NY 11751 | 10544 | 9/19/08 | No Case | - (S)<br>- (A)<br>$12,115.39 (P)<br>$25,347.00 (U)<br>$37,462.39 (T) | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| FINZEL, ROBERT B.<br>9362 BRUNELLO CT<br>BAKERSFIELD, CA 93314 | 10386 | 5/1/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$24,642.09 (U)<br>$24,642.09 (T) | April 30, 2008 |
| GRIFFIN, SILJA H.<br>5542 33RD AVENUE NORTHEAST<br>SEATTLE, WA 98105 | 10388 | 5/5/08 | No Case | Unspecified* | April 30, 2008 |
| HINSHAW, ELIZABETH M (LIZ)<br>25 PACIFICA<br>NUMBER 6237<br>IRVINE, CA 92618 | 10440 | 7/28/08 | 07-11051 | - (S)<br>- (A)<br>$5,025.00 (P)<br>- (U)<br>$5,025.00 (T) | January 11, 2008 |
| KISIEL, FRED A. & JUDITH A.<br>1477 TURQUOISE DREIVE<br>CARLSBAD, CA 92011-1245 | 10431 | 7/8/08 | 07-11047 | Unspecified* | January 11, 2008 |
| KISIEL, FREDERICK A., TTEE<br>1477 TURQUOISE DRIVE<br>CARLSBAD, CA 92011-1245 | 10430 | 7/8/08 | 07-11047 | Unspecified* | January 11, 2008 |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVENUE, SUITE PH-3<br>HILO, HI 96720 | 10417 | 6/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,228.00 (U)<br>$1,228.00 (T) | January 11, 2008 |
| LEVINE, STEWART<br>10 BERKLEY PLACE<br>COLTS NECK, NJ 07722-2031 | 10567 | 10/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$6,390.00 (U)<br>$6,390.00 (T) | January 11, 2008 |
| MARIN COUNTY TAX COLLECTOR<br>P.O. BOX 4220<br>SAN RAFAEL, CA 94913 | 10484 | 8/27/08 | 07-11047 | $35,960.74 (S)<br>- (A)<br>$63.97 (P)<br>- (U)<br>$36,024.71 (T) | January 11, 2008 |
| MCCOLLOUGH KEYS, JUANITA A<br>3520 SARGEANT DR<br>CHARLOTTE, NC 28217 | 10483 | 8/26/08 | 07-11051 | $15,448.00 (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$15,448.00 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | 10478 | 8/21/08 | 07-11047 | $709.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$709.58 (T) | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| MONTGOMERY COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10487 | 9/3/08 | 07-11047 | $2,274.34 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,274.34 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3503 | 10493 | 9/2/08 | 07-11047 | $2,274.34 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,274.34 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10545 | 8/21/08 | 07-11047 | $52.65 (S)<br>- (A)<br>- (P)<br>- (U)<br>$52.65 (T) | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10546 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10547 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10548 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | 10549 | 8/21/08 | 07-11047 | Unspecified* | January 11, 2008 |
| ORBACZ, JEFFREY<br>18 INDIAN SPRINGS ROAD<br>KINGSTON, NY 12401 | 10367 | 5/1/08 | No Case | Unspecified* | April 30, 2008 |
| PLACIDE, PARISA<br>66 GOLF ROAD<br>GOLF, IL 60029 | 10560 | 10/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$840.00 (U)<br>$840.00 (T) | January 11, 2008 |
| PRIORITY SIGN INC<br>C/O SHAWN G RICE ESQ<br>RICE & GOTZMER SC<br>605 NORTH 8TH STREET SUITE 350<br>SHEBOYGAN, WI 53081 | 10497 | 9/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,137.48 (U)<br>$2,137.48 (T) | January 11, 2008 |

## ——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| RIVERSIDE COUNTY<br>TREASURER TAX COLLECTOR<br>ATTN TAX ENFORCEMENT<br>PO BOX 12005<br>RIVERSIDE, CA  92502 | 10510 | 9/15/08 | 07-11047 | $638,855.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$638,855.31 (T) | January 11, 2008 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 10563 | 10/14/08 | 07-11047 | $536,776.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$536,776.28 (T) | January 11, 2008 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 10564 | 10/14/08 | 07-11047 | $536,776.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$536,776.28 (T) | January 11, 2008 |
| SAN MATEO COUNTY<br>LEE BUFFINGTON, TAX COLLECTOR<br>555 COUNTY CENTER - 1ST FLR<br>REDWOOD CITY, CA 94063 | 10509 | 9/15/08 | 07-11047 | - (S)<br>$104,252.51 (A)<br>- (P)<br>- (U)<br>$104,252.51 (T) | January 11, 2008 |
| SCOTT, KATHRYN<br>240 33A OAK PARK DR<br>DOUGLASTON, NY 11362 | 10462 | 8/18/08 | 07-11051 | Unspecified* | January 11, 2008 |
| SEALS, WAYNE<br>13286 WINDHAM DR<br>WASHINGTON TWP, MI 48094 | 10380 | 5/5/08 | No Case | Unspecified* | January 11, 2008 |
| SINES APPRAISAL SERVICE<br>PATTY SINES<br>561 HUMBERSON ROAD<br>FRIENDSVILLE, MD 21531 | 10552 | 9/23/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$485.00 (U)<br>$485.00 (T) | January 11, 2008 |
| SOUTHERN MARYLAND ELECTRIC COOPERATIVE<br>P.O. BOX 1937<br>HUGHESVILLE, MD 20637-1937 | 10512 | 9/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,183.39 (U)<br>$1,183.39 (T) | January 11, 2008 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | 10573 | 11/17/08 | 07-11051 | $74,630.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$74,630.60 (T) | January 11, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SUMMERS, STEPHEN<br>C/O RANDALL A WOLFF, ATTORNEY AT LAW<br>3325 N ARLINGTON HTS. RD., #500<br>ARLINGTON HEIGHTS, IL 60004 | 10387 | 5/5/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | January 11, 2008 |
| THOMPSON, LYNDELL P.<br>5817 LEBANON RD.<br>CHARLOTTE, NC 28227 | 10568 | 11/6/08 | No Case | $52,071.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$52,071.00 (T) | January 11, 2008 |
| WILDHORN, STUART JAY<br>470 GOLDEN EAGLE DRIVE<br>BROOMFIELD, CO 80020 | 10382 | 5/5/08 | No Case | Unspecified* | January 11, 2008 |

**Totals:**  **39 Claims**

$1,407,250.11 (S)
$715,659.39 (A)
$28,440.51 (P)
$319,693.41 (U)
$2,460,093.42 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

## Exhibit G

### Satisfied Claims

| | | | | ———— Objectionable Claims ———— | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| COUNTY OF BASTROP<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100-PO BOX 1269<br>ROUND ROCK, TX 78680 | 1662 | 10/19/07 | 07-11047 | $8,851.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,851.24 (T) | All taxes have been paid per Debtors' books and records |
| COUNTY OF BASTROP<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100-PO BOX 1269<br>ROUND ROCK, TX 78680 | 1760 | 10/22/07 | 07-11047 | $8,851.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,851.24 (T) | All taxes have been paid per Debtors' books and records |
| HORRACH, MARISOL<br>1198 ROYAL GLEN DRIVE #312B<br>GLEN ELLYN, IL  60137 | 10094 | 3/13/08 | No Case | $21,299.25 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,299.25 (T) | Per Debtors' books and records, escrow holdback was released to the borrower on 11/9/07 |
| Totals: | 3 Claims | | | $39,001.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$39,001.73 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.