# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 13, 2009 11:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | JENNIFER PASIERB |

### *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Interim Fees
   **R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Hearing Matters

   Hearing held.

      Judge signed orders.