**SIGN - IN - SHEET**

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 1/13/09 @ 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Neufeld (telephonic) | Millbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Robert Moore (telephonic) | | |
| Harrison Denman (telephonic) | Quinn Emanuel Urquhart Oliver | American Home Mortgage |
| Ana Alfonso (telephonic) | Kaye Scholer | Bank of America |
| Eric Schweizer (telephonic) | Milestone Advisors | Milestone |
| Nathan Crow | YCST | Debtors |
| Matthew Lunn | YCST | Debtors |
| Sandra Selzer | Greenberg Traurig | ULR Recovery |
| David Carickhoff | Blank Rome | Creditors Committee |
| Mark Power | Hahn & Hessen | Creditors Committee |
| Schnell Mislenski | Potter Anderson & Corroon | BoA |
| Jeffrey Cianciulli | Weir & Partners | National City |