IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>AMERICAN HOME MORTGAGE INVESTMENT CORP.,<br>AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,<br>AHM SV, INC.,<br>AMERICAN HOME MORTGAGE CORP.,<br>AMERICAN HOME MORTGAGE VENTURES, LLC,<br>HOMEGATE SETTLEMENT SERVICES, INC.,<br>GREAT OAK ABSTRACT CORP.<br><br>Debtors. | Hon. Christopher S. Sontchi<br>Chapter 11<br><br>Case No. 07-11047<br>Case No. 07-11048<br>Case No. 07-11049<br>Case No. 07-11050<br>Case No. 07-11051<br>Case No. 07-11052<br>Case No. 07-11053<br>Case No. 07-11054<br><br>Jointly Administered |

## ADORNO & YOSS LLP'S OBJECTION TO CONFIRMATION OF THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

Adorno & Yoss LLP ("A&Y"), by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 1128 and 1129, as well as F.R.B.P. 9014, hereby files its Objection to Confirmation of the Amended Chapter 11 Plan of Liquidation Dated as of November 25, 2008 (the "Plan"), and in support thereof, states as follows:

### BACKGROUND

1. On August 6, 2007 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. On or about October 30, 2007, A&Y was retained as Foreclosure Professionals for the Debtors, *nunc pro tunc* to the Petition Date (C.P. #1707).

3. On or about November 25, 2008, the Debtors' filed its Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008.

4. During the course of these bankruptcy proceedings, A&Y provided legal services to the Debtors and filed nine (9) Applications for Compensation and Reimbursement of Expenses which sought approval for fees and costs totaling $1,960,705.96.

5. All nine (9) Applications for Compensation and Reimbursement of Expenses, requesting fees and costs totaling $1,960,705.96, were approved by Orders of this Court.

6. The Debtors made seven (7) payments to A&Y totaling $1,677,525.70. The last payment was made on or around September 17, 2008.

7. Accordingly, a balance of $283,180.26 remains due and owing to A&Y.

8. There is no dispute that A&Y is entitled to this payment of $283,180.26 as an allowed administrative expense for post-petition services.

9. Notwithstanding A&Y's request for payment of this amount ordered by this Court, the Debtors have offered A&Y no assurance of payment. Furthermore, the Plan does not address the balance of A&Y's unpaid fees and costs of $283,180.26.

10. Accordingly, because the Debtors have not paid A&Y's approved fees and costs in full, and A&Y has not received assurances that it will be paid as authorized, A&Y objects to the confirmation of the Plan.

11. 11 U.S.C. 1129(a)(9) provides that, on the effective date of the Plan, the holder of an administrative claim "will receive on account of such claim cash equal to the allowed amount of such claim."

12. Accordingly, the Plan should not be confirmed unless and until the Debtors arrange to pay all of the allowed fees and costs owed to A&Y.

**WHEREFORE,** Adorno & Yoss, LLP respectfully requests this Honorable Court to enter an Order denying confirmation of the Debtors' Amended Chapter 11 Plan of Liquidation

unless and until the Debtors arrange for payment in full to A&Y and granting such other and further relief as this Court deems just and proper.

**ADORNO & YOSS LLP**

/S/ Steven J. Solomon
Gregg S. Ahrens, Esq.
Florida Bar No. 352837
Steven J. Solomon, Esq.
Florida Bar No. 931969
2525 Ponce De Leon Boulevard, Suite 400
Miami, FL  33134
Telephone:    (305) 460-1020
Facsimile:    (305) 460-1422

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via facsimile or by electronic mail through the Court's ECF system on the 14th day of January, 2009, to:

James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, ESq.
Matthew B. Lunn, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DEZ 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Stephen A. Weisbrod, Esq.
Gilbert Oshinsky LLP
1100 New York Ave., NW, Suite 700
Washington, DC 20005

Kevin Nystrom, Esq.
Bret Fernandes, Esq.
Zolfo Coopler LLC
900 Third Avenue
New York, NY 10022

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Thomas G. Maccauley, Esq.
Zuckerman Spaeder LLLP
919 Market Street, Suite 990
Wilmington, DE 19801

**ADORNO & YOSS LLP**

/S/ Gregg S. Ahrens
Gregg S. Ahrens, Esq.
