IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| American Home Mortgage Holdings, Inc., ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, ) | |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | **Obj. Deadline: 1/14/09 by 4:00 p.m.** |
| ) | **Related to Docket No. 6816** |

### RESPONSE OF WASHINGTON MUTUAL MORTGAGE SECURITY CORP. TO DEBTORS' NOTICE OF FILING SCHEDULE OF EPD/BREACH CLAIM VOTING AMOUNTS

Washington Mutual Mortgage Security Corp. ("WMMSC"), by and through its undersigned counsel, hereby responds to the *Notice of Filing Schedule of EPD/Breach Claim Voting Amounts* [Docket No. 6816] ("Notice") filed by the above-captioned debtors ("Debtors"), and in support thereof, respectfully represents as follows:

### Background

1. On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. Prior to the Petition Date, WMMSC and the Debtors entered into a Memorandum of Sale, which provided for, among other things, the sale of certain residential mortgage loans ("Mortgage Loans") and the servicing rights related to such loans, by the Debtors to WMMSC.

3. With respect to each of the Mortgage Loans sold by the Debtors to WMMSC, the Debtors made certain representations, warranties and covenants to WMMSC, which, if breached, provided WMMSC with certain remedies, including, but not limited to, repurchase by the Debtors of the subject Mortgage Loans.

4. On or about January 11, 2008, WMMSC timely filed proofs of claim against the Debtors in the amount of $3,819,249.48 for amounts due under the Memorandum of Sale related to the Debtors' obligations to repurchase certain Mortgage Loans from WMMSC ("Original Proofs of Claim"). A copy of one of the Original Proofs of Claim is attached hereto as Exhibit A.

5. On or about November 25, 2008, WMMSC amended the Original Proofs of Claim to reflect additional Mortgage Loans that the Debtors were obligated to repurchase from WMMSC pursuant to the Memorandum of Sale ("Amended Proofs of Claim"). A copy of one of the Amended Proofs of Claim is attached hereto as Exhibit B. Pursuant to the Amended Proofs of Claim, WMMSC is currently owed a total of approximately $7,010,479.15 by the Debtors.

6. On January 7, 2009, the Debtors filed the Notice. The Notice states that the Debtors sent WMMSC certain information requests regarding WMMSC's EPD/Breach Claims, and that WMMSC had not responded to such information requests. The Notice further states that the Debtors estimate that WMMSC's EPD/Breach Claims total only $402,609.00. *See* Notice, Exhibit A. WMMSC is not aware of having received any information requests from the Debtors regarding it's EPD/Breach Claims, and does not believe that it received same.

### Requested Relief

7. WMMSC hereby responds to the Notice, and objects to the amount listed in the Notice for WMMSC's EPD/Breach Claims. WMMSC believes that it's EPD/Breach Claims total $7,010,479.15, as set forth in the Amended Proofs of Claim. Although it appears that the Debtors are merely trying to estimate the EPD/Breach Claims for purposes of voting on the Debtors' proposed plan, WMMSC does not want the Debtors, nor anyone else, to think that WMMSC agrees that is EPD/Breach Claims total anything other than $7,010,479.15.

WHEREFORE, for all of the foregoing reasons, WMMSC respectfully requests that this Court modify Exhibit A to the Notice so that it reflects that WMMSC's EPD/Breach Claims are estimated at $7,010,479.15 for purposes of voting on the Debtors' plan, and that the Court grant such other and further relief as is just and proper.

Dated: January 14, 2009            CONNOLLY BOVE LODGE & HUTZ LLP

                                   _____
                                   Karen C. Bifferato (No. 3279)
                                   Marc J. Phillips (No. 4445)
                                   The Nemours Building
                                   1007 N. Orange Street
                                   P.O. Box 2207
                                   Wilmington, DE 19899
                                   (302) 658-9141

                                   *Attorneys for Washington Mutual Mortgage Security Corp.*

657468