## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 14th day of January, 2009, I caused a copy of the **Response of Washington Mutual Mortgage Security Corp. to American Home Mortgage Holdings' Notice of Filing Schedule of EPD/Breach Claim Voting Amounts** to be served upon the party listed below in the manner indicated.

### *VIA* HAND DELIVERY

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Marc J. Phillips (No. 4445)

657496