IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
       Debtors.                                                        :
                                                                       : Ref. No. 6771
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 6771

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Sixteenth Monthly Application of Milestone Advisors LLC, Financial Advisor and Investment Banker for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2008 through November 30, 2008 (the "Application"). The Court's docket which was last updated January 15, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than January 12, 2009 at 4:00 p.m.

DB02:6463390.16                                                                        066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($80,000.00) of requested fees ($100,000.00) and 100% of requested expenses ($360.93) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       January 15, 2009

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Matthew B. Lunn
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kenneth J. Enos (No. 4544)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession