**FLEISCHER, FLEISCHER & SUGLIA**
**BRIAN M. FLEISCHER, ESQUIRE (BF 5239)**
**NICOLA G. SUGLIA, ESQUIRE (NS 7821)**
**Plaza 1000 At Main Street, Suite 208**
**Voorhees, NJ 08043**
**(856) 489-8977**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: American Home Mortgage Holdings, Inc. | } <br> } Case No. 07-11047 <br> } Chapter 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy rules, the undersigned requests that all notice be given or required to be given in this case and all papers served or required to be serviced in this case be served upon the undersigned at the address noted above.

The foregoing requests for notices and papers includes, without limitation, any Plan of Reorganization, Objections thereto, Notices, Applications, Complaints, Motions, Disclosure Statements, Answers and Memoranda or Briefs in support of any documents filed.

Respectfully submitted,

/s/ Nicola G. Suglia

Nicola G. Suglia, Esquire
Attorney for Creditor
Canon Financial Services, Inc.

Dated: 01/15/09