Re: American Home Mortgage Holdings, Inc.                                01-02-09
Case No. 07-11047 (CSS)

I am disputing the "modified amount" amount listed in this letter of $555.29. That amount is owed to me as my accrued vacation pay. In addition, however, I filed a separate claim for $10,950. As a part of the W.A.R.N. act, I should have been given 60 days notice prior to any layoff or closing of our office. I wasn't given any severance pay, nor was I compensated for the existing loans I had in my pipeline which were ready to close.

My job title at the Direct to Consumer Division at American Home Mortgage was a Mortgage Planner. My base salary was $30,000 + commission. I have attached my YTD income in 2007 of $50,203.37. That was for compensation up to my last day of employment, August 2nd, 2007. That averaged out to $6,275.42 per month. If I would have been paid for 2 months compensation based on what I averaged up to that point, it would have been close to $12,550.84. I filed a claim for less than that amount at $10,950.00.

Please let me know if I would/should be eligible for additional compensation, rather than just the accrued vacation pay. I definitely feel that I should be compensated. I left a detailed message regarding this, prior to December 15th for the counsel to the debtors and debtors in possession at the 302-571-6756 number. However, I did not receive a return phone call.

Thank you,

*Chris Doss*
Chris Doss

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) Objection Deadline: December 15, 2008 at 4:00 p.m. (ET) |
| AHM OB25 11/21/2008 (merge2.txmum2) 4000096480 EPIQ Use - 42 | ) Hearing Date: December 22, 2008 at 10:00 a.m. (ET) |

DOSS, CHRISTOPHER M (CHRIS)
16212 COPPERWOOD LANE
WILDWOOD, MO  63040

## NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: DOSS, CHRISTOPHER M (CHRIS)
16212 COPPERWOOD LANE
WILDWOOD, MO  63040

**Basis For Objection:** Modified Amount Claim: Debtors' books and records show a modified amount of liability

| | Claim Number | Claim Amount | Modified Amount |
|---|---|---|---|
| Claim to be Reduced | 2791 | Priority - $10,950.00 | Priority - $555.29 |

Modified to match Debtors' books and records of outstanding vacation pay

---

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be either increased, reduced or fixed at the amount indicated above in the "Modified Amount" column. The Objection seeks to alter your rights by modifying the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **December 15, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 22, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 21, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession