# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Response Deadline: February 10, 2009 at 4:00 p.m. (ET) |
| | Hearing Date: February 17, 2009 at 10:30 a.m. (ET) |

FILED 2009 JAN 16 AM 9: 14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

AHM OB28 1/9/2009 (merge2.txnum2) 4000209341 EPIQ Use - 186

RICCIO, THERESA M
39 ARBOR ROAD
SYOSSET, NY 11791

## NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** RICCIO, THERESA M
39 ARBOR ROAD
SYOSSET, NY 11791

**Basis For Objection:** No Documentation Claim

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 10348 | Unspecified |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to the claim listed above in the "Claim to be Expunged" row because this claim was filed without any supporting documentation or facts sufficient to support a legal basis for a claim. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON FEBRUARY 17, 2009 AT 10:30 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

4/28/08

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE American Home Mortgage Claims Processing Center FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re: American Home Mortgage Holdings, Inc., et al. Debtors. | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

AHM (MERGE2.DBF,SCHED_NO) SCH #:   176317*****
RICCIO, THERESA M
39 ARBOR ROAD
SYOSSET, NY 11791

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:
Email Address:

Account or other number by which creditor identifies debtor:

Check here if this claim:  ☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☒ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 1 1 0 7
   Unpaid compensation for services performed
   from __2005__ to __2007__
        (date)          (date)

2. Date debt was incurred: **2005**

3. If court judgment, date obtained:

4. **Total Amount of Claim at Time Case Filed:** $_____ + _____ + _____ = _____
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

6. **Unsecured Nonpriority Claim:** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: **4/24/08**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): **Theresa M Riccio**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**American Home Mortgage Servicing**
P.O. Box 631730
Irving, TX 75063-1730

Customer Care Department 1-877-304-3100

7:00 AM - 7:00PM CST Monday through Friday

Website: www.americanhm.com

Theresa Riccio
39 Arbor Road
SYOSSET    NY 11791-4902

8824 RE

Property Address: 39 Arbor Road
Syosset    NY 11791

### Home Equity Line of Credit

| | |
|---|---|
| Statement Closing Date | 04/03/06 |
| Account Number | 1001026429 |
| Due Date | 04/20/06 |

| Item Description | Amount |
|---|---|
| **Balances** | |
| New Principal Balance | $130,500.00 |
| Credit Limit Balance | $120,500.00 |
| New Available Balance | |
| Unpaid Late Charges | |
| Other Unpaid Charges | |
| **Payment Factors** | |
| Principal & Interest Payment | $1,135.62 |
| Escrow Payment | |
| Other | |
| Total Payment | $1,135.62 |
| **Year-to-Date** | |
| Interest Paid | $3,351.63 |

## IMPORTANT MESSAGES

Thinking of buying a new home or investment property? Let American Home Mortgage create a financing package for you. We can pre-approve you now, before you select a property. For more information, contact us today.

## TRANSACTIONS SINCE LAST STATEMENT

| Date | Description | Principal | Interest | Optional Products | Miscellaneous |
|---|---|---|---|---|---|
| 03/23/06 | Payment | | $963.55- | | |

### Finance Charge Summary

| Days | Average Daily Balance | Daily Periodic Rate | ANNUAL PERCENTAGE RATE | Finance Charges |
|---|---|---|---|---|
| 21 | $130,500.00 | 0.00026 | 0.00553 | $722.67 |
| 12 | $130,500.00 | 0.00026 | 0.00316 | $412.95 |

Please detach the mortgage payment coupon at perforation below and return with payment.