**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case Number: 07-11047 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | ) Chapter 11 |
| | ) CERTIFICATE OF SERVICE TO OBJECTION TO LIMITED OBJECTION TO THE AMENDED PLAN OF REORGANIZATION BY CALIFORNIA TAXING AUTHORITIES |
| Debtors. | ) |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or electronically on this 16h day of January 2009.

Respectfully submitted,

ROMERO LAW FIRM


By. /s/ Martha E. Romero
MARTHA E. ROMERO
Attorneys for SECURED CREDITORS
CALIFORNIA TAXING AUTHORITIES (COUNTY OF IMPERIAL, NEVADA, YUBA, PLACER, SAN BERNARDINO AND RIVERSIDE, CALIFORNIA

1

**SERVICE LIST**

Thomas Macauley
Zuckerman Spaeder LLP
919 Market St., Suite 990
Wilmington, DE 19801

Mark S. Indelicato
Mark T. Power
Hahn & Hessen
488 Madison Avenue
NY NY 10022

Atephen A. Wrisbrod
Gilbert Oshinsky LLP
1100 New York Avenue NW
Suite 700
Washington DC 20004

Robert S. Brady
Sean M. Beach
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19891

Kevin Nystrom
Bret Ferndes
Zolfo Cooper LLC
900 Third Avenue
NY NY 10022