## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.,*** | **Case No.  07-11047 (CSS) (Jointly Administered)** |
| **Debtors.** | Related Docket No. 6772 |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF BIFFERATO GENTILOTTI LLC, AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2008

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Application for an Order Authorizing Employment of Bifferato Gentilotti LLC as Special Conflicts Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc as of September 26, 2008* (the "Application") (Docket Entry No. 6772).  The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, responses to the Application were to be filed and served no later than January 12, 2009 at 4:00 p.m.

Accordingly, it is hereby respectfully requested that the order attached to the Application be entered at the Court's earliest convenience.

Dated:   January 19, 2009

Respectfully Submitted,

**BIFFERATO GENTILOTTI LLC**

Ian Connor Bifferato (#3273)
Garvan F. McDaniel (# 4167)
800 N. King Street, First Floor
Wilmington DE 19801
Main Tel. (302) 429-1900
Main Fax. (302) 429-8600