# AFFIDAVIT

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>December 5, 2008</u>; advertiser: <u>American Home Mortgage Holdings, Inc. a Delaware corporation, et al.</u>; and that the foregoing statements are true and correct to the best of my knowledge.

_E Ostenson_

Sworn to before me this
<u>13th</u> day of <u>January, 2009</u>.

_Albert Fox_
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

# LEGAL NOTICES

## BANKRUPTCIES

AF

**STATE OF TEXAS** )
) SS
**CITY AND COUNTY OF DALLAS** )

I, Erin Ostenson, being duly sworn, depos

Publisher of THE WALL STREET JOUI

circulation throughout the United States,

been regularly published in THE WALL

for <u>one</u> insertion(s) on the following date

Home Mortgage Holdings, Inc. a Delawa

statements are true and correct to the best

Sworn to before me this
13th day of January, 2009.



Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: ) Chapter 11
AMERICAN HOME MORTGAGE ) Case No.
HOLDINGS, INC., a Delaware ) 07-11047 (CSS)
corporation, et al., ) Jointly Administered
Debtors.[1]

Voting Deadline: January 14, 2009 at 4:00 p.m. (ET)
Objection Deadline: January 14, 2009 at 4:00 p.m. (ET)
Confirmation Hearing: January 28, 2009 at 10:00 a.m. (ET)

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. By Order dated December 1, 2008, (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. By the Disclosure Statement Order, the Bankruptcy Court established January 14, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline") as the deadline by which ballots accepting or rejecting The Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan")[2] must be received. To be counted, your orginal ballot must actually be <u>received</u> on or before the Voting Deadline by Epiq Bankruptcy Solutions LLC (the "Balloting Agent") at the following address: (i) by regular mail, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115; or (ii) by overnight mail or hand delivery, Epiq Bankruptcy Solutions, LLC, Attn.: American Home Mortgage Balloting Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017. Ballots cast by facsimile, email or other electronic transmission will not be counted.

3. On January 28, 2009 at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard, a hearing (the "Confirmation Hearing") will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 to consider confirmation of the Plan, as the same may be amended or modified, and for such other and further relief as may be just. The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or the filing of a notice of re-scheduled hearing with the Bankruptcy Court.

4. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

5. Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall: (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be <u>received</u> on or before **January 14, 2009 at 4:00 p.m. (prevailing Eastern Time)**, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (Attn.: Robert S. Brady and Sean M. Beach), counsel for the Debtors; (ii) Zolfo Cooper LLC, 900 Third Avenue, New York, New York 10022 (Attn.: Kevin Nystrom and Bret Fernandes); (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark S. Indelicato and Mark T. Power) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19891 (Attn.: Bonnie Glantz Fatell), counsel for the Creditors Committee; (iv) Gilbert Oshinsky LLP, 1100 New York Avenue, NW, Suite 700, Washington, DC 20005 (Attn.: Stephen A. Weisbrod) and Zuckerman Spaeder LLP, 919 Market Street, Suite 990, Wilmington, Delaware 19801 (Attn.: Thomas G. Macauley), counsel for the Borrowers Committee; and (v) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn.: Joseph J. McMahon). Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

6. The Disclosure Statement and the Plan are on file with the clerk of the Bankruptcy Court, and copies of the same may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com - click on "American Home Mortgage"). Copies of the Plan and the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Disclosure Statement may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware, December 5, 2008
YOUNG CONAWAY STARGATT & TAYLOR, LLP, James L. Patton, Jr. (No. 2202), Robert S. Brady (No. 2847), Pauline K. Morgan (No. 3650), Sean M. Beach (No. 4070), Matthew B. Lunn (No. 4119), Patrick A. Jackson (No. 4976), The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Telephone: (302) 571-6756, Facsimile: (302) 571-1253
Counsel for the Debtors and Debtors in Possession

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.