IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
         Debtors.                                               :
----------------------------------------------------------------x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2009, I caused to be served true and correct copies of the "Notice of Agenda of Matters Scheduled for Hearing on January 13, 2009 at 11:00 A.M. (ET)," dated January 9, 2009, [Docket No. 6820], enclosed securely in separate postage pre-paid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit "A".

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Elli Petris_
Elli Petris

Sworn to before me this
13th day of January, 2009

_/s/ Notary_
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\AHM\Affidavits\Agenda of Matters Notice_Aff_1-09-2008.doc

# EXHIBIT A

Wolf, Kristin
622 South 8th
Petersburg, IL 62675

Grundy, Gary and Karen JTWros
9552 Norway Hills Trail
Lakeville MN 55044

Los Angeles County Treasurer & Ta Collector
Revenue and Enforcement
PO Box 54110
Los Angeles CA 90054-0110

Indian River County Tax Collector
Attn: Charles W Sembler Tax Collector
Vero Beach FL 32961-1509

Avaya Inc
Attn: Carolyn Magaha
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium MD 21094

Bottom, Daryl L.
15745 Snodgrass
Wamego KS 66547

Orlans Associates PC
Attn: Marshall Isaacs, Atty
PO Box 5041
Troy MI 48007