IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
         Debtors.                                         :
---------------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

JUSTINA BETRO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2009, I caused to be served true and correct copies of the following:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 9, 2009, to which was attached the "Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 9, 2009 [Docket No. 6825],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Justina Betro

Sworn to before me this
12th day of January, 2009

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: February 10, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: February 17, 2009 at 10:30 a.m. (ET) |
| | ) |

AHM OB28 1/9/2009 (merge2.txnum2) 4000209172 EPIQ Use - 1

21 WATERWAY HOLDING, LLC
C/O SAROFIM REALTY ADVISORS
ATTN: KIM NELSON
8115 PRESTON ROAD, SUITE 400
DALLAS, TX 75225

**NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO: 21 WATERWAY HOLDING, LLC
C/O SAROFIM REALTY ADVISORS
ATTN: KIM NELSON
8115 PRESTON ROAD, SUITE 400
DALLAS, TX 75225

Basis For Objection: Late Filed Claim - Claim was filed after the bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 10162 | $139,415.64 | Jan 11, 2008 | March 31, 2008 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The claim listed above in the "Claim to be Expunged" row was filed after the applicable bar date. As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

    Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
       Wilmington, Delaware

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                Nathan D. Grow (No. 5014)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 571-6756
                                                Facsimile: (302) 571-1253

                                                Counsel to the Debtors and Debtors in Possession

**<u>Exhibit B</u>**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by January 9, 2009 and sent to the following:

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Page 1 of 12

21 WATERWAY HOLDING, LLC
C/O SAROFIM REALTY ADVISORS
ATTN: KIM NELSON
8115 PRESTON ROAD, SUITE 400
DALLAS, TX 75225

AA APPRAISALS
ATTN BILL BARNES, OWNER
PO BOX 1828
MULDROW, OK 74948

ABACOA TOWN CNTR 1 COMMERCIAL
ATTN: RICARDO REYES, ESQ.
1155 MAIN ST
JUPITER, FL 33458

ABBELL, JAMIE
75 W ST APT 2H
NEW YORK, NY 10006

ALAMANCE COUNTY TAX COLLECTOR
CLYDE B ALBRIGHT ATTNY TAX DEPT
124 W ELM STREET
GRAHAM, NC 27253

ALBRECHT, MARSHA
837 N. MAPLE AVE.
PALATINE, IL 60067

AMERICAN HOME MORTGAGE
CUANE A. GOETTEMOELLER, ASST
PROSECUTOR
P.O. BOX 987
SIDNEY, OH 45365-0987

ARAPAHOE COUNTY
5334 S PRINCE STREET
LITTLETON, CO 80166

ARAPAHOE COUNTY
ATTN: GEORGE ROSENBERG, ASST CNTY
ATTY
5334 S. PRINCE ST.
LITTLETON, CO 80166

ARAPAHOE COUNTY
TREASURER
5334 S. PRINCE ST.
LITTLETON, CO 80166

ARDEN REALTY LIMITED PARTNERSHIP
C/O MCGUIREWOODS LLP
ATTN: SUSAN GERMAISE
1800 CENTURY PARK EAST, 8TH FLOOR
LOS ANGELES, CA 90067

