IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
    Debtors.                                              :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

JUSTINA BETRO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2009, I caused to be served true and correct copies of the following:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 9, 2009, to which was attached the "Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 9, 2009 [Docket No. 6826],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Justina Betro

Sworn to before me this
12th day of January, 2009

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

## Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| ) | Response Deadline: February 10, 2009 at 4:00 p.m. (ET) |
| AHM OB29 1/9/2009 (merge2.txnum2) 4000100065 EPIQ Use - 1   ) | Hearing Date: February 17, 2009 at 10:30 a.m. (ET) |

ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
55 EAST 52ND STREET, 2ND FLOOR
NEW YORK, NY 10055

## NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
55 EAST 52ND STREET, 2ND FLOOR
NEW YORK, NY 10055

**Basis For Objection:** No Liability Claim: Debtors' books and records show no liability on account of this claim

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 7935 | $185,776,989.27 |

Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**Exhibit B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by January 9, 2009 and sent to the following:

NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
55 EAST 52ND STREET, 2ND FLOOR
NEW YORK, NY 10055

ABN AMRO BANK, N.V.
ATTN GREGORY A. BRAY / FRED NEUFELD
MILBANK TWEED HADLEY & MCCLOY LLP
601 S FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

ABN AMRO BANK, N.V.
ATTN GREGORY A. BRAY/FRED NEUFELD
MILBANK TWEED HADLEY & MCCOY LLP
601 S FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

ABN AMRO BANK, N.V.
ATTN GREGORY A. BRAY / FRED NEUFELD
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 S. FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

ABN AMRO BANK, N.V.
ATTN GREGORY A. BRAY / FRED NEUFELD
MILBANK TWEED HADLEY & MCCLOY LLP
601 S. FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

ABN AMRO BANK, N.V.
ATTN GREGORY A BRAY/FRED NEUFELD
MILBANK TWEED HADLEY & MCCLOY LLP
601 S FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

ABN AMRO BANK, N.V.
ATTN GREGORY A. BRAY/ FRED NEUFELD
MILBANK TWEED HADLEY & MCCLOY LLP
601 S FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

CHASE PAYMENTECH SOLUTIONS, LLC
C/O CLAY M TAYLOR
201 MAIN ST STE 2500
FORT WORTH, TX 76102

CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC
ATTN: MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE FIRST BOSTON MORTGAGE
WEIL, GOTSHAL & MANGES LLP
ATTN: CHRISTOPHER MARCUS, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153

DE LAGE LANDEN FINANCIAL SERVICES, INC.
AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE
C/O PLATZER SWERGOLD KARLIN LEVINE ET AL
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

DE LAGE LANDEN FINANCIAL SERVICES, INC.
AS AGENT FOR NATIONAL PENN BANK
ATTN SCOTT K LEVINE / PALTZER SWERGOLD
1065 AVENUE OF THE AMERICAS, 18TH FLOR
NEW YORK, NY 10018

DE LAGE LANDEN FINANCIAL SERVICES, INC.
AS AGENT FOR NATIONAL PENN BANK
ATTN SCOTT K. LEVINE / PLATZER SWERGOLD
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

DE LAGE LANDEN FINANCIAL SERVICES, INC.
C/O PLATZER SWERGOLD KARLIN LEVINE ET AL
ATTN SCOTT K LEVINE, ESQ
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

DEUTSCHE BANK NATIONAL TRUST COMPANY
C/O KRISTINE E. BAILEY, ESQ.
NIXON PEABODY, LLP
1 EMBARCADERO CENTER, SUITE 1900
SAN FRANCISCO, CA 94111

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN TRUST ADMIN-BARBARA CAMPBELL, PRES.
GSR MORTGAGE LOAN TRUST 2007
1761 EAST ST. ANDREW PLACE
SANTA ANA, CA 92705

FORSYTHE APPRAISALS LLC
ATTN PRESIDENT
222 LITTLE CANADA ROAD
SAINT PAUL, MN 55117

HUGHES, SHARAINE
C/O MARY CATHERINE SHERIDAN ESQ
HALL SICKELS FREI KATTENBURG & MIMS PC
12120 SUNSET HILLS RD STE 150
RESTON, VA 20190

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by January 9, 2009 and sent to the following:

INDIANA DEPARTMENT OF REVENUE
ATTN CAROL LUSHELL, TAX ANALYST
BANKRUPTCY SECTION ROOM N-203
100 NORTH SENATE AVE
INDIANAPOLIS, IN 46204

JONES, HERMAN B.
1325 SHORES BLVD.
ROCKWALL, TX 75087

KIRK, GLORIA VS. AMERICAN HOME MTG CORP.
2:06-CV02603 ATTN: W STEPHEN GARDNER, MULLINS GARDNER PLC
P.O. BOX 41893
MEMPHIS, TN 38174

KOENIG, SARAH / SCHRIER, BENJAMIN/JOSHUA AND LISE
C/O STEPHEN H. FINKESLTEIN, ESQ.
276 FIFTH AVENUE, SUITE 604
NEW YORK, NY 10001-4509

KOTHARY, MANISH
444 WASHINGTON BLVD
STE 6238
JERSEY CITY, NJ 07310

PEARSON & ASSOCIATES, INC.
ATTN MICHAEL PEARSON, PRESIDENT
350 W KENSINGTON # 110
MOUNT PROSPECT, IL 60056

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

POWELL, STEVEN & DEL MENARD, KIMBERLY
LAW OFFICE OF RICHARDS S. MILLER, ESQ.
1600 S. MAIN STREET, SUITE 230
WALNUT CREEK, CA 94596

RA 520 BROADHOLLOW ROAD LLC
C/O REXCORP REALTY LLC
625 REXCORP PLAZA
UNIONDALE, NY 11556

RUCKER, JAMES D.
5057 CORONADO DRIVE
EL DORADO HILLS, CA 95762

SEAHORN, SAMUEL
5039 MADELYN LANE
HOUSTON, TX 77021

SEAHORN, SAMUEL
C/O MARTIN M HOKANSON
5200 MICHELLDALE, SUITE F-24
HOUSTON, TX 77021

STATE OF MISSOURI
DEPARTMENT OF REVENUE
ATTN YOLANDA PENDILTON
BOX 475
JEFFERSON CITY, MO 65105

THACHER PROFFITT & WOOD LLP
JONATHAN D. FORSTOT
TWO WORLD FINANCIAL CENTER
NEW YORK, NY 10281

VAN OEVEREN, BARBARA M.
PO BOX 308
FALL CITY, WA 98024

WASHINGTON MUTUAL MORTGAGE SEC. CORP.
C/O MR. MICHAEL D. COYNE
WASHINGTON MUTUAL BANK
623 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10022

WASHINGTON MUTUAL MORTGAGE SEC. CORP.
DAVID H. ZIELKE, ESQUIRE
WASHINGTON MUTUAL
1301 SECOND AVENUE, WMC 3501
SEATTLE, WA 98010

WASHINGTON MUTUAL MORTGAGE SEC. CORP.
DAVID H. ZIELKE, ESQUIRE
WASHINGTON MUTUAL
1301 SECOND AVENUE, WMC 3501
SEATTLE, WA 98010

ZEA, ALISON A.
C/O RICK S MILLER, ESQ
FERRY JOSEPH & PEARCE, P.A.
PO BOX 1351
WILMINGTON, DE 19899

**NOTICE OF DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by January 9, 2009 and sent to the following:

<u>Total Parties: 37</u>