# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

    Debtors.

_____ /

Case No.: 07-11047-CSS
(Jointly Administered)

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE REMOVED FROM MAILING MATRIX AND TO STOP ELECTRONIC NOTICES

PLEASE TAKE NOTICE that the undersigned hereby files this Withdrawal of Notice of Appearance and Request for Removal from Matrix and to Stop Electronic Notices, and requests that the name, mailing address and email address listed below be removed from the mailing matrix and from the Court's electronic system for this case.

    Jacob A. Brown, Esq.
    Akerman Senterfitt
    50 North Laura Street, Suite 2500
    Jacksonville, Florida 32202
    Telephone: 904/798-3700
    Facsimile: 904/798-3730
    Email: jacob.brown@akerman.com

Date: January 20, 2009.

    AKERMAN SENTERFITT

    By: */s/ Jacob A. Brown*
        Jacob A. Brown
        Florida Bar No.: 0170038
        Email: jacob.brown@akerman.com
        50 North Laura Street, Suite 2500
        Jacksonville, FL 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730

    Attorneys for MarketWise Advisors, LLC

{JA432057;1}

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 20th day of January, 2009, to:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

                                                */s/ Jacob A. Brown*
                                                Attorney