## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :
                                                              :   Jointly Administered
            Debtors.                                          :
                                                              :   Ref. Docket Nos. 2791, 6506 and 6520
------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION OF NATIONAL CITY CAPITAL COMMERCIAL CORPORATION FOR ENTRY OF ORDER GRANTING ALLOWANCE AND PAYMENT OF POST-PETITION RENT AS AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

On January 25, 2008, National City Capital Commercial Corporation ("National City") filed its Motion for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to § 503(b)(1)(A) [Docket No. 2791] (the "Motion"). On November 5, 2008, the Debtors filed their Objection to the Motion [Docket No. 6506] (the "Objection"). On November 6, 2008, the Official Committee of Unsecured Creditors filed a joinder to the Objection [Docket No. 6520].

A hearing on the Motion (the "Hearing") was held on January 13, 2009. At the conclusion of the Hearing, the Court denied the Motion and directed the Debtors to submit a form of order denying the Motion.

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Attached hereto as <u>Exhibit A</u> is a form of order (the "<u>Proposed Order</u>") denying the Motion. The Debtors have circulated the Proposed Order to counsel for National City and National City does not object to the form of the Proposed Order. The Debtors respectfully submit that the Proposed Order is appropriate and consistent with the Court's ruling at the Hearing, and is in the best interests of the Debtors, their estates and creditors and other parties in interest.

Accordingly, the Debtors respectfully request the Court to enter the Proposed Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware  
January 20, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/*

James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Robert F. Poppiti, Jr. (No. 5052)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

## EXHIBIT A

Proposed Order

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
            Debtors.                                             :
                                                                 : Ref. Docket No. 2791 and _____
                                                                 :
---------------------------------------------------------------- x

### ORDER DENYING MOTION OF NATIONAL CITY CAPITAL COMMERCIAL CORPORATION FOR ENTRY OF ORDER GRANTING ALLOWANCE AND PAYMENT OF POST-PETITION RENT AS AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

Upon consideration of the Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to § 503(b)(1)(A) [Docket No. 2791] (the "Motion"), the Debtors' objection to the Motion and the Official Committee of Unsecured Creditors' joinder in the Debtors' objection, and the hearing on the Motion held on January 13, 2009 (the "Hearing"); and after due deliberation and for the reasons stated on the record at the Hearing, it is hereby:

ORDERED, that the Motion is DENIED.

Dated: Wilmington, Delaware
       January ____, 2009

                                           _____
                                           Christopher S. Sontchi
                                           United States Bankruptcy Judge

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.