IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
         Debtors.                                                   :
------------------------------------------------------------------- x

**THIRD MONTHLY APPLICATION OF
TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

| | |
|---|---|
| Name of Applicant: | TRAXI, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order dated October 2, 2008, nunc pro tunc to September 10, 2008 |
| Period for which compensation and reimbursement is sought: | December 1, 2008 through December 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $24,400.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $3,181..80 |

This is an: __X__ interim ____ final application

This application includes 2.0 hours and $900.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 11-24-08 /6622 | 10-1-08 to 10-31-08 | $95,650.00 | $9,982.00 | $76,520.00 | $9,982.00 |
| 12-9-08 /6720 | 11-1-08 to 11-30-08 | $34,747.00 | $607.00 | $27,797.60 | $607.00 |
| | | | | | |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Thomas A. Korf | Managing Director | $450 | 24.0 | $10,800.00 |
| Peter Hoberman | Director | $400 | 34.0 | $13,600.00 |
| | | | | |
| | | | | |
| Grand Total: | | | 58.0 | $24,400.00 |
| Blended Rate: | | $420.69 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| | | |
| Due Diligence (35) | 24.3 | $10,335.00 |
| Litigation and Support Services (47) | 23.7 | $9,745.00 |
| Meetings - Internal (15) | 1.4 | $595.00 |
| Meetings – Preparation (101) | 0.5 | $200.00 |
| Miscellaneous and Other Bankruptcy Issues (62) | 4.7 | $2,005.00 |
| Preparation and Meeting with Debtor and Counsel (114) | 1.4 | $620.00 |
| Preparation of Monthly Bills/Fee Applications (39) | 2.0 | $900.00 |
| | | |
| TOTALS | 58.0 | $24,400.00 |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Airfare | $2,187.00 |
| Lodging | $507.24 |
| Transportation - Taxi | $275.00 |
| Mileage | $8.78 |
| Meals | $112.28 |
| Office (Duplication) | $91.50 |
| | |
| TOTAL | $3,181.80 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
        Debtors.                                    :
------------------------------------------------------------------- x

## THIRD MONTHLY APPLICATION OF TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Financial Advisory firm of Traxi, LLC (hereinafter "Traxi") hereby moves this Court for reasonable compensation for financial advisory services rendered to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $24,400.00 together with reimbursement for actual and necessary expenses incurred in the amount of $3,181.80 for the interim period December 1, 2008 through December 31, 2008 (the "Interim Fee Period"). In support of its Application, Traxi respectfully represents as follows:

1.    Traxi was employed to represent the Debtors as special litigation financial advisor in connection with this chapter 11 case effective nunc pro tunc as of September 10, 2008, pursuant to an Order entered by this Court on October 2, 2008. The Order authorized Traxi to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.    All services for which compensation is requested by Traxi were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $24,400.00 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $3,181.80 for reimbursement of expenses.

4. The services rendered by Traxi during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5. Traxi has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $3,181.80. This disbursement sum is broken down into categories of charges, including, among other things, travel to Delaware for meetings with counsel in connection with the litigation involving American Home Mortgage Servicing, Inc. ("AMHSI"). A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

6. Pursuant to Local Rule 2016-2, Traxi represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7. Professionals of Traxi have expended a total of 58.0 hours in connection with this matter during the Interim Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are Traxi's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Traxi for the Interim Fee Period as counsel for the Debtors in these cases is $24,400.00.

9. Traxi believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the Interim Fee Period December 1, 2008 through December 31, 2008.

WHEREFORE, Traxi requests that allowance be made to it in the sum of $24,400.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $3,181.80 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
 January 20th, 2009

TRAXI, LLC

*Thomas A. Korf*
Thomas A. Korf
Tower 45, 6th Floor
120 West 45th Street
New York, New York 10036
Telephone: (212) 810 - 2739
Facsimile: (212) 465 - 1919

Special Litigation Financial Advisor for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE )
                              )   SS:
NEW CASTLE COUNTY )

Thomas A. Korf, after being duly sworn according to law, deposes and says:

1. I am a Managing Director in the applicant firm, Traxi, LLC.

2. I have personally performed many of the financial advisory services rendered by Traxi, LLC, as special litigation financial advisor to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
THOMAS A. KORF

SWORN TO AND SUBSCRIBED before me this 20th day of January, 2009.

_____
Notary Public
My Commission Expires: 10/21/11

SHERRI WEINSTEIN
Notary Public, State of New York
No. 01WE6090906
Qualified New York County
Commission Expires October 21, 2011