# EXHIBIT A

# American Home Mortgage Post
## Summary of Fees
12/1/2008 through 12/31/2008



| Professional | Level | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| *Corporate Restructuring* | | | | |
| Thomas Korf | Managing Director | $450 | 24.0 | $10,800 |
| Peter Hoberman | Director | $400 | 34.0 | $13,600 |
| **Sub-Total** | | | 58.0 | $24,400 |
| **Total** | | | 58.0 | $24,400 |

**Gross Professional Fees** — $24,400

Less:   0%   Holdback — $0

**NET PROFESSIONAL FEES** — $24,400

## American Home Mortgage Post

Summary by Activity



| | ACTIVITY | TIME SPENT | FEES |
|---|---|---|---|
| 35 | Due Diligence | 24.3 | $10,335 |
| 47 | Litigation support services | 23.7 | $9,745 |
| 15 | Meetings - Internal | 1.4 | $595 |
| 101 | Meetings - Preparation | 0.5 | $200 |
| 62 | Miscellaneous and Other Bankruptcy Issues | 4.7 | $2,005 |
| 114 | Preparation and Meeting with Debtor and counsel | 1.4 | $620 |
| 39 | Preparation of monthly interim billing and/or fee application | 2.0 | $900 |
| | | 58.0 | $24,400 |

Note: Travel time is billed at half of Applicant's normal hourly billing rates.

Subject Period:    12/1/2008 through 12/31/2008

Page 1 of 1

# American Home Mortgage Post

Time Descriptions for Professional: Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 12/4/2008 | 2.0 | 39 | 34853 | Prepare the Second interim fee application |
| 12/8/2008 | 0.2 | 114 | 34854 | Call with Burke of A&M re: scheduling meeting in Dallas with AHMSI |
| 12/8/2008 | 0.3 | 47 | 34855 | Review the bank rec preparation materials binder prepared by staff re: meeting in Dallas |
| 12/8/2008 | 1.0 | 62 | 34856 | Organizing documents and preparing for trip to Dallas |
| 12/9/2008 | 0.7 | 15 | 34857 | Discussion with staff re: certain entries on the bank reconciliations; status update on list of questions for AHMSI |
| 12/9/2008 | 0.3 | 35 | 34858 | Emails and corrdination of visit to AHM re: bank reconciliation process at corporate |
| 12/10/2008 | 1.0 | 114 | 34859 | Discussion with Catherine Cassagnau-Lundie regarding the corporate bank reconciliation process |
| 12/10/2008 | 0.5 | 47 | 34860 | Review other misc deposits email chain between AHM and AHMSI regarding amounts owed to AHM |
| 12/11/2008 | 2.0 | 47 | 34861 | Reviewing a DRAFT list of bank reconciliations questions re: specific issues on the Oct-Dec bank reconciliations |
| 12/12/2008 | 2.0 | 47 | 34862 | Compiling a list of bank reconciliation questions for discussion in Dallas on the 15th |
| 12/16/2008 | 0.5 | 47 | 34863 | Review final list of questions from Hoberman re: bank reconciling items from Oct - Dec 2007 |
| 12/17/2008 | 8.0 | 35 | 34864 | Interview with Mimi Smith of AHMSI and Gary Burke of A&M re: the bank reconciliation process |
| 12/18/2008 | 4.0 | 35 | 34865 | Interview with Mimi Smith of AHMSI and Gary Burke of A&M re: the bank reconciliation process |
| 12/19/2008 | 1.5 | 62 | 34866 | Prepare a go forward work program subsequent to our meeting with the company in Dallas; email to staff |
| | 24.0 | | | |

Subject Period:   12/1/2008 through 12/31/2008

Case 07-11047-CSS    Doc 6865-2    Filed 01/20/09    Page 5 of 7

## American Home Mortgage Post

Time Descriptions for Professional: Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 12/8/2008 | 0.4 | 62 | 34931 | Travel arrangements for meeting with AHMSI in Dallas |
| 12/8/2008 | 0.2 | 114 | 34932 | Call with Burke of A&M re: scheduling meeting in Dallas with AHMSI |
| 12/8/2008 | 2.2 | 47 | 34930 | Consolidation of bank reconciliation statements already reviewed into inventoried materials for upcoming meeting with AHMSI |
| 12/9/2008 | 2.7 | 47 | 34933 | Review of October and November bank reconciliation statements to create list of questions regarding reconciliation process for upcoming meeting with AHMSI |
| 12/9/2008 | 0.7 | 15 | 34934 | Discussion with staff re: certain entries on the bank reconciliations; status update on list of questions for AHMSI |
| 12/10/2008 | 2.5 | 47 | 34935 | Preparing materials for meeting with AHMSI personnel, included organizing October and November bank reconciliations |
| 12/11/2008 | 2.0 | 47 | 34936 | Preparing draft list of questions for AHMSI personnel regarding the bank reconciliation process |
| 12/12/2008 | 0.5 | 47 | 34937 | Review list of questions from TK re: bank reconciling process |
| 12/15/2008 | 4.5 | 47 | 34938 | Preparing materials for meeting with AHMSI personnel, included printing out additional December bank reconciliation statements as well as inventorying and organizing materials for meeting with AHMSI |
| 12/15/2008 | 2.0 | 47 | 34939 | Preparing list of bank reconciliations questions for upcoming meeting in Dallas with AHMSI re: specific issues on the Oct-Dec bank reconciliations |
| 12/15/2008 | 2.0 | 47 | 34940 | Continuation of list of bank reconciliations questions for upcoming meeting in Dallas with AHMSI re: specific issues on the Oct-Dec bank reconciliations |
| 12/16/2008 | 0.5 | 101 | 34942 | Review notes for meeting with AHMSI |
| 12/17/2008 | 8.0 | 35 | 34943 | Meeting with TK, Gary Burke of A&M and Mimi Smith of AHMSI re: bank reconsolidation process |
| 12/18/2008 | 4.0 | 35 | 34944 | Meeting with TK, Gary Burke of A&M and Mimi Smith of AHMSI re: bank reconsolidation process |
| 12/23/2008 | 1.8 | 62 | 34956 | Reviewing and transcribing notes from meeting in Dallas with AHMSI personnel |
| | 34.0 | | | |

Subject Period: 12/1/2008 through 12/31/2008     Page 2 of 4

**American Home Mortgage Post**

Time Descriptions for Professional:   Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
|  | 58.0 |  |  |  |

Subject Period:    12/1/2008 through 12/31/2008

Page 3 of 4

**American Home Mortgage Post**

Time Descriptions for Professional:   Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | 58.0 | | | |