# EXHIBIT B

**American Home Mortgage Post**

**Summary of Expenses**

12/1/2008 through 12/31/2008

| Professional Name | Airfare | Mileage | Parking/ Tolls | Rental Cars | Transportation | Lodging | Tele-phone | Meals | Courier/ Federal Express | Postage/ Supplies | Faxes | Duplication | Computer Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Expense | | | | | | | | | | | | $92 | | | $92 |
| Peter Hoberman | $1,096 | | | | $50 | | | $112 | | | | | | | $1,258 |
| Thomas Korf | $1,091 | $9 | | | $225 | $507 | | | | | | | | | $1,832 |
| Total | $2,187 | $9 | | | $275 | $507 | | $112 | | | | $92 | | | $3,182 |

Note: All airfare and trainfare (included in transportation) are coach class.

# American Home Mortgage Post

**Expense Descriptions for Professiona**  Peter Hoberman



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Airfare | 12/8/2008 | 20279 | Airfare to Dallas for meeting with AHMSI | $1,096.00 |
|  |  |  |  | $1,096.00 |
| Meals | 12/5/2008 | 20277 | Team Meal | $100.00 |
| Meals | 12/18/2008 | 20284 | Lunch while in Dallas at AHMSI | $12.28 |
|  |  |  |  | $112.28 |
| Transportation | 12/18/2008 | 20285 | Taxi to AHMSI office | $11.00 |
| Transportation | 12/18/2008 | 20280 | Travel from Airport | $39.00 |
|  |  |  |  | $50.00 |
|  |  |  |  | $1,258.28 |

Subject Period:    12/1/2008 through 12/31/2008

Page 1 of 5

# American Home Mortgage Post

Expense Descriptions for Professiona  Thomas Korf



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Airfare | 12/16/2008 | 20270 | Airline to Dallas | $1,091.00 |
|  |  |  |  | $1,091.00 |
| Lodging | 12/18/2008 | 20274 | Hotel | $507.24 |
|  |  |  |  | $507.24 |
| Mileage | 12/10/2008 | 20149 | To/From Client | $8.78 |
|  |  |  |  | $8.78 |
| Transportation | 12/16/2008 | 20271 | Car to Airport - LGA | $90.00 |
| Transportation | 12/17/2008 | 20272 | Taxi from Office to Hotel | $15.00 |
| Transportation | 12/18/2008 | 20275 | Car from airport - LGA | $90.00 |
| Transportation | 12/18/2008 | 20273 | Taxi from Office to airport | $30.00 |
|  |  |  |  | $225.00 |
|  |  |  |  | $1,832.02 |

Subject Period:    12/1/2008 through 12/31/2008

# American Home Mortgage Post

Expense Descriptions for Professiona   Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Reports/Duplication | 12/31/2008 | 20675 | color pages printed/reproduced at $0.10 per page. | $0.10 |
| Reports/Duplication | 12/31/2008 | 20477 | 914 black and white pages printed/reproduced at $0.10 per page. | $91.40 |
| | | | | $91.50 |
| | | | | $91.50 |

# American Home Mortgage Post

**Expense Descriptions for Professiona**  Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | | $3,181.80 |

# American Home Mortgage Post

Expense Descriptions for Professiona  Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | | $3,181.80 |

Note: Airfare is billed at coach fares.

Subject Period:   12/1/2008 through 12/31/2008

Page 5 of 5