# EXHIBIT A

US2008 548797.1



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
www.kilpatrickstockton.com
Fed I.D. 58-0511774

January 13, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
520 BROADHOLLOW ROAD
MELVILLE, NY  11747

Client:      60214
Matter:     363244
Invoice #:  11027767

RE:  SALE OF THRIFT

**For Professional Services Through December 31, 2008:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2008 | CMG | Telephone call with B. Fernandez regarding borrower letter | 0.30 | 435.00 | 130.50 |
| 12/02/2008 | CMG | Conference call on borrower letter | 0.70 | 435.00 | 304.50 |
| 12/02/2008 | CMG | Review issues raised by borrower letter and emails on same | 0.70 | 435.00 | 304.50 |
| 12/03/2008 | CMG | Review email correspondence on board matters | 0.20 | 435.00 | 87.00 |
| 12/03/2008 | CMG | Review DMI letter and staffing plan | 0.50 | 435.00 | 217.50 |
| 12/04/2008 | CMG | Review liquidity plan | 0.70 | 435.00 | 304.50 |
| 12/04/2008 | CMG | Board Meeting Conference Call | 0.80 | 435.00 | 348.00 |
| 12/05/2008 | CMG | Review liquidity plan matters and OTS regulations | 0.50 | 435.00 | 217.50 |
| 12/09/2008 | CMG | Review email correspondence on liquidation plan and related documents. | 0.20 | 435.00 | 87.00 |
| 12/17/2008 | CMG | Telephone call with J. Nelligan regarding update on bids | 0.30 | 435.00 | 130.50 |
| | | **Total Fees** | | | **$2,131.50** |

**TOTAL AMOUNT DUE THIS INVOICE**                                                                                $2,131.50

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM