# EXHIBIT B



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
P.O. Box 945614
Atlanta Georgia 30394
Telephone (866)244-4934
www.kilpatrickstockton.com
Fed I.D. 58-0511774

January 13, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
520 BROADHOLLOW ROAD
MELVILLE, NY  11747

Client:     60214
Matter:     363245
Invoice #:  11027767

RE:   GENERAL BANK REGULATORY

**For Professional Services Through December 31, 2008:**

*Other Charges:*

| | |
|---|---:|
| Document Reproduction | 7.20 |
| Document Reproduction | 1.60 |
| Total Other Charges | $8.80 |
| **TOTAL AMOUNT DUE THIS INVOICE** | $8.80 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM