IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No. 6626 |

## LIMITED OBJECTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO CONFIRMATION OF AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008

Federal Home Loan Mortgage Corporation ("Freddie Mac"), by and through its undersigned counsel, files this Limited Objection (the "Limited Objection") to confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 (the "Plan") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors" or "AHM"), and states as follows:

### FACTUAL BACKGROUND

1.  On August 6, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are operating their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.  Also on August 6, 2007, the Debtors filed their Emergency Motion Of The Debtors For An Order (I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief (the "Sale Motion") (D.I. 11).

3. On September 10, 2007, Freddie Mac filed the Motion of Federal Home Loan Mortgage Corporation for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362 (D.I. 676) (the "Freddie Mac Stay Relief Motion"). As set forth more fully in the Freddie Mac Stay Relief Motion, Freddie Mac terminated the Debtors' rights to service all of those certain mortgage loans owned by Freddie Mac (the "Freddie Mac Mortgage Loans") prior to the Petition Date.

### The Stipulations

4. On September 18, 2007, the Debtors and Freddie Mac executed two stipulations to resolve, *inter alia*, the Freddie Mac Stay Relief Motion, the parties' disputes concerning Freddie Mac's prepetition termination of the Debtors as servicer, and Freddie Mac's objections to the Debtor's proposed Sale Motion. The stipulations are identified as (i) the Stipulation of Settlement Between and Among the Debtors, Bank of America, N.A., and Federal Home Loan Mortgage Corporation Regarding Interim Servicing of Federal Home Loan Mortgage Corporation Loans (the Interim Servicing Stipulation"), and (ii) the Stipulation of Settlement Between and Among the Debtors and Federal Home Loan Mortgage Corporation Regarding the Sale of Servicing of Federal Home Loan Mortgage Corporation's Loans (the "Sale Stipulation" and collectively with the Interim Servicing Stipulation, the "Stipulations"), each of which is incorporated by reference herein. In sum, the Stipulations provided for, *inter alia*, an interim servicing transfer to Bank of America N.A. ("BofA") and a subsequent auction sale of the servicing rights relating to the Freddie Mac Mortgage Loans (the "Freddie Mac Servicing Rights") to be conducted in accordance with the Sale Stipulation separate and apart from the Debtors' Section 363 asset sale.

5. On or about September 20, 2007, the Court entered orders approving the Stipulations (D.I. 861 and 862).

6. Subsequent to the Court's approval of the Stipulations, the Debtors attempted, in concert with their investment banker, Phoenix Capital, Inc, to market and sell the Freddie Mac Servicing Rights in accordance with the Sale Stipulation. Despite these efforts, the Debtors did not receive any offer to purchase the Freddie Mac Servicing Rights that would have yielded value to the Debtors' estates under the terms of the Sale Stipulation.

7. On August 5, 2008, the Court entered an Order Approving And Authorizing Stipulation Of Settlement Among (i) The Debtors, (ii) Bank Of America, N.A., As Administrative Agent, And (ii) The Official Committee Of Unsecured Creditors And Granting Related Relief (the "BofA Settlement Stipulation").

8. Paragraph 18 of the BofA Settlement Stipulation provides that

> Promptly upon the receipt of a written request of [BofA,] the Administrative Agent, the Debtors shall file and prosecute a motion in this Court for authority to abandon the Debtors' servicing rights with respect to the mortgage loans owned by the Federal Home Loan Mortgage Corporation, and the Debtors shall bear all costs associated with the preparation and prosecution of such motion.

See BofA Settlement Stipulation at ¶ 18, p. 12.

9. On November 25, 2008, the Debtors filed the Plan and the Disclosure Statement for the Plan (the "Disclosure Statement"). On November 30, 2008, the Court entered an Order approving the Disclosure Statement, setting voting procedures and scheduling a confirmation hearing for January 28, 2009.

## LIMITED OBJECTION

10. Although the BofA Settlement Stipulation contemplated the abandonment by the Debtors' estates of any interests in the Freddie Mac Servicing Rights, BofA has not directed the

Debtors to effect the abandonment. In the days preceding the filing of this Limited Objection, counsel for BofA has indicated that BofA will direct the Debtors to abandon their interests in the Freddie Mac Servicing Rights in accordance with paragraph 18 of the BofA Settlement Stipulation. The Debtors, BofA and Freddie Mac have agreed in principle to include a provision in the proposed confirmation order providing for the abandonment of the Debtors' interests in the Freddie Mac Servicing Rights pursuant to 11 U.S.C. § 554(a), although the parties have not finalized the language of that provision. Freddie Mac objects to confirmation of the Plan to the extent that any order confirming the Plan does not provide for the agreed-upon abandonment of the estates' interest in the Freddie Mac Servicing Rights.

11.  Furthermore, for avoidance of doubt, Freddie Mac objects to the Plan to the extent, if any, that it alters or impairs Freddie Mac's right to sell the Freddie Mac Servicing Rights, once abandoned, and apply the sale proceeds in accordance with the pre-petition Acknowledgment Agreement dated July 2005 between the Debtors, Freddie Mac and BofA, and applicable law.

## RESERVATION OF RIGHTS

12.  To the extent that any proposed confirmation order does not provide for the agreed-upon abandonment of the estates' interests in the Freddie Mac Servicing Rights, Freddie Mac reserves its rights to assert additional objections to confirmation of the Debtors' Plan, including, but not limited to objections to the proposed EPD/Breach Protocols (as defined in the Plan).

- 5 -

      WHEREFORE, Freddie Mac respectfully requests that the Court (i) sustain the Limited Objection; and (ii) grant such other and further relief as is just and proper.

Dated: January 20, 2009  
       Wilmington, Delaware

Respectfully submitted,

By: /s/ J. Cory Falgowski  
J. Cory Falgowski (No. 4546)  
REED SMITH LLP  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: 302-778-7500  
Facsimile: 302-778-7575  
E-mail: jfalgowski@reedsmith.com

and

George Kielman, Esquire  
Associate General Counsel for Litigation  
Freddie Mac  
8200 Jones Branch Drive - MS 202  
McLean, VA 22102  
Telephone: 703-903-2640  
Facsimile: 703-903-3691  
E-mail: george_kielman@freddiemac.com

Counsel for Federal Home Loan Mortgage Corporation