## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, J. Cory Falgowski, Esquire, do hereby certify that, on January 20, 2009, I caused a true and correct copy of the **LIMITED OBJECTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO CONFIRMATION OF AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008** to be served upon the parties on the attached service list in the manners indicated:

By: /s/ J. Cory Falgowski
 J. Cory Falgowski (No. 4546)

## SERVICE LIST

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1901
E-mail: rbrady@ycst.com
         sbeach@ycst.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Kevin Nystrom
Brett Fernandes
Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022
E-mail: knystrom@zolfocooper.com
         bfernandes@zolfocooper.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
E-mail: mindelicato@hahnhessen.com
         mpower@hahnhessen.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Stephen A. Weisbrod, Esquire
Gilbert Oshinsky LLLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
E-mail: weisbrods@gotofirm.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: joseph.mcmahon@usdoj.gov

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
E-mail: fatell@blankrome.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
E-mail: tmacauley@zuckerman.com