**BESSON APPRAISALS, INC.**
25 Maryann Drive
Exeter, Rhode Island 02822

Office: (401) 294-7047
Fax: (401) 294 7046
Cell: (401) 742-7047

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd flr
Wilmington, Delaware 19801

RE:     Claim Number 10588
Amount:     $325.00
Original Date of Filing:     11/12/2007
Re-filing Date:     11/24/2008

Please see attached that we <u>did file in a timely manner for this claim on 11/12/2007.</u>

We re-filed again on 11/18/2008 in response to attached letter that was received in our office on 11/10/2008.

We did file on time – we did the appraisal for American Home Mortgage – we charged them $325.00 – they did not pay us. Simple.

Sincerely,

Leigh A. Besson
President
Besson Appraisals, Inc.

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Case No. 07-11047-CSS   Doc 6871

| In Re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., et al. Debtors. | Case No. 07-11047 (CSS) Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

AHM (MERGE2.DBF,SCHED_NO) SCH #: 20371*****
BESSON APPRAISALS INC
25 MARY ANN DR
EXETER RI 02822

mailed 11-12-07

Telephone number: 401-294-7047
Email Address:

Account or other number by which creditor identifies debtor:
HOMEGATE SETTLEMENT SERVICES

1. **Basis for Claim**
   - ☐ Goods sold
   - ☒ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other_____ (explain)

2. **Date debt was incurred:** 7-2-07

3.

4. **Total Amount of Claim at Time Case Filed:** $ 325.00 + _____ + _____ = 325.00
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11-12-07 | [signature] LEIGH A. BESSON |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: December 3, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: December 10, 2008 at 10:00 a.m. (ET) |
| | ) | |

AHM OB22 11/7/2008 (merge2.txnum2) 4000039320 EPIQ Use - 67

BESSON APPRAISALS INC
ATTN LEIGH A. BESSON
25 MARY ANN DR
EXETER, RI 02822

## NOTICE OF DEBTORS' TWENTY-SECOND OMNI[BUS] OBJECTION TO CLAIMS PURSUANT TO SECTION [502(b) OF THE BANKRUPTCY] CODE, BANKRUPTCY RULES 3003 AND 3007, A[ND LOCAL RULE 7-1]

:SON APPRAISALS INC
:N LEIGH A. BESSON
1ARY ANN DR
:TER, RI 02822

**Basis For Objection:**

**Claim to be Reassigned**



The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twenty-Second Omnibus (Non-stantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 7-1 (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the aim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before December 3, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the ection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON DECEMBER 10, 2008 AT 10:00 A.M. (ET) BEFORE THE NORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

ed: November 7, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: February 10, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: February 17, 2009 at 10:30 a.m. (ET) |
| AHM OB28 1/9/2009 (merge2.txnum2) 4000209599 EPIQ Use - 24 | ) |
| BESSON APPRAISALS INC | |
| 25 MARY ANN DR | |
| EXETER, RI  02822 | |

### NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

*[Handwritten: Nope Filed 1st 11-12-0?]*

TO: BESSON APPRAISALS INC
25 MARY ANN DR
EXETER, RI  02822

Basis For Objection: Late Filed Claim - Claim was filed after the bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 10588 | $325.00 | Jan 11, 2008 | November 24, 2008 |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The claim listed above in the "Claim to be Expunged" row was filed after the applicable bar date. As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

      Responses to the Objection, if any, must be filed on or before February 10, 2009 at 4:00 p.m. (ET) (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

      A HEARING ON THE OBJECTION WILL BE HELD ON FEBRUARY 17, 2009 AT 10:30 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession