IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-11047-11 |
| AMERICAN HOME MORTGAGE | § | |
| HOLDINGS, INC., | § | |
|     DEBTOR | § | CHAPTER 11 |
| | § | |

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE PROOF OF CLAIM NO. 10458 IN THE AMOUNT OF $40.75 FILED BY CAMERON COUNTY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **Cameron County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about August 5, 2008, Cameron County filed an Administrative Proof of Claim No. 10458 for estimated 2008 ad valorem property taxes in the amount of $ 40.75.

2. Cameron County hereby withdraws that Administrative Proof of Claim because the 2008 taxes were not assessed.

                Respectfully Submitted,

                LINEBARGER GOGGAN
                BLAIR & SAMPSON, LLP
                1949 South I.H. 35 (78741)
                P.O. Box 17428
                Austin, Texas 78760
                (512) 447-6675 (Telephone)
                (512) 443-5114 (Facsimile)

                By: */s/ Diane W. Sanders*
                     DIANE W. SANDERS
                     State Bar No. 16415500

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Claim has been served on the parties listed below on this 21st day of January, 2009.

American Home Mortgage Investment Corp.
538 Broadhollow Road
Melville, NY 11747
**DEBTOR**


Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
**ATTORNEY FOR DEBTOR**


Office of the U. S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
**TRUSTEE**

                                            */s/ Diane W. Sanders*
                                                DIANE W. SANDERS