## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 21st day of January, 2009, he caused a copy of the following:

**LIMITED OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 21st day of January, 2009.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

519.005-24066.DOC

**Service List**

Robert S. Brady, Esq.
(rbrady@ycst.com)
Sean M. Beach, Esq.
(sbeach@ycst.com)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Debtors)
*Electronic Mail & Hand Delivery*

Bonnie Glantz Fatell, Esq.
(fatell@blankrome.com)
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Co-Counsel to Official Committee
of Unsecured Creditors)
*Electronic Mail & Hand Delivery*

Mr. Kevin Nystrom
(knystrom@zolfocooper.com)
Mr. Bret Fernandes
(bfernandes@zolfocooper.com)
Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022
*Electronic & First Class Mail*

Thomas G. Macauley, Esq.
(tmacauley@zuckerman.com)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
(Co-Counsel to Borrowers' Committee)
*Electronic Mail & Hand Delivery*

Joseph J. McMahon, Jr., Esq.
(joseph.mcmahon@usdoj.gov)
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Electronic Mail & Hand Delivery*

Mark S. Indelicato, Esq.
(mindelicato@hahnhessen.com)
Mark T. Power, Esq.
(mpower@hahnhessen.com)
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
(Co-Counsel to Official Committee
of Unsecured Creditors)
*Electronic & First Class Mail*

Thomas H. Grace, Esq.
(tgrace@lockelord.com)
W. Steven Bryant, Esq.
(sbryant@lockelord.com)
Locke Lord Bissell & Liddell LLP
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*Electronic & First Class Mail*

Stephen A. Weisbrod, Esq.
(weisbrods@gotofirm.com)
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
(Co-Counsel to Borrowers' Committee)
*Electronic & First Class Mail*