UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE


In re: AHM SV, Inc. (F/K/A American Home Mortgage Servicing, Inc.)
Case No. 07-11050
Reporting Period: October 2008

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.


Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | | Affidavit/Supplement Attached | |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |


I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the related attached documents
are true and correct to the best of my knowledge and belief.



_____
Signature of Debtor



_____
Signature of Joint Debtor


_____                    _____1/14/2009_____
Signature of Authorized Individual*                          Date


Kevin Nystrom                                                Chief Restructuring Officer
Printed Name of Authorized Individual                        Title of Authorized Individual


* Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a
manager if debtor is a limited liability company.

**AHM SV, Inc. (F/K/A American Home Mortgage Servicing, Inc.)**
**Case No. 07-11050**


NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtors' management and has not been audited or reviewed by independent registered public accountants. Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtors has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same. The Debtors reserve the right to amend the Monthly Operating Report as necessary or appropriate and expect to do so as new or additional information becomes available.

The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtors utilize a consolidated cash management system whereby American Home Mortgage Corp. makes certain disbursements on behalf of other Debtors. The accompanying Schedule of Cash Receipts and Disbursements reflects the specific Debtor and Debtor's account from which these disbursements occur. However, for the purposes of identifying disbursements used in calculating U.S. Trustee quarterly fees, these disbursements will be allocated to the beneficiary Debtor based upon the Operating Expenses contained in the Statement of Operations. These allocations are based upon the books and records maintained on a basis consistent with historical accounting practices, and are not intended to reflect a comprehensive allocation of overhead and operating expenses across Debtors and non-Debtor affiliates.

American Home Mortgage Servicing, Inc. ("AHMSI") maintains and services loan portfolios owned by various institutions. At any given time, in the ordinary course of business, AHMSI received and maintained documents and received and disbursed funds related to the loans that it serviced. In conjunction with its loan servicing, AHMSI controlled and continues to maintain custodial bank accounts. Funds held in certain custodial bank accounts are not included in the Monthly Operating Report. AHMSI reserves the right to dispute or challenge the ownership interest of assets held in the custodial bank accounts.

**American Home Mortgage Servicing, Inc.**
**Schedule of Cash Receipts and Disbursements**
**Case No. 07-11050**
**October 31, 2008**

| | Bank Accounts | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Operating | Payroll | | Tax | | Other | | |
| Cash Beginning of Month - (10/1/2008) | $   3,075,793 | $ | - $ | | - $ | | - $ | 3,075,793 |
| | | | | | | | | |
| Receipts: | | | | | | | | |
| Cash Sales | | | | | | | | |
| Accounts Receivable | | | | | | | | |
| Sale of Assets | | | | | | | | |
| Loans and Advances | | | | | | | | |
| Administrative | 2,125 | | | | | | | |
| Net Payroll | | | | | | | | |
| Other | | | | | | | | |
| Transfers (From DIP Accounts) | | | | | | | | |
| | | | | | | | | |
| Total Receipts: | 2,125 | | - | | - | | - | 2,125 |
| | | | | | | | | |
| | | | | | | | | |
| Disbursements: | | | | | | | | |
| Net Payroll | | | | | | | | |
| Payroll Taxes | | | | | | | | |
| Sales, Use, & Other Taxes | | | | | | | | |
| Loans and Advances | | | | | | | | |
| Inventory Purchases | | | | | | | | |
| Secured/Rental/Leases | | | | | | | | |
| Insurance | | | | | | | | |
| Administrative | | | | | | | | |
| Selling | | | | | | | | |
| Other | | | | | | | | |
| Transfers (To DIP Accounts) | | | | | | | | |
| Professional Fees | | | | | | | | |
| U.S. Trustee Quarterly Fees | | | | | | | | |
| Court Costs | | | | | | | | |
| | | | | | | | | |
| Total Disbursements: | - | | - | | - | | - | - |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (Receipts less Disbursements) | | | | | | | | 2,125 |
| | | | | | | | | |
| Cash End of Month - (10/31/2008) | $   3,077,918 | $ | - $ | | - $ | | - $ | 3,077,918 |

