IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

--- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. Docket No. 6716

---

**CERTIFICATION OF COUNSEL SUBMITTING SECOND ORDER REGARDING DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On December 12, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their twenty-seventh omnibus (substantive) objection to claims [Docket No. 6716] (the "Objection"), in which they objected to the proof of claim [POC No. 229] ("Claim 229") filed by The Palmer House Hilton ("Palmer House") in the amount of $773,328.60, unsecured priority. On January 13, 2009, the Court entered an order [Docket No. 6839] sustaining the Objection in part and adjourning the Objection with respect to Claim 229.

The Debtors and Palmer House have engaged in discussions and agreed that Grand Wailea should be entitled to an allowed claim in the amount of $600,000.00 as a non-priority, unsecured claim against American Home Mortgage Investment Corp. (Case No. 07-11048). Therefore, the Debtors respectfully request that the Court enter an order, substantially in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

the form attached hereto as <u>Exhibit A</u>, allowing Claim 229 in the amount of $600,000.00, non-priority unsecured.

Dated: January 22, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Nathan D. Grow
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

DB02:7638396.3

066585.1001

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                  : Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                        : Jointly Administered
       Debtors.                                                         :
                                                                        : Ref. Docket No. 6716
---------------------------------------------------------------------- x

### SECOND ORDER REGARDING DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twenty-seventh omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), and the Court having entered an order [Docket No. 6839] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, the proof of claim filed by The Palmer House Hilton [POC No. 229] ("Claim 229"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that, Claim 229 shall not be expunged. Rather, Claim 229 shall be allowed as a non-priority unsecured claim against American Home Mortgage Investment Corp. in the amount of $600,000.00; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       January ___, 2009

                                                           _____
                                                           CHRISTOPHER S. SONTCHI
                                                           UNITED STATES BANKRUPTCY JUDGE