## AMERICAN HOME MORTGAGE
### Time Summary
### November 1, 2008 to November 30, 2008

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 49.2 | 590.00 | 29,028.00 |
| MICHELE MICHAELIS | DIRECTOR | 58.4 | 375.00 | 21,900.00 |
| SAM LAU | MANAGER | 0.8 | 295.00 | 236.00 |
| MATTHEW J STEWART | SENIOR | 128.3 | 215.00 | 27,584.50 |
| NAUSHON E VANDERHOOP | SENIOR | 1.8 | 185.00 | 333.00 |
| JARED FELDESMAN | STAFF | 28.6 | 190.00 | 5,434.00 |
| KEVIN REINLE | STAFF | 32.1 | 190.00 | 6,099.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 3.0 | 150.00 | 450.00 |
| | TOTAL: | 302.2 | | 91,064.50 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/12/2008 | M.S. | Preliminary review of claims updates and construction loan files received from Zolfo Cooper. | 0.6 |
| 11/13/2008 | K.R. | Updated omnibus objection schedule with updated information and order from the docket. | 1.4 |
| 11/17/2008 | K.R. | Reviewed updated tax, administrative and priority estimates of claims and updated schedule for M. Stewart. | 1.9 |
| 11/17/2008 | M.S. | Discussions with K. Reinle regarding update priority claims and general unsecured claims numbers and analysis. | 0.6 |
| 11/17/2008 | M.S. | Reviewed estimated allowed priority tax claims estimated vs. prior estimates and POC amounts. | 0.4 |
| | | **TOTAL:** | **4.9** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 1.6 | 215.00 | 344.00 |
| K. REINLE (K.R.) | 3.3 | 190.00 | 627.00 |
| **TOTAL:** | **4.9** | | **971.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

