IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re                                             :   Chapter 11
                                                  :
American Home Mortgage Holdings, Inc.,            :   Case No. 07-11047 (CSS)
et al.                                            :
                                                  :   (Jointly Administered)
Debtors.                                          :
                                                  :   **Relates to Docket Nos. 6874, 6626**
                                                  :   **Hearing Date: January 28, 2009 at 10:00 a.m.**
                                                  :
------------------------------------------------- x

## JOINDER IN PART OF MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC TO LIMITED OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION

Morgan Stanley Mortgage Capital Holdings LLC, successor-in-interest by merger to Morgan Stanley Mortgage Capital Inc. ("Morgan Stanley"), hereby joins, in part, the Limited Objection of JPMorgan Chase Bank, National Association ("JPMorgan") to Confirmation of Debtors' Chapter 11 Plan of Liquidation (the "Plan") [Docket No. 6874]. More specifically, Morgan Stanley joins in JPMorgan's arguments that the protocols contained in the Plan vastly underestimate the claims arising from early payment defaults (the "EPD Claims") and breach of warranties (the "Warranty Claims") and, absent specific evidence justifying such protocols, the holders of such claims should be allowed the full value of their otherwise prima facie valid EPD and Warranty Claims.

{00268410;v1}

Dated: January 23, 2009
       Wilmington, Delaware

                              ASHBY & GEDDES, P.A.

                              */s/ Karen B. Skomorucha*
                              William P. Bowden (I.D. #2553)
                              Don A. Beskrone (I.D. #4380)
                              Amanda M. Winfree (I.D. #4615)
                              Karen B. Skomorucha (I.D. #4759)
                              500 Delaware Avenue, 8th Floor
                              P.O. Box 1150
                              Wilmington, DE  19899
                              Telephone: (302) 654-1888
                              Facsimile: (302) 654-2067

                              -and-

                              SIDLEY AUSTIN LLP
                              787 Seventh Avenue
                              New York, NY 10019
                              Telephone: (212) 839-5300
                              Facsimile: (212) 839-5599
                              Lee S. Attanasio
                              Teresa H. Chan

                              Counsel for Morgan Stanley Mortgage
                              Capital Holdings LLC