## CERTIFICATE OF SERVICE

I, Karen B. Skomorucha, hereby certify that on January 23, 2009, I caused one copy of the **JOINDER IN PART OF MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC TO LIMITED OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION** to be served upon the parties on the attached service list as indicated.

.

                                                  Karen B. Skomorucha (#4759)

{00074510;v1}

**VIA ELECTRONIC MAIL & HAND DELIVERY**
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
(rbrady@ycst.com)
(sbeach@ycst.com)
*(Counsel for the Debtors)*

**VIA ELECTRONIC MAIL & HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
(fatell@blankrome.com)
*(Counsel for the Official Committee of Unsecured Creditors)*

**VIA ELECTRONIC MAIL & U.S. MAIL**
Kevin Nystrom
Mr. Bret Fernandes
Zolfo Cooper LLC
900 Third Avenue
New York, NY  10022
(knystrom@zolfocooper.com)
(bfernandes@zolfocooper.com)

**VIA ELECTRONIC MAIL & HAND DELIVERY**
Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE  19801
(tmacauley@zuckerman.com)
*(Co-Counsel to Borrower's Committee)*

**VIA ELECTRONIC MAIL & HAND DELIVERY**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 N. King Street, Suite 2207
Wilmington, DE  19801
(joseph.j.mcmahon@usdoj.gov)

**VIA ELECTRONIC MAIL & U.S. MAIL**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY  10022
mindelicato@hahnhessen.com
mpower@hahnhessen.com
*(Counsel for the Official Committee of Unsecured Creditors)*

**VIA ELECTRONIC MAIL & U.S. MAIL**
Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Lord Bissell & Liddell LLP
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002
(tgrace@lockelord.com)
(sbryant@lockelord.com)
*(Counsel to JP Morgan Chase)*

**VIA ELECTRONIC MAIL & U.S. MAIL**
Stephen A. Weisbrod, Esquire
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC  20005
(weisbrods@gotofirm.com)
*(Co-Counsel to Borrower's Committee)*

{00268464;v1}