UNITED STATES BANKRUPTCY COURT
FOR THE DISRICT OF DELAWARE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | |
| HOLDINGS INC., et al., | |
| | Jointly Administered |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

I, Patricia Schrage, certify that on January 26, 2009, I served the Limited Objection of the U.S. Securities and Exchange Commission to Confirmation of the Debtors' Amended Chapter 11 Plan of Liquidation on the following persons by Federal Express:

Robert Brady, Esq.
Sean Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Kevin Nystrom
Bret Fernandes
Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022

Mark Indelicato, Esq.
Mark Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 990
Wilmington, DE 19891

1

Stephen Weisbrod, Esq.
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Washington, DC 20005

Thomas Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Joseph McMahon, Esq.
U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Dated: New York, New York
January 26, 2009

<u>/s/ Patricia Schrage</u>
Patricia Schrage (PS 1753)
New York Regional Office
3 World Financial Center
New York, New York 10281
(212) 336-1100