IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :  |
| | : Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, | : |
| INC., a Delaware Corporation, et al. | : |
| | : Case No. 07-11047 (CSS) |
| Debtors. | : |
| | : (Jointly Administered) |

## NOTICE OF FIRM AND ADDRESS CHANGE

PLEASE TAKE NOTICE that the undersigned counsel, who previously entered an appearance in these cases, has changed his law firm affiliation. As of January 1, 2009, his new firm and address is as follows:

> Eric M. Sutty, Esquire
> FOX ROTHSCHILD LLP
> Citizens Bank Center
> 919 North Market Street, Suite 1600
> Wilmington, Delaware 19801
> Telephone: (302) 654-7444
> Facsimile: (302) 656-8920
> esutty@foxrothschild.com

PLEASE TAKE FURTHER NOTICE that effective immediately, all notices and service in these cases and any related proceedings with respect to the party set forth below shall be directed to the above firm as Delaware counsel of record.

Dated: January 26, 2009

By: FOX ROTHSCHILD LLP

Eric M. Sutty (No. 4007)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444

*Attorneys for Natixis Real Estate Capital Inc.*

WM1A 918269v1 01/26/09

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 26th day of January, 2009, I caused a copy of the **Notice of Firm and Address Change** to be served upon the parties listed below via hand delivery.

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

/s/ Eric M. Sutty
Eric M. Sutty (No. 4007)