IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Response Deadline: February 10, 2009 at 4:00 p.m. (ET) |
| ) | Hearing Date: February 17, 2009 at 10:30 a.m. (ET) |

FILED
2009 JAN 26 AM 11: 20
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

AHM OB28 1/9/2009 (merge2.txnum2) 4000059585 EPIQ Use - 122

LANE, SALLY M
1730 FREY LANE
MISSOULA, MT 59808

## NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: LANE, SALLY M
1730 FREY LANE
MISSOULA, MT 59808

Basis For Objection: Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 2451 | $1,985.00 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors object to your claim because either (i) you failed to list a Debtor on your proof of claim form, or (ii) your claim was asserted against the wrong Debtor, pursuant to the Debtors' books and records. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before February 10, 2009 at 4:00 p.m. (ET) (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON FEBRUARY 17, 2009 AT 10:30 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

*[Handwritten note:]* Response: This money was due to me for the paid expenses that I paid for and not to be reimbursed - AHM owes me this money. Sally [signature] 406-239-5765