UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             :   Jointly Administered
         Debtors.                                            :
                                                             :   Ref. Docket No. 2791 and 6862
------------------------------------------------------------ x

**ORDER DENYING MOTION OF NATIONAL CITY CAPITAL
COMMERCIAL CORPORATION FOR ENTRY OF ORDER GRANTING
ALLOWANCE AND PAYMENT OF POST-PETITION RENT AS AN
ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Upon consideration of the Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to § 503(b)(1)(A) [Docket No. 2791] (the "Motion"), the Debtors' objection to the Motion and the Official Committee of Unsecured Creditors' joinder in the Debtors' objection, and the hearing on the Motion held on January 13, 2009 (the "Hearing"); and after due deliberation and for the reasons stated on the record at the Hearing, it is hereby:

ORDERED, that the Motion is DENIED.

Dated: Wilmington, Delaware
       January 26, 2009

                                                          _____
                                                          Christopher S. Sontchi
                                                          United States Bankruptcy Judge

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.