IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x   Chapter 11
In re:                                                        :
                                                              :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,¹              :   Jointly Administered
                                                              :
                                   Debtors.                   :
------------------------------------------------------------- x
```

## JOINT NOTICE OF DEPOSITION OF MARGOT SAUNDERS

PLEASE TAKE NOTICE that the above-captioned Debtors and the Official Committee of Unsecured Creditors in the above-captioned cases will take the deposition upon oral examination of Margot Saunders in connection with the Objection of Official Committee of Borrowers to Debtors' Amended Chapter 11 Plan of Liquidation (the "Objection"), pursuant to Federal Rule of Civil Procedure 30(b)(1) as applicable through Federal Rules of Bankruptcy Procedure 9014 and 7030. The deposition shall commence at 11:00 a.m. (ET) on February 2, 2009, at the offices of Gilbert Oshinsky LLP, 1100 New York Avenue, NW, Suite 700, Washington, DC 20005. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

The deposition is being taken for the purposes of discovery, for use at the hearing on confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008, and for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: January 27, 2009                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        _____
                                        John T. Dorsey (No. 2988)
                                        Patrick A. Jackson (No. 4976)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Phone: (302) 571-6600
                                        Facsimile: (302) 571-1253
                                        *Counsel to the Debtors*

Dated: January 27, 2009                BLANK ROME LLP

                                        */s/ Bonnie Glantz Fatell*

                                        _____
                                        Bonnie Glantz Fatell
                                        1201 Market Street Suite 800
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 425-6423

                                        -and-

                                        HAHN & HESSEN LLP
                                        Mark S. Indelicato
                                        Mark T. Power
                                        Edward L. Schnitzer
                                        488 Madison Avenue
                                        New York, NY 10022
                                        Telephone: (212) 478-7200
                                        Facsimile: (212) 478-7400

                                        *Counsel for the Official*
                                        *Committee of Unsecured Creditors*

# SCHEDULE A

## DEFINITIONS

A. "Communication" as used herein shall mean any document, oral statement, meeting or conference, formal or informal, at any time or place and under any circumstances whatsoever, whereby information of any nature was stated, written, recorded or in any manner transmitted or transferred.

B. The "Expert Report" means the report prepared by Margot Saunders regarding the subject matter of her proposed testimony at the Hearing.

C. The "Hearing" means the hearing on confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008.

D. "You" and "Yours" means and refers to the Official Committee of Borrowers.

## TOPICS

1. Your contention there is a relationship between various types of mortgage loan products and borrower claims.

2. The Expert Report.

3. Any Communications relating to the Expert Report.

4. Any other matters about which You intend to call Margot Saunders to testify at the Hearing.