IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 28, 2009 AT 10:00 A.M. (ET)

### SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED

**ADJOURNED/RESOLVED MATTERS**

1.   Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

     Objection Deadline:   September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

     Related Document:

     a)   Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

     Objections Filed:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

      b)      Debtors' Objection to Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

Status: This matter will be to February 9, 2009 at 11:00 a.m.

2. Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

   Objection Deadline:   November 5, 2008 at 4:00 p.m.

   Objections Filed:   None

   Status: This matter will be adjourned to February 9, 2009 at 11:00 a.m.

3. Julia Trister's Motion for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief [D.I. 6460, 1/6/09]

   Objection Deadline:   January 19, 2009 at 4:00 p.m.

   Objections Filed:

   Status: This matter will be adjourned by agreement to February 17, 2009 at 10:30 a.m.

4. Confirmation Hearing for Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6626, 11/25/08]

   Objection Deadline: January 14, 2009 at 4:00 p.m.

   Related Documents:

         a)      Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6627, 11/25/08]

         b)      Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief [D,I. 6644, 12/1/08]

2

DB02:7730665.2                                                                                                            066585.1001

- c) Affidavit of Mailing of Epiq Bankruptcy Solutions, LLC/Notice of (I) Approval of Disclosure Statement, (II) Hearing to Consider Confirmation of the Plan, and (III) Deadline for Filing Objections to Confirmation of the Plan, dated December 8, 2008 [D.I. 6777, 12/29/08]

- d) Appendix of Supplemental Plan Documents Pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6868, 1/20/09]

Objections Filed:

- a) Travis County's Objection to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6708, 12/11/08]

- b) Objection of Iron Mountain Information Management, Inc. to the First Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6778, 12/29/08]

- c) Adorno & Yoss LLP's Objection to Confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6842, 1/14/09]

- d) Lead Plaintiffs' Limited Objection to Confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6843, 1/14/09]

- e) Objection by the United States to the Debtors' Amended Chapter 11 Plan of Liquidation [D.I. 6844, 1/14/09]

- f) Local Texas Tax Authorities' Objection to Debtors' Amended Plan of Liquidation [D.I. 6848, 1/14/09]

- g) Limited Objection of DB Structured Products, Inc. to Amended Chapter 11 Plan of Liquidation of the Debtors [D.I. 6853, 1/16/09]

- h) Limited Objection to the Amended Plan of Reorganization by California Taxing Authorities [D.I. 6855, 1/19/09]

- i) Limited Objection of Federal Home Loan Mortgage Corporation to Confirmation of Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6867, 1/20/09]

- j) Limited Objection of JPMorgan Chase Bank, National Association to Confirmation of Debtors' Chapter 11 Plan of Liquidation [D.I. 6874, 1/21/09]

- k) Objection of Official Committee of Borrowers to Debtors' Amended Chapter 11 Plan of Liquidation [D.I. 6883, 1/22/09]

Status: This matter will be adjourned to February 9, 2009 at 11:00 a.m.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

5. Application for Order Authorizing Employment of Bifferato Gentilotti LLC as Special Conflicts Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc as of September 26, 2008 [D.I. 6772, 12`/23/08]

   Objection Deadline: January 12, 2009 at 4:00 p.m.

   Objections Filed: None

   Related Document:

   a) Certificate of No Objection [D.I. 6856, 1/19/09]

   Status: A Certificate of No Objection has been filed. No hearing is required.

Dated: Wilmington, Delaware
January 28, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret B. Whiteman*
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*