# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | **Re: D.I. 6495 & 6864** |
| _____ ) | |

## CERTIFICATION OF COUNSEL

I, Thomas G. Macauley, a partner at Zuckerman Spaeder LLP and co-counsel to the Official Committee of Borrowers (the "Borrowers Committee"), hereby certify as follows:

1. On January 20, 2009, the Borrowers Committee applied for an order on notice to the Debtors, the Creditors Committee and the Office of the United States Trustee to modify the "Supplemental Order Concerning Order Granting Motion for an Order Appointing Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code" (the "Application").

2. At a teleconference on January 22, 2009, the Court addressed the Application and requested that undersigned counsel submit a revised form of order under certification of counsel.

3. The attached form of order reflects the Court's rulings on the teleconference and has been reviewed by the other parties.

2112517.1

WHEREFORE, the Borrowers Committee respectfully requests that the Court enter the attached form of order.

Dated: Wilmington, Delaware
       January 28, 2009

> ZUCKERMAN SPAEDER LLP
>
> _____
> Thomas G. Macauley (ID No. 3411)
> 919 Market Street, Suite 990
> P.O. Box 1028
> Wilmington, Delaware 19899
> Telephone: (302) 427-0400
> Facsimile:  (302) 427-8242
>
> Attorneys for the Official Committee of Borrowers

2

2112517.1