IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
                                  Debtors.                       :  Ref. Docket Nos. 6495 & 6864
---------------------------------------------------------------- x

**ORDER MODIFYING "SUPPLEMENTAL ORDER CONCERNING ORDER GRANTING MOTION FOR AN ORDER APPOINTING OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE"**

The Court having previously entered an order (the "Original Order") dated October 10, 2008, granting the motion (the "Motion") of certain individuals,[2] pursuant to section 1102(a)(2) of the Bankruptcy Code for the appointment of an Official Committee of Borrowers in these chapter 11 cases; and the Office of the United States Trustee (the "UST") having appointed an Official Committee of Borrowers (the "Borrowers' Committee") by notice dated October 21, 2008;[3] and after a status conference on October 22, 2008, prior to an initial meeting of the Borrowers Committee, the Court having entered an order (the "Supplemental Order") dated November 4, 2008, modifying the Original Order and limiting the Borrowers Committee's ability to retain and compensate professionals without prejudice to the rights of the Borrowers Committee to seek to modify, amend

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] The movants are Mr. Tilton Jack, Ms. Grace Mullins, Mr. and Mrs. Christopher Bilek, Mr. Sam Acquisito, Ms. Delena Lamacchia, and Ms. Paula Rush, who were subsequently joined by Mrs. Grace Graves, Ms. Florence Dandridge, Ms. Penny Montague, Ms. Mona Dobben, and Mr. and Mrs. John Culpepper.

[3] The Borrowers' Committee members are Mr. Sam Acquisito, Mr. Christopher Bilek, Ms. Florence Dandridge, Ms. Grace Graves, Ms. Delena Lamacchia, Ms. Penny Montague, and Ms. Paula Rush.

or supplement the Supplemental Order; and based on the Borrowers Committee's application, dated January 20, 2009 (the "Application"), to modify the Supplemental Order; and based on the record of these chapter 11 cases; and after a teleconference on January 22, 2009; it is hereby

ORDERED that this Order shall modify the Supplemental Order, which otherwise remains in full force and effect as of the date it was entered; and it is further

ORDERED that the Supplemental Order is modified to permit the Borrowers Committee to seek to retain Ms. Margot Saunders as a testifying expert on a *nunc pro tunc* basis; and it is further

ORDERED that the compensation and reimbursement of expenses of Ms. Saunders from the estates shall presently be capped at $20,000 without prejudice; and it is further

ORDERED that the Application is carried until the omnibus hearing scheduled for February 6, 2009; and it is further

ORDERED that the Court retains jurisdiction over all matters relating to the interpretation and enforcement of this Order.

Dated: January ___, 2009

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge