IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :   Jointly Administered
                                                                :
                                       Debtors.                 :
---------------------------------------------------------------- x

## JOINT NOTICE OF DEPOSITION OF FLORENCE DANDRIDGE

PLEASE TAKE NOTICE that the above-captioned Debtors and the Official Committee of Unsecured Creditors in the above-captioned cases will take the deposition upon oral examination of Florence Dandridge in connection with the Objection of Official Committee of Borrowers to Debtors' Amended Chapter 11 Plan of Liquidation (the "Objection"), pursuant to Federal Rule of Civil Procedure 30(b)(1) as applicable through Federal Rules of Bankruptcy Procedure 9014 and 7030. The deposition shall commence at 2:00 p.m. (ET) on January 30, 2009, at the offices of Staten Island Legal Services, 36 Richmond Terrace, Suite 205, Staten Island, NY 10301. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

The deposition is being taken for the purposes of discovery, for use at the hearing on confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008, and for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated:  January 28, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John T. Dorsey (No. 2988)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors*

Dated:  January 28, 2009

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*

Bonnie Glantz Fatell
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6423

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official
Committee of Unsecured Creditors*

## **SCHEDULE A**

## **DEFINITIONS**

A.  The "Bankruptcy Case" means the jointly administered chapter 11 cases of the Debtors pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

B.  The "Bar Date" means the date or dates established by the Bankruptcy Court as the last date for filing proofs of claim against the Debtors, including those Bar Dates established pursuant to the following Bar Date orders: (i) *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 1708] and (ii) *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2001-1(e) Establishing a Bar Date for Filing Proofs of Claim by Construction Loan and HELOC Borrowers and Approving the Form and Manner of Notice Thereof* [Docket No. 2987].

C.  "Communication" as used herein shall mean any document, oral statement, meeting or conference, formal or informal, at any time or place and under any circumstances whatsoever, whereby information of any nature was stated, written, recorded or in any manner transmitted or transferred.

D.  The "Debtors" means, collectively, American Home Mortgage Holdings, Inc., American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

E. The "Hearing" means the hearing on confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008.

F. "You" and "Yours" means and refers to the Official Committee of Borrowers.

## TOPICS

1. Florence Dandridge's alleged claim(s) against one or more of the Debtors.

2. The alleged lack of notice to Florence Dandridge of the Bankruptcy Case and the Bar Date.

3. Any other matters about which You intend to call Florence Dandridge to testify at the Hearing.