IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             :   Jointly Administered
    Debtors.                                                 :
                                                             :   Ref. Docket No. 5569
------------------------------------------------------------ x

## SECOND ORDER REGARDING DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventeenth omnibus (substantive) objection [Docket No. 5569] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Grand Wailea Resort Hotel & Spa ("Grand Wailea"); and the Objection having been adjourned with respect to, *inter alia*, the proof of claim filed by Grand Wailea [POC No. 230] ("Claim 230"); and Grand Wailea having filed an amended proof of claim [POC No. 10557] ("Claim 10557") amending Claim 230; and the Court having previously entered an order [Docket No. 6178] sustaining the Objection in part; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and with the consent of the Debtors and Grand Wailea; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:7228886.3                                                                            066585.1001

ORDERED that Claim 10557 shall be allowed in the amount of $600,000.00 as a non-priority, unsecured claim against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that Claim 230 is disallowed as amended and superseded by Claim 10557; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      January 29, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE