IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X   Chapter 11

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,[1]

Case No. 07-11047 (CSS)
(Jointly Administered)

Debtors.

----------------------------------------------------------X

## STIPULATION BETWEEN DEBTORS, COUNTRYWIDE BANK, F.S.B., AND COUNTRYWIDE HOME LOANS, INC. EXTENDING VOTING DEADLINE AND TEMPORARILY VALUING CLAIMS FOR VOTING PURPOSES

This stipulation (the "Stipulation") is entered into by and among American Home Mortgage Holdings, Inc., et al., (collectively, the "Debtors"), Countrywide Bank, F.S.B. ("CW Bank"), and Countrywide Home Loans, Inc. ("CWHLI" and, together with CW Bank, the "EPD/Breach Claimants"), by their respective counsel.

### RECITALS

1. WHEREAS, on November 25, 2008, the Debtors filed the Amended Plan of Liquidation of the Debtors Dated as of November 25, 2008 (as may be amended from time to time, the "Plan");

2. WHEREAS, the EPD/Breach Claimants have asserted claims against one or more Debtors, which claim(s) include EPD Claims (as defined in the Plan) and/or Breach of Warranty Claims (as defined in the Plan), as well as non-EPD/Breach Claims;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc.(6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3. WHEREAS, on November 30, 2008, the Bankruptcy Court entered an order (the "Solicitation Procedures Order") establishing, among other things, procedures for determining the amount of EPD/Breach Claims that would be temporary allowed, solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance of, or distribution on account of, any such EPD/Breach Claims (the "EPD/Breach Claim Tabulation Rules");

4. WHEREAS, in accordance with the Solicitation Procedures Order, the EPD/Breach Claimants received and timely cast ballots in Classes 1B1, 2B1, 3B1, and/or 5B1 (the "Secured Class Ballots"), as applicable, on account of the secured claims asserted in the EPD/Breach Claimants' respective proofs of claim;

5. WHEREAS, under the Solicitation Procedures, the EPD/Breach Claimants were entitled to receive ballots in Classes 1C1, 2C1, 3C1, and/or 5C1 (the "Unsecured Class Ballots"), as applicable, on account of the unsecured claims asserted in the EPD/Breach Claimants' respective proofs of claim; however, the EPD/Breach Claimants did not receive the Unsecured Class Ballots in the Plan solicitation packages that were sent to them;

6. WHEREAS, in accordance with the EPD/Breach Claim Tabulation Rules, the Debtors and the EPD/Breach Claimants have reached an agreement as to the proper EPD/Breach Claim Voting Amounts (as defined in the Solicitation Procedures Order) for each of the Secured Class Ballots and Unsecured Class Ballots;

## STIPULATION

7. NOW, THEREFORE, based on the foregoing, the Debtors and the EPD/Breach Claimants stipulate and agree that the voting amounts of the Secured Class Ballots and the Unsecured Class Ballots shall be the amounts set forth in the following table:

DB02:7764338.1
WLM 516190.1

066585.1001

| Claimant | Proof of Claim # | Plan Class | EPD Claims | Breach of Warranty Claims | Non-EPD/Breach Claims | Total Voting Amount |
|---|---|---|---|---|---|---|
| CWHLI | 10480 | 1B1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CWHLI | 10480 | 1C1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CWHLI | 10481 | 2B1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CWHLI | 10481 | 2C1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CWHLI | 10476 | 3B1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CWHLI | 10476 | 3C1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CWHLI | 10477 | 5B1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CW Bank | 10447 | 5B1 | $3,814,990 | $4,883,749 | $662,408 | $9,361,147 |
| CWHLI | 10477 | 5C1 | $60,526,764 | $11,011,375 | $10,000,000 | $81,538,139 |
| CW Bank | 10447 | 5C1 | $3,814,990 | $4,883,749 | $662,408 | $9,361,147 |

8. The Debtors and the EPD/Breach Claimants further agree that the Unsecured Class Ballots shall be considered timely and properly cast if such ballots are completed, signed, and returned (i) by overnight mail or hand delivery, to Epiq Bankruptcy Solutions, LLC, Attn: American Home Mortgage Balloting Processing, FDR Station, P.O. Box 5115, New York, New York 10150-5115, or (ii) by facsimile (no cover sheet necessary) to (302) 576-3544, or (iii) via email to pjackson@ycst.com, so that it is **received** by 5:00 p.m. on January 30, 2009. An executed Unsecured Class Ballot transmitted by means of facsimile or email shall be deemed an original for all intents and purposes.

9. This Stipulation may be executed in counterparts (including by means of facsimile transmission or email), each of which when so executed shall be deemed to be an original, and such counterparts together shall constitute and be one and the same instrument.

*[Signature Pages Follow]*

STIPULATED AND AGREED:

Dated: January 29, 2009
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*

---

Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600

*Counsel to the Debtors*

Dated: January 29, 2009
      Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ William E. Chipman, Jr.*

---

William E. Chipman, Jr. (No. 3818)
919 N. Market Street
Suite 100
Wilmington, DE 1980
Telephone: (302) 777-7770

*Counsel to Countrywide Home Loans, Inc. and Countrywide Bank, F.S.B.*