IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
        Debtors.                                                    :
                                                                    :   Ref. No. 6814
------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO STATEMENT RE: DOCKET NO. 6814

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifteenth Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2008 through November 30, 2008 (the "Statement"). The Court's docket which was last updated January 29, 2009, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than January 27, 2009 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($200,982.50) and 100% of requested interim expenses ($11,554.86) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       January 29, 2009

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Matthew B. Lunn
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kenneth Enos (No. 4544)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession