IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
           Debtors.                                              :
                                                                 :
---------------------------------------------------------------- x

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE FOR APPROVAL OF THE AGREEMENT WITH ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

**KEVIN N. NYSTROM** being duly sworn according to law, upon his oath, deposes and says:

1. I am a managing director of Zolfo Cooper LLC f/k/a Kroll Zolfo Cooper LLC (either "ZC" or the "Firm") a New Jersey limited liability company. The information included in this supplemental affidavit (the "Supplemental Affidavit") concerning ZC is based upon my personal knowledge. I am fully familiar with the facts set forth herein, and I am authorized to make this Supplemental Affidavit to supplement the prior disclosures made by ZC.

2. I submit this Supplemental Affidavit in furtherance of the original Affidavit of Stephen F. Cooper in Support of Debtors' Application for Approval of a Services Agreement with ZC, Stephen F. Cooper and Kevin Nystrom dated August 6, 2007 (the "Cooper Affidavit"), and the previous Supplemental Affidavit of Stephen F. Cooper dated August 23, 2007 (the "First Supplemental"), the Supplemental Affidavits of Kevin Nystrom dated November 30, 2007, April 23, 2008, and July 30, 2008 (respectively, the "2nd Supplemental", "3rd Supplemental" and 4th

1

Supplemental" and collectively the "Nystrom Supplementals"), the Certification of Elizabeth S. Kardos dated November 5, 2008 (the "Certification" and collectively with the Cooper Affidavit, the First Supplemental, and the Nystrom Supplementals, the "ZC Disclosures"), to supplement and expand upon the disclosures that were made in the ZC Disclosures.

3. ZC previously disclosed certain relationships with GMAC. Since such prior disclosures, ZC has been retained by GMAC, LLC ("GMAC") to provide consulting services in connection with its subsidiary, Residential Capital, LLC, a subsidiary of GMAC Mortgage, LLC ("ResCap"). ZC has become aware that both GMAC Mortgage, LLC and ResCap have filed claims in the Debtors cases. From time to time, certain members of our professional staff may work on this case, as well as on matters for GMAC. In the event of any claims dispute arising in connection with the Debtors and GMAC and ResCap, ZC staff will recuse themselves from the settlement process.

4. ZC believes that it remains disinterested and does not hold or represent any interest adverse to the estate.

5. ZC acknowledges its continuing obligation to supplement ZC's prior disclosures.

6. All of the statements contained in the Cooper Affidavit are repeated herein as if the statements were more fully set forth in detail below.

_____
Kevin Nystrom

Sworn and subscribed to
before me this 2th day
of Janaury 2009

_____
Notary Public

Marie E D'ella
Notary Public, State of NY
No 0 A6061899
Qualified / Queens County
Commission Expires
July 23, 2009