## **EXHIBIT A**
## **1/22/2009**

**BY E-MAIL AND HAND DELIVERY**
Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE 19899
tmacauley@zuckerman.com
(Borrowers Committee)