## **EXHIBIT B**
## **1/22/2009**

**BY E-MAIL**
Stephen Weisbrod, Esq.
Gilbert Oshinsky
1100 New York Ave., NW
Suite 700
Washington, DC 20005-3987
weisbrods@gotofirm.com
(Borrowers Committee)