IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation,                          : Jointly Administered
et al.,[1]                                                       :
                                                                 : Objections due by: February 10, 2009
           Debtors.                                              : at 4:00 p.m. (ET)
                                                                 :
                                                                 : Hearing Date: February 17, 2009 at
                                                                 : 10:30 a.m. (ET)
                                                                 :
                                                                 : Related Document Nos. 4233, 4338,
---------------------------------------------------------------- x 4359

**JOINT MOTION OF AMERICAN HOME MORTGAGE SERVICING,
INC., THE DEBTORS AND THE OFFICIAL UNSECURED
<u>CREDITORS COMMITTEE FOR ENTRY OF PROTECTIVE ORDER</u>**

Pursuant to Fed. R. Bankr. P. 7026(c) and Fed. R. Civ. P. 26(c), American Home Mortgage Servicing, Inc. ("AHMSI"), the above-captioned debtors and debtors-in-possession (the "Debtors") and the Official Committee of Unsecured Creditors ("Unsecured Creditors Committee") jointly move for entry of the agreed-upon protective order attached hereto as Exhibit A. In support of this motion, AHMSI, the Debtors and the Unsecured Creditors Committee would show as follows:

    1.    On May 23, 2008, AHMSI filed a motion for allowance and payment of an administrative claim arising from alleged breaches by certain debtors of the Asset

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "<u>Debtors</u>"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

-2-

Purchase Agreement pursuant to which AHMSI acquired Debtors' mortgage servicing business. AHMSI filed an amended motion for allowance and payment of an administrative claim on August 18, 2008 ("Amended Motion").

2.  On September 10, 2008, the Debtors filed their preliminary objection to the Amended Motion contesting AHMSI's administrative claim. The Official Committee of Unsecured Creditors joined in the Debtors' preliminary objection.

3.  In anticipation of an evidentiary hearing in early 2009, the parties have been engaged in discovery concerning the subject matter of the Amended Motion. This discovery has included interrogatories and document requests seeking nonpublic, confidential commercial information concerning AHMSI's home loan servicing business.

4.  As reflected in the certificate of conference, counsel for AHMSI, the Debtors and the Unsecured Creditors Committee have conferred on various occasions to discuss and resolve confidentiality concerns with respect to certain documents and information sought by the parties through discovery. These discussions have culminated in an agreement among the parties concerning the terms of the agreed-upon protective order attached hereto as Exhibit A.

5.  There is good cause for entry of the agreed-upon protective order pursuant to Fed. R. Bankr. P. 7026(c) and Fed. R. Civ. P. 26(c). Entry of such order will preserve the confidentiality of nonpublic commercial information concerning AHMSI's home loan mortgage servicing business. It also will facilitate the prompt resolution of this matter by allowing for the production of confidential commercial information without the parties having repeatedly to seek relief from the court to protect the confidentiality of specific information, documents and testimony sought during discovery.

WHEREFORE, AHMSI, the Debtors and the Unsecured Creditors Committee jointly move for entry of the agreed-upon protective order attached hereto as Exhibit A.

Dated: January 30, 2009

Respectfully submitted,

Victoria W. Counihan (BAR #3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Keith C. McDole (TX 13533740)
Daniel P. Winikka (TX 00794873)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

COUNSEL FOR AMERICAN HOME MORTGAGE SERVICING, INC., FORMERLY KNOWN AS AH MORTGAGE ACQUISITION CO., INC.

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400

and

WHEREFORE, AHMSI, the Debtors and the Unsecured Creditors Committee jointly move for entry of the agreed-upon protective order attached hereto as Exhibit A.

Dated: January \_\_\_\_, 2009

Respectfully submitted,

*/s/ Victoria W. Counihan*

Victoria W. Counihan (BAR #3488)
GREENBERG TAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Keith C. McDole (TX 13533740)
Daniel P. Winikka (TX 00794873)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

COUNSEL FOR AMERICAN HOME MORTGAGE SERVICING, INC., FORMERLY KNOWN AS AH MORTGAGE ACQUISITION CO., INC.

---

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400

and

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200
Attn: Mark S. Indelicato
Mark T. Power

CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME
MORTGAGE HOLDINGS, INC., ET AL

*/s/*
_____
John T. Dorsey (No. 2988)
Erin Edwards (No. 4392)
Patrick A. Jackson (No. 4976)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600 – Telephone

COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION

## CERTIFICATE OF CONFERENCE

I hereby certify that AHMSI, the Debtors and the Unsecured Creditors Committee have conferred regarding, and agree to, the relief sought in this motion.

*[signature]*

Daniel P. Winikka

COUNSEL FOR AMERICAN HOME
MORTGAGE SERVICING, INC.,
FORMERLY KNOWN AS AH
MORTGAGE ACQUISITION CO., INC.

DLI-6214941v2
*Error! Unknown document property name.*