EXHIBIT "A"

## AMERICAN HOME MORTGAGE
### Time Summary
### December 1, 2008 to December 31, 2008

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 25.0 | 590.00 | $14,750.00 |
| MICHELE MICHAELIS | DIRECTOR | 74.2 | 375.00 | 27,825.00 |
| SAM LAU | MANAGER | 37.4 | 295.00 | 11,033.00 |
| MATTHEW J STEWART | SENIOR | 75.7 | 215.00 | 16,275.50 |
| JERRY D'AMATO III | SENIOR | 75.0 | 200.00 | 15,000.00 |
| NAUSHON E VANDERHOOP | SENIOR | 4.5 | 185.00 | 832.50 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 5.9 | 150.00 | 885.00 |
| | **TOTAL:** | **297.7** | | **$86,601.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**A.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/1/2008 | D.B. | Reviewed asset allocation model and WARN information to prepare counterproposal for counsel; discussed work to be done with M. Michaelis. | 0.6 |
| 12/1/2008 | D.B. | Reviewed draft document request for counsel re: UCC investigation and prepared comments. | 0.5 |
| 12/1/2008 | M.M. | Reviewed and prepared 2004 request to be provided in regards to potential causes of action review. | 1.9 |
| 12/1/2008 | M.M. | Correspondence with Counsel re: additional documents received. | 0.2 |
| 12/1/2008 | M.M. | Discussion with D. Berliner re: WARN Act litigation settlement offer. | 0.4 |
| 12/1/2008 | M.M. | Reviewed additional documents of interest received re: cause of action. | 3.1 |
| 12/1/2008 | M.S. | Reviewed WARN Act proposal from plaintiffs. | 0.4 |
| 12/1/2008 | M.S. | Discussions with staff and IT regarding additions of users to review documents. | 0.4 |
| 12/1/2008 | M.S. | Discussion with M. Michaelis regarding WARN analysis. | 0.2 |
| 12/2/2008 | D.B. | Met with M. Michaelis and M. Stewart re: work to be done re: WARN counter proposal. | 0.4 |
| 12/2/2008 | D.B. | Met with M. Michaelis re: document request for UCC investigation and next steps. | 0.3 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### December 1, 2008 to December 31, 2008

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/2/2008 | J.D. | Reviewed class action suit against AHM. | 2.8 |
| 12/2/2008 | J.D. | Discussion with M. Stewart regarding class action suit against AHM. | 0.2 |
| 12/2/2008 | J.D. | Reviewed class action suit against AHM. | 3.6 |
| 12/2/2008 | M.M. | Discussion with M. Stewart re: WARN Act litigation settlement offer. | 0.4 |
| 12/2/2008 | M.M. | Discussion with D. Berliner re: causes of action additional documents received. | 0.2 |
| 12/2/2008 | M.M. | Discussion with D. Berliner and M. Stewart re: WARN Act litigation scenarios- post call with Debtor. | 0.3 |
| 12/2/2008 | M.M. | Discussion with staff re: causes of action document review and 2004 exam. | 0.3 |
| 12/2/2008 | M.M. | Prepared additional items to be added to 2004 request to be provided to Counsel. | 1.6 |
| 12/2/2008 | M.M. | Discussion re: scenarios under WARN Act settlement talks. | 1.3 |
| 12/2/2008 | M.M. | Reviewed prior received detail WARN Act files prepared by Debtors. | 0.7 |
| 12/2/2008 | M.S. | Correspondence with E Discovery team and staff regarding Concordance database. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**A.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/2/2008 | M.S. | Reviewed  WARN settlement model assumptions memo. | 0.8 |
| 12/2/2008 | M.S. | Analyzed WARN settlement scenarios model for settlement discussions. | 4.7 |
| 12/2/2008 | M.S. | Preparation and meetings with M. Michaelis regarding WARN. | 1.7 |
| 12/2/2008 | M.S. | Meeting with M. Michaelis and D. Berliner regarding case status and WARN. | 0.3 |
| 12/2/2008 | M.S. | Discussions with staff regarding document review. | 0.3 |
| 12/3/2008 | J.D. | Discussion with M. Michaelis and M. Stewart regarding analysis of documents received. | 0.7 |
| 12/3/2008 | J.D. | Reviewed 12/31/2006 10K for AHM re: UCC investigation. | 1.4 |
| 12/3/2008 | J.D. | Discussion with D. Berliner regarding findings and facts of AHM. | 0.3 |
| 12/3/2008 | J.D. | Reviewed 12/31/2006 10K for AHM re: UCC investigation. | 3.1 |
| 12/3/2008 | M.M. | Discussion with M. Stewart and J. D'Amato re: causes of action, additional documents and financial statement review. | 0.6 |
| 12/3/2008 | M.M. | Meeting with M. Stewart re: document review procedures and WARN Act issues. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2008 to December 31, 2008

