# EXHIBIT A

MATTER :       87601-00001 AHM REGULATORY MATTERS
CURRENCY :     USD

INVOICE :      5717764
DATE :         January 30, 2009

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 12/01/08 Christopher Redlich | 1.40 | 343.00 | B110 | Conducted checks of searches for docs listed by attorneys |
| 12/02/08 Ben Crum | 1.00 | 210.00 | B110 | Billing review related to November time entries. |
| 12/02/08 Jodi Pittell | 0.50 | 122.50 | B110 | Conference with P. Chepiga re: fee submission. |
| 12/03/08 Ben Crum | 4.00 | 840.00 | B110 | Billing review related to November time entries. |
| 12/03/08 Christopher Redlich | 1.10 | 269.50 | B110 | Created report for N. Mitchell on search terms and data. |
| 12/05/08 Latasha Cardona | 1.00 | 160.00 | B110 | Review of production per Nick Mitchell. |
| 12/05/08 Jessica Prahl | 0.50 | 122.50 | B110 | Retrieved production documents at request of Nicholas Mitchell. |
| 12/05/08 Jessica Prahl | 0.20 | 49.00 | B110 | Retrieved information about hard copy production for Borrower's Committee, per Nicholas Mitchell. |
| 12/08/08 Latasha Cardona | 1.00 | 160.00 | B110 | AHM meeting to discuss transfer of files. |
| 12/09/08 Christopher Redlich | 0.50 | 122.50 | B110 | Case review meeting |
| 12/11/08 Jessica Prahl | 2.00 | 490.00 | B110 | Organized case files for eventual file transfer, per N. Mitchell. |
| 12/12/08 Christopher Redlich | 0.80 | 196.00 | B110 | Compiled cost estimate for N. Mitchell re: production copy |
| 12/19/08 Christopher Redlich | 0.50 | 122.50 | B110 | Data discussion with Client re: SEC request. |
| ******* TOTAL CODE B110: | 14.50 | 3,207.50 | | |
| Fee/Employment Applications | | | | |
| 12/02/08 Pamela Chepiga | 0.40 | 340.00 | B160 | Review of October fee submission. |
| 12/02/08 Pamela Chepiga | 0.30 | 255.00 | B160 | Conference with N. Mitchell and J. Pittell re: October fee submission. |
| 12/15/08 Nicholas Mitchell | 1.00 | 385.00 | B160 | Attention to AHM fee application. |
| 12/17/08 Nicholas Mitchell | 1.50 | 577.50 | B160 | Attention to AHM fee application. |
| 12/19/08 Pamela Chepiga | 0.30 | 255.00 | B160 | Review/finalize/sign November fee application. |
| 12/22/08 Nicholas Mitchell | 0.40 | 154.00 | B160 | Finalizing fee application and transmission of same to YCST. |
| ******* TOTAL CODE B160: | 3.90 | 1,966.50 | | |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Fact Investigation / Development | | | | |
| 12/05/08 Robert Knuts | 2.20 | 1,672.00 | L110 | Meeting with P. Chepiga and N. Mitchell concerning status of company's compliance with SEC document subpoenas and related issues; review relevant documents; conference with Young Conaway representatives concerning document requests from Borrowers' Committee |
| 12/09/08 Robert Knuts | 0.30 | 228.00 | L110 | Telephone call with C. Pino (former Treasurer) concerning SEC staff's request for interview/testimony |
| 12/10/08 Robert Knuts | 0.40 | 304.00 | L110 | Telephone call with R. Johnson (former SVP) concerning SEC staff's request for testimony/interview; comment on communication with Borrowers' Committee concerning document requests; conference with P. Chepiga re: SEC request. |
| 12/11/08 Robert Knuts | 0.40 | 304.00 | L110 | Telephone conversations with prospective counsel for C. Pino and R. Johnson in response to SEC staff's request for testimony/interview |
| 12/15/08 Robert Knuts | 1.30 | 988.00 | L110 | Additional work concerning SEC staff's request for copies of "sub-certifications" executed by AHM personnel during relevant time period; conference call with certain AHM directors concerning status of SEC investigation and related matters |
