# EXHIBIT B

## Summary of Expenses Incurred
### (December 1, 2008 – December 31, 2008)[1]

| Date Incurred | Expense | Amount |
|---|---|---|
| 10/21/08 | (Credit From E-Discovery Vendor) | ($1,831.54)[2] |
| 10/31/08 | Courier Charges | $7.00 |
| 11/07/08 | Document Reproduction | $6.00 |
| 11/11/08 | Document Reproduction | $4.40 |
| 11/12/08 | Courier Charges | $11.83 |
| 11/24/08 | Working Meal | $15.10 |
| 11/30/08 | E-Discovery | $28,576.97 |
| 12/01/08 | Document Reproduction | $1.50 |
| 12/01/08 | Document Reproduction | $1.10 |
| 12/01/08 | Document Reproduction | $1.40 |
| 12/01/08 | Document Reproduction | $1.20 |
| 12/01/08 | Document Reproduction | $8.20 |
| 12/01/08 | Document Reproduction | $2.10 |
| 12/01/08 | Document Reproduction | $1.40 |
| 12/01/08 | Document Reproduction | $1.10 |
| 12/01/08 | Document Reproduction | $1.40 |
| 12/01/08 | Document Reproduction | $1.20 |
| 12/01/08 | Document Reproduction | $1.40 |
| 12/02/08 | Document Reproduction | $1.00 |
| 12/02/08 | Document Reproduction | $0.50 |
| 12/02/08 | Document Reproduction | $1.90 |
| 12/03/08 | Document Reproduction | $1.10 |
| 12/03/08 | Document Reproduction | $3.00 |
| 12/03/08 | Document Reproduction | $3.00 |
| 12/04/08 | Document Reproduction | $1.50 |
| 12/04/08 | Telephone Charges | $0.09 |
| 12/05/08 | Telephone Charges | $1.27 |
| 12/08/08 | Telephone Charges | $0.78 |
| 12/09/08 | Document Reproduction | $1.70 |
| 12/09/08 | Document Reproduction | $1.20 |
| 12/09/08 | Document Reproduction | $1.80 |
| 12/09/08 | Document Reproduction | $2.80 |
| 12/09/08 | Document Reproduction | $2.80 |
| 12/09/08 | Telephone Charges | $0.18 |
| 12/09/08 | Telephone Charges | $0.13 |
| 12/11/08 | Document Reproduction | $2.80 |
| 12/11/08 | Telephone Charges | $0.18 |
| 12/11/08 | Telephone Charges | $0.09 |
| 12/12/08 | Telephone Charges | $0.09 |
| 12/16/08 | E-Discovery | $129.14 |
| 12/16/08 | E-Discovery | $284.92 |

---

[1] Expenses for dates prior to December 1, 2008 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in December.

[2] This credit reflects the return of funds from an E-discovery vendor who inadvertently invoiced Allen & Overy twice for the same work. After this issue was identified, the vendor returned to Allen & Overy $1,831.54, which represents the overcharged amount. The expense total on this exhibit has thus been reduced by $1,831.54, to reflect this return of funds.

7936333

| Date | Description | Amount |
|---|---|---|
| 12/16/08 | E-Discovery | $304.45 |
| 12/16/08 | E-Discovery | $60.30 |
| 12/16/08 | E-Discovery | $477.46 |
| 12/16/08 | E-Discovery | $563.88 |
| 12/17/08 | Document Reproduction | $11.70 |
| 12/17/08 | Document Reproduction | $1.20 |
| 12/17/08 | Document Reproduction | $2.10 |
| 12/17/08 | Document Reproduction | $2.30 |
| 12/17/08 | Document Reproduction | $3.10 |
| 12/17/08 | Document Reproduction | $1.30 |
| 12/17/08 | Document Reproduction | $1.10 |
| 12/17/08 | Document Reproduction | $3.10 |
| 12/17/08 | Document Reproduction | $1.90 |
| 12/17/08 | Document Reproduction | $1.40 |
| 12/17/08 | Document Reproduction | $1.40 |
| 12/18/08 | E-Discovery | $4,753.45 |
| 12/18/08 | Document Reproduction | $1.70 |
| 12/18/08 | Document Reproduction | $3.00 |
| 12/18/08 | Document Reproduction | $1.20 |
| 12/18/08 | Telephone Charges | $1.01 |
| 12/22/08 | Courier Charges | $13.14 |
| 12/22/08 | Document Reproduction | $2.30 |
| 12/22/08 | Document Reproduction | $2.30 |
| 12/23/08 | Document Reproduction | $1.50 |
| 12/23/08 | Document Reproduction | $1.20 |
| 12/23/08 | Telephone Charges | $0.13 |
| 12/31/08 | Document Reproduction | $0.30 |
| 12/31/08 | Document Reproduction | $0.30 |
| 12/31/08 | E-Discovery | $27,737.50 |
| | **TOTAL** | **$61,209.45** |

7936333