**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-11047 |
| | § | |
| AMERICAN HOME MORTGAGE | § | |
| HOLDINGS, INC. | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

**TRAVIS COUNTY'S NOTICE WITHDRAWING TRAVIS COUNTY'S OBJECTION TO AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF NOVEMBER 25, 2008**

**TO THE HONORABLE JUDGE OF SAID BANKRUPTCY COURT:**

**COMES NOW,** Nelda Wells Spears, Travis County Tax Collector for and on behalf of the following taxing authorities: Travis County, Texas, City of Austin, Austin Community College, Travis County Hospital District and Del Valle Independent School District (hereinafter the "Travis County"), by and through her attorney of record and files this Travis County's Notice Withdrawing Travis County's Objection to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008.  In support thereof, Travis County would show that the Debtors' counsel has represented that Travis County's Proof of Claim has been identified as a secured claim as verified in the Debtors' claims register.

**WHEREFORE, PREMISES CONSIDERED**, Travis County respectfully withdraws Travis County's Objection to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P.O. Box 1748
Austin, Texas  78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By:   */s/ Karon Y. Wright*
**KARON Y. WRIGHT**
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

## **CERTIFICATE OF SERVICE**

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice Withdrawing Travis County's Objection to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008** has been sent to all interested parties registered for electronic service with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **2nd** day of **February 2009** and mailed by United States First Class Mail to any party listed below that is not registered.

          */s/ Karon Y. Wright*

**DEBTORS' ATTORNEY**
Pauline K. Morgan
P.O. Box 19899
Wilmington, DE 19899

**TRUSTEE**
None appointed as of yet.