# EXHIBIT A

F:\98077\089\AHM - WBSK 15th Fee Application.DOC

DB02:6292330.5

066585.1001

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
12/04/2008
Account No:    98077M

Attn: Carlo Colagiacomo

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-089 Post Petition Representation | 3,806.00 | 0.00 | $3,806.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
12/04/2008
Account No:    98077-089M
Statement No:    19

Attn: Carlo Colagiacomo

Post Petition Representation

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 11/01/2008 | HJR | draft email to C. Colagiacomo re: IL, MS, and WV filings (0.1); review correspondence re: name change filings (0.2); | 0.30 |
| 11/06/2008 | VTL | review invoices in support of WBSK's 13th Fee Application (.1); preparation of WBSK's 13th Fee Application (.6); | 0.70 |
| 11/07/2008 | VTL | continue preparation of WBSK's 13th Fee Application (.7); revise and supplement WBSK's 13th Fee Application (.2); electronic correspondence with M. Whiteman re: WBSK's 13th Fee Application (.1); electronic correspondence with R. Barlet re: WBSK's 13th Fee Application (.1); | 1.10 |
|  | DMS | review and finalize WBSK's 13th Fee Application (.5); | 0.50 |
| 11/10/2008 | DMS | telephone conference with K. Enos (.1); send memo to K. Enos re: surety bonds and | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
12/04/2008
Account No: 98077-089M
Statement No: 19

Post Petition Representation

| | | Hours |
|---|---|---|
| | tail period requirements (.9); review notice of deposition served in connection with the Jack case (.2); send memo to C. Colagiacomo (.2); | 1.40 |
| 11/17/2008 | | |
| HJR | telephone call to Fannie Mae re: name change (0.1); draft email to MI regulator re: same (0.1); | 0.20 |
| DMS | review subpoena served on American Home (.3); send memo to C. Colagiacomo (.2); | 0.50 |
| 11/18/2008 | | |
| HJR | prepare SD license renewal app.; (1.0); review AHM SV, Inc. license renewal criteria/prepare various renewal materials (1.0); | 2.00 |
| 11/19/2008 | | |
| HJR | telephone call to SD regulator re: license renewal all. (0.2); telephone calls to/telephone call from WV regulator re: licensing requirements (0.2); telephone calls to Fannie Mae re: name change (0.4); | 0.80 |
| 11/21/2008 | | |
| BEA | conference call with bankruptcy attorneys for American Home re: borrower claims and rescission (1.3); | 1.30 |
| HJR | draft email to MI regulator re: Fannie Mae name change (0.1); | 0.10 |
| DMS | telephone conference with M. Whiteman, S. Beach and representatives of the creditors' committee re: borrower claims (1.3); send | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
12/04/2008
Account No: 98077-089M
Statement No: 19

Post Petition Representation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | VTL | documents to participants (.2); | 1.50 | |
| | VTL | review and analysis of invoices for WBSK's 14th Fee Application (.1); preparation of WBSK's 14th Fee Application (1.1); electronic correspondence to M. Whiteman re: WBSK's 14th Fee Application (.1); telephone call to M. Whiteman re: WBSK's 14th Fee Application (.1); | 1.40 | |
| 11/24/2008 | VTL | telephone call to M. Whiteman re: WBSK's 14th Fee Application (.1); | 0.10 | |
| | | For Current Services Rendered | 11.90 | 3,806.00 |
| | | Total Current Work | | 3,806.00 |
| | | Balance Due | | $3,806.00 |

Your trust account #1 balance is

Opening Balance                                       $250.00
Closing Balance                                        $250.00

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
12/04/2008
Account No:    98077M

Attn: Carlo Colagiacomo

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 894.60 | 0.00 | 0.00 | 0.00 | $894.60 |
| 98077-093 Beall v. ABC | | | | |
| 14,983.40 | 131.00 | 50.00 | 0.00 | $15,164.40 |
| 15,878.00 | 131.00 | 50.00 | 0.00 | $16,059.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   NOVEMBER   2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
12/04/2008
Account No:   98077-092M
Statement No:   11

Attn: Carlo Colagiacomo

Cauthorne

| | |
|---|---|
| Previous Balance | $894.60 |
| Balance Due | $894.60 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD: NOVEMBER 2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
12/04/2008
Account No: 98077-093M
Statement No: 3

Attn: Carlo Colagiacomo

Beall v. ABC

Previous Balance $14,983.40

| | | Hours | |
|---|---|---|---|
| 11/12/2008 MEH | telephone call to J. Bowman re: motion deadline (.1); | 0.10 | |
| 11/13/2008 MEH | telephone call from J. Bowman re: motion to dismiss and possibility of amended complaint (.1); | 0.10 | |
| 11/20/2008 HOB | draft and prepare pro hac vice application for D. Souders (.6); | 0.60 | |
| | For Current Services Rendered | 0.80 | 131.00 |

Recapitulation
| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Hazel Berkoh | 0.60 | $150.00 | $90.00 |
| Michelle E. Holmes | 0.20 | 205.00 | 41.00 |

# Weiner Brodsky Sidman Kider PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Beall v. ABC

Page: 2
12/04/2008
Account No:    98077-093M
Statement No:    3

| | |
|---|---:|
| Filing Fees/Court Costs/Legal Fees | 50.00 |
| Total Expenses Posted Through 11/24/2008 | 50.00 |
| Total Current Work | 181.00 |
| Balance Due | $15,164.40 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.