# EXHIBIT A

F:\98077\089\AHM - WBSK 16th Fee Application.DOC

DB02:6292330.5

066585.1001

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
01/23/2009
Account No:    98077M

Attn: Carlo Colagiacomo

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-085 Beard | 1,863.00 | 61.30 | $1,924.30 |
| 98077-089 Post Petition Representation | 3,717.00 | 129.34 | $3,846.34 |
|  | 5,580.00 | 190.64 | $5,770.64 |

*M. Kider*

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER   2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
01/23/2009
Account No:   98077-085M
Statement No:          12

Attn: Carlo Colagiacomo

Beard

| Date | | | Hours | |
|---|---|---|---|---|
| _/18/2008 | | | | |
| | BEA | 3 telephone conferences with plaintiff's counsel re: status conference (.6); telephone call to judge's chambers with plaintiff's counsel (.4); email re: status conference (.1); | 1.10 | |
| 12/19/2008 | | | | |
| | BEA | prepare for status conference (1.0); representation at status conference in PG County (2.5); | 3.50 | |
| | | For Current Services Rendered | 4.60 | 1,863.00 |

| | |
|---|---|
| Parking/Mileage Expenses | 61.30 |
| Total Expenses Posted Through 12/31/2008 | 61.30 |
| Total Current Work | 1,924.30 |
| Balance Due | $1,924.30 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   DECEMBER   2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Carlo Colagiacomo

Page: 1
01/23/2009
Account No:   98077-089M
Statement No:   20

Post Petition Representation

| Date | Atty | Description | Hours |
|---|---|---|---|
| ../25/2008 | HJR | draft letter to WV regulator re: license surrender (0.8); finalized and submitted same (0.1); | 0.90 |
| | VTL | electronic correspondence with R. Bartley re: WBSK's 14th Fee Application (.1); | 0.10 |
| | DMS | review draft settlement agreement for Munn and Norwood properties sent by counsel for RFC (.6); send memo to R. Hardman (.2); review and revise letter to J. Sinton re: subpoena to American Home (.5); | 1.30 |
| 11/26/2008 | HJR | telephone call to Fannie Mae re: name change (0.1); telephone call to MI regulator re: same (0.3); | 0.40 |
| | DMS | review demand from plaintiff's counsel for discovery documents including rate sheets (.2); telephone conference with C. Colagiacomo re: discovery demands and subpoena (.4); | 0.60 |
| 12/01/2008 | HJR | telephone call from SD regulator re: | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 2
01/23/2009
Account No: 98077-089M
Statement No: 20

|  |  | Hours |
|---|---|---|
|  | licensing matter (0.1); | 0.10 |

**12/02/2008**
HJR   draft letter to SD regulator re: license surrender request (1.2); finalized and submitted same (0.1); telephone call to/telephone call from CA regulator re: same (0.3);   1.60

**'04/2008**
HJR   telephone call to AR regulator re: license surrender request (0.2);   0.20

**12/05/2008**
HJR   draft letter to AR regulator re: license surrender request (0.5); finalized and submitted same (0.1);   0.60

**12/09/2008**
DMS   review draft releases for properties involved in New Jersey bankruptcy action (.4); send memo to R. Hardman re: release for American Home Mortgage Corp. (.2);   0.60

**12/11/2008**
HJR   telephone call to CA regulator re: name change request (0.4); draft email to C. Colagiacomo re: licensing update (1.3); prepare CA name change forms (0.3);   2.00

**'^/15/2008**
HJR   review email to AR regulator re: license surrender (0.1); telephone call to AR regulator re: same (0.1); telephone call

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
01/23/2009
Account No: 98077-089M
Statement No: 20

