# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) ) | Case No. 07-11047 (CSS) Jointly Administered |
| | ) | |
| Debtors. | ) ) | |

## CERTIFICATE OF DISCOVERY

THIS IS TO CERTIFY that on February 3, 2009, I caused a copy of (1) The Official Committee of Borrowers Notice of Deposition Of Michele Michaelis, (2) The Official Committee of Borrowers Notice of Deposition Of Damian Pasternak and (3) this Certificate to be served by facsimile, on:

Robert S. Brady, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mr. Kevin Nystrom
Mr. Fernandes
Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022

The undersigned further certifies that the original of the aforementioned documents will be retained without alteration until the case is concluded in this Court and the time for noting an appeal has expired or any appeal noted has been decided.

C  NrPortbl ZSDMS VWG1 2119181_1 DOC

2119181.1

Dated: Wilmington, Delaware
       February 3, 2009

        ZUCKERMAN SPAEDER LLP

        */s/ Virginia Whitehill Guldi*
        Thomas G. Macauley (ID No. 3414)
        Virginia Whitehill Guldi
        919 Market Street, Suite 990
        Wilmington, DE 19801
        Telephone: (302) 427-0400
        Facsimile: (302) 427-8242

        - and -

        GILBERT OSHINSKY LLP
        Stephen A. Weisbrod
        W. Hunter Winstead
        1100 New York Avenue, NW, Suite 700
        Washington, DC 20005
        Telephone: (202) 772-1962
        Facsimile: (202) 772-3962

        Attorneys for the Official Committee
        of Borrowers

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2009, I served a true and correct copy of the Official Committee of Borrowers' NOTICE OF DEPOSITION by facsimile on:

Robert S. Brady, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Mr. Kevin Nystrom
Mr. Fernandes
Zolfo Cooper LLC
900 Third Avenue
New York, NY 10022

/s/ Virginia Whitehill Guldi
Virginia W. Guldi

2119181.1