IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                :    Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                                   :
                                                                      :    Jointly Administered
        Debtors.                                                      :
---------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 6, 2009 AT 2:00 P.M. (ET)

### SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED

## ADJOURNED/RESOLVED MATTERS

1.      Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
        [D.I. 3474, 3/28/08]

        Response Deadline:    April 24, 2008 at 4:00 p.m.

        Responses Filed:      See Exhibit A, attached

        Related Document:

            a)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to
                    Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                    Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

        Status: An Order has been entered that partially sustains the Objection. With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit A, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim
       Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the
                              Committee to September 8, 2008 at 4:00 p.m.

       Objections Filed:

              a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance
                    and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §
                    503(b) [D.I. 5602, 9/8/08]

              b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors'
                    Limited Objection to Motion of AT&T Requesting Allowance and
                    Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)
                    [D.I. 5617, 9/9/08]

       Status: This matter will be adjourned to February 17, 2009 at 11:00 a.m.

3.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
       [D.I. 3879, 4/28/08]

       Response Deadline:    May 20, 2008 at 4:00 p.m.

       Related Documents:

              a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

       Responses Filed:    See Exhibit B, attached

       Status: An Order has been entered that partially sustains the Objection.  With respect to
              the remainder of the relief requested and the remaining responses set forth on
              Exhibit B, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

4.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
       the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I.
       3880, 4/28/08]

       Response Deadline:    May 20, 2008 at 4:00 p.m.

       Related Document:

              a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

       Responses Filed:    See Exhibit C, attached

DB02:7750212.1                                                              066585.1001

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit C, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

5. Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit D, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

6. Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit E, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

7. Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection
To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit F, attached

066585.1001

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

8.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

9.    Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5461, 8/18/08]

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

10.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]
Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

b)     Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

c)     Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:     See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

11.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:     September 8, 2008 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

Responses Filed:     Please see Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

12.     Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:     September 25, 2008 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

13.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

    a)       Notice of Submission of Claims [D.I. 6206, 10/10/08]

    b)       Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

    c)       Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:    See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to February 17, 2009 at 11:00 a.m.

14.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit M, attached

Related Document:

    a)       Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to February 17, 2009 at 11:00 a.m.

15.    Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:    November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

a)   Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to  Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

b)   Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6592, 11/19/08]

c)   Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter will be adjourned by agreement to March 13, 2009 at 11:30 a.m.

16.   Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Responses Filed:     See Exhibit N, attached

Status: This matter will be adjourned to February 17, 2009 at 11:00 a.m.

17.   Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:   December 15, 2008 at 4:00 p.m.

Related Document:

a)   Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

Responses Filed:     See Exhibit O, attached

Status: This matter will be adjourned to February 17, 2009 at 11:00 a.m.

18.   Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6715, 12/12/08]

Response Deadline:   January 6, 2009 at 4:00 p.m.

7

Responses Filed:      See Exhibit P, attached

Status: This matter will be adjourned to February 17, 2009 at 11:00 a.m.

19.    Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 6716, 12/12/08]

       Response Deadline:      January 6, 2009 at 4:00 p.m.

       Responses Filed:      See Exhibit Q, attached

       Status: This matter will be adjourned to February 17, 2009 at 11:00 a.m.

20.    Application of Official Committee of Borrowers for Authorization (I) to Retain Expert,
       (II) to Increase Existing Cap on Fees and Expenses of Legal Professionals and (III) to
       Apply Increased Cap Also to Expert Fees [D.I. 6864, 1/20/09]

       Objection Deadline:

       Related Document:

              a)      Order Modifying "Supplemental Order Concerning Order Granting
                      Motion for an Order Appointing Official Committee of Borrowers" [D.I.
                      6905, 1/28/09]

       Objections Filed:

              a)      Joint Objection of the Debtors and the Official Committee of Unsecured
                      Creditors [D.I. 6914, 1/30/09]

       Status: This matter will be adjourned by agreement to February 17, 2009 at 11:00 a.m.

