# CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on February 4, 2009 I caused a true and correct copy of the *Lead Plaintiffs' Supplemental Objection to Confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008* upon the parties listed below in the manner indicated.

**BY HAND DELIVERY**
Robert S. Brady, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

**BY HAND DELIVERY**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035'

**BY HAND DELIVERY**
Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

**BY FACSIMILE**
Kevin Nystrom
Bret Fernandes
Zolfo Cooper LLC
1166 Avenue of the Americas
New York, NY 10036
Facsimile: 212.948.4226

**BY FACSIMILE**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: 212.478.7400

**BY FACSIMILE**
Stephen A. Weisbrod, Esq.
Gilbert Oshinsky LLP
1100 New York Ave., NW, Suite 700
Washington, DC 20005
Facsimile: 202.772.3333

_____
Christopher P. Simon (No. 3697)