IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
          Debtors.                                               :
                                                                 :  Ref. Docket No. 6826
---------------------------------------------------------------- x

**CERTIFICATE OF COUNSEL REGARDING STIPULATION BETWEEN THE DEBTORS AND ABN AMRO BANK N.V. REGARDING CLAIMS NUMBERED: 7927, 7928, 7929, 7930, 7931, 7932, 7933, AND 7935**

ABM AMRO Bank, N.V. ("ABN") filed claims numbered 7927, 7928, 7929, 7930, 7931, 7932, 7933, and 7935 (collectively, the "ABN Claims") in an unsecured amount of approximately $185,776,989.76 (one claim against each of the above-captioned debtors (collectively, the "Debtors")) for, among other things, amounts owed under that certain Master Repurchase Agreement dated as of February 28, 2007 (as may have been supplemented and amended from time to time), and that certain ISDA Master Agreement dated May 27, 2004.

On January 9, 2009, the Debtors filed their Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6826] (the "Objection"), wherein the Debtors objected to the validity and/or amount of the ABN Claims.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:7789851.1                                                                      066585.1001

ABN consents to the relief requested in the Objection, subject to certain agreements and reservations. Accordingly, the Debtors and ABN have engaged in good faith negotiations and have reached a resolution relating to the ABN Claims, which is set forth in the Stipulation Between The Debtors and ABN AMRO Bank N.V. Regarding Claims Numbered: 7927, 7928, 7929, 7930, 7931, 7932, 7933, and 7935 (the "Stipulation"), attached hereto as Exhibit A.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation, in the form attached hereto as Exhibit B, at its earliest convenience.

Dated: February 4, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Margaret Whiteman Greecher
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean T. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession