IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              : Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    : Jointly Administered
            Debtors.                                                :
                                                                    : Ref. No. 6754
------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 6754

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Third Interim Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim period November 1, 2008 through November 30, 2008 (the "Application"). The Court's docket which was last updated February 4, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than January 7, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($1,531.20) of requested fees ($1,914.00) and 100% of requested expenses ($57.45) on an interim basis without further Court order.

Dated: Wilmington, Delaware
February 4, 2009

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                         /s/ Ryan M. Bartley
                         James L. Patton, Jr. (No. 2202)
                         Pauline K. Morgan (No. 3650)
                         Sean M. Beach (No. 4070)
                         Matthew B. Lunn (No. 4119)
                         Margaret B. Whiteman (No. 4652)
                         Ryan M. Bartley (No. 4985)
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         Counsel for Debtors and
                         Debtors in Possession