IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
                  Debtors.                                       :
                                                                 :   Ref. Docket No. _____
---------------------------------------------------------------- x

### ORDER APPROVING STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V. REGARDING CLAIMS NUMBERED: 7927, 7928, 7929, 7930, 7931, 7932, 7933, AND 7935

Upon consideration of the *Stipulation between Certain Debtors and ABN AMRO Bank N.V. Regarding Claims Numbered: 7927, 7928, 7929, 7930, 7931, 7932, 7933 and 7935* (the "Stipulation") by and among certain of the above-captioned debtors and debtors in possession and ABN AMRO Bank N.V.; and due and sufficient notice of the Stipulation having been given; and it appearing that the Stipulation is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Stipulation attached hereto as Exhibit A is hereby approved; and it is further

ORDERED, that ABN proofs of claim numbered 7928, 7930, 7931, 7932, 7933, and 7935 are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED, that ABN proofs of claim numbered 7927 and 7929 shall each be allowed for all purposes in the amount of $37,852,554.00, and that the AHM Swap Debtors' shall be jointly and severally liable for such claims; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
　　　　　2/5　　　, 2009

*/s/ Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge