# Exhibit B

## Macauley, Thomas G.

| | |
|---|---|
| **From:** | Macauley, Thomas G. |
| **Sent:** | Thursday, December 11, 2008 10:47 AM |
| **To:** | 'Jackson, Patrick' |
| **Cc:** | Beach, Sean; 'Weisbrod, Stephen' |
| **Subject:** | RE: AHM - Information Requests re: SEC Production |
| **Attachments:** | (7500071_1)_AHM - Confidentiality Agreement with Borrowers_ Committee.doc |



(7500071_1)_AHM
- Confidential...

Patrick, I have redlined a few comments to the draft confi agreement for your review, subject to actually being able to review the SEC production. In other words, if we are not allowed to review the SEC production and have to proceed via expedited formal discovery, this agreement will not be binding, and instead we will enter into an agreement that one would typically utilize in litigation.

Finally, further to our discussion at the 11/25 hearing, we have not located a sec. 1102(b)(3) order on the docket in these cases. Is there one? The absence of such an order may necessitate further changes to the language of section 2(d) of the proposed agreement. Thanks, Tom


-----Original Message-----
From: Jackson, Patrick [mailto:PJackson@ycst.com]
Sent: Wednesday, December 10, 2008 12:37 PM
To: Macauley, Thomas G.; Weisbrod, Stephen
Cc: Beach, Sean; Robert.Knuts@NewYork.AllenOvery.com;
Pamela.Chepiga@NewYork.AllenOvery.com
Subject: AHM - Information Requests re: SEC Production

Tom/Steve,

On our call Friday, you requested the following information from the Debtors in connection with the SEC production:
(1) personnel searched
(2) search terms
(3) volume of hard copy files produced
(4) index provided
(5) whether A&O could transmit electronic database to BC and how much it would cost
(6) copies of transmittal/cover letters

As a general proposition we have no problem providing this to you, subject to discussion later as to any further production. However, certain of these documents (in particular, the transmittal/cover letters) were transmitted to the SEC in confidence with a specific request for protection from Freedom-of-Information-Act disclosure. There is some concern that reproducing these documents in unredacted form to a third party without a confidentiality agreement in place may vitiate this confidentiality and, potentially, relieve the SEC of its

1

obligations relating thereto. Accordingly, these documents may need to be redacted as to extraneous matters unrelated to the scope of your inquiry. In addition, we ask that you execute the confidentiality agreement we circulated on November 3, 2008, which is attached again for your convenience.

Kind regards,

-PAJ

Patrick A. Jackson
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-576-3588
Facsimile: 302-576-3544
PJackson@ycst.com

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

 <<(7500071_1)_AHM - Confidentiality Agreement with Borrowers_ Committee.DOC>>

2