IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11
In re:                                                              :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                  :   Jointly Administered
                                                                    :
              Debtors.                                              :   Re:  D.I. _____
------------------------------------------------------------------- x

### ORDER DIRECTING THE DEBTORS TO PROVIDE IMMEDIATE ACCESS TO SEC PRODUCTION TO COUNSEL FOR THE BORROWERS COMMITTEE

Upon the emergency motion, dated February 5, 2009 (the "Motion"), of the Official Committee of Borrowers (the "Borrowers Committee") for an order directing the Debtors to provide immediate access to counsel to the Borrowers Committee to materials produced by the Debtors to the SEC (the "SEC Production") under the parties' existing confidentiality agreement; and on notice to the Debtors, the Creditors Committee and the Office of the United States Trustee; and upon the record of these chapter 11 cases; and after due deliberation thereon and a teleconference with the parties; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors shall grant to counsel to the Borrowers Committee immediate access and the right to review and copy the electronic and hard-copy portions of the SEC Production requested by the Borrowers Committee; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the SEC Production shall be made available for review starting no later than 9:30 a.m. February 6, 2009, at any and all hours including nights and weekend, at the offices of the Debtors' regulatory counsel in New York, New York, and it is further

ORDERED that the Court retains jurisdiction over all matters relating to the interpretation and enforcement of this Order.

Dated: February ___, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge