**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
                                    Debtors.                     :
                                                                 : **Ref. Docket Nos. 6626, 6868**
---------------------------------------------------------------- x

**NOTICE OF FILING OF AMENDED
SUPPLEMENTAL PLAN DOCUMENTS**

**PLEASE TAKE NOTICE** that, on November 25, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008* [D.I. 6626] (as amended on February 5, 2009 and as may be further amended from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on January 20, 2009, pursuant to the Plan, the Debtors filed the Supplemental Plan Documents (as defined in the Plan) with the United States Bankruptcy Court for the District of Delaware. Copies of these documents are available through the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") or from the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq") (www.epiqbankruptcysolutions.com), (646) 282-2500 (tel.), (646) 282-2501 (fax).

**PLEASE TAKE FURTHER NOTICE** that on February 5, 2009, the Debtors filed the following Amended Plan Supplement Documents (as defined in the Plan) with the Bankruptcy Court, with blacklines to the previously filed versions. Copies of these documents are available through the Bankruptcy Court or from Epiq (contact information above):

    1.    a. The Plan Trust Agreement;

            b. Blackline

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2.    a. <u>The EPD/Breach Claims Questionnaire</u>;

       b. Blackline

3.    a. <u>List of Designated Insurance Policies</u>;

       b. Blackline

Dated: Wilmington, Delaware
       February 5, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Patrick A. Jackson
_____

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession