IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
                                                                       :
      Debtors.                                                         :   Ref. Docket No. 6626
                                                                       :
---------------------------------------------------------------------- x

## ORDER ON DEBTORS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORT OF MARGOT SAUNDERS

Having considered the Debtors' Motion in Limine to Exclude Expert Testimony and Report of Margot Saunders, and any opposition thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the report and testimony of Margot Saunders are hereby excluded as evidence in connection with any hearing on confirmation of the Debtors' Amended Plan.

IT IS SO ORDERED this _____ day of February, 2009.

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge