IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC.,
a Delaware corporation, et al.,[1]

      Debtors.
---------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: N/A
Hearing Date: N/A

### DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE AND THE HEARING TO CONSIDER THE DEBTORS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORT OF MARGOT SAUNDERS

The above-captioned debtors (collectively, the "Debtors"), by and through their undersigned attorneys, hereby submit this motion (the "Motion to Shorten") for entry of an order shortening the applicable notice period for the *Debtors' Motion in Limine to Exclude Expert Testimony and Report of Margot Saunders* (the "Motion," filed contemporaneously herewith),[2] pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105(a). In support of the Motion to Shorten, the Debtors respectfully state as follows:

    1.    Pursuant to the Motion, the Debtors seek to exclude from evidence the testimony and report of Margot Saunders, the proposed expert witness retained by the Official Committee of Borrowers ("Borrowers Committee") in connection with the confirmation hearing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

scheduled to commence on February 9, 2009 at 11:30 a.m. (the "Confirmation Hearing") of the *Amended Chapter 11 Plan of Liquidation of the Debtors dated as of November 25, 2008* [Docket No. 6626] (as may be amended, supplemented and/or modified, the "Plan").

2. The Debtors propose that the hearing to consider the Motion also be conducted on February 9, 2009 at 11:30 a.m. (ET) prior to the Court hearing any testimony or evidence from the Borrowers Committee in connection with confirmation and that, in light of the shortened notice period, objections to the motion be presented to the Court at the hearing held in connection with the Motion.

3. Local Rule 9006-1(c) requires fifteen (15) days' notice prior to the hearing date for motions filed in chapter 11 cases. *See* Del. Bankr. LR 9006-1(c). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. The Debtors submit that there is sufficient cause to justify shortening the period to object to the Motion as well as setting the hearing on the same day as the currently-scheduled confirmation hearing.

4. The Debtors have focused substantial time, effort and resources towards maximizing and enhancing the value of the Debtors' estates while minimizing their liabilities, all of which was aimed towards developing an effective Plan. The Confirmation Hearing has already been adjourned from the orginal hearing date of January 28, 2009. Further delay in the Debtors' ability to confirm the Plan will result in the Debtors incurring unnecessary costs and expenses in connection with the prolonged administration of the Debtors' chapter 11 cases. Allowing the hearing on the Motion to be conducted in connection with the Confirmation Hearing will avoid the further delay of confirmation of the Plan and the accrual of unnecessary administrative expenses, to the benefit of all creditors.

5. In addition, the Debtors have not been dilatory in any respect in the filing of this Motion. Rather, the expert report was provided on January 28, 2009 and the deposition of Ms. Saunders was conducted on February 2, 2009.

6. The Debtors will serve the Motion and Motion to Shorten on all parties in the notice section thereof by hand delivery or overnight courier, thus providing parties-in-interest approximately four (4) days' notice of the proposed hearing and objection deadline. Under the circumstances, the Debtors submit that any prejudice is minimal and, for the reasons set forth above, the Debtors submit that shortening notice of the Motion is appropriate.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, in the form attached hereto as <u>Exhibit A</u>, approving this Motion to Shorten, scheduling a hearing on the Motion for February 9, 2009 at 11:30 a.m. (ET) and requiring that any responses or objections to the Motion be presented to the Court, and served upon and received by the undersigned counsel for the Debtors on or before February 9, 2009 at 11:30 a.m. (ET).

Dated: Wilmington, Delaware
February 5, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret W. Greecher

James L. Patton, Jr. (No. 2202)
John T. Dorsey (No. 2988)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*