## **EXHIBIT A**

PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x   Chapter 11
In re:                                                      :
                                                            :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                      :
HOLDINGS, INC.,                                             :  Jointly Administered
a Delaware corporation, et al.,¹                            :
                                                            :
    Debtors.                                                :  **Ref. Docket No.:** ___
---------------------------------------------------------- x

## ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE DEBTORS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORT OF MARGOT SAUNDERS

Upon consideration of the motion (the "Motion to Shorten")² filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105(a), for an order shortening the applicable notice period for the *Debtors' Motion in Limine to Exclude Expert Testimony and Report of Margot Saunders* (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion to Shorten pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested in the Motion to Shorten is in the best interests of the Debtors, and their creditors; and after due deliberation and sufficient cause appearing therefor; it is

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

² Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the hearing to consider the relief requested in the Motion will be held on February 9, 2009 at 11:30 a.m. (ET) and any response to the relief requested in the Motion must be filed with the Court and served on counsel to the Debtors so as to be received not later than 11:30 a.m. (ET) on February 9, 2009; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware
       February \_\_\_\_, 2009

                                                  Christopher S. Sontchi
                                                  United States Bankruptcy Judge