IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                                    :
                                                                       : Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

# NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 9, 2009 AT 11:30 A.M. (ET)

## ADJOURNED MATTERS

1.  Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

    Objection Deadline:   September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

    Related Document:

    a)   Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

    Objections Filed:

    b)   Debtors' Objection to Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

the Automatic Stay; and (II) Compelling Payment of Administrative Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

Status: This matter will be adjourned by agreement to February 17, 2009 at 11:00 a.m.

2. Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   November 5, 2008 at 4:00 p.m.

Objections Filed:   None

Status: This matter will be adjourned to February 17, 2009 at 11:00 a.m.

**CONTESTED MATTER GOING FORWARD**

3. Confirmation Hearing for Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 5, 2009  [D.I. 6942, 2/5/09]

Objection Deadline: January 14, 2009 at 4:00 p.m.

Related Documents:

   a) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6627, 11/25/08]

   b) Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief [D,I. 6644, 12/1/08]

   c) Affidavit of Mailing of Epiq Bankruptcy Solutions, LLC/Notice of (I) Approval of Disclosure Statement, (II) Hearing to Consider Confirmation of the Plan, and (III) Deadline for Filing Objections to Confirmation of the Plan, dated December 8, 2008 [D.I. 6777, 12/29/08]

   d) Certification of Publication – Wall Street Journal [D.I. 6857, 1/20/09]

   e) Appendix of Supplemental Plan Documents Pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6868, 1/20/09]

2

f) BLACKLINE of Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 5, 2009 [D.I. 6943, 2/5/09]

g) Amended Supplemental Plan Documents [D.I. 6944, 2/5/09]

h) Declaration of Bret Fernandes in Support of Confirmation of the Debtors' Amended Chapter 11 Plan of Liquidiation Dated February 5, 2009 [D.I. 6945, 2/5/09]

i) Submission of Proposed Confirmation Order [D.I. 6948, 2/5/09]

j) Declaration of James Katchadurian of Epiq Bankruptcy Solutions, LLC Certifying the Ballots Accepting or Rejecting the Amended Chapter 11 Plan of Liquidation of the Debtors Dated November 25, 2008 [**D.I. 6952, 2/5/09**]

k) Debtors' Memorandum in Support of Confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors [**D.I. 6953, 2/5/09**]

l) Brief of the Official Committee of Unsecured Creditors in Support of Confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors [TBD]

Objections Filed:

a) Travis County's Objection to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6708, 12/11/08]

b) Objection of Iron Mountain Information Management, Inc. to the First Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6778, 12/29/08]

c) Adorno & Yoss LLP's Objection to Confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6842, 1/14/09]

d) Lead Plaintiffs' Limited Objection to Confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6843, 1/14/09]

e) Objection by the United States to the Debtors' Amended Chapter 11 Plan of Liquidation [D.I. 6844, 1/14/09]

f) Local Texas Tax Authorities' Objection to Debtors' Amended Plan of Liquidation [D.I. 6848, 1/14/09]

g) Limited Objection of DB Structured Products, Inc. to Amended Chapter 11 Plan of Liquidation of the Debtors [D.I. 6853, 1/16/09]

3

- h) Limited Objection to the Amended Plan of Reorganization by California Taxing Authorities [D.I. 6855, 1/19/09]

- i) Limited Objection of Federal Home Loan Mortgage Corporation to Confirmation of Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008 [D.I. 6867, 1/20/09]

- j) Limited Objection of JPMorgan Chase Bank, National Association to Confirmation of Debtors' Chapter 11 Plan of Liquidation [D.I. 6874, 1/21/09]

- k) Objection of Official Committee of Borrowers to Debtors' Amended Chapter 11 Plan of Liquidation [D.I. 6883, 1/22/09]

- l) Joinder in Part of Morgan Stanley Mortgage Capital Holdings LLC to Limited Objection of JPMorgan Chase Bank, National Association to Confirmation of Debtors' Chapter 11 Plan of Liquidation [D.I. 6889, 1/23/09]

- m) Limited Objection of the U.S. Securities and Exchange Commission to Confirmation of the Debtors' Amended Chapter 11 Plan of Liquidation [D.I. 6893, 1/26/09]

- n) Travis County's Notice Withdrawing Travis County's Objection to Amended Chapter 11 Plan of Liquidation [D.I. 6920, 2/2/09]

- o) Lead Plaintiffs' Supplemental Objection to Confirmation of the Amended Chapter 11 Plan of Liquidation fo the Debtors Dated as of November 25, 2008 [D.I. 6930; 2/4/09]

Informal Responses:

- p) U.S. Trustee

- q) Waterfield

- r) Securitization Trustees

- s) Triad

Status: The objection of Travis County (a) has been withdrawn. The objections of Iron Mountain Information Management, Inc. (b), Local Texas Tax Authorities (f), Federal Home Loan Mortgage Corporation (i), Waterfield (p), Securitization Trustees (r) and, Triad (s) have been resolved. This matter will be going forward.

4.  Debtors' Motion in Limine to Exclude Expert Testimony and Report of Margot Saunders [D.I. 6946, 2/5/09]

    Proposed Objection Deadline:    February 9, 2009 at 11:30 a.m.

    Related Document:

    a)  Motion to Shorten [D.I. 6947, 2/5/09]

    Objections Filed:    None as the filing of this Agenda

    Status: The Debtors have requested that this matter go forward on February 9, 2009 at 11:30 a.m.

Dated: Wilmington, Delaware
February 5, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret B. Whiteman*
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*