**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | ) |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047-CSS |
| HOLDINGS, INC. | ) Chapter 11 |
| Debtor(s). | ) |

**MISSOURI DEPARTMENT OF REVENUE'S RESPONSE TO**
**DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**

**COMES NOW** the Missouri Department of Revenue (MDOR), a Creditor herein, and states the following in response to the Debtors' Twenty-Ninth Omnibus Objection to Claims that includes an objection to Claim No. 9849 filed by MDOR:

1. MDOR filed Claim No. 9849 in the amount of $182,942.96 for 2007 corporate income tax and July through December 2007 use tax. MDOR's claim listed priority liabilities in the amount of $109,648.09 and administrative liabilities in the amount of $73,284.87. Corporate income tax liabilities were estimated and filed as $109,614.05 priority and $73,239.82 administrative. The use tax claims were actual figures and filed as $34.04 priority and $55.05 administrative.

2. Debtors object to Claim No. 9849 because Debtors' books, records and filed returns indicate no amounts are due.

3. MDOR has reviewed its records and the 2007 corporate income tax return has now been filed and there is no liability for the tax period.

4. MDOR's records do reflect a liability for 3rd Quarter 2007 use tax. A return was filed by Debtor which lists tax due of $85.57. Interest and additions to tax of $.95 and $2.58 were added to the administrative portion of the claim. MDOR's records do not show that payment was received on this liability.

5. A copy of the 3rd Quarter 2007 use tax return is being provided to Debtors' counsel.

**Wherefore**, MDOR consents to the portion of MDOR's claim related to the estimated corporate income tax liabilities being denied and requests that Claim No. 9849 be allowed in the amount of $34.04 priority and $55.05 administrative.

Chris Koster, Attorney General
State of Missouri

By:  <u>Sheryl L. Moreau, Esq</u>.
Sheryl L. Moreau, Mo. Bar # 34690
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-Mail:  Sherry.Moreau@dor.mo.gov
Attorney for Department of Revenue

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Missouri Department of Revenue's Response to Debtors' Twenty-Ninth Omnibus Objection to Claim (including Claim No. 9849) was sent electronically to all parties receiving electronic notice on February 6, 2009.

<u>/s/ Sheryl L. Moreau</u>