IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-11047-CSS-11<br>Docket No. 6826<br>CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLD., | |
| Debtor(s). | |

## APPEARANCE

Comes now Gregory F. Zoeller, Attorney General of Indiana, and enters his appearance by Brian D. Salwowski, Deputy Attorney General, on behalf of Creditor, Indiana Department of Revenue, in the above-entitled cause of action.

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-232-6211
Facsimile: 317-232-7979
E-mail: brian.salwowski@atg.in.gov

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98


By: /s/ Brian D. Salwowski
    Brian D. Salwowski
    Deputy Attorney General
    Atty. No. 2100-49

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing pleading has been duly served upon James L. Patton, Jr., YOUNG CONAWAY STARGATT & TAYLOR, LLP, The Brandywine Buidling, 1000 West Street, 17th Floor, Wilmington, DE 19801, by ECF notification or U. S. first class mail, postage prepaid, on February 6, 2009.

                                                             /s/ Brian D. Salwowski
                                                             Brian D. Salwowski
                                                             Deputy Attorney General
                                                             Atty. No. 2100-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-232-6211
Facsimile: 317-232-7979
E-mail: brian.salwowski@atg.in.gov