IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
WILMINGTON DIVISION

| IN RE: | CASE NO. 07-11047-CSS-11 |
| --- | --- |
|  | Docket No.  6826 |
|  | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLD., |  |
| Debtor(s). |  |

### INDIANA DEPARTMENT OF REVENUE'S (IDR) RESPONSE TO OBJECTION TO CLAIM

Comes now Creditor, Indiana Department of State Revenue (IDR), by counsel, and, for its Response to the Debtors' Twenty-Ninth Omnibus Objection to its Claim, states as follows:

1. Creditor has filed a proof of claim in the amount of $127,437.85 including a priority claim of $67,716.93, a secured claim of $363.97 and $59,356.95 as a general unsecured claim.

2. Creditor's claim is based, in part on actual returns for Debtors' withholding tax liability for the period ending 1/31/2001 in which a late fee is still due and owing and on estimated returns for Debtors' corporate tax liability for the periods ending 12/31/2000 through 12/31/2006 by virtue of the fact that Creditor has no record of said returns having been filed; however, the claim is valid because, Indiana Code § 6.8-1-10-3(a) provides that returns prepared by the Indiana Department of State Revenue based on the best information available are *prima facie* correct, and said taxes have not been paid.

3. IDR's claim is correct and should be allowed and paid as such, pursuant to 11 USC § 505.

WHEREFORE, Creditor, Indiana Department of State Revenue, prays that Debtors' objection to IDR's claim be overruled.

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone: 317-232-6211
Facsimile:  317-232-7979
E-mail:  brian.salwowski@atg.in.gov

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No.  1958-98

By: /s/ Brian D. Salwowski
     Brian D. Salwowski
     Deputy Attorney General
     Atty. No.  2100-49

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been duly served upon James L. Patton, Jr., YOUNG CONAWAY STARGATT & TAYLOR, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801, by ECF notification or U. S. first class mail, postage prepaid, on February 6, 2009.

    /s/  Brian D. Salwowski
Brian D. Salwowski
Deputy Attorney General
Atty. No.  2100-49


Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-232-6211
Facsimile:   317-232-7979
E-mail:  brian.salwowski@atg.in.gov