UNITED STATES BANKRUPTCY COURT
FOR THE DISRICT OF DELAWARE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re

AMERICAN HOME MORTGAGE
HOLDINGS INC., et al.,

                Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Chapter 11 Case No.
07-11047 (CSS)

Jointly Administered

**CERTIFICATION IN COMPLIANCE WITH LOCAL RULES FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE
<u>DISTRICT OF DELAWARE, RULE 9010-1(E)(I)</u>**

      I, Patricia Schrage, hereby certify that: (i) I am a member of the bar in the state of New York, and am admitted to practice before the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York; (ii) I am a member in good standing in all jurisdictions for which I have been admitted; and (iii) I will be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Dated: New York, New York
       February 6, 2009

                                        /s/ Patricia Schrage
                                        Patricia Schrage (PS 1753)
                                        U.S. Securities and Exchange Commission
                                        New York Regional Office
                                        3 World Financial Center
                                        New York, New York 10281
                                        (212) 336-1100