IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | § | (Jointly Administered) |
| et al., | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 3, 2009, Calyon New York Branch, as Administrative Agent ("Calyon"), by and through its undersigned counsel, caused a copy of the **(i) Request for Production of Documents by Calyon New York Branch and (ii) Interrogatories to the Debtors by Calyon New York Branch** to be served upon the following individual(s) in the manner indicated:

> *Via Electronic Mail*
> Curtis Crowther, Esq.
> John Dorsey, Esq.
> Sean Beech, Esq.
> Margaret Whiteman, Esq.
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> Wilmington, De 19801

Dated:  February 6, 2009          **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

　　　　　　　　　　　　　　　　　　　__/s/ Michael G. Busenkell_
　　　　　　　　　　　　　　　　　　Michael G. Busenkell (No. 3933)
　　　　　　　　　　　　　　　　　　222 Delaware Ave., Ste. 1501
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: 302-252-4324

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　HUNTON & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　Benjamin C. Ackerly
　　　　　　　　　　　　　　　　　　Jason W. Harbour (DE No. 4176)
　　　　　　　　　　　　　　　　　　Riverfront Plaza, East Tower
　　　　　　　　　　　　　　　　　　951 E. Byrd Street
　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219-4074
　　　　　　　　　　　　　　　　　　Telephone: (804) 788-8200

- 2 -

-and-

Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 100166-0136
Telephone: (212) 309-1000

*Counsel to Calyon New York Branch*