IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | **Re: D.I.** \_\_\_\_ |
| _____ ) | |

## MOTION FOR LEAVE TO FILE REPLY

The Official Committee of Borrowers (the "Borrowers Committee") hereby moves for leave to file the reply, annexed as Exhibit 1 hereto (the "Reply"), to the briefs filed in support of confirmation by the Debtors and the Creditors Committee (the "Confirmation Briefs"), and respectfully states as follows:

1. Local Rule 9006-1(d) requires that any replies to be filed and served so as to be received by 4:00 p.m. on the day prior to the day on which the hearing agenda is due. The hearing on confirmation of the Plan is presently scheduled to commence at 11:30 a.m. on Monday, February 9, 2009, and to carry over to 11:00 a.m. on Tuesday, February 10, 2009. The Confirmation Briefs were filed on Thursday, February 5, 2009, when the hearing agenda was due and total ninety pages (90) excluding exhibits or declarations.

2. The Borrowers Committee seeks to file its Reply totaling just eight (8) pages after the deadline set forth in Local Rule 9006-1(d) to address particular issues raised by the Debtors and the Creditors Committee. The Borrowers Committee submits that the proposed and narrowly focused reply will benefit the Court in considering the Borrowers Committee's objections to the Plan over the upcoming two-day trial.

1992393.2

3. The Borrowers Committee is serving this Motion (including the Reply) by electronic mail on the Debtors, the Committee and the Office of the United States Trustee.

WHEREFORE, the Borrowers Committee respectfully requests that the Court enter an order allowing the Borrowers Committee to file the Reply outside the time allowed by Local Rule 9006-1(d) and granting to the Borrowers Committee such other and further relief as is just.

Dated: Wilmington, Delaware
February 9, 2009

ZUCKERMAN SPAEDER LLP

*/s/ Thomas G. Macauley*

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

GILBERT RANDOLPH LLP
Stephen A. Weisbrod
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Attorneys for the Official Committee of Borrowers