ARIOTO, NUNCIO AND MICHELLE
853 N. 17TH ST.
SAN JOSE, CA 95112

AT CONFERENCE, INC.
ATTN DAVID JANNETTI, PRESIDENT
PO BOX 2939
SOUTHAMPTON, NY 11969

AURORA LOAN SERVICES LLC
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

AYAN, ATILLA
83 OCEAN AVE
MASSAPEQUA PARK, NY 11762

BADRI, FARHAD
PO BOX 63194
COLORADO SPRINGS, CO 80962

BAKER, LAYCE
6335 NACHEZ CT
CITRUS HTS, CA 956215219

BANGERT, PEGGY
315 CHASSELLE LN
CREVE COEUR, MO 63141

BARNEY, IVAN L.
2616 MERION HILLS COURT
CHARLOTTE, NC 28269

BELCHER, LOREATHA
6073 CAPRICE DRIVE
JACKSONVILLE, FL 32244

BENNING, MELANIE TINNES
333 2ND STREET NE APT 305-B
WASHINGTON, DC 20002

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

BENTON CO. TAX COLLETOR
215 E CENTRAL, ROOM 101
BENTONVILLE, AR 72712

BESSON APPRAISALS INC
25 MARY ANN DR
EXETER, RI 02822

BIRD, VONNIE R.
9901 EAST EVANS AVENUE #25A
DENVER, CO 80247

BITSEFF, TONIE L.
363 MARIN AVENUE
MILL VALLEY, CA 94941

BLANKE, KERRI
1043 RUE LA VILLE WALK
SAINT LOUIS, MO 63141

BLINN, ANDREW
4075 WOODSLY DR
BATAVIA, OH 45103

BOB WARNCKE APPRAISAL GROUP
240 HALF MILE RD.
RED BANK, NJ 07701

BOULDER COUNTY TREASURER
BOB HULLINGHORST
P.O. BOX 471
BOULDER, CO 80306

BRANCH, JOYCE
8709 GRACEFIELD DR
WAXHAW, NC 28173

BROWN, DAVID AND LORETTA
11195 CHACOL CT
RANCHO CORDOVA, CA 95670

BRUNSWICK COUNTY
ATTN MIKE CULPEPPER
DELINQUENT TAX SPECIALIST
PO BOX 29
BOLIVIA, NC 28422

BUTTS, LEE ANN
9901 RED TWIG PL
FORT WAYNE, IN 46804

BYRUM, DIANA L.
PO BOX 874001
WASILLA, AK 99687

C&H PROPERTIES LLC
ATTN: CHRIS CANTY, PRINCIPAL
318A GUILBEAU RD
LAFAYETTE, LA 70506

CALVO, LORAINE (LORI)
43 COTTONWOOD LA
WESTBURY, NY 11590

CHATHAM COUNTY TAX COMMISSIONER
P.O. BOX 8321
SAVANNAH, GA 31412

CISNEROS, VERONICA
3510 CAMINITO EL RINCON # 17
SAN DIEGO, CA 92130

CITY OF KNOXVILLE
DOUGLAS GORDON, ATTORNEY AT LAW
PO BOX 2084
KNOXVILLE, TN 37901

CITY OF MT PLEASANT
401 N MAIN
MOUNT PLEASANT, MI 48858

CITY OF NEW YORK DEPARTMENT OF FINANCE
AUDIT DIVISION
ATTN: BANKRUPTCY UNIT
345 ADAMS STREET, 5TH FLOOR
BROOKLYN, NY 11201

CITY OF NEW YORK DEPARTMENT OF FINANCE
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

CITY OF PROVIDENCE, KENTUCKY
C/O RICHARD E. PEYTON, ATTORNEY
FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT
PO BOX 695
MADISONVILLE, KY 42431-0695