Total Disbursements   -
  Less: Transfers to Debtor in Possession Accounts
  Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts)
Total Disbursements for Calculating U.S. Trustee Quarterly Fees   -

| AHM Servicing Inc. | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| AHMSI (CNI) Swap Pool Interest Payment Account | | | | | | |
| GL Account # 10153 | | | | | | |
| Bank Account # 00-418-386 | | | | | | |
| October 31, 2008 | | | | | | |
| | | | | | | |
| GL Balance: | | | | | | 274,709.63 |
| | | | | | | |
| Reconciling Items: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Adjusted General Ledger Balance: | | | | | | 274,709.63 |
| | | | | | | |
| Bank Balance: | | | | | | 274,709.63 |
| | | | | | | |
| Reconciling Items: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Subtotal Reconciling Items: | | | | | | 0.00 |
| | | | | | | |
| Adjusted Bank Balance: | | | | | | 274,709.63 |
| | | | | | | |
| Difference: | | | | | | 0.00 |

| American Home Mortgage Servicing, Inc. | | | | |
|---|---|---|---|---|
| Account Reconciliation | | | | |
| JPM CHASE BANK ACCOUNT # 730-148038 | | | | |
| AHMS AP DISBURSEMENT ACCT | | | | |
| GL Account # 10172 | | | | |
| October 31, 2008 | | | | |
| | | | | |
| | | | | |
| | | | | |
| General Ledger Balance: | | | | (9,618.39) |
| | | | | |
| | | | | |
| Bank Balance: | | | | 0.00 |
| | | | | |
| | | | | |
| Outstanding checks per Solomon: | | | | 12,803.55 |
| 4/7/08 EFT Debit - GHA Technologies | | | | (6,439.11) |
| 3/28/07 from 957169639 to fund manual check | | | | 95.73 |
| 12/21/07 from 957169639 to fund manual checks 1100 & 1101 | | | | 3,005.00 |
| Subtotal: | | | | 9,465.17 |
| | | | | |
| Difference: | | | | (153.22) |

| Check Number | Issue Date | Amount | Payee |
|---|---|---|---|
| 1052 | 11/29/2007 | (1,151.46) | JOSEGUA JOSE GUADAMUZ |
| 1054 | 11/29/2007 | (10.00) | MARKLEW MARK LEWIS |
| 1069 | 11/30/2007 | (7.57) | BROWVIN VINCENT BROWN |
| 1070 | 11/30/2007 | (5.65) | BURKLEN LENA BURKHEART |
| 1072 | 11/30/2007 | (5.92) | CARRTOD TODD CARRON |
| 1078 | 11/30/2007 | (31.12) | HENRGER GERALD HENRY |
| 1082 | 11/30/2007 | (8.86) | LEACTRA TRACY LEACH |
| 1102 | 12/3/2007 | (74.00) | BELLCOU BELL COUNTY CLERK |
| 1103 | 12/3/2007 | (175.00) | BERKMIDD01201 BERSHIRE MIDDLE |
| 1104 | 12/3/2007 | (61.00) | BURECON BUREAU OF CONVEYANCES |
| 1105 | 12/3/2007 | (25.00) | BURECON BUREAU OF CONVEYANCES |
| 1108 | 12/3/2007 | (40.00) | DEKACOU DEKALB COUNTY |
| 1122 | 12/3/2007 | (52.00) | SMITCOU75702 SMITH COUNTY RECO |
| 1127 | 12/3/2007 | (12.42) | SULLDEN DENNIS SULLINS |
| 1158 | 12/6/2007 | (7.00) | BERKREG BERKLEY REGISTER OF DE |
| 1160 | 12/6/2007 | (175.80) | CORLROB ROBERT L CORLEY |
| 1165 | 12/6/2007 | (24.14) | MCGIBAR BARBARA S MCGINN |
| 1170 | 12/6/2007 | (4,322.32) | ROGEEDW EDWARD & PAMELA ROGERS |
| 1171 | 12/6/2007 | (91.69) | SULDSUL SULD SULD |
| 1208 | 12/14/2007 | (300.00) | BREWRAY RAYMOND & GEORGIA BREW |
| 1218 | 12/14/2007 | (220.56) | YORKSUB YORK SUBURBAN SCHOOL D |
| 1238 | 12/18/2007 | (22.00) | HERRCIR HERRICO CIRCUIT COURT |
| 1271 | 12/27/2007 | (34.00) | GRANSTE STEPHANIE GRANT |
| 1313 | 1/9/2008 | (3,169.04) | JASODEL75063 JASON DELI |
| 1331 | 1/10/2008 | (1,564.00) | HENNCOUTREA HENNEPIN COUNTY RE |
| 1339 | 1/10/2008 | (46.00) | RAMSCOU RAMSEY COUNTY RECORDER |
| 1439 | 1/29/2008 | (30.00) | MILWCOU MILWAUKEE COUNTY |
| 1468 | 2/6/2008 | (52.00) | WASHCOUREC WASHINGTON COUNTY R |
| 1480 | 2/6/2008 | (52.00) | CONTCOSCOU CONTRA COSTA COUNTY |
| 1482 | 2/6/2008 | (46.00) | LEWICOU98532 LEWIS COUNTY AUDI |
| 1499 | 2/7/2008 | (45.00) | JUDGPRO JUDGE OF PROBATE/RECOR |
| 1569 | 2/21/2008 | (89.00) | HARNCOUN HARNETT COUNTY REGIST |
| 1571 | 2/21/2008 | (736.00) | HENNCOUTREA HENNEPIN COUNTY RE |
| 1593 | 2/22/2008 | (25.00) | SAXOMOR SAXON MORTGAGE |
| 1645 | 2/29/2008 | (26.00) | REGIOFD REGISTER OF DEEDS |
| 1802 | 3/26/2008 | (36.00) | BRENJEF JEFFREY & ADELE BRENNA |
| 1812 | 3/28/2008 | (30.00) | REGIDEE53188 REGISTER OF DEEDS |
| 37 | | (12,803.55) | |