### B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2008 | K.R. | Document review for UCC Investigation. | 3.1 |
| 11/3/2008 | M.M. | Reviewed additional documents on UCC Investigation. | 0.6 |
| 11/3/2008 | M.S. | Discussions with staff regarding UCC Investigation. | 0.2 |
| 11/4/2008 | J.F. | Reviewed documents received from counsel on Concordance database in connection with UCC Investigation. | 2.6 |
| 11/4/2008 | K.R. | Document review for UCC Investigation. | 3.1 |
| 11/4/2008 | K.R. | Document review and write-up of specific relevant findings. | 2.2 |
| 11/4/2008 | M.M. | Discussion with M. Stewart re: UCC Investigation. | 0.2 |
| 11/4/2008 | M.S. | Discussions with staff regarding UCC investigation. | 0.4 |
| 11/5/2008 | J.F. | Reviewed documents received from counsel on Concordance database in connection with UCC Investigation. | 3.3 |
| 11/5/2008 | K.R. | Document review for UCC Investigation. | 3.5 |
| 11/5/2008 | M.S. | Discussions with staff regarding UCC investigation. | 0.4 |
| 11/6/2008 | J.F. | Reviewed documents received from counsel on Concordance database in connection with UCC Investigation. | 4.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/6/2008 | J.F. | Document review and write-up of relevant findings. | 4.6 |
| 11/6/2008 | K.R. | Document review for UCC Investigation. | 4.1 |
| 11/6/2008 | K.R. | Document review and write-up of specific relevant findings. | 1.5 |
| 11/6/2008 | M.M. | Brief review and discussion of data received from counsel re: class action suits against former management. | 0.3 |
| 11/6/2008 | M.S. | Reviewed documents for UCC Investigation. | 1.2 |
| 11/6/2008 | M.S. | Discussions with staff regarding UCC investigation. | 0.9 |
| 11/7/2008 | D.B. | Reviewed 168 page class action complaint filed against AHM Directors and Officers. | 1.8 |
| 11/7/2008 | J.F. | Reviewed documents received from counsel on Concordance database in connection with UCC Investigation. | 1.4 |
| 11/7/2008 | K.R. | Document review for UCC Investigation. | 1.3 |
| 11/7/2008 | M.M. | Reviewed class action complaint related to mismanagement at Debtors. | 0.8 |
| 11/7/2008 | M.M. | Reviewed additional information production for UCC Investigation. | 2.1 |
| 11/7/2008 | M.S. | Prepared and met with M. Michaelis regarding findings, summary and report to counsel. | 0.8 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/7/2008 | M.S. | Reviewed UCC investigation pertaining to causes of action documents. | 3.4 |
| 11/7/2008 | M.S. | Report preparation for counsel re: UCC Investigation. | 0.8 |
| 11/10/2008 | D.B. | Reviewed 168 page class action complaint filed against AHM Directors and Officers. | 2.2 |
| 11/10/2008 | M.M. | Reviewed documents for UCC Investigation and discussions re: same. | 1.2 |
| 11/10/2008 | M.M. | Updated and prepared document review memo for counsel. | 2.3 |
| 11/10/2008 | M.M. | Discussion with D. Berliner re: UCC Investigation summary memo for counsel. | 0.8 |
| 11/10/2008 | M.S. | Report preparation for counsel re: UCC Investigation. | 0.8 |
| 11/10/2008 | M.S. | Correspondences with S. Lau regarding issues with Citrix database. | 0.3 |
| 11/10/2008 | M.S. | Reviewed database and hard copy documents related to UCC investigation. | 4.6 |
| 11/10/2008 | M.S. | Prepared for and met with M. Michaelis regarding findings, summary and report to counsel. | 0.8 |
| 11/10/2008 | S.L. | Discussion with M. Stewart regarding to the new data received.  Prepared and uploaded new data to Citrix server.  Brief overview of the data containing in hard drive. | 0.8 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/11/2008 | D.B. | Met with M. Michaelis and M. Stewart re: status of review of documents for UCC investigation, results and report status. | 0.5 |
| 11/11/2008 | D.B. | Reviewed documents provided for UCC investigation. | 1.5 |
| 11/11/2008 | J.F. | Reviewed documents received from counsel on Concordance database in connection with UCC Investigation. | 4.1 |
| 11/11/2008 | M.M. | Reviewed documents related to UCC Investigation. | 2.4 |
| 11/11/2008 | M.M. | Prepared document review summary memo for counsel. | 2.7 |
| 11/11/2008 | M.S. | Reviewed documents related to UCC investigation and database. | 3.8 |
| 11/11/2008 | M.S. | Correspondences with D. Berliner and Debtors regarding WARN Act litigation. | 0.2 |
| 11/11/2008 | M.S. | Discussions with staff regarding UCC investigation and findings. | 0.9 |
| 11/11/2008 | M.S. | Reviewed documents and schedules received related to WARN Act litigation. | 0.4 |
| 11/11/2008 | M.S. | Report preparation of UCC investigation status to give to counsel. | 0.8 |
| 11/11/2008 | M.S. | Prepared for and met with M. Michaelis regarding UCC investigation. | 1.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/11/2008 | M.S. | Reviewed tagged and flagged documents thru 11/10/08 for UCC Investigation. | 1.3 |
| 11/12/2008 | J.F. | Document review and analysis for UCC Investigation. | 4.6 |
| 11/12/2008 | M.M. | Prepared report for coundel regarding summary UCC Investigation. | 2.2 |
| 11/12/2008 | M.S. | Report preparation for counsel for UCC investigation. | 0.8 |
| 11/12/2008 | M.S. | Analyzed documents pertaining to UCC investigation. | 2.8 |
| 11/12/2008 | M.S. | Discussions with staff regarding UCC investigation and findings. | 0.4 |
| 11/13/2008 | J.F. | Meeting with M. Stewart and M. Michaelis to discuss Alt-A Loans issues for UCC Investigation. | 0.5 |
| 11/13/2008 | J.F. | Document Review - reviewed documents received from counsel regarding UCC investigation relating to Alt-A Loans. | 3.4 |
| 11/13/2008 | K.R. | Document review and write-up of specific relevant findings for UCC Investigation/ | 1.9 |