### A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2008 | M.M. | Discussions re: WARN Act Settlement. | 1.4 |
| 12/3/2008 | M.M. | Reviewed WARN scenarios/counterproposals. | 1.6 |
| 12/3/2008 | M.S. | Meeting with M. Michaelis and J. D'Amato regarding document review. | 0.6 |
| 12/3/2008 | M.S. | Meeting with M. Michaelis regarding document review. | 0.3 |
| 12/3/2008 | M.S. | Continued analysis of WARN settlement scenarios' model for settlement discussions. | 3.6 |
| 12/3/2008 | M.S. | Revised WARN settlement scenarios model for settlement discussions based on D. Berliner's comments. | 2.4 |
| 12/3/2008 | M.S. | Meetings with M. Michaelis regarding WARN. | 1.4 |
| 12/3/2008 | M.S. | Meeting with D. Berliner and M. Michaelis regarding WARN act. | 0.3 |
| 12/3/2008 | S.L. | Received hard drive containing approximately 20 Concordance and Opticon load files to be hosted in BDOC's Citrix environment for BDOC reviewers in cause of action. Forensically preserved hard drive to ensure BDOC had a pristine copy of the data. Preservation included: documentation, imaging, and uploading data to server, evidence tracking, and returning of data to Hahn and Hessen. | 3.2 |
| 12/3/2008 | S.L. | Manually converted all IPro load files to Opticon load files. | 1.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2008 | S.L. | Documented all Opticon load files' name, page count, and document count.  Documented the first and last bates number from each Opticon load file and check to make sure we have all the associating tiff images.  I also extracted the first and last bates number from each load file to check if there any missing documents. | 2.5 |
| 12/4/2008 | J.D. | Reviewed documents - box 1 of 3, part 1. | 1.2 |
| 12/4/2008 | J.D. | Reviewed documents - box 1 of 3, part 2. | 2.4 |
| 12/4/2008 | J.D. | Reviewed documents- box 3 of 3.  (Kristian Salovaara Documents). | 1.6 |
| 12/4/2008 | J.D. | Reviewed documents - box 3 of 3.  (Cathleen Raffaeli Documents). | 0.8 |
| 12/4/2008 | J.D. | Reviewed documents - box 3 of 3.  (Michael McManus Documents). | 0.4 |
| 12/4/2008 | M.M. | Discussions re: WARN Act recovery. | 1.3 |
| 12/4/2008 | M.S. | Meetings with D. Berliner and M. Michaelis regarding WARN Settlement. | 0.8 |
| 12/4/2008 | M.S. | Revised WARN settlement scenarios model for settlement discussions based on D. Berliner's comments. | 4.2 |
| 12/4/2008 | M.S. | Discussions with M. Michaelis regarding WARN Settlement. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/4/2008 | M.S. | Discussions with staff regarding document review for potential causes of action. | 0.6 |
| 12/4/2008 | S.L. | Modified and merged all 20 Opticon load files to ensure the images are pointing to the correct path. | 1.7 |
| 12/4/2008 | S.L. | Opened and reviewed all 20 Concordance load files to confirm that all headers were present and were uniformed. Listed all Concordance databases' headers and created a Concordance database that incorporated all the fields. | 2.8 |
| 12/4/2008 | S.L. | Modified all "NativeLink" field in the database to point to the correct location in our server and began loading and QCing data for AL0016_056, AL0016_057, AL0016_058, and AHM001-AHM006. | 2.0 |
| 12/5/2008 | J.D. | Document review for AHM - box 3 of 3 (Michael McManus Documents). | 1.1 |
| 12/5/2008 | J.D. | Document review for AHM - box 2 of 3 (Nicholas Marfino Documents vol II of III). | 0.7 |
| 12/5/2008 | J.D. | Document review for AHM - box 2 of 3 (Nicholas Marfino Documents vol III of III). | 0.8 |
| 12/5/2008 | J.D. | Reviewed financial statement press release/10Q support 3/07. | 2.2 |
| 12/5/2008 | J.D. | Reviewed press release 10K support 12/31/06 Binder. | 2.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2008 to December 31, 2008