| 12/17/08 Robert Knuts | 0.60 | 456.00 | L110 | Follow up work on SEC staff requests for sub-certification documents and comment on confidentiality agreement to be entered into with Borrowers' Committee |
| 12/21/08 Robert Knuts | 0.20 | 152.00 | L110 | Draft email to SEC concerning status of production of sub-certification documents |
| 12/23/08 Robert Knuts | 0.60 | 456.00 | L110 | Telephone call with SEC staff concerning status of document production in response to SEC subpoenas; prepare for same in consultation with N. Mitchell; communicatiosn with Young Conaway concerning request from counsel for Creditors' Committee regarding production of documents by D&T |
| ******* TOTAL CODE L110: | 6.00 | 4,560.00 | | |
| Document / File Management | | | | |
| 12/01/08 Robert Knuts | 0.20 | 152.00 | L140 | Telephone conference with S. Beach and P. Chepiga concerning document requests from Borrowers Committee and possibly relevant |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | documents produced in SEC investigation |
| \*\*\*\*\*\*\* TOTAL CODE L140: | 0.20 | 152.00 | | |
| Other Case Assessment, Development & Admin | | | | |
| 12/01/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with Creditors Committee (Hahn & Hessen), YCST and A&O re: regulatory investigation and prep therefore. |
| 12/01/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for senior AHM manager re: regulatory developments. |
| 12/03/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Attention to email with YCST (Patrick Johnson) re: Borrowers Committee document request. |
| 12/05/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Telephone conference with YCST, Creditors Committee and Borrowers Committee re: Borrowers Committee document request. |
| 12/05/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with YCST (S. Beach) re: CWT and SEC. |
| 12/05/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with R. Knuts and N. Mitchell re: open items for SEC. |
| 12/10/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for former senior manager re: SEC matter. |
| 12/10/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with R. Knuts re: SEC request. |
| 12/16/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with S. Beach (YCST) re: insurance and production issues. |
| 12/16/08  Pamela Chepiga | 0.10 | 85.00 | L190 | Telephone conference with Brett Martinez (Cooper) re: insurance. |
| 12/19/08  Pamela Chepiga | 0.10 | 85.00 | L190 | Email counsel former AHM senior manager re: creditors committee. |
| 12/19/08  Pamela Chepiga | 0.10 | 85.00 | L190 | Telephone conference with Brett Martinez re: D&O policy. |
| 12/29/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Emails with YCST (Beach) re: Deloitte/creditors committee requests. |
| 12/29/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with R. Knuts re: YCST email. |
| 12/31/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Attention to email from YCST (Patrick Jackson) re: proposed SEC amendment to plan language. |
| 12/31/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts re: status of open items for SEC production. |
| 12/31/08  Robert Knuts | 0.20 | 152.00 | L190 | Communicate with Young Conaway concerning SEC request for carve-out language in Plan and potential effect on potential future actions by SEC; conference with P. Chepiga. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| ****** TOTAL CODE L190: | 3.70 | 3,127.00 | | |
| Discovery | | | | |
| 12/09/08  Kurt Vellek | 0.50 | 122.50 | L300 | Run contact search and confirm address/phone numbers for two witnesses for N. Mitchell. |
| ****** TOTAL CODE L300: | 0.50 | 122.50 | | |
| Document Production | | | | |
| 12/01/08  Nicholas Mitchell | 0.80 | 308.00 | L320 | Attention to request from counsel to subpoenaed former AHM employee for documents. |