Post Petition Representation

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | from C. Colagiacomo re: various licensing matters (0.4); | 0.60 |
| 12/16/2008 | HJR | telephone call to AR regulator re: license surrender request (0.1); | 0.10 |
| | DMS | send memo to D. Bowman re: approval of settlement in NH regulatory action (.5); | 0.50 |
| 12/17/2008 | HJR | telephone call to MD regulator re: license surrender request; | 0.20 |
| 12/18/2008 | HJR | review/draft email to AHMI counsel re: MD license renewal; | 0.10 |
| 12/22/2008 | HJR | telephone call from MD regulator re: license surrender; | 0.10 |
| 12/23/2008 | DMS | send memo to D. Bowman re: settlement with N. H. Banking Department (.8); telephone conference with D. Bowman (.2); | 1.00 |
| 12/24/2008 | DMS | send memo and proposed order to D. Bowman (.3); | 0.30 |
| 12/29/2008 | HJR | draft email to C. Colagiacomo re: AR license transition (0.3); | 0.30 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 4
01/23/2009
Account No: 98077-089M
Statement No: 20

Post Petition Representation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/2008 | HJR | draft email to C. Colagiacomo re: AR licensing issue (0.3); review/revise NMLS entity of AHM Service, Inc. (0.2); | 0.50 | |
| | | For Current Services Rendered | 12.10 | 3,717.00 |

| | |
|---|---|
| Photocopy Expenses | 13.70 |
| Express Mail/Federal Express Charges | 36.64 |
| Lexis/Westlaw Research | 79.00 |
| Total Expenses Posted Through 12/31/2008 | 129.34 |
| Total Current Work | 3,846.34 |
| Balance Due | $3,846.34 |

Your trust account #1 balance is

| | |
|---|---|
| Opening Balance | $250.00 |
| Closing Balance | $250.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   DECEMBER   2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Carlo Colagiacomo

Page: 1
01/23/2009
Account No:   98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 894.60 | 0.00 | 0.00 | -134.40 | $760.20 |
| 98077-093 Beall v. ABC | | | | |
| 15,164.40 | 637.50 | 0.00 | -11,989.40 | $3,812.50 |
| 16,059.00 | 637.50 | 0.00 | -12,123.80 | $4,572.70 |

*M. Kider*

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
01/23/2009
Account No: 98077-092M
Statement No: 12

Attn: Carlo Colagiacomo

Cauthorne

| | |
|---|---|
| Previous Balance | $894.60 |
| 12/05/2008   Payment - Thank you. | -134.40 |
| Balance Due | $760.20 |

**PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.**

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2008

|  |  |
|---|---|
| American Home Mortgage<br>538 Broadhollow Road<br>Melville NY 11747 | Page: 1<br>01/23/2009<br>Account No:    98077-093M<br>Statement No:    4 |

Attn: Carlo Colagiacomo

Beall v. ABC

| | |
|---|---|
| Previous Balance | $15,164.40 |

|  |  | Hours |
|---|---|---|
| 11/26/2008<br>MEH | telephone calls to/from clerk's office re: motion to dismiss (.1); | 0.10 |
| 12/02/2008<br>MEH | review scheduling order entered by court (.1); | 0.10 |
| 12/11/2008<br>MEH | review scheduling order (.1); | 0.10 |
| 12/12/2008<br>MEH | Rule 26(f) conference with plaintiff's counsel (.1); draft proposed discovery plan (.3); | 0.40 |
| 12/17/2008<br>MEH | telephone call from judge's chambers re: hearing and transfer of case to Alexandria (.1); review amended complaint (.5); | 0.60 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
01/23/2009
Account No:    98077-093M
Statement No:           4

Beall v. ABC

| Date | | | Hours | |
|---|---|---|---|---|
| 12/19/2008 | DMS | send memo to C. Colagiacomo re: case status (.2); | 0.20 | |
| 12/30/2008 | MEH | review amended complaint (.9); research grounds for motion to dismiss (.5); | 1.40 | |
| | | For Current Services Rendered | 2.90 | 637.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 0.20 | $420.00 | $84.00 |
| Michelle E. Holmes | 2.70 | 205.00 | 553.50 |

Total Current Work                                                                 637.50

| 12/05/2008 | Payment - Thank you. | -4,375.20 |
|---|---|---|
| 01/09/2009 | Payment - Thank you. | -7,614.20 |
| | Total Payments | -11,989.40 |
| | Balance Due | $3,812.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.