Dated: Wilmington, Delaware          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
       February 4, 2009

                                     */s/ Margaret B. Whiteman*
                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Margaret B. Whiteman (No. 4652)
                                     Nathan D. Grow (No. 5014)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     *Counsel for Debtors and Debtors in Possession*

## Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Karen Gravely-Robinson |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Hardin County |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Deborah Mills |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to 2/17/09 at 11:00 a.m. |

DB02:7750212.1

066585.1001

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Souderton Area School District |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Spring-Ford Area School District |  | Adjourned to 2/17/09 at 11:00 a.m. |

### Exhibit F, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Audrey Andrews | 4984, 7/7/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned to 2/17/09 at 11:00 a.m. |

### Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to 2/17/09 at 11:00 a.m. |

### Exhibit H, Twelfth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Kruse Way, LLC |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Meadows Lake Oswego |  | Adjourned to 2/17/09 at 11:00 a.m. |

DB02:7750212.1

066585.1001

**Exhibit I, Thirteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | David Nerland | 5320 | Adjourned to 2/17/09 at 11:00 a.m. |
| | Countrywide | 5337, 8/8/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | David Holan | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Nomura Credit & Capital | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Mitchell Eininger | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Thomas Adkins, Jr. | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Kevin Kerr | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Katherine Lalime | | Adjourned to 2/17/09 at 11:00 a.m. |
| | GE Money Bank | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Terri Crites | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Lonnie Watkins | | Adjourned to 2/17/09 at 11:00 a.m. |
| | William Farnan | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Jon Lucas | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Thomas Guinta | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Joseph Spinelli, Jr. | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Charles Doyle | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Linda Larsen | | Adjourned to 2/17/09 at 11:00 a.m. |

|  | George T. Matthews |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Calvin Kammeyer |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Minda Boxer |  | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit J, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Joseph Dionisio | 5521, 8/21/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Ray Palen | 5522, 8/22/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Joshua Kappelman | 5546, 8/26/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Ronald Bergum | 5608, 9/8/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Tammy Pederson | 5794, 9/8/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | I. Crain Houston | 5822, 9/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Beverly Creswell | 5815, 9/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | John Johnston | 5818, 9/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Michael Kalmonson | 5816, 9/11/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Office Max |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Robin Balfour |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Michael Wheeler |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Keith Wesolowski |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Mary Ann Anderson |  | Adjourned to 2/17/09 at 11:00 a.m. |

DB02:7750212.1

066585.1001

|  | Julie Miller |  | Adjourned to 2/17/09 at 11:00 a.m. |
|--|--------------|--|-----------------------------------|
|  | Thomas J. Perkins |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Lisa M. Schreiber |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Judie McGaha |  | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Richard Hawkwell |  | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit K, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|--|----------|------------------------|--------|
|  | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Matthew Liang | 6122, 9/26/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Robert Sweeney | 6123, 9/26/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | American Express Travel Related Services |  | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit L, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|--|----------|------------------------|--------|
|  | Eric Segall | 6230, 10/15/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | DD Halpern | 6232, 10/15/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Baron O'Brien | 6235, 10/15/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | Sally Hamilton | 6414, 10/22/08 | Adjourned to 2/17/09 at 11:00 a.m. |
|  | American Express Travel Related Svc. Co. |  | Adjourned to 2/17/09 at 11:00 a.m. |

DB02:7750212.1                                                      066585.1001

## Exhibit M, Twenty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | Connie Zinter | 5499, 11/5/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | Letort Mortgage Group Inc. | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Southern Horizon Financial Group, LLC | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Tracy Lussier | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Sun Life Assurance Company of Canada | | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit N, Twenty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to 2/17/09 at 11:00 a.m. |
| | Scott Jossart | | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit O, Twenty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Riverside County Treasurer-Tax Collector | | Adjourned to 2/17/09 at 11:00 a.m. |

## Exhibit P, Twenty-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Avaya Inc. | | Adjourned to 2/17/09 at 11:00 a.m. |

DB02:7750212.1    066585.1001

**Exhibit Q, Twenty-Seventh Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Orlans Associates | 6803, 1/6/09 | Adjourned to 2/17/09 at 11:00 a.m. |

DB02:7750212.1                                                                                          066585.1001