CLEVELAND COUNTY TREASURER
201 S JONES SUITE 100
NORMAN, OK 73069

COLANDRO, MARY
32 PEARSALL AVE APT 2B
GLEN COVE, NY 11542

COLFAX COUNTY
ATTN LYDIA M. GARCIA, TREASURER
P O BOX 98
RATON, NM 87740

CORDOVA, VERNA J
3779 W NEVADA PLACE
DENVER, CO 80219

CORNELL, SHANNON N.
5038 ETNA RD
WHITEHALL, OH 43213

COUNTY APPRAISAL SERVICES
ATTN KIM BOOKER, APPRAISER
19831 CARLISLE ROAD
APPLE VALLEY, CA 92307

CRAFT, BOBBI
27 RANDLE CT
SAUGERTIES, NY 12477

CRAWFORD, GARY
9 SHERWOOD CRESCENT
DIX HILLS, NY 11746

D&R APPRAISALS, LLC
ATTN PATRICK J. REHMER
P.O. BOX 733
ROCKY MOUNT, MO 65072

DALTHORP, RACHEL
8540 W MAGNOLIA ST
TOLLESON, AZ 85353

DB STRUCTURED PRODUCTS, INC
PETER PRINCIPATO DIRECTOR
DEUTSCHE BANK SECURITIES INC
60 WALL STREET
NEW YORK, NY 10005

DB STRUCTURED PRODUCTS, INC
PETER PRINCIPATO, DIRECTOR
DEUTSCHE BANK SECURITIES INC
60 WALL STREET
NEW YORK, NY 10005

DB STRUCTURED PRODUCTS, INC
STEVEN WILAMOWSKY ESQ
BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NY 10022-4689

DEFIANCE COUNTY
P.O. BOX 278
DEFIANCE, OH 43512

DENNIS, DENNIS J.
12 WILDFLOWER TRAIL
ROBBINSVILLE, NJ 08691

DESCHUTES COUNTY TAX COLLECTOR
DAVID LILLEY, CHIEF TAX DEPUTY
1300 NW WALL ST STE 200
BEND, OR 97701

DIETRICH, MICHELLE
824 SUGAR VALLEY CT
SAINT PETERS, MO 63376

DIKE, CHAKIRA-ILIANA
431 MARINE LN
WEST BABYLON, NY 11704

DIPIETRO, ANTHONY
18 PLEASANT PLACE
TUCKAHOE, NY 10707

DOHERTY, EILEEN
75 RICA VISTA
NOVATO, CA 94947

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

E.E.C.O. ELECTRIC CORP.
35650 COUNTY ROAD 48
PECONIC, NY 11958

EGIX INC
POB 2306
INDIANAPOLIS, IN 46206-2306

ELISH, CHRISTINA
77 DUFF RD
PENN HILLS, PA 15235

ENNIS, WARREN J (JOE)
14555 RIVER OAKS DRIVE
COLORADO SPRINGS, CO 80921

EQUINY FINANCIAL GROUP, INC
ATTN ANNABELLE COOPER, VICE PRESIDENT
9240 SW 72ND ST
SUITE 100
MIAMI, FL 33173

FALLON, DAVID M
63 LAKEVIEW DRIVE
HAMBURG, NJ 07419

FERGUS, CAROL
2381 CHRISTMAS TREE DR
CARSON CITY, NV 89703

FISHMAN, BRIAN
1695 PARTAGE PASS
DEERFIELD, IL 60015

FLORIAN, JENNIE
108 HAMPTON AVE
MASTIC, NY 11950

FORSYTH COUNTY
ATTN DARLENE PIERCE
PO BOX 82
WINSTON-SALEM, NC 27102

FRANKITO, THOMAS
9765 JOHNNY CAKE RIDGE RD.
MENTOR, OH 44060

FRENZEL, ERIK
405 EASTLAKE AVE
MASSAPEQUA PARK, NY 11762

FRIEDER, NATHAN & LILLIAN
52-54 65TH PLACE
MASPETH, NY 11378-1353

GALLAGHER, BRIDEEN
4224 40TH ST NW
WASHINGTON, DC 20016

GAMBOA, JESUS A.
6233 PIONEERTOWN
YUCCA VALLEY, CA 92284-5300

GATES, ROBERT BRIAN
915 LINGALE ARCH
CHESAPEAKE, VA 23322

GELOSO, LISA M.
301 OAKLAND AVE
MILLER PLACE, NY 11764

GREEN, RICHARD J (RICK)
2524 WALTERBORO HWY
VARNVILLE, SC 29944

GREEN, VIRGINIA
9 RIDGE LANE
HACKETTSTOWN, NJ 07840

GRZAN, LORETTA
57 EARL RD
MELVILLE, NY 11747

GUYTON, JAMES
220 PINE RIDGE LANE
MONTGOMERY, IL 60538

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME
INV CORP DEFENDANT. 2:06-CV-2234
WARREN S. DANK, FRANK & ASSOCIATES, PC
500 BI-COUNTY BLVD., SUITE 112N
FARMINGDALE, NY 11735