| AHM Servicing, Inc. | | |
|---|---|---|
| Northfork AHM Servicing Operating Account | | |
| Northfork Bank | | |
| Account # 3124073101 | | |
| GL# 10280 | | |
| October 31, 2008 | | |
| | | |
| | | |
| | | |
| | | |
| General Ledger Balance: | | 998,453.00 |
| | | |
| | | |
| Bank Balance: | | 1,000,000.00 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | (1,547.00) |
| | | |
| | | |
| | | |
| Reconciling Items: | | |
| Cash moved out of GL cash account as part of WLR Servicing Sale | | 1,546.75 |
| | | |
| | | |
| | | |
| Total Account Difference: | | (0.25) |

**AHM**
**Servicing Master Acct**
**Chase Acct# 957-175434**
**GL# 10505**
**October 31, 2008**

| | |
|---|---|
| CNI | 2,161,049.99 |
| AHM | - |
| General Ledger Total Balance: | 2,161,049.99 |
| | |
| Bank Statement Balance: | |
| Chase Acct# 957-175434 | 2,161,050.00 |
| | |
| Difference G/L vs. Bank | (0.01) |
| | |
| Reconciling Items: | |
| | |
| | |
| | |
| | |
| Total Reconciling Items: | - |
| Difference: | (0.01) |

**American Home Mortgage Servicing, Inc.**
**Case Number: 07-11050**
**Schedule Of Professional Fees And Expenses Paid**
**Reporting Period: October 1 through October 31, 2008**

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | | |

**American Home Mortgage Servicing, Inc. – Case No. 07-11050**
**Parent-Only Statement of Income**

| | Month Ended October 31, 2008 | August 6, 2007 through September 30, 2008 |
|---|---|---|
| Net interest income: | | |
| Interest income | $ - | $ 144,745 |
| Interest expense | - | - |
| Net interest income | - | 144,745 |
| Provision for loan losses | - | - |
| Net interest income after provision for loan losses | - | 144,745 |
| | | |
| Non-interest income: | | |
| (Loss) gain on mortgage loans | $ - | $ (1,052,831) |
| Loan servicing fees | - | (146,065) |
| Gain on sale of servicing platform | - | (4,739,044) |
| Net loan servicing (loss) fees | - | (4,885,109) |
| Income from subsidiaries | - | - |
| Other non-interest income (loss) | - | (32,023,429) |
| Non-interest income | - | (37,961,369) |
| | | |
| Salaries, commissions and benefits, net | (4) | 18,636,606 |
| Occupancy and equipment | (2,121) | 1,250,229 |
| Data processing and communications | - | 820,727 |
| Office supplies and expenses | - | 1,397,084 |
| Marketing and promotion | - | 9,243 |
| Travel and entertainment | - | 74,048 |
| Professional fees | 41,865 | 962,599 |
| Other real estate operating expense | - | (210,742) |
| Other | 9,279 | (9,561,705) |
| Total expenses | 49,019 | 13,378,089 |
| | | |
| Income (Loss) before income taxes | (49,019) | (51,194,713) |
| Income taxes | - | - |
| Net income | $ (49,019) | $ (51,194,713) |

American Home Mortgage Servicing, Inc. - Case No. 07-11050
Schedule of Other Income and Other Expense

| | Month Ended October 31, 2008 | August 6, 2007 through September 30, 2008 |
|---|---|---|
| **Other non-interest income:** | | |
| Rebates | $ - | $ 1,193,598 |
| Commercial Paper Margin Swap Loss | - | (25,780,000) |
| Reinsurance Premiums | - | 2,485,489 |
| Fair Value Write-Down of Servicing Advances | - | (6,583,083) |
| Other | - | (694,254) |
| Total other non-interest income | $ - | $ (32,023,429) |
| | | |
| **Other Expense:** | | |
| Education and Training | $ - | $ 16,605 |
| Foreclosure Losses | - | (2,565,362) |
| Insurance | - | 67,738 |
| Lender Paid PMI | - | 3,687,639 |
| Licenses and Permits | - | 54,446 |
| Net Losses on Discontinued Business | (505) | 34,809 |
| Other Taxes and Tax Penalties | - | 355 |
| Outsourced Services | - | 33,258 |
| Servicing Expenses | 9,784 | (736,999) |
| Shipping Expenses | - | 29,517 |
| Storage Fees | - | 1,743 |
| W.L Ross Expense Share | - | (11,831,632) |
| Other | - | 1,646,178 |
| Total other expense | $ 9,279 | $ (9,561,705) |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Parent-Only Statements of Financial Condition**