| 11/13/2008 | M.M. | Discussion with M. Stewart re: UCC Investigation and document review. | 1.1 |
| 11/13/2008 | M.M. | Prepared document review report for UCC Investigation. | 2.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/13/2008 | M.S. | Discussions with staff regarding UCC investigation. | 0.6 |
| 11/13/2008 | M.S. | Report preparation for UCC investigation memo for counsel. | 3.8 |
| 11/13/2008 | M.S. | Reviewed tagged / flagged documents pertaining to UCC investigation. | 2.2 |
| 11/13/2008 | M.S. | Discussions with staff regarding UCC investigation and findings. | 0.8 |
| 11/13/2008 | M.S. | Prepared and met with M. Michaelis regarding UCC Investigation, report and allocation model. | 1.4 |
| 11/14/2008 | D.B. | Conference call with M. Indelicato, J. Zawadzki and WARN Act class counsel re: BDO summary of cash available to Estate. | 1.2 |
| 11/14/2008 | D.B. | Reviewed draft BDO report for counsel re: status of revisions of documents for UCC investigation and prepared comments. | 2.0 |
| 11/14/2008 | K.R. | Document review for UCC Investigation. | 1.4 |
| 11/14/2008 | M.M. | Updated memo to counsel for UCC Investigation. | 3.1 |
| 11/14/2008 | M.M. | Discussion with D. Berliner re: WARN counsel and borrowers Committee meetings. | 0.3 |
| 11/14/2008 | M.S. | Report preparation for UCC investigation. | 2.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/14/2008 | M.S. | Reviewed documents pertaining to UCC investigation. | 2.8 |
| 11/15/2008 | M.S. | Report preparation for UCC investigation. | 2.8 |
| 11/15/2008 | M.S. | Reviewed tagged documents of interest by staff for UCC Investigation. | 0.7 |
| 11/16/2008 | M.S. | Report preparation for UCC investigation. | 1.6 |
| 11/16/2008 | M.S. | Reviewed tagged documents of interest by staff. | 1.3 |
| 11/16/2008 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding report to counsel for UCC Investigation. | 0.4 |
| 11/17/2008 | D.B. | Reviewed draft report to counsel re: BDO review of documents for UCC investigation and prepared comments; discussed comments with M. Stewart. | 2.5 |
| 11/17/2008 | K.R. | Document review for UCC Investigation. | 3.8 |
| 11/17/2008 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding initial report to counsel for UCC Investigation. | 0.7 |
| 11/17/2008 | M.S. | Reviewed Concordance review status and discussion with K. Reinle regarding document review for UCC Investigation. | 0.6 |
| 11/17/2008 | M.S. | Report preparation for initial report to counsel for UCC Investigation and litigation findings. | 3.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## B.   LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/17/2008 | M.S. | Reviewed tagged and flagged documents of interest to be incorporated in preliminary report to counsel. | 0.6 |
| 11/20/2008 | M.M. | Reviewed documents/memo for UCC Investigation. | 0.8 |
| 11/20/2008 | M.S. | Reviewed preliminary report in preparation for call with counsel for UCC Investigation. | 0.4 |
| 11/21/2008 | M.M. | Conference call with counsel re: UCC Investigation. | 1.3 |
| 11/21/2008 | M.S. | Discussions with M. Michaelis regarding UCC investigation. | 0.3 |
| 11/24/2008 | M.M. | Discussions with M. Stewart and D. Berliner re: call on Friday with counsel for UCC Investigation. | 0.2 |
| 11/24/2008 | M.S. | Reviewed documents provided by counsel for UCC Investigation. | 0.9 |
| 11/25/2008 | D.B. | Met with M. Michaelis re: results of conference call with Hahn & Hessen re: UCC investigation, work to be done by BDO and to review documents supporting BDO Analysis. | 1.2 |
| 11/25/2008 | M.M. | Reviewed additional documents received versus prior and summaries related to valuation of asset pools for UCC Investigation. | 2.4 |
| 11/25/2008 | M.M. | Reviewed additional alt-A related document disclosure for UCC Investigation. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## B.   LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/25/2008 | M.M. | Discussion with D. Berliner and M. Stewart re: status of "next steps" and additional document review for UCC Investigation. | 1.1 |
| 11/26/2008 | M.S. | Discussion with M. Michaelis regarding status of UCC Investigation. | 0.4 |
| | | **TOTAL:** | **152.2** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 12.9 | 590.00 | 7,611.00 |
| M. MICHAELIS (M.M.) | 28.4 | 375.00 | 10,650.00 |
| S. LAU (S.L.) | 0.8 | 295.00 | 236.00 |
| M. STEWART (M.S.) | 55.6 | 215.00 | 11,954.00 |
| J. FELDESMAN (J.F.) | 28.6 | 190.00 | 5,434.00 |
| K. REINLE (K.R.) | 25.9 | 190.00 | 4,921.00 |
| **TOTAL:** | **152.2** | | **40,806.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## C.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/4/2008 | M.M. | Reviewed summary of current loan pool sales motion. | 0.2 |
| 11/7/2008 | M.M. | Reviewed current status information with regard to loan pool sales. | 1.2 |
| 11/12/2008 | M.M. | Reviewed remaining asset information provided by Zolfo Cooper. | 0.8 |
| 11/14/2008 | M.M. | Conference call with Milestone re: sale of bank. | 0.9 |
| 11/19/2008 | M.S. | Reviewed M2 Capital's bid and AH Bank's liquidation analysis. | 1.3 |
| 11/19/2008 | M.S. | Reviewed construction loan updates and correspondences with Debtors. | 0.8 |
| 11/26/2008 | M.M. | Prepared for conference call re: Bank issues. | 0.4 |
| 11/26/2008 | M.M. | Discussion with D. Berliner re: bank sale and confirmation/emergence hearing. | 0.4 |
| 11/26/2008 | M.M. | Reviewed recent APA information re: bank sale. | 0.4 |
| | | **TOTAL:** | **6.4** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## C.     ASSET SALE/AUCTION

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 4.3 | 375.00 | 1,612.50 |
| M. STEWART (M.S.) | 2.1 | 215.00 | 451.50 |
| TOTAL: | 6.4 | | 2,064.00 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

### D.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/4/2008 | D.B. | Conference call with Kroll re: case status update and to review e-mail re: judge ruling on lawsuit. | 0.6 |
| 11/4/2008 | M.M. | Conference call with Debtors re: current updates. | 0.8 |
| 11/4/2008 | M.S. | Weekly conference call with Kroll regarding case updates. | 0.5 |
| 11/4/2008 | M.S. | Prepared for weekly conference call. | 0.1 |
| 11/5/2008 | M.S. | Correspondence with Debtors regarding disposition of assets. | 0.2 |
| 11/6/2008 | M.M. | Reviewed information from Debtors re: interpleader issues. | 0.2 |
| 11/11/2008 | M.M. | Weekly update call with Zolfo Cooper. | 0.8 |
| 11/11/2008 | M.S. | Correspondences with Debtors and M. Michaelis regarding meeting times. | 0.1 |
| 11/12/2008 | D.B. | Conference call with Zolfo Cooper re: case status and issues. | 0.6 |
| 11/12/2008 | D.B. | Reviewed e-mail from B. Fernandez re: letter to Debtors requesting additional information and reviewed letter and exhibits. | 0.5 |
| 11/12/2008 | M.S. | Weekly professional call with Kroll. | 0.7 |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## D.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/12/2008 | M.S. | Prepared for weekly professional call with Kroll. | 0.2 |
| 11/12/2008 | M.S. | Correspondence with Debtors regarding allocation model, claims and construction loans. | 0.5 |
| 11/13/2008 | M.S. | Correspondence with Debtor regarding allocation model and liquidation analysis. | 0.2 |
| 11/14/2008 | D.B. | Conference call with Milestone advisors and M. Indelicato re: status of evaluation of current M2 bid for American Home Bank. | 0.7 |
| 11/14/2008 | M.S. | Correspondence with Debtors regarding cash flow and allocation model. | 0.1 |
| 11/17/2008 | M.S. | Correspondence with M. Michaelis and Debtors regarding allocation model. | 0.4 |
| 11/18/2008 | D.B. | Conference call with Kroll re: case status and update. | 1.2 |
| 11/18/2008 | M.M. | Conference call with Debtors. | 0.7 |
| 11/18/2008 | M.S. | Discussions with S. Martinez regarding liquidation analysis. | 1.0 |
| 11/18/2008 | M.S. | Prepared questions and correspondence with Debtors regarding allocation model and liquidation analysis. | 0.8 |
| 11/18/2008 | M.S. | Prepared for call with the Debtors concerning the allocation model and liquidation analysis. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## D.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/18/2008 | M.S. | Conference call with Kroll regarding allocation model and case issues. | 1.3 |
| 11/18/2008 | M.S. | Work sessions with Debtors regarding liquidation analysis. | 0.8 |
| 11/19/2008 | D.B. | Conference call with Kroll and S. Beach, Esq. re: allocation model & liquidation analysis provided by Kroll. | 1.3 |
| 11/19/2008 | M.S. | Discussions with Debtors regarding the allocation model, the liquidation analysis and questions. | 1.4 |
| 11/19/2008 | M.S. | Conference call with Debtors regarding allocation model, plan of liquidation and Disclosure Statement. | 1.2 |
| 11/26/2008 | D.B. | Conference call with Milestone, YCST and Hahn & Hessen re: status of AH Bank sale. | 0.4 |
| 11/26/2008 | M.M. | Conference call with Debtors and Milestone re: bank. | 0.9 |
| | | **TOTAL:** | **18.5** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## D.    MEETINGS - DEBTOR

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.3 | 590.00 | 3,127.00 |
| M. MICHAELIS (M.M.) | 3.4 | 375.00 | 1,275.00 |
| M. STEWART (M.S.) | 9.8 | 215.00 | 2,107.00 |
| **TOTAL:** | **18.5** | | **6,509.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## E.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2008 | M.M. | Discussion of information to be included in current week's report. | 0.4 |
| 11/4/2008 | M.M. | Discussion with D. Berliner re: call with counsel re: recovery and report to Committee re: current results. | 0.3 |
| 11/5/2008 | D.B. | Met with M. Michaelis and M. Stewart re: preparation of report to UCC for 11/6/2008 call and to prepare outline of information to include in report. | 0.9 |
| 11/5/2008 | M.M. | Discussion with D. Berliner as to possible Committee calls and reviewed potential report issues. | 0.4 |
| 11/5/2008 | M.S. | Report preparation for the 11/6/08 Creditors' Committee call. | 0.7 |
| 11/6/2008 | D.B. | Reviewed draft report to UCC and prepared comments and inserts.  Met with M. Michaelis and M. Stewart to discuss. | 1.5 |
| 11/6/2008 | M.S. | Report preparation for the 11/6/08 Creditors' Committee call. | 3.8 |
| 11/6/2008 | M.S. | Discussion with D. Berliner regarding report revisions. | 0.2 |
| 11/6/2008 | M.S. | Prepared and met with M. Michaelis regarding report and findings. | 0.8 |
| 11/14/2008 | K.R. | Updated MOR schedules for July and August 2008 to use in Committee report. | 1.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

.

## E.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/14/2008 | M.M. | Discussion with M. Stewart re: report for upcoming week. | 0.3 |
| 11/14/2008 | M.S. | Correspondence with M. Michaelis regarding UCC investigation, draft report, bank and report for next week. | 0.4 |
| 11/16/2008 | M.M. | Reviewed revised bank liquidation, recovery information and prepared report for UCC. | 1.6 |
| 11/17/2008 | M.S. | Revisions to 11/17/08 initial draft of report to UCC based on D. Berliner's and M. Michaelis comments and suggestions. | 3.3 |
| 11/18/2008 | M.S. | Report preparation for 11/20/08 Committee meeting. | 2.1 |
| 11/19/2008 | D.B. | Reviewed initial draft of BDO Report to UCC; prepared comments and edits for staff. | 2.7 |
| 11/19/2008 | M.S. | Report preparation for 11/20/08 Committee meeting. | 4.6 |
| 11/19/2008 | M.S. | Revised initial draft report to the Committee based on D. Berliner's comments. | 1.1 |
| 11/19/2008 | M.S. | Correspondence with D. Berliner regarding initial draft of 11/20/08 report to the Committee. | 0.4 |
| 11/20/2008 | D.B. | Reviewed revised draft of BDO Report to UCC and prepared final comments for staff. | 1.8 |
| 11/20/2008 | M.M. | Reviewed report to Committee in preparation for call. | 0.8 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## E.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/20/2008 | M.M. | Discussion with M. Stewart re: reports and UCC Investigation. | 0.7 |
| 11/20/2008 | M.S. | Prepared Exhibits for the 11/20/08 report. | 0.6 |
| 11/20/2008 | M.S. | Report prepared for 11/20/08 Creditors' Committee call. | 1.4 |
| | | **TOTAL:** | **32.1** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 6.9 | 590.00 | 4,071.00 |
| M. MICHAELIS (M.M.) | 4.5 | 375.00 | 1,687.50 |
| M. STEWART (M.S.) | 19.4 | 215.00 | 4,171.00 |
| K. REINLE (K.R.) | 1.3 | 190.00 | 247.00 |
| **TOTAL:** | **32.1** | | **10,176.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## F.   MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/6/2008 | D.B. | Prepared for conference call with UCC and discussed BDO report with M. Michaelis. | 0.6 |
| 11/6/2008 | D.B. | Met with M. Michaelis to discuss results of UCC conference call and next steps. | 0.2 |
| 11/6/2008 | M.M. | Reviewed and prepared for AHM Committee call. | 0.9 |
| 11/6/2008 | M.M. | Participated on update call with Committee re: status. | 0.6 |
| 11/6/2008 | M.S. | Weekly Creditors' Committee call. | 0.6 |
| 11/6/2008 | M.S. | Prepared for weekly Creditors' Committee call. | 0.4 |
| 11/14/2008 | D.B. | Met with Hahn & Hessen and Borrowers Committee counsel re: Disclosure Statement issues and information required. | 2.5 |
| 11/20/2008 | D.B. | Prepared for and presented BDO Report to UCC during UCC conference call. | 1.3 |
| 11/20/2008 | M.M. | Call with Committee re: weekly update. | 0.8 |
| 11/20/2008 | M.S. | Weekly Creditors' Committee call. | 0.8 |
| | | **TOTAL:** | **8.7** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## F.   MEETINGS OF CREDITORS / TRUSTEE

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.6 | 590.00 | 2,714.00 |
| M. MICHAELIS (M.M.) | 2.3 | 375.00 | 862.50 |
| M. STEWART (M.S.) | 1.8 | 215.00 | 387.00 |
| **TOTAL:** | **8.7** | | **3,963.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2008 | D.B. | Reviewed estimated recovery analysis prepared for counsel for negotiations with class action counsel. | 0.6 |
| 11/3/2008 | D.B. | Reviewed Debtors' motion dated 10/31/2008 for sale of 2nd lien loans. | 0.3 |
| 11/3/2008 | M.M. | Reviewed updated cash results information. | 0.4 |
| 11/3/2008 | M.M. | Reviewed and discussed with M. Stewart the analysis regarding liquidation value results/recovery value results. | 0.6 |
| 11/3/2008 | M.S. | Reviewed cash flow forecast received 10/31/08. | 0.8 |
| 11/3/2008 | M.S. | Updated asset recovery analysis for counsel for settlement discussions / sent to counsel. | 2.6 |
| 11/3/2008 | M.S. | Discussion with M. Michaelis regarding updating analysis and report. | 0.6 |
| 11/4/2008 | D.B. | Reviewed cash flow forecast for period 10/25/2008 through 2/28/2008. | 0.4 |
| 11/4/2008 | M.M. | Discussion with D. Berliner and M. Stewart regarding updates from Kroll re: results. | 0.3 |
| 11/4/2008 | M.S. | Meeting with D. Berliner and M. Michaelis regarding case issues. | 0.2 |
| 11/4/2008 | M.S. | Reviewed docket and related filings. | 0.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/5/2008 | M.S. | Reviewed cash flow forecast and disposition plan. | 0.8 |
| 11/5/2008 | M.S. | Prepared forecast comparison schedule in preparation for 11/6/08 Committee call. | 1.7 |
| 11/6/2008 | M.M. | Reviewed internal audit report from year end 2006. | 0.4 |
| 11/7/2008 | M.S. | Reviewed cash flow forecast sent on 11/7/08. | 0.4 |
| 11/10/2008 | M.M. | Reviewed revised budget information provided by Debtors. | 0.8 |
| 11/10/2008 | M.M. | Discussions with M. Stewart re: change in cash flow and WARN Act. | 1.2 |
| 11/10/2008 | M.S. | Reviewed cash flow forecast and updated analysis of prior forecasts. | 1.6 |
| 11/11/2008 | D.B. | Reviewed docket report for period 11/1 through 11/7/08. | 0.2 |
| 11/11/2008 | D.B. | Reviewed revised cash flow forecast and budget to actual results for period ending 11/1/2008 through 12/09/2008. | 0.4 |
| 11/11/2008 | D.B. | Supervised M. Stewart in preparation of revised creditor recovery schedule.  Reviewed and edited schedule. | 0.4 |
| 11/11/2008 | M.M. | Reviewed revised allocation model. | 1.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/11/2008 | M.S. | Revised updated creditor recovery scenarios. | 0.7 |
| 11/12/2008 | M.S. | Reviewed updated allocation model provided 11/12/08. | 1.3 |
| 11/12/2008 | M.S. | Reviewed updated disposition plan and REO analysis. | 0.4 |
| 11/12/2008 | M.S. | Discussion with M. Michaelis regarding allocation model and report. | 0.4 |
| 11/13/2008 | K.R. | Reviewed July and August 2008 MOR's and accompanying schedules. | 1.2 |
| 11/14/2008 | D.B. | Reviewed REO sale analysis dated 11/2008 and summary of American Home Mortgage loan disposition plan. | 0.5 |
| 11/14/2008 | D.B. | Reviewed American Home Bank estimated recovery from M2 deal analysis prepared by M. Milestone. | 0.3 |
| 11/14/2008 | M.S. | Reviewed cash flow forecast provided 11/14/08. | 1.1 |
| 11/15/2008 | M.S. | Reviewed updated allocation model provided 11/14/08. | 0.4 |
| 11/15/2008 | M.S. | Correspondence with M. Michaelis regarding the allocation model. | 0.1 |
| 11/17/2008 | D.B. | Reviewed revised subcon allocation model; prepared comments and discussed with M. Stewart. | 1.0 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/17/2008 | M.S. | Correspondence with M. Michaelis regarding bank and allocation model. | 0.2 |
| 11/17/2008 | M.S. | Reviewed updated allocation model provided 11/15/08 and analysis vs. prior versions including disclosure statement. | 1.8 |
| 11/17/2008 | M.S. | Correspondence with D. Berliner regarding comments on revised allocation model. | 0.4 |
| 11/17/2008 | M.S. | Reviewed AH Bank's liquidation analysis and notes prepared by M. Michaelis. | 0.4 |
| 11/18/2008 | D.B. | Reviewed revised and updated liquidation analysis draft, prepared comments and discussed with M. Stewart. | 1.1 |
| 11/18/2008 | M.M. | Reviewed correspondence and discussions with staff and D. Berliner re: liquidation analysis and allocation model. | 0.6 |
| 11/18/2008 | M.M. | Reviewed liquidation analysis and allocation model. | 1.4 |
| 11/18/2008 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding allocation model and liquidation analysis issues. | 0.8 |
| 11/18/2008 | M.S. | Reviewed updated liquidation analysis. | 3.2 |
| 11/18/2008 | M.S. | Reviewed updated allocation model. | 2.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## G.   BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/18/2008 | M.S. | Reviewed cash flow forecast and disposition of remaining assets plan. | 1.4 |
| 11/19/2008 | D.B. | Reviewed revised draft of Allocation model and liquidation analysis dated 11/19/2008 provided by Kroll. | 0.8 |
| 11/19/2008 | M.S. | Prepared for Disclosure Statement conference call today. | 0.3 |
| 11/19/2008 | M.S. | Reviewed UCC segregated account and funds received. | 0.3 |
| 11/19/2008 | M.S. | Reviewed updated allocation model provided by the Debtors. | 1.4 |
| 11/19/2008 | M.S. | Reviewed liquidation analysis provided by the Debtors. | 2.2 |
| 11/19/2008 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding allocation model issues and liquidation analysis issues. | 0.9 |
| 11/20/2008 | D.B. | Reviewed 11/19/2008 revised draft of Amended Disclosure Statement. | 1.5 |
| 11/20/2008 | D.B. | Reviewed 11/20/2008 revised draft of Amended Disclosure Statement. | 0.6 |
| 11/20/2008 | M.M. | Reviewed liquidation analysis and current allocation. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## G.   BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/20/2008 | M.S. | Reviewed draft Disclosure Statement. | 1.1 |
| 11/20/2008 | M.S. | Reviewed liquidation analysis to be filed with the Court today. | 0.4 |
| 11/20/2008 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding Disclosure Statement. | 0.4 |
| 11/21/2008 | D.B. | Reviewed 11/20/2008 revised draft of Amended Liquidation Plan. | 0.8 |
| 11/21/2008 | K.R. | Correspondence with BDO team re: Plan and Disclosure Statements. | 0.4 |
| 11/21/2008 | M.M. | Reviewed recent correspondence re: plan and disclosure statement. | 0.3 |
| 11/21/2008 | M.S. | Preliminary review of the cash flow forecast received 11/21/08. | 0.4 |
| 11/21/2008 | M.S. | Reviewed plan of liquidation and disclosure statement filed by the Debtors. | 1.5 |
| 11/21/2008 | M.S. | Correspondence with D. Berliner and K. Reinle regarding plan and disclosure statement. | 0.3 |
| 11/24/2008 | D.B. | Reviewed Disclosure Statement and Amended Plan of Liquidation as filed with court to prepare for Disclosure Statement hearing. | 1.3 |
| 11/24/2008 | D.B. | Reviewed objection to Disclosure Statement by official Committee of Borrowers. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## G.   BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/24/2008 | D.B. | Reviewed docket report for period 11/8/2008 - 11/21/2008. | 0.3 |
| 11/24/2008 | D.B. | Reviewed Monthly Operating Report for each Debtor for August 2008. | 0.6 |
| 11/24/2008 | D.B. | Reviewed Debtors' objection to motion of Mortgage Electronic Registration Systems, Inc. ("MERS") compelling assumption or rejection of Debtors' executory contract. | 0.2 |
| 11/24/2008 | M.M. | Reviewed current cash flow results. | 0.3 |
| 11/24/2008 | M.M. | Reviewed plan and disclosure statement - 11/20 revisions. | 1.9 |
| 11/24/2008 | M.M. | Updated summary binder of liquidation and allocation results. | 0.9 |
| 11/24/2008 | M.M. | Discussions with M. Stewart and D. Berliner re: disclosure hearing. | 0.3 |
| 11/24/2008 | M.S. | Discussions with M. Michaelis and D. Berliner regarding disclosure statement and hearing. | 0.4 |
| 11/24/2008 | M.S. | Prepared documents regarding disclosure statement support. | 0.4 |
| 11/25/2008 | M.M. | Discussion with D. Berliner re: recent cash flow and operating results, bank and remaining asset portfolio sales. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/26/2008 | M.M. | Reviewed revised updated cash flow information. | 0.4 |
| 11/26/2008 | M.S. | Reviewed cash flow forecast provided by the Debtors. | 0.6 |
| | | TOTAL: | 59.9 |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 11.8 | 590.00 | 6,962.00 |
| M. MICHAELIS (M.M.) | 12.1 | 375.00 | 4,537.50 |
| M. STEWART (M.S.) | 34.4 | 215.00 | 7,396.00 |
| K. REINLE (K.R.) | 1.6 | 190.00 | 304.00 |
| TOTAL: | 59.9 | | 19,199.50 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2008 | D.B. | Reviewed e-mail from M. Power re: e-mail from M. Morris re: recommendation to UCC to support proposed stipulation with JP Morgan Chase and to review proposed stipulation. | 0.4 |
| 11/3/2008 | M.M. | Reviewed correspondence from counsel re: JPM. | 0.2 |
| 11/4/2008 | D.B. | E-mails to Hahn & Hessen re: summary of BDO update call with Kroll. | 0.3 |
| 11/5/2008 | M.M. | Reviewed current updates from counsel. | 0.4 |
| 11/6/2008 | D.B. | Telephone call and e-mails with M. Indelicato re: planning for UCC conference call, information to provide to class action counsel and court rulings. | 0.3 |
| 11/6/2008 | D.B. | Reviewed Hahn & Hessen memos re: Court Opinions re: certain contested expenses of Northeast Trustee Services and Wells Fargo vs. American Home Mortgage and Bear Stearns and court decisions. | 0.5 |
| 11/6/2008 | M.M. | Call with counsel prior to Committee conference call. | 0.3 |
| 11/6/2008 | M.M. | Reviewed summaries from counsel on recent court rulings. | 0.6 |
| 11/7/2008 | D.B. | E-mails with J. McCahey re: class action complaint filed against American Home Mortgage Directors and Officers. | 0.1 |
| 11/11/2008 | D.B. | Telephone call with M. Indelicato re: creditor recovery information to provide to WARN Act counsel. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## H.  TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/12/2008 | D.B. | E-mails with Hahn & Hessen re: case status update; American Home Bank APA and scheduling meeting with Borrowers' Committee. | 0.4 |
| 11/13/2008 | D.B. | Reviewed e-mails from M. Indelicato to Warn Act counsel re: creditor recovery and to UCC re: case issues and cancellation of meeting. | 0.1 |
| 11/13/2008 | M.S. | Reviewed counsel's email correspondence to the Committee. | 0.1 |
| 11/14/2008 | D.B. | Met with M. Indelicato and E. Schnitzer re: Borrowers Committee issues. | 0.3 |
| 11/18/2008 | D.B. | Reviewed e-mail from J. McCahey and handwritten reacted notes from board member. | 0.4 |
| 11/19/2008 | D.B. | E-mails with Hahn & Hessen re: summary of conference call with Kroll. | 0.6 |
| 11/20/2008 | D.B. | Prepared for & participated in conference call with counsel re: UCC investigation and BDO Report. | 1.0 |
| 11/20/2008 | M.M. | Conference call with counsel re: causes of action. | 1.1 |
| 11/20/2008 | M.S. | Meetings with counsel, D. Berliner and M. Michaelis regarding report and issues. | 0.9 |
| 11/20/2008 | M.S. | Conference call with counsel regarding potential causes of action. | 0.9 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/21/2008 | M.S. | Conference call with counsel regarding causes of action investigation. | 1.4 |
| 11/21/2008 | M.S. | Preparation for call with counsel regarding the UCC investigation. | 0.3 |
| 11/24/2008 | D.B. | Reviewed e-mail from J. McCahey re: info on UCC investigation dated 11/21/2008. | 0.6 |
| 11/24/2008 | D.B. | Reviewed e-mail from D. Grubman and latest draft of M2 APA for AH Bank. | 1.2 |
| 11/24/2008 | D.B. | Telephone call with M. Indelicato re: Disclosure Statement hearing. | 0.1 |
| 11/25/2008 | D.B. | Telephone call from M. Indelicato re: results of court hearing approving Disclosure Statement. | 0.1 |
| 11/25/2008 | M.M. | Reviewed correspondence with counsel re: new information to be received on causes of action. | 0.4 |
| 11/25/2008 | M.M. | Reviewed correspondence from counsel re: disclosure hearing and Trustee appointed. | 0.2 |
| 11/25/2008 | M.M. | Reviewed correspondence re: Bank issues. | 0.2 |
| 11/26/2008 | D.B. | Reviewed e-mail from M. Indelicato to UCC re: results of Disclosure Statement. | 0.1 |
| | | **TOTAL:** | **13.6** |

-33-

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## H.   TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 6.6 | 590.00 | 3,894.00 |
| M. MICHAELIS (M.M.) | 3.4 | 375.00 | 1,275.00 |
| M. STEWART (M.S.) | 3.6 | 215.00 | 774.00 |
| TOTAL: | 13.6 | | 5,943.00 |

### AMERICAN HOME MORTGAGE

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2008 to November 30, 2008**

## I.  FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/10/2008 | M.M. | Accumulated, organized and prepared data for monthly application. | 0.8 |
| 11/12/2008 | M.M. | Accumulated, organized and prepared data for monthly application. | 1.1 |
| 11/14/2008 | M.M. | Prepared October monthly application. | 0.6 |
| 11/23/2008 | N.V. | Reviewed and edited October 2008 time detail; updated project categories. | 0.7 |
| 11/24/2008 | M.M. | Prepared October monthly application. | 0.5 |
| 11/24/2008 | N.V. | Reviewed and edited October 2008 time detail; updated project categories. | 1.1 |
| 11/25/2008 | D.B. | Reviewed and approved 13th monthly application of BDO for compensation for services rendered as Financial Advisors to UCC for October, 2008 and Berliner Declaration. | 1.1 |
| | | **TOTAL:** | **5.9** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2008 to November 30, 2008

## I.    FEE APPLICATIONS / MONTHLY STATEMENTS

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 590.00 | 649.00 |
| N. VANDERHOOP (N.V.) | 1.8 | 185.00 | 333.00 |
| M. MUFTUOGLU (M.M.) | 3.0 | 150.00 | 450.00 |
| **TOTAL:** | **5.9** | | **1,432.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
November 1, 2008 through November 30, 2008

1.  PHOTOCOPYING
    a.  Internal
    b.  External

2.  TELECOMMUNICATIONS
    a.  Toll Charges
    b.  Facsimile

3.  COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel
    and Committee members*

4.  COURT REPORTER AND TRANSCRIPTS

5.  TECHNOLOGY SERVICES – *Concordance Database*                $1,500.00
    *Monthly Hosting Fee (Total Volume 117 GB)*

6.  OUT-OF-TOWN TRAVEL
    a.  Transportation
    b.  Lodging
    c.  Meals

7.  OUTSIDE SERVICES

8.  LOCAL MEALS

9.  LOCAL TRANSPORTATION, TOLLS, MILEAGE
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage
    using personal auto*

10. MISCELLANEOUS – Internet Connection                          21.51

    **TOTAL**                                                     **$1,521.51**

*Details available upon request to BDO.