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/5/2008 | M.M. | Reviewed and discussed status of information review on causes of action. | 0.7 |
| 12/5/2008 | M.S. | Updated Kroll WARN settlement proposals based on various parameters. | 1.4 |
| 12/5/2008 | M.S. | Discussions with staff and M. Michaelis regarding causes of action status. | 0.4 |
| 12/5/2008 | S.L. | Repaired Opticon load files and reviewed other databases to ensure accuracy and completeness. | 4.1 |
| 12/5/2008 | S.L. | Discussion with J.Tucker from Hahn and Hessen regarding to issue of duplicative bates numbers in Concordance. | 0.6 |
| 12/8/2008 | D.B. | Met with M. Michaelis re: information request for UCC Investigation. | 0.2 |
| 12/8/2008 | D.B. | Met with M. Michaelis and M. Stewart regarding alternative WARN scenarios for conference call with counsel and reviewed alternatives. | 0.5 |
| 12/8/2008 | J.D. | Reviewed press release 10K support 12/31/06 Binder. | 2.7 |
| 12/8/2008 | J.D. | Reviewed documents on Concordance for AHM. | 2.2 |
| 12/8/2008 | M.M. | Prepared WARN counterproposal information to be provided to Kroll and correspondence re: same. | 0.4 |
| 12/8/2008 | M.S. | Meeting with D. Berliner and M. Michaelis regarding WARN Settlement proposals. | 0.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**A.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/8/2008 | M.S. | Analyzed sensitivity of WARN settlement proposals based on counsels comments. | 0.8 |
| 12/8/2008 | M.S. | Discussion with J. D'Amato regarding document review and Concordance database. | 0.6 |
| 12/8/2008 | M.S. | Created tentative settlement proposal to send to Zolfo Cooper. | 0.4 |
| 12/8/2008 | M.S. | Preparation and meetings with M. Michaelis regarding WARN, document review and other issues. | 1.3 |
| 12/8/2008 | S.L. | Loaded and Quality Controlled AHMP052, AHMP154-AHMP158 data in Concordance. | 3.3 |
| 12/9/2008 | J.D. | Reviewed documents on Concordance for AHM. | 3.3 |
| 12/9/2008 | J.D. | Reviewed press release 10K support 12/31/06 Binder. | 3.1 |
| 12/9/2008 | M.S. | Meetings with D. Berliner and M. Michaelis regarding WARN settlement and other updates. | 0.7 |
| 12/10/2008 | D.B. | Met with M. Michaelis re: documents needed for UCC investigation and to prepare for call with counsel; discussed results of call with counsel and next steps. | 0.4 |
| 12/10/2008 | J.D. | Reviewed documents on Concordance for AHM. | 2.1 |
| 12/10/2008 | J.D. | Prepared for call with attorney re: document request. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/10/2008 | M.S. | Revised WARN settlement scenarios based on updated Bank liquidation amounts. | 0.6 |
| 12/10/2008 | S.L. | Loaded AHMP159, AHMP160, AHMP165, AL0016_058, and ALO016_043, database files into Concordance system. | 2.5 |
| 12/10/2008 | S.L. | Loaded all Opticon load files and created NativeLink hyperlink to enable reviewers the ability to view the native files for xls documents. | 1.2 |
| 12/10/2008 | S.L. | Conducted quality control and reviewed documents loaded into Concordance to identify and correct additional Opticon load files issues. | 3.8 |
| 12/11/2008 | J.D. | Reviewed documents on Concordance for AHM. | 2.2 |
| 12/11/2008 | J.D. | Prepared for meeting with M. Michaelis re: findings for AHM. | 0.7 |
| 12/11/2008 | J.D. | Meeting with M. Michaelis to discuss findings for AHM and trends in loan balances. | 0.6 |
| 12/11/2008 | J.D. | Reviewed documents on Concordance for AHM. | 2.3 |
| 12/11/2008 | M.M. | Discussion with J. D'Amato re: causes of action. | 0.9 |
| 12/11/2008 | S.L. | Loaded and QCed the final databases ALO016_062 , ALO016_066, and MARFINO001 in Concordance. | 2.7 |
| 12/11/2008 | S.L. | Verified database including: hyperlink check, image path check, OCR check, duplicate check. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## A.     LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/11/2008 | S.L. | Finalized review of the entire database of all files loaded to date and repaired problem documents that BDOC reviewers tagged as errors. | 3.7 |
| 12/15/2008 | D.B. | Met with M. Michaelis re: status of review of documents for UCC investigation. | 0.2 |
| 12/15/2008 | J.D. | Reviewed documents on Concordance for AHM. | 5.1 |
| 12/15/2008 | M.M. | Reviewed updated WARN Act settlement scenarios. | 1.0 |
| 12/15/2008 | M.M. | Reviewed final 2004 documents. | 0.7 |
| 12/15/2008 | M.M. | Reviewed most recent batch of email documents. | 3.4 |
| 12/15/2008 | M.M. | Reviewed memo prepared by J. D'Amato re: causes of action. | 0.4 |
| 12/16/2008 | D.B. | Reviewed counterproposal for WARN counsel and forwarded to Hahn & Hessen. | 0.3 |
| 12/16/2008 | J.D. | Reviewed financials for AHM and prepared comparative financials for BS and Loan grouping detail. | 2.2 |
| 12/16/2008 | M.M. | Discussion with D. Berliner re: Triad offer. | 0.2 |
| 12/16/2008 | M.M. | Reviewed update WARN counterproposal and editing. | 0.6 |
| 12/16/2008 | M.S. | Meeting with M. Michaelis regarding case updates and investigation. | 0.4 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### December 1, 2008 to December 31, 2008

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/16/2008 | M.S. | Meeting with M. Michaelis and D. Berliner regarding Triad issue. | 0.3 |
| 12/16/2008 | M.S. | Updated WARN settlement proposal for counsel based on different parameters. | 0.6 |
| 12/16/2008 | M.S. | Correspondences with staff and review of tagged document parameters for certain documents of interest. | 0.6 |
| 12/17/2008 | J.D. | Document review for AHM on Concordance. | 3.1 |
| 12/17/2008 | J.D. | Prepared for meeting with M. Michaelis and M. Stewart re: document review. | 1.4 |
| 12/17/2008 | J.D. | Discussion with M. Stewart regarding the findings of the emails on Concordance. | 0.4 |
| 12/17/2008 | M.M. | Prepared update communication for D. Berliner re: Triad proposal. | 0.2 |
| 12/17/2008 | M.S. | Discussion with M. Michaelis and staff regarding causes of action investigation. | 0.3 |
| 12/17/2008 | M.S. | Reviewed document received from counsel regarding the possible investigation. | 1.4 |
| 12/17/2008 | M.S. | Reviewed WARN schedules prepared showing potential sharing. | 0.6 |
| 12/18/2008 | D.B. | Met with M. Michaelis re: finalizing counter-proposal for WARN plaintiffs; review, revised proposal provided to counsel. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/18/2008 | J.D. | Document review for AHM on Concordance. | 3.7 |
| 12/18/2008 | J.D. | Meeting with M. Michaelis and M. Stewart discussing comparative financials and findings and further work to be performed. | 0.7 |
| 12/18/2008 | J.D. | Document review for AHM on Concordance. | 2.2 |
| 12/18/2008 | M.M. | Discussion regarding editing of counterproposal to WARN claimants based on feedback from counsels. | 0.4 |
| 12/18/2008 | M.M. | Meeting with M. Stewart and J. D'Amato re: cause of action. | 0.9 |
| 12/18/2008 | M.S. | Updated WARN settlement proposal for counsel based on different parameters. | 1.2 |
| 12/18/2008 | M.S. | Meeting with J. D'Amato and M. Michaelis regarding causes of action investigation. | 0.7 |
| 12/18/2008 | M.S. | Discussions with M. Michaelis regarding WARN settlement. | 0.6 |
| 12/19/2008 | M.M. | Prepared for Triad call. | 0.3 |
| 12/19/2008 | M.M. | Edited counterproposal for WARN. | 0.2 |
| 12/19/2008 | M.M. | Prepared summary for files of Triad call. | 0.3 |
| 12/22/2008 | J.D. | Document review for AHM on Concordance. | 3.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## A.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/22/2008 | J.D. | Discussion with M. Stewart regarding the findings of the emails on Concordance. | 0.4 |
| 12/22/2008 | J.D. | Document review for AHM on Concordance. | 1.6 |
| 12/22/2008 | M.M. | Reviewed and edited revised recovery analysis for WARN. | 0.9 |
| 12/23/2008 | J.D. | Document review for AHM on Concordance. | 5.1 |
| | | **TOTAL:** | **179.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.8 | 590.00 | 2,242.00 |
| M. MICHAELIS (M.M.) | 27.1 | 375.00 | 10,162.50 |
| S. LAU (S.L.) | 37.4 | 295.00 | 11,033.00 |
| M. STEWART (M.S.) | 37.1 | 215.00 | 7,976.50 |
| J. D'AMATO III (J.D.) | 74.4 | 200.00 | 14,880.00 |
| **TOTAL:** | **179.8** | | **46,294.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**B.    ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/4/2008 | M.M. | Correspondence and reviewed information related to asset sales. | 0.7 |
| 12/15/2008 | M.M. | Reviewed current bank sale and other asset sale projected recoveries. | 0.3 |
| 12/16/2008 | M.M. | Updated files related to remaining asset pool and sales. | 0.8 |
| 12/22/2008 | M.M. | Reviewed Mt Prospect offer. | 0.4 |
| | | **TOTAL:** | **2.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 2.2 | 375.00 | 825.00 |
| **TOTAL:** | **2.2** | | **825.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**C.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/1/2008 | D.B. | Conference call on November 26, 2008 with M. Indelicato, K. Nystrom and S. Beach re: WARN Act negotiations. | 0.3 |
| 12/2/2008 | D.B. | Conference call with B. Fernandez and S. Martinez re: WARN settlement proposal and case status. | 0.5 |
| 12/2/2008 | M.M. | Conference call with Zolfo Cooper re: WARN Act. | 0.6 |
| 12/2/2008 | M.S. | Weekly Call with Zolfo Cooper regarding case updates. | 0.6 |
| 12/5/2008 | D.B. | Telephone call with K. Nystrom and B. Fernandez re: AH Bank and employee vacation issues. | 0.3 |
| 12/5/2008 | M.M. | Discussions with K. Nystrom at Zolfo Cooper re: liquidation of bank. | 0.3 |
| 12/9/2008 | D.B. | Conference call with Zolfo Cooper re: case status and issues. | 1.0 |
| 12/9/2008 | M.M. | Prepared agenda for call with Zolfo Cooper. | 0.2 |
| 12/9/2008 | M.M. | Conference call with Zolfo Cooper re: update. | 0.9 |
| 12/9/2008 | M.S. | Weekly conference call with Zolfo regarding case updates. | 1.0 |
| 12/9/2008 | M.S. | Prepared for weekly Conference call with Zolfo. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/15/2008 | M.M. | Call with Debtors re: TRIAD offer. | 0.2 |
| 12/16/2008 | M.M. | Various correspondences with Debtors re: sales, Triad, calls, etc. | 0.4 |
| 12/16/2008 | M.M. | Reviewed current financial updates and correspondence with Zolfo Cooper re: budgets. | 0.7 |
| 12/16/2008 | M.S. | Correspondences with Debtors and BDO regarding BDO fee applications. | 0.3 |
| 12/17/2008 | M.S. | Conference call regarding Triad insurance. | 0.6 |
| 12/17/2008 | M.S. | Discussions with BDO and Debtors regarding professional fee applications. | 0.6 |
| 12/18/2008 | D.B. | Conference call with Zolfo Cooper re: case status and issues. | 0.7 |
| 12/18/2008 | M.M. | Conference call with Debtors re: general case update. | 0.8 |
| 12/18/2008 | M.M. | Reviewed correspondence among Debtors and Creditors' counsel re: WARN class action settlement offer. | 0.2 |
| 12/18/2008 | M.S. | Weekly Conference call with Debtors regarding current issues. | 0.8 |
| 12/29/2008 | M.M. | Reviewed recent correspondence and information request from Zolfo Cooper and current asset values. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**C.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/30/2008 | D.B. | Telephone call with B. Fernandez re: case status update and discussed with M. Michaelis. | 0.2 |
| 12/30/2008 | M.M. | Call with Debtors re: current status of Servicing, Bank sale, Triad and sale of Mt Prospect. | 0.5 |
| | | **TOTAL:** | **12.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.0 | 590.00 | 1,770.00 |
| M. MICHAELIS (M.M.) | 5.0 | 375.00 | 1,875.00 |
| M. STEWART (M.S.) | 4.2 | 215.00 | 903.00 |
| **TOTAL:** | **12.2** | | **4,548.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/2/2008 | M.M. | Prepared WARN Act memo. | 1.6 |
| 12/3/2008 | D.B. | Reviewed draft BDO memo to counsel and analysis of WARN counsel settlement proposal, prepared comments and inserts and discussed with M. Michaelis and M. Stewart. | 2.8 |
| 12/3/2008 | M.M. | Edited WARN Act report. | 0.9 |
| 12/4/2008 | D.B. | Reviewed revised draft of memo to counsel and additional analysis and counter proposals to WARN Act counsel proposal, prepared comments and inserts and discussed with M. Michaelis and M. Stewart. | 2.7 |
| 12/4/2008 | M.M. | Reviewed, edited and updated WARN related memo and tables. | 2.4 |
| 12/8/2008 | M.M. | Prepared report for Committee re: weekly update. | 2.1 |
| 12/9/2008 | D.B. | Met with M. Michaelis and M. Stewart re: BDO Report to UCC. | 0.4 |
| 12/9/2008 | M.M. | Reviewed S2004 request memo. | 0.6 |
| 12/9/2008 | M.M. | Discussions with D. Berliner and M. Stewart re: report inclusions and WARN settlement update. | 0.8 |
| 12/9/2008 | M.M. | Prepared Committee report. | 1.9 |
| 12/9/2008 | M.S. | Updated exhibits and charts for the 12/11/08 Report based on revised numbers. | 1.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/9/2008 | M.S. | Preparation and meetings with M. Michaelis regarding Committee report | 1.1 |
| 12/9/2008 | M.S. | Compilation of M. Michaelis and my sections and exhibits in report to send to D. Berliner. | 0.4 |
| 12/9/2008 | M.S. | Report preparation for this week's 12/11/08 Committee report. | 4.7 |
| 12/10/2008 | D.B. | Reviewed initial draft of BDO Report to UCC for 12/11/2008 meeting and exhibits and prepared comments. | 0.9 |
| 12/10/2008 | M.M. | Edited Committee report. | 2.1 |
| 12/10/2008 | M.M. | Discussions with M. Stewart re: liquidity and WARN sections of report. | 1.1 |
| 12/10/2008 | M.S. | Report preparation for this week's 12/11/08 Committee report. | 3.4 |
| 12/10/2008 | M.S. | Revised report based on M. Michaelis comments and edits. | 0.8 |
| 12/10/2008 | M.S. | Preparation and meetings with M. Michaelis regarding Committee report and WARN. | 1.2 |
| 12/10/2008 | M.S. | Report preparation for the 12/11/08 Committee Report. | 0.6 |
| 12/11/2008 | D.B. | Reviewed draft of BDO Report to UCC for 12/11/2008 meeting and exhibits, prepared comments and discussed with M. Michaelis. | 2.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/11/2008 | D.B. | Reviewed final version of BDO Report to UCC to prepare for UCC conference call. | 0.5 |
| 12/11/2008 | M.M. | Edited Committee report. | 1.8 |
| 12/16/2008 | D.B. | Met with M. Michaelis re: summary of conversation with Zolfo Cooper re: Triad. | 0.2 |
| 12/18/2008 | M.M. | Prepared update memo for Counsel regarding information provided by Debtors re: case status. | 1.1 |
| 12/19/2008 | D.B. | Reviewed memo to file from M. Michaelis re: conference call with Triad re: proposal. | 0.1 |
| 12/22/2008 | D.B. | Reviewed memo to file from M. Michaelis re: summary of Triad issues. | 0.1 |
| 12/30/2008 | M.M. | Updated memo to counsel re: call with Zolfo Cooper. | 0.4 |
| | | **TOTAL:** | **40.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 10.3 | 590.00 | 6,077.00 |
| M. MICHAELIS (M.M.) | 16.8 | 375.00 | 6,300.00 |
| M. STEWART (M.S.) | 13.5 | 215.00 | 2,902.50 |
| **TOTAL:** | **40.6** | | **15,279.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## E.    MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/11/2008 | D.B. | Conference call with UCC and presentation of BDO Report. | 1.0 |
| 12/11/2008 | M.M. | Conference call with Committee. | 1.1 |
| 12/11/2008 | M.M. | Discussion with D. Berliner re: preparation for call with Committee and go forward outline of work to be prepared. | 0.4 |
| 12/31/2008 | M.S. | Reviewed email correspondences between counsel and Committee. | 0.3 |
| | | **TOTAL:** | **2.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.0 | 590.00 | 590.00 |
| M. MICHAELIS (M.M.) | 1.5 | 375.00 | 562.50 |
| M. STEWART (M.S.) | 0.3 | 215.00 | 64.50 |
| **TOTAL:** | **2.8** | | **1,217.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/1/2008 | M.M. | Reviewed changes to most recent cash budget versus current allocation model and discussion re: same. | 0.6 |
| 12/2/2008 | D.B. | Reviewed cash flow forecast dated 11/26/2008 covering period through 2/28/2009. | 0.3 |
| 12/2/2008 | M.M. | Reviewed liquidation analysis of Thrift and creation of new High/Low analysis. | 1.1 |
| 12/3/2008 | M.M. | Reviewed revised disclosure statement received from counsel. | 1.1 |
| 12/3/2008 | M.M. | Reviewed edits to allocation model, bank recovery, cash flow and other results effecting status of case recovery. | 1.2 |
| 12/3/2008 | M.S. | Reviewed professional fee applications filed by Debtors' advisors. | 0.9 |
| 12/5/2008 | M.M. | Reviewed bank proposal first developed for values and other valuation analysis previously provided. | 0.9 |
| 12/5/2008 | M.M. | Reviewed prior liquidation analysis for AHM for timing of receipts for asset disposition and values applied. | 0.3 |
| 12/8/2008 | D.B. | Reviewed docket report for period 11/22/2008 and 12/5/2008. | 0.3 |
| 12/8/2008 | M.M. | Reviewed revised Bank liquidation analysis and updated BDO liquidation analysis for Bank. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/8/2008 | M.S. | Reviewed professional fee application filed through 12/4/08 and updated professional fee analysis. | 3.7 |
| 12/8/2008 | M.S. | Correspondences with D. Berliner and M. Michaelis regarding professional fees. | 0.5 |
| 12/9/2008 | M.M. | Revisited Bank liquidation and call with Milestone re: calculation errors in liquidation analysis. | 0.8 |
| 12/9/2008 | M.S. | Reviewed cash flow forecast projections for December to February. | 1.4 |
| 12/10/2008 | M.M. | Reviewed revised bank liquidation analysis. | 0.3 |
| 12/10/2008 | M.M. | Edited BDO bank liquidation analysis. | 0.8 |
| 12/11/2008 | D.B. | Reviewed BDO analysis of professional fees for fee apps through October 2008. | 0.4 |
| 12/11/2008 | M.M. | Reviewed current cash budget updates. | 0.6 |
| 12/16/2008 | M.M. | Discussion with M. Stewart re: case update. | 0.9 |
| 12/16/2008 | M.S. | Reviewed cash flow forecast provided last week by the Debtors. | 1.4 |
| 12/16/2008 | M.S. | Reviewed Debtors' advisors professional fees filed. | 0.3 |
| 12/16/2008 | M.S. | Preparation for and meeting with M. Michaelis regarding employee headcount and cash flow issues. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/17/2008 | M.M. | Reviewed prior cash budget for necessary changes to be reviewed in conjunction with WARN settlement. | 0.7 |
| 12/17/2008 | M.M. | Reviewed previous information regarding Mortgage Insurance. | 0.2 |
| 12/18/2008 | M.M. | Reviewed loan tape data received. | 0.6 |
| 12/18/2008 | M.S. | Reviewed revised cash flow forecast and reviewed remaining employees and functions. | 1.8 |
| 12/18/2008 | M.S. | Discussions regarding professionals' fee applications. | 0.3 |
| 12/18/2008 | M.S. | Reviewed cash flow forecast received 12/18/08. | 0.4 |
| 12/19/2008 | M.M. | Reviewed revised cash budget. | 1.2 |
| 12/19/2008 | M.M. | Discussions with M. Stewart and D. Berliner re: case update. | 0.6 |
| 12/19/2008 | M.S. | Correspondences with M. Michaelis regarding creditor recovery. | 0.3 |
| 12/19/2008 | M.S. | Reviewed emails and correspondences regarding potential insurance deal and other case updates. | 0.4 |
| 12/22/2008 | D.B. | Reviewed revised AHM asset disposition plan re: loans/REOS | 0.2 |
| 12/22/2008 | D.B. | Reviewed AHM motion to procure $5 million in insurance proceeds for executives facing securities fraud charges. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/22/2008 | M.M. | Discussion with M. Stewart re: asset recovery and go forward. | 0.2 |
| 12/22/2008 | M.M. | Reviewed current asset recovery updates. | 0.7 |
| 12/22/2008 | M.S. | Analysis of remaining assets as of the amended Disclosure Statement. | 2.4 |
| 12/23/2008 | D.B. | Reviewed revised liquidation analysis of AH Bank based on 11/30/2008 balance sheet prepared by Milestone and BDO comparison of value versus 10/31/2008 analysis. | 0.5 |
| 12/23/2008 | D.B. | Discussed changes in liquidation value of AH Bank with M. Stewart. | 0.1 |
| 12/23/2008 | M.S. | Discussions with staff regarding case updates. | 0.2 |
| 12/23/2008 | M.S. | Correspondences regarding AH Bank liquidation. | 0.2 |
| 12/23/2008 | M.S. | Analysis of revised AH Bank liquidation as of 12/23/08. | 2.3 |
| 12/24/2008 | M.S. | Correspondences and review of the UCC account. | 0.1 |
| 12/24/2008 | M.S. | Reviewed updated cash flow forecast received 12/18/08. | 0.8 |
| 12/27/2008 | M.M. | Reviewed revised bank liquidation.  Prepared current to prior budgets and questions prepared re: same. | 1.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**F.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/29/2008 | M.S. | Reviewed docket filings and related documents. | 0.3 |
| 12/30/2008 | D.B. | Reviewed revised AHM Budget and cash flow forecast from Zolfo Cooper. | 0.5 |
| 12/30/2008 | M.M. | Reviewed bank related liquidation analysis open items. | 0.3 |
| 12/30/2008 | M.M. | Discussion with D. Berliner re: call with Zolfo Cooper. | 0.3 |
| 12/31/2008 | M.M. | Reviewed bank liquidation questions response. | 0.5 |
| | | **TOTAL:** | **37.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.4 | 590.00 | 1,416.00 |
| M. MICHAELIS (M.M.) | 16.4 | 375.00 | 6,150.00 |
| M. STEWART (M.S.) | 18.3 | 215.00 | 3,934.50 |
| **TOTAL:** | **37.1** | | **11,500.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/1/2008 | D.B. | Telephone call with M. Indelicato re: preparation of counter proposal for WARN Act counsel. | 0.1 |
| 12/4/2008 | D.B. | Telephone call and e-mails with M. Indelicato, M. Power and E Kearny re: need for UCC call, AH Bank status, WL Ross admin claim and WARN Act analysis. | 0.4 |
| 12/4/2008 | M.M. | Call with Counsel re: WARN Act, current update call and Trustee appointed. | 0.4 |
| 12/5/2008 | D.B. | Telephone call and e-mails with M. Indelicato re: AH Bank status, next steps and WARN analysis. | 0.3 |
| 12/5/2008 | M.M. | Correspondence and discussions with counsel and BDO team re: Bank sales and WARN Act analysis. | 0.9 |
| 12/5/2008 | M.S. | Call with counsel regarding AH Bank. | 0.3 |
| 12/5/2008 | M.S. | Correspondences and discussions with counsel and M. Michaelis regarding bank liquidation and WARN. | 0.9 |
| 12/8/2008 | D.B. | Telephone call with M. Indelicato re: BDO proposed WARN Act counter proposal. | 0.3 |
| 12/8/2008 | D.B. | Reviewed memo from Hahn & Hessen re: motion to approve settlements with Attorney's Title Insurance Fund and Natixis Capital. | 0.1 |
| 12/8/2008 | M.M. | Conference call with M. Indelicato re: WARN. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/8/2008 | M.S. | Conference call with M. Indelicato regarding WARN settlement proposals. | 0.2 |
| 12/10/2008 | D.B. | Reviewed e-mails from M. Powers to UCC re: delinquent loan 2nd sale status. | 0.2 |
| 12/10/2008 | J.D. | Conference call with Hahn & Hessen (with M. Michaelis and M. Stewart) to discuss request for documents from Deloitte. | 0.6 |
| 12/10/2008 | M.M. | Discussions re: Bank liquidation. | 0.4 |
| 12/10/2008 | M.M. | Reviewed correspondence from counsel re: remaining loan pool sale. | 0.2 |
| 12/10/2008 | M.S. | Conference call with counsel regarding document request from Deloitte. | 0.6 |
| 12/11/2008 | D.B. | Telephone call with M. Power and M. Indelicato re: planning for UCC conference call and Liquidating Trustee selection process. | 0.2 |
| 12/12/2008 | D.B. | E-mails with M. Indelicato re: AH Bank. | 0.1 |
| 12/16/2008 | D.B. | Telephone call with M. Indelicato re: Triad and WARN counter-proposal. | 0.2 |
| 12/16/2008 | M.M. | Call with M. Indelicato re: Triad offer. | 0.4 |
| 12/17/2008 | M.M. | Conference call with Counsel and Debtors re: Triad. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/18/2008 | D.B. | E-mail to Hahn & Hessen re: offer received for Illinois property. | 0.1 |
| 12/18/2008 | M.M. | Discussion with J. Mahey re: information to be released in cause of action investigation. | 0.2 |
| 12/19/2008 | D.B. | Telephone call with M. Indelicato re: counterproposal for WARN Act counsel. | 0.2 |
| 12/19/2008 | D.B. | Prepared e-mail to Hahn & Hessen re: summary of BDO update call with Kroll. | 0.3 |
| 12/19/2008 | M.M. | Call with Triad re: settlement. | 1.2 |
| 12/19/2008 | M.M. | Discussion with M. Indelicato WARN counter. | 0.3 |
| 12/22/2008 | D.B. | Reviewed e-mails from M. Indelicato re: proposed WARN settlement for plaintiff and revised estimated Asset recovery. | 0.2 |
| 12/22/2008 | M.S. | Correspondences with M. Michaelis and counsel regarding unsecured creditor recovery analysis. | 0.3 |
| 12/24/2008 | D.B. | Reviewed e-mail from M. Power to UCC re: draft questions for prospective Trustee. | 0.1 |
| 12/30/2008 | D.B. | E-mails with M. Indelicato re: information provided by Kroll and information for UCC re: meeting 1/5/2009. | 0.3 |
| 12/31/2008 | D.B. | E-mails from M. Power and M. Indelicato re: WLR settlement negotiations. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/31/2008 | D.B. | E-mails from E. Schnitzer re: UCC meeting January 5, 2009 and Trustee interviews. | 0.2 |
| 12/31/2008 | M.M. | Reviewed correspondence from counsel re: bank sale and building sale. | 0.1 |
| | | **TOTAL:** | **11.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.4 | 590.00 | 2,006.00 |
| M. MICHAELIS (M.M.) | 5.2 | 375.00 | 1,950.00 |
| M. STEWART (M.S.) | 2.3 | 215.00 | 494.50 |
| J. D'AMATO III (J.D.) | 0.6 | 200.00 | 120.00 |
| **TOTAL:** | **11.5** | | **4,570.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

**H.    FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2008 | M.M. | Accumulated, organized and prepared data for monthly application. | 0.9 |
| 12/5/2008 | M.M. | Accumulated, organized and prepared data for monthly application. | 0.9 |
| 12/8/2008 | M.M. | Prepared and revised November monthly application. | 1.3 |
| 12/8/2008 | N.V. | Reviewed and edited November 2008 time detail; updated project categories. | 1.5 |
| 12/9/2008 | M.M. | Accumulated, organized and prepared data for monthly application. | 0.6 |
| 12/11/2008 | M.M. | Prepared and revised November monthly application. | 0.5 |
| 12/12/2008 | D.B. | Reviewed and approved 14th monthly application of BDO for compensation for services rendered as Financial Advisor to UCC for November 2008 and Berliner Declaration. | 1.1 |
| 12/12/2008 | N.V. | Prepared Fifth Interim Application for the period August 1, 2008 through October 31, 2008. | 2.1 |
| 12/12/2008 | N.V. | Prepared details of expenses for Fifth Interim Application. | 0.7 |
| 12/15/2008 | M.M. | Prepared and revised November monthly application. | 0.6 |
| 12/15/2008 | N.V. | Reviewed updated November 2008 monthly application. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2008 to December 31, 2008**

## H.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/29/2008 | M.M. | Prepared and revised November monthly application. | 1.1 |
| | | **TOTAL:** | **11.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 590.00 | 649.00 |
| N. VANDERHOOP (N.V.) | 4.5 | 185.00 | 832.50 |
| M. MUFTUOGLU (M.M.) | 5.9 | 150.00 | 885.00 |
| **TOTAL:** | **11.5** | | **2,366.50** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
December 1, 2008 through December 31, 2008

1.      PHOTOCOPYING
        a.      Internal
        b.      External

2.      TELECOMMUNICATIONS
        a.      Toll Charges
        b.      Facsimile

3.      COURIER, FRIEGHT AND POSTAL SERVICES
        *For overnight and hand delivery to Counsel
        and Committee members*

4.      COURT REPORTER AND TRANSCRIPTS

5.      TECHNOLOGY SERVICES – *Concordance Database*          $1,500.00
        *Monthly Hosting Fee (Total Volume 206 GB)*

6.      OUT-OF-TOWN TRAVEL
        a.      Transportation
        b.      Lodging
        c.      Meals

7.       OUTSIDE SERVICES

8.      LOCAL MEALS                                                  77.06

9.      LOCAL TRANSPORTATION, TOLLS, MILEAGE
        AND PARKING – for cabs to/from meetings, car service
        *for employees working after 8:00 p.m. and local mileage
        using personal auto*

10.     MISCELLANEOUS – Internet Connection

        **TOTAL**                                              **$1,577.06**

        *Details available upon request to BDO.*