| 12/01/08  Nicholas Mitchell | 0.30 | 115.50 | L320 | Call with S. Beach, P. Chepiga, B. Knuts related to documents requests from the Borrower's Committee. |
| 12/01/08  Nicholas Mitchell | 0.40 | 154.00 | L320 | Correspondence with YCST re: possible Borrower's Committee document requests. |
| 12/03/08  Nicholas Mitchell | 0.50 | 192.50 | L320 | Attention to document request from counsel to R. Bernstein. |
| 12/04/08  Nicholas Mitchell | 1.20 | 462.00 | L320 | Attention to SEC document request; internal correspondence regarding same. |
| 12/05/08  Nicholas Mitchell | 0.20 | 77.00 | L320 | Meeting with P. Chepiga, B. Knuts related to open AHM items. |
| 12/05/08  Nicholas Mitchell | 1.50 | 577.50 | L320 | Attention to document requests from AHM Borrower's Committee. |
| 12/05/08  Nicholas Mitchell | 1.40 | 539.00 | L320 | Discussions with AHM related to 9/25 SEC document subpoena. |
| 12/08/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Attention to follow up with AHM re: SEC's document request. |
| 12/08/08  Nicholas Mitchell | 0.50 | 192.50 | L320 | AHM team meeting re: file transfer issues. |
| 12/08/08  Nicholas Mitchell | 0.80 | 308.00 | L320 | Attention to request for documents from AHM Borrower's Committee. |
| 12/09/08  Nicholas Mitchell | 1.50 | 577.50 | L320 | Follow-up with AHM employees re: SEC requests for testimony. |
| 12/09/08  Nicholas Mitchell | 1.20 | 462.00 | L320 | Work on index for Borrower's Committee to reflect documents produced to the SEC. |
| 12/10/08  Nicholas Mitchell | 1.10 | 423.50 | L320 | Follow-up with AHM employees re: SEC requests for testimony. |
| 12/10/08  Nicholas Mitchell | 3.30 | 1,270.50 | L320 | Work on index for Borrower's Committee to reflect documents produced to the SEC. |
| 12/11/08  Nicholas Mitchell | 0.80 | 308.00 | L320 | Follow up with company related to request for information by the SEC. |
| 12/12/08  Nicholas Mitchell | 1.10 | 423.50 | L320 | Attention to request for information from the AHM Borrower's Committee. |
| 12/15/08  Nicholas Mitchell | 2.10 | 808.50 | L320 | Attention to request for information from AHM |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | Borrower's committee; internal discussions re: same. |
| 12/16/08 Nicholas Mitchell | 1.10 | 423.50 | L320 | Follow up with company re: information request from the SEC. |
| 12/17/08 Nicholas Mitchell | 1.40 | 539.00 | L320 | Attention to request for further information from SEC. |
| 12/18/08 Nicholas Mitchell | 0.70 | 269.50 | L320 | Attention to SEC request for information, including follow up with AHM employees. |
| 12/22/08 Nicholas Mitchell | 1.90 | 731.50 | L320 | Follow up with company employees related to SEC request for information; preparation of summary of outstanding open issues for call with SEC. |
| 12/23/08 Nicholas Mitchell | 1.60 | 616.00 | L320 | Follow up with company employees re: outstanding requests for information from the SEC; discussion with B. Knuts re: same. |
| 12/24/08 Nicholas Mitchell | 0.60 | 231.00 | L320 | Follow up with company re: SEC data request. |
| ******* TOTAL CODE L320: | 28.10 | 10,818.50 | | |

MATTER:    87601-00001 AHM REGULATORY MATTERS
CURRENCY:  USD

INVOICE:   5717764
DATE:      January 30, 2009

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (B110) Case Administration | 14.50 | 3,207.50 |
| (B160) Fee/Employment Applications | 3.90 | 1,966.50 |
| (L110) Fact Investigation / Development | 6.00 | 4,560.00 |
| (L140) Document / File Management | 0.20 | 152.00 |
| (L190) Other Case Assessment, Development & Admin | 3.70 | 3,127.00 |
| (L300) Discovery | 0.50 | 122.50 |
| (L320) Document Production | 28.10 | 10,818.50 |
| GRAND TOTAL | 56.90 | 23,954.00 |