HACKBARTH, SCOTT
7444 LIMERICK AVE
DUBLIN, CA 94568

HANCOCK, MICHAEL G.
109 ESKER RD
HAMPTON, NH 03842

HEILPERN, PATRICIA D
1575 EAST PARKWAY AVENUE
SALT LAKE CITY, UT 84106

HERMAN, COREY L.
73 GREEN FIELD ST
MANCHESTER, PA 17345

HIRSCH, JULIE A.
109 2ND ST S # 436
KIRKLAND, WA 98033

HOPKINS, CARA
23601 TORERO CIRCLE
MISSION VIEJO, CA 92691

HUBER, STEFANIE
208 WOOD HALLOW DRIVE
MARLTON, NJ 08053

HUMPHREY, RONDA
1604 HOWARD PL
BALDWIN, NY 11510

HUSTON, DOUGLAS
2733 RIVER ROAD
VIRGINIA BEACH, VA 23454

I MORTGAGE
ATTN AVP, ACCOUNTING, IMS
2570 BOYCE PLAZA RD
PITTSBURGH, PA 15227

INNOCENT, JEAN
215 WORTMAN AVE.
APT # 7H
BROOKLYN, NY 11207

JACKSON ENERGY AUTHORITY
ATTN TED WELCH, CREDIT ANALYST
PO BOX 2288
JACKSON, TN 38302

JANABAJAL, JAY & JOYCE
10820 SABRE HILL DRIVE # 185
SAN DIEGO, CA 92128

JANCO, RICHARD W.
2987 RIDGEWOOD CT
OREGON, IL 61061

JANNOTTA, AMELIA
512 KENSINGTON LN
BETHPAGE, NY 11714

JANSEN, MILDRED A.
159 STERLING ST
PORT JEFFERSON STATION, NY 11776

JEFFERSON PARTNERS, LLC -
382 STRATHMORE RD
ROSEMONT, PA 19010

JORGENSON, REED C.
1216 SKYLINE DR
WATERTOWN, SD 57201

KATZ, STEVEN J (STEVE)
1228 WOODRUFF AVENUE
DEERFIELD, IL 60015

KITSOS, DEBRA
PO BOX 322
MASSAPEQUA, NY 11758-0322

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

KLOTZ, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

KOBIELSKY, PATRICK
PO BOX 530459
HENDERSON, NV 89053

KOHL, RICHARD P.
32 AUDLEY CIR
PLAINVIEW, NY 11803

KOUMANTAKIS, GEORGE G
8 SOUTH EAGLE CIRCLE
AURORA, CO 80012

KRIEGER, DENISE
291 WILLIAM FLOYD PKWY
SHIRLEY, NY 11967

KUSSMANN, CHERYL
200 ARLINGTON HTS # 620
ARLINGTON HEIGHTS, IL 60004

LANCASTER TOWN
ATTN CHARITY BLANCHETTE, TAX COLLECTOR
25 MAIN ST
LANCASTER, NH 03584

LANDMARK APPRAISAL GROUP
ATTN SCOTT SIEGMAN, OWNER/APPRAISER
13020 DELMAR
LEAWOOD, KS 66209

LANE, SALLY M
1730 FREY LANE
MISSOULA, MT 59808

LEACOCK, REBECCA
9176 N SWAN CIR
BRENTWOOD, MO 631441164

LEAF, DIETRA
36A MELMORE GARDENS
EAST ORANGE, NJ 07017

LEHMANN, DAVID
1100 LAKE MICHIGAN DR NW
GRAND RAPIDS, MI 49504

LERETSIS, MARY-MARGARET
16245 CATENARY DRIVE
WOODBRIDGE, VA 22191

LIVINGSTON COUNTY
ATTN: DIANNE H. HARDY
200 E GRAND RIVER AVE
HOWELL, MI 48843

LOBO, EDISSA
91-18 108 STREET
RICHMOND HILL, NY 11418

LOPEZ, KIM
1524 BACCAROT COURT
SANFORD, FL 32771

LUCIA, LAURIE
27 SILLERO
RANCHO SANTA MARGARITA, CA 92688

LUNCEFORD, SOPHIA
10715 E. SAHUARO DR.
SCOTTSDALE, AZ 85259

LUND, ROBERT W.
3 CHERRY DRIVE E
PLAINVIEW, NY 11803

LUTTRULL, KIMBERLY F.
9740 AVIARY DR
SAN DIEGO, CA 92131

MAGDALENO, ELIZABETH
403 HONEYSUCKLE
WAGONER, OK 74467

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

MARTIN, MAYLA L.
206 MADISON ST
WARWICK, RI 02888

MATEEN, SUZANNE B.
2 SPRING OAK DR
GREENSBORO, NC 27410

MCDONALD, KEVIN A.
2604 12TH ST SW
ALTOONA, IA 50009

MCGILL, WAYNE T.
8300 FAWN MEADOW AVENUE
LAS VEGAS, NV 89149

MCNEIL, COREY
20 ORCHARD STREET UNIT 109
BROOKFIELD, CT 06804

MCNUTT, CATHERINE A.
5610 MORSE AVE
JACKSONVILLE, FL 32244

MCWATERS, ZACHARY J.
6390 RANCHO MISSION ROAD # 215
SAN DIEGO, CA 92108

MENNITI, JOHN C
505 CHERRY AVENUE
OREGON CITY, OR 97045

MISSISSIPPI STATE TAX COMMISSION
BANKRUPTCY SECTION
ATTN: BRENDA T. CARTER
PO BOX 22808
JACKSON, MS 39225-2808

MJB APPRAISAL GROUP
7119 E SHEA BLVD # 109-154
SCOTTSDALE, AZ 85254

MODRELL, CRYSTAL J.
724 PILOT HOUSE DR
NEWPORT NEWS, VA 236061941

MODRELL, TERRI J.
724 PILOT HOUSE DR
NEWPORT NEWS, VA 23606

MONTGOMERY COUNTY
CAROLYN RICE, TREASURER
451 W. THIRD ST.
DAYTON, OH 45422

MONTOYA, SUSANA
4850-10 DORSEY HALL DR
ELLICOTT CITY, MD 21042

MORA, ROSA M.
8023 LAKEPOINTE COURT
PLANTATION, FL 33322

MORGAN, DANIELLE
1510 POTTER BLVD
BAY SHORE, NY 11706

MOSER, JASON L
PO BOX 2033
MESA, AZ 852142033

MULLIGAN, KATHLEEN M.
12262 GLANCY LANE
SPRING HILL, FL 34609

MWANJALA, REBECCA
4 E TORLINA CT
BALTIMORE, MD 21207

NARROW, VERONICA
1118 S RESEDA ST
ANAHEIM, CA 92806

NATALE, CAROLINE
325 S 5TH ST
LINDENHURST, NY 11757

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by January 9, 2009 and sent to the following:

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

NG, JACQUELINE
956 N BAY AVE
MASSAPEQUA, NY 11758

NICHOLS, KEVIN
7034 WEST LARIAT LANE
PEORIA, AZ 85383

NOSAL, MARK
701 BRIDGEWATER DR
BENTON, AR 72015

NUMA, JEAN (GILBERT)
4902 NW MACEDO BLVD
PORT SAINT LUCIE, FL 34983

OETINGER, WILLIAM D.
3120 DAVISVILLE RD
HATBORO, PA 19040

OLD TAPPAN BOROUGH
BOROUGH OF OLD TAPPAN
ATTN ALLEN M. BELL, ESQ.
277 OLD TAPPAN RD.
OLD TAPPAN, NJ 07675

OWINGS, LARA J
2924 GALWAY LANE
CHESAPEAKE BEACH, MD 20732

PANSBY, NEIL M.
7085 CANE LANE
VALLEY SPRINGS, CA 95252

PARK PLACE APPRAISAL GROUP INC
ATTN REGINA C. ROWS
243 S PARK PLACE DR
BARTLETT, IL 60103

PELLICCI, ROBERT J. AND JENNIFER JL.
49 BELL WAY
MONTICELLO, NY 12701

PHOENIX SAVINGS BANK PACIFIC
3500 188TH ST SW STE 575
ATTN JEFFREY SMOOT, ATTORNEY
LYNNWOOD, WA 980374763

PIERCE, DALE
QUEST MORTGAGE
8921 VETERANS MEMORIAL PARKWAY
O'FALLON, MO 63366

PINEDA, RICARDO
744 W 173RD PLACE
GARDENA, CA 90247

PIPIA, RICHARD J.
15 MERIDEN PLACE
MELVILLE, NY 11747

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.
RECOVERY DEPT.
27 WATERVIEW DR
SHELTON, CT 06484-4361

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

PITNEY BOWES CREDIT CORPORATION
EVA MILANOWSKY, BANKRUPTCY ADMIN
RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

PLAGEMAN, SOONER
912 S 10TH AVE
SIOUX FALLS, SD 571045217

PLUMAS COUNTY
ATTN SUSAN T. BRYANT-GRANT
P.O. BOX 176
QUINCY, CA 95971

POLADIAN, ANGELINE
3 WHITWORTH ST
LADERA RANCH, CA 92694

POTTS, SAMANTHA N.
1158 CASELTON CT
BEAUMONT, CA 92223

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

PRANGER, KEITH
4275 GREENRIDGE WAY
NEW HAVEN, IN 46774

PROPERTY SHOP & APPRAISALS, THE
ATTN FREDA C. CRAFT
PO BOX 1662
PASCAGOULA, MS 39568

RAMIREZ, MONIQUE
11872 E CEDARVILLE ST
NORWALK, CA 90650

RICCIO, THERESA M
39 ARBOR ROAD
SYOSSET, NY 11791

RICOH BUSINESS SYSTEMS INC
ATTN DAVE KAUTZ, A/R BILLING & COLLECT.
STE M 1225 GREENBRIAR AVE
ADDISON, IL 60101

RUBIO-MATOS, ZOILA
16778 NW 13 STREET
PEMBROKE PINES, FL 33028

RUTKIN, DAVID
31 WAYNE RD
MONROE, CT 06468

RYMAN, SCOTT
3436 RIDGEVIEW DR
EL DORADO HLS, CA 957624410

SANDERS, VANESSA
1300 N SHAFFER ST # 23
ORANGE, CA 92867

SCOGGINS, BRENT
1865C MONTCLAIR DR
MT PLEASANT, SC 29464

SCOTTOLINE, LOUIS J.
333 LANCASTER AVE APT 612
FRAZER, PA 19355

SEO, JEONG JA
6379-D SMITHY SQUARE
GLEN BURNIE, MD 21060

SEUS, SHERYL
4508 GARDEN CLUB ST
HIGH POINT, NC 27265

SHELBY COUNTY TREASURER
ATTN: DUANE A. GOETTEMOELLER, ASST. PROSECUTOR
P.O. BOX 987
SIDNEY, OH 45365-0987

SHINKEWICZ, DEBRA
PO BOX 171
CALVERTON, NY 11933-0171

SHOPPES AT FLIGHT DECK
TED STAMBOLITIS, PRESIDENT
109 OLD CHAPIN ROAD, TOWER
P.O. BOX 907
LEXINGTON, SC 29071

SHORE, JEFFREY
2265 BOTANICA CIRCLE
WEST MELBOURNE, FL 32904

SHRIVER, PAULA J.
344 BROOKSIDE BLVD
PITTSBURGH, PA 15241

SILL, STEPHANIE
24291 PHILEMON
DANA POINT, CA 92629

SKILLSOFT CORPORATION
C/O GREG PORTO
107 NORTHEASTERN BLVD
NASHUA, NH 03062

SMITH, CAROLYN M.
101 GROVE ST
PLAINVILLE, MA 02762

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by January 9, 2009 and sent to the following:

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SMITH, LAUREN
6545 YELLOWSTONE BLVD
APT 5D
FOREST HILLS, NY 11375

SOMERMAN-JOHNSTON, MELISSA
32226 FALL RIVER RD
TRABUCO CANYON, CA 92679

SPAGNA, MICHAEL
25 NASSAU AVE
FREEPORT, NY 11520

SPRAGUE, SUSAN L.
1717 NO. BAYSHORE DR # 3844
MIAMI, FL 33132

ST. JOHNS COUNTY TAX COLLECTOR
DENNIS W. HOLLINGSWORTH
P.O. BOX 9001
SAINT AUGUSTINE, FL 32085-9001

STAFFORD, PAMELA
10320 BLUFF VALLEY COURT
LAS VEGAS, NV 89178

STAMPS, MARK E.
224 SIDNEY STREET
BECKLEY, WV 25801

STATE OF NEW JERSEY
ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
RICHARD J. HUGHES COMPLEX
PO BOX 106
Trenton, NJ 08625-0106

STATE OF NEW JERSEY
MICHAEL READING, AUTHORIZED AGENT
DIVISION OF TAXATION-COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08646

STERLING, DANIEL P.
5523 COLONY RD
GRAND BLANC, MI 48439

SUMMERS, MATTHEW
208 TIMBERFIELD TRAIL
CHINA GROVE, NC 28023

SUROWIEC, MICHAEL S
116 RALPH AVE
S PLAINFIELD, NJ 070802814

TALX CORPORATION
11432 LACKLAND
ST. LOUIS, MO 63146

TEITELBAU, JOEL
1723 CODY DRIVE
SILVER SPRING, MD 20902

THOMAS, AMY R.
304 BARCROFT DR
YORKTOWN, VA 23692

THOMAS, ELLEN M.
2 JOHN F KENNEDY DR
NORTON, MA 02766

THOMAS, SAMUEL N.
3405 CLOUDNINE COURT
CHESAPEAKE, VA 23323

THORNTON, PATRICIA M.
137-32 LAURELTON PARKWAY
ROSEDALE, NY 11422

THRASHER, GARY A.
10492 EAST ONEIL ROAD
HEREFORD, AZ 85615

TURNER, KRISTEN
10356 BABY BUD
LAS VEGAS, NV 89183

UNIFIED TREASURY (WYANDOTTE)
710 N. 7TH ST
KANSAS CITY, KS 66101

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by January 9, 2009 and sent to the following:

**NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

VALENTINE, ANDREW
9 GLENN DR
WOODBURY, NY 11797

VALERIUS, LARRY D.
1709 OAKWOOD AVE
DEKALB, IL 60115

VENADAS, ROSE B.
1204 MIRA VALLEY ST
CORONA, CA 92879

VISNAPUM, TIMOTHY J.
# 6 LAKE VIEW COURT
FERGUSON, MO 63135

VON BEHREN, JENNIFER
304 E ALMOND AVE # 10
ORANGE, CA 92866

WAKE COUNTY TAX COLLECTOR
421 FAYETTEVILLE STREET MALL STE 200
RALEIGH, NC 276011450

WALTERS, DANA
8535 PARADISE VALLEY RD # 3
SPRING VALLEY, CA 91977

WASHINGTON MUTUAL BANK, FA
BERRIE MARTINIS
FIRST VICE PRESIDENT AND SENIOR COUNSEL
LEGAL DEPT., WASHIINGTON MUTUAL BANK
1301 SECOND AVE., WMC 3501
SEATTLE, WA 98101

WASHINGTON MUTUAL BANK, FA
C/O ROBERT TRODELLA
HELLER EHRMAN LLP
333 BUSH STREET
SAN FRANCISCO, CA 94104

WASHINGTON MUTUAL MORTGAGE SECURITIES
CORP. C/O MICHAEL D. COYNE
WASHINGTON MUTUAL BANK
623 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10022

WASHINGTON MUTUAL MORTGAGE SECURITIES
DAVID H. ZIELKE, ESQUIRE
WMC 3501
1301 SECOND AVENUE
SEATTLE, WA 98010

WASHINGTON MUTUAL MORTGAGE SECURITIES
DAVID H. ZIELKE, ESQUIRE
WMD 3501
1301 SECOND AVENUE
SEATTLE, WA 98010

WATSON, MARK AND KELLY
3804 OLSON DR NW
GIG HARBOR, WA 98335

WESSEL, PAUL S.
811 TOWNER PLACE
LOUISVILLE, KY 40223

WESSMAN, DANIEL
1648 GRACE DR
BIG LAKE, MN 55309

WESTRIDGE II AND III, L.L.C.
(F/K/A WEST PROPERTIES II & III, L.P.)
JERRY SHARPE - BELIN LAW FIRM
666 WALNUT STREET SUITE 2000
DES MOINES, IA 50309-3989

WETZEL, DANIEL P.
776 YALE AVE
SAINT LOUIS, MO 63130

WHEELER, PETER M
7335 BROOKVIEW, UNIT 303
ELKRIDGE, MD 21075

WHITMAN TOWN
ATTN MARY BETH CARTER, TOWN COLLECTOR
BOX 459
WHITMAN, MA 02382

WIELGUS, KATHLEEN
548 N 5TH AVE
DES PLAINES, IL 60016

WILKINSON, FAITH
8775 CELESTE RD
SARALAND, AL 36571

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

WILKINSON, FAITH C
8775 CELESTE RD
SARALAND, AL 36571

WILLIAMS, ROBIN
13695 DEER HILL PL
MORENO VALLEY, CA 92553

WILLIAMS, SHARON M.
3805 MARY AVENUE
BALTIMORE, MD 21206

WINDHAM REVENUE DEPARTMENT
PO BOX 195
WILLIMANTIC, CT 06226

WYRICK, RICHARD
6220 RUSSWOOD DR
PLEASANT GDN, NC 273139536

YAKIMA COUNTY TREASURER
PO BOX 22530
YAKIMA, WA 98907

YVONNE MUKASE
3509 LUPINE COURT
HYATTSVILLE, MD 20784

ZYLSTRA, JERRY J
247 GOLD PAN WAY
DAYTON, NV 89403

Total Parties: 239