| | | 8/5/2007 | | 10/31/2008 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| | | | | |
| Cash and cash equivalents | $ | 21,154,562 | $ | 3,076,348 |
| Restricted cash | | 27,735 | | 1,570 |
| Accounts receivable and servicing advances | | 115,919,288 | | 9,301,464 |
| Intercompany receivable | | 180,101,433 | | 213,142,254 |
| Premises and equipment, net | | 2,851,603 | | - |
| Investment in subsidiaries | | 10,892,018 | | 9,727,945 |
| Other assets | | 869,096 | | 750,799 |
| Total assets | $ | 331,815,735 | $ | 236,000,380 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| | | | | |
| **Liabilities:** | | | | |
| Warehouse lines of credit | $ | 50,000,000 | $ | - |
| Accrued expenses and other liabilities | | 15,425,797 | | 6,004,781 |
| Intercompany payable | | 118,132,459 | | 131,146,603 |
| Income taxes payable | | (1) | | 1,786,225 |
| Total liabilities | $ | 183,558,255 | $ | 138,937,609 |
| | | | | |
| **Stockholders' Equity:** | | | | |
| Additional paid-in capital | $ | 37,000,200 | $ | 37,000,200 |
| Retained earnings | | 111,257,280 | | 60,062,571 |
| Other comprehensive loss | | - | | - |
| Total stockholders' equity | $ | 148,257,480 | $ | 97,062,771 |
| | | | | |
| Total liabilities and stockholders' equity | $ | 331,815,735 | $ | 236,000,380 |
| | | | | |
| | | - | | - |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Statements of Other Assets and Other Liabilities**

|  | 8/5/2007 | 10/31/2008 |
|---|---|---|
| Other Assets: |  |  |
| Prepaid expenses | $ 118,298 | $ - |
| Other | 750,798 | 750,799 |
| Total Other Assets | $ 869,096 | $ 750,799 |
|  |  |  |
| Accrued expenses and other liabilities: |  |  |
| Accrued expenses | $ 4,801,227 | $ 4,297,522 |
| Accrued payroll expense | (5,418) | - |
| Escrow payable | - | 1,706,925 |
| Foreclosure reserve | 10,629,956 | - |
| Deferred compensation plan liability | 32 | 334 |
| Total Accrued expenses and other liabilities | $ 15,425,797 | $ 6,004,781 |

American Home Mortgage Servicing, Inc.
Case Number: 07-11050
Status Of Postpetition Taxes
Reporting Period: October 1 through October 31, 2008

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | 100 | | | |
| Other: Income/Franchise | | | 100 | 10/24/08 | | |
| Total State and Local | | | 100 | | | |
| Total Taxes | | | 100 | | | |

Summary Of Unpaid Postpetition Debts

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | | | | | 914 | 914 |
| Wages Payable | | | | | - | - |
| Taxes Payable | | | | | - | - |
| Rent/Leases-Building | | | | | - | - |
| Rent/Leases-Equipment | | | | | - | - |
| Secured Debt/Adequate Protection Payments | | | | | - | - |
| Professional Fees | | | | | - | - |
| Amounts Due to Insiders | | | | | - | - |
| Other: | | | | | - | - |
| Other: | | | | | - | - |
| Total Postpetition Debts | | | | | 914 | 914 |

AMERICAN HOME MORTGAGE SERVICING
Accounts Receivable Reconciliation and Aging
Case No. 07-11050
October 31, 2008

|  | Total |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period - 9/30/2008 | 9,386,500.37 |
| + Amounts billed during the period | 35,342.25 |
| - Amounts collected during the period | (120,381.34) |
| Total Accounts Receivable at the end of the reporting period - 10/31/2008 | 9,301,462 |
|  | 0 |

| Accounts Receivable Aging: | Total |
|---|---|
| 0 - 30 days old |  |
| 31 - 60 days old | (81,383) |
| 61 - 90 days old | (125,217) |
| 91+ days old | (542,174) |
|  | 10,050,237 |
| Total Accounts Receivable | 9,301,463 |
| Amount considered uncollectible (Bad Debt) reserve | - |
| Accounts Receivable (Net)* | 9,301,463 |

## Debtor Questionnaire

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, please provide an explanation below. |  | X |
| 3. Have all post petition tax returns been filed timely